Stephen E. Epstein, M.

Page 150

1 Cardiovascular Research Institute:
2 Effects of a Specific COX-2 Inhibitor on
3 Cytomegalovirus Replication and
4 Atherosclerosis Progression in an apoE
5 Knockout Mice."
6        Is this the proposal that
7 you gave to Merck initially when you
8 wanted to do your study with Dr. Rott?
9    A.   There were several
10 iterations of this.  I believe this is
11 the one that I sent to Merck.
12    Q.   I'm sorry.  Could you --
13    A.   There were several
14 iterations of this.  I believe that this
15 is the one that we sent to Merck.
16    Q.   And then if you turn to the
17 second page of this document, can you
18 read under "Background" what you wrote in
19 the first sentence.
20    A.   "As many as 50% of patients
21 with atherosclerosis lack currently
22 identified risk factors (such as
23 hypertension, smoking,
24 hypercholesterolemia and diabetes), an

Page 151

1 observation indicating that additional
2 factors predisposing to atherosclerosis
3 are as yet undetected.  A parallel
4 observation is that while inflammation is
5 an essential component of atherogenesis,
6 the triggers that initiate and sustain
7 the inflammatory process have not been"
8 identitively -- "definitively identified.
9 One candidate trigger of the inflammatory
10 response involved in atherogenesis, and
11 therefore a candidate factor that
12 contributes to atherosclerosis is
13 infection."
14    Q.   Focusing on the first
15 sentence, Dr. Epstein, is it true that
16 one of the reasons you were interested in
17 pursuing research along this line was
18 that you recognized that there are about
19 50 percent of people who have
20 atherosclerosis, but who do not have any
21 of the traditional risk factors?
22    A.   That's correct.
23    Q.   What do you mean when you
24 say "risk factors"?

Page 152

1    A.   Well, as listed in this.
2 The traditional risk factors are
3 hypertension, smoking, high cholesterol
4 and diabetes.
5    Q.   Has it been known for some
6 time, sir, that hypertension, smoking,
7 hypercholesterolemia or high cholesterol
8 and diabetes are risk factors for
9 atherosclerosis and heart attacks?
10    A.   Yes.
11    Q.   But for those people who
12 don't have those particular risk factors,
13 it was your experience that they often
14 develop atherosclerosis as well and
15 unfortunately have heart attacks?
16    A.   That's correct.
17    MR. SIZEMORE:  Object to
18    form.
19 BY MR. GOLDMAN:
20    Q.   In other words, you don't
21 have to have high cholesterol,
22 hypertension, diabetes and smoking in
23 order to develop atherosclerosis and then
24 have a heart attack or stroke?

Page 153

1    A.   No.  But these risk factors
2 just increase the likelihood that you
3 will.  But it doesn't -- if you don't
4 have them, it doesn't mean you won't have
5 the heart attack and stroke.
6    Q.   And you were searching as a
7 scientist to try to determine maybe
8 there's something else out there that we
9 don't know about yet, where maybe it's a
10 virus that's causing atherosclerosis.
11 And if COX-2 inhibition can reduce the
12 amount of virus in the body, well, maybe
13 that might help prevent the progression
14 of atherosclerosis in those people who
15 don't have risk factors.
16    A.   That's exactly what I
17 thought.
18    Q.   Would you turn with me, sir,
19 to Page 34.
20        Actually, let me back up to
21 put this in context.  Let's start on Page
22 30.  Is this the page where you set forth
23 your different hypotheses about your
24 study with Dr. Rott?

Stephen E. Epstein, M.

Page 154

1      A.   That's correct.
2      Q.   And there's a section on "In
3  vitro studies."
4           What does that mean?
5      A.   These are studies that are
6  done in test tubes, not in living
7  organisms.
8      Q.   Then there's "In vivo
9  studies."
10          What are those?
11     A.   Those are the mouse studies.
12     Q.   And then if you turn to the
13 next page, you have something called
14 "Aims."
15          And is this where you
16 describe what you hope to achieve through
17 your study?
18     A.   That's correct.
19     Q.   And now let's turn to Page
20 34. Do you see that this is in a
21 section, if you look at 33 first, that
22 talks about "In vivo studies...To
23 determine whether treatment with Vioxx
24 inhibits CMV replication in vivo."

Page 155

1           That means that you're
2  describing a study to see whether or not,
3  in this case it was MF-tricyclic would
4  reduce the amount of virus in the body?
5      A.   That's correct.
6      Q.   In animals, right?
7      A.   Yes.
8      Q.   And then what your
9  anticipated results or your prediction
10 was, was on Page 10, or 34 at the bottom,
11 and you write, under "Anticipated
12 Results, we anticipate a lower viral load
13 in the Vioxx treated group."
14     A.   Correct.
15     Q.   So it was your hypothesis
16 that going into this study, MF-tricyclic
17 was going to reduce the amount of virus
18 in the mouse and then, hopefully, reduce
19 the amount of atherosclerosis?
20     A.   Correct.
21     Q.   And then you also had a
22 theory about MF-tricyclic's direct effect
23 on atherosclerosis apart from this
24 antivirus aspect, right?

Page 156

1      A.   Um-hmm, yes.
2      Q.   And if you look on Page 35
3  under B3, you say, "To determine whether
4  treatment with Vioxx will inhibit
5  inflammation-induced atherosclerosis
6  progression in atherogenetic-mice (in the
7  absence of infection)."
8           Is that another way of
9  saying, this is the test you wanted to do
10 to see if Vioxx, or what turned out to be
11 MF-tricyclic, would reduce inflammation
12 in the mice and, therefore, retard or
13 slow down the progression of
14 atherosclerosis?
15     A.   That's correct.
16     Q.   And your anticipation in 35,
17 under "Anticipated Results," was what?
18 Can you read that, please?
19     A.   "We anticipate that Vioxx
20 treatment will reduce the progression of
21 atherosclerotic lesions."
22     Q.   Did you believe that
23 inflammation played a critical role in
24 atherogenesis, sir?

Page 157

1      A.   Yes.
2      Q.   So your hope was that, with
3  Vioxx, or MF-tricyclic or COX-2
4  inhibition, you would be able to show in
5  animals that the COX-2 inhibition
6  actually slowed down the progression of
7  atherosclerosis?
8      A.   Correct.
9      Q.   That was your expectation?
10     A.   That was our hypothesis,
11 right.
12     Q.   Was it true back in the time
13 that Vioxx was on the market, let's say
14 in the 2000, 2001 time frame, that you
15 were not alone in thinking that COX-2
16 inhibition could help slow down the
17 progression of atherosclerosis?
18     A.   That's correct.
19     Q.   Can you tell me a little bit
20 more about that?
21     A.   Well, anyone who is
22 knowledgeable about two facts; one is
23 that inflammation is a critical component
24 of atherosclerosis, which by that time

40 (Pages 154 to 157)

3198c23a-332a-4926-95d7-395178679bee



Stephen E. Epstein, M.

**Page 158**

1 most physicians interested in
2 atherosclerosis; and, two, that COX-2
3 inhibitors or COX-2 was an important
4 modulator of inflammation and, therefore,
5 if you inhibited inflammation, then the
6 two would naturally seem to go together.
7 If you inhibited inflammation by
8 inhibiting COX-2, there was a reasonably
9 good chance that you might inhibit the
10 atherosclerotic process.
11       Q.   Based on your research also,
12 Dr. Epstein, are you aware that there
13 were several articles all the way through
14 2004 where doctors and scientists were
15 predicting that Vioxx and other COX-2
16 inhibitors would be beneficial for the
17 heart by reducing atherosclerosis?
18       A.   Yes.
19       Q.   And scientists like yourself
20 had that theory that Vioxx could be
21 beneficial for the heart even after Dr.
22 FitzGerald, Garrett FitzGerald, published
23 his study showing that Vioxx reduced the
24 amount of prostacyclin metabolite in the

**Page 159**

1 urine?
2       A.   That's correct.
3       Q.   You remember Mr. Sizemore
4 asked you a little bit about prostacyclin
5 and thromboxane, and I think the two of
6 you were talking about Dr. Fitzgerald's
7 study.
8           Is that right?
9       A.   I think a number of
10 individuals had shown that, and I'm sure
11 Dr. FitzGerald may have been the first.
12       Q.   Now, that's a study I didn't
13 bring with me here today, but I'm going
14 to test your recollection of it.  Okay?
15       A.   Um-hmm.
16       Q.   In that study, was it shown
17 that --
18       A.   I'm sorry, so Dr. FitzGerald
19 has published many, many papers, so -- if
20 you're going to be asking me about a
21 paper --
22       Q.   I'm asking you about a paper
23 that Dr. FitzGerald published in 1999,
24 and it, I think, was the first to show

**Page 160**

1 that COX-2 inhibition could reduce the
2 amount of the prostacyclin metabolite in
3 the urine.
4           MR. SIZEMORE:  Object to
5       form.
6 BY MR. GOLDMAN:
7       Q.   Do you remember that?
8           MR. SIZEMORE:  Object to
9       form.  Go ahead.
10          THE WITNESS:  I don't
11      remember reading that specific
12      paper, but by 2000, 2001, it was
13      general knowledge that this, in
14      fact, occurred.
15 BY MR. GOLDMAN:
16      Q.   Was it also general
17 knowledge, Dr. Epstein, that just because
18 you have a reduction in prostacyclin
19 metabolite in the urine doesn't mean that
20 the reduction of prostacyclin is coming
21 from the blood vessel?
22          MR. SIZEMORE:  Object to
23      form.  I think I got limited on
24      this area of inquiry.

**Page 161**

1 BY MR. GOLDMAN:
2       Q.   True?
3       A.   True.
4       Q.   When Dr. FitzGerald found a
5 reduction in the prostacyclin metabolite
6 in the urine of 60 percent, that didn't
7 necessarily mean that there was anything
8 clinically significant or medically wrong
9 with a reduction in that amount?
10          MR. SIZEMORE:  Object to
11      form.
12 BY MR. GOLDMAN:
13      Q.   That's a terrible question.
14 Let me rephrase it.
15      A.   I agree.
16      Q.   Is it true, Dr. Epstein,
17 that a 60 percent reduction in the
18 prostacyclin urinary metabolite does not
19 necessarily mean that there's going to be
20 anything clinically significant about
21 that reduction?
22          MR. SIZEMORE:  Same
23      objection.
24          THE WITNESS:  The way you

41 (Pages 158 to 161)

Stephen E. Epstein, M.

**Page 162**

1 phrased that, I would agree.
2 BY MR. GOLDMAN:
3 Q. The FitzGerald study that
4 I'm describing and I think you and I are
5 talking about did not show --
6 MR. SCHULTZ: He's not
7 talking about the FitzGerald
8 study. I think he said he didn't --
9 MR. GOLDMAN: All right.
10 BY MR. GOLDMAN:
11 Q. Are you aware of any study,
12 Dr. Epstein, showing that a 60 percent
13 reduction in prostacyclin, let's just say
14 prostacyclin, in the blood vessel
15 actually has any clinical effect on human
16 beings?
17 A. I don't know of any study
18 that have measured specifically the 60
19 percent reduction in prostacyclin in a
20 blood vessel wall.
21 Q. Can you turn with me,
22 please, sir, to Page 36 of your study and
23 read what you wrote on under "Importance
24 of the Suggested Research."

**Page 163**

1 I'm going to ask you to read
2 a few sentences?
3 A. The whole thing?
4 Q. No, halfway, if that's okay.
5 A. I didn't know when I wrote
6 this it was going to be in a deposition.
7 Okay. "Importance of the
8 Suggested Research. Coronary artery
9 disease results in 500,000 deaths, 1.25
10 million myocardial infarctions, and an
11 economic burden of 46 billion dollars
12 each year. Currently more than 10
13 million Americans have symptomatic
14 coronary artery disease, and asymptomatic
15 is even more common."
16 Q. Let me stop you there.
17 What did you mean when you
18 wrote that there are currently, and this
19 was back in 2000, more than 10 million
20 Americans with symptomatic coronary
21 artery disease, and then you say that
22 there are even more Americans that have
23 asymptomatic disease?
24 Can you translate that to a

**Page 164**

1 noncardiologist like myself?
2 A. Well, if you take patients
3 who have had a heart attack or who have
4 one of the most common symptoms of
5 coronary artery disease, and that is
6 angina pectoris, they represent about 10
7 million people in the United States.
8 However, there are many more
9 individuals, and the exact number is very
10 difficult to get at, but there are
11 certainly an enormous number of
12 individuals who have very early stage
13 atherosclerosis, which is not severe
14 enough to become manifest
15 symptomatically.
16 So it's sort of a silent
17 disease, but it's there, and could lead
18 to a sudden rupture and heart attack even
19 without preceding symptoms.
20 Q. Are there many Americans,
21 sir, who have severe coronary artery
22 disease in their arteries and don't have
23 symptoms?
24 MR. SIZEMORE: Object to

**Page 165**

1 form. Calls for speculation.
2 THE WITNESS: It's hard to
3 know what you mean by "severe."
4 But a general response is that
5 there are individuals who have
6 surprising severe disease and yet
7 manifest no symptoms.
8 BY MR. GOLDMAN:
9 Q. Is it also true that many
10 Americans have severe coronary artery
11 disease and don't even know it until they
12 have a heart attack?
13 A. That's correct.
14 Q. Is it also true that many
15 Americans, unfortunately, die without
16 ever knowing that they had severe
17 coronary artery disease?
18 A. That's correct.
19 Q. Skipping down two sentences,
20 you wrote, "However 50 percent of
21 coronary artery disease patients lack
22 traditional coronary artery disease risk
23 factors," and then you list them.
24 "Evidence now implicates inflammation as

42 (Pages 162 to 165)

Golkow Litigation Technologies - 1.877.DEPS.USA

Stephen E. Epstein, M.D.

**Page 166**

1 a major contributing factor in
2 atherogenesis, and evidence is becoming
3 compelling that infection constitutes an
4 additional risk factor for coronary
5 artery disease."
6          That's consistent with what
7 you said earlier --
8     A.   That's correct.
9     Q.   -- about the thinking in the
10 scientific community that, putting aside
11 smoking, diabetes, high cholesterol, all
12 the traditional risk factors, now we
13 think that inflammation may play a role
14 in atherosclerosis?
15     A.   Um-hmm.
16     Q.   Right?
17     A.   That's correct.
18     Q.   So the thinking was, if
19 that's true, then COX-2 inhibition, which
20 would reduce the amount of inflammation,
21 would slow down the development of
22 atherosclerosis, right?
23     A.   That's true.
24     Q.   And then at the last

**Page 167**

1 sentence, "If it in addition
2 demonstrates," and by "it," we're talking
3 about Vioxx, "demonstrates the capacity
4 to reduce atherosclerosis progression,
5 either pathogen related or pathogen
6 independent," I'm going to ask you to
7 explain that, "a strong case can be made
8 of the routine daily administration of
9 Vioxx to all individuals who do have some
10 specific contraindication."
11          Can you --
12     A.   "Who do not have."  That's a
13 typo.  "Who do not have -- "who do not
14 have a specific contraindication" to
15 Vioxx.
16     Q.   By contra --
17     A.   That means that do they have
18 something that you would say they should
19 not take Vioxx for.  So that is an
20 unfortunate typo.
21     Q.   Can you explain what you
22 meant by that last sentence, sir?
23     A.   Yes.  So if -- so since
24 infection -- it has been my belief that

**Page 168**

1 infection contributes to atherosclerosis
2 and one of the mechanisms whereby it
3 contributes to atherosclerosis is through
4 inducing an inflammatory response.  And
5 since even in the absence of viral
6 infection, atherosclerosis involves
7 inflammation, so my statement here means
8 that a drug that blocks COX-2 like Vioxx
9 might reduce atherosclerosis, whether
10 it's related to infection or whether
11 there is no infection present through its
12 effects on inflammation.
13     Q.   When you gave this proposal
14 to Merck, did they respond later?
15     A.   Later?
16     Q.   Yes.
17     A.   Yes, they responded.
18     Q.   Let me show you on Page 64,
19 this is an e-mail from Dr. Rodger to you,
20 and it starts off by saying, "Dear Dr.
21 Epstein, Thank you for submitting your
22 research proposal entitled 'Effects of a
23 specific COX-2 inhibitor on
24 cytomegalovirus replication, a-b-d

**Page 169**

1 atherosclerosis" --
2     A.   And -- should be "and".
3     Q.   -- "atherosclerosis
4 progression in apoE knockout mice' for
5 the consideration of Merck's Medical
6 School Grants Program.  It is an exciting
7 area of research and one in which we have
8 had an interest for quite some time.  As
9 a consequence, we have already funded a
10 study through the MSGP," which is Medical
11 School Grants Program for Merck, "that
12 examines atherosclerotic development in
13 apoE knockout animals in pretty much the
14 same manner that you intend.  Given the
15 close similarities between the two
16 programs of work I regret that I cannot
17 take your proposal forward to the
18 Committee for their consideration.  I
19 realize the disappointment that this
20 message conveys.  However, I trust that
21 you will appreciate our desire not to
22 support duplicative research efforts."
23          Do you remember this?
24     A.   Yes, I do.

