UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

**Notice of Filing Deposition Testimony of Thomas Bold and Responses to Merck's General Objections to the Testimony of this Witness**

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following deposition testimony of Thomas Bold for the Court's consideration and pre-trial rulings:

1.  Plaintiff's Affirmative Designations with Defendant's Objections and Plaintiff's Responses.

2.  Defendant's Counter-Designations with Plaintiff's Objections.

Plaintiff reserves the right to supplement this designation.  Plaintiff reserves the right to offer any deposition testimony of Thomas Bold designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

Plaintiff also responds to Merck's general objections to Plaintiff's Affirmative Deposition Designations for Thomas Bold as follows:

Merck objects to Plaintiff's deposition designation of Thomas Bold in its entirety, claiming that the adverse event reports that he monitored contain hearsay and are not evidence that Vioxx has caused harm to a particular patient.  Merck then cites statements from the FDA

indicating the FDA also believes the reports are unreliable, cannot be certain that in a given report the suspected drug caused the reaction, and cannot be used to determine incidence rates.

Plaintiff is not presenting the testimony from the Bold deposition in order, as Merck states, "to convince the jury that Vioxx caused all of these adverse events." Rather, Plaintiff is offering this testimony to show that Merck was placed on notice of potential significant problems with Vioxx through the adverse events reporting process Dr. Bold was responsible for monitoring. The evidence will be utilized to present to the jury a part of the overall story of how Merck responded, scientifically and from a marketing standpoint, when alerted to potential adverse events associated with their drug.

Because the testimony is offered for notice purposes, Defendant's hearsay and reliability objections are not applicable. Any prejudice claimed by the Defendant is outweighed by the probative value of the testimony – knowledge of the potential adverse events associated with Vioxx and Defendant's actions or failure to act upon receiving this information is crucial to the Plaintiff's case. This evidence factors into the question of whether Vioxx should have remained on the market, at different junctures, given the information Merck possessed.

Throughout its specific objection responses, Defendant reiterates this same argument, and Plaintiff continually refers the Court back to this introductory response.

DATED: July 10, 2006                                Respectfully submitted,


By:___*Mark P. Robinson, Jr.*___
     **Mark P. Robinson, Jr.**
     Kevin F. Calcagnie
     Carlos A. Prietto, III
     Ted B. Wacker
     Lexi W. Myer
     ROBINSON, CALCAGNIE & ROBINSON
     620 Newport Center Drive, 7th Floor

Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343 (telephone)

**Donald C. Arbitblit**
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California   94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

**Counsel for Plaintiff**

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants'

Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail

and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-

Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 10th day

of July, 2006.

_____
MARK P. ROBINSON, JR.