*π objections*

# THOMAS BOLD
## MERCK COUNTER-DESIGNATIONS

186

```
 8   Q.   Okay.  You're welcome to use the
 9  calculator again, if you'd like.
10   A.   No, I don't think so because I think
11  the more important point here is that -- and this
12  is, I think, some of the explanations I gave before.
13  This is one of the reasons why these databases are
14  not designed and do not allow these comparisons
15  between two drugs.

25   Q.   And just to --
```

π: Answer is Non-Responsive. Witness was asked to confirm the reporting rate is 1.7 over 0.8, or 2.1 Vioxx vs. Celebrex, and this is his response.

187

```
 1   A.   But there's still -- I would like to
 2  make a reference with regard to that.  Both
 3  documents, when you see the WHO document and the
 4  AERS document, the caveat statement clearly states
 5  that, that these databases are not designed for
 6  comparison.  Now -- and I accept that.  And one of
 7  the reasons I tried to indicate to you is because of
 8  reporting practices by different companies, which do
 9  not allow that.
10           Now, however, there's also one
```

π: Non-responsive. There was no question pending — This is an improper speech from the witness.

11 observation which I think is important to be pointed

12 out here. What he did was he was looking at -- and

13 I'm not judging that, but I think it's important to

14 be pointed out -- he looked at AEs which are rare,

15 non-mechanism-based side effects, potential side

16 effects of a class of drugs. So, typically, that is

17 something where the strength of postmarketing

18 surveillance lies with regard to signal detection.

19     When you look at hypertension and

20 edema, these are -- they are called Type A

21 reactions, meaning mechanism-based reactions. For

22 those reactions, it's -- it's impossible to do that

23 because these are reactions which are not reported

24 in a concise fashion by the healthcare professionals

25 because they are recognized potential side effects

188

1 of these class of drugs. So, therefore, in essence,

2 a lot of physicians choose not to report already

3 recognized Type A reactions.

4     So -- so I think it is important to

5 point out that the AEs, this comparison, is somewhat

6 different from the AEs Wiholm did, and I think it is

7 of note.

257

1   Q.   The reference in quotes to
2   "association with the use of the drug," do you know
3   why that is in quotes? Is it a reference to a
4   particular federal regulation?
5   A.   Well, the "association with the use
6   of the drug," that is -- this information, drug
7   causality, is information which is being provided in
8   reports from the clinical trials. In spontaneous
9   reports, there is no association with use of the
10  drug necessary. So, there is a field, but whether
11  or not a reporter, a healthcare professional or a
12  patient makes any statement with regard to that,
13  that does not matter with regard to the
14  reportability of spontaneous reports.

259

6   Q.   And if the reporter said that it was
7   "unlikely" or "definitely not," then it would be
8   filled in with "N" for no?
9   A.   I believe so.
10  Q.   And if the reporter said nothing or
11  that he or she didn't know, then it would be filled
12  in with a "U" or left blank?

[Handwritten margin note:] π: Answer is Non-responsive, as indicated in 257:18-20, where Examinee asks: "My question was, why is this language in Quotes? What does it refer back to? What is it Quoted from?" If allowed, must include 257:18-258:5; 258:7-12

13   A.   That is my understanding.

287

11   Q.   In the immediate aftermath of

12   learning, did you undertake to find out more, other

13   than what the company told you?

14   A.   The immediate aftermath of the VIGOR

15   results -- this was taken very seriously by upper

16   management.  So, in the immediate aftermath when the

17   company learned about the findings from the VIGOR

18   trial, senior management virtually from all

19   departments involved, including my department, tried

20   to understand and look at all the data, what the

21   reason was for the signal in the VIGOR trial.

π: Non-responsive, as indicated in the following question at 287:25-288:2: "The question is, did you undertake to find out any more than the company told you about the alleged cardioprotective effect of naproxen?" See argument between counsel at 288:3-289:13.

290

7    Q.   Dr. Bold, I understand your previous

8    answer that the company did certain things.  My

9    question is, did you do anything personally, other

10   than receive information from others at Merck about

11   the alleged cardioprotective effect of naproxen?

12   A.   As I said before, the company,

13   including most senior management from all the

14   departments involved with regard to the safety of

15   these drugs, tried to understand what happened in

π: Answer is Non-responsive. Question does not ask what the company did, but asks what witness did personally.

16    VIGOR. I had no reason to doubt that any of

17    these -- all the effort which was put into that,

18    looking at all the data we had, going beyond that

19    what we had, that that information was not turning

20    basically every stone. So that I had to go beyond

21    that, basically the whole company, anybody who was

22    involved in the clinical trials, epidemiological

23    studies, post-marketing surveillance, all the

24    departments were involved, and not only people on my

25    level, but including the most senior people at

291

1    Merck. So, that shows you how seriously the company

2    took that.