UNITED STATES DISRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: *Lawrence Erwin v. Merck & Co., Inc.* No. 05-5662 | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lawrence Erwin ("Erwin"), and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal with prejudice of the above-styled lawsuit without costs to either party.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit with prejudice, subject to the conditions stated above.

DATED this 5th day of July, 2006.

By: _____
Lawrence W. Erwin, OSB # 73085
Attorney at Law
221 NW Lafayette Avenue
Bend, OR 97701
Plaintiff, *Pro se*
Telephone (541) 371-0520
Facsimile (51) 371-0524

By: _____
Phillip A. Whittmann, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Defendants' Liaison Counsel

Nancy M. Erfle, OSB # 90257
Anne M. Talcott, OSB # 96532
Andrew J. Lee, OSB# 02364
Schwabe, Williamson & Wyatt
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Facsimile (503) 796-2900
Of Attorneys for Defendant
Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1