UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION             Section L

This Document Relates To:  Gloria White v.        Judge Fallon
Merck & Co., Inc., et al. (E.D. La. Index No.
2:05-CV-06557)                                          Mag. Judge Knowles

_____/

## STIPULATION AND VOLUNTARY DISMISSAL
## OF THE CASE OF
## GLORIA WHITE

It is stipulated by the parties that GLORIA WHITE, INDIVIDUALLY AND AS

REPRESENTATIVE OF THE ESTATE OF JOSEPH WHITE, DECEASED may dismiss her

action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each

party to bear its own costs.  The parties further stipulate that if this action on behalf of Gloria

White, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this

change in party/counsel status as soon as the Order is entered.

_____
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone:  (713) 223-0000
Telecopy:  (713) 223-0440

Attorneys for Plaintiffs

Dated: __JULY 7__, 2006.

IT IS SO ORDERED.

_____          _____
Judge                            Date

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel