BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO. 1657 |
| ) | |
| ) | SECTION: L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Eldon E. Fallon |
| PATRICIA SANDERS #05-6198 ) | |

### ORDER GRANTING DEFENDANT SAINT LOUIS CONNECTCARE'S MOTION TO REQUEST ORAL ARGUMENT VIA TELEPHONE FOR ITS MOTION TO DISMISS

On this day, the Court considered Defendant Saint Louis ConnectCare's Motion to Request Oral Argument Via Telephone for its Motion to Dismiss Pursuant to § 538.225 R.S.Mo. and for Failure to State a Claim, and after reviewing said Motion, is of the opinion that said Motion shall be granted and arguments will be heard via telephone on this ____ day of _____, 200__ at _____ _.m. The call-in number for the hearing is _____.

**DENIED**

SIGNED AND ENTERED on this 10th day of _____July_____, 2006.

_____
Presiding Judge