UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

..................................................................................................................................

### RE-NOTICE OF DEPOSITION (ORAL AND VIDEOTAPED) OF DR. NED BRAUNSTEIN

To:   Merck & Co., Inc.
      Through
      Phillip A. Wittman, Esq.
      Stone, Pigman
      546 Carondelet Street
      New Orleans, LA 70130-3588

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of the following individual(s) on the date(s) and time(s) indicated below at **Hughes, Hubbard & Reed, LLP, One Battery Park Plaza, New York, NY 10004**.

Statement of Deposition Procedures- The deposition shall be taken pursuant to Pre-Trial Order No. 9(Deposition Guidelines) entered April 15, 2005. The terms of such order are incorporated into this Notice.

Videotaped Deposition:      Yes

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ.P. 28, and will continue from day to day, excluding Sundays and court recognized

-1-

holidays, until the examination is completed.

> Deponent: Dr. Ned Braunstein
> Date: July 18 & 19, 2006
> Time: 9:30 a.m.
> Primary Examiners: Dan Sigelmen and/or John Hornback.
> Call-In Number: Will be provided under separate notice.

RESPECTFULLY SUBMITTED, this the 12th day of July, 2006.

> Respectfully submitted,
>
> /s/ Leonard A. Davis
> _____
> **Russ M. Herman (Bar No. 6819)**
> Leonard A. Davis (Bar No. 14190)
> Stephen J. Herman (Bar No. 23129)
> ***Herman, Herman, Katz & Cotlar, LLP***
> 201 St. Charles Avenue, Suite 4310
> New Orleans, Louisiana 70170
> (504)581-4892
> (504)561-6024 (Fax)
> **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Richard J. Arsenault, Esq.<br>P.O.Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>PH: (318) 487-9874<br>FAX: (318) 561-2591<br><br>Andy D. Birchfield, Esq. (**Co-Lead Counsel**)<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 898-2034<br>FAX: (334) 954-7555<br><br>Elizabeth Cabraser, Atty.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Franciso, CA 94111-3339<br>PH: (415) 956-1000<br>FAX: (415-956-1008 | Gerald E. Meunier, Esq.<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>FAX: (504) 528-9973<br><br>Troy Rafferty, Esq.<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>PH: (850) 435-7000<br>FAX: (850) 497-7059<br><br>Drew Ranier, Esq.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>PH: (337) 494-7171<br>FAX: (337) 494-7218 |

| | |
|---|---|
| Thomas Kline, Esq.<br>1525 Locust St.<br>19th Floor<br>Philadelphia, PA 19102<br>PH: (215) 772-1000<br>FAX: (215) 772-1371 | Mark Robinson, Esq.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, CA 92660<br>PH: (949) 720-1288<br>FAX: (949) 720-1292 |
| Arnold Levin, Esq.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3875<br>PH: (215) 592-1500<br>FAX: (215) 592-4663 | Christopher Seeger, Esq. (**Co-Lead Counsel**)<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584-0799 |
| Shelly Sanford, Atty.<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>PH: (713) 650-0022<br>FAX: (713-650-1669 | Christopher Vincent Tisi, Esq.<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036-4914<br>PH: (202) 783-6400<br>FAX: (307) 733-0028 |

## PLAINTIFFS' STEERING COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of July, 2006.

I further hereby certify that the above and foregoing pleading has been served on the below listed attorneys by U.S. Mail and email or by hand delivery on this 12th day of July, 2006.

>Theodore V. H. Mayer, Esq.
>Wilfred P. Coronato, Esq.
>HUGHES HUBBARD & REED LLP
>101 Hudson Street Suite 3601
>Jersey City, NJ 07302
>
>Doug R. Marvin, Esq.
>Laurie S. Fulton, Esq.
>WILLIAMS & CONNOLLY LLP
>725 12th Street, N.W.
>Washington, D.C. 20005

/s/ Leonard A. Davis

Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com