

## UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN LOUISIANA

| | |
|---|---|
| JOSEPHA VISWANATHAN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF TANJORE VISWANATHAN, DECEASED<br>        Plaintiffs, | LEAD VIOXX CASE NO.<br>2:05-md-01657-EEF-DEK |
| v. | REFERENCE NO.<br>CIVIL ACTION NO.<br>2:05-CV-04673-EEF-DEK |
| DANIEL BELIN, MD.,<br>MIDDLESEX CARDIOLOGY ASSOCIATES, P.C.,<br>KESHAVA AITHAL, M.D. AND MERCK & CO., INC.,<br>        Defendants. | JULY 5, 2006 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the defendant, Daniel Belin, M.D., in the above-captioned action.

                             DEFENDANT
                             DANIEL BELIN, M.D.

                             By: _____
                             KATHERINE C. CALLAHAN, ESQ.
                             Connecticut Federal Bar No. ct06216
                             **UPDIKE, KELLY & SPELLACY, P.C.**
                             One State Street/Suite 2400
                             P.O. Box 231277
                             Hartford, CT 06123-1277
                             Tel. 860-548-2600
                             Fax 860-548-2680
                             kccallahan@uks.com

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

#438799

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served this 6th day of July, 2006, by first class United States mail, postage prepaid, to the following counsel of record:

Terence S. Hawkins, Esq.
205 Church Street
Suite 304
New Haven, CT 06510

Hilary Fisher Nelson, Esq.
O'BRIEN, TANSKI & YOUNG, LLP
CityPlace II
Hartford, CT 06103-3402

Alan. G. Schwartz, Esq.
Iris Gafni-Kane, Esq.
Rachel Amankulor, Esq.
WIGGIN & DANA
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

By: _____
KATHERINE C. CALLAHAN, ESQ.
Updike, Kelly & Spellacy, P.C.

#438799

-2-