

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | MAGISTRATE JUDGE KNOWLES |
| This document relates to: | § | |
| | § | |
| Vick, et al. v. Merck & Co., et al. | § | Case No. 2:06-cv-00111 |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice of the appearance *pro hac vice* of W. Richard Wagner of the law firm of Patterson and Wagner, LLP, as counsel and on behalf of Leo K. Edwards, M.D., one of the named Defendants in the above-captioned case, pursuant to this Court's PreTrial Order No. 1 dated March 7, 2005.  Counsel respectfully requests that the Clerk of Courts be directed to serve copies of all notices, pleadings and other papers upon counsel for Defendant, Leo K. Edwards, M.D., in the above-captioned action via the electronic filing system.

Respectfully submitted,

**PATTERSON AND WAGNER**
Northwest Center
7550 IH-10 West, Suite 500
San Antonio, Texas  78229
(210) 979-7555 (TELEPHONE)
(210) 979-9141 (TELECOPIER)


BY: /s/ W. Richard Wagner
          W. Richard Wagner
          TEXAS BAR NO. 20661130

ATTORNEY FOR DEFENDANT, LEO K. EDWARDS, M.D. appearing *Pro Hac Vice*

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Original Answer of Leo K. Edwards, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this <u>12th</u> day of July, 2006.

                <u>/s/ W. Richard Wagner</u>
                W. Richard Wagner
                Texas Bar No. 20661130
                Attorney for Defendant, Leo K. Edwards, M.D.
                Patterson & Wagner
                Northwest Center
                7550 IH-10 West, Suite 500
                San Antonio, Texas  78229
                (210) 979-7555 (TELEPHONE)
                (210) 979-9141 (TELECOPIER)
                rwagner@pattersonwagner.com