IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br><br>Section: L |
| This Document Relates to:<br>05-cv-5563 | Judge Fallon<br>Magistrate Judge Knowles |

## MOTION FOR VOLUNTARY DISMISSAL

Comes now counsel for the plaintiff and moves the Court for an order dismissing the above-referenced case, with costs taxed as paid. Plaintiff has decided against pursuing her claim and seeks to dismiss this case. Plaintiff dismisses the action as to all remaining defendants.

/s/ Elisabeth French
Elisabeth French
ASB-3527-T81E
Attorney for the Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 322-8880

Notice to:   Ms. Wynelle S. Davis
754 Cluster Springs Road
Gardendale, AL 35071

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed this  12th  day of July, 2006. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      I further certify that a copy was served via regular U.S. mail, postage prepaid, to the following counsel:

Wilfred P. Coronato, Esquire
HUGHES, HUBBARD & REED, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

      /s/ Elisabeth French
      Of counsel