IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | MDL No. 1657 |
| Products Liability Litigation | ) | |
| | ) | Section: L |
| This Document Relates to: | ) | |
| 05-cv-5563 | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |

## **ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

On July 12, 2006, Plaintiff filed a Motion for Voluntary Dismissal of her claims as to all remaining defendants. Considering the unopposed nature of this motion, it is hereby granted. This case is dismissed in its entirety with costs taxed as paid.

New Orleans, Louisiana, this ____ day of July, 2006.

                                                 Judge Eldon E. Fallon
                                               United States District Judge