UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L |
| This document relates to CA 06-4781<br>Sandra J. Springs v. Merck & Co., Inc. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**O R D E R**

It is ORDERED that documents #5702 and #5703 are hereby STRICKEN from the record in this case for the reason that Patient Profile forms are not to be filed with the Court.

New Orleans, Louisiana, this 7th day of July, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE