UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | ) |
|      PRODUCTS LIABILITY LITIGATION | )   MDL NO. 1657 |
| | ) |
| This document relates to: | )   SECTION L |
| | ) |
| CHARLES AXWORTHY | ) |
| | ) |
|      Plaintiff, | )   JUDGE FALLON |
| | )   MAGISTRATE JUDGE KNOWLES |
| vs. | ) |
| | ) |
| MERCK & COMPANY, INC., McKESSON | ) |
| CORPORATION and DOES ONE through | ) |
| TWENTY, inclusive | ) |
| | ) |
|      Defendants. | ) |
| | ) |
| Civil Action No. C 06-1893 | ) |
| | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER**

       The matter of Plaintiffs' Motion to Remand came on for hearing before this

Court.  The Court having considered all of the pleadings, papers and records on file herein,

and

1

GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is GRANTED.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE JUDGE FALLON

2

[PROPOSED] ORDER