UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>        PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| This document relates to: | SECTION L |
| LUISA GREER and DONALD GREER, | |
|         Plaintiff, | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| vs. | |
| MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through TWENTY, inclusive | |
|         Defendants. | |
| Civil Action No. C 06-1894 | |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1441]**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2005, at the hour of _____ _.m., or as soon thereafter as the matter can be heard before the Honorable Judge Fallon, Plaintiffs LUISA GREER AND DONALD GREER will and hereby does move the Court for an order remanding this case to the Superior Court in and for the City and County of San Francisco, State of California, from which it was removed.

1

The motion is based on this Notice, the Motion to Remand, the Declaration of Carole Bosch, all papers filed in relation to Plaintiff's Motion to Remand, filed concurrently herewith, the complete files and records in this action, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED:  July 12, 2006.        HERSH & HERSH
                                          A Professional Corporation


By     /s/Carole Bosch
NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
CAROLE BOSCH, ESQ., State Bar No. 239790
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6396
(415) 441-5544

Attorneys for Plaintiff