UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>LUISA GREER and DONALD GREER,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through TWENTY, inclusive<br><br>        Defendants.<br><br>Civil Action No. C 06-1894 | MDL NO. 1657<br><br>**SECTION L**<br><br><br><br><br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**DECLARATION OF CAROLE BOSCH IN SUPPORT OF MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1441]**

I, CAROLE BOSCH, declare:

1.  I am an attorney duly licensed to practice law before all the Courts of the State of California. I am an associate in the law firm of Hersh & Hersh, attorneys of record for Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto:

2.  I make this Declaration in Support of Plaintiffs' Motion to Remand the case to California Superior Court pursuant to 28 U.S.C.. §1441.

3.  Attached as Exhibit A is a true and correct copy of *Martin v. Merck*

- 1 -

*& Co.*, case No. 05-750 (E.D. Cal., August 2005.)

       4.    Attached as Exhibit B is a true and correct copy of *Anderson v. Merck & Co.*, Case No. 05-4036, (C.D. Cal, June 2005.)

       5.    Attached as Exhibit C is a true and correct copy of *Sokarda v. Merck & Co.*, Case No. 05-177 (C.D. Cal, April 2005.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 12, 2006, at San Francisco, California.

                                                      /s/Carole Bosch
                                                      CAROLE BOSCH