Exhibit A - Kapit Deposition Excerpts

• **Kapit Reply**

[1:1] - [2:15]    6/19/2006    Kapit, Richard (Barnett)

```
page 1
                EASTERN DISTRICT OF LOUISIANA
 2
                           - - -
 3
         IN RE:   VIOXX LITIGATION:  MDL DOCKET
 4                      NO. 1657
 5                         - - -
 6      This Document Relates To
 7      GERALD BARNETT AND CORRINE BARNETT
                    Plaintiffs,
 8           VS.
        MERCK & CO., INC.,
 9                  Defendants.
10                         - - -
11                    CONFIDENTIAL
12         SUBJECT TO PROTECTIVE ORDER
13                         - - -
14      VIDEOTAPED DEPOSITION UNDER ORAL
                    EXAMINATION OF
15
                RICHARD M. KAPIT, M.D.
16
                    Washington, D.C.
17
                 Monday, June 19, 2006
18
                           - - -
19
        REPORTED BY:  DEBRA J. WEAVER, RPR, CRR,
20                  CSR
21                         - - -
22         GOLKOW LITIGATION SERVICES
                Four Penn Center
23         1600 John F. Kennedy Boulevard
                    Suite 1210
24        Philadelphia, Pennsylvania 19103
page 2
 1          Transcript of the deposition of
 2      RICHARD M. KAPIT, M.D., called for Oral
 3      Examination in the above-captioned
 4      matter, said deposition taken pursuant to
 5      the Federal Rules of Civil Procedure by
 6      and before DEBRA J. WEAVER, a Federally
 7      Approved RPR, CRR and CSR of New Jersey
 8      (XI 01614) and Delaware (No. 138-RPR,
 9      Exp. 1/31/08), and a Notary Public of New
10      Jersey, Pennsylvania and Delaware, at the
11      offices of Ashcraft & Gerel, 2000 L
12      Street, N.W., Washington, D.C. 20036, on
13      Monday, June 19, 2006, commencing at 9:44
14      a.m.
15
```

[196:14] - [198:17]    6/19/2006    Kapit, Richard (Barnett)

```
page 196
14         Q.   When you were at the FDA,
15    did you review financial forecasts?
16              MR. BLACK:  Objection.
17              THE WITNESS:  No, I don't
18       believe I did.
19    BY MR. ROTHMAN:
20         Q.   When you were at the FDA,
21    did you review profit plans prepared by a
22    pharmaceutical company?
23              MR. BLACK:  Objection.
24              THE WITNESS:  It's not
```

**Exhibit A - Kapit Deposition Excerpts**

• **Kapit Reply**

```
page 197
1          difficult to see one and know what
2          it means.
3    BY MR. ROTHMAN:
4          Q.   Can you answer my question
5    now?
6          A.   Well, that was -- those were
7    not the type of documents that came
8    across my desk, that's true, but -- but,
9    you know, in -- in the label negotiations
10   that did go on with the companies, in the
11   approval negotiations that did go on with
12   the companies, the companies would
13   suggest some language, the FDA would
14   suggest another language.  This happened
15   hundreds and hundreds and hundreds of
16   times in the interactions I had.  And it
17   was clear that the language that the
18   company wanted to put in labeling was
19   always, always, almost a hundred percent
20   of the time, it was -- it was motivated
21   by marketing considerations.  And you
22   became very familiar, because this
23   happened in hundreds of situations, where
24   the company's labeling proposals were
page 198
1    geared toward the market and what they
2    were worried about with the market.  So I
3    reviewed all that stuff all the time.  So
4    it's just a little baby step looking at
5    actual marketing projections and seeing
6    that it really does influence these
7    things.  I mean, we knew it in advance.
8    All the documents that show marketing
9    projections do is lay it out in numbers
10   what we knew was going on all the time.
11         Q.   Does the FDA require
12   pharmaceutical companies to submit
13   financial plans and financial forecasts
14   as part of proposed labeling
15   applications?
16         A.   No.  And as I've already
17   said, I never reviewed any such things.
```

[323:22] - [325:17]    6/19/2006    Kapit, Richard (Barnett)

```
page 323
22         Q.   In paragraphs 133 and 134 of
23   your expert report, you added a
24   discussion of Merck's October 13, 2000
page 324
1    submission as well as referring to, in
2    paragraph 134, the controversy with the
3    New England Journal of Medicine?
4          A.   That's right, yes.
5          Q.   Okay.  Have you reviewed the
6    New England Journal of Medicine's
7    expression of concern?
8          A.   Yes.
9          Q.   And have you reviewed the
10   New England Journal of Medicine's
11   affirmation?
12         A.   Affirmation of its concern,
13   yes.
14         Q.   Okay.  Where did you obtain
15   those documents?
16         A.   I think it was the web.
17         Q.   Is that something you saw on
18   your own or something that counsel
19   directed you to?
20         A.   I think initially counsel
```

**Exhibit A - Kapit Deposition Excerpts**

• **Kapit Reply**

```
                    21  directed me to it, yes.
                    22       Q.   Did you review the responses
                    23  of the article's authors?
                    24       A.   Yes.
                    page 325
                    1        Q.   You reviewed both the
                    2   response by the Merck authors and also
                    3   the response by the non-Merck authors?
                    4        A.   That's right.
                    5        Q.   And are you planning to
                    6   offer any opinions at trial about this
                    7   subject?
                    8        A.   Well, yes.  I think there is
                    9   some important -- there's some important
                    10  information about it, that there were
                    11  three myocardial infarctions that were at
                    12  issue, which Dr. Curfman, who is an
                    13  editor of the New England Journal, said
                    14  that they should have been apprised of by
                    15  Merck before publication and that Merck
                    16  had enough time to publish -- to apprise
                    17  them before publication.
```

[327:7] - [327:16]     6/19/2006    Kapit, Richard (Barnett)

```
                    page 327
                    7        Q.   Have you ever served on the
                    8   editorial board of a medical journal?
                    9        A.   No.  But I've read many
                    10  articles.
                    11       Q.   Have you ever been an editor
                    12  of a medical journal?
                    13       A.   I actually was asked to be
                    14  an editor at one point, but I didn't
                    15  really follow up on it.  But, no.  The
                    16  answer is no.
```

[403:1] - [403:24]     6/19/2006    Kapit, Richard (Barnett)

```
                    page 403
                    1           C E R T I F I C A T E
                    2
                    3
                    4            I hereby certify that the
                        witness was duly sworn by me and that the
                    5   deposition is a true record of the
                        testimony given by the witness.
                    6
                    7            It was requested before
                        completion of the deposition that the
                    8   witness, RICHARD M. KAPIT, M.D., have the
                        opportunity to read and sign the
                    9   deposition transcript.
                    10
                    11
                            DEBRA J. WEAVER, RPR, CRR, CSR
                    12      NJ CSR License No. XI 01614
                            DE Certification No. 183-RPR
                    13        (Expires 1/31/08)
                            Dated :  June 26, 2006
                    14
                    15           (The foregoing certification
                    16  of this transcript does not apply to any
                    17  reproduction of the same by any means,
                    18  unless under the direct control and/or
                    19  supervision of the certifying shorthand
                    20  reporter.)
                    21
                    22
                    23
                    24
```