**MINUTE ENTRY**
**FALLON, J.**
**JULY 11, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Mark Robinson participated on behalf of the Plaintiff. Phil Beck and Andy Goldman participated on behalf of the Defendant. At the conference, the parties discussed the scheduling of the trial in this matter. After considering the issues discussed,

IT IS ORDERED that the trial of this matter is CONTINUED from July 24, 2006 to July 31, 2006.



JS10(00:20)