THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. | ) | |
| MERCK & CO., INC., 05-1102 | ) | MAG. JUDGE KNOWLES |
| | ) | |

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF JAMES KILLIAN

Considering the Stipulation of Dismissal Without Prejudice of Claims of James Killian filed herein,

IT IS ORDERED that the claims of James Killian against Merck & Co., Inc. be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 12th day of July, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE