UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-4093 | * | |
| | * | MAGISTRATE JUDGE |
| Elizabeth Brumfield | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Elizabeth Brumfield,

IT IS ORDERED, that all claims of plaintiff Elizabeth Brumfield against defendant Merck & Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 12th day of July, 2006

*Eldon E. Fallon*
DISTRICT JUDGE

815588v.1