UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>  PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | |
| CHARLES AXWORTHY, | |
| | JUDGE FALLON |
| Plaintiff, | MAGISTRATE JUDGE<br>KNOWLES |
| vs. | |
| MERCK & COMPANY, INC.,<br>McKESSON CORPORATION and<br>DOES ONE through TWENTY,<br>inclusive | |
| Defendants. | |
| Civil Action No. C 06-1893 | |

**PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1441]**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Plaintiffs CHARLES AXWORTHY and SHIRLEY AXWORTHY will and hereby does move the Court for an order remanding this case to the Superior Court in and for the City and County of San Francisco, State of California, from which it was removed.

The motion is based on this Notice, the Motion to Remand, the Declaration of Carole Bosch, all papers filed in relation to Plaintiff's Motion to Remand, filed concurrently herewith, the complete files and records in this action, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED:  July 14, 2006.	HERSH & HERSH
	A Professional Corporation


	By /s/ Mark Burton
	NANCY HERSH, ESQ., State Bar No. 49091
	MARK E. BURTON, JR., State Bar No. 178400
	CAROLE BOSCH, ESQ., State Bar No. 239790
	HERSH & HERSH
	A Professional Corporation
	601 Van Ness Avenue, Suite 2080
	San Francisco, CA  94102-6396
	(415) 441-5544

	Attorneys for Plaintiff