UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | ) | |
|      PRODUCTS LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | |
| This document relates to: | ) | SECTION L |
| | ) | |
| CHARLES AXWORTHY | ) | |
| | ) | |
|      Plaintiff, | ) | JUDGE FALLON |
| | ) | MAGISTRATE JUDGE KNOWLES |
| vs. | ) | |
| | ) | |
| MERCK & COMPANY, INC., McKESSON | ) | |
| CORPORATION and DOES ONE through | ) | |
| TWENTY, inclusive | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |
| Civil Action No. C 06-1893 | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

The matter of Plaintiffs' Motion to Remand came on for hearing before this Court.  The Court having considered all of the pleadings, papers and records on file herein, and

1

GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is GRANTED.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE JUDGE FALLON

2