UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>LUISA GREER and DONALD GREER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through TWENTY, inclusive<br><br>　　　Defendants.<br><br>Civil Action No. C 06-1894 | ) MDL NO. 1657<br>)<br>) SECTION L<br>)<br>)<br>)<br>)<br>) JUDGE FALLON<br>) MAGISTRATE JUDGE KNOWLES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT [28 U.S.C. §1441]**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs LUISA GREER AND DONALD GREER will and hereby does move the Court for an order remanding this case to the Superior Court in and for the City and County of San Francisco, State of California, from which it was removed.

The motion is based on this Notice, the Motion to Remand, the Declaration of Carole Bosch, all papers filed in relation to Plaintiff's Motion to Remand, filed

1

concurrently herewith, the complete files and records in this action, matters that may be judicially noticed, and any oral or documentary evidence that may be presented at the hearing on this matter.

DATED:  July 14, 2006.         HERSH & HERSH
                               A Professional Corporation


                               By     /s/Mark Burton
                               NANCY HERSH, ESQ., State Bar No. 49091
                               MARK E. BURTON, JR., ESQ., State Bar No. 178400
                               CAROLE BOSCH, ESQ., State Bar No. 239790
                               HERSH & HERSH
                               A Professional Corporation
                               601 Van Ness Avenue, Suite 2080
                               San Francisco, CA  94102-6396
                               (415) 441-5544

                               Attorneys for Plaintiff