UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| This document relates to: | SECTION L |
| LUISA GREER and DONALD GREER, | |
|     Plaintiff, | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| vs. | |
| MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through TWENTY, inclusive | |
|     Defendants. | |
| Civil Action No. C 06-1894 | |

**[PROPOSED] ORDER**

The matter of Plaintiffs' Motion to Remand came on for hearing before this Court. The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED.

IT IS SO ORDERED.

DATED:

_____
JUDGE FALLON

1