Exhibit A - McCaffrey Deposition Excerpts

• **Consolidation Motion Opposition**

[1:] - [1:19]        5/3/2006      McCaffrey, Michael, M.D.

```
page 1
    0001
1             IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2
3
4       IN RE:  VIOXX            * MDL Docket No. 1657
        PRODUCTS LIABILITY       *
5       LITIGATION               * Section L
                                 *
6       THIS DOCUMENT RELATES TO: * Judge Fallon
        GERALD BARNETT v. MERCK   * Mag. Judge Knowles
7
        ***************************
8
9
10      VIDEOTAPE
        DEPOSITION OF:MICHAEL McCAFFREY, MD
11
        DATE:        May 3, 2006
12
        TIME:        1:04 PM
13
        LOCATION:    Strand Regional Specialty Assoc.
14                   8170 Rourk Street
                     Myrtle Beach, SC
15
        TAKEN BY:    Counsel for Defendant
16
        REPORTED BY: TERRI L. BRUSSEAU,
17                   Registered Professional
                     Reporter, CP, CRR
18
19
```

[99:8] - [99:12]     5/3/2006      McCaffrey, Michael, M.D.

```
page 99
8     Q.  Is it fair to say that given how busy
9  you are, you don't have time to sit down with sales
10 representatives and talk about the benefits and
11 risks associated with medicine?
12    A.  That's correct.
```

[207:6] - [208:3]    5/3/2006      McCaffrey, Michael, M.D.

```
page 207
6     Q.  Do you remember being asked by
7  Mr. Robinson whether you saw advertisements on
8  television about Vioxx?
9     A.  Yes, sir.
10    Q.  Did the advertisements about Vioxx on
11 television influence your decision to prescribe
12 Vioxx to Mr. Barnett?
13    A.  No, sir.
14    Q.  Do you rely on commercials on
15 television about drugs in deciding what medicine to
16 prescribe to your patients?
17    A.  No, sir.
18    Q.  Why not?
19    A.  Most of it's just promotional.  If
20 you -- I mean, on certain stations you see it all
21 the time.  If you turn on Home and Garden station,
22 it's on there constantly.  If you turn on ESPN, the
23 only thing you're going to see is Viagra or Cialis
24 or Levitra.  Depending on what station you watch
25 will be what pharmaceutical companies advertise.
```

**Exhibit A - McCaffrey Deposition Excerpts**

• **Consolidation Motion Opposition**

```
                    page 208
                    1    It's just a -- just a paid-for advertisement.  It
                    2    doesn't give you any nuts and bolts on what's
                    3    happening with the medication.
```

[241:1] - [241:18]        5/3/2006        McCaffrey, Michael, M.D.

```
                    page 241
                    1              CERTIFICATE OF REPORTER
                    2         I, Terri L. Brusseau, Registered
                    3    Professional Reporter and Notary Public for the
                    4    State of South Carolina at Large, do hereby certify
                    5    that the foregoing transcript is a true, accurate,
                    6    and complete record.
                    7         I further certify that I am neither related
                    8    to nor counsel for any party to the cause pending
                    9    or interested in the events thereof.
                    10        Witness my hand, I have hereunto affixed my
                    11   official seal this 5th day of May, 2006 at
                    12   Charleston, Charleston County, South Carolina.
                    13
                    14
                    15
                    16        _____
                              Terri L. Brusseau,
                    17        Registered Professional
                              Reporter, CP, CRR
                    18        My Commission expires
                              May 7, 2006.
```