Exhibit B - Mikola Deposition Excerpts

• **Consolidation Motion Opposition**

[1:] - [1:25]     4/25/2006     Mikola, Michael

```
               page 1
                    0001
               1              IN THE UNITED STATES DISTRICT COURT
                                 EASTERN DISTRICT OF LOUISIANA
               2
               3
               4       IN RE:  VIOXX              * MDL Docket No. 1657
                       PRODUCTS LIABILITY         *
               5       LITIGATION                 * Section L
                                                  *
               6       THIS DOCUMENT RELATES TO:  * Judge Fallon
                       GERALD BARNETT v. MERCK    * Mag. Judge Knowles
               7
                       ***************************
               8
               9
              10       VIDEOTAPE
                       DEPOSITION OF:MICHAEL MIKOLA, MD
              11
                       DATE:          April 25, 2006
              12
                       TIME:          8:27 AM
              13
                       LOCATION:      Law Offices of
              14                      Motley Rice, LLC
                                      28 Bridgeside Boulevard
              15                      Mt. Pleasant, SC
              16       TAKEN BY:      Counsel for Plaintiff
              17       REPORTED BY:   TERRI L. BRUSSEAU,
                                      Registered Professional
              18                      Reporter, CP, CRR
              19
              20
              21          GOLKOW LITIGATION TECHNOLOGIES
              22         Four Penn Center, Suite 1210
                           1600 John F. Kennedy Blvd.
              23            Philadelphia, PA 19103
                               877.DEPS.USA
              24
              25
```

[180:6] - [180:23]     4/25/2006     Mikola, Michael

```
               page 180
               6            A.   Generally not only Merck but most of
               7    the pharmaceutical reps I would typically prefer
               8    not to be detailed to extent and generally I would
               9    ask them for copies of the original articles from
              10    which they drew their detail pieces.
              11            When you practice medicine, I'll see
              12    the Pfizer rep come in and tell me why Lipitor is
              13    the best drug.  Three minutes later, the Merck rep
              14    comes in and tells me why Zocor is the best drug.
              15    Three minutes later, the Novartis rep will come in
              16    and tell me why Lescol is the best drug.  They
              17    can't all be right.  They have a lot of glossies
              18    and detail pieces which contain factual
              19    information, but it generally doesn't contain all
              20    the information available.  So I would generally
              21    ask that they not particularly detail me but
              22    present me with the original articles from -- that
              23    I could read it and draw my own conclusion.
```

[343:5] - [343:8]     4/25/2006     Mikola, Michael

```
               page 343
               5            Q.   Did the advertisements such as Dorothy
```

**Exhibit B - Mikola Deposition Excerpts**

• **Consolidation Motion Opposition**

```
              6     Hamill skating about Vioxx play any role in your
              7     decision to prescribe Vioxx to Mr. Barnett?
              8         A.   No, sir.
```

[414:1] - [414:18]        4/25/2006     Mikola, Michael

```
              page 414
              1             CERTIFICATE OF REPORTER
              2        I, Terri L. Brusseau, Registered
              3   Professional Reporter and Notary Public for the
              4   State of South Carolina at Large, do hereby certify
              5   that the foregoing transcript is a true, accurate,
              6   and complete record.
              7        I further certify that I am neither related
              8   to nor counsel for any party to the cause pending
              9   or interested in the events thereof.
             10        Witness my hand, I have hereunto affixed my
             11   official seal this 1st day of May, 2006 at
             12   Charleston, Charleston County, South Carolina.
             13
             14
             15
             16             _____
                            Terri L. Brusseau,
             17             Registered Professional
                            Reporter, CP, CRR
             18             My Commission expires
                            May 7, 2006.
```