UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>    PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657<br><br>Section:  L |
| THIS DOCUMENTS RELATES TO:<br>    06-CV-2101 | Judge Fallon<br>Magistrate Judge Knowles |

…………………………………………………..

# NOTICE TO COURT OF PRIOR FILING OF FIRST AMENDED PETITION

COME NOW Plaintiffs, by and through their undersigned counsel, state as follows:

1.  Plaintiffs filed their original Petition in the Twenty-Second Judicial Circuit Court, City of St. Louis, State of Missouri, Case Number 052-9621, on August 25, 2005.

2.  On August 26, 2005, Plaintiffs filed their First Amended Petition, which included the addition of Plaintiff, Mae Stewart.  See Exhibit A attached hereto.

3.  On October 21, 2005, Defendants removed the current action to the United States District Court, Eastern District of Missouri.

4.  It has come to Plaintiffs' Counsel's attention that the First Amended Petition, filed on August 26, 2005, was not docketed by the Twenty-Second Judicial Court, City of St. Louis, State of Missouri.  See Exhibit B attached hereto.

5.  Subsequently, Plaintiff Mae Stewart has been omitted from the docket of the USDC Eastern District of Louisiana.

Wherefore, Plaintiffs, including Mae Stewart, respectfully give notice to the Court of Plaintiffs' Prior Filing of Amended Complaint.

1

2

Respectfully submitted by:

BROWN & CROUPPEN, P.C.


/S/ SETH SHARROCK WEBB
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Prior Filing has been served on Liaison Counsel, Russ Herman and Phillip Witmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of July, 2006.

    /S/ SETH SHARROCK WEBB
Seth Sharrock Webb
MO Bar #505666
Attorney for Plaintiffs
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com