

## Civil Case Information

Choose your search, enter search criteria, and click the Search button.

**Search by Name**
Party — Last
■ Plaintiff
■ Defendant — First
■ Either — Middle
OR
Business

**Search by Case Number**
Case Number  052-9621

**Search by Plaintiff vs Defendant**
Plaintiff vs Defendant

(Hint: Enter last names only. Example vs doe)

Case Type  ALL     optional

[Search]  [Clear Search]  [Back]

```
**************************************************************************
*--- 22ND CIRCUIT COURT ------- DATA DISPLAYED IS CURRENT AS OF 05/26/2006 ---*
**************************************************************************

                    CASE INFORMATION
CASE NO.: 052-09621
Filing Date: 8/25/05        Status: CLOSED
Style: ADAMS VS MERCK AND CO INC
Suit Amount:            .00  Origin: 1  Schedule:       Docket Date    0/00/00
Division:    Judge:  00022815        RILEY, JOHN J.
Nature of action: 2110120   PERSONAL INJURY-PRODUCT LIAB        (PRIMARY)

                    PARTICIPANT INFORMATION

PLAINTIFF(S)
  P001  ADAMS, SHIRLEY
Attorney:    54729 DRISCOLL, JOHN
  P002  BECK, RANDY
Attorney:    54729 DRISCOLL, JOHN
  P003  BESTERFELT, LINDA
Attorney:    54729 DRISCOLL, JOHN
  P004  BOND, GLEN
Attorney:    54729 DRISCOLL, JOHN
  P005  BOWERS, WINIFRED
Attorney:    54729 DRISCOLL, JOHN
```



