UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| CHARLES MASON | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| v. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:06cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO., INC.'S PRELIMINARY LIST OF FACT WITNESSES FOR TRIAL

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby preliminarily identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. Defendant's final witness list, which is due on August 18, 2006, may modify this preliminary List or identify additional witnesses, including those who will be deposed before trial. This preliminary list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of

deposition testimony if Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial and/or subsequent issues that arise during the course of discovery. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff; (ii) for which Plaintiff designates deposition testimony; (iii) who is identified hereafter through discovery; or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call (live or by deposition), and/or submit written deposition testimony from the witnesses necessary to authenticate the document. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

    1)    David Anstice
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Merck President for Human Health. Anticipated testimony is reflected in witness' MDL Deposition.

    2)    Susan Baumgartner
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL Deposition.

3)     Dr. Barry Gertz
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Vice President of Clinical Research at Merck Research Laboratories.

4)     Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former CEO of Merck & Co., Inc.

5)     Dr. Briggs Morrison
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

6)     Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

7)     Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

8)     Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Director of Epidemiology at Merck.

9) Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

10) Christopher Cutler, M.D.
Cottonwood Hospital
5770 South 250 East, Ste. 445
Murray, UT 84107
*Testimony:* Plaintiff Charles Mason's Gastroenterologist.

11) "JE" (Technician who assisted with Plaintiff Charles Mason's 9/17/02 Exercise Stress Test)
Heart & Lung Institute of Utah, Inc.
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony*: Plaintiff Charles Mason's Technician who assisted with 9/17/02 Exercise Stress Test

12) Robert Farney, M.D.
Salt Lake Clinic
P.O. Box 3270
Salt Lake City, UT 84110
*Testimony:* Plaintiff Charles Mason's Sleep Medicine physician.

13) "RG" (Technician who assisted with Plaintiff Charles Masons' 4/12/05 SPECT Myocardial Perfusion Scintigraphy Stress Test)
Heart & Lung Institute of Utah, Inc.
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony*: Plaintiff Charles Mason's Technician who assisted with 4/12/05 SPECT Myocardial Perfusion Scintigraphy Stress Test

14) Edward Ganellen, M.D.
LDS Hospital
8th Avenue & C Street
Salt Lake City, UT 84143

The Heart Center, f/k/a Mountain West Cardiology
1160 East 3900 South, Suite 2000
Salt Lake City, UT 84124
*Testimony:* Plaintiff Charles Mason's Cardiologist.

15) Jay Grove
Cottonwood Hospital
Cardiac Rehabilitation Department
5770 South 300 East, Suite 221
Murray, UT 84107
*Testimony:* Plaintiff Charles Mason's Exercise Therapist.

16) Mark Keep, M.D.
Cottonwood Hospital
5770 South 300 East
Salt Lake City, UT 84106

   Heart & Lung Institute
   5979 S. Fashion Blvd.
   Murray, UT 84107
   *Testimony:* Plaintiff Charles Mason's Cardiologist.

17) Charles Larsen, PA-C
Heart & Lung Institute of Salt Lake City
5979 S. Fashion Blvd
Murray, UT 84107
*Testimony:* Physicians' Assistant to Plaintiff Charles Mason's Cardiologists.

18) Bard Madsen, M.D.
Heart & Lung Institute of Salt Lake City
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony:* Plaintiff Charles Mason's Cardiologist.

19) Karen Olson-Fields, R.N., F.N.P.
9400 S. Alta View
Salt Lake City, UT 84094
*Testimony:* Prescriber and Nurse Practitioner to Plaintiff Charles Mason's primary care provider.

20) James W. Quan, M.D.
Cottonwood Hospital
5770 South 300 East
Salt Lake City, UT 84106

   Heart & Lung Institute
   5979 S. Fashion Blvd.
   Murray, UT 84107
   *Testimony:* Plaintiff Charles Mason's Hospitalist/Internist.

21) Konstantyn Szwajkun, M.D.
Heart & Lung Institute of Utah, Inc.
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony*: Directed Plaintiff Charles' Mason's radiopharmaceutical handling and nuclear imagine for his 10/22/03 Cariolite SPECT Myocardial Perfusion Scintigraphy.

