THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -5 PM 4: 47

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ALLEN BAUDRY, JOSEPH BELLARD, MARCUS BERTRAND, SUZANNE BRASSEAUX, STEPHANIE JOSEPH, LINDA MARTIN, SHIRLEY PENNY, EMILY ROBINSON, BELINDA RODGERS, ANDREW TOBIAS, JR., BARBARA TOUPS, AND WILMA JEAN DAVIS<br><br>*Plaintiffs,*<br><br>vs.<br><br>MERCK & CO, INC., a New Jersey Corporation<br><br>*Defendant.* | CIVIL NO. 05-4420<br><br>SECTION "L"<br><br>MAGISTRATE "3" |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come undersigned counsel, who upon suggesting to this Honorable Court that they wish to withdraw as counsel of record from the following cases:

Allen Baudry
1500 W. Eaplanade, Unit 36-G
Kenner, LA 70065
Phone: 504-466-5869

Joseph Bellard
521 Amy Street
Church Point, LA 70525
Phone: 337-684-5336

Marcus Bertrand
927 Patricia Rd.
Rayne, LA 70578
Phone: 337-334-8148

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Stephanie Joseph
366 Verdun Lane
Franklin, LA 70538
Phone: 337-836-0173

Linda Martin
398 St. Margarette Rd.
Church Point, La 70525

Shirley Penny
P.O. Box 184
Rohwer, AR 71666
Phone: 870-644-3121

Emily Robinson
400 Oddfellow Road, 101-A
Crowley, LA 70526
Phone: 337-344-2743

Belinda Ann Rodgers
20 St. Paul Road
Sandy Hook, MS 39478
Phone: 601-736-3014

Andrew Tobias
3217 Berwick Street
Jefferson, La 70121
Phone: 504-834-2949

Barbara Toups;
431 N. Cedar Street
Lockpost, La 70374
Phone: 985-532-6023

and upon further suggesting that Plaintiffs were advised of said withdrawal via correspondence dated June 7, 2006; and upon further suggesting that no one will be prejudiced as a trial date has not yet been set; and upon further suggesting that pursuant to Pre-Trial Order No. 8A, upon receipt of a signed Order, Plaintiffs' Counsel will make the necessary changes on File & Serve; Blaine J. Barrilleaux and Brad Andrus, and their respective firms, hereby request that they be removed as counsel of record for the afore-mentioned claimants.  Pursuant to L.R.

83.2.11, undersigned counsel further certify that the clients have been advised of their pending lawsuit. There are no pending deadlines or court appearances.

Considering the foregoing motion;

IT IS HEREBY ORDERED that Blaine J. Barrilleaux and Brad Andrus, and their respective firms, be and are hereby removed as counsel of record for the afore-mentioned Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this 3 day of July, 2006.

_____
JUDGE

RESPECTFULLY SUBMITTED,

_____
BLAINE J. BARRILLEAUX
3500 N. Hullen St.
Metairie, La. 70002
Phone: (504) 456-8600
Fax: (504) 456-8624

BRAD ANDRUS
Andrus & Andrus
219 W. Brentwood Blvd.
Lafayette, La 70506

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8a on this 26 day of June, 2006.

_____
BLAINE BARRILLEAUX