UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -5 PM 3:33

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO.: 1657
SECTION: L (3)

JUDGE FALLON
MAG. JUDGE KNOWLES

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TERRI ANN LEBLANC

VERSUS

MERCK & COMPANY, INC.

DOCKET NO.: 1657

EDLA# 05-6158

CASE NO.: ~~LAM 3:05 - 1142~~

JUDGE FALLON
MAG. JUDGE KNOWLES

### MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel comes plaintiff, **TERRI ANN LEBLANC**, who respectfully seeks to dismiss, without prejudice, her claims against the defendant in this action.

BY ATTORNEYS:

*[signature]*

Edward J. Walters, Jr., Bar Roll Number 13214
David Abboud Thomas, Bar Roll Number 22701
**MOORE, WALTERS, THOMPSON,
THOMAS, PAPILLION & CULLENS, APLC**
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (225) 766-1100
Fax: (225) 766-1142
ATTORNEY FOR PLAINTIFF

___ Fee_____
___ Process_____
X  /Dktd_____
___ CtRmDep____
___ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon opposing party by placing same in the U.S. mail, properly address and postage prepaid, and via LexisNexis on this 29th day of June, 2006.

David Abboud Thomas