UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 JUL 13 PM 1:14*
*LORETTA G. WHYTE*
*CLERK*

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO.: 1657<br>SECTION: L (3)<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI ANN LEBLANC<br><br>VERSUS<br><br>MERCK & COMPANY, INC. | DOCKET NO.: 1657  *EDLA # 05-6158*<br>CASE NO.: LAM ~~3:05-1142~~<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Terri Ann LeBlanc against the defendant in this action be and are hereby dismissed without prejudice. *If the plaintiff seeks to re-file her claims, she must do so in ~~federal~~ court.*

New Orleans, Lousisiana, this 8/13 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

___ Fee_____
___ Process_____
_X_ Dkt_____
_✓_ CtRmDep_____
___ Doc. No_____

-2-