FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 10  PM 3:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN LOUISIANA

| | |
|---|---|
| JOSEPHA VISWANATHAN INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF TANJORE VISWANATHAN, DECEASED, | : LEAD VIOXX CASE NO.<br>: 2:05-md-01657-EEF-DEK |
| Plaintiff | : |
| V. | : REFERENCE NO.<br>: CIVIL ACTION NO.<br>: 2:05-CV-04673-EEF-DEK |
| DANIEL BELIN, M.D., MIDDLESEX CARDIOLOGY ASSOCIATES, P.C., KESHAVA AITHAL, M.D. and MERCK & CO., INC. | : |
| Defendants | : JULY 7, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants, Middlesex Cardiology Associates, P.C., and Keshava Aithal, M.D., in the above-captioned matter.

DEFENDANTS, MIDDLESEX
CARDIOLOGY ASSOCIATES, P.C., AND
KESHAVA AITHAL, M.D.

BY  /s/ Hilary Fisher Nelson
Hilary Fisher Nelson
O'Brien, Tanski & Young, LLP
CityPlace II
Hartford, CT 06103-3402
(860)525-2700
Facsimile: (860)247-7865
Juris No. ct01932
hfn@otylaw.com

___ Process
_X_ Dktd
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATION

This is to certify that a copy of the foregoing mailed, postage prepaid, on the 7th day of July, 2006 to:

Terence S. Hawkins, Esq.
205 Church Street, Suite 304
New Haven, CT 06510

Katherine C. Callahan, Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123 1277

Alan G. Schwartz, Esq.
Iris Gafni-Kane, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

_____
Hilary Fisher Nelson
O'Brien, Tanski & Young, LLP