UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 10 PM 3: 23

LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

This document relates to:

Section: L

ROSLYN VASQUEZ, and
SANTIAGO VASQUEZ, her husband,

        Plaintiffs,

Civil Action No.: 2:06-CV-669

vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC.,
        Defendant.    /

## MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFF

Plaintiffs, ROSLYN VASQUEZ and SANTIAGO VASQUEZ, respectfully moves through undersigned counsel Robert T. Joyce to enroll as additional counsel Brenda S. Fulmer, Florida Bar Number 999891, of the law firm of Alley, Clark, Greiwe & Fulmer, 701 E. Washington Street, Tampa, FL 33602, telephone number (813) 222-0977, fax number (813) 224-0373. Ms. Fulmer is an active member of the Florida Bar and urges this Court to enroll her as additional counsel of record in the above-captioned case.

Dated this 23rd day of June, 2006.

By: _____
ROBERT T. JOYCE, Esq.
JOYCE & REYES LAW FIRM
307 S. Hyde Park Ave.
Tampa, FL 33606-2233
Tele: (813) 251-2007
Fax: (813) 251-5808
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

By: /s/ Brenda Fulmer
BRENDA S. FULMER, Esq. (FBN: 999891)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 29th day of June, 2006.

By: /s/ Brenda Fulmer
BRENDA S. FULMER, Esq. (FBN: 999891)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: Coronato@hugheshubbard.com

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: pwittmann@stonepigman.com
Defendant's Liaison Counsel


**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: Aretha.davis@dechert.com

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: SGiamportone@wcsr.com

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: blitten@ssd.com
Email: plowry@ssd.com
Email: jbmurray@ssd.com
Email: dstibolt@ssd.com
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
910 Airport Road, Suite 3A
Destin, FL 32541
Tele: (866) 855-5101
Fax: (850) 837-8178
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel