UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657

This document relates to:

Section: L

ROSLYN VASQUEZ, and
SANTIAGO VASQUEZ, her husband,

       Plaintiffs,

vs.

MERCK & CO., INC.,
       Defendant.

Civil Action No.: 2:06-CV-669

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL FOR PLAINTIFF

THIS CAUSE having come before the Court on Plaintiff's Motion to Enroll Additional Counsel for Plaintiff, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Brenda S. Fulmer, Florida Bar Number 999891, of the law firm of Alley, Clark, Greiwe & Fulmer, 701 E. Washington Street, Tampa, FL 33602, telephone number (813) 222-0977, fax number (813) 224-0373, is hereby added as additional counsel of record in the above-captioned case.

New Orleans, Louisiana, this ___ day of July, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___