FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 12 PM 1:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * *
In re: Vioxx
Products Liability Litigation

This Document Relates to:

*Calandra, et al. v. Merck & Co., Inc.,*
MDL No. 05-2914

*DeToledo, et al. v. Merck & Co., Inc.,*
MDL No. 05-5083

* * * * * * * * * * * *

MDL NO: 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

## MOTION TO STRIKE PORTIONS OF DEFENDANT MERCK & CO., INC.'S REPLY REFERRING TO DECLARATIONS AND DECLARATIONS IN SUPPORT OF REPLY, OR IN THE ALTERNATIVE, TO FILE A SURREPLY AND EXTENSION OF TIME IN WHICH TO FILE PLAINTIFFS' SURREPLY

Plaintiffs' hereby bring this Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply.

Defendant for the first time in its Reply Brief and the supporting Declarations raise new issues not originally pleaded. Defendant raises the lack of class action vehicles, contingency fees, and the fee shifting rule, which is applicable in both Italy and France. Plaintiffs argue that Defendant's motion is inappropriate in this court because several points were not timely raised. "Raising an argument generally in a motion or objection does not give a litigant a license to be vague in his original submissions and provide the necessary detail in his reply." *Murphy v. Village of*

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No_____

*Hoffman Estates,* 1999 WL 160305, *2 (N.D. Ill. 1999), *aff'd,* 234 F. 3d 1273 (7th Cir. 2000). Additionally, "it is well-established that arguments raised for the first time in a parties' reply brief are waived." *Marie O. v. Edgar,* 131 F.3d 610, 614 n.7 (7th Cir. 1997); *United States v. Magana,* 118 F.3d 1173, 1198 n.15 (7thCir. 1997). It would be manifestly unfair to allow Defendants to correct their omissions in their initial reply memorandum at this stage of the motion. The new arguments raised by the Defendant's Reply Memorandum are, simply put, outside of the scope of the argument at hand and new material of which Plaintiffs believe should be stricken by the Court. The Defendant's attempt to raise additional independent issues, namely the two new declarations by Merck's Italian and French law experts should not be considered.

Alternatively, should the Court accept the inclusion of these recent additional arguments in the Defendant's Reply Memorandum, Plaintiffs' request motion for leave to file surreply, under Local Civil Rule 7 Section 5E and Local Civil Rule 7 Section 5W, and an extension of time in which to file a surreply, under Local Civil Rule 7 Section 9E&M. A surreply is deemed appropriate when the reply brief includes new material. In *Alexander, et al. v. Federal Bureau of Investigation,* 186 F.R.D. 71, 74 (D.D.C. June 25, 1998) the Court allowed the plaintiffs to file a surreply because the reply filed by the defendant included a declaration "not included in the original motion." In this case, Defendant included two new additional

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50ᵀᴴ Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

declarations. The two new declarations add additional information and expand on information which must be addressed by Plaintiffs' experts. Furthermore, a surreply would fully address all *forum non conveniens* issues, which would be beneficial to the Court before an oral hearing is conducted.

The extension of time in which to file the surreply is necessary for two reasons. First, Defendant filed its corrected reply on June 27, 2006. Genevieve M. Bernal, one of the handling attorneys, was out of the office from Friday, June 30, 2006 to Monday, July 10, 2006. Second, additional time is also needed so that Plaintiffs' French and Italian experts may respond to the new declarations. Professor Catherine Kessedjian, the French expert, is also now on vacation and will not be returning until July 21, 2006. Plaintiffs originally requested an extension of forty-five (45) days in the letter to the Honorable Judge Eldon E. Fallon. Plaintiffs were unaware of Professor Kessedjian's vacation at the time of the letter and now request additional time in which to account for her vacation. Plaintiffs request until Friday, September 8, 2006, an additional sixty (60) days, in which to file our surreply.

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

WHEREFORE, Plaintiffs' for all French and Italian Class Action claimants respectfully request that this Court grant their Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply.

Date: July 11, 2006

RESPECTFULLY SUBMITTED,

By: /s/ Bernal

Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

## CERTIFICATE OF CONFERENCE

I, Genevieve M. Bernal, hereby certify that I emailed defense counsel, Dorothy H. Wimberely, with Stone Pigman Walther Wittmann, L.L.C., on June 28, 2006, regarding the filing of the Motion for Extension of Time and Motion for Leave to File Surreply, and she advised that they are not in agreement with the filing of Plaintiffs' motion for extension of time to file surreply or motion for leave to file surreply. We therefore submit same to the Honorable Court for determination.

/s/ Bernal

Genevieve M. Bernal

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

-4-
PLAINTIFFS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FILE SURREPLY

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana.

/s/ Bernal

Genevieve M. Bernal
6285743
Attorney for Plaintiff
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
gmb@kbmoll.com

KBM
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

-5-
PLAINTIFFS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FILE SURREPLY