UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \*   \*   MDL NO. 1657

In re: VIOXX                          \*
PRODUCTS LIABILITY LITIGATION  \*   SECTION: L
                                      \*
This Document Relates to:             \*
                                      \*
*Ralph DeToledo et al. v. Merck & Co., Inc.,*  \*   JUDGE FALLON
*MDL No. 05-5083 and*                 \*
                                      \*   MAG. JUDGE KNOWLES
*Aldo Calandra, et al. v. Merck & Co., Inc.*  \*
*MDL No. 05-2914*                     \*
                                      \*
\* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs' Motion to Strike Portions of

Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in

Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in

Which to File Plaintiffs' Surreply will be brought for hearing on the 2 day of

Aug, 2006, at 9:00 o'clock, before the Honorable Eldon E. Fallon,



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Date: July 11, 2006
                                    RESPECTFULLY SUBMITTED,

                              By: _____
                                    Kenneth B. Moll, #061999874
                                    Genevieve M. Bernal, #6285743
                                    Pamela G. Sotoodeh, #6284622
                                    KENNETH B. MOLL & ASSOCIATES, LTD.
                                    Three First National Plaza
                                    50th Floor
                                    Chicago, Illinois 60602
                                    Tel: 312.558.6444
                                    Fax: 312.558.1112
                                    www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing on Plaintiffs' Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana.

_____
Genevieve M. Bernal
6285743
Attorney for Plaintiff
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
gmb@kbmoll.com

**K:3M**

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com