UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * | MDL NO. 1657 |
| In re: Vioxx | |
| Products Liability Litigation | SECTION: L |
| This Document Relates to: | |
| | JUDGE FALLON |
| *Calandra, et al. v. Merck & Co., Inc.,* MDL No. 05-2914 | |
| | MAG. JUDGE KNOWLES |
| *DeToledo, et al. v. Merck & Co., Inc.,* MDL No. 05-5083 | |
| * * * * * * * * * * * * * * | |

### ORDER ON PLAINTIFFS' MOTION TO STRIKE, OR IN THE ALTERNATIVE, FILE SURREPLY

After considering the Motion of Genevieve M. Bernal of KENNETH B. MOLL & ASSOCIATES, LTD., to Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply, the court finds the motion good. It is therefore,



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

ORDERED, ADJUDGED, AND DECREED, that said Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply be hereby GRANTED. NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE ELDON E. FALLON

Date: July 11, 2006          APPROVED & ENTRY REQUESTED:

_____
Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com