MINUTE ENTRY
FALLON, J.
JULY 11, 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 13 PM 1:14

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
   *Barnett v. Merck & Co., Inc.*, 06-485

At the pretrial conference in this matter, the Court informed the parties that it would provide them with the preliminary jury charge that was used in the Propulsid MDL as an example for the parties' use. The preliminary jury charge is attached.

-1-

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___