UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  			MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION

SECTION:  L

This document relates to CA 06-1464  			JUDGE FALLON
Dale A. Rogers v. Merck & Co., Inc.  			MAG. JUDGE KNOWLES

### O R D E R

It is ORDERED that document #5660 is hereby STRICKEN from the record in this case for the reason that it was not refiled within five days of notification of its deficiency.

New Orleans, Louisiana, this _____ day of July, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE