

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br>    LENE ARNOLD<br><br>versus<br><br>MERCK & CO., INC.<br>        Defendant<br><br>Case No. 05-2627<br><br>&<br><br>ALICIA GOMEZ<br><br>versus<br><br>MERCK & CO., INC.<br>        Defendant<br><br>Case No. 05-1163 | *<br>*<br>*<br>*<br>*   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR MEMORANDUM OF LAW IN SUPPORT OF MERCK'S MOTION FOR SUMMARY JUDGMENT

Defendant Merck & Co., Inc. ("Merck"), through undersigned liaison counsel, hereby moves the Court for an extension of the page length for its Memorandum of Law in Support of Merck's Motion for Summary Judgment. The memorandum addresses the facts and law supporting Merck's Motion for Summary Judgment. Merck requests that it be granted eight (8) additional pages, for a total of thirty-three (33) pages for its supporting memorandum.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted eight (8) additional pages, for a total of thirty-three (33) pages for its Memorandum of Law in Support of Merck's Motion for Summary Judgment.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

817912v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Merck's Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 6th day of July, 2006.

/s/ Dorothy H. Wimberly

817912v.1