FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 18 AM 8:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation | *<br>*<br>* |
| This Document Relates to:<br>LENE ARNOLD | * MDL No. 1657<br>*<br>* SECTION L |
| versus | *<br>* JUDGE ELDON E. FALLON |
| MERCK & CO., INC.<br>Defendant | *<br>* MAGISTRATE JUDGE<br>* KNOWLES |
| Case No. 05-2627 | *<br>* |
| & | *<br>* |
| ALICIA GOMEZ | *<br>* |
| versus | *<br>* |
| MERCK & CO., INC.<br>Defendant | *<br>*<br>* |
| Case No. 05-1163 | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum of Law in Support of Merck's Motion for Summary Judgment,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted eight (8) additional pages, for a total of thirty-three (33) pages for its Memorandum of Law in Support of Merck's Motion for Summary Judgment.

NEW ORLEANS, LOUISIANA, this 13 day of July, 2006.

DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____