FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 18  AM 8: 00

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | * <br> * <br> * |
| This Document Relates to:<br>    LENE ARNOLD | * MDL No. 1657<br> * <br> * SECTION L |
| versus | * <br> * JUDGE ELDON E. FALLON |
| MERCK & CO., INC.<br>    Defendant | * <br> * MAGISTRATE JUDGE<br> * KNOWLES |
| Case No. 05-2627 | * <br> * |
| & | * <br> * |
| ALICIA GOMEZ | * <br> * |
| versus | * <br> * |
| MERCK & CO., INC.<br>    Defendant | * <br> * <br> * |
| Case No. 05-1163 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully submits this motion for summary judgment on all claims against it in the above-captioned cases.

As set forth in the accompanying Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried and the accompanying Memorandum of Law In Support Of Motion

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____
817916v.1

1

For Summary Judgment, Merck is entitled to summary judgment as a matter of law because all of plaintiffs' claims are preempted by the FDA's prescription drug labeling regulations.

WHEREFORE, Merck respectfully requests that the Court enter summary judgment in its favor.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

And

John H. Beisner
Jonathan D. Hacker
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

Attorneys for Merck & Co., Inc.

817916v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 6th day of July, 2006.

/s/ Dorothy H. Wimberly