UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL<br><br>NO: MDL 1657<br>(ref: 05-2627 & 05-1163)<br>SECTION: L (3) |

**ATTACHMENTS TO DOCUMENT NO.**

    **DESCRIPTION:** EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

    **FILED BY:** Dorothy Wimberly

    **FILE DATE:** 7/18/06

**ARE LOCATED IN THE CLERK'S OFFICE.**