UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL 14 2006
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

**PLAINTIFF'S REPLY TO OPPOSITION OF MERCK TO PLAINTIFF'S MOTION *INLIMINE* TO PRECLUDE MERCK FROM REFERRING TO THE GEOGRAPHIC AREA IN OR AROUND SOUTH CAROLINA AS THE "STROKE BELT"**

**(PLAINTIFF'S MOTION *INLIMINE* NO. 12)**

Merck's opposition demonstrates precisely why the use of the term "stroke belt" would mislead and confuse the jury. Merck argues '[t]he evidence makes it clear that Mr. Barnett's residence in the stroke belt increased his risk of heart attack and stroke.' This is like saying that because there are more hockey related injuries per capita in Canada, living in Canada increases an individual's risk of being injured in a hockey game. While playing hockey increases one's risk of being hit by a puck, living in Canada does not. Similarly, while being obese, eating foods heavy in trans fats, and having a sedentary lifestyle may increase one's risk of a dying from stroke, residing in South Carolina does not.

Certainly, diet, lifestyle and weight can be causes of a stroke, but residing in the 'stroke belt' is not a causal factor in stroke death. There is simply no cause and effect relationship

1

between residence and stroke, nor is there a cause and effect relationship between living in South Carolina and suffering a heart attack. Living in South Carolina does not cause heart attacks.

Merck cites studies showing that several southeastern states, including South Carolina, as a group have higher incidence of stroke death than the U.S. average. However, these do not demonstrate that Mr. Barnett's residence there increases the likelihood he will die of a stroke, let alone that his residence was a casual factor in his heart attack. Mr. Barnett's diet, his weight and his lifestyle may have relevance to his risk of a heart attack. Those are actual causes of heart attacks, which have physiological effects on the body and the heart itself. Living in South Carolina does not.

The subject of the 'stroke belt' has no probative value whatsoever, and it is apparent that Merck's only reason to reference it would be to mislead the jury into thinking that the location of the Plaintiff's residence was a causal factor in his heart attack. This would not only be erroneous, it would be unfairly prejudicial to the Plaintiff and would cause confusion of the issues.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order precluding Merck from offering any evidence, testimony or argument regarding the fact that in the geographical area around South Carolina there is an area known as the 'stroke belt' where there is a very high stroke death rate.

Date: July 13, 2006

Respectfully submitted,

By *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1371

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Arnold Levin, Esq.  
LEVIN FISHBEIN SEDRAN & BERMAN  
510 Walnut Street, Suite 500  
Philadelphia, Pennsylvania 19106-3875  
Telephone: (215) 592-1500  
Facsimile: (215) 592-4663  

Christopher V. Tisi Esq.  
ASHCRAFT & GEREL  
2000 L Street, NW, Suite 400  
Washington, DC 20036-4914  
Telephone: (202) 783-6400  
Facsimile: (307) 733-0028  

Gerald E. Meunier  
Gainesburgh Benjamin David Meunier & Warshauer  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163-2800  
Telephone: (504) 522-2304  
Facsimile: (504) 528-9973  

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 13th day of July, 2006.

*Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
State Bar No. 108994
Attorney for Plaintiff
Robinson, Calcagnie & Robinson