UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

FILED JUL 14 2006
LORETTA G. WHYTE CLERK

**PLAINTIFF'S REPLY TO OPPOSITION OF MERCK TO PLAINTIFF'S MOTION *INLIMINE* TO PRECLUDE DEFENDANT MERCK FROM OFFERING ANY TESTIMONY OR ARGUMENT REGARDING DR. MCCAFFREY'S PERSONAL USE OF VIOXX® AND HIS OPINIONS REGARDING THE FDA APPROVAL PROCESS**

**(PLAINTIFF'S MOTION *IN LIMINE* NO. 14)**

Plaintiff agrees that Dr. McCaffrey's minimal personal use of Vioxx may have some relevance to his decision to prescribe the drug. His testimony indicates that he did take Vioxx for approximately one week following carpal tunnel surgery. McCaffrey Depo, Ex A to motion, 108:15 – 109:1. However, his opinion regarding the rigors of the FDA approval process relative to others, to wit: *"The United States has the most rigorous program of any drug program,"* must be excluded.

Merck's only argument as to the relevance of the subject testimony is to rebut Plaintiff's misrepresentation claims. Merck contends that 'his testimony concerning his faith in the FDA and his belief in the rigor of the FDA's procedures is relevant to show his reasons for

1



prescribing the drug to Mr. Barnett,' and that '[t]his is proof of his lack of reliance on Merck's marketing.'

Evidence that Dr. McCaffrey has confidence in the FDA's approval process does not prove he did not rely upon Merck's marketing. It does not follow that because the doctor has faith in the FDA that he ignored Merck's representations and marketing efforts, nor that he was immune to the effects of Merck's overpromotion of Vioxx. But even if it did, that would not entitle Merck to offer whatever unqualified and unreliable expert opinions about the FDA the doctor may have asserted at his deposition.

Dr. McCaffrey is not an expert on the FDA approval process, nor on the approval processes of other countries. He is simply not qualified to compare them, nor to offer opinions on the relative rigors of their programs. Accordingly, such testimony should be excluded.

Date: July 13, 2006

Respectfully submitted,

By *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1371

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

4

Arnold Levin, Esq.  
LEVIN FISHBEIN SEDRAN & BERMAN  
510 Walnut Street, Suite 500  
Philadelphia, Pennsylvania 19106-3875  
Telephone: (215) 592-1500  
Facsimile: (215) 592-4663  

Christopher V. Tisi Esq.  
ASHCRAFT & GEREL  
2000 L Street, NW, Suite 400  
Washington, DC 20036-4914  
Telephone: (202) 783-6400  
Facsimile: (307) 733-0028  

Gerald E. Meunier  
Gainesburgh Benjamin David Meunier & Warshauer  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163-2800  
Telephone: (504) 522-2304  
Facsimile: (504) 528-9973  

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 13th day of July, 2006.

*Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
State Bar No. 108994
Attorney for Plaintiff
Robinson, Calcagnie & Robinson