FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 14  PM 12: 15
LORETTA G. WHYTE
CLERK

May 31 2006
1:01PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO *Arthur Mullins et al* | * | |
| *v. Merck & Co., Inc.,* No. 2:05-cv-05302-EEF-DEK, | * | |
| previously filed as 4:05-cv-00569, E.D. Mo. | * | Judge Fallon |
| | * | Magistrate Judge Knowles |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Kevin J. Adrian, Lawrence B. Grebel and Brett A.

Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the

law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr.

Adrian's, Mr. Greblel's and Mr. Williams' motion to withdraw and substituting Mr. Dick and

Ms. Simon as counsel for Northwest Pharmacy, Inc. in *Arthur Mullins et al. v. Merck & Co., Inc.*

*et al.,* No. 2:05-cv-05302-EEF-DEK which is part of MDL 1657.  In support of their motion,

counsel state:

1.      Northwest Pharmacy, Inc. has informed Kevin J. Adrian, Lawrence B. Grebel and

Brett A. Williams that it has obtained other counsel, specifically, David A. Dick and Kelly E.

Simon of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2.      David A. Dick and Kelly E. Simon are attorneys in good standing and licensed to

practice in the United States District Court for the Eastern District of Missouri, the jurisdiction

where this matter was originally filed.

_____ Fee_____
_____ Process_____
__X__ Dktd _____
___√__ CtRmDep_____
_____ Doc. No_____

3357887

3.     Northwest Pharmacy, Inc. has been notified of all deadlines and pending court appearances.

WHEREFORE, Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. and David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Adrian, Mr. Grebel and Mr. Williams to withdraw from this matter and allowing Mr. Dick and Ms. Simon to enter an appearance on behalf of Defendant Northwest Pharmacy, Inc., and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BROWN AND JAMES, P.C.

By: _____
     Kevin J. Adrian, #92555
     Lawrence B. Grebel, #3262
     Brett A. Williams, #109048
     1010 Market Street, 20th Floor
     St. Louis, Missouri  63101
     (314) 421-3400  Telephone
     (314) 421-3128  Facsimile


Attorneys for Defendant Northwest Pharmacy, Inc.


and

THOMPSON COBURN LLP

By: _____

David A. Dick, E.D. Mo. #65275
Kelly E. Simon, E.D. Mo. #508033
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000  Telephone
(314) 552-7000  Facsimile

Attorneys for Defendant Northwest Pharmacy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 31st day of May, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
Email:  rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email:  pwittmann@stonepigman.com
*Liaison Counsel for Defendants*

3357887