

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX　　　　　　　　　　　　　*　　MDL No. 1657
　　　PRODUCTS LIABILITY LITIGATION　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　SECTION: L
　　　　　　　　　　　　　　　　　　　*
This Document Relates To: *Margaret Molder et al. v.*　*
*Merck & Co., Inc. et al.,* No. 2:05-cv-02929-EEF-DEK,　*
previously filed as 4:05-cv-00667, E.D. Mo.　　　　　*　　Judge Fallon
　　　　　　　　　　　　　　　　　　　*　　Magistrate Judge Knowles

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court, having reviewed the Joint Motion to Withdraw and Substitute as Counsel filed by counsel for Defendant Northwest Pharmacy, Inc. in the above referenced case, hereby grants said motion.

Therefore, it is ORDERED that Kevin J. Adrian, Lawrence B. Grebel and Brett A. Williams of the law firm of Brown & James, P.C. be permitted to withdraw, and hereby are withdrawn, as counsel for Northwest Pharmacy, Inc. in this matter.

It is further ORDERED that David A. Dick and Kelly E. Simon of the law firm of Thompson Coburn LLP be, and hereby are, permitted to appear as counsel for Northwest Pharmacy, Inc. in this matter.

Dated:

3357879