FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 14 PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to *James B. Smith, Individually and as Administrator of the Estate of Marilyn E. Smith, Deceased v. Merck & Co., Inc.* (E.D. La. Case No. 2:05-cv-2911) | * * * * | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

*************************************************************

## PLAINTIFF'S THIRD MOTION FOR LEAVE TO AMEND COMPLAINT and JURY DEMAND

COMES NOW, the above-named Plaintiff, by and through the undersigned attorneys at law, and pursuant to Federal Rule of Civil Procedure 15A, and for his cause of action against the Defendant, Merck & Company, Inc., states and shows the Court as follows:

1. On or about March 24, 2005, a Complaint and Jury Demand was filed by the Plaintiff in the above-referenced case in the United States District Court for the Southern District of Iowa.

2. Such Complaint was served upon the Defendant, Merck & Company, Inc., by waiver of service of summons on or about April 5, 2005. On or about August 16, 2005, an Answer and Jury Demand was filed by the Defendant.

3. On or about December 16, 2005, Plaintiffs filed a Motion for Leave to Amend Complaint to include a Class Action and Jury Demand within Plaintiff's individual complaint.

4. An Order was entered on January 4, 2006 granting Plaintiff's Second Amended Complaint.

5. On or about April 13, 2006, Administrator, James B. Smith, died.

6. Plaintiff wishes to amend and substitute such Complaint to assert the new successor Administrators of the Estate of Marilyn E. Smith, who are the daughters of James B.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Smith, and newly appointed Co-Executors of the James B. Smith Estate: Victoria L. Smith; Robin Staudt Smith; Elizabeth Q. Smith; and Emily J. Smith. Such successor Administrators should be substituted within the case caption and Complaint where necessary, as it should read *Victoria L. Smith, Robin Staudt Smith, Elizabeth Q. Smith and Emily J. Smith, as Co-Executors for the Estate of James B. Smith, Deceased, and as Successor Administrators of the Estate of Marilyn E. Smith, Deceased v. Merck & Co., Inc.* (E.D. La. Case No. 2:05-cv-2911).

7. Pursuant to Federal Rule of Civil Procedure 15A, leave to amend shall be freely given when justice so requires.

8. Plaintiff has attached to such Motion, the Third Amended Complaint and Class Action Complaint and Jury Demand which should serve as the substituted Complaint and Jury Demand in this matter.

9. Pursuant to Local Rules 5.3 and 7.63, counsel for the Plaintiff has contacted Defense Counsel Jason Steffens and he does not object to the filing of such Motion for Leave to Amend to add the correct persons, Victoria L. Smith, Robin Staudt Smith, Elizabeth Q. Smith and Emily J. Smith, as Co-Executors for the Estate of James B. Smith, deceased, and as Successor Administrators of the Estate of Marilyn E. Smith, as Plaintiff in this case.

WHEREFORE, Plaintiff, Victoria L. Smith, Robin Staudt Smith, Elizabeth Q. Smith and Emily J. Smith, as Co-Executors for the Estate of James B. Smith, and as Successor Administrators of the Estate of Marilyn E. Smith, hereby respectfully request that this Court grant their Motion for Leave to Amend and for such other relief as the Court deems just and proper.

MOYER & BERGMAN, P.L.C.

By: *Kimberly K. Hardeman*
LARRY D. HELVEY    LI0008653
KIMBERLY K. HARDEMAN    LI0015070
2720 First Avenue N.E.
P. O. Box 1943
Cedar Rapids, IA 52406-1943
Ph: (319) 366-7331
Fax: (319) 366-3668

ATTORNEYS FOR PLAINTIFF
(Original Signed Document on File with the Court)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplement to Plaintiffs' Third Motion for Leave to Amend Complaint and Jury Demand has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of July, 2006.

*Kimberly K. Hardeman*
Kimberly K. Hardeman
Moyer & Bergman, P.L.C.
2720 First Avenue NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943
Telephone: 319-366-7331
Facsimile: 319-366-3668
khardeman@moyerbergman.com

Copy to:

Russ Herman
Philip A. Wittmann
Anthony M. Dileo
Dorothy H. Wimberly
Carmelite M. Bertaut
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Gregory M. Lederer
Jason M. Steffens
Simmons Perrine Albright & Ellwood, PLC
115 Third Street SE, Ste. 1200
Cedar Rapids, IA 52401