UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 18  AM 7: 41

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to *VICTORIA L. SMITH, ROBIN STAUDT SMITH, ELIZABETH Q. SMITH and EMILY J. SMITH, as CO-EXECUTORS FOR THE ESTATE OF JAMES B. SMITH, Deceased, and as SUCCESSOR ADMINISTRATORS of the ESTATE OF MARILYN E. SMITH, Deceased v. Merck & Co., Inc.* (E.D. La. Case No. 2:05-cv-2911) | MAG. JUDGE KNOWLES |

**********************************************************************************

## ORDER REGARDING
## THIRD MOTION FOR LEAVE TO AMEND COMPLAINT and CLASS ACTION and JURY DEMAND

AND NOW on this _17_ day of July, 2006, and considering the Plaintiff's above-referenced Motion for Leave to Amend, and receiving no opposition or Resistance to such Motion by the Defendants herein, **IT IS ORDERED** that the Motion for Leave to Amend Complaint and Jury Demand is granted and the Amended Complaint and Class Action and Jury Demand attached to such Motion, shall now serve as the Plaintiff's formal Complaint.

NEW ORLEANS, LOUISIANA this _17_ day of _July_ , 2006.

_____
DISTRICT JUDGE ELDON FALLON

| | |
|---|---|
| ___ | Fee_____ |
| ___ | Process_____ |
| X | Dktd_____ |
| ___ | CtRmDep_____ |
| ___ | Doc. No._____ |