UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 17 PM 4:58

LORETTA G. WHYTE
CLERK

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

Section L

This Document Relates to:
02:06-CV-2076

Judge Fallon
Magistrate Judge Knowles

## APPEARANCE OF COUNSEL

\* \* \* \* \*

W. Kennedy Simpson and the law firm of Thompson Miller & Simpson PLC, 600 West Main Street, Suite 500, Louisville, Kentucky 40202, hereby enter their appearance as co-counsel for defendants H. Lynn Speevack, M.D. and Community Medical Associates, Inc. in the above action. Copies of all pleadings are requested to be forwarded accordingly.

Respectfully submitted,

_____
W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street
Suite 500
Louisville, Kentucky 40202
(502) 585-9900

COUNSEL FOR DEFENDANTS H. LYNN
SPEEVACK, M.D. AND COMMUNITY
MEDICAL ASSOCIATES, INC.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing Appearance of Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve Advanced in accordance with PreTrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 27th day of June, 2006.

W. Kennedy Simpson
KBA #64560
Counsel for Defendants H. Lynn Speevack, M.D.
and Community Medical Associates, Inc.
Thompson Miller & Simpson PLC
600 West Main Street
Suite 500
Louisville, Kentucky 40202
(502) 585-9900
(502) 585-9993
ksimpson@tmslawplc.com