Supplement to Vioxx Report of 9/26/2005

The following is a supplement to paragraph 198 of my Report of 9/26/2005. Based on data from Table 13 of the Merck Submission of 3/22/04, which are supplemented by results from Study 010, the RR of thrombotic events for the combined (and unblinded) Vioxx OA trials compared to the Fosomax/Proscar groups was 2.26, $p = 0.004$, 95% CI 1.27-3.75.

If the single event from the 125 mg Vioxx treatment arm of Study 010 is excluded, the RR falls only slightly to 2.15, ($p = 0.009$, 95% CI 1.19--3.61).

These results are similar to and consistent with those from the OA trials after unblinding and when sufficient placebo exposure had occurred. $RR = 3.03$, $p = 0.03$, 95%CI 1.02—12.13. They are also similar to the Vioxx/placebo results of the APPROVe and protocol 203 studies (APPROVe, $RR = 1.92$, 95% CI 1.19--3.11; Protocol 203, $RR = 1.77$, $p = 0.003$, 95% CI 1.27—2.56), with higher RRs for cardiac events and for high-risk patients in both APPROVe and protocol 203.

_John W. Farquhar, M.D._    _July 17, 2006_

_i_

EXHIBIT

A

Blumberg No. 5119

**Exhibit A**
**Supplemental Materials Reviewed by John W. Farquhar, M.D.**

| |
|---|
| MRK-OS420045791-792 |
| MRK-ABS0066696-702 |
| MRK-I8940080062-133 |
| MRK-ABF0066696-703 |
| MRK-NJ0290348-358 |
| MRK-I8940080121-133 |
| MRK-I2690007833-205 |
| MRK-S0420112017-2132 |
| MRK-I8940077723-754 |
| MRK-AHC0004710-743 |
| MRK-AHC0004323-359 |
| Rebuttal Report of Nicholas P. Jewell, Ph.D., June 21, 2006 |
| Report of Nicholas Jewell re OA Trials/Fosamax-Proscar Comparison |
| Baron, "A Randomized Trial of Aspirin to Prevent Colorectal Adenomas," New England Journal of Medicine 2003; 348:891-99. |
| Caldwell, "Risk of Cardiovascular Events and Celecoxib," J R SOC MED 2006; 99:132-140. |
| Levin, "The PreSAP Trial" (Prevention of Colorectal Sporadic Adenomatous Polyps), Joint Meeting of the Arthritis Advisory Committee and the Drug Safety and Risk Management Advisory Committee, February 16-18, 2005. |
| Pfizer, Investor News Release, April 3, 2006. |
| Wolfe, Letter to FDA, January 31, 2005. |
| Pfizer, Celecoxib PhRMA IQ5-97-02-001 Final 021405 Clinical Study Synopsis. |
| Pfizer, Celecoxib PhRMA EQ5-98-02-002 Final 011105.doc, Clinical Study Synopsis. |
| Antiplatelet Trialists' Collaboration, "Collaborative Overview of Randomized Trials of Antiplatelet Therapy," BMJ 1994; 308:81-106. |
| Freedman, "Methodology of Randomized Trials," in Clinical Trials and Heart Disease, Second Edition 2004. |
| Report of Kyungmann Kim, June 1, 2006. |
| Deposition of Kyungmann Kim, June 12, 2006. |



EXHIBIT
B

| |
|---|
| Deposition of Kyungmann Kim |
| Lagakos, "The Challenge of Subgroup Analyses – Reporting Without Distorting," New England Journal of Medicine 2006; 354:1667-1669. |
| Kearney, "Do Selective Cyclo-Oxygenated-2 Inhibitors and Traditional Non Steroidal Anti-inflammatory Drugs Increase Risk of Athrothrombosis?" BMJ 2006; 332:1302-08. |
| New England Journal of Medicine "Correction" and Letters to the Editor (Furberg, Nissen), June 26, 2006. |
| Basic and Clinical Biostatistics, Dawson Sanders (2nd ed. 1994) (18 pages). |
| Barnett Medical Records, Grand Strand Regional Med. Center, 07/06. |
| Rothman, "Epidemiology" (2002) |

