IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERONICA MORGAN and | : | CIVIL ACTION NO. 2:05cv1794 |
| JAMES MORGAN | : | |
| | : | |
| v. | : | |
| | : | |
| SUPER FRESH FOOD MARKETS, INC. | : | |
| And THE GREAT ATLANTIC & | : | |
| PACIFIC TEA COMPANY | : | |
| | : | |
| & | : | |
| MERCK CO., INC. t/a MERCK | : | |
| PHARMACEUTICAL COMPANY | : | |

## STIPULATION OF DISMISSAL

TO THE CLERK OF COURT:

It is hereby stipulated and agreed by and amongst the parties that the above

action as to Super Fresh Food Markets, Inc., is hereby dismissed with prejudice.

It is also stipulated and agreed by and amongst the parties that the above action

as to Merck Co., Inc., is hereby dismissed without prejudice.

Each party will bear their own costs of litigation.

NAULTY, SCARICAMAZZA & MCDEVITT,
LLC.

By: _____
JOSEPH A. BREYMEIER, ESQ.
Attorney for Defendant,
Super Fresh Food Markets, Inc.
Identification No.: 55976
1617 John F. Kennedy Blvd.
Suite 750 One Penn Center
Philadelphia, PA 19103
(215) 568-5116


Date: 7/11/06

FORBES, BENDER, PAOLINO & DISANTI,
P.C.

By: _____
GUY N. PAOLINO, ESQUIRE
Attorney for Plaintiffs,
Veronica Morgan & James Morgan
225 N. Olive Street
Media, PA 19063
(215) 627-1000


Date: 6/20/06

DECHERT, LLP

By

Fred T. Magaziner, Esquire
Joshua G. Schiller, Esquire
Attorneys for Third-Party Defendant,
Merck & Co., Inc. t/a
Merck Pharmaceutical Company
Cira Center, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-2587

Date: 7/13/06

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1