RAY QUINNEY
JUL 19 2006
& NEBEKER

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Diann W. Donoviel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Diann W. Donoviel, on behalf of the heirs of her husband, Wayne Daniel Donoviel<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br><br>**AFFIDAVIT OF DIANN W. DONOVIEL** |

Diann W. Donoviel, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge J. Thomas Greene in the United States District Court for the State of Utah, Central Division, case number 2:04CV01102, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim, on behalf of the heirs of my husband Wayne Daniel Donoviel, against Merck & Company, Inc., be dismissed without prejudice.

3. Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_Diann W. Donoviel_
Diann W. Donoviel

STATE OF _Utah_ )
                        :ss
COUNTY OF _Salt Lake_ )

Sworn to and subscribed before me this _21_ day of _April_, 2006.

_Debra M. Graveley_
Notary Public

My Commission Expires:
_September 30, 2006_

NOTARY PUBLIC
DEBRA M. GRAVELEY
1344 West 4675 South
Ogden, Utah 84405
My Commission Expires
September 30, 2006
STATE OF UTAH

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Affidavit of Diann W. Donoviel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel