# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. CA 06-485 |

## Notice of Filing Deposition Testimony of James Fries, M.D.

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following deposition testimony of **James Fries, M.D.** for the Court's consideration and pre-trial rulings:

1. Plaintiff's Affirmative Designations with Defendant's Objections and Plaintiff's Responses.

2. Defendant's Counter-Designations with Plaintiff's Objections and Defendant's Responses.

Defendant generally objects to Plaintiff's designations of Dr. Fries' testimony on three grounds. First, Merck argues that because the Court granted Merck's motion *in limine* regarding Dr. Fries' letter (Merck's MIL # 3), his testimony also should not be admitted into evidence. During the hearing before the Court on June 28th during which the Court announced its rulings on the parties' motions *in limine*, the Court ruled that Merck's motion was granted as to the letter but indicated that it would "have to look at the deposition." (Hearing of June 28, 2006, at 33.) Unlike the letter itself which contains out of court statements, Dr. Fries gave sworn testimony during his deposition and was subject to cross examination by Merck. Thus, the circumstances surrounding his deposition testimony are profoundly different than those

surrounding the letter itself. Plaintiff now seeks the Court's rulings on Dr. Fries' deposition testimony in accordance with the Court's statement at the hearing.

Second, Merck claims that Dr. Fries' testimony is irrelevant and unfairly prejudicial. Dr. Fries testifies that Dr. Lou Sherwood, a Merck Vice President, called him to demand that Dr. Fries make his associate, Dr. Gurkirpal Singh, stop making statements calling into question the safety of Vioxx. During this conversation, Dr. Sherwood stated that Dr. Singh would "flame out" if he did not stop making statement attempting to warn physicians of the cardiovascular risks associated with Vioxx and that there would also be consequences for Stanford University, the University where Dr. Fries serves as a professor and where Dr. Singh's was formerly employed. This testimony is highly relevant to Plaintiff's failure to warn and negligence claims.

Third, Merck argues that Plaintiff's designations were not timely. On June 9th, Plaintiff designated Dr. Fries' entire deposition as the deposition had not yet taken place. The deposition was taken on June 16th. Rather than play the entire deposition, Plaintiff, as is his right, elected to narrow his designations and provided those designations to Merck on July 10th, twenty-one days prior to trial and in sufficient time for Merck to have opportunity to counter designate testimony and lodge its objections. Plaintiff's designations of Dr. Fries' testimony were timely.

In sum, Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to offer any deposition testimony of Dr. Fries designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

Respectfully submitted,

Dated: July 19, 2006         By _____
                                Andy D. Birchfield, Jr.
                                P. Leigh O'Dell
                                BEASLEY, ALLEN, CROW,
                                METHVIN, PORTIS & MILES, P.C.
                                P.O. Box 4160
                                234 Commerce Street
                                Montgomery, Alabama 36103-4160
                                Telephone: (334) 269-2343
                                Facsimile: (334) 954-7555

                                Mark P. Robinson, Jr.
                                Kevin F. Calcagnie
                                Carlos A. Prietto, III
                                Ted B. Wacker
                                Lexi W. Myer
                                ROBINSON, CALCAGNIE &
                                   ROBINSON
                                620 Newport Center Dr., 7th Floor
                                Newport Beach, California 92660
                                Telephone: (949) 720-1288
                                Facsimile: (949) 720-1292

                                Donald C. Arbitblit
                                LIEFF, CABRASER, HEIMANN and
                                BERNSTEIN, LLP
                                275 Battery Street, 30th Floor
                                San Francisco, California 94111
                                Telephone: (415) 956-1000
                                Facsimile: (415) 956-1008

                                Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of James Fries, M.D. has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of July, 2006.

P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.