Merck Damage Control Activities	November 27, 2000

Confidential Draft Document

James F. Fries, M. D.

A series of potentially very serious events involving certain employees of Merck Pharmaceuticals has come to my attention, and I wanted to relay these events, which might have substantial implications and complications.

On Saturday October 28th I received a call at home from Dr. Lou Sherwood of Merck Pharmaceuticals. Dr. Sherwood complained that Dr. Gurkirpal Singh of our group had an anti-Merck bias and was giving lectures which were irresponsibly anti-Merck and specifically anti-Vioxx. Dr. Singh was held to have used a slide which depicted a Merck person hiding data under the covers, had called Merck the "Firestone of the drug industry", and had requested data from Merck which was not appropriate. He suggested that if this continued Dr. Singh would "flame out" and there would be consequences for myself and for Stanford. Dr. Sherwood had previously called Dr. Judith Swain, and subsequently called Dr. Ted Harris, with similar complaints. I agreed to look into the matter and to take appropriate action and indicated that it is not our policy to bias any presentation in any direction I asked him to provide me with full details of any such transgression that occurred after this date.

After the call I pondered several strange elements to the conversation. The specific allegations were said to have come from a Pharmacia (competitor) closed investigator meeting in San Diego and I wondered how this information had come to Dr. Sherwood. He said that Dr. Singh took Vioxx himself for his back pain and that this was hypocritical and I wondered how he knew this. He did not indicate that any of the data presented by Dr. Singh were incorrect.

I spoke with Dr. Singh and reviewed the slides of his presentation. The talk was mainly about the frequency and severity of NSAID Gastropathy and secondly about the advantages of the new Cox-1 sparing agents, of which Vioxx is one. Equal numbers of slides were devoted to Celebrex and to Vioxx. The talk was strongly in favor of broad use of the new Cox-1 sparing agents. Data were mainly from the standard studies although one slide was from a presented but not yet published renal toxicity study by Andy Whelton comparing side-by-side renal and cardiovascular toxicity with the two agents randomly assigned which was not in favor of Vioxx. The little Merck man under the covers was not in the sequence, having been removed when Dr. Singh succeeded in getting the requested data (again not favorable to Vioxx), from Merck. Dr. Singh clearly did not understand the "firestone" reference and had not made the statement. I asked Dr. Singh to be rigorously balanced in future presentations and he readily agreed, even though maintaining that he had also been balanced in the past. I talked with three people who had been in Dr. Singh's audience; one thought the presentation anti-Vioxx and the other two did not.

The much broader issues which surfaced at the American College of Rheumatology meetings were very disturbing, and involve suppression of data by Merck and a consistent pattern of intimidation of investigators by Merck staff, principally Dr. Sherwood.

Data from a number of sources indicate that Vioxx, a very major Merck drug, may be in trouble because of drug toxicity problems, parfticularly at the 50 mgm dose approved for pain control. Vioxx has been reported to have more frequent peripheral edema problems, more aggravated hypertension, more congestive heart failure, and more heart attacks than other NSAIDs,



PLAINTIFF'S EXHIBIT FRIES 0008

FRI0000075

especially Celebrex. Some 0.4-.5 % of Vioxx subjects had heart attacks compared with 0.1 % in the naproxen arm in the Merck-sponsored VIGOR study and this was statistically significant. Some of these data have been described in the Wall Street Journal and may have affected stock prices but there has been little information presented to date in the medical literature. Merck presented two posters on the VIGOR trial at the recent ACR meetings which did not contain data on the side effects of interest; the posters were very well attended, with every one wanting to know about the data on these points, and it was not available. I tried unsuccessfully to get the data myself; it is hard to judge these areas without the numerical details. Yet, one could not avoid a conclusion that because of the interest in these issues the data would have been presented had they been favorable. There was a lot of muttering and a lot of people with concerns.

Even worse were the allegations of Merck damage control by intimidation, often with a pattern of going to the Dean or Department Head with complaints of anti-Merck bias and always alleging unbalanced anti-Vioxx presentations. This has happened, to, at least, six investigators: Dr. Singh, Dr. Peter Lipsky – now extramural chief at the Arthritis Institute, Dr. Andrew Whelton of Hopkins, Dr. Michelle Petri of Hopkins, Dr. Lee Simon of Harvard, Dr. Jim McMillan, and Dr. Tom Stillman, and I suppose I was mildly threatened myself although I have never spoken or written on these issues. I documented the intimidation of the individuals listed above by personally speaking with each of them. Lee Simon believes that one of his two academic appointments has been jeopardized. Dr. McMillen believes that his VCF appointment at Hershey was revoked because of these accusations. Dr. Lipsky, while at Southwestern, was forced to do a slide by slide justification of a CME program. These are respected investigators with long experience and high integrity. I also spoke with several past Merck employees who asked to remain anonymous but who confirmed the existence of a pattern of intimidation through the Department Chairs or the equivalent, often with the hint of loss of Merck funding to the institution.

An ironic result of all this is that Vioxx is getting more scrutiny of its toxicity than if the data had been clearly presented, and Merck is taking a big PR hit among rheumatologists. The investigators whose balance was criticized are prominent and several advise the FDA, a role not often given to unbalanced presenters. The data are actually not all that bad, and the cover-up is a worse problem than the side effects of fluid retention and hypertension and CHF, which could be handled by stronger labelling for at risk patients, in the public interest. Else, there is a risk of case reports of seriously complicated CHF or other fatal adverse reactions which might lead to more Draconian outcomes. The heart attack data, of course, need to be confirmed or refuted by further study, as do the data on comparative renal toxicity between Cox-1 sparing agents.

I spoke with Dr. Sherwood at length on November 22 and aired the concerns above directly. He defended by saying that Merck was a great company and therefore could not be doing anything inappropriate. He said that he had been with Merck for 13 years and had never noticed anything that was not appropriate. He noted that he had previously been a Department Chair and that he knew what was appropriate and what was not, and that he knew how to get things done through the network. He said that if he heard about something that was alleged to be anti-Vioxx that it was his right to call anyone he wanted to about it. When told that each of the investigators maintained that presentations had been balanced he said he didn't want to get into "he said, she said" kinds of discussions. When told that an ex-Merck employee had quoted him as saying "we only have three problems, Whelton, Simon, and McMillen, and Simon has been taken care of" there was a long pause and then he said that he did not remember saying that. When told that while I and the people I had talked with had often had differences in viewpoint with one or another drug firm, none of us had ever encountered or heard of harassment of investigators through their institutions by any company he did not have a response but said that he "heard me."

After these discussions I make three conclusions. First, some investigators at some times make statements which seem seriously imbalanced to those vested in opposite opinions and that close attention to strict impartiality is essential for anyone making presentations on these subjects. Second, Merck has been attempting to downplay some unusual side effect patterns of Vioxx systematically; I would hesitate to use the term "hiding data" but they have certainly not been forthcoming and have made access to the data difficult. Finally, they have systematically attacked those investigators or speakers who expressed what they felt were critical opinions in a manner which seriously impinges on academic freedom.

FRI0000077