| | |
|---|---|
| To: | Greene, Douglas Dr. |
| From: | Scolnick, Edward M. |
| Cc | |
| Bcc: | |
| Date: | 2001-02-11 00:39:06 |
| Subject: | RE: Fries letter followup |

unreal. absolutely unreal. Thanks you for the note

---

From: Greene, Douglas Dr.
Sent: Saturday, February 10, 2001 5:36 PM
To: Scolnick, Edward M.
Subject: Fries letter followup

Ed,
David Anstice sent me a voicemail chain explaining that the group of Merck "detractors" mentioned in Fries' letter had been Merck supporters previously. When they were enticed to begin to accept speaking engagements from Searle, Merck marketing summarily dropped them from all of our programs, galvanizing their opposition. I indicated to David that it is better to divide and conquer rather than unifying and mobilizing the opposition. This sees like "marketing 101" but somehow we seemed to have missed it. David recognizes that he needs to take charge here. At my suggestion, we will use the next Vioxx marketing meeting to invite Fries along with these members of the opposition, place them in a program at which we roll out our data, and then engage (and control) them in panel discussions to follow the presentations. Alan Nies, Alise Reicin and I will participate in these programs. This will be step one of the "swat team."
Doug

Douglas A. Greene, M.D.
Executive Vice President, Clinical Sciences and Product Development
Merck Research Laboratories
Merck & Co., Inc.
RY33-628
P.O. Box 2000
Rahway NJ 07065
voicemail: 732-594-7271
office: 732-594-7272
fax: 732-594-4069
doug_greene@merck.com

P1.0299

Confidential - Subject To Protective Order        MRK-ACR0009066