| | |
|---|---|
| To: | Baumgartner, Susan L |
| From: | Yarbrough, Caroline |
| Cc | |
| Bcc: | |
| Date: | 1999-09-09 20:12:23 |
| Subject: | FW: Background - Dr. Andrew Welton |

Susan - FYI for the Physician Action Plan document.

---

From: McBride, William
Sent: Tuesday, August 31, 1999 9:49 AM
To: Bell, Gregory; Freundlich, Bruce; Mendez, Leonardo
Cc: Counihan, Patrick; Hallock, Brian D.; Davis, Patti L.; McKines, Charlotte; Yarbrough, Caroline; Lesser, Bruce R.
Subject: RE: Background - Dr. Andrew Welton

Leo, Lou Sherwood is having the appropriate background information put together and is planning to contact Dr. Whelton next week. He is on vacation this week. Bill McBride

---

From: Mendez, Leonardo
Sent: Monday, August 30, 1999 11:13 PM
To: Bell, Gregory; Freundlich, Bruce; McBride, William
Cc: Counihan, Patrick; Hallock, Brian D.; Davis, Patti L.; McKines, Charlotte; Yarbrough, Caroline; Lesser, Bruce R.
Subject: RE: Background - Dr. Andrew Welton

I Suggest that we get Dr Lou Sherwood involved ASAP. ;This is a top priority at this time. He needs to have a strong message delivered to him by Dr Sherwood like the one sent to Lee Simon.
thanks
Leo

---

From: McBride, William
Sent: Friday, August 27, 1999 3:25 PM
To: Bell, Gregory; Freundlich, Bruce
Cc: Counihan, Patrick; Hallock, Brian D.; Mendez, Leonardo; Davis, Patti L.
Subject: FW: Background - Dr. Andrew Welton
Importance: High

Bruce, you are on vacation, but please respond. Gentlemen, what do you suggest to neutralize this physician(ie call or visit). I will ask Medical Services to get location information from physician credentialing sources. Bill

---

From: Counihan, Patrick
Sent: Thursday, August 26, 1999 2:46 PM
To: McBride, William; Hallock, Brian D.
Subject: FW: Background - Dr. Andrew Welton
Importance: High

Bill, Yesterday we talked about RMD priorities relative to Vioxx. This one goes at the top of the list!

---

From: Davis, Patti L.
Sent: Monday, August 23, 1999 7:20 PM


Plaintiff's Exhibit CM 0049

MRK-AFI0045236

To: Hallock, Brian D.
Cc: Counihan, Patrick
Subject: FW: Background - Dr. Andrew Welton
Importance: High

fyi

-----Original Message-----
From: Mendez, Leonardo
Sent: Monday, August 23, 1999 9:38 AM
To: McKines, Charlotte; Yarbrough, Caroline; Baumgartner, Susan
Cc: Davis, Patti L.
Subject: FW: Background - Dr. Andrew Welton
Importance: High

I recommend we use Dr L Sherwood with Dr Welton--I think he is concerned about his reputation and credibility
Leo

---

From: Davis, Patti L.
Sent: Monday, August 23, 1999 7:41 AM
To: Mendez, Leonardo
Cc: Bille, Kevin
Subject: Background - Dr. Andrew Welton
Importance: High

Leo,
Attached is the background information that you requested on Dr. Welton. Kevin, thanks for you input and let me know if you have any additional information to contribute.
<<File: AWeltonMD.doc>>
Please let me know if you have any questions.
Patti

MRK-AFI0045237