| | |
|---|---|
| To: | Baumgartner, Susan L |
| From: | McKines, Charlotte |
| Cc | |
| Bcc: | |
| Date: | 1999-08-23 15:20:53 |
| Subject: | FW: Background - Dr. Andrew Welton |

For bad guys list.

---

From: Mendez, Leonardo
Sent: Monday, August 23, 1999 9:37 AM
To: McKines, Charlotte; Yarbrough, Caroline; Baumgartner, Susan
Cc: Davis, Patti L.
Subject: FW: Background - Dr. Andrew Welton
Importance: High

I recommend we use Dr L Sherwood with Dr Welton--I think he is concerned about his reputation and credibility
Leo

---

From: Davis, Patti L.
Sent: Monday, August 23, 1999 7:41 AM
To: Mendez, Leonardo
Cc: Bille, Kevin
Subject: Background - Dr. Andrew Welton
Importance: High

Leo,
Attached is the background information that you requested on Dr. Welton. Kevin, thanks for you input and let me know if you have any additional information to contribute.

Please let me know if you have any questions.
Patti

---

Attachments:

AWeltonMD.doc

P1.1485



EXHIBIT
1.1260
9-30-05
L. Golkow

MRK-AFI0045078