**Brooks, Barbara**

**From:** Krahe, Marilyn R.
**Sent:** Wednesday, November 08, 2000 3:22 PM
**To:** Abrahamson, David; Grissom, Linda D.; Stael, David M.; Sherwood, Louis
**Subject:** RE: Visit

I will wait for your email to schedule a teleconference for the later part of this week or early next week.

### Marilyn Krahe
Senior Business Director Los Angeles Region
650 Town Center Drive
Costa Mesa, California
92626
**Phone: 714-429-4498**
**Fax:    714-424-0358**
**Mvx:    44300**

---

**From:** Sherwood, Louis
**Sent:** Tuesday, November 07, 2000 3:00 PM
**To:** Abrahamson, David; Grissom, Linda D.; Stael, David M.; Krahe, Marilyn R.
**Subject:** RE: Visit

Marilyn-thanks for your comments. Ihave placed a call to Jim Friese to followup with him, and I hope he w8ill call me on Wednesday. I would like to hear Friese's comments before you speak with Singh. Friese and I discussed his(Jim's) getting Singh to stop making the outrageous comments he has in the past few months(which Singh doesn't really deny and says he fel;t justified because Merck wouldn't give him info). I am sure Friese will tell me that Singh denies a lot of this, but I will reinforce with Friese that there are too many sourcees of concern for Singh to be accurate. I will keep the pressure on and get others at Stanford to help.(Swain,HGolman,Harris etc.)
  Let me get Friese's input first, but I would suggest to you that yoube direct with Singh and indicate that we have received a number of reports of his continuing to bash Merck and Vioxx, that I have expressed my concern directly to Friese and that we expect Singh to stop. Should it continue, further actions will be necessary(don't define it) I will be pleased to speak with Singh after you do if he wants to/Lou

---

**From:** Krahe, Marilyn R.
**Sent:** Tuesday, November 07, 2000 11:17 AM
**To:** Sherwood, Louis; Abrahamson, David; Grissom, Linda D.; Stael, David M.
**Subject:** FW: Visit
**Importance:** High

I will meet with Dr. Singh by phone but would like some guidance as to what you think would be appropriate to bring up.Especially in reference to his comments on the rumors. My thought is to ask him what rumors he believes are being attributed to him. I do think it is a good opportuniyt to let him know that his jokes Firestone, etc are being taken seriously.

David, I would like you to be present also. Thoughts?

### Marilyn Krahe
Senior Business Director Los Angeles Region
650 Town Center Drive
Costa Mesa, California
92626
**Phone: 714-429-4498**
**Fax:    714-424-0358**
**Mvx:    44300**

---

**From:** Gurkirpal Singh, M.D.[SMTP:gsingh@stanford.edu]
**Sent:** Friday, January 01, 1999 8:41 AM
**To:** marilyn_krahe@merck.com
**Subject:**     Visit
**Importance:** High

Page 1

P1.0184

MRK-ABO0002864



Dear Marilyn:

I apologize for not being in contact in the last few days. I had 7 presentations at the ACR meeting, and this left me with very little time.

My trip to LA today was cancelled because of the unfortunate death of the individual I was going to meet.

I tried to call you from Philadelphia last week, but for some reason, was unable to get through. I do not know whether the problem was with my cell phone or our phone system.

I would still like to meet with you, or at least have a discussion with you on the phone. I understand that there are again several (untrue) rumors flying around, and we should clarify the misunderstandings early. You can call me on my cell phone at 646 235 9585. I am also open to meet with you this week.

I look forward to hearing from you.

Gurkirpal

MRK-ABO0002865