UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
..................................................................... )
THIS DOCUMENT RELATES TO: IRA LEWIS TINGLE vs. MERCK & CO., INC., EDLA Sec. L/3 05-1727

## NOTICE OF CHANGE OF ADDRESS

    COMES NOW Joshua J. Wright, Paul Garrison and Kathryn Harrington, as counsel for the Plaintiffs', in the above styled action and hereby notifies this Court and counsel of record of his change of address effective June 26, 2006 to:

**HOLLIS & WRIGHT, P.C.**
**505 North 20th Street, Suite 1500**
**Birmingham, AL 35203**

    We are simply changing Suites so please ensure that your records reflect our new suite number. Please also be advised that our telephone and fax numbers will remain the same.

Respectfully submitted,

_____
JOSH WRIGHT (WRI045)
One of the Attorneys for Plaintiffs

_____
PAUL C. GARRISON (GAR064)
One of the Attorneys for Plaintiffs

_____
KATHRYN HARRINGTON (SUM002)
One of the Attorneys for Plaintiffs

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600 (phone)
(205) 324-3636 (facsimile)

**D. FRANK DAVIS**
**JOHNNY NORRIS**
**TYLER VAIL**
DAVIS & NORRIS, LLP
One Highland Place, Suite 100
2151 Highland Avenue
Birmingham, Alabama 35205

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this the 12 day of July, 2006, via United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

**RUSS M. HERMAN**
Herman, Herman, Katz & Cotlar, LLP
PO Box 56292
Atlanta, GA 30343

**PHILLIP WITTMANN**
**ANTHONY M. DILEO**
One United Plaza, Suite 501
4041 Essen Lane
Baton Rouge, Louisiana 70809

**THEODORE V.H. MAYER, ESQ.**
**WILFRED P. CORONATO, ESQ.**
HUGHES HUBBARD & REED LLP
101 Hudson Street
Suite 3601
Jersey City, NJ 07302

**DOUG R. MARVIN, ESQ.**
**LAURIE S. FULTON, ESQ.**
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 2005-5901

**JOHN H. BEISNER**
O'Melveny & Meyers LLP
1625 Eye St.
Washington, DC 20006

**RICHARD C. STANLEY**
Stanley, Flanagan & Reuter, LLC
LL&E Tower
909 Poydras St., Suite 2500
New Orleans, LA 70112

_____
OF COUNSEL