UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 19 PM 2:25
LORETTA G. WHYTE
CLERK

In Re:  VIOXX                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                    SECTION L

This Document Relates to:
   05-cv-1128                                   Judge Fallon
   05-cv-1130                                   Magistrate Judge Knowles
   05-cv-1131
   05-cv-1287
   05-cv-0535
   06-cv-1046

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that Counsel for Plaintiffs Joseph Catletti, et al; Kathy Ewbank; Terry Stubblefield; Roland Johnson; Bill Jolley, et al; and JC Parks, et al - THE LAW OFFICES OF FRANK L. BRANSON, P.C. - hereby enters an appearance of additional co-counsel, and files this their Notice of Appearance, and in support thereof would show the Court the following:

1.00    The attorney of record in these cases is Frank L. Branson, Texas Bar Number 02899000. Additionally, the following counsel with The Law Offices of Frank L. Branson, P.C. will also be involved with these cases and filing electronically:

      Michael G. Guajardo     Texas Bar Number 00784183

      Thomas J. Farmer       Texas Bar Number 06826400

      J. Gregory Marks       Texas Bar Number 12994900

2.00    Plaintiffs' Counsel requests each of these attorneys be granted an electronic user name and password for ECF filing.

**NOTICE OF APPEARANCE**            Page 1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**THE LAW OFFICES OF
FRANK L. BRANSON, P.C.**

*/s/ Frank L. Branson*

Frank L. Branson
State Bar No. 02899000
J. Gregory Marks
State Bar No. 12994900
Michael G. Guajardo
State Bar No. 00784183
Thomas J. Farmer
State Bar No. 06826400
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
(214) 522-0200
(214) 521-5485 Fax

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all Liaison Counsel and all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial order No. 8, on this the 17th day of July, 2006.

*/s/ for Frank L. Branson*