IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>Products Liability Litigation | ) ) ) | MDL No. 1657<br>Section: L |
| This Document Relates to:<br>05-cv-5563 | ) ) ) | Judge Fallon<br>Magistrate Judge Knowles |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

On July 12, 2006, Plaintiff filed a Motion for Voluntary Dismissal of her claims as to all remaining defendants. Considering the unopposed nature of this motion, it is hereby granted. This case is dismissed *with prejudice* in its entirety with costs taxed as paid.

New Orleans, Louisiana, this 19th day of July, 2006.

Judge Eldon E. Fallon
United States District Judge
FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 JUL 19 PM 5:13 LORETTA G. WHYTE CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____