# MK-966
# (COX-2 INHIBITOR)

# PRODUCT DEVELOPMENT PLAN

# STAGE 0 REVIEW

**All information contained herein is confidential and the property of Merck & Co. Information should not be released to outside parties without prior authorization of Merck Research Laboratories senior management.**

P1.0732

MRK-NJ0220388

# *TABLE OF CONTENTS*

*I. EXECUTIVE SUMMARY* ........................................................................................................... 3

*A. EXECUTIVE OVERVIEW* ...................................................................................... 3
*B. CRITICAL DECISIONS REQUESTED FROM THE PAC* ........................................ 5
*C. STAGE REVIEW CONTRACT* ............................................................................... 6
*D. PROJECT OVERVIEW CHART* .............................................................................. 7

*II. BACKGROUND* ....................................................................................................................... 8

*A. INTRODUCTION AND PROGRAM HYPOTHESIS* ................................................ 8
*B. PRECLINICAL PHARMACOLOGY* ........................................................................ 9
*C. PHASE I/IIa CLINICAL SUMMARIES* .................................................................... 9

*III. MARKETING OVERVIEW* ................................................................................................... 13

*A. MARKETING POTENTIAL AND CLAIMS SENSITIVITY* ...................................... 13
*B. COMPETITIVE ASSESSMENT* ............................................................................. 14
*C. MARKETING ISSUES* ........................................................................................... 19
*D. KEY MARKETING NEEDS* .................................................................................... 20
*E. PRELIMINARY MARKETING STRATEGY* ............................................................ 20
*F. PRELIMINARY PRICING ASSUMPTIONS* ........................................................... 21
*G. SALES FORECAST ASSUMPTIONS* .................................................................... 22

*IV. PROJECT OVERVIEW* .......................................................................................................... 25

*A. SUMMARY OF DEVELOPMENT, WMA FILING STRATEGY AND PRODUCT PROFILE* ............................. 25
*B. OSTEOARTHRITIS/ANALGESIA PHASE IIb/III/IIIb OVERVIEW* .......................... 29
   *B.1. CLINICAL DEVELOPMENT MILESTONES* ....................................................... 36
*C. STRATEGY TO DIFFERENTIATE MK-966 FROM NSAIDs* .................................. 38
*D. TARGETED CLAIMS* ............................................................................................. 40
*E. RISK ASSESSMENT & STRATEGIES FOR RISK REDUCTION* ........................... 42
*F. DRUG DEVELOPMENT* ........................................................................................ 45
   *F.1. DRUG DEVELOPMENT MILESTONES* ............................................................. 48

PRIVILEGE REDACTION

*H. LINKAGE TO L-752,860/OTHER COX-2 SELECTIVE INHIBITORS IN RESEARCH* .................... 51

*V. RESOURCE NEEDS* ............................................................................................................... 53

*A. MK-966 RESOURCE REQUIREMENTS THROUGH WMA FILING* ........................ 53
*B. MK-966 RESOURCES NEEDED TO INITIATE PHASE III* ................................... 55
*C. L-752,860 RESOURCES NEEDED FOR 1996* ...................................................... 60

*VI. PROFIT POTENTIAL/FINANCIAL PROFORMA WITH LIST OF INPUT ASSUMPTIONS* ........ 63

*APPENDIX I. COMMERCIALIZATION TEAM MEMBERSHIP* ...................................................... 67



Confidential - Subject To Protective Order                                   MRK-NJ0220389

## I.   EXECUTIVE SUMMARY

## A.   EXECUTIVE OVERVIEW

The osteoarthritis market represents a crowded yet unsatisfied market with substantial commercial opportunity for a novel therapeutic approach.   Thus there is considerable competitive pressure to market the first highly selective COX-2 (cyclooxygenase-2) inhibitor. Searle is reported to be targeting a filing in 4Q98 with their COX-2 selective agent. The development of MK-966 must proceed aggressively to meet this challenge. The primary objective of the program is to achieve a 4Q98 filing date. Thus allowing MK-966 to be the first highly selective COX-2 inhibitor on the market with supporting clinical outcomes data available at launch.   The clinical program has thus been compressed and accelerated and will focus on distinguishing MK-966 from marketed NSAIDs (non-steroidal anti-inflammatory drugs)  based on its novel mechanism and a superior GI safety profile. Resources adequate to meet these objectives are substantial and will be clearly enumerated in this document.

Currently available NSAIDs are utilized to treat a variety of acute and chronic disorders. The most frequent indications are osteoarthritis (OA), and as analgesics for acute pain and conditions such as dysmenorrhea.  They are also prescribed to treat the signs and symptoms of chronic inflammatory conditions, such as rheumatoid arthritis (RA).  These drugs block prostaglandin (PG) biosynthesis by inhibiting both cyclooxygenase enzymes (COX-1 & COX-2).  The two cyclooxygenase isozymes identified have unique properties, COX-1 is involved in PG production related to gastric mucosal protection, and COX-2, the inducible form, may be more intimately involved in the pathogenesis of pain and inflammation.

The primary hypothesis of the COX-2 inhibitor program is that by virtue of an exceptionally high degree of COX-2 selectivity, MK-966 will represent *a new class of analgesic and anti-inflammatory therapy* without the serious gastrointestinal side effects (perforation, ulcer and bleed-P.U.B.) characteristic of the NSAID class.  A principal objective of the development program is to obtain data which will differentiate MK-966 from the marketed NSAIDs on the basis of the new mechanism of action and its associated gastrointestinal (GI) safety profile.  The goal will be to establish COX-2 inhibitors as a novel class of anti-inflammatory agents (selective COX-2 inhibitor anti-inflammatory agent).

We will utilize the substantial amount of data obtained from Phase I and Phase IIA pilot studies in osteoarthritis and analgesia (post-operative dental pain) to plan the nearly simultaneous execution of Phase IIB and III.  Completion of Phase IIB is necessary to confirm unequivocal pharmacologic activity versus placebo and establish a minimal effect dose required by international regulatory agencies.  The two pivotal Phase III studies are designed primarily to show sustained and comparable efficacy to marketed NSAIDs and to maximize the opportunity to demonstrate superior safety.  Several studies will be outlined which evaluate directly the reduced potential for and incidence of  gastric ulcerations and



Confidential - Subject To Protective Order

MRK-NJ0220390

intestinal mucosal damage which should provide major support for the safety hypothesis. However, a definitive answer as to reduced GI toxicity will likely require completion of the planned GI outcomes study. These data will be supplemented with preclinical studies and clinical evidence for a high degree of COX-2 selectivity in man (using biochemical markers) compared to marketed NSAIDs.

The filing for RA has been targeted for 2Q01 based on the following considerations: a) the substantially smaller market size of RA versus OA patients; b) the desire to achieve first to market for OA with a selective COX-2 inhibitor and, c) recruitment of such patients is often slower than for OA. Nonetheless, RA trials will be ongoing throughout the OA development program insuring exposure of opinion leaders in rheumatology to MK-966.

There are several risks identified with the accelerated and compressed development strategy for MK-966. The primary risks include: a) whether regulatory agencies will agree that the distinctive properties of MK-966, compared to NSAIDS, permit a novel drug class identification, b) the early initiation of Phase III prior to completion of Phase IIB and basing dose selection on Phase IIA data only, c) the designation of naproxen as the comparator agent for the domestic Phase III studies while a source has yet to be identified, and d) the dependence of the 4Q98 NDA date on FDA concurrence on one year exposure data. These risks, and the strategies for risk reduction, are detailed in this document.

While these risks must be recognized, the development plan has been designed to deal with these issues. The results of the Phase IIA studies in post-operative dental pain and osteoarthritis, and the exploratory endoscopy study, are strongly encouraging. The underlying hypothesis of this program, that a highly selective COX-2 inhibitor will be as efficacious as an anti-inflammatory/analgesic agent with substantially reduced G.I. toxicity, should be verifiable with MK-966.



-4-

Confidential - Subject To Protective Order

B.    CRITICAL DECISIONS REQUESTED FROM THE PAC:

Specific Decisions Requested of the PAC at this Stage 0 Review are:

1.  Approve the overall commercialization plan including the "assumption-based" draft
    product profile (*sec. IV A*) and major project milestones (*sec. IV B. 1*):
    - Initiation of Phase IIB 2Q96
    - Initiation of Phase III 9-10/96
    - Initiation of G.I. Outcomes Trial 3Q97
    - WMA for OA 4Q98
2.  Approve the rollout of the potential product claims (*sec. IV D*), including the
    proposal for the initiation of Phase IIB for RA in 2Q97 (and WMA for RA 2Q01)
    (*sec. IV A*).
3.  Approve the resources requested up to those required to initiate the Phase III
    clinical trials (*see summary below and sec. V*).

### MK-966

|                              | 1996 TOTAL   | 1996 UNFUNDED |
|------------------------------|--------------|---------------|
| FTEs (Full Time Equivalents) | 117.39       | 29.5          |
| Clinical Grants              | $10,807,000  | $2,755,000    |

### L-752,860

|                              | 1996 TOTAL   | 1996 UNFUNDED |
|------------------------------|--------------|---------------|
| FTEs (Full Time Equivalents) | 42.95        | 9             |
| Clinical Grants              | $1,680,000   | $835,000      |

4.  Approve the Phase III comparator strategy (naproxen versus alternative) (*sec. IV
    E.4*).
5.  Approve the Stage Review Contract. (*sec. I.C*)



-5-

Confidential - Subject To Protective Order

## C.  STAGE REVIEW CONTRACT:

Given the accelerated nature of the Development Program, the commercialization team is proposing a Stage I Review for MK-966 to be held in late 3Q96 (8-9/96), prior to the start date for the two pivotal Phase III Studies (9-10/96).  It should primarily be confirmatory of the plans outlined herein.  A Stage 2 Review would take place prior to initiation of the GI outcomes study (end of Phase IIB:  5-6/97T).

| Contract for an Interim Stage Review | | |
|---|---|---|
| **Project Parameter** | **Trigger** | **Variance** |
| FDA Meeting (4/96) | Non-approval of strategy to achieve new class identification, superior safety profile, or potential comparative label statements. | |
| Comparator availability for Phase III | Naproxen availability not assured by 5/96. | 1-month |
| Start dates for Phase III studies | Projected start dates slip beyond 9-10/96. | 1-month |
| Competitive Environment | Reliable information indicates first market entry is in jeopardy. | |

The Stage 0 Review for the back-up candidate, L-752,860, is presently targeted for 4Q96 (Go/No-Go to Phase IIB).

A/O –
Redacted –

- 6 -

Confidential - Subject To Protective Order          MRK-NJ0220393

## D.   PROJECT OVERVIEW CHART

The goal of the commercialization team is to file a WMA for OA and Analgesia in 4Q98. The following is the project overview chart for the MK-966 OA and Analgesia programs including the appropriate timing for future Stage Reviews.

MK-966 Product Development Overview Chart





Confidential - Subject To Protective Order

MRK-NJ0220394

## II.    BACKGROUND

### A.    INTRODUCTION AND PROGRAM HYPOTHESIS

*NSAIDs*

Cyclooxygenase (COX) catalyzes the synthesis of prostaglandins which are potent mediators of pain and inflammation. The term NSAIDs (Non-Steroidal Anti-inflammatory Drugs) generally refers to a class of compounds including ibuprofen, naproxen, piroxicam, and aspirin, that exert their analgesic and anti-inflammatory effects by decreasing the production of prostaglandins through the inhibition of COX.

NSAIDs are used extensively in the treatment of acute and chronic pain and inflammation. Indications for existing NSAIDs include rheumatoid arthritis, osteoarthritis, pain, primary dysmenorrhea, as well as fever, spondylitic arthropathies, tendinitis, bursitis, and acute gout. Other applications of NSAID therapy include pericarditis, symptomatic treatment of sunburn, and the prophylaxis and treatment of migraine headache. Recent observations suggest that cyclooxygenase inhibitors may reduce the incidence of colon cancer and protect against Alzheimer's disease.

Toxicity, particularly in the GI tract, is a common occurrence with existing NSAIDs. In aggregate, NSAID gastropathy (GI bleeding, ulcer, perforation) is considered to be the most common serious drug adverse event among industrialized nations. It has been estimated that NSAID associated gastropathy results in greater than 76,000 hospitalizations and 7600 deaths each year in the United States alone.    The direct costs of treating and evaluating NSAID gastropathy is on the order of hundreds of millions of dollars per year in the United States. Intolerance to NSAIDs due to adverse GI symptoms (e.g., dyspepsia) occurs even more frequently than frank gastropathy.    Intolerance frequently necessitates discontinuation or switching NSAID therapy and triggers expensive evaluation and treatment. A drug that was as efficacious as current NSAIDs but caused significantly less GI toxicity and/or intolerance would therefore represent a significant therapeutic advance with great pharmacoeconomic benefit.

*COX-2 Hypothesis; MK-966*

Within the past few years it has been discovered that prostaglandin synthesis in humans is catalyzed by *two* forms of cyclooxygenase, cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2).  COX-1 is present continuously and active throughout the body in a variety of tissues including the stomach, intestine, kidneys and platelets.  It has been hypothesized that inhibition of COX-1 may be responsible for the toxicity (particularly GI toxicity) of existing NSAIDs.

In contrast to COX-1, COX-2 is found in very limited areas of the body under normal circumstances.  In the setting of inflammation, increased brain activity, or in association with certain malignancies, levels of COX-2 increase dramatically (induction). Given the localization



- 8 -

Confidential - Subject To Protective Order

MRK-NJ0220395

and pattern of "induction", COX-2 is hypothesized to be the form of cyclooxygenase that is primarily responsible for the synthesis of prostanoids that mediate responses to pathological processes such as the propagation of inflammation, pain, and fever.

MK-966 is a highly selective inhibitor of the COX-2 isoform of cyclooxygenase. Thus MK-966 is distinct from existing NSAIDs which generally inhibit both COX-1 and COX-2 with similar potency. The underlying hypothesis of the MK-966 program is that the selective inhibition of COX-2 will suppress the response to pathological insults that are mediated by prostanoids (*e.g.*, inflammation) without toxicity associated with the inhibition of COX-1 derived prostanoids e.g. gastropathy.

## B. PRECLINICAL PHARMACOLOGY-ANIMAL SAFETY

The objectives of the preclinical pharmacology program have been to determine the selectivity (COX-1 vs. COX-2) of MK-966, evaluate its potential for clinical efficacy using animal models of inflammation and pain, and evaluate the potential for an improved safety profile in terms of gastrointestinal and renal safety.

