UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 20 2006
LORETTA G. WHYTE
CLERK

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-2646

ORLANDO HERNANDEZ,
          Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., CORINNE V.
COLLINS SANTORO, LARRY LABRADOR,
ORLANDO LOLO, MARK S. GALLO,
CONSTANCE HARDING, SHANNON LAYTON,
WAYNE MESSAM, LEIGH ROSENTHAL,
KRISTIN C. SOSINSKI ENSLEY, CAREN L.
TASCH, MARYBETH TAYLOR and
JOHN J. GALEOTA, JR.,

          Defendants.
_____Defendants._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ORLANDO HERNANDEZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, CORINNE V. COLLINS SANTORO, on February 23, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 17th day of July, 2006.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

By: _____
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# SHERIFF'S RETURN OF SERVICE — MIAMI-DADE COUNTY, FL

| SERVICE NUMBER | TO BE SERVED | | ALIAS/PLURIES |
|---|---|---|---|
| 1414934 | SANFORD    CORINNE    N COLLINS | | |
| REFER TO SERVICE NUMBER ABOVE WHEN FILING AS ALIAS OR PLURIES | 9161 MALAGA AVE | | TRANSACTION # |
| ☐ RETURN DATA CHANGE | MIA    FL 33133 | | 040951 |
| COURT CASE NUMBER | PLAINTIFF | | DATE |
| 04-2444-CA-04 | HERNANDZ    ORLANDO | | 02/21/2006 |
| COURT | WRIT TYPE | DEFENDANT | DEPOSIT |
| CIRCUIT | SUMM | MERCK & CO INC | NONE |
| COURT DATE | POSSESSION MAILED | MAIL RETURN TO | FEES |
| | | BRENDA FULMER P O BOX 3127 TAMPA    FL  33601 | 02- 26.00 02- 0.00 04- 0.00 |
| ZONE 65 | SERVICES 01 | | PHONE NUMBER 000-0000000 |
| RETURN DISBURSEMENT NUMBER RD - / - RECEIPT # | CO-DEFENDANT (IF ANY) | | TOT-CHECK 26.00 0500227 |

## SERVICE INFORMATION
### ALL ACTIONS PERFORMED IN ACCORD WITH APPLICABLE FLORIDA STATE STATUTES

☒ **SERVED** — SERVICE DETAILS

☒ INDIVIDUAL SERVICE ON "TO BE SERVED"  ☐ EXECUTED PER INSTRUCTIONS  ☐ OTHER: See Comments

☐ SUBSTITUTE SERVICE: (Served On A Person Residing Therein of Age 15 Years or Older) NAME _____ RELATIONSHIP TO "TO BE SERVED" _____

☐ CORPORATE SERVICE: (As Defined In F.S. 48.081 and F.S. 48.091) NAME _____ POSITION _____

POSTED: ☐ RESIDENTIAL  ☐ COMMERCIAL  AT: _____ ADDRESS _____
Posted After Following Prior Personal Service Attempts:
1. ___ DATE ___ TIME am/pm CIRCLE    2. ___ DATE ___ TIME am/pm CIRCLE

POSS'N: 24 HOUR NOTICE POSTED: By ___ PRINT NAME ___ COURT ID# ___ on ___ DATE ___ TIME am/pm CIRCLE ☐R ☐C
☐ PLACED IN POSSESSION: ___ NAME ___ CONTACT #

☒ **NO SERVICE** — NO SERVICE DETAILS

☐ UNABLE TO LOCATE "TO BE SERVED" AND DOCUMENT COULD NOT LAWFULLY BE SERVED IN ANOTHER MANNER
☐ "TO BE SERVED" NOT AT GIVEN ADDRESS
☐ NO SERVICE PER DIRECTIONS OF PLAINTIFF/REPRESENTATIVE  NAME: _____  CONTACT #: _____
☐ BANKRUPTCY
☐ ASSETS NOT FOUND
☐ PARTY PAYING DIRECT PER ABOVE NAMED PLAINTIFF/REPRESENTATIVE
☐ NO LONGER IN BUSINESS
☐ FULLY SATISFIED
☐ OTHER: See Comments    ATTEMPTS _____

## COMMENTS

## RETURN

On  2-23-06  at  455  am/pm (circle)
DATE          TIME    CIRCLE

Carlos Alvarez, Director and Metropolitan Sheriff
Miami-Dade County, Florida

By _____ PRINT NAME _____ SIGNATURE _____ 4187 COURT ID#
☐ Deputy Sheriff  ☒ Court Support Specialist    Voice: (305) 375-5100
140 West Flagler Street, Suite 801, Miami, Florida 33130-1564    Fax: (305) 375-5517

### NOTARIZATION OF SERVER'S SIGNATURE (BY SPECIFIC REQUEST AND FEE ONLY)
☐ IDENTIFICATION PRODUCED (Specify Below) _____
☐ PERSONALLY KNOWN
SWORN TO BEFORE ME ON _____
SIGNATURE _____

ORIGINAL-CLERK OF THE COURT    YELLOW-PLAINTIFF/REPRESENTATIVE