UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

ORLANDO HERNANDEZ,
        Plaintiff,
vs.

Civil Action No. 06-cv-2646

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., CORINNE V.
COLLINS SANTORO, LARRY LABRADOR,
ORLANDO LOLO, MARK S. GALLO,
CONSTANCE HARDING, SHANNON LAYTON,
WAYNE MESSAM, LEIGH ROSENTHAL,
KRISTIN C. SOSINSKI ENSLEY, CAREN L.
TASCH, MARYBETH TAYLOR and
JOHN J. GALEOTA, JR.,

    Defendants.
_____Defendants._____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, ORLANDO HERNANDEZ, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, ORLANDO LOLO, on March 7, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 11th day of July, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 20 2006
LORETTA G. WHYTE
CLERK

By: *[signature: Brenda Fulmer]*
BRENDA S. FULMER, Esq. (FBN: 999891)
C. TODD ALLEY, Esq. (FBN: 321788)
JAMES D. CLARK, Esq. (FBN: 191311)
DON GREIWE, Esq. (FBN: 218911)
AMY D. PREVATT, Esq. (FBN: 13858)
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
*Email: Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
*Email: pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
*Email: Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
*Email: SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
*Email: blitten@ssd.com*
*Email: plowry@ssd.com*
*Email: jbmurray@ssd.com*
*Email: dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
*Email: VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# SHERIFF'S RETURN OF SERVICE — MIAMI-DADE COUNTY, FL

| SERVICE NUMBER | TO BE SERVED | ALIAS/PLURIES |
|---|---|---|
| [illegible] / 6 | LOLO ORLANDO | |
| REFER TO SERVICE NUMBER ABOVE WHEN FILING AS ALIAS OR PLURIES | [address illegible] SW [illegible] ST | TRANSACTION # |
| ☒ RETURN DATA CHANGE | MIA FL 33177 | [illegible] |
| COURT CASE NUMBER | PLAINTIFF | DATE 2/22 |
| 06-2444-CA-01 | HERNANDEZ ORLANDO | 02/21/2006 |
| COURT | WRIT TYPE | DEFENDANT | DEPOSIT |
| CIRCUIT | SUMM | MERCK & CO INC | NONE |
| COURT DATE | POSSESSION MAILED | MAIL RETURN TO | FEES |
| | | BRENDA FULMER | |
| ZONE | SERVICES | PO BOX 3127 | |
| 62/0 | 01 | TAMPA FL 33601 | |
| | | PHONE NUMBER 000-0000000 | TOT-CHECK |
| RETURN DISBURSEMENT NUMBER | CO-DEFENDANT (IF ANY) | |
| RD- / - | | |

## SERVICE INFORMATION

**ALL ACTIONS PERFORMED IN ACCORD WITH APPLICABLE FLORIDA STATE STATUTES**

☒ SERVED

☐ INDIVIDUAL SERVICE ON "TO BE SERVED"   ☐ EXECUTED PER INSTRUCTIONS   ☐ OTHER: See Comments

☒ SUBSTITUTE SERVICE: (Served On A Person Residing Therein of Age 15 Years or Older)   NAME: Lillian LoLo   RELATIONSHIP TO "TO BE SERVED": Wife

☐ CORPORATE SERVICE: (As Defined in F.S. 48.081 and F.S. 48.091)   NAME: _____   POSITION: _____

☐ RESIDENTIAL   ☐ COMMERCIAL   AT: _____   ADDRESS: _____
Posted After Following Prior Personal Service Attempts:
1. ___DATE___ ___TIME___ am/pm   2. ___DATE___ ___TIME___ am/pm

24 HOUR NOTICE POSTED: By ___PRINT NAME___ ___COURT ID#___ on ___DATE___ ___TIME___ am/pm

☐ PLACED IN POSSESSION: ___NAME___ ___CONTACT #___

☐ UNABLE TO LOCATE "TO BE SERVED" AND DOCUMENT COULD NOT LAWFULLY BE SERVED IN ANOTHER MANNER
☐ "TO BE SERVED" NOT AT GIVEN ADDRESS
☐ NO SERVICE PER DIRECTIONS OF PLAINTIFF/REPRESENTATIVE   NAME: _____   CONTACT #: _____
☐ BANKRUPTCY   ☐ ASSETS NOT FOUND   ☐ PARTY PAYING DIRECT PER ABOVE NAMED PLAINTIFF/REPRESENTATIVE
☐ NO LONGER IN BUSINESS   ☐ FULLY SATISFIED   ☐ OTHER: See Comments   ATTEMPTS ____

## COMMENTS

## RETURN

On __3/7/06__ at __638__ am/pm

Carlos Alvarez, Director and Metropolitan Sheriff
Miami-Dade County, Florida

By ___PRINT NAME___ ___SIGNATURE___ COURT ID# __1819__

☐ Deputy Sheriff   ☒ Court Support Specialist   Voice: (305) 375-5100
140 West Flagler Street, Suite 801, Miami, Florida 33130-1564   Fax: (305) 375-5517

### NOTARIZATION OF SERVER'S SIGNATURE
(BY SPECIFIC REQUEST AND FEE ONLY)

☐ IDENTIFICATION PRODUCED (Specify Below)

☐ PERSONALLY KNOWN

SWORN TO BEFORE ME ON _____

SIGNATURE _____

ORIGINAL-CLERK OF THE COURT   YELLOW-PLAINTIFF/REPRESENTATIVE