UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 1657 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO *Gary Grizzell v. Merck & Co., Inc.,* No. 2:06-cv-00725-EEF-DEK, previously filed as 4:05-cv-04170, S.D. Ill. | * <br> * <br> * <br> * | Judge Fallon <br> Magistrate Judge Knowles |

*****************************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE AS COUNSEL

Pursuant to Local Rule 83.2.11, Charles E. Schmidt of the law firm of Brandon, Schmidt & Goffinet and David A. Dick of the law firm of Thompson Coburn LLP respectfully request this Court for an order granting Mr. Schmidt's motion to withdraw and substituting Mr. Dick as counsel for Stotlar Drug Company d/b/a Stotlar Drug Stores in *Gary Grizzell v. Merck & Co., Inc. et al.,* No. 2:06-cv-00725-EEF-DEK which is part of MDL 1657. In support of their motion, counsel state:

1. Stotlar Drug Company d/b/a Stotlar Drug Stores has informed Charles E. Schmidt that it has obtained other counsel, specifically, David A. Dick of the law firm Thompson Coburn LLP to represent it in the above-referenced matter.

2. David A. Dick is an attorney in good standing and licensed to practice in the United States District Court for the Southern District of Illinois, the jurisdiction where this matter was originally filed.

3390059

3.  Stotlar Drug Company d/b/a Stotlar Drug Stores has been notified of all deadlines and pending court appearances.

WHEREFORE, Charles E. Schmidt of the law firm of Brandon, Schmidt & Goffinet and David A. Dick of the law firm of Thompson Coburn LLP respectfully request that the Court enter an order permitting Mr. Schmidt to withdraw from this matter and allowing Mr. Dick to enter an appearance on behalf of Defendant Stotlar Drug Company d/b/a Stotlar Drug Stores, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

BRANDON, SCHMIDT & GOFFINET

By: _____
Charles E. Schmidt, #2490943
916 West Main Street
P.O. Box 3898
Carbondale, Illinois 62901-3898
(618) 549-0777  Telephone

Attorney for Defendant Stotlar Drug Company
d/b/a Stotlar Drug Stores

and

THOMPSON COBURN LLP

By: _____
David A. Dick, E.D. Mo. #65275
One US Bank Plaza
St. Louis, MO 63101
314-552-6000 Telephone
314-552-7000 Facsimile

Attorney for Defendant Stotlar Drug Company
d/b/a Stotlar Drug Stores

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of July, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Email: rherman@hhkc.com
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130
Email: pwittmann@stonepigman.com
*Liaison Counsel for Defendants*