A CERTIFIED TRUE COPY

JUL 21 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 24 AM 10: 23

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-56)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the Panel's order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 06-476~~ | ~~Rosemary Leverett, etc. v. Merck & Co., Inc., et al.~~ Opposed 7/18/06 | |
| **ALABAMA NORTHERN** | | |
| ALN 2 06-1180 | Clinton Gene Kelley v. Merck & Co., Inc. | 06-3863 |
| **ARIZONA** | | |
| ~~AZ 2 06-1469~~ | ~~Sultan Rahim Strong, etc. v. Merck & Co., Inc., et al.~~ Opposed 7/19/06 | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-3379 | Ann A Baumgartner, et al. v. Merck & Co., Inc. | 06-3864 |
| CAC 2 06-3380 | Stephen R. Bajon, et al. v. Merck & Co., Inc. | 06-3865 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-1294 | Michael Neaderhiser v. Merck & Co., Inc., et al. | 06-3866 |
| CAE 2 06-1313 | Lino Laolagi, et al. v. Merck & Co., Inc. | 06-3867 |
| **FLORIDA MIDDLE** | | |
| FLM 3 06-510 | Mary Kilis, etc. v. Merck & Co., Inc. | 06-3868 |
| FLM 3 06-529 | Janis Roberts v. Merck & Co., Inc. | 06-3869 |
| FLM 3 06-550 | James Mollenhour v. Merck & Co., Inc., et al. | 06-3870 |
| FLM 8 06-1064 | Kada Kahric v. Merck & Co., Inc. | 06-3871 |
| FLM 8 06-1115 | Fay Virginia Perttunen, etc. v. Merck & Co., Inc. | 06-3872 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-60849 | Gloria Lopez v. Merck & Co., Inc. | 06-3873 |
| FLS 1 06-21425 | Nellie Granger, etc. v. Merck & Co., Inc. | 06-3874 |
| FLS 1 06-21470 | Beatrice Tinsley v. Merck & Co., Inc. | 06-3875 |
| ~~FLS 9 06-80545~~ | ~~Milton Elliot v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-1428 | Mary Louise Gollus v. Merck & Co., Inc. | 06-3876 |
| **IDAHO** | | |
| ID 1 06-230 | June Joos, et al. v. Merck & Co., Inc. | 06-3877 |
| ID 2 06-225 | Mary Ann Pierce v. Merck & Co., Inc. | 06-3878 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-430~~ | ~~Coy Nunn, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| ~~ILS 3 06-462~~ | ~~Ruthie Young, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| ILS 3 06-463 | Jeanne Haefner v. Merck & Co., Inc. | 06-3879 |
| ~~ILS 3 06-465~~ | ~~Demetrius Hardaway, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **INDIANA SOUTHERN** | | |
| INS 1 06-842 | Virginia Rexroat, et al. v. Merck & Co., Inc. | **06-3880** |
| **KANSAS** | | |
| KS 2 06-2233 | David Christie v. Merck & Co., Inc. | **06-3881** |
| **KENTUCKY EASTERN** | | |
| KYE 0 06-96 | Anna Louise Curls v. Merck & Co., Inc. | **06-3882** |
| **LOUISIANA WESTERN** | | |
| LAW 5 06-1003 | Randy Brazzel v. Merck & Co., Inc. | **06-3883** |
| **MARYLAND** | | |
| MD 1 06-1575 | Guy E. Gaston v. Merck & Co., Inc. | **06-3884** |
| MD 1 06-1578 | Charles N. Burgess, et al. v. Merck & Co., Inc. | **06-3885** |
| **MINNESOTA** | | |
| MN 0 06-2378 | James R. Topp, Jr., et al. v. Merck & Co., Inc. | **06-3886** |
| MN 0 06-2449 | John V. Crimmins v. Merck & Co., Inc. | **06-3887** |
| MN 0 06-2450 | Ronald E. Hill v. Merck & Co., Inc. | **06-3888** |
| MN 0 06-2451 | Donald E. Tremblay v. Merck & Co., Inc. | **06-3889** |
| MN 0 06-2452 | Peter F. Bruers v. Merck & Co., Inc. | **06-3890** |
| MN 0 06-2453 | Marc A. Patnode v. Merck & Co., Inc. | **06-3891** |
| MN 0 06-2454 | Hugh W. Bernhardt v. Merck & Co., Inc. | **06-3892** |
| MN 0 06-2455 | Ronald Skube v. Merck & Co., Inc. | **06-3893** |
| MN 0 06-2457 | Peter Vondrak v. Merck & Co., Inc. | **06-3894** |
| MN 0 06-2499 | Judith Kinney, et al. v. Merck & Co., Inc. | **06-3895** |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 06-593 | Annie W. McDonald, etc. v. Merck & Co., Inc. | **06-3896** |
| **NEBRASKA** | | |
| NE 4 06-3140 | Margie H. Gibbs, et al. v. Merck & Co., Inc. | **06-3897** |
| **NEW YORK EASTERN** | | |
| NYE 1 06-2919 | Harvey Kleinstein, et al. v. Merck & Co., Inc. | **06-3898** |
| **NEW YORK NORTHERN** | | |
| NYN 5 06-668 | Yolanda C. Fero, etc. v. Merck & Co., Inc., et al. | **06-3899** |
| NYN 6 06-666 | Paula Werner-Vecellio, et al. v. Merck & Co., Inc., et al. | **06-3900** |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-4430 | Margarita Segui v. Merck & Co., Inc. | **06-3901** |
| **NEW YORK WESTERN** | | |
| NYW 6 06-6289 | William L. Matthews, etc. v. Merck & Co., Inc., et al. | **06-3902** |
| **OHIO NORTHERN** | | |
| OHN 1 06-1466 | Sandra Burnett, et al. v. Merck & Co., Inc., et al. | **06-3903** |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-623 | Marjorie Murphy, et al. v. Merck & Co., Inc. | **06-3904** |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-2532 | J. Mary Basanta v. Merck & Co., Inc. | 06-3905 |
| PAE 2 06-2546 | Joan M. Kelly, et al. v. Merck & Co., Inc., et al. | 06-3906 |
| PAE 2 06-2547 | George Boyd, et al. v. Merck & Co., Inc., et al. | 06-3907 |
| PAE 2 06-2548 | Martha Tanner, et al. v. Merck & Co., Inc., et al. | 06-3908 |
| PAE 2 06-2549 | Jeffrey Klimmek, et al. v. Merck & Co., Inc., et al. | 06-3909 |
| PAE 2 06-2550 | Jessie Powers v. Merck & Co., Inc., et al. | 06-3910 |
| PAE 2 06-2551 | Richard F. McLaughlin, et al. v. Merck & Co., Inc., et al. | 06-3911 |
| PAE 2 06-2552 | John Dyminski, et al. v. Merck & Co., Inc., et al. | 06-3912 |
| PAE 2 06-2553 | Caridad Castillo, et al. v. Merck & Co., Inc., et al. | 06-3913 |
| PAE 2 06-2606 | Donald Scheirer, et al. v. Merck & Co., Inc. | 06-3914 |
| PAE 2 06-2622 | Murray Bidner, et al. v. Merck & Co., Inc., et al. | 06-3915 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 06-740 | Carol Gault, et al. v. Merck & Co., Inc. | 06-3916 |
| PAW 2 06-791 | Sherrie A. MacKinney v. Merck & Co., Inc. | 06-3917 |
| PAW 2 06-809 | Thomas Conner v. Merck & Co., Inc. | 06-3918 |
| **TEXAS EASTERN** | | |
| TXE 5 06-120 | Richard Glen Gunnels v. Merck & Co., Inc. | 06-3919 |
| TXE 9 06-120 | Sara Best, et al v. Merck & Co., Inc. | 06-3920 |
| **TEXAS WESTERN** | | |
| TXW 1 06-414 | Marie D. Garnett, et al. v. Merck & Co., Inc. | 06-3921 |
| TXW 3 06-196 | Stuart Lee Neff v. Merck & Co., Inc. | 06-3922 |
| **UTAH** | | |
| UT 2 06-454 | C. Gordon Linnett v. Merck & Co., Inc. | 06-3923 |
| UT 2 06-493 | Ellen Burlison, etc. v. Merck & Co., Inc. | 06-3924 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-841 | Jeanette Stroschein, etc. v. Merck & Co., Inc. | 06-3925 |

