# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| **IN RE: VIOXX** | **MDL NO.: 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION: L** |
| **This document relates to**<br>**Case No. 05-2446** | **CASE NO. 06-805** |
| | **JUDGE FALLON** |
| **PAMELA PARKER, attorney-in-fact on behalf**<br>**of PEARL DUNN,** | **MAGISTRATE JUDGE**<br>**KNOWLES** |
| **Plaintiffs,** | |
| v. | |
| **MERCK & COMPANY, INC., et al.,** | |
| **Defendants.** | |

## MOTION TO AMEND ORDER OF DISMISSAL WITH PREJUDICE

## TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, PAMELA PARKER, attorney-in-fact on behalf of PEARL DUNN, moves this Court for an amended Order of Dismissal Without Prejudice.

On June 30, 2006, an Order of Dismissal was hereby entered for the above-referenced case. Plaintiff PAMELA PARKER, attorney-in-fact on behalf of PEARL DUNN, and Defendant, MERCK & COMPANY, INC., et al., agreed to dismiss this action *without* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the body of the Order reflects this. However, the title of the Order incorrectly states that this action is hereby dismissed "with prejudice." A copy of said Order is attached hereto as Exhibit A.

///

///

///

Therefore, Plaintiffs respectfully request that this Court amend the June 30, 2006, Order's title to state that this action is dismissed *without* prejudice.

DATED: 7/19/06

HACKARD & HOLT

ALISSA S. HOLT
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
Telephone: 916-853-3000
Facsimile:  916-853-3010

Attorneys for Plaintiff Pamela Parker,
attorney-in-fact on behalf of Pearl Dunn

# Exhibit A



Jul 6 2006
11:29AM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-2446 | * | |
| | * | MAGISTRATE JUDGE |
| Pamela Parker, Attorney-in-Fact on | * | KNOWLES |
| Behalf of Pearl Dunn, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Pamela Parker, Attorney-in-Fact on Behalf of Pearl Dunn, against defendants Merck & Co., Inc. and McKesson Corporation be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 30th day of _____ June _____, 2006

_____

DISTRICT JUDGE

815588v.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Case No. 05-2446 | * | |
| | * | MAGISTRATE JUDGE |
| Pamela Parker, Attorney-in-Fact on | * | KNOWLES |
| Behalf of Pearl Dunn, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., et al. | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * | * | |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Pamela Parker, Attorney-in-Fact on

Behalf of Pearl Dunn, against defendants Merck & Co., Inc. and McKesson Corporation

be and they hereby are dismissed without prejudice, each party to bear its own costs and

subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____

DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO AMEND ORDER OF DISMISSAL WITH PREJUDICE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of July, 2006.

Alissa S. Holt
State Bar No.  217005
Attorney for Plaintiff Pamela Parker,
Attorney-in-fact on behalf of Pearl Dunn
Hackard & Holt
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
Telephone: (916) 853-3000
Facsimile:  (916) 853-3010
aholt@hackardlaw.com

## PROOF OF ELECTRONIC SERVICE

I, _____ Lisa F. Fitzgerald, declare as follows:

I am employed in the county of Sacramento, State of California.  I am over the age of 18 and not a party to the within action.  I am an employee at the law firm of Hackard & Holt located at 11335 Gold Express Drive, Suite 105, Gold River, California.

On _____ July 24, 2006 __, I served the following document(s) via electronic filing in accordance with the terms of the United States District Court, Eastern District of Louisiana, Pretrial Order No. 8(B) Electronic Service, requiring all documents to be served upon interested parties via LexisNexis File & Serve:

**PLAINTIFF PAMELA PARKER, Attorney-in-fact on behalf of PEARL DUNN'S MOTION TO AMEND ORDER OF DISMISSAL WITH PREJUDICE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __24__ day of _July_____, 2006, at Sacramento, California.


Lisa F. Fitzgerald