# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| **Case No. 2:05-CV-04379** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **ROBERT G. SMITH,** | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT PROPOSED JURY QUESTIONNAIRE

Pursuant to the Scheduling Order previously issued in this case, plaintiff Robert Garry Smith and defendant Merck & Co., Inc., through their respective undersigned counsel, submit the following Joint Proposed Jury Questionnaire to be provided to the jury venire.

.

Respectfully submitted,

/s/ Grant Kaiser
Grant Kaiser
The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Phone: 713-223-0000
Fax:    713-223-0440

Plaintiff's Counsel

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

And

Richard Goetz
Ashley Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

Attorneys for Merck & Co., Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Proposed Jury Questionnaire has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

820775v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| **IN RE VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1657**<br>**SECTION: L** |
| **ROBERT GARRY SMITH,** | **JUDGE FALLON**<br>**MAG. JUDGE** |
| Plaintiff, | **KNOWLES** |
| vs. | |
| **MERCK & CO., INC.,** | |
| Defendant. | |

## JURY QUESTIONNAIRE

### INTRODUCTION

TO:    Prospective Jurors

Ladies and Gentleman, this is a civil case. It involves the heart attack of Robert Garry Smith, who is the Plaintiff in this case.

Mr. Smith claims that his heart attack and other damages were a result of taking Vioxx, which was manufactured by Merck & Co., Inc. The Plaintiff claims that Merck is responsible for Mr. Smith's heart attack and other damages because Merck failed to adequately test Vioxx and failed to provide adequate warnings of the potentially harmful effects of taking Vioxx.

Merck is the Defendant in this case. Merck denies the Plaintiff's allegations. First, Merck asserts that Vioxx was not the cause of Mr. Smith's heart attack or other damages. Second, Merck asserts that it did adequately test Vioxx and that it provided adequate warnings.

Each of the parties in this case has a right to have this case tried by a qualified, fair, and impartial jury. A qualified and impartial jury is one which is responsible and capable and which will, without fear, favor, bias, prejudice, passion, or sympathy, hear and decide the issues to be tried objectively, and one which will render its verdict based solely on the evidence presented at this trial and the law applicable to the case as given to the jury by the Court.

It is the law that a jury's qualifications and impartiality may not be assumed without inquiry. This questionnaire is designed to obtain information about your qualifications to be a juror in this case. By use of this questionnaire, the process of jury selection may be shortened. Please respond to the following questions as completely as possible. Please remember that the oath you took as a prospective juror requires you to give completely truthful answers to every question.

If you are selected to serve as a juror, this questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. If you are not selected to be a juror, this questionnaire and all copies will be destroyed.

During questioning by the Court and the attorneys, you will be given an opportunity to explain or expand upon any answers, if necessary. If for any reason you do not want to answer any specific questions, please write the word "PRIVATE" next to the question, and we will take this matter up with you in private. Otherwise, please answer all questions that apply to you. For multiple-choice questions, please put a check next to the answer or answers that most fit your situation. Do not write on the back of any page. If you need extra room to write, use the last page and please remember to indicate the corresponding question number.

Since the questionnaire is part of the jury selection process, the questions must be answered by you under penalty of perjury, and you should fill out this questionnaire by yourself without consulting any other person.

**PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS.**

2

1.      Full Name:

2.      Address:

        City:                           Zip Code:

3.      Date of Birth:          Age:

4.      Gender: M/F

5.      Place of Birth
        City:                                   State:

6.      Do you:         rent your home?             □

                        live with homeowners?  □

                        own your own home?      □

        How long have you lived at your current address?

        If you are a homeowner, how long have you owned your home?

7.      What other cities or state, if any, have you lived in during the last ten years?

8.      What is your current marital status?

        Never married                   □
        Married                         □
        Separated                       □
        Divorced                        □
        Divorced and Remarried          □
        Spouse Deceased                 □
        Spouse Deceased and Remarried   □
        Living Together                 □

9.      How far did you go in school?

        Less than high school           □
        GED                             □

3

| | |
|---|---|
| High School | ☐ |
| Technical or trade school | ☐ |
| Some college | ☐ |
| Bachelor's degree | ☐ |
| Some graduate study | ☐ |
| Master's or Doctoral degree | ☐ |

If college, which ones?

What were your areas or subjects of study?

