Exhibit A - Plunkett Trial Excerpts

- Admissibility Brief Oppo

[1492:] - [1492:25]    2/14/2006    Plunkett II Trial - Vol. 07

```
page 1492
     1492
 1                          UNITED STATES DISTRICT COURT
 2                          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
         IN RE: VIOXX PRODUCTS         *
 6       LIABILITY LITIGATION          *   MDL DOCKET NO. 1657
                                       *
 7                                     *
         THIS DOCUMENT RELATES TO      *   NEW ORLEANS, LOUISIANA
 8       CASE NO. 05-4046:             *
                                       *
 9       EVELYN IRVIN PLUNKETT, ET AL  *   FEBRUARY 14, 2006
                                       *
10       VERSUS                        *
                                       *   8:30 A.M.
11       MERCK & CO., INC.             *
         * * * * * * * * * * * * * * * *
12
13
                              VOLUME VII - DAILY COPY
14                             JURY TRIAL BEFORE THE
                             HONORABLE ELDON E. FALLON
15                          UNITED STATES DISTRICT JUDGE
16
17       APPEARANCES:
18
         FOR THE PLAINTIFF:        BEASLEY ALLEN CROW METHVIN
19                                    PORTIS & MILES
                                   BY: ANDY D. BIRCHFIELD, JR., ESQ.
20                                     LEIGH O'DELL, ESQ.
                                   234 COMMERCE STREET
21                                 POST OFFICE BOX 4160
                                   MONTGOMERY, ALABAMA 36103
22
23       FOR THE PLAINTIFF:        LEVIN, PAPANTONIO, THOMAS,
                                      MITCHELL, ECHSNER & PROCTOR
24                                 BY: TROY RAFFERTY, ESQ.
                                   316 SOUTH BAYLEN STREET, SUITE 600
25                                 PENSACOLA, FLORIDA 32502
```

[1504:10] - [1504:21]    2/14/2006    Plunkett II Trial - Vol. 07

```
page 1504
10              MR. BECK: THEN I THINK -- I DON'T KNOW, YOUR HONOR,
11       WHETHER THEY HAVE OFFERED OR NOT 1.0009. IT WAS ON A LIST THAT
12       WE GOT, BUT THEY DIDN'T MENTION IT THIS MORNING. IT'S A PROFIT
13       PLAN, WHICH WAS, YOU KNOW, THE SUBJECT OF SOME LIMITED
14       TESTIMONY. BUT, THE LAST TIME, YOUR HONOR KEPT THESE OUT
15       DURING THE LIABILITY PHASE.
16              THE COURT: THAT ONE -- WHAT I'VE BEEN TRYING TO DO,
17       FRANKLY, IS TO TRY TO KEEP ECONOMICS OF MERCK OUT FOR THE
18       PURPOSE -- FOR AT LEAST THIS STAGE OF THE TRIAL. NOW, THERE
19       WAS SOME TESTIMONY BECAUSE THERE WAS SOME RELEVANCE TO SOME
20       CREDIBILITY ISSUES, BUT THE DOCUMENT ITSELF I WAS CONCERNED
21       ABOUT. WHAT'S YOUR VIEW OF THAT?
```

Exhibit B - McCaffrey Deposition Excerpts

- Admissibility Brief Oppo

[1:] - [1:19]        5/3/2006      McCaffrey, Michael, M.D.

```
page 1
    0001
 1                 IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
 3
 4        IN RE: VIOXX              * MDL Docket No. 1657
          PRODUCTS LIABILITY        *
 5        LITIGATION                * Section L
                                    *
 6        THIS DOCUMENT RELATES TO: * Judge Fallon
          GERALD BARNETT v. MERCK   * Mag. Judge Knowles
 7
          *****************************
 8
 9
10        VIDEOTAPE
          DEPOSITION OF:MICHAEL McCAFFREY, MD
11
          DATE:         May 3, 2006
12
          TIME:         1:04 PM
13
          LOCATION:     Strand Regional Specialty Assoc.
14                      8170 Rourk Street
                        Myrtle Beach, SC
15
          TAKEN BY:     Counsel for Defendant
16
          REPORTED BY:  TERRI L. BRUSSEAU,
17                      Registered Professional
                        Reporter, CP, CRR
18
19
```

