UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06CV00485 |

**PLAINTIFF'S REPLY TO OPPOSITION OF MERCK TO PLAINTIFF'S MOTION IN LIMINE (RE: SEQUENCING OF THE PUBLICATION OF DEPOSITION DESIGNATIONS)**

I. **INTRODUCTION**

Informing the jury about which party has designated the portion of testimony presented seems so common sense as to defy logic. Unable to challenge this logic (apart from arguing that it was not done before), Merck practically concedes the point by requesting that instead of the lawyers providing the delineations between the parties' designations, the Court should so instruct the jury. Plaintiff is indifferent as to whether the lawyers give the instruction or the Court. The key to avoiding any confusion is simply to ensure that such an instruction is given.

II. **ARGUMENT**

Plaintiffs have requested that at the time deposition testimony is presented, the jury should be informed which party has designated any particular testimony that is presented at trial. Merck demurs by contending that it will 1) waste time and 2) be too confusing for the jury to hear the demarcations directly from the lawyers, instead of the Court. Neither of Merck's arguments have much merit.

1

First, from a practical standpoint, it takes only seconds to announce which party has designated any portion of a witness's testimony. For example, "I will now play plaintiff's designations of Mr. Finngranin's testimony," takes virtually no more time than to say, "I will now play Mr. Finngranin's testimony." To follow up with the same instruction about the defendant's designations is similarly minuscule. Indeed, the time spent reading this paragraph is more than the time at issue in this motion.

Second, Merck's contention that it would be confusing to the jury to instruct them that the testimony they are about to hear was selected, for example, by Mr. Robinson or Mr. Beck, is belied by Merck's willingness to have the Court make the same instruction. If the testimony were live, instead of by designation, it would be clear to the jury who was asking the question. Since the deposition testimony is recorded, it will not always be clear to the jury which party is asking the question (especially given the potentially unfamiliar off-camera voices of the interrogators). Merck seeks to exacerbate this uncertainty by precluding plaintiffs from providing simple cues for the jury to understand which party has designated which testimony to be played That obstreperous objection serves no useful, nor practical purpose. The jury should be guided through the evidence and not be required, as Merck demands, to guess who is the source of any evidence. Plaintiff's instructions serve that better purpose; Merck's request defeats the same.

### III. CONCLUSION

For the reasons set forth above and in our moving papers, plaintiff respectfully requests that the motion in limine to sequence the orderly publication of deposition designations be granted.

Date: July 5, 2006

Respectfully submitted,

By _____
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301-1190
Telephone: (318) 487-9874
Facsimile: (318) 561-2591

Shelly Sanford
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, Texas 77002
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Elizabeth Cabraser
LIEFF, CABRESER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Drew Ranier, Esq.
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, Louisiana 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

Thomas Kline
KLINE & SPECTER, P.C.
1525 Locust St., 19th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1371

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Fl
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Arnold Levin, Esq.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3875
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

Christopher V. Tisi Esq.
ASHCRAFT & GEREL
2000 L Street, NW, Suite 400
Washington, DC 20036-4914
Telephone: (202) 783-6400
Facsimile: (307) 733-0028

4

Gerald E. Meunier
Gainesburgh Benjamin David Meunier &
Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8, on this 5th day of July, 2006.

MARK P. ROBINSON, JR.
State Bar No. 054426
Attorney for Plaintiff
Robinson, Calcagnie & Robinson