UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 24 P 12:42
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co., Inc. | * | CASE NO. 06-0485 |

See Transcript dated July 6, 2006.

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO DESIGNATE
ADDITIONAL EXPERT WITNESS AND AMEND WITNESS LIST

IT IS HEREBY ORDERED that this motion is granted.

Dated: July 6, 2006            By: _____
                                The Honorable Elvon Fallon
                                United States District Court Judge

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

548132.1                        - 1 -