UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: Dale A. Rogers | § | |
| v. Merck & Co., Inc. | § | |
| No. 2:06-cv-01464 | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dale A. Rogers ("Plaintiff") and Defendant Merck & Co., Inc. ("Defendant") hereby stipulate, pursuant to Rule 41(a)(1), to a dismissal with prejudice of the above-styled lawsuit.

Plaintiff wishes to dismiss the instant lawsuit with prejudice, and Defendant is in agreement. There are no counterclaims or third-party claims. Each party will bear their own costs.

WHEREFORE, the parties stipulate to the dismissal of the above-styled lawsuit with prejudice.

Respectfully submitted,

   /s/ Hayden Hanna
Hayden E. Hanna
Arkansas Bar No. 2003-108
Law Office of Hayden E. Hanna, PLLC
791 S. 4th Ave
Yuma, AZ 85364
(928) 329-5655
(928) 329-5855 (FAX)
HaydenHanna@Hotmail.com

ATTORNEY FOR PLAINTIFF

**STIPULATION OF DISMISSAL – Page 1**

/s/ Jennifer Haltom Doan
Jennifer Haltom Doan
Arkansas Bar No. 96063
Kristie Ann Wright
Arkansas Bar No. 2005-012
HALTOM & DOAN, L.L.P.
6500 N. Summerhill Road, Suite 1A
P. O. Box 6227
Texarkana, TX 75503
903-255-1000
903-255-0800 (FAX)
jdoan@haltomdoan.com
kwright@haltomdoan.com

ATTORNEYS FOR MERCK & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Whittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in the MDL on this 25th day of July, 2006.

/s/
Jennifer Haltom Doan
Arkansas Bar No. 96063
HALTOM & DOAN, L.L.P.
6500 N. Summerhill Road, Suite 1A
P. O. Box 6227
Texarkana, TX 75503
903-255-1000
903-255-0800 (FAX)
jdoan@haltomdoan.com

ATTORNEYS FOR MERCK & CO., INC.