UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: Dale A. Rogers | § | |
| v. Merck & Co., Inc. | § | |
| No. 2:06-cv-01464 | § | |

# ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Dale A. Rogers ("Plaintiff") and Defendant Merck & Co., Inc. ("Defendant") filed a stipulation of dismissal with prejudice. The Court, having review the motion, and being well-advised, finds that the motion should the GRANTED. It is therefore

ORDERED that all claims asserted by Plaintiff against Defendant are dismissed with prejudice.

SO ORDERED.

Signed this _____ day of _____ , 2006.

_____
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL** – **Solo page**