Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

[3:3] - [3:4]          7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

                       page 3
                       3        Q.    Afternoon, Doctor.
                       4        A.    Afternoon.

[3:11] - [3:19]        7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

                       page 3
                       11       Q.    So you're -- you -- you -- you are
                       12   Mr. Barnett's cardiologist; is that right?
                       13       A.    Correct.  Uh-huh.
                       14       Q.    And in 2002 you did an angiogram on
                       15   Mr. Barnett, right?
                       16       A.    Correct.
                       17       Q.    And you did another angiogram on
                       18   Mr. Barnett in 2006?
                       19       A.    Correct.

[4:12] - [4:20]        7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

                       page 4
                       12       Q.    Now, what I want to do initially is to go
                       13   back through some of the exhibits that -- that
                       14   Mr. Goldman went through with you.  You see Exhibit
                       15   Number 29?  I think it's -- it's -- it's the --
                       16       A.    Yeah, I think so.
                       17       Q.    It's your record of --
                       18       A.    Correct.  Uh-huh.  Yep.
                       19       Q.    -- June 26th, 2006?
                       20       A.    Uh-huh.

[4:24] - [5:4]         7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

                       page 4
                       21       Q.    Okay.  I want to go through.  There's some
                       22   portions that may -- may be areas that Mr. Goldman
                       23   did not go through.
                       24            Under the echocardiogram section, section
                       25   E, where you say:  Echocardiogram Indiana 5/06
                       page 5
                       1    showing normal global left ventricular systolic
                       2    function with mild inferobasilar hypokinesis.  Do
                       3    you see that section?
                       4        A.    Yes, I do.

[5:10] - [5:14]        7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

                       page 5
                       10       Q.    Well, let me ask it this way:  Do you know
                       11   whether or not the actual echocardiogram referred to
                       12   the -- the -- the basal posterior section?
                       13       A.    The -- I don't have the full report in
                       14   front of me.  Do you have that full report?

[6:5] - [6:12]         7/24/2006    Karavan 07172006 desig

                       • Pltf Affirm Desig

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
page 6
5      Q.   Do you see it?
6      A.   I got it.  I'm sorry.
7      Q.   Do you see -- if you go to third page
8   in --
9      A.   Correct.  The echocardiogram was
10  interpreted as mid lateral basal lateral hypokinesis
11  and sever hypokinesis of the posterobasilar
12  inferobasilar areas.
```

[6:23] - [7:1]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 6
20  BY MR. ROBINSON:
21     Q.   I'm just asking -- well -- well let me
22  rephrase it just in case here.
23          What did -- when you talked about, in --
24  in response to a question by Mr. Goldman, your --
25  your cath not showing the -- the back part of the
page 7
1   heart, what do you mean?
2          MR. GOLDMAN:  Object to the form.
3   BY MR. ROBINSON:
4      Q.   Go ahead.
```

[7:5] - [8:12]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 7
4      Q.   Go ahead.
5      A.   With a ventriculogram, which we do at the
6   time of catheterization, most people just do the REO
7   ventriculogram.  Some do another side and you cannot
8   see -- visualize all segments of the heart unless
9   you're looking back there.
10          The echogram would pick up wall motion
11  that a ventriculogram may -- would not and these
12  parts are basically on the backside of the heart.
13  They would be somewhat hidden from the
14  ventriculogram that was performed this -- this
15  month.
16     Q.   And when -- when it says mid lateral basal
17  lateral hypokinesis or what does that refer to?
18     A.   The way I would interpret this in this
19  sit -- clinical situation is he had a previous small
20  what I call PDA infarct, okay.  It's the non Q wave
21  from before.  So there's a wall motion associated in
22  the basal posterior and basal inferior portion that
23  could be consistent with this PDA.
24          He has hypokinesis of the lateral, mid
25  lateral.  They call it basal lateral.  That could be
page 8
1   consistent with the fact that his circumflex vessel
2   was not feeding enough blood flow to that portion of
3   the heart and that was the vessel that we opened up.
4      Q.   And then what about the -- the part below
5   where it says severe hypokinesis?
6      A.   I think that is related to his initial
7   event.
8      Q.   Okay.  And --
9      A.   From 2002.
10     Q.   And when you said the circumflex, would
11  that also include the Ramus?
12     A.   Ramus.
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[8:17] - [9:7]     7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 8
14  BY MR. ROBINSON:
15       Q.   Well, let me ask it this way --
16       A.   Same vessel.
17       Q.   You now, will you -- will you tell the
18  jury what you refer to when you mentioned circumflex
19  in the last answer?
20       A.   I sorry, yes.  The -- in -- clinically
21  in -- in Mr. Barnett his Ramus intermedius is
22  synonymous with the circumflex.  It supplies the mid
23  lateral and basal lateral portions of the heart.
24            That vessel was stenosed, affecting the
25  blood flow, therefore potentially making it
page 9
1   hypokinetic.
2        Q.   And what does hypokinetic mean?
3        A.   It doesn't pump as strong and move quite
4   as strong as it should.
5        Q.   And if someone's heart is hypo -- has a
6   portion of it that's hypokinetic, is that a good
7   thing?
8            MR. GOLDMAN:  Object to the form.
9            THE WITNESS:  Well, it could be ischemic.
10  I mean, in -- in this situation in my mind it means
```

[9:9] - [9:15]     7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 9
6   portion of it that's hypokinetic, is that a good
7   thing?
8            MR. GOLDMAN:  Object to the form.
9            THE WITNESS:  Well, it could be ischemic.
10  I mean, in -- in this situation in my mind it means
11  that his circumflex or Ramus intermedius muscle
12  was -- had stenosis, that portion of the heart was
13  ischemic and therefore not pumping as good because
14  the heart needs blood flow to pump.
15  BY MR. ROBINSON:
16       Q.   And the other portion where they say basal
17  inferior hypokinesis, what does that refer to?
18       A.   I feel in Mr. Barnett, this wall motion
```

[9:16] - [9:22]     7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 9
16       Q.   And the other portion where they say basal
17  inferior hypokinesis, what does that refer to?
18       A.   I feel in Mr. Barnett, this wall motion
19  abnormality would be consistent with his initial
20  event in 2002, which is essentially closure of his
21  PDA which supplies the posterobasilar, inferior
22  basal part of the heart.
```

[10:9]     7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 10
6   I would suspect that he had a --
7   BY MR. ROBINSON:
8        Q.   Let me -- let me rephrase this question.
9   What does this mean?
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
10                MR. GOLDMAN:  Object to the form.
11                THE WITNESS:  Okay.  It -- it means that,
12   two things, that -- that these -- this statement
```

[10:11] - [10:20]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 10
8         Q.   Let me -- let me rephrase this question.
9    What does this mean?
10                MR. GOLDMAN:  Object to the form.
11                THE WITNESS:  Okay.  It -- it means that,
12   two things, that -- that these -- this statement
13   means two things.  One is the Ramus intermedius is
14   ischemic to the lateral side of the heart making it
15   hypokinesis.
16                He had a non Q wave, what I would term
17   a -- determined to be a non Q wave myocardial
18   infarction on the inferobasilar part of the heart
19   supplied by PDA.  And it was there in 2002 and
20   that's why you see it now.
21   BY MR. ROBINSON:
22        Q.   And do -- do you have an opinion one way
23   or another as to whether it is probably gonna stay
```

[10:22] - [10:24]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 10
19   supplied by PDA.  And it was there in 2002 and
20   that's why you see it now.
21   BY MR. ROBINSON:
22        Q.   And do -- do you have an opinion one way
23   or another as to whether it is probably gonna stay
24   there?
25                MR. GOLDMAN:  Object to the form.
page 11
1                THE WITNESS:  He will always have -- at --
2    at this point in time I suspect he will always have
```

[11:1] - [12:1]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 10
23   or another as to whether it is probably gonna stay
24   there?
25                MR. GOLDMAN:  Object to the form.
page 11
1                THE WITNESS:  He will always have -- at --
2    at this point in time I suspect he will always have
3    a small area of hypokinesis of the basal
4    posterobasilar part of the heart from his initial
5    infarct from four years ago.
6                Overall, in light of the fact that --
7    overall, his ven -- that part of the heart has
8    improved some.  His initial ventriculogram showed a
9    more distinct wall motion abnormality, where you
10   don't see it as clearly now.
11   BY MR. ROBINSON:
12        Q.   Okay.  And would the ventriculogram that
13   you did show the back part of the heart?
14        A.   No, sir.  It would not.  It would not show
15   the mid lateral hypokinetic area in -- in -- in this
16   posterobasilar inferobasilar area would not show up
17   well on a ventriculogram.
18        Q.   Would it show up on an echocardiogram?
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
19        A.    Correct, just as it did.
20        Q.    If, in fact, someone has hypokinesis, as
21  Mr. Barnett has, but also has a -- an ejection
22  fraction that's normal and has the level of coronary
23  artery disease that Mr. Barnett has, is there any
24  potential problem in the future with this
25  hypokinesis and the coronary artery disease as it
page 12
1   might affect his heart?
2              MR. GOLDMAN:  Object to the form.
3              THE WITNESS:  Again, the area on the
4   backside, the -- the mid lateral basal lateral I
```

[12:3] - [12:17]     7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 11
25  hypokinesis and the coronary artery disease as it
page 12
1   might affect his heart?
2              MR. GOLDMAN:  Object to the form.
3              THE WITNESS:  Again, the area on the
4   backside, the -- the mid lateral basal lateral I
5   suspect was from this high grade obstruction in the
6   circumflex Ramus vessel which we opened up, and I
7   would be hopeful that this part of the heart would
8   return to pumping more normally.
9              You know, in -- in general, when someone
10  as an overall normally functional heart, again, we
11  always say they have a relatively good prognosis.
12  It's -- obviously, you would not -- if it was your
13  heart, you would want every segment of your heart
14  beating strongly and normally.
15              And the question is, will this area of
16  hypokinesis have a negative effect on him in the
17  future.
18  BY MR. ROBINSON:
19        Q.    Along with his coronary artery disease?
20              MR. GOLDMAN:  Object to the form.
```

