Issues Report [karavan depo 071706]

- **Pltf cond'l desig**

[41:11] - [41:20]    7/24/2006    Karavan 07172006 desig

- Pltf cond'l desig

```
page 41
11      Q.   Okay.  Now, let me ask you this:  Just in
12   terms of -- I'm trying to go over -- before your
13   last deposition did you meet with me?
14      A.   No, sir.
15      Q.   Okay.  So the first time we met before a
16   deposition was yesterday; is that right?
17      A.   Correct.
18      Q.   And what did we discuss yesterday?
19      A.   Basically the same sort of topics we're
20   discussing here at this dep -- deposition.
```

[41:22] - [42:2]    7/24/2006    Karavan 07172006 desig

- Pltf cond'l desig

```
page 41
19      A.   Basically the same sort of topics we're
20   discussing here at this dep -- deposition.
21      Q.   Did we go over your -- strike that.
22           Did we go over the cath?
23      A.   We went over his recent studies, correct.
24   Uh-huh.
25      Q.   Okay.  And did you -- is there anything
page 42
1    you said yesterday to me that you haven't said today
2    in your deposition?
3           MR. GOLDMAN:  Object to the form.
4           THE WITNESS:  I'm -- I'm -- I'm sure there
5    is.  I'm just not -- I'm not sure what it is.
```

[42:4] - [42:5]    7/24/2006    Karavan 07172006 desig

- Pltf cond'l desig

```
page 42
1    you said yesterday to me that you haven't said today
2    in your deposition?
3           MR. GOLDMAN:  Object to the form.
4           THE WITNESS:  I'm -- I'm -- I'm sure there
5    is.  I'm just not -- I'm not sure what it is.
6    BY MR. ROBINSON:
7       Q.   Okay.  But was that the first time you had
8    ever seen the -- the approved follow-up?
```

[111:21] - [112:12]    7/24/2006    Karavan 07172006 desig

- Pltf cond'l desig

```
page 111
18   hoping, but I've got to ask this just to follow up
19   here.
20      A.   Okay.
21      Q.   Now, is there anything wrong in your mind
22   with Dr. Zipes doing some studies as a legal expert
23   that's gonna testify in -- in a trial just so he --
24   he can know what's going on with a particular
25   plaintiff in a case?
page 112
1       A.   If I were to testify about a patient's
2    condition, heart condition, whatever speciality
3    you're in, then I think I'd want to know what the
4    most recent -- I'd -- I'd -- I would want to know a
5    recent evaluation if I'm gonna testify about his
6    condition.
```

Issues Report [karavan depo 071706]

• Pltf cond'l desig

```
 7         Q.   And -- and if counsel in this case asked
 8    Dr. Zipes in deposition do you think he needs --
 9    that Mr. Barnett needs a cath done and Dr. Zipes
10    said, well, I don't know; maybe after, you know,
11    after the lawsuit, he wasn't sure, is that an
12    unreasonable position?
13              MR. GOLDMAN:  Object to the form.
14    BY MR. ROBINSON:
15         Q.   Given what you know about Mr. Barnett?
```

[112:17] - [113:5]    7/24/2006   Karavan 07172006 desig

• Pltf cond'l desig

```
page 112
14    BY MR. ROBINSON:
15         Q.   Given what you know about Mr. Barnett?
16              MR. GOLDMAN:  Object to the form.
17              THE WITNESS:  Well, I mean, the decision
18    to make a heart catheterization, again, is a --
19    basically a clinical condition, okay, depending on
20    how you -- you know, the condition of the patient
21    and how you view them as a physician, cardiologists,
22    and it's not based on one lab test or this lab test.
23              His -- I can tell you that when I saw
24    Mr. Barnett, I did not recommend heart
25    catheterization the day I saw him because I
page 113
 1    clinically didn't feel that -- that -- that his
 2    condition at the time called for it and that's why I
 3    sent him home and we paid close attention to his
 4    symptoms.  And then as he had angina on the
 5    treadmill, we performed a heart cath on him.
 6    BY MR. ROBINSON:
 7         Q.   And if Dr. Zipes in deposition took a
 8    position?
```

[114:15] - [115:9]    7/24/2006   Karavan 07172006 desig

• Pltf cond'l desig

```
page 114
12    BY MR. ROBINSON:
13         Q.   Okay.  The -- the -- strike that.
14              Is it true or -- strike that.
15              Is it or is it not true that the tests
16    that Dr. Zipes had done there in Indiana did
17    actually point out the eventual occlusion that you
18    found in your cath?
19         A.   Yes, in that it showed the graft to the
20    Ramus was closed and he had a residual high grade
21    lesion in the Ramus that was stented.
22         Q.   So whether or not Dr. Zipes was doing this
23    legally for a case, would -- would -- did -- did
24    his, the results of his test help you as his -- as
25    his treater?
page 115
 1         A.   The -- I would say it was the impetus for
 2    him to call to get followed up, talk about his
 3    symptoms, talk about results with the test and get
 4    treated.
 5         Q.   And would you say that Dr -- because of --
 6    of the results of Dr. Zipes tests and then your
 7    subsequent cath and your subsequent stenting, that
 8    Dr. Zipes and you combined to make Mr. Barnett
 9    better off today than he was, say, before July 10th?
10              MR. GOLDMAN:  Object to the form.
11              THE WITNESS:  Yes.  I think the fact that
12    he had these studies done alerted everyone to the
```

Issues Report [karavan depo 071706]

**• Pltf cond'l desig**

[115:11] - [115:14]     7/24/2006    Karavan 07172006 desig

• Pltf cond'l desig

```
page 115
8    Dr. Zipes and you combined to make Mr. Barnett
9    better off today than he was, say, before July 10th?
10            MR. GOLDMAN:  Object to the form.
11            THE WITNESS:  Yes.  I think the fact that
12   he had these studies done alerted everyone to the
13   fact there may be something going on and brought it
14   mine and his and the patient's attention.
15   BY MR. ROBINSON:
16       Q.   By the way, I don't know if you know this,
17   but do you know anything about Dr. Zipes's
```

[115:16] - [115:23]     7/24/2006    Karavan 07172006 desig

• Pltf cond'l desig

```
page 115
13   fact there may be something going on and brought it
14   mine and his and the patient's attention.
15   BY MR. ROBINSON:
16       Q.   By the way, I don't know if you know this,
17   but do you know anything about Dr. Zipes's
18   reputation as a cardiologist?
19       A.   I -- I know -- of course, being a
20   cardiologist, I've heard of him and I know of his
21   reputation and he's a well respected cardiologist.
22       Q.   In your community, right?
23            MR. GOLDMAN:  Object to the form.
24            THE WITNESS:  That would be correct.
25
page 116
1    BY MR. ROBINSON:
```

[116:2] - [116:4]     7/24/2006    Karavan 07172006 desig

• Pltf cond'l desig

```
page 116
2        Q.   Okay.  And by your community, I'm talking
3    about the cardiology community, right?
4        A.   Cardiology.  Right.  Yes, sir.
```

[126:4] - [126:6]     7/24/2006    Karavan 07172006 desig

• Pltf cond'l desig

```
page 126
4        Q.   By the way, do I get any credit -- maybe
5    Mr. Barnett will give it to me -- for sending you
6    these -- these -- the tests that led to your cath?
7        A.   You were the one that sent them to me
8    because you were concerned about the fact that he
9    had a area of ischemia and a closed graft.
```