UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * MDL Docket No.: 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| This document relates to Case No. 05-6094 | * |
| CYNTHIA JACKSON, | * MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

## STIPULATION TO DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Defendant Merck & Co., Inc. ("Merck"), Defendant McKesson Corporation ("McKesson") and Plaintiff Cynthia Jackson, through their respective undersigned counsel, as follows:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). This stipulation is made without prejudice to plaintiff's right to re-file a suit based on any claims arising out of alleged personal injuries related to her use of Vioxx against Merck, any of its subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, provided that she commences such action in federal court and in no other forum.

2. Each party is to bear its own costs and attorneys' fees.

Dated: July 17, 2006

BOB M. COHEN & ASSOCIATES

Max A. Sauler
Michael Marzban
16000 Ventura Blvd, Ste. 701
Encino, CA 91436
Telephone: 818.986.3332
Facsimile: 818.986.5879

Attorneys for Plaintiff

Dated: July 21, 06

REED SMITH LLP

Steven J. Boranian
Dana A. Blanton
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant Merck & Co., Inc.

Dated

MORRIS, POLICH, AND PURDY LLP

Anthony G. Brazil
Kanika D. Corley
1055 West Seventh Street,
24th Floor
Los Angeles, CA 90017
Telephone: 213.891.9100
Facsimile: 213.488.1178

Attorneys for Defendant McKesson Corporation

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1