UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| ROBERT G. SMITH | * * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv04379 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK & CO., INC.'S WITNESS LIST

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of deposition testimony if Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of

evidence in this trial and/or subsequent issues that arise during the course of discovery. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, (iii) who has yet to be deposed, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call, live or by deposition, and/or submit written deposition testimony from the witnesses necessary to authenticate the document. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

1)  David Anstice
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Merck President for Human Health. Anticipated testimony is reflected in witness' MDL Deposition.

2)  Dr. Eliav Barr
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Merck Research Laboratories Cardiologist.

3)  Susan Baumgartner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL Deposition.

2

4)  Dr. Barry Gertz
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Executive Vice President of Clinical Research at Merck Research Laboratories.

5)  Raymond Gilmartin
    c/o Bartlit Beck Herman Palenchar & Scott LLP
    Courthouse Place
    54 West Hubbard Street, Suite 300
    Chicago, IL 60610
    *Testimony*: Former CEO of Merck & Co., Inc.

6)  Dr. Briggs Morrison
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

7)  Dr. Alan Nies
    c/o Bartlit Beck Herman Palenchar & Scott LLP
    Courthouse Place
    54 West Hubbard Street, Suite 300
    Chicago, IL 60610
    *Testimony*: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

8)  Dr. Alise Reicin
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

9)  Dr. Nancy Santanello
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Executive Director of Epidemiology at Merck.

10) Dr. Edward Scolnick
    c/o Bartlit Beck Herman Palenchar & Scott LLP
    Courthouse Place
    54 West Hubbard Street, Suite 300

3

Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

11) Janet Arrowsmith-Lowe, M.D.
Arrowsmith-Lowe Consulting, Inc.
P.O. Box 3148
185 Eagle Creek Canyon
Ruidoso, NM 88345
*Testimony*: Defendant's Regulatory Expert.

12) Jerome Cohen, M.D.
8138 Westmoreland Avenue
St. Louis, MO 63105-3731
*Testimony*: Defendant's Cardiology Expert.

13) Gregory Curfman, M.D.
10 Shattuck Street
Boston, MA 02115-6094
*Testimony*: Executive editor for the *New England Journal of Medicine*. Anticipated testimony is reflected in witness' MDL deposition.

14) Nicholas Flavahan, Ph.D.
3868 Charter Oak Way
Columbus, OH 43219
*Testimony*: Defendant's Pharmacology Expert.

15) KyungMann Kim, Ph.D.
K6/438 Clinical Sciences Center
600 Highland Avenue
Madison, WI 53792-4675
*Testimony*: Defendant's Biostatistics Expert.

16) Ronald Marks, Ph.D.
2736 NW 22nd Terrace
Gainesville, FL 32605
*Testimony*: Defendant's Epidemiology Expert.

17) Malachi Mixon
c/o Stephen G. Sozio, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
Testimony: Responds to Dr. Topol's testimony re: alleged conversation between Mixon and Ray Gilmartin.

4

18) Craig M. Pratt, M.D.
    The Methodist Hospital
    6565 Fannin, M.S. F-1001
    Houston, TX 77030
    *Testimony*: Defendant's Cardiology Expert.

19) Paul J. Roach, M.D.
    Texas Cardiovascular
    1015 East 32nd Street, Suite 502
    Austin, TX 78705
    *Testimony*: Defendant's Cardiology Expert.

20) Dr. Daniel Courtade
    380 Centre View Blvd.
    Crestview KY, 41017
    *Testimony*: Plaintiff Robert Smith's Cardiologist.

21) Dr. Michael Grefer
    340 Thomas More Parkway Suite 260
    Crestview Hills, KY 41017
    *Testimony*: Plaintiff Robert Smith's Orthopedist.

22) Dr. Forest T. Heis
    340 Thomas More Pkwy
    Crestview Hills, KY 41017
    *Testimony*: Plaintiff Robert Smith's Orthopedic Surgeon.

23) Robert G. Smith
    14 East Lakeside Avenue
    Lakeside Park, KY 41017
    *Testimony*: Plaintiff

Dated: July 25, 2006                    Respectfully submitted,

                                        *[signature]*
                                        Douglas R. Marvin
                                        Robert A. Van Kirk
                                        M. Elaine Horn
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: 202-434-5000
                                        Fax:    202-434-5029

                                        Philip S. Beck
                                        Carrie A. Jablonski

5

BARLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN,
LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck & Co., Inc.'s Witness List has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of July, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1