# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1794 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Veronica Morgan, et al. | * | |
| Plaintiffs, | * | |
| v. | * | |
| Super Fresh Food Markets, Inc., et al., | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SUPER FRESH FOOD MARKETS, INC.

Considering the foregoing Stipulation Of Dismissal of all claims against defendant Super Fresh Food Markets, Inc.,

IT IS ORDERED, that all claims of plaintiffs against defendant Super Fresh Food Markets, Inc. be and they hereby are dismissed with prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 21st day of July, 2006.

_____
DISTRICT JUDGE

815588v.1