UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-1167 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Diann W. Donoviel, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of plaintiff Diann W. Donoviel, on behalf the heirs of her husband, Wayne Daniel Donoviel, be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 21st day of July, 2006

_____
DISTRICT JUDGE

815588v.1