IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:

VIOXX PRODUCTS LIABILITY
LITIGATION

KATHIE BOLTZ on behalf of the
Estate of GERALD BOLTZ
DECEASED

MDL Docket No. 1657

Plaintiffs,

Case No. 2:05-cv-04684-EEF-DEK

v.

MERCK & CO., INC.,

Defendant.

### ORDER TO DISMISS COMPLAINT

Comes now the Plaintiff, by counsel, and having filed her Order to Dismiss the Complaint in compliance with Federal Civil Rule 41(a)(2);

And the Court being duly advised in the premises, now grants said Motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint filed on June 2, 2005 is hereby dismissed without prejudice. If the plaintiff seeks to re-file her claims, she must do so in federal court.

SO ORDERED THIS 20 day of July, 2006.

_____
Judge, U.S. District Court Eastern District of Louisiana

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No_____