THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY JOHNSON | CIVIL ACTION NO.: 05-5785 |
| VERSUS | JURY TRIAL DEMANDED |
| MERCK & CO., INC. | JUDGE L (3) |

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Jimmy Johnson, in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this ___ day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

### PLEASE NOTIFY:

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Jimmy Johnson, in proper person, 700 North 17th Street, Building 18, apt.36 Baton Rouge, LA 70802.