# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**CELINA RAINEY**  CIVIL ACTION NO. 05-4433

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE L(3)

## ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Celina Rainey, in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

## PLEASE NOTIFY:

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Celina Rainey, in proper person, 148 Belle Rose Lane, Belle Rose, LA 70390