## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**PERCELEAN SMITH**

**VERSUS**

**MERCK & CO., INC.**

**CIVIL ACTION NO.: 05-5790**

**JURY TRIAL DEMANDED**

**JUDGE** L (3)

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and

is hereby withdrawn as counsel of record in the above captioned matter and that the

name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of

Record for Percelean Smith, in the above entitled and numbered proceeding.

~~Baton Rouge~~ New Orleans, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Percelean Smith, P.O. Box 70, Rosedale, LA 70772;

___ Fee_____
___ Process_____
X_ Dktd_____
V CtRmDep_____
___ Doc. No_____