THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MICHAEL DAVENPORT      CIVIL ACTION NO.: 05-5780

VERSUS      JURY TRIAL DEMANDED

MERCK & CO., INC.      JUDGE L (3)

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION OF **IKE F. HAWKINS, III** and on suggesting to this Honorable Court that he has been employed as counsel for Michael Davenport, in the above captioned pleading, and that he desires to withdraw as counsel of record herein and to have his name removed from the record in this case.

This withdrawal is mandated by the Supreme Court pursuant to Rule 26 due to the Interim Suspension of Ike F. Hawkins, III on June 14, 2006.

WHEREFORE, Ike F. Hawkins, III, counsel for Michael Davenport in the above captioned matter, hereby prays that this Honorable Court allow his redraw and remove his name from the record in this matter.

Respectfully submitted,

**IKE F. HAWKINS, III**
BAR ROLL NO.: 18251
13541 TIGER BEND ROAD
P.O. BOX 87178
BATON ROUGE, LA 70879-8178
(225) 755-0707

### Certificate of Service

I hereby certify that a copy of the above and foregoing was this day mailed, postage pre-paid, addressed to the following: Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and Michael Davenport, 13283 Quail Meadow, Baton Rouge, LA 70817; Baton Rouge, Louisiana, this ___ day of July 2006.

**IKE F. HAWKINS, III**