## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL DAVENPORT** | **CIVIL ACTION NO.: 05-5780** |
| **VERSUS** | **JURY TRIAL DEMANDED** |
| **MERCK & CO., INC.** | **JUDGE L(3)** |

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Michael Davenport, in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

### PLEASE NOTIFY:

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Michael Davenport, in proper person, 13283 Quail Meadow, Baton Rouge, LA 70817;

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____