## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**FERRELL THOMAS MORALES**                    CIVIL ACTION NO.: 05-5789

**VERSUS**                                    JURY TRIAL DEMANDED

**MERCK & CO., INC.**                         JUDGE ___L(3)___

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and

is hereby withdrawn as counsel of record in the above captioned matter and that the

name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of

Record for Ferrell Thomas Morales, in the above entitled and numbered proceeding.

New Orleans

~~Baton Rouge~~, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New
Orleans, LA 70112; and

Ferrell Thomas Morales, in proper person, Post Office Box 151, French Settlement, LA
70733;

Fee_____
Process_____
X Dktd_____
V CtRmDep_____
Doc. No_____