THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**MERCEDES ANN DUGAS**  CIVIL ACTION NO. 05-5781

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE L (3)

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Mercedes Ann Dugas, in the above entitled and numbered proceeding.

New Orleans, Louisiana, this 20 day of July, 2006.

JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Mercedes Ann Dugas, in proper person, 42129 Bayou Narcisse, Gonzales, LA 70737.

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
___ Doc. No ___