THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JANICE JONES

VERSUS

MERCK & CO., INC.

CIVIL ACTION NO. 05-5786

JURY TRIAL DEMANDED

JUDGE L(3)

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Janice Jones, in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Janice Jones, in proper, 11021 Plank Road, #2, Baton Rouge, LA 70811

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No _____