## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**RANDY FAVRON**                         CIVIL ACTION NO.: 05-5783

**VERSUS**                               JURY TRIAL DEMANDED

**MERCK & CO., INC.**                    JUDGE L(3)

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Randy Favron in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge,~~ Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

### PLEASE NOTIFY:

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Randy Favron, in proper person, 63110 Belleview Rd., Plaquemine, LA 70764.