THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

LAURIE HILL

VERSUS

MERCK & CO., INC.

CIVIL ACTION NO.: 05-5784

JURY TRIAL DEMANDED

JUDGE L (3)

## ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for Laurie Hill, in the above entitled and numbered proceeding.

New Orleans, ~~Baton Rouge~~, Louisiana, this 20 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Laurie Hill, in proper person, 42129 Bayou Narcisse, Gonzales, LA 70737.