THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. | ) | |
| MERCK & CO., INC., 05-1102 | ) | MAG. JUDGE KNOWLES |
| | ) | |

ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF BEN BARRON,
CHRISTOPHER FREEDING, BILLY HARDING, MARIE JOHNSON,
GLORETTA MARTIN, BARBARA MASSIE-REED, THOMAS MCLEAN,
NORMA MILLER, ROBERT OSTERHAUS, MARY RICHARDSON, RAMONA
SMITH, GLADYS TERRY, DOROTHY TILL-SCHWAB,
AND BOBBY JACK WILLIAMS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiffs Ben Barron, Christopher Freeding, Billy Harding, Marie Johnson, Gloretta Martin, Barbara Massie-Reed, Thomas McLean, Norma Miller, Robert Osterhaus, Mary Richardson, Ramona Smith, Gladys Terry, Dorothy Till-Schwab, and Bobby Jack Williams, filed herein,

IT IS ORDERED that the claims of Plaintiffs Ben Barron, Christopher Freeding, Billy Harding, Marie Johnson, Gloretta Martin, Barbara Massie-Reed, Thomas McLean, Norma Miller, Robert Osterhaus, Mary Richardson, Ramona Smith, Gladys Terry, Dorothy Till-Schwab, and Bobby Jack William against Merck & Co., Inc. be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE