# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | MAG. JUDGE KNOWLES |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

## Notice of Filing Amended Supplemental Deposition Testimony of Mark Karavan, M.D. From July 17, 2006 Deposition

Plaintiff, Gerald Barnett, by and through his attorneys, hereby submits the following amended supplemental deposition testimony of Mark Karavan, M.D. for the Court's consideration and pre-trial rulings:

1. Plaintiff's Affirmative Designations and Conditional Designations of Deposition Testimony of Mark Karavan, M.D., from July 17, 2006 deposition.

Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to offer any deposition testimony of Mark Karavan, M.D. designated by Defendant Merck & Co., Inc. Plaintiff reserves the right to withdraw any testimony designated herein.

DATED:  July 26, 2006 Respectfully submitted,

By:    /s/Mark P. Robinson, Jr.
   **Mark P. Robinson, Jr.**
   Kevin F. Calcagnie
   Carlos A. Prietto, III
   Ted B. Wacker
   Lexi W. Myer
   ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
   (949) 720-1288 (telephone)
   (949) 720-1292 (telecopier)

   **Andy D. Birchfield, Jr.**
   P. Leigh O'Dell
   BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
   P.O. Box 4160
   234 Commerce Street
   Montgomery, AL 36103-4160
   (334) 269-2343 (telephone)

   **Donald C. Arbitblit**
   LIEFF, CABRASER, HEIMANN and
   BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, California   94111
   Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

   **Counsel for Plaintiff**

| | |
|---|---|
| **Russ M. Herman**, Esquire<br>Leonard A. Davis, Esquire<br>Stephen J. Herman, Esquire<br>HERMAN, HERMAN, KATZ & COTLAR<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>PH: (504) 581-4892<br>**PLAINTIFFS' LIAISON COUNSEL** | **Christopher A. Seeger**, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier)<br>**Co-Lead Counsel** |
| Richard J. Arsenault, Esquire<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court, P.O. Box 1190<br>Alexandria, LA 71301-1190<br>(318) 487-9874 (telephone)<br>(318) 561-2591 (telecopier) | Elizabeth J. Cabraser, Esquire<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000 (telephone)<br>(415) 956-1008 (telecopier) |
| Thomas R. Kline, Esquire<br>KLINE & SPECTER, P.C.<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102<br>(215) 772-1000 (telephone)<br>(215) 772-1371 (telecopier) | Arnold Levin, Esquire<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500 (telephone)<br>(215) 592-4663 (telecopier) |
| Carlene Rhodes Lewis, Esquire<br>GOFORTH, LEWIS, SANFORD LLP<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, TX 77002<br>(713) 650-0022 (telephone)<br>(713) 650-1669 (telecopier) | Drew Ranier, Esquire<br>RANIER, GAYLE & ELLIOT, L.L.C.<br>1419 Ryan Street<br>Lake Charles, LA 70601<br>(337) 494-7171 (telephone)<br>(337) 494-7218 (telecopier) |
| Mark Robinson, Esquire<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660<br>(949) 720-1288 (telephone)<br>(949) 720-1292 (telecopier) | Christopher V. Tisi, Esquire<br>ASHCRAFT & GEREL<br>2000 L Street, N.W., Suite 400<br>Washington, DC 20036-4914<br>(202) 783-6400 (telephone)<br>(307) 733-0028 (telecopier) |

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 26th day of July, 2006.

    /s/Mark P. Robinson, Jr
MARK P. ROBINSON, Jr.