Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

[3:3] - [3:4]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 3
3          Q.    Afternoon, Doctor.
4          A.    Afternoon.
```

[3:11] - [3:19]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 3
11         Q.    So you're -- you -- you -- you are
12   Mr. Barnett's cardiologist; is that right?
13         A.    Correct.  Uh-huh.
14         Q.    And in 2002 you did an angiogram on
15   Mr. Barnett, right?
16         A.    Correct.
17         Q.    And you did another angiogram on
18   Mr. Barnett in 2006?
19         A.    Correct.
```

[4:12] - [4:20]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 4
12         Q.    Now, what I want to do initially is to go
13   back through some of the exhibits that -- that
14   Mr. Goldman went through with you.  You see Exhibit
15   Number 29?  I think it's -- it's -- it's the --
16         A.    Yeah, I think so.
17         Q.    It's your record of --
18         A.    Correct.  Uh-huh.  Yep.
19         Q.    -- June 26th, 2006?
20         A.    Uh-huh.
```

[4:24] - [5:4]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 4
24              Under the echocardiogram section, section
25   E, where you say:  Echocardiogram Indiana 5/06
page 5
1    showing normal global left ventricular systolic
2    function with mild inferobasilar hypokinesis.  Do
3    you see that section?
4          A.    Yes, I do.
```

[5:10] - [5:14]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 5
10         Q.    Well, let me ask it this way:  Do you know
11   whether or not the actual echocardiogram referred to
12   the -- the -- the basal posterior section?
13         A.    The -- I don't have the full report in
14   front of me.  Do you have that full report?
```

[6:5] - [6:12]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 6
5          Q.    Do you see it?
6          A.    I got it.  I'm sorry.
7          Q.    Do you see -- if you go to third page
8    in --
9          A.    Correct.  The echocardiogram was
10   interpreted as mid lateral basal lateral hypokinesis
11   and severe hypokinesis of the posterobasilar
12   inferobasilar areas.
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

[6:23] - [7:1]
        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 6
23              What did -- when you talked about, in --
24  in response to a question by Mr. Goldman, your --
25  your cath not showing the -- the back part of the
page 7
1   heart, what do you mean?
```

