Issues Report [karavan depo 071706]

• Pltf cond'l desig

[41:7] - [41:16]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 41
 7        Q.   Okay.  Now, let me ask you this:  Just in
 8   terms of -- I'm trying to go over -- before your
 9   last deposition did you meet with me?
10        A.   No, sir.
11        Q.   Okay.  So the first time we met before a
12   deposition was yesterday; is that right?
13        A.   Correct.
14        Q.   And what did we discuss yesterday?
15        A.   Basically the same sort of topics we're
16   discussing here at this dep -- deposition.
```

[41:18] - [41:23]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 41
18             Did we go over the cath?
19        A.   We went over his recent studies, correct.
20   Uh-huh.
21        Q.   Okay.  And did you -- is there anything
22   you said yesterday to me that you haven't said today
23   in your deposition?
```

[41:25] - [42:1]        7/26/2006    Karavan 07.17.2006 depo - amended

```
page 41
25             THE WITNESS:  I'm -- I'm -- I'm sure there
page 42
 1   is.  I'm just not -- I'm not sure what it is.
```

[111:16] - [112:7]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 111
16        Q.   Now, is there anything wrong in your mind
17   with Dr. Zipes doing some studies as a legal expert
18   that's gonna testify in -- in a trial just so he --
19   he can know what's going on with a particular
20   plaintiff in a case?
21        A.   If I were to testify about a patient's
22   condition, heart condition, whatever speciality
23   you're in, then I think I'd want to know what the
24   most recent -- I'd -- I'd -- I would want to know a
25   recent evaluation if I'm gonna testify about his
page 112
 1   condition.
 2        Q.   And -- and if counsel in this case asked
 3   Dr. Zipes in deposition do you think he needs --
 4   that Mr. Barnett needs a cath done and Dr. Zipes
 5   said, well, I don't know; maybe after, you know,
 6   after the lawsuit, he wasn't sure, is that an
 7   unreasonable position?
```

[112:12] - [112:25]     7/26/2006    Karavan 07.17.2006 depo - amended

```
page 112
12             THE WITNESS:  Well, I mean, the decision
13   to make a heart catheterization, again, is a --
14   basically a clinical condition, okay, depending on
15   how you -- you know, the condition of the patient
16   and how you view them as a physician, cardiologists,
17   and it's not based on one lab test or this lab test.
18             His -- I can tell you that when I saw
19   Mr. Barnett I did not recommend heart
20   catheterization the day I saw him because I
21   clinically didn't feel that -- that -- that his
22   condition at the time called for it, and that's why
```

Issues Report [karavan depo 071706]

- Pltf cond'l desig

```
                         23  I sent him home and we paid close attention to his
                         24  symptoms.  And then as he had angina on the
                         25  treadmill, we performed a heart cath on him.
```

[114:10] - [115:4]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 114
10          Is it or is it not true that the tests
11  that Dr. Zipes had done there in Indiana did
12  actually point out the eventual occlusion that you
13  found in your cath?
14       A.  Yes, in that it showed the graft to the
15  Ramus was closed and he had a residual high grade
16  lesion in the Ramus that was stented.
17       Q.  So whether or not Dr. Zipes was doing this
18  legally for a case, would -- would -- did -- did
19  his, the results of his test help you as his -- as
20  his treater?
21       A.  The -- I would say it was the impetus for
22  him to call to get followed up, talk about his
23  symptoms, talk about results with the tests and get
24  treated.
25       Q.  And would you say that Dr -- because of --
page 115
1   of the results of Dr. Zipes' tests and then your
2   subsequent cath and your subsequent stenting, that
3   Dr. Zipes and you combined to make Mr. Barnett
4   better off today than he was, say, before July 10th?
```

[115:6] - [115:9]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 115
6            THE WITNESS:  Yes.  I think the fact that
7   he had these studies done alerted everyone to the
8   fact there may be something going on and brought it
9   to mine and his and the patient's attention.
```

[115:11] - [115:17]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 115
11       Q.  By the way, I don't know if you know this,
12  but do you know anything about Dr. Zipes' reputation
13  as a cardiologist?
14       A.  I -- I know -- of course, being a
15  cardiologist, I've heard of him and I know of his
16  reputation, and he's a well respected cardiologist.
17       Q.  In your community, right?
```

[115:21] - [115:23]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 115
21       Q.  Okay.  And by your community, I'm talking
22  about the cardiology community, right?
23       A.  Cardiology.  Right.  Yes, sir.
```

[125:24] - [126:4]    7/26/2006    Karavan 07.17.2006 depo - amended

```
page 125
24       Q.  By the way, do I get any credit -- maybe
25  Mr. Barnett will give it to me -- for sending you
page 126
1   these -- these -- the tests that led to your cath?
2        A.  You were the one that sent them to me
3   because you were concerned about the fact that he
4   had a area of ischemia and a closed graft.
```