Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Ambrose Reese

---

| | | |
|---|---|---|
| **AMBROSE REESE, Individually, and on Behalf of JANET LOUISE REESE, Deceased,** | * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| Plaintiff, | * * | CASE NO. 05-4574 |
| v. | * * | SECTION L - DIVISION 3 |
| **MERCK & CO., INC., a foreign corporation, KNOWLES** | * * * | JUDGE FALLON MAGISTRATE JUDGE |
| Defendant. | * * | STIPULATION OF DISMISSAL |

---

On this, the ____ day of July, 2006, it is hereby STIPULATED, ORDERED, ADJUDGED, AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should he seek to refile, Plaintiff Ambrose Reese will refile in the federal Multi-District Litigation ("MDL") and not in state court.

This Stipulation is filed on behalf of Plaintiff Ambrose Reese, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

DATED this ____ day of July, 2006.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

DATED this 21st day of July, 2006.

**STONE PIGMAN WALTHER WITTMANN LLC**

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Carmelite M. Bertaut
Attorneys for the Defendant

DATED this 27th day of July, 2006.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 27th day of July, 2006.

_____
OF COUNSEL

2