A CERTIFIED TRUE COPY

JUL 26 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 27  AM 11:55

DOCKET NOS. 1657 AND 1699

CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2006

FILED
CLERK'S OFFICE

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

*(SEE ATTACHED SCHEDULE)*

**MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-57)
WITH SEPARATION, REMAND AND
MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-30)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 748 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx which involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL-1699 actions.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 26 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCHEDULE CTO-57 - TAG-ALONG ACTIONS
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

SCHEDULE CTO-30 - TAG-ALONG ACTIONS
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**SECT.L MAG 3**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CALIFORNIA CENTRAL | | |
| CAC  8  06-531 | Shahin Daroogar v. Merck & Co., Inc., et al. | 06-3976 |
| ILLINOIS SOUTHERN | | |
| ~~ILS   3   06-472~~ | ~~Irene Anders, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/26/06 | |
| MISSOURI EASTERN | | |
| MOE  4  06-772 | Laura Wood, et al. v. Merck & Co., Inc., et al. | 06-3977 |
| NEVADA | | |
| ~~NV    2  06-678~~ | ~~Ronald Risk v. Pfizer Inc., et al.~~ Opposed 7/25/06 | |
| TEXAS SOUTHERN | | |
| TXS  4  06-1805 | Earnest Colvin v. Merck & Co., Inc., et al. | 06-3978 |
| VIRGINIA EASTERN | | |
| VAE  3  06-376 | Audrey Jean Fredette v. Merck & Co., Inc., et al. | 06-3979 |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 26, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-57)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 10, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

INVOLVED COUNSEL LIST (CTO-57)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED COUNSEL LIST (CTO-30)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

William W. Blair
Heyl, Royster, Voelker & Allen
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025

Benjamin Sorrel Boyd
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC 20036-2412

Stephen J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Parviz Darabi
Parviz Darabi Law Offices
500 Airport Blvd.
Suite 100
Burlingame, CA 94010

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St Louis, MO 63101

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney
Suite 1800
Houston, TX 77010

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Stephen K. Lewis
Patti & Sgro
300 East Charleston Blvd.
Suite 105
Las Vegas, NV 89104

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Wayne Barry Montgomery
Kalbaugh Pfund & Messersmith, PC
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236

Gary C. Moss
Piper, Rudnick, Gray, Cary US LLP
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Amy W. Schulman
DLA Piper Rudnick Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Robert Martin Tata
Hunton & Williams
500 East Main Street
Suite 1000
Norfolk, VA 23510

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

## INVOLVED CLERKS LIST (CTO-57)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## INVOLVED CLERKS LIST (CTO-30)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Fernando Galindo, Acting Clerk
307 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219-3525

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

INVOLVED JUDGES LIST (CTO-57)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-30)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Cormac J. Carney
U.S. District Judge
1053 Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse 14th Floor
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Philip M. Pro
Chief Judge, U.S. District Court
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065