UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

MOTION OF PLAINTIFF GERALD BARNETT
FOR ORDER EXCLUDING TESTIMONY OF PAUL ROACH, M.D.

(Plaintiff's Motion in Limine No. 17)

COMES NOW, Plaintiff Gerald Barnett, by and through his undersigned counsel, and files this Motion in Limine, to exclude evidence regarding opinions not contained in the report of defendant's expert Paul Roach, M.D., areas of testimony wherein he admitted he had no opinions and areas of testimony wherein he admitted he was not qualified to offer opinions.

Defendant Merck has submitted the expert report of interventional cardiologist, Paul Roach, M.D. (Exhibit 1 attached). Dr. Roach's report is limited to opinions concerning general causation and case specific causation in the Barnett case. Dr. Roach admitted in deposition that his opinions were limited to issues of general causation and case specific causation. (Roach deposition, 39:2-7 attached as Exhibit 2).

I.  **The General Opinions of Dr. Roach Should Be Limited**

With regarding to his general opinions, Dr. Roach has also testified that he would not be offering opinions in any of the following areas:

1

1. Opinions regarding when Merck knew or should have known of the potential for Vioxx causing an increased risk in cardiovascular incidents (Roach deposition, 39:13-17);

2. Opinions regarding FDA rules or regulations (Roach deposition, 39:18-20; 55:20-21);

3. Opinions regarding Drug Warning Labels or whether the labels in Vioxx were adequate (Roach deposition, 39:21-24; 55: 22-23).

## II.  The Case Specific Opinions of Dr. Roach Should Be Limited

With regard to his case specific opinions, Dr. Roach has admitted to the following:

1. Defendant Merck has made attempts to claim that the "mild ischemia" identified in the cardiolite test of January 24, 2000 (near the beginning of his Vioxx use) was explained by the fact that Mr. Barnett may have had "balanced disease" among all his coronary vessels. Defendant Merck then speculates that this "balanced disease" would mean that Mr. Barnett actually had significant coronary artery disease. However, Dr. Roach admitted that none of his treating physicians ever diagnosed Mr. Barnett with "balanced disease" (Roach deposition, 130:1-3) and admitted that it would be speculation to say that Mr. Barnett had "balanced disease" (Roach deposition, 130:16-25).

16    WOULD YOU AGREE IF THERE WAS CORONARY DISEASE,

17    IT WAS LIMITED TO MILD DISEASE ON THE LEFT SYSTEM?

18    A.  NO.

19    Q.  WHAT'S THE BASIS OF THAT DISAGREEMENT?

20    A.  HE **COULD HAVE** HAD BALANCED DISEASE THAT WOULD

21    HAVE PREVENTED THE STRIKING PROFUSION ABNORMALITIES THAT

22    YOU TYPICALLY WILL SEE WITH SINGLE-VESSEL DISEASE.

23   Q. WELL, YOU SAY HE COULD HAVE.  THAT'S

24   SPECULATION, RIGHT?

25   A. YES

Therefore, Defendant Merck should be prohibited from eliciting testimony from Dr. Roach that Mr. Barnett had "balanced disease."

2.  Dr. Roach also admitted that he does not hold himself out as an expert in nuclear cardiology and therefore his opinions regarding his own review of the nuclear tests performed on Mr. Barnett should be precluded.  The fact that he looks at them to derive information is not the same as reading them as testifying as an expert in nuclear cardiology which he admitted he was not.  (Roach deposition, 54:19-22)

### III.   **Dr. Roach Should Be Precluded From Offering An Opinion that Vioxx Does Not Progress Atherogenesis/Plaque Build-Up**

Finally, Dr. Roach did not include any discussion in his report that Vioxx does not cause a progression of atherosclerosis and therefore he should be prohibited from offering testimony on this issue as well.  Indeed, there is nowhere in the report of Dr. Roach wherein he even addresses the issue.  The only area of his report that Dr. Roach could point to during his deposition was simply the general conclusion that Vioxx did not contribute to Mr. Barnett's heart attack or bypass.  (*See*, Exhibit 1; also, Roach deposition, 132:6-9; 133:10-25; 133:1-25; 134:1-18.)

Wherefore, for the foregoing reasons, Plaintiff Gerald Barnett respectfully requests that the above opinions of Dr. Roach be so limited.

Date:  July 28, 2006              Respectfully submitted,

By /s/ MARK P. ROBINSON, JR.
    Mark P. Robinson, Jr.
    Kevin F. Calcagnie
    Carlos A. Prietto, III
    Ted B. Wacker
    Lexi W. Myer
    ROBINSON, CALCAGNIE & ROBINSON
    620 Newport Center Dr., 7th Floor
    Newport Beach, California  92660
    Telephone:  (949) 720-1288
    Facsimile: (949) 720-1292

    Andy D. Birchfield, Jr.
    P. Leigh O'Dell
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    234 Commerce Street
    Montgomery, Alabama  36103-4160
    Telephone:  (334) 269-2343
    Facsimile: (334) 954-7555

    Donald C. Arbitblit
    LIEFF, CABRASER, HEIMANN and
    BERNSTEIN, LLP
    275 Battery Street, 30th Floor
    San Francisco, California   94111
    Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008

    Counsel for Plaintiff

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Gerald E. Meunier
Gainesburgh Benjamin David Meunier & Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann [with courtesy copy to Merck's trial counsel, Andrew L. Goldman] by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of July, 2006.

/s/ MARK P. ROBINSON, JR.
MARK P. ROBINSON, JR.
California State Bar No. 054426
Attorney for Plaintiff
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
mrobinson@rcrlaw.net