

11436858

Jun  2 2006
5:14PM

### Expert Report of Paul Roach, M.D., F.A.C.C.

I am a cardiologist and have been practicing medicine for approximately 20 years. I am board certified in Internal Medicine and Cardiovascular Diseases by the American Board of Internal Medicine. My education, background and experience are more fully set forth in my curriculum vitae, a copy of which is attached to this report. My opinions as set forth in this report are based on my knowledge, training and experience as a medical doctor and cardiologist. Furthermore, these opinions are based on medical probability and supported by peer reviewed medical literature.

Myocardial infarction and stroke often occur in the setting of thrombosis of an artery. The underlying pathology which predisposes to thrombosis is atherosclerosis. Atherosclerosis is the leading cause of the death in the developed world. The established risk factors for the development of atherosclerosis are family history, dyslipidemia, diabetes mellitus, hypertension, smoking, obesity, male gender, age, metabolic syndrome, and elevated blood levels of homocysteine. Although not conclusively proven it has been suggested other factors such as stress and certain infectious agents such as Chlamydia pneumoniae and herpes virus may also lead to atherosclerosis, raising the concern that there are as yet unknown factors which lead to atherosclerosis. Additionally, there is evidence that certain disease states, like rheumatoid arthritis, are associated with an increased risk of developing cardiovascular disease. This observation suggests that other factors, in addition to the traditional risk factors are involved in the development atherosclerosis in rheumatoid arthritis as well as other forms of arthritis.

It is well accepted that local vascular injury (often related to shear stress), inflammation and oxidative stress contribute to the development of the disease. The lesions of atherosclerosis typically occur in large and medium-sized elastic and muscular arteries which feed the brain, heart and other organs. This process can result in progressive narrowing of an artery resulting in impaired blood flow to the target organ with resultant impairment of the function of that organ. Additionally, there can be acute thrombosis in the vessel resulting in cell death and acute impairment of the target organ. Myocardial infarction and stroke are examples of the latter process. The earliest anatomic finding in atherosclerosis is the fatty streak, which can be seen at an early age. The fatty streak is purely an inflammatory lesion. Typically atherosclerosis occurs as the result of deposition of lipid material in the arterial wall followed by a cellular mediated inflammatory response. This is associated with endothelial dysfunction which impairs the usual homeostatic mechanisms of the endothelium. Ongoing inflammation results in recruitment of additional macrophages and lymphocytes resulting in the release of various factors which result in further damage to the arterial wall with resultant necrosis. Eventually a fibrous cap will form over the area of lipid deposition and necrosis resulting in what is commonly referred to as a plaque. Endothelial dysfunction and/or rupture of the fibrous cap leads to platelet activation and subsequent thrombosis. It is this thrombosis that is often the cause of a myocardial infarction or stroke.

Nonsteroidal anti-inflammatory drugs (NSAIDs) are commonly and widely used as analgesics and anti-inflammatory agents. They are used to treat many causes of pain as well as to reduce inflammation in the setting of arthritis. Certain types of NSAIDs have been investigated for their potential impact on the prevention or slowing of the development of Alzheimer's disease and the prevention certain cancers. NSAIDs have been classified into three broad classes: aspirin, non-selective NSAIDs, and selective cyclooxygenase-2 (COX-2) inhibitors, commonly referred to as coxibs. The nonselective NSAIDs inhibit both cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2), with wide variation in their effectiveness at inhibiting one form or the other of cyclooxygenase. Low dose aspirin (e.g., 81mg) has been shown to be approximately 170 fold more potent in inhibiting COX-1 than COX-2. On the other hand, the coxibs have far greater potency at inhibiting COX-2 than COX-1.

All classes of NSAIDs inhibit prostaglandin G/H synthase, which has both cyclooxygenase and hydroperoxidase activity, and is colloquially referred to as cyclooxygenase. This is the enzyme that catalyzes the conversion of arachadonic acid to either prostaglandins or thromboxanes. Prostaglandin G/H synthase comes in two forms. COX-1 is felt to be expressed constitutively and is thought to mediate the production of prostaglandins which have cytoprotective effects, whereas COX-2 is felt to be inducible at sites of inflammation resulting in increased production of prostaglandins involved in pathophysiologic processes.

The inhibition of COX-2 is felt to have a greater impact on the reduction of inflammation, while COX-1 inhibition has been implicated in injury of the mucosa of the gastrointestinal tract, resulting in bleeding, ulcers and perforations. Additionally, the inhibition of COX-1 results in impairment of platelet function with increased bleeding. It is believed that the fact that low-dose aspirin selectively inhibits COX-1 most likely explains why even low-dose aspirin is associated with the aforementioned gastrointestinal side effects. There are multiple studies which address the efficacy of aspirin in both the primary and secondary reduction of myocardial infarction and stroke. Platelet thromboxane A2 (TXA2) is synthesized and released in response to various stimuli such as arachidonate and collagen. Thromboxane then results in irreversible platelet aggregation through an interaction with the TXA2 receptor on the platelet. It is this platelet aggregation which is an essential component of thrombosis. Platelet TXA2 production is a COX-1 mediated process. Aspirin irreversibly binds and acetylates a serine residue at position 529 of platelet COX-1 resulting in irreversible and permanent impairment of platelet TXA2 production and the ability of platelets to aggregate in response to TXA2. Since platelets are anucleate, the TXA2 mediated platelet aggregation is irreversible for the life of the platelet.

When given at doses as little as 81 mg per day aspirin results in a significant reduction in thrombosis mediated events like stroke and heart attack. Over the usual dosing range of aspirin there is no dose effect response with regard to platelet inhibition. Certain non-aspirin nonselective NSAIDs have been shown to reversibly bind the platelet COX-1 resulting in the impairment of platelet TXA2 production and thus platelet aggregation. Depending on the dose and frequency of administration of the particular drug there can

be clinically significant impairment of platelets and an increased risk of bleeding. However not all nonselective NSAIDs impair platelet function to the same degree.

The development of coxibs was driven by the unsatisfactory side effect profile associated with nonselective NSAIDs, namely the aforementioned gastrointestinal bleeding, perforation and ulcer formation, leading to substantial morbidity and mortality. It was hypothesized that if an NSAID more selective for COX-2 inhibition could be developed that there would be just as effective reduction in pain and inflammation with far fewer gastrointestinal side effects.  In May 1999, the COX-2 inhibitor rofecoxib (Vioxx) was granted FDA approval.

The Vioxx Gastrointestinal Clinical Outcomes Research (VIGOR) Study was published in 2000 and addressed the efficacy of Vioxx with regard to the reduction of gastrointestinal side effects. In this study, 8076 patients with rheumatoid arthritis were randomly assigned to the selective COX-2 inhibitor Vioxx 50 mg per day (twice the recommended chronic dose) or to the nonselective NSAID naproxen 500 mg twice daily. Although the two drugs had similar efficacy for the treatment of rheumatoid arthritis, the relative risk (RR) of gastrointestinal events was much lower with Vioxx (RR 0.5; 95% confidence interval [CI], 0.3, 0.6; P<.001).  However, myocardial infarctions were more frequent in the patients treated with VIOXX (0.5%) compared to those treated with naproxen (0.1%). This result was statistically significant (RR 0.2; 95% CI 0.07, 0.58). There was no difference between the treatment groups with regard to stroke or death from myocardial infarction or stroke. The study protocol prohibited the use of aspirin. Vioxx was administered at twice the standard recommended dose and naproxen was given at a usual clinical dose.  Four percent of the patients met FDA criteria for the use of aspirin for secondary prevention of cardiovascular events, namely history of myocardial infarction, angina, stroke, transient ischemic attack, angioplasty or coronary artery bypass grafting. These patients accounted for 38% of the patients who had a myocardial infarction. The VIGOR investigators noted that naproxen given at the doses specified in the study inhibited the production of TXA2 by 95% and platelet aggregation by 88%. Thus, based on the data the question about the cause of the increased risk of myocardial infarction associated with Vioxx use remained open. Was it due to random chance, a reduction in the risk of myocardial infarction in the group treated with naproxen, an increased risk of myocardial infarction in the group treated with Vioxx, or some combination of the aforementioned factors?  Merck subsequently changed the labeling of Vioxx to inform prescribers about the findings of the VIGOR Study.

