## Page 214

1    Q. Well, what -- what's your understanding of
2  the --
3    A. Well --
4    Q. -- of the mechanism?
5    A. If what you're telling me is the imbalance
6  theory, that is the imbalance theory.  Has the imbalance
7  theory been conclusively proven?  No.  That is a
8  subjective of intense disagreement.
9    Q. Has it been disproven?
10   A. No.
11   Q. And, in fact, the numbers from APPROVe, from
12 VIGOR, from the other randomized clinical trials would
13 actually suggest that that mechanism is true based --
14 based upon the relative risks of the drug, right?
15         MR. BRENNAN:  Objection, form.
16   A. Again, we can't at this point draw any firm
17 conclusions about the mechanism based on those studies.
18 I am not here to disagree with you that VIGOR showed an
19 increased risk of thrombotic cardiovascular events in
20 users of rofecoxib compared to users of naproxen in the
21 setting of rheumatoid arthritis.  I'm not here to
22 disagree with you that in the APPROVe study in a colon
23 polyp population that the use of rofecoxib was
24 associated with an increased rate of myocardial
25 infarction after 18 months of use.  But to then go back

## Page 215

1  from that data and somehow imply that you now have a
2  complete understanding of the mechanism I don't think is
3  correct if such a mechanism exists.
4    Q. (BY MR. WACKER)  Well, one of the basis of your
5  opinions in your report and in this case is that you
6  actually rely upon the naproxen cardioprotective theory,
7  right?
8    A. It's at -- it is an issue which needs to be
9  examined and one that I looked at.
10   Q. Well, that's just -- that's a theory, right?
11         MR. BRENNAN:  Objection, form.
12   Q. (BY MR. WACKER)  Is that a theory?
13   A. At this point I think I've stated before and I
14 think it's characterized in my report that I don't have
15 an explanation, an absolute explanation, for what
16 happened in VIGOR.  I state -- and if you want to go
17 back to the report and look at it -- I state that it
18 could be due to an increased risk of myocardial
19 infarction with use of rofecoxib, a decreased risk of
20 myocardial infarction with naproxen, a combination of
21 the two or a play of chance.  And so in order to begin
22 to address that issue, I'm looking at data which
23 addresses the issue of whether naproxen might have a
24 reduced risk or use of naproxen might be associated with
25 a reduced risk of thrombotic cardiovascular events.  I'm

## Page 216

1  not stating that I know the mechanism.
2    Q. For naproxen?
3    A. For naproxen.
4    Q. But yet you ascribe that naproxen reduced the
5  MI events in VIGOR by 80 percent?
6    A. No, I don't think that I said that.
7    Q. Well, what was the -- if you believe that --
8    A. All we can --
9    Q. Let me just finish the question.
10        If you believe that the -- the difference in
11 the number of events on Vioxx versus naproxen was due to
12 the cardioprotective effects of naproxen, that would be
13 an 80 percent reduction in those events, true?
14        MR. BRENNAN:  Objection, form.
15   A. Where are you coming up with that number?
16   Q. (BY MR. WACKER)  Well, what -- what number
17 would you like to use?  What's your -- what's your
18 opinion as to the amount of reduction?
19   A. You're saying -- let me look at the report for
20 a second.
21   Q. I think you've got it.
22   A. I don't want to get crossways with you, but I
23 also want to make sure that I understand exactly what it
24 is that you're asking.
25   Q. Here.  Here's Exhibit 2.  The question is, what

## Page 217

1  is your opinion as to the percentage decrease, as you
2  call it, event in VIGOR due to naproxen?
3        MR. BRENNAN:  Objection, form.
4    A. All we can say based on VIGOR is when you
5  compare in a population of rheumatoid arthritis patients
6  rofecoxib 50 milligrams a day versus naproxen
7  500 milligrams twice daily, there is a -- that there is
8  a much lower incidence or rate of myocardial infarction
9  in the naproxen group.  And so if you compare the
10 naproxen group to the rofecoxib group, the relative risk
11 was .2.  So that's where you're coming up with the 80
12 percent.  I don't know that you could necessarily
13 extrapolate that data from this study.  All I'm -- to --
14 to other studies and say that naproxen all across the
15 board reduces myocardial infarction rates by 80 percent.
16 All I'm saying is that's where the data fell out.  Okay.
17 When you're doing an active comparator trial,
18 all you can comment on is the differences between the
19 two.  And that's all I did.
20   Q. (BY MR. WACKER)  Well, you did more --
21   A. But you --
22   Q. You did more than that, Doctor.
23   A. Well, I comment on the differences and then I
24 begin to explore what some of the explanations could be.
25   Q. And -- and it's your conclusion, convenient to

Page 218

1  Merck, that it would seem reasonable that the difference
2  in the rate of myocardial infarction is due to a
3  protective effect of naproxen and the play of chance
4  rather than any adverse effect of Vioxx?
5      MR. BRENNAN: Objection, form.
6      Q. (BY MR. WACKER) That's what you said, right?
7  That's what you say in your report upon page 5?
8      MR. BRENNAN: Objection, form.
9      A. And that would be reasonable. It is a
10  plausible and possible explanation.
11      Q. (BY MR. WACKER) And it's equally plausible and
12  possible that Vioxx increased the risk?
13      A. That's why we're looking at the data.
14      Q. Well, Doctor, answer the question. Do you
15  agree that it's equally plausible that Vioxx increased
16  the risk?
17      MR. BRENNAN: Objection, form.
18      Q. (BY MR. WACKER) And that -- and that explains
19  VIGOR?
20      A. That's why we have to look at all the other
21  studies.
22      MR. WACKER: Doctor, that -- it's
23  nonresponsive.
24      Q. (BY MR. WACKER) Do you agree that the -- that
25  the fact that Vioxx can increase the risk is a plausible

Page 219

1  explanation for the result in VIGOR?
2      A. It's a possible plausible explanation.
3      Q. We'll come back to that.
4      Doctor, you -- do you teach medical students?
5      A. From time to time I do.
6      Q. And if your medical student, Doctor, on
7  September 6th, 2002, and Mr. Barnett came in and had his
8  heart attack and the history showed that he took the
9  Vioxx for 32 months and we have this potential mechanism
10  for Vioxx increasing the risk and we have this, as you
11  describe, possible or plausible mechanism -- possible or
12  plausible explanation for VIGOR that Vioxx increased the
13  risk, would you --
14      A. Let me --
15      Q. -- would you criticize me for including Vioxx
16  on the differential diagnosis?
17      A. Let me go back to the plausible possible. It's
18  a possible explanation. Would I criticize you for doing
19  that? On 2002 based on what we knew in VIGOR, I
20  wouldn't sit there and be overly critical of you. I
21  would think that there would be other explanations which
22  were more likely based on what we knew at that point in
23  time.
24      Q. Part of differential diagnosis is to include
25  all potential causes, right? That's what -- that's what

Page 220

1  you do?
2      A. Well, all potential meaningful causes. I mean,
3  we don't typically in a clinical setting get into a
4  complete laundry list generation of every possible
5  explanation. I mean, I think we have to be reasonable
6  about what we postulate could have caused that
7  particular event and related or have been related to
8  that particular event at that point.
9      Q. And --
10      A. And I think based on what we knew in 2003 about
11  rofecoxib and myocardial infarction, it would not have
12  necessarily floated to the top of my list. If someone
13  wanted to raise that issue, I would not necessarily have
14  criticized them for that.
15      Q. So if Vioxx were placed on a differential
16  diagnosis for his myocardial infarction, that is
17  something that you would agree would at least be
18  reasonable for a, you know, training physician to do?
19      A. I would be surprised if at some point -- if at
20  that point in time someone would even raise that issue.
21      Q. But --
22      A. I mean, if you're -- if you're going to pull
23  out the article and say -- you're the medical student,
24  you pull out the article and say, "I see this article
25  and I see this difference. Is it possible?" I would

Page 221

1  say yes. "Well, if it's possible, can I then list it?"
2  I'd say go ahead. I don't think it's necessarily --
3  I'll leave it at that.
4      Q. Doctor, you have Dr. Zipes' report?
5      A. I do.
6      Q. On page 14 do you see where he says -- and I'm
7  in the second paragraph about midway through -- maybe
8  two-thirds the way through where it's just beyond
9  footnote nine.
10      A. I'm sorry. Hang on a second. You're on page
11  14?
12      Q. Fourteen.
13      A. First paragraph or second paragraph?
14      Q. Second paragraph.
15      A. Got you.
16      Q. Where it's just beyond footnote nine.
17      A. Okay.
18      Q. It says, "Furthermore, the inhibition of COX-2
19  had no tendency to inhibit the aggregation of platelets
20  the principle benefits of aspirin. Therefore, COX-2
21  inhibition critically upset the balance between PGI2 and
22  TXA2." Would you agree with that?
23      A. I would agree with the first part of the
24  statement that the inhibition of COX-2 had no tendency
25  to aggregation platelets. I think that is

## Page 222

1  well-established.  When we talk about -- well, an
2  aspirin -- the -- the way it's worded -- let me just
3  re-read this.
4      I would probably say it has no tendency to
5  inhibit the aggregation of platelets, one of -- one of
6  the benefits of aspirin.  And the reason I say that is
7  that there is a notion that aspirin may have beneficial
8  effects separate from simply its prevention of
9  aggregation of platelets.  He then states --
10     Q.  Well, let me just get to the next question
11  here.
12         MR. BRENNAN:  Hold on a second.  You read
13  both of those sentences and you asked him whether he
14  agreed or disagreed with them.  He got to the first one.
15  He hadn't gotten to the second.
16     Q.  (BY MR. WACKER)  I thought you were done.
17     A.  No, I'm not.
18     Q.  I thought you were -- I'm sorry.
19     A.  Then it says, "Therefore, COX-2 inhibition
20  critically upset the balance between PGI2," which is
21  prostacyclin, "and thromboxane A2."  Well, that is a
22  summary of the, quote/unquote, imbalance theory.
23         The issue is does COX inhibition -- COX-2
24  inhibition affect endothelial prostacyclin production.
25  Is that primarily a COX-1 mediated process or a -- or a

