UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No.  06-0485<br><br>GERALD D. BARNETT<br><br>            Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>            Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**Merck's Objections, Affirmative Designations, Conditional Designations and Counter-Designations to Plaintiff's Amended Supplemental Deposition Testimony of Mark Karavan M.D. from July 17, 2006 Deposition** |

TO:      Mark P. Robinson, Jr.
             Robinson, Calcagnie & Robinson
             620 Newport Center Drive, 7th Floor
             Newport Beach, CA 92660

             Andrew Birchfield
             Leigh O'Dell
             Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
             218 Commerce Street
             Montgomery, AL 36104

             and

             Russ Herman
             Herman, Herman, Katz & Cotlar, LLP
             Place St. Charles
             201 St. Charles Avenue, Office 4310
             New Orleans, LA 70170

Merck hereby serves Its Objections, Affirmative Designations, Conditional Designations and Counter-Designations to Plaintiff's Amended Supplemental Deposition Testimony of Mark Karavan M.D. from July 17, 2006 Deposition.  Merck's objections to Plaintiff's Affirmative Designations are attached as Exhibit A.  Merck's objections to Plaintiff's Conditional Designations are attached as Exhibit B.  Merck's Affirmative Designations are attached as Exhibit C.  Merck's Conditional Designations are attached as Exhibit D.  Merck's Counter-Designations are attached as Exhibit E.  Merck will work with Plaintiff to create one complete transcript of Dr. Karavan's July 17 transcript for the Court.

Dr. Karavan is Mr. Barnett's cardiologist.  Dr. Karavan began treating Mr. Barnett when Mr. Barnett had his heart attack in September, 2002.

Merck has a number of specific objections to Plaintiff's designations for Dr. Karavan (see attached objections).  But there are three categories of Merck's objections to Plaintiff's designations for Dr. Karavan that merit special attention.

**#1**: Improper causation opinions.  As Merck's counsel explained during the July 25, 2006 hearing concerning causation opinions offered by Dr. Karavan in his first deposition of May 4, 2006, Dr. Karavan is not an expert on Vioxx, has spent a total of about two hours reviewing literature on Cox-2 inhibitors, and offers testimony well beyond his treatment and diagnoses of Mr. Barnett's medical condition.  (111:22-112:1).  During his July 17, 2006 deposition, Dr. Karavan admitted that he is "in no position to say whether Vioxx had anything to do with" Mr. Barnett's severe atherosclerosis or lipid rich coronary plaques (98:7-13).  Because he has no expertise with Vioxx, Dr. Karavan should not be allowed to testify about Vioxx generally or its possible effects on Mr. Barnett.

Plaintiff designated testimony from Dr. Karavan where Plaintiff's counsel sought to elicit improper causation opinions / improper expert opinions from Dr. Karavan regarding Vioxx. For example see 23:17-23, 28:19-29:1, 29:3-29:11, 31:4-13, 35:4-18, 35:25-36:6, 36:8-13, 36:19-24, 37:1-4, 37:9-12, 110:8-111:3, 120:24-25, 121:6-8. 121:16-18, 122:7-14, 122:19-20, 123:6-8.

Plaintiff's counsel went so far as to ask Dr. Karavan hypotheticals about Vioxx that assume some of the fundamental disputed issues in the case. For example, counsel elicited several specific causation opinions each of which are based on questions that contain a false premise about general causation: *see* 35:8-18, 36:8-13, and 37:1-4 ( "if, in fact, Vioxx can, number one, cause heart attacks and can accelerate atherosclerosis, do you have an opinion as to whether Vioxx and Mr. Barnett's preexisting coronary artery disease were potentially joint contributing causes to his heart attack?") Dr. Karavan lacks expertise, foundation, and personal knowledge to answer such improper hypothetical questions.

**#2**: Foundation objections. Plaintiff showed Dr. Karavan a number of documents he had never seen before (other than at his first deposition in May, 2006). These documents include the Merck Scientific Board of Advisors paper, data from the APPROVe study, and a perspective article from the New England Journal of Medicine (24:16-24; 25:3-7, 9; 25:11-26:1; 26:3-5; 26:13-14; 27:7-17; 28:2-22; 28:4-29:1; 29:3-7; 29:9-11; 30:6-7; 30:12-31:7; 32:25-33:17; 34:7-17; 35:4-18; 35:25-36:6.

**#3:** Designations related to Dr. Zipes and the May 2, 2006 tests. Plaintiff conditionally designated testimony regarding Dr. Zipes and the May 2, 2006 tests (111:16-112:7; 112:12-112:25; 114:10-115:4; 115:6-9; 125:24-126:4). Merck assumes this means that Plaintiff is not going to offer this testimony if Merck does not offer testimony on this issue. If Plaintiff attempts to play its

conditional designations on this issue (noted above), then Merck will designate related testimony from the deposition.

Merck conditionally designated much of Dr. Karavan's testimony. Merck does not believe its conditional designations should be played in Court, but made them in case the Court allows Plaintiff's designations on the same issues (causation, documents Dr. Karavan had never seen before, etc.). If the Court rules that Dr. Karavan is not able to speculate about the effect Vioxx might have had on Mr. Barnett, and that Dr. Karavan is not allowed to testify about documents he has never seen before, Merck will not play its related conditional designations.

Dated: July 30, 2006

Respectfully submitted,

*/s Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60601
Phone: 312-494-4400
Fax:    312-494-4440

And

4

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing **Merck's Objections, Affirmative Designations, Conditional Designations and Counter-Designations to Plaintiff's Amended Supplemental Deposition Testimony of Mark Karavan M.D. from July 17, 2006 Deposition** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiffs' counsel Mark Robinson and Leigh O'Dell by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 30th day of July, 2006.

/s/ Dorothy H. Wimberly