# EXHIBIT A

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[3:3] - [3:4]        7/26/2006    Karavan 07.17.2006 depo - amended
                     page 3
                     3         Q.    Afternoon, Doctor.
                     4         A.    Afternoon.

[3:11] - [3:19]      7/26/2006    Karavan 07.17.2006 depo - amended
                     page 3
                     11        Q.    So you're -- you -- you -- you are
                     12  Mr. Barnett's cardiologist; is that right?
                     13        A.    Correct.  Uh-huh.
                     14        Q.    And in 2002 you did an angiogram on
                     15  Mr. Barnett, right?
                     16        A.    Correct.
                     17        Q.    And you did another angiogram on
                     18  Mr. Barnett in 2006?
                     19        A.    Correct.

[4:12] - [4:20]      7/26/2006    Karavan 07.17.2006 depo - amended
                     page 4
                     12        Q.    Now, what I want to do initially is to go
                     13  back through some of the exhibits that -- that
                     14  Mr. Goldman went through with you.  You see Exhibit
                     15  Number 29?  I think it's -- it's -- it's the --
                     16        A.    Yeah, I think so.
                     17        Q.    It's your record of --
                     18        A.    Correct.  Uh-huh.  Yep.
                     19        Q.    -- June 26th, 2006?
                     20        A.    Uh-huh.

[4:24] - [5:4]       7/26/2006    Karavan 07.17.2006 depo - amended
                     page 4
                     24             Under the echocardiogram section, section
                     25  E, where you say:  Echocardiogram Indiana 5/06
                     page 5
                     1   showing normal global left ventricular systolic
                     2   function with mild inferobasilar hypokinesis.  Do
                     3   you see that section?
                     4         A.    Yes, I do.

[5:10] - [5:14]      7/26/2006    Karavan 07.17.2006 depo - amended
                     page 5
                     10        Q.    Well, let me ask it this way:  Do you know
                     11  whether or not the actual echocardiogram referred to
                     12  the -- the -- the basal posterior section?
                     13        A.    The -- I don't have the full report in
                     14  front of me.  Do you have that full report?

[6:5] - [6:12]       7/26/2006    Karavan 07.17.2006 depo - amended
                     page 6
                     5         Q.    Do you see it?
                     6         A.    I got it.  I'm sorry.
                     7         Q.    Do you see -- if you go to third page
                     8   in --
                     9         A.    Correct.  The echocardiogram was
                     10  interpreted as mid lateral basal lateral hypokinesis
                     11  and severe hypokinesis of the posterobasilar
                     12  inferobasilar areas.

Issues Report [karavan depo 071706]

• Pltf Affirm Desig
[6:23] - [7:1]        7/26/2006    Karavan 07.17.2006 depo - amended
                      page 6
                      23              What did -- when you talked about, in --
                      24    in response to a question by Mr. Goldman, your --
                      25    your cath not showing the -- the back part of the
                      page 7
                      1     heart, what do you mean?


[7:5] - [8:13]        7/26/2006    Karavan 07.17.2006 depo - amended
                      page 7
                      5         A.   With a ventriculogram, which we do at the
                      6     time of catheterization, most people just do the REO
                      7     ventriculogram.  Some do another side, and you
                      8     cannot see -- visualize all segments of the heart
                      9     unless you're looking back there.
                      10             The echogram would pick up wall motion
                      11    that a ventriculogram may -- would not, and these
                      12    parts are basically on the backside of the heart.
                      13    They would be somewhat hidden from the
                      14    ventriculogram that was performed this -- this
                      15    month.
                      16        Q.   And when -- when it says mid lateral basal
                      17    lateral hypokinesis, or what does that refer to?
                      18        A.   The way I would interpret this in this
                      19    sit -- clinical situation is he had a previous small
                      20    what I call PDA infarct, okay.  It's the non Q wave
                      21    from before.  So there's a wall motion associated in
                      22    the basal posterior and basal inferior portion that
                      23    could be consistent with this PDA.
                      24             He has hypokinesis of the lateral, mid
                      25    lateral.  They call it basal lateral.  That could be
                      page 8
                      1     consistent with the fact that his circumflex vessel
                      2     was not feeding enough blood flow to that portion of
                      3     the heart, and that was the vessel that we opened
                      4     up.
                      5         Q.   And then what about the -- the part below
                      6     where it says severe hypokinesis?
                      7         A.   I think that is related to his initial
                      8     event.
                      9         Q.   Okay.  And --
                      10        A.   From 2002.
                      11        Q.   And when you said the circumflex, would
                      12    that also include the Ramus?
                      13        A.   Ramus.


[8:18] - [9:7]        7/26/2006    Karavan 07.17.2006 depo - amended
                      page 8
                      18        Q.   You know, will you -- will you tell the
                      19    jury what you referred to when you mentioned
                      20    circumflex in the last answer?
                      21        A.   I sorry, yes.  The -- in -- clinically
                      22    in -- in Mr. Barnett, his Ramus intermedius is
                      23    synonymous with the circumflex.  It supplies the mid
                      24    lateral and basal lateral portions of the heart.
                      25    That vessel was stenosed, affecting the blood flow,
                      page 9
                      1     therefore potentially making it hypokinetic.
                      2         Q.   And what does hypokinetic mean?
                      3         A.   It doesn't pump as strong and move quite
                      4     as strong as it should.
                      5         Q.   And if someone's heart is hypo -- has a
                      6     portion of it that's hypokinetic, is that a good
                      7     thing?

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

[9:9] - [9:14]          7/26/2006   Karavan 07.17.2006 depo - amended

page 9
9            THE WITNESS:  Well, it could be ischemic.
10  I mean, in -- in this situation, in my mind it means
11  that his circumflex or Ramus intermedius muscle
12  was -- had stenosis, that portion of the heart was
13  ischemic and therefore not pumping as good because
14  the heart needs blood flow to pump.


[9:16] - [9:22]         7/26/2006   Karavan 07.17.2006 depo - amended

page 9
16       Q.   And the other portion where they say basal
17  inferior hypokinesis, what does that refer to?
18       A.   I feel in Mr. Barnett, this wall motion
19  abnormality would be consistent with his initial
20  event in 2002, which is essentially closure of his
21  PDA which supplies the posterobasilar, inferobasilar
22  part of the heart.


[10:9]                  7/26/2006   Karavan 07.17.2006 depo - amended

page 10
9   What does this mean?


[10:11] - [10:20]       7/26/2006   Karavan 07.17.2006 depo - amended

page 10
11           THE WITNESS:  Okay.  It -- it means that,
12  two things, that -- that these -- this statement
13  means two things.  One is the Ramus intermedius is
14  ischemic to the lateral side of the heart making it
15  hypokinesis.
16           He had a non Q wave, what I would term
17  a -- determined to be a non Q wave myocardial
18  infarction on the inferobasilar part of the heart
19  supplied by PDA.  And it was there in 2002 and
20  that's why you see it now.


[10:22] - [10:24]       7/26/2006   Karavan 07.17.2006 depo - amended

page 10
22       Q.   And do -- do you have an opinion one way
23  or another as to whether it is probably gonna stay
24  there?


[11:1] - [11:10]        7/26/2006   Karavan 07.17.2006 depo - amended

page 11
1            THE WITNESS:  He will always have -- at --
2   at this point in time I suspect he will always have
3   a small area of hypokinesis of the basal
4   posterobasilar part of the heart from his initial
5   infarct from four years ago.
6            Overall, in light of the fact that --
7   overall, his ven -- that part of the heart has
8   improved some.  His initial ventriculogram showed a
9   more distinct wall motion abnormality, where you
10  don't see it as clearly now.


[11:12] - [12:1]        7/26/2006   Karavan 07.17.2006 depo - amended

page 11
12       Q.   Okay.  And would the ventriculogram that
13  you did show the back part of the heart?
14       A.   No, sir.  It would not.  It would not show
15  the mid lateral hypokinetic area in -- in -- in this

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

16  posterobasilar inferobasilar area would not show up
17  well on a ventriculogram.
18       Q.   Would it show up on an echocardiogram?
19       A.   Correct, just as it did.
20       Q.   If, in fact, someone has hypokinesis, as
21  Mr. Barnett has, but also has a -- an ejection
22  fraction that's normal and has the level of coronary
23  artery disease that Mr. Barnett has, is there any
24  potential problem in the future with this
25  hypokinesis and the coronary artery disease as it
page 12
1  might affect his heart?

[12:3] - [12:16]          7/26/2006   Karavan 07.2006 depo - amended

page 12
3         THE WITNESS:  Again, the area on the
4  backside, the -- the mid lateral basal lateral I
5  suspect was from this high grade obstruction in the
6  circumflex Ramus vessel which we opened up, and I
7  would be hopeful that this part of the heart would
8  return to pumping more normally.
9         You know, in -- in general, when someone
10  as an overall normally functional heart, again, we
11  always say they have a relatively good prognosis.
12  It's -- obviously, you would not -- if it was your
13  heart, you would want every segment of your heart
14  beating strongly and normally.  And the question is,
15  will this area of hypokinesis have a negative effect
16  on him in the future.

[12:18]          7/26/2006   Karavan 07.17.2006 depo - amended

page 12
18       Q.   Along with his coronary artery disease?

[12:20] - [12:23]          7/26/2006   Karavan 07.17.2006 depo - amended

page 12
20         THE WITNESS:  Well, if you have one wall
21  motion abnormality and have another event and have
22  another wall motion abnormality, then they can
23  certainly add up to be more significant.

[12:25] - [13:10]          7/26/2006   Karavan 07.17.2006 depo - amended

page 12
25       Q.   And do you know whether or not the
page 13
1  coronary artery disease can -- can lead to a
2  subsequent wall motion abnormality?
3       A.   If you have significant obstruction,
4  significant lack of blood flow, then the -- those --
5  whatever area of the heart is affected will not pump
6  normally.
7       Q.   Now, do you know whether or not in your
8  angiogram that you just did on July 10th, 2006
9  Mr. Barnett had premature heart beat or -- or series
10  of premature heart beats?

[13:12] - [13:15]          7/26/2006   Karavan 07.17.2006 depo - amended

page 13
12         THE WITNESS:  He had ventricular premature
13  beats, which can occur when you're inside the heart
14  putting dye in there and it's tickling, stimulating
15  the heart muscle to beat, have extra beats.

**Issues Report [karavan depo 071706]**

• **Pltf Affirm Desig**
[13:17] - [14:15]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 13
17       Q.    So if -- if you have a premature beat, do
18   you know whether or not you -- you have a -- a pause
19   after a premature beat?
20       A.    Basically what can happen when you have
21   PVCs is it allows more time between the subsequent
22   beat, and when that happens, more calcium influx
23   into the myocardial cells, myocytes, cardiomyocytes,
24   and they contract and put stronger or better.  So
25   wall motion does improve what we call post extra
page 14
1    systolic pause.
2        Q.    And could -- do you know whether or not
3    that could in some way mask a wall motion
4    abnormality?
5        A.    The wall motion abnormalities seen on
6    echocardiogram were difficult to -- in the area,
7    that would have been difficult to see in a right
8    ventricular -- right REO ventriculogram.  And post
9    PVC, these wall -- any potential wall motion
10   abnormality would be less apparent.
11       Q.    Going back to the -- the Exhibit 29, your
12   record.  Go to the third page, please, where you
13   have the continuation of your history of present
14   illness.
15       A.    Yeah.
```

[14:18] - [14:19]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 14
18   Would you read into the record Mr -- what you say
19   here beginning, he had an echocardiogram?
```

[14:21] - [15:2]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 14
21       THE WITNESS: He had an echocardiogram
22   that showed an overall normal left ventricular
23   systolic function with mild inferobasal and -- I'm
24   sorry -- mild inferobasal -- I'm sorry.  I'll do it
25   all over.  Normal left ventricular systolic function
page 15
1    with mild inferobasal and posterobasal hypokinesis.
2    More?
```

[15:4] - [15:9]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 15
4        Q.    Yeah.  Go ahead.
5        A.    He has had a stress perfusion study.  He
6    had nine and a half minutes, stopped for fatigue.
7    He had no chest pain.  Peak heart rate is 106.  He
8    had an ejection fraction of 60 percent by nuclear
9    imaging with a small area of inferolateral ischemia.
```

[15:15] - [16:7]          7/26/2006    Karavan 07.17.2006 depo - amended

```
page 15
15       Q.    Well, let me -- will you just tell me what
16   that means, with a small area of inferolateral
17   ischemia?
18       A.    It means the inferolateral portion of the
19   heart was not receiving the proper -- proper blood
20   flow at the time of stress testing, indicating there
21   may be blockage that's affecting blood flow.
22       Q.    What -- what artery feeds to the inferior
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig
     23 wall of the heart?
     24  A. It would be the right coronary heart
     25 generally feeds the inferior portion of the heart.
     page 16
     1  Q. And can you tell us the status of his
     2 right coronary artery today?
     3  A. His native right coronary artery is
     4 totally occluded approximately in the mid vessel.
     5  Q. And can you tell me the -- the status of
     6 his native posterior descending artery today?
     7  A. The -- his -- well, it's totally occluded.

[16:14] - [16:25]   7/26/2006  Karavan 07.17.2006 depo - amended
     page 16
     14  Q. Now, there is a diagonal that -- that goes
     15 to the PDA I think you said?
     16  A. Okay.  There's a -- with regards to the
     17 right coronary artery, he had a graft that went what
     18 we call a natural Y graft sequentially to the two
     19 branches of the distal front of the part of the
     20 right coronary artery, okay.
     21  One graft went to the posterolateral
     22 branch, and that's open.  The other graft sequential
     23 went to the PDA, and that's closed.  The PDA fills
     24 via or through collateral blood vessels from the
     25 left coronary artery.

[17:3]     7/26/2006  Karavan 07.17.2006 depo - amended
     page 17
     3 37?  I'd like to mark this drawing number 37.

[17:11] - [18:6]   7/26/2006  Karavan 07.17.2006 depo - amended
     page 17
     11  In your report that Mr. Goldman went over
     12 regarding your -- your angiogram, what -- what did
     13 you say was the status of the RCA?
     14  A. The native right coronary artery is
     15 totally occluded.
     16  Q. So that's 100 percent?
     17  A. 100 percent.
     18  Q. And the -- the vein graft that goes down
     19 to the -- the PDA, does -- does that feed -- does
     20 that feed the entire area of the heart that is
     21 normally fed by the RCA?
     22  A. The -- no.  There -- there was a -- well,
     23 there was a -- remember, it's a sequential graft.
     24 One limb is open that goes to the, what we call the
     25 posterolateral branch.  The other limb that fills
     page 18
     1 the remainder of the right coronary artery, the PDA,
     2 is closed.
     3  Q. Okay.  Could you maybe mark the parts of
     4 the PDA and the RCA on this Exhibit Number 37 maybe
     5 with -- with an ink pen, blocking out the portions
     6 that are closed?

[18:13] - [18:22]   7/26/2006  Karavan 07.17.2006 depo - amended
     page 18
     13  Okay, the native right coronary artery is
     14 closed in the mid to distal vessel 100 percent, and
     15 then there were -- meaning -- and then subsequently
     16 downstream from that is closed also.
     17  Q. Will you put down the area -- will you
     18 mark in red the areas that are downstream closed?

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
                    19        A.   Okay.  Okay.  The graft was a sequentialed
                    20   or jump graft, and the second portion of it to the
                    21   PDA is closed.  The first portion is fine going to
                    22   the posterolateral branch, which is the first place.
```

