UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 21 PM 2:31

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JEANETTE PATTON, INDIVIDUALLY AND O/B/O DAVID PATTON<br><br>VERSUS<br><br>MERCK & COMPANY, INC. | DOCKET NO.: 1657<br><br>CASE NO.: MDL 3:05/1164<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

EDLA #
05-5639

## MOTION AND ORDER TO ENROLL AS CO-COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes DAVID ABBOUD THOMAS, who desires to enroll as co-counsel of record, to wit:

On motion of David Abboud Thomas, Attorney at Law of the law firm of Moore, Walters, Thompson, Thomas, Papillion & Cullens, APLC, and Michael W. McKay of McKay, Lutgring & Cochran, LLC, and on suggesting to the Court that David Abboud Thomas, of the law firm of Moore, Walters, Thompson, Thomas, Papillion & Cullens, APLC, desires to enroll as co-counsel with Michael W. McKay for plaintiff, Jeanette Patton, individually and o/b/o David Patton, in the above-captioned matter, and that movers desire that the name of David Abboud Thomas of the law firm of Moore, Walters, Thompson, Thomas, Papillion & Cullens, APLC, be entered as co-counsel of record in this case.

**BY ATTORNEYS:**

Michael W. McKay, La. Bar Roll No. 9362
**McKay, Lutgring & Cochran, LLC**
732 North Boulevard
Baton Rouge, Louisiana 70802
Phone: (225) 389-1060
Fax: (225) 214-1771

David Abboud Thomas, La. Bar Roll No. 22701
**MOORE, WALTERS, THOMPSON, THOMAS, PAPILLION & CULLENS, APLC**
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (225) 766-1100
Fax: (225) 766-1142

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing party by placing same in the U.S. mail, properly address and postage prepaid, and via LexisNexis on this _____ day of June, 2006.

_____
David Abboud Thomas