UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 26 AM 7:26
LORETTA G. WHYTE
CLERK

JEANETTE PATTON, INDIVIDUALLY
AND O/B/O DAVID PATTON

VERSUS

MERCK & COMPANY, INC.

DOCKET NO.: 1657

CASE NO.: LAM-3:05-1104

JUDGE FALLON      EDLA Case
MAG. JUDGE KNOWLES   # 05-5639

### ORDER

IT IS ORDERED that David Abboud Thomas of the law firm of Moore, Walters, Thompson, Thomas, Papillion & Cullens, APLC, be entered as co-counsel of record for the plaintiff in this case.

New Orleans, Louisiana, this 24 day of July, 2006.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____