UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1683

JOHN MIDKIFF,
    Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MELONEESE FAIN WELLS,
JENNIFER FAVATA GARCIA, JEFFREY FULOP,
BARRY GOGEL, JEFFREY HANNETT, JESSE
HOLLINGSWORTH, NOLAN PADGETT,
HEIDI DINGFELDER, JOHN KILKELLY,
TEQUILLA TAYLOR, CHRIS METROPOLUS,
ANTON LAK, CHERI McLEOD, GENA E. ORTEGA,
RICARDO ORTEGA, JEROME PITTMAN, and VICTOR SOPINA,
    Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

Plaintiff, JOHN MIDKIFF, by and through his undersigned counsel, hereby files the copy of an Affidavit of Service evidencing service upon Defendant, TEQUILLA TAYLOR, on July 7, 2006.

Dated this 18th day of July, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and by e-mail and has been served upon all parties set forth on the attached Service List by electronically uploading the same to LexisNexis File & Serve on this 18th day of July, 2006.

By: _____
**BRENDA S. FULMER, Esq. (FBN: 999891)**
**C. TODD ALLEY, Esq. (FBN: 321788)**
**JAMES D. CLARK, Esq. (FBN: 191311)**
**DON GREIWE, Esq. (FBN: 218911)**
**AMY D. PREVATT, Esq. (FBN: 13858)**
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
Attorneys for Plaintiff

## SERVICE LIST

**Wilfred P. Coronato, Esq.**
Hughes, Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Tele: (201) 946-5700
Fax: (201) 536-0799
Email: *Coronato@hugheshubbard.com*

**Phillip A. Wittmann, Esquire**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 71030
Tele: (504) 581-3200
Fax: (504) 581-3361
Email: *pwittmann@stonepigman.com*
Defendant's Liaison Counsel

**Aretha Delight Davis, Esquire**
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tele: (215) 994-2423
Fax: (215) 994-2222
Email: *Aretha.davis@dechert.com*

**Susan Giamportone, Esq.**
Womble, Carlyle, Sandridge & Rice
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Tele: (919) 316-4243
Fax: (919) 484-2061
Email: *SGiamportone@wcsr.com*

**Barbara Bolton Litten, Esquire**
**Patricia E. Lowry, Esquire**
**John B.T. Murray, Jr., Esquire**
**Dori K. Stibolt, Esquire**
Squire, Sanders & Dempsey
777 S. Flagler Drive
West Palm Beach, FL 33401
Tele: (561) 650-7200
Fax: (561) 655-1509
Email: *blitten@ssd.com*
Email: *plowry@ssd.com*
Email: *jbmurray@ssd.com*
Email: *dstibolt@ssd.com*
Local Counsel for Merck

**Russ Herman, Esquire**
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170
Tele: (504) 581-4892
Fax: (504) 561-6024
Email: *VIOXX@hhkc.com*
Plaintiff's Liaison Counsel

# R. SCOTT CHILDRESS INVESTIGATIONS
## AFFIDAVIT OF SERVICE

IN THE **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA**
PLAINTIFF **JOHN MIDKIFF** vs.
DEFENDANT **MERCK & CO., INC., et al.**
TO BE SERVED **TEQUILLA TAYLOR**
CASE NO. **06-CV-1683 / MDL # 1657 / SECTION L**
TYPE OF PROCESS: (X) SUMMONS AND COMPLAINT ( ) EVICTION ( ) OTHER
RECEIVED THIS PROCESS ON **5/30/06**
AND SERVED SAME ON **7/7/06** AT **8:35** ~~A.M.~~/(P.M.)
IN **PASCO** COUNTY, FLORIDA.

(X) **INDIVIDUAL SERVICE:** By serving the within named person, a true copy of the Writ, with the date and hour of service endorsed thereon by me, at the same time delivering to the within named person a copy of the Complaint, Petition or initial pleading.

___ **SUBSTITUTE SERVICE:** By serving a copy of this Writ, with the date and hour of service endorsed thereon by me, and a copy of the Compliant, Petition, or initial pleading at the Defendant's usual place of abode, on "any person residing therein" the age of 15 years or older, to wit: (name) _____ (relationship) _____ and informing such person of their contents.

___ **CORPORATE SERVICE:** By serving a true copy of this Writ with the date and hour of service endorsed thereon by me, and a copy of the Plaintiff's pleading to:_____

___ - (Party served) _____ as (Title) _____ of corporation in the absence of any superior officer as defined by F.S. 48.081.

___ - (Party served) _____ as Registered Agent of said corporation as defined by F.S. 48.091.

___ - (Party served) _____ as employee of defendant corporation in compliance with F.S. 48.081(3) for failure by the corporation to comply with F.S. 48.091.

