IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED JUL 1 0 2006
LORETTA G. WHYTE
Clerk

MDL 1657 L

| | |
|---|---|
| Josephine Adams Murphy and James Scott Murphy, </br>    Plaintiffs, </br> </br>v. </br> </br>MERCK & CO., INC., </br>    Defendants. | Case No. 1: 06-CV-51CAS </br> 06-2694 L(3) |

### PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO REMAND CASE TO STATE COURT UNDER 28 USC §1447

COMES NOW Plaintiff's, pro se, and for their supplemental memorandum in support of their Motion to Remand this case to state court states as follows:

1. This court currently has a pending motion to remand this case to the state court, which was filed on or around May 3, 2006.

2. On or around March 16, 2005. The MDL Court implemented an electronic service application requiring counsel to register with Lexis-Nexis. In order to register, counsel will need to be on the service list of counsel in MDL 1657. (Attachment A)

3. On April 19, 2006. Honorable Judge Eldon E. Fallon in MDL 05-1657 "L", held a pretrial hearing. In which the court addressed a motion filed by a *pro se* litigant in <u>James D. Schneller v. Merck & Company, Inc.</u>, Civil Action No. 50-5382. In which Mr. Schneller requested registration and access to Lexis-Nexis File & Service



Litigation Management, Inc. (Attachment B "related portion of transcript of hearing held on April 19, 2006.")

4. On May 18, 2006. Honorable Judge Eldon E. Fallon denied James D. Schneller (*a pro se litigant*) access to Lexis-Nexis File & Serve. (Attachment C, page 7)

## **Conclusion**

It is well established, that plaintiffs have a right to represent themselves in civil actions.

Said representations are not to be infringed upon, in anyway, and are to be treated with the same respect provided to attorneys in civil actions. To deny pro se litigants fair treatment, will infringe upon their Constitutional Rights of Access to the Courts and Equal Protection Rights of the First Amendment.

If a pro se litigant cannot receive fair treatment in the MDL court, then it would be denying plaintiffs' access to the courts as well as denying them equal protections of the law. A transfer to this court would hinder plaintiff's litigation in this case and an inappropriate tactic to force counsel on the plaintiffs', and violates their right to represent themselves.

If this court agrees that it would violate the plaintiffs' rights to transfer this case to the MDL court, then it would also agree that to transfer this case to the Federal Court would serve no purpose.

WHEREFORE, Plaintiffs pray that their Motion to Remand to the State court be granted, and that the cause be remanded back to the Circuit Court of Wayne County, Missouri, and for such other and further relief as the Court deems just and proper.

Date: July 5, 2006

Respectfully submitted,

*Josephine Adams Murphy*
Josephine Adams Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

*James Scott Murphy*
James Scott Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, the foregoing was mailed to the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Daniel H. Ball
Mr. Robert T. Ebert, Jr.
Mr. Stephen G. Strauss
Mr. Randy J. Soriano
Bryan Cave, L.L.P.
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
dhball@bryancave.com
Attorneys for Merck & Co., Inc.

Mrs. Loretta G. Whyte, Clerk
MDL Court
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Josephine Adams Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

James Scott Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com