**MINUTE ENTRY**
**FALLON, J.**
**JULY 25, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Mark Robinson and Andy Birchfield participated on behalf of the Plaintiff. Phil Beck and Andy Goldman participated on behalf of the Defendant. At the conference, the parties discussed the following motions: (1) The Plaintiff's Motion in Limine to Preclude Defendant Merck From Referring to Any Geographic Area in or around South Carolina as the "Stroke Belt" (Rec. Doc. 5670); (2) The Plaintiff's Motion in Limine to Preclude Defendant Merck From Offering Any Testimony or Argument Regarding Dr. McCaffery's Personal Use of Vioxx and His Opinions Regarding the FDA Approval Process (Rec. Doc. 5672); and (3) The Defendant's Motion for Order Excluding Testimony of Jerry Avorn, M.D. (Rec. Doc. 5258).

JS10(02:30)

After considering the issues and for the reasons transcribed during the June 25, 2006 hearing, IT IS ORDERED that:

(1) The Plaintiff's Motion in Limine to Preclude Defendant Merck From Referring to Any Geographic Area in or around South Carolina as the "Stroke Belt" is GRANTED;

(2) The Plaintiff's Motion in Limine to Preclude Defendant Merck From Offering Any Testimony or Argument Regarding Dr. McCaffery's Personal Use of Vioxx and His Opinions Regarding the FDA Approval Process is DENIED; and

(3) The Defendant's Motion for Order Excluding Testimony of Jerry Avorn, M.D. is DENIED. The parties shall provide the Court with a transcript of Dr. Avorn's designated deposition testimony with their specific, line by line objections noted thereon. The Court shall then make its rulings on the deposition transcript itself.