UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

...................................................... :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

Considering that the parties have amicably resolved the following ten (10) motions and requested that they be withdrawn, IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Merck & Co., Inc.'s ("Merck") Motion for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis (Rec. Doc. 5287);

2. Merck's Motion for Order Excluding Testimony of Richard Kronmal, Ph.D. (Rec. Doc. 5270);

3. Merck's Motion for Order Excluding Testimony of Leslie Cleland, M.D. (Rec. Doc. 5275);

4. Merck's Motion for Order Excluding Testimony of John W. Farquhar, M.D. (Rec. Doc. 5291);

5. Merck's Motion for Order Excluding Testimony of Richard Kapit, M.D. (Rec. Doc. 5282);

6. The Plaintiff's Motion to Exclude Argument or Opinion Testimony that the APPROVe Study and Protocol 203 Cannot be Generalized to Other Populations and to Exclude Opinions Concerning "Individual Confidence Intervals" (Rec.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Doc. 5404);

7. The Plaintiff's Motion to Exclude the Opinion Testimony of Nicholas Flavahan, Ph.D.(Rec. Doc. 5403);

8. The Plaintiff's Motion to Exclude the Opinion Testimony of Tom DeBauche, M.D. (Rec. Doc. 5667);

9. The Plaintiff's Motion in Limine to Preclude Defendant Merck From Offering Any Testimony or Argument Regarding the Preamble to 71 Fed. Reg. 3922-01 and Any Statement by the FDA Regarding Preemption (Rec. Doc. 5669);

10. The Plaintiff's Motion in Limine to Exclude Certain Subjects From Evidence at Trial (Rec. Doc. 5671).

New Orleans, Louisiana, this __27th__ day of __July__, 2006.

                                               UNITED STATES DISTRICT JUDGE