UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to** | * | |
| **Case No. 06-0485** | * | |
| | * | MAGISTRATE JUDGE |
| **GERALD D. BARNETT**, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| **MERCK & CO., INC.**, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### NOTICE OF *ERRATA* REGARDING DEFENDANT MERCK & CO., INC.'S ("MERCK'S") OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER EXCLUDING CERTAIN TESTIMONY OF PAUL ROACH, M.D. AND OBJECTIONS TO TESTIMONY BY PLAINTIFF'S EXPERTS THAT (1) PLAINTIFF HAD ONLY MILD ISCHEMIA IN JANUARY 2000, AND (2) VIOXX CAUSES OR ACCELERATES ATHEROSCLEROSIS

Merck respectfully submits the attached exhibit, an excerpt of the Chizner text cited on page three of Merck's Opposition to Plaintiff's Motion for Order Excluding Certain Testimony of Paul Roach, M.D. and Objections to Testimony by Plaintiff's Experts That (1) Plaintiff Had Only Mild Ischemia in January 2000, and (2) Vioxx Causes or Accelerates Atherosclerosis (Record Docket No. 5988), which was filed on July 31, 2006.  The attached exhibit was inadvertently omitted from Merck's filing.

822133v.1

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

And

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

2

822133v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of *Errata* Regarding Merck's Opposition to Plaintiff's Motion for Order Excluding Certain Testimony of Paul Roach, M.D. and Objections to Testimony by Plaintiff's Experts That (1) Plaintiff Had Only Mild Ischemia in January 2000, and (2) Vioxx Causes or Accelerates Atherosclerosis has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of August, 2006.

                                     */s/ Dorothy H. Wimberly*

822133v.1