# CLINICAL CARDIOLOGY

## made ridiculously simple

### Michael A. Chizner, M.D.

**Chief Medical Director**
**The Heart Center of Excellence**
**North Broward Hospital District**
**Fort Lauderdale, Florida**

**Clinical Professor of Medicine**
**University of Miami School of Medicine**
**Miami, Florida**

**Clinical Professor of Medicine**
**University of Florida College of Medicine**
**Gainesville, Florida**



MedMaster, Inc., Miami