CHAPTER 5. CARDIAC DIAGNOSTIC LABORATORY TESTS

likely to generate "false positive" than "true positive" results, which may therefore lead to unwarranted disability and unnecessary additional and even invasive testing and/or interventions.

As public awareness of testing modalities for CAD increase, requests among low-risk patients for stress testing are likely to escalate. This should be tempered, however, since such testing will only increase cost without improving diagnostic accuracy. Patients with a moderate or intermediate pre-test likelihood of CAD are the best candidates for exercise testing, since a markedly positive result can essentially establish the diagnosis whereas a clearly negative result can decrease the possibility to a low level.

"False positive" exercise-induced ST segment changes (i.e., not due to myocardial ischemia) are commonly seen with:

- Pre-existing non-specific ST-T abnormalities at rest
- Pressure overload (e.g., hypertension, valvular aortic stenosis, hypertrophic cardiomyopathy)
- Electrolyte imbalance (e.g., hypokalemia)
- Drugs (e.g., digitalis)
- Women with mitral valve prolapse
- Premenopausal women with ST segment changes (which may, in part, be due to the higher incidence of CAD in younger men)
- LV hypertrophy with "strain" pattern
- Left bundle branch block
- Paced ventricular rhythm
- Preexcitation (WPW) syndrome
- Hyperventilation

For patients who are unable (or unwilling) to undergo adequate exercise on the treadmill or bicycle (due to severe peripheral vascular disease, orthopedic disability, or pulmonary disease) pharmacologic stress testing may be performed using:

- Potent *vasodilators*, e.g., dipyridamole (Persantine), or adenosine, combined with thallium or sestamibi "cold spot" scanning that create a "steal" of coronary blood flow from constricted vessels and demonstrate relative hypoperfusion and decreased tracer uptake, or
- *Inotropic agents* (e.g., dobutamine) that increase heart rate and blood pressure (particularly for those with severe lung disease or asthma). The dobutamine echo stress test is said to be positive for myocardial ischemia when new LV hypokinesis or akinesis is observed during dobutamine infusion. *Improvement* of abnormal resting wall motion with low doses of dobutamine suggests the presence of stunned or hibernating but viable myocardium.

**Figure 5-13** summarizes the indications for pharmacologic stress testing.

The diagnostic accuracy of exercise testing in the detection of significant CAD improves from a mean sensitivity of ~65% (lowest in single vessel disease, highest in multivessel disease) to the 85–90% range, by combining exercise testing with:

- *Radionuclide* e.g., thallium-201 or technetium-99m sestamibi (Cardiolite) rest and stress myocardial perfusion imaging using single-photon emission computed tomography (SPECT). This may demonstrate a reversible decrease in tracer uptake (ischemia) and/or fixed (infarction) perfusion defects ("cold spots").
- *Echo studies,* which may reveal diminished or absent systolic wall thickening and/or new or worsening wall motion abnormalities e.g., *hypokinesis* (decreased wall motion), *akinesis* (no wall motion), *dyskinesis* (paradoxical wall motion). These valuable imaging techniques increase the sensitivity (and especially the specificity) in identifying a "false positive" stress ECG result.

---

**FIGURE 5-13**

**Candidates for Pharmacologic Stress Nuclear Perfusion Scan or Echo**

- **Patients unable to exercise**
  a) Orthopedic problems of the lower extremities
  b) Rheumatologic illnesses
  c) Neurologic illness
     (1) Paralysis secondary to cerebrovascular accidents
     (2) Severe neuropathy involving the lower extremities
     (3) Primary skeletal muscle disorders
  d) Severe lung disease or asthma
- **Peripheral vascular disease**
  a) Claudication of the lower extremities
  b) Large abdominal aortic aneurysms
  c) Venous insufficiency with severe edema of the lower extremities
- **Severe cardiovascular deconditioning**
- **General debility**
- **Drug therapy** with beta blockers or calcium channel blockers which may prevent heart rate increases above 85% of maximum predicted for age.