CHAPTER 5. CARDIAC DIAGNOSTIC LABORATORY TESTS

**Figure 5-14.** Patient undergoing nuclear myocardial perfusion imaging. Myocardial perfusion is assessed using thallium-201 or technetium sestamibi (Cardiolite) injected prior to treadmill exercise. The test compares the myocardial radionuclide distribution right after exercise as compared with rest. In one case, where there is stress induced ischemia, the schematic illustration shows a radionuclide defect that disappears with rest. In the other, where there is an old myocardial infarction, the defect persists. If the patient is unable to exercise, intravenous dipyridamole (or adenosine) in combination with thallium or sestamibi imaging, or a dobutamine stress echo study can be performed.

**Figure 5-15.** Schematic diagram of stress echo study. The test compares the systolic wall motion immediately after exercise with the systolic wall motion at rest. **Left.** Normal systolic wall motion is present at rest. **Right.** Immediately after exercise there is transient hypokinesis of the anteroseptal and apical walls (arrows) indicating the presence of a high grade stenosis of the LAD coronary artery.

*Stress echo* compares favorably in cost-effectiveness and provides similar levels of accuracy (slightly less sensitive but more specific) for detecting CAD to that of nuclear stress testing. (**Figure 5-16**) Stress echo may be of particular value in patients who have a questionable defect on perfusion imaging. Both stress echo and radionuclide stress testing are noninvasive imaging modalities that help in situations in which clarification of the presence, distribution, or threshold of inducible myocardial ischemia is required.

These situations include high clinical suspicion of CAD but negative exercise stress test, low clinical suspicion but positive exercise stress test, non-diagnostic exercise stress test, "culprit" vessel identification in multivessel CAD, assessment post-CABG surgery or after PCI.

Nuclear or dobutamine echo stress is useful in helping decision-making when considering revascularization and risk stratification prior to major noncardiac surgery (e.g., vascular surgery). Multiple areas of reversible ischemia (myocardial perfusion defects and/or echo wall motion abnormalities) at low workload, transient LV cavity dilatation, along with an increase in lung uptake of radioisotope on nuclear stress testing (evidence of LV dysfunction), are clues to patients with CAD at high risk. These patients should be considered for coronary angiography and potential revascularization prior to elective noncardiac surgery.

*"False positive"* nuclear studies may result from soft tissue attenuation artifacts, as can be seen in women with large breasts (breast attenuation artifacts of the anterior wall) and patients with elevated diaphragms (diaphragmatic attenuation artifacts of the inferior wall) or LBBB (septal perfusion defects). In addition, abnormal septal wall motion may be seen in patients with RV volume overload, LBBB, WPW syndrome, and after cardiac surgery.

*"False negative"* nuclear studies can occur when collateral circulation masks single vessel CAD, or "balanced" hypoperfusion disguises multivessel disease. For example,



Figure 5-14

CHAPTER 5. CARDIAC DIAGNOSTIC LABORATORY TESTS



Figure 5-15

global ("balanced") ischemia from triple-vessel disease may on occasion be overlooked because of a uniform decrease in tracer uptake on nuclear scanning. The overall sensitivities for detecting significant stenoses in the LAD, RCA and left circumflex artery are ~ 85%, 80% and 65% respectively. Likewise, difficulty in obtaining a good ultrasound image (due to body habitus, chronic lung disease, or technician inexperience) and the need to image as close to peak exercise as possible may result in a non-diagnostic echo study. Under these circumstances, coronary arteriography may need to be performed to evaluate a "false positive" or "false negative" result. In general, the choice between stress echo and nuclear imaging modalities is determined by patient factors, e.g., ultrasound imaging windows (ability to adequately visualize cardiac structures by echo), and breast tissue and/or diaphragmatic attenuation

### FIGURE 5-16

### Stress Echocardiography

| LV Wall Motion at rest | LV Wall Motion at peak stress | Clinical Significance |
|---|---|---|
| Normal wall motion and endocardial thickening | Hyperdynamic and symmetric wall thickening | Normal or very low likelihood of CAD |
| Normal wall motion and endocardial thickening | Hypokinetic, akinetic or dyskinetic | CAD (ischemia) without MI |
| Hypokinesis or akinesis with partial or full endocardial thickening | Augmented (increased wall motion), hypokinetic, akinetic or dyskinetic | Nontransmural MI with viable stunned (if augmented), ischemic (if worsens), or hibernating myocardium (if a biphasic response noted). |
| Akinetic and thinned wall | Akinetic or dyskinetic | Transmural MI, no viability |