UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 24 PM 3:20
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION L |
| This document relates to: | |
| | JUDGE FALLON |
| ROBERT LONG, and his wife, JOYCE "JOY" LONG, | |
| | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | |
| v. | |
| MERCK AND CO., INC. | |
| Defendant. | |
| CIVIL ACTION NO.   05-5722 | |

### MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiffs, ROBERT LONG, and his wife, JOYCE LONG, by and through their counsel, pursuant to the Federal Rules of Civil Procedure, Rule 15(a) and Local Rule 7.4.1M and Local Rule 7.6E, and move for leave to amend their Complaint against Defendant and in support thereof states as follows:

Numbered paragraph three of said document incorrectly stated that "Venue is proper in the Middle District of Florida, pursuant to 28 U.S.C. Section 1391." This paragraph was intended to read and should from this point forward be deemed to read "Venue is proper in the Southern District of Florida..." given Plaintiffs are resident of Highlands County, Florida. A copy of the Proposed Amended Complaint, reflecting this change is attached hereto as Exhibit A.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Further, Plaintiff, ROBERT LONG's wife, was referred to as JOY LONG in the initial complaint as she is referred to as JOY LONG in everyday conversation, should from this point forward be deemed to read JOYCE LONG, as this is her given legal name. A copy of the Proposed Amended Complaint, reflecting this change is attached hereto as Exhibit A.

I hereby certify that the above Motion to Amend Complaint and a copy of the Proposed Amended Complaint were previously forwarded Ms. Dorothy Wimberly of STONE PIGMAN WALTHER WITTMANN, L.L.C. and Ms. Melissa Beaugh of STANLEY, FLANAGAN & REUTER, L.L.C. and on July 11, 2006 the undersigned received confirmation from Melissa Beaugh that they had no objections to the proposed Amended Complaint.

I hereby certify that the above Motion to Amend Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 20th day of July, 2006.

Steven C. Ruth, Esquire
FBN: 226531
Frank J. Currie, Esquire
FBN: 500471
BELTZ & RUTH, P.A.
Wachovia Plaza
150 Second Avenue North, 15 Floor
St. Petersburg, FL 33701
(727) 327-3222
Attorneys for Plaintiffs

/nbs