UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  A 11: 47

LORETTA G. WHYTE
         CLERK

In re: VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to:

ROBERT LONG, and his wife,
JOYCE "JOY" LONG,

        Plaintiffs,

v.

MERCK AND CO., INC.

        Defendant.

CIVIL ACTION NO.   05-5722

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### ORDER ON PLAINTIFFS' MOTION TO AMEND COMPLAINT

THIS CAUSE coming before this Honorable Court upon Plaintiffs' Motion to Amend Complaint and the Court having reviewed the Motion and being otherwise fully advised in the premises and that Defense Counsel has no objection to same, it is thereupon:

ORDERED AND ADJUDGED that the Plaintiffs may have leave of Court to amend the Complaint as outlined in Plaintiffs' Amended Complaint.

It is further ORDERED AND ADJUDGED that the Plaintiffs' Amended Complaint is deemed filed as of the date this Order is executed.

It is further ORDERED AND ADJUDGED that the Defendant shall have sixty (60) days from the date of the Order in which to file a

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

Response, per Pre-Trial Order Fifteen (15) in the Vioxx MDL.

DONE AND ORDERED in Chambers, New Orleans, Louisiana this 30 day of July, 2006.

_____
District Court Judge

Copies furnished to:

Frank J. Currie of BELTZ & RUTH, P.A.
Counsel for Plaintiffs
Russ M. Hermann of HERMAN HERMAN KATZ & COTLAR, L.L.P.
Plaintiff's Liaison Counsel
Phillip A. Whittmann of STONE PIGMAN WALTHER WITTMANN, L.L.C.
Defendant's Liaison Counsel

/nbs