UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION : SECTION: L

: JUDGE FALLON

: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

For the reasons given at oral argument on July 6, 2006, IT IS ORDERED that the Defendant's Motion for Order Excluding the Testimony of Plaintiff's Rebuttal Expert, Professor Nicholas Jewell (Rec. Doc. 5503) is GRANTED.

New Orleans, Louisiana, this 28th day of July, 2006.

UNITED STATES DISTRICT JUDGE

-1-