UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION : SECTION: L

:

: JUDGE FALLON

: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

IT IS ORDERED that the Defendant's Motion in Limine to Exclude the Testimony of Eric J. Topol, M.D. (Rec. Doc. 3040) and Motion in Limine to Exclude the Testimony of David Graham, M.D. (Rec. Doc. 3041) and the Plaintiff Steering Committee's Motion for Rule 37(b)(2)(B) Remedial Relief for Merck's Examination of David Graham, M.D. in Excess of Court Ordered Limitations (Rec. Doc. 4864) are DENIED AS MOOT. The Court's rulings are noted on the deposition designation transcripts.

New Orleans, Louisiana, this 29th day of July, 2006.

UNITED STATES DISTRICT JUDGE

-1-