FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2006 JUL 31  A II: L
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

The Defendant has filed a Motion for Order Excluding Testimony of Egil Fosslien, M.D. (Rec. Doc. 5290). In the motion, the Defendant seeks to exclude Dr. Fosslien from testifying about the following subjects: (1) whether Vioxx causes or accelerates atherosclerosis; (2) what the Defendant knew about the alleged risks of Vioxx; and (3) whether the Defendant complied with FDA regulations or whether the Vioxx label was adequate.

As to the first issue, both parties' arguments are based upon and cross-reference the briefing surrounding the Defendant's Motion for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis (Rec. Doc. 5287). This motion was subsequently withdrawn by the Defendant. Accordingly, the Defendant's motion as to the first issue is DENIED.

As to the second issue, the Court finds that Dr. Fosslien may testify as to what was known in the relevant medical/scientific community based upon the literature and studies available at the

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

time and, based on this knowledge, what the Defendant should have known regarding the risks associated with Vioxx. To the extent that Dr. Fosslien attempts to go beyond this limit, the Defendant's motion is GRANTED.

As to the third issue, considering that the Plaintiff did not address the issue and it appears based in law and fact, the Defendant's motion as to the third issue is GRANTED.

For the foregoing reasons, the Defendant's motion is GRANTED IN PART AND DENIED IN PART.

New Orleans, Louisiana, this 29th day of July, 2006.

UNITED STATES DISTRICT JUDGE