UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31 A 11: 47

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                       :   MDL NO. 1657

PRODUCTS LIABILITY LITIGATION   :   SECTION: L

:

:   JUDGE FALLON

:   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

Considering that the Plaintiff has withdrawn the motion, IT IS ORDERED that the Plaintiff's Motion to Exclude the Opinion Testimony of Paul Roach, M.D. (Rec. Doc. 5668) is DENIED AS MOOT.

New Orleans, Louisiana, this 28th day of July, 2006.

UNITED STATES DISTRICT JUDGE

-1-

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____