UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION   : SECTION: L

                                            : JUDGE FALLON

                                            : MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

Pending before the Court are the Defendant's Motion for Order Excluding Testimony of Cornelia Pechmann, M.D. (Rec. Doc. 5286) and the Plaintiff's Motion to Exclude Certain Opinion Testimony of Foster Curtis Bryan, II, M.D. (Rec. Doc. 5405). After considering the issues and for the reasons transcribed during the July 6, 2006 and July 7, 2006 hearings, IT IS ORDERED that:

(1) The Defendant's Motion for Order Excluding Testimony of Cornelia Pechmann, M.D. is GRANTED IN PART AND DENIED IN PART; and

(2) The Plaintiff's Motion to Exclude Certain Opinion Testimony of Foster Curtis Bryan, II, M.D. is GRANTED IN PART AND DENIED IN PART.

New Orleans, Louisiana, this 28th day of July, 2006.

UNITED STATES DISTRICT JUDGE

-1-