Andy D. Birchfield, Jr. (BIR006)
J. Paul Sizemore (SIZ004)
Benjamin L. Locklar (LOC009)
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

Attorneys for Plaintiff Susie Powell

---

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | | |
|---|---|---|
| **VIOXX PRODUCTS LIBABILITY LITIGATION** | * | **MDL Docket No. 1657** |
| | * | **Case No. 05-0957** |
| **SUSIE POWELL,** | * | |
| **PLAINTIFF,** | * | |
| v. | * | |
| **MERCK & COMPANY, INC., A CORPORATION,** | * | **REVISED PARTIAL STIPULATION OF OF DISMISSAL** |
| **DEFENDANT.** | * | |

**(Related Matter: Janet Sue Morgan, et al. v. Merck & Co., Inc.; U.S. District Court, Southern District of Mississippi, Jackson Division, Case No. 3:03CV435WS)**

---

On this, the _____ day of June, 2006, it is hereby **STIPULATED, ORDERED, ADJUDGED, AND DECREED**, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) that the above-captioned action be and hereby is dismissed, without prejudice, as to the Defendant, with each party to bear its own costs and attorneys' fees. Should she

1

seek to refile, Plaintiff Susie Powell will refile in the federal Multi-District Litigation ("MDL") and not in state court.

Susie Powell is a named Plaintiff in the action styled: Janet Sue Morgan, et al. v. Merck & Company, Inc. Dismissal of Susie Powell's claims shall not affect the other named Plaintiffs' claims.

This Stipulation is filed on behalf of Plaintiff Susie Powell, and Defendant Merck & Company, Inc., who have appeared in the above-captioned matter.

In compliance with Pre-Trial Order No. 8A, undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced case(s).

**APPROVED AND SO ORDERED**

_____
Eldon E. Fallon
United States District Judge

**DATED** this ____ day of June, 2006.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

_____
Andy D. Birchfield, Jr.
J. Paul Sizemore
Benjamin L. Locklar
Attorneys for the Plaintiff

**DATED** this _24th_ day of May, 2006.

2

WILLIAMS & CONNOLLY, LLP

_____
Douglas R. Marvin
Attorney for the Defendant

DATED this 30th day of ~~June~~ July 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 1st day of ~~June~~ August 2006.

_____
OF COUNSEL

3