UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-957 | * | |
| SUSIE POWELL, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF SUSIE POWELL AGAINST MERCK & CO., INC.

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of plaintiff Susie Powell, against defendant Merck & Co., Inc., be and they hereby are dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1