UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L/3 |
| This document relates to *Paul Krulewitch and Lorel Krulewitch, his wife v. Merck & Co., Inc.*, (E.D. La. Index No. 06-3337) | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Paul Krulewitch and Lorel Krulewitch, his wife (the "Krulewitches") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, to a dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. The Krulewitches agree that in the event they refile a lawsuit against Merck that contains claims relating to Vioxx, such lawsuit will be filed a United States District Court; and

2. The Krulewitches further agree that in the event they refile such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit refiled by the Krulewitches, as though the Krulewitches had been parties and had had an opportunity to participate in that discovery.

3. Each party shall bear its own fees and costs.

The Krulewitches agree to the above-stated conditions and wish to dismiss the instant lawsuit without prejudice to refiling. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to refiling, subject to the conditions stated above.

Respectfully submitted,

Christopher M. Cannon (FBN 304451)
FAZIO, DISALVO, CANNON, ABERS,
    PODRECCA, FAZIO & CARROLL
633 S. Andrews Avenue, Suite 500
Post Office Box 14519
Fort Lauderdale, FL 33302
Telephone:   954.463.0585
Facsimile:   954.767.9461
**Attorneys for Plaintiffs Paul Krulewitch and Lorel Krulewitch, his wife**

Phillip A. Wittman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER WITTMAN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone:   504.581.3200
Facsimile:   504.581.3361
**Defendants' Liaison Counsel**

Patricia E. Lowry
Barbara Bolton Litten
Catherine Whitfield
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
West Palm Beach, FL 33401-6198
Telephone:   561.650.7200
Facsimile:   561.1509
**Attorneys for Defendant Merck & Co., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of August, 2006.

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1