UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br>This document relates to<br>Case No. 2:05-CV-04379<br>**ROBERT G. SMITH,**<br>                    Plaintiff,<br>**v.**<br>**MERCK & CO., INC.,**<br>                    Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br>**DEFENDANT MERCK & CO, INC'S CASE SPECIFIC DEPOSITION DESIGNATIONS** |

TO:      Drew Ranier
            Ranier Gayle & Elliot L.L.C.
            1419 Ryan St.
            P.O. Box 1890
            Lake Charles, LA  70602-1890

            Grant Kaiser
            The Kaiser Firm LLP
            8441 Gulf Freeway
            Houston, TX  77017-5051

        Merck & Co., Inc. ("Merck") hereby submits its Final Deposition Designations. Merck expressly incorporates by reference and re-designates all testimony of non-case specific witnesses affirmatively designated in the case of *Barnett v. Merck,* No. 06-0485.  These affirmative designations include the following witnesses:  David Anstice, Susan Baumgartner,

822331v.1

David Curfman, Raymond Gilmartin, Malachi Mixon, Alan Nies, Edward Scolnick, and Stephen Epstein.

Merck also designates testimony from the depositions of Dr. Michael Grefer and Dr. Daniel Courtade as set forth on the attached page and line designations.

Merck reserves the right to provide additional and/or supplemental designations from depositions that have not yet taken place or have not yet been completed.  Merck reserves the right to offer any deposition testimony designated by Plaintiff and the right to counter-designate testimony based on Plaintiff's designations.  Merck reserves the right to withdraw any testimony designated herein.

The Parties will provide transcripts to the Court of their designations after they have exchanged objections and counters.:

**Daniel J. Courtade, M.D.**
**June 22, 2006**

| START PAGE | LINE | END PAGE | LINE |
|---:|---:|---:|---:|
| 4 | 16 | 4 | 18 |
| 8 | 5 | 8 | 9 |
| 8 | 11 | 10 | 7 |
| 10 | 9 | 13 | 22 |
| 15 | 4 | 17 | 5 |
| 17 | 7 | 20 | 1 |
| 21 | 7 | 21 | 19 |
| 22 | 19 | 25 | 7 |
| 25 | 9 | 28 | 8 |
| 28 | 10 | 30 | 17 |
| 30 | 22 | 31 | 5 |
| 31 | 13 | 35 | 2 |
| 37 | 24 | 40 | 5 |
| 40 | 7 | 45 | 12 |
| 45 | 14 | 46 | 21 |
| 47 | 5 | 47 | 7 |
| 47 | 9 | 48 | 6 |
| 49 | 14 | 50 | 1 |
| 51 | 4 | 55 | 5 |
| 55 | 7 | 55 | 7 |
| 57 | 12 | 57 | 15 |
| 58 | 6 | 60 | 9 |
| 60 | 12 | 61 | 4 |
| 61 | 6 | 68 | 5 |
| 68 | 7 | 69 | 2 |
| 69 | 15 | 69 | 22 |
| 70 | 3 | 71 | 23 |
| 73 | 2 | 74 | 15 |
| 74 | 17 | 75 | 15 |
| 75 | 17 | 77 | 19 |
| 77 | 21 | 79 | 14 |
| 79 | 16 | 79 | 19 |
| 83 | 15 | 83 | 22 |
| 86 | 10 | 88 | 12 |
| 88 | 19 | 89 | 2 |
| 89 | 4 | 90 | 7 |
| 90 | 15 | 90 | 24 |
| 91 | 1 | 91 | 4 |
| 92 | 1 | 92 | 14 |
| 94 | 10 | 96 | 20 |
| 96 | 22 | 102 | 16 |
| 102 | 20 | 103 | 11 |
| 105 | 2 | 105 | 11 |
| 105 | 13 | 107 | 3 |

3

| START PAGE | LINE | END PAGE | LINE |
|---:|---:|---:|---:|
| 107 | 13 | 107 | 22 |
| 107 | 24 | 107 | 25 |
| 108 | 2 | 108 | 4 |
| 108 | 6 | 110 | 2 |
| 110 | 20 | 112 | 8 |
| 114 | 3 | 114 | 4 |
| 114 | 6 | 114 | 9 |
| 114 | 11 | 120 | 11 |
| 121 | 4 | 121 | 12 |
| 122 | 15 | 122 | 21 |
| 122 | 23 | 123 | 7 |
| 123 | 10 | 124 | 25 |
| 125 | 5 | 125 | 7 |
| 125 | 9 | 125 | 12 |
| 125 | 15 | 127 | 12 |
| 127 | 14 | 127 | 19 |
| 127 | 21 | 127 | 25 |
| 128 | 2 | 128 | 6 |
| 128 | 8 | 128 | 9 |
| 128 | 11 | 128 | 17 |
| 128 | 19 | 128 | 20 |
| 128 | 22 | 129 | 5 |
| 130 | 11 | 132 | 4 |
| 132 | 6 | 133 | 1 |
| 139 | 18 | 140 | 4 |
| 151 | 14 | 151 | 19 |
| 151 | 21 | 152 | 25 |
| 153 | 4 | 153 | 12 |
| 153 | 14 | 154 | 3 |

