UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® <br> PRODUCTS LIABILITY <br> LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE <br> KNOWLES |
| This document relates to <br><br> **ROBERT G. SMITH** <br><br> Plaintiff, <br><br> v. <br><br> **MERCK & CO., INC.,** <br><br> Defendant. <br><br> Civil Action No. 2:05cv04379 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION REGARDING DEPOSITION DESIGNATIONS

Plaintiff Smith and Defendant Merck ("the Parties") jointly submit this stipulation regarding deposition testimony for certain non-case specific witnesses in *Smith*.

The Parties stipulate that where deposition testimony of any non-case specific witness was designated in *Barnett*:

1. The Parties agree to abide by the affirmatives and counters designated in *Barnett* and the Court's rulings on those designations. Neither side will add designations in addition to the *Barnett* designations (either in the form of affirmatives or counters), unless by agreement of the parties.[1]

2. The Parties reserve the right to raise issues with the Court in this case concerning the *Barnett* designations.

---

[1] These designations may not correspond exactly to what the parties in *Barnett* originally filed with the Court because the parties have made certain changes to the designations since the original filing.

    3.    The Parties preserve objections to designations made in *Barnett* for appeal.

Each Party is separately filing its deposition designations for case-specific witnesses.

Dated: August 1, 2006

Respectfully submitted,

*/s/ Amy Carter by permission*
Grant Kaiser
Texas Bar No. 11078900
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440

Drew Ranier
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

John Eddie Williams Jr.
Amy Carter
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055
ATTORNEYS FOR PLAINTIFFS

*/s/ Carrie Jablonski*
Philip S. Beck
Andrew L. Goldman
Carrie A. Jablonski
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLC**
54 W. Hubbard, Suite 300
Chicago, IL 60610
312-494-4400; fax 312-494-4440
ATTORNEYS FOR MERCK

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Stipulation Regarding Deposition Designations has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1