# *Appendix B - Grefer Defense Deposition Exhibit List*

| Deposition Ex. No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| Grefer Defense 0001 | | | 06/07/200 | Merck & Co. Inc.'s Amended Notice of Deposition of Michael Grefer, M.D. and Subpoena Duces Tecum with attached exhibit A |
| Grefer Defense 0002 | SmithR-GreferMMD-00079<br>SmithR-GreferMMD-00081<br>SmithR-GreferMMD-00078 | SmithR-GreferMMD-00079<br>SmithR-GreferMMD-00082<br>SmithR-GreferMMD-00078 | Various | Dr. Grefer / Dr. Heis medical notes from consultations with Robert G. Smith |
| Grefer Defense 0003 | SmithR-GreferMMD-00080 | SmithR-GreferMMD-00080 | Various | Dr. Grefer Continuation Sheet and doctor notes regarding Robert G. Smith |
| Grefer Defense 0004 | | | 04/00/200 | VIOXX Package insert |
| Grefer Defense 0005 | Various | Various | 04/00/200 | Letter from Merck to Doctors |
| Grefer Defense 0006 | SmithR-GreferMMD-00077<br>SmithR-GreferMDr-00067 | SmithR-GreferMMD-00077<br>SmithR-GreferMDr-00067 | 09/11/200 | Patient History Form of Robert G. Smith from Dr. Grefer |
| Grefer Defense 0007 | MRK-AKT2686343 | MRK-AKT2686344 | 06/05/200 | Letter from Dr. Melin to Dr. Grefer re Vigor study |
| Grefer Defense 0008 | | | 04/06/200 | 2005 FDA Warning Letter |
| Grefer Defense 0009 | | | 00/00/000 | Celebrex label |