# Appendix C - Courtade Deposition Exhibit List

| Deposition Ex. No. | Begin Bates | End Bates | Date | Description |
|---|---|---|---|---|
| Courtade 0001 | | | 06/07/200 | Merck & Co., Inc.'s Amended Notice of Deposition of Daniel J. Courtadem M.D. and Subpoena Duces Tecum with attached exhibit A |
| Courtade 0002 | Various | Various | Various | Dr. Courtade's Medical records, reports, and letters regarding Robert G. Smith |
| Courtade 0003 | | | 08/00/200 | American Lung Association brochure entitled, "Controlling Your Risk Factors" |
| Courtade 0004 | SmithR-CourtadeDDR-00023 | SmithR-CourtadeDDR-00023 | 02/17/200 | Dr. Courtade's Cardiac Procedure Note |
| Courtade 0005 | Various | Various | Various | Various Medical records and reports from Dr. Courtade |
| Courtade 0006 | Various | Various | Various | Various Lab results from Dr. Courtade |
| Courtade 0007 | SmithR-HandSurgSomrMD-00001 | SmithR-HandSurgSomrMD-00002 | 09/06/200 | Dr. Sommerkamp's notes on 9/6/2000 consultation of Robert G. Smith |