THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL V. | ) | |
| MERCK & CO., INC., 05-1102 | ) | MAG. JUDGE KNOWLES |
| | ) | |

ORDER DISMISSING WITHOUT PREJUDICE OF CLAIMS OF
MARIA FOSTER and GRANT HARRIS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiffs Maria Foster and Grant Harris filed herein,

IT IS ORDERED that the claims of Plaintiffs Maria Foster and Grant Harris be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE