A CERTIFIED TRUE COPY

JUL 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  PM 2:01

LORETTA G. WHYTE
DOCKET NO. 1657
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the Panel's order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  06-1224~~ | ~~Rita Foust, etc. v. Merck & Co., Inc., et al.~~ Vacated 7/20/06 | |
| **FLORIDA MIDDLE** | | |
| FLM  3  06-548 | Robert M. Bryant, Jr., et al. v. Merck & Co., Inc., et al. | **06-4025** |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-3359 | Jack A. Kull, et al. v. Merck & Co., Inc. | **06-4026** |
| **INDIANA NORTHERN** | | |
| INN  4  06-109 | Linda Smith v. Merck & Co., Inc. | **06-4027** |
| **LOUISIANA MIDDLE** | | |
| LAM  3  06-428 | Patrick Richardson, etc. v. Merck & Co., Inc. | **06-4028** |
| **MINNESOTA** | | |
| MN  0  06-2497 | Stephen Emery, et al. v. Merck & Co., Inc. | **06-4029** |
| MN  0  06-2498 | Cynthia Schreiner v. Merck & Co., Inc. | **06-4030** |
| MN  0  06-2512 | Dirk Wiley, etc. v. Merck & Co., Inc. | **06-4031** |
| MN  0  06-2519 | Shelia Schimanski v. Merck & Co., Inc. | **06-4032** |
| **MISSISSIPPI NORTHERN** | | |
| MSN  2  06-109 | Jennifer Lamastus, et al. v. Merck & Co., Inc. | **06-4033** |
| **NEW YORK EASTERN** | | |
| NYE  1  06-2920 | Ralph Pearl, et al. v. Merck & Co., Inc. | **06-4034** |
| **OHIO NORTHERN** | | |
| OHN  1  06-1544 | Rosemary Coad, etc. v. Merck & Co., Inc. | **06-4035** |
| OHN  5  06-1548 | Shirley Madick, et al. v. Merck & Co., Inc. | **06-4036** |
| **OHIO SOUTHERN** | | |
| OHS  1  06-389 | Frederic Lee Leffingwell, et al. v. Merck & Co., Inc. | **06-4037** |
| OHS  1  06-393 | Helen Borders v. Merck & Co., Inc. | **06-4038** |
| OHS  1  06-394 | Leah Jean Parker, et al. v. Merck & Co., Inc. | **06-4039** |
| OHS  2  06-514 | Marilyn Sue Petry v. Merck & Co., Inc. | **06-4040** |
| OHS  2  06-515 | Leroy D. Mayles v. Merck & Co., Inc. | **06-4041** |
| OHS  2  06-516 | Jeff Lewis v. Merck & Co., Inc. | **06-4042** |
| OHS  2  06-518 | Dale Henthorn v. Merck & Co., Inc. | **06-4043** |
| **OKLAHOMA EASTERN** | | |
| OKE  6  06-246 | Kathy Milam v. Merck & Co., Inc. | **06-4044** |

SCHEDULE CTO-58 TAG-ALONG ACTIONS (MDL-1657)                                          PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-2698 | Lance Canty, et al. v. Merck & Co., Inc., et al. | **06-4045** |
| PAE  2  06-2718 | Sylvester Manderscheid, et al. v. Merck & Co., Inc., et al. | **06-4046** |
| **TEXAS EASTERN** | | |
| TXE  1  06-335 | Jobe Dillard, Jr., et al. v. Merck & Co., Inc. | **06-4047** |
| TXE  5  06-131 | Angela Barton Hastings, etc. v. Merck & Co., Inc. | **06-4048** |
| **TEXAS SOUTHERN** | | |
| TXS  4  06-2124 | Wilfredo Santiago Mira, et al. v. Merck & Co., Inc. | **06-4049** |
| **UTAH** | | |
| UT  1  06-72 | Terry Allred, et al. v. Merck & Co., Inc. | **06-4050** |
| **WASHINGTON WESTERN** | | |
| WAW  2  06-854 | Skye Brothers, et al. v. Merck & Co., Inc. | **06-4051** |
| **WEST VIRGINIA NORTHERN** | | |
| WVN  1  06-98 | Mabel Kovar v. Merck & Co., Inc. | **06-4052** |
| WVN  1  06-99 | Norma Lee Shuman, etc. v. Merck & Co., Inc. | **06-4053** |
| WVN  2  06-65 | James Gallemore, etc. v. Merck & Co., Inc. | **06-4054** |
| WVN  2  06-66 | Arthur Thomas Hedrick, et al. v. Merck & Co., Inc. | **06-4055** |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  1  06-508 | Terance W. Cole, et al. v. Merck & Co., Inc. | **06-4056** |
| WVS  1  06-512 | William H. Hagerman v. Merck & Co., Inc. | **06-4057** |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 28, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-58)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 12, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:   Transferee Judge:     Judge Eldon E. Fallon
      Transferor Judges:    (See Attached List of Judges)
      Transferor Clerks:    (See Attached List of Clerks)

