UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **This document relates to** | * | **MAG. JUDGE KNOWLES** |
| | * | |
| **Gerald Barnett v. Merck & Co, Inc.** | * | **CASE NO. 02:06cv485** |

Plaintiff's Responses to Defendant's General Objections to Plaintiff's Amended Supplemental Deposition Testimony of Mark Karavan M.D. from July 17, 2006 Deposition

Plaintiff Gerald Barnett, by and through his attorneys, hereby responds to Defendant Merck's General Objections to Plaintiff's Amended Supplemental Deposition Testimony of Mark Karavan M.D. from July 17, 2006 Deposition.

#1 Improper causation opinions: Dr. Karavan is a cardiologist who is board certified in internal medicine and cardiology. He practices as an interventional cardiologist in a busy clinical cardiology practice and has been Plaintiff's primary treating cardiologist from the time of Plaintiff's heart attack in September 2002 until the present. Dr. Karavan has read many articles relating to NSAIDs and has read articles about Vioxx including the APPROVe and VIGOR studies.

As a practicing cardiologist Dr. Karavan possessed scientific and specialized knowledge regarding the formation and progression of Coronary Artery Disease ("CAD"). Based on his knowledge and experience with NSAIDs and cox-2 inhibitors, attendant to the care of his cardiac patients, he is qualified to offer opinions as to Vioxx effects. Further, in caring for his cardiac patients taking coxibs, he is familiar with the drug based upon scientific literature in cardiology and other

journals. In fact, Dr. Karavan is uniquely qualified to provide causation opinion testimony as it specifically related to Plaintiff as he has been and continues to be Plaintiff's primary treating cardiologist.

Finally, as an expert in cardiology, in the mechanism of atherogenisis, in cap instability, in rupture and myocardial infarction and in Plaintiff's cardiac condition his answers to hypothetical questions related to these topics, which Plaintiff has designated, fall well within his purview as an expert and are appropriate.

#2 Foundation objections: The Merck documents (eg Merck Scientific Board of Advisors paper) that Dr. Karavan is questioned about are Merck documents, produced by Merck in this litigation and are otherwise admissible. As an expert, Dr. Karavan can be questioned about such documents and could rely upon such documents in formulating his opinions even if the documents were not otherwise admissible (which the Merck documents are). Similarly with the medical literature (data from APPROVe and NEJM prospective article), Dr. Karavan, as an expert can consider, rely upon and be questioned about such documents and can properly answer hypothetical questions about such materials.

#3 Designations related to Dr. Zipes and the May 2, 2006 tests: Plaintiff will not offer his conditional designations if Merck does not offer testimony on this issue. However, should Merck offer such testimony, Plaintiff reserves the right to object to such testimony and shall do so within a reasonable time of Merck designating such testimony.

DATED: August 2, 2006                                             Respectfully submitted,

By: /s/ Mark P. Robinson, Jr.
**Mark P. Robinson, Jr.**
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Andy D. Birchfield, Jr.**
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(334) 269-2343 (telephone)

**Donald C. Arbitblit**
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

**Counsel for Plaintiff**

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Carlene Rhodes Lewis, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Phillip A. Wittmann and Merck's Counsel, Andrew L. Goldman by e-mail and/or U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced in accordance with Pre-Trial Order No. #8, on this the 2nd day of August, 2006.

/s/Mark P. Robinson, Jr
MARK P. ROBINSON, Jr.