43 (Pages 166 to 169)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 170

```
1       Q.   And you were disappointed,
2    and am I right that you wrote back to
3    Merck and said, I understand you are
4    funding research on the specific question
5    about Vioxx's effect on
6    atherosclerosis --
7       A.   Right.
8       Q.   -- but my study, the primary
9    point of my study is to show that Vioxx
10   or MF-tricyclic can lower the amount of
11   CMV virus and, therefore, reduce
12   atherosclerosis.
13      A.   Correct.
14      Q.   And after you explained that
15   to Merck, Merck agreed to fund the
16   portion of your study dealing with the
17   CMV virus, correct?
18      A.   Correct.
19      Q.   Now, let's talk in a little
20   bit more detail about your study, Dr.
21   Rott -- Dr. Epstein.  Sorry.  I just
22   looked at the first name.
23           Directing your attention to
24   the study that you were the primary
```

Page 171

```
1    author of and that you did with Dr. Rott,
2    let's go back and start in a little bit
3    more detail concerning the methods that
4    you used.
5       A.   Okay.
6       Q.   Can you tell us what an
7    apoE-KO mouse is in as simple terms as
8    you can.
9       A.   It's usually referred to as
10   an apoE knockout mouse.  And that -- the
11   gene that is responsible for making a
12   protein called apoE is through molecular
13   techniques.  Knockout, it's taken out of
14   the genome of the mouse.  So it's not
15   there and, therefore, apoE is not there,
16   which is the protein that the gene
17   encodes.  And apoE is involved in the
18   transportation of cholesterol to the
19   liver, where it's metabolized.
20           In the absence of apoE, that
21   process is impaired leading to an
22   increase in cholesterol in such rabbits,
23   and ultimately this leads to the
24   development of atherosclerosis.
```

Page 172

```
1       Q.   Are these mice considered
2    genetically altered mice?
3       A.   Correct.
4       Q.   And is it a typical type of
5    a mouse model to study in this area of
6    atherosclerosis because that type of a
7    mouse can grow atherosclerotic lesions?
8       A.   Correct.
9       Q.   And by growing
10   atherosclerotic lesions, scientists like
11   you can study the lesions and determine
12   whether or not they're growing or not as
13   a result of a particular medicine?
14      A.   Correct.
15      Q.   When we talk about
16   atherosclerotic lesions, what are we
17   referring to?  Is that plaque?
18      A.   Yes.
19      Q.   How long did you actually
20   conduct the apoE knockout mice study with
21   Dr. Rott?  Was that three weeks of --
22      A.   So you mean -- the study
23   took a long time.
24      Q.   Yes.  How long were the mice
```

Page 173

```
1    actually analyzed?
2       A.   Three weeks.  From the time
3    of initiation of MF-tricyclic
4    administration to the termination of the
5    study was three weeks.
6       Q.   Were the mice eight weeks
7    old when you started to give them
8    MF-tricyclic and then you sacrificed the
9    mice --
10      A.   Yes.
11      Q.   -- at 11 weeks old, and
12   then analyzed their plaque?
13      A.   Correct.
14      Q.   Mr. Sizemore asked you
15   whether that is evidence -- withdrawn.
16           After you analyzed the
17   plaque of these 11-week-old mice, you
18   noticed to your surprise that there was
19   an increase in early lesion development.
20      A.   Correct.
21      Q.   Mr. Sizemore asked you
22   whether the three weeks of drug use in
23   the mouse study was like three weeks of
24   use in humans.  Do you remember that?
```

44 (Pages 170 to 173)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

1    MR. SIZEMORE:  Object to
2    form.
3         THE WITNESS:  No.
4    BY MR. GOLDMAN:
5         Q.   You're right, because he
6    didn't ask it that way.
7         Mr. Sizemore asked you
8    whether three weeks of use of
9    MF-tricyclic in your mouse study was
10   short-term use.
11        Do you remember?
12        A.   Yes, I do remember that.
13        Q.   Is a three-week-old or an
14   11-week-old mouse the same thing as an
15   11-week-old human?
16        A.   No.
17        Q.   Are there differences in
18   terms of how you measure the life
19   expectancy like there are with dogs, a
20   dog's year of life is 17 or so years?
21        A.   Yes.  Mice are very old by
22   the time they reach two years of age, and
23   it's rare for a mouse to go beyond
24   two-and-a-half or three years.

1         Q.   So how long would you
2    estimate three weeks of treatment in a
3    mouse translates into treatment in
4    humans?
5         A.   I wouldn't -- I wouldn't --
6    there's no way I could make that
7    estimation.
8         Q.   Would it be improper to
9    suggest that because there was an effect
10   seen with MF-tricyclic after three weeks
11   in this mouse study that, therefore,
12   MF-tricyclic or other COX-2 inhibitors
13   have an immediate effect in human beings?
14        MR. SIZEMORE:  Object to
15   form.
16        THE WITNESS:  Could you just
17   restate that?
18   BY MR. GOLDMAN:
19        Q.   Would it be improper to say
20   that just because you see an effect on
21   lesion size with MF-tricyclic after three
22   weeks of treatment, that that reflects --
23   that even in humans, you would expect to
24   see an increase in atherosclerosis in a

1    short period of time if you use a COX-2
2    inhibitor?
3         MR. SIZEMORE:  Same
4    objection.
5         THE WITNESS:  Yes.  I don't
6    think that the results in this
7    model can be so equivalently
8    transferred to patients.  It
9    raises that as a question, but
10   certainly our study doesn't
11   definitively answer that.
12   BY MR. GOLDMAN:
13        Q.   How high of a dose of
14   MF-tricyclic was used in your study
15   relative to, let's say, a 25 milligram
16   daily dose of Vioxx?
17        A.   Well, this was how Merck
18   helped us, because we didn't have the
19   equivalency, and they measured levels of
20   MF-tricyclic for us in the blood.  And we
21   got information from them as to what
22   levels usually occur of Vioxx in the
23   blood.
24        And one of the ways to

1    determine how much -- if you have
2    different molecules that weigh different
3    amounts, you can't just use on a
4    milligram per kilogram basis, so you look
5    at molar concentrations.  In any case, to
6    make a complex --
7         Q.   Please.
8         A.   It was several times higher
9    than the usual concentrations of Vioxx
10   that are administered clinically.
11        Q.   And what is the significance
12   of having a dose that's several times
13   higher used in a mouse model when you're
14   trying to predict whether the effect
15   that's seen in that model will be seen in
16   humans?
17        A.   Well, whenever you undertake
18   a study in a mouse, you first want to
19   demonstrate proof of concept, and you
20   never know what the equivalent dose is in
21   a mouse and a patient.  So to say --
22   because you don't know whether the
23   disease processes are as responsive to a
24   drug in a mouse as in a patient.

45 (Pages 174 to 177)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 178

```
 1          So as a first step in any
 2   drug-related study, usually you give more
 3   than the equivalent dose in patients,
 4   because if you see a beneficial effect or
 5   if you don't see a bad effect with a very
 6   high dose, then you could feel quite
 7   comfortable.
 8          So usually these studies
 9   initially at least are designed so that
10   there is a greater amount of drug
11   administered to a mouse than you would to
12   a human.
13          Thanks.
14      Q.   Now, to briefly summarize
15   the results of your study, can you just
16   tell me whether these statements are
17   true.  To your surprise, MF-tricyclic
18   increased the amount of virus, it didn't
19   decrease the amount as you had
20   anticipated.
21      A.   Correct.
22      Q.   The increase in the amount
23   of virus did not lead to an increase in
24   the amount of atherosclerotic lesions in
```

Page 179

```
 1   the mice.
 2      A.   Correct.
 3      Q.   And, third, MF-tricyclic
 4   actually increased plaque or
 5   atherosclerotic lesion size, not
 6   decreased it as you had originally
 7   anticipated.
 8      A.   Correct.
 9      Q.   If you turn to Page 1817 of
10   your study, sir, do you remember Mr.
11   Sizemore was asking you to read the very
12   last sentence on Page 1817, where you
13   write, "Thus, any deleterious effects of
14   selective COX-2 inhibitors on the course
15   of atherosclerosis could involve three
16   separate processes," and then you
17   describe those.
18          Do you remember him asking
19   you about that?
20      A.   Yes, I do.
21      Q.   Why did you use the word
22   "could"?
23      A.   Because we didn't know
24   whether it does.
```

Page 180

```
 1      Q.   And further on the next page
 2   -- withdrawn.
 3          I want to ask you a few
 4   questions, Dr. Epstein, about other
 5   sections of this article that Mr.
 6   Sizemore didn't ask you about.
 7          On Page 1818, do you see
 8   that you wrote, "These concepts, however,
 9   must still be considered" hypothesis --
10   "hypotheses to be validated."
11          Let's stop there.  What did
12   you mean when you wrote "these concepts,
13   however, must still be considered
14   hypotheses to be validated"?
15      A.   This was the -- to my
16   knowledge, the first -- excuse me -- the
17   first study demonstrating that a COX-2
18   inhibitor had deleterious effects.
19          Excuse me.
20          And so whenever you have a
21   first observation, especially of
22   something that has such important
23   potential implications, it always has to
24   be validated by another study.
```

Page 181

```
 1      Q.   Why?
 2      A.   Because you could get
 3   different results.  And the results from
 4   any one study could be fortuitously
 5   positive or negative.  And so, in
 6   science, that's the whole reason that
 7   studies have to be duplicated.
 8      Q.   So here, this is now in
 9   2003, when your article was published,
10   you're saying that yours was the first
11   study identifying any potential
12   deleterious effects of MF-tricyclic or
13   COX-2 inhibitors on atherosclerosis,
14   right?
15      A.   To my knowledge, right.
16          MR. SCHULTZ:  On mice.
17          MR. GOLDMAN:  Yes.
18          MR. SCHULTZ:  Maybe you want
19   to ask it again.
20          MR. GOLDMAN:  Yes.  Strike
21   that last question.  He's right.
22          MR. WACKER:  Also the
23   timing, you're saying 2003 that
24   was when it was published, but as
```

46 (Pages 178 to 181)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 182

```
 1      of the date --
 2  BY MR. GOLDMAN:
 3      Q.   As of the date you published
 4  your article, Dr. Epstein, to your
 5  knowledge, this was the first study in
 6  animals showing any potential harmful
 7  effect of a COX-2 inhibitor on
 8  atherosclerosis?
 9      A.   Correct.
10      Q.   But even in the face of this
11  new observation, what you're saying in
12  this study is that this observation needs
13  to be validated and can't just be
14  accepted as true?
15      A.   Correct.
16      Q.   Then you continue and you
17  say, this is in the middle of Page 1818,
18  "As other data relating to selective
19  COX-2 inhibition suggest possible
20  anti-atherogenesis effects (through
21  inhibition of inflammation) and a plaque
22  stabilization effect," I'm not going to
23  even try to read the rest --
24      A.   Which paragraph are you
```

Page 183

```
 1  reading now?
 2          MR. SIZEMORE:  The same.
 3  BY MR. GOLDMAN:
 4      Q.   118, the second full
 5  paragraph --
 6      A.   Okay.
 7      Q.   And I'll start over.
 8      A.   "As other."  I'm sorry,
 9  right.
10      Q.   We just talked about the
11  first part of that sentence about how the
12  concepts need to be validated, and then
13  you continue and you write, "as other
14  data relating to selective COX-2
15  inhibition suggest possible
16  anti-atherogenesis effects (through
17  inhibition of inflammation) and a plaque
18  stabilization effect," and I'm not going
19  to try to read the rest, because I can't
20  understand the words.  And then you cite
21  an article, 35.
22      A.   Um-hmm.
23      Q.   Right?
24      A.   Yes.
```

Page 184

```
 1      Q.   We're going to talk about
 2  the article in a minute, but can you
 3  explain what you meant in that portion of
 4  the sentence?
 5      A.   Namely that COX-2 is a very
 6  complex molecule with complex actions.
 7  And if you just look at the molecular
 8  pathways that it modulates, you could
 9  hypo -- you could argue that it has
10  anti-atherosclerotic effects or
11  pro-atherosclerotic effects.
12      Q.   And when you said a plaque
13  stabilization effect, were you saying
14  that there are data out there suggesting
15  that COX-2 inhibitors might actually
16  stabilize plaque and reduce the
17  likelihood of a plaque rupture?
18      A.   The simple answer is yes.
19      Q.   Let's take a look at what
20  I'll mark as the next exhibit.  This is
21  the article that you cite as 35.  I'll
22  mark this as Exhibit 16.
23          (Whereupon, Deposition
24      Exhibit No. Epstein-16, Article
```

Page 185

```
 1      titled Overexpression of
 2      Functionally Coupled
 3      Cyclooxygenase-2 and Prostaglandin
 4      E Synthase in Symptomatic
 5      Atherosclerotic Plaques as a Basis
 6      of Prostaglandin E2-Dependent
 7      Plaque Instability, was marked for
 8      identification.)
 9          MR. SIZEMORE:  Andy, can we
10  take a bathroom break?  If this is
11  a place --
12          MR. GOLDMAN:  Sure, if you
13  have to go, go.
14          THE VIDEOGRAPHER:  The time
15  is 12:16 p.m.  Off the record.
16          (Recess is taken from 12:16
17  p.m. until 12:22 p.m.)
18          THE VIDEOGRAPHER:  Stand by,
19  please.  The time is 12:22 p.m.,
20  back on the record.
21  BY MR. GOLDMAN:
22      Q.   I've handed you an article
23  titled "Overexpression of Functionally
24  Coupled COX-2 and Prostaglandin E
```

Stephen E. Epstein, M.D.