PLAINTIFF'S EXHIBIT β

```
  P006  BROWN, SHEENA
Attorney:    54729 DRISCOLL, JOHN
  P007  BYRAM, ANTHONY
Attorney:    54729 DRISCOLL, JOHN
  P008  COBLE, ELIZABETH
Attorney:    54729 DRISCOLL, JOHN
  P009  COLLIER, ANDREA
Attorney:    54729 DRISCOLL, JOHN
  P010  COOPER, GERALD
Attorney:    54729 DRISCOLL, JOHN
  P011  FISHER, ALAN
Attorney:    54729 DRISCOLL, JOHN
  P012  FLAMM, MARY
Attorney:    54729 DRISCOLL, JOHN
  P013  FULLER, JUDITH
Attorney:    54729 DRISCOLL, JOHN
  P014  GENNARO, VIRGINIA
Attorney:    54729 DRISCOLL, JOHN
  P015  ESTATE OF ANTHONY GENNARO DECEASED
Attorney:    54729 DRISCOLL, JOHN
   LRP   GENNARO, VIRGINIA
  P016  GOSTON, DOROTHY
Attorney:    54729 DRISCOLL, JOHN
  P017  HENDERSON, ROBERT
Attorney:    54729 DRISCOLL, JOHN
  P018  HINER, DENNIS
Attorney:    54729 DRISCOLL, JOHN
  P019  HOLT, MACK
Attorney:    54729 DRISCOLL, JOHN
  P020  HUGHES, MERCEDES
Attorney:    54729 DRISCOLL, JOHN
  P021  HYCNE, SHARON
Attorney:    54729 DRISCOLL, JOHN
  P022  WILBURN, DONALD
Attorney:    54729 DRISCOLL, JOHN
  P023  WILLIAMSON, ROBERT
Attorney:    54729 DRISCOLL, JOHN
  P024  PICKER, CHARLENE
Attorney:    54729 DRISCOLL, JOHN
  P025  DOAN, NHA
Attorney:    54729 DRISCOLL, JOHN
  P026  SMOLESKI, ELIZABETH
Attorney:    54729 DRISCOLL, JOHN
  P027  BUCHANAN, WYATT
Attorney:    54729 DRISCOLL, JOHN
  P028  DICKINSON, DONALD
Attorney:    54729 DRISCOLL, JOHN
  P029  VENTURA, CORINNE
Attorney:    54729 DRISCOLL, JOHN
  P030  BELKER, IRENE
Attorney:    54729 DRISCOLL, JOHN
  P031  BROOKINS, PAULETTE
Attorney:    54729 DRISCOLL, JOHN
  P032  CHEERS, GLORIA
Attorney:    54729 DRISCOLL, JOHN
  P033  ERWIN, THOMAS
Attorney:    54729 DRISCOLL, JOHN
  P034  TILLMAN, JEANETTE
Attorney:    54729 DRISCOLL, JOHN
  P035  TURNER, LEMOYNE
```

```
Attorney:    54729 DRISCOLL, JOHN
  P036  LIFRITZ, JANINE
Attorney:    54729 DRISCOLL, JOHN
  P037  LENOIR, MICHAEL
Attorney:    54729 DRISCOLL, JOHN
  P038  LACY, CHESTER
Attorney:    54729 DRISCOLL, JOHN
  P039  LAUT, CHESTER
Attorney:    54729 DRISCOLL, JOHN
  P040  VARDIMAN, JOAN
Attorney:    54729 DRISCOLL, JOHN
  P041  THORNHILL, JERRY
Attorney:    54729 DRISCOLL, JOHN
  P042  PARRAN, LUCY
Attorney:    54729 DRISCOLL, JOHN
  P043  KELLER, MADELINE
Attorney:    54729 DRISCOLL, JOHN
  P044  DALTON, MARK
Attorney:    54729 DRISCOLL, JOHN
  P045  CUMMINGS, CHARITY
Attorney:    54729 DRISCOLL, JOHN
  P046  DAVIS, BOBBIE
Attorney:    54729 DRISCOLL, JOHN
  P047  EATON, NANCY
Attorney:    54729 DRISCOLL, JOHN
  P048  GRAMMER, STEPHEN
Attorney:    54729 DRISCOLL, JOHN
  P049  HORRELL, MARY
Attorney:    54729 DRISCOLL, JOHN
  P050  JENKINS, JAMES
Attorney:    54729 DRISCOLL, JOHN
  P051  JUST, RICHARD
Attorney:    54729 DRISCOLL, JOHN
  P052  RIDDLE, GLENDA
Attorney:    54729 DRISCOLL, JOHN
  P053  SHELOR, THOMAS
Attorney:    54729 DRISCOLL, JOHN