22) Gary Symkoviak, M.D.
Heart & Lung Institute of Salt Lake City
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony:* Plaintiff Charles Mason's Cardiologist.

23) Douglas Vogeler, M.D.
Sandy Family Practice
9600 South 1300 East, Suite 303
Sandy, UT 84094
*Testimony:* Plaintiff Charles Mason's Internist/Primary Care Provider.

24) James Zebrack, M.D.
LDS Hospital
8th Avenue & C Street
Salt Lake City, UT 84143
*Testimony:* Plaintiff Charles Mason's Cardiologist.

25) James Dex
Albertsons' Pharmacy
900 East 5600 South
Salt Lake City, UT
*Testimony*: Plaintiff Charles Mason's Pharmacist.

26) Maria Bethers
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Former employee of Utah First Credit Union; co-worker and close friend of Plaintiff Charles Mason.

27) Mark Dubois
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Employee of Utah First Credit Union; co-worker of Plaintiff Charles Mason.

28) Steve Franks
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Employee of Utah First Credit Union; former supervisor of Plaintiff Charles Mason.

29) Aaron Jacobs
    1049 Chadwick Drive
    Grays Lake, Illinois 60030
    *Testimony*: Son-in-law of Plaintiff Charles Mason.

30) Chalesse Jacobs
    1049 Chadwick Drive
    Grays Lake, Illinois 60030
    *Testimony*: Daughter of Plaintiff Charles Mason.

31) Cindy Kune
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Employee of Utah First Credit Union; co-worker of Plaintiff Charles Mason.

32) Charles L. Mason
    5659 Highland Park Court
    Holladay, Utah 84121
    *Testimony*: Plaintiff.

33) Dent Mason
    830 Cassie Drive
    Ogden, UT 84405
    *Testimony*: Brother of Plaintiff Charles Mason.

34) Kathy Mason
    830 Cassie Drive
    Ogden, UT 84405
    *Testimony*: Sister-in-law of Plaintiff Charles Mason.

35) Linda K. Mason
    5659 Highland Park Court
    Holladay, Utah 84121
    *Testimony*: Wife of Plaintiff Charles Mason.

36) David Michaelson
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Employee of Utah First Credit Union; former co-worker of Plaintiff Charles Mason.

37) Darren Moody
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Former President of Utah First Credit Union, former employer, supervisor and close friend of Plaintiff Charles Mason.

38) Taralynn Moyers
1985 Griswold Drive
Elko, Nevada 89801
*Testimony*: Daughter of Plaintiff Charles Mason.

39) Trent Moyers
1985 Griswold Drive
Elko, Nevada 89801
*Testimony*: Son-in-law of Plaintiff Charles Mason.

40) Grant Poulsen
3744 Greenbrier Way
Salt Lake City, UT 84109
*Testimony*: Close friend of Plaintiff Charles Mason.

41) Charles Rardon
6540 Tanner Way
Salt Lake City, UT 84121
*Testimony*: Close friend of Plaintiff Charles Mason.

42) Jean Rardon
6540 Tanner Way
Salt Lake City, UT 84121
*Testimony*: Close friend of Plaintiff Charles Mason.

43) Helen Thomas
240 Gagon Drive
Soda Springs, Idaho 83276
*Testimony*: Sister of Plaintiff Charles Mason.

44) Paul Toller
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Vice President of Utah First Credit Union; former supervisor of Plaintiff Charles Mason.

45) Chantell Wiley
5977 Bayshore Drive
Stansbury Park, UT 84074
*Testimony*: Daughter of Plaintiff Charles Mason.

46) James T. Wiley
5977 Bayshore Drive
Stansbury Park, UT 84074
*Testimony*: Son-in-law of Plaintiff Charles Mason.

Dated: July 14, 2006

Respectfully submitted,

s/ Dorothy H. Wimberly
Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Preliminary List of Fact Witnesses for Trial has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Edward Blizzard by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 on this 14th day of July, 2006.

s/ Dorothy H. Wimberly