> From: "Arbitblit, Donald C." <DARBITBLIT@lchb.com>
> Date: July 18, 2006 3:30:11 PM CDT
> To: <adam.mortara@bartlit-beck.com>
> Cc: <amyer@rcrlaw.net>, <beachlawyer51@hotmail.com>
> Subject: Farquhar Deposition
>
> Adam,
>
> This is to update you on matters relating to the deposition of Dr.
> Farquhar set for July 19, 2006.
> First, Mark Robinson has informed me that he advised Grant Kaiser
> that the subject of the deposition would be Dr. Farquhar's
> supplemental/rebuttal report of June 22, 2006, consistent with our
> agreement as to the scope of the deposition. The deposition will
> not extend beyond the agreed subject matter and 3-hour time limit.
> Second, Dr. Farquhar will not offer opinions at trial concerning
> Mr. Barnett's July 2006 medical treatment/ event, and he will not
> be providing a supplemental report on such issues. Therefore, you
> will not not need extra time to examine on these matters, except to
> the extent you wish to confirm on the record that Dr. Farquhar will
> not testify at trial about them. Dr. Farquhar's case-specific
> opinions offered at trial will be those stated in his report as to
> Gerald Barnett dated May 22, 2006.
> Third, as I mentioned to you yesterday by phone, Dr. Farquhar is
> submitting a Supplemental Report (attached) concerning thrombotic
> events in the Vioxx patients in OA trials compared to the Fosamax/
> Proscar placebo patients. You advised that you may move to strike
> that report. You may inquire about the report at Dr. Farquhar's
> deposition without waiver of your position that you intend to move
> to strike it. It is our view that the supplement is proper based on
> Dr. Farquhar's review of OA event rate data from Exhibit 13 at his
> deposition on June 8, 2006, which he had not seen before.
> Please let me know if you have any questions about the above.
>
> Don
> This email message is for the sole use of the intended recipient(s)
> and may contain confidential and privileged information.
> If you are not the intended recipient, please contact the sender by
> reply email and destroy all copies of the original message.
> To reply to our email administrator directly, send an email to
> postmaster@lchb.com

EXHIBIT
Blumberg No. 5119
C

Exhibit D - Farquhar Deposition Excerpts

• **Farquhar Motion**

[1:] - [1:25]          6/8/2006      Farquhar, John W., M.D.

```
page 1
     0001
1                     UNITED STATES DISTRICT COURT
2                     EASTERN DISTRICT OF LOUISIANA
3
4         In re:  VIOXX
          PRODUCTS LIABILITY
5         LITIGATION
6
7         GERALD BARNETT and CORRINE         )
          BARNETT,                           )
8                                            )MDL Docket No. 1657
                         Plaintiffs,         )
9                                            )
          vs.                                )
10                                           )
          MERCK & CO., INC.,                 )
11                                           )
                         Defendant.          )
12                                           )
                                             )
13
14
15
16        VIDEOTAPED DEPOSITION OF JOHN W. FARQUHAR, M.D.
17                  San Francisco, California
18                       June 8, 2006
19
20
21
22
23
24        Reported by:
          DARCY J. BROKAW
25        RPR, CRR, CSR No. 12584
          Job No. 69492
```

[217:7] - [217:10]     6/8/2006      Farquhar, John W., M.D.

```
page 217
7         A      At this point, I have to say that my
8    conclusions about Alzheimer's are based on Kronmal.
9    I didn't put time into assessing the literature
10   beyond what Kronmal had.
```

[220:17] - [220:19]    6/8/2006      Farquhar, John W., M.D.

```
page 220
17        A      No, I haven't.  And you know, I have to go
18   back to remind you that I have relied on Kronmal as
19   the primary source for my opinions on Alzheimer's.
```

[298:1] - [298:25]     6/8/2006      Farquhar, John W., M.D.

```
page 298
1    STATE OF CALIFORNIA        )
2    : ss
3    COUNTY OF SAN FRANCISCO  )
4
5    I, the undersigned, a Certified Shorthand Reporter of the
6    State of California, do hereby certify:  That the foregoing
7    proceedings were taken before me at the time and place
8    herein set forth; that any witnesses in the foregoing
9    proceedings, prior to testifying, were placed under oath;
10   that a verbatim record of the proceedings was made by me
11   using machine shorthand which was thereafter transcribed
12   under my direction; further, that the foregoing is an
```



EXHIBIT
D

Exhibit D - Farquhar Deposition Excerpts

• Farquhar Motion



13  accurate transcription thereof.
14  I further certify that I am neither financially interested
15  in the action nor a relative or employee of any attorney of
16  any of the parties.   IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18          Dated: _____
19
20          _____
21                  DARCY J. BROKAW, CSR No. 12584
22
23
24
25