MK-966 has been characterized, *in vitro*, as a potent and selective COX-2 inhibitor. COX selectivity assays have been developed using human whole blood (LPS induced Prostaglandin E-2 - COX-2; Serum Thromboxane B-2 - COX-1). With these assays, MK-966 demonstrated a 50-fold selectivity for COX-2.

Additional studies in animal model systems demonstrated that MK-966 is effective as an anti-inflammatory and analgesic with a decreased potential for gastrointestinal toxicity. Studies in dogs and rats, however, did indicate that the potential for renal toxicity may be comparable to existing NSAIDs.

Intestinal (jejunal) ulcers have been noted in dog and rat animal safety studies with MK-966. In rats, ulceration has been noted with chronic administration of doses as low as 5 mg/kg/day. Intestinal lesions are not uncommon with NSAID (dual COX inhibitors) use in man though they are usually clinically inapparent. The clinical significance of the animal findings with MK-966 are unknown. Their impact will be defined during the clinical development program (*sec. IV B*).

## C. PHASE I/IIA CLINICAL PROGRAM

The phase I program demonstrated that MK-966: (1) is generally well tolerated by young and elderly subjects (2) is biochemically selective (COX-1 vs. COX-2) as assessed by whole blood assays, (3) has no effect on bleeding time, (4) has an apparent plasma half life of approximately 16 to 26 hours, supporting once daily dosing, and (5) has a significantly decreased potential for GI



- 9 -

Confidential - Subject To Protective Order

MRK-NJ0220396

mucosal erosion compared to ibuprofen and aspirin as assessed by upper endoscopy (see Figure 1).

MK-966, 250 mg po once daily has been shown preliminarily to increase the plasma concentrations of methotrexate by 30%. This interaction is of importance to patients with rheumatoid arthritis but may be less prominent at final rheumatoid arthritis clinical doses which will be lower than 250 mg.

A preliminary analysis from the phase IIa pilot indicates that MK-966 is effective in the treatment of osteoarthritis (see Figure 2). Another phase IIa study also demonstrated that a single dose of MK-966, (50 to 500 mg) is an effective analgesic in the treatment of post-operative dental pain (see Figure 3). An additional phase IIa study is underway in patients with rheumatoid arthritis.

**Figure 1:** MK-966 Protocol No. 009 Upper GI Endoscopy Safety Study in Normal Volunteers.



Legend: Following seven days of therapy, the percent of subjects having a gastric or duodenal erosion score of 2 or greater was 8% for the placebo treatment group, 12% for the MK-966 250 mg q.d. group (p>0.5 vs. placebo) , 71% for the ibuprofen 800 mg t.i.d. group (p<0.001 vs. placebo; p<0.001 vs. MK-966), and 94% for the aspirin 650 mg q.i.d. group (p<0.001 vs. placebo; p<.001 vs. MK-966, and p=0.054 versus ibuprofen.).



- 10-

Confidential - Subject To Protective Order

MRK-NJ0220397

**Figure 2:** MK-966 Phase IIa Osteoarthritis Study - Preliminary/Partial Analysis



Legend:  Patients were dosed with placebo, 25 mg, and 125 mg for six weeks.  The amount of pain experienced by patients was evaluated using a validated questionnaire (WOMAC) following 1, 2, 4, and 6 weeks of therapy.  Patient responses were recorded with a 100 mm visual analog scale.   Pain relief was significantly greater for MK-966 treated patients than placebo treated patients ($P<.005$ for MK-966 25 mg vs. Placebo and MK-966 125 mg vs Placebo).



- 11 -

Confidential - Subject To Protective Order

MRK-NJ0220398

**Figure 3**: MK-966 Pilot Dental Pain Study - Mean Pain Relief Scores



Legend: Following third molar extraction, 100 patients were allocated placebo (N = 28), MK-966 50 mg (N = 32), MK-966 500 mg (N = 20), or ibuprofen 400 mg (N = 20). At specified timepoints post dose, patients rated the amount of pain relief experienced on a 0=None to 4=Complete scale. There was no significant difference between 50 and 500mg MK-966, or between MK-966 and 400mg Ibuprofen, in total pain relief (TOPAR) score.

Confidential - Subject To Protective Order

MRK-NJ0220399

## III.   MARKETING OVERVIEW

### A.   MARKET POTENTIAL

The worldwide NSAID market is large, with 1995 IMS purchases of nearly $5.5 billion (see Table 1).   During the last five years the NSAID market has grown at a rate of 4.6% compounded annually.   This growth rate should remain relatively stable for the next several years because of continued widespread availability of lower priced generic NSAIDs and because of the existing high patient treatment rates for conditions for which these products are used, mainly osteoarthritis (OA) and rheumatoid arthritis (RA).   OA accounts for approximately 90% of NSAID purchases.

**TABLE 1. WORLDWIDE NSAID MARKET BY COUNTRY**
**(U.S. CONSTANT $ - MILLIONS)**

|  | 1991 | 1993 | 1995 | SHARE* | CAGR '91 - '95 |
|---|---|---|---|---|---|
| **TOTAL MARKET** | $4,585 | $ 5,156 | $5,487 | 100% | 4.6% |
| **U.S.** | 1,486 | 1,633 | 1,407 | 26% | (1.4%) |
| **EUROPE** | 1,401 | 1,623 | 1,706 | 31% | 5.0% |
| FRANCE | 255 | 260 | 306 | 6% | 4.7% |
| ITALY | 291 | 314 | 300 | 6% | >1% |
| GERMANY | 235 | 249 | 299 | 5% | 6.2% |
| U.K. | 266 | 276 | 278 | 5% | 1.1% |
| SPAIN | 94 | 117 | 146 | 3% | 1.7% |
| NETHERLANDS | 66 | 68 | 70 | 1% | 1.5% |
| **MIR** | 627 | 810 | 1,115 | 20% | 15.5% |
| **JAPAN** | 931 | 947 | 1,126 | 21% | 4.9% |
| **CANADA** | 140 | 143 | 133 | 2% | (1.3%) |

SOURCE: IMS MAT 6/95
*Rounded to the nearest 1%

The NSAID market is regarded as highly unsatisfied.    Patients frequently encounter gastrointestinal (GI) problems that lead to a switch in therapy.    NSAIDs with perceived GI tolerability advantages achieve rapid market penetration.    One such example is Relafen (nabumetone, SKB) in the U.S.   After just three years of market availability in the U.S., Relafen became the leader with nearly 19% market share in purchases.   Relafen has achieved 1995 worldwide purchases of approximately $300 million (see Table 2).   Despite the success of Relafen and other agents which claim to have an improved GI safety profile,  older NSAIDs such as diclofenac and naproxen are still quite commonly used.   Diclofenac and naproxen, for example, although available generically for quite some time, have maintained their worldwide market standing as the first and second leading products respectively because of their continued usefulness as effective analgesic and anti-inflammatory agents.

A/D – Redacted
– auto-field

- 13 -

Confidential - Subject To Protective Order

MRK-NJ0220400

TABLE 2. NSAID MARKET – LEADING MOLECULES (U.S. CONSTANT $ - MILLIONS)

| PRODUCT | 1991 | | 1992 | | 1993 | | 1994 | | 1995 | | CAGR* '91-'95 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sales | Share | Sales | Share | Sales | Share | Sales | Share | Sales | Share | |
| Total NSAIDs | $4053 | 100% | $4274 | 100% | $4243 | 100% | $4137 | 100% | $4064 | 100% | < 1% |
| Diclofenac | $ 846 | 21% | $ 892 | 21% | $ 898 | 21% | $ 916 | 22% | $ 971 | 24% | 3.5% |
| Naproxen | $ 602 | 15% | $ 716 | 17% | $ 983 | 23% | $ 933 | 23% | $ 841 | 21% | 8.7% |
| Nabumetone | $ 31 | 1% | $ 74 | 2% | $ 217 | 5% | $ 249 | 6% | $ 296 | 7% | 75.7% |
| Piroxicam | $ 530 | 13% | $ 516 | 12% | $ 418 | 10% | $ 316 | 8% | $ 240 | 6% | (17.9%) |
| Etodolac | $ 25 | 1% | $ 151 | 4% | $ 174 | 4% | $ 198 | 5% | $ 231 | 6% | 74.3% |

Source: IMS MAT 6/95. Countries include Canada, France, Germany, Italy, Japan, Netherlands, Spain, U.K., and U.S.
*CAGR = Compound Annual Growth

It is estimated that 15.5 million people in the United States, most of whom are over 45 and approximately 75% of whom are women, are affected by OA. Figures outside of the U.S. for OA prevalence are similar. RA has an estimated prevalence of approximately 1% in most industrialized countries. The disease affects approximately 2.1 and 2.2 million people in the U.S. and Europe respectively. In Japan, nearly 400 thousand people suffer from RA. The size of the affected populations for OA and RA are expected to remain the same in proportion to the general population.

## B. COMPETITIVE ASSESSMENT

### 1. Currently Marketed Agents

At the time MK-966 (L-748,731) is introduced, it is anticipated that the major competition will be mainly from newer agents such as nabumetone (Relafen/Relif/Relifex/Arthaxan, SKB), which has an improved safety profile compared to other NSAIDs. Below are brief descriptions of nabumetone and other recently launched products in this class.

Nabumetone (Relifex/Relif/Arthaxan, SKB) - Recent market research in the U.S. conducted among rheumatologists, internists and primary care physicians revealed that nabumetone is regarded as a safer, though somewhat weaker NSAID, and its rapid market success in the U.S. is indicative of the need for better tolerated agents. SKB has positioned nabumetone as a non acidic pro-drug, and in some markets as a new class of anti-inflammatory therapy due to its GI profile. (SKB attributes the improved GI profile of nabumetone to its pro-drug characteristics.) Data to support promotional statements for nabumetone (e.g. "low incidence of peptic ulcer disease" and "incidence of GI events significantly lower than what is commonly attributable to NSAIDs") include superior comparative GI endoscopy and significantly less incidence of serious GI


A/D – Redacted auto-field

Confidential - Subject To Protective Order

MRK-NJ0220401

complications compared to several NSAIDs (see Table 3). Data on serious GI events was obtained for nabumetone after completion of their Phase III program. SKB has also made attempts to distinguish nabumetone further on the basis of suggested COX-2 selectivity; however, nabumetone is considered to possess a small degree of COX-2 selectivity, significantly less than that of MK-966.

Etodolac (Lodine, Wyeth Ayerst) - Wyeth Ayerst also promotes the 'favorable tolerability profile' of Lodine by using comparative endoscopy data (see Table 3). Likewise, etodolac is promoted to be somewhat selective for COX-2, however, its selectivity is significantly less than that of MK-966. Etodolac is not indicated in some markets for the treatment of RA because clinical studies conducted to date have not demonstrated efficacy for RA. Wyeth Ayerst, however, continues to conduct studies in order to obtain the claim and there is some usage of etoldolac in RA by clinicians.

Arthrotec (diclofenac 50 mg/misoprostol 200 mcg, Searle-Monsanto) - Arthrotec was launched in some European countries in 1995 and is expected to be launched in others throughout 1996. In clinical studies, the combination has demonstrated low rates (0-4%) of endoscopically-detectable gastric lesions as well as fewer serious GI complications compared to several NSAIDs (see Table 3). Searle-Monsanto has focused the marketing of Arthrotec on the usefulness of the combination, despite increased costs, due to its ability to prevent serious GI occurrences. Arthrotec is not available in the U.S., however an NDA was reportedly submitted in December, 1995. Never-the-less, Searle continues to promote the use of Cytotec (misoprostol) in high risk NSAID patients (i.e. the elderly, those with a history of ulcer, and those with concomitant disease) on the basis of its ability to prevent NSAID-induced gastric ulcers.



- 15-

Confidential - Subject To Protective Order

MRK-NJ0220402

**TABLE 3. COMPARATIVE GI LABELING FOR SELECTED NSAIDs**

|  | ENDOSCOPY | GI BLOOD LOSS | GI ADVERSE EVENTS |
|---|---|---|---|
| **RELAFEN** [1] (nabumetone) | < lesions vs. ibuprofen and piroxicam<br><br>comparable lesions vs. ibuprofen + misoprostol<br><br>lower lesion scores vs. indomethacin | < aspirin | incidence of peptic ulcers < standard for NSAIDs<br><br>Phase IV data shows < serious AEs vs. naproxen, ibuprofen, diclofenac, and piroxicam |
| **ARTHROTEC** [2] (diclofenac/misoprostol) | < erosions vs. diclofenac, naproxen, and piroxicam | < vs. diclofenac and ibuprofen | 40% reduction vs. PBO + diclofenac |
| **LODINE** [1] (etodolac) | < erosions vs. aspirin<br><br>lower scores vs. indomethacin, ibuprofen, naproxen, and comparable to PBO | < ibuprofen, naproxen, indomethacin, & piroxicam | - |
| **MOBIC** [3] (meloxicam) | < erosions vs. piroxicam<br><br>lower lesion scores vs. piroxicam | < piroxicam | < GI side effects & PUBs vs. diclofenac, naproxen, & piroxicam |
| **VOLTAREN** [1] (diclofenac) | < lesions vs. naproxen | < aspirin, naproxen, & indomethacin | comparable vs. aspirin & ibuprofen |
| **NAPROSYN** [1] (naproxen) | < erosions vs. aspirin | < aspirin | serious GI AEs similar to long term NSAID use<br><br>milder GI AEs < aspirin or indomethacin |

[1] Source: Physicians Desk Reference

[2] Source: Arthrotec Prescribing Information - U.K.

[3] Source: *XIIIth European Society of Rheumatology



- 16 -

Confidential - Subject To Protective Order

MRK-NJ0220403

2. Compounds in Development

Several companies are involved in clinical research for the development of OA and RA therapies (see Table 4). Searle-Monsanto, Toyama, Hisamitsu/Sawai and other companies are reported to have active COX-2 inhibitor programs. Of these companies, none are known to have a compound in active clinical trials that is more selective than MK-966, although some of the Searle-Monsanto compounds are reported to be as selective. It has recently been reported that the lead Searle-Monsanto COX-2 inhibitor (expected to have a B.I.D. dosing regimen) is in the Phase II development stage and on a development timeline similar to that of MK-966. Other Searle COX-2 inhibitors are expected to follow MK-966. In Japan, nimesulide and T-614 are expected to enter the market earlier than MK-966. Nimesulide is already available in some markets as shown in Table 4. T-614, reported to be in development for RA, is not anticipated to be a meaningful competitor. Meloxicam (Mobic, Boehringer Ingelheim), a new NSAID in Europe which is purported to have COX-2 selectivity characteristics, has been approved in several European countries. It is also rumored that Boehringer Ingelheim is seeking interest among U.S. rheumatologists to conduct studies to support the introduction of meloxicam in the U.S.. Meloxicam, however, is significantly less selective for COX-2 than MK-966. Pfizer's compound, tenidap (Enablex), is regarded as a product with NSAID and disease modifying properties, and is intended for use primarily in RA, although OA trials for tenidap are in progress.