# INVOLVED COUNSEL LIST (CTO-56)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Dawn Marie Bergin
Lewis & Roca, LLP
40 N. Central Ave.
Phoenix, AZ 85004-4429

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Dana A. Blanton
Reed Smith, LLP
1999 Harrison Street
P.O. Box 2084
Oakland, CA 94604-2084

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue, 10th Floor
Two Leadership Square
Oklahoma City, OK 73102

Evan D. Buxner
Walther Glenn Law Associates
10 South Brentwood Boulevard
Suite 102
St. Louis, MO 63105-1694

Christopher M. Cannon
Fazio, Dawson, Disalvo,
Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Charles A. Childers
Childers Buck & Schlueter
260 Peachtree Street, Suite 1601
Atlanta, GA 30303

Lee C. Christie
Cline, Farrell, Christie, Lee & Caress
951 North Delaware Street
Indianapolis, IN 46202

Walter F. Clawson
Overdyke & Clawson
400 Travis Street, Suite 908
Shreveport, LA 71101

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196

Christopher A. Dawson
Hensley Law Office
1813 Argillite Rd.
P.O. Box 1004
Flatwoods, KY 41139-1004

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Tad D. Draper
Braunberger, Boud & Draper, P.C.
765 E. 9000 S.
Sandy, UT 84094

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

John E. Duda
Law Office of John E. Duda
BP Tower
200 Public Square
Suite 2940
Cleveland, OH 44114

Donald S. Edgar
Donald S. Edgar Law Office
408 College Avenue
Santa Rosa, CA 95401

Eddie Easa Farah
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202

Megan Faust-Craig
Specter Specter Evans & Manogue, P.C.
Koppers Building, 26th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