List any technical courses you have taken:

10.     Do you have any education experience, training, or knowledge that you can rely on to help you decide a case involving a    prescription drug? If yes, please explain.

11.     If applicable, please state the last year of schooling by your spouse/partner and state his/her area of study.

12.     Do you have any relatives who are doctors, nurses, pharmacists, or other health care professionals? If so, identify each by name and profession or occupation.

13.     Are you or someone close to you, including family members or friends, who are involved or trained in sales?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

If yes, please explain:

14.     What is your current employment status?

| | |
|---|---|
| Full Time | ☐ |
| Part Time | ☐ |
| Retired | ☐ |
| Looking for Work | ☐ |
| Unemployed | ☐ |

4

| | |
|---|---|
| Homemaker | ☐ |
| Disabled | ☐ |
| Student | ☐ |

15.     If you are currently employed, state your current occupation:

Name of employer:

Length of current employment:

16.     What is your primary job function at your place of employment? (For example, if a teacher, what do you teach? If a salesperson, what do you sell?)

17.     Do you supervise other people on your job?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

If yes, how many?

18.     If you are not presently employed or if you have held different employment during the past 10 years, please provide the name of your previous employers, the years of such employment, and your job titles and duties.

Year(s):

Job Title/Duties:

Employer:

Year(s):

Job Title/Duties:

Employer:

Year(s):

Job Title/Duties:

Employer:

Year(s):

Job Title/Duties:

Employer:

5

19.        Are you now or have you been a member of a labor union? If yes, which one?

20.        Do you have any family members who have ever been a member of a labor union? If so, which one?

21.        If applicable, which is your spouse or significant other's current employment status?

| | |
|---|---|
| Full Time | □ |
| Part Time | □ |
| Retired | □ |
| Looking for Work | □ |
| Unemployed | □ |
| Homemaker | □ |
| Disabled | □ |
| Student | □ |
| Not Applicable | □ |

22.        If employed, state your spouse or significant other's current occupation:

Name of employer:

Length of current employment.

23.        What is your spouse or significant other's primary job function at their place of employment? (For example, if a teacher, what does he or she teach? If a sales person, what does he or she sell?)

24.        If your spouse or significant other is not presently employed or if they have held different employment during the past 10 years, please provide the name of his or her employer, the years of such employment, and his or her job titles and duties.

Year(s):

Job Title/Duties:

Employer:

Years(s):

6

Job Title/Duties:

Employer:

Years(s):

Job Title/Duties:

Employer:

Year(s):

Job Title/Duties:

Employer:

25.     Have you ever served in the U.S. Armed Forces?

Yes                              □

No                               □

If yes, what was the branch and Highest Rank you attained and how long did you serve?

26.     Have you, a family member, or someone close to you ever worked for a law firm or had any legal training or experience?

Yes, I have                      □

Yes, a family member             □

Yes, someone close to me         □

No                               □

If **YES**, please indicate:

Who:_____

Which law firm:_____

Job:_____

Duties:_____

For how long?_____

27.     Have you, a family member, or someone close to you ever worked for a drug or pharmaceutical company?

Yes, I have                      □

Yes, a family member     ☐

Yes, someone close to me     ☐

No     ☐

If **YES**, please indicate:

Who:_____

Which company:_____

Job:_____

Duties:_____

For how long?_____

28.     Have you, a family member, or someone close to you ever worked in any capacity in the healthcare field?

Yes, I have     ☐

Yes, a family member     ☐

Yes, someone close to me     ☐

No     ☐

If **YES**, please indicate:

Who:_____

Which company:_____

Job:_____

Duties:_____

For how long?_____

29.     Have you, a family member, or someone close to you ever worked as a pharmacist?

Yes, I have     ☐

Yes, a family member     ☐

Yes, someone close to me     ☐

No     ☐

If **YES**, please indicate:

Who:_____

8

Which firm or company:_____

Job:_____

Duties:_____

For how long?_____


30.     Have you, a family member, or someone close to you ever worked in a drug store or for a pharmacy?

           Yes, I have                         □

           Yes, a family member      □

           Yes, someone close to me   □

           No                            □

If **YES**, please indicate:

Who:_____

Which firm or company:_____

Job:_____

Duties:_____

For how long?_____


31.     Have you, a family member, or someone close to you ever worked as a law enforcement officer?

           Yes, I have                         □

           Yes, a family member      □

           Yes, someone close to me   □

           No                            □

If **YES**, please indicate:

Who:_____

Which agency:_____

Job:_____

Duties:_____

For how long?_____

9

32.        Have you, a family member, or someone close to you ever worked in any capacity in the insurance industry? Specifically, have you, a family member, or someone close to you ever been involved in the investigation, resolution or administration of insurance claims?

|                          |     |
|--------------------------|-----|
| Yes, I have              | □   |
| Yes, a family member     | □   |
| Yes, someone close to me | □   |
| No                       | □   |

If **YES**, please indicate:

Who:_____

Which firm or company:_____

Job:_____

Duties:_____

For how long?_____

33.        Have you, a family member, or someone close to you ever worked in a job that requires you to perform any type of investigative work?

|                          |     |
|--------------------------|-----|
| Yes, I have              | □   |
| Yes, a family member     | □   |
| Yes, someone close to me | □   |
| No                       | □   |

If **YES**, please indicate:

Who:_____

Which firm or company:_____

Job:_____

Duties:_____

For how long?_____

34.        Have you, a family member, or someone close to you ever worked in a job that required you to handle claims of any kind, that required you to evaluate the claim, decide on the amount of money to be paid to a claimant, or to assign a medical and/or physical disability?

|                      |     |
|----------------------|-----|
| Yes, I have          | □   |
| Yes, a family member | □   |

10

|                        |   |
|------------------------|---|
| Yes, someone close to me | □ |
| No                       | □ |

If **YES**, please indicate:

Who:_____

Which firm or company:_____

Job:_____

Duties:_____

For how long?_____

35.     Have you ever been a plaintiff or a defendant in a lawsuit? (Please check all that apply.)

|                                   |   |
|-----------------------------------|---|
| Yes, plaintiff                    | □ |
| Yes, defendant in a civil suit    | □ |
| Yes, defendant in a criminal suit | □ |
| No, neither                       | □ |

Please explain nature of the lawsuit(s), and provide the name(s) of the case(s), the parties involved, the date(s) of the lawsuit(s), and the outcome of the lawsuit(s):

36.     Have you ever served on a jury? Please check all that apply (you may check more than one).

| | |
|---|---|
| Yes, in a civil case, and the jury reached a verdict | □ |
| Yes, in a civil case, but the jury did not reach a verdict | □ |
| Yes, in a civil case that involved someone seeking monetary compensation for a harm that he or she had suffered, and the jury reached a verdict | □ |
| Yes, in a civil case that involved someone seeking monetary compensation for a harm that he or she had suffered, but the jury did not reach a verdict | □ |
| Yes, in a criminal case, and the jury reached a verdict | □ |
| Yes, in a criminal case, but the jury did not reach a verdict | □ |
| No | □ |

If you have served, please describe the nature of the case(s), and state the amount of damages awarded, if any.

37.     If you have served on a jury, were you the foreperson on a jury?

11

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |
| I have never served on a jury | ☐ |

38.     Do you, a family member, or anyone close to you have any training or experience in the following areas (Check next to all areas that apply.)

| | |
|---|---|
| Healthcare/Medical Profession | ☐ |
| Counseling of any kind | ☐ |
| Insurance (sales, claims adjusting, clerical, or any other work) | ☐ |
| Journalism, Media | ☐ |
| Law or the Legal or Court System | ☐ |
| Pharmaceutical Industry | ☐ |
| Accounting | ☐ |
| Contract Writing | ☐ |
| Finance and Economics | ☐ |
| Food and Drug Administration (FDA) | ☐ |
| Government Standards and Regulations | ☐ |
| Public Relations | ☐ |
| Advertising of any kind | ☐ |
| Research and Development | ☐ |
| Product Design or Testing | ☐ |
| Product Manufacturing | ☐ |
| Statistics | ☐ |
| Social Service | ☐ |

39.     Do you regularly read any newspapers or magazines for news or information?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

If yes, please list by name what you read:

40.     What are the ways you learn about the news? (Check all that apply)

| | | | |
|---|---|---|---|
| Television | ☐ | Newspaper | ☐ |
| Magazines | ☐ | Radio | ☐ |
| Internet | ☐ | Other (describe) | ☐ |

12

If applicable, please list the names of your different sources of information:

41.     Do you enjoy watching daytime talk shows?

        Yes                              □
        No                               □
        If yes, which programs do you like to watch?