[99:8] - [100:7]      5/3/2006     McCaffrey, Michael, M.D.

```
page 99
 8         Q.  Is it fair to say that given how busy
 9   you are, you don't have time to sit down with sales
10   representatives and talk about the benefits and
11   risks associated with medicine?
12         A.  That's correct.
13         Q.  Because you don't have time to sit with
14   sales representatives to talk about the benefits
15   and risks, I take it you don't rely on sales
16   representatives for safety information?
17         A.  I don't rely on sales representatives.
18   What I'll do is if a new drug comes out, I'll sit
19   down for 10 or 15 minutes and go over the drug with
20   a new representative -- if it's a new rep, it might
21   be somebody I already know, they have a new drug --
22   and go over and start going through the package
23   insert from that day forward and see if this is
24   something that's an option for them -- for my
25   patients.  And so on the first visit, first time
page 100
 1   I'm going to see it come out, I'm going to sit down
 2   and talk about it.  After that, I -- you know, I
 3   might give them a little feedback, it's working,
 4   it's not working, you know, there's a side
 5   effect -- certain side effects, how do I get by
 6   this side effect, what's the other doctors saying
 7   about it, how can I get rid of this side effect?
```


EXHIBIT B

Exhibit B - McCaffrey Deposition Excerpts

- Admissibility Brief Oppo

| | | |
|---|---|---|
| [203:22] - [203:25] | 5/3/2006 | McCaffrey, Michael, M.D. |

```
page 203
22      Q.   Did the sales calls that you received
23 by sales reps influence your decision to prescribe
24 Vioxx to Mr. Barnett?
25      A.   No, sir.
```

| | | |
|---|---|---|
| [204:1] - [204:5] | 5/3/2006 | McCaffrey, Michael, M.D. |

```
page 204
1       Q.   Why did you describe -- decide to
2  prescribe Vioxx to Mr. Barnett on December 30th of
3  1999?
4       A.   I thought it was a very good and safe
5  medication.
```

| | | |
|---|---|---|
| [206:20] - [206:23] | 5/3/2006 | McCaffrey, Michael, M.D. |

```
page 206
20      Q.   Did you prescribe Vioxx to Mr. Barnett
21 because in your medical judgment, that was the best
22 medication for him?
23      A.   Yes, sir.
```

| | | |
|---|---|---|
| [207:10] - [208:11] | 5/3/2006 | McCaffrey, Michael, M.D. |

```
page 207
10      Q.   Did the advertisements about Vioxx on
11 television influence your decision to prescribe
12 Vioxx to Mr. Barnett?
13      A.   No, sir.
14      Q.   Do you rely on commercials on
15 television about drugs in deciding what medicine to
16 prescribe to your patients?
17      A.   No, sir.
18      Q.   Why not?
19      A.   Most of it's just promotional.  If
20 you -- I mean, on certain stations you see it all
21 the time.  If you turn on Home and Garden station,
22 it's on there constantly.  If you turn on ESPN, the
23 only thing you're going to see is Viagra or Cialis
24 or Levitra.  Depending on what station you watch
25 will be what pharmaceutical companies advertise.
page 208
1  It's just a -- just a paid-for advertisement.  It
2  doesn't give you any nuts and bolts on what's
3  happening with the medication.
4       Q.   From your perspective as a doctor, do
5  you rely on the package insert that's approved by
6  the FDA in deciding what the risks and benefits are
7  with medicine you prescribe?
8       A.   Yes, sir.
9       Q.   Do you rely on commercials that you see
10 on television?
11      A.   No, sir.
```

| | | |
|---|---|---|
| [207:10] - [208:3] | 5/3/2006 | McCaffrey, Michael, M.D. |

```
page 207
10      Q.   Did the advertisements about Vioxx on
11 television influence your decision to prescribe
12 Vioxx to Mr. Barnett?
13      A.   No, sir.
14      Q.   Do you rely on commercials on
15 television about drugs in deciding what medicine to
16 prescribe to your patients?
17      A.   No, sir.
18      Q.   Why not?
19      A.   Most of it's just promotional.  If
```

Exhibit B - McCaffrey Deposition Excerpts

• Admissibility Brief Oppo

```
              20  you -- I mean, on certain stations you see it all
              21  the time. If you turn on Home and Garden station,
              22  it's on there constantly. If you turn on ESPN, the
              23  only thing you're going to see is Viagra or Cialis
              24  or Levitra. Depending on what station you watch
              25  will be what pharmaceutical companies advertise.
              page 208
              1   It's just a -- just a paid-for advertisement. It
              2   doesn't give you any nuts and bolts on what's
              3   happening with the medication.
```

[208:9] - [208:11]        5/3/2006      McCaffrey, Michael, M.D.

```
              page 208
              9        Q.  Do you rely on commercials that you see
              10  on television?
              11       A.  No, sir.
```

[209:17] - [209:25]        5/3/2006      McCaffrey, Michael, M.D.

```
              page 209
              17       Q.  Did you find that the times that you
              18  went and had lunch with Merck sales representatives
              19  or Pfizer sales representatives that you would
              20  learn information during that?
              21       A.  No, I wouldn't.
              22       Q.  So would you rely at all on these
              23  sessions with sales representatives in making your
              24  decision about what medicine to prescribe?
              25       A.  No, sir.
```