[12:19] - [12:20]     7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 12
16  hypokinesis have a negative effect on him in the
17  future.
18  BY MR. ROBINSON:
19        Q.    Along with his coronary artery disease?
20              MR. GOLDMAN:  Object to the form.
21              THE WITNESS:  Well, if you have one wall
22  motion abnormality and have another event and have
23  another wall motion abnormality, then they can
```

[12:21] - [12:24]     7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 12
18  BY MR. ROBINSON:
19        Q.    Along with his coronary artery disease?
20              MR. GOLDMAN:  Object to the form.
21              THE WITNESS:  Well, if you have one wall
22  motion abnormality and have another event and have
23  another wall motion abnormality, then they can
24  certainly add up to be more significant.
25  BY MR. ROBINSON:
page 13
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
1       Q.   And do you know whether or not the
2   coronary artery disease can -- can lead to a
```

[13:1] - [13:11]          7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 12
23   another wall motion abnormality, then they can
24   certainly add up to be more significant.
25   BY MR. ROBINSON:
page 13
1        Q.   And do you know whether or not the
2    coronary artery disease can -- can lead to a
3    subsequent wall motion abnormality?
4        A.   If you have significant obstruction,
5    significant lack of blood flow, then the -- those --
6    whatever area of the heart is affected will not pump
7    normally.
8        Q.   Now, do you know whether or not in your
9    angiogram that you just did on July 10th, 2006
10   Mr. Barnett had premature heart beat or -- or series
11   of premature heart beats?
12        MR. GOLDMAN:  Object to the form.
13        THE WITNESS:  He had ventricular premature
14   beats, which can occur when you're inside the heart
```

[13:13] - [13:16]          7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 13
10   Mr. Barnett had premature heart beat or -- or series
11   of premature heart beats?
12        MR. GOLDMAN:  Object to the form.
13        THE WITNESS:  He had ventricular premature
14   beats, which can occur when you're inside the heart
15   putting dye in there and it's tickling, stimulating
16   the heart muscle to beat, have extra beats.
17   BY MR. ROBINSON:
18        Q.   So if -- if you have a premature beat, do
19   you know whether or not you -- you have a -- a pause
```

[13:18] - [14:16]          7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 13
18        Q.   So if -- if you have a premature beat, do
19   you know whether or not you -- you have a -- a pause
20   after a premature beat?
21        A.   Basically what can happen when you have
22   PVCs is it allows more time between the subsequent
23   beat.  And when that happens, more calcium influx
24   into the myocardial cells, myocytes, cardiomyocytes,
25   and they contract and put stronger or better, so
page 14
1    wall motion does improve what we call post extra
2    systolic pause.
3        Q.   And could -- do you know whether or not
4    that could in some way mask a wall motion
5    abnormality?
6        A.   The wall motion abnormality seen on
7    echocardiogram were difficult to -- in the area,
8    that would have been difficult to see in a right
9    ventricular -- right REO ventriculogram, and post
10   PVC, these wall -- any potential wall motion
11   abnormality would be less apparent.
12        Q.   Going back to the -- the Exhibit 29, your
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
13   record.  Go to the third page, please, where you
14   have the continuation of your history of present
15   illness.
16      A.   Yeah.
```

[14:19] - [14:20]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 14
16      A.   Yeah.
17      Q.   There was a portion that Mr. Goldman
18   skipped and I want to go through that with you.
19   Would you read into the record Mr -- what you say
20   here beginning he had an echocardiogram?
21           MR. GOLDMAN:  Object to the form.
22           THE WITNESS:  He had an echocardiogram
23   that showed an overall normal left ventricular
```

[14:22] - [15:3]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 14
19   Would you read into the record Mr -- what you say
20   here beginning he had an echocardiogram?
21           MR. GOLDMAN:  Object to the form.
22           THE WITNESS:  He had an echocardiogram
23   that showed an overall normal left ventricular
24   systolic function with mild inferobasal and -- I'm
25   sorry -- mild inferobasal -- I'm sorry.  I'll do it
page 15
1    all over.  Normal left ventricular systolic function
2    with mile inferobasal and posterobasal hypokinesis.
3    More?
4    BY MR. ROBINSON:
5       Q.   Yeah.  Go ahead.
6       A.   He has had a stress perfusion study.  He
```

[15:5] - [15:11]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 15
5       Q.   Yeah.  Go ahead.
6       A.   He has had a stress perfusion study.  He
7    had nine and a half minutes, stopped for fatigue.
8    He had no chest pain.  Peak heart rate is 106.  He
9    had an ejection fraction of 60 percent by nuclear
10   imagining with a small area of inferolateral
11   ischemia.
```

[15:17] - [16:9]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 15
17      Q.   Well, let me -- will you just tell me what
18   that means, with a small area of inferolateral
19   ischemia?
20      A.   It means the inferolateral portion of the
21   heart was not receiving the proper -- proper blood
22   flow at the time of stress testing, indicating there
23   may be blockage that's affecting blood flow.
24      Q.   What -- what artery feeds to the inferior
25   wall of the heart?
page 16
1       A.   It would be the right coronary heart
2    generally feeds the inferior portion of the heart.
3       Q.   And can you tell us the status of his
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
4   right coronary artery today?
5        A.   His native right coronary artery is
6   totally occluded approximately in the mid vessel.
7        Q.   And can you tell me the -- the status of
8   his native posterior descending artery today?
9        A.   The -- his -- well, it's totally occluded.
```

[16:16] - [17:2]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 16
16       Q.   Now, there is a diagonal that -- that goes
17  to the PDA I think you said?
18       A.   Okay.  There's a -- with regards to the
19  right coronary artery, he had a graft that went what
20  we call a natural Y graft sequentially to the two
21  branches of the distal front of the part of the
22  right coronary artery, okay.
23            One graft went to the posterolateral
24  branch and that's open.  The other graft sequential
25  went to the PDA and that's closed.
page 17
1             The PDA fills via or through collateral
2   blood vessels from the left coronary artery.
```

[17:5]                    7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 17
2   blood vessels from the left coronary artery.
3             MR. ROBINSON:  I have this exhibit.  I'd
4   like to mark the next in order.  What are we, 36?
5   37?  I'd like to mark this drawing number 37.
6                        (EXH. # 37, drawing of the
7                        heart, marked for
8                        identification.)
```

[17:13] - [18:8]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 17
10       Q.   Could you, using a pen, will you -- will
11  you -- strike that.  Let -- let me ask this first.
12            Is there a portion -- strike that.
13            In your report that Mr. Goldman went over
14  regarding your -- your angiogram, what -- what did
15  you say was the status of the RCA?
16       A.   The native right coronary artery is
17  totally occluded.
18       Q.   So that's 100 percent?
19       A.   100 percent.
20       Q.   And the -- the vein graft that goes down
21  to the -- the PDA, does -- does that feed -- does
22  that feed the entire area of the heart that is
23  normally fed by the RCA?
24       A.   The -- no.  There -- there was a -- well,
25  was a -- remember, it's a sequential graft.  One
page 18
1   limb is open that goes to the, what we call the
2   posterolateral branch.  The other limb that fills
3   the remainder of the right coronary artery, the PDA,
4   is closed.
5        Q.   Okay.  Could you maybe mark the parts of
6   the PDA and the RCA on this Exhibit Number 37 maybe
7   with -- with an ink pen blocking out the portions
8   that are closed?
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
9        A.   Uh-huh.  I can.  What color is this?  It
10  don't matter I guess.  You want a red or something?
```