[7:5] - [8:13]
        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 7
5           A.  With a ventriculogram, which we do at the
6   time of catheterization, most people just do the REO
7   ventriculogram.  Some do another side, and you
8   cannot see -- visualize all segments of the heart
9   unless you're looking back there.
10              The echogram would pick up wall motion
11  that a ventriculogram may -- would not, and these
12  parts are basically on the backside of the heart.
13  They would be somewhat hidden from the
14  ventriculogram that was performed this -- this
15  month.
16          Q.  And when -- when it says mid lateral basal
17  lateral hypokinesis, or what does that refer to?
18          A.  The way I would interpret this in this
19  sit -- clinical situation is he had a previous small
20  what I call PDA infarct, okay.  It's the non Q wave
21  from before.  So there's a wall motion associated in
22  the basal posterior and basal inferior portion that
23  could be consistent with this PDA.
24              He has hypokinesis of the lateral, mid
25  lateral.  They call it basal lateral.  That could be
page 8
1   consistent with the fact that his circumflex vessel
2   was not feeding enough blood flow to that portion of
3   the heart, and that was the vessel that we opened
4   up.
5           Q.  And then what about the -- the part below
6   where it says severe hypokinesis?
7           A.  I think that is related to his initial
8   event.
9           Q.  Okay.  And --
10          A.  From 2002.
11          Q.  And when you said the circumflex, would
12  that also include the Ramus?
13          A.  Ramus.
```

[8:18] - [9:7]
        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 8
18          Q.  You know, will you -- will you tell the
19  jury what you referred to when you mentioned
20  circumflex in the last answer?
21          A.  I sorry, yes.  The -- in -- clinically
22  in -- in Mr. Barnett, his Ramus intermedius is
23  synonymous with the circumflex.  It supplies the mid
24  lateral and basal lateral portions of the heart.
25  That vessel was stenosed, affecting the blood flow,
page 9
1   therefore potentially making it hypokinetic.
2           Q.  And what does hypokinetic mean?
3           A.  It doesn't pump as strong and move quite
4   as strong as it should.
5           Q.  And if someone's heart is hypo -- has a
6   portion of it that's hypokinetic, is that a good
7   thing?
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[9:9] - [9:14]          7/26/2006    Karavan 07.17.2006 depo - amended

                        page 9
                        9            THE WITNESS:  Well, it could be ischemic.
                        10   I mean, in -- in this situation, in my mind it means
                        11   that his circumflex or Ramus intermedius muscle
                        12   was -- had stenosis, that portion of the heart was
                        13   ischemic and therefore not pumping as good because
                        14   the heart needs blood flow to pump.


[9:16] - [9:22]         7/26/2006    Karavan 07.17.2006 depo - amended

                        page 9
                        16           Q.   And the other portion where they say basal
                        17   inferior hypokinesis, what does that refer to?
                        18           A.   I feel in Mr. Barnett, this wall motion
                        19   abnormality would be consistent with his initial
                        20   event in 2002, which is essentially closure of his
                        21   PDA which supplies the posterobasilar, inferobasilar
                        22   part of the heart.


[10:9]                  7/26/2006    Karavan 07.17.2006 depo - amended

                        page 10
                        9    What does this mean?


[10:11] - [10:20]       7/26/2006    Karavan 07.17.2006 depo - amended

                        page 10
                        11           THE WITNESS:  Okay.  It -- it means that,
                        12   two things, that -- that these -- this statement
                        13   means two things.  One is the Ramus intermedius is
                        14   ischemic to the lateral side of the heart making it
                        15   hypokinesis.
                        16           He had a non Q wave, what I would term
                        17   a -- determined to be a non Q wave myocardial
                        18   infarction on the inferobasilar part of the heart
                        19   supplied by PDA.  And it was there in 2002 and
                        20   that's why you see it now.


[10:22] - [10:24]       7/26/2006    Karavan 07.17.2006 depo - amended

                        page 10
                        22           Q.   And do -- do you have an opinion one way
                        23   or another as to whether it is probably gonna stay
                        24   there?


[11:1] - [11:10]        7/26/2006    Karavan 07.17.2006 depo - amended

                        page 11
                        1            THE WITNESS:  He will always have -- at --
                        2    at this point in time I suspect he will always have
                        3    a small area of hypokinesis of the basal
                        4    posterobasilar part of the heart from his initial
                        5    infarct from four years ago.
                        6            Overall, in light of the fact that --
                        7    overall, his ven -- that part of the heart has
                        8    improved some.  His initial ventriculogram showed a
                        9    more distinct wall motion abnormality, where you
                        10   don't see it as clearly now.


[11:12] - [12:1]        7/26/2006    Karavan 07.17.2006 depo - amended

                        page 11
                        12           Q.   Okay.  And would the ventriculogram that
                        13   you did show the back part of the heart?
                        14           A.   No, sir.  It would not.  It would not show
                        15   the mid lateral hypokinetic area in -- in -- in this

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

16   posterobasilar inferobasilar area would not show up
17   well on a ventriculogram.
18       Q.   Would it show up on an echocardiogram?
19       A.   Correct, just as it did.
20       Q.   If, in fact, someone has hypokinesis, as
21   Mr. Barnett has, but also has a -- an ejection
22   fraction that's normal and has the level of coronary
23   artery disease that Mr. Barnett has, is there any
24   potential problem in the future with this
25   hypokinesis and the coronary artery disease as it
page 12
1    might affect his heart?

[12:3] - [12:16]        7/26/2006    Karavan 07.17.2006 depo - amended

page 12
3            THE WITNESS:  Again, the area on the
4    backside, the -- the mid lateral basal lateral I
5    suspect was from this high grade obstruction in the
6    circumflex Ramus vessel which we opened up, and I
7    would be hopeful that this part of the heart would
8    return to pumping more normally.
9            You know, in -- in general, when someone
10   as an overall normally functional heart, again, we
11   always say they have a relatively good prognosis.
12   It's -- obviously, you would not -- if it was your
13   heart, you would want every segment of your heart
14   beating strongly and normally.  And the question is,
15   will this area of hypokinesis have a negative effect
16   on him in the future.

[12:18]        7/26/2006    Karavan 07.17.2006 depo - amended

page 12
18       Q.   Along with his coronary artery disease?

[12:20] - [12:23]        7/26/2006    Karavan 07.17.2006 depo - amended

page 12
20           THE WITNESS:  Well, if you have one wall
21   motion abnormality and have another event and have
22   another wall motion abnormality, then they can
23   certainly add up to be more significant.

[12:25] - [13:10]        7/26/2006    Karavan 07.17.2006 depo - amended

page 12
25       Q.   And do you know whether or not the
page 13
1    coronary artery disease can -- can lead to a
2    subsequent wall motion abnormality?
3        A.   If you have significant obstruction,
4    significant lack of blood flow, then the -- those --
5    whatever area of the heart is affected will not pump
6    normally.
7        Q.   Now, do you know whether or not in your
8    angiogram that you just did on July 10th, 2006
9    Mr. Barnett had premature heart beat or -- or series
10   of premature heart beats?

[13:12] - [13:15]        7/26/2006    Karavan 07.17.2006 depo - amended

page 13
12           THE WITNESS:  He had ventricular premature
13   beats, which can occur when you're inside the heart
14   putting dye in there and it's tickling, stimulating
15   the heart muscle to beat, have extra beats.

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**
[13:17] - [14:15]          7/26/2006    Karavan 07.17.2006 depo - amended

                    page 13
                    17      Q.    So if -- if you have a premature beat, do
                    18   you know whether or not you -- you have a -- a pause
                    19   after a premature beat?
                    20      A.    Basically what can happen when you have
                    21   PVCs is it allows more time between the subsequent
                    22   beat, and when that happens, more calcium influx
                    23   into the myocardial cells, myocytes, cardiomyocytes,
                    24   and they contract and put stronger or better.   So
                    25   wall motion does improve what we call post extra
                    page 14
                    1    systolic pause.
                    2       Q.    And could -- do you know whether or not
                    3    that could in some way mask a wall motion
                    4    abnormality?
                    5       A.    The wall motion abnormalities seen on
                    6    echocardiogram were difficult to -- in the area,
                    7    that would have been difficult to see in a right
                    8    ventricular -- right REO ventriculogram.   And post
                    9    PVC, these wall -- any potential wall motion
                    10   abnormality would be less apparent.
                    11      Q.    Going back to the -- the Exhibit 29, your
                    12   record.   Go to the third page, please, where you
                    13   have the continuation of your history of present
                    14   illness.
                    15      A.    Yeah.

[14:18] - [14:19]          7/26/2006    Karavan 07.17.2006 depo - amended

                    page 14
                    18   Would you read into the record Mr -- what you say
                    19   here beginning, he had an echocardiogram?

[14:21] - [15:2]           7/26/2006    Karavan 07.17.2006 depo - amended

                    page 14
                    21         THE WITNESS:   He had an echocardiogram
                    22   that showed an overall normal left ventricular
                    23   systolic function with mild inferobasal and -- I'm
                    24   sorry -- mild inferobasal -- I'm sorry.   I'll do it
                    25   all over.   Normal left ventricular systolic function
                    page 15
                    1    with mild inferobasal and posterobasal hypokinesis.
                    2    More?

[15:4] - [15:9]            7/26/2006    Karavan 07.17.2006 depo - amended

                    page 15
                    4       Q.    Yeah.   Go ahead.
                    5       A.    He has had a stress perfusion study.   He
                    6    had nine and a half minutes, stopped for fatigue.
                    7    He had no chest pain.   Peak heart rate is 106.   He
                    8    had an ejection fraction of 60 percent by nuclear
                    9    imaging with a small area of inferolateral ischemia.

[15:15] - [16:7]           7/26/2006    Karavan 07.17.2006 depo - amended

                    page 15
                    15      Q.    Well, let me -- will you just tell me what
                    16   that means, with a small area of inferolateral
                    17   ischemia?
                    18      A.    It means the inferolateral portion of the
                    19   heart was not receiving the proper -- proper blood
                    20   flow at the time of stress testing, indicating there
                    21   may be blockage that's affecting blood flow.
                    22      Q.    What -- what artery feeds to the inferior

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
23  wall of the heart?
24       A.    It would be the right coronary heart
25  generally feeds the inferior portion of the heart.
page 16
1        Q.    And can you tell us the status of his
2   right coronary artery today?
3        A.    His native right coronary artery is
4   totally occluded approximately in the mid vessel.
5        Q.    And can you tell me the -- the status of
6   his native posterior descending artery today?
7        A.    The -- his -- well, it's totally occluded.
```