There are a number of randomized, blinded, placebo and comparator controlled studies as well as one crossover open-label study which address whether naproxen given at the dose and frequency used in the VIGOR Study results in platelet inhibition similar to that seen with aspirin administration. '

Van Hecken et al. examined the effect of placebo, Vioxx 12.5 mg per day, Vioxx 25 mg per day, diclofenac 75 mg three times daily, ibuprofen 800 mg three times daily, sodium naproxen 550 mg twice daily, or meloxicam 15 mg per day on COX-1 and COX-2 inhibition using ex-vivo techniques and measurement of bleeding times in seventy-six

healthy females with normal baseline platelet function. The study was partially blinded, randomized and placebo controlled. Parameters were measured at baseline and after six days of treatment.  Mean-inhibition of COX-2 as measured by weighted average of lipopolysaccharide induced PGE2 generation was -2.4%, 66.7%, 69.2%, 77.5%, 93.9%, 71.4%, and 71.5% for placebo, Vioxx 12.5 mg, Vioxx 25 mg, meloxicam, diclofenac, ibuprofen, and naproxen, respectively. Corresponding values for COX-1 inhibition as measured by serum TXB2 (a serum metabolite of platelet TXA2) were -5.15%, 7.98%, 6.65%, 53.3%, 49.5%, 88.7%, and 94.9%. Vioxx (12.5mg and 25 mg), meloxicam, and diclofenac did not affect bleeding times, while ibuprofen and naproxen prolonged bleeding times on day 6 (p<0.002 for ibuprofen and naproxen vs. placebo).

Capone et al. performed a crossover open-label study of low dose aspirin (100 mg/day) or naproxen (500 mg/dl) administered to nine healthy subjects for six days. The effects on thromboxane and prostacyclin were assessed up to 24 hours after oral dosing. The administration of aspirin and naproxen caused a similar reduction in whole-blood TXB2 production, an ex-vivo measurement of platelet COX-1 activity, by 99+/-0.3% and 94+/-3%. The authors noted that naproxen 500mg twice daily caused persistent and complete suppression of platelet TXB2 production throughout the 12-hour dosing interval that was indistinguishable from that of low dose aspirin.  Further, while aspirin had no effect on the production of urinary metabolite of PGI2, naproxen significantly reduced the urinary metabolite of PGI2.

Tuleja et al. used a double blind comparator-controlled study to evaluate the effect of Vioxx 25 mg twice daily, naproxen 500 mg twice daily, aspirin 75 mg per day or diclofenac 75 mg per day on serum thromboxane and serum prostacyclin production, using standard ex-vivo techniques, as well as on the bleeding-time at baseline and after seven days of treatment in forty-five healthy men. Aspirin, naproxen, and diclofenac caused a statistically significant increase in bleeding time. Vioxx had no effect on bleeding time. Naproxen, as well as aspirin, caused a significant reduction in thromboxane and prostacyclin production, whereas diclofenac decreased prostacyclin synthesis but had no effect on thromboxane production. Vioxx had no effect on prostacyclin or thromboxane synthesis. This study suggested that naproxen had anti-platelet effects similar to aspirin and that endothelial prostacyclin in healthy humans is COX-1 mediated.

Two randomized comparator-controlled trials conducted by Leese et al. examined the effects of two other coxibs, celecoxib and valdecoxib versus naproxen 500 mg twice daily on platelet function. One of the studies as a double-blind, randomized, comparator-controlled study of ten days duration conducted in twenty-four healthy subjects. A supra-therapeutic dose of celecoxib, 600 mg twice daily, was compared to naproxen 500 mg twice daily. Parameters were measured at baseline and after ten days. Ex-vivo platelet aggregation in response to standard agonists (collagen, arachidonate, or U46619 [a thromboxane A2 receptor]), bleeding time, and serum TXB2 levels were measured. Unlike celecoxib, naproxen reduced ex-vivo platelet aggregation and TXB2 levels, and increased bleeding time. Leese et al. also compared valdecoxib 40 mg twice daily, diclofenac 75 twice daily, naproxen 500 mg twice daily or placebo in a randomized,

4

double-blind, comparator and placebo-controlled trial designed to measure the effects of these drugs on platelet function. Sixty-two healthy subjects were enrolled. Ex-vivo measurements of platelet aggregation (response to arachidonate, collagen, and adenosine diphosphate), bleeding time, and serum TXB2 were measured at baseline and on day 8. Valdecoxib had no effect on any measurements of platelet function. Naproxen and diclofenac significantly reduced platelet aggregation to arachidonate and to a lesser extent collagen and adenosine diphosphate compared to placebo. Naproxen significantly reduced TXB2 levels.

Further, randomized double-blind placebo-controlled trials have looked at the anti-thrombotic effects of certain nonselective NSAIDs. Fornaro et al. performed a randomized double-blind placebo-controlled study to assess the efficacy of the nonselective NSAID indobufen 100mg twice daily on the prevention of embolic events of cardiac origin. All patients had heart disease and risk for cardiogenic emboli. The endpoints were stroke, transient ischemic attack, systemic embolism, and fatal myocardial infarction. The RR of an endpoint with indobufen compared to placebo was 0.35 (95% CI: 0.14, 0.89). This study suggested that indobufen could reduce the risk of cardiovascular events. Brochier studied the effect of flurbiprofen, another nonselective NSAID, on secondary prevention of myocardial infarction in patients treated with thrombolysis or percutaneous revascularization for myocardial infarction. Patients were treated with either flurbiprofen 50 mg twice daily or placebo. The reinfarction rate in the flurbiprofen group was 3% compared to 10.5% in the placebo group RR 0.285 (95% CI: 0.116, 0.649, p<0.001). Both these studies would suggest that nonselective NSAIDs can have a significant effect on the reduction of cardiovascular thromboembolic events.

Taken together these trials show that naproxen, as well as certain other NSAIDs, can exhibit strong anti-platelet effects similar to aspirin. Since aspirin has been demonstrated to exhibit substantial benefit in the primary and secondary prevention of stroke and heart attack, and that naproxen has anti-platelet effects similar to aspirin, it would seem reasonable that the difference in the rate of myocardial infarction is due to a protective effect of naproxen and the play of chance, rather than any adverse effect of Vioxx.

Prior to the publication the VIGOR Study theoretical concerns were raised about the potential pro-thrombotic potential of COX-2 inhibitors, based on the notion that selective COX-2 inhibition (in the relative absence of COX-1 inhibition) might result in reduced endothelial prostacyclin production without concomitant impairment of platelet thromboxane synthesis (sometimes referred to as the "FitzGerald hypothesis"). Prostacyclin (PGI2) is a potent vasodilator and inhibitor of platelet aggregation that is produced by prostacyclin synthase via the cyclooxygenase pathway of arachadonic acid metabolism. The balance between prostacyclin production and that of platelet TXA2, another product of the cyclooxygenase pathway that is involved in platelet aggregation, is felt to be important in the maintenance of vascular hemostasis.

Catella-Lawson et al. examined the effect of the selective COX-2 inhibitor MK-966 (Rofecoxib) and the nonselective COX inhibitor indomethacin on the production of serum thromboxane (TXB2), as well as the urinary metabolite of thromboxane (TX-M)

and the urinary metabolites of prostacyclin (6-keto-PGF1a and PGI-M) in thirty-six older healthy subjects. MK-966 50 mg per day, indomethacin 50 mg three times per day or placebo was administered for two weeks. Platelet thromboxane synthesis was inhibited by indomethacin only. The urinary metabolites of prostacyclin were inhibited by both MK-966 and indomethacin and were unchanged by placebo. The data suggested that urinary prostacyclin production was COX-2 dependent. However, the exact source of the prostacyclin production could not be determined and this study therefore could not conclude that endothelial prostacyclin production was COX-2 mediated.

McAdam et al. examined the effect of celecoxib, a selective COX-2 inhibitor, and ibuprofen, a nonselective COX inhibitor, on the production of platelet derived thromboxane and prostacyclin in vivo. Thirty-seven healthy subjects were randomized to celecoxib (100 mg, 400 mg, or 800mg), ibuprofen 800mg, or placebo. Parameters were measured at several times over the ensuing twenty-four hours. Both serum and urinary metabolites of prostacyclin and platelet thromboxane were measured. The indomethacin inhibited the production of both the serum and urinary metabolites of prostacyclin and platelet derived thromboxane to a comparable degree. Celecoxib significantly inhibited the production of the urinary and serum metabolites of prostacyclin. Although there was some inhibition of the production of thromboxane metabolites with celecoxib it was much less pronounced. Placebo had no effect on the metabolite production of either prostacyclin or thromboxane. It was concluded that urinary prostacyclin production was mediated by COX-2. However, as with the study by Catella-Lawson, this study was not designed to determine the site of production of prostacyclin and therefore it could not be determined whether COX-2 inhibition affected endothelial prostacyclin production.