## Page 223

1  COX-2 mediated process in the endothelium.  He draws a
2  conclusion, which I'm not sure is well-supported in
3  the -- in the literature.
4      Q.  In the last sentence of that page 14, it's in
5  quotes.  It says, "By removing this potent inhibitor of
6  platelet aggregation, the probability that a coronary
7  plaque rupture would lead to MI ischemic ventricular
8  fibrillation is enhanced."
9          Would you agree with that?
10     A.  If in general you talk about removing an
11  inhibitor of platelet aggregation, then I think there
12  is -- it's certainly reasonable to say that platelet
13  aggregation would go up.  The question -- the issue of
14  the probability that a coronary plaque rupture would
15  occur in that setting, I'm not quite sure what the basis
16  for that would be, would lead to MI or ischemic
17  ventricular fibrillation as enhanced.  That statement is
18  taken from, I believe, the Scientific Advisors' meeting
19  in May, and I'm not quite sure in what context that
20  statement is made.  He talks about the imbalance theory
21  and then he takes a quote from that advisor's meeting
22  and I'm not quite sure how those would really jibe up.
23  I will agree with him, though, that if you -- that --
24  well, I'll leave it at that.
25     Q.  If you go to page 17.  And it says at the top,

## Page 224

1  the second sentence, it says, "PGI2 is the most potent
2  inhibitor of platelet aggregation and TXA2 is the most
3  potent pro-aggregatory compound."
4          Would you agree with that?
5      A.  I don't know whether I do or don't.  I would
6  have to go back and look at a lot of stuff.  There are
7  other things that are pro-aggregatory like thrombin,
8  collagen.  And I don't really know that we can say that
9  thromboxane is the most potent, but it certainly is a
10  pro-aggregatory compound and we consider it to be
11  reasonably potent.  We consider it to be involved in
12  platelet aggregation.
13         With regard to the statement about PGI2 is the
14  most potent inhibitor of the platelet aggregation, there
15  are other mechanisms involved in platelet aggregation.
16  There's ADP activation of platelets, which is also a
17  potent way to activate platelets, and then there's some
18  common pathways distal to that.  So I'm not sure that
19  I'm not going to argue prostacyclin is a potent -- is an
20  inhibitor and a significant inhibitor of the platelet
21  aggregation.  But whether it is the most, I don't know
22  if I can say that.
23     Q.  Page 20, in the first paragraph about
24  three-quarters of the way down, it starts out, "In fact,
25  Juni, et al., found that the relative risk of MI with

## Page 225

1  Vioxx was 3.88."
2      A.  That's what it says.
3      Q.  And that's statistically significant, correct?
4      A.  It is.  Now, since we're talking about my
5  disagreements -- are we still talking about my
6  disagreements or are you just asking me to read his
7  report?
8      Q.  Well, I just -- I moved on to your agreements.
9  I thought you said the disagreements were too longwinded
10  to go through.  I want to go through your agreements.
11         But in any event, the agreement --
12     A.  I think you're mischaracterizing what I said.
13  I said if you want to and then we seemed to have -- to a
14  slight of hand.  If you want to go through it with me
15  line by line, I'm happy to do that.  Otherwise, you need
16  to afford me the opportunity to read the report again so
17  that I can give you my objections in their totality.
18  So, I mean, I --
19     Q.  I thought we were on the same page.  I
20  thought --
21     A.  No, we are not on the same page with that.  If
22  you are assuming that when we had that pause and then we
23  moved on that I was -- that was sum total of my
24  disagreements, that's wrong.  Now, if you want --
25     Q.  No, no, no.  I never said that.  What I was

## Page 226

1  saying was I thought we all agreed that it was going to
2  take too long, you know, for you to do that in total --
3     A. And that you would go -- you would go through
4  and ask me my points of disagreement. You just asked me
5  that I agree with him on all these things.
6     Q. If you got that impression, I wasn't intending
7  to go through every area where I think you disagreed.
8  That's not what I was intending to do. I wanted to go
9  through all the areas that you -- to see where you
10  agree.
11     A. Well, I think you asked me originally what are
12  your disagreements with Dr. Zipes, and I said -- I gave
13  you a couple of examples. But I said if you want me to
14  go through and give you an exhaustive list of my
15  disagreements, then I need to be afforded the
16  opportunity to re-read his report. We then seemed to
17  move on to a --
18     Q. Well --
19     A. Wait a minute. Can I please answer the
20  question?
21     Q. Go ahead.
22     A. You then went through a listing of things. If
23  you want, I'll be happy to go back and read the report
24  and then we will sit down and talk about what my
25  disagreements are. If you've already pointed out areas

## Page 227

1  where you feel that I disagree, I'm happy to discuss
2  those with you.
3     Q. All right.
4     A. But I don't want to leave here today with you
5  thinking that the few things that I have said are the
6  total of my disagreements.
7     Q. Never -- never said that.
8     A. Okay.
9     Q. So I don't know where you got that.
10     A. Okay. Maybe I misunderstood what you said.
11  I'm sorry. Now, if you're asking --
12     Q. If you want, what we can do, you know, since we
13  only have a limited time here at the situation, if you
14  want to go through and line by line address all of your
15  disagreements with Dr. Zipes, then, you know, you can do
16  that.
17     A. Is that what you --
18        MR. BRENNAN: I mean --
19     A. What do you want me to do?
20     Q. (BY MR. WACKER) I'm not -- I'm just saying
21  after the deposition, if you want to go back through and
22  go line by line and list out all your disagreements and
23  then, you know, submit us a, you know, declaration or
24  affidavit or whatever you want to do in a report and
25  just itemize what all your disagreements are, you can do

## Page 228

1  that. I don't want to prohibit you from doing that. I
2  was just saying that I thought we all agreed that it was
3  going to take too much time to go through line by line.
4  I thought you agreed with that. So I'm offering. If
5  you want to go back through and list out all your
6  disagreements line by line, then please do. That's what
7  I'm saying. Okay? I'm getting no -- no reaction.
8        MR. BRENNAN: We're not going to agree to
9  do that. I mean, don't hear him to say that --
10        MR. WACKER: Okay. Well, I'm just --
11        MR. BRENNAN: But --
12        MR. WACKER: -- offering. If he wants to
13  do that, then we can do that. I'm just -- I thought we
14  agreed that it was going to take too long. But let's go
15  through -- let me just ask some questions about the
16  report.
17     Q. (BY MR. WACKER) Okay. I'm on page 21. At the
18  top it says, "Despite these drawbacks, several of the
19  Vioxx clinical trials detect a significant increase in
20  MI hypertension and heart failure. The fact that a
21  signal emerged in these three critical areas despite
22  inadequate power, screen population, short duration and
23  short follow-up is a function of a very significant
24  toxic effect due to Vioxx." Do you agree with that?
25     A. I'd have to see in what context he's saying --

## Page 229

1  on the basis of why he's saying that. I think in
2  general we can move on down the road and say I disagree
3  with it.
4     Q. In paragraph 20 -- I'm sorry -- page 21 where
5  it says in the middle under VIGOR, it says, "Further,
6  even if naproxen provided a protective effect equivalent
7  to aspirin, it still could not account for the relative
8  risk of five in the VIGOR study for MIs."
9        Do you agree with that?
10     A. Two different study populations. I'm not sure
11  that we can necessarily draw those conclusions by
12  looking at these two in that fashion. So I would
13  disagree with that.
14     Q. So you -- you disagree that naproxen could
15  explain a protective effect equivalent to aspirin?
16     A. No, I'm --
17        MR. BRENNAN: Objection, form.
18     A. -- disagreeing with what he said.
19     Q. (BY MR. WACKER) So you -- you think that
20  naproxen could provide a protective effect similar to
21  aspirin?
22     A. Yes.
23     Q. And even if it did, that wouldn't explain the
24  full difference in VIGOR, right?
25        MR. BRENNAN: Objection, form.

## Page 230

1    A. I don't know that we could say that one way or
2  the other based on the data that we have in VIGOR.
3    Q. (BY MR. WACKER) It says, "Other authors
4  including Merck's own scientific advisor, Carlo Patrono,
5  did not support the claim that naproxen's
6  cardioprotective effect could explain all of the
7  difference in MIs seen in VIGOR." And then he cites
8  e-mail from Patrono to Martino Laurenzi at Merck,
9  April 3rd, 2000.
10   A. I have no basis to disagree or agree with that
11 statement.
12   Q. You haven't -- you haven't seen that e-mail?
13   A. I have not.
14   Q. Did -- when you read this, did you ask Merck
15 for that e-mail?
16   A. I did not.
17   Q. It says, "Importantly, 28 subjects discontinued
18 Vioxx due to hypertensive responses for a relative risk of 4.67 and there was
19 naproxen group versus six in the
20 a trend toward increased risk of heart failure in the
21 Vioxx only."
22      Do you agree with that?
23   A. If that's what, in fact, was shown by the
24 study, I have no reason to disagree with it.
25   Q. At the --

## Page 231

1    A. But I'm not sure --
2    Q. -- second-to-last sentence --
3    A. Let me also make one comment. I -- there is no
4  comment as to whether that's a clinically -- or not a
5  clinic -- a statistically significant difference.
6    Q. The last -- second-to-last sentence, it says,
7  "The relative risk for developing a confirmed
8  adjudicated cardiovascular thrombotic event was 2.38
9  with a confidence interval with 1.39 to 4.0."
10      Do you agree with that?
11   A. I would have to go back and look at the study.
12 But if that's what the authors concluded, I would have
13 no reason to take issue with that.
14   Q. And that is statistically significant?
15   A. It is.
16   Q. It says, "The relative risk among the aspirin
17 indicator group was 4.89 with a confidence interval of
18 1.41 to 16.88."
19      Do you agree with that?
20      MR. BRENNAN: Objection, form.
21   A. Again, without going back to look at the study,
22 but if that's what's published in the study, and I have
23 no reason to dispute that, then that's what it says.
24   Q. (BY MR. WACKER) And that's statistically
25 significant?