[19:2] - [20:19]    7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 19
                    2         Q.   But could you point or show the jury
                    3    what -- what you drew on this document, Exhibit 37?
                    4         A.   This is the right coronary artery, the
                    5    native blood vessel Mr. Barnett was born with.
                    6    It's -- it's -- it starts up here, blood flow comes,
                    7    and then it's closed off.  The bypass grafts are
                    8    designed to go downstream and supply blood around
                    9    the blockage.
                    10        This graft had two limbs or two branches.
                    11   The first branch going to what we call the
                    12   posterolateral branch is open and fine.  The second
                    13   branch going to the PDA or posterior descending
                    14   artery is totally closed.
                    15        Q.   Okay.  And what -- what is -- show --
                    16   point on the RCA the portions that are closed as
                    17   well, point there.
                    18        A.   Well, it comes to -- down a portion of it,
                    19   and then about what we call the mid vessel it's
                    20   totally closed.  As you come down, there would be
                    21   some other branches that have closed.  And you come
                    22   to what we call the bifurcation, and it bifurcates
                    23   into the PDA and then posterolateral branch.
                    24        So all of this is closed to here, and the
                    25   PDA graft is closed.  And the collateral, what we
                    page 20
                    1    call collateral blood vessels from the left coronary
                    2    artery supply blood flow to this PDA.
                    3         Q.   And is the PDA closed still?
                    4         A.   Well, the -- it -- the PDA is closed
                    5    prox -- what we call proximally.  The distal or
                    6    further down parts of the PDA receives blood flow
                    7    through the back door, collateral.
                    8         Q.   So they're -- they're receiving some from
                    9    the bottom but not from the top?
                    10        A.   That's correct.  From the back door, so to
                    11   speak.
                    12        Q.   Okay.  Doctor, I don't know if we can do
                    13   this.  But if we bring these two computers over,
                    14   she's got your two caths and she's got the RCA
                    15   marked and that's your before.  That's the September
                    16   6, '02, and this one is the -- the July 10th, '06.
                    17   So I'd look to put them side by side, and maybe you
                    18   can point it out to the jury.  But we'll get it on
                    19   camera here.
```

[20:24] - [21:9]    7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 20
                    24   you like.  Now -- well, basically this is all you're
                    25   gonna -- this is the 2006 angiogram.  And this is
                    page 21
                    1    the catheter injecting dye into the, what we call
                    2    the right coronary artery.  And this is all you need
                    3    to see for this picture, and that the -- the blood
                    4    vessel fills with dye and is totally closed.  It
                    5    stops right here and should be coming and branching
                    6    out in this manner.  So it's totally closed in the
                    7    mid vessel of the right coronary artery.  That's the
                    8    most recent catheterization of 2006.
                    9         This is the 9/02 catheterization and -- is
```

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

[21:14] - [21:19]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 21
14  But this is the right coronary artery.  You can see
15  that it's -- it's patent through here.  This is
16  where it's closed now, here versus here.  That was
17  open back in 2002 and most of the disease was
18  downstream.  If we can play it and point it out.
19  That, you just need to get rid of that.
```

[22:1] - [22:11]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 22
1         This is the native right coronary artery,
2   as we -- we just pointed out.  Today it's closed
3   right here.  Previously it was open here, came down
4   into what we call the bifurcation, which is
5   occurring right in here.  This is what we call the
6   posterolateral branch, which was open with blockage
7   in it.  And then the PDA, as we said was totally
8   closed, was mainly filling through collateral blood
9   vessels.  So you do not see the PDA coming down here
10  like you normally would.  It's getting collateral
11  filling through the left system.
```

[22:13] - [22:15]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 22
13       Q.   Okay.  So today we have -- this is the
14  July 10th, 2006 cath, right?
15       A.   Correct.
```

[23:4] - [23:15]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 23
4        Q.   Why don't you describe the difference just
5   for the record so I'm not leading you in any way.
6        A.   The initial angiogram from 2002 had a
7   patent right coronary artery with high grade
8   obstruction, what we call down at the bifurcation
9   into the posterolateral branch and the PDA.  Now
10  there's less blood flow down in the native right
11  coronary artery with it totally closed midway
12  through the vessel, no longer supplying what we call
13  antegrade filling to the posterolateral branch or
14  the PDA.
15       Q.   Okay.  Thank you very much, Doctor.  Now,
```

[23:17] - [23:21]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 23
17       In response to a question by Mr. Goldman
18  regarding progression of atherosclerosis, you said
19  something about the potential possible long-term
20  effects of a drug taken by Mr. Barnett in the past.
21  Do you remember that?
```

*[handwritten note:]* Improper Causation Opinion, improper expert allatory opinion, witness is not qualified to talk about Vioxx and its potential alleged effects

[23:23]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 23
23       THE WITNESS:  I do.
```

[24:4] - [24:5]   7/26/2006   Karavan 07.17.2006 depo - amended

```
page 24
4        MR. ROBINSON:  I want to mark Exhibit
5   Number 38.
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig
[24:16] - [24:24]        7/26/2006     Karavan 07.17.2006 depo - amended

page 24
16      Q.     If we go to page -- I think the fourth
17   page of Exhibit 38, I think we went over in your
18   last session, but I want to make sure you say it
19   here today.  You see the date of this document is
20   May 3rd through May 6th, 1998 at the top?
21      A.     Correct.  Right.
22      Q.     Do you see it says Scientific Advisors'
23   Meeting?
24      A.     Right, I do.

[25:3] - [25:7]          7/26/2006     Karavan 07.17.2006 depo - amended

page 25
3       Q.     And so the -- the -- the Merck scientific
4    advisors board addressed the potential for either
5    benefits or adverse consequences of selective
6    inhibition of COX-2 on coronary artery disease.  Did
7    I read that right?

[25:9]                   7/26/2006     Karavan 07.17.2006 depo - amended

page 25
9              THE WITNESS:  You read it correct.

[25:11] - [26:1]         7/26/2006     Karavan 07.17.2006 depo - amended

page 25
11      Q.     Okay.  And then do you -- would you read
12   the next sentence into the record, please?
13      A.     The possible effects of COX-2 inhibition
14   on three separate components of the process leading
15   to coronary ischemic events were considered.  These
16   are, number 1, the development of lipid rich
17   coronary plaques.
18      Q.     Okay.
19      A.     Number 2, the destabilization of the cap
20   of these plaques by inflammatory cells making them
21   rupture prone; and number 3, the thrombotic
22   occlusion of the vessel at the site of plaque
23   rupture with ensuing consequences of ischemia.
24      Q.     Okay.  So, and -- and for the jury,
25   what -- what does that mean, development of lipid
page 26
1    rich coronary plaques, to you as a cardiologist?

[26:3] - [26:5]          7/26/2006     Karavan 07.17.2006 depo - amended

page 26
3              THE WITNESS:  It would imply that
4    potential for the development of atherosclerosis
5    basically.

[26:13] - [26:14]        7/26/2006     Karavan 07.17.2006 depo - amended

page 26
13      Q.     Now, Exhibit 39.  I'll show you Exhibit
14   39, Doctor.  Is there two copies there?  Can you

[27:7] - [27:17]         7/26/2006     Karavan 07.17.2006 depo - amended

page 27
7       Q.     Okay, Doctor, I'd like you to -- to -- do
8    you see that this Exhibit 39 is by Garrett
9    FitzGerald?
10      A.     Yes.

No foundation.
Dr. Karavan never saw this document before his deposition.
If he were in live court, he would not be able to testify about it.
Also calls for improper expert opinion as Karavan is not an expert on Vioxx and cannot talk about causation.

Same objection

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

11      Q.    Summary is coxibs and cardiovascular
12 disease?
13      A.    Yes, sir.
14      Q.    Okay.  And this -- what's the date of that
15 document?
16      A.    This one looks like it's from the New
17 England Journal of Medicine, October 21st, 2004.

*Same objections*

[28:2] - [28:22]     7/26/2006    Karavan 07.17.2006 depo - amended
page 28
2       Q.    Do you see where it says in the last
3 paragraph on the first page:  Thus a single
4 mechanism?
5       A.    Yes, I do.
6       Q.    Can you read that into the record, please?
7       A.    Thus a single mechanism, depression of
8 prostaglandin I2 formation might be expected to
9 elevate blood pressure, accelerate atherogenesis in
10 predisposed patients receiving coxibs to an
11 exaggerated thrombotic response to the rupture of an
12 atherogen -- atherosclerotic plaque.
13      Q.    Could you read the next sentence, please,
14 sir?
15      A.    The higher a patient's intrinsic risk of
16 cardiovascular disease, the more likely it would be
17 that such a hazard would manifest itself rapidly in
18 the form of a clinical event.
19      Q.    Okay.  As a cardiologist treating
20 Mr. Barnett, what -- what does it mean to you when
21 it says might be expected to -- to elevate blood
22 pressure, accelerate atherogenesis?

[28:24] - [29:1]     7/26/2006    Karavan 07.17.2006 depo - amended
page 28
24           THE WITNESS:  If a person has -- is taking
25 a drug that can do these things, then there would be
page 29
1 a lot of concern.

[29:3] - [29:7]     7/26/2006    Karavan 07.17.2006 depo - amended
page 29
3       Q.    And when it says the higher the -- a
4 patient's intrinsic risk of cardiovascular disease,
5 the more likely it would be that such a hazard would
6 manifest itself rapidly in the form of a -- of a
7 clinical event, what does that mean to you?

[29:9] - [29:11]     7/26/2006    Karavan 07.17.2006 depo - amended
page 29
9            THE WITNESS:  It would -- it means -- if
10 that's true, it means that a patient such as
11 Mr. Barnett would be in -- included in that risk.

[30:6] - [30:7]     7/26/2006    Karavan 07.17.2006 depo - amended
page 30
6       Q.    Would you go to the last paragraph of this
7 article?

[30:12] - [31:7]     7/26/2006    Karavan 07.17.2006 depo - amended
page 30
12      A.    Sorry.  I gotcha.  Patients in the
13 approved studies should continue to be followed.

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