___ **POSTED:** By attaching a true copy of this Writ with the date and hour of service endorsed thereon by me together with a copy of the Compliant or Petition, to a conspicuous place on the property described within and making at least two attempts to serve, more than six hours apart. Attempted _____ at _____ a.m./p.m.; and _____ at _____ a.m./p.m.

___ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find the subject in _____ County/Florida, (Date) _____.

___ **OTHER RETURNS:** (See comments by server)

COMMENTS BY SERVER: _____

(X) At the time of service, defendant/subject was ( ) was not (X) in the military service of the United States Government.

Signature of duly appointed and certified process server. Appointed pursuant to Florida Statutes. Pursuant to F.S. 92.525, Under Penalties of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Served by: _____



# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

**SUMMONS IN A CIVIL CASE**

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL No.: 1657
SECTION: L

This document relates to:

Civil Action No. 06-cv-1683

JOHN MIDKIFF,
        Plaintiff,
vs.

JUDGE FALLON
MAG. JUDGE KNOWLES

MERCK & CO., INC., MELONEESE FAIN WELLS,
JENNIFER FAVATA GARCIA, JEFFREY FULOP,
BARRY GOGEL, JEFFREY HANNETT, JESSE
HOLLINGSWORTH, NOLAN PADGETT, HEIDI DINGFELDER,
JOHN KILKELLY, TEQUILLA TAYLOR, CHRIS METROPOLUS,
ANTON LAK, CHERI McLEOD, GENA E. ORTEGA,
RICARDO ORTEGA, JEROME PITTMAN, and VICTOR SOPINA,
        Defendants.

TO: **Tequilla Taylor**
**16406 Ivy Lake Drive**
**Odessa, FL 33556**

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 E Washington Street
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE          MAY 0 8 2006
Clerk          Date

(by) Deputy Clerk

# R. SCOTT CHILDRESS INVESTIGATIONS
## AFFIDAVIT OF SERVICE

IN THE <ins>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA</ins>

PLAINTIFF <ins>JOHN MIDKIFF</ins> vs.

DEFENDANT <ins>MERCK & CO., INC., et al.</ins>

TO BE SERVED <ins>TEQUILLA TAYLOR</ins>

CASE NO. <ins>06-CV-1683 / MDL # 1657 / SECTION L</ins>

TYPE OF PROCESS: (X) SUMMONS AND COMPLAINT ( ) EVICTION ( ) OTHER

RECEIVED THIS PROCESS ON <ins>5/30/06</ins>

AND SERVED SAME ON <ins>7/7/06</ins> AT <ins>8:35</ins> (P.M.)

IN <ins>PASCO</ins> COUNTY, FLORIDA.

(X) **INDIVIDUAL SERVICE:** By serving the within named person, a true copy of the Writ, with the date and hour of service endorsed thereon by me, at the same time delivering to the within named person a copy of the Complaint, Petition or initial pleading.

____ **SUBSTITUTE SERVICE:** By serving a copy of this Writ, with the date and hour of service endorsed thereon by me, and a copy of the Compliant, Petition, or initial pleading at the Defendant's usual place of abode, on "any person residing therein" the age of 15 years or older, to wit: (name) _____ (relationship) _____ and informing such person of their contents.

____ **CORPORATE SERVICE:** By serving a true copy of this Writ with the date and hour of service endorsed thereon by me, and a copy of the Plaintiff's pleading to: _____

- ____ - (Party served) _____ as (Title) _____ of corporation in the absence of any superior officer as defined by F.S. 48.081.

- ____ - (Party served) _____ as Registered Agent of said corporation as defined by F.S. 48.091.

- ____ - (Party served) _____ as employee of defendant corporation in compliance with F.S. 48.081(3) for failure by the corporation to comply with F.S. 48.091.

____ **POSTED:** By attaching a true copy of this Writ with the date and hour of service endorsed thereon by me together with a copy of the Compliant or Petition, to a conspicuous place on the property described within and making at least two attempts to serve, more than six hours apart. Attempted _____ at _____ a.m./p.m.; and _____ at _____ a.m./p.m.

____ **NO SERVICE:** For the reason that after diligent search and inquiry, unable to find the subject in _____ County/Florida, (Date) _____.

____ **OTHER RETURNS:** (See comments by server)

COMMENTS BY SERVER: _____

(X) At the time of service, defendant/subject was ( ) was not (X) in the military service of the United States Government.

Signature of duly appointed and certified process server. Appointed pursuant to Florida Statutes. Pursuant to F.S. 92.525, Under Penalties of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Served by: *R. Scott Childress*