822331v.1

**Michael Grefer, M.D.**
**June 29, 2006**

| START PAGE | LINE | END PAGE | LINE |
|---:|---:|---:|---:|
| 4 | 9 | 5 | 1 |
| 6 | 11 | 6 | 17 |
| 7 | 4 | 7 | 25 |
| 8 | 17 | 9 | 3 |
| 11 | 17 | 11 | 22 |
| 14 | 15 | 15 | 8 |
| 15 | 10 | 16 | 16 |
| 16 | 20 | 16 | 22 |
| 16 | 24 | 17 | 21 |
| 17 | 23 | 17 | 23 |
| 18 | 13 | 19 | 25 |
| 20 | 7 | 22 | 7 |
| 22 | 17 | 24 | 16 |
| 24 | 24 | 26 | 14 |
| 26 | 19 | 27 | 6 |
| 27 | 12 | 28 | 11 |
| 28 | 21 | 30 | 14 |
| 31 | 4 | 33 | 9 |
| 33 | 12 | 34 | 19 |
| 36 | 18 | 36 | 22 |
| 38 | 23 | 39 | 1 |
| 39 | 3 | 39 | 6 |
| 41 | 1 | 42 | 11 |
| 42 | 19 | 43 | 23 |
| 44 | 3 | 44 | 3 |
| 44 | 7 | 46 | 4 |
| 46 | 6 | 46 | 8 |
| 46 | 10 | 46 | 12 |
| 46 | 14 | 47 | 12 |
| 47 | 14 | 48 | 4 |
| 50 | 7 | 56 | 9 |
| 56 | 11 | 60 | 19 |
| 64 | 4 | 64 | 9 |
| 64 | 19 | 67 | 10 |
| 67 | 21 | 68 | 16 |
| 69 | 15 | 69 | 19 |
| 70 | 14 | 72 | 22 |
| 74 | 4 | 74 | 13 |
| 75 | 11 | 75 | 14 |
| 75 | 16 | 76 | 11 |
| 76 | 13 | 77 | 7 |
| 78 | 6 | 82 | 2 |
| 82 | 4 | 82 | 15 |
| 82 | 17 | 82 | 25 |
| 83 | 2 | 83 | 3 |

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 83 | 11 | 83 | 14 |
| 83 | 16 | 83 | 21 |
| 83 | 23 | 83 | 23 |
| 84 | 3 | 85 | 12 |
| 87 | 6 | 88 | 21 |
| 89 | 23 | 91 | 7 |
| 91 | 9 | 92 | 9 |

**Michael Grefer, M.D.**
**July 27, 2006**

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 93 | 25 | 94 | 9 |
| 94 | 11 | 94 | 16 |
| 94 | 18 | 95 | 3 |
| 95 | 5 | 95 | 11 |
| 95 | 13 | 95 | 14 |
| 95 | 16 | 95 | 23 |
| 95 | 25 | 96 | 4 |
| 96 | 6 | 96 | 8 |
| 98 | 3 | 99 | 20 |
| 111 | 6 | 111 | 18 |
| 111 | 20 | 112 | 3 |
| 112 | 5 | 112 | 12 |
| 114 | 8 | 114 | 10 |
| 114 | 22 | 115 | 17 |
| 116 | 4 | 118 | 8 |
| 118 | 11 | 119 | 8 |
| 119 | 11 | 120 | 1 |
| 120 | 3 | 120 | 7 |
| 120 | 10 | 120 | 14 |
| 120 | 17 | 120 | 18 |
| 120 | 20 | 120 | 22 |
| 120 | 24 | 121 | 3 |
| 121 | 11 | 122 | 21 |
| 133 | 20 | 134 | 4 |
| 134 | 6 | 134 | 9 |
| 134 | 11 | 134 | 23 |

822331v.1

Dated:  August 1, 2006

        Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
   Phillip A. Wittmann, 13625
   Dorothy H. Wimberly, 18509
   STONE PIGMAN WALTHER WITTMANN L.L.C.
   546 Carondelet Street
   New Orleans, Louisiana 70130
   Phone: 504-581-3200
   Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

   Douglas R. Marvin
   Robert A. Van Kirk
   M. Elaine Horn
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
   Washington, D.C. 20005
   Phone: 202-434-5000
   Fax:    202-434-5029

   Philip S. Beck
   Carrie A. Jablonski
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   54 W. Hubbard Street, Suite 300
   Chicago, IL 60610
   Phone: 312-494-4400
   Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

822331v.1

- 8 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Merck & Co., Inc.'s Case Specific Deposition Designations has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of August, 2006.

          */s/ Dorothy H. Wimberly*
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:     504-581-3361
          dwimberly@stonepigman.com

          Defendants' Liaison Counsel

822331v.1