JPML Form 36A

# INVOLVED COUNSEL LIST (CTO-58)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

C. Wayne Alford
Alford & Kalil, P.A.
One Independent Drive, Suite 2400
Jacksonville, FL 32202

B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Kyle B. Davis
P.O. Box 1221
New Boston, TX 75570

Vicki A. Elmer
Stanley & Flanagan, L.L.C.
909 Poydras St., Suite 2500
New Orleans, LA 70112

Samuel D. Elswick
Elswick & Richardson, PLLC
418 Eight Street, Suite 105
Huntington, WV 25701

E. Ben Franks
Franks & Grimes
8 Woodmont Crossing
Texarkana, TX 75503

W. Lewis Garrison, Jr.
Heninger, Garrison & Davis, LLC
2224 First Avenue North
Birmingham, AL 35203-1310

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98111-3926

J. Andrew Hoyal, II
Luvera, Barnett, Brindley
& Cunningham
701 5th Ave., Suite 6700
Seattle, WA 98104

Michael A. Jacob, III
Chapman Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Andrew B. Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2104

Alyson B. Jones
Butler Snow O'Mara Stevens &
Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Paul M. Kaufman
801 Terminal Tower
50 Public Square
Cleveland, OH 44113-2203

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Tim Dwight Maxcey
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502-1369

Eleanor A. Prescott
Alman & Prescott
P.O. Box 651
Monticello, IN 47960

Lawrence J. Scanlon
Scanlon & Co.
400 Key Building
159 South Main Street
Akron, OH 44308

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

David R. Tullis
Driggs, Bills, & Day
331 S. 600 E.
Salt Lake City, UT 84102

Lewis O. Unglesby
Unglesby & Marionneaux
246 Napoleon Street
Baton Rouge, LA 70802

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

C. Craig Woods
Squire, Sanders & Dempsey, L.L.P.
1300 Huntington Center
41 South High
Columbus, OH 43215

# INVOLVED JUDGES LIST (CTO-58)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Michael R. Barrett
U.S. District Judge
815 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Samuel Der-Yeghiayan
U.S. District Judge
1988 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street, Room 2303
Bluefield, WV 24701

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Hon. Virginia Emerson Hopkins~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~619 Hugo L. Black U.S. Courthouse~~
~~1729 Fifth Avenue, North~~
~~Birmingham, AL 35203~~

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Honorable Dale A. Kimball
U.S. District Court
222 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Robert E. Maxwell
Senior U.S. District Judge
United States District Court
P.O. Box 1275
Elkins, WV 26241

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Allen Sharp
Chief Judge, U.S. District Court
124 Robert A. Grant Federal Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

# INVOLVED CLERKS LIST (CTO-58)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Perry D. Mathis, Clerk~~
~~140 Hugo L. Black U.S. Courthouse~~
~~1729 5th Avenue North~~
~~Birmingham, AL 35203~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Stephen R. Ludwig, Clerk
P.O. Box 1498
Lafayette, IN 47902

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857

Wally A. Edgell, Clerk
P.O. Box 1518
Elkins, WV 26241-1518

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607