**Page 186**

1  Synthase in Symptomatic Atherosclerotic
2  Plaques," and it continues.
3       And it's an article by Dr.
4  Cipollone? Is that how you pronounce it?
5       A.   Cipollone, I would have
6  thought.
7       Q.   Cipollone.
8       A.   I don't know him.
9       Q.   Do you recognize the journal
10 that this is in?
11      A.   Yes.
12      Q.   What is the name of the
13 journal?
14      A.   Circulation.
15      Q.   Is that a journal that you
16 have served as an editor for?
17      A.   On the editorial board.
18      Q.   For how long did you serve
19 on the editorial board of Circulation?
20      A.   Many years. I don't
21 remember exactly.
22      Q.   Almost 30?
23      A.   Might be.
24      Q.   Is Circulation one of the

**Page 187**

1  most respected medical journals that
2  cardiologists read?
3       A.   Yes.
4       Q.   Is it up there with the --
5  JAMA, Journal of --
6       A.   Yes.
7       Q.   I won't mention the other
8  one.
9       MR. SIZEMORE: Wondering if
10 you were going to go there.
11      THE WITNESS: I'd like to
12 know what that is.
13      MR. SIZEMORE: Inside joke,
14 Doctor.
15 BY MR. GOLDMAN:
16      Q.   You cited this article in
17 your paper, Dr. Epstein, so I assume you
18 read it before?
19      A.   I did.
20      Q.   And you might need to
21 refresh your recollection, feel free to
22 read as much of this as you want, but it
23 appears in the methods and results
24 section of the abstract to be a study

**Page 188**

1  that analyzed actual plaques from 50
2  human beings who underwent a particular
3  surgery and then their plaques were
4  analyzed, right?
5       A.   Correct.
6       Q.   What types of groups were
7  these plaques taken from?
8       A.   These were patients who were
9  either -- who had no symptoms and
10 patients who had symptoms of ischemia to
11 the brain, and I would have to go over
12 the details as to what specific symptoms,
13 but they -- they were clearly symptomatic
14 and a group of patients in whom stroke
15 had either occurred or was threatening.
16      Q.   So they took plaque from 25
17 people who were symptomatic or who had
18 evidence of actual stroke damage, and 25
19 other people were in a group where their
20 plaques were not symptomatic and they had
21 not experienced any manifestation of a
22 cardiovascular problem?
23      A.   That's correct.
24      Q.   If you turn with me to Page

**Page 189**

1  924, please, right column, under
2  discussion, second paragraph, it states,
3  "Concomitantly higher expression of
4  COX-2, PGES, MMP-2 and MMP-9 was found in
5  specimens obtained from the 'culprit'
6  carotid lesions of patients with recent
7  transient ischemic attack or stroke
8  compared with specimens obtained from
9  asymptomatic patients."
10      Focusing just on the COX-2
11 piece of that, what is that saying?
12      A.   Well, this is an
13 observational study, and you just obtain
14 plaque from these two groups of
15 individuals. And what the investigators
16 analyzed were for levels of COX-2, levels
17 of prostaglandin E synthase, which is the
18 enzyme that works on a product produced
19 in conjunction with COX-2 to produce
20 PGE2, and PGE2 is a pro-inflammatory
21 prostanoid. And they also -- so that's
22 the COX pathway.
23      COX-2 and --
24      Q.   Just focusing on that, not

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 190

1   the MMP, just the COX-2 --
2        A.   So that they found higher
3   levels of COX-2 and higher levels of this
4   PGE synthase present in the lesions of
5   individuals who are symptomatic.
6        Q.   Is that another way of
7   saying that the plaque that was analyzed
8   from those patients that had symptomatic
9   disease contained more COX-2 enzyme than
10  the plaque that was analyzed from people
11  who did not have symptomatic disease?
12       A.   That's correct.
13       Q.   And how does that relate to
14  COX-2 inhibition or COX-2 inhibitors,
15  that particular finding?
16            MR. SIZEMORE:  Object to
17       form.
18  BY MR. GOLDMAN:
19       Q.   Well, let me just read the
20  conclusion then, and then we can ask
21  about it.
22            Turning to 926, please, sir.
23  In the right column, first full
24  paragraph, it states, "In conclusion,

Page 191

1   this study addresses the missing link
2   between COX-2 overexpression and plaque
3   instability by demonstrating the high
4   prevalence of the functionally coupled
5   COX-2/PGES in human atherosclerotic
6   lesions."
7            In other words, that's
8   saying that there's more COX-2 and more
9   plaque instability in those plaques of
10  people who actually had symptoms,
11  correct?
12            MR. SIZEMORE:  Object to
13       form.
14            THE WITNESS:  Correct.
15  BY MR. GOLDMAN:
16       Q.   Is it true, sir -- I have to
17  say it another way, because he objected.
18       A.   Okay.
19       Q.   Is it true, Dr. Epstein,
20  that what this is saying is that there is
21  more COX-2 enzyme present and more plaque
22  instability in those patients who have
23  symptomatic disease?
24       A.   Correct.

Page 192

1        Q.   If you read the last
2   sentence of the paragraph, "From a
3   practical standpoint, these findings
4   raise the possibility that the selective
5   COX-2 inhibitors now currently available
6   for" current use -- sorry -- "for
7   clinical use or future PGES inhibitors
8   might provide a novel form of therapy for
9   plaque stabilization of patients with
10  atherosclerotic disease and prevention of
11  acute ischemic syndromes."
12            Can you explain what that
13  means in terms that I might understand?
14       A.   So this is -- as I say, it's
15  an observational study, and it really
16  doesn't prove anything.  It raises
17  interesting possibilities.  So you see
18  more COX-2 protein and you see more of
19  this enzyme, prostaglandin E synthase
20  PGES, in the symptomatic plaques.
21            Now, the simple -- and then
22  they also show separately in the study
23  that PGE2 causes inflammatory cells to
24  secrete an enzyme, MMP-9, that can

Page 193

1   degrade fibrotic tissue.
2            And if you just put all of
3   that together, one conclusion is that
4   that could lead, by developing this
5   MMP-9, which degrades -- causes the
6   dissolution of fibrotic tissue, that
7   could lead to the instability of the
8   plaque.
9            Is that reasonable?
10       Q.   It is.
11            Is that another way of
12  saying that COX-2 inhibitors -- if this
13  phenomenon is true that was observed in
14  this study, COX-2 inhibitors would
15  stabilize plaque and make plaque less
16  likely to rupture in human beings?
17            MR. SIZEMORE:  Object to
18       form.  Calls for speculation.
19            THE WITNESS:  Do I answer
20       that or --
21            MR. SCHULTZ:  Yes.
22            THE WITNESS:  So, you know,
23  one explanation is as you've put
24  it.  The other, as a scientist,

49 (Pages 190 to 193)

3198c23a-332a-4926-95d7-395178679bee

# Stephen E. Epstein, M.

## Page 194

1    plaque stabilization is very, very
2    complex, and there are multiple
3    factors involved.  And this could
4    be one that leads to
5    stabilization.  But other things
6    could be going on that could lead
7    to instability.
8  BY MR. GOLDMAN:
9    Q.   So this is a study that
10 doesn't prove that COX-2 inhibitors
11 stabilize plaque, but it's evidence in
12 the scientific literature that suggests
13 that COX-2 inhibitors might actually be
14 beneficial in terms of atherosclerosis?
15   A.   Yes.  What the author states
16 is correct.  These findings raise the
17 possibility, might provide a novel form.
18 So I think that they were appropriately
19 cautious.
20   Q.   As were you in your study?
21   A.   That's true.
22   Q.   If you look back at your
23 study now, Dr. Epstein, Page 1818, after
24 you cite the Cipollone article, in the

## Page 195

1  left column --
2    A.   1818, I got it, yes.
3    Q.   -- you say, "Moreover, our
4  results may be model-, therapy duration-,
5  and drug-specific."
6        Let's stop there.
7        What do you mean when you
8  say the results in your study might be
9  model specific?
10   A.   Well, as we've talked all
11 along, the mouse provides important clues
12 and important evidence of concepts, but
13 it doesn't provide proof.  And it's
14 conceivable that what we find in a given
15 mouse model might not be applicable to
16 patients.
17   Q.   Is it also true that what
18 you find in one particular mouse model
19 may not be found in another type of mouse
20 model?
21   A.   That's correct.
22   Q.   Or a different type of
23 animal model?
24   A.   That's correct.

## Page 196

1    Q.   What do you mean by our
2  results may be therapy duration specific?
3    A.   Well, if you give a drug for
4  a day or if you give it for a year, the
5  effects may be very different, and
6  everything in between.
7    Q.   In other words, if your
8  study had lasted longer than three weeks,
9  let's say, you may have seen either no
10 effect from MF-tricyclic on the
11 atherosclerotic lesions or possibly seen
12 a reduction in atherosclerotic lesions?
13       MR. SIZEMORE:  Object to
14   form.  Calls for speculation.
15       MR. WACKER:  Or greater.
16   I'll add that.
17 BY MR. GOLDMAN:
18   Q.   Dr. Epstein, when you say
19 that your results may be therapy duration
20 specific, is one possibility that if you
21 had conducted your study for longer than
22 three weeks, you may have seen that the
23 size of the atherosclerotic lesions
24 involving MF-tricyclic either was not

## Page 197

1  changed or was, in fact, reduced by
2  MF-tricyclic?
3        MR. SIZEMORE:  Object to
4    form.  Calls for speculation.  No
5    foundation.
6        MR. SCHULTZ:  If you're
7    comfortable, I mean --
8        THE WITNESS:  Any -- I mean,
9    it's speculation, and anything
10   might be possible.
11 BY MR. GOLDMAN:
12   Q.   Are you aware of other mice
13 studies that did study the effect of
14 MF-tricyclic and Vioxx and other COX-2
15 inhibitors for a longer period of time
16 than your study and found either that
17 there was no effect on the size of the
18 atherosclerotic plaque or that the COX-2
19 inhibitor actually reduced the size of
20 the plaque?
21   A.   Yes.
22   Q.   I think your statement about
23 our results may be drug specific is
24 self-explanatory.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

Page 198

```
1          I assume that means that
2   what you see with MF-tricyclic may not be
3   seen with Celebrex or Vioxx or another
4   molecule?
5       A.   That's correct.
6          MR. SIZEMORE:  Object to
7   form.
8   BY MR. GOLDMAN:
9       Q.   And then you talk about a
10  Practico -- Pratico article.  "For
11  example, Pratico," which is cited as 33,
12  "used a low-density lipoprotein receptor
13  knockout mouse" -- is that a different
14  type of a mouse than the apoE?
15      A.   Yes.  It results in high
16  cholesterol, but it's a different way of
17  getting there.
18      Q.   And in that study, "the
19  selective COX-2 inhibitor," is it
20  nimesulide?
21      A.   I think that's how you
22  pronounce it, yes.
23      Q.   So the COX-2 inhibitor was
24  nimesulide "and sacrificed mice at 26
```

Page 199

```
1   weeks of age compared with our 11 weeks
2   of age."
3          So in the Pratico study, are
4   you pointing out here that the study
5   lasted longer than your study did?
6       A.   And it's -- a different drug
7   was used.
8       Q.   And it's a different mouse
9   model?
10      A.   And it's a different mouse
11  model.
12      Q.   And in Pratico, you wrote,
13  "they found the COX-2 inhibitor exerted
14  no effect on the rate of atherogenesis."
15      A.   I did.
16      Q.   What does that mean?
17      A.   That the inhibitor, the
18  COX-2 inhibitor, did not exert any effect
19  on the development of atherosclerosis.
20      Q.   Let me show you --
21         MR. SIZEMORE:  Let's, for
22  completeness now, you interjected
23  when I was asking questions.  The
24  only part of that paragraph you
```

Page 200

```
1   didn't read, it says, "Although
2   these caveats relating to the
3   conclusion of our investigation
4   must be acknowledged, the
5   important fact emerging from our
6   study is that a selective COX-2
7   inhibitor, under the experimental
8   conditions we studied, can
9   increase early atherosclerosis
10  lesion formation."
11         Thank you.
12  BY MR. GOLDMAN:
13      Q.   Let me hand you what I'll
14  mark as Exhibit 17.  This is the study --
15  sorry.  I don't mean to throw it at you.
16         (Whereupon, Deposition
17         Exhibit No. Epstein-17, Study
18         titled Acceleration of
19         atherogenesis by COX-1-dependent
20         prostanoid formation in low
21         density lipoprotein receptor
22         knockout mice, was marked for
23         identification.)
24  BY MR. GOLDMAN:
```

Page 201

```
1       Q.   This is the article -- let
2   me ask it this way.
3          Is this the article, Dr.
4   Epstein, that you cite in your study with
5   Dr. Rott?
6       A.   It is.
7       Q.   And in the authors' section,
8   it says, Domenico Pratico, and then all
9   the way at the end, whose name is listed?
10      A.   Dr. FitzGerald.
11      Q.   And that's the same Dr.
12  FitzGerald who identified in his study
13  the reduction of prostacyclin metabolite
14  in the urine, right?
15      A.   I haven't read that, but I'm
16  assuming that's correct.
17      Q.   Let me start by asking you
18  to turn to Figure 5, which is on Page
19  3361.  Are you there?
20      A.   Yes.  I'm sorry, I am.
21      Q.   Can you just hold that up
22  for the jury just to point out what we're
23  looking at?  We're going to have it on
24  the screen hopefully.
```

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 202

1      A.   (Witness complies with
2  counsel's request.)
3      Q.   Thank you.
4           Can you describe what this
5  graph shows?  There's three different
6  bars, placebo, indomethacin, which is a
7  traditional nonselective COX --
8  nonselective NSAID and nimesulide which
9  is a COX-2 inhibitor.  And then on the Y
10 axis, aortic lesion area.
11          Can you describe, please,
12 what this graph shows?
13     A.   It shows that the
14 nonspecific COX inhibitor, indomethacin,
15 which blocks both COX-1 and COX-2,
16 results over the course of the 18 weeks
17 of therapy, I think -- results in a
18 decrease in aortic atherosclerotic lesion
19 area, whereas nimesulide had no
20 significant effect.
21     Q.   If you just look at the bars
22 alone, putting aside statistical
23 significance --
24     A.   I don't do that.

Page 203

1      Q.   We'll talk about that -- why
2  don't you put aside statistical
3  significance?
4      A.   Because the only way to know
5  whether they're two different events is
6  to apply statistics to it.
7      Q.   Would you think that it
8  would be improper for a scientist to take
9  results of a study and say that there was
10 a difference between two drugs if the
11 result was not statistically significant?
12          MR. SIZEMORE:  Object to
13     form.  This is far beyond his
14     scope of expertise, and that's an
15     expert opinion question.  No
16     factual basis.
17          THE WITNESS:  It would be
18     improper.
19 BY MR. GOLDMAN:
20     Q.   If you look at the graph
21 here, the placebo bar raises up to a
22 little bit over eight percent, right?
23     A.   Right.
24     Q.   And then indomethacin, which

Page 204

1  is a non-selective inhibitor, that shows
2  a reduction in lesion size to under four
3  percent, correct?
4      A.   That's correct.
5      Q.   And if you look at the COX-2
6  inhibitor, nimesulide, there is a
7  reduction compared to placebo to the
8  point where nimesulide is about six
9  percent.
10          Do you see that?
11     A.   I do.
12     Q.   Would it be fair to say,
13 because there is a reduction there seen
14 in a graph like that, that there is
15 actually a difference and a benefit that
16 you get from the COX-2 inhibitor in terms
17 of effect on lesion size?
18     A.   No.
19     Q.   Why not?
20     A.   It's not statistically
21 significant and, therefore, it could be
22 due to chance alone.  And this is what
23 Dr. FitzGerald correctly points out.
24     Q.   Now, this particular study

Page 205

1  was written March 13th of 2001, and I'll
2  represent to you that that was after the
3  VIGOR study came out.  Okay?
4      A.   Um-hmm.
5      Q.   And let's take a look at
6  what Dr. FitzGerald says back at the time
7  about this study on atherosclerosis.
8      A.   The VIGOR study or --
9      Q.   No, his study here.
10     A.   Okay.
11     Q.   In the abstract, start
12 there, can you read the second to last
13 sentence.
14     A.   "Accelerated progression of
15 atherosclerosis is unlikely during
16 chronic intake of specific COX-2
17 inhibitors."
18     Q.   Is Dr. FitzGerald saying
19 there that based on this particular
20 study, he believes that if you take COX-2
21 inhibitors chronically, that it is
22 unlikely that they will affect the
23 progression of atherosclerosis?
24     A.   That's correct.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M. 