  P054  SMITH, JAMES
Attorney:    54729 DRISCOLL, JOHN
  P055  SPIRO, CHARMAINE
Attorney:    54729 DRISCOLL, JOHN
  P056  STEWART, RITA
Attorney:    54729 DRISCOLL, JOHN
  P057  SWINNEY, CELESTINE
Attorney:    54729 DRISCOLL, JOHN
  P058  WINKOWSKI, TED
Attorney:    54729 DRISCOLL, JOHN
  P059  BEATRICE, RICHIE
Attorney:    54729 DRISCOLL, JOHN
  P060  KAVANAUGH, WILLIAM
Attorney:    54729 DRISCOLL, JOHN
  P063  BROOKS, LETHA
Attorney:    54729 DRISCOLL, JOHN

DEFENDANT(S)
  D001  MERCK AND CO INC
        County: SPECIAL PROCESS SERVER
  SERV  THE CORPORATION COMPANY
        120 S CENTRAL AVE
        CLAYTON, MO   63105
```

```
             Address Type:  B
  D002   GD SEARLE LLC
         County: COLE COUNTY
  SERV   OFFICE OF THE SECRETARY OF STATE
         STATE CAPITOL ROOM 208
         JEFFERSON CITY, MO  65101
         Address Type:  B
  D003   PHARMACIA CORPORATION
         County: SPECIAL PROCESS SERVER
  SERV   CT CORPORATION SYSTEM
         120 S CENTRAL AVE
         CLAYTON, MO  63105
         Address Type:  B
  D004   MONSANTO COMPANY
         County: COLE COUNTY
  SERV   CSC LAYWERS INCORPORATING SERVICE COMPANY
         221 BOLIVAR ST
         JEFFERSON CITY, MO  65101
         Address Type:  B
  D005   PFIZER INC
         County: SPECIAL PROCESS SERVER
  SERV   CT CORPORATION SYSTEM
         120 S CENTRAL AVE
         CLAYTON, MO  63105
         Address Type:  B

                   DISPOSITION INFORMATION
  Disposition Code: 09 REMOVED TO FEDERAL COURT      Date: 10/31/05
  Start Trial Date:  0/00/00 End Trial Date:  0/00/00 Disp. Amount:

                   CASE MINUTES
  9/02/05 - Summons to SPECIAL PROCESS SERVER issued for D001-MERCK AND CO
            INC .
  9/02/05 - Summons to COLE COUNTY issued for D002-GD SEARLE LLC .
  9/02/05 - Summons to SPECIAL PROCESS SERVER issued for D003-PHARMACIA
            CORPORATION .
  9/02/05 - Summons to COLE COUNTY issued for D004-MONSANTO COMPANY .
  9/02/05 - Summons to SPECIAL PROCESS SERVER issued for D005-PFIZER INC .
  9/07/05 - 24764-JUDGE JOAN M BURGER continued cause from schedule H13 on
            hold to schedule   913 on 01/30/06 .
  9/15/05 - Request for certified copies, processed and called kim bland and
            services rendered for pick up .
  9/19/05 - Request for certified copies, processed and mailed to kerry
            stufflebean 2555 grand blvd kansas city mo  N          .
  9/28/05 - Proof of service on D002-GD SEARLE LLC from Cole County filed.
  9/28/05 - Proof of service on D004-MONSANTO COMPANY from Cole County filed.
 10/03/05 - Proof of service on D003-PHARMACIA CORPORATION from special
            process server filed.
 10/03/05 - Proof of service on D005-PFIZER INC from special process server
            filed.
 10/03/05 - Proof of service on D001-MERCK AND CO INC from special process