- 17 -

Confidential - Subject To Protective Order

MRK-NJ0220404

**TABLE 4: COMPOUNDS IN DEVELOPMENT**

| COMPOUND | COMPANY | STATUS | COMMENTS |
|---|---|---|---|
| Celecoxib | Searle | Phase II | Selectivity vs. MK-966 unknown |
| COX-2 backup | Searle | Phase I | Selectivity vs. MK-966 unknown |
| COX-2 Parenteral | Searle | Preclinical/Phase I | Selectivity vs. MK-966 unknown |
| COX-2 - 2nd Generation | Searle | Preclinical/Phase I | Selectivity vs. MK-966 unknown |
| Nimesulide | Riker/Helsinn/ Hisamitsu-Sawaii/others | Currently marketed in Italy, Belgium, Spain, Portugal, various South American and Asian markets; under development in Japan | Less selective than MK-966; limited patent life

Restricted to short-term use due to toxicity; carries strict GI warnings in the label |
| T-614 | Toyama | Phase IIa in RA only | Reasonable selectivity compared to MK-966; less selective than L-752,860

Clinical data reveal liver and bone marrow toxicity |
| Mobic (meloxicam) | Boehringer Ingelheim | Approved in France, Sweden, Switzerland, and South Africa for OA and scheduled for launch 4/96; under regulatory review in other European markets; rumored to be seeking U.S. introduction with International data | Small degree of selectivity; less than MK-966

Phase II/III program includes comparative endoscopy studies and comparative data on serious GI events

Appears to be positioned as a better NSAID |
| Tenidap (Enablex) | Pfizer | Approved in Holland, Italy, and Spain for RA; under review in other European markets and the U.S.

Under development for OA. | Positioned as a new class of anti-inflammatory with NSAID and disease modifying properties due to cytokine inhibition.

May have safety disadvantage. Expected to cause some nephrotoxicity (proteinuria) at RA dosage levels; will have labeling requiring regular liver function monitoring. |



- 18 -

Confidential - Subject To Protective Order

MRK-NJ0220405

3. Competition Summary

The key challenges for MK-966 will be to: 1) be the first truly selective COX-2 inhibitor in the marketplace and to precede the Searle-Monsanto lead compound, 2) demonstrate a reduction in GI toxicity (e.g. fewer endoscopically confirmed ulcers and a low incidence of adverse GI events) versus the most important currently marketed NSAIDs, and 3) demonstrate COX-2 selectivity advantages over agents which claim to be COX-2 selective. Obtaining labeling which supports promotion of the enhanced GI profile compared to the newer agents and traditional therapies, will be essential to the long-term success of MK-966. Obtaining labeling which supports promotion of the COX-2 selectivity advantages will be essential to establishing MK-966 as a new class of anti-inflammatory therapy.

## C. MARKETING ISSUES

The key marketing issues are as follows:

- The NSAID market is highly unsatisfied. Rapid market uptake is typical for new products that are heavily promoted on the basis of better GI tolerability or other advantages.

- The NSAID market is concentrated. The two leading products (diclofenac and naproxen) make up nearly half of worldwide sales (45%), however, the remaining market is fragmented among several agents.

- There is very high awareness of the GI problems associated with NSAID use by both physicians and regulatory agencies. In an October, 1995 hearing of the FDA arthritis Advisory Committee, the committee warned that NSAID labeling is likely to become more restrictive with regard to the GI risk factors of NSAIDs and their potential impact. The recently issued "Guidelines on the Medical Management of Osteoarthritis" from the American College of Rheumatology suggest that NSAID use be restricted to second-line therapy following the use of acetaminophen.

- The Searle lead COX-2 inhibitor compound is close to MK-966.



Confidential - Subject To Protective Order

MRK-NJ0220406

## D. KEY MARKETING NEEDS

Marketing has identified the following key needs for the success of MK-966:

- Rapid development and registration for OA and pain first and RA later in order to precede the lead Searle COX-2 compound in the marketplace.

- Documentation establishing MK-966 as the first in a new class of anti-inflammatory therapies, the highly selective COX-2 inhibitors and establishing the higher degree of COX-2 selectivity vs. non-selective dual COX inhibitors.

- Documentation of the superior GI safety profile versus leading NSAIDs (e.g. fewer endoscopically confirmed erosions and ulcers and a low incidence of adverse GI events) to support statements in the product labeling and key promotional statements.

- Comparisons versus commonly used NSAIDs in the Phase III trials.

- Documentation of efficacy comparable to leading NSAIDs.

- Documentation of efficacy greater than nabumetone at the most widely prescribed dosage (1000 mg).

- Outcomes studies demonstrating significantly fewer serious GI events versus leading NSAIDs.


## E. PRELIMINARY MARKETING STRATEGY

MK-966 will be positioned as the first in a new class of anti-inflammatory therapies, the highly selective COX-2 inhibitors, for the treatment of OA, pain, and RA, with a superior GI profile compared to non-selective dual COX inhibitors, and efficacy comparable to leading NSAIDs and greater than nabumetone at the most commonly prescribed dosage.

Elements of the strategy will be supported as follows:

1) First in a new class of anti-inflammatory therapies, the highly selective COX-2 inhibitors

- mechanism of action data which will differentiate MK-966 as a new class

- COX assay studies versus non selective dual COX-inhibitors which will demonstrate COX-2 selectivity

- class differentiation will be the most important focus of pre-launch activities

2) Superior GI profile compared to non-selective dual COX inhibitors



- 20-

Confidential - Subject To Protective Order

MRK-NJ0220407

- data which demonstrate significantly fewer endoscopic lesions (erosions and ulcers) versus leading NSAIDs and comparable to placebo
- data which demonstrate a low(er) incidence of adverse GI events vs. leading NSAIDs
- outcomes data which demonstrate significantly fewer serious GI events (PUBs) versus leading NSAIDs

3) Efficacy comparable to non-selective dual COX inhibitors and greater than the non-selective dual COX inhibitor, nabumetone

- Phase III efficacy studies versus leading NSAIDs
- Phase III/IIIB efficacy studies versus nabumetone

## F. PRELIMINARY PRICE ASSUMPTIONS

MK-966 is assumed to be priced at $2.00/day in the U.S. and at an average of $1.25 in countries throughout Europe, the MIR region, and in Canada. In Japan, the price per day of therapy will be approximately $1.30 due to NHI price restrictions for newer NSAIDs and because of continual price reductions for standard drugs. These price assumptions are based on the following preliminary findings.

The price per day for branded NSAIDs in the U.S. is relatively high ranging from about $2.00/day for Relafen and $2.10/day for Voltaren, to $3.30/day for Lodine at the usual recommended doses for OA.

Nabumetone is the highest-priced NSAID product overall in Europe ranging from $1.48/day in Germany to $0.52/day in Spain. Etodolac is the second highest priced NSAID product in Europe ranging from $1.18/day in Italy to $0.78/day in the U.K. Arthrotec in the U.K. is priced at $1.05/day. Other NSAIDs such as diclofenac and naproxen range up to approximately $1.00/day.

The price assumed for MK-966 was not based on NSAID use for acute pain because of the significantly low price of agents used to treat pain, in particular ibuprofen 400 mg, is priced in the U.S. at approximately $0.25 for the branded product (Advil or Motrin) and about $0.16 for a 400 mg dose of generic product in the U.S.






Confidential - Subject To Protective Order

## G. SALES FORECAST AND KEY ASSUMPTIONS

The preliminary five-year worldwide sales forecast for MK-966 is shown below.   Key assumptions follow.

(1995 U.S. $ Millions)*

|  | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 |
|---|---|---|---|---|---|
| U.S. | $110 | $210 | $320 | $420 | $520 |
| Europe/MIR/Canada | 85 | 170 | 245 | 345 | 435 |
| Japan** | 30 | 95 | 145 | 185 | 215 |
| Total | $225 | $475 | $710 | $950 | $1165 |

*Rounded to the nearest $5 million
** Exchange = $1.00 = 100 yen

### Key Assumptions

- T-WMA release:   4Q98 osteoarthritis/analgesia
  2Q01 rheumatoid arthritis

- T-JNDA release:   4Q00 osteoarthritis, rheumatoid arthritis, analgesia

- MK-966 will have analgesic and anti-inflammatory efficacy comparable to existing NSAIDs (non selective dual COX inhibitors) such as diclofenac, the current market leader.

- MK-966 will be the first highly selective COX-2 inhibitor introduced.  It is assumed that subsequent COX-2 inhibitors will have no clear advantage over MK-966.

- The overall incidence of side effects associated with MK-966 will be low; no new side effects not currently associated with traditional NSAID therapy will be reported for MK-966.

- MK-966 will be dosed once daily.

- MK-966 at clinically effective doses will not produce unanticipated renal pathology or toxicity.

- At the time of release, data will be available demonstrating that MK-966 therapy is superior to commonly used NSAIDs in terms of GI lesions (erosions and ulcers) measured by endoscopy



- 22-

Confidential - Subject To Protective Order

MRK-NJ0220409

trials. Subsequent data will show that the differences in GI toxicities are significant in the clinical setting.

- In Japan, MK-966 will be indicated for osteoarthritis, rheumatoid arthritis; additionally, lumbago, periarthritis of the shoulder, neck-shoulder-arm syndrome, pain after surgery, trauma and tooth extraction will be included in the JNDA.

- Because of the excellent tolerability profile of MK-966, dosage can be adjusted upward to increase efficacy without a significant loss of the tolerability benefit.

- The penetration of COX-2 inhibitors into total NSAID days of therapy for arthritis/analgesia will approximate the proton pump inhibitor (PPI) class penetration into total H-2 antagonist patient days of therapy for the treatment of ulcers. The relative advantage of PPIs over H-2s in the treatment of ulcers is seen as analogous to the expected advantages of COX-2 inhibitors over traditional NSAID therapy. The COX-2 inhibitor share of total NSAID patient days climbs from 4% in the first year to 20% by year five and is adjusted by market.

- The PROZAC loss model was used to forecast the decline in MK-966 share of class because the number of new entrants and the comparable efficacy of those entrants to the class originator are expected to be similar to the COX-2 case.

- The third-year forecast for MK-966 reflects an additional 13% increase in patient days of therapy due to the availability of Phase IIIb outcomes data on serious GI events (PUBs). This increase resembles the third-year increase for ZOCOR in patient days of therapy in the U.S. HMG-CoA reductase inhibitor market due to the availability of the 4S data.

- In Japan, MK-966 is projected to be launched in 4Q2002 following nimesulide (Hisamitsu/Sawai) and T-614 for RA (Toyama), two compounds reported to have a small degree of COX-2 selectivity.

- The disease modifying potential of tenidap (Enablex, Pfizer) will moderate NSAID and COX-2 use in RA.

- MK-966 price per day of therapy is expected to be $2.00 in the U.S., and an average of $1.25 in Europe/MIR/Canada. In Japan, price per day of therapy will be approximately $1.30 due to NHI price restrictions for newer NSAIDs and because of continual price reductions for standard drugs.



Confidential - Subject To Protective Order

MRK-NJ0220410

Upsides

♦   COX-2 inhibitors will be shown to be effective in the primary prevention of colon cancer and Alzheimer's Disease.

♦   MK-966 conclusively demonstrates no evidence of accelerated destruction of joint cartilage which has been attributed to NSAIDs such as indomethacin.

♦   MK-966 demonstrates significantly greater efficacy compared to conventional NSAIDs.

♦   MK-966 demonstrates a positive renal benefit such as that postulated for CLINORIL.

Downsides

♦   MK-966 is less efficacious than conventional NSAIDs.

♦   The COX-2 selectivity, and hence the GI tolerability, of MK-966 is lost with increasing dose (assumes increased dose yields greater efficacy).

♦   Healthcare payors maintain share of generic NSAIDs (e.g. diclofenac, naproxen, piroxicam, etc.) reserving MK-966 for patients who fail treatment with non selective COX inhibitors.



- 24 -

Confidential - Subject To Protective Order

## IV. PROJECT OVERVIEW

### A. SUMMARY OF DEVELOPMENT/WMA FILING STRATEGY AND PRODUCT PROFILE

Osteoarthritis and pain are the initial clinical targets for MK-966 (WMA 4Q98T). The risk of NSAID toxicity increases with age and prolonged use. As patients with osteoarthritis are often chronic users of NSAIDs and tend to be elderly, they comprise a population at high risk for toxicity. A COX-2 specific inhibitor with decreased toxicity should thus have the greatest potential for an improved therapeutic index in this population.

G.D. Searle is reported to have a highly selective COX-2 inhibitor in phase II clinical development. To ensure that MK-966 is the first highly selective COX-2 inhibitor approved, the clinical development program is based on an aggressive and highly accelerated development plan. Specifically, phase III clinical studies will be initiated while phase IIb studies are in progress. In addition, it is proposed that a large scale clinical outcomes study, designed to show that MK-966 is associated with fewer GI perforations, ulcers and bleeds (P.U.B.) vs. NSAIDs, be initiated immediately following analysis of the phase IIb dose ranging study. Initiation of the outcomes study is being accelerated to justify a claim of lower incidence of significant GI clinical complications (perforations, ulcers, bleed) vs. comparator NSAIDs as soon as possible.

A supplemental WMA for the treatment of rheumatoid arthritis would follow the initial WMA for OA/analgesia (sWMA 2Q01T). Patients with rheumatoid arthritis generally use NSAIDs at high doses on a chronic basis and frequently use concomitant oral corticosteroids which potentiate NSAID gastropathy. These patients would thus also benefit from an anti-inflammatory agent with an improved safety profile. The rheumatoid arthritis WMA will follow the Osteoarthritis/Pain WMA for the following reasons:

- Rheumatoid arthritis patients represent a minority of the total number of patients consuming NSAIDs
- Recruitment of rheumatoid arthritis patients into clinical trials is slower than osteoarthritis patients
- The methotrexate drug interaction noted with 250 mg MK-966 slows enrollment in rheumatoid arthritis clinical studies
- Clinically effective doses for rheumatoid arthritis may be higher than for osteoarthritis and thus must be approached with greater caution.
- The rheumatoid arthritis program will compete with osteoarthritis for resources within several MRL departments

Nonetheless, opinion leaders in the rheumatology community will be involved in the RA clinical development program as the RA studies will be ongoing during the OA clinical trials.