William B. Federman
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

E. Ben Franks
Law Offices of E. Ben Franks
8 Woodmont Crossing
Texarkana, TX 75503

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward T. Garza
Garza & Chavez
507 East Front Street
P.O. Box 3529
Midland, TX 79701

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Ralph L. Gonzalez
Yerrid Law Firm
101 East Kennedy Blvd., Suite 2160
Tampa, FL 33602

Stephen M. Gracey
Frost, Brown & Todd, L.LC.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street, Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William W. Hurst
Mitchell, Hurst, Jacobs & Dick
The Stevens-Coffman Building
152 East Washington Street
Indianapolis, IN 46204

William Thomas Jacks
Jacks Law Firm
111 Congress Ave., Suite 1010
Austin, TX 78701-4073

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin, LLC
4700 Mexican Road
St. Peters, MO 63376

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Nancy A. Mismash
Robert J. Derby & Associates
4252 South 700 East
Salt Lake City, UT 84107

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Ira C. Podlofsky
Podlofsky, Orange, Kitt & Kolenovsky
98 Cutter Mill Road, Suite 299 North
Great Neck, NY 11021

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Troy Alan Rafferty
Levin Papantonio Thomas, et al.
316 S Baylen St., Suite 600
Pensacola, FL 32502

Kevin M. Sadler
Baker Botts LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4039

T. Evan Schaeffer
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

William C. Schwartz
Lipsitz, Nassau, Schwartz & Leckman
1100 Fifth Avenue
Pittsburgh, PA 15219

Eldon Daine Sharpe
E. Daine Sharpe, PC
134 North Broadnax Street
Dadeville, AL 36853

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 West Washington Street
Boise, ID 83702

Louie Lee Sims, Jr.
L. Lee Sims, PC
126 North Broadnax Street
Dadeville, AL 36853

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Craig Stephan
P.O. Box 5293
Scottsdale, AZ 85261-5293

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
234 Commerce Street
Montgomery, AL 38104

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue\, Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 50
Philadelphia, PA 19106

James L. Weisman
Weismann, Goldman, Bowen & Gross
310 Grant Street
Grant Bldg., Suite 420
Pittsburgh, PA 15219

Kent M. Williams
Giebel, Gilbert, Williams & Kohl
2233 North Hamlin Avenue, Suite 620
St. Paul, MN 55113

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Louis Buddy Yosha
Law Offices of Buddy Yosha
3500 West DePauw Blvd., Suite 2015
Indianapolis, IN 46268-1137

# INVOLVED JUDGES LIST (CTO-56)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. Ann Aldrich
Senior U.S. District Judge
17B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1839

Hon. David Briones
U.S. District Judge
U.S. Courthouse
511 E. San Antonio Street
El Paso, TX 79901-2401

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

~~Hon. Earl H. Carroll~~
~~Senior U.S. District Judge~~
~~U.S. Courthouse~~
~~401 West Washington St., SPC 48~~
~~Phoenix, AZ 85003~~

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
& U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Clarence Cooper
U.S. District Judge
1701 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

~~Hon. J. Phil Gilbert~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~301 West Main Street~~
~~Benton, IL 62812-1362~~

Hon. James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Alan S. Gold
U.S. District Judge
1017 Federal Courthouse Square
301 N. Miami Avenue
Miami, FL 33128

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr.
U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, LA 71101

Hon. Paul C. Huck
U.S. District Judge
1067 James Lawrence King Federal
Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33132

Hon. David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal
Building
100 State Street
Rochester, NY 14614-1324

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~255 Melvin Price Federal Building~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Dan M. Russell, Jr.
Senior U.S. District Judge
U.S. District Court
614 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. David Sam
Senior U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Arthur J. Schwab
U.S. District Judge
7280 United States Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Hon. Myron H. Thompson~~
~~U.S. District Judge~~
~~P.O. Box 235~~
~~Montgomery, AL 36101-0235~~

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. James D. Whittemore
U.S. District Judge
223 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Henry R. Wilhoit, Jr.
Senior U.S. District Judge
320 Federal Building
1405 Greenup Avenue
Ashland, KY 41101

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building &
U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

~~Hon. William J. Zloch~~
~~Chief Judge, U.S. District Court~~
~~202B United States Courthouse~~
~~299 East Broward Boulevard~~
~~Fort Lauderdale, FL 33332~~

# INVOLVED CLERKS LIST (CTO-56)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street,
Boise, ID 83724

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Federal Courthouse
104 N. 3rd St.
Lufkin, TX 75901

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & P.O. Bldg.
500 North State Line Avenue
Texarkana, TX 75501

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence K. Baerman, Clerk
Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13501

Leslie G. Whitmer, Clerk
Federal Bldg., 3rd Floor
1405 Greenup Avenue
Ashland, KY 41101

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

~~Richard H. Weare, Clerk~~
~~130 Sandra Day O'Connor U.S. Courthouse, SPC 1~~
~~401 West Washington Street~~
~~Phoenix, AZ 85003-2118~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
350 U.S. Courthouse
511 East San Antonio Street
El Paso, TX 79901-2401

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 21, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-56)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 5, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A