42.     Do you regularly listen to "talk radio?"

        Yes                              □
        No                               □
        If yes, which programs do you like to listen to?

43.     Are you a member of T.A.L.A., C.A.L.A., or any other organized groups determined
to reduce, limit, or eliminate jury verdicts?

        Yes                              □
        No                               □
        If yes, please state the name of the organization(s):

44.     Are you or anyone close to you a member of any organization or group involved in
tort or lawsuit reform?

        Yes                              □                                      .
        No                               □
        If yes, list each organization or group.

45.     What do you like to do in your spare time (hobbies, favorite recreations, or pastimes)?

46.     What television programs do you regularly watch? (including news programs, etc.)

47.     Have you heard or read about any cases involving the medicine Vioxx?  If so, please
identify the case(s) and describe what you have heard or read.

13

48.     Have you ever had a bumper sticker on your car?

        Yes                              ☐
        No                               ☐
        If yes, what did the bumper sticker say?


49.     Have you ever held or sought political office?

        Yes                              ☐
        No                               ☐
        If yes, please explain:


50.     In general how is your overall health?

        Excellent                        ☐
        Good                             ☐
        Fair                             ☐
        Poor                             ☐


51.     Have you ever smoked cigarettes?

        Yes                              ☐
        No                               ☐
        If yes, how many packs per day?


        If yes, how long did you smoke?

52.     Do you currently smoke cigarettes?

        Yes                              ☐
        No                               ☐
        If yes, how many packs per day?


        If yes, how long have you smoked?

        Have you ever tried to quit?

        Yes                              ☐
        No                               ☐

14

Were any of your attempts to quit successful?

Yes        □

No        □

53.     Do you consider smoking to be harmful to one's health?

Yes        □

No        □

54.     Do you believe that smoking cigarettes increases the rate of heart attacks?

Yes        □

No        □

55.     Have you ever used smokeless tobacco?

Yes        □

No        □

56.     Do you consider smokeless tobacco to be harmful to one's health?

Yes        □

No        □

57.     Have you, a family member, or someone close to you ever used a pacemaker?

Yes, I have        □

Yes, a family member        □

Yes, someone close to me        □

No, never        □

58.     Do you go to the doctor when you're not feeling well?

Always        □

Almost always        □

More often than not        □

Sometimes        □

Rarely        □

Never        □

15

59.     Do you have a regular doctor?

        Yes             □
        No              □

60.     How many times have you seen a doctor in the past 3 years?

61.     Have you had or do you have arthritis?  Please check all that apply.

        Yes, I have had to but no longer have it      □
        Yes, I still have it                          □
        Yes, severe                                   □
        Yes, moderate                                 □
        Yes, mild                                     □
        No                                            □
        Don't know                                    □

62.     Do you, members of your family, or someone close to you suffer from chronic pain?

        Yes, severe         □
        Yes, moderate       □
        Yes, mild           □
        No                  □
        Don't know          □

63.     Have you, a family member, or someone close to you ever experienced any of the
        following?  (Check all that apply)

| | You | Family member | Someone close to you |
|---|---|---|---|
| Heart Attack | □ | □ | □ |
| Other Serious Heart Condition | □ | □ | □ |
| Stroke | □ | □ | □ |
| Chronic High Blood Pressure | □ | □ | □ |
| Obesity | □ | □ | □ |
| Diabetes | □ | □ | □ |

16

| | | | |
|---|---|---|---|
| Edema (swelling) | ☐ | ☐ | ☐ |
| Arthritis | ☐ | ☐ | ☐ |
| Blood clot | ☐ | ☐ | ☐ |

64.     Have you, a family member, or someone close to you ever had a serious side effect after taking a prescription drug? (Please check all that apply.)

| | |
|---|---|
| Yes, I have | ☐ |
| Yes, a family member | ☐ |
| Yes, someone close to me | ☐ |
| No | ☐ |
| Don't know | ☐ |

65.     Have you, a family member, or someone close to you ever taken, on a regular basis, a prescription drug or over-the-counter medications for pain relief or arthritis? (Please check all that apply.)

| | |
|---|---|
| Yes, I have | ☐ |
| Yes, a family member | ☐ |
| Yes, someone close to me | ☐ |
| No | ☐ |
| Don't know | ☐ |

If yes, list each drug and individual taking the drug:

_____    _____

_____    _____

_____    _____

_____    _____

66.     Have you, a family member, or someone close to you ever used a beta blocker, nitroglycerin patch, glucagon, any antiarrythmic drug, betylium, amiodarone, disopyramide, propranolol, and RePro (abciximab)?

| | |
|---|---|
| Yes, I have | ☐ |
| Yes, a family member | ☐ |
| Yes, someone close to me | ☐ |
| No | ☐ |
| Don't know | ☐ |

Please list the drugs used and the individual who used them.