[210:17] - [210:20]        5/3/2006      McCaffrey, Michael, M.D.

```
              page 210
              17       Q.  Did the lunches that you went on for
              18  Merck have anything to do with why you prescribed
              19  Vioxx to Mr. Barnett?
              20       A.  No, sir.
```

[231:19] - [231:23]        5/3/2006      McCaffrey, Michael, M.D.

```
              page 231
              19       Q.  Did you feel that the sales
              20  representatives were leaving it up to you to decide
              21  what the appropriate interpretation of the VIGOR
              22  study was?
              23       A.  Yes, sir.
```

[241:1] - [241:20]        5/3/2006      McCaffrey, Michael, M.D.

```
              page 241
              1              CERTIFICATE OF REPORTER
              2       I, Terri L. Brusseau, Registered
              3   Professional Reporter and Notary Public for the
              4   State of South Carolina at Large, do hereby certify
              5   that the foregoing transcript is a true, accurate,
              6   and complete record.
              7       I further certify that I am neither related
              8   to nor counsel for any party to the cause pending
              9   or interested in the events thereof.
              10      Witness my hand, I have hereunto affixed my
              11  official seal this 5th day of May, 2006 at
              12  Charleston, Charleston County, South Carolina.
              13
              14
              15
              16              _____
                              Terri L. Brusseau,
              17              Registered Professional
```

Exhibit B - McCaffrey Deposition Excerpts

- **Admissibility Brief Oppo**

|    |                      |
|----|----------------------|
|    | Reporter, CP, CRR    |
| 18 | My Commission expires |
|    | May 7, 2006.         |
| 19 |                      |
| 20 |                      |

Exhibit C - Mikola Deposition Excerpts

- Admissibility Brief Oppo

[1:] - [1:25]    4/25/2006    Mikola, Michael

```
page 1
    0001
1                   IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
2
3
4           IN RE: VIOXX              * MDL Docket No. 1657
            PRODUCTS LIABILITY        *
5           LITIGATION                * Section L
                                      *
6           THIS DOCUMENT RELATES TO: * Judge Fallon
            GERALD BARNETT v. MERCK   * Mag. Judge Knowles
7
            *****************************
8
9
10          VIDEOTAPE
            DEPOSITION OF:MICHAEL MIKOLA, MD
11
            DATE:          April 25, 2006
12
            TIME:          8:27 AM
13
            LOCATION:      Law Offices of
14                         Motley Rice, LLC
                           28 Bridgeside Boulevard
15                         Mt. Pleasant, SC
16          TAKEN BY:      Counsel for Plaintiff
17          REPORTED BY:   TERRI L. BRUSSEAU,
                           Registered Professional
18                         Reporter, CP, CRR
19
20
21                  GOLKOW LITIGATION TECHNOLOGIES
22                    Four Penn Center, Suite 1210
                       1600 John F. Kennedy Blvd.
23                       Philadelphia, PA 19103
                             877.DEPS.USA
24
25
```

[55:14] - [56:4]    4/25/2006    Mikola, Michael

```
page 55
14         Q.   What generally do you -- can you tell
15   us about the sales rep discussions regarding
16   Naproxen?
17              MR. GOLDMAN:   Object to the form.
18              THE WITNESS:   Generally -- let me back
19   up and say that my wife was a sales rep and she's
20   worked for different companies over the years.
21   Generally the detailing from the reps, I try to get
22   my medical education from journal articles.
23   Usually I've requested the reps give me the actual
24   articles or reprints of the articles versus
25   detailing so they would generally call on me -- if
page 56
1    I had questions, they would answer them or refer --
2    make a referral for a request from their company
3    for further information, but generally they didn't
4    do a lot of detailing.
```

[180:3] - [181:1]    4/25/2006    Mikola, Michael

```
page 180
3          Q.   How would you describe your
4    interactions with Merck sales representatives who
```



Exhibit C - Mikola Deposition Excerpts

- Admissibility Brief Oppo

```
 5   were detailing Vioxx other than your wife?
 6       A.  Generally not only Merck but most of
 7   the pharmaceutical reps I would typically prefer
 8   not to be detailed to extent and generally I would
 9   ask them for copies of the original articles from
10   which they drew their detail pieces.
11           When you practice medicine, I'll see
12   the Pfizer rep come in and tell me why Lipitor is
13   the best drug.  Three minutes later, the Merck rep
14   comes in and tells me why Zocor is the best drug.
15   Three minutes later, the Novartis rep will come in
16   and tell me why Lescol is the best drug.  They
17   can't all be right.  They have a lot of glossies
18   and detail pieces which contain factual
19   information, but it generally doesn't contain all
20   the information available.  So I would generally
21   ask that they not particularly detail me but
22   present me with the original articles from -- that
23   I could read it and draw my own conclusion.
24       Q.  Was that your practice while you were
25   prescribing Vioxx, sir?
page 181
 1       A.  Yes, sir.
```