[18:15] - [18:24]      7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 18
11        Q.   Here's red.
12        A.   It might show up -- is that blue?  It
13  might show up better.  Okay.  Just to show up
14  better.
15             Okay, the native right coronary artery is
16  closed in the mid to distal vessel 100 percent, and
17  then there were -- meaning and then subsequently
18  downstream from that is closed also.
19        Q.   Will you put down the area -- will you
20  mark in red the areas that are downstream closed?
21        A.   Okay.  Okay.  The graft was a sequentialed
22  or jump graft, and the second portion of it to the
23  PDA is closed.  The first portion is fine going to
24  the posterolateral branch, which is the first place.
```

[19:4] - [20:21]      7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 19
4         Q.   But could you point or show the jury
5    what -- what you drew on this document, Exhibit 37?
6         A.   This is the right coronary artery, the
7    native blood vessel Mr. Barnett was born with.
8    It's -- it's -- it starts up here, blood flow comes
9    and then it's closed off.  The bypass grafts are
10   designed to go downstream and supply blood around
11   the blockage.
12             This graft had two limbs or two branches.
13   The first branch going to what we call the
14   posterolateral branch is open and fine.  The second
15   branch going to the PDA or posterior descending
16   artery is totally closed.
17        Q.   Okay.  And what -- what is -- whow --
18   point on the RCA the portions that are closed as
19   well, point there.
20        A.   Well, it comes to -- down a portion of it
21   and then about what we call the mid vessel it's
22   totally closed.  As you come down, there would be
23   some other branches that have closed and you come to
24   what we call the bifurcation and it bifurcates into
25   the PDA and then posterolateral branch.
page 20
1              So all of this is closed to here and the
2    PDA graft is closed and the collateral, what we call
3    collateral blood vessels from the left coronary
4    artery supply blood flow to this PDA.
5         Q.   And is the PDA closed still?
6         A.   Well, the -- it -- the PDA is closed
7    prox -- what we call proximally.  The distal or
8    further down parts of the PDA receives blood flow
9    through the back door, collateral.
10        Q.   So they're -- they're receiving some from
11   the bottom but not from the top?
12        A.   That's correct.  From the back door, so to
13   speak.
14        Q.   Okay.  Doctor, I don't know if we can do
15   this.  But if we bring these two computers over,
16   she's got your two caths and she's got the RCA
17   marked and that's your before.  That's the September
18   6, '02, and this one is the -- the July 10th, '06.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
19  So I'd look to put them side by side and maybe you
20  can point it out to the jury, but we'll get it on
21  camera here.
22      A.   Let's see what we can do about turning
23  this around.  Will this run on battery for a minute?
```

[21:1] - [21:10]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 20
23  this around.  Will this run on battery for a minute?
24              MS. GARBER:  Sure.
25              THE WITNESS:  You can do it like this if
page 21
1   you like.  Now -- well, basically this is all you're
2   gonna -- this is the 2006 angiogram.  And this is
3   the catheter injecting dye into the, what we call
4   the right coronary artery.  And this is all you need
5   to see for this picture, and that the -- the blood
6   vessel fills with dye and is totally closed.  It
7   stops right here and should be coming and branching
8   out in this manner.  So it's totally closed in the
9   mid vessel of the right coronary artery.  That's the
10  most recent catheterization of 2006.
11              This is the 9/02 catheterization and -- is
12  there any way we can put real time on this one?
13              MS. GARBER:  Sure.
```

[21:11]                   7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 21
8   out in this manner.  So it's totally closed in the
9   mid vessel of the right coronary artery.  That's the
10  most recent catheterization of 2006.
11              This is the 9/02 catheterization and -- is
12  there any way we can put real time on this one?
13              MS. GARBER:  Sure.
14              THE WITNESS:  Because it -- I think
```

[21:16] - [21:21]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 21
13              MS. GARBER:  Sure.
14              THE WITNESS:  Because it -- I think
15  there's more.  This one -- all right.  Go ahead.
16  But this is the right coronary artery.  You can see
17  that it's -- it's patent through here.  This is
18  where it's closed now, here versus here.  That was
19  open back in 2002.  And most of the disease was
20  downstream, if we can play it and point it out.
21  That you just need to get rid of that.
22              MS. GARBER:  It's difficult upside down.
23              THE WITNESS:  Okay.  See if we can play
24  loop -- does it loop?  It didn't loop.  It's the
```

[22:3] - [22:13]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 21
25  ventriculogram.  Can we -- you have to get on this
page 22
1   right here.  You have to point on that.  You need to
2   go back.
3              This is the native right coronary artery,
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
 4  as we -- we just pointed out.  Today it's closed
 5  right here.  Previously it was open here, came down
 6  into what we call the bifurcation, which is
 7  occurring right in here.  This is what we call the
 8  posterolateral branch, which was open with blockage
 9  in it.  And then the PDA, as we said, was totally
10  closed was mainly filling through collateral blood
11  vessels.  So you do not see the PDA coming down here
12  like you normally would.  It's getting collateral
13  filling through the left system.
14  BY MR. ROBINSON:
15      Q.  Okay.  So today we have -- this is the
16  July 10th, 2006 cath, right?
```

[22:15] - [22:17]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 22
15      Q.  Okay.  So today we have -- this is the
16  July 10th, 2006 cath, right?
17      A.  Correct.
```

[23:6] - [23:16]           7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 23
 6      Q.  Why don't you describe the difference just
 7  for the record so I'm not leading you in any way.
 8      A.  The initial angiogram from 2002 had a
 9  patent right coronary artery with high grade
10  obstruction, what we call down at the bifurcation
11  into the posterolateral branch and the PDA.  Now
12  there's less blood flow down in the native right
13  coronary artery with it totally closed midway
14  through the vessel, no longer supply what we call
15  antegrade filling to the posterolateral branch or
16  the PDA.
```

[23:19] - [23:23]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 23
16  the PDA.
17      Q.  Okay.  Thank you very much, Doctor.  Now,
18  Mr -- Mr. Goldman -- strike that.
19          In response to a question by Mr. Goldman
20  regarding progression of atherosclerosis, you said
21  something about the potential possible long-term
22  effects of a drug taken by Mr. Barnett in the past.
23  Do you remember that?
24          MR. GOLDMAN:  Object to the form.
25          THE WITNESS:  I do.
page 24
 1  BY MR. ROBINSON:
```

[23:25]                    7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 23
22  effects of a drug taken by Mr. Barnett in the past.
23  Do you remember that?
24          MR. GOLDMAN:  Object to the form.
25          THE WITNESS:  I do.
page 24
 1  BY MR. ROBINSON:
 2      Q.  Okay.  Now, what I want to do is show you
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
3    I think maybe some exhibits that maybe -- I think we
```

[24:6] - [24:7]                 7/24/2006   Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 24
 3    I think maybe some exhibits that maybe -- I think we
 4    showed you one in your prior deposition, but some
 5    maybe that you haven't seen.
 6              MR. ROBINSON:  I want to mark Exhibit
 7    Number 38.
 8                         (EXH. # 38, Scientific Advisors'
 9                         Meeting Programmatic Review,
10                         marked for identification.)
```

[24:18] - [25:1]                7/24/2006   Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 24
18         Q.   If we go to page -- I think the fourth
19    page of Exhibit 38, I think we went over in your
20    last session, but I want to make sure you say it
21    here today.  You see the date of this document is
22    May 3rd through May 6th, 1998 at the top?
23         A.   Correct.  Right.
24         Q.   Do you see it says Scientific Advisors'
25    Meeting?
page 25
 1         A.   Right, I do.
```

[25:5] - [25:9]                 7/24/2006   Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 25
 2         Q.   Remember we went over this at your last
 3    deposition?
 4         A.   Yes.  I recall this.
 5         Q.   And so the -- the -- the Merck scientific
 6    advisors board addressed the potential for either
 7    benefits or adverse consequences of selective
 8    inhibition of COX-2 on coronary artery disease.  Did
 9    I read that right?
10              MR. GOLDMAN:  Object to the form.
11              THE WITNESS:  You read it correct.
12    BY MR. ROBINSON:
```

[25:11]                         7/24/2006   Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 25
 8    inhibition of COX-2 on coronary artery disease.  Did
 9    I read that right?
10              MR. GOLDMAN:  Object to the form.
11              THE WITNESS:  You read it correct.
12    BY MR. ROBINSON:
13         Q.   Okay.  And then do you -- would you read
14    the next sentence into the record, please?
```

[25:13] - [26:7]                7/24/2006   Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 25
13         Q.   Okay.  And then do you -- would you read
14    the next sentence into the record, please?
15         A.   The possible effects of COX-2 inhibition
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
16  on three separate components of the process leading
17  to coronary ischemic events were considered.  These
18  are, number 1, the development of lipid rich
19  coronary plaques.
20       Q.   Okay.
21       A.   Number 2, the destabilization of the cap
22  of these plaques by inflammatory cells making them
23  rupture prone; and number 3, the thrombotic
24  occlusion of the vessel at the site of plaque
25  rupture with ensuing consequences of ischemia.
page 26
1        Q.   Okay.  So, and -- and for the jury what --
2   what does that mean, development of lipid rich
3   coronary plaques to you as a cardiologist?
4            MR. GOLDMAN:  Object to the form.
5            THE WITNESS:  It would imply that
6   potential for the development of atherosclerosis
7   basically.
8   BY MR. ROBINSON:
9        Q.   Okay.  I'm gonna show you another exhibit
10  here.
11                       (EXH. # 39, Article Coxibs and
12                        Cardiovascular Disease, marked
13                        for identification.)
14  BY MR. ROBINSON:
15       Q.   Now, Exhibit 39.  I'll show you Exhibit
16  39, Doctor.  Is there two copies there?  Can you
17  give to Mr. Goldman?
18       A.   Oh, sorry.
```

[26:15] - [26:16]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 26
15       Q.   Now, Exhibit 39.  I'll show you Exhibit
16  39, Doctor.  Is there two copies there?  Can you
17  give to Mr. Goldman?
18       A.   Oh, sorry.
```