[16:14] - [16:25]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 16
14       Q.    Now, there is a diagonal that -- that goes
15  to the PDA I think you said?
16       A.    Okay.  There's a -- with regards to the
17  right coronary artery, he had a graft that went what
18  we call a natural Y graft sequentially to the two
19  branches of the distal front of the part of the
20  right coronary artery, okay.
21            One graft went to the posterolateral
22  branch, and that's open.  The other graft sequential
23  went to the PDA, and that's closed.  The PDA fills
24  via or through collateral blood vessels from the
25  left coronary artery.
```

[17:3]                     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 17
3    37?  I'd like to mark this drawing number 37.
```

[17:11] - [18:6]           7/26/2006    Karavan 07.17.2006 depo - amended

```
page 17
11            In your report that Mr. Goldman went over
12  regarding your -- your angiogram, what -- what did
13  you say was the status of the RCA?
14       A.    The native right coronary artery is
15  totally occluded.
16       Q.    So that's 100 percent?
17       A.    100 percent.
18       Q.    And the -- the vein graft that goes down
19  to the -- the PDA, does -- does that feed -- does
20  that feed the entire area of the heart that is
21  normally fed by the RCA?
22       A.    The -- no.  There -- there was a -- well,
23  there was a -- remember, it's a sequential graft.
24  One limb is open that goes to the, what we call the
25  posterolateral branch.  The other limb that fills
page 18
1    the remainder of the right coronary artery, the PDA,
2   is closed.
3        Q.    Okay.  Could you maybe mark the parts of
4   the PDA and the RCA on this Exhibit Number 37 maybe
5   with -- with an ink pen, blocking out the portions
6   that are closed?
```

[18:13] - [18:22]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 18
13            Okay, the native right coronary artery is
14  closed in the mid to distal vessel 100 percent, and
15  then there were -- meaning -- and then subsequently
16  downstream from that is closed also.
17       Q.    Will you put down the area -- will you
18  mark in red the areas that are downstream closed?
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
                    19        A.   Okay.  Okay.  The graft was a sequentialed
                    20   or jump graft, and the second portion of it to the
                    21   PDA is closed.  The first portion is fine going to
                    22   the posterolateral branch, which is the first place.
```

[19:2] - [20:19]        7/26/2006    Karavan 07.17.2006 depo - amended

```
                    page 19
                    2         Q.   But could you point or show the jury
                    3    what -- what you drew on this document, Exhibit 37?
                    4         A.   This is the right coronary artery, the
                    5    native blood vessel Mr. Barnett was born with.
                    6    It's -- it's -- it starts up here, blood flow comes,
                    7    and then it's closed off.  The bypass grafts are
                    8    designed to go downstream and supply blood around
                    9    the blockage.
                    10        This graft had two limbs or two branches.
                    11   The first branch going to what we call the
                    12   posterolateral branch is open and fine.  The second
                    13   branch going to the PDA or posterior descending
                    14   artery is totally closed.
                    15        Q.   Okay.  And what -- what is -- show --
                    16   point on the RCA the portions that are closed as
                    17   well, point there.
                    18        A.   Well, it comes to -- down a portion of it,
                    19   and then about what we call the mid vessel it's
                    20   totally closed.  As you come down, there would be
                    21   some other branches that have closed.  And you come
                    22   to what we call the bifurcation, and it bifurcates
                    23   into the PDA and then posterolateral branch.
                    24        So all of this is closed to here, and the
                    25   PDA graft is closed.  And the collateral, what we
                    page 20
                    1    call collateral blood vessels from the left coronary
                    2    artery supply blood flow to this PDA.
                    3         Q.   And is the PDA closed still?
                    4         A.   Well, the -- it -- the PDA is closed
                    5    prox -- what we call proximally.  The distal or
                    6    further down parts of the PDA receives blood flow
                    7    through the back door, collateral.
                    8         Q.   So they're -- they're receiving some from
                    9    the bottom but not from the top?
                    10        A.   That's correct.  From the back door, so to
                    11   speak.
                    12        Q.   Okay.  Doctor, I don't know if we can do
                    13   this.  But if we bring these two computers over,
                    14   she's got your two caths and she's got the RCA
                    15   marked and that's your before.  That's the September
                    16   6, '02, and this one is the -- the July 10th, '06.
                    17   So I'd look to put them side by side, and maybe you
                    18   can point it out to the jury.  But we'll get it on
                    19   camera here.
```

[20:24] - [21:9]        7/26/2006    Karavan 07.17.2006 depo - amended

```
                    page 20
                    24   you like.  Now -- well, basically this is all you're
                    25   gonna -- this is the 2006 angiogram.  And this is
                    page 21
                    1    the catheter injecting dye into the, what we call
                    2    the right coronary artery.  And this is all you need
                    3    to see for this picture, and that the -- the blood
                    4    vessel fills with dye and is totally closed.  It
                    5    stops right here and should be coming and branching
                    6    out in this manner.  So it's totally closed in the
                    7    mid vessel of the right coronary artery.  That's the
                    8    most recent catheterization of 2006.
                    9         This is the 9/02 catheterization and -- is
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[21:14] - [21:19]          7/26/2006    Karavan 07.17.2006 depo - amended

                           page 21
                           14   But this is the right coronary artery.  You can see
                           15   that it's -- it's patent through here.  This is
                           16   where it's closed now, here versus here.  That was
                           17   open back in 2002 and most of the disease was
                           18   downstream.  If we can play it and point it out.
                           19   That, you just need to get rid of that.

[22:1] - [22:11]           7/26/2006    Karavan 07.17.2006 depo - amended

                           page 22
                           1            This is the native right coronary artery,
                           2    as we -- we just pointed out.  Today it's closed
                           3    right here.  Previously it was open here, came down
                           4    into what we call the bifurcation, which is
                           5    occurring right in here.  This is what we call the
                           6    posterolateral branch, which was open with blockage
                           7    in it.  And then the PDA, as we said was totally
                           8    closed, was mainly filling through collateral blood
                           9    vessels.  So you do not see the PDA coming down here
                           10   like you normally would.  It's getting collateral
                           11   filling through the left system.

[22:13] - [22:15]          7/26/2006    Karavan 07.17.2006 depo - amended

                           page 22
                           13       Q.   Okay.  So today we have -- this is the
                           14   July 10th, 2006 cath, right?
                           15       A.   Correct.