Indeed, other studies have examined the question of the effect of COX-2 inhibition on endothelial prostacyclin production. As referenced above, Tuleja et al. evaluated the effect of a selective COX-2 inhibitor (rofecoxib) and various nonselective COX inhibitors on the production of serum metabolites of thromboxane and prostacyclin at the site of microvascular injury in forty-five healthy subjects. The design of the study allowed for localization of the prostacyclin production to the endothelium. With administration of nonselective COX inhibitors there was inhibition of both thromboxane and prostacyclin metabolite production. There was no inhibition of thromboxane or prostacyclin metabolites with selective COX-2 inhibition, leading the authors to conclude that COX-1, and not COX-2, was the source of prostacyclin in the human endothelium.

Tsang et al. evaluated the effect of aspirin, a selective COX-1 inhibitor at low doses, on the production of prostacyclin (PGI2) in human aortas. Prostacyclin release by human aortic tissue was obtained at surgery was assessed in patients (n=23) with ischemic heart disease undergoing coronary artery bypass grafting (group 1), patients (n=14) undergoing surgery for aortic stenosis (group 2), patients (n=4) undergoing surgery for aortic insufficiency (group 3), and patients (n=8) with ischemic heart disease undergoing coronary bypass grafting who had taken aspirin (group 4). The latter group took 75-150 mg of aspirin daily for at least six months prior to surgery. The aortic stenosis and regurgitation groups served as controls in order to eliminate any effect that the presence of atherosclerosis would have on the analysis. The decreased aortic production of

prostacyclin in group 4 patients compared to group 1 patients was pronounced (95%) and highly significant (p<0.002). This study supports the notion that human endothelial production of prostacyclin is a COX-1 mediated process.

Further, Wong et al. examined this issue using an animal model. The investigators evaluated the effect of two COX-2 inhibitors, rofecoxib and celecoxib, and the nonselective COX inhibitor indomethacin on the production of prostacyclin metabolites in rabbit aortic tissue. They found that Vioxx had no effect on the production of prostacyclin metabolite production in rabbit aortas, whereas indomethacin caused significant inhibition of prostacyclin metabolite production. This supports that endothelial prostacyclin production is COX-1 dependent.

Based on the concerns raised about the theoretical potential for adverse effects of COX-2 inhibitors, Merck initiated a standard operating procedure (SOP) to evaluate potential adverse cardiovascular events in any study involving rofecoxib initiated in or after the second quarter of 1998. The SOP was designed to monitor (through outside and independent adjudication) thrombotic vascular events such myocardial infarction, ischemic stroke, unstable angina, transient ischemic attacks, sudden death, pulmonary embolism, peripheral arterial thrombosis, peripheral and cerebrovascular venous thrombosis, and death associated with any of the aforementioned conditions. The VIGOR Study was the first trial to which the SOP was applied.

Konstam et al. performed a meta-analysis of the cardiovascular events in twenty-three phase IIb to V rofecoxib trials (including the VIGOR Study). Comparisons were made between patients taking rofecoxib, naproxen (a NSAID with near-complete inhibition of platelet function over its dosing interval), other nonselective NSAIDs (diclofenac, ibuprofen, and nabumetone), and placebo. These trials were designed to evaluate the effect of rofecoxib on rheumatoid arthritis, osteoarthritis, Alzheimer's prevention and treatment, and chronic low back pain. The major outcome measure was the combined end point used by the Antiplatelet Trialists' Collaboration (APTC). The endpoints were cardiovascular, hemorrhagic, and unknown deaths; nonfatal myocardial infarctions; and nonfatal strokes. More than 28,000 patients, representing >14,000 patient-years at risk were analyzed. When compared across all trials, the RR for an end point was 0.84 (95%: 0.51, 1.38) when comparing rofecoxib with placebo; 0.79 (95% CI: 0.40, 1.55) when comparing rofecoxib with non-naproxen NSAIDs; and 1.69 (95% CI: 1.07, 2.69) when comparing rofecoxib to naproxen. The analysis was repeated in patients at high risk or cardiovascular thrombotic events as defined by either two or more risk factors for coronary artery disease (current smoker, diabetes, hypertension and/or hypercholesterolemia) or a prior history of a cardiovascular thrombotic event. The RR for an endpoint was 1.04 (95% CI: 0.51, 2.12) when comparing rofecoxib to placebo; 0.96 (95% CI: 0.40, 2.29) when comparing non-naproxen NSAIDs to rofecoxib; and 1.88 (95%CI: 0.93, 3.81) when comparing rofecoxib to naproxen. It was concluded that rofecoxib did not result in an excess risk of thrombotic cardiovascular events when compared to placebo or non-naproxen NSAIDs. The differences between rofecoxib and naproxen were likely the result of the anti-platelet effects of naproxen (as described

above). Further, it should be noted that Weir et al. updated this analysis by Konstam et al. and came to similar conclusions.

Reicin et al. examined the risk of thrombotic cardiovascular events in the rofecoxib IIb/III osteoarthritis trials. The endpoint was an adverse event, either an arterial or venous thrombotic event, as defined by the SOP, with a second analysis performed using the endpoint as defined by the APTC.  This study looked at 5,435 participants in 8 phase IIb/III osteoarthritis trials that supported the original approval of rofecoxib. Rofecoxib was compared to placebo and nonselective NSAIDs (ibuprofen, diclofenac, or nabumetone). The RR of the primary endpoint was 1.15 (95% CI: 0.63, 2.09) when comparing nonselective NSAIDs to rofecoxib and 0.94 (95% CI: 0.31, 2.92) when comparing placebo to rofecoxib. The analysis did not change when aspirin indicated patients (history of stroke, transient ischemic attack, myocardial infarction, stable angina, unstable angina, coronary bypass grafting, or percutaneous coronary intervention) were evaluated separately. The RR in this analysis was 1.45 (95% CI: 0.53, 4.00) for nonselective NSAIDS compared to rofecoxib and 1.24 (95% CI: 0.02, 15.47) for rofecoxib compared to placebo. The analysis using the APTC end points was no different. The RR for an endpoint was 1.44 (CI: 0.65, 3.17) when comparing nonselective NSAIDs to rofecoxib and 1.42 (CI: 0.24, 6.22) when comparing placebo to rofecoxib. In summary, an analysis of the rofecoxib osteoarthritis studies showed no difference between rofecoxib, nonselective NSAIDS, and placebo with regard to the risk of cardiovascular thrombotic events.

Mukerjee et al. reached a different conclusion about the risk of cardiovascular events when they compared the myocardial infarction rates for celecoxib and rofecoxib (in CLASS and VIGOR, respectively) to the placebo arm of a meta-analysis of aspirin use. The study design was criticized because it compared absolute event rates from different studies. To be valid it would assume similar cardiovascular risks in the populations studied, as well as having the same study endpoints – two things which cannot be assured. The annualized myocardial infarction event rates for rofecoxib (0.74%) and for celecoxib (0.80%) are similar. The annualized myocardial infarction rate for the placebo arm of the aspirin trials meta-analysis was 0.52%. Targum in the FDA memorandum dated February 1, 2001, showed the annualized myocardial infarction rate for naproxen users in the VIGOR study to be 0.15%. Taken together this information would suggest a protective effect of naproxen with regard to prevention of myocardial infarction. The authors did not conclude that rofecoxib definitely caused an increased risk of thrombotic cardiovascular events, but rather reached the same conclusions as the authors of the VIGOR study. Further, Mukerjee et al. did not find any significant increase in risk of thrombotic cardiovascular events among users of rofecoxib in studies 090 and 085. However, one of the authors, Topol, later suggested in deposition testimony that the findings of study 090 (which is detailed in the Targum FDA memorandum, dated February 1, 2001) showed that rofecoxib was related to an increase in cardiovascular thrombotic events. His post hoc analysis of 090, which he talks about in his deposition, does not use a pair wise comparison of the cardiovascular events with rofecoxib use to event rates with nabumetone and placebo as called for in the protocol but rather he combines the nabutemone and placebo groups and compares the cardiovascular event

rates in the combined group to the rates in rofecoxib group, resulting in a different conclusion about event risk. Furthermore, in his deposition he states that 090 is important but reaches a different conclusion in the article stating that it is too small to make any meaningful conclusions.