## Page 232

1    A. It is statistically significant.
2    Q. On page 22 under No. 2, protocol 090 and
3  protocol 085, are you familiar with those studies?
4    A. I am.
5    Q. In the middle it says, "This increase in
6  cardiovascular events compared to placebo would be
7  concerning by itself, but when combined with the results
8  of VIGOR represents the replication of the danger
9  signal."
10      Do you --
11   A. I disagree with that. These were not
12 statistically significant differences.
13   Q. But it's a trend, right?
14      MR. BRENNAN: Objection, form.
15   A. I'm not -- I would have to go back and look at
16 it again to see if there's a trend, but I can tell you
17 that it's not statistically significant. And,
18 therefore, I take issue with his comment that this
19 increase in cardiovascular event -- adverse events
20 compared to placebo would be concerning by itself, but
21 when combined with the results of VIGOR represents the
22 replication of a danger signal.
23   Q. (BY MR. WACKER) Were those short-term trials?
24   A. Yes, they were.
25   Q. And it was 12 and a half milligrams of Vioxx?

## Page 233

1    A. That's correct.
2    Q. So that's short -- strike that.
3       That's short-term trial and low dose, right?
4    A. As defined by most of us that have looked at
5  this, we would agree that's a short-term trial and it's
6  low dose.
7    Q. It says, "Additionally, then, naproxen
8  cardioprotection hypothesis was inapplicable to protocol
9  090."
10      Do you agree with that?
11   A. Of course, it's inapplicable because naproxen
12 wasn't used in that study, if that's what he's implying.
13   Q. It says, "In general, when trying to establish
14 the efficacy of a new therapy, a scientific consensus
15 panel looked for replication of effects in more than one
16 RCT."
17      Do you agree with that?
18   A. I would agree.
19   Q. It says, "Data replication is a necessary
20 condition to giving a strong recommendation in favor or
21 against a given therapy in the cornerstone of
22 evidence-based medicine."
23      Do you agree with that?
24   A. Yeah, I agree on that.
25   Q. On page 23, first full paragraph, last

## Page 234

1  sentence, it says, "That is, the prostacyclin and
2  thromboxane imbalance known by Merck since 1977 was
3  accepted by Dr. Scolnick as the explanation for the
4  excess cardiovascular events in Vioxx in the VIGOR
5  study."
6         MR. BRENNAN: Objection, form.
7     Q. (BY MR. WACKER) Do you agree with that?
8         MR. BRENNAN: Objection, form.
9     A. I don't know that Merck knew about the
10 prostacyclin thromboxane imbalance and I don't have any
11 idea what Dr. Scolnick was talking about. I haven't
12 looked at any of his -- I haven't looked at anything
13 that he's written.
14    Q. (BY MR. WACKER) Did you look at his e-mail of
15 March 9th, 2000, that said the CV events are clearly
16 there?
17    A. I'd have to go back and see whether that was
18 something that I reviewed. I have seen that stated in
19 testimony.
20    Q. Do you agree with that statement?
21    A. I'm sorry?
22    Q. Do you agree with the statement that the CV
23 events are clearly there from VIGOR?
24    A. Again, it would have to be put in context.
25 There is no doubt there is an increased number of CV

## Page 235

1  events in people who take rofecoxib compared to
2  naproxen. And if that's what he's commenting on, then I
3  don't have any issue with what he's saying. I'd have to
4  look at his e-mail again and I'd have to look at the
5  context in which the e-mail was generated.
6     Q. On page 25, it's No. 5, discussing the APPROVe
7  data. Last sentence, it says, "Cardiac events defined
8  as MI fatal or nonfatal, sudden cardiac death or
9  unstable angina were significantly increased with a
10 relative risk of 2.80."
11    A. If that's taken straight from -- let's see.
12    Q. And it has confidence interval of 1.44 to 5.45.
13    A. I understand what it says. Let me just read
14 what the context is here. He doesn't state where this
15 comes from. I presume this comes from the --
16    Q. Well, your --
17    A. Well, let me finish.
18    Q. Go ahead.
19    A. I presume this comes from the published APPROVe
20 study. If it doesn't, then I'm not sure I would
21 necessarily agree with it. I would want to be able to
22 look at the APPROVe study and see where those relative
23 risk numbers were generated.
24    Q. So if those are numbers from the published
25 APPROVe study to the New England Journal of Medicine,

## Page 236

1  then you would agree with it?
2     A. I would have no --
3         MR. BRENNAN: Objection, form.
4     A. What I'd like to be able to do is just pull the
5  APPROVe study out and look at it and see if that's okay.
6     Q. (BY MR. WACKER) We can do that.
7     A. Okay.
8     Q. We don't have to do it right now, but we can do
9  it. On page 28 you see that that's an MI by treatment
10 and protocol 203 in figure 9?
11    A. That's correct.
12    Q. Do you have any reason to dispute the accuracy
13 of that Kaplan-Meier curve?
14        MR. BRENNAN: Objection, form.
15    A. I don't know where it was -- I don't know who
16 generated it. Says it was taken from Richard Kronmal's
17 report. I haven't seen his report. I don't even know
18 who Richard Kronmal is.
19    Q. (BY MR. WACKER) He's a biostatistician.
20    A. That's fine.
21    Q. So do you have -- do you have any opposing
22 information to that Kaplan-Meier curve in protocol 203?
23        MR. BRENNAN: Objection, form.
24    A. Do I have any personal --
25    Q. (BY MR. WACKER) Yeah. In other words, have

## Page 237

1  you done your own Kaplan-Meier curve?
2     A. As you know, I'm not a biostatistician. I --
3  so I have not, but I question -- what I'm a little
4  concerned about is -- is Kronmal's report here that I've
5  never seen in any sort of published journal or anything
6  that's been reviewed. So I'm not quite sure that I can
7  agree with the finding on here unless it's then reviewed
8  by someone who would understand how that curve was
9  generated.
10    Q. When you read Dr. Zipes' report and you saw
11 this figure 9 and you knew you were going to be deposed,
12 did you ask Merck's counsel for Dr. Kronmal's report so
13 you could analyze it?
14    A. I did not.
15    Q. Wouldn't that have an important bearing on your
16 opinions in the case?
17    A. It may or may not.
18    Q. Assuming you have no disagreement regarding
19 this information, it says here that -- well, strike
20 that.
21    "Although all three studies were terminated
22 about the same time when Vioxx was withdrawn from the
23 market on September 30th, 2004, about four months before
24 submission of the APPROVe manuscript to the New England
25 Journal of Medicine, the authors did not provide the

Page 238

1  results of protocol 203."
2      Do you have any reason to disagree with that
3  statement?
4      A. I don't have any way to agree or disagree with
5  him on that.
6      Q. It says, "These data are still unpublished but
7  have been analyzed by Richard Kronmal from the curves of
8  MI coronary artery disease and thrombotic end points in
9  a pooled analysis of data from all three studies in
10 protocol 203. There is almost an immediate separation
11 of the Kaplan-Meier curve figure 9." Again, do you have
12 any reason to disagree with that?
13     A. I would --
14         MR. BRENNAN: Objection, form.
15     A. I would feel much more confident about the
16 findings if it were peer-reviewed.
17     Q. (BY MR. WACKER) I guess it's kind of hard to
18 get peer-reviewed when Merck doesn't submit the data to
19 the New England Journal, isn't it?
20         MR. BRENNAN: Objection, form and
21 argumentative.
22     Q. (BY MR. WACKER) Agreed?
23     A. Are you asking a question?
24     Q. That was a question.
25     A. Whether it's submitted to the New England

Page 239

1  Journal?
2      Q. In other words, if you don't submit the data
3  that you have, it's hard to get it peer-reviewed by the
4  New England Journal?
5          MR. BRENNAN: Objection, form.
6      A. Certainly not going to be peer-reviewed if it's
7  not submitted.
8      Q. (BY MR. WACKER) Okay. On page 30, letter E,
9  it says, "Juni, et al., published their meta-analysis
10 without the benefit of the data from APPROVe."
11     Do you agree with that?
12     A. I believe that's the case.
13     Q. "This trial discussed above also found an
14 increased relative risk of cardiovascular events (MI,
15 SCD or unstable angina) of 2.80 confidence interval 1.44
16 to 5.45" -- strike that -- "5.45."
17     Do you agree with that?
18     A. If that's --
19         MR. BRENNAN: Objection, form.
20     A. If that's taken directly from Juni's article,
21 then I have no reason to dispute that.
22     Q. (BY MR. WACKER) "In subjects with known
23 atherosclerotic disease, the relative risk for a
24 thrombotic event was reported to be 9.59 while for
25 diabetes it was 6.10."