```
                    14   This will allow some estimate of how quickly the
                    15   development of risk may dissipate.  Given the
                    16   relatively short half lives of these compounds, such
                    17   a dissipation may occur rapidly.  On the other hand,
                    18   if treatment has accelerated atherosclerosis, the
                    19   offset of risk may be more gradually.  Finally, it
                    20   is essential to determine whether the cardiovascular
                    21   risk is or is not a class effect.  The burden --
                    22      Q.   Okay.  Go -- go ahead.
                    23      A.   The burden of proof now rests with those
                    24   who claim that this is a problem for rofox --
                    25      Q.   Rofecoxib.
                 page 31
                    1       A.   -- rofecoxib alone and does not extend to
                    2    other coxibs.  We must remember that the absence of
                    3    evidence is not the evidence of absence.
                    4       Q.   Okay.  Now, when they say we should follow
                    5    the people in the approved study regarding
                    6    dissipation of the risk to evaluate for accelerated
                    7    atherosclerosis, what does that mean to you?
```

Same objections

[31:9] - [31:13]        7/26/2006    Karavan 07.17.2006 depo - amended
```
                 page 31
                    9         THE WITNESS:  If a drug has potential for
                    10   atherosclerosis, then you may not see -- you may see
                    11   it present itself early with thrombosis or you may
                    12   see it present itself later with progressive
                    13   atherosclerosis at a later date.
```

[31:15] - [31:21]       7/26/2006    Karavan 07.17.2006 depo - amended
```
                 page 31
                    15      Q.   And when he's saying that the patients in
                    16   the approved study, is that the study that you read?
                    17   I think you told us the previous --
                    18      A.   I read the approved study before.  I guess
                    19   what he's saying is that they need to be followed
                    20   because of the fact the -- there may be a prolonged
                    21   effect, including atherogenesis, down the road.
```

[31:24] - [31:25]       7/26/2006    Karavan 07.17.2006 depo - amended
```
                 page 31
                    24         MR. ROBINSON:  Let me show you the next
                    25   exhibit.  I only have one copy.  Andy knows this
```

Same Objections

[32:25] - [33:8]        7/26/2006    Karavan 07.17.2006 depo - amended
```
                 page 32
                    25      Q.   Going to page 2, which is page 65 of this
                 page 33
                    1    Exhibit Number 40, you see the -- that it was
                    2    updated on May 26th, 2006?
                    3       A.   Right.
                    4       Q.   And if we go to table C14 and look at the
                    5    people that were followed up in the approved study
                    6    for the first six months after this continuation of
                    7    the drug, can you read in the rofecoxib versus
                    8    placebo numbers and the relative risks, please?
```

[33:10] - [33:11]       7/26/2006    Karavan 07.17.2006 depo - amended
```
                 page 33
                    10         THE WITNESS:  Okay.  So the -- as I see
                    11   this, and you want it for the first six months?
```

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[33:14] - [33:17]     7/26/2006    Karavan 07.17.2006 depo - amended

page 33
14        A.    Events -- events per patient years.  These
15   events are -- I'm assuming are all events, which
16   would include cardiac events.  Is this correct?
17   Let's see.

[34:7] - [34:11]     7/26/2006    Karavan 07.17.2006 depo - amended

page 34
7             THE WITNESS:  What is the event rate at
8    six months between rofecoxib versus placebo.  And
9    the event rate was 11 out of 537 for the rofecoxib
10   versus 3 out of over 450 -- 548, I'm sorry, with
11   relative risk of 3.74.

[34:13] - [34:14]     7/26/2006    Karavan 07.17.2006 depo - amended

page 34
13        Q.    And is that statistically significant in
14   the right column there?

[34:16] - [34:17]     7/26/2006    Karavan 07.17.2006 depo - amended

page 34
16             THE WITNESS:  That would be statistically
17   significant for these events.

[35:4] - [35:18]     7/26/2006    Karavan 07.17.2006 depo - amended

page 35
4         Q.    And -- but have -- had you ever seen that
5    at the time of your last deposition?
6         A.    No, because that was -- this is subsequent
7    to that.  This is 5/26/06.
8         Q.    And the -- now, given that there is
9    this -- this true follow-up data that I've shown you
10   and given that the -- the other document that I
11   showed you that actually talks about the potential
12   for Vioxx causing atherosclerosis, okay, if -- if,
13   in fact, there is a potential for Vioxx to -- to
14   cause atherosclerosis or to build up
15   atherosclerosis, do you have an opinion as to how
16   this may play a part in Mr. Barnett's course over
17   the last several years since he -- he was -- has
18   been taking Vioxx?

[35:25] - [36:6]     7/26/2006    Karavan 07.17.2006 depo - amended

page 35
25             THE WITNESS:  If -- if a -- a patient such
page 36
1    as Mr. Barnett were taking a drug that promoted
2    ath -- thrombotic events, atherosclerosis, given his
3    underlying substrate, so to speak, risk factors,
4    then he would be at potential risk for -- for
5    cardiac events and progressive atherosclerosis, if
6    that -- if that's the case.

[36:8] - [36:13]     7/26/2006    Karavan 07.17.2006 depo - amended

page 36
8         Q.    If, in fact, Vioxx can, number one, cause
9    heart attacks and can accelerate atherosclerosis,
10   do -- do you have an opinion as to whether Vioxx and
11   Mr. Barnett's preexisting coronary artery disease
12   were potentially joint contributing causes to his

*Same objections* (handwritten)

**Issues Report [karavan depo 071706]**

• **Pltf Affirm Desig**

13  heart attack?

[36:19] - [36:24]    7/26/2006    Karavan 07.17.2006 depo - amended

page 36
19          THE WITNESS:  Again, if a drug, a drug
20  causes potential for atherosclerosis, thrombotic
21  events, Mr. Barnett would be definitely at risk for
22  those complications given his genes, hyperlipidemia
23  and substrate for development of coronary artery
24  disease.

*Same objections*

[37:1] - [37:4]    7/26/2006    Karavan 07.17.2006 depo - amended

page 37
1          Q.   And if, in fact, Vioxx does cause heart
2  attacks and accelerated atherosclerosis, how would
3  the Vioxx work on -- on Mr. Barnett's substrate, as
4  you put it?

[37:9] - [37:12]    7/26/2006    Karavan 07.17.2006 depo - amended

page 37
9          A.   It would potentially do all the things
10  we're talking about and make his disease process
11  progressive and potentially to heart attack and more
12  blockage.

[37:16] - [37:17]    7/26/2006    Karavan 07.17.2006 depo - amended

page 37
16  he had had a subsequent heart attack or not.  And is
17  there such a thing as a silent heart attack?

[37:19] - [37:22]    7/26/2006    Karavan 07.17.2006 depo - amended

page 37
19          THE WITNESS:  There is such a thing as a
20  silent heart attack.  It is felt that maybe 20
21  percent of cardiac heart attacks can be undiagnosed,
22  unrecognized, silent, whatever you want to call it.

[37:24] - [38:3]    7/26/2006    Karavan 07.17.2006 depo - amended

page 37
24          Q.   Okay.  And if -- if someone does have a
25  thrombosis maybe two years ago, do you know whether
page 38
1  or not that the thrombosis could -- could be flushed
2  away or -- or in some way resolved over some time
3  period?

*assumes facts not in evidence (no evidence that there was a thrombosis two years ago)*

[38:5] - [38:7]    7/26/2006    Karavan 07.17.2006 depo - amended

page 38
5          THE WITNESS:  You can have what we call
6  autolysis and resolution of thrombus in vessels from
7  any point in time.

[39:20] - [40:1]    7/26/2006    Karavan 07.17.2006 depo - amended

page 39
20          Q.   Let me ask you this:  Was the -- was the
21  Ramus saphenous vein graft the graft that was
22  occluded?
23          A.   Correct.
24          Q.   And remember in the echocardiogram

**Issues Report [karavan depo 071706]**

- **Pltf Affirm Desig**

25   there -- there was some wall motion abnormalities;
page 40
1   is that right?

[40:3] - [40:4]          7/26/2006    Karavan 07.17.2006 depo - amended

page 40
3           THE WITNESS:  What we call mid basal and
4   lateral segment, uh-huh.

[40:6] - [40:7]          7/26/2006    Karavan 07.17.2006 depo - amended

page 40
6       Q.   Would -- would that be consistent with
7   a -- a possible occlusion to the -- to the Ramus?

[40:9] - [40:17]         7/26/2006    Karavan 07.17.2006 depo - amended

page 40
9           THE WITNESS:  I felt that most likely that
10  area was ischemic, giving him that wall motion
11  abnormality.  The vessel was patent.  It wasn't 100
12  percent closed, and it was said to be ischemic, not
13  scarred on his perfusion study.  So I think the wall
14  motion could be attributed to that vessel.
15          Did he have a heart attack there?  The --
16  if he did, it wasn't a big one.  I can tell you
17  that.

[40:25]                  7/26/2006    Karavan 07.17.2006 depo - amended

page 40
25      Q.   Is it possible that he had a small one?

[41:2] - [41:5]          7/26/2006    Karavan 07.17.2006 depo - amended

page 41
2           THE WITNESS:  Given the fact that he has a
3   small wall motion abnormality, it's consistent -- it
4   is possible that he might have had a small heart
5   attack in that area.

[50:14] - [50:19]        7/26/2006    Karavan 07.17.2006 depo - amended

page 50
14      Q.   You can't draw any conclusions about
15  whether Vioxx causes atherosclerosis or its
16  progression after patients stop it, true, based on
17  this?
18      A.   I think that it maybe raises the
19  suspicion.  How's that?

[70:19] - [71:2]         7/26/2006    Karavan 07.17.2006 depo - amended

page 70
19      Q.   And you haven't seen any permanent
20  scarring in Mr. Barnett's heart, have you, sir?
21      A.   That -- that -- that would be correct.
22      Q.   I'm sorry.  What did you say?
23      A.   That would be correct -- correct.  The
24  only addendum to that would be he -- he does have a
25  small wall motion abnormality in the inferobasilar
page 71
1   part of the heart that could be consistent with a
2   very small scar.

Karavan should not be allowed to testify about Vioxx and its effects because he is not an expert on Vioxx

Issues Report [karavan depo 071706]

• **Pltf Affirm Desig**

[100:25] - [101:3]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 100
25          Q.    Given the amount of plaques that he's got,
page 101
1    CAD, would you be able to compare his prognosis
2    versus a person who does not have this level of
3    plaque?
```

[101:5] - [101:16]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 101
5               THE WITNESS:  I think he -- the --
6    clinically, the thing that would be most worrisome
7    is that he has somewhat diffuse -- of a diffuse
8    process and progression of that process is -- would
9    be -- more progression of it is the main concern to
10   me.
11              He, again, given the fact that his heart
12   pumps normally and the overall blood flow is
13   probably normal now, it was only mildly diminished,
14   that still would overall give him a good prognosis,
15   but I am concerned about his total plaque burden and
16   that progression.
```

[101:21] - [101:23]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 101
21          Q.    Do you have an opinion as to whether or
22   not that total plaque burden could shorten his life
23   expectancy?
```

[101:25] - [102:9]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 101
25              THE WITNESS:  Well, one of the hardest
page 102
1    things in my mind is to tell someone how long
2    they're gonna live or have to live and the -- but
3    the amount of plaque burden would be one of the
4    things I'd be concerned about.
5               He certainly, from a cardiac standpoint,
6    would not have the same prognosis of someone that
7    had more simple, you know, less diffuse disease.  I
8    think he has a different prognosis than someone like
9    that.  I would not put a number on it.
```

[102:11] - [102:12]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 102
11          Q.    Would it be a shorter life, without
12   putting a number on it?
```

[102:15] - [102:18]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 102
15              THE WITNESS:  The -- I think that, again,
16   people that have more discreet lesions, less diffuse
17   disease have a better prognosis than someone that
18   has the amount of diffuse plaquing that he has.
```

[102:20] - [102:24]       7/26/2006    Karavan 07.17.2006 depo - amended

```
page 102
20          Q.    Okay.  Counsel asked you some questions
21   regarding stress.  I mean, when we were talking
22   about chest pain before you did -- did the stent, do
23   you have an opinion as to the most likely source of
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

24  his chest pain before you did his -- the stent?

[103:1] - [103:3]        7/26/2006    Karavan 07.17.2006 depo - amended
                         page 103
                         1              THE WITNESS:  I think, looking back, and I
                         2       think he was having some degree of angina
                         3       discomfort, okay.

[103:5] - [103:6]        7/26/2006    Karavan 07.17.2006 depo - amended
                         page 103
                         5        Q.    What -- what was that due to?
                         6              MR. GOLDMAN:  Object to the form.

[103:7] - [103:20]       7/26/2006    Karavan 07.17.2006 depo - amended
                         page 103
                         7              THE WITNESS:  I think the culprit lesion
                         8       is gonna be this circumflex Ramus intermedius that
                         9       was stented.  He has some small branch disease that
                         10      we talked about that potentially could give someone
                         11      angina.  In my opinion, it's -- those vessels
                         12      clinically are insignificant and clinically silent.
                         13              I'm not gonna sit here and say it's
                         14      impossible that he get -- not have some angina from
                         15      these small vessels, but unlikely.  The -- with
                         16      exertion this -- there's potential that he could
                         17      outstrip the collateral filling of his PDA and have
                         18      potential -- some angina in the -- from the region
                         19      of the PDA.  So those would be the potential
                         20      sources.

[103:23] - [104:3]       7/26/2006    Karavan 07.17.2006 depo - amended
                         page 103
                         23              The -- the chest pain that he had this
                         24      spring and that he had in June before you did the
                         25      cath, looking back, based on your results of the
                         page 104
                         1       cath, can you give an opinion now looking back as to
                         2       what the most likely cause of that pain that he was
                         3       experiencing in his chest was?

[104:5] - [104:7]        7/26/2006    Karavan 07.17.2006 depo - amended
                         page 104
                         5              THE WITNESS:  I think some of the
                         6       discomfort he was having probably since the spring
                         7       and May and June was a form of angina.

[104:9] - [104:13]       7/26/2006    Karavan 07.17.2006 depo - amended
                         page 104
                         9        Q.    And that's from what area of his heart?
                         10       A.    Again, I would say the most likely area
                         11      would be this Ramus intermedius.
                         12       Q.    That's the area you stented?
                         13       A.    Correct.

[105:4] - [105:15]       7/26/2006    Karavan 07.17.2006 depo - amended
                         page 105
                         4        Q.    But the R -- would -- would you agree that
                         5       the RCA is the main part of that branch?
                         6        A.    Right, the main branch -- the main trunk
                         7       is the right coronary artery and the branches are
                         8       posterolateral branch and the PDA.

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
9      Q.    And was the RCA back in September of '02
10  substantially blocked or occluded?
11      A.    Only distally at the bifurcation area into
12  the two branches.
13      Q.    Okay.  So today is the RCA occluded?
14      A.    The mid -- essentially the middle portion
15  is closed at the midportion down.
```

[106:15] - [106:21]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 106
15      Q.    Okay.  Now, counsel asked you a question
16  about whether or not you think he had a heart --
17  second heart attack, but earlier when I asked you a
18  question you -- you conceded that it was possible
19  that the Ramus occlusion before your stent may have
20  been a site of a potential silent heart attack.  Is
21  that what you said?
```

[107:6] - [107:19]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 107
6       A.    Okay.  His -- his echogram shows a little
7   mid lateral basal hypokinesis, and I feel clinically
8   that represents an ischemic area from the Ramus
9   intermedius, okay, because if a portion of the heart
10  is not getting the proper blood flow, it -- there's
11  a -- there's a potential for it not to perform
12  properly.  That doesn't necessarily mean it's
13  damaged, scarred or heart attack, okay.
14          I feel, like I said, that that was an
15  ischemic area giving you an area of hypokinesis.
16  Could it be -- can I sit here and say 100 percent
17  that he's never had any damage to this small area?
18  No, I can't.  Clinically I felt it was an area of
19  ischemia from that -- that stenosis.
```

[108:17] - [109:9]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 108
17          Well, explain how doctors actually
18  determine that there might be an area of scar in the
19  heart?
20      A.    Okay.  You -- you have a couple things.
21  One is you measure blood flow to the area.  Scar
22  tissue generally is dead tissue, generally, okay.
23  It's not alive.  It doesn't take up these Cardiolite
24  imagings and thallium or whatever, and so he -- none
25  of his -- and this is what we call viable, alive,
page 109
1   okay.  So the scans have shown viability to all of
2   his heart, okay.
3           Then you -- then you -- then you look at
4   wall motion, okay, and he has had some areas of
5   hypokinesis.  And could there have been some small
6   event, potentially some small heart attack that
7   causes him to be hypokinetic without -- without
8   causing a scar formation, that sort of thing?  It's
9   possible on a small, very small level.
```

[109:15] - [110:14]      7/26/2006    Karavan 07.17.2006 depo - amended

```
page 109
15      Q.    Right.  Sure.  Can you tell me this, is it
16  true that the vast majority of heart attacks are due
17  to plaque rupture?  Is that true?
18      A.    I would agree with that.
19      Q.    Okay.  And why don't you explain to the
```

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
                    20  jury how that happens with plaque rupture and heart
                    21  attack?
                    22       A.    Well, it has to do with this -- along with
                    23  these documents, you have a fibrous cap that thins
                    24  and -- and it -- and it cracks and -- for whatever
                    25  reason, and when that fibrous plaque cracks, exposes
                    page 110
                    1   the atheroma, the lipid laden atheroma to the
                    2   bloodstream, and when this fissure or crack occurs,
                    3   then all these products are exposed to the
                    4   bloodstream, and when that happens the clotting
                    5   cascade and platelet aggregation and all this is
                    6   precipitated and you get acute thrombotic heart
                    7   attack.
                    8        Q.    Okay.  Leave -- leave Vioxx aside for a
                    9   second.  If -- if the studies show that a particular
                    10  drug causes heart attacks and the majority of heart
                    11  attacks include plaque rupture, would it be
                    12  reasonable or not that the -- the drug that's
                    13  associated with the heart attack is -- is also
                    14  likely associated with plaque rupture?
```

[110:19] - [111:3]    7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 110
                    19       A.    If a drug -- it could seem that if a drug
                    20  was associated with heart attacks seeing how the
                    21  common theme, the common reason or the most common
                    22  would be some type of thrombotic event, then the
                    23  drug would potentially be associated with it.
                    24            There are other ways of having heart
                    25  attacks: spasm and vascuous spasm and things like
                    page 111
                    1   this, so ... but there would be or that would be
                    2   the -- I think that would be the most -- one of the
                    3   most common reasons for it to occur if it happened.
```

[117:16] - [119:3]    7/26/2006   Karavan 07.17.2006 depo - amended

```
                    page 117
                    16  If you look at the -- this is a report -- exhibit
                    17  that we previously marked in the prior deposition.
                    18  Will you read into the record -- I think this is the
                    19  operative report from Dr. Bryan regarding the vein
                    20  graft.  Would you read into the record the -- the
                    21  yellow portion of it, and please show counsel what
                    22  you're reading?  It's from the --
                    23       A.    It's the report from Dr. Bryan 9/02, I
                    24  guess.
                    25       Q.    Yes.  9/10.
                    page 118
                    1        A.    Okay.  Would you like me to read this
                    2   paragraph?
                    3        Q.    Could you read into the record?
                    4        A.    The heart was elevated and a saphenous
                    5   vein graft anastomosis was performed to the --
                    6   saphenous vein graft anastomosis was performed to
                    7   the 1.8 millimeter second diagonal branch of the
                    8   LAD.  The first diagonal was examined and found to
                    9   be too small for grafting.  The second vein graft
                    10  anastomosis constructed was to a 1.8 millimeter
                    11  Ramus intermedius.  Both vein graft anastomosis were
                    12  probed and patent at their completion.  Cardioplegia
                    13  was injected down these two vein grafts to insure
                    14  good runoff as well as to insure against leaks.  The
                    15  peak -- the posterior descending and left
                    16  ventricular branches of the right coronary artery
                    17  were then grafted employing a natural wide portion
```

*[Handwritten annotation:]* Improper Causation opinion, improper expert testimony. Dr. Karavan is not an expert on Vioxx, or on how drugs could be associated with plaque rupture.