Page 206

1    Q.   If you turn to Page 3362,
2  the last line, it states, "These
3  observations support the controlled
4  evaluation of aspirin and TP
5  antagonists."
6         What are TP antagonists?
7    A.   They're antagonists.  They
8  block the receptor to which thromboxane
9  A2 binds and exerts its effects.
10   Q.   "These observations support
11 the controlled evaluation of aspirin and
12 TP antagonists in plaque progression in
13 humans and suggest that acceleration of
14 plaque progression during chronic
15 consumption of COX-2 inhibitors is
16 unlikely."
17        Is that what Dr. FitzGerald
18 wrote back at the time?
19   A.   Yes.
20   Q.   Why did you decide to
21 include this particular citation in your
22 article?
23   A.   I wanted to quote as many of
24 the articles that I knew of that either

Page 207

1  supported or did not support our study.
2    Q.   Is it important as a
3  scientist, Dr. Epstein, to consider all
4  of the relevant scientific literature
5  when you are doing an analysis?
6    A.   No. Yes.
7    Q.   It would be --
8         MR. SIZEMORE:  You got him
9  for a second.  You got me for a
10 second.
11        THE WITNESS:  Sorry.
12 BY MR. GOLDMAN:
13   Q.   That's okay.
14        MR. SCHULTZ:  Don't do that
15 again.
16 BY MR. GOLDMAN:
17   Q.   When you're doing a
18 scientific analysis, Dr. Epstein, is it
19 important to consider all of the relevant
20 scientific literature on a particular
21 topic?
22   A.   Yes.
23   Q.   Would it be improper to
24 simply identify one study, like the one

Page 208

1  that you did with Dr. Rott, or one
2  particular clinical study and say, based
3  on that study, there is a cause and
4  effect relationship between a drug and a
5  side effect?
6    A.   It would be improper.
7    Q.   Why?
8    A.   Because science is -- is a
9  difficult -- it's difficult and the
10 results depend on multiple variables.
11 And it may very well be that a specific
12 outcome using one approach may be very
13 different from a specific outcome using a
14 different approach, whether that relates
15 to animal studies or human trials.
16   Q.   A few more questions about
17 this particular study, and then I think
18 for Bill's sake we'll take a break so he
19 can get ready.  Unless, Bill, you want to
20 break now.
21        MR. SCHULTZ:  It's up to
22 you.  I'd like to break a few
23 minutes before one.  If this is a
24 good point.  Is this a good

Page 209

1  stopping point?
2         MR. GOLDMAN:  This is fine.
3         MR. SCHULTZ:  All right.
4  Let's stop now.
5         THE VIDEOGRAPHER:  The time
6  is 12:47 p.m.  Off the record.
7         (Luncheon recess is taken
8  from 12:47 p.m. until 4:15 p.m.)
9         THE VIDEOGRAPHER:  Stand by,
10 please the time is 4:15 p.m.  We
11 are back on the record.
12 BY MR. GOLDMAN:
13   Q.   Good afternoon.  Did you
14 want to make a statement, Dr. Epstein?
15   A.   Yes.  You had asked me
16 whether it's ever possible to accept a
17 single study as a study that really
18 determines whether something is posit or
19 not, and I said never.  I think that's
20 too strong a statement.  I mean, there
21 are some pivotal trials that are so
22 definitive involving so many patients
23 that there can be on occasion single
24 studies that are accepted as, quote,

Stephen E. Epstein, M.D.

## Page 210

1   truth or as close to that as you can.
2        So I just wanted to restrict
3   the "yes" to usually you require many
4   studies, but sometimes single studies are
5   considered pivotal and definitive.
6        Q.   Thank you.
7        A.   Okay.
8        Q.   Focusing back, Dr. Epstein,
9   to your study with Dr. Rott, on Page
10  1818, I want to now ask you about the
11  first sentence in the second to last
12  paragraph.
13       And it says, "In conclusion,
14  the results of this investigation raise
15  disturbing questions about possible
16  adverse effects deriving from chronic use
17  of selective COX-2 inhibitors on
18  susceptibility to viral infection and on
19  early atherosclerosis lesion
20  development."
21       Can you explain to the
22  ladies and gentlemen of the jury what you
23  mean by early atherosclerosis lesion
24  development?

## Page 211

1        A.   So atherosclerosis is an
2   extremely complex process that progresses
3   in fits and starts that can occur over
4   many years, but also can occur rather
5   rapidly.  If one is investigating the
6   development of atherosclerosis and the
7   potential effects of any intervention,
8   like drugs on atherosclerosis, it's
9   really not sufficient to look at an
10  intervention that's given over five years
11  or over ten years or over one month and
12  to say that the true results are only
13  those results seen at five years or ten
14  years.
15       So during the early phases
16  of drug administration, if there is an
17  increase in atherosclerosis, that in
18  itself is very important, even if, over
19  the course of the long-term therapy,
20  something else may develop, that is,
21  there may be no effect or protective.
22       So it's important, as you're
23  considering something, to think of the
24  earlier effects, the midterm effects and

## Page 212

1   the late effects.  Our study would
2   suggest the possibility that there is an
3   adverse effect of COX-2 inhibitors after
4   relatively early exposure of the mouse to
5   MF-tricyclic.
6        Q.   If you turn, Dr. Epstein,
7   back to Page 1816 and focus your
8   attention on the right column middle of
9   the first full paragraph, do you see
10  where you wrote, "It should be noted that
11  lesions in this particular model, in
12  which apoE knockout mice were sacrificed
13  at only 11 weeks of age and after only 3
14  weeks on the selective COX-2 inhibitor,
15  were very early lesions.  Therefore, our
16  results are probably more relevant to
17  lesion initiation."
18       A.   Yes.
19       Q.   Can you explain that, sir?
20       A.   Well, what we studied was
21  very early development of atherosclerosis
22  lesions.  So given that that's what we
23  investigated, we can't say from our study
24  what would happen over the longer term.

## Page 213

1   What we can say is over the relatively
2   short-term, the results seen in our
3   particular model raise some concern about
4   whether these drugs can influence the
5   early development of atherosclerosis.
6        Q.   Is it fair to say, Dr.
7   Epstein, that the findings of your study,
8   while they may be relevant to mice in the
9   early stages of atherosclerosis, may not
10  be relevant when you're talking about
11  advanced atherosclerosis?
12       A.   That's absolutely true.
13       Q.   Just because in your study
14  there was a finding of atherosclerosis
15  development -- withdrawn.
16       Just because in your study,
17  there was a finding in mice after three
18  weeks of dosing that MF-tricyclic
19  increased the size of the atherosclerotic
20  plaque doesn't mean that MF-tricyclic or
21  any other COX-2 inhibitor for that matter
22  necessarily accelerates the progression
23  of existing atherosclerosis?
24       A.   That's correct.

54 (Pages 210 to 213)

Stephen E. Epstein, M.

**Page 214**

1     Q.   Nor, do the findings in your
2  study mean that MF-tricyclic, or any
3  other COX-2 inhibitor for that matter,
4  increased the likelihood of plaque
5  rupture at that stage of atherosclerosis,
6  true?
7         MR. SIZEMORE:  Object to
8     form.  Go ahead.
9         THE WITNESS:  This study
10    does not investigate that
11    particular point.
12 BY MR. GOLDMAN:
13    Q.   Let's turn back to 1818
14 again, sir, and back to the second to
15 last paragraph, where you wrote,
16 "However, extrapolation of our results
17 obtained in a mouse model to humans
18 taking COX-2 inhibitors may not
19 necessarily be valid.  Moreover, the
20 doses given to the mice resulted in serum
21 levels" -- is that blood levels?
22    A.   Yes.
23    Q.   -- "that were at least four
24 times higher...than those seen in

**Page 215**

1  patients receiving the usual clinical
2  dose of" Vioxx (25 milligrams once
3  daily)."
4         Do you see that, sir?
5     A.   I do.
6     Q.   I'm sorry if I've asked you
7  this before, but can you just briefly
8  explain why you included a statement that
9  it may not be valid to extrapolate the
10 results of this mouse model to human
11 beings?
12    A.   When we developed the
13 results of this trial, given the fact
14 that millions of patients were on Vioxx,
15 we realized that the results of our study
16 could have profound clinical
17 implications.  And so we wanted to make
18 absolutely certain that we were very
19 nuanced in how we presented these results
20 and extremely critical from a scientific
21 perspective.
22         So what we did was we took
23 every possible reason that our results
24 might not apply to patients and put them

**Page 216**

1  in the paper, trying as much as possible
2  to be as balanced and also not to start a
3  stampede in the direction of saying that
4  COX-2 inhibitors are dangerous and should
5  be removed from the market.
6     Q.   You didn't suggest in this
7  paper at all that because of your
8  results, Vioxx should be removed from the
9  market, did you?
10    A.   Correct.
11    Q.   When you said a minute ago
12 that you wanted to be sure you were
13 nuanced in how you presented the results
14 of your study, what did you mean by
15 "nuanced"?
16    A.   Well, we wanted to be as --
17 as comprehensive as possible regarding
18 the implications of our particular study
19 which was using a particular mouse model,
20 and not just say, this is the effect of a
21 COX-2 inhibitor in all circumstances.
22    Q.   Did you and your co-authors,
23 Dr. Epstein, make the decision on your
24 own that you felt it was important to

**Page 217**

1  provide a balanced presentation of the
2  results of your study, or is that
3  something that Merck insisted you do?
4     A.   This is what we -- we had
5  decided -- we didn't decide -- this is
6  what I always do.  I mean, I try to
7  present as balanced a picture as
8  possible.  Merck wanted us to do that,
9  obviously.  And this was something that I
10 completely agreed with.
11    Q.   Mr. Sizemore asked you about
12 a suggestion that Dr. Rodger of Merck had
13 made about pointing out in the abstract,
14 I believe, that your study involved mice
15 and not humans.
16         Do you remember Mr. Sizemore
17 asking you that?
18    A.   I do.
19    Q.   Did you feel that was a
20 reasonable request by Merck?
21    A.   Oh, yes.
22    Q.   And if you hadn't agreed
23 with Dr. Rodger, you could have decided
24 not to include that language and talk

55 (Pages 214 to 217)

Stephen E. Epstein, M.D.

Page 218

1  about humans all you want, right?
2      A.   Well, it would be very
3  difficult doing a mouse study to say,
4  these results unequivocally apply to
5  humans, so, you know, the question is
6  naive.
7      Q.   I'm sorry. I'm glad that
8  was the only one you pointed out that was
9  naive. I'm doing pretty well.
10         You also mentioned that Dr.
11 Rodger requested that you refer to
12 MF-tricyclic in the title of your paper?
13     A.   Right.
14     Q.   Did you feel that was a
15 reasonable request?
16     A.   Yes. I think, as I recall,
17 and I may be mistaken about that, I think
18 the request was to substitute
19 MF-tricyclic for COX-2 inhibitor in the
20 abstract, and I didn't think that that --
21 if my recall is accurate, my recall of my
22 recall is that I didn't think that was
23 reasonable.
24         I thought it was important

Page 219

1  to put in both -- MF-tricyclic, because
2  it's a specific drug, and the results of
3  one drug may be different from another,
4  but I also wanted to call everyone's
5  attention to the fact that this was a
6  COX-2 inhibitor.
7      Q.   So this is an example of an
8  occasion where Merck made a suggestion to
9  you and you decided independently you
10 weren't going to agree with it and --
11     A.   I agreed -- finish. I'm
12 sorry.
13     Q.   Is this an example of an
14 instance where Merck made a suggestion to
15 you about referring here to just
16 MF-tricyclic, but you decided that you
17 think the proper way to write the paper
18 and describe it is to include
19 MF-tricyclic and a reference to COX-2
20 inhibitor?
21     A.   That's right.
22     Q.   Ultimately, it was your
23 decision and the decision of your
24 co-authors about exactly how you were

Page 220

1  going to write this paper. True?
2      A.   True.
3      Q.   When you referenced that the
4  doses given to the mice resulted in blood
5  levels that were at least four times
6  higher than those seen in patients
7  receiving the usual clinical dose of
8  Vioxx, why did you decide to include that
9  language?
10     A.   Because, once again, we
11 wanted to make sure that everyone was
12 aware that the doses we were using
13 resulted in higher than usual doses as
14 achieved in patients.
15     Q.   Why is it important for
16 patients or the medical community to have
17 that understanding?
18     A.   Because it may very well be
19 that in the doses that are used
20 clinically, which are -- result in lower
21 concentrations of Vioxx, that it might
22 not have the same effects as higher
23 doses.
24     Q.   The last paragraph, sir, of

Page 221

1  your article, you wrote, "Because of the
2  importance of the implications of the
3  conclusions deriving from our
4  investigation, and because of the
5  intrinsic limitations of an animal model
6  outlined above, the conclusions must be
7  regarded as tentative and hypothesis
8  generating."
9          Can you describe what you
10 mean by "tentative and hypothesis
11 generating"?
12     A.   The conclusions are
13 definitive for the particular model and
14 the particular experimental conditions
15 that we used. However, the more generic
16 conclusions, that is, that this might
17 apply to all COX-2 inhibitors, has to be
18 considered still a hypothesis to be
19 tested.
20         So our results essentially
21 generated a new hypothesis, that
22 hypothesis being that COX-2 inhibitors
23 can result in a worsening of
24 atherosclerosis. So it developed a new

56 (Pages 218 to 221)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 222

1  -- our findings created a new hypothesis.
2      Q.   Would it be improper, Dr.
3  Epstein, to take that hypothesis that
4  relates to early lesion development with
5  a dose that's four times higher than that
6  used in human beings involving mice and
7  not human beings and say that your study
8  confirms the deleterious effects of
9  chronic Vioxx use on the progression of
10 atherosclerosis?
11         MR. SIZEMORE:  Object to
12 form.
13         THE WITNESS:  I'll just
14         quote my last sentence. "Our
15         results emphasize the critical
16         need for more information
17         regarding the relative biologic
18         roles of both COX isoforms, and in
19         particular their roles in
20         inflammation, in resistance to
21         infection, and in atherogenesis."
22 BY MR. GOLDMAN:
23      Q.   What I'm trying to make
24 clear, and thank you for pointing that

Page 223

1  out, is it true that when you refer to
2  findings as "tentative and hypothesis
3  generating," that necessarily means that
4  you cannot take those results as
5  confirmation that, in this instance,
6  MF-tricyclic causes increased
7  atherosclerosis development?
8      A.   I would take as a given that
9  MF-tricyclic given for three weeks in
10 apoE knockout mice causes a worsening of
11 atherosclerosis. But, beyond that, I
12 have no evidence to indicate that it
13 plays a role in worsening or in improving
14 or no effect on atherosclerosis.
15      Q.   Would it be improper, Dr.
16 Epstein, to only take the results of your
17 study and say, this study proves that
18 Vioxx causes an acceleration of
19 atherosclerosis in human beings?
20      A.   It would be improper.
21      Q.   Would it also be improper to
22 hold up your study and say, this proves
23 that Vioxx and other COX-2 inhibitors
24 increase the likelihood of plaque

Page 224

1  rupture?
2      A.   It would be improper.
3      Q.   I'm going to spare you the
4  hassle of going through all of the other
5  animal studies that we've gathered on
6  this issue.  Okay?
7      A.   Um-hmm.  Thank you.
8      Q.   And hope that, based on your
9  preparation for this deposition, you'll
10 be in a position to agree with or not the
11 statements I'm going to make.
12         Okay?
13      A.   Okay.
14      Q.   If for any reason you want
15 to see a particular mouse study, I have
16 it here, and I'm happy to show it to you.
17         Okay?
18      A.   Okay.
19      Q.   Do you know whether every
20 mouse study that has ever been done with
21 Vioxx has shown a decrease in
22 atherosclerosis?
23      A.   Every study published has
24 shown --

Page 225

1      Q.   On Vioxx.
2      A.   Just on Vioxx?
3      Q.   Yes.  So I can ask it again.
4      A.   I -- okay.  There were, as I
5  recall, there were two studies, mouse
6  studies, that used Vioxx.  And I don't
7  recall, so I've divided my mind, the
8  studies, into those that led to a
9  worsening, those that had no effect, and
10 those that led to an improvement, a
11 lessening of atherosclerosis.
12         I know that Vioxx didn't --
13 there was no study that showed that Vioxx
14 led to a worsening.  I don't know --
15 there was one study by John Oates and a
16 colleague, he was second or third author.
17 That was the only study that showed an
18 improvement.  I don't remember, I think
19 that might have been a Vioxx study.
20         So the answer is there a
21 study, one, if that's true, study showed
22 that Vioxx produced a lessening of
23 atherosclerosis, and the others showed no
24 effect.