            server filed.
 10/31/05 - Petition and notice for removal to Federal Court filed.
 11/14/05 - Case Electronically Disposed
 11/14/05 - P001-SHIRLEY   ADAMS abstracted.
 11/14/05 - P002-RANDY   BECK abstracted.
 11/14/05 - P003-LINDA   BESTERFELT abstracted.
 11/14/05 - P004-GLEN   BOND abstracted.
 11/14/05 - P005-WINIFRED   BOWERS abstracted.
 11/14/05 - P006-SHEENA   BROWN abstracted.
```

```
11/14/05 - P007-ANTHONY   BYRAM abstracted.
11/14/05 - P008-ELIZABETH   COBLE abstracted.
11/14/05 - P009-ANDREA   COLLIER abstracted.
11/14/05 - P010-GERALD   COOPER abstracted.
11/14/05 - P011-ALAN   FISHER abstracted.
11/14/05 - P012-MARY   FLAMM abstracted.
11/14/05 - P013-JUDITH   FULLER abstracted.
11/14/05 - P014-VIRGINIA   GENNARO abstracted.
11/14/05 - P015-ESTATE OF ANTHONY GENNARO DECEASED abstracted.
11/14/05 - P016-DOROTHY   GOSTON abstracted.
11/14/05 - P017-ROBERT   HENDERSON abstracted.
11/14/05 - P018-DENNIS   HINER abstracted.
11/14/05 - P019-MACK   HOLT abstracted.
11/14/05 - P020-MERCEDES   HUGHES abstracted.
11/14/05 - P021-SHARON   HYCNE abstracted.
11/14/05 - P022-DONALD   WILBURN abstracted.
11/14/05 - P023-ROBERT   WILLIAMSON abstracted.
11/14/05 - P024-CHARLENE   PICKER abstracted.
11/14/05 - P025-NHA   DOAN abstracted.
11/14/05 - P026-ELIZABETH   SMOLESKI abstracted.
11/14/05 - P027-WYATT   BUCHANAN abstracted.
11/14/05 - P028-DONALD   DICKINSON abstracted.
11/14/05 - P029-CORINNE   VENTURA abstracted.
11/14/05 - P030-IRENE   BELKER abstracted.
11/14/05 - P031-PAULETTE   BROOKINS abstracted.
11/14/05 - P032-GLORIA   CHEERS abstracted.
11/14/05 - P033-THOMAS   ERWIN abstracted.
11/14/05 - P034-JEANETTE   TILLMAN abstracted.
11/14/05 - P035-LEMOYNE   TURNER abstracted.
11/14/05 - P036-JANINE   LIFRITZ abstracted.
11/14/05 - P037-MICHAEL   LENOIR abstracted.
11/14/05 - P038-CHESTER   LACY abstracted.
11/14/05 - P039-CHESTER   LAUT abstracted.
11/14/05 - P040-JOAN   VARDIMAN abstracted.
11/14/05 - P041-JERRY   THORNHILL abstracted.
11/14/05 - P042-LUCY   PARRAN abstracted.
11/14/05 - P043-MADELINE   KELLER abstracted.
11/14/05 - P044-MARK   DALTON abstracted.
11/14/05 - P045-CHARITY   CUMMINGS abstracted.
11/14/05 - P046-BOBBIE   DAVIS abstracted.
11/14/05 - P047-NANCY   EATON abstracted.
11/14/05 - P048-STEPHEN   GRAMMER abstracted.
11/14/05 - P049-MARY   HORRELL abstracted.
11/14/05 - P050-JAMES   JENKINS abstracted.
11/14/05 - P051-RICHARD   JUST abstracted.
11/14/05 - P052-GLENDA   RIDDLE abstracted.
11/14/05 - P053-THOMAS   SHELOR abstracted.
11/14/05 - P054-JAMES   SMITH abstracted.
11/14/05 - P055-CHARMAINE   SPIRO abstracted.
11/14/05 - P056-RITA   STEWART abstracted.
11/14/05 - P057-CELESTINE   SWINNEY abstracted.
11/14/05 - P058-TED   WINKOWSKI abstracted.
11/14/05 - P059-RICHIE   BEATRICE abstracted.
11/14/05 - P060-WILLIAM   KAVANAUGH abstracted.