- 25 -

Confidential - Subject To Protective Order

MRK-NJ0220412

The development strategy outlined above reflects the Project Team's approach to position MK-966 as closely as possible to the Ideal Product Profile (see below). If all the development assumptions are verified, the Most Likely Product Profile should apply to this product at the time of filing.

## MK-966 (COX-2 INHIBITOR) DRAFT PRODUCT PROFILE FOR OSTEOARTHRITIS AND ANALGESIA

### CLAIMS

Initial Filing: Osteoarthritis and pain

> - MK-966 is indicated for the acute and chronic treatment of the signs and symptoms of osteoarthritis
> - MK-966 is indicated for management of pain (analgesia) and primary dysmenorrhea (U.S.)

Subsequent filing: Rheumatoid arthritis

> - MK-966 is indicated for the acute and chronic treatment of the signs and symptoms of rheumatoid arthritis



- 26 -

Confidential - Subject To Protective Order

MRK-NJ022041

| | IDEAL PRODUCT PROFILE | MOST LIKELY PRODUCT PROFILE AT FILING | MOST LIKELY PRODUCT PROFILE WITHIN 9-15 MONTHS OF FILING* |
|---|---|---|---|
| **DOSAGE FORMS** | Tablet, acceptable size | Tablet, acceptable size | Tablet, acceptable size |
| | Oral Suspension | Oral Suspension | Oral Suspension |
| | Rapidisc | *No Rapidisc* | Rapidisc - *Phase V (dose dependent)* |
| | Suppository | *No Suppository* | Suppository - *Phase V (dose dependent)* |
| **DOSAGE REGIMEN** | once daily, unrelated to food intake | once daily; unrelated to food intake | once daily, unrelated to food intake |
| **ANTICIPATED ADVANTAGES** | I. Demonstrably greater COX-2 selectivity compared to most NSAIDs | I. Greater COX-2 selectivity compared to *chosen comparator* NSAIDs | I. Greater COX-2 selectivity compared to *chosen comparator* NSAIDs |
| | II. Toxicity | II. Toxicity | II. Toxicity |
| | A. Better GI tolerability compared to most NSAIDs | A. Better GI tolerability versus *chosen comparator* NSAIDs | A. Better GI tolerability versus *chosen comparator* NSAIDs |
| | -Lower incidence of GI adverse experiences compared to most NSAIDS | -Low incidence of GI adverse experiences (upside: lower incidence of GI adverse experiences vs. chosen comparator NSAIDS) | -Low incidence of GI adverse experiences (upside: lower incidence of GI adverse experiences vs. chosen comparator NSAIDS) |
| | -Lower incidence of upper and lower G.I. mucosal damage compared to most NSAIDS | -Lower incidence of upper and lower GI mucosal damage vs. *chosen comparator* NSAIDs | -Lower incidence of upper and lower G.I. mucosal damage vs. *chosen comparator* NSAIDs |
| | -Lower incidence of significant GI complications (perforation, ulceration, bleed) compared to most NSAIDS. | -*No definitive comparative data showing reductions in significant GI complications at filing.* | -Lower incidence of significant GI complications (perforation, ulceration, bleed) vs *chosen comparator* NSAIDs *within 9-15 months of filing (Phase IIIB study)* |
| | -Lower healthcare resource utilization and costs (direct and indirect) resulting from GI adverse experiences and significant GI complications | -*No data available at filing on healthcare resource utilization and direct costs resulting from GI adverse experiences and significant GI complications* | -Lower healthcare resource utilization and direct costs resulting from GI adverse experiences and significant GI complications *within 9-15 months of filing (Phase IIIB study)* |
| | | | *dependent on duration of outcomes trial (6-12 months) |

IDEAL PRODUCT PROFILE   MOST LIKELY PRODUCT PROFILE AT FILING   MOST LIKELY PRODUCT PROFILE WITHIN 9-15 MONTHS OF


A/D – Redacted –

- 27 -

Confidential - Subject To Protective Order

MRK-NJ022041

| **ANTICIPATED ADVANTAGES** | Lower incidence of NSAID-related nephropathy compared to most NSAIDs | Similar incidence of NSAID-related nephropathy compared to *chosen comparator* NSAIDs | Similar incidence of NSAID-related nephropathy compared to *chosen comparator* NSAIDs |
|---|---|---|---|
| | II. Clinical efficacy<br>-Better efficacy for OA-related pain and disability vs most NSAIDs | II. Clinical efficacy<br>-Efficacious for the treatment of OA-related pain and disability vs *chosen comparator* NSAIDs. | II. Clinical efficacy<br>-Efficacious for the treatment of OA-related pain and disability vs. *chosen comparator* NSAIDs; *except, superior efficacy to 1000 mg QD dose of nabumetone (Phase IIIb study)* |
| | -Evidence of chondroprotection in OA | -*No* evidence of chondroprotection in OA. | -*No* evidence of chondroprotection in OA |
| | -Effective analgesia including potential for use in post-operative pain (e.g. orthopedic surgery) without effect on bleeding time | -Effective analgesia, including potential for use in post-operative pain (e.g. orthopedic surgery), without effect on bleeding time | -Effective analgesia, including potential for use in post-operative pain (e.g. orthopedic surgery), without effect on bleeding time |
| | - Longer duration of analgesia compared to marketed NSAIDS | - Prolonged duration of analgesia | - Prolonged duration of analgesia |
| | -Safe in patients with aspirin/NSAID-intolerant asthma | -*Contraindicated* in NSAID-intolerant asthmatics | -*Contraindicated* in NSAID-intolerant asthmatics |
| **ANTICIPATED DISADVANTAGES** | No non-mechanism based unique AEs<br>No deterioration in blood pressure control | No non-mechanism based unique AEs<br>*Similar effect to traditional NSAIDs* on blood pressure control | No non-mechanism based unique AEs<br>*Similar effect to traditional NSAIDs* on blood pressure control |
| | No drug-induced hepatic injury | *Similar incidence/severity* of drug-induced hepatic injury to conventional NSAIDs | *Similar incidence/severity* of drug-induced hepatic injury to conventional NSAIDs |
| | No clinically significant drug interactions | *Small effect on methotrexate clearance and induction of hepatic P450* | *Small effect on methotrexate clearance and induction of hepatic P450* |



Confidential - Subject To Protective Order

MRK-NJ022041

## B.   OSTEOARTHRITIS/ANALGESIA: PHASE IIb/III/IIIb OVERVIEW

It is proposed that the two phase III pivotal studies in osteoarthritis patients be initiated prior to completion of the phase IIb confirmatory dose finding study. As detailed in the previous section, early initiation of phase III studies will decrease the time until WMA filing (WMA 4Q98T). Safety and efficacy data from the phase IIa study will be utilized for Phase III dose selection.

A listing of proposed Phase IIb/III studies (excluding biopharmaceutic studies) is shown in Table 2.

Confidential - Subject To Protective Order

MRK-NJ0220416

**Table 2a.  MK-966 Proposed Phase IIb/III Studies - Osteoarthritis and GI safety**

| WMA Study: | Primary Objective(s): | Study Design: | Timing: |
|---|---|---|---|
| Phase IIb Osteoarthritis | Safety and Tolerability Confirm efficacy vs. Placebo Confirm clinical dose range | Parallel Group - 3 doses MK-966 vs placebo | 4/96 - 2/97 |
| Phase III Osteoarthritis - US | Confirm Efficacy at Final Clinical Doses in OA patients Accrue safety experience vs active comparator | Parallel Group - 2 doses MK-966 vs naproxen (or back-up) | 9-10/96 - 2Q98 |
| Phase III Osteoarthritis - International | Confirm Efficacy at Final Clinical Doses in OA patients Accrue safety experience vs active comparator | Parallel Group - 2 doses MK-966 vs diclofenac | 9-10/96 - 2Q98 |
| Phase III Nabumetone Comparison | Demonstrate efficacy superior to nabumetone 1000 mg in OA patients | Parallel Group - 2 doses MK-966 vs nabumetone | 2Q97 - 2Q98 |
| Phase IIIb Nabumetone Comparison | Confirm efficacy  superior to nabumetone 1000 mg | Parallel Group - 2 doses MK-966 vs nabumetone | 1999 |
| Phase IIIb Clinical Outcomes Study | Demonstrate lower incidence of GI bleed, Ulcer, Perforation Demonstrate lower direct/indirect costs with MK-966 | Parallel group - 1 dose MK-966 vs. one or more NSAID comparators | 3Q97 - 1Q99 |
| $^{51}$Cr EDTA Absorption | Demonstrate less GI (including small bowel) mucosal damage vs. diclofenac by surrogate means | Parallel Group - 1 dose MK-966 vs diclofenac, and placebo | 2 - 4Q96 |
| $^{51}$Cr RBC Loss | Demonstrate less GI (including small bowel) mucosal damage vs. diclofenac by surrogate means | Parallel Group - 1 dose MK-966 vs diclofenac (naproxen) and placebo | 3 - 4Q96 |
| Serial Endoscopy in OA Patients (replicate studies) | Demonstrate lower incidence of endoscopically visualized ulcers vs. diclofenac and naproxen | Parallel Group - 1 dose MK-966 vs diclofenac, naproxen and placebo | 4Q96 - 1Q98 |

A/C – Redacted –

- 30 -

MRK-NJ022041



**Table 2b. MK-966 Proposed Phase IIb/III Studies - Analgesia**

| WMA Study: | Primary Objective(s): | Study Design: | Timing: |
|---|---|---|---|
| Phase IIb Dental Pain | Determine optimal dose for analgesic efficacy | Parallel Group, Single Dose, 4 doses MK-966 vs. naproxen sodium vs. placebo | 2Q-3Q96 |
| Phase IIb Dysmenorrhea | Determine Efficacy | Crossover - MK-966 vs placebo vs ibuprofen | 4Q96 - 3Q97 |
| Phase III Dental Pain | Confirm analgesic efficacy | Parallel Group - 1(2) doses MK-966 vs ibuprofen vs placebo | 4Q96 - 1Q97 |
| Phase III Dysmenorrhea | Confirm analgesic efficacy in Patients with Dysmenorrhea | Crossover - MK-966 vs placebo vs ibuprofen | 3Q97 - 2Q98 |
| Phase III Pre-operative Dental Pain | Demonstrate efficacy and safety when given preoperatively | Parallel Group - 1(2) doses MK-966 vs comparator vs placebo | 3Q97 - 1Q98 |

**Table 2c. MK-966 Proposed Phase IIb/III Studies - Clinical Pharmacology**

| WMA Study: | Primary Objective(s): | Study Design: | Timing: |
|---|---|---|---|
| COX-1/COX-2 Inhibition Comparison Studies | Demonstrate unique degree of COX-2 selectivity using ex vivo assays of COX activity (LPS induced PGE-2/ Serum TXB-2) | Parallel Group - MK-966 vs. nabumetone vs. etodolac vs. diclofenac, meloxicam, naproxen vs. placebo | 1/96 - 3/96 (I)<br><br>1Q97   (II) |
| Gastrointestinal Biopsies for Prostaglandins | Demonstrate sparing in gastrointestinal biopsies of PGE-2 synthesis in contrast to an NSAID | Two Period Crossover - Placebo vs. MK-966 / Placebo vs. NSAID comparator | 3 - 4Q96 |
| Glomerular Filtration Rate Study | Evaluation of effects of MK-966 on glomerular filtration rate vs. placebo and indomethacin | Three Period Crossover - MK-966 vs. indomethacin vs. placebo | 9/95 - 2/96 |
| Renal Sodium Study | Evaluation of effects of MK-966 on renal sodium balance vs. placebo and indomethacin | Parallel Group - MK-966 vs. indomethacin vs. placebo | 4/96 - 10/96 |

A/C  Redacted
auto-field

- 31 -

Confidential - Subject To Protective Order

MRK-NJ022041

*Osteoarthritis Phase IIb*

The phase IIb Osteoarthritis (OA) program will consist of a double-blind, randomized, fixed-dose, parallel group, six week, dose ranging study comparing 3 doses of MK-966 to placebo. The study will broaden and lengthen the overall safety experience with MK-966 by increasing the number of patients exposed and the duration of drug exposure through an active comparator-controlled long term extension. The primary objectives of the study are to evaluate safety, tolerability and define the clinically effective dose range of MK-966 vs. placebo in the treatment of osteoarthritis of the knee and hip.

Endpoints for clinical efficacy (pain and disability questionnaires, patient and investigator global assessments) have been used in the phase IIa study and have been previously validated with NSAIDs. Dose selection and sample size will be guided by the phase IIa pilot OA study results. A specific analysis of the effect of treatment in this dose ranging study on serum albumin and hemoglobin and a prespecified list of spontaneously reported GI adverse events may provide clues to GI mucosal integrity and GI tolerability.

*Osteoarthritis Phase III*

The phase III program will confirm safety and efficacy of MK-966 with chronic administration to patients with osteoarthritis of the knee and hip. Two randomized, double blind, active comparator controlled, parallel group studies will be performed (12 week triple blind, one year double blind). One study will compare two doses of MK-966 to one dose of naproxen (US). A second study (international) will compare two doses of MK-966 to one dose of diclofenac. The primary analysis of clinical efficacy will take place at 12 weeks of therapy with a secondary analysis at 24 weeks.

The phase III studies will enroll sufficient patients to (1) demonstrate efficacy that is "at least comparable" to the labeled and most commonly prescribed dose of an active comparator and (2) ensure that an adequate number of patients are exposed to the clinical dose of MK-966 thus satisfying overall safety and regulatory requirements.

Two doses of MK-966 will be studied in parallel in Phase III to permit approval over a recommended dose range. Dose selection for phase III will be primarily derived from the safety and efficacy results of the phase IIa study.

A prespecified grouping of spontaneously reported GI AE's will be analyzed. If a lower frequency of symptoms is observed with MK-966 versus comparators using a program wide pooled analysis in the pivotal phase III and the endoscopy studies, a comparative statement of "lower frequency of GI symptoms" would be sought.