17

67.          Before taking any type of prescription medication, do you read any warnings or
prescribing information that comes in the package with the medication?

| | |
|---|---|
| Always | ☐ |
| Frequently | ☐ |
| Sometimes | ☐ |
| Rarely | ☐ |
| Never | ☐ |
| Not applicable | ☐ |

68.          If you take any type of prescription medication, do you take the prescribed dose?

| | |
|---|---|
| Always | ☐ |
| Frequently | ☐ |
| Sometimes | ☐ |
| Rarely | ☐ |
| Never | ☐ |
| Not applicable | ☐ |

69.          Prior to today, had you ever heard of the Food and Drug Administration (FDA)?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

70.          Do you have any special knowledge, experience or connection involving the Food and
Drug Administration (FDA)?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

If yes, please describe:

71.          Have you heard or read anything in the news media concerning the pharmaceutical
products Bextra, Celebrex, Advil, or Aleve?

| | |
|---|---|
| Yes | ☐ |
| No | ☐ |

18

Don't know                    □

If yes, describe what you have heard or read.


72.       Have you heard or ready anything about Cox-2 pain relievers?

Yes                    □

No                     □

Don't know             □

If yes, describe what you have heard or read. What do you understand it to mean?
Where have you heard or read about them?


73.       Do you know what a COX-2 Inhibitor is?  Explain your understanding.  If yes, where
did you get this understanding?


74.       Have you or a family member heard or read anything about a prescription medicine
called VIOXX?

Yes                    □

No                     □

Don't know             □

If yes, describe what you have heard or read.


75.       Have you, a family member or someone close to you ever used VIOXX? (Please
check all that apply.)

Yes, me                      □

Yes, family member           □

Yes, someone close to me     □

No                           □

Don't know                   □


76.       Have you, a family member or someone close to you ever taken Celebrex or Bextra?
(Please check all that apply.)

Yes, me                      □

19

Yes, family member          □

Yes, someone close to me     □

No                           □

Don't know                   □

77.        Is VIOXX currently on the market and available for purchase?

Yes                          □

No                           □

Don't know                   □

78.        Do you, a family member, or anyone close to you believe you or they have a claim concerning alleged injuries from taking VIOXX? (Please check all that apply.)

Yes, me                      □

Yes, family member          □

Yes, someone close to me     □

No                           □

Don't know                   □

79.        Do you, a family member, or anyone close to you believe you have or they have a claim concerning alleged injuries from Celebrex or Bextra? (Please check all that apply.)

Yes, me                      □

Yes, family member          □

Yes, someone close to me     □

No                           □

Don't know                   □

80.        Have you seen any advertising by drug companies on TV during the past year? If so, describe the ad you saw, including the company and drug you remember.

81.        What degree of responsibility do patients have for their own health care, as compared to their medical provider? (Check one)

Patient Has No responsibility          □

Patient Has Some Degree of Responsibility   □

20

Patient Has Equal Degree of Responsibility     □

Patient Has Total Responsibility     □

82.     Have you heard or read anything about this case?

Yes     □

No     □

If yes, please state what you have read or heard:

83.     Has a family member or anyone close to you ever been sued by anyone?

Yes     □

No     □

If yes, please explain.

84. weeks.     This case is estimated to start on September 11th and last between two and three

Is there any reason you could not serve on the jury in this case? If so, please state the reason.

Are there any serious reasons or problems that would affect your ability to serve as a juror in this case? (This would include, but not be limited to, paid vacations, economic hardships, family events, child care, aged parent care, etc.) If so, please list each of your reasons.

85. this case?     Do you know of any reason, no matter how small, why you could not be a fair juror in

Yes     □

No     □

Don't know     □

86. damages?     If the law and evidence justified punitive damages in this case, could you award such

21

Yes             □

No              □

87.        Do you personally know any of the persons on the following list of potential
witnesses? If you know someone on the list below, please place a check mark by the name of the
person and state the nature of your relationship to that person.