[343:5] - [343:8]    4/25/2006    Mikola, Michael

```
page 343
 5       Q.  Did the advertisements such as Dorothy
 6   Hamill skating about Vioxx play any role in your
 7   decision to prescribe Vioxx to Mr. Barnett?
 8       A.  No, sir.
```

[414:1] - [414:19]    4/25/2006    Mikola, Michael

```
page 414
 1           CERTIFICATE OF REPORTER
 2       I, Terri L. Brusseau, Registered
 3   Professional Reporter and Notary Public for the
 4   State of South Carolina at Large, do hereby certify
 5   that the foregoing transcript is a true, accurate,
 6   and complete record.
 7       I further certify that I am neither related
 8   to nor counsel for any party to the cause pending
 9   or interested in the events thereof.
10       Witness my hand, I have hereunto affixed my
11   official seal this 1st day of May, 2006 at
12   Charleston, Charleston County, South Carolina.
13
14
15
16
                 _____
                 Terri L. Brusseau,
17               Registered Professional
                 Reporter, CP, CRR
18               My Commission expires
                 May 7, 2006.
19
```

Exhibit D - Barnett Deposition Excerpts

- Admissibility Brief Oppo

[1:1] - [1:23]   4/20/2006   Barnett, Gerald

```
page 1
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3   In re: VIOXX®              * MDL Docket No. 1657
     PRODUCTS LIABILITY         *
 4   LITIGATION                 * SECTION L
                                *
 5                              *
                                * JUDGE FALLON
 6   This document relates to   *
                                * MAGISTRATE JUDGE
 7   GERALD BARNETT             * KNOWLES
                                *
 8              Plaintiff,      *
                                *
 9   V.                         *
                                *
10   MERCK & CO., INC.,         *
                                *
11                              *
                Defendant.      *
12                              *
     Civil Action No. 2:06cv485 *
13
     * * * * * * * * * * * *
14
            CROSS NOTICED IN VARIOUS OTHER ACTIONS
15                      * * *
         CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
16                      * * *
                  April 20, 2006
17           Deposition of GERALD D. BARNETT
18
19                      * * *
20        GOLKOW LITIGATION TECHNOLOGIES
                Four Penn Center
21         1600 John F. Kennedy Boulevard
                   Suite 1210
22         Philadelphia, Pennsylvania 19103
                    877.DEPS.USA
23
```

[129:19] - [129:25]   4/20/2006   Barnett, Gerald

```
page 129
19    Q.   Your decision to start using Vioxx in
20 January of 2000 was based on your doctor,
21 Dr. McCaffrey's medical judgment; correct?
22    A.   Yes, uh-huh.
23    Q.   You didn't rely on any advertisement for
24 Vioxx or Celebrex in deciding to use Vioxx; correct?
25    A.   No, no.  He -- that's his decision.
```

[148:21] - [149:5]   4/20/2006   Barnett, Gerald

```
page 148
21    Q.   Did you, in deciding to take Vioxx for four
22 and a half years --
23    A.   Uh-huh.
24    Q.   -- plus, did you rely on the medical
25 judgment of Dr. Mikola?
page 149
 1    A.   Yes.
 2    Q.   Other than relying on the medical judgment
 3 of Dr. Mikola and Dr. McCaffrey, did you rely on
 4 anything else in deciding to use Vioxx?
 5    A.   No.
```



EXHIBIT D

Exhibit D - Barnett Deposition Excerpts

- **Admissibility Brief Oppo**

[256:1] - [256:22]        4/20/2006    Barnett, Gerald

```
page 256
 1                    C E R T I F I C A T E
 2     I, DEBBY M. GLADISH, CSR No. 9803, do hereby certify
 3     that GERALD D. BARNETT, appeared before me at the
 4     time and place mentioned in the caption herein; that
 5     the witness was by me first duly sworn on oath, and
 6     examined upon oral interrogatories propounded by
 7     counsel; that said examination, together with the
 8     testimony of said witness, was taken down by me in
 9     stenotype and, by computer-aided transcription,
10     thereafter reduced to typewriting; and that the
11     foregoing transcript constitutes a full, true and
12     accurate record of said examination of and testimony
13     given by said witness, and of all other proceedings
14     had during the taking of said deposition, and of the
15     whole thereof, to the best of my ability.
16     Witness my hand at San Diego, California, this 24th day of
17     April, 2006.
18
19
20                   _____
                     Debby M. Gladish
21                   Certified Shorthand Reporter #9803
                     Registered Professional Reporter
22                   Certified LiveNote Reporter
```