[27:9] - [27:19]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 27
9        Q.   Okay, Doctor, I'd like you to -- to -- do
10  you see that this Exhibit 39 is by Garrett
11  FitzGerald?
12       A.   Yes.
13       Q.   Summary is coxibs and cardiovascular
14  disease?
15       A.   Yes, sir.
16       Q.   Okay.  And this -- what's the date of that
17  document?
18       A.   This one looks look from the New England
19  Journal of Medicine, October 21st, 2004.
```

[28:4] - [28:24]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 28
1   through documents, in which case it's objection for
2   a number of other reasons, too.
3   BY MR. ROBINSON:
4        Q.   Do you see where it says in the last
5   paragraph on the first page:  Thus a single
6   mechanism?
7        A.   Yes I do.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
8        Q.   Can you read that into the record, please?
9        A.   Thus a single mechanism, depression of
10  prostaglandin I2 formation might be expected to
11  elevate blood pressure, accelerate atherogenesis in
12  predisposed patients receiving coxibs to an
13  exaggerated thrombotic response to the rupture of an
14  atherogen -- atherosclerotic plaque.
15       Q.   Could you read the next sentence, please,
16  sir?
17       A.   The higher a patient's intrinsic risk of
18  cardiovascular disease, the more likely it would be
19  that such a hazard would manifest itself rapidly in
20  the form of a clinical event.
21       Q.   Okay.  As cardiologist treating
22  Mr. Barnett, what -- what does it mean to you when
23  it says might be expected to -- to elevate blood
24  pressure, accelerate atherogenesis?
25            MR. GOLDMAN:  Object to the form.
page 29
1            THE WITNESS:  If a person has -- is taking
2  a drug that can do these things, then there would be
```

[29:1] - [29:4]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 28
23  it says might be expected to -- to elevate blood
24  pressure, accelerate atherogenesis?
25            MR. GOLDMAN:  Object to the form.
page 29
1            THE WITNESS:  If a person has -- is taking
2  a drug that can do these things, then there would be
3  a lot of concern.
4  BY MR. ROBINSON:
5        Q.   And when it says the higher the -- a
6  patient's intrinsic risk of cardiovascular disease,
7  the more likely it would be that such a hazard would
```

[29:5] - [29:9]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 29
2  a drug that can do these things, then there would be
3  a lot of concern.
4  BY MR. ROBINSON:
5        Q.   And when it says the higher the -- a
6  patient's intrinsic risk of cardiovascular disease,
7  the more likely it would be that such a hazard would
8  manifest itself rapidly in the form of a -- of a
9  clinical event, what does that mean to you?
10            MR. GOLDMAN:  Object to the form.
11            THE WITNESS:  It would -- it means -- if
12  that's true, it means that a patient such as
```

[29:11] - [29:13]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 29
8  manifest itself rapidly in the form of a -- of a
9  clinical event, what does that mean to you?
10            MR. GOLDMAN:  Object to the form.
11            THE WITNESS:  It would -- it means -- if
12  that's true, it means that a patient such as
13  Mr. Barnett would be in -- included in that risk.
14  BY MR. ROBINSON:
15        Q.   Now, before today -- I mean -- strike
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
16  that.
```

[30:8] - [30:9]          7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 30
8        Q.    Would you go to the last paragraph of this
9   article?
10        A.    Uh-huh.  The final?
```

[30:14] - [31:9]         7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 30
11        Q.    The final paragraph.
12        A.    The final gastrointestinal --
13        Q.    No, no.  I'm sorry.  The last page.
14        A.    Sorry.  I gotcha.  Patients in the
15   approved studies should continue to be followed.
16   This will allow some estimate of how quickly the
17   development of risk may dissipate.  Given the
18   relatively short half lives of these compounds, such
19   a dissipation may occur rapidly.  On the other hand,
20   if treatment has accelerated atherosclerosis, the
21   offset of risk may be more gradually.  Finally, it
22   is essential to determine whether the cardiovascular
23   risk is or is not a class effect.  The burden --
24        Q.    Okay.  Go -- go ahead.
25        A.    The burden of proof now rests with those
page 31
1   who claim that this is a problem for rofox --
2        Q.    Rofecoxib.
3        A.    -- rofecoxib alone and does not extend to
4   other coxibs.  We must remember that the absence of
5   evidence is not the evidence of absence.
6        Q.    Okay.  Now, when they say we should follow
7   the people in the approved study regarding
8   dissipation of the risk to evaluate for accelerated
9   atherosclerosis, what does that mean to you?
10             MR. GOLDMAN:  Object to the form.
11             THE WITNESS:  If a drug has potential for
12   atherosclerosis, then you may not see -- you may see
```

[31:11] - [31:15]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 31
8   dissipation of the risk to evaluate for accelerated
9   atherosclerosis, what does that mean to you?
10             MR. GOLDMAN:  Object to the form.
11             THE WITNESS:  If a drug has potential for
12   atherosclerosis, then you may not see -- you may see
13   it present itself early with thrombosis or you may
14   see it present itself later with progressive
15   atherosclerosis at a later date.
16   BY MR. ROBINSON:
17        Q.    And when he's saying that the patients in
18   the approved study, is that the study that you read?
```

[31:17] - [31:24]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 31
17        Q.    And when he's saying that the patients in
18   the approved study, is that the study that you read?
19   I think you told us the previous --
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
20        A.  I read the approved study before.  I guess
21  what he's saying is that they need to be followed
22  because of the fact -- the -- there may be a
23  prolonged effect, including atherogenesis down the
24  road.
```

[32:2] - [32:3]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 31
24  road.
25               MR. GOLDMAN:  Objection.  Move to strike
page 32
1   as nonresponsive.
2                MR. ROBINSON:  Let me show you the next
3   exhibit.  I only have one copy.  Andy knows this one
4   and we'll sort of read it together with you.
5                MR. GOLDMAN:  What is it?
6                MR. ROBINSON:  It's from the approved
```

[33:4] - [33:12]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 33
1   BY MR. ROBINSON:
2        Q.  May I take a look at it for a second?
3        A.  Uh-huh.
4        Q.  Going to page 2, which is page 65 of this
5   Exhibit Number 40.  You see the -- that it was
6   updated on May 26th, 2006?
7        A.  Right.
8        Q.  And if we go to table C14 and look at the
9   people that were followed up in the approved study
10  for the first six months after this continuation of
11  the drug, can you read in the rofecoxib versus
12  placebo numbers and the relative risks, please?
13               MR. GOLDMAN:  Object to the form.
14               THE WITNESS:  Okay.  So the -- as I see
15  this, and you want it for the first six months?
```

[33:14] - [33:15]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 33
11  the drug, can you read in the rofecoxib versus
12  placebo numbers and the relative risks, please?
13               MR. GOLDMAN:  Object to the form.
14               THE WITNESS:  Okay.  So the -- as I see
15  this, and you want it for the first six months?
16  BY MR. ROBINSON:
17       Q.  Yes.
18       A.  Events -- events per patient years.  These
```

[33:17] - [33:21]        7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 33
17       Q.  Yes.
18       A.  Events -- events per patient years.  These
19  events are -- I'm assuming are all events, which
20  would include cardiac events.  Is this correct?
21  Let's see.
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[34:11] - [34:15]        7/24/2006    Karavan 07172006 desig

            **• Pltf Affirm Desig**

```
page 34
8              THE WITNESS:  The -- so it would be
9     cardiac events, cerebral vascular events.
10             MR. GOLDMAN:  What's the question, Mark?
11             THE WITNESS:  What is the event rate at
12    six months between rofecoxib versus placebo.  And
13    the event rate was 11 out of 537 for the rofecoxib
14    versus 3 out of over 450 -- 548, I'm sorry, with
15    relative risk of 3.74.
16    BY MR. ROBINSON:
17          Q.   And is that statistically significant in
18    the right column there?
```

[34:17] - [34:18]        7/24/2006    Karavan 07172006 desig

            **• Pltf Affirm Desig**

```
page 34
14    versus 3 out of over 450 -- 548, I'm sorry, with
15    relative risk of 3.74.
16    BY MR. ROBINSON:
17          Q.   And is that statistically significant in
18    the right column there?
19             MR. GOLDMAN:  Object to the form.
20             THE WITNESS:  That would be statistically
21    significant for these events.
```

[34:20] - [34:21]        7/24/2006    Karavan 07172006 desig

            **• Pltf Affirm Desig**

```
page 34
17          Q.   And is that statistically significant in
18    the right column there?
19             MR. GOLDMAN:  Object to the form.
20             THE WITNESS:  That would be statistically
21    significant for these events.
22    BY MR. ROBINSON:
23          Q.   Okay.  Have you -- have you ever seen
24    that -- that study before?
```