[23:4] - [23:15]           7/26/2006    Karavan 07.17.2006 depo - amended

                           page 23
                           4        Q.   Why don't you describe the difference just
                           5    for the record so I'm not leading you in any way.
                           6        A.   The initial angiogram from 2002 had a
                           7    patent right coronary artery with high grade
                           8    obstruction, what we call down at the bifurcation
                           9    into the posterolateral branch and the PDA.  Now
                           10   there's less blood flow down in the native right
                           11   coronary artery with it totally closed midway
                           12   through the vessel, no longer supplying what we call
                           13   antegrade filling to the posterolateral branch or
                           14   the PDA.
                           15       Q.   Okay.  Thank you very much, Doctor.  Now,

[23:17] - [23:21]          7/26/2006    Karavan 07.17.2006 depo - amended

                           page 23
                           17           In response to a question by Mr. Goldman
                           18   regarding progression of atherosclerosis, you said
                           19   something about the potential possible long-term
                           20   effects of a drug taken by Mr. Barnett in the past.
                           21   Do you remember that?

[23:23]                    7/26/2006    Karavan 07.17.2006 depo - amended

                           page 23
                           23           THE WITNESS:  I do.

[24:4] - [24:5]            7/26/2006    Karavan 07.17.2006 depo - amended

                           page 24
                           4            MR. ROBINSON:  I want to mark Exhibit
                           5    Number 38.

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[24:16] - [24:24]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 24
16      Q.   If we go to page -- I think the fourth
17  page of Exhibit 38, I think we went over in your
18  last session, but I want to make sure you say it
19  here today.  You see the date of this document is
20  May 3rd through May 6th, 1998 at the top?
21      A.   Correct.  Right.
22      Q.   Do you see it says Scientific Advisors'
23  Meeting?
24      A.   Right, I do.
```

[25:3] - [25:7]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 25
3       Q.   And so the -- the -- the Merck scientific
4   advisors board addressed the potential for either
5   benefits or adverse consequences of selective
6   inhibition of COX-2 on coronary artery disease.  Did
7   I read that right?
```

[25:9]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 25
9           THE WITNESS:  You read it correct.
```

[25:11] - [26:1]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 25
11      Q.   Okay.  And then do you -- would you read
12  the next sentence into the record, please?
13      A.   The possible effects of COX-2 inhibition
14  on three separate components of the process leading
15  to coronary ischemic events were considered.  These
16  are, number 1, the development of lipid rich
17  coronary plaques.
18      Q.   Okay.
19      A.   Number 2, the destabilization of the cap
20  of these plaques by inflammatory cells making them
21  rupture prone; and number 3, the thrombotic
22  occlusion of the vessel at the site of plaque
23  rupture with ensuing consequences of ischemia.
24      Q.   Okay.  So, and -- and for the jury,
25  what -- what does that mean, development of lipid
page 26
1   rich coronary plaques, to you as a cardiologist?
```

[26:3] - [26:5]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 26
3           THE WITNESS:  It would imply that
4   potential for the development of atherosclerosis
5   basically.
```

[26:13] - [26:14]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 26
13      Q.   Now, Exhibit 39.  I'll show you Exhibit
14  39, Doctor.  Is there two copies there?  Can you
```

[27:7] - [27:17]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 27
7       Q.   Okay, Doctor, I'd like you to -- to -- do
8   you see that this Exhibit 39 is by Garrett
9   FitzGerald?
10      A.   Yes.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
11        Q.    Summary is coxibs and cardiovascular
12   disease?
13        A.    Yes, sir.
14        Q.    Okay.  And this -- what's the date of that
15   document?
16        A.    This one looks like it's from the New
17   England Journal of Medicine, October 21st, 2004.
```

[28:2] - [28:22]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 28
2         Q.    Do you see where it says in the last
3    paragraph on the first page:  Thus a single
4    mechanism?
5         A.    Yes, I do.
6         Q.    Can you read that into the record, please?
7         A.    Thus a single mechanism, depression of
8    prostaglandin I2 formation might be expected to
9    elevate blood pressure, accelerate atherogenesis in
10   predisposed patients receiving coxibs to an
11   exaggerated thrombotic response to the rupture of an
12   atherogen -- atherosclerotic plaque.
13        Q.    Could you read the next sentence, please,
14   sir?
15        A.    The higher a patient's intrinsic risk of
16   cardiovascular disease, the more likely it would be
17   that such a hazard would manifest itself rapidly in
18   the form of a clinical event.
19        Q.    Okay.  As a cardiologist treating
20   Mr. Barnett, what -- what does it mean to you when
21   it says might be expected to -- to elevate blood
22   pressure, accelerate atherogenesis?
```

[28:24] - [29:1]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 28
24             THE WITNESS:  If a person has -- is taking
25   a drug that can do these things, then there would be
page 29
1    a lot of concern.
```

[29:3] - [29:7]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 29
3         Q.    And when it says the higher the -- a
4    patient's intrinsic risk of cardiovascular disease,
5    the more likely it would be that such a hazard would
6    manifest itself rapidly in the form of a -- of a
7    clinical event, what does that mean to you?
```

[29:9] - [29:11]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 29
9              THE WITNESS:  It would -- it means -- if
10   that's true, it means that a patient such as
11   Mr. Barnett would be in -- included in that risk.
```

[30:6] - [30:7]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 30
6         Q.    Would you go to the last paragraph of this
7    article?
```

[30:12] - [31:7]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 30
12        A.    Sorry.  I gotcha.  Patients in the
13   approved studies should continue to be followed.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
14   This will allow some estimate of how quickly the
15   development of risk may dissipate.  Given the
16   relatively short half lives of these compounds, such
17   a dissipation may occur rapidly.  On the other hand,
18   if treatment has accelerated atherosclerosis, the
19   offset of risk may be more gradually.  Finally, it
20   is essential to determine whether the cardiovascular
21   risk is or is not a class effect.  The burden --
22        Q.   Okay.  Go -- go ahead.
23        A.   The burden of proof now rests with those
24   who claim that this is a problem for rofox --
25        Q.   Rofecoxib.
page 31
1        A.   -- rofecoxib alone and does not extend to
2    other coxibs.  We must remember that the absence of
3    evidence is not the evidence of absence.
4        Q.   Okay.  Now, when they say we should follow
5    the people in the approved study regarding
6    dissipation of the risk to evaluate for accelerated
7    atherosclerosis, what does that mean to you?
```

[31:9] - [31:13]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 31
9             THE WITNESS:  If a drug has potential for
10   atherosclerosis, then you may not see -- you may see
11   it present itself early with thrombosis or you may
12   see it present itself later with progressive
13   atherosclerosis at a later date.
```