Lisse et al. published a study which looked at the thrombotic cardiovascular events in the ADVANTAGE (Assessment of Differences between Vioxx and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness) Study Group. This study enrolled 5557 patients with osteoarthritis with a mean age of 63 years. The patients were randomized to either rofecoxib 25 mg per day or naproxen 500 mg twice daily in a double blind controlled fashion. Approximately sixty percent of each group had a history of a cardiovascular event. Low-dose aspirin (<100 mg/day) was allowed if taken for cardiovascular prophylaxsis prior to randomization. The rofecoxib and naproxen groups did not significantly differ in the number of thrombotic cardiovascular events, as defined by the combined APTC end points, (10 [0.4%] vs. 7 [0.3%]; p>0.2, or in adjudicated confirmed thrombotic events (9 [0.3%] vs. 12 [0.4%] p>0.2). Five myocardial infarctions occurred in the rofecoxib group and one in the naproxen (p>0.2). There were no strokes in the rofecoxib group and six in the naproxen group, all thrombotic (p=0.015).

Reines et al. performed a study to examine the effect of rofecoxib on the rate of progression of mild to moderate Alzheimer's disease in 692 patients aged 50 years or older. They were randomized to receive either rofecoxib 25 mg per day or placebo for a period of 12 months. The number of confirmed adjudicated serious thrombotic vascular events during the twelve month period was lower in the rofecoxib group (4 events) compared to the placebo group (11 events; 1 additional event occurred in a patient on placebo during months 13 to 15).

Thal et al. used a randomized, double-blind, placebo-controlled study to determine whether rofecoxib would slow the onset of Alzheimer's disease in patients with mild cognitive impairment. A total of 1457 patients aged 65 years or greater were randomized to either rofecoxib 25 mg per day or placebo for 4 years. The number of confirmed thrombotic events during the four year period was similar in the two groups (38 in the rofecoxib group and 36 in the placebo group). Four patients on rofecoxib suffered fatal myocardial infarctions and another two had cardiac arrests while taking the drug. Three patients on placebo suffered a fatal myocardial infarction and none had a cardiac arrest.

Juni et al. examined the risk of myocardial infarction with use of rofecoxib compared to nonselective NSAIDs and placebo by performing a meta-analysis on randomized controlled trials. I should not that the Alzheimer's studies were excluded from their analysis. They concluded that the RR for Vioxx for myocardial infarction with rofecoxib use was 2.30 (95% CI: 1.22, 4.33). It should be noted that this analysis was with respect to rofecoxib versus any comparator and excluded certain randomized trials from the analysis. However, according to Table 2 in the article, the RR for rofecoxib compared to placebo was 1.04 (95% CI: 0.34, 3.12); 1.55 (95% CI: 0.55, 4.36) when compared to non-naproxen NSAIDS; and 2.93 (95% CI: 1.36, 6.33) when compared to naproxen. Thus, in actuality, their results did not differ from the results of Konstam et al. and Weir et al., in

that, there did not appear to be an increased risk with rofecoxib compared to placebo and non-naproxen NSAIDs, but there was a difference in cardiovascular events when rofecoxib was compared to naproxen.

Several epidemiologic studies have looked at the effect of nonselective NSAID and coxib use on the risk of thromboembolic cardiovascular events. Watson et al. (2002) examined the risk of acute thromboembolic (myocardial infarction, sudden death, and stroke) events in patients with rheumatoid arthritis (RA) taking naproxen. This study was a population-based, case-controlled study, using patients from the UK General Practice Research Data Base (GPRD). Those patients with a current prescription for RA had a reduced risk of major acute thromboembolic events relative to those with no prescription in the past year. The RR was 0.61 (95% CI: 0.39, 0.94), whereas past use was 0.87 (95% CI: 0.65, 1.16).

Rahme et al. (2002) evaluated the association between naproxen use acute myocardial infarction in a population of elderly patients in Quebec using a case-control study. They showed that concurrent naproxen use reduced the risk of acute myocardial infarction compared to those using other NSAIDs. The RR was 0.79 (95% CI: 0.63, 0.99). This effect was seen only in those who had filled at least two consecutive thirty day prescriptions.

Solomon et al. (2002) performed a case-controlled study of patients with myocardial infarctions using a healthcare data base that contained all prescriptions, diagnoses and procedural information on patients enrolled in the New Jersey Medicare and Medicaid programs. Although NSAID users had the same risk of myocardial infarction as nonusers, those who used naproxen had a significant reduction in the risk of myocardial infarction RR 0.84 (95% CI: 0.72, 0.98).

Ray et al. (Jan 2002) came to a different conclusion about the cardio-protective effects of naproxen by examining non aspirin NSAID use in the Medicaid population in Tennessee. They found no effect on acute myocardial infarction or coronary heart disease death when NSAIDs were compared to placebo. The RR for naproxen was 0.96 (CI: 0.92, 1.16), ibuprofen 1.15 (95% CI: 1.02, 1.28), and other non-aspirin NSAIDs 1.02 (95% CI: 0.92, 1.16). When naproxen was directly compared with ibuprofen the RR was 0.83 (95% CI: 0.69, 0.98).

Ray et al. (October 2002) performed another retrospective cohort study in the TennCare program. Compared to current users, they found no increased risk with ibuprofen, naproxen, celecoxib, rofecoxib 25mg RR 1.03 (95% CI: 0.78, 1.35), and rofecoxib 50mg RR 1.70 (95% CI: 0.98, 2.95). An increased risk was found with rofecoxib 50mg compared to new users during the study RR 1.93 (95% CI: 1.09, 3.43).

Mamdani et al. (2003) conducted a population based retrospective cohort study using health care data from Ontario, Canada. They identified new users of coxibs and nonselective NSAIDs who were over the age of sixty-six. Relative to control subjects, there were no differences in acute myocardial infarction risk for new users of celecoxib

RR 0.9 (95% CI: 0.7, 1.2), rofecoxib RR 1.0 (95% CI: 0.8, 1.4), naproxen RR 1.0 (95% CI: 0.6, 1.7) or non-naproxen nonselective NSAIDs RR 1.2 (95% CI: 0.9, 1.4).

Solomon et al. (2004) performed a matched case control study of patients with myocardial infarction using a database of Pennsylvania and New Jersey Medicare beneficiaries. The authors did not find a statistically significant increase in risk for MI when rofecoxib was compared to no current use OR 1.14 (95% CI: 1.00-1.31). It is interesting to note that in this study, statins were found not to be cardioprotective and hormone replacement therapy was found to be cardioprotective.

Graham et al. (2005) performed a nested case-control study using data from Kaiser Permanente in California. Cases of myocardial infarction and sudden death were matched with controls. Current exposure to coxibs and nonselective NSAIDs was compared to remote exposure to any NSAID, and rofecoxib was compared to celecoxib. For all doses of rofecoxib versus celecoxib the odds ratio (OR) was 1.59 (95% CI: 1.10, 2.32), for rofecoxib 25 mg/day or less 1.47 (95% CI: 0.99, 2.17), for rofecoxib greater than 25 mg/day 3.58 (95% CI: 1.27, 10.11). However, when rofecoxib was compared to remote use, there was no statistically significant increased risk for all doses of rofecoxib OR 1.34 (95% CI: 0.98, 1.82) or rofecoxib 25mg/day or less OR 1.23 (95% 0.89, 1.71). There was an increase risk for rofecoxib greater than 25mg, but the number of events was small. For naproxen use versus remote NSAID use the OR was 1.14 (95% CI: 1.00, 1.30).

Kimmel et al. (2005) used a case-control study to examine the risk of nonfatal myocardial infarction among users of celecoxib and rofecoxib compared to users of non-aspirin NSAIDs and those who did not use non-aspirin NSAIDs. The OR for celecoxib compared to nonusers was 0.43 (95%CI: 0.23, 0.79), for rofecoxib compared to nonusers was 1.16 (95% CI: 0.70, 1.93). When rofecoxib was compared to naproxen, the OR was 3.39 (95% CI: 1.37, 8.40).

Levesque et al. (2005) evaluated the risk of acute myocardial infarction in users of coxibs and nonselective NSAIDs compared to placebo in residents of Quebec, Canada. The study was a retrospective, population-based cohort study using a time-matched, nested case-control approach. Those who used rofecoxib compared to nonusers of a NSAID the RR was 1.24 (95% CI: 1.05, 1.46). There was no evidence for elevated risk with current use of celecoxib RR 0.99 (95% CI: 0.85, 1.16), non-naproxen NSAIDs RR 1.00 (CI: 0.73, 1.37), naproxen RR 1.17 (95% CI: 0.75, 1.84), and meloxicam RR 1.06 (CI: 0.49, 2.30).