Page 240

1      Again, do you agree with that?
2          MR. BRENNAN: Objection, form.
3      A. Do I agree that that's what that article said?
4      Q. (BY MR. WACKER) Yes.
5      A. That's what was said in that article.
6      Q. Do you disagree with the conclusion?
7      A. Of that article?
8      Q. Of that -- of that article and that statement.
9      A. Well, the problem with that article was that in
10 general it excluded a number of patients who were taking
11 rofecoxib from their analysis. And, therefore, the --
12 the conclusions may be skewed based on the failure to
13 include that data.
14     Q. Okay. Page 31, No. 8, says, "Given the above,
15 there is no doubt that Vioxx significantly increased the
16 risks for MI. In fact, the 32 voting members of the FDA
17 advisory committee February 18th, 2005, unanimously
18 agreed with that conclusion." Do you agree?
19         MR. BRENNAN: Objection, form.
20     A. Well, he's drawing conclusions on his analysis.
21 I would disagree with his conclusions. The 32 voting
22 members of the FDA advisory committee that met on
23 February 18, 2005, in fact, 28 of them voted. It was
24 unanimous. And I don't recall what that particular vote
25 was about. And I have told you before, I'd be happy to

Page 241

1  look at the document to -- to refresh my memory as to
2  what the document -- what they were voting on.
3      Q. (BY MR. WACKER) Let's go ahead and do that.
4  We'll take a break and you can look at --
5          MR. BRENNAN: No, we're not going to go off
6  the record. If you want him to look at it, we can do it
7  now.
8          MR. WACKER: Well, I'm going off the
9  record. It's time for a break, so we can do it. Go
10 ahead.
11     (Recess Taken From 7:32 p.m. To 7:44 p.m.)
12     Q. (BY MR. WACKER) Doctor, back on the record.
13 Did you have a chance to review the advisory committee
14 transcript to find out what the vote was?
15     A. I think that I was referring to the wrong FDA
16 document. You referred to one of a -- of a different
17 date. I was referring to the April 5, 2006, document.
18     Q. That's a memo. I'm talking about the actual
19 transcript. Did you actually review --
20     A. I don't have that -- I don't think I have that
21 transcript.
22     Q. Did you review the transcript?
23     A. I don't think so. No, I know I didn't review
24 that transcript.
25     Q. So you're not aware that the 32 voting members

Page 242

1  of the FDA Advisory Committee on February 18, 2005,
2  unanimously agreed that Vioxx increases the risk?
3      MR. BRENNAN: Objection, form.
4      A. In that -- I think that that -- can I get up
5  and just grab that 05 -- April 5, 2006? Is it in there?
6  I think there's a memorandum. I don't know if it's in
7  there or not. For some reason, I think I saw --
8      MR. BRENNAN: If you need it for your
9  answer, grab it.
10     Q. (BY MR. WACKER) I don't know if the vote was
11 in there, but I don't want to swear to it either. And
12 I'm not under oath. I don't recall seeing it there. I
13 do know it's in the transcript.
14     A. I saw it in some FDA document. I'm not sure
15 it's in here. Okay. I stand corrected. I don't see
16 it. I don't know where I saw that. I may be talking
17 about a different vote at this point. So I may be
18 confused as to what -- what I thought that I had seen.
19     Q. Let me ask it a different way. As you sit here
20 today, do you have any reason to dispute the statement
21 that the 32 voting members of the FDA Advisory Committee
22 unanimously agreed that Vioxx increases the risk for MI?
23     A. If that's what they said, then I have no reason
24 to dispute it.
25     Q. But you did not have that information when you

Page 243

1  prepared your report, true?
2      A. That's correct.
3      Q. Now, page 31, paragraph 9, you see where it
4  says after figure 11, "Importantly, the authors reached
5  their conclusions in the absence of two key studies
6  further documenting Vioxx's hypertension risks. No. 1,
7  protocol 112, which was completed by January 2001 and
8  showed a statistically significant doubling of the risk
9  of exceeding predefined limits of change in blood
10 pressure with Vioxx versus both Celebrex and placebo."
11     A. I see that's what they said.
12     Q. Do you see that?
13     A. Yes. That's what Dr. Zipes put in his report.
14     Q. Did you review protocol 112? And I ask that
15 because I didn't see it any of the materials.
16     A. I don't think that I have reviewed
17 protocol 112.
18     Q. Have you ever seen the results of protocol 112
19 published?
20     A. Not that I'm aware of. No, I don't think it --
21 I've never -- I don't -- well, one, I would need to know
22 what protocol 112 was. I don't think I've seen it. And
23 I don't think -- I think I've seen most of the published
24 studies on the other protocols.
25     (Deposition Exhibit No. 7 Marked.)

Page 244

1      Q. (BY MR. WACKER) The next exhibit is No. 7.
2  Now, Doctor, I'll represent to you this was an exhibit
3  attached to Dr. Zipes' deposition and you haven't
4  reviewed Dr. Zipes' deposition?
5      A. I read kind of the quick -- I guess the quick
6  turnaround depo that he -- or the quick turnaround
7  transcript of it.
8      Q. The rough transcript?
9      A. The rough transcript, yeah.
10     Q. Okay. Did you review it cover to cover?
11     A. Yeah. But to be honest with you, it was a very
12 lengthy deposition, as you can imagine, and I don't
13 recall any of the specifics in there at this point.
14     Q. In any event, again, I'll represent to you that
15 this was an exhibit to Zipes' deposition. The first
16 four pages are his notes. I'm not going to be asking
17 you about his notes.
18     A. Okay.
19     Q. But in the back of that is the APPROVe
20 follow-up data updated May 26, 2006. Let me just ask
21 you if you've seen that data before?
22     A. I have looked at the APPROVe follow-up data.
23     Q. Have you seen that specific data that was just
24 updated last week?
25     A. I have. I've seen the one dated 5/26/2006.

Page 245

1      Q. Okay. And did you reference that in your
2  report?
3      A. I think I saw that after I had generated the
4  report.
5      Q. Now, do you see on page 65, Table C-14, summary
6  of confirmed APTC end point? You see that?
7      A. I'm sorry, are you referring to this document
8  here? Are we matched up?
9      Q. Page 65.
10     A. Okay. Got you.
11     Q. Table C-14.
12     And do you see under time interval zero to six
13 months, it has a relative risk of 3.74 --
14     A. I do.
15     Q. -- with a confidence interval of 1.04 to 13.42?
16     A. I do.
17     Q. And is that relative risk -- well, how would
18 you describe that relative risk?
19     MR. BRENNAN: Objection, form.
20     A. I'll then just read it in. It says relative
21 risk 3.74, confidence intervals are 1.04 to 13.42.
22     Q. (BY MR. WACKER) Is that more than doubling of
23 risk?
24     MR. BRENNAN: Objection, form.
25     A. It's a -- yes.

Page 246

1    Q. (BY MR. WACKER) And it's almost quadrupling of
2  risk?
3         MR. BRENNAN: Objection, form.
4    A. It is a -- the relative risk is 3.74.
5    Q. (BY MR. WACKER) Can you characterize that
6  amount of risk?
7    A. What do you mean by can I characterize it?
8    Q. You know, with an adjective. High, low,
9  medium.
10   A. I mean, I think that would require me to know
11 the exact setting in which that risk is occurring. Now,
12 we can talk about this particular subset of the data, if
13 you want to.
14       When you talk about relative risks, let's say
15 you have a one-in-a-million chance of something
16 occurring and the relative risk goes to
17 three-in-a-million. That may not be significant. So I
18 think when we look at relative risks, we have to look at
19 the background rate that we're talking about increasing
20 the risk of --
21   Q. But this is statistically significant, right?
22   A. It is statistically significant.
23   Q. And it's from the APTC end point?
24   A. That's the antiplatelet trial collaboration end
25 point, yes.

Page 247

1    Q. And what is the APTC end point?
2    A. It was just a -- it's a protocol, basically, or
3  a way to look at -- or it's a way to examine trials that
4  were done to look at platelet -- or to look -- I'm
5  sorry, I'm getting tired and confused -- to look at
6  aspirin's effect on various -- in various clinical
7  situations. And the agreement was to have agreed upon
8  end points so that the trials could be compared more
9  easily to each other.
10   Q. Would you agree that that suggests that the --
11 that the drug Vioxx increases the risk of CV events even
12 after patients discontinue the drug?
13   A. Well, it's a subset analysis, so I'm not quite
14 sure what the -- the strength of that would be in terms
15 of reaching that conclusion. It certainly could be
16 hypothesis generating. It could want you to -- it could
17 lead you to want to examine the question further, but
18 whether one can draw absolute conclusions from this
19 subset analysis, I'm not -- I'm not sure that you draw
20 any strong conclusions.
21   Q. I just want to know, my -- I just want to know
22 if you would agree that it suggests that Vioxx increases
23 the risk off the drug --
24       MR. BRENNAN: Objection --
25   Q. (BY MR. WACKER) -- if it's suggestive of that?

Page 248

1         MR. BRENNAN: Objection, asked and
2  answered.
3    A. It's a -- I think that I've answered it
4  before. It's a subset analysis. One cannot draw any
5  absolute conclusions from it, but it could be used to
6  generate hypotheses and to investigate the issue
7  further.
8         MR. WACKER: Well, I'm going to move to
9  strike as nonresponsive.
10   Q. (BY MR. WACKER) Doctor, it's a straightforward
11 question. It really calls for a yes-or-no answer.
12       Do you agree that this relative risk is
13 suggestive that Vioxx increases the risk off the drug?
14       MR. BRENNAN: Objection, asked and
15 answered.
16   Q. (BY MR. WACKER) Yes or no?
17       MR. BRENNAN: Asked and answered.
18   A. Again, no conclusive evidence that's
19 suggestive. If you want to use the term "suggestive" as
20 opposed to "hypothesis generating," fine. Do you want
21 this back?
22   Q. (BY MR. WACKER) That's -- it goes to the
23 reporter there. Let's get these exhibits in order.
24       (Discussion Off The Record.)
25   Q. (BY MR. WACKER) Dr. Roach, I'm going to now

Page 249

1  hand you Exhibit 8.
2         (Deposition Exhibit No. 8 Marked.)
3    Q. (BY MR. WACKER) This is an article entitled
4  "Coxibs and Cardiovascular Disease" by Garret A.
5  FitzGerald, M.D., October 21st, 2004, in the New England
6  Journal of Medicine. You're familiar with this article?
7    A. I think I've seen it.
8    Q. And if you can just go ahead and read the
9  highlighted portion into the record, please.
10   A. "Patients in the APPROVe study should continue
11 to be followed. This will allow some estimate of how
12 quickly the developed risk may dissipate. Given the
13 relatively short half lives of these compounds, such a
14 dissipation may occur rapidly. On the other hand, if
15 treatment has accelerated atherosclerosis, the risks of
16 offset may be more gradual."
17   Q. So you would agree that Dr. FitzGerald is
18 recommending that patients in the APPROVe study should
19 continue to be followed?
20       MR. BRENNAN: Objection, form.
21   Q. (BY MR. WACKER) Right?
22   A. Yes.
23   Q. And then he says, "On the other hand, if the
24 treatment has accelerated atherosclerosis." Let's just
25 start with that.