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

```
18  of the saphenous vein graft.  The proximal portion
19  was placed to the PDA.  The distal to the left
20  ventricular branch.  Both anastomosis were probed
21  and patent at their completion.  Additional
22  cardioplegia was infused down each limb of the graft
23  to ensure good runoff as well as to ensure against
24  leaks.
25       Q.   Okay.  Now, in terms of -- of the cause of
page 119
1   the occlusion or failure of the -- the graft, from
2   that report, can we rule out the technical aspect
3   that you talked about and the outflow aspects?
```

[119:7] - [119:15]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 119
7            THE WITNESS:  You know, we see acute graft
8   closure sometimes, and all the reports are always --
9   say they do these things.  In acute graft -- I mean,
10  if you have acute graft closure, which would --
11  could be a runoff problem or a stitch problem or a
12  thrombosis problem.
13           So he felt that there was a pretty good
14  flow, and also the surgeon at least thought he had
15  done a good job.
```

[120:24] - [120:25]      7/26/2006   Karavan 07.17.2006 depo - amended

```
page 120
24  start over here.  Did -- did -- from what you've
25  read, did Vioxx have a pro-thrombotic nature to it?
```

[121:6] - [121:8]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 121
6       A.   From what I read, there's the general
7   concern that there may be a pro-thrombotic effect in
8   Vioxx.
```

[121:16] - [121:18]      7/26/2006   Karavan 07.17.2006 depo - amended

```
page 121
16           Can you tell me if it is possible that --
17  that Vioxx could be a possible cause of the closing
18  of the -- of the vein graft?
```

[122:7] - [122:14]       7/26/2006   Karavan 07.17.2006 depo - amended

```
page 122
7       A.   Okay.  You know, the -- as I understand
8   it, the general concern is increased cardiovascular
9   events with Vioxx, okay.  The etiology of it, as I
10  understand, is not totally known, and therefore
11  anyone on Vioxx has the potential for increased
12  cardiovascular event, including MI.
13      Q.   MI is a heart attack, for the jury?
14      A.   Myocardial infarction.
```

[122:19] - [122:20]      7/26/2006   Karavan 07.17.2006 depo - amended

```
page 122
19      Q.   Would that -- would that include Mr.
20  Barnett?
```

[123:6] - [123:8]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 123
6       A.   Mr. Barnett was on Vioxx, and that would
```

Calls for speculation, improper expert opinion, and for a causation opinion regarding Vioxx. Dr. Karavan said he spent two hours reviewing Cox-2 literature. That is not enough time to become an expert in Vioxx.

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

7   be the concern if that drug is associated with any          ⎤  *Same objection*
8   problem like that.                                           ⎦

[123:17] - [123:18]        7/26/2006    Karavan 07.17.2006 depo - amended
                           page 123
                           17      Q.    Strike that.  Did lawsuit stress cause the
                           18  occlusion --

[123:21] - [123:24]        7/26/2006    Karavan 07.17.2006 depo - amended
                           page 123
                           21      Q.    -- of his -- of his vessels?
                           22      A.    I think that's -- in all honesty, I think
                           23  it's unlikely that the stress of his lawsuit would
                           24  cause him to have an occlusion.

[124:5] - [124:8]          7/26/2006    Karavan 07.17.2006 depo - amended
                           page 124
                           5       Q.    You know, let me ask you this.  She wants
                           6   me to show you this totally -- totally occluded vein
                           7   graft and ask you if he's getting any flow from it.
                           8   Go ahead.

[124:14] - [124:22]        7/26/2006    Karavan 07.17.2006 depo - amended
                           page 124
                           14          THE WITNESS:  This is the closed vein
                           15  graft of the Ramus intermedius.  No flow whatsoever.
                           16  It's just a little bit of a nub.  You can barely see
                           17  it.  That little circular thing where the dye is
                           18  hanging up just a little bit, that's what a -- a
                           19  closed vein graft looks.  That's where the surgeon
                           20  sewed it to the wall of the aorta.  It's supposed to
                           21  come down and feed blood to the heart.  It's not
                           22  doing it.  It's 100 percent closed.

[124:24] - [125:2]         7/26/2006    Karavan 07.17.2006 depo - amended
                           page 124
                           24      Q.    Is he getting any blood --
                           25      A.    100 percent closed.  No blood.
                           page 125
                           1       Q.    Is he getting any blood to that part of
                           2   the heart?

[125:4] - [125:8]          7/26/2006    Karavan 07.17.2006 depo - amended
                           page 125
                           4          THE WITNESS:  Through the native blood
                           5   vessels that has a 80 percent or so blockage in it,
                           6   so he's getting blood flow through a stenotic or
                           7   narrow vessel.  And in my opinion, that's why he was
                           8   having angina.

[125:15] - [125:17]        7/26/2006    Karavan 07.17.2006 depo - amended
                           page 125
                           15          Q.    This will help the jury see that this       ⎤  *Leading*
                           16  is -- was the cause of the pain he was having in his         *independent*
                           17  chest?                                                        *witness*

[125:19] - [125:22]        7/26/2006    Karavan 07.17.2006 depo - amended
                           page 125
                           19          THE WITNESS:  I think that is the source

Issues Report [karavan depo 071706]

• Pltf Affirm Desig

20 of his angina, the fact that this graft is closed
21 and there -- there was a -- still a tight blockage
22 in the Ramus intermedius vessel.

[135:9] - [135:20]     7/26/2006   Karavan 07.17.2006 depo - amended
page 135
9        Q.    The last thing -- I'm gonna get the last
10 word here.  First of all, you said something about a
11 surgeon hold it in their hands.  So sometimes they
12 do pick up the heart and hold it in their hands?
13       A.    They evaluate it when they're in the
14 operating room.
15       Q.    And so they actually have their hands on
16 the heart?
17       A.    Yes, sir.
18       Q.    Okay.  And you'd expect that that -- that
19 that would be typical of, say, Dr. Bryan or any
20 surgeon, right?

[135:22] - [135:24]    7/26/2006   Karavan 07.17.2006 depo - amended
page 135
22              THE WITNESS:  They would hold it --
23 they -- that's correct.  They touch the heart when
24 they're operating.

*Leading independent third-party witness*

[136:16] - [136:20]    7/26/2006   Karavan 07.17.2006 depo - amended
page 136
16       Q.    In terms of the -- the -- of the coronary
17 artery disease in Mr. Barnett, can you, say, for
18 example, just take each area?  We'll take the left
19 main.  Is there -- is there more coronary artery
20 disease in July of 2006 versus September of 2002?

[136:23] - [136:25]    7/26/2006   Karavan 07.17.2006 depo - amended
page 136
23              THE WITNESS:  Okay.  In general, as far as
24 the amount of atherosclerosis, plaque burden, that
25 sort of thing?

*Beyond the scope of cross exam*

[137:2] - [137:4]      7/26/2006   Karavan 07.17.2006 depo - amended
page 137
2        Q.    Yes.
3        A.    I think, in general, he probably has a
4 greater burden now than he did four years ago.

[137:17] - [137:18]    7/26/2006   Karavan 07.17.2006 depo - amended
page 137
17       Q.    That would be -- would that be true -- I'm
18 just gonna take you through quickly -- the LAD?

[137:21] - [137:22]    7/26/2006   Karavan 07.17.2006 depo - amended
page 137
21              THE WITNESS:  I would agree, it's probably
22 worse.

[137:24] - [137:25]    7/26/2006   Karavan 07.17.2006 depo - amended
page 137
24       Q.    Would it be true for the -- with the
25 diagonals off the LAD?

Issues Report [karavan depo 071706]

**• Pltf Affirm Desig**

[138:3]              7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     3            THE WITNESS:  Correct.

[138:5] - [138:6]    7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     5        Q.    Would it be true for the Ramus
                     6    intermedius?

[138:9] - [138:12]   7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     9            THE WITNESS:  We went through this before.
                     10   I'm gonna go through my evaluation before and --
                     11   yeah, I think for the Ramus, too, more -- a little
                     12   bit longer disease.

[138:14] - [138:15]  7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     14       Q.    Would it be true for the right coronary
                     15   artery?

[138:17]             7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     17           THE WITNESS:  Yes.

[138:19] - [138:20]  7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     19       Q.    Would it be true for the posterolateral
                     20   branch?

[138:23]             7/26/2006    Karavan 07.17.2006 depo - amended
                     page 138
                     23           THE WITNESS:  That would be correct.

*Same objection*

# EXHIBIT B

Issues Report [karavan depo 071706]

• Pltf cond'l desig

[41:7] - [41:16]        7/26/2006    Karavan 07.17.2006 depo - amended
                        page 41
                        7      Q.    Okay.  Now, let me ask you this:  Just in
                        8  terms of -- I'm trying to go over -- before your
                        9  last deposition did you meet with me?
                        10      A.    No, sir.
                        11      Q.    Okay.  So the first time we met before a
                        12  deposition was yesterday; is that right?
                        13      A.    Correct.
                        14      Q.    And what did we discuss yesterday?
                        15      A.    Basically the same sort of topics we're
                        16  discussing here at this dep -- deposition.

[41:18] - [41:23]       7/26/2006    Karavan 07.17.2006 depo - amended
                        page 41
                        18            Did we go over the cath?
                        19      A.    We went over his recent studies, correct.
                        20  Uh-huh.
                        21      Q.    Okay.  And did you -- is there anything
                        22  you said yesterday to me that you haven't said today
                        23  in your deposition?

[41:25] - [42:1]        7/26/2006    Karavan 07.17.2006 depo - amended
                        page 41
                        25            THE WITNESS:  I'm -- I'm -- I'm sure there
                        page 42
                        1  is.  I'm just not -- I'm not sure what it is.

[111:16] - [112:7]      7/26/2006    Karavan 07.17.2006 depo - amended
                        page 111
                        16      Q.    Now, is there anything wrong in your mind
                        17  with Dr. Zipes doing some studies as a legal expert
                        18  that's gonna testify in -- in a trial just so he --
                        19  he can know what's going on with a particular
                        20  plaintiff in a case?
                        21      A.    If I were to testify about a patient's
                        22  condition, heart condition, whatever speciality
                        23  you're in, then I think I'd want to know what the
                        24  most recent -- I'd -- I'd -- I would want to know a
                        25  recent evaluation if I'm gonna testify about his
                        page 112
                        1  condition.
                        2      Q.    And -- and if counsel in this case asked
                        3  Dr. Zipes in deposition do you think he needs --
                        4  that Mr. Barnett needs a cath done and Dr. Zipes
                        5  said, well, I don't know; maybe after, you know,
                        6  after the lawsuit, he wasn't sure, is that an
                        7  unreasonable position?

[112:12] - [112:25]     7/26/2006    Karavan 07.17.2006 depo - amended
                        page 112
                        12            THE WITNESS:  Well, I mean, the decision
                        13  to make a heart catheterization, again, is a --
                        14  basically a clinical condition, okay, depending on
                        15  how you -- you know, the condition of the patient
                        16  and how you view them as a physician, cardiologists,
                        17  and it's not based on one lab test or this lab test.
                        18            His -- I can tell you that when I saw
                        19  Mr. Barnett I did not recommend heart
                        20  catheterization the day I saw him because I
                        21  clinically didn't feel that -- that -- that his
                        22  condition at the time called for it, and that's why

*[handwritten note:]* Merck did not designate the other areas of Karavan's testimony that related to Dr. Zipes doing tests on Mr. Barnett. If Plaintiff makes this conditional designation an actual designation, Merck will counter-designate related testimony

Issues Report [karavan depo 071706]

• Pltf cond'l desig

```
23   I sent him home and we paid close attention to his
24   symptoms.  And then as he had angina on the
25   treadmill, we performed a heart cath on him.
```

[114:10] - [115:4]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 114
10          Is it or is it not true that the tests
11   that Dr. Zipes had done there in Indiana did
12   actually point out the eventual occlusion that you
13   found in your cath?
14       A.   Yes, in that it showed the graft to the
15   Ramus was closed and he had a residual high grade
16   lesion in the Ramus that was stented.
17       Q.   So whether or not Dr. Zipes was doing this
18   legally for a case, would -- would -- did -- did
19   his, the results of his test help you as his -- as
20   his treater?
21       A.   The -- I would say it was the impetus for
22   him to call to get followed up, talk about his
23   symptoms, talk about results with the tests and get
24   treated.
25       Q.   And would you say that Dr -- because of --
page 115
1    of the results of Dr. Zipes' tests and then your
2    subsequent cath and your subsequent stenting, that
3    Dr. Zipes and you combined to make Mr. Barnett
4    better off today than he was, say, before July 10th?
```

*Same response*

[115:6] - [115:9]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 115
6          THE WITNESS:  Yes.  I think the fact that
7    he had these studies done alerted everyone to the
8    fact there may be something going on and brought it
9    to mine and his and the patient's attention.
```

[115:11] - [115:17]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 115
11       Q.   By the way, I don't know if you know this,
12   but do you know anything about Dr. Zipes' reputation
13   as a cardiologist?
14       A.   I -- I know -- of course, being a
15   cardiologist, I've heard of him and I know of his
16   reputation, and he's a well respected cardiologist.
17       Q.   In your community, right?
```