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 226

1    Q.   I'm going to break down your
2  answer.
3    A.   Okay.
4    Q.   And ask you some specific
5  questions.  Okay?
6    A.   Yes.
7    Q.   Based on your research, Dr.
8  Epstein, have you found any animal
9  studies showing that Vioxx worsened
10  atherosclerosis?
11    A.   No.
12    Q.   Have you found in your
13  investigation, Dr. Epstein, that at least
14  one study in mice showed that Vioxx
15  actually reduced the size of
16  atherosclerotic lesions?
17    A.   I just want to confirm, was
18  that the Oates, John Oates' study?
19    Q.   I refer to it as Burley.
20    A.   Burley, right.  Okay.  John
21  was just a mentor of mine way back.  So I
22  remember his name.
23        Yes, the answer then is yes.
24    Q.   Based on your investigation,

Page 227

1  Dr. Epstein, is it true that every mouse
2  study that has been done with
3  MF-tricyclic, other than yours, has
4  either shown no effect on atherosclerosis
5  or a reduction in the size of the
6  atherosclerotic lesions?
7    A.   I don't know of any that
8  showed a reduction.  I may have missed
9  that one.
10    Q.   Let's see if I can find it.
11  Bear with me.
12    A.   That's okay.
13    Q.   You know the studies better
14  than I do, as you should.  Let me ask the
15  question again.  Okay?
16    A.   Yes.
17    Q.   Based on your research, Dr.
18  Epstein, is it true that every mouse
19  study that has been done with
20  MF-tricyclic, other than yours, has shown
21  no effect on the atherosclerotic process?
22    A.   Correct.
23    Q.   Is it true, Dr. Epstein,
24  that every mouse study using COX-2

Page 228

1  inhibitors like Celebrex, nimesulide,
2  NS-398, SC-236, either show no effect on
3  atherosclerosis or a decrease in lesion
4  size?
5    A.   Under the conditions
6  studied, the answer is yes.
7    Q.   Do you remember in response
8  to Mr. Sizemore's questions, you
9  mentioned that you felt that given that
10  your study was the first to identify a
11  potential risk concerning
12  atherosclerosis, you felt that this study
13  amounted to a yellow flag?
14    A.   Right.  The first mouse
15  study.  I mean, as you know, the VIGOR
16  study sort of raised that yellow flag
17  before.
18    Q.   In terms of the focus on
19  atherosclerosis specifically, though.
20    A.   Right.
21    Q.   If we're focusing on the
22  potential effect of COX-2 inhibitors on
23  atherosclerosis, you believe that your
24  study raised a yellow flag in that

Page 229

1  regard?
2    A.   Correct.
3    Q.   Do you also agree, Dr.
4  Epstein, that the other studies, like the
5  one that you referenced concerning Vioxx
6  showing a decrease in atherosclerosis,
7  did not raise a yellow flag?
8    A.   That's correct.
9    Q.   The other mouse studies that
10  were done with MF-tricyclic, other than
11  yours, where there was no effect shown on
12  atherosclerosis or a decrease in
13  atherosclerosis, those weren't yellow
14  flags either, true?
15    A.   Right.  True.
16    Q.   And the mouse studies that
17  were done on COX-2 inhibitors like
18  Celebrex, nimesulide, NS-398, SC-236,
19  that showed no effect on atherosclerosis
20  or a beneficial effect —
21    A.   I don't think any of them
22  showed -- other than that one Vioxx
23  study.
24    Q.   I'll withdraw the question

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 230

1    and ask it differently.
2        A.   Okay.
3        Q.   Do you agree, Dr. Epstein,
4    that the other mouse studies using COX-2
5    inhibitors like Celebrex, nimesulide,
6    NS-398, SC-236, that showed no effect on
7    atherosclerosis, that those wouldn't be a
8    yellow flag?
9        A.   Correct.
10       Q.   Correct?
11       A.   I will agree, yes.  Correct.
12       Q.   And would you also agree,
13   Dr. Epstein, that it's appropriate for
14   Merck to consider all the studies as a
15   whole, not just one?
16       A.   I don't agree with that.
17       Q.   Okay.
18       A.   I'd like -- I could
19   elaborate on that if you'd like.
20       Q.   Sure.
21       A.   Because each one of these
22   studies was done either with a different
23   drug or a different duration of study or
24   with a different mouse model, one can't

Page 231

1    be democratic about how one evaluates
2    these results.  So, if four or five show
3    a beneficial effect, a beneficial effect
4    is not the conclusion.
5        Q.   Fair enough.
6        A.   Okay?
7        Q.   That's fair.
8            So, in other words, it would
9    be inappropriate for Merck to take only
10   the studies that showed a beneficial
11   effect or no effect and conclude
12   definitively that there's a beneficial
13   effect of Vioxx on atherosclerosis?
14       A.   That's true.
15       Q.   You talked with Mr. Sizemore
16   briefly about the Egan study.  Do you
17   remember that?
18       A.   Yes.
19       Q.   Let me show you that.  I'll
20   mark that as the next exhibit, Dr.
21   Epstein.  What is it?
22       A.   18.
23           (Whereupon, Deposition
24   Exhibit No. Epstein-18, Article

Page 232

1        titled Cyclooxygenases,
2        Thromboxane, and Atherosclerosis,
3        was marked for identification.)
4    BY MR. GOLDMAN:
5        Q.   This is a study that is also
6    published in Circulation, and it's titled
7    "Cyclooxygenase, Thromboxane and
8    Atherosclerosis."  And this is the study
9    that includes Dr. FitzGerald as an
10   author, right?
11       A.   That's correct.
12       Q.   Did this study test
13   MF-tricyclic as one of the drugs?
14       A.   That's correct.
15       Q.   Was the particular mouse
16   model here something called an
17   A-p-o-b-e-c?  Why don't you tell me what
18   it is.  Let me ask the question this way.
19           Do you know what type of
20   mice model or mouse model was used in Dr.
21   FitzGerald's study?
22       A.   Right.  I've never used
23   that.  I would assume it's Apobec-1 and
24   then LDL receptor double knockout.  So I

Page 233

1    don't know what the Apobec-1 is.  I've
2    never used that.  And this is the first
3    paper that I've seen using that model.
4            The LDL receptor is, is what
5    the -- is a transport receptor that LDL
6    cholesterol binds to, and it helps in
7    clearing the cholesterol.  And that LDL
8    receptor knockout is commonly used, but
9    this Apobec-1 double knockout, this, as
10   far as I know, is the only paper that has
11   used this model for atherosclerosis.
12       Q.   I'm not sure if I could
13   point you to it right away, you might be
14   able to find it before I do, but do you
15   know whether this was a study that tested
16   mice for 13 weeks from the time they were
17   six weeks old to the time they were 19
18   weeks old?
19       A.   Yes.  So if you look at
20   Table 2 of that paper, Dr. Egan
21   summarizes that and -- which one is this?
22   I'm not sure that helps.  That's the
23   previous studies, I guess.
24           Study design, "Mice were

Stephen E. Epstein, M.D.

**Page 234**

1  randomized to each" – "at 6 weeks and
2  were euthanized at 19 weeks."
3      So they were treated for 13
4  weeks.
5      Q.   If you turn with me to the
6  third to last page, Page 340, do you see
7  in the right column, first full
8  paragraph, the statement, "Selective
9  inhibition of COX-2 failed to influence
10  the extent of atherosclerosis in the
11  present studies."
12      A.   I do.
13      Q.   Is that another way of
14  saying that there was no effect seen on
15  the lesion size of the mice in this
16  particular model who were given
17  MF-tricyclic?
18      A.   That's correct.
19      Q.   And then if you look at the
20  second page – sorry, withdrawn.
21      If you look at the
22  conclusion on the first page –
23      A.   In the abstract?
24      Q.   -- in the abstract, second

**Page 235**

1  sentence says, "Despite early
2  intervention, selective inhibition of
3  COX-2 alone or in combination with a TP
4  antagonist" – and remind us what that is
5  again.
6      A.   Thromboxane A2, like any
7  protein, acts by combining with a
8  receptor on a cell surface. TP is the
9  thromboxane A2 receptor, so by giving an
10  antagonist, it blocks the effects of
11  thromboxane A2.
12      Q.   Are TP antagonists actually
13  approved?
14      A.   I don't know the answer to
15  that.
16      Q.   So the statement says,
17  "selective inhibition of COX-2, alone or
18  in combination with a TP antagonist,
19  failed to modify disease progression but
20  may undermine plaque stability when
21  combined with the antagonist."
22      Do you see that?
23      A.   Yes.
24      Q.   Is that saying that COX-2

**Page 236**

1  inhibition with MF-tricyclic alone may
2  undermine plaque stability?
3      A.   No.
4      Q.   What is it saying?
5      A.   It's saying – it's saying
6  that in the presence of this inhibitor of
7  thromboxane A2, in combination with that,
8  then plaque stability may be compromised,
9  but only in this particular study when
10  combined with a TP antagonist.
11      Q.   In other words, if you give
12  a mouse MF-tricyclic and a TP antagonist,
13  you might see an increase in
14  atherosclerosis or -- I'm sorry, in
15  plaque instability?
16      A.   Correct.
17      Q.   But if you give the mouse
18  just the COX-2 inhibitor, MF-tricyclic,
19  this study found that you didn't affect
20  the stability of plaque?
21      A.   That's correct.
22      Q.   Okay. We've now talked
23  about the animal studies, Dr. Epstein.
24  And you might remember that you mentioned

**Page 237**

1  about human studies earlier, and I said I
2  was going to come back to that.
3      A.   Um-hmm.
4      Q.   Are you aware, Dr. Epstein,
5  of any studies that have shown that Vioxx
6  has increased the development of
7  atherosclerotic lesions in human beings?
8      A.   No.
9      Q.   Are you aware of any study
10  that has shown that Vioxx has increased
11  the progression or accelerated the
12  progression of atherosclerosis in human
13  beings?
14      And when I'm saying
15  atherosclerosis, I'm talking about
16  atherosclerotic lesions?
17      A.   So the answer is no, because
18  no such study was ever undertaken. So
19  the answer is no.
20      Q.   Do you know whether any
21  study has ever shown that Vioxx or any
22  other COX-2 inhibitor, like Celebrex or
23  Bextra or others, has shown that COX-2
24  inhibition can increase the likelihood of

60 (Pages 234 to 237)

Stephen E. Epstein, M.

---

Page 238

1  plaque rupture in these atherosclerotic
2  lesions?
3      A.   Yes.
4      Q.   Did I limit that to human
5  studies?
6      A.   Yes.
7          I mean, you know, acute
8  myocardial infarction is 95 percent of
9  the time caused by plaque rupture. So if
10 there is a study, a randomized study in
11 which Vioxx was used, and there's a
12 threefold increase in myocardial
13 infarction, you know, that's very good
14 evidence that it increases the incidence
15 of plaque rupture.
16     Q.   Well, if there's the study
17 -- are you speaking about the APPROVe
18 study?
19     A.   The APPROVe.
20         MR. SIZEMORE: Were you
21 through, Doctor?
22         THE WITNESS: No. Well, I'm
23 talking, excuse me, about the
24 VIGOR study, where there was no

---

Page 239

1  placebo, and that's a whole
2  different issue, and then the
3  APPROVe study, where it was
4  against a placebo.
5  BY MR. GOLDMAN:
6      Q.   But I want to just be clear
7  about the APPROVe study. I'm trying to
8  talk about --
9      A.   May I say, I've not read the
10 APPROVe study.
11         MR. SCHULTZ: I feel like
12 we're really wandering away from
13 the basic subject of the
14 deposition.
15         MR. GOLDMAN: That's fair,
16 Bill. But let me just clarify one
17 thing that Dr. Epstein said so
18 it's not interpreted out of
19 context.
20         MR. SCHULTZ: Okay.
21 BY MR. GOLDMAN:
22     Q.   I'm trying to focus on the
23 mechanism here and whether or not Vioxx
24 contributes to heart attacks. That's

---

Page 240

1  going to be a discussion that we're going
2  to have in court, and there's going to be
3  evidence about that both ways. Okay?
4      A.   And there will be real
5  expert witnesses there.
6      Q.   I wouldn't say that anybody
7  is more of an expert than you, sir, but
8  in the APPROVe study, the simple fact
9  that there was an increase in MIs, in
10 heart attacks, seen in that particular
11 population of people does not necessarily
12 mean that Vioxx increased the probability
13 of a plaque rupture. True?
14         MR. SIZEMORE: Object to
15 form. He's not read the article.
16         THE WITNESS: I mean, but
17 the statement -- the question
18 is -- I don't have to read the
19 article. The statement is
20 independent of that, and it's
21 false. You know, from a
22 probability perspective. I mean,
23 a lot of different things could
24 cause a heart attack. But far and

---

Page 241

1      away from a clinical perspective,
2      the most common thing that causes
3      a heart attack is plaque rupture.
4  BY MR. GOLDMAN:
5      Q.   And that's true whether or
6  not you're taking Vioxx?
7      A.   Correct.
8      Q.   So for years before Vioxx
9  came on the market, plaque rupture was
10 the most common thing to lead to heart
11 attacks, true?
12     A.   I'm sorry. I -- could we
13 take just a break for a minute?
14     Q.   Sure.
15         THE VIDEOGRAPHER: Stand by,
16 please. That concludes Tape 2 of
17 this videotape deposition. The
18 time is 4:50 p.m.
19         (Recess was held from 4:50
20 p.m. until 4:53 p.m.)
21         THE VIDEOGRAPHER: This
22 begins Tape 3 of this videotape
23 deposition. The time is 4:53 p.m.
24 We are on the record.