11/14/05 - P063-LETHA   BROOKS abstracted.
11/14/05 - P001-SHIRLEY   ADAMS abstracted.
11/14/05 - P002-RANDY   BECK abstracted.
11/14/05 - P003-LINDA   BESTERFELT abstracted.
11/14/05 - P004-GLEN   BOND abstracted.
11/14/05 - P005-WINIFRED   BOWERS abstracted.
```

```
11/14/05 - P006-SHEENA   BROWN abstracted.
11/14/05 - P007-ANTHONY   BYRAM abstracted.
11/14/05 - P008-ELIZABETH   COBLE abstracted.
11/14/05 - P009-ANDREA   COLLIER abstracted.
11/14/05 - P010-GERALD   COOPER abstracted.
11/14/05 - P011-ALAN   FISHER abstracted.
11/14/05 - P012-MARY   FLAMM abstracted.
11/14/05 - P013-JUDITH   FULLER abstracted.
11/14/05 - P014-VIRGINIA   GENNARO abstracted.
11/14/05 - P015-ESTATE OF ANTHONY GENNARO DECEASED abstracted.
11/14/05 - P016-DOROTHY   GOSTON abstracted.
11/14/05 - P017-ROBERT   HENDERSON abstracted.
11/14/05 - P018-DENNIS   HINER abstracted.
11/14/05 - P019-MACK   HOLT abstracted.
11/14/05 - P020-MERCEDES   HUGHES abstracted.
11/14/05 - P021-SHARON   HYCNE abstracted.
11/14/05 - P022-DONALD   WILBURN abstracted.
11/14/05 - P023-ROBERT   WILLIAMSON abstracted.
11/14/05 - P024-CHARLENE   PICKER abstracted.
11/14/05 - P025-NHA   DOAN abstracted.
11/14/05 - P026-ELIZABETH   SMOLESKI abstracted.
11/14/05 - P027-WYATT   BUCHANAN abstracted.
11/14/05 - P028-DONALD   DICKINSON abstracted.
11/14/05 - P029-CORINNE   VENTURA abstracted.
11/14/05 - P030-IRENE   BELKER abstracted.
11/14/05 - P031-PAULETTE   BROOKINS abstracted.
11/14/05 - P032-GLORIA   CHEERS abstracted.
11/14/05 - P033-THOMAS   ERWIN abstracted.
11/14/05 - P034-JEANETTE   TILLMAN abstracted.
11/14/05 - P035-LEMOYNE   TURNER abstracted.
11/14/05 - P036-JANINE   LIFRITZ abstracted.
11/14/05 - P037-MICHAEL   LENOIR abstracted.
11/14/05 - P038-CHESTER   LACY abstracted.
11/14/05 - P039-CHESTER   LAUT abstracted.
11/14/05 - P040-JOAN   VARDIMAN abstracted.
11/14/05 - P041-JERRY   THORNHILL abstracted.
11/14/05 - P042-LUCY   PARRAN abstracted.
11/14/05 - P043-MADELINE   KELLER abstracted.
11/14/05 - P044-MARK   DALTON abstracted.
11/14/05 - P045-CHARITY   CUMMINGS abstracted.
11/14/05 - P046-BOBBIE   DAVIS abstracted.
11/14/05 - P047-NANCY   EATON abstracted.
11/14/05 - P048-STEPHEN   GRAMMER abstracted.
11/14/05 - P049-MARY   HORRELL abstracted.
11/14/05 - P050-JAMES   JENKINS abstracted.
11/14/05 - P051-RICHARD   JUST abstracted.
11/14/05 - P052-GLENDA   RIDDLE abstracted.
11/14/05 - P053-THOMAS   SHELOR abstracted.
11/14/05 - P054-JAMES   SMITH abstracted.
11/14/05 - P055-CHARMAINE   SPIRO abstracted.
11/14/05 - P056-RITA   STEWART abstracted.
11/14/05 - P057-CELESTINE   SWINNEY abstracted.
11/14/05 - P058-TED   WINKOWSKI abstracted.
11/14/05 - P059-RICHIE   BEATRICE abstracted.
11/14/05 - P060-WILLIAM   KAVANAUGH abstracted.
11/14/05 - P063-LETHA   BROOKS abstracted.
11/14/05 - P001-SHIRLEY   ADAMS abstracted.