A program wide pooled analysis of significant GI complications (GI perforation, ulcer, bleed) will be performed at the time of filing, although a statistically significant difference between MK-966 and diclofenac or naproxen may not be demonstrable. Ultimately, the large phase IIIb clinical outcomes study (see *GI Safety Studies*, below) will be necessary to demonstrate a statistically



- 32 -

Confidential - Subject To Protective Order

MRK-NJ0220419

significant relative risk reduction, and substantiate a claim of a lower incidence of significant GI complications (P.U.B.).

Health care resource utilization for evaluation and treatment of GI AE's will be collected during phase III studies. A more comprehensive economic cost analysis will be performed with data collected in the phase IIIb clinical outcomes study.

Two clinical trials are currently planned to compare MK-966 with nabumetone 1000 mg. The expectation is to demonstrate superior efficacy for MK-966. One trial is to initiate in Phase III, the second in Phase IIIB, with the objective of achieving a comparative statement at launch. However, given the demand for rapid filing, the plans to initiate these studies within this time frame will be readressed at the Stage II Review.

## GI SAFETY STUDIES INCLUDED IN PHASE IIb/III OSTEOARTHRITIS PROGRAM

Favorable results from GI safety and tolerability studies detailed in this section would support the conclusion that compared to marketed NSAIDs, MK-966 is associated with reduced gastrointestinal toxicity. Multiple approaches are required to document a reduction in GI side effects, because no single technique assesses the complete length of the GI tract, and no single measure has been shown to correlate with gastrointestinal symptoms or clinically significant adverse events due to NSAIDs.

Studies using surrogates of GI mucosal integrity ($^{51}$Cr EDTA absorption, $^{51}$Cr labeled red blood cell loss) and upper endoscopy will be performed during phase II and III to provide evidence of a reduced potential for GI toxicity. A definitive, large scale, clinical outcomes study will be initiated as a Phase IIIb trial in order to have data available at the earliest possible time, the outcomes study will be initiated as soon as the osteoarthritis clinical doses have been confirmed (i.e. 2Q97 analysis of the Phase IIb osteoarthritis dose ranging study).

### Serial Upper Endoscopy Studies in Osteoarthritis Patients

A previous study in healthy volunteers treated for 7 days showed that MK-966 produced substantially less gastroduodenal erosion than ibuprofen or aspirin and was not distinguishable from placebo (see II.C Figure 1). Two additional endoscopy studies are proposed to extend this finding. Both trials will include serial repeat upper GI endoscopy in OA patients treated with MK-966 and comparative agents for up to 3 months. These endoscopy studies will be double-blind, multi-center, parallel group trials in which OA patients are treated with placebo(acetaminophen for symptoms), MK-966, naproxen, or diclofenac. The studies must enroll sufficient patients to test the hypothesis that compared to either active comparator, MK-966 will be associated with a lower incidence of gastroduodenal ulcers.

Assuming the prevalence of gastroduodenal lesions in the MK-966 group is significantly lower than in the active control groups, (and numerically similar to placebo) these studies will be used to support promotional statements that MK-966 is associated with less damage to the gastroduodenal mucosa than comparator NSAIDs.



- 33-

Confidential - Subject To Protective Order

MRK-NJ0220420

### *Phase IIIb Outcomes Study*

The annual incidence of clinically significant GI complications (P.U.B.) associated with dual COX inhibitor NSAIDs is on the order of 1 to 2 percent. A large scale clinical outcomes study versus active comparators, proposed for Phase IIIb (3Q97), will be necessary to definitively demonstrate a decreased incidence of these significant GI complications and support a specific claim. In addition, relative assessments of healthcare resource utilization and direct and indirect costs associated with significant GI complications and adverse GI symptoms would be measured. As noted above, the study would be initiated as early as possible in the clinical development program, i.e., directly following analysis of the phase IIb osteoarthritis dose ranging study results. A precise estimate of sample size has not yet been made, pending development of a final protocol. For perspective, the team notes that the incidence of significant GI complications with NSAIDs has been estimated as ~1.5% per year. To measure a 50% reduction in the rate of occurrence, approximately 8000 patients total are required (with 80% power and a one year treatment duration).

### ANALGESIA PHASE IIb/III PROGRAM

#### *Summary*

The program will meet regulatory requirements for demonstrating analgesic efficacy including characterization of the onset and duration of analgesic effects. This will include a placebo and active comparator controlled dose ranging study in Phase IIb in post operative dental pain patients followed by a confirmatory study in phase III. A pilot efficacy study in dysmenorrhea will be carried out during Phase IIb followed by a confirmatory study in phase III.

#### *Phase IIb*

A phase IIb dose ranging study in patients with postoperative dental pain will be performed to define optimal doses of MK-966. This study will assess efficacy at up to 24 hours and include naproxen sodium as a long acting positive control. Endpoints include subjective assessments of pain intensity and degree of pain relief.

Dysmenorrhea (painful menstrual cramps) affects more than 50% of menstruating women and is associated with increased endometrial production and release of prostaglandins. A pilot dose-finding crossover efficacy study comparing MK-966 to an NSAID comparator and placebo in patients with dysmenorrhea will be performed.



- 34 -

Confidential - Subject To Protective Order

MRK-NJ0220421

*Phase III*

A definitive study will be conducted in dental pain to confirm the efficacy of MK-966. Ibuprofen will be used as a positive control for onset of action.

Assuming that the Phase II dysmenorrhea Study preliminarily shows efficacy, a confirmatory triple-blind, randomized, multiple-dose, crossover, placebo and active comparator controlled study would be conducted in Phase III. An additional confirmatory Phase III dysmenorrhea study may be necessary pending discussion with the FDA.

A/D - Redacted
auto-field

Confidential - Subject To Protective Order

MRK-NJ0220422

**B.1**        **MK-966  OA/ANALGESIA CLINICAL MILESTONES**

| | 1996 | 1997 | 1998 | 1999 | |
|---|---|---|---|---|---|
| N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A |

3/96 ◆ STAGE 0 REVIEW

FPI – 4/96 | OA PH IIB DRF 1-YR EXTENSION DATA | LPO – 10/97

6/97 ◆ DOSE RANGE DEFINED

FPI – 7/97 | OA PH IIB DRF 2-YR EXTENSION DATA | LPO – 10/98

9/96 ◆ STAGE 1 REVIEW

FPI – 9/96 | OA PH III VS DICLOFENAC; VS NAPROXEN | LPO – 5/98 (1-YR TRT PERIOD)

FPI – 11/96 | ENDOSCOPY in OAvsDICLOFENAC/vsNAPROXEN | LPO – 2/98

FPI – 4/96 | ANALGESIA PROGRAM | LPO – 2Q98

5-6/97 ◆ STAGE 2 REVIEW

FPI – 3Q97 | OUTCOMES STUDY (6-12-MO. TRTMT) | LPO –1Q-3Q99

4Q98 ◆ FILE WMA OA/ANALGESIA

1Q99 ◆ FILE SUR (2-YR DATA)



Confidential - Subject To Protective Order        MRK-NJ022042

Below is a diagram of critical dates for the 1996 timeframe.

# MK-966
# 1996 CRITICAL DATES



| FDA Mtg | FPI OA<br>PH IIb | Define Final Mkt<br>Image & Pkg | Stage 1<br>Review | FPI OA Ph III | Initiate<br>Biobatch |
|---------|------------------|---------------------------------|-------------------|---------------|----------------------|
| 4/96 | 4/96 | 7/96 | 9/96 | 9/96 | 9/96 |

A/D – Redacted<br>– auto-field

Confidential - Subject To Protective Order

MRK-NJ0220424

C.   STRATEGY TO DISTINGUISH MK-966 FROM NSAIDs AND POSITION MK-966
     AS A NEW CLASS OF ANTIINFLAMMATORY DRUG

To distinguish MK-966 from NSAIDs, (dual COX-1/COX-2 inhibitors) and exempt MK-966
from a standard NSAID class label will require a multifaceted approach (see Table 3). The clinical
development program will highlight the following points of differentiation: (1) the unique
mechanism of MK-966 as demonstrated by *in vivo* and *ex vivo* biochemical assays in humans, (2)
a reduced potential for GI bleeding, ulcer and perforation as demonstrated by upper endoscopy
studies and other surrogates of GI mucosal damage ($^{51}Cr$ labeled RBCs, $^{51}Cr$-EDTA absorption),
and (3) a reduction in the associated rate of GI clinical complications in a large scale (phase IIIb)
clinical outcomes study.

A focused comparison (MK-966 vs. diclofenac and naproxen) of the incidence of prespecified
spontaneously reported GI AE's such as nausea and dyspepsia will be performed during phase II
and  III. Spontaneously reported AE's, however, do not reproducibly discriminate between active
treatment and placebo in clinical studies with NSAIDs.

A goal of the clinical development program is to establish MK-966 as the first in a "new class of
anti-inflammatory agents", *i.e.*, a "highly selective COX-2 inhibitor." The distinction will be
primarily based on the demonstration of the unique biochemical selectivity profile of MK-966 in
preclinical and clinical studies. In man these studies will include the use of  clinical assays of
COX-1 and COX-2 activity in the blood and in biopsy tissues from the GI tract. NSAIDs which
possess limited degrees of COX-2 selectivity, including meloxicam and etodolac, will be included
as comparators in biochemical studies to demonstrate the distinct high level of selectivity
associated with MK-966.   The phase IIb/III/IIIb clinical program will include specific
demonstration that MK-966 is associated with improved GI safety as assessed by endoscopy and
a phase IIIb clinical outcomes study and in contrast to NSAIDs, MK-966 does not prolong
bleeding time.  A clear demonstration of the advantages of MK-966 will be used as evidence that
a high level of COX-2 selectivity translates into meaningful clinical benefit to patients thus making
relevant the designation the new anti-inflammatory class.



-38-

Confidential - Subject To Protective Order

MRK-NJ0220425



**Table 3. Differentiation of MK-966 from NSAIDs**

| Point of Differentiation: | Claim/Label Statement: | Clinical Studies: | Methodology: | Timing: |
|---|---|---|---|---|
| Unique Mechanism - High Degree of COX- Selectivity | Studies to be noted in clinical pharmacology section | COX-1/COX-2 Inhibition Comparison Study | *Ex vivo assays:* LPS induced PGE-2, Serum TXB-2 MK-966 vs. comparator NSAIDs in normals | Phase IIb |
| | | Renal Na+ Study | Effects on Renal Prostaglandins vs. indomethacin in healthy elderly | Phase IIb |
| | | Gastric Prostanoid Study | Gastric Biopsy PGE-2 Synthesis Rate | Phase IIb |
| Lower Frequency of Adverse GI Symptoms | "Low Frequency of Adverse GI Effects" | Phase III Pivotal Studies and Serial Endoscopy Studies | Incidence of spontaneously reported GI AE's on patients on MK-966 vs Naproxen/Diclofenac | Phase III |
| Low Potential for damage to upper GI tract and damage to small intestine | Studies to be noted in clinical pharmacology section | Upper Endoscopy in Normal Volunteers (Protocol 009) | Upper Endoscopy following 7 days of therapy in normals on MK-966 vs ibuprofen and ASA | Phase IIa |
| | | $^{51}$Cr EDTA Absorption | $^{51}$Cr EDTA/l-rhamnose absorbed following 7 days MK-966 vs. diclofenac | Phase IIb |
| | | Fecal $^{51}$Cr RBC loss | Fecal $^{51}$Cr with 28 days therapy MK-966 vs. diclofenac | Phase IIb |
| | | Serial Upper Endoscopy in OA patients | Serial upper endoscopy in OA patients treated with MK-966 vs. diclofenac and naproxen | Phase III |
| Lower incidence of significant GI complications (perforation, ulcer, bleed) (P.U.B.) | "Lower incidence of GI perforation, peptic ulcer, bleed" | Clinical Outcomes Study | Incidence of GI bleeding, ulcer, perforation | Phase IIIb |
| Cost Advantages - Cost of treatment with MK-966 is less than with other NSAIDs - lower direct/indirect costs resulting from adverse GI symptoms and complications, e.g. bleeding and ulcer. | "Cost Advantageous" | Clinical Outcomes Study | Indirect and direct cost/resource utilization | Phase IIIb |
| Nabumetone 1000 mg is less effective than MK-966 at fully effective dose | "More efficacious than nabumetone 1000 mg" | 6 week efficacy study in OA Patients | WOMAC, Patient and Investigator Global Assessments | Phase III and Phase IIIb (confirmatory) |



- 39 -

Confidential - Subject To Protective Order

MRK-NJ022042

## D.   TARGETED CLAIMS

**Critical Labeling Statements are based on the most likely product profile at the time of the initial WMA filing.**

1.   **Indication**
     The proposed indications are:
     *"MK-966 is indicated for the acute and chronic treatment of the signs and symptoms of osteoarthritis"*

- Condition to be treated: *"Treatment of osteoarthritis"*
  The proposed indication will be supported by two pivotal, comparator trials (diclofenac and naproxen), and two placebo controlled dose-ranging studies.

  *"MK-966 is indicated for management of pain (analgesia) and dysmenorrhea"*

- Condition to be treated: *"Management of acute pain (analgesia)"*
  The proposed indication will be supported by two pivotal post operative dental pain studies (one dose ranging with Naproxen Sodium comparator), one study with Ibuprofen and Naproxen Sodium as comparator agents. These studies are in a well established (and regulatory agency accepted) pain model.

- Condition to be treated: *"Treatment of dysmenorrhea"*
  The proposed indication is based on a successful pilot dose-finding study demonstrating that COX-2 selective inhibitors are effective in the treatment of dysmenorrhea.  If this is the case two studies comparing MK-966 with placebo and Ibuprofen will be completed.

2.   **Dosage and Administration**
     The proposed dosage regimen is:
     *"A dose range of x-y mg/day is recommended"*       *(Int'l)*
     *"The recommended starting dose is x once a day and the maximum recommended daily dose is y"*                    *(US)*
     The proposed dose range will be supported by combining the data from the two pivotal Phase III Osteoarthritis studies using a meta-analysis to distinguish efficacy between doses.  The meta-analysis will be primarily (though not exclusively) based on the Patient Global Evaluation - % reporting a good or excellent response.  In addition, dose escalation in the extension arm(s) of the Phase IIB/III studies will provide us with efficacy and



-40-

Confidential - Subject To Protective Order                                         MRK-NJ0220427

safety data on two doses.    This approach should provide us with enough data to support a range of two doses in the label.