Sheila Yvonne Adkins
David Anstice
Susan Baumgartner
Robyn Berger
Holly Biss
Amy Block
Carolyn Cannuscio
J. Martin Carroll
Helene Cissell
Daniel Courtade
Gregory Curfman
Shunda Darby
Laura Demopoulos
Wendy Dixon
Yves Ducharme
James Dunn
Stephen Epstein
Barry Gertz
Raymond Gilmartin
David Graham
Michael Grefer
Forest T. Heis
Jo Jerman
Kristen Keller
Peter Kim
Jack Lemming
Melissa Lemming
Kim Lester
Malachai Mixon
Briggs Morrison
Alan Nies
Timothy Powers
Alise Reicin
Mark Sander
Nancy Santanello
Tom Schatzman
Adam Schecter
Edward Scolnick
Deborah Shapiro
Melisa Shelburne
Louis Sherwood
Robert Silverman

Thomas Simon
David Smith
Robert Garry Smith
Eric Topol
Shannon Wallace
Douglas Watson
Jan Weiner
Ellen Westrick

88.          Do you personally know any one on the following list of witnesses? If you know someone on the list below, please place a check mark by the name of the person and state the nature of your relationship with that person.

Dr. John Abramson
Dr. Janet Arrowsmith-Lowe
Dr. Jerry Avorn
Dr. Jerome Cohen
Dr. John W. Farquhar
Dr. Nicholas Flavahan
Dr. Richard M. Kapit
Dr. KyungMann Kim
Dr. Richard A. Kronmal
Dr. Ronald Marks
Dr. Lemuel Moye
Dr. Connie Pechmann
Dr. Craig M. Pratt
Dr. Wayne Ray
Dr. Paul Roach
Dr. Gary Edward Sander
Dr. Douglas Zipes

89.        Do you personally know any of the following attorneys or anyone employed by the law firms that are listed below?

If you know someone on the list below, please place a check mark by the lawyer who you know and state the nature of your relationship to that person.

If you know someone employed by one of the law firms identified, please identify the person or persons whom you know and state the nature of your relationship to that person or persons.

**Bartlit, Beck, Herman, Palenchar & Scott LLP**
Phil Beck
Andrew Goldman
Carrie Jablonski
Ken Baum

**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
Jere L. Beasley
Greg Allen
Andy Birchfield, Jr.
Ben Locklar

23

J. Paul Sizemore
P. Leigh O'Dell

**Herman, Herman, Katz & Cotlar P.C.**
Russ Herman
Leonard Davis

**Hughes Hubbard & Reed, LLP**
Sharon L. Kegerreis

**The Kaiser Firm LLP**
Grant Kaiser

**Provost Umphrey Law Firm LLP**
Walter Umphrey

**Ranier, Gayle, & Elliot LLC**
Drew Rainer
Brett Powers

**Robinson, Calcagnie & Robinson**
Mark Robinson
Ted Wacker
Carlos Prieto

**Stone Pigman Walther Wittmann, LLC**
Phillip A. Wittman
Anthony M. DiLeo
Dorothy H. Wimberly
Carmelite M. Bertaut

**The Watts Law Firm LLP**
Mikal Watts
James L. "Larry" Wright

**Williams Bailey Law Firm LLP**
John Eddie Williams, Jr.
Steve Kherkher

**Williams & Connolly LLP**
Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
Emily E. Thacher-Renshaw

90.     If you know someone who may be connected to this case who has not been previously mentioned in this questionnaire, please identify the person, and state the nature of your relationship to that person.


91.     Have you ever heard of the Merck & Co., Inc.?

        Yes                    □
        No                     □

        If yes, please explain your answer.


92.     Have you, a family member or anyone close to you had any association, personal or professional, with Merck & Co., Inc.?

        Yes                    □
        No                     □

        If yes, please explain.


93.     Is there any information that you have not been asked that you feel the Court should know about or that might be relevant in any way to this trial or to your potential jury service?

        Yes                    □
        No                     □

        If yes, please explain.


The answers I have given are true and correct to the best of my knowledge.


JUROR SIGNATURE: _____

PRINT NAME: _____

JUROR TELEPHONE NUMBER: _____

JUROR NUMBER: _____

25

NOTE:     The following are additional pages attached for your convenience if needed for
          your answers.

**Extra Pages For Additional Comments:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

27