[35:8] - [35:22]        7/24/2006    Karavan 07172006 desig

            **• Pltf Affirm Desig**

```
page 35
5              THE WITNESS:  I saw this sheet for the
6     first time yesterday.
7     BY MR. ROBINSON:
8          Q.   And -- but have -- had you ever seen that
9     at the time of your last deposition?
10         A.   No, because that was -- this is subsequent
11    to that.  This is 5/26/06.
12         Q.   And the -- now, given that there is
13    this -- this true follow-up data that I've shown you
14    and given that the -- the other document that I
15    showed you that actually talks about the potential
16    for Vioxx causing atherosclerosis, okay, if -- if,
17    in fact, there is a potential for Vioxx to -- to
18    cause atherosclerosis or to build up
19    atherosclerosis, do you have an opinion as to how
20    this may play a part in Mr. Barnett's course over
21    the last several years since he -- he was -- has
22    been taking Vioxx?
23             MR. GOLDMAN:  Object to the form.  Calls
24    for speculation.  Calls for expert testimony.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**
```
                  25   Improper hypothetical.
```

[36:4] - [36:10]              7/24/2006    Karavan 07172006 desig
                              • Pltf Affirm Desig
```
                  page 36
                  1    BY MR. ROBINSON:
                  2         Q.   Go ahead.
                  3              MR. GOLDMAN:  And lacks foundation.
                  4              THE WITNESS:  If -- if a -- a patient such
                  5    as Mr. Barnett were taking a drug that promoted
                  6    ath -- thrombotic events, atherosclerosis given his
                  7    underlying substrate, so to speak, risk factors,
                  8    then he would be at potential risk for -- for
                  9    cardiac events and progressive atherosclerosis, if
                  10   that -- if that's the case.
                  11   BY MR. ROBINSON:
                  12        Q.   If, in fact, Vioxx can, number one, cause
                  13   heart attacks and can accelerate atherosclerosis,
```

[36:12] - [36:17]             7/24/2006    Karavan 07172006 desig
                              • Pltf Affirm Desig
```
                  page 36
                  9    cardiac events and progressive atherosclerosis, if
                  10   that -- if that's the case.
                  11   BY MR. ROBINSON:
                  12        Q.   If, in fact, Vioxx can, number one, cause
                  13   heart attacks and can accelerate atherosclerosis,
                  14   do -- do you have an opinion as to whether Vioxx and
                  15   Mr. Barnett's preexisting coronary artery disease
                  16   were potentially joint contributing causes to his
                  17   heart attack?
                  18             MR. GOLDMAN:  Object to the form.  Calls
                  19   for speculation.  Calls for expert testimony.
                  20   BY MR. ROBINSON:
```

[36:23] - [37:2]              7/24/2006    Karavan 07172006 desig
                              • Pltf Affirm Desig
```
                  page 36
                  20   BY MR. ROBINSON:
                  21        Q.   Go ahead.
                  22             MR. GOLDMAN:  Improper hypothetical.
                  23             THE WITNESS:  Again, if a drug, a drug
                  24   causes potential for atherosclerosis, thrombotic
                  25   events, Mr. Barnett would be definitely at risk for
                  page 37
                  1    those complications given his genes, hyperlipidemia
                  2    and substrate for coronary artery disease.
                  3    BY MR. ROBINSON:
                  4         Q.   And if, in fact, Vioxx does cause heart
                  5    attacks and accelerated atherosclerosis, how would
```

[37:4] - [37:7]               7/24/2006    Karavan 07172006 desig
                              • Pltf Affirm Desig
```
                  page 37
                  1    those complications given his genes, hyperlipidemia
                  2    and substrate for coronary artery disease.
                  3    BY MR. ROBINSON:
                  4         Q.   And if, in fact, Vioxx does cause heart
                  5    attacks and accelerated atherosclerosis, how would
                  6    the Vioxx work on -- on Mr. Barnett's substrate, as
                  7    you put it?
                  8              MR. GOLDMAN:  Object to the form.  Calls
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
9   for speculation.  Calls for expert testimony.
10  BY MR. ROBINSON:
```

[37:12] - [37:15]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 37
11       Q.   Go ahead.
12       A.   It would potentially do all the things
13  we're talking about and make his disease process
14  progressive and potentially to heart attack and more
15  blockage.
```

[37:19] - [37:20]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 37
16       Q.   And before -- strike that.
17            Okay.  I -- I think Mr. Goldman asked you
18  some questions about whether or not you knew whether
19  he had had a subsequent heart attack or not.  And is
20  there such a thing as a silent heart attack?
21            MR. GOLDMAN:  Object to the form.
22            THE WITNESS:  There is such a thing as a
23  silent heart attack.  It is felt that maybe 20
```

[37:22] - [38:1]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 37
19  he had had a subsequent heart attack or not.  And is
20  there such a thing as a silent heart attack?
21            MR. GOLDMAN:  Object to the form.
22            THE WITNESS:  There is such a thing as a
23  silent heart attack.  It is felt that maybe 20
24  percent of cardiac heart attacks can be undiagnosed,
25  unrecognized, silent, whatever you want to call it.
page 38
1   BY MR. ROBINSON:
2        Q.   Okay.  And if -- if someone does have a
3   thrombosis maybe two years ago, do you know whether
4   or not that the thrombosis could -- could be flushed
```

[38:2] - [38:6]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 37
24  percent of cardiac heart attacks can be undiagnosed,
25  unrecognized, silent, whatever you want to call it.
page 38
1   BY MR. ROBINSON:
2        Q.   Okay.  And if -- if someone does have a
3   thrombosis maybe two years ago, do you know whether
4   or not that the thrombosis could -- could be flushed
5   away or -- or in some way resolved over some time
6   period?
7            MR. GOLDMAN:  Object to the form.
8            THE WITNESS:  You can have what we call
9   autolysis and resolution of thrombus in vessels from
```

[38:8] - [38:10]          7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 38
5   away or -- or in some way resolved over some time
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
 6   period?
 7           MR. GOLDMAN:  Object to the form.
 8           THE WITNESS:  You can have what we call
 9   autolysis and resolution of thrombus in vessels from
10   any point in time.
11   BY MR. ROBINSON:
12       Q.   Now, if, in fact, Mr. Barnett had an event
13   in -- in July of 2004 where he went down to the
```

[39:25] - [40:6]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 39
22   silent, I don't see the evidence for -- basically
23   for that.
24   BY MR. ROBINSON:
25       Q.   Let me ask you this:  Was the -- was the
page 40
 1   Ramus saphenous vein graft the graft that was
 2   occluded?
 3       A.   Correct.
 4       Q.   And remember in the echocardiogram
 5   there -- there was some wall motion abnormalities;
 6   is that right?
 7           MR. GOLDMAN:  Object to the form.
 8           THE WITNESS:  What we call mid basal and
 9   lateral segment, uh-huh.
```

[40:8] - [40:9]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 40
 5   there -- there was some wall motion abnormalities;
 6   is that right?
 7           MR. GOLDMAN:  Object to the form.
 8           THE WITNESS:  What we call mid basal and
 9   lateral segment, uh-huh.
10   BY MR. ROBINSON:
11       Q.   Would -- would that be consistent with
12   a -- a possible occlusion to the -- to the Ramus?
```

[40:11] - [40:12]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 40
 8           THE WITNESS:  What we call mid basal and
 9   lateral segment, uh-huh.
10   BY MR. ROBINSON:
11       Q.   Would -- would that be consistent with
12   a -- a possible occlusion to the -- to the Ramus?
13           MR. GOLDMAN:  Object to the form.
14           THE WITNESS:  I felt that most likely that
15   area was ischemic, giving him that wall motion
```

[40:14] - [40:22]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 40
11       Q.   Would -- would that be consistent with
12   a -- a possible occlusion to the -- to the Ramus?
13           MR. GOLDMAN:  Object to the form.
14           THE WITNESS:  I felt that most likely that
15   area was ischemic, giving him that wall motion
16   abnormality.  The vessel was patent.  It wasn't 100
17   percent closed and it was said to be ischemic, not
18   scarred on his perfusion study.  So I think the wall
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
19   motion could be attributed to that vessel.
20          Did he have a heart attack there?  The --
21   if he did, it wasn't a big one.  I can tell you
22   that.
23   BY MR. ROBINSON:
24       Q.   Okay.  So that -- that's my point:  Is
25   it -- is it at least possible that he had a small
```

[41:5] - [41:6]      7/24/2006    Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 41
2            MR. GOLDMAN:  Object to the form.
3            MR. ROBINSON:  Strike that.  Let me --
4   BY MR. ROBINSON:
5       Q.   Is it possible that he had a small one?
6            MR. GOLDMAN:  Object to the form.
7            THE WITNESS:  Given the fact that he has a
8   small wall motion abnormality, it's consistent -- it
9   is possible that he might have had a small heart
```

[50:19] - [50:24]      7/24/2006    Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 50
19       Q.   You can't draw any conclusions about
20   whether Vioxx causes atherosclerosis or its
21   progression after patients stop it, true, based on
22   this?
23       A.   I think that it maybe raises the
24   suspicion.  How's that?
```

[70:24] - [71:7]      7/24/2006    Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 70
24       Q.   And you haven't seen any permanent
25   scarring in Mr. Barnett's heart, have you, sir?
page 71
1       A.   That -- that -- that would be correct.
2       Q.   I'm sorry.  What did you say?
3       A.   That would be correct -- correct.  The
4   only addendum to that would be he -- he does have a
5   small wall motion abnormality in the inferobasilar
6   part of the heart that could be consistent with a
7   very small scar.
```

[101:6] - [101:9]      7/24/2006    Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 101
3   Those are all the questions I have right now.
4                  EXAMINATION
5   BY MR. ROBINSON:
6       Q.   Given the amount of plaques that he's got,
7   CAD, would you be able to compare his prognosis
8   versus a person who does not have this level of
9   plaque?
10           MR. GOLDMAN:  Object to the form.
11           THE WITNESS:  I think he -- the --
12   clinically the thing that would be most worrisome is
```