[31:15] - [31:21]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 31
15        Q.   And when he's saying that the patients in
16   the approved study, is that the study that you read?
17   I think you told us the previous --
18        A.   I read the approved study before.  I guess
19   what he's saying is that they need to be followed
20   because of the fact the -- there may be a prolonged
21   effect, including atherogenesis, down the road.
```

[31:24] - [31:25]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 31
24             MR. ROBINSON:  Let me show you the next
25   exhibit.  I only have one copy.  Andy knows this
```

[32:25] - [33:8]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 32
25        Q.   Going to page 2, which is page 65 of this
page 33
1    Exhibit Number 40, you see the -- that it was
2    updated on May 26th, 2006?
3        A.   Right.
4        Q.   And if we go to table C14 and look at the
5    people that were followed up in the approved study
6    for the first six months after this continuation of
7    the drug, can you read in the rofecoxib versus
8    placebo numbers and the relative risks, please?
```

[33:10] - [33:11]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 33
10             THE WITNESS:  Okay.  So the -- as I see
11   this, and you want it for the first six months?
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[33:14] - [33:17]        7/26/2006    Karavan 07.17.2006 depo - amended

                         page 33
                         14        A.    Events -- events per patient years.   These
                         15   events are -- I'm assuming are all events, which
                         16   would include cardiac events.  Is this correct?
                         17   Let's see.

[34:7] - [34:11]         7/26/2006    Karavan 07.17.2006 depo - amended

                         page 34
                         7         THE WITNESS:  What is the event rate at
                         8    six months between rofecoxib versus placebo.  And
                         9    the event rate was 11 out of 537 for the rofecoxib
                         10   versus 3 out of over 450 -- 548, I'm sorry, with
                         11   relative risk of 3.74.

[34:13] - [34:14]        7/26/2006    Karavan 07.17.2006 depo - amended

                         page 34
                         13        Q.   And is that statistically significant in
                         14   the right column there?

[34:16] - [34:17]        7/26/2006    Karavan 07.17.2006 depo - amended

                         page 34
                         16        THE WITNESS:   That would be statistically
                         17   significant for these events.

[35:4] - [35:18]         7/26/2006    Karavan 07.17.2006 depo - amended

                         page 35
                         4         Q.   And -- but have -- had you ever seen that
                         5    at the time of your last deposition?
                         6         A.   No, because that was -- this is subsequent
                         7    to that.  This is 5/26/06.
                         8         Q.   And the -- now, given that there is
                         9    this -- this true follow-up data that I've shown you
                         10   and given that the -- the other document that I
                         11   showed you that actually talks about the potential
                         12   for Vioxx causing atherosclerosis, okay, if -- if,
                         13   in fact, there is a potential for Vioxx to -- to
                         14   cause atherosclerosis or to build up
                         15   atherosclerosis, do you have an opinion as to how
                         16   this may play a part in Mr. Barnett's course over
                         17   the last several years since he -- he was -- has
                         18   been taking Vioxx?

[35:25] - [36:6]         7/26/2006    Karavan 07.17.2006 depo - amended

                         page 35
                         25        THE WITNESS:  If -- if a -- a patient such
                         page 36
                         1    as Mr. Barnett were taking a drug that promoted
                         2    ath -- thrombotic events, atherosclerosis, given his
                         3    underlying substrate, so to speak, risk factors,
                         4    then he would be at potential risk for -- for
                         5    cardiac events and progressive atherosclerosis, if
                         6    that -- if that's the case.

[36:8] - [36:13]         7/26/2006    Karavan 07.17.2006 depo - amended

                         page 36
                         8         Q.   If, in fact, Vioxx can, number one, cause
                         9    heart attacks and can accelerate atherosclerosis,
                         10   do -- do you have an opinion as to whether Vioxx and
                         11   Mr. Barnett's preexisting coronary artery disease
                         12   were potentially joint contributing causes to his

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

13   heart attack?

[36:19] - [36:24]        7/26/2006    Karavan 07.17.2006 depo - amended

page 36
19          THE WITNESS:  Again, if a drug, a drug
20   causes potential for atherosclerosis, thrombotic
21   events, Mr. Barnett would be definitely at risk for
22   those complications given his genes, hyperlipidemia
23   and substrate for development of coronary artery
24   disease.

[37:1] - [37:4]         7/26/2006    Karavan 07.17.2006 depo - amended

page 37
1           Q.   And if, in fact, Vioxx does cause heart
2    attacks and accelerated atherosclerosis, how would
3    the Vioxx work on -- on Mr. Barnett's substrate, as
4    you put it?

[37:9] - [37:12]        7/26/2006    Karavan 07.17.2006 depo - amended

page 37
9           A.   It would potentially do all the things
10   we're talking about and make his disease process
11   progressive and potentially to heart attack and more
12   blockage.

[37:16] - [37:17]       7/26/2006    Karavan 07.17.2006 depo - amended

page 37
16   he had had a subsequent heart attack or not.  And is
17   there such a thing as a silent heart attack?

[37:19] - [37:22]       7/26/2006    Karavan 07.17.2006 depo - amended

page 37
19          THE WITNESS:  There is such a thing as a
20   silent heart attack.  It is felt that maybe 20
21   percent of cardiac heart attacks can be undiagnosed,
22   unrecognized, silent, whatever you want to call it.

[37:24] - [38:3]        7/26/2006    Karavan 07.17.2006 depo - amended

page 37
24          Q.   Okay.  And if -- if someone does have a
25   thrombosis maybe two years ago, do you know whether
page 38
1    or not that the thrombosis could -- could be flushed
2    away or -- or in some way resolved over some time
3    period?

[38:5] - [38:7]         7/26/2006    Karavan 07.17.2006 depo - amended

page 38
5           THE WITNESS:  You can have what we call
6    autolysis and resolution of thrombus in vessels from
7    any point in time.

[39:20] - [40:1]        7/26/2006    Karavan 07.17.2006 depo - amended

page 39
20          Q.   Let me ask you this:  Was the -- was the
21   Ramus saphenous vein graft the graft that was
22   occluded?
23          A.   Correct.
24          Q.   And remember in the echocardiogram

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
                     25   there -- there was some wall motion abnormalities;
                     page 40
                     1   is that right?
```