Levesque et al. (2006) also looked at a population similar to the one in the study mentioned above to assess the timing of the onset of cardiovascular events with the use of coxibs. They found the risk of myocardial infarction was highest following the first-time use of rofecoxib, RR 1.67 (95% CI: 1.21, 2.30), with events occurring a median of nine days after starting the drug. This finding was not replicated for first-time users of celecoxib. Repeated exposure to rofecoxib was not associated with an increased risk of myocardial infarction, RR 1.29 (95% CI: 0.98, 1.40). The same was seen with celecoxib. Although the risk of myocardial infarction remained elevated for up to seven days after

the discontinuation of rofecoxib RR 1.23 (95% CI: 1.05, 1.44) it returned to baseline beginning eight days after the drug was discontinued RR 0.82 (95% CI: 0.61, 1.09).

Hippisley-Cox and Coupland (2005) compared the risk of myocardial infarction in patients taking coxibs and nonselective NSAIDs. The study was a nested case-control. There was an increased risk with use of rofecoxib OR 1.32 (95% CI: 1.09, 1.61), diclofenac OR 1.55 (95% CI: 1.39, 1.72) and with ibuprofen OR 1.24 (95% CI: 1.11, 1.39). Increased risk was also seen with naproxen, other nonselective NSAIDS, as well as other COX-2 inhibitors.

Johnsen et al. (2005) used a case-controlled study to examine the risk of myocardial infarction among users of coxibs and non-selective NSAIDs (including naproxen) compared to nonusers. The coxibs and nonselective NSAIDs, with the exception of naproxen, were associated with an increased risk of myocardial infarction. The adjusted RR for myocardial infarction for users of rofecoxib compared to nonusers of NSAIDs was 1.80 (95% CI: 1.47, 2.21). Increased risk was also found with users of other COX-2 selective inhibitors and other non-aspirin users.

Shaya et al. (2005) compared the risk of cardiovascular thrombotic events with use of coxibs and nonselective NSAIDs. The OR for cardiovascular thrombotic events for users of coxibs versus non-naproxen nonselective NSAIDS was 1.09 (95% CI: 0.90, 1.33). For rofecoxib only, the OR was 0.99 (95% CI: 0.76, 1.30).

Harrison-Woolrych et al. (2005) using a prospective, longitudinal, observational cohort study, showed no difference in the incidence of cardiovascular thrombotic events when comparing rofecoxib to celecoxib. The age adjusted RR for celecoxib use versus rofecoxib was 0.94 (95% CI: 0.51, 1.70).

Velentgas et al. (2005) performed a retrospective cohort study amongst users of rofecoxib, celecoxib, and the nonselective NSAIDs, ibuprofen and diclofenac. Compared to ibuprofen or diclofenac the RR of rofecoxib use was 1.35 (95% CI: 1.09, 1.68). Interestingly, higher doses of rofecoxib (26 to 50 mg/day) were not associated with an increased risk RR 0.81 (95% CI: 0.41, 1.60).

Kasliwal et al. (2005) performed a retrospective analysis of thromboembolic events in users of rofecoxib and celecoxib using an observational cohort technique, namely prescription event monitoring (PEM). The rofecoxib and celecoxib PEM cohorts contained 15,268 and 17,458 patients, respectively. The adjusted RRs for rofecoxib compared to celecoxib were 1.04 (95% CI: 0.50, 2.17) for cardiovascular thromboembolic events, 1.43 (95% CI: 0.86, 2.38) for cerebrovascular thromboembolic events, and 0.36 (95% CI: 0.01, 1.34) for peripheral venous thromboembolic events.

Andersohn et al. (2006) conducted a nest case-control study using the GPRD to determine whether the purported increased risk of myocardial infarction associated with COX-2 use was a class effect. They compared the rate of myocardial infarction in users of both COX-2 selective and nonselective NSAIDs to nonusers of either class of drug.

Etoricoxib was associated with a RR of 2.09 (95% CI: 1.10, 3.97), rofecoxib 1.29 (95% CI: 1.02, 1.63), celecoxib 1.56 (CI: 1.22, 2.00), and diclofenac 1.37 (CI: 1.17, 1.59). For valecoxib the RR was 4.69 (95% CI: 0.61, 34.51). The authors concluded that the increased risk of myocardial infarction was a class effect.

Chan et al. (2006) conducted a prospective cohort study to examine the effect of NSAIDs and acetaminophen on the risk of major cardiovascular events (nonfatal myocardial infarction, fatal coronary heart disease, nonfatal and fatal stroke). They found no increase in the risk of these events in a cohort of 70,791 women examined over a 12 year period if the use of NSAIDs or acetaminophen was less than 22 months. For use of 22 months or more the RR among NSAID users compared to nonusers was 1.44 (95% CI: 1.27, 1.65). The RR for acetaminophen users was 1.35 (95% CI: 1.14, 1.59). The authors concluded that frequent use of either NSAIDs or acetaminophen was associated with an increased risk of major cardiovascular events.

Huang et al. (2006) used an observational study to examine the risk of acute myocardial infarction (AMI), angina, stroke, and transient ischemic attack (TIA) in long-term users of rofecoxib and celecoxib compared to meloxicam. Patients in the study used the drugs for at least 180 days. Compared with meloxicam users, celecoxib users had lower hazard ratios (HR) for the development of AMI (HR 0.78, 95% CI: 0.63, 0.96) and stroke (HR 0.81, 95% CI: 0.70, 0.93). Rofecoxib users had no higher event rates than the users of meloxicam. Further, there was no significant difference between rofecoxib and celecoxib. Not surprisingly, the authors found that having had an event in the year prior to drug use was significant predicator of a subsequent event.

Solomon et al. (2006) examined the risk of cardiovascular events in users of coxibs, NSAIDs and nonusers in a longitudinal cohort of Medicare beneficiaries enrolled in a state-run prescription drug plan. The coxibs included rofecoxib, celecoxib, and valdecoxib. The NSAIDs were diclofenac, ibuprofen, naproxen, and a composite of all other NSAIDs. When compared to non-users, rofecoxib users had a RR of 1.15 (95% CI: 1.06, 1.25), whereas naproxen users had a RR of 0.75 (95% CI: 0.62, 0.92). No other coxib or NSAID was associated with a significant increase or decrease in cardiovascular events.

In summary, the epidemiologic studies provide conflicting results which is not surprising given the inability of such studies to control for multiple confounding factors. Moreover, given the conflicting results, I do not believe that any reliable conclusions can be drawn from these studies.

The Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial was conducted to evaluate the hypothesis that three years of treatment with rofecoxib 25 mg per day would reduce the risk of recurrent of adenomatous polyps among patients with a history colorectal adenomas. As part of the SOP, cardiovascular events were assessed. The RR for thrombotic cardiovascular events in the rofecoxib group was 1.92 (95% CI: 1.19, 3.11). Furthermore, the Kaplan-Meier event plot shows that the separation in events did not occur until after 18 months of use.

Two studies, which were terminated early because of the voluntary withdrawal of rofecoxib, were analyzed for cardiovascular event rates. ViP was a double-blinded, randomized, placebo-controlled, multi-center study to evaluate the effect of rofecoxib in decreasing the risk of prostate cancer. The planned study population of 15,000 was randomized to either rofecoxib 25 mg per day or placebo. Patients with low dose aspirin use were randomized equally. The study was initiated on June 24, 2003 and was intended to run for 72 months. The study was terminated in September 2004, when Merck voluntarily withdrew rofecoxib. At the time of termination 4,741 patients had been enrolled. The mean duration of treatment was 5.12 months. Cardiovascular events were analyzed using confirmed thrombotic cardiovascular serious adverse events (TCVSAE) as defined by the SOP as well as by applying APTC criteria. Using the TCVSAE criteria there were 15 (0.63%) events in the placebo group and 14 (0.59%) events in the rofecoxib group resulting in rates of 1.36 and 1.27, respectively. When examined using the APTC criteria there 9 (0.38%) events in the placebo group and 8 (0.34%) in the rofecoxib group. VICTOR (VIOXX in Colorectal Therapy: Definition of Optimal Regime) was designed to examine the effect of rofecoxib on the recurrence of colorectal carcinoma. At the time of termination a total 2434 patients were enrolled with equal numbers assigned to either rofecoxib 25 mg per day or placebo. Cardiovascular events were analyzed using both the TCVSAE and APTC criteria while on treatment and within 14 days after discontinuation of treatment. Using the TCVSAE criteria there were 14 (1.15%) events in the rofecoxib group and 4 (0.33%) events in the placebo group. When APTC endpoints were used there were 9 (0.74%) events in the rofecoxib group and 3 (0.25%) events in the placebo group.