Page 250

1     What is accelerated atherosclerosis?
2     A. Which means to make it -- well, I guess when
3 he -- well, let me look at what he says there so I can
4 make sure I understand exactly what he's saying.
5     He's saying on the other hand if treatment has
6 accelerated atherosclerosis, I presume what he means by
7 that, if it has caused progression of and contributed to
8 it, that's what I would assume he means by accelerated.
9     Q. And this is in the published literature, right,
10 in the New England Journal?
11     A. It's in the New England Journal. It's a --
12 yes.
13     Q. And it's peer-reviewed?
14     A. I don't know with regard to these particular
15 types of publications in the New England Journal whether
16 the editorial staff makes the decision to publish it or
17 whether it goes out to other reviewers. I just don't
18 know. And by other reviewers, I mean reviewers external
19 to the editorial staff of the New England Journal.
20     Q. And you're aware that Dr. FitzGerald was a
21 consultant for Merck?
22     A. It says that in the article.
23     Q. And he's suggesting that if there is increased
24 risk in the APPROVe follow-up data, that that's
25 suggestive of accelerated atherosclerosis?

Page 251

1     MR. BRENNAN: Objection, form.
2     A. That's what he is saying.
3     Q. (BY MR. WACKER) And you know Dr. Steven
4 Nissen, right?
5     A. I don't know him personally.
6     Q. Do you know who he is?
7     A. I know who he is.
8     Q. A reputable cardiologist?
9     A. He is a cardiologist at the Cleveland Clinic
10 and has participated in a number of research protocols.
11 I think he's a fairly reputable guy.
12     Q. And what he says here in this news report is
13 that -- this is regarding APPROVe follow-up. It says,
14 "What it shows, it says that you can stop taking Vioxx
15 and based upon this study for the next year, you're
16 still at increased risk. And, in fact, the amount of
17 risk of increase is almost exactly the same as we saw
18 during the three years that people were actually taking
19 the drug," right?
20     MR. BRENNAN: Objection, form.
21     A. That's what he says.
22     Q. (BY MR. WACKER) And he says --
23     MR. BRENNAN: You want to see the document?
24     THE WITNESS: Well, I presume he's not
25 telling me -- I mean, I'm not necessarily agreeing with

Page 252

1 Dr. Nissen's conclusion on that. I'm just saying that's
2 what he says. Okay.
3     Q. (BY MR. WACKER) Got it.
4     A. This is from National Public Radio. So is this
5 an interview -- this looks like it's an interview that
6 he gives with this Prakash, P-r-a-k-a-s-h, at National
7 Public Radio.
8     Q. Right. And it says Nissen says that the study
9 suggests that Vioxx raises the risk of cardiovascular
10 problems by doing long-lasting damage to the arteries
11 perhaps by increasing the buildup of plaque in them,
12 correct?
13     MR. BRENNAN: Objection, form.
14     A. Well, again, this is -- now, we're kind of
15 getting out there a little bit. Prakash is now quoting
16 Nissen, so we don't have this directly from Nissen. We
17 have Prakash's interpretation or stating what Nissen
18 said, but that's what this particular document which
19 looks like it's from NPR and generated by this person
20 Prakash, that's what it says on this particular
21 document.
22     Q. (BY MR. WACKER) And it's also got Kurt Furberg
23 agreeing with that, right?
24     MR. BRENNAN: Objection to form.
25     Q. (BY MR. WACKER) He's at Wake Forest?

Page 253

1     A. All the documents --
2     MR. BRENNAN: Objection, form.
3     A. I'm just going to read the document. It says,
4 "Clinical trial expert Kurt Furberg of Wake Forest
5 University says it's true the numbers are small," but he
6 says they show a clear trend in his work.
7     Q. (BY MR. WACKER) Okay. So, basically, now what
8 we have is your disagreement that Vioxx -- well, strike
9 that.
10     Your -- your position is that Vioxx can't
11 increase plaque buildup, right?
12     A. That's correct.
13     Q. And here we have evidence from Dr. Zipes,
14 world-renowned cardiologist, editor in chief of
15 Braunwald's text, professor emeritus of Indiana Medical
16 School, we've got Garret FitzGerald, Merck's own
17 consultant, that suggests that if there's increased risk
18 in the APPROVe follow-up, that that's indicative of
19 accelerated atherosclerosis. We've got Dr. Furberg,
20 Dr. Nissen agreeing with that, and that would be pretty
21 strong evidence that --
22     A. It's --
23     Q. -- that Vioxx increases atherogenesis, right?
24     MR. BRENNAN: I'm going to object to the
25 form.

Page 254

1    A. It's absolutely no evidence. These are the
2 opinions of those gentlemen.
3    Q. (BY MR. WACKER) Okay. And so your opinions
4 here are evidence, then, right? Your opinions that
5 there is no increased risk is sort of the --
6    A. Well --
7    Q. -- the sine qua non opinion, all of these other
8 people are just sort of --
9    A. Well, I don't know what they're basing --
10    Q. Go ahead.
11    A. Fine. I'll stop there. I'm not here to argue
12 with you.
13    Q. So we're here and -- and basically we're to
14 accept your opinion over these other four world experts,
15 is that true?
16    MR. BRENNAN: Objection, form;
17 argumentative.
18    A. I didn't ask you to accept my opinion. You
19 came to get my opinion and that's what I'm giving.
20    Q. (BY MR. WACKER) Well, you're saying that all
21 of these other experts are all wet?
22    MR. BRENNAN: Objection, form.
23    A. I didn't say they're all wet. I said I
24 disagree with their opinion and I'm not sure what
25 they're basing that opinion on.

Page 255

1    Q. (BY MR. WACKER) Well, they're -- I mean, you
2 would at least agree that it's biologically plausible
3 that Vioxx can increase atherogenesis?
4    A. I don't know that that's biologically
5 plausible.
6    Q. How do you not know that?
7    A. Well, I mean, let's look at the studies.
8    Q. I mean, FitzGerald, if he's --
9    A. What --
10    Q. Let me -- let me just ask you. If
11 Dr. FitzGerald didn't think that this was biologically
12 plausible, do you think he would write this in an
13 article saying that on the other hand if treatment has
14 accelerated atherosclerosis, the offset of the risk may
15 be more gradual? If he didn't even think it was
16 biologically plausible, would he even write that in a
17 peer-reviewed literature, in the New England Journal of
18 Medicine?
19    MR. BRENNAN: Objection, form.
20    A. You're asking me to get into his thought
21 process and I can't do that.
22    Q. (BY MR. WACKER) Well, I mean --
23    A. You're asking me to get into what he's thinking
24 when he makes that statement.
25    Q. Where is your opinion, Doctor, in any

Page 256

1 peer-reviewed literature that Vioxx can't increase
2 atherogenesis?
3    A. It's not.
4    Q. Okay. So here we have evidence in
5 peer-reviewed literature that indicates that it can?
6    MR. BRENNAN: Objection, form.
7    A. I'll take issue with the fact that the NPR
8 report, National Public Radio, is peer-reviewed.
9    Q. (BY MR. WACKER) I'm talking about
10 Dr. Fitzgerald's article.
11    A. And, again, I don't know whether that's a
12 peer-reviewed document or a peer-reviewed article in the
13 usual sense that that particular article was sent by the
14 editors of the New England Journal to outside reviewers.
15    Q. Well, it's the New England Journal of Medicine.
16 You're not discounting the New England Journal of
17 Medicine?
18    A. Well, you're asking me if it's peer-reviewed.
19 I don't know whether it's peer-reviewed.
20    Q. Let me ask you if it's in a -- if it's
21 published in a reputable medical journal?
22    A. It's published in the New England Journal of
23 Medicine, but I don't know if it's peer-reviewed.
24    Q. And he's suggesting that it's biologically
25 plausible, right?

Page 257

1    MR. BRENNAN: Objection, form.
2    A. He is suggesting in the article that he
3 writes in the New England Journal, which I have no way
4 of knowing whether it's peer-reviewed or not
5 peer-reviewed.
6    Q. (BY MR. WACKER) Show me one piece of medical
7 literature in a published peer-reviewed -- strike that.
8    Show me any published peer-reviewed medical
9 literature that indicates that Vioxx cannot increase
10 atherogenesis.
11    A. You're asking me to give you a piece of
12 information about a negative. In other words, you're
13 trying to -- you're asking me to prove a negative.
14 Okay. I'm aware of no studies that in humans show that
15 rofecoxib or any coxib cause or initiate -- or let me
16 put it to you this way -- cause the progression of
17 atherosclerosis or initiate atherosclerosis.
18    MR. WACKER: Okay. That's -- I'm going to
19 move to strike.
20    Q. (BY MR. WACKER) That's not my question.
21    My question is, do you have any -- can you cite
22 one piece of medical literature that -- that indicates
23 that Vioxx cannot increase atherogenesis?
24    MR. BRENNAN: Okay. You've changed your
25 question now. You've struck his answer and then you

Page 258

1  asked a different question.
2       MR. WACKER: Well, let's -- let's have the
3  last question read back and he can answer that one.
4       (Discussion Off The Record.)
5       Q. (BY MR. WACKER) Dr. Roach, are you aware of
6  any peer-reviewed published literature that says that
7  Vioxx cannot increase atherogenesis in humans?
8       A. I am not aware of any.
9       Q. What -- what is your opinion about why Vioxx
10 increases the risk after discontinuation?
11      A. I'm not sure that if you look at the -- well,
12 I'm not even going to say not sure. If you look at the
13 totality of the APPROVe follow up, I think the
14 conclusion is that there isn't ongoing risk. If you
15 look at all the thrombotic cardiovascular events
16 followed from 14 days discontinuation of the drug out to
17 week 210 in one analysis and in another analysis they're
18 followed out even further, they're followed out until
19 the last patient would have finished the protocol so
20 they ended the analysis on October 31, 2005, that
21 doesn't -- there is -- there is -- if you look at the
22 statistical significance of the difference in events off
23 of the drug and while they're off the drug, there's no
24 difference.
25      Q. So you don't believe that there is any