[115:21] - [115:23]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 115
21       Q.   Okay.  And by your community, I'm talking
22   about the cardiology community, right?
23       A.   Cardiology.  Right.  Yes, sir.
```

[125:24] - [126:4]        7/26/2006   Karavan 07.17.2006 depo - amended

```
page 125
24       Q.   By the way, do I get any credit -- maybe
25   Mr. Barnett will give it to me -- for sending you
page 126
1    these -- these -- the tests that led to your cath?
2        A.   You were the one that sent them to me
3    because you were concerned about the fact that he
4    had a area of ischemia and a closed graft.
```

*Same response*

EXHIBIT C

**Merck Affirmative Designations**
**Mark Karavan – July 17, 2006 Trial Deposition**

42:20 - 44:6          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 42
20          Q.   Good afternoon, Dr. Karavan.
21          A.   Yes, sir.
22          Q.   You and I met last May, May 4th of 2006.
23     Do you remember that?
24          A.   Correct.
25          Q.   And that was when I asked you questions in
page 43
1      your deposition.  That was only two months ago --
2           A.   Right.
3           Q.   -- right?  And I asked you questions then.
4      And you remember that I was not allowed to meet with
5      you before your deposition last time, correct?
6           A.   Uh-huh.  Correct.
7           Q.   And I was not allowed to meet with you, or
8      anybody representing Merck was not allowed to meet
9      with you before today's deposition, right?
10          A.   Correct.
11          Q.   Mr. Robinson, though, and his team had a
12     chance to meet with you yesterday, didn't they?
13          A.   Correct.
14          Q.   How many people met with you?
15          A.   Two.
16          Q.   Who was there?
17          A.   These first two, Mr. Robinson and -- I'm
18     sorry.
19               MR. ROBINSON:  Cynthia Garber.
20     BY MR. GOLDMAN:
21          Q.   Cynthia Garber?
22          A.   Yes.
23          Q.   And what time did they arrive at your
24     office?
25          A.   Around 4:30, 5:00 o'clock.
page 44
1           Q.   What time did they leave?
2           A.   Around 6:30.
3           Q.   You spoke with Mr. Robinson and Ms. Garber
4      about the catheterizations, is that right, that you
5      did speak of Mr. Barnett?
6           A.   That's right.
```

57:18 - 58:11          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 57
18          Q.   Well, do you understand that all NSAIDS
19     can cause hypertension?
20          A.   They can.
21          Q.   Have you known since the beginning of time
22     when you started prescribing NSAIDS that they could
23     cause hypertension?
24          A.   They have since the -- that's correct.
25          Q.   Did you know when you were aware that
page 58
1      Mr. Barnett was taking Vioxx that Vioxx could cause
2      hypertension?
3           A.   That's correct.
4           Q.   Were you aware when you knew that
5      Mr. Barnett was taking Vioxx that his blood pressure
6      had been elevated in September 2002 when he came to
7      the hospital for a heart attack?
8           A.   I'm -- I'm sure it was at the time.  A lot
9      of things cause hyper -- when you're having a heart
```

1

|  |  |
|---|---|
|  | 10     attack, your -- I mean, levels are high and you can<br>11     have hypertension. |
| 58:13 - 58:17 | 7/17/2006     Karavan, Mark - (Barnett - Trial Dep) |

```
                  page 58
                  13     sorry.  It would be wrong, Dr. Karavan, to say that
                  14     because Mr. Barnett's blood pressure was elevated
                  15     when he was having his heart attack that Vioxx
                  16     caused the elevation, true, because of all the other
                  17     factors you just said are involved?
```

| 58:19 - 58:20 | 7/17/2006     Karavan, Mark - (Barnett - Trial Dep) |
|---|---|

```
                  page 58
                  19             THE WITNESS:  I think -- yes.  I mean, I
                  20     don't think he had a hypertensive heart attack.
```

| 58:22 - 59:11 | 7/17/2006     Karavan, Mark - (Barnett - Trial Dep) |
|---|---|

```
                  page 58
                  22     Q.    Certainly if you thought Vioxx caused his
                  23     increase in blood pressure on September of 2002, you
                  24     wouldn't have allowed him to continue to use the
                  25     medicine after his heart attack, right?
                  page 59
                  1      A.    Yeah.  If we felt he was having
                  2      uncontrollable hypertension and it was felt to be
                  3      secondary to Vioxx, we wouldn't -- wouldn't allow
                  4      it.
                  5      Q.    And you didn't feel that he was having
                  6      uncontrollable hypertension, did you, sir?
                  7      A.    Correct.
                  8      Q.    And you -- you didn't feel that -- that
                  9      his hypertension caused his heart attack, did you,
                  10     sir?
                  11     A.    No, I did not.
```

| 62:8 - 63:22 | 7/17/2006     Karavan, Mark - (Barnett - Trial Dep) |
|---|---|

```
                  page 62
                  8      Q.    Dr. Karavan, you repeatedly said from
                  9      September of 2002 through December of 2005 that
                  10     Mr. Barnett was not having angina or heart related
                  11     symptoms when you saw him, right?
                  12     A.    I felt for the most part his symptoms were
                  13     not heart related.
                  14     Q.    In fact, as late as December 20th of 2005
                  15     you wrote down that Mr. Barnett was doing fine from
                  16     a cardiac perspective, right?
                  17     A.    I'd have to see that, but I'll go with
                  18     your --
                  19     Q.    Your best recollection as Mr. Barnett's
                  20     treater is that from September of 2002 all the way
                  21     until December of 2005 before he filed his lawsuit,
                  22     Mr. Barnett's cardiac condition was doing well,
                  23     true?
                  24     A.    Correct.  Correct.
                  25     Q.    And Mr. Barnett was the type of person and
                  page 63
                  1      is the type of person who if he's experiencing heart
                  2      pain or chest pain, he is aware of it, right, and
                  3      seeks medical attention for it, true?
                  4      A.    He generally does, yeah.
```

```
 5          Q.   In fact, he has gone to the ER, the
 6     emergency room, on two separate occasions because he
 7     felt chest pain since the heart attack in September
 8     of 2002.  One was in February of 2003, and one was
 9     in July of 2004.  Do you remember that?
10          A.   Right.
11          Q.   And in both of those occasions you thought
12     that his chest discomfort wasn't heart related but
13     maybe GURD, maybe anxiety, that kind of thing,
14     right?
15          A.   I personally didn't evaluate him on every
16     occasion, but the evaluations that were performed
17     were -- that was essentially the conclusions.
18          Q.   And you actually did see Mr. Barnett after
19     he was in the hospital, and you agreed that whatever
20     symptoms he was experiencing in February of 2003 and
21     July 2004 were not heart related, right?
22          A.   Correct.
```

67:18 - 68:1        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 67
18          Q.   I want to turn now, Dr. Karavan, to --
19     before I do that, sir.  The first time that you
20     actually saw the May 2nd, 2006 test results was in
21     late June of 2006?
22          A.   Okay.
23          Q.   Is that right?
24          A.   It would be, yeah, probably around the --
25     my office appointment was the 27th, right?  A few
page 68
 1     days before the 27th of June, uh-huh.  Maybe a week.
```

68:16 - 68:22        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 68
16          Q.   Let me show you what I'll mark as Trial
17     Exhibit 1.  Is trial Exhibit 1, sir, a document that
18     includes your evaluation of Mr. Barnett on June
19     26th, 2006 as well as your angioplasty, your stent
20     procedure?  And I'm also going to substitute in your
21     cath report for one of duplicate pages, okay?
22          A.   All right.  Uh-huh.  Okay.  Right.
```

69:2 - 70:1          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 69
 2          Q.   And if you turn to page 2 of this
 3     document, sir, do you see how you list very
 4     carefully the problems, as you put them, that Mr.
 5     Barnett is experiencing?  Do you see that?
 6          A.   Uh-huh.
 7          Q.   The first problem you identify is
 8     atherosclerotic cardiovascular disease, right?
 9          A.   Yes.
10          Q.   And under that you write non Q wave
11     myocardial infarction.  Do you see that, sir?
12          A.   Right.
13          Q.   And that's the type of heart attack that
14     you believe Mr. Barnett had, correct?
15          A.   Correct.
16          Q.   You've consistently said he's had a non Q
17     wave heart attack, right?
18          A.   Correct.
19          Q.   When you evaluated that EKG that
20     Mr. Robinson showed you on May 4th, 2006, you
```

3

```
21    understood that that was a non-diagnostic Q wave
22    EKG, right?
23        A.   Correct.
24        Q.   Non-diagnostic means it was not a Q wave
25    heart attack, right?
page 70
 1        A.   Correct.
```

70:9 - 70:13      7/17/2006   Karavan, Mark - (Barnett - Trial Dep)

```
page 70
 9        Q.   In fact, if Mr. Barnett had a transmural Q
10    wave heart attack, you wouldn't expect a Cardiolite
11    stress test that was done ten months later in July
12    of 2003 to show normal wall motion, would you?
13        A.   Wouldn't expect it.
```

70:14 - 70:21      7/17/2006   Karavan, Mark - (Barnett - Trial Dep)

```
page 70
14        Q.   No.  If you had a patient who had a Q wave
15    heart attack, a transmural heart attack, you would
16    expect there to be some permanent scarring or
17    permanent damage to the heart, true?
18        A.   That's what you would expect.
19        Q.   And you haven't seen any permanent
20    scarring in Mr. Barnett's heart, have you, sir?
21        A.   That -- that -- that would be correct.
```

71:15 - 71:22      7/17/2006   Karavan, Mark - (Barnett - Trial Dep)

```
page 71
15        Q.   You never saw any scar when you performed
16    the catheterization of Mr. Barnett a week ago, did
17    you, sir?
18        A.   In the ventriculogram?
19        Q.   Yes.
20        A.   REO projection, that would be correct.
21        Q.   You saw a normal wall motion when you did
22    your catheterization of Mr. Barnett, true?
```

71:25 - 72:1      7/17/2006   Karavan, Mark - (Barnett - Trial Dep)

```
page 71
25        Q.   Isn't that correct?
page 72
 1        A.   In that projection.
```

72:2 - 72:14      7/17/2006   Karavan, Mark - (Barnett - Trial Dep)

```
page 72
 2        Q.   Elsewhere in that first 1A in Exhibit 1,
 3    do you see how you refer to ejection fraction 50
 4    percent?
 5        A.   Correct.
 6        Q.   And that's what it was back in September
 7    of 2002, and that was normal, right?
 8        A.   That's correct.
 9        Q.   And then you refer to inferior
10    hypokinesis?
11        A.   Uh-huh.
12        Q.   Which means the bottom of the heart is not
```

4

```
            13      operating as well as you would like, right?
            14          A.   Uh-huh.
```

72:18 - 74:16          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
            page 72
            18              Am I right, sir, that that hypokinesis
            19      resolved by July 2003, when Mr. Barnett had his
            20      Cardiolite stress test?
            21          A.   Correct.
            22          Q.   You also indicate the different degrees of
            23      stenosis in Mr. Barnett's arteries, 80 percent in
            24      the LAD, 80 percent in the Ramus, 80 percent in the
            25      circumflex, the PDA was totally occluded, 80 percent
            page 73
            1       in the posterolateral branch.  Do you see that, sir?
            2           A.   Correct.
            3           Q.   You would agree that looks like balanced
            4       disease in his arteries, right?
            5           A.   That would be balanced disease.
            6           Q.   The second bullet here, B, is where you're
            7       just describing the way the bypass worked, true, 1B?
            8           A.   That's right, how the -- that's correct.
            9           Q.   And then the third is stress Cardiolite
            10      July 18, 2003.  Do you see that?
            11          A.   Right.  Uh-huh.
            12          Q.   Here you wrote 15 minutes on a Bruce
            13      protocol, which we talked about in the last
            14      deposition as being excellent exercise tolerance,
            15      correct?
            16          A.   Correct.
            17          Q.   Then ejection fraction 58 percent.  That
            18      was also normal and higher than it was in September
            19      of 2002, right?
            20          A.   Correct.
            21          Q.   Apical thinning, I believe you testified
            22      before that that doesn't reflect any kind of --
            23          A.   Just an imaging artifact, nothing
            24      clinical.
            25          Q.   There's no clinical problem in somebody
            page 74
            1       who's got apical thinning, right?
            2           A.   That's right.
            3           Q.   In 1D, stress perfusion study, Indiana,
            4       May '06, now that is the same type of stress test
            5       that Mr. Barnett had in July of '03, correct?
            6           A.   Correct.
            7           Q.   Here you say nine minutes, thirty seconds
            8       Bruce protocol.  Do you see that?
            9           A.   Uh-huh.
            10          Q.   So he still has very good exercise
            11      tolerance, but it's not as good as it was in July of
            12      '03, three years ago, true?
            13          A.   It is not as good, correct.
            14          Q.   But it's still very good, and you
            15      commented to that effect, right?
            16          A.   Correct.
```

74:22 - 76:21          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
            page 74
            22          Q.   The -- well, let's look at the second page
            23      under assessment plan.  Do you see in the fourth
            24      sentence:  I have reviewed the tests from Indiana
            25      and I feel that if Mr. Barnett has a very good
            page 75
            1       exercise, which he does --
```

5

```
 2        A.   Okay.
 3        Q.   That means that you believe he has a very
 4   good exercise tolerance, correct?
 5        A.   Correct.
 6        Q.   And that's as late as just last week,
 7   true?
 8        A.   That is correct.
 9        Q.   Now, in the nuclear test for May of '06 in
10   Indiana, you wrote down:  Ejection fraction 60
11   percent.  Do you see that?
12        A.   Right.
13        Q.   And that's a very good ejection fraction
14   that reflects that Mr. Barnett's heart is pumping
15   perfectly normally, right?
16        A.   That is a normal ejection fraction.
17        Q.   And that means that Mr. Barnett's heart is
18   pumping well and pumping enough blood elsewhere in
19   the body, true?
20        A.   That's right.
21        Q.   You also referred, by the way -- and I
22   passed this up -- but no chest pain.  That indicates
23   that when Mr. Barnett was performing his stress test
24   in May of '06, he wasn't experiencing any chest
25   pain, correct?
page 76
 1        A.   Correct.
 2        Q.   And that's a good sign, right?
 3        A.   Right.
 4        Q.   And it's a good sign because here he is on
 5   the treadmill in the afternoon on May 6th and he's
 6   not experiencing any chest pain despite being on a
 7   treadmill which is awfully demanding, right?
 8        A.   Correct.
 9        Q.   These Bruce protocols are awfully
10   demanding, aren't they?
11        A.   They -- they are.
12        Q.   They're awfully demanding because don't
13   they increase in tension and you're sort of going up
14   a hill as you're doing them?
15        A.   They speed and inclination every three
16   minutes.
17        Q.   And a 62-year-old man who lasts for nine
18   and a half minutes on a Bruce protocol actually is
19   doing quite well when it comes to his exercise
20   tolerance, right?
21        A.   Correct.
```