---

61 (Pages 238 to 241)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

| Page 242 | Page 244 |
|---|---|
| 1 BY MR. GOLDMAN: | 1    Q.   Did anybody from Merck ever |
| 2    Q.   Dr. Epstein, based on | 2 tell you not to do your study? |
| 3 discussions we just had off the record, | 3    A.   No. |
| 4 the previous testimony that you just gave | 4    Q.   Did anybody from Merck ever |
| 5 about plaque rupture and about the | 5 try to tell you to change the substance |
| 6 APPROVe study — | 6 of your findings? |
| 7    A.   Yes. | 7    A.   No. |
| 8    Q.   -- was that based on your | 8    Q.   Did anybody from Merck ever |
| 9 understanding of the APPROVe study which | 9 try to downplay the significance of your |
| 10 you haven't read? | 10 findings with some press release or some |
| 11       MR. SIZEMORE:  Object to | 11 other action? |
| 12 form. | 12    A.   No. |
| 13       THE WITNESS:  That was -- | 13    Q.   Do you feel that Merck ever |
| 14 you'll have to rephrase that. | 14 tried to retaliate against you or be |
| 15 BY MR. GOLDMAN: | 15 aggressive toward you or do anything |
| 16    Q.   Was your previous testimony | 16 inappropriate toward you or your |
| 17 about plaque rupture and about what | 17 colleagues because of the study that you |
| 18 occurred in APPROVe based on your review | 18 did and published? |
| 19 of the APPROVe study? | 19    A.   No. |
| 20    A.   It was not, no.  I did not | 20    Q.   In fact, a month after you |
| 21 review the study.  It was based on what I | 21 submitted your first draft of the study |
| 22 had heard secondhand about the results of | 22 to Merck, were you invited to be one of |
| 23 the APPROVe study. | 23 the consultants in Philadelphia to |
| 24    Q.   So your previous testimony | 24 discuss the cardiovascular outcomes |

| Page 243 | Page 245 |
|---|---|
| 1 was based on something that somebody else | 1 study? |
| 2 told you about the APPROVe study or | 2    A.   That's correct. |
| 3 something that you read talking about the | 3    Q.   That's a meeting that you |
| 4 APPROVe study? | 4 attended? |
| 5       MR. SIZEMORE:  Object to | 5    A.   Yes. |
| 6 form. | 6    Q.   Merck obviously thought |
| 7       THE WITNESS:  That's | 7 highly of you and said so in internal |
| 8 correct. | 8 documents and invited you to Philadelphia |
| 9       MR. SIZEMORE:  That | 9 to engage in this discussion about the |
| 10 mischaracterizes his testimony. | 10 outcomes study? |
| 11 He said it was based on his | 11    A.   That's correct. |
| 12 experience and his knowledge of | 12    Q.   Were there other respected |
| 13 the primary factors that go into | 13 scientists there as well? |
| 14 causing a heart attack. | 14    A.   Yes. |
| 15       MR. GOLDMAN:  I think the | 15    Q.   Do you remember their names? |
| 16 record's clear. | 16    A.   Well, other than Dr. |
| 17       MR. SIZEMORE:  It is clear. | 17 FitzGerald, I don't remember off the top |
| 18 BY MR. GOLDMAN: | 18 of my head, but you have the document. |
| 19    Q.   Dr. Epstein, when you came | 19    Q.   Do you remember Dr. Konstam? |
| 20 to Merck presenting your results of your | 20    A.   Yes. |
| 21 study with Dr. Rott, did anybody from | 21    Q.   Dr. Patrono? |
| 22 Merck ever tell you not to publish your | 22    A.   I don't remember. |
| 23 results? | 23    Q.   You were asked by Mr. |
| 24    A.   Oh, no. | 24 Sizemore whether you were compensated for |

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

# Stephen E. Epstein, M.D.

1  your time. Do you remember that?
2      A.  Yes.
3      Q.   And he used the document
4  with you, but didn't ask you to read the
5  amount that you were paid.
6           Is it true that you were
7  paid $3,000, almost five years ago, to
8  attend this meeting?
9      A.  Yes.
10     Q.   Do you feel there's anything
11 inappropriate about being compensated for
12 your time, given that you were being
13 taken away from your job?
14     A.   No.  That's the usual thing
15 that's done.
16     Q.   And the purpose of the
17 meeting that you attended was to sort of
18 brainstorm with Merck on the best way to
19 try to design a study to focus on a
20 possible CV outcomes study?
21     A.   I think it was twofold.  It
22 was, one, to evaluate the data that were
23 currently available relating to the
24 potential cardiovascular risks and then,

1  two, to design a study to examine that
2  possibility.
3      Q.   And Merck welcomed the input
4  of you and other scientists in that
5  regard?
6      A.  Yes.
7      Q.   Mr. Sizemore also asked you
8  about the board of scientific advisers.
9  And I'm going to need to spend a little
10 bit of time on this.
11     A.   Okay.
12     Q.   Mr. Sizemore said to you or
13 asked you this question.  Did Dr. Rodger
14 or anyone at Merck inform you that the
15 board of scientific advisers,
16 approximately two years before your
17 study, that they had indicated, the board
18 of scientific advisers had indicated that
19 inhibition of COX-2 in a human being
20 could, number one, lead to atherogenesis
21 and, number two, cause plaque
22 destabilization and rupture?  Do you
23 remember Mr. Sizemore asking you about
24 that?

1      A.  I do.
2      Q.   Did he also ask you whether
3  Dr. Rodger or any other doctor at Merck
4  ever indicated to you that these
5  potential deleterious effects of COX-2
6  inhibition had been brought to Merck's
7  attention two years before your study by
8  a board of scientific advisers?
9      A.   I had never heard that until
10 just now.
11     Q.   But that's what Mr. Sizemore
12 was talking to you about, right?
13     A.   Right.
14     Q.   And you, of course, said no,
15 nobody ever told you that?
16     A.   Right.
17     Q.   Maybe one reason nobody ever
18 told you that was because that's not what
19 the board of scientific advisers said?
20         MR. SIZEMORE:  Object to
21 form.
22 BY MR. GOLDMAN:
23     Q.   Could that be --
24         MR. SIZEMORE:  Pure

1  speculation.  He's got the
2  document in front of him.
3  BY MR. GOLDMAN:
4      Q.   Could it be, Dr. Epstein,
5  that nobody told you that the board of
6  scientific advisers felt that Vioxx could
7  lead to atherosclerosis or cause plaque
8  destabilization, because that's not what
9  the board of scientific advisers said?
10         MR. SIZEMORE:  Object to
11 form.  Speculation.
12         THE WITNESS:  That's
13 certainly possible.
14 BY MR. GOLDMAN:
15     Q.   Let me show you, and you
16 actually, I think, have it in front of
17 you, or I can just give you another copy,
18 it's Exhibit 2.  Do you have it there?
19     A.   Yes, I do.
20     Q.   Now, you are free to read as
21 much of this as you like, Dr. Epstein,
22 but I want to focus your attention on the
23 third page.  And for the record, this is
24 a May 3rd to 6th meeting with Merck's

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 250**

1 scientific advisers.
2         And would you please just do
3 me a favor —
4     A.   I just want to make sure.
5 So it says 10 on the bottom.  Is that the
6 page that you're looking at?
7     Q.   11, actually.
8     A.   Okay.
9     Q.   Will you do me a favor,
10 we'll go off the record, and just read to
11 yourself and then I'm going to ask you
12 some questions, from Cardiovascular
13 Pathophysiology, through the top part of
14 the second page, the section
15 "Destabilization of the Cap."  Okay?
16     A.   Of the plaque.
17     Q.   Of the cap of a plaque.
18         MR. SIZEMORE:  To be fair,
19     he needs to read the whole
20     cardiovascular section if we're
21     going to talk about this for
22     completeness.
23 BY MR. GOLDMAN:
24     Q.   Dr. Epstein, you're free to

**Page 251**

1 read as much as you want.  I'm telling
2 you that my questions are going to relate
3 to that section, and Mr. Sizemore can ask
4 you whatever he wants.
5         MR. SIZEMORE:  I can.  But
6     for the rule of completeness, I
7     think you need to read all of
8     that, Doctor.  I hate to say that
9     to you.
10         MR. SCHULTZ:  Why don't we
11     take a few minutes, at least go
12     through the document.
13         MR. SIZEMORE:  Let's go off
14     the record.
15         THE VIDEOGRAPHER:  The time
16     is 5:00 p.m.  Off the record.
17         (Recess was held from 5:00
18     p.m. until 5:04 p.m.)
19         THE VIDEOGRAPHER:  Stand by,
20     please.  The time is 5:04 p.m.
21     We're back on the record.
22 BY MR. GOLDMAN:
23     Q.   Do you see, Dr. Epstein, on
24 Page 11 that this document starts by

**Page 252**

1 saying, "The Board addressed the
2 potential for either benefits or adverse
3 consequences of selective inhibition of
4 COX-2 on coronary heart disease."
5     A.   I see that.
6     Q.   Does that suggest to you
7 that what the board is about to talk
8 about are either potential benefits or
9 potential adverse effects of Vioxx?
10     A.   Either one.
11     Q.   "The possible effects of
12 COX...inhibition on three separate
13 components of the process leading to
14 coronary ischemic events were
15 considered."
16         MR. SIZEMORE:  COX-2.
17         MR. GOLDMAN:  What did I
18     say?
19         MR. SIZEMORE:  COX.
20         MR. GOLDMAN:  I'll read it
21     again.
22         MR. SIZEMORE:  No, you don't
23     have to.
24 BY MR. GOLDMAN:

**Page 253**

1     Q.   "The possible effects of
2 COX-2 inhibition on three separate
3 components of the process leading to
4 coronary ischemic events were considered.
5 These are," and then it lists three
6 items.
7         "The development of
8 lipid-rich coronary plaques."
9         Right?
10     A.   Right.
11     Q.   "The destabilization of the
12 cap of these plaques by inflammatory
13 cells, making them 'rupture prone.'"
14         Right?
15     A.   Right.
16     Q.   And then a third one having
17 to do with "thrombotic occlusion of the
18 vessel."
19     A.   Right.
20     Q.   I know you haven't seen this
21 document before, but do you understand
22 that the board is suggesting that it may
23 be that Vioxx actually benefits, because
24 of its anti-inflammatory properties, the

Golkow Litigation Technologies - 1.877.DEPS.USA

Stephen E. Epstein, M.D.

### Page 254

1    stabilization of plaque and slow down the
2    progression of atherosclerosis?
3         A.   Um-hmm.
4         Q.   Yes?
5         A.   Yes.  It raises the precise
6    questions that led to the funding of our
7    study.
8         Q.   Do you see that in the
9    middle of the development of lipid-rich
10   plaques, it says, "There is a growing
11   body of evidence indicating that
12   inflammatory disease is a risk factor for
13   myocardial infarction, and such
14   inflammatory processes almost certainly
15   are accompanied by the release of," is it
16   "cytokines" --
17        A.   Yes.
18        Q.   -- "that affect cells in
19   the," and it continues.  Okay?
20        A.   Right.
21        Q.   So that portion of the
22   document is consistent with what you've
23   said before, that COX-2 inhibition, by
24   reducing inflammation, could slow down

### Page 255

1    the progression of atherosclerosis,
2    correct?
3         A.   Um-hmm, correct.
4              MR. SIZEMORE:  Andy, could
5         you read the second -- or the
6         remainder of that, please?
7              MR. GOLDMAN:  Yes.
8    BY MR. GOLDMAN:
9         Q.   "Accordingly, it is
10   appropriate to ask whether COX-2
11   expression in monoctye-macrophage-foam
12   cell development regulates the
13   progression of the atherosclerosis that
14   accompanies dyslipidemia, either
15   positively or negatively?"
16             Do you see that?
17        A.   Yes.
18        Q.   "If this were the case, then
19   inhibition of COX-2 might be expected to
20   alter the process of plaque formation."
21        A.   Right.
22        Q.   In other words, it was being
23   postulated by the board of -- withdrawn.
24             In other words, the board of

### Page 256

1    scientific advisers, like you and many
2    other scientists, were suggesting that
3    it's quite possible that Vioxx, as a
4    COX-2 inhibitor, could have a beneficial
5    effect on atherosclerosis.
6              True?
7         A.   True.
8         Q.   On the second page, or Page
9    12, "Destabilization of the Cap of an
10   Atheromatous" --
11        A.   "Atheromatous plaque."
12        Q.   -- Atheromatous Plaque."
13             Do you see on Page 12, it
14   says, "Destabilization of a Cap of"
15   atheroma -- why don't you read it for me.
16             On Page 12, what does the
17   first section say at the top?
18        A.   "Destabilization of the Cap
19   of an Atheromatous Plaque."
20        Q.   And then it continues by
21   saying, "Recent evidence indicates that
22   inflammatory cells are present in the
23   region of the thinned-out cap that covers --
24        A.   "Atheromatous plaques."

### Page 257

1         Q.   -- "atheromatous plaques,
2    and it is thought that these inflammatory
3    cells contribute to thinning the plaque
4    at its margin that is the frequent site
5    of plaque rupture."
6              And just to finish the
7    paragraph, "As the critical cells in the
8    process are inflammatory cells, the
9    possibility exists that the products of
10   COX-2 could regulate thinning the cap of
11   plaques and render them rupture-prone."
12             Do you see that?
13        A.   Yes.
14        Q.   Is it your understanding
15   when you read "products of COX-2," that
16   what the board is saying is that COX-2
17   enzymes through their inflammatory
18   effects could end up thinning plaques,
19   making them more rupture prone?
20        A.   I agree with that.
21        Q.   Is it your interpretation of
22   this, Dr. Epstein, what the board of
23   scientific advisers was saying was that
24   if Vioxx could reduce the inflammation,

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

1 it could avoid or help reduce the
2 likelihood of thinning of the cap of
3 plaques and reduce the likelihood of a
4 rupture?
5     A.   Exactly.
6     Q.   Did Merck come to you and
7 say, you don't need to do your study, Dr.
8 Epstein, because we know from our board
9 of scientific advisers that Vioxx is
10 beneficial for atherosclerosis?  Did they
11 say that?
12     A.   They did not.
13     Q.   I believe that you testified
14 on direct examination by Mr. Sizemore,
15 sir, when you were discussing the CMV
16 virus theory --
17     A.   Yes.
18     Q.   -- that COX-2 produces
19 reactive oxygen species.
20     A.   Yes.
21     Q.   Did you say that?
22     A.   I did.
23     Q.   Can you explain what
24 reactive oxygen species means or ROS, in

1 terms that I can understand?
2     A.   When -- when COX-2 is
3 activated and produces all of its
4 products, in the course of the production
5 of those products, it forms a type of
6 oxygen, which is not O2 which is present
7 in the air which we breathe, but an
8 activated form of oxygen which is very
9 reactive with different molecules in the
10 cell, and acts as a signaling molecule.
11         And one of the key actions
12 of these reactive oxygen species is to
13 facilitate activation of the immune
14 inflammatory responses in a cell.
15     Q.   Do reactive oxygen species
16 play any role in atherosclerosis?
17     A.   It's believed that they do,
18 yes.
19     Q.   Is it believed that reactive
20 oxygen species are beneficial or harmful
21 to the atherosclerosis process?
22     A.   Harmful.
23     Q.   So if reactive oxygen
24 species are produced by COX-2, it would

1 be wrong to say that COX-2 inhibitors
2 increase reactive oxygen species,
3 correct?
4     A.   Correct.
5     Q.   Is it true that COX-2
6 inhibitors actually reduce or decrease
7 reactive oxygen species?
8     A.   Correct.
9     Q.   By reducing reactive oxygen
10 species, would you say that COX-2
11 inhibitors like Vioxx have a beneficial
12 effect on atherosclerosis?
13     A.   I wouldn't jump to that.  I
14 would say that they have a potential
15 beneficial effect on atherosclerosis by
16 reducing -- by contributing to a
17 reduction in inflammatory processes.
18     Q.   Do you know somebody by the
19 name of Emil Fosilien?
20         MR. SIZEMORE:  Egil
21 Fosilien.
22 BY MR. GOLDMAN:
23     Q.   Egil Fosilien?
24     A.   No, I don't.