11/14/05 - P002-RANDY   BECK abstracted.
11/14/05 - P003-LINDA   BESTERFELT abstracted.
11/14/05 - P004-GLEN   BOND abstracted.
```

```
11/14/05 - P005-WINIFRED  BOWERS abstracted.
11/14/05 - P006-SHEENA  BROWN abstracted.
11/14/05 - P007-ANTHONY  BYRAM abstracted.
11/14/05 - P008-ELIZABETH  COBLE abstracted.
11/14/05 - P009-ANDREA  COLLIER abstracted.
11/14/05 - P010-GERALD  COOPER abstracted.
11/14/05 - P011-ALAN  FISHER abstracted.
11/14/05 - P012-MARY  FLAMM abstracted.
11/14/05 - P013-JUDITH  FULLER abstracted.
11/14/05 - P014-VIRGINIA  GENNARO abstracted.
11/14/05 - P015-ESTATE OF ANTHONY GENNARO DECEASED abstracted.
11/14/05 - P016-DOROTHY  GOSTON abstracted.
11/14/05 - P017-ROBERT  HENDERSON abstracted.
11/14/05 - P018-DENNIS  HINER abstracted.
11/14/05 - P019-MACK  HOLT abstracted.
11/14/05 - P020-MERCEDES  HUGHES abstracted.
11/14/05 - P021-SHARON  HYCNE abstracted.
11/14/05 - P022-DONALD  WILBURN abstracted.
11/14/05 - P023-ROBERT  WILLIAMSON abstracted.
11/14/05 - P024-CHARLENE  PICKER abstracted.
11/14/05 - P025-NHA  DOAN abstracted.
11/14/05 - P026-ELIZABETH  SMOLESKI abstracted.
11/14/05 - P027-WYATT  BUCHANAN abstracted.
11/14/05 - P028-DONALD  DICKINSON abstracted.
11/14/05 - P029-CORINNE  VENTURA abstracted.
11/14/05 - P030-IRENE  BELKER abstracted.
11/14/05 - P031-PAULETTE  BROOKINS abstracted.
11/14/05 - P032-GLORIA  CHEERS abstracted.
11/14/05 - P033-THOMAS  ERWIN abstracted.
11/14/05 - P034-JEANETTE  TILLMAN abstracted.
11/14/05 - P035-LEMOYNE  TURNER abstracted.
11/14/05 - P036-JANINE  LIFRITZ abstracted.
11/14/05 - P037-MICHAEL  LENOIR abstracted.
11/14/05 - P038-CHESTER  LACY abstracted.
11/14/05 - P039-CHESTER  LAUT abstracted.
11/14/05 - P040-JOAN  VARDIMAN abstracted.
11/14/05 - P041-JERRY  THORNHILL abstracted.
11/14/05 - P042-LUCY  PARRAN abstracted.
11/14/05 - P043-MADELINE  KELLER abstracted.
11/14/05 - P044-MARK  DALTON abstracted.
11/14/05 - P045-CHARITY  CUMMINGS abstracted.
11/14/05 - P046-BOBBIE  DAVIS abstracted.
11/14/05 - P047-NANCY  EATON abstracted.
11/14/05 - P048-STEPHEN  GRAMMER abstracted.
11/14/05 - P049-MARY  HORRELL abstracted.
11/14/05 - P050-JAMES  JENKINS abstracted.
11/14/05 - P051-RICHARD  JUST abstracted.
11/14/05 - P052-GLENDA  RIDDLE abstracted.
11/14/05 - P053-THOMAS  SHELOR abstracted.
11/14/05 - P054-JAMES  SMITH abstracted.
11/14/05 - P055-CHARMAINE  SPIRO abstracted.
11/14/05 - P056-RITA  STEWART abstracted.
11/14/05 - P057-CELESTINE  SWINNEY abstracted.
11/14/05 - P058-TED  WINKOWSKI abstracted.
11/14/05 - P059-RICHIE  BEATRICE abstracted.
11/14/05 - P060-WILLIAM  KAVANAUGH abstracted.
11/14/05 - P063-LETHA  BROOKS abstracted.
11/14/05 - P001-SHIRLEY  ADAMS abstracted.
11/14/05 - P002-RANDY  BECK abstracted.
11/14/05 - P003-LINDA  BESTERFELT abstracted.
```

```
11/14/05 - P004-GLEN  BOND abstracted.