3. **Clinical Pharmacology Section - Comparative Statements**
   **Efficacy -** The proposed wording is:
   *"MK-966 will have analgesic and anti-inflammatory efficacy comparable to diclofenac and naproxen"*
   The proposed statement will be supported in Osteoarthritis in the two Pivotal Phase III studies.    The International study will compare MK-966 to Diclofenac, the US study will compare MK-966 to Naproxen (if supplies are *available*, if not, the designated 'backup' will be studied).    Each study will be powered to demonstrate comparable efficacy between treatment groups. The studies will be designed to meet Regulatory requirements for "substantial evidence" defined as: "Two adequate and well controlled clinical trials, although one large, well designed, internally consistent study has been considered sufficient".

   In the analgesia program, both pivotal post-operative dental pain studies will contain comparator agents.  The studies in dental pain and analgesia will be designed to determine if distinguishing characteristics exist (onset of action, peak analgesic effect, duration of action).   Another distinguishing feature is the platelet sparing effect (no change in bleeding time).   This provides support to use MK-966 pre-operatively to prevent the early onset of pain.  If such distinguishing characteristics are found they could be described in the Clinical Pharmacology section of the label.

   **Safety-** Proposed wording:
   *"Better GI tolerability versus comparator NSAIDs"*
   Support for this statement will come from two parts of the program: Osteoarthritis efficacy studies and GI endoscopy studies.  The GI adverse experiences documented in the Pivotal Phase III Osteoarthritis efficacy and GI endoscopy studies will be combined in a meta-analysis with the objective of obtaining supportive data to state that **"MK-966 has a low incidence of GI adverse experiences (upside: lower incidence of GI adverse experiences vs. chosen comparator NSAIDs)"**.

   In addition two GI endoscopy studies and intestinal permeability studies will be performed to support the statement that **"MK-966 has a lower incidence of upper and lower GI mucosal damage vs. a chosen comparator"**.

   *"MK-966 over the clinically effective dose range will be associated with a low incidence of renal toxicity"*
   Support for this statement will be supported by specific renal toxicity studies (effect on $Na^+$ excretion, and GFR), in addition to monitoring safety in the Pivotal Phase III studies.  At the present doses (up to 175 mg) renal effects



-41-

Confidential - Subject To Protective Order

MRK-NJ0220428

are seen. However, it is anticipated that this is dose related, and the incidence will diminish at the Phase IIB/III dose (maximum 50mg).

*"Lower incidence of significant GI complications (perforation, ulceration, bleed) vs. chosen comparator NSAIDs" (available within 9-15 months of filing)*
A GI outcomes study is being designed to support the above statement. This will be the definitive study that should clearly support that MK-966 is a novel class of anti-inflammatory agent. The timing for availability of this study is dependent on the start date of the trial and whether duration of treatment in the trial will be 6 or 12 months.

4. **Labeling Restrictions**
   This will be discussed at the Stage II review when additional pre-clinical and clinical data are available.

E. RISK ASSESSMENT AND STRATEGIES FOR RISK REDUCTION

There are several risks intrinsic to the development strategy outlined previously and they are primarily in the technical, regulatory and competitive areas with consequent potential impact on the marketing analysis.

1. Searle is seen as major competition in the area of highly selective COX-2 inhibitors. They have reported their targeted filing date for OA as 4Q98. If they were to be the first entry in the market with the new class of compounds it would have a significant negative impact on our financial projections. To reduce the risk of MK-966 as the second entry, an accelerated development strategy is proposed and the additional resources needed to achieve the stated objectives are being requested. Phase III will be initiated almost in parallel with Phase IIB and a GI outcomes study will be initiated prior to completion of Phase III. This strategy with its own attendent risks (see below) is necessitated by the commercial implications of not being the first entry.

2. From a technical perspective, the primary risk is whether the proposed set of clinical trials, assuming they are successful, will achieve the desired labeling. The goal is a clear differentiation from traditional NSAIDs, thereby establishing selective COX-2 inhibitors as a new class of anti-inflammatory agents. To achieve the desired labeling, pre-clinical and clinical data will be marshaled to establish the unique pharmacologic properties of MK-966. Furthermore, should the meta-analysis of GI adverse experiences and significant GI complications not prove conclusively that MK-966 is safer than the chosen comparators (due to a low incidence of events and limited patient numbers during the proposed treatment period), the endoscopy



-42-

Confidential - Subject To Protective Order

MRK-NJ0220429

studies (using ulcers as the endpoint) will be proposed as the "gold standard" which demonstrates the GI sparing effects of MK-966. However, if this approach is not successful, the GI clinical outcomes trial is being targeted for initiation early in the overall program timeline (3Q97), and will provide definitive data on GI safety (incidence of GI events in an outpatient setting; perforation, ulcers and GI bleeds).

3.  The accelerated development strategy means that Phase III will be initiated prior to completion of the Phase IIB dose-finding study. The primary objective of the dose-finding study is to establish a no-effect/minimal effect dose as required by international regulatory agencies. Furthermore, the aim is to support a (WPC) labeling statement which permits dose escalation for those with inadequate clinical response. The extensive data of the Phase IIA pilot OA trial should minimize the risk that the low dose in Phase IIB is inappropriate. Taking two doses into Phase III and comparing efficacy across trials, along with a dose escalation design in the extension to the Phase IIB/III trials, should provide supporting data for the dosing section of the label.

4.  Diclofenac and naproxen have been identified by Marketing as the desired primary Phase III comparators. Diclofenac should be available (including matched placebo) by 5/96, allowing initiation of the International Phase III study 3Q96T. A source of naproxen with blinded placebo has not yet been identified which would permit the US Phase III study to start 9-10/96 (and thus support the accelerated WMA date of 4Q98). A source has been tentatively identified which would permit the Phase III study to start 1/97 (WMA→ 1Q99). The alternatives which would support the Phase III study start of 9-10/96 include: (1) encapsulating or grinding/recompressing naproxen with supportive *in vitro* dissolution data; this will be presented to the FDA (early 2Q96T), or (2) obtaining the naproxen and matching placebo directly from Syntex. The latter approach could require sending a draft protocol to Syntex. Should the FDA not agree to the potential for comparative claims based on the results of studies using such manipulated material, or Syntex deny or delay the availability of Naproxen, our alternatives would be either to delay the initiation of the U.S. Phase III study (until 1Q97), or choose an alternative comparator. Marketing would support the use of ibuprofen in this regard. Its availability to permit a 9-10/96 study start will be determined no later than 5/96.

5.  The current strategy calls for "functionally" splitting each of the Phase III studies to effectively provide "replicative studies" to obtain comparative label statements of "efficacy at least comparable to an active comparator, and a low(er) incidence of GI symptoms and events". This will be supported by two endoscopy trials against each of the primary comparators. A meta-analysis of all trials will evaluate the incidence of GI adverse experiences and

-43-

Confidential - Subject To Protective Order

MRK-NJ0220430

GI events. Whether this is acceptable to the FDA will be determined at the upcoming meeting. However, the definitive trial will be the GI outcomes trial which will be initiated as soon as possible (3Q97) to insure that we ultimately achieve the desired labeling.

6. Demonstration of superior efficacy to 1000 mg nabumetone has been requested by Marketing. One study is scheduled to initiate in Phase III with the second required trial anticipated for completion after filing. This strategy assumes: a) initiation of these trials will not slow down the WMA filing, b) the FDA will not require a comparison to a higher dose of nabumetone (which would enlarge the study, lengthen the timeline and potentially reveal comparable efficacy for MK-966 as opposed to superiority), and c) the FDA (DDMAC) will permit promotion of superior efficacy based on one study included at filing and a second completed prior to launch. FDA agreement with the strategy will be assessed at the upcoming FDA meeting.

7. The GI outcomes study represents a formidable undertaking, involving on the order of 8000 patients with a treatment interval of 6 to 12 months. The time line for initiation of 3Q97 with LPO 1Q99 (based on 6 month data) and a publication or CSR (clinical study report) by 3Q99 is extremely aggressive for such a large study. The plan is to identify an outside research consortium (analogous to the SOF group for FIT used with alendronate) with sufficient investigators, support staff and data handling capabilities. A separate team within MRL will also be needed to monitor the study.

8. The current filing strategy assumes that the FDA will accept one year patient exposure data with two year data to be forthcoming in a Safety Update Report. This runs counter to present FDA guidelines (which require two year exposure in 100-200 patients at filing) but is consistent with the ICH (International Committee on Harmonization) guidelines. Intransigence on the part of the FDA would delay U.S. filing to 2Q99. These issues will be discussed at the upcoming FDA meeting.





Confidential - Subject To Protective Order

MRK-NJ0220431



-45-

MRK-NJ0220432



Confidential - Subject To Protective Order

MRK-NJ0220433



-47-

Confidential - Subject To Protective Order



-48-

Confidential - Subject To Protective Order

MRK-NJ022043





A/D —
Redacted —

-49-

Confidential - Subject To Protective Order

MRK-NJ0220436



Confidential - Subject To Protective Order

MRK-NJ0220437

H.   **LINKAGE TO L-752,860 AND OTHER HIGHLY SELECTIVE COX-2 INHIBITOR COMPOUNDS IN RESEARCH**

1.  **Current Strategy for L-752,860**

The current working strategy is to develop MK-966 and L-752,860 in parallel.    At present L-752,860 should be considered as a back-up to MK-966.   Based on preclinical information, the potential advantages of L-752,860 are:   1) comparable *in vivo* potency with somewhat (4-8 fold) greater COX-2 selectivity, 2) a distinct metabolic profile without evidence for enterohepatic recirculation, 3) evidence of an improved preclinical safety profile.   One potential disadvantage, should it translate into the clinic, is a shorter half-life in the rat (2.2 vs. 17 hours for MK-966) which would suggest a requirement for more frequent dosing *than once daily*.   However, comparable half-lives to MK-966 in the dog and monkey give reason for optimism.   The potential for lower plasma concentrations and systemic exposure, as observed preclinically, with chronic dosing also requires examination in the clinic.

Clinical trials with L-752,860 were initiated March 4, 1996.   The Phase I Basic Medical Plan has been modified, relative to MK-966, to permit accelerated achievement of the Go/No-Go decision to a Phase IIB dose-finding study by 4Q96 (i.e. no pilot analgesia, OA or RA studies).   This strategy is predicated on adequate safety and tolerability in healthy young and elderly volunteers dosed for up to 3-weeks and sufficient preclinical and clinical (ex vivo) biochemical data and pharmacokinetic characterization to choose an appropriate dose range for Phase IIB.   By 4Q96, L-752,860 would thus be approximately 11 months behind MK-966 (given the initiation of Phase IIB 4/96 and Phase III 9/96 for the latter).

There is insufficient information to permit complete definition of the Product Profile for L-752,860 and thereby conceptualize a unique development approach reflecting specific advantages.



-51-

Confidential - Subject To Protective Order

MRK-NJ0220438

2. **What information might impact on plans for the co-development of L-752,860 and MK-966 and when would such information be available?**

The types and timing of the most likely information which would provide distinguishing features between MK-966 and L-752,860 or might affect development are as follows:

a) <u>Preclinical toxicity</u>
Assuming no unforeseen events in chronic toxicity studies, unexpected results from carcinogenicity testing could lead to discontinuation of effort for either MK-966 or L-752,860. Preliminary findings for the carcinogenicity studies are anticipated 2Q98 for MK-966 and 2Q99 for L-752,860.

b) <u>Clinical Safety</u>
Definition of the potential risk:benefit ratio for MK-966 will be more firmly established prior to initiation of the GI outcomes trial (targeted to start 3Q97). This assessment will be based on data from the GI permeability/blood loss studies and the Phase IIB OA study (2Q97). Phase I safety and tolerability for L-752,860 will be available 4Q96.

*Renal Effects*: Should the incidence of apparent adverse renal effects with MK-966 appear substantially greater than L-752,860, all other things being equal, this would constitute a modest advantage for L-752,860. Timing: end of Phase IIB for L-752,860 (4Q97)

*Pharmacokinetics*: The complex pharmacokinetic profile and potential for drug interactions could complicate the development of MK-966 and might be a potential vulnerability in the market place. In addition, the long half-life and unrelieved COX-2 inhibition could play a role in the preclinical GI toxicity observed with MK-966. Timing for preliminary determination of L-752,860 pharmacokinetics: 3-4Q96.

3. **Other COX-2 Inhibitors in Research**
Current plans call for identification of two additional COX-2 selective inhibitors with structural diversity in 1996. One compound, L-783,003 will be reviewed at RMC (T-4/96) as a SAC (safety assessment candidate) and could be ready for initiation of Phase I clinical trials in late 4Q96.

4. **PAC Review**
The commercialization team proposes that a Stage 0 Review (Go/No-Go to Phase IIB) take place for L-752,860 in 4Q96. The Stage 0 review will focus on the continuing development strategy for L-752,860 (back-up/second entry) and request additional resources required to implement Phase II development with L-752,860.



-52-

Confidential - Subject To Protective Order

MRK-NJ0220439

## V.   RESOURCE NEEDS

### *SUMMARY*

The commercialization team is requesting approval for the following resources from the Tactical PAC:

1.   MK-966: 29.5 additional positions in 1996 and an additional $2,755,000 in clinical grants funding.
2.   L-752,860: 9 additional positions in 1996 and an additional $835,000 in clinical grants funding.
3.   MMD Capital: An accurate assessment of capital required for 1996 will not be available until site selection is completed (T2Q96). At that time the drug development sub-team will review the 1996 capital requirements with the DPC.

### A.   MK-966 RESOURCE REQUIREMENTS THROUGH WMA FILING

The estimated resources (manpower, clinical grants and external costs) to support the Phase IIb-III OA, Analgesia and RA programs through 1999 are summarized in Tables 1-2. Estimated resources to support the Phase IIIb (Nabumetone study #2) and Outcomes trials are summarized in Tables 5-6.

Table 1 summarizes the internal MRL resources to support the commercialization strategy for a 4Q98 filing in terms of full-time equivalents (FTEs) by area and annual absorbed costs (i.e. absorbed costs do not include allocation of corporate overhead and exclude corporate and MRL infrastructure allocations).

Table 2 summarizes the total non-FTE costs (including clinical grants) through 1999.