[101:11] - [101:21]      7/24/2006    Karavan 07172006 desig

**• Pltf Affirm Desig**

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
page 101
8    versus a person who does not have this level of
9    plaque?
10            MR. GOLDMAN:  Object to the form.
11           THE WITNESS:  I think he -- the --
12   clinically the thing that would be most worrisome is
13   that he has somewhat diffuse -- of a diffuse process
14   and progression of that process is -- would be --
15   more progression of it is the main concern to me.
16           He, again, given the fact that his heart
17   pumps normally and the overall blood flow is
18   probably normal now, it was only mildly diminished,
19   that still would overall give him a good prognosis.
20           But I am concerned about his total plaque
21   burden and that progression.
22   BY MR. ROBINSON:
23      Q.   That could -- could shorten his life --
24           MR. GOLDMAN:  Objection.
```

[102:2] - [102:4]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 101
24           MR. GOLDMAN:  Objection.
25
page 102
1    BY MR. ROBINSON:
2       Q.   Do you have an opinion as to whether or
3    not that total plaque burden could shorten his life
4    expectancy?
5            MR. GOLDMAN:  Object to the form.
6            THE WITNESS:  Well, one of the hardest
7    things in my mind is to tell someone how long
```

[102:6] - [102:15]       7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 102
3    not that total plaque burden could shorten his life
4    expectancy?
5            MR. GOLDMAN:  Object to the form.
6            THE WITNESS:  Well, one of the hardest
7    things in my mind is to tell someone how long
8    they're gonna live or have to live and the -- but
9    the amount of plaque burden would be one of the
10   things I'd be concerned about.
11           He certainly, from a cardiac standpoint,
12   would not have the same prognosis of someone that
13   had more simple, you know, less diffuse disease.  I
14   think he has a different prognosis than someone like
15   that.  I would not put a number on it.
16   BY MR. ROBINSON:
17      Q.   Would it be a shorter life, without
18   putting a number on it?
```

[102:17] - [102:19]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 102
14   think he has a different prognosis than someone like
15   that.  I would not put a number on it.
16   BY MR. ROBINSON:
17      Q.   Would it be a shorter life, without
18   putting a number on it?
19           MR. GOLDMAN:  Object to the form.  Calls
20   for speculation.
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
21              THE WITNESS:  The -- I think that, again,
22   people that have more discreet lesions, less diffuse
```

[102:21] - [102:24]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 102
18   putting a number on it?
19              MR. GOLDMAN:  Object to the form.  Calls
20   for speculation.
21              THE WITNESS:  The -- I think that, again,
22   people that have more discreet lesions, less diffuse
23   disease have a better prognosis than someone that
24   has the amount of diffuse plaquing that he has.
25   BY MR. ROBINSON:
page 103
1       Q.   Okay.  Counsel asked you some questions
2    regarding stress.  I mean, when we were talking
```

[103:1] - [103:5]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 102
23   disease have a better prognosis than someone that
24   has the amount of diffuse plaquing that he has.
25   BY MR. ROBINSON:
page 103
1       Q.   Okay.  Counsel asked you some questions
2    regarding stress.  I mean, when we were talking
3    about chest pain before you did -- did the stent, do
4    you have an opinion as to the most likely source of
5    his chest pain before you did his -- the stent?
6              MR. GOLDMAN:  Object to the form.
7              THE WITNESS:  I think, looking back, and I
8    think he was having some degree of angina
```

[103:7] - [103:9]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 103
4    you have an opinion as to the most likely source of
5    his chest pain before you did his -- the stent?
6              MR. GOLDMAN:  Object to the form.
7              THE WITNESS:  I think, looking back, and I
8    think he was having some degree of angina
9    discomfort, okay.
10   BY MR. ROBINSON:
11      Q.   What -- what was that due to?
12              MR. GOLDMAN:  Object to the form.
```

[103:11]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 103
8    think he was having some degree of angina
9    discomfort, okay.
10   BY MR. ROBINSON:
11      Q.   What -- what was that due to?
12              MR. GOLDMAN:  Object to the form.
13              THE WITNESS:  I think the culprit lesion
14   is gonna be this circumflex Ramus intermedius that
```

[103:13] - [104:1]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
page 103
10  BY MR. ROBINSON:
11      Q.   What -- what was that due to?
12           MR. GOLDMAN:  Object to the form.
13           THE WITNESS:  I think the culprit lesion
14  is gonna be this circumflex Ramus intermedius that
15  was stented.  He has some small branch disease that
16  we talked about that potentially could give someone
17  angina.
18           In my opinion, it's -- those vessels
19  clinically are insignificant and clinically silent
20  I'm not gonna sit here and say it's impossible that
21  he get -- not have some angina from these small
22  vessels, but unlikely.  The -- with exertion this --
23  there's potential that he could outstrip the
24  collateral filling of his PDA and have potential --
25  some angina in the -- from the region of the PDA.
page 104
1   So those would be the potential sources.
2   BY MR. ROBINSON:
3       Q.   And before -- strike that.
4            The -- the chest pain that he had this
```

[104:4] - [104:9]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 104
1   So those would be the potential sources.
2   BY MR. ROBINSON:
3       Q.   And before -- strike that.
4            The -- the chest pain that he had this
5   spring and that he had in June before you did the
6   cath, looking back, based on your results of the
7   cath, can you give an opinion now looking back as to
8   what the most likely cause of that pain that he was
9   experiencing in his chest was?
10           MR. GOLDMAN:  Object to the form.
11           THE WITNESS:  I think some of the
12  discomfort he was having probably since the spring
```

[104:11] - [104:13]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 104
8   what the most likely cause of that pain that he was
9   experiencing in his chest was?
10           MR. GOLDMAN:  Object to the form.
11           THE WITNESS:  I think some of the
12  discomfort he was having probably since the spring
13  and May and June was a form of angina.
14  BY MR. ROBINSON:
15      Q.   And that's from what area of his heart?
16      A.   Again, I would say the most likely area
```

[104:15] - [104:19]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

```
page 104
15      Q.   And that's from what area of his heart?
16      A.   Again, I would say the most likely area
17  would be this Ramus intermedius.
18      Q.   That's the area you stented?
19      A.   Correct.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**
[105:10] - [105:21]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

page 105
10        Q.    But the R -- would -- would you agree that
11   the RCA is the main part of that branch?
12        A.    Right, the main branch -- the main trunk
13   is the right coronary artery and the branches are
14   posterolateral branch and the PDA.
15        Q.    And was the RCA back in September of '02
16   substantially blocked or occluded?
17        A.    Only distally at the bifurcation area into
18   the two branches.
19        Q.    Okay.  So today is the RCA occluded?
20        A.    The mid -- essentially the middle portion
21   is closed at the midportion down.

[106:21] - [107:2]          7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

page 106
18        A.    I think what -- the segment between the
19   mid right coronary artery to the distal RCA right
20   coronary artery would be without flow.
21        Q.    Okay.  Now, counsel asked you a question
22   about whether or not you think he had a heart --
23   second heart attack, but earlier when I asked you a
24   question you -- you conceded that it was possible
25   that the Ramus occlusion before your stent may have
page 107
1    been a site of a potential silent heart attack.  Is
2    that what you said?
3              MR. GOLDMAN:  Object to the form.  Can you
4    point to the testimony before represent what it is?
5    BY MR. ROBINSON:

[107:11] - [107:24]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

page 107
9         Q.    If you disagree, you can go ahead and
10   disagree, Doctor?
11        A.    Okay.  His -- his echogram shows a little
12   mid lateral basal hypokinesis and I feel clinically
13   that represents an ischemic area from the Ramus
14   intermedius, okay, because if a portion of the heart
15   is not getting the proper blood flow, it -- there's
16   a -- there's a potential for it not to perform
17   properly.  That doesn't necessarily mean it's
18   damaged scarred or heart attack, okay.
19              I feel, like I said, that that was an
20   ischemic area giving you an area of hypokinesis.
21   Could it be -- can I sit here and say 100 percent
22   that he's never had any damage to this small area?
23   No, I can't.  Clinically I felt it was an area of
24   ischemia from that -- that stenosis.

[108:22] - [109:14]         7/24/2006    Karavan 07172006 desig

• Pltf Affirm Desig

page 108
20        Q.    Go ahead.  Go ahead.  Is it -- is it -- is
21   it -- strike that.
22              Well, explain how doctors actually
23   determine that there might be an area of scar in the
24   heart?