[40:3] - [40:4]        7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 40
                     3            THE WITNESS:  What we call mid basal and
                     4   lateral segment, uh-huh.
```

[40:6] - [40:7]        7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 40
                     6        Q.   Would -- would that be consistent with
                     7   a -- a possible occlusion to the -- to the Ramus?
```

[40:9] - [40:17]       7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 40
                     9            THE WITNESS:  I felt that most likely that
                     10  area was ischemic, giving him that wall motion
                     11  abnormality.  The vessel was patent.  It wasn't 100
                     12  percent closed, and it was said to be ischemic, not
                     13  scarred on his perfusion study.  So I think the wall
                     14  motion could be attributed to that vessel.
                     15           Did he have a heart attack there?  The --
                     16  if he did, it wasn't a big one.  I can tell you
                     17  that.
```

[40:25]                7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 40
                     25       Q.   Is it possible that he had a small one?
```

[41:2] - [41:5]        7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 41
                     2            THE WITNESS:  Given the fact that he has a
                     3   small wall motion abnormality, it's consistent -- it
                     4   is possible that he might have had a small heart
                     5   attack in that area.
```

[50:14] - [50:19]      7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 50
                     14       Q.   You can't draw any conclusions about
                     15  whether Vioxx causes atherosclerosis or its
                     16  progression after patients stop it, true, based on
                     17  this?
                     18       A.   I think that it maybe raises the
                     19  suspicion.  How's that?
```

[70:19] - [71:2]       7/26/2006   Karavan 07.17.2006 depo - amended
```
                     page 70
                     19       Q.   And you haven't seen any permanent
                     20  scarring in Mr. Barnett's heart, have you, sir?
                     21       A.   That -- that -- that would be correct.
                     22       Q.   I'm sorry.  What did you say?
                     23       A.   That would be correct -- correct.  The
                     24  only addendum to that would be he -- he does have a
                     25  small wall motion abnormality in the inferobasilar
                     page 71
                     1   part of the heart that could be consistent with a
                     2   very small scar.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[100:25] - [101:3]      7/26/2006    Karavan 07.17.2006 depo - amended

page 100
25          Q.    Given the amount of plaques that he's got,
page 101
1    CAD, would you be able to compare his prognosis
2    versus a person who does not have this level of
3    plaque?


[101:5] - [101:16]      7/26/2006    Karavan 07.17.2006 depo - amended

page 101
5           THE WITNESS:  I think he -- the --
6    clinically, the thing that would be most worrisome
7    is that he has somewhat diffuse -- of a diffuse
8    process and progression of that process is -- would
9    be -- more progression of it is the main concern to
10   me.
11          He, again, given the fact that his heart
12   pumps normally and the overall blood flow is
13   probably normal now, it was only mildly diminished,
14   that still would overall give him a good prognosis,
15   but I am concerned about his total plaque burden and
16   that progression.


[101:21] - [101:23]     7/26/2006    Karavan 07.17.2006 depo - amended

page 101
21          Q.    Do you have an opinion as to whether or
22   not that total plaque burden could shorten his life
23   expectancy?


[101:25] - [102:9]      7/26/2006    Karavan 07.17.2006 depo - amended

page 101
25          THE WITNESS:  Well, one of the hardest
page 102
1    things in my mind is to tell someone how long
2    they're gonna live or have to live and the -- but
3    the amount of plaque burden would be one of the
4    things I'd be concerned about.
5           He certainly, from a cardiac standpoint,
6    would not have the same prognosis of someone that
7    had more simple, you know, less diffuse disease.  I
8    think he has a different prognosis than someone like
9    that.  I would not put a number on it.


[102:11] - [102:12]     7/26/2006    Karavan 07.17.2006 depo - amended

page 102
11          Q.    Would it be a shorter life, without
12   putting a number on it?


[102:15] - [102:18]     7/26/2006    Karavan 07.17.2006 depo - amended

page 102
15          THE WITNESS:  The -- I think that, again,
16   people that have more discreet lesions, less diffuse
17   disease have a better prognosis than someone that
18   has the amount of diffuse plaquing that he has.


[102:20] - [102:24]     7/26/2006    Karavan 07.17.2006 depo - amended

page 102
20          Q.    Okay.  Counsel asked you some questions
21   regarding stress.  I mean, when we were talking
22   about chest pain before you did -- did the stent, do
23   you have an opinion as to the most likely source of

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

24  his chest pain before you did his -- the stent?

[103:1] - [103:3]          7/26/2006    Karavan 07.17.2006 depo - amended
page 103
1            THE WITNESS:  I think, looking back, and I
2    think he was having some degree of angina
3    discomfort, okay.

[103:5] - [103:6]          7/26/2006    Karavan 07.17.2006 depo - amended
page 103
5        Q.    What -- what was that due to?
6            MR. GOLDMAN:   Object to the form.

[103:7] - [103:20]         7/26/2006    Karavan 07.17.2006 depo - amended
page 103
7            THE WITNESS:  I think the culprit lesion
8    is gonna be this circumflex Ramus intermedius that
9    was stented.  He has some small branch disease that
10   we talked about that potentially could give someone
11   angina.  In my opinion, it's -- those vessels
12   clinically are insignificant and clinically silent.
13           I'm not gonna sit here and say it's
14   impossible that he get -- not have some angina from
15   these small vessels, but unlikely.  The -- with
16   exertion this -- there's potential that he could
17   outstrip the collateral filling of his PDA and have
18   potential -- some angina in the -- from the region
19   of the PDA.  So those would be the potential
20   sources.

[103:23] - [104:3]         7/26/2006    Karavan 07.17.2006 depo - amended
page 103
23           The -- the chest pain that he had this
24   spring and that he had in June before you did the
25   cath, looking back, based on your results of the
page 104
1    cath, can you give an opinion now looking back as to
2    what the most likely cause of that pain that he was
3    experiencing in his chest was?

[104:5] - [104:7]          7/26/2006    Karavan 07.17.2006 depo - amended
page 104
5            THE WITNESS:  I think some of the
6    discomfort he was having probably since the spring
7    and May and June was a form of angina.

[104:9] - [104:13]         7/26/2006    Karavan 07.17.2006 depo - amended
page 104
9        Q.    And that's from what area of his heart?
10       A.    Again, I would say the most likely area
11   would be this Ramus intermedius.
12       Q.    That's the area you stented?
13       A.    Correct.

[105:4] - [105:15]         7/26/2006    Karavan 07.17.2006 depo - amended
page 105
4        Q.    But the R -- would -- would you agree that
5    the RCA is the main part of that branch?
6        A.    Right, the main branch -- the main trunk
7    is the right coronary artery and the branches are
8    posterolateral branch and the PDA.

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