An April 6, 2005, FDA memorandum provided a summary of the available data about the cardiovascular risk of NSAIDs. It concluded that COX-2 selective NSAIDs do not differ from non-selective NSAIDs with regard to risk of serious cardiovascular events and that there is no rank order in risk with the approved COX-2 selective NSAIDs (i.e. celecoxib, rofecoxib, and valdecoxib) and non-selective NSAIDs. In short, the FDA concluded that any cardiovascular event risk is a class effect.

Furthermore, short-term use of NSAIDs, particularly at low doses, does not appear to confer an increased risk of cardiovascular events (with the exception of valdecoxib in hospitalized patients immediately post-operative from coronary artery bypass surgery). It was also concluded that chronic use COX-2 selective NSAIDs does not confer an increased risk of cardiovascular events compared to non-selective NSAIDs with the possible exception of naproxen. Aspirin is the only agent that is an exception to the class effect, since aspirin use has been demonstrated to be associated with a reduction in cardiovascular events.

In conclusion, based on the totality of the data, rofecoxib does not differ from other NSAIDs, whether COX-2 selective or non-selective, with regard to cardiovascular risk. The evidence supports that with short-term use there is no increased risk of cardiovascular events and that long-term use has a risk no different from than other NSAIDs, with the exception of naproxen and aspirin.  I should note, however, that the

randomized trial data with respect to long-term use of Vioxx is inconsistent:  increased
risk shown in the APPROVe study, but no increased risk in the Alzheimer's studies.

I have reviewed the medical records of Gerald D.Barnett from
Cardiology/Gastroeneterology Associates of Myrtle Beach, P.A., Myrtle Beach, S.C.,
Grand Strand Medical Center, Myrtle Beach, S.C.,  Carolina Health Specialists, Myrtle
Beach, S.C., Military Medical Records, Luther Williams, M.D., F.Curtis Bryan, M.D.,
Michael McCaffrey, M.D., Carl Miller, D.C., Loris Healthcare System, Seacoast Medical
Center, Atlanta Medical Associates, Northside Allergy, Asthma and Internal Medicine,
Metropolitan Atlanta Cardiology Consultants, P.C., DelMazo Medical Services as well as
various other medical records provided by the plaintiff, the pharmacy records from
Merck-Medco, Bi-Lo Pharmacy, Kroger Pharmacy (Myrtle Beach, S.C.); the Plaintiff
Profile Form, dated 09/29/05, the Supplemental Plaintiff Profile, dated 03/01/06, the First
Amended Plaintiff Profile Form, dated 03/06/06; a DVD of the catheterization films
performed on Mr. Barnett on 09/09/02, the report of the treadmill SPECT myocardial
perfusion study performed on Mr. Barnett on 05/02/06as well as the EKG tracings of the
stress test, the DVD of  myocardial perfusion images from the stress test performed on
05/02/06, the DVD of the echocardiogram performed on Mr. Barnett on 05/02/06; the
deposition of Mark Karavan, M.D., the deposition of Michael Mikola, M.D., the
deposition of Gerald Barnett, the report of Douglas Zipes, M.D., the report of Jeffrey
Popma, M.D., the supplemental report of Douglas Zipes, M.D., dated May 30, 2006.

Mr. Barnett is a 62 year old man (DOB 01/30/1944) who suffers from coronary artery
disease, gastroesophageal reflux disease, a hiatal hernia with a Schatzki's ring, erosive
gastritis, osteoarthritis, cervical spine disc herniation, and hyperlipidemia.  Mr. Barnett
carries a diagnosis of hypertension and takes anti-hypertensive medications, but does not
have documentation of prolonged elevations of blood pressure.  While Mr. Barnett's
medical history contains fluctuations in his blood pressure, both before and during his use
of Vioxx, there are numerous causes for such fluctuations, including stress, exercise,
pain, medications or stimulants.  As well, many daily activities can cause blood pressure
to fluctuate.  As testified to by Dr. Mikola, Mr. Barnett had "white-coat hypertension"--a
colloquial term used to describe blood pressure elevations when visiting a doctor.

Mr. Barnett also carries a diagnosis of elevated homocysteine levels, although
documentation of such elevated levels is lacking.  When evaluated by Timothy J.
Cornnell, M.D. on 09/17/97 it was noted that "He (Mr. Barnett) is always under a lot of
stress."  His father suffered a myocardial infarction at age 62 (some records suggest age
55) and ultimately died at age 68 of a myocardial infarction. According to the medical
records, his mother has had transient ischemic attacks (TIAs) and his sister had multiple
TIAs prior to the age of 50.  It appears Mr. Barnett took Vioxx 25mg/qd from
approximately January 2000 through September of 2004.  Previous to his Vioxx use, Mr.
Barnett took Feldene.  Subsequent to his Vioxx use, Mr. Barnett took Celebrex and
Mobic.  He continues to take Mobic currently.

Mr. Barnett was hospitalized in January 2000 with chest pain. On January 24, 2000, he
was evaluated with an exercise cardiolite stress test. The test was supervised and

interpreted by Vaishali Swami, M.D. He completed 15 minutes of a Bruce protocol with no chest pain. The EKG tracings showed inferolateral T-wave inversion at peak exercise. The Cardiolite images showed a small mild perfusion defect in the lateral wall which is consistent with obstructive coronary artery disease. I need to point out that while this test showed that Mr. Barnett already had cornary artery disease, the true extent of the heart disease can be underestimated on the Cardiolite stress test if many of the vessels have a significant degree of narrowing. After this test, Mr. Barnett was not catheterized and efforts were made to manage his condition through medications. Mr. Barnett, however, was not placed on aspirin therapy, which, as referenced above, is known to reduce events in a primary prevention setting.

On September 6, 2002, he presented to Grand Strand Medical Center with chest pain and was hospitalized. A series of EKGs and cardiac enzymes were obtained. There were non-specific EKG changes and a slight rise in the cardiac enzymes with the peak troponin I level being 1.4 ng/ml (nl. 0.00-0.59 ng/ml). Although he technically suffered a non-ST elevation myocardial infarction, the troponin I levels would be consistent with minimal and clinically insignificant myocardial necrosis. As a matter of fact, there was an absence of clinically relevant myocardial damage on the left ventriculogram performed on Mr. Barnett on September 9, 2002. Additionally, the EKGs that were taken after Mr. Barnett's coronary event but prior to his surgery revealed no pathologic Q waves. While Q waves appear on the EKG taken after his surgery this finding is inconsistent with and absence from subsequent EKGs. Thus, the Q waves present on the September 11, 2002 EKG are not evidence of clinically significant myocardial damage resulting from Mr. Barnett's September 6, 2002 event.

On September 9, 2002, Mr. Barnett was evaluated with a left heart catheterization with coronary angiography and left ventriculography. This was performed and interpreted by Mark Karavan, M.D. The angiograms were read by Dr. Karavan as showing a 50% stenosis in the distal left main coronary artery, and 80% stenosis in the mid left anterior descending artery, an 80% stenosis in the first diagonal artery, a 70- 80% stenosis in the proximal circumflex artery with severe diffuse disease in the obtuse marginal artery arising from the circumflex artery, an 80% stenosis in the ramus intermedius branch, diffuse irregularities in the mid portion of the right coronay artery with complete occlusion of the posterior descending artery arising from the right coronary artery with collateral filling·from the left system, as well as an 80% stenosis in the proximal segment of the posterolateral branch arising from the right coronary artery. The finding of coronary collaterals suggests long-standing severe disease. The left ventricular ejection fraction was estimated at 50%, which is normal. I concur with Dr. Karavan's interpretation of the angiograms and the left ventriculogram, based on my review of the DVD of the angiograms and the left ventriculogram. Given the finding of a significant left main stenosis (i.e., 50% or greater), Mr. Barnett was compelled to have surgery. There is ample evidence in the medical literature that survival is improved with coronary artery bypass grafting in the setting of significant left main coronary artery disease, defined as a 50% or greater stenosis. Successful coronary artery bypass grafting was performed by Dr. F. Curtis Bryan on September 10, 2002. Mr. Barnett's post-operative course was uneventful, and he was discharged from the hospital on September 14, 2002.

On July, 18, 2003, he was evaluated for chest pain with an exercise cardiolite stress test, which was supervised and interpreted by Dr. Swami. Mr. Barnett completed 15 minutes of exercise using a Bruce protocol with no chest pain or EKG changes. The perfusion images showed a mild decrease in apical perfusion which is of no clinical significance. Additionally, the left ventricular ejection fraction was calculated to be 58%, which is normal. The findings of this study would confer an excellent prognosis for Mr. Barnett, given his excellent exercise capacity, preserved left ventricular function and lack of any clinically significant perfusion abnormalities.