Page 259

1  increased risk off the drug?
2       A. No.
3       Q. Well, Doctor, looking at week 210 data, the
4  relative risk was 1.74 with a confidence interval of
5  1.19 to 2.55?
6       A. Where are you referring to because there was a
7  number of different protocols that were followed in a
8  number of different subsets of patients? Let me just
9  see what you're looking at. Because one of the analyses
10 that was done -- well, I'm not even going to comment on
11 this. This is Dr. Zipes' writing here. If you want to
12 look at the -- study, I'll -- or the -- the data,
13 I'll pull it out. I've got it. We can go through it.
14      Q. All right. Doctor, let's do this to save time.
15 Why don't we pull out your -- the data that you were
16 sent on APPROVe follow-up.
17      A. This is what I have.
18      Q. And while we're at it, I want to make a copy of
19 your notes. I'll make that separate as exhibit -- I
20 mean, it will be part of Exhibit 4, but it will be a
21 separate Exhibit 9.
22      (Deposition Exhibit No. 9 Marked.)
23      MR. WACKER: Sean, should we get a copy of
24 this?
25      MR. BRENNAN: I mean, there's no one here

Page 260

1  for us to do that right now.
2       MR. WACKER: All right. We'll just --
3       MR. BRENNAN: You want me to make it after
4  we're done?
5       MR. WACKER: Yeah. I'll put it right over
6  here.
7       MR. BRENNAN: Remind me.
8       Q. (BY MR. WACKER) Doctor, you've handed me
9  what -- what you have been given as the APPROVe
10 follow-up data?
11      A. Yes.
12      Q. Doctor, you also reviewed Dr. Topol's
13 deposition, correct?
14      A. I did.
15      Q. Do you have that with you?
16      A. It's here.
17      Q. Can you pull that one. If you want to turn,
18 Doctor, to page 60 in Dr. Topol's deposition.
19      A. (Witness Complies.)
20      Q. And it's lines 2 through 7.
21      A. Okay. I'm there.
22      Q. You want to go ahead and read that for the
23 record.
24      A. The witness: "Well, the medicine's risks --
25 Vioxx's risk has been evidenced since trials conducted

Page 261

1  in 1999 and all the way through the time of withdrawal
2  on September 30, 2004."
3       Q. Do you agree with that?
4       A. No.
5       Q. If you could turn to page 228 of the
6  deposition.
7       A. I'm there.
8       Q. Can you read lines 5 through 14.
9       A. 228, lines -- this is a question by Mr. Kline.
10 "Your words, it is hard to imagine that the small
11 protection from gastric or duodenal ulcers in the VIGOR
12 trial is as acceptable trade-off as compared with twice
13 the incidents of death, heart attacks and strokes."
14      Q. Okay. Go to line 14.
15      A. "Certainly did."
16      Q. Well, it says, "Did you write those words?"
17      A. Okay. I'm sorry. You didn't ask me that.
18 "Did you write those words?"
19      Q. And then the witness, "Yes, I certainly" --
20      A. The witness says, "Yes, I certainly did."
21      Q. And do you agree with that?
22      MR. BRENNAN: Objection, form. Are you --
23 can I just ask a point of clarification?
24      MR. WACKER: Go ahead.
25      MR. BRENNAN: Are you asking him did Topol

## Page 262

1  actually write those words or are you asking him if he
2  agreed with the proposition?
3      MR. WACKER: I'm asking him whether he
4  agrees with this statement.
5      A. If you say that it's nothing more than the
6  protection of the gastric or duodenal ulcers and then
7  the trade-off of death, heart attack and stroke, maybe
8  yes, maybe no. The issue was broader than that and it
9  entailed significant bleeding associated with those --
10 with the ulcers both from the duodenal and gastric
11 ulcers as well as obstruction. I think when one looks
12 at that, you have to look at the numbers of what's
13 occurring there. In other words, if you have a large
14 number of patients or a substantial number of patients
15 who have GI bleeding associated with NSAIDs and you're
16 able to reduce that risk and although you might have an
17 increased risk of heart attack but that baseline risk is
18 quite low, then it may be -- it may not be an
19 unacceptable trade-off. We make these types of
20 trade-offs all the time in medicine. So one has to
21 basically look at a risk -- risk-benefit analysis before
22 you prescribe the medication.
23     Q. (BY MR. WACKER) So you believe that a --
24     MR. BRENNAN: Those were on the floor over
25 here. I think they're your notes.

## Page 263

1      Q. (BY MR. WACKER) -- a doubling of risk and heart
2  attack and strokes and CV events is worth the trade-off
3  for -- for saving some ulcers and bleeds?
4      A. The way that it's characterized here, you may
5  not have enough information to actually analyze it in a
6  proper fashion. If we said that the baseline risk of an
7  event might be a half a percent with regard to
8  myocardial infarction and we double that to 1 percent,
9  that might be an acceptable risk to take if you were to
10 say that the risk of bleeding were to go down by a
11 substantial amount. Let's say -- and I'd have to go
12 back and review the study. Let's say the risk of
13 bleeding is 5 percent or 6 percent. I'm talking about
14 significant bleeds and we can reduce that to 2 percent
15 or 3 percent. There may be a trade-off there that's
16 acceptable. And we do this every day with medications.
17 When we give people Coumadin anticoagulation to reduce
18 the risk of thrombotic stroke associated with atrial
19 fibrillation, we assume some risk of bleeding. If we
20 have somebody with a valve, for example, a mechanical
21 mitral valve, we would accept the increased risk of
22 bleeding associated with the Coumadin because we know
23 that there are benefits associated with that.
24     Q. And the patient in those instances that --
25 those examples you gave, the patients accept that risk

## Page 264

1  because they're warned of the -- of the side effects, of
2  the consequences, right? They're warned of the risks?
3      A. The patient is warned of the risks. And what I
4  don't -- well, I'll leave it at that, yes.
5      Q. And here there was no warning of the risk --
6      MR. BRENNAN: Objection, form.
7      Q. (BY MR. WACKER) -- for Vioxx?
8      MR. BRENNAN: Objection, form.
9      A. At what point?
10     Q. (BY MR. WACKER) When the drug was initially
11 approved.
12     A. Because at that point there was no evidence
13 that the drug had the risk that people are proposing
14 that it has.
15     Q. And -- and you said that there was no evidence.
16 I thought you said you hadn't reviewed the NDA or any of
17 the prelaunch clinical trials?
18     A. The evidence suggested that there was no
19 increased risk of myocardial infarction when comparing
20 the use of these drugs to placebo -- the drug rofecoxib
21 to placebo or naproxen or nonsteroidals.
22     MR. WACKER: I'll move to strike as
23 speculative based upon your previous answer.
24     Q. (BY MR. WACKER) Okay. Doctor, I'm going to
25 hand you the Bresalier article that you're familiar

## Page 265

1  with, right?
2      A. You referring to APPROVe?
3      Q. Right. And we'll mark this as Exhibit 10.
4      (Deposition Exhibit No. 10 Marked.)
5      Q. (BY MR. WACKER) And, Doctor, you'll agree that
6  the Bresalier article for APPROVe establishes that Vioxx
7  increases the risk at least as to what they say at 18
8  months, correct?
9      MR. BRENNAN: Objection, form.
10     A. In this particular study after 18 months of
11 use, there was an increased risk of thrombotic
12 cardiovascular events in patients who used rofecoxib
13 versus placebo.
14     Q. (BY MR. WACKER) Doctor, it's not possible to
15 measure prostacyclin directly in the blood, is it?
16     MR. BRENNAN: Objection, form.
17     A. Talking about in an animal or human?
18     Q. (BY MR. WACKER) In humans.
19     A. I would have to go back and look and see if
20 there was any particular -- I looked at a number of
21 different studies which evaluated that. Let me just --
22 if you'll indulge me for just a second, let me just look
23 at my report real quickly.
24     (Witness Reviews Document.)
25     A. Based on the studies that I've looked at, I

Page 266

1  would agree with you that there is no direct measurement
2  of prostacyclin in the blood.  Several of the studies
3  tried to get a handle on prostacyclin production either
4  in the microvasculature or enlarged vessels.  And I
5  would refer you to Tuleja, T-u-l-e-j-a, or Tsang,
6  T-s-a-n-g.
7     Q.  (BY MR. WACKER)  Neither of them measured it
8  directly in the blood, correct?
9     A.  That's correct.
10    Q.  And that's because in the bloodstream,
11 prostacyclin is metabolized very quickly, correct?
12    A.  It is.  As we've mentioned hours and hours ago,
13 prostaglandins are produced locally and metabolized
14 locally.  So if you're going to get a handle on what's
15 going on in the endothelium, then you're going to have
16 to use a model where you can get as close to that as you
17 possibly can.  But I would agree with you that you're
18 going to have a difficult time measuring that in the
19 serum.
20    Q.  It's also true, isn't it, Doctor, that portions
21 of the endothelium with atherosclerosis don't produce
22 the same chemicals in a healthy endothelium, correct?
23    A.  I think that's correct.
24    Q.  There's more COX-2 in a -- in an
25 atherosclerotic lesion of the endothelium than in a

Page 267

1  healthy section of the endothelium, right?
2     A.  I think there's been some evidence to suggest
3  that and I think that's, I believe, been shown in animal
4  studies.
5     Q.  If COX-2 were to result in the production of
6  prostacyclin, it would be a localized phenomena, right?
7        MR. BRENNAN:  Objection, form.
8     A.  I think going back to what we currently
9  understand about prostaglandins, that they are produced
10 and metabolized basically, for lack of a better term,
11 locally, I would probably agree that if there's -- if
12 COX-2 -- if prostacyclin production is COX-2 mediated --
13 I'm sorry, I've just completely lost it.  I would agree.
14    Q.  (BY MR. WACKER)  And the endothelia production
15 of nitrous oxide is reduced in the vicinity of a
16 plaque --
17       MR. BLACK:  Nitric oxide.
18       MR. WACKER:  Yeah.
19    Q.  (BY MR. WACKER)  Let me start that over.
20       In the endothelia production of nitrous --
21 nitric oxide is reduced in the vicinity of a plaque,
22 correct?
23    A.  I think that notion has been floated.  I would
24 like to be able to see where you're referring -- what
25 you're referring to.