77:3 - 77:17          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 77
 3        Q.   Do you know that Mr. Barnett in May of '06
 4   also had a 13.1 METS score, M-E-T-S score?
 5        A.   Right.
 6        Q.   And that METS score is much higher than
 7   the average METS score for a 25 year old.  Do you
 8   know that to be true?
 9        A.   Again, I'd have to look at the nomogram.
10        Q.   No reason to dispute that?
11        A.   Correct.
12        Q.   And to put the 13.1 MET score in
13   perspective, I'm gonna hand you what I'll mark as
14   Trial Exhibit 2.  This is a document that you, I
15   think, already have in front of you, Exercise
16   Standards for Testing.
17        A.   I gave it back to you.
```

77:23 - 79:15          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 77
```
23            Q.    Okay.  If you turn, sir, to the page
24   that's tabbed, do you see table 8?
25            A.    Yeah.  Yes, sir.
```
page 78
```
1             Q.    And do you see that this chart describes
2    various daily activities that people can do based on
3    the number of METS that they achieve, right?
4             A.    Correct.
5             Q.    And by the way, this article is published
6    in one of the top cardiology journals in the world
7    called Circulation, correct?
8             A.    Correct.
9             Q.    Do you see that the table 8, which is on
10   page, what, 17 --
11            A.    1720.
12            Q.    Do you see that this chart describes
13   various activities starting with mild activities
14   such as golfing with a cart or ballroom dancing, and
15   do you see how the MET scores 2.9 and 2.5?  Do you
16   see that, sir?
17            A.    Yes, I do.
18            Q.    And then if you look under moderate,
19   there's golf without a cart, swimming and those
20   range from 3 to 4 and a half in terms of METS.  Do
21   you see that?
22            A.    Uh-huh.
23            Q.    Yes?
24            A.    Yes, sir.
25            Q.    Then you see vigorous exercise like
```
page 79
```
1    chopping wood or climbing hills, even climbing hills
2    with five kilograms worth of weight, and that would
3    be 7.4 METS.  Do you see that?
4             A.    Correct.
5             Q.    And jogging, ballroom fast or square
6    dancing, 5.5, aerobic dancing 6.  Do you see that?
7             A.    I do.
8             Q.    And the highest MET score that's even
9    reported in this table is 12.1 for what activity?
10            A.    Squash.
11            Q.    Do you agree, sir, that even though
12   Mr. Barnett's METS score now is a little bit lower
13   than it was back in July of 2003, that from a
14   exercise capacity perspective he can perform any of
15   these activities?
```

79:17 - 79:19        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)


page 79
```
17            THE WITNESS:  He has very good exercise
18   tolerance still and can perform most of these --
19   most of these activities to some degree.
```

79:21 - 80:6        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)


page 79
```
21            Q.    In fact, you had testified in your last
22   deposition in May, early May, that really the only
23   caution you would give Mr. Barnett is not to do
24   these activities in extreme heat, like now in July
25   in Myrtle Beach, and to use common sense given that
```
page 80
```
1    he has underlying heart disease.  Do you remember
2    that?
3             A.    Yes, I do.
4             Q.    And that's the same advice you give him
```

7

```
                      5        now:  You can go and enjoy your life and do these
                      6        activities, but please use common sense?
```

80:9 - 80:10          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
           page 80
                      9        Q.    Because you have heart disease, true?
                      10       A.    That will be my advice.
```

81:12 - 81:18         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
           page 81
                      12       Q.    I see.  And we're gonna talk about vein
                      13  graft closures in a few minutes.  But vein grafts
                      14  close for a number of reasons, don't they?
                      15       A.    We have discussed those already, yeah.
                      16       Q.    And can you just tell the ladies and
                      17  gentlemen of the jury some of the reasons that vein
                      18  graft can close, in your experience?
```

81:20 - 83:12         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
           page 81
                      20  first part, okay.  Starting early, there can be a
                      21  technical problem.  In other words, a stitch put in
                      22  the wrong place and it closes at the time of
                      23  surgery.  You can have an acute thrombosis in graft
                      24  closure.  You can have a poor -- what we call poor
                      25  outflow.  In other words, you tie a graft into a
           page 82
                      1   blood vessel that doesn't have a good -- that
                      2   doesn't have a good lumen and the outflow is
                      3   diminished and it just -- there's nowhere for the
                      4   runoff to go and it closes.  You can have
                      5   progressive atherosclerosis of a vein graft itself
                      6   with atherosclerosis, thrombus and closure that way.
                      7        Q.    And you've seen patients for a number of
                      8   years who have had vein grafts closed for one or
                      9   more of the reasons you just described, right?
                      10       A.    Correct.
                      11       Q.    It's -- it's common actually for vein
                      12  grafts to occlude over the years; isn't it, sir?
                      13       A.    That's correct.
                      14       Q.    And you've seen vein grafts occlude in
                      15  patients long before Vioxx came to the market,
                      16  right?
                      17       A.    That would be correct.
                      18       Q.    You've seen patients who have had vein
                      19  grafts close since Vioxx was withdrawn from the
                      20  market in September of 2004, right?
                      21       A.    Correct.
                      22       Q.    You don't need to take Vioxx, do you, sir,
                      23  to have a vein graft that occludes for any one of
                      24  the reasons you identified before, do you?
                      25       A.    That's correct.
           page 83
                      1        Q.    Is it true, sir, that you can't tell from
                      2   the catheterization that you did what exactly caused
                      3   Mr. Barnett's vein grafts to occlude, true?
                      4        A.    True.
                      5        Q.    And you don't know when Mr. Barnett's vein
                      6   grafts occluded, whether it -- it was the day after
                      7   his bypass surgery, the month after or years after
                      8   he was off Vioxx, right?
                      9        A.    Correct.
                      10       Q.    And Mr. Barnett has multiple grafts that
```

8

```
                    11      are actually open, doesn't he, patent?
                    12           A.  He has three of five open.
```

83:22 - 84:1        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 83
                    22           Q.   Okay.  So three out of five of his --
                    23           A.   Are patent.  Are open.
                    24           Q.   Three out of the five are open with no
                    25      plaque, right?
                    page 84
                    1            A.   That's right.
```

84:2 - 84:4         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 84
                    2            Q.   So in the four years since Mr. Barnett's
                    3       heart attack, no plaque has developed in three of
                    4       his five bypass grafts, right?
```

84:7 - 84:8         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 84
                    7            Q.   Right?
                    8            A.   Correct.
```

84:21 - 84:24       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 84
                    21           Dr. Karavan, do you see that you report
                    22      concerning the echo in May of '06 that it reported
                    23      normal global left ventricular systolic function
                    24      with mild inferobasilar hypokinesis?
```

85:1 - 85:21        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 85
                    1            THE WITNESS:  Correct.
                    2       BY MR. GOLDMAN:
                    3            Q.   What is normal global left ventricular
                    4       systolic function, and why is it important that
                    5       that's normal in Mr. Barnett's case?
                    6            A.   There's a range that's felt to be normal
                    7       for -- for which the amount of blood the heart
                    8       pumps.  And overall, he pumps out a normal amount of
                    9       blood every time his heart contracts or pumps.  And
                    10      the most important aspect of that is that stronger,
                    11      normal hearts do better and gets a better prognosis
                    12      than if he had a weak heart that had damage, scars
                    13      and stuff.
                    14           Q.   Is it true, sir, that ejection fraction
                    15      and left ventricular systolic function are among the
                    16      most importance predictors of prognosis?
                    17           A.   That's correct.
                    18           Q.   And here Mr. Barnett has always had as
                    19      long as you've been treating him normal left
                    20      ventricular systolic function, right?
                    21           A.   Correct.
```

86:18 - 86:20       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 86
18          Q.   But in term of the areas of the heart that
19    you did evaluate, there was no hypokinesis?
20          A.   I thought they were normal.

86:21 - 87:12          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

page 86
21          Q.   You then indicate here in F, coronary CTA,
22    and that's the CT scan that Mr. Barnett had in
23    Indiana, right?
24          A.   Correct.
25          Q.   And that showed an occluded vein graft to
page 87
1     the circumflex and other bypass grafts patent,
2     right?
3           A.   Correct.
4           Q.   And that's what the CT angiogram reported,
5     true?
6           A.   Correct.
7           Q.   Isn't it true that there was no
8     hypokinesis found in the CT angiogram?
9           A.   I believe it was reported that way.
10          Q.   In fact, all of the wall motion for
11    Mr. Barnett was normal in the CT angiogram, wasn't
12    it?

87:15 - 87:16          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

page 87
15          THE WITNESS:  I believe the report was --
16    it was recorded that way.

87:18 - 88:8          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

page 87
18          Q.   Do you see, Dr. Karavan, under history of
19    present illness, since last seen Mr. Barnett has
20    been undergoing a lawsuit for Vioxx.  He has had
21    various amounts of chest discomfort?  Do you see
22    that?
23          A.   I do.
24          Q.   Why did you write that down?
25          A.   Because I feel that any source of stress
page 88
1     is -- plays a role in a medical condition of a
2     patient and I thought it was pertinent to add that
3     as a potential source of stress.
4           Q.   So just by virtue of being a plaintiff in
5     a lawsuit that Mr. Barnett decided to bring, that
6     can impose stress on his heart and affect his heart,
7     true?
8           A.   It can have an effect.

88:9 - 88:13          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

page 88
9           Q.   And stress also can cause atherosclerosis,
10    can't it, sir?  That's one of the factors?
11          A.   I don't think it's a major factor but --
12    major risk factor, quote, but I think it has a
13    long-term effect potentially.

10

88:14 - 88:22          7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 88
14          Q.   And you're describing here -- we won't go
15     through this in a lot of detail, but the history of
16     present illness, you're describing some of
17     Mr. Barnett's complaints about his chest pain.
18          And is it fair to say that Mr. Barnett is
19     complaining of some chest pain that you think isn't
20     related to his heart and other chest pain that you
21     think might be?
22          A.   I think that's a fair assessment.
```

90:3 - 91:14          7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 90
3          Q.   Do you see two sentences later you write:
4     He has been evaluated in Indiana, more from a legal
5     standpoint to assess his current cardiac status?
6     Why did you write that?
7          A.   That was my understanding of why he was
8     basically evaluated there.
9          Q.   And then under assessment plan, is this
10     where you are describing -- based on everything you
11     know: the May 2nd tests, your evaluation of
12     Mr. Barnett, your observation of him for all these
13     years, is this where you describe your best medical
14     judgment on how to treat his heart?
15          A.   Down here?
16          Q.   Yes.
17          A.   From 6/27/06, at that point in time that's
18     how I felt.
19          Q.   And that is less than a month ago, right?
20          A.   Correct.
21          Q.   And just a few weeks before the trial in
22     this case, right?
23          A.   I don't know.  If you say so.
24          Q.   Do you see that based on everything that
25     you knew, and you start in the first sentence:  From
page 91
1     a symptomatic standpoint, Mr. Barnett may be having
2     more dyspnea.  Is that shortness of breath?
3          A.   Right.
4          Q.   And a slight decrease in his exercise
5     tolerance.  Do you see that?
6          A.   Right.
7          Q.   And then further down you talk about how
8     his discomfort is atypical and that you have
9     reviewed the tests from Indiana and feel that if
10     Mr. Barnett has a very good exercise, which he does,
11     and if he is not having true exertional limiting
12     cardiac symptoms, then I would continue medical
13     therapy.  Do you see that?
14          A.   Correct.
```

91:15 - 91:25          7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 91
15          Q.   And then further down you wrote:  But if
16     he is not having limiting symptoms or angina and
17     with a normal ejection fraction and very small
18     amount of reversible ischemia, I find it hard to
19     recommend intervention for symptoms or longevity.
20     Do you see that?
21          A.   Yes.  Yes, sir.
22          Q.   Is it fair to say then as of June 26th,
```

```
                    23    2006, which is a time after you had reviewed the May
                    24    2nd test results, you felt that Mr. Barnett did not
                    25    at that moment need to have a catheterization?
```

92:2 - 93:13          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 92
                    2              THE WITNESS:  I basically felt that he
                    3     needed to be monitored, see where his symptoms were
                    4     and proceed.
                    5     BY MR. GOLDMAN:
                    6        Q.   And that's what happened.  Mr. Barnett
                    7     then experienced chest pain a couple days later,
                    8     right?
                    9        A.   He was -- I don't know the exact date from
                    10    this, but he basically was on the treadmill and was
                    11    having what sounded like angina on the treadmill and
                    12    called me up.
                    13       Q.   And then you scheduled a catheterization
                    14    on -- for July 10th, right?
                    15       A.   Yeah, that would be correct.  Uh-huh.
                    16       Q.   Mr. Barnett then went to the emergency
                    17    room on the early morning of July 8th, and he was
                    18    evaluated for a heart attack, right?
                    19       A.   He was evaluated for his chest discomfort.
                    20       Q.   Is it true that Mr. Barnett had cardiac
                    21    enzyme tests done and they were all negative and
                    22    showed that he did not have a heart attack?
                    23       A.   Correct.
                    24       Q.   You were asked questions actually by
                    25    Mr. Robinson about whether Mr. Barnett may have had
                    page 93
                    1     a silent heart attack.  Do you remember that?
                    2        A.   Right.
                    3        Q.   You've never diagnosed Mr. Barnett with a
                    4     second heart attack, have you, sir?
                    5        A.   No, I have not.
                    6        Q.   And you have closely observed Mr. Barnett
                    7     since his bypass surgery in September of 2002,
                    8     right?
                    9        A.   Correct.
                    10       Q.   You've seen him at least ten times, and
                    11    you have never indicated in any of your records that
                    12    you believed he had a second heart attack, true?
                    13       A.   That's correct.
```

93:22 - 94:25          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                    page 93
                    22       Q.   Isn't it true, Dr. Karavan, that just in
                    23    the previous deposition that I took of you today, I
                    24    asked you whether or not you believe Mr. Barnett had
                    25    a second heart attack?  Do you remember that?
                    page 94
                    1        A.   Yes, sir.
                    2        Q.   Isn't it true, sir, that you don't believe
                    3     as you sit here today that Mr. Barnett had a second
                    4     heart attack?
                    5        A.   Correct.
                    6        Q.   After you performed the catheterization on
                    7     Mr. Barnett, you then inserted a stent into his
                    8     Ramus intermedius branch, right?
                    9        A.   Right.
                    10       Q.   And the result of that was that any
                    11    occlusion or plaque that had built up in that vessel
                    12    was no longer impeding blood flow, right?
                    13       A.   Correct.
```

```
14          Q.   So, for example, on your angioplasty
15     report, which is the report of the stent, you say
16     under procedure description:  Simple elective vessel
17     dilated his Ramus intermedius pre PTCA?
18          A.   That's just pre-angioplasty stenosis.
19          Q.   So before the stent was inserted there was
20     80 percent stenosis or plaque, and after the stent
21     there was zero?
22          A.   Correct.
23          Q.   So that was considered a successful
24     procedure by you, right?
25          A.   Correct.
```