1     Q.   Dr. Epstein, have you ever
2 heard of anybody by the name of Dr. Egil
3 Fosilien?
4     A.   I do not or I have not.
5     Q.   Have you been involved in
6 monitoring literature in the area of
7 atherosclerosis for some time?
8     A.   Reviewing.
9     Q.   Yes.
10     A.   Yes.
11     Q.   Have you also written about
12 atherosclerosis for much of your life?
13     A.   I have.
14         MR. SCHULTZ:  Where is this
15 going?
16         MR. GOLDMAN:  I'm almost
17 done.
18 BY MR. GOLDMAN:
19     Q.   Have you met -- are you
20 familiar, sir, with many of the leaders
21 in the field of atherosclerosis?
22     A.   Yes.
23     Q.   Have you met them at medical
24 conferences and come across them at

Golkow Litigation Technologies - 1.877.DEPS.USA

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 262

1 different medical functions?
2    A.   Yes, I have.
3    Q.   In all of your years of
4 attending these sorts of functions and
5 meeting individuals who have an interest
6 in atherosclerosis, have you ever met a
7 man named Dr. Egil Fosilien?
8        MR. SIZEMORE:  The
9 University of Chicago.
10       THE WITNESS:  Not to my
11 recall.
12       MR. SIZEMORE:  Or is it
13 Illinois?
14       MR. GOLDMAN:  Thank you,
15 sir.
16       I think it's Illinois.
17       I don't have any more
18 questions right now, but I may
19 after Mr. Sizemore asks you.
20       THE VIDEOGRAPHER:  Stand by,
21 please.  The time is 5:14 p.m.
22       (Recess is taken from 5:14
23 p.m. until 5:18 p.m.)
24       THE VIDEOGRAPHER:  Stand by,

Page 263

1 please.  The time is 5:18.  We are
2 back on the record.
3        - - -
4     FURTHER EXAMINATION
5        - - -
6 BY MR. SIZEMORE:
7    Q.   Doctor, surprisingly, I'm
8 going to ask you about the scientific
9 advisory board minutes again.
10    A.   Okay.
11    Q.   You got those right in front
12 of you I see there.
13    A.   I do.
14    Q.   Doctor, is it your
15 understanding from reviewing this
16 document and having various questions
17 asked to you today that the scientific
18 advisory board is essentially saying that
19 coxibs, like Vioxx, could help or harm
20 atheromatous plaques?
21    A.   That's my understanding,
22 yes.
23    Q.   And your study showed
24 harmful effects of COX-2 inhibitors like

Page 264

1 Vioxx on the formation and progression of
2 atheromatous plaques, correct?
3        MR. GOLDMAN:  Objection.
4 Mischaracterizes the study.
5        THE WITNESS:  The study
6        showed the development of -- I
7        agree with that statement, yes.
8 BY MR. SIZEMORE:
9    Q.   Thank you.
10       Now, Mr. Goldman asked you
11 several questions about things that I'd
12 asked you, so I want to ask you one about
13 something that he asked you so I just get
14 to use his name.  Now, he went into a
15 series of questions about Merck didn't
16 ask you to do your study.
17       Do you remember those
18 questions?
19    A.   Yes.
20    Q.   Now, didn't Merck -- Merck
21 didn't tell you not to do your study, but
22 didn't they turn you down the first time
23 you approached Merck about doing the
24 study?

Page 265

1    A.   They did.
2    Q.   And you told them
3 essentially that you would go forward
4 even if you had to fund the study
5 yourself, isn't that right?
6    A.   I did.  But the only caveat
7 there was that I couldn't obtain the drug
8 without their cooperation.
9    Q.   Okay.  And you asked for
10 Vioxx specifically from Merck to do the
11 study, correct?
12    A.   Correct.
13    Q.   And did they provide you
14 with Vioxx?
15    A.   They did not.
16    Q.   What drug did they give you
17 instead?
18    A.   MF-tricyclic.
19    Q.   Okay.  Did Merck or anybody
20 at Merck tell you why they didn't give
21 you Vioxx?
22    A.   No.
23       (Whereupon, Deposition
24 Exhibit No. Epstein-19, E-mail

67 (Pages 262 to 265)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.D.

**Page 266**

```
 1        String, (Bates Numbers Obscured),
 2     was marked for identification.)
 3   BY MR. SIZEMORE:
 4        Q.   Show you what I'm going to
 5   mark as Exhibit 19 to your deposition,
 6   Doctor, and I promise but I won't have
 7   but a couple of exhibits.
 8        A.   You gave me -- oh, here's
 9   another one.
10        Q.   Yes.  Thank you.
11          And I'll point you to the
12   second page of this cumulative exhibit,
13   and if you look down at the bottom it
14   appears to be MRK-ABS0343457.
15        A.   I'm sorry, I don't see where
16   you're reading.
17        Q.   Bates number.  That doesn't
18   really matter, Doctor.
19          I'll point you out to an
20   e-mail from Leslie Koch to Greg
21   Wiederrecht appears to be and John
22   Obenchain.
23        A.   Yes.
24        Q.   And it says, "Greg, yes, we
```

**Page 267**

```
 1   do send out marketed compounds - actually
 2   that is about 80% of the total requests.
 3   Decisions about the appropriateness of
 4   the experiments involving Vioxx and if
 5   Merck wants to support go to Dr. Robert
 6   Young (MFC) and Dr. Ian Rodgers
 7   (Chairman, Vioxx Medical School Grant
 8   Committee).  Occasionally they will offer
 9   substitute compounds like MF-tricyclic or
10   DFU if they are interested in the study,
11   but" concerned "about potential bad
12   implications on marketed products."
13          Did Merck ever inform you or
14   anybody at Merck, Dr. Rodger, tell you
15   that they were concerned about your study
16   showing bad implications for a marketed
17   product and that's why they didn't give
18   you Vioxx, Doctor?
19          MR. GOLDMAN:  Objection.  It
20     assumes facts not in evidence.
21          THE WITNESS:  They never
22     informed me about that.
23   BY MR. SIZEMORE:
24        Q.   Okay.  Nobody at Merck, it's
```

**Page 268**

```
 1   true, Doctor, informed you as to why they
 2   wouldn't give you Vioxx for your study --
 3        A.   That's correct.
 4        Q.   -- isn't that correct?
 5        A.   Correct.
 6        Q.   It's also true, Doctor, that
 7   the first protocol that I believe Mr.
 8   Golden -- Goldman -- excuse me, Andy --
 9   went over with you about your potential
10   study involved the usage of Vioxx.
11          Do you recall that?
12        A.   I'm sorry.  What was the
13   first part of that?
14        Q.   Sure.  That was a bad
15   question.  I'm going to retract that.
16        A.   No, no.  I just didn't hear.
17        Q.   Mr. Goldman went over your
18   initial study protocol, I believe --
19        A.   Yes.
20        Q.   -- with you, Doctor, and
21   mentioned several of the aims in your
22   initial protocol?
23        A.   Yes.
24        Q.   I think there were five of
```

**Page 269**

```
 1   them.  And they actually involved the
 2   usage of Vioxx in your study?
 3        A.   Correct.
 4        Q.   Is that right, Doctor?
 5        A.   Correct.
 6        Q.   So when you initially
 7   formulated your study and approached
 8   Merck, you anticipated utilizing Vioxx in
 9   your study?
10        A.   That's right.
11          MR. GOLDMAN:  Object to the
12     form.
13   BY MR. SIZEMORE:
14        Q.   That's all I've got with
15   that one, Doctor.
16          Now, when we spoke earlier,
17   Doctor, I believe you indicated that you
18   informed Merck and the other Merck
19   consultants at this meeting in
20   Philadelphia in 2001 that it was your
21   opinion that a CV outcomes study with
22   Vioxx should be done, is that right?
23          MR. GOLDMAN:  Objection.
24     Beyond the scope.
```

68 (Pages 266 to 269)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

**Page 270**

1    THE WITNESS: That's
2  correct.
3    MR. SIZEMORE: Okay. You
4  brought it up, Andy.
5    MR. GOLDMAN: I asked if he
6  attended the meeting.
7    MR. SIZEMORE: Here we go.
8    (Whereupon, Deposition
9  Exhibit No. Epstein-20, E-mail
10  String, Bates MRK-ABA0011371 thru
11  0011374, was marked for
12  identification.)
13  BY MR. SIZEMORE:
14    Q.   Again, I'll show you the
15  second page of this document or point
16  your attention to that, please, sir. And
17  I believe you said you're familiar with
18  and perhaps even friendly with Dr. Peter
19  DiBattiste.
20    A.   Not friendly, but I've known
21  him for a couple of years.
22    Q.   And is he actually a doctor
23  within Merck who you approached about
24  assistance in convincing Merck to go

**Page 271**

1  forward with your study?
2    A.   I didn't know who to contact
3  at Merck for the study, and since he was
4  involved in some of the clinical studies
5  that we were doing, I asked his advice as
6  to who I should direct correspondence to.
7    Q.   Okay. Thank you, Doctor.
8    MR. GOLDMAN: Paul, could I
9  have another standing objection to
10  the use of internal documents that
11  lacks foundation?
12    MR. SIZEMORE: That's no
13  problem. That's no problem.
14  BY MR. SIZEMORE:
15    Q.   I want to point your
16  attention to the e-mail from Dr.
17  DiBattiste, Doctor. And it's in the
18  middle of the page there, and it's dated
19  September 20th, 2001. And Dr. DiBattiste
20  writes, "I know that I am in the
21  minority, but I am anxious about the
22  assumption of benefit in CV patients. I
23  have recently learned of two" published
24  studies --

**Page 272**

1    A.   "Unpublished studies."
2    Q.   I'm sorry -- "unpublished
3  studies in which COX-2 inhibition
4  resulted in an increase in plaque burden
5  in animal models, and in a recent
6  conference call with Peter Libby,
7  arguably the world expert on inflammation
8  and atherosclerosis, he took the position
9  that we just don't have enough
10  information to know which effects of
11  COX-2 inhibition will predominate in a
12  clinical setting."
13    Did I read that correctly?
14    A.   Yes.
15    Q.   Doctor, are you aware of the
16  unpublished studies in which COX
17  inhibition resulted in -- excuse me,
18  COX-2 inhibition resulted in an increase
19  in plaque burden in animal models?
20    A.   I assume one of those
21  studies is ours.
22    Q.   Yes, sir.
23    A.   Because it's Peter
24  DiBattiste.

**Page 273**

1    Q.   Well, Mr. -- sorry.
2    A.   Who knew our study.
3    Q.   Yes, sir.
4    A.   I'm not aware of the -- if
5  that is our study, then that explains one
6  of the two. If it's not our study, then
7  I'm not aware of those two unpublished
8  studies.
9    Q.   Yes, sir. And Mr. Goldman
10  asked you about published studies that
11  showed that COX-2 inhibition resulted in
12  an increase in plaque burden in animal
13  models, did he not?
14    A.   Yes.
15    Q.   If a study was known to
16  Merck, but unpublished, would that be
17  something that you would be aware of?
18    A.   I would not.
19    Q.   Okay. I'm going to finish
20  reading that e-mail, Doctor.
21    "Considering the risk of
22  such a study and the lack of compelling
23  and consistent data to support a
24  hypothesis of benefit, I would not"

69 (Pages 270 to 273)

Stephen E. Epstein, M.D.

Page 274

1  personally -- "personally" excuse me, "be
2  in favor of pursuing such a clinical
3  study currently. I do agree that
4  additional pre-clinical work should be
5  done, and could be quite valuable as we
6  go forward."
7        Again, did I read that
8  correctly?
9      A.   Yes, you did.
10     Q.   Was this information
11 something that was given to you when you
12 attended the Merck cardiovascular
13 outcomes study consultants meeting?
14     A.   Not to my recall.
15     Q.   Were you told when you
16 attended as a paid consultant for Merck
17 the CV outcomes study meeting that there
18 were two unpublished studies in which
19 COX-2 inhibition resulted in an increase
20 in plaque burden in animal models?
21        MR. GOLDMAN: Object to the
22     form. He said one of them might
23     have been his own. Object to the
24     form.

Page 275

1        MR. SIZEMORE: Okay.
2        THE WITNESS: I was -- I
3     don't recall any mention of those
4     studies.
5  BY MR. SIZEMORE:
6      Q.   None of the Merck --
7      A.   Unless it was my study,
8  which was mentioned.
9      Q.   Did any of the Merck
10 scientists discuss any other studies
11 besides yours at that consultant meeting?
12     A.   Not to my recall.
13     Q.   Did any of the Merck or
14 Merck scientists in attendance at that
15 meeting indicate that Dr. Peter Libby,
16 who is apparently the world expert on
17 inflammation and atherosclerosis, said
18 that they just don't have enough
19 information to know which effects of
20 COX-2 inhibition will predominate in the
21 clinical setting?
22        MR. GOLDMAN: Object to the
23     form.
24        THE WITNESS: Yes.

Page 276

1  BY MR. SIZEMORE:
2      Q.   Was that discussed?
3      A.   That was not discussed, but
4  he's arguably --
5      Q.   Yes, sir.
6      A.   Okay.
7      Q.   I'm not going to debate you
8  on that. I will defer to you entirely.
9      A.   No, he is an expert. I just
10 don't get along with him.
11     Q.   Doctor, forgive me, but Mr.
12 Goldman spoke with you about the Egan
13 study.
14     A.   Yes.
15     Q.   Did he give you a copy of
16 that?
17     A.   Yes. Yes, he did.
18        MR. SCHULTZ: Exhibit 18.
19        THE WITNESS: There we go.
20 BY MR. SIZEMORE:
21     Q.   Are we on the same page?
22     A.   Okay.
23     Q.   As far as the study?
24     A.   Yes.

Page 277

1      Q.   Now, let's see if we can get
2  on the same page literally.
3        If you'll turn over to 339.
4  Do you remember Mr. Goldman going through
5  this study and reading certain excerpts
6  to you, Doctor?
7      A.   Yes.
8      Q.   I'm going, for the sake of
9  completeness, point out some additional
10 findings of the study. And before I do
11 that, is Dr. FitzGerald the final author
12 of this study?
13     A.   He is.
14     Q.   Does that mean he's the lead
15 author?
16     A.   The senior author.
17     Q.   The senior author?
18     A.   Yes.
19        MR. GOLDMAN: Give me one
20 second to find it.
21        MR. SIZEMORE: I've got an
22 extra copy, Andy. Here you go.
23        MR. GOLDMAN: Thanks. What
24 page, Paul?

Stephen E. Epstein, M.

Page 278

```
1              MR. SIZEMORE:  Page 339.
2     And forgive me if my voice holds
3     out, Doctor.  I'm going to let
4     Andy find it.
5              MR. GOLDMAN:  Okay.
6  BY MR. SIZEMORE:
7     Q.   At the bottom of the
8  left-hand column, beginning with the
9  paragraph "Controversy."
10             "Controversy has surrounded
11 the role of COX-2 in atherosclerosis.
12 Given its importance in inflammation, it
13 has been suggested as a rational drug
14 target for reduction of plaque burden and
15 plaque stabilization in humans.  However,
16 COX-2 is the dominant source of
17 prostacyclin biosynthesis in humans and
18 although prostacyclin (and PGE2) may
19 mediate inflammation, they also counter
20 the effects of thromboxane A2 on platelet
21 activation, atherogenesis, vascular
22 proliferation in response to injury, and
23 vascular tone.  Indeed, suppression of
24 COX-2-dependent prostacyclin formation,
```

Page 279

```
1  while leaving COX-1-dependent thromboxane
2  A2 intact, appears likely to explain the
3  augmented risk of myocardial infarction
4  and stroke observed with structurally
5  distinct selective inhibitors of COX-2."
6             Again, did I read that
7  correctly?
8     A.   You did.
9     Q.   Now, in reviewing this,
10 Doctor, where these authors say that
11 "appears likely to explain the augmented
12 risk of myocardial infarction and stroke
13 observed with structurally distinct
14 selective inhibitors of COX-2," what are
15 they saying in a nutshell?
16             MR. GOLDMAN:  Objection.
17             Calls for speculation.  Beyond the
18             scope.
19 BY MR. SIZEMORE:
20    Q.   They got on to me for using
21 the word "nutshell" too much earlier,
22 Doctor.  So that's why you hear giggling
23 in the back.
24             MR. GOLDMAN:  This is way
```

Page 280

```
1  beyond.
2             MR. SIZEMORE:  You opened
3  the door and asked him -- you read
4  him about two samples out of this
5  study.
6             MR. GOLDMAN:  I'm talking
7  about mice studies.
8             MR. SIZEMORE:  You read him
9  this study.  You introduced it
10 into evidence.
11            MR. GOLDMAN:  But just
12 because I'm reading it --
13            MR. SIZEMORE:  Objection to
14 form.
15            MR. GOLDMAN:  But just
16 because I'm reading -- you
17 actually mentioned it first, Paul.
18 But just because I'm reading
19 portions that actually relate to
20 Dr. Epstein's area of expertise
21 doesn't mean that you can ask him
22 what the authors meant about the
23 imbalance theory.
24            THE WITNESS:  I think it's
```