11/14/05 - P005-WINIFRED  BOWERS abstracted.
11/14/05 - P006-SHEENA  BROWN abstracted.
11/14/05 - P007-ANTHONY  BYRAM abstracted.
11/14/05 - P008-ELIZABETH  COBLE abstracted.
11/14/05 - P009-ANDREA  COLLIER abstracted.
11/14/05 - P010-GERALD  COOPER abstracted.
11/14/05 - P011-ALAN  FISHER abstracted.
11/14/05 - P012-MARY  FLAMM abstracted.
11/14/05 - P013-JUDITH  FULLER abstracted.
11/14/05 - P014-VIRGINIA  GENNARO abstracted.
11/14/05 - P015-ESTATE OF ANTHONY GENNARO DECEASED abstracted.
11/14/05 - P016-DOROTHY  GOSTON abstracted.
11/14/05 - P017-ROBERT  HENDERSON abstracted.
11/14/05 - P018-DENNIS  HINER abstracted.
11/14/05 - P019-MACK  HOLT abstracted.
11/14/05 - P020-MERCEDES  HUGHES abstracted.
11/14/05 - P021-SHARON  HYCNE abstracted.
11/14/05 - P022-DONALD  WILBURN abstracted.
11/14/05 - P023-ROBERT  WILLIAMSON abstracted.
11/14/05 - P024-CHARLENE  PICKER abstracted.
11/14/05 - P025-NHA  DOAN abstracted.
11/14/05 - P026-ELIZABETH  SMOLESKI abstracted.
11/14/05 - P027-WYATT  BUCHANAN abstracted.
11/14/05 - P028-DONALD  DICKINSON abstracted.
11/14/05 - P029-CORINNE  VENTURA abstracted.
11/14/05 - P030-IRENE  BELKER abstracted.
11/14/05 - P031-PAULETTE  BROOKINS abstracted.
11/14/05 - P032-GLORIA  CHEERS abstracted.
11/14/05 - P033-THOMAS  ERWIN abstracted.
11/14/05 - P034-JEANETTE  TILLMAN abstracted.
11/14/05 - P035-LEMOYNE  TURNER abstracted.
11/14/05 - P036-JANINE  LIFRITZ abstracted.
11/14/05 - P037-MICHAEL  LENOIR abstracted.
11/14/05 - P038-CHESTER  LACY abstracted.
11/14/05 - P039-CHESTER  LAUT abstracted.
11/14/05 - P040-JOAN  VARDIMAN abstracted.
11/14/05 - P041-JERRY  THORNHILL abstracted.
11/14/05 - P042-LUCY  PARRAN abstracted.
11/14/05 - P043-MADELINE  KELLER abstracted.
11/14/05 - P044-MARK  DALTON abstracted.
11/14/05 - P045-CHARITY  CUMMINGS abstracted.
11/14/05 - P046-BOBBIE  DAVIS abstracted.
11/14/05 - P047-NANCY  EATON abstracted.
11/14/05 - P048-STEPHEN  GRAMMER abstracted.
11/14/05 - P049-MARY  HORRELL abstracted.
11/14/05 - P050-JAMES  JENKINS abstracted.
11/14/05 - P051-RICHARD  JUST abstracted.
11/14/05 - P052-GLENDA  RIDDLE abstracted.
11/14/05 - P053-THOMAS  SHELOR abstracted.
11/14/05 - P054-JAMES  SMITH abstracted.
11/14/05 - P055-CHARMAINE  SPIRO abstracted.
11/14/05 - P056-RITA  STEWART abstracted.
11/14/05 - P057-CELESTINE  SWINNEY abstracted.
11/14/05 - P058-TED  WINKOWSKI abstracted.
11/14/05 - P059-RICHIE  BEATRICE abstracted.
11/14/05 - P060-WILLIAM  KAVANAUGH abstracted.
11/14/05 - P063-LETHA  BROOKS abstracted.
11/14/05 - P001-SHIRLEY  ADAMS abstracted.
11/14/05 - P002-RANDY  BECK abstracted.
```

```
11/14/05 - P003-LINDA   BESTERFELT abstracted.
11/14/05 - P004-GLEN    BOND abstracted.
11/14/05 - P005-WINIFRED   BOWERS abstracted.
11/14/05 - P006-SHEENA  BROWN abstracted.
11/14/05 - P007-ANTHONY  BYRAM abstracted.