-53-

Confidential - Subject To Protective Order

MRK-NJ0220440

**TABLE 1**
**MK-966 PHASE III FTEs**

| MK-966 (OA, Analgesia, & RA)<br>Excluding Ph IIIb & Outcomes | FULL - TIME EQUIVALENTS | | | | ABSORBED COSTS IN NOMINAL $s ($000) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 1996 | 1997 | 1998 | 1999 |
| TOTAL RESOURCES | 117.39 | 144.54 | 137.23 | 119.60 | $53,075 | $76,891 | $76,053 | $63,587 |
| TOTAL MRL RESOURCES REQUIRED | 117.39 | 144.54 | 137.23 | 119.60 | $40,176 | $59,389 | $57,906 | $49,557 |
| BRIM | 21.60 | 18.45 | 15.55 | 12.35 | $5,442 | $4,845 | $3,930 | $3,163 |
| CARD | 5.51 | 8.27 | 16.10 | 13.55 | $1,991 | $3,020 | $7,143 | $6,551 |
| DRUG METABOLISM | 7.75 | 4.75 | 3.75 | 1.75 | $1,718 | $1,089 | $885 | $427 |
| PROCESS | 14.27 | 12.71 | 12.27 | 7.00 | $3,890 | $3,282 | $3,276 | $2,158 |
| PHARM R&D | 16.25 | 20.75 | 19.25 | 19.25 | $5,178 | $6,835 | $6,550 | $6,788 |
| CLINICAL RESEARCH | 38.97 | 66.61 | 69.81 | 65.70 | $18,918 | $38,658 | $35,984 | $30,474 |
| SAFETY ASSESSMENT | 13.04 | 11.00 | 0.50 | 0.00 | $3,240 | $2,860 | $137 | $0 |

**TABLE 2**
**MK-966 NON-FTE COSTS**

| MK-966 (OA, Analgesia, & RA)<br>Excluding Ph IIIb & Outcomes | FULL - TIME EQUIVALENTS | | | | ABSORBED COSTS IN NOMINAL $s ($000) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 1996 | 1997 | 1998 | 1999 |
| TOTAL NON-FTE COSTS | - | - | - | - | $12,898 | $18,502 | $19,148 | $14,029 |
| CLINICAL GRANTS | - | - | - | - | 10,285 | 15,985 | 14,748 | 12,676 |
| CONTRACT LABOR COSTS | - | - | - | - | 828 | 1,106 | 1,347 | 1,227 |
| COMPARATOR DRUG SUPPLIES | - | - | - | - | 1,500 | 1,186 | 1,000 | - |
| LARGE BULK DRUG COSTS | - | - | - | - | 181 | 30 | - | - |
| FDA USER FEES | - | - | - | - | - | - | - | 126 |
| SCIENTIFIC COLLABORATION | - | - | - | - | 75 | 195 | - | - |
| CHARGES FROM MMD FOR MERCK MARKETED PRODUCTS | - | - | - | - | - | - | 1,053 | - |
| OTHER OUTSIDE SERVICES | - | - | - | - | 30 | - | - | - |

NOTE: 1. The total absorbed costs in Table 1 is the sum of total FTE costs from Table 1 plus non FTE costs from Table 2.

2. <u>BRIM</u> includes the following departments: Epidemiology, Data Coordination, Statistics and Clinical Information Systems.

<u>CARD</u> includes all the associated regulatory departments

<u>Process</u> includes the following departments: Process Research, Analytical Research and Chemical Engineering

<u>Clinical Research</u> includes the following departments: Clinical Pharmacology, Pulmonary/Immunology, Gastrointestinal group, CROPS, and MRAs.

Where applicable, resource assessments were based on the CRISP model. Therefore, the BRIM resources are significantly less than those required for a comparable development program not utilizing CRISP (i.e. WCDS). For example, the Singulair program estimated 27 FTEs for BRIM



-54-

Confidential - Subject To Protective Order

MRK-NJ0220441

in their year before filing vs the MK-966 estimate of 18.45 for the same time in development. This change is indicative of a decreased need for programmers/developers in CIS and a decreased need for data coordination staff. The clinical research estimates are necessary to build a central clinical team that is sized for full development. Additional staffing is required in CROPS taking into consideration their cross-project staffing needs.

B.   **MK-966 RESOURCES NEEDED TO INITIATE PHASE III**

The resource requirements outlined in Tables 1 and 2 above are the total MRL resources required by area if all described program plans outlined in the Product Development Plan are approved. Due to the recent acceleration of this program, additional staff are needed in 1996 over that which was requested in the 1996 Greenbook. The additional staff required in 1996 for MK-966 include 29.5 new FTEs (Table 3). Ideally these new positions should be on board by 3Q96. Additional staff will be required for Clinical Research in 1997 and CARD will require additional staff in 1998. Staffing should remain constant through 1997 for BRIM, CARD, Drug Metabolism, Process and Pharm R&D. Staffing in Safety Assessment should remain constant through 1999.

$2,755,000.00 in additional clinical grants are also required for 1996. Table 4 is a summary of the currently funded and unfunded clinical studies for 1996.



-55-

Confidential - Subject To Protective Order

MRK-NJ0220442

| DEPT. NO. | DEPARTMENT NAME | TABLE 3 MK-966 1996 FTEs | | |
|---|---|---|---|---|
| | | 1996 EST. RESOURCES TOTAL FOR OA/ ANALGESIA/ RA (AS OF 2/96) | 1996 GREENBOOK RESOURCE NOS.* | ADD. RESOURCES REQUIRED FOR 1996 |
| 852 | ANALYTICAL RESEARCH | 3 | 3.25 | 0 |
| 855 | CHEM. ENGINEERING | 6.27 | 12.5 | 0 |
| 851 | PROCESS RESEARCH | 5 | 5 | 0 |
| 883 | GMP COMPLIANCE | 0 | 0 | 1 |
| | TOTAL PROCESS RESEARCH | 14.27 | 20.75 | 1 |
| | | | | |
| 856 | PHARM R&D | 12.5 | 6.3 | 6 |
| 705 | PHARM R&D TECH. SERVCS | 3.75 | 2 | 1 |
| | TOTAL PHARM R&D | 16.25 | 8.3 | 7 |
| | | | | |
| 805 | DRUG METABOLISM I | 3 | 3.7 | 0 |
| 870 | DRUG METABOLISM II | 4.75 | 4.5 | 0 |
| | TOTAL DRUG METABOLISM | 7.75 | 8.2 | 0 |
| | | | | |
| 876/877/884 | SAFETY ASSESSMENT | 13.04 | 13.04 | 0 |
| | TOTAL SAFETY ASSESSMENT | 13.04 | 13.04 | 0 |
| | | | | |
| 835 | CLINICAL PHARMACOLOGY | 1 | 2.4 | 0 |
| 734 | CLINICAL RESEARCH (Immunology) | 14.6 | 3.35 | 5 |
| 831 | CLINICAL RESEARCH (G.I.) | 5.67 | 4.56 | 1 |
| 858 | CROPS | 13.97 | 0.5 | 3 |
| 832 | MRAS | 3.73 | 1.3 | 2 |
| | TOTAL CLINICAL RESEARCH | 38.97 | 12.11 | 11 |
| | | | | |
| 838 | DATA COORDINATION | 0.58 | 0 | 0 |
| 784 | DATA COORDINATION | 4.5 | 0 | 2.5 |
| 784 | BIOSTATISTICS | 5 | 4 | 1 |
| 737 | EPIDEMIOLOGY | 1.35 | 1.05 | 0 |
| 739 | CLINICAL INFO. SYSTEMS | 10.17 | 0 | 7 |
| | TOTAL BRIM | 21.6 | 5.05 | 10.5 |
| | | | | |
| 834 | REG. AFF. LIAISON US & WORLDWIDE REG. COORD. | 0.7 | 1 | 0 |
| 729 | REG. AFF. LIAISON INT'L | 0.5 | 0.27 | 0 |
| 724 | WORLDWIDE REG. OPS. | 1 | 0 | 0 |
| 725 | WORLDWIDE QUALITY ASSURANCE | 1.4 | 4 | 0 |
| 726 | WORLDWIDE PRODUCT SAFETY & EPIDEMIOLOGY | 0.21 | 0 | 0 |
| 728 | WORLDWIDE EDITING & LABELING | 1.7 | 0 | 0 |
| | TOTAL CARD | 5.51 | 5.27 | 0 |
| | | | | |
| | TOTALS | 117.39 | 72.72 | 29.5 |

* ALL RESOURCE NUMBERS REPORTED AS FULL TIME EQUIVALENTS (FTES)

NOTE: Some departments do not require additional manpower in 1996; these needs will be met by current staffing or by shifting resources within the department.



Confidential - Subject To Protective Order

MRK-NJ0220443

TABLE 4
MK-966 CLINICAL GRANTS

## MK-966
### CURRENTLY FUNDED 1996 CLINICAL GRANTS

| STUDY | GRANTS ($000) |
|---|---|
| Pilot OA | 160 |
| Pilot RA | 240 |
| Dental Pain Dose Ranging | 360 |
| OA Dose Ranging | 2,752 |
| OA Dose Ranging Extension | 362 |
| OA Phase III (2 studies) | 1,900 |
| Synovial Fluid | 120 |
| Analgesia Dysmenorrhea | 120 |
| 3mo.OA Endoscopy Studies | 500 |
| Endoscopy Study #1 | 89 |
| Chromium 51 RBC | 179 |
| Sm. Bowel Permeability | 179 |
| *TOTAL CLIN RESEARCH* | 6,961 |
| | |
| Renal I Na+ | 140 |
| Renal II Elderly | 80 |
| Oral Contraceptive | 170 |
| NSAID Comparative PD | 60 |
| Biliary T Tube | 86 |
| Dose Proportionality | 100 |
| Digoxin Interaction | 80 |
| Warfarin Interaction | 80 |
| SD L-755,190 | 120 |
| MD/S&T L-755,190 | 120 |
| MD PK | 75 |
| | |
| *TOTAL CLIN PHARM* | 1,091 |
| TOTAL GRANTS | 8,052 |

## MK-966
### UNFUNDED 1996 CLINICAL GRANTS

| STUDY | GRANTS ($000) |
|---|---|
| Pilot Dysmenorrhea | 130 |
| OA Phase III (2 studies) | 1,100 |
| Phase III Dental Pain | 250 |
| OA Dose Ranging | 202 |
| OA Dose Ranging Extension | 210 |
| | |
| *TOTAL CLIN RESEARCH* | 1892 |
| | |
| Renal I Na+ | 110 |
| Renal II Elderly | 22 |
| NSAID Comparative PD | 15 |
| NSAID Comparator #2 | 80 |
| Cimetidine Interaction | 80 |
| Erythromycin Breath Test | 80 |
| Methotrexate/ Low dose MK-966 | 40 |
| *Prostaglandin levels/ gastric tissue* | 100 |
| Duodenum Pilot Study | 30 |
| SD MK-966 i.v. | 120 |
| Different oral formulation | 178 |
| Renal Insufficiency | 120 |
| Suspension Bioavailability | 55 |
| *TOTAL CLIN PHARM* | 863 |
| TOTAL GRANTS | 2,755 |

-57-

Confidential - Subject To Protective Order

MRK-NJ0220444

Tables 5 and 6 sumarize the resources required for the Phase IIIb trial (Nabumetone Study #2) and the Outcomes trial. The resource estimates for the Outcomes trial are based on the utilization of a consortium/CRO, therefore MRL BRIM/Clinical Research FTE estimates are relatively low and the contract labor costs are estimated to be $18,798,000.

**TABLE 5**
**MK-966 PHASE IIIB**

| MK-966 [ Phase IIIb) | PULL - TIME EQUIVALENTS | | | | | ABSORBED COSTS IN NOMINAL $s ($000) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | | 1996 | 1997 | 1998 | 1999 |
| **TOTAL RESOURCES** | 3.25 | 4.50 | 9.05 | 9.25 | | $864 | $1,337 | $4,250 | $4,326 |
| **TOTAL MRL RESOURCES REQUIRED** | 3.25 | 4.50 | 9.05 | 9.25 | | $864 | $1,234 | $2,608 | $2,814 |
| BRIM | 3.00 | 4.00 | 4.30 | 3.30 | | $806 | $1,113 | $1,181 | $925 |
| CARD | 0.25 | 0.50 | 1.50 | 2.70 | | $58 | $120 | $491 | $920 |
| DRUG METABOLISM | 0.00 | 0.00 | 0.00 | 0.00 | | $0 | $0 | $0 | $0 |
| PROCESS | 0.00 | 0.00 | 0.00 | 0.00 | | $0 | $0 | $0 | $0 |
| PHARM R&D | 0.00 | 0.00 | 0.25 | 0.25 | | $0 | $0 | $88 | $92 |
| CLINICAL RESEARCH | 0.00 | 0.00 | 3.00 | 3.00 | | $0 | $0 | $847 | $878 |
| SAFETY ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | | $0 | $0 | $0 | $0 |
| **TOTAL NON-FTE COSTS** | - | - | - | - | | $0 | $103 | $1,642 | $1,512 |
| CLINICAL GRANTS | - | - | - | - | | - | - | 1,579 | 540 |
| CONTRACT LABOR COSTS | - | - | - | - | | - | - | - | - |
| COMPARATOR DRUG SUPPLIES | - | - | - | - | | - | 103 | 63 | 972 |
| LARGE BULK DRUG COSTS | - | - | - | - | | - | - | - | - |
| FDA USER FEES | - | - | - | - | | - | - | - | - |
| SCIENTIFIC COLLABORATION | - | - | - | - | | - | - | - | - |
| CHARGES FROM MMD FOR MERCK MARKETED PRODUCTS | - | - | - | - | | - | - | - | - |
| OTHER OUTSIDE SERVICES | - | - | - | - | | - | - | - | - |

NOTE: The BRIM 1996 FTEs will be covered by existing staff.