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
25      A.   Okay.  You -- you have a couple things.
page 109
1    One is you measure blood flow to the area.  Scar
2    tissue generally is dead tissue, generally, okay.
3    It's not alive.  It doesn't take up these Cardiolite
4    imagings and thallium or whatever.  And so he --
5    none of his -- and this is what we call viable,
6    alive, okay.  So the scans have shown viability to
7    all of his heart, okay.
8              Then you -- then you -- then you look at
9    wall motion, okay.  And he has had some areas of
10   hypokinesis.  And could there have been some small
11   event?  Potentially some small heart attack that
12   causes him to be hypokinetic without -- without
13   causing a scar formation, that sort of thing?  It's
14   possible on a small, very small level.
```

[109:20] - [110:19]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 109
17   his plaque rupture.  Do you remember that?
18       A.   If I saw any study that proved that Vioxx
19   was responsible for plaque rupture?
20       Q.   Right.  Sure.  Can you tell me this, is it
21   true that the vast majority of heart attacks are due
22   to plaque rupture?  Is that true?
23       A.   I would agree with that.
24       Q.   Okay.  And why don't you explain to the
25   jury how that happens with plaque rupture and heart
page 110
1    attack?
2        A.   Well, it has to do with this -- along with
3    these documents, you have a fibrous cap that thins
4    and -- and it -- and it cracks and for whatever
5    reason.  And when that fibrous plaque cracks,
6    exposes the atheroma, the lipid laden atheroma to
7    the bloodstream.  And when this fissure or crack
8    occurs, then all these products are exposed to the
9    bloodstream.  And when that happens, the clotting
10   cascade and platelet aggregation and all this is
11   precipitated and you get acute thrombotic heart
12   attack.
13       Q.   Okay.  Leave -- leave Vioxx aside for a
14   second.  If -- if the studies show that a particular
15   drug causes heart attacks and the majority of heart
16   attacks include plaque rupture, would it be
17   reasonable or not that the -- the drug that's
18   associated with the heart attack is -- is also
19   likely associated with plaque rupture?
20           MR. GOLDMAN:  Object to the form.  Calls
21   for expert testimony, improper hypothetical.
22   BY MR. ROBINSON:
```

[110:24] - [111:8]        7/24/2006   Karavan 07172006 desig

• **Pltf Affirm Desig**

```
page 110
21   for expert testimony, improper hypothetical.
22   BY MR. ROBINSON:
23       Q.   Go ahead.
24       A.   If a drug -- it could seem that if a drug
25   was associated with heart attacks seeing how the
page 111
1    common theme, the common reason or the most common
2    would be some type of thrombotic event, then the
3    drug would potentially be associated with it.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
 4            There are other ways of having heart
 5   attacks: spasm and vascuous spasm and things like
 6   this, so ... but there would be or that would be
 7   the -- I think that would be the most -- one of the
 8   most common reasons for it to occur if it happened.
 9        Q.   Thank you.  Now, there were some questions
10   where counsel was trying to blame Dr. Zipes.  Do you
11   remember those questions?
```

[117:22] - [119:9]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 117
19   vein graft might be and -- and -- but you -- you
20   looked at those vein grafts -- strike that.
21            Let -- let me -- where is that document?
22   If you look at the -- this is a report exhibit that
23   we previously marked in the prior deposition.  Will
24   you read into the record.  I think this is the
25   operative report from Dr. Bryan regarding the vein
page 118
 1   graft.  Would you read into the record the -- the
 2   yellow portion of it and please show counsel what
 3   you're reading?  It's from the --
 4        A.   It's the report from Dr. Bryan 9/02 I
 5   guess.
 6        Q.   Yes.  9/10.
 7        A.   Okay.  Would you like me to read this
 8   paragraph?
 9        Q.   Could you read into the record?
10        A.   The heart was elevated and a saphenous
11   vein graft anastomosis was performed to the --
12   saphenous vein graft anastomosis was performed to
13   the 1.8 millimeter second diagonal branch of the
14   LAD.  The first diagonal was examined and found to
15   be too small for grafting.  The second vein graft
16   anastomosis constructed was to a 1.8 millimeter
17   Ramus intermedius.  Both vein graft anastomosis were
18   probed and patent at their completion.  Cardioplegia
19   was injected down these two vein grafts to insure
20   good runoff as well as to insure against leaks.  The
21   peak -- the posterior descending and left
22   ventricular branches of theft right coronary artery
23   were then grafted employing a natural wide portion
24   of the saphenous vein graft.  The proximal portion
25   was placed to the PDA.  The distal to the left
page 119
 1   ventricular branch.  Both anastomosis were probed
 2   and patent at their completion.  Additional
 3   cardioplegia was infused down each limb of the graft
 4   to insure good runoff as well as to insure against
 5   leaks.
 6        Q.   Okay.  Now, in terms of -- of the cause of
 7   the occlusion or failure of the -- the graft, from
 8   that report can we rule out the technical aspect
 9   that you talked about and the outflow aspects?
10        MR. GOLDMAN:  Object to the form.  Talking
11   about at that moment?
12        MR. ROBINSON:  After that, yes.
```

[119:13] - [119:21]      7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 119
10        MR. GOLDMAN:  Object to the form.  Talking
11   about at that moment?
12        MR. ROBINSON:  After that, yes.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
13          THE WITNESS:  You know, we see acute graft
14  closure sometimes and all the reports are always --
15  say they do these things.  In acute graft -- I mean,
16  if you have acute graft closure, which would --
17  could be a runoff problem or a stitch problem or a
18  thrombosis problem.
19          So he felt that there was a pretty good
20  flow and also the surgeon at least thought he had
21  done a good job.
22  BY MR. ROBINSON:
23      Q.   Okay.  So that would at least, if you take
24  him at his word and -- and -- and that he thinks he
```

[121:4] - [121:5]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 121
1   it?
2   BY MR. ROBINSON:
3       Q.   Well, let me ask you this.  I'll just
4   start over here.  Did -- did -- from what you've
5   read, did Vioxx have a pro-thrombotic nature to it?
6           MR. GOLDMAN:  Object to the form.  Calls
7   for speculation.  Calls for expert opinion
8   testimony.
```

[121:11] - [121:13]       7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 121
10      Q.   Go ahead.
11      A.   From what I read, there's the general
12  concern that there may be a pro-thrombotic effect in
13  Vioxx.
```

[121:21] - [121:23]       7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 121
18      A.   For Vioxx.
19      Q.   And the -- so is -- is it at least
20  possible -- strike that.
21          Can you tell me if it is possible that --
22  that Vioxx could be a possible cause of the closing
23  of the -- of the vein graft?
24          MR. GOLDMAN:  Object to the form.  How in
25  the world -- calls for expert testimony.
page 122
1           MR. ROBINSON:  Go ahead.  Go ahead.  Go
```

[122:12] - [122:19]       7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 122
11      Q.   Go ahead.
12      A.   Okay.  You know, the -- as I understand
13  it, the general concern is increased cardiovascular
14  events with Vioxx, okay.  The etiology of it, as I
15  understand, is not totally known.  And therefore,
16  anyone on Vioxx has the potential for increased
17  cardiovascular event, including MI.
18      Q.   MI is a heart attack, for the jury?
19      A.   Myocardial infarction.
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**
[122:24] - [123:1]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 122
21          MR. GOLDMAN:  Objection to the -- time
22  out.
23  BY MR. ROBINSON:
24      Q.   Would that -- would that include Mr.
25  Barnett?
page 123
1           MR. GOLDMAN:  Hold on a minute.
2  BY MR. ROBINSON:
3      Q.   Go ahead.
4           MR. GOLDMAN:  No.  I want to say my
```

[123:11] - [123:13]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 123
10      Q.   I like that one, full of Vioxx.  Go ahead.
11      A.   Mr. Barnett was on Vioxx and that would be
12  the concern if that drug is associated with any
13  problem like that.
```

[123:22] - [123:23]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 123
19  didn't cause the occlusion, right?
20          MR. GOLDMAN:  Object to the form, leading.
21  BY MR. ROBINSON:
22      Q.   Strike that.  Did lawsuit stress cause the
23  occlusion --
24          MR. GOLDMAN:  Object to the form, leading.
25  BY MR. ROBINSON:
page 124
1       Q.   -- of his -- of his vessels?
```

[124:1] - [124:4]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 124
1       Q.   -- of his -- of his vessels?
2       A.   I think that's -- in all honesty I think
3  it's unlikely that the stress of his lawsuit would
4  cause him to have an occlusion.
```

[124:10] - [124:13]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

```
page 124
7           MR. ROBINSON:  No.  No.  You've already
8  had five hours today.
9  BY MR. ROBINSON:
10      Q.   You know, let me ask you this.  She wants
11  me to show you this totally -- totally occluded vein
12  graft and ask you if he's getting any flow from it.
13  Go ahead?
14          MR. GOLDMAN:  Which one is it?
15          MR. ROBINSON:  This is the most recent.
16  Is this the most recent one?
```

[124:19] - [125:2]        7/24/2006   Karavan 07172006 desig

• Pltf Affirm Desig

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
                    page 124
                    16  Is this the most recent one?
                    17          MR. GOLDMAN:  Which -- which artery or
                    18  vessel?
                    19          THE WITNESS:  This is the closed vein
                    20  graft of the Ramus intermedius.  No flow whatsoever.
                    21  It's just a little bit of a nub.  You can barely see
                    22  it.  That little circular thing where the dye is
                    23  hanging up just a little bit.  That's what a -- a
                    24  closed vein graft looks.  That's where the surgeon
                    25  sewed it to the wall of the aorta.  It's supposed to
                    page 125
                    1   come down and feed blood to the heart.  It's not
                    2   doing it.  It's 100 percent closed.
                    3   BY MR. ROBINSON:
                    4       Q.  Is he getting any blood --
                    5       A.  100 percent closed.  No blood.
```