```
 9      Q.    And was the RCA back in September of '02
10   substantially blocked or occluded?
11      A.    Only distally at the bifurcation area into
12   the two branches.
13      Q.    Okay.  So today is the RCA occluded?
14      A.    The mid -- essentially the middle portion
15   is closed at the midportion down.
```

[106:15] - [106:21]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 106
15      Q.    Okay.  Now, counsel asked you a question
16   about whether or not you think he had a heart --
17   second heart attack, but earlier when I asked you a
18   question you -- you conceded that it was possible
19   that the Ramus occlusion before your stent may have
20   been a site of a potential silent heart attack.  Is
21   that what you said?
```

[107:6] - [107:19]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 107
 6      A.    Okay.  His -- his echogram shows a little
 7   mid lateral basal hypokinesis, and I feel clinically
 8   that represents an ischemic area from the Ramus
 9   intermedius, okay, because if a portion of the heart
10   is not getting the proper blood flow, it -- there's
11   a -- there's a potential for it not to perform
12   properly.  That doesn't necessarily mean it's
13   damaged, scarred or heart attack, okay.
14            I feel, like I said, that that was an
15   ischemic area giving you an area of hypokinesis.
16   Could it be -- can I sit here and say 100 percent
17   that he's never had any damage to this small area?
18   No, I can't.  Clinically I felt it was an area of
19   ischemia from that -- that stenosis.
```

[108:17] - [109:9]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 108
17            Well, explain how doctors actually
18   determine that there might be an area of scar in the
19   heart?
20      A.    Okay.  You -- you have a couple things.
21   One is you measure blood flow to the area.  Scar
22   tissue generally is dead tissue, generally, okay.
23   It's not alive.  It doesn't take up these Cardiolite
24   imagings and thallium or whatever, and so he -- none
25   of his -- and this is what we call viable, alive,
page 109
 1   okay.  So the scans have shown viability to all of
 2   his heart, okay.
 3            Then you -- then you -- then you look at
 4   wall motion, okay, and he has had some areas of
 5   hypokinesis.  And could there have been some small
 6   event, potentially some small heart attack that
 7   causes him to be hypokinetic without -- without
 8   causing a scar formation, that sort of thing?  It's
 9   possible on a small, very small level.
```

[109:15] - [110:14]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 109
15      Q.    Right.  Sure.  Can you tell me this, is it
16   true that the vast majority of heart attacks are due
17   to plaque rupture?  Is that true?
18      A.    I would agree with that.
19      Q.    Okay.  And why don't you explain to the
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
20  jury how that happens with plaque rupture and heart
21  attack?
22       A.   Well, it has to do with this -- along with
23  these documents, you have a fibrous cap that thins
24  and -- and it -- and it cracks and -- for whatever
25  reason, and when that fibrous plaque cracks, exposes
page 110
1   the atheroma, the lipid laden atheroma to the
2   bloodstream, and when this fissure or crack occurs,
3   then all these products are exposed to the
4   bloodstream, and when that happens the clotting
5   cascade and platelet aggregation and all this is
6   precipitated and you get acute thrombotic heart
7   attack.
8        Q.   Okay.  Leave -- leave Vioxx aside for a
9   second.  If -- if the studies show that a particular
10  drug causes heart attacks and the majority of heart
11  attacks include plaque rupture, would it be
12  reasonable or not that the -- the drug that's
13  associated with the heart attack is -- is also
14  likely associated with plaque rupture?
```

[110:19] - [111:3]      7/26/2006   Karavan 07.17.2006 depo - amended

```
page 110
19       A.   If a drug -- it could seem that if a drug
20  was associated with heart attacks seeing how the
21  common theme, the common reason or the most common
22  would be some type of thrombotic event, then the
23  drug would potentially be associated with it.
24            There are other ways of having heart
25  attacks: spasm and vascuous spasm and things like
page 111
1   this, so ... but there would be or that would be
2   the -- I think that would be the most -- one of the
3   most common reasons for it to occur if it happened.
```

[117:16] - [119:3]      7/26/2006   Karavan 07.17.2006 depo - amended

```
page 117
16  If you look at the -- this is a report -- exhibit
17  that we previously marked in the prior deposition.
18  Will you read into the record -- I think this is the
19  operative report from Dr. Bryan regarding the vein
20  graft.  Would you read into the record the -- the
21  yellow portion of it, and please show counsel what
22  you're reading?  It's from the --
23       A.   It's the report from Dr. Bryan 9/02, I
24  guess.
25       Q.   Yes.  9/10.
page 118
1        A.   Okay.  Would you like me to read this
2   paragraph?
3        Q.   Could you read into the record?
4        A.   The heart was elevated and a saphenous
5   vein graft anastomosis was performed to the --
6   saphenous vein graft anastomosis was performed to
7   the 1.8 millimeter second diagonal branch of the
8   LAD.  The first diagonal was examined and found to
9   be too small for grafting.  The second vein graft
10  anastomosis constructed was to a 1.8 millimeter
11  Ramus intermedius.  Both vein graft anastomosis were
12  probed and patent at their completion.  Cardioplegia
13  was injected down these two vein grafts to insure
14  good runoff as well as to insure against leaks.  The
15  peak -- the posterior descending and left
16  ventricular branches of the right coronary artery
17  were then grafted employing a natural wide portion
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
                    18  of the saphenous vein graft.  The proximal portion
                    19  was placed to the PDA.  The distal to the left
                    20  ventricular branch.  Both anastomosis were probed
                    21  and patent at their completion.  Additional
                    22  cardioplegia was infused down each limb of the graft
                    23  to ensure good runoff as well as to ensure against
                    24  leaks.
                    25       Q.  Okay.  Now, in terms of -- of the cause of
                    page 119
                    1   the occlusion or failure of the -- the graft, from
                    2   that report, can we rule out the technical aspect
                    3   that you talked about and the outflow aspects?
```

[119:7] - [119:15]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 119
                    7        THE WITNESS:  You know, we see acute graft
                    8   closure sometimes, and all the reports are always --
                    9   say they do these things.  In acute graft -- I mean,
                    10  if you have acute graft closure, which would --
                    11  could be a runoff problem or a stitch problem or a
                    12  thrombosis problem.
                    13       So he felt that there was a pretty good
                    14  flow, and also the surgeon at least thought he had
                    15  done a good job.
```