Mr. Barnett was evaluated on May 2, 2006, with an exercise cardiolite stress test. Using a Bruce protocol he exercised for nine minutes and thirty seconds with no chest pain or EKG changes. The cardiolite images showed mildly reduced perfusion in the inferior and basal inferolateral segments. The left ventricular systolic function was normal with the left ventricular ejection fraction calculated to be 60%. Septal wall motion was consistent with a post-operative state. Additionally, there was subtle basal inferior hypokinesis. Again these findings would predict a good prognosis. He has well preserved left ventricular function, normal exercise tolerance, and no evidence for clinically significant myocardial ischemia.

In all reasonable medical probability, it is my opinion that Mr. Barnett's coronary artery disease and myocardial infarction were not related to his use of rofecoxib, but rather the result of his well established risk factors, such as hyperlipidemia and family history with contributions from stress, age, and male gender. It is also my opinion that in spite of his coronary artery disease and prior myocardial infarction his prognosis is excellent as long as his risk factors are appropriately managed. This is based on his well preserved left ventricular function (60%), lack of clinically significant ischemia, and excellent exercise tolerance.

I reserve the right to supplement this report and my opinions should additional information become available for my review.

My billable rate is $400 per hour for record review, and $600 per hour for testimony.

Paul Roach, M.D., F.A.C.C.
June 1, 2006

17

# CURRICULUM VITAE

# PAUL J. ROACH, M.D., F.A.C.C.

**ADDRESS:**

TEXAS CARDIOVASCULAR
1015 E. 32nd Street, Suite 508
Austin, Texas  78705

**PERSONAL DATA:**

Married:         Elaine Demetrion
Children:        Max, Nicholas
Citizenship:     United States of America
Birth Date:      September 21, 1958

**EDUCATION:**

1991-1992    Interventional Cardiology Fellow, Department of Internal Medicine, University of Iowa Hospitals and Clinics, Iowa City, Iowa

April 1991    Visiting Cardiology Fellow
UTAH Cardiac Transplant, Salt Lake City, Utah

1988-1991    Cardiology Fellow
Department of Internal Medicine University, Iowa Hospitals and Clinics, Iowa City, Iowa

1988-1989    Chief Resident
Department of Internal Medicine University of Iowa Hospitals and Clinics, Iowa City, Iowa

1984-1987    Resident, Internal Medicine
Department of Internal Medicine University of Iowa Hospitals and Clinics, Iowa City, Iowa

1984    Northwestern University Medical School
M.D.

1980    St. Louis University, St. Louis, Missouri.
B.A., Summa Cum Laude

1987-1988    Fellow, Clinical Decision Making
New England Medical Center, Boston Massachusetts

**ACADEMIC APPOINTMENTS:**

1992-Present    Adjunct Faculty, Department of Health, Education, and Kinesiology, The University of Texas, Austin, Texas

1991-1992    Associate, Cardiovascular Disease, Department of Internal Medicine, University of Iowa Hospitals and Clinics, Iowa City, Iowa.

CURRICULUM VITAE
PAUL J. ROACH, M.D.
Page 2

## OTHER EMPLOYMENT PERTAINING TO CURRENT PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 1996-Present | Texas Cardiovascular Consultants |
| 1994-1996 | Cardiologist, Central Texas Cardiology |
| 1993-1994 | Cardiologist, Austin Diagnostic Clinic |
| 1992 | Founding Partner of Cardiovascular Specialists of Austin |

## CERTIFICATES AND LICENSURE:

### Certification

| | |
|---|---|
| November 1991 | Diplomate, ABIM, Cardiovascular Diseases, #115628 |
| September 1987 | Diplomate, American Board of Internal Medicine, #115628 |
| July 1985 | Diplomate, National Board of Medical Examiners, #249559 |

### Licensure

| | |
|---|---|
| | Texas Controlled Substance, Certificate #50081094 |
| | Iowa DEA #1233323 |
| | Federal DEA #AR2776029 |
| June 1992 | Texas State License #J1370 |
| June 1987 | Massachusetts State License #57773, Currently Inactive |
| September 1985 | Illinois State License #036071547, Currently Inactive |
| 1995-1996 | Iowa State License #24912 |

## PROFESSIONAL AFFILIATIONS:

| | |
|---|---|
| Member | American Medical Association |
| Fellow | American College of Cardiology |
| Member | American Heart Association Clinical Cardiology |
| Member | Texas Medical Association |
| Member | Travis County Medical Society |

CURRICULUM VITAE
PAUL J. ROACH, M.D.
Page 3

## PROFESSIONAL ACTIVITIES (BOARDS, EDITORSHIPS, ETC.):

| | |
|---|---|
| President, 1994 | American Heart Association |
| President-Elect, 1993 | Capital Area Division |
| Board Member, 1992 | Austin, Texas |

## HOSPITAL COMMITTEES AND APPOINTMENTS:

| | |
|---|---|
| 2006 | Chief of Staff Brackenridge Hospital, Austin, Texas |
| 2006 | Member, Clinical Quality Committee, Seton Network, Austin, Texas |
| 2006 | Member, Seton Network Board of Trustees, Austin, Texas |
| 2006 | Member, Seton Network Medical Executive Committee, Austin, Texas |
| 2005-Present | Member, Brackenridge Hospital Medical Executive Committee, Austin, Texas |
| 2005 | Member, Seton Network Credentialing Committee, Austin, Texas |
| 2005 | Vice-Chief of Staff Brackenridge Hospital, Austin, Texas |
| 1995 | Chairman, Internal Medicine Medical Care Evaluation Committee, Brackenridge Hospital, Austin, Texas |
| 1995 | Chairman, Medical Records Committee, Brackenridge Hospital, Austin, Texas |
| 1994-Present | Member, Ex Officio, Medical Executive Committee, Brackenridge Hospital, Austin, Texas |
| 1994-Present | Director, Special Procedures Committee, Brackenridge Hospital, Austin, Texas |
| 1994-Present | Chairman, Special Procedures Committee, Brackenridge Hospital, Austin, Texas |
| 1992-Present | Internal Medicine Medical Care Evaluation Committee, Brackenridge Hospital, Austin, Texas |
| 1992-Present | ICU Planning Committee, Brackenridge Hospital, Austin, Texas |

CURRICULUM VITAE
PAUL J. ROACH, M.D.
Page 4

## HONORS AND AWARDS:

| | |
|---|---|
| 1992-1993 | Consultant of the Year, Central Texas Medical Foundation, Austin, Texas |
| 1979 | Phi Beta Kappa |
| 1978 | Alpha Sigma Nu |

## TEACHING ACTIVITIES:

| | |
|---|---|
| 1992-Present | Volunteer Faculty, Central Texas Medical Foundation, Austin, Texas |
| 1991-1992 | Cardiac Catheterization Laboratory, UIHC and VAMC, Iowa City, Iowa |
| 1991-1992 | Transplant Services, UIHC, Iowa City, Iowa |
| 1989-1990 | General Medicine Service, VAMC and UIHC |

## CONFERENCES, GRAND ROUNDS, JOURNAL CLUBS, ETC.

| | |
|---|---|
| 1995 | "Women's Issues and Heart Disease," Women and Heart Disease Conference, American Heart Association, Capital Area Division, Austin, Texas (2/3) |
| 1995 | "Treatment of Cardiogenic Shock," Brackenridge Nursing Education Conference, Austin, Texas (2/9) |
| 1994 | "Risk Factors for Coronary Disease in Women," Women and Heart Disease Conference, American Heart Association, Capital Area Division, Austin, Texas (2/24) |
| 1992 | "Heart Transplantation: State of the Arthritis," University of Iowa Nursing Conference (3/13) |
| 1992 | "Heart Transplantation:  The Iowa Experience," Cardiology Grand Rounds, Iowa City, Iowa (2/26) |
| 1991 | "New Concepts in the Management of Acute Myocardial Infarction," Family Practice Seminar, Broadlawn's Polk County Medical Center, Des Moines, Iowa (8/13) |
| 1990 | "Coronary Artery Disease Following Cardiac Transplantations," Cardiology Grand Rounds, UIHC, Iowa City, Iowa (11/21) |
| 1990 | "Myocardial Infarction Expansion," Cardiology Grand Rounds, UIHC, Iowa City, Iowa (3/14) |

CURRICULUM VITAE
PAUL J. ROACH, M.D.
Page 5

## CONFERENCES, GRAND ROUNDS, JOURNAL CLUBS, ETC. (continued)

1989            "Division and Analysis:  Risk of Surgeons Acquiring HIV Infections,"
                Clinical Epidemiology and Health Services Research Conference, UIHC,
                Iowa City, Iowa (4/28)

## CURRENT HOSPITAL APPOINTMENTS:

Brackenridge Hospital, 601 East 15th Street, Austin, Texas,

Columbia St. David's Hospital, 919 East 32nd Street, Austin, Texas

Seton Hospital, 1101 West 38th Street, Austin, Texas

Columbia St. David's South Hospital, 901 West Ben White Blvd., Austin, Texas

Seton Southwest, 7900 FM 1826, Austin, Texas

## BIBLIOGRAPHY:

### Papers Published

Roach, P.J., Fleming, C., Hagen, M.D., and Pauker, S.O.:  Prostatic Cancer in a Patient with
    Asymptomatic HIV Infection.  Med. Decis. Making, 8:132-144, 1988.