Page 268

1     Q.  Referring to --
2        MR. BRENNAN:  Question's from another
3  gallery.
4     Q.  (BY MR. WACKER)  You would agree that the use
5  of a coxib under normal noninflammatory conditions would
6  be expected to have limited effects on platelet
7  activation in that nitric oxide production is relatively
8  unimpaired and COX-1 dependent generation of
9  prostacyclin would still be maintained, correct?
10       MR. BRENNAN:  Objection, form.
11    A.  Could you read that back?  That's kind of a
12 mouthful.
13    Q.  (BY MR. WACKER)  You would agree that the use
14 of a coxib under normal noninflammatory conditions would
15 be expected to have a limited effect on platelet
16 activation in that nitric oxide production is relatively
17 unimpaired and COX-1 dependent generation of
18 prostacyclin would still be maintained, true?
19    A.  Let's --
20       MR. BRENNAN:  Objection, form.
21    A.  I'm not sure I can answer the latter half of
22 that question.  If we believe that the vast majority of
23 platelet activation is carried out through a COX-1
24 mediated process, then getting a COX-2 inhibitor should
25 have no effect on platelet inhibition.  The second part

Page 269

1  of the statement, I can't really comment on.
2     Q.  (BY MR. WACKER)  In contrast, the use of a
3  coxib in vascular inflammatory states would lead to a
4  decrease in antithrombotic prostacyclin made by
5  arachidonic flux through COX-2 and would therefore make
6  available more arachidonic for glucose-trained
7  synthesis, correct?
8        MR. BRENNAN:  I'm going to object, form.
9     A.  Can't -- can't say one way or the other.
10    Q.  (BY MR. WACKER)  The net result of coxib action
11 in diseased vessels is an increase in the amount of TXA2,
12 thromboxane, relative to PGI2, true?
13       MR. BRENNAN:  Objection, form.
14    A.  I'm sorry?  I just --
15    Q.  (BY MR. WACKER)  The net result of coxib action
16 in diseased vessels is an increase in the amount of
17 thromboxane A2 relative to PGI2, right?
18    A.  I don't know that I can say that.
19    Q.  Do you disagree with that?
20    A.  I'd have to know more about what the basis for
21 that statement is.
22    Q.  Well, can you agree or disagree?
23    A.  Can't one way or the other based on what you've
24 asked me or told me.
25    Q.  Isn't it true, Doctor, that in portions of

68  (Pages 266 to 269)

Page 270

1  arteries with atherosclerosis, both thromboxane
2  production and prostacyclin production, increase?
3      A. I don't know that I can answer that.
4      Q. Not qualified?
5      A. No, I just don't know. I mean, I'd have to go
6  back and look through a number of different papers to
7  answer that question.
8      Q. You haven't consider that question, then, have
9  you?
10     A. I wouldn't say I haven't considered it.
11     Q. Well, you don't know the answer?
12     A. Not as I sit here right now.
13     Q. Have you -- have you answered that in
14 connection with your report?
15     A. I'd have to go back and look at my report.
16     Q. What is the answer from your report?
17     A. And, again, your question was?
18     Q. Isn't it true, Doctor, that portions of
19 arteries with atherosclerosis, both thromboxane
20 production and prostacyclin production, increased?
21     A. Again, I'm not going to -- I don't think I can
22 really comment. I'd like to know whether that's an
23 animal study, human study, where that's -- where that
24 data is derived from.
25     Q. It's not a study. It's a question.

Page 271

1      A. I understand. But the question is obviously
2  being raised based on -- well, it's question. I can't
3  answer the question.
4      Q. Well, you assume too much. It's just a
5  question.
6      A. You're right. I do assume too much. I can't
7  answer that question right now.
8      Q. I'm sorry?
9      A. I don't have an answer to that question.
10     Q. Okay. If the prostacyclin thromboxane balance
11 problem is localized in the vicinity of plaque, then
12 studies in healthy people would not be relevant, would
13 they?
14          MR. BRENNAN: Objection, form.
15     A. I don't know whether they would or wouldn't.
16 They may be relevant; they may not be relevant.
17     Q. (BY MR. WACKER) Peripheral bleeding would not
18 be affected one way or the other by prostacyclin formed
19 near an arterial plaque and metabolized before it
20 reached the periphery, right?
21     A. I'm sorry?
22     Q. Peripheral bleeding would not be affected one
23 way or the other by prostacyclin formed near an arterial
24 plaque that metabolized before it reached the periphery,
25 correct?

Page 272

1          MR. BRENNAN: Objection, form.
2      A. Bleeding would not be increased or would not be
3  affected one way or the other -- again, read the -- I'm
4  just -- it's a --
5      Q. (BY MR. WACKER) Okay. Let's try it again.
6          Peripheral bleeding would not be affected one
7  way or the other by prostacyclin formed near an arterial
8  plaque that metabolized before it reached the periphery.
9          Do you agree?
10     A. You mean the prostacyclin metabolized before it
11 reached the periphery?
12     Q. Yes.
13     A. I don't know one way or the other.
14     Q. Drugs that affect platelet formation of
15 thromboxane on a systemic basis, i.e., throughout the
16 circulatory system, would have effect -- would effect
17 peripheral bleeding.
18          Would you agree?
19          MR. BRENNAN: Objection, form.
20     A. Drugs which inhibit thromboxane formation --
21     Q. (BY MR. WACKER) Yes.
22     A. -- in platelets?
23     Q. Yes.
24     A. I think that's generally accepted.
25     Q. So you would expect aspirin to effect bleeding,

Page 273

1  correct?
2      A. Yes.
3      Q. You'd expect naproxen maybe to effect bleeding
4  because of an effect on thromboxane, correct?
5      A. Correct.
6      Q. But if prostacyclin imbalance is local, you
7  would not expect any effect on bleeding time even if it
8  occurred, would you?
9      A. I don't know that I would -- I don't know that
10 you can say that.
11     Q. Do you know the answer one way or the other?
12     A. As I sit here, no.
13     Q. If prostacyclin thromboxane imbalance occurs in
14 the vicinity of plaques, you wouldn't expect to see any
15 effect on bleeding in healthy people, would you?
16     A. I'm not even sure I understand the question.
17 You're asking in healthy people --
18     Q. Let me ask you --
19     A. -- if you see this imbalance in plaque. I'm
20 not sure I quite understand the question, I guess.
21     Q. It's a -- you know, let's ask it again.
22          If prostacyclin thromboxane imbalance occurs in
23 the vicinity of plaques, you wouldn't expect to see any
24 effect on bleeding in healthy people. Agreed?
25          MR. BRENNAN: I'm going to object, form.

Page 274

1    A. I'm not quite sure I even understand what --
2  what they're proposing or asking. I can't -- I can't
3  answer that question.
4    Q. (BY MR. WACKER) In other words, if the -- if
5  the prostacyclin imbalance only occurs in plaques, then
6  if you -- you wouldn't expect any bleeding in healthy
7  people because they don't have any plaques, right?
8        MR. BRENNAN: Objection, form.
9    A. I don't think that you could necessarily
10 conclude that. I don't think so. I mean, we see --
11 well, I'm not going to comment beyond that.
12   Q. (BY MR. WACKER) As I understand your report,
13 Doctor, you believe that the VIGOR results can be
14 explained as occurring due to the cardioprotective
15 effect of naproxen, right?
16   A. That is one explanation.
17   Q. And you state that that's the reasonable
18 explanation?
19   A. It's a reasonable explanation.
20   Q. It's your opinion that naproxen acts like
21 aspirin by inhibiting platelet COX-1 production,
22 correct?
23   A. That's correct.
24   Q. I take it that you don't think naproxen is more
25 effective than aspirin, which totally disables COX-1

Page 275

1  production from the platelets, right?
2    A. Do I think it is more effective than aspirin?
3    Q. Equally effective.
4    A. Equally effective?
5    Q. Yes. Equally or more.
6        MR. BRENNAN: Objection, form.
7    A. I think --
8    Q. (BY MR. WACKER) Let's break it down.
9    A. Well, I think there's been some studies that
10 have suggested that it does inhibit platelets nearly to
11 the same degree that aspirin does.
12   Q. But not -- not equal to?
13       MR. BRENNAN: Objection, form.
14   A. Again, I think there's some evidence out there
15 that suggests that the platelet inhibition with naproxen
16 500 twice a day is nearly the same or equal to aspirin.
17   Q. (BY MR. WACKER) But not more than aspirin?
18   A. I didn't say that.
19   Q. Well, that's what I'm asking.
20   A. Right.
21   Q. You would agree not more than aspirin?
22   A. It could be considered equivalent to aspirin.
23   Q. Not more?
24   A. I said equivalent to.
25   Q. Okay. And now my follow-up question is, but

Page 276

1  you would agree not more than aspirin?
2    A. That's correct.
3    Q. Thank you. Now, you understand that aspirin
4  reduces heart attack risks by about 30 percent at most,
5  correct?
6        MR. BRENNAN: Objection, form.
7    A. When you look at a number of different trials,
8  that's the generally accepted number that's thrown out
9  there based on some older trials that we have -- that
10 were done probably in the -- I guess in the '80s and
11 that's a number I've seen thrown around quite a bit.
12   Q. (BY MR. WACKER) Are you aware of any data that
13 would show that it would be higher?
14   A. Not as I sit here.
15   Q. In VIGOR the risk with Vioxx was .5 percent and
16 with naproxen it was .1 percent, correct?
17   A. That's correct.
18   Q. And so the difference -- strike that.
19       If the difference were all due to naproxen
20 cardioprotection, the reduction would be 80 percent,
21 correct?
22   A. If you just interpret it that way, yes.
23   Q. Okay. So if you assume for purposes of
24 argument that naproxen was the equivalent of aspirin and
25 reduced the risk by 30 percent and yet in VIGOR the