100:8 - 100:13          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 100
8          Q.   Isn't it true, Dr. Karavan, that after all
9     of your observation of Mr. Barnett, including the
10     review of the May 2nd stress tests, echo, CT scan,
11     EKG and the results of your cardiac catheterization
12     and stent procedure that you believe Mr. Barnett has
13     a good prognosis going forward?
```

100:16 - 100:20          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 100
16          THE WITNESS:  He still has a normal
17     ejection fraction.  And now with the stenosis in his
18     circumflex Ramus vessel, blood flow should be close
19     to normal, and that would be -- I would be hopeful
20     and hope and expect he would have a good prognosis.
```

107:20 - 107:22          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 107
20          Q.   Okay.  But is it -- is it possible that it
21     was also a -- a small area of -- of damage to that
22     portion of his heart?
```

107:25 - 108:9          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 107
25          THE WITNESS:  No.  When you talk about
page 108
1     damage, you're talking about -- damage means scar
2     tissue.  Okay.  There's never -- I've not yet seen
3     any one study show scar.
4          When you do a nuclear scan you look for
5     ischemia, you look for scar, you look for normal
6     perfusion.  All of his scans have shown either
7     normal perfusion, apical thinning, which is a
8     imaging artifact, or ischemia.  And ischemia is not
9     scar tissue.
```

126:17 - 127:8          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 126
17          Q.   You were asked about Mr. Barnett's life
18     expectancy, and you said you would not put a number
19     of years on the loss of life.  Why not?
20          A.   Because it's difficult.  I think it's --
21     well, one of the most difficult things to do.  We
```

13

```
              22    have -- he has a good pump.  He -- again, I go back
              23    to the fact he has a good pump and he has good blood
              24    flow.  He's on medicine.  More medicine is being
              25    developed in a year or two, anti-lipid or different
         page 127
              1     lipid drugs and other drugs are being developed, and
              2     life expectancy changes.  So I can't sit here and
              3     put a number on it.
              4         Q.   Another good thing that happened to
              5     Mr. Barnett was that you were able to go in and
              6     stent the Ramus intermedius, the area that you've
              7     just shown the jury on the screen, right?
              8         A.   Correct.  Correct.
```

127:20 - 128:10        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
         page 127
              20        Q.   Okay.  So let me start off.  Now that you
              21    have put in a stent which has eliminated the plaque
              22    in the Ramus, there is sufficient blood flow going
              23    to the heart, correct?
              24        A.   Correct.
              25        Q.   That particular closure that you were just
         page 128
              1     testifying about is not harming Mr. Barnett right
              2     now, is it?
              3         A.   Now that we've opened up the native blood
              4     vessel that it went to, correct.
              5         Q.   As long as the native vessel is clear and
              6     adequate blood flow is flowing -- flowing through
              7     it, then the condition of Mr. Barnett's bypass graft
              8     that was feeding that particular area of the heart
              9     doesn't matter much, right?
              10        A.   That's right.
```

128:11 - 128:20        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
         page 128
              11        Q.   You were asked questions about scar
              12    tissue.  Do you remember that?
              13        A.   I think I brought that up.  I don't know.
              14        Q.   You have never in any of your medical
              15    records indicated that you saw any scar in
              16    Mr. Barnett's heart, right?
              17        A.   As evidenced through scans mainly.  In
              18    other words, he had at least viable, alive heart
              19    tissue because there was never a scan that said he
              20    had scar.  Ischemia, just ischemia.
```

130:14 - 130:16        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
         page 130
              14        Q.   So to the extent that there's any small
              15    area of scarring, that's not affecting his heart's
              16    ability to function, right?
```

130:18 - 130:19        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
         page 130
              18            THE WITNESS:  I feel the pumping action is
              19    normal and not affected by any small scars.
```

130:21 - 130:25        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 130
21        Q.   Mr. Barnett's ejection fraction is normal
22   even for a 62 year old, and whatever little scar
23   that might be in that area of the heart, that's not
24   affecting his heart's ability to pump blood, true?
25        A.   I feel his heart pumps blood normally.
```

131:1 - 131:8        7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 131
1        Q.   Dr. Bryan in the record that Mr. Robinson
2   showed you or in any of the other records that Dr.
3   Bryan has sent you, he never indicated that there
4   was any scarring that he saw in Mr. Barnett's heart,
5   did he?
6        A.   We can look at his op report, and
7   sometimes they'll make a gross visualization of the
8   heart as they hold it in their hands.
```

131:9 - 131:20       7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 131
9        Q.   And I asked Dr. Bryan this in his
10   deposition, and he said he didn't see any scarring.
11   So if that --
12        A.   Okay.  If that's what he said and I have
13   to -- that's been a little while since I've seen
14   this.  If he makes no mention of it and he never
15   said it, then that's the way it is.
16        Q.   So you wouldn't disagree with Dr. Bryan if
17   Dr. Bryan were to testify that when he actually
18   looked at Mr. Barnett's heart when he was doing the
19   bypass surgery, there was no scar?
20        A.   I wouldn't -- I wouldn't disagree.
```

131:21 - 132:25      7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 131
21        Q.   The issue of plaque rupture, can we talk
22   about that for a minute?
23        A.   Sure.
24        Q.   Is it true that the natural course of
25   coronary artery disease involves a progression of
page 132
1   plaque?
2        A.   Correct.
3        Q.   And part of the process involved in the
4   progression of coronary artery disease is that that
5   plaque can potentially rupture over time, right?
6        A.   Correct.
7        Q.   And that rupture can then lead to a clot,
8   right?
9        A.   Right.
10        Q.   And the body's normal way of responding to
11   a rupture is a clot, true?
12        A.   That's correct.
13        Q.   Lots of people had -- unfortunately, had
14   heart attacks and clots well before Vioxx came to
15   market, right?
16        A.   Correct.
17        Q.   And you're seeing patients, unfortunately,
18   very often who continue to have clots and they're
19   not taking Vioxx, right?
20        A.   Correct.
```

15

```
21              Q.   And you see patients all day who have
22      blockages like Mr. Barnett had in September of 2002
23      and they're not taking any non-steroidal
24      anti-inflammatories, true?
25              A.   Correct.
```

# EXHIBIT D

**Merck Conditional Affirmative Designations**
**Mark Karavan – July 17, 2006 Trial Deposition**

44:7 - 46:19          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

page 44
```
 7          Q.    And did you review certain documents that
 8    they brought to show you that were not his medical
 9    records but were documents relating to Merck?
10          A.    Basically the only one was the event, the
11    -- the one, the table of events.
12          Q.    So Mr. Robinson brought with him a
13    two-page -- can I please see that document, sir -- a
14    two-page document from the approved follow-up --
15          A.    Uh-huh.
16          Q.    -- data, and it's table B6, table B7,
17    table C13 and table C14?
18          A.    Okay.
19          Q.    Right?
20          A.    Okay.
21          Q.    Mr. Robinson didn't show you the rest of
22    the document and the rest of the data that -- that
23    relates to the follow-up period or the extension
24    period for patients in the approved study, did he?
25          A.    That's correct.
```
page 45
```
 1          Q.    He never showed you any testimony by any
 2    witness about the follow-up study, did he?
 3          A.    No.
 4          Q.    And Mr. Robinson didn't even walk through
 5    with you each of the entries here on this two-page
 6    exhibit yesterday, did he?  He pointed you to a
 7    couple?
 8          A.    We walked through several of them.  I
 9    don't think all of them, no.
10          Q.    Let me ask you if he showed you this one,
11    because he didn't ask about it on direct
12    examination.  So let me see if -- if you covered
13    this with Mr. Robinson.
14                Under cardiac events -- I'm looking at
15    table B6 -- do you see that under Vioxx 25
16    milligrams there were 16 cardiac events?  And
17    Mr. Barnett had a cardiac event, right, in September
18    of 2002?
19          A.    That's correct.
20          Q.    So he would fit into this category, right?
21          A.    I assume so.
22          Q.    So here on Vioxx there were 16 patients
23    who had a cardiac event, and that is a rate of 1.04.
24    And how many patients had cardiac events on placebo
25    in the extension period, which is all the way
```
page 46
```
 1    through 210 weeks?
 2          A.    I can't see it from here.
 3          Q.    Sure.
 4          A.    According to this, 16 out of 1402.
 5          Q.    So there are actually a higher percentage,
 6    though not statistically significant, a higher
 7    percentage of patients had cardiac events on placebo
 8    than on Vioxx when you look at the data through the
 9    210 week period, right?
10          A.    Yes.
11          Q.    And that doesn't suggest, does it,
12    Dr. Karavan, that Vioxx causes the progression of
13    atherosclerosis, does it?  You see a 16 to 16 --
14          A.    If --
15          Q.    -- number of cardiac events?
16          A.    If that table includes the number of
17    cardiac events for the equal groups of matched
18    patients at the same time in the world, then that
19    would be a correct statement.
```

1

46:22 - 48:2          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 46
22          Q.   And if you look at the B7, sir, and you
23     look at the summary of confirmed, do you know what
24     TCVSAE stands for?
25          A.   Total -- I guess total -- total cardiac
page 47
1      cardiovascular events.
2           Q.   Do you know what's encompassed by that?
3           A.   I'm assuming myocardial and cerebral
4      vascular event.
5           Q.   Now this, if you look, covers the period
6      during follow-up from more than 14 days after the
7      end of the approved study or the base study through
8      210 weeks.  Do you see that?
9           A.   Right.
10          Q.   And Mr. Robinson asked you about zero to
11     six months?
12          A.   That's right.
13          Q.   Is that what he asked you about on direct
14     examination?
15          A.   That's right.
16          Q.   Did he ask you about any of the other entries
17     here, six to twelve months, for example?
18          A.   That's correct.  No, he did not.  Correct.
19          Q.   And so we can try to apply this to
20     Mr. Barnett's case and not get some hypothetical
21     patient, Mr. Barnett has been off Vioxx now since
22     September 23rd or so of 2004, right?
23          A.   I believe that's about the correct date.
24          Q.   And that's almost two years ago, a year
25     and ten -- how many months -- how many years ago was
page 48
1      that, almost two?
2           A.   Almost two.
```

48:3 - 48:4          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 48
3           Q.   Okay.  So the zero to six months really
4      doesn't apply to Mr. Barnett right now, does it?
```

48:8 - 50:13          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
page 48
8                THE WITNESS:  If you're referring to the
9      fact that 22 months after the discontinuation of
10     Vioxx, does a zero to six month study apply?
11     BY MR. GOLDMAN:
12          Q.   Right.
13          A.   There's obviously two different time
14     periods.
15          Q.   Correct.  And if you look at greater than
16     18 months, which is where we're at today, do you see
17     that the number of total confirmed, and it's
18     thrombotic cardiovascular serious adverse events, is
19     4 out of 357 for Vioxx and 4 out of 232 for placebo?
20     Do you see that?
21          A.   Correct.
22          Q.   And when you consider that there were more
23     patients on Vioxx, 357, than there were on placebo,
24     232, do you see that the rate is lower on Vioxx 25
25     milligrams for a confirmed thrombotic cardiovascular
page 49
1      serious adverse events?
```

2

```
2          A.   That table -- that's what that table
3     implies after 18 months.
4          Q.   And certainly that wouldn't suggest that
5     Vioxx causes some progression of atherosclerosis and
6     exposes patients to increase in cardiac event risk
7     after they -- after they stop using the medicine,
8     true?
9          A.   Yeah.  At prolong -- at prolonged periods
10    of time.  In other words, 18 months and greater
11    according to that.
12         Q.   And if you look above six to twelve months
13    as well, which Mr. Robinson didn't ask you about, do
14    you see that there is no statistically significant
15    difference between the number of thrombotic
16    cardiovascular seriously adverse events on Vioxx,
17    which is 11 to 7 on placebo?  Do you see that?
18         A.   Eleven to seven?
19         Q.   Yes.  Do you see that, sir?
20         A.   That's what the table says.
21         Q.   And if you look at 12 to 18 months, there
22    was one confirmed thrombotic cardiovascular serious
23    adverse event during the follow-up period out of 127
24    patients who were using Vioxx 25 milligrams, and
25    there was zero out of 97, which is 30 fewer patients
page 50
1     on placebo.  Do you see that, sir?
2          A.   Uh-huh.
3          Q.   And that doesn't suggest any increase in
4     risk for thrombotic cardiovascular event in the 12
5     to 18 month period, does it, sir?
6          A.   That's correct.
7          Q.   And before reaching a conclusion about
8     whether or not Vioxx causes an increase in
9     cardiovascular events when patients are off the
10    medicine, you would need a lot more data than this
11    selected two-page sheet that Mr. Robinson gave you,
12    wouldn't you, sir?
13         A.   I would agree with that.
```

51:10 - 51:25          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 51
10         Q.   When we just went through that there was
11    either no statistically significant difference in
12    cardiovascular events between Vioxx and placebo
13    during the six to twelve month period, 12 to 18
14    month period, greater than 18 month period when you
15    look at cardiovascular events, which is what
16    Mr. Barnett had, and when you even look at the total
17    number of patients with events, there is no
18    statistically significant difference between those
19    on Vioxx and those on placebo, true?
20         A.   All right.  Uh-huh.
21         Q.   So you can't look at this table here that
22    Mr. Robinson showed you and conclude that Vioxx
23    causes atherosclerosis or -- or -- or puts any
24    patients at increased risk after they're done taking
25    the medicine?
```

52:3          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 52
3          Q.   True?
```

52:5          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 52
5                    THE WITNESS:  Long term, correct.