Page 281

```
1     sort of beyond this.
2  BY MR. SIZEMORE:
3     Q.   Okay.  That's fair, Doctor.
4  I'm not going to press you on that.
5     A.   You know what my answer
6  would be, but I'd rather not.
7     Q.   I'd like to hear it.
8             Let me read you one other
9  section, Doctor, just for completeness
10 again, and it's the very last paragraph,
11 it's on Page 341, "Indeed, because TP
12 antagonism" -- is that thromboxane
13 receptor?
14    A.   Yes.
15    Q.   "Indeed, because thromboxane
16 receptor antagonism may mimic the effect
17 of low-dose aspirin, these studies
18 suggest that coincidental treatment with
19 a COX-2 inhibitor may undermine" --
20 excuse me -- "the benefit of aspirin by
21 predisposing atherosclerotic plaques to
22 destabilization with subsequent
23 vasoocclusive thrombosis.  Given the
24 clinical experience with" Vioxx and --
```

71 (Pages 278 to 281)

3198c23a-332a-4926-95d7-395178679bee

Page 282

1  valdecoxib is Bextra, is that right,
2  Doctor?
3      A.  I don't know the gener --
4  the brand name.
5      Q.  -- "and valdecoxib, the
6  impact of low-dose aspirin on
7  gastroprotection in patients taking COX-2
8  inhibitors, and our present findings on
9  plaque morphology, the wisdom of
10 conducting trials to seek a
11 cardiovascular benefit from selective
12 inhibitors of COX-2 in atherothrombotic
13 disease appears questionable."
14     Now, is this study -- excuse
15 me, are the authors essentially referring
16 to the conduction of a CV outcomes study?
17     MR. GOLDMAN:  Object to the
18 form.  Calls for speculation.
19     THE WITNESS:  Where does it
20 talk about that?
21 BY MR. SIZEMORE:
22     Q.  You read clinical literature
23 all the time, don't you, Doctor?
24     A.  I'm just trying to --

Page 283

1      Q.  Yes, sir.
2      A.  It's a little complex, this
3  sentence.  Impact of low-dose --
4  BY MR. SIZEMORE:
5      Q.  I'll just withdraw it,
6  Doctor.
7      MR. SCHULTZ:  He's
8  withdrawing it.
9      MR. SIZEMORE:  Yes, I'm
10 withdrawing it.  We've been here a
11 long time.
12     (Whereupon, Deposition
13 Exhibit No. Epstein-21, Article
14 titled Coxibs and Cardiovascular
15 Disease, was marked for
16 identification.)
17 BY MR. SIZEMORE:
18     Q.  Doctor, I'm going to show
19 you what I hope to be my last exhibit.
20     A.  You said that before.
21     MR. GOLDMAN:  Now I got to
22 pull out his other articles.
23     MR. SIZEMORE:  You started
24 with Egan.

Page 284

1      MR. GOLDMAN:  You started
2  with Egan.  I didn't start with
3  Egan.
4      What exhibit is this, Paul.
5      MR. SIZEMORE:  This is 21.
6      MR. SCHULTZ:  Is this cited
7  in his article?
8      MR. SIZEMORE:  No.
9      THE WITNESS:  I think I
10 started with Egan, just to take
11 you guys off the hook.
12 BY MR. SIZEMORE:
13     Q.  Do you know who Garrett
14 FitzGerald is?
15     A.  I do.
16     Q.  He was one of the
17 consultants who was with you at the
18 cardiovascular outcomes consultant
19 meeting, right?
20     A.  Right.
21     Q.  Let me show you on the first
22 page, Doctor, on the right-hand column,
23 at the last paragraph -- and before we do
24 that, this is dated October 21st, 2004,

Page 285

1  is that right?
2      MR. SCHULTZ:  Before you do
3  this, can you just tell us where
4  you're going?  Because, A, I don't
5  know whether it's appropriate.
6  But, B, he may want to read the
7  whole article.
8      MR. SIZEMORE:  Well, Merck
9  has attacked him the entire
10 deposition saying that his study
11 is very limited and very
12 questionable because it's an
13 independent study without any
14 replication.
15     MR. GOLDMAN:  What?
16     MR. SIZEMORE:  Now, Dr.
17 FitzGerald is saying that "a
18 single mechanism, depression of
19 prostaglandin I2 formation, might
20 be expected to elevate blood
21 pressure, accelerate
22 atherogenesis, and predispose
23 patients receiving coxibs to an
24 exaggerated thrombotic response to

72  (Pages 282 to 285)

Stephen E. Epstein, M.D.

**Page 286**

1  the rupture of an atherosclerotic
2  plaque." And I wanted the doctor
3  to see that he's not out on an
4  island by himself.
5      MR. GOLDMAN: Object to the
6  form.
7      MR. SCHULTZ: I guess I feel
8  that you can ask him to respond to
9  that, I guess, you can read
10  something, but to get him to be
11  interpreting the study that he's
12  never read, it's outside his
13  study, I think is really going too
14  far.
15      MR. GOLDMAN: And it's also
16  a very unfair characterization of
17  what Merck is saying about Dr.
18  Epstein --
19      MR. SIZEMORE: Pretty
20  accurate.
21      MR. GOLDMAN: -- and it's
22  completely false.
23      MR. SCHULTZ: I think it's
24  fine for you to ask him to respond

**Page 287**

1  to, you know --
2      MR. GOLDMAN: But not an
3  editorial?
4  BY MR. SIZEMORE:
5      Q.  To Merck's -- well, let me
6  just ask you this question, Doctor.
7      Merck in this deposition has
8  painted you and your fellow authors as
9  out on an island and that your study is
10  an anomaly without any replication
11  whatsoever.
12      Do you have any comment on
13  that qualification or on that perspective
14  that Merck's trying to put on you?
15      MR. GOLDMAN: Object to the
16  form. Mischaracterizes the facts
17  and what my questions were all
18  about. So it's an improper
19  question.
20      THE WITNESS: But I don't
21  object to that. I mean, I've been
22  there before. And as I answered
23  before, you just need one study
24  like that to raise a serious

**Page 288**

1  question, even if there are three
2  or four studies going the opposite
3  way. So, you know, that
4  characterization is accurate, as
5  far as I know. I don't know what
6  those two unpublished studies are.
7  But that's okay. I mean, it's a
8  statement of fact.
9  BY MR. SIZEMORE:
10      Q.  All right. And Merck has
11  been very specific in the questions
12  they've asked you, Doctor. If you'll
13  recall, they've asked you, are there any
14  Vioxx studies in knockout mice that
15  replicated your findings?
16      A.  Yes.
17      Q.  Are you aware of other
18  studies, whether it be in animals or
19  humans, involving other COX-2 inhibitors
20  or involving knockout mice, period, that
21  would tend to substantiate or replicate
22  your findings?
23      A.  No.
24      Q.  Okay. Are you aware of the

**Page 289**

1  APPROVe follow-up data, Doctor?
2      MR. GOLDMAN: Objection.
3  Beyond the scope.
4      THE WITNESS: Just insofar
5  as I read Dr. FitzGerald's summary
6  of it.
7  BY MR. SIZEMORE
8      Q.  Okay. So you have read Dr.
9  FitzGerald's summary of it?
10      A.  Yes.
11      Q.  Are you aware that the
12  APPROVe follow-up data substantiate the
13  findings of your study?
14      MR. GOLDMAN: Objection.
15  Way beyond the scope.
16      MR. SIZEMORE: I mean, y'all
17  have opened up this door.
18      MR. GOLDMAN: Did I talk
19  about follow-up study?
20      MR. SIZEMORE: No, you
21  attacked his study.
22      MR. GOLDMAN: I didn't
23  attack anybody.
24      THE WITNESS: I don't think

73 (Pages 286 to 289)

Stephen E. Epstein, M.

Page 290

1 he attacked me.
2        MR. SIZEMORE: Well, I'm
3 trying to defend you, Doctor.
4        MR. GOLDMAN: You have no
5 reason to defend him. He can --
6        THE WITNESS: He's been very
7 polite.
8 BY MR. SIZEMORE:
9    Q.   We're trying to as well.
10   A.   You are.
11   Q.   Thank you. Let me make this
12 -- well, one of my last questions.
13       Is it your opinion, having
14 reviewed Dr. FitzGerald's information
15 about the APPROVe follow-up data, that it
16 substantiates your study?
17       MR. GOLDMAN: Objection.
18 Beyond the scope.
19       MR. SCHULTZ: Do you
20 remember --
21       MR. GOLDMAN: He just said
22 underlying data, Bill. This is a
23 commentary by --
24       MR. SIZEMORE: No, he said

Page 291

1 he read the underlying data. It
2 just came out. It just came out.
3        THE WITNESS: Well, it
4 showed -- it showed, you know,
5 harmful effects of Vioxx. So
6 certainly -- I mean, it showed
7 harmful effects of Vioxx. I'd
8 leave it at that.
9 BY MR. SIZEMORE:
10   Q.   Did it also show a harmful
11 effect of Vioxx after treatment had been
12 stopped for a year?
13       MR. GOLDMAN: Objection.
14 Well beyond the scope.
15       THE WITNESS: Right. So
16 those are studies that I just read
17 in the newspaper.
18 BY MR. SIZEMORE:
19   Q.   Okay.
20   A.   And I haven't had a chance
21 to review those.
22   Q.   That's fair enough.
23       Mr. Goldman asked you a
24 question about whether or not the results

Page 292

1 of your study could be definitively
2 transferred to humans.
3        Do you recall that line of
4 questioning?
5    A.   Yes, sir.
6    Q.   Does your study raise
7 questions or at least generate hypothesis
8 -- hypotheses, excuse me, about potential
9 adverse effects of Vioxx and other COX-2
10 inhibitors in humans?
11   A.   It does.
12   Q.   Does your study also raise
13 questions or generate hypotheses in
14 humans that Vioxx and other COX-2
15 inhibitors could promote atherosclerosis
16 formation and progression?
17   A.   It does.
18   Q.   Bear with me, please, for
19 just a moment.
20   A.   Yes, sure.
21   Q.   Mr. Goldman also asked you,
22 Doctor, would it be improper to hold up
23 your study and say conclusively that
24 COX-2 accelerates or increases

Page 293

1 atherogenesis. Do you remember that as
2 well?
3    A.   Yes, I do.
4    Q.   Would it be proper to say
5 that your study at least generates this
6 hypothesis or -- that COX-2 inhibition,
7 including the use of Vioxx, in humans,
8 could increase atherogenesis?
9    A.   It raises that possibility,
10 yes.
11   Q.   Is that the yellow flag that
12 you referred to earlier?
13   A.   Yes.
14       MR. SIZEMORE: I don't have
15 any further questions, Doctor.
16 Thank you for being so very
17 patient with me.
18       THE WITNESS: You've been
19 very, very nice. Appreciate it.
20       - - -
21       FURTHER EXAMINATION
22       - - -
23 BY MR. GOLDMAN:
24   Q.   Dr. Epstein, I just have a

74 (Pages 290 to 293)

3198c23a-332a-4926-95d7-395178679bee

Stephen E. Epstein, M.

Page 294

```
1   few follow-up questions.
2       A.   Yes.
3       Q.   First, I hope that you don't
4   feel like I was attacking you, because I
5   wasn't.
6       A.   I don't.
7       Q.   Mr. Sizemore asked you
8   whether Merck turned down your initial
9   request for funding for your study.
10          Do you remember that?
11      A.   Yes.
12      Q.   And it is true that,
13  initially, Dr. Rodger said that Merck
14  wasn't interested in pursuing the study,
15  right?
16      A.   Correct.
17      Q.   Was the reason that Mr. --
18  sorry, withdrawn.
19          Did Dr. Rodger explain to
20  you that based on his understanding of
21  the study, the goal was to determine
22  whether Vioxx had any beneficial effect
23  on atherosclerosis, and Merck had already
24  funded research along that line?
```

Page 295

```
1       A.   That was the explanation
2   that I received from him.
3       Q.   And when you explained to
4   Dr. Rodger that your primary hypothesis
5   was to test something that really nobody
6   had thought of and that was could COX-2
7   inhibition decrease the amount of virus
8   in the body, did Dr. Rodger and Merck
9   then decide to fund that part of the
10  study?
11      A.   Yes.
12          MR. GOLDMAN:  Give me one
13  second.
14          (Pause.)
15          MR. GOLDMAN:  Those are all
16  the questions I have.
17          MR. SIZEMORE:  No further
18  questions.  Thank you very much,
19  Doctor.  Pleasure meeting you.
20          THE VIDEOGRAPHER:  That
21  concludes this videotape
22  deposition.  The time is 5:42
23  p.m.  We are off the record.
24
```

Page 296

```
1       C E R T I F I C A T E
2          I hereby certify that the
3   proceedings and evidence noted are
4   contained fully and accurately in the
5   notes taken by me on the deposition of
6   the above matter, and that this is a
7   correct transcript of the same.
8
9
10
11          _____
12          DENISE D. BACH, CSR
13
14          DATE:_____
15
16
17
18          (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```

Page 297

```
1       INSTRUCTIONS TO WITNESS
2          Please read your deposition
3   over carefully and make any necessary
4   corrections.  You should state the reason
5   in the appropriate space on the errata
6   sheet for any correction that is made.
7          After doing so, please sign
8   the errata sheet and date it.
9          You are signing same subject
10  to the changes you have noted on the
11  errata sheet, which will be attached to
12  your deposition.
13          It is imperative that you
14  return the original errata sheet to the
15  deposing attorney within thirty (30) days
16  of receipt of the deposition transcript
17  by you.  If you fail to do so, the
18  deposition transcript may be deemed to be
19  accurate and may be used in court.
20
21
22
23
24
```

Stephen E. Epstein, M.

```
                                          Page 298                                                    Page 300
 1      --------                                          1              LAWYER'S NOTES
 2      E R R A T A                                       2      PAGE  LINE
 3      --------                                          3      ___  ___  _____
 4   PAGE   LINE   CHANGE                                  4      ___  ___  _____
 5   ___   ___   _____                           5      ___  ___  _____
 6   ___   ___   _____                           6      ___  ___  _____
 7   ___   ___   _____                           7      ___  ___  _____
 8   ___   ___   _____                           8      ___  ___  _____
 9   ___   ___   _____                           9      ___  ___  _____
10   ___   ___   _____                          10      ___  ___  _____
11   ___   ___   _____                          11      ___  ___  _____
12   ___   ___   _____                          12      ___  ___  _____
13   ___   ___   _____                          13      ___  ___  _____
14   ___   ___   _____                          14      ___  ___  _____
15   ___   ___   _____                          15      ___  ___  _____
16   ___   ___   _____                          16      ___  ___  _____
17   ___   ___   _____                          17      ___  ___  _____
18   ___   ___   _____                          18      ___  ___  _____
19   ___   ___   _____                          19      ___  ___  _____
20   ___   ___   _____                          20      ___  ___  _____
21   ___   ___   _____                          21      ___  ___  _____
22   ___   ___   _____                          22      ___  ___  _____
23   ___   ___   _____                          23      ___  ___  _____
24   ___   ___   _____                          24      ___  ___  _____
```

```
                                          Page 299
 1           ACKNOWLEDGMENT OF DEPONENT
 2      I, _____, do hereby
 3   certify that I have read the foregoing
 4   pages, _____ and that the same is a
 5   correct transcription of the answers
 6   given by me to the questions therein
 7   propounded, except for the corrections or
 8   changes in form or substance, if any,
 9   noted in the attached Errata Sheet.
10   _____
11   DATE           SIGNATURE
12
13   Subscribed and sworn to before me this
14   _____ day of _____,
15   200_.
16   My commission expires: _____
17              Notary Public
18
19
20
21
22
23
24
```