11/14/05 - P008-ELIZABETH   COBLE abstracted.
11/14/05 - P009-ANDREA   COLLIER abstracted.
11/14/05 - P010-GERALD   COOPER abstracted.
11/14/05 - P011-ALAN    FISHER abstracted.
11/14/05 - P012-MARY   FLAMM abstracted.
11/14/05 - P013-JUDITH   FULLER abstracted.
11/14/05 - P014-VIRGINIA   GENNARO abstracted.
11/14/05 - P015-ESTATE OF ANTHONY GENNARO DECEASED abstracted.
11/14/05 - P016-DOROTHY   GOSTON abstracted.
11/14/05 - P017-ROBERT   HENDERSON abstracted.
11/14/05 - P018-DENNIS   HINER abstracted.
11/14/05 - P019-MACK   HOLT abstracted.
11/14/05 - P020-MERCEDES   HUGHES abstracted.
11/14/05 - P021-SHARON   HYCNE abstracted.
11/14/05 - P022-DONALD   WILBURN abstracted.
11/14/05 - P023-ROBERT   WILLIAMSON abstracted.
11/14/05 - P024-CHARLENE   PICKER abstracted.
11/14/05 - P025-NHA   DOAN abstracted.
11/14/05 - P026-ELIZABETH   SMOLESKI abstracted.
11/14/05 - P027-WYATT   BUCHANAN abstracted.
11/14/05 - P028-DONALD   DICKINSON abstracted.
11/14/05 - P029-CORINNE   VENTURA abstracted.
11/14/05 - P030-IRENE   BELKER abstracted.
11/14/05 - P031-PAULETTE   BROOKINS abstracted.
11/14/05 - P032-GLORIA   CHEERS abstracted.
11/14/05 - P033-THOMAS   ERWIN abstracted.
11/14/05 - P034-JEANETTE   TILLMAN abstracted.
11/14/05 - P035-LEMOYNE   TURNER abstracted.
11/14/05 - P036-JANINE   LIFRITZ abstracted.
11/14/05 - P037-MICHAEL   LENOIR abstracted.
11/14/05 - P038-CHESTER   LACY abstracted.
11/14/05 - P039-CHESTER   LAUT abstracted.
11/14/05 - P040-JOAN   VARDIMAN abstracted.
11/14/05 - P041-JERRY   THORNHILL abstracted.
11/14/05 - P042-LUCY   PARRAN abstracted.
11/14/05 - P043-MADELINE   KELLER abstracted.
11/14/05 - P044-MARK   DALTON abstracted.
11/14/05 - P045-CHARITY   CUMMINGS abstracted.
11/14/05 - P046-BOBBIE   DAVIS abstracted.
11/14/05 - P047-NANCY   EATON abstracted.
11/14/05 - P048-STEPHEN   GRAMMER abstracted.
11/14/05 - P049-MARY   HORRELL abstracted.
11/14/05 - P050-JAMES   JENKINS abstracted.
11/14/05 - P051-RICHARD   JUST abstracted.
11/14/05 - P052-GLENDA   RIDDLE abstracted.
11/14/05 - P053-THOMAS   SHELOR abstracted.
11/14/05 - P054-JAMES   SMITH abstracted.
11/14/05 - P055-CHARMAINE   SPIRO abstracted.
11/14/05 - P056-RITA   STEWART abstracted.
11/14/05 - P057-CELESTINE   SWINNEY abstracted.
11/14/05 - P058-TED   WINKOWSKI abstracted.
11/14/05 - P059-RICHIE   BEATRICE abstracted.
11/14/05 - P060-WILLIAM   KAVANAUGH abstracted.
11/14/05 - P063-LETHA   BROOKS abstracted.
11/14/05 - Check generated for JOHN DRISCOLL amount $20.00
```

*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*

**Back to Top**

This Web Site ©
Copyright 2006, Mariano V. Favazza, Circuit Clerk, 10 North Tucker
St. Louis, MO, 63101

All Rights Reserved.

This page accessed 31771

For questions or comments about this website, Contact Keith Hudson by email at keith.hudson@courts.mo.gov or call 314-622-3508.