-58-

Confidential - Subject To Protective Order

MRK-NJ0220445

**TABLE 6**
**MK-966 OUTCOMES TRIAL**

| MK-966 (OUTCOMES) | FULL - TIME EQUIVALENTS | | | | ABSORBED COSTS IN NOMINAL $s ($000) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 1996 | 1997 | 1998 | 1999 |
| **TOTAL RESOURCES** | 0.10 | 12.70 | 10.20 | 5.10 | $22 | $20,845 | $23,748 | $5,153 |
| **TOTAL MRL RESOURCES REQUIRED** | 0.10 | 12.70 | 10.20 | 5.10 | $22 | $3,823 | $3,399 | $1,751 |
| BRIM | 0.00 | 4.30 | 4.30 | 0.00 | $0 | $1,096 | $1,135 | $0 |
| CARD | 0.10 | 0.40 | 1.40 | 0.60 | $22 | $216 | $957 | $407 |
| DRUG METABOLISM | 0.00 | 0.00 | 0.00 | 0.00 | $0 | $0 | $0 | $0 |
| PROCESS | 0.00 | 4.00 | 0.00 | 0.00 | $0 | $1,386 | $0 | $0 |
| PHARM R&D | 0.00 | 0.50 | 0.50 | 0.50 | $0 | $171 | $177 | $183 |
| CLINICAL RESEARCH | 0.00 | 3.50 | 4.00 | 4.00 | $0 | $954 | $1,130 | $1,171 |
| SAFETY ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | $0 | $0 | $0 | $0 |
| **TOTAL NON-FTE COSTS** | - | - | - | - | $0 | $17,021 | $20,348 | $3,402 |
| CLINICAL GRANTS | - | - | - | - | - | 10,773 | 7,737 | 3,402 |
| CONTRACT LABOR COSTS | - | - | - | - | - | 6,187 | 12,611 | - |
| COMPARATOR DRUG SUPPLIES | - | - | - | - | - | - | - | - |
| LARGE BULK DRUG COSTS | - | - | - | - | - | 62 | - | - |
| FDA USER FEES | - | - | - | - | - | - | - | - |
| SCIENTIFIC COLLABORATION | - | - | - | - | - | - | - | - |
| CHARGES FROM MMD FOR MERCK MARKETED PRODUCTS | - | - | - | - | - | - | - | - |
| OTHER OUTSIDE SERVICES | - | - | - | - | - | - | - | - |

-59-

Confidential - Subject To Protective Order

MRK-NJ0220448

## C. L-752,860 RESOURCES NEEDED FOR 3Q-4Q96

Tables 7 and 8 summarize the 1996 resources (FTEs and clinical grants respectively) required for the L-752,860 program. A comprehensive summary of resources required through filing for this compound is not yet available (and will be the topic of a separate Stage Review T-4Q96). At the time that resources were estimated for MK-966 and L-752,860 the entire scope of the L-752,860 development program had not been determined. This program will require 9 additional FTEs and an additional $835,000 in clinical grants to carry out the 1996 initiatives. Additional resources will be needed in 1997 to continue an aggressive development schedule.

Confidential - Subject To Protective Order

MRK-NJ0220447

25

| | TABLE 7 | | | |
| | L-752,880 1996 FTEs | | | |
| DEPT. NO. | DEPARTMENT NAME | 1996 EST. RESOURCES (AS OF 2/96)* | 1996 GREENBOOK RESOURCE NOS.* | ADD. RESOURCES REQUIRED FOR 1996 |
|---|---|---|---|---|
| 852 | ANALYTICAL RESEARCH | 2 | 0 | 2 |
| 855 | CHEM. ENGINEERING | 4.95 | 0 | 0 |
| 851 | PROCESS RESEARCH | 3 | 2 | 0 |
| | TOTAL PROCESS RESEARCH | 9.95 | 2 | 2 |
| | | | | |
| 856 | PHARM R&D | 0 | 0 | 0 |
| 705 | PHARM R&D TECH. SERVCS | 1 | 0 | 1 |
| | TOTAL PHARM R&D | 1 | 0 | 1 |
| | | | | |
| 805 | DRUG METABOLISM I | 2 | 1 | 0 |
| 870 | DRUG METABOLISM II | 1.9 | 0 | 2 |
| | TOTAL DRUG METABOLISM | 3.9 | 1 | 2 |
| | | | | |
| 876/877/884 | SAFETY ASSESSMENT | 16.35 | 7 | 0 |
| | TOTAL SAFETY ASSESSMENT | 16.35 | 7 | 0 |
| | | | | |
| 835 | CLINICAL PHARMACOLOGY | 2.25 | 1.5 | 2 |
| 734 | CLINICAL RESEARCH (Immunology) | 2 | 0 | 2 |
| 831 | CLINICAL RESEARCH (G.I.) | 0.45 | 0 | 0 |
| 858 | CROPS | 0 | 0 | 0 |
| 832 | MRAS | 0.37 | 0 | 0 |
| | TOTAL CLINICAL RESEARCH | 5.07 | 1.5 | 4 |
| | | | | |
| 836 | DATA COORDINATION | 0 | 0 | 0 |
| 784 | DATA COORDINATION | 0.5 | 0 | 0 |
| 784 | BIOSTATISTICS | 1.6 | 0 | 0 |
| 737 | EPIDEMIOLOGY | 0 | 0 | 0 |
| 739 | CLINICAL INFO. SYSTEMS | 2.1 | 0 | 0 |
| | TOTAL BRIM | 4.2 | 0 | 0 |
| | | | | |
| 834 | REG. AFF. LIAISON US & WORLDWIDE REG. COORD. | 0.3 | 0 | 0 |
| 729 | REG. AFF. LIAISON INT'L | 0.1 | 0 | 0 |
| 724 | WORLDWIDE REG. OPS. | 0.9 | 0 | 0 |
| 725 | WORLDWIDE QUALITY ASSURANCE | 0.63 | 0 | 0 |
| 726 | WORLDWIDE PRODUCT SAFETY & EPIDEMIOLOGY | 0.05 | 0 | 0 |
| 728 | WORLDWIDE EDITING & LABELING | 0.5 | 0 | 0 |
| | TOTAL CARD | 2.48 | 0 | 0 |
| | | | | |
| | TOTALS | 42.95 | 11.5 | 9 |
| * ALL RESOURCE NUMBERS REPORTED AS FULL TIME EQUIVALENTS (FTES) | | | | |

Confidential - Subject To Protective Order

MRK-NJ0220448

**TABLE 8**
L-752,860 CLINICAL GRANTS

### L-752,860
#### CURRENTLY FUNDED 1996 CLINICAL GRANTS

| STUDY | GRANTS ($000) |
|---|---|
| OA Dose Ranging | 80 |
| Endoscopy | 400 |
| *TOTAL CLIN RESEARCH* | 480 |
| | |
| Single Dose | 120 |
| Multiple Dose | 75 |
| SD Elderly | 80 |
| MD Elderly | 90 |
| *TOTAL CLIN PHARM* | 365 |
| | |
| TOTAL GRANTS | 845 |

### L-752,860
#### UNFUNDED 1996 CLINICAL GRANTS

| STUDY | GRANTS ($000) |
|---|---|
| OA Dose Ranging | 600 |
| | |
| *TOTAL CLIN RESEARCH* | 600 |
| | |
| Dose Proportionality | 85 |
| Oral ADME | 150 |
| | |
| *TOTAL CLIN PHARM* | 235 |
| | |
| TOTAL GRANTS | 835 |

Confidential – Subject To Protective Order

MRK-NJ0220449

## VI. PROFIT POTENTIAL/FINANCIAL PROFORMA WITH LIST OF INPUT ASSUMPTIONS

## FINANCIAL EVALUATION OF MK-966

The following section will outline the financial evaluation and analysis of MK-966 in terms of program investment, net present value (NPV), technical and commercial risk and the financial impact of a second to market scenario.

### Assumptions

The following are the major assumptions used in the financial evaluation of MK-966:

- Sales forecasts and development costs are excluded for Japan as they are based on a previous set of assumptions. Both the sales forecast and development costs are in the process of being updated to reflect the current set of assumptions contained in the PDP.

- MK-966 receives labeling as a new class of analgesic and anti-inflammatory therapy *(See Sections IV C through E)*

- Sales forecasts are based on the most likely product profile at filing and also assume the successful completion of the outcomes research and Phase IIIb studies *(See Section IV A)*

- Sales forecasts had a +15% upside and a -45% downside in the US and a +10% upside and a -50% downside in International markets (ex Canada). *(See Section III G)*

- The dose range for MK-966 is assumed to be from 25-100 mg with a most likely dose of 50 mg.

- Average product gross margin (PGM) is expected to be 94% based on product cost and net sales (constant sales adjusted for the impact of pricing and discounts/rebates) across the product life cycle.

- The price per day in 1996$'s is assumed to be $2.00 per day in the US and an average of $1.25 in countries throughout Europe, the MIR region, and in Canada. *(See Section III F)*

- At launch, the bulk cost and formulation and packaging per kilogram (in 1996$'s) is assumed to be $500/kg and $1,000/kg, respectively. By year three, bulk cost is estimated to be $250/kg due to higher volumes.

- The first three years of direct selling, promotion and general administration expenses were held constant at a fixed level between first and second to market scenarios.



-63-

Confidential - Subject To Protective Order

MRK-NJ022045C

## Program Investment

The total cumulative pre-launch program investment necessary to launch MK-966 as proposed in the PDP is estimated to be $469MM on a nominal, pre-tax basis. This is comprised of development expenses of $330MM on an MRL absorbed basis, preliminary capital expenditures of $106MM, pre-launch promotion expense of $28MM and start-up costs of $5MM. The above investments are shown in the graph below:

### *Total Cumulative Pre-Launch Investments*



## Net Present Value (NPV)

The net present value of MK-966 was calculated based on estimates of the pre-launch program investments calculated above versus the value of the expected commercial cash flows to be received after product launch. The mean NPV's resulting from a Monte Carlo analysis of the data inputs and assumptions received from Marketing, MMD and MRL (See Assumptions) indicate that in the base case scenario of MK-966 first to market, the mean NPV is expected to be $889MM with a standard deviation of $455MM assuming a 100% probability of technical success (POS). In the event that MK-966 is second to market, however, the mean NPV is expected to be $278MM with a standard deviation of $243MM at a 100% POS. Thus, the value of MK-966 being first to market versus second to market is $611MM.

The above NPV's consist of two components -- the net present cost (NPC) of program pre-launch investments and the present value of subsequent marketing cash flow returns. Program investment consists of development costs, capital expenditures, promotional expenditures and start-up costs required to launch MK-966. Marketing cash flows represent those cash flows that occur post-launch and are derived from the expected net sales for MK-966 less product cost, all expenses, taxes, working capital, PP&E (property, plant and equipment), and adjustments for non-cash items. Both the program pre-launch investment and the marketing cash flows are on an after-tax basis and are discounted back at the company's cost of capital (13%). The following table summarizes the program investment and marketing return by market entry scenario:

Confidential - Subject To Protective Order          MRK-NJ022045

| Scenario | Total Mean NPV | Standard Deviation | Total NPV (In $MM) | |
|---|---|---|---|---|
| | | | Program Investment | Marketing Cash Flows |
| First To Market | $889 | 455 | (203) | 1092 |
| Second To Market | $278 | 243 | (203) | 481 |
| Value of First to Market | $611 | -- | -- | 611 |

From the Monte Carlo analysis, the probability of achieving an NPV can be calculated. The following graph shows the probability of a given NPV for both a first to market and second to market scenario:



MK-966- NPV Range of Outcomes By Market Entry

## Technical and Commercial Risk

The following table looks at the risks associated with MK-966 from both a technical and commercial perspective. The technical probability of success (POS) estimates the probability of successfully developing MK-966 while the commercial risk measures the variability and magnitude of commercial returns. This variability, which is derived from Monte Carlo simulation, is analyzed by looking at the 90% confidence level (a 90% probability that the NPV is greater than or equal to) and the 10% confidence level (a 10% probability that the NPV is greater than or equal to) relative to the mean NPV.



-65-

Confidential - Subject To Protective Order                    MRK-NJ0220452

| Scenario | Mean NPV[1] | Technical Risk[2] | Commercial Risk | | |
|---|---|---|---|---|---|
| | | | 90%[3] | 10%[4] | Break-Even[5] |
| First To Market | $889 | 80% | 297 | 1512 | 98% |
| Second To Market | $278 | 80% | (44) | 615 | 86% |

(1) NPV at 100% Probability of Technical Success
(2) Technical Probability of Success (POS)
(3) 90% probability that the NPV is greater than or equal to
(4) 10% probability that the NPV is greater than or equal to
(5) Probability of NPV equal to zero

The technical risk for MK-966 is estimated to be 80% (versus 70% per 9/13/95 RMC vote) based on the results of the Phase IIa studies and indicates relatively high technical certainty at this stage of development. Incorporating this technical risk into the mean NPV at 100% POS yields a technical risk-adjusted NPV of $657MM in the first to market scenario and $175MM in a second to market scenario. The commercial risk table along with the above NPV graph clearly demonstrates the importance of first to market as a means of optimizing the market potential of MK-966. Specifically, a first to market scenario virtually assures an NPV break-even and an estimated $297MM NPV at the 90% confidence level. Furthermore, as the NPV's move from the 90% level to the 10% confidence level being first to market offers an increasingly greater NPV upside ($1,512MM versus $615MM) relative to a second to market scenario.

<u>Conclusions</u>

Based on the above financial evaluations and the given assumptions, the base case valuation for MK-966 is expected to be $889MM assuming the product is first to market. In a second to market scenario, the valuation falls to $278MM, implying a significant value ($611MM) to being first to market. The Monte Carlo analysis for MK-966 confirms the importance of first to market as a means of optimizing market potential and lowering commercial risk.



Confidential - Subject To Protective Order

MRK-NJ0220453

Appendix 1: Membership of the commercialization subteam.


## APPENDIX 1

COX-2 COMMERCIALIZATION SUBTEAM MEMBERSHIP

| MEMBER DIVISION | DEPARTMENT | |
|---|---|---|
| MR. MARVIN ENG | MRL FINANCIAL SERVICES | FINANCE/CORPORATE |
| DR. ELLIOT EHRICH | CLINICAL RESEARCH | MRL |
| DR. ANTHONY FORD-HUTCHINSON | BASIC RESEARCH (MERCK FROSST) | MRL |
| DR. BETH FRIEDMAN | CLINICAL RESEARCH | MRL |
| DR. BARRY GERTZ | CLINICAL PHARMACOLOGY | MRL |
| DR. BRUNO HANCOCK | PHARM R&D (MERCK FROSST) | MRL |
| DR. SCOTT LAIRD | PROCUREMENT | MMD |
| MR. JAMES MCINTYRE | NEW PRODUCTS PLANNING | WHHM |
| MS. MAUREEN MCNAMARA | PROJECT PLANNING & MANAGEMENT | MRL |
| DR. ROBERT SILVERMAN | REGULATORY | MRL |
| MS. PHYLLIS STONE | NEW PRODUCTS PLANNING | WHHM |
| DR. DOUGLAS WATSON | EPIDEMIOLOGY | MRL |



Confidential - Subject To Protective Order

MRK-NJ0220454