[125:4] - [125:7]        7/24/2006   Karavan 07172006 desig

                                         • Pltf Affirm Desig

```
                    page 125
                    1   come down and feed blood to the heart.  It's not
                    2   doing it.  It's 100 percent closed.
                    3   BY MR. ROBINSON:
                    4       Q.  Is he getting any blood --
                    5       A.  100 percent closed.  No blood.
                    6       Q.  Is he getting any blood to that part of
                    7   the heart?
                    8           MR. GOLDMAN:  Object to form.
                    9           THE WITNESS:  Through the native blood
                    10  vessels that has a 80 percent or so blockage in it.
```

[125:9] - [125:13]       7/24/2006   Karavan 07172006 desig

                                         • Pltf Affirm Desig

```
                    page 125
                    6       Q.  Is he getting any blood to that part of
                    7   the heart?
                    8           MR. GOLDMAN:  Object to form.
                    9           THE WITNESS:  Through the native blood
                    10  vessels that has a 80 percent or so blockage in it.
                    11  So he's getting blood flow through a stenotic or
                    12  narrow vessel.  And in my opinion, that's why he was
                    13  having angina.
                    14  BY MR. ROBINSON:
                    15      Q.  That's some proof towards angina right
                    16  there?
```

[125:20] - [125:22]      7/24/2006   Karavan 07172006 desig

                                         • Pltf Affirm Desig

```
                    page 125
                    17          MR. GOLDMAN:  Object to the form.
                    18          THE WITNESS:  That's what?
                    19  BY MR. ROBINSON:
                    20      Q.  This will help the jury see that this
                    21  is -- was the cause of the pain he was having in his
                    22  chest?
                    23          MR. GOLDMAN:  Object to the form.
                    24          THE WITNESS:  I think that is the source
                    25  of his angina, the fact that this graft is closed
```

[125:24] - [126:2]       7/24/2006   Karavan 07172006 desig

                                         • Pltf Affirm Desig

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
page 125
21 is -- was the cause of the pain he was having in his
22 chest?
23          MR. GOLDMAN:  Object to the form.
24          THE WITNESS:  I think that is the source
25 of his angina, the fact that this graft is closed
page 126
1  and there -- there was a -- still a tight blockage
2  in the Ramus intermedius vessel.
3  BY MR. ROBINSON:
4       Q.  By the way, do I get any credit -- maybe
5  Mr. Barnett will give it to me -- for sending you
```

[135:15] - [136:1]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 135
12 I have.  Thank you very much.
13              EXAMINATION
14 BY MR. ROBINSON:
15       Q.  The last thing -- I'm gonna get the last
16 word here.  First of all, you said something about a
17 surgeon hold it in their hands.  So sometimes they
18 do pick up the heart and hold it in their hands?
19       A.  They evaluate it when they're in the
20 operating room.
21       Q.  And so they actually have their hands on
22 the heart?
23       A.  Yes, sir.
24       Q.  Okay.  And you'd expect that that -- that
25 that would be typical of say Dr. Bryan or any
page 136
1  surgeon, right?
2          MR. GOLDMAN:  Object to the form.
3          THE WITNESS:  They would hold ill --
4  they -- that's correct.  They touch the heart when
```

[136:3] - [136:5]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 135
25 that would be typical of say Dr. Bryan or any
page 136
1  surgeon, right?
2          MR. GOLDMAN:  Object to the form.
3          THE WITNESS:  They would hold ill --
4  they -- that's correct.  They touch the heart when
5  they're operating.
6  BY MR. ROBINSON:
7       Q.  Do you know whether Bextra is off the
8  market or not?
```

[136:22] - [137:1]        7/24/2006   Karavan 07172006 desig

**• Pltf Affirm Desig**

```
page 136
19 the scope.
20          MR. ROBINSON:  No, no, no.
21 BY MR. ROBINSON:
22       Q.  In terms of the -- the -- of the coronary
23 artery disease in Mr. Barnett, can you say, for
24 example, just take each area?  We'll take the left
25 main.  Is there -- is there more coronary artery
page 137
1  disease in July of 2006 versus September of 2002?
2          MR. GOLDMAN:  Objection.  Beyond the
```

**Issues Report [karavan depo 071706]**

**• Pltf Affirm Desig**

```
3   scope.
4           THE WITNESS:  Okay.  In general, as far as
```

[137:4] - [137:6]        7/24/2006    Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 137
1   disease in July of 2006 versus September of 2002?
2           MR. GOLDMAN:  Objection.  Beyond the
3   scope.
4           THE WITNESS:  Okay.  In general, as far as
5   the amount of atherosclerosis, plaque burden, that
6   sort of thing?
7   BY MR. ROBINSON:
8       Q.   Yes.
9       A.   I think in general, he probably has a
```

[137:8] - [137:10]       7/24/2006    Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 137
8       Q.   Yes.
9       A.   I think in general, he probably has a
10  greater burden now than he did four years ago.
```

[137:23] - [137:24]      7/24/2006    Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 137
20  more plaque burden than they did back four years
21  ago.
22  BY MR. ROBINSON:
23      Q.   That would be -- would that be true -- I'm
24  just gonna take you through quickly, the LAD?
25          MR. GOLDMAN:  Object to the form.  Beyond
page 138
1   the scope.
2           THE WITNESS:  I would agree, it's probably
```

[138:2] - [138:3]        7/24/2006    Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 137
24  just gonna take you through quickly, the LAD?
25          MR. GOLDMAN:  Object to the form.  Beyond
page 138
1   the scope.
2           THE WITNESS:  I would agree, it's probably
3   worse.
4   BY MR. ROBINSON:
5       Q.   Would it be true for the -- with the
6   diagonals off the LAD?
```

[138:5] - [138:6]        7/24/2006    Karavan 07172006 desig

    **• Pltf Affirm Desig**

```
page 138
2           THE WITNESS:  I would agree, it's probably
3   worse.
4   BY MR. ROBINSON:
5       Q.   Would it be true for the -- with the
6   diagonals off the LAD?
7           MR. GOLDMAN:  Object to the form.  Beyond
8   the scope.
9           THE WITNESS:  Correct.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**
[138:9]                      7/24/2006    Karavan 07172006 desig

                             • Pltf Affirm Desig

```
page 138
6    diagonals off the LAD?
7              MR. GOLDMAN:  Object to the form.  Beyond
8    the scope.
9              THE WITNESS:  Correct.
10   BY MR. ROBINSON:
11        Q.  Would it be true for the Ramus
12   intermedius?
```

[138:11] - [138:12]          7/24/2006    Karavan 07172006 desig

                             • Pltf Affirm Desig

```
page 138
8    the scope.
9              THE WITNESS:  Correct.
10   BY MR. ROBINSON:
11        Q.  Would it be true for the Ramus
12   intermedius?
13             MR. GOLDMAN:  Object to the form.  Beyond
14   the scope.
15             THE WITNESS:  We went through this before.
```

[138:15] - [138:18]          7/24/2006    Karavan 07172006 desig

                             • Pltf Affirm Desig

```
page 138
12   intermedius?
13             MR. GOLDMAN:  Object to the form.  Beyond
14   the scope.
15             THE WITNESS:  We went through this before.
16   I'm gonna go through my evaluation before and --
17   yeah, I think for the Ramus, too, more -- a little
18   bit longer disease.
19   BY MR. ROBINSON:
20        Q.  Would it be true for the right coronary
21   artery?
```

[138:20] - [138:21]          7/24/2006    Karavan 07172006 desig

                             • Pltf Affirm Desig

```
page 138
17   yeah, I think for the Ramus, too, more -- a little
18   bit longer disease.
19   BY MR. ROBINSON:
20        Q.  Would it be true for the right coronary
21   artery?
22             MR. GOLDMAN:  Object to the form.
23             THE WITNESS:  Yes.
24   BY MR. ROBINSON:
```

[138:23]                     7/24/2006    Karavan 07172006 desig

                             • Pltf Affirm Desig

```
page 138
20        Q.  Would it be true for the right coronary
21   artery?
22             MR. GOLDMAN:  Object to the form.
23             THE WITNESS:  Yes.
24   BY MR. ROBINSON:
25        Q.  Would I be true for the posterolateral
page 139
1    branch?
```

**Issues Report [karavan depo 071706]**

**• Pltf Affirm Desig**
[138:25] - [139:1]          7/24/2006    Karavan 07172006 desig

          • Pltf Affirm Desig

```
page 138
22              MR. GOLDMAN:  Object to the form.
23              THE WITNESS:  Yes.
24  BY MR. ROBINSON:
25       Q.   Would I be true for the posterolateral
page 139
1   branch?
2               MR. GOLDMAN:  Object to the form.  Beyond
3   the scope.
4               THE WITNESS:  That would be correct.
```

[139:4]                     7/24/2006    Karavan 07172006 desig

          • Pltf Affirm Desig

```
page 139
1   branch?
2               MR. GOLDMAN:  Object to the form.  Beyond
3   the scope.
4               THE WITNESS:  That would be correct.
5               MR. ROBINSON:  Okay.  With that I have
6   nothing further.  Thank you very much, sir.
7               MR. GOLDMAN:  Those are all the questions.
```