[120:24] - [120:25]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 120
                    24  start over here.  Did -- did -- from what you've
                    25  read, did Vioxx have a pro-thrombotic nature to it?
```

[121:6] - [121:8]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 121
                    6        A.  From what I read, there's the general
                    7   concern that there may be a pro-thrombotic effect in
                    8   Vioxx.
```

[121:16] - [121:18]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 121
                    16       Can you tell me if it is possible that --
                    17  that Vioxx could be a possible cause of the closing
                    18  of the -- of the vein graft?
```

[122:7] - [122:14]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 122
                    7        A.  Okay.  You know, the -- as I understand
                    8   it, the general concern is increased cardiovascular
                    9   events with Vioxx, okay.  The etiology of it, as I
                    10  understand, is not totally known, and therefore
                    11  anyone on Vioxx has the potential for increased
                    12  cardiovascular event, including MI.
                    13       Q.  MI is a heart attack, for the jury?
                    14       A.  Myocardial infarction.
```

[122:19] - [122:20]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 122
                    19       Q.  Would that -- would that include Mr.
                    20  Barnett?
```

[123:6] - [123:8]   7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 123
                    6        A.  Mr. Barnett was on Vioxx, and that would
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
7   be the concern if that drug is associated with any
8   problem like that.
```

[123:17] - [123:18]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 123
17      Q.   Strike that.  Did lawsuit stress cause the
18   occlusion --
```

[123:21] - [123:24]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 123
21      Q.   -- of his -- of his vessels?
22      A.   I think that's -- in all honesty, I think
23   it's unlikely that the stress of his lawsuit would
24   cause him to have an occlusion.
```

[124:5] - [124:8]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 124
5       Q.   You know, let me ask you this.  She wants
6    me to show you this totally -- totally occluded vein
7    graft and ask you if he's getting any flow from it.
8    Go ahead.
```

[124:14] - [124:22]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 124
14          THE WITNESS:  This is the closed vein
15   graft of the Ramus intermedius.  No flow whatsoever.
16   It's just a little bit of a nub.  You can barely see
17   it.  That little circular thing where the dye is
18   hanging up just a little bit, that's what a -- a
19   closed vein graft looks.  That's where the surgeon
20   sewed it to the wall of the aorta.  It's supposed to
21   come down and feed blood to the heart.  It's not
22   doing it.  It's 100 percent closed.
```

[124:24] - [125:2]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 124
24      Q.   Is he getting any blood --
25      A.   100 percent closed.  No blood.
page 125
1       Q.   Is he getting any blood to that part of
2    the heart?
```

[125:4] - [125:8]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 125
4           THE WITNESS:  Through the native blood
5    vessels that has a 80 percent or so blockage in it,
6    so he's getting blood flow through a stenotic or
7    narrow vessel.  And in my opinion, that's why he was
8    having angina.
```

[125:15] - [125:17]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 125
15      Q.   This will help the jury see that this
16   is -- was the cause of the pain he was having in his
17   chest?
```

[125:19] - [125:22]     7/26/2006     Karavan 07.17.2006 depo - amended

```
page 125
19          THE WITNESS:  I think that is the source
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
20  of his angina, the fact that this graft is closed
21  and there -- there was a -- still a tight blockage
22  in the Ramus intermedius vessel.
```

[135:9] - [135:20]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 135
9         Q.    The last thing -- I'm gonna get the last
10  word here.  First of all, you said something about a
11  surgeon hold it in their hands.  So sometimes they
12  do pick up the heart and hold it in their hands?
13        A.    They evaluate it when they're in the
14  operating room.
15        Q.    And so they actually have their hands on
16  the heart?
17        A.    Yes, sir.
18        Q.    Okay.  And you'd expect that that -- that
19  that would be typical of, say, Dr. Bryan or any
20  surgeon, right?
```

[135:22] - [135:24]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 135
22            THE WITNESS:  They would hold it --
23  they -- that's correct.  They touch the heart when
24  they're operating.
```

[136:16] - [136:20]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 136
16        Q.    In terms of the -- the -- of the coronary
17  artery disease in Mr. Barnett, can you, say, for
18  example, just take each area?  We'll take the left
19  main.  Is there -- is there more coronary artery
20  disease in July of 2006 versus September of 2002?
```

[136:23] - [136:25]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 136
23            THE WITNESS:  Okay.  In general, as far as
24  the amount of atherosclerosis, plaque burden, that
25  sort of thing?
```

[137:2] - [137:4]         7/26/2006    Karavan 07.17.2006 depo - amended

```
page 137
2         Q.    Yes.
3         A.    I think, in general, he probably has a
4   greater burden now than he did four years ago.
```

[137:17] - [137:18]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 137
17        Q.    That would be -- would that be true -- I'm
18  just gonna take you through quickly -- the LAD?
```

[137:21] - [137:22]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 137
21            THE WITNESS:  I would agree, it's probably
22  worse.
```

[137:24] - [137:25]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 137
24        Q.    Would it be true for the -- with the
25  diagonals off the LAD?
```

## Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[138:3]    7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       3     THE WITNESS:  Correct.


[138:5] - [138:6]  7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       5   Q.   Would it be true for the Ramus
       6  intermedius?


[138:9] - [138:12]  7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       9     THE WITNESS:  We went through this before.
       10 I'm gonna go through my evaluation before and --
       11 yeah, I think for the Ramus, too, more -- a little
       12 bit longer disease.


[138:14] - [138:15]  7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       14   Q.   Would it be true for the right coronary
       15 artery?


[138:17]    7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       17     THE WITNESS:  Yes.


[138:19] - [138:20]  7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       19   Q.   Would it be true for the posterolateral
       20 branch?


[138:23]    7/26/2006  Karavan 07.17.2006 depo - amended

       page 138
       23     THE WITNESS:  That would be correct.