Ferguson, D.W., Berg, W.J., Sanders, J.S., Roach, P.J., Kempf, J.S., and Kienzle, M.G.:
    Sympathoinhibitory Responses to Digitalis Glycosides in Hart Failure Patients.   Direct
    Evidence From Sympathetic Neural Recordings, Circulation, 80:65-77, 1989.

Roach, P.J., Berg, W.J., Sanders, J.S., Kempf, J.S., Ebert, T.J., Mark, A.L., and Ferguson, D.W.:
    Pathophysiologic Levels of Atrial Natriuretic Factor Fail to Attenuate Reflex Control of
    Sympathetic Activity in Man.  J. Am. Coll. Cardiol., 15:1318-1330, 1990.

Oren, R.M., Roach, P.J., Schobel, H.P., Berg, W.J., and Ferguson, D.W.:  Sympathetic Responses
    of Patients with Congestive Hearth Failure to Cold Pressor Stimulus.  Am. J. Cardiol.,
    67:993-1001, 1991.

Schobel, H.P., Oren, R.M., Roach, P.J., Mark, A.L., and Ferguson, D.W.:  Contrasting Effaces of
    Digitalis and Dobutamine on Baroreflex Sympathetic Control in Normal Humans.
    Circulation, 84:1118-1129, 1991.

Roach, P.J., Volpp, B.D., Lemmer, J.H., Jr., Vandenberg, B.F., Kerber, R.E., and Ferguson, D.W.:
    Infected Atrial Myxoma Presenting as Acute Respiratory Failure - A Rare Presentation of
    an Uncommon Cardiac Tumor.  Clin. Intensive Care, 2:299-304, 1991.

Ferguson, D.W., Berg, W.J., Roach, P.J., Oren, R.M., and Mark, A.L.:  Effects of Heart Failure on
    Baroreflex Control of Sympathetic Neural Activity.  Am. J. Cardiol., 69:523-531, 1992.

CURRICULUM VITAE
PAUL J. ROACH, M.D.
Page 6

### Books and/or Chapters

Roach, P.J.:  Heart and Heart-Lung Transplantation.  In:  Manual of Clinical Problems in Cardiology - 4th Ed., Hillis, L.D., Lang, R.A., and Winniford, M.W. (Eds.), Little Brown, Boston, MA.

### Abstracts

Berg, W.J., Roach, P.J., Sanders, J.S., Kienzle, M.G., and Ferguson, D.W.:  Relative Effects of Inotropic Agents on Autonomic Mechanisms in Human Heart Failure.  FASEB J., 3:A248, 1989.

Roach, P.J., Berg, W.J., Sanders, J.S., Kempf, J.S., Ebert, T.J., Mark, A.L., and Ferguson, D.W.:  Pathophysiologic Levels of Atrial Natriuretic Factor Fail to Attenuate Reflex Control of Sympathic Activity in Man.  FASEB J., 3:A1015, 1989.

Ferguson, D.W., Roach, P.J., and Kempf, J.S.:  Hemodynamic Correlates of Sympathetic Neural Excitation in Patients with Moderate to Severe Heart Failure.  Clin. Res., 37:876A, 1989.

Schobel, H.P., Oren, R.M., Roach, P.J., Berg, W.J., Kempf, J.S., Mark, A.L., and Ferguson, D.W.:  Digitalis Potentiates Cardiopulmonary Baroreflex Control of Sympathetic Activity in Normal Man.  Circulation, 82 (Suppl. III):III-632, 1990.

Oren, R.M., Zavala, D.C., Schobel, H.P., Berg, W.J., Roach, P.J., Kempf, J.S., and Ferguson, D.W.:  Resting Muscle Sympathetic Nerve Activity Predicts Exercise Capacity in Human Heart Failure.  Circulation, 82 (Suppl. III):III-692, 1990.

Schobel, H.P., Oren, R.M., Roach, P.J., Mark, A.L., and Ferguson, D.W.:  Contrasting Effects of Digitalis and Dobutamine on Cardiopulmonary Baroreflex Control of Sympathetic Activity in Normal Humans.  Clin. Res., 38:854A, 1990.

Oren, R.M., Roach, P.J., Berg, W.J., Schobel, H.P., and Ferguson, D.W.:  Resting Muscle Sympathetic Nerve Activity Correlates with Right Rather than Left Ventricular Ejection Fraction in Human Heart Failure.  J. Am. Col. Cardiol., (In press), 1991.

Oren, R.M., Schobel, H.P., Roach, P.J., Weiss, R.M., Stanford, W., Mark, A.L., and Ferguson, D.W.:  Importance of Atrial Baroreceptors in Cardiopulmonary Baroreflex Control of Sympathetic Responses in Normal Man.  Clin. Res., 39:261A, 1991.

**PAUL J. ROACH, M.D.**
**DEPOSITION AND TRIAL TESTIMONY**

| <u>Date</u> | <u>Case</u> |
|---|---|
| 6/4/02 | Cause No. CJ-97-1664; *Jackie Crater and David Crater v. A.H. Robins Company, et al.*, Muskogee, Oklahoma |
| 7/19/02 | Civil Action No. 00-20981; *Carolyn Patterson v. American Home Products Corporation, et al.;* In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203) |
| 1/16/02 | Cause No. 99-2679-G; *Manuel Hinojosa, et al. v. Christus Spohn Hospital*; In the 319th Judicial District Court of Nueces County, Texas |
| 8/30/02 | Cause No. 01-310-C368; *Dorris Schneider, et al. v. Dr. Arnulfo Cisneroz, et al.*; In the 368th Judicial District of Williamson County, Texas |
| 10/15/02 | *Michael Damood v. Metroplex Hospital*; Bell County, Texas |
| 12/10/02 | Cause No. 02-04-40259-CV; *Linda Smart v. American Home Products, et al.;* In the 79th Judicial District Court of Jim Wells County, Texas |
| 2/4/03 | Cause No. 01-3655D; *Estate of Mary E. Guerra v. Christus Spohn, et al.*; In the 105th Judicial District Court of Nueces County, Texas |
| 2/20/03 | *Mills v. Food Service Management, Inc.*; U.S. Fed. Bankruptcy Court, Judge Frank Monroe |
| 7/11/03 | Cause No. 01-1580E; *Mary Alice Deanda v. DeLorosa, et al.*; In the 148th Judicial District Court of Nueces County. (Deposition given 3/25/03.) |
| 10/14/03 | Case No. 2:02-CV-20209-HB; *Irene Saucedo, et al. v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203); Case No. 2:02-CV-20195-HB; *Barbara Miles, et al. v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203);; Case No. 2:02-CV-20209-HB *Eddie Nicholson, et al. v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203) |
| 1/7/04 & 4/14/04 | *McDonald v. Dankworth*, Williamson County, Texas |
| 1/20/04 | Case No. 2:03-CV-20100-HB; *Lucidio Garza v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203) |

| | |
|---|---|
| 7/30/04 | Case No. 2:02-CV-20210-HB; *Sherry Holloway, et al. v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203); Case No. 2:02-CV-20213-HB; *Freddie Welborn, et al. v. Wyeth Ayerst Laboratories, et al.*; In the United States District Court for the Eastern District of Pennsylvania (MDL No. 1203) |
| 9/8/04 | Case No. 02-0390; *Diane Bice, et al. v. American Home Products Corporation, et al.*; In the 71st Judicial District Court, Harrison County, Texas |
| 10/18/04 | Case No. 254-02; *Vickie Carol Campbell-Reese, et al. v. Wyeth-Ayerst Laboratories Company, et al.*; In the 115th Judicial District Court, Upshur County, Texas |
| 3/22/05 | *Young v. Thota*, Wichita County, Texas |