Page 277

1  reduction was 80 percent, then where did the 50 percent
2  come from?
3    A. I don't think --
4        MR. BRENNAN: Objection, form.
5    A. I don't think you can extrapolate from those
6  trials back to this trial. And to try to mix and match
7  those numbers I don't think is appropriate.
8    Q. (BY MR. WACKER) No, that's all from VIGOR.
9    A. I understand.
10   Q. We're just talking about VIGOR. In other
11 words, if -- if you're assuming that -- that naproxen is
12 the equivalent of aspirin, so at most you get a 30
13 percent reduction and yet in VIGOR there's an 80 percent
14 reduction, so how do you explain the 50 percent
15 additional reduction?
16       MR. BRENNAN: All the data in that question
17 is not from VIGOR. You've given him aspirin studies
18 that were not contained in the VIGOR.
19   Q. (BY MR. WACKER) Go ahead.
20   A. You've got different populations, different
21 study designs. And I think there -- it would be
22 difficult to take that data and extrapolate it and place
23 it on top of VIGOR and say that I'm going to take
24 this -- this data or this general body of data and take
25 it to -- apply it to VIGOR. And that to therefore say

Page 278

1 we have these antiplatelet trials using aspirin or these
2 trials using aspirin that we see a 30 percent reduction
3 or a 20 percent reduction or whatever number we want to
4 generate and that somehow because Naprosyn shows an 80
5 percent reduction, that somehow -- that we can firmly
6 conclude from that by mixing studies that somehow this
7 can't be explained by Naprosyn.
8     Q. Doctor, that 50 percent additional decrease in
9 VIGOR would not be consistent with the hypothesis that
10 naproxen is the equivalent of aspirin. Agreed?
11        MR. BRENNAN: I'm going to object to the
12 form of that.
13     A. I'm sorry, the 50 percent difference?
14     Q. (BY MR. WACKER) In other words, going back to
15 the earlier question, you -- what we're saying is -- or
16 what you're -- you're saying that naproxen is the
17 equivalent of aspirin. Okay. Are you with me?
18     A. It can be if given at a certain dose over a
19 certain dosing interval. When you look at basing --
20 well, when you look at platelet parameters or platelet
21 function parameters, it appears to be equivalent to
22 aspirin.
23     Q. And so you would agree that aspirin at most has
24 a 30 percent reduction in cardiovascular --
25        MR. BRENNAN: Object -- objection, form.

Page 279

1     A. Well, based on those particular trials, that's
2 what we can conclude from all of those trials that were
3 done a number of years back. Given the limitations of
4 those trials, there was a 30 percent reduction.
5     Q. (BY MR. WACKER) And so then you assume that
6 naproxen has a 30 percent reduction in cardiovascular
7 events --
8     A. Okay. Within any one given trial --
9     Q. Well, I'm not done with the question.
10     Even if you assume that naproxen carries with
11 it a 30 percent reduction in cardiovascular events, that
12 doesn't explain the additional 50 percent reduction in
13 VIGOR --
14     A. Again, I --
15        MR. BRENNAN: Objection --
16     Q. (BY MR. WACKER) -- correct?
17     A. Again, I'm not --
18        MR. BRENNAN: Objection, form.
19     A. Again, I'm not assigning the risk reduction of
20 30 percent to naproxen. I think all we can say out of
21 VIGOR is based on this particular study of this
22 particular patient population, this was the difference
23 that we saw. And to then try to back extrapolate and
24 use data from these studies in aspirin and try to draw
25 that the equivalent that Naprosyn should only be 30

Page 280

1 percent, I think -- I don't think you can really do
2 that.
3     Q. (BY MR. WACKER) Well --
4     A. I mean, you'd have to really -- if you really
5 wanted to answer that question completely, you'd
6 probably have to do a trial that's never been done.
7     Q. So you -- what you're saying is you really
8 can't --
9     A. I don't think you --
10     Q. -- you really can't explain VIGOR because of
11 the naproxen cardioprotection?
12     A. You can't --
13        MR. BRENNAN: Objection, form.
14     A. No, what I'm saying is you can't mix and match
15 these rates from these different trials.
16     Q. (BY MR. WACKER) Well, we're just talking about
17 naproxen. You can't explain VIGOR due to the
18 cardioprotective effect of naproxen --
19        MR. BRENNAN: Objection, form.
20     A. And I've answered that. I said you can't mix
21 and match the trials. What you're trying to -- to imply
22 is that because we've said that naproxen inhibits
23 platelets to the same degree as aspirin when done in
24 these sort of invivo studies and that we have these
25 clinical trials that show this risk reduction of aspirin

Page 281

1 of 30 percent or whatever number we agreed upon and that
2 the difference in VIGOR is 80 percent, that somehow we
3 have to take the data from the aspirin trials and
4 absolutely apply it to this study. I don't know that
5 you can do that. I don't know that it's a fair thing to
6 do. So I'm not going to agree with you that simply
7 because there is a -- a bigger difference than we would
8 see in these aspirin trials, that that somehow negates
9 the hypothesis that Naprosyn is protective.
10     Q. (BY MR. WACKER) Are you aware of any studies
11 in aspirin or naproxen in humans that shows that 80
12 percent reduction in risk?
13     A. I haven't seen any.
14     Q. Doctor, this is going to be Exhibit 11.
15        (Deposition Exhibit No. 11 Marked.)
16     Q. (BY MR. WACKER) Have you seen that e-mail?
17 Doctor, is that an e-mail you were provided by
18 Merck?
19        (Witness Reviews Document.)
20     A. Okay.
21     Q. (BY MR. WACKER) Have you seen that e-mail
22 before?
23     A. I don't know that I've seen this e-mail before
24 you've shown it to me today.
25     Q. Can you read the highlighted section?

Page 282

1    A. Says, "Guys, I met with Carlo Patrono last
2  Saturday in Rome. He had already been informed by other
3  sources about the results of VIGOR, and we had an
4  interesting chat about it."
5      "He said that he does not think that the CV
6  effect that we observed can be attributed to naproxen
7  for a couple of good reasons. First, there is a weak
8  pharmacological basis and no epidemiologic basis (Garcia
9  Rodriguez & Patrono, epidemiology, in press) for CV
10  protection associated with conventional NSAIDs.
11  Additionally, the magnitude of the effect would not be
12  plausible even if the comparator had been aspirin
13  itself. In fact, in at least three different trials,
14  aspirin has shown no effect on the primary prevention of
15  stroke."
16    Q. Would you agree with that assessment?
17      MR. BRENNAN: Objection, form.
18    A. I mean, not necessarily. I mean, he's -- I
19  mean, he's raising his concerns.
20    Q. (BY MR. WACKER) Doctor, you're -- you're
21  pretty much unfazed by -- by any of this risk that
22  supports plaintiff's case, aren't you?
23      MR. BRENNAN: Objection, form;
24  argumentative.
25    Q. (BY MR. WACKER) I mean, are you just here as

Page 283

1  an advocate for Merck, Doctor?
2    A. No.
3      MR. BRENNAN: Objection, form;
4  argumentative.
5    Q. (BY MR. WACKER) I mean, how can you not take
6  that e-mail and read it for what it is? It doesn't
7  explain the -- the VIGOR results. Naproxen doesn't
8  explain it. Isn't what it says?
9    A. That's what Dr. Patrono says.
10    Q. And you don't have any disagreement with that,
11  do you?
12      MR. BRENNAN: Objection, form; asked and
13  answered.
14    A. I'm sorry?
15    Q. (BY MR. WACKER) You don't have any
16  disagreement with what he says in this e-mail, do you?
17      MR. BRENNAN: Hold on. If we're going to
18  sit here and start yelling, then we're going to shut
19  this down. We've been here way too long to get --
20      MR. WACKER: Yeah, and I'm getting this
21  nonsense from this guy. I'm not getting a single answer
22  that he's agreeing to anything. I mean, I might as well
23  just be getting a Merck advocate here. So that -- I'm
24  just looking for a -- you know, a legitimate response.
25      MR. BRENNAN: You're asking him questions

Page 284

1  and he's responding to them. If you don't like what
2  he's saying, that doesn't mean you have to start yelling
3  at him.
4      MR. WACKER: Well, okay. Let's go ahead
5  and take a break.
6    (Recess Taken From 8:55 p.m. To 9:01 p.m.)
7      MR. BRENNAN: We'll reserve our questions.
8      MR. WACKER: I'm already reserving the
9  right the question him if he reviews that -- those
10  films.
11      MR. BRENNAN: Okay.
12    (Deposition Concluded At 9:03 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 285

1      CORRECTIONS AND SIGNATURE
2  PAGE/LINE      CORRECTION      REASON FOR CHANGE
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  I, PAUL J. ROACH, M.D., have read the foregoing
    deposition and hereby affix my signature that same is
    true and correct except as noted herein.
16
17      _____
        PAUL J. ROACH, M.D.
18
19  STATE OF _____ )
    COUNTY OF _____ )
20    Subscribed and sworn to before me by the said
    witness, PAUL J. ROACH, M.D., on this the _____ day
21  of _____, 2006.
22
      _____
23      NOTARY PUBLIC IN AND FOR
        THE STATE OF_____
24
25  My Commission Expires: _____

Page 286

```
 1           C E R T I F I C A T E
 2
 3       I, Micheal A. Johnson, Certified Shorthand
 4   Reporter in and for the State of Texas, certify that on
 5   the 13th day of June, 2006, I reported the Oral
 6   Deposition of PAUL J. ROACH, M.D., after the witness had
 7   first been duly cautioned and sworn to testify under
 8   oath; said deposition was subsequently transcribed by me
 9   and under my supervision and contains a full, true and
10   complete transcription of the proceedings had at said
11   time and place.
12       I further certify that I am neither counsel
13   for nor related to any party in this cause and am not
14   financially interested in its outcome.
15
16       GIVEN UNDER MY HAND AND SEAL of office on this
17   _____ day of _____, 2006.
18
19
20
21
22
             _____
             Micheal A. Johnson, CSR
23           Certified Shorthand Reporter
             Notary Public in and for the
24           State of Texas
25
```