52:7 - 53:13        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 52
7            Q.    Now, when Mr. Robinson was going through
8       these documents with you, sir, did he show you any
9       articles that were published in any journals?
10           A.    No, sir.  I don't believe so.  Only ones
11      we saw were the ones today on New England Journal.
12      No.
13           Q.    Did Mr. Robinson show you the article by
14      Dr. FitzGerald in the New England Journal?
15           A.    Actually, I believe we did bring it out,
16      but we didn't review it.
17           Q.    Well -- well, did he show you any pass --
18      passages from there, like the passage he read to you
19      today?
20           A.    To be honest with you, I don't recall if
21      we reviewed this one or not.
22           Q.    Well, do you understand, sir -- and can I
23      have that for one minute?
24           A.    Uh-huh.
25           Q.    -- that this article by Dr. FitzGerald is
page 53
1       not a study, correct?
2            A.    Yes.
3            Q.    This is a prospective after the withdrawal
4       of Vioxx, true?
5            A.    That's correct.
6            Q.    It's not a study of patients who used
7       Vioxx, right?
8            A.    That's correct.
9            Q.    Nor does Dr. FitzGerald cite any study to
10      support his theory that Vioxx might -- and might is
11      the word he uses -- accelerate atherosclerosis,
12      correct?
13           A.    Uh-huh.

53:14 - 53:16       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 53
14           Q.    And, in fact, you're not aware of a single
15      study anywhere that suggests that Vioxx causes
16      atherosclerosis; is that true?

53:18 - 53:19       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 53
18                 THE WITNESS:  That causes atherosclerosis?
19      I'm -- I'm not aware of one.

53:21 - 54:8        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

page 53
21           Q.    And I asked you these questions in your
22      last deposition, sir, before Mr. Robinson showed you
23      some selected documents.  And I asked you:  Are you
24      aware of any scientific evidence, Dr. Karavan, that
25      Vioxx causes plaque formation?  And your answer was:
page 54
1       I am unaware of any data for the development of
2       plaque formation with Vioxx.  Do you stand by that

4

```
                    3      testimony?
                    4          A.    I am still unaware of any.
                    5          Q.    And you're unaware of any scientific
                    6      evidence that Vioxx causes plaque acceleration or
                    7      progression, true?
                    8          A.    Scientific evidence, that's right.
```

54:10 - 54:13        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
             page 54
                   10          You haven't seen a single study that shows
                   11      that Vioxx or any other COX-2 inhibitor causes
                   12      plaque rupture in human beings, have you?
                   13          A.    That's correct.
```

54:19 - 55:7         7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
             page 54
                   19          Do you remember all of those hypothetical
                   20      questions:  If Vioxx causes atherosclerosis and if
                   21      it causes the progression of atherosclerosis, might
                   22      it have affected Mr. Barnett or caused his heart
                   23      attack?  Do you remember that?
                   24          A.    Sure.  Uh-huh.
                   25          Q.    Do you remember the hypotheticals:  If
             page 55
                    1      Vioxx causes atherosclerosis, if it causes the
                    2      progression of atherosclerosis, might Vioxx have had
                    3      something to do with Mr. Barnett's current anatomy,
                    4      right?
                    5          A.    Uh-huh.  Uh-huh.
                    6          Q.    He asked you those questions?
                    7          A.    Yes.
```

55:8 - 55:18         7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
             page 55
                    8          Q.    Those -- all of those questions that he
                    9      asked you were based on the premise that -- that
                   10      Vioxx might cause atherosclerosis, true?
                   11          A.    I would think so.
                   12          Q.    You weren't saying that Vioxx does cause
                   13      it when you were answering those questions, right?
                   14      You were assuming that if you accept the premise of
                   15      Mr. Robinson's question, then you have to answer
                   16      that maybe Vioxx had something to do with
                   17      Mr. Barnett's heart attack, correct?
                   18          A.    Correct.
```

56:8 - 57:1          7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

```
             page 56
                    8          Q.    Focussing on Mr. Barnett's current state
                    9      of his bypass grafts and his coronary arteries,
                   10      okay?  You with me?
                   11          A.    Uh-huh.
                   12          Q.    Which you just saw a week ago on his
                   13      cardiac catheterization, right?  Yes?
                   14          A.    Yes.  Correct.
                   15          Q.    You studied that and you looked at those
                   16      films and you -- you wrote down how much plaque you
                   17      think are in his arteries or whether they closed by
                   18      some other mechanism, true?
                   19          A.    Yes.
```

5

```
20          Q.   If you don't accept Mr. Robinson's premise
21     and it is untrue that Vioxx causes atherosclerosis
22     or its progression, then you would agree, sir, that
23     Vioxx did not play a role in the -- in the formation
24     of any plaque that is in Mr. Barnett's either native
25     arteries or bypass grafts, true?
page 57
 1          A.   That would be correct.
```

95:3 - 96:25        7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 95
 3          Do you remember, Dr. Karavan, that Mr.
 4     Robinson used an exhibit called the Scientific
 5     Advisors' Meeting from May of 1999?
 6          A.   Correct.
 7          Q.   Is this a document that he showed you
 8     yesterday when he was preparing you for your
 9     deposition?
10          A.   No, sir.
11          Q.   This was a document, though, he used in
12     the first deposition and used again today, right?
13          A.   Correct.
14          Q.   And you had never seen it before your last
15     deposition, right?
16          A.   First time since, too.
17          Q.   Have you ever read the entire document by
18     the Board of Scientific Advisors?
19          A.   No, sir.  No.
20          Q.   And it's sort of unfair of you to -- to --
21     to be interpreting the intent behind The scientific
22     advisors' meeting here, right?
23          A.   I never interpreted it.
24          Q.   You were just reading it?
25          A.   Correct.
page 96
 1          Q.   Do you recall when you were reading the
 2     Board of Scientific Advisors' document that the
 3     advisors were telling Merck in May of 1998 that
 4     there were either potential benefits or adverse
 5     consequences of selective inhibition of COX-2 on
 6     coronary heart disease?  Do you see that?
 7          A.   I see that, correct.
 8          Q.   And then the board lays out three possible
 9     ways that Vioxx could theoretically affect heart
10     disease in either a positive or negative way, right?
11          A.   I see that.
12          Q.   So for the first one, the development of
13     lipid rich coronary plaques -- and I want you to
14     take as much time as you need, sir, to be able to
15     get the context.
16          But if you focus on the second sentence --
17     sorry, the third sentence, where it says:  This
18     process involves an inflammatory cell type that is
19     the prototype for regulation of COX-2, there is a
20     growing body of evidence indicating that
21     inflammatory disease is a risk factor for myocardial
22     infarction, and then it continues on page 11 in the
23     middle of the paragraph talking about lipid rich
24     plaques.
25          A.   Okay.  Right.
```

97:4 - 98:1         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 97
 4          Q.   So you now you've read the whole
 5     paragraph, right?
```

6

```
6          A.   Well, I read that short little one.
7          Q.   Do you understand, sir, and haven't you
8     heard in the medical community that COX-2 inhibition
9     by reducing inflammation might have a helpful effect
10    on the heart?
11         A.   Well, I know there's been some
12    consideration for that.
13         Q.   And that's not a theory that Merck
14    invented; there have actually been well-respected
15    scientists who have written in peer-review journals
16    that COX-2 inhibition may be beneficial to patients
17    who have heart problems, true?
18         A.   As far as I know, there have been
19    commentaries along those lines.
20         Q.   So here the Board of Scientific Advisors
21    is laying out a situation where the COX-2 inhibition
22    may be a good thing or may be a bad thing when it
23    comes to the development of lipid rich coronary
24    plaques, right?
25         A.   That appears to be the gist from this one
page 98
1     page here.
```

98:7 - 98:13          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 98
7          Q.   Okay.  So, in other words, he -- because
8     he's got severe disease, he has lipid rich coronary
9     plaques?
10         A.   I'm sure.
11         Q.   All right.  But you're in no position to
12    say whether Vioxx had anything to do with that?
13         A.   That would be correct.
```

98:7 - 98:13          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 98
7          Q.   Okay.  So, in other words, he -- because
8     he's got severe disease, he has lipid rich coronary
9     plaques?
10         A.   I'm sure.
11         Q.   All right.  But you're in no position to
12    say whether Vioxx had anything to do with that?
13         A.   That would be correct.
```

98:18          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 98
18         Q.   Do you see on the second page --
```

98:21 - 99:23          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 98
21         Q.   -- destabilization of the cap of an
22    atheromatous plaque -- is that how you pronounce
23    that?
24         A.   Yes, atheromatous.  Uh-huh.
25         Q.   And this says:  Recent evidence indicates
page 99
1     that inflamed -- inflammatory cells are present in
2     the region of the thinned out cap that covers
3     atheromatous plaques, and it is thought that these
4     inflammatory cells contribute to thinning the plaque
5     at its margin that is the frequent site of plaque
```

```
     6      rupture.  As the critical cells in this process are
     7      inflammatory cells, the possibility exists that the
     8      products of COX-2 could regulate the thinning of cap
     9      of plaques and render them rupture prone.
    10           Do you see that, sir?
    11      A.   Correct.
    12      Q.   Now when this is referring to the products
    13  of COX-2 possibly making plaques rupture prone,
    14  that's talking about the COX-2 enzyme itself, true?
    15      A.   Okay.
    16      Q.   That's not talking about COX-2 inhibition
    17  or Vioxx possibly rendering plaque rupture prone; is
    18  it, sir?
    19      A.   That's what that appears to say.
    20      Q.   In fact, by reducing the inflammation, the
    21  thought was Vioxx actually might help stabilize
    22  plaque and prevent heart attacks?  That's what's
    23  being expressed here, right?
```

100:4 - 100:7        7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 100
     4      Q.   That's the theory here?
     5      A.   From what we've seen in this -- and I'm
     6  not intimately familiar with this document by any
     7  means.
```

133:1 - 133:10       7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 133
     1      Q.   When you were answering questions about
     2  whether Vioxx was pro-thrombotic -- do you remember
     3  questions about that?
     4      A.   This time or last time?
     5      Q.   This time.
     6      A.   I remember what we discussed.
     7      Q.   Do you recall testifying, sir, that even
     8  to this day you think it's an open question about
     9  whether Vioxx or the other NSAIDS are
    10  pro-thrombotic?
```

133:14 - 133:19      7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 133
    14           THE WITNESS:  The question has been
    15  raised.  Whether that's -- again, the -- the
    16  association between cardiac events, thrombotic
    17  events has been raised.  In the -- in what I've
    18  seen, the exact answer to that hasn't been worked
    19  out.
```

134:22 - 135:4       7/17/2006      Karavan, Mark - (Barnett - Trial Dep)

```
page 134
    22      Q.   So in terms of COX-2 inhibitors, including
    23  Celebrex and Vioxx and Bextra, you're not -- you're
    24  not taking the position that one's more
    25  pro-thrombotic, if they are at all?
page 135
     1      A.   You're talking about all of the coxibs?
     2      Q.   Yes.
     3      A.   To my knowledge, I wouldn't think that one
     4  was more pro-thrombotic.
```

# EXHIBIT E

**Merck Counter Designations**
**Mark Karavan – July 17, 2006 Trial Deposition**

38:14 - 38:17        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 38
```
14              Do -- do you know whether or not, as you
15       sit here now, he had some sort of an infarct over
16       the last, say, four years since his last heart
17       attack?
```

38:19 - 38:21        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 38
```
19              THE WITNESS:  Clinically, I don't feel
20       that he's had another infarct from when he first
21       presented in 2002.
```

38:23 - 39:12        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 38
```
23              Q.   Okay.  What do you mean by clinically?
24              A.   Well, putting him together, if anything,
25       his ejection fraction in my mind and wall motion is
```
                   page 39
```
1        better than it was in September of 2002.  I haven't
2        seen -- on his angiogram, I didn't see a vessel that
3        closed to suspect that there's been a, quote,
4        another heart attack.  His -- his right coronary
5        artery now is solidly closed.
6               Could he have had some type of event when
7        it closed and the graft took over?  Potentially.
8        It's hard to measure.  All of his ejection fractions
9        come out 60 percent.  He has subtle wall motion
10       abnormalities of the inferior portion of the heart.
11       So I -- I just don't think he's had another heart
12       attack since September 2002, certainly not sizable.
```

39:13                7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 39
```
13              Q.   Could he have had a silent one?
```

39:16 - 39:18        7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 39
```
16              THE WITNESS:  Whether it was silent or not
17       silent, I don't see the evidence for -- basically
18       for that.
```

41:7 - 41:16         7/17/2006     Karavan, Mark - (Barnett - Trial Dep)

                   page 41
```
7               Q.   Okay.  Now, let me ask you this:  Just in
8        terms of -- I'm trying to go over -- before your
9        last deposition did you meet with me?
10              A.   No, sir.
11              Q.   Okay.  So the first time we met before a
12       deposition was yesterday; is that right?
13              A.   Correct.
14              Q.   And what did we discuss yesterday?
15              A.   Basically the same sort of topics we're
```

1

```
                        16        discussing here at this dep -- deposition.
```

41:19 - 41:23         7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 41
                        19        A.   We went over his recent studies, correct.
                        20   Uh-huh.
                        21        Q.   Okay.  And did you -- is there anything
                        22   you said yesterday to me that you haven't said today
                        23   in your deposition?
```

41:25 - 42:1          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 41
                        25             THE WITNESS:  I'm -- I'm -- I'm sure there
                        page 42
                        1    is.  I'm just not -- I'm not sure what it is.
```

105:16 - 105:23       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 105
                        16        Q.   And is there a portion of the RCA that is
                        17   closed off to -- to potentially feeding the heart?
                        18        A.   There -- well, it -- when that closes, the
                        19   PDA -- well, there's no longer good flow.  The
                        20   segment between the mid right and the posterolateral
                        21   branch no longer gets flow.  The graft to the
                        22   posterolateral branch is open and fills that, and
                        23   the PDA basically gets flow through the collaterals.
```

116:16 - 116:20       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 116
                        16             Are you a nuclear cardiologist?
                        17        A.   I was trained in -- in nuclear cardiology.
                        18        Q.   But -- but, I mean, the Cardiolite exam,
                        19   do -- do you defer to others to -- regarding the
                        20   reading of those exams?
```

116:22 - 116:23       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 116
                        22             THE WITNESS:  I read -- I read Cardiolite
                        23   exams presently.
```

119:17 - 119:21       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 119
                        17        Q.   Okay.  So that would at least, if you take
                        18   him at his word and -- and -- and that he thinks he
                        19   did a pretty good job, would the most likely cause
                        20   of these occlusions not be -- be the tech or the
                        21   outflow part of it?
```

119:23 - 119:24       7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
                        page 119
                        23             THE WITNESS:  That's a -- that's a
                        24   difficult question to -- I think to answer.
```

120:4 - 120:6          7/17/2006    Karavan, Mark - (Barnett - Trial Dep)

```
page 120
    4              THE WITNESS:  So I don't -- you know, I
    5         think it's hard to speculate why they -- why it
    6         closed.
```