| Karavan II Merged Transcript | Objections | Responses |
|---|---|---|
| * Pltf Affirm Desig | | |
| | | |
| [3:3] - [3:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 3 | | |
| 3    Q.   Afternoon, Doctor. | | |
| 4    A.   Afternoon. | | |
| | | |
| | | |
| [3:11] - [3:19] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 3 | | |
| 11    Q.   So you're -- you -- you -- you are | | |
| 12 Mr. Barnett's cardiologist; is that right? | | |
| 13    A.   Correct.  Uh-huh. | | |
| 14    Q.   And in 2002 you did an angiogram on | | |
| 15 Mr. Barnett, right? | | |
| 16    A.   Correct. | | |
| 17    Q.   And you did another angiogram on | | |
| 18 Mr. Barnett in 2006? | | |
| 19    A.   Correct. | | |
| | | |
| | | |
| [4:12] - [4:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 4 | | |
| 12    Q.   Now, what I want to do initially is to go | | |
| 13 back through some of the exhibits that -- that | | |
| 14 Mr. Goldman went through with you.  You see Exhibit | | |
| 15 Number 29?  I think it's -- it's -- it's the -- | | |
| 16    A.   Yeah, I think so. | | |
| 17    Q.   It's your record of -- | | |
| 18    A.   Correct.  Uh-huh.  Yep. | | |
| 19    Q.   -- June 26th, 2006? | | |
| 20    A.   Uh-huh. | | |
| | | |
| | | |
| [4:24] - [5:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 4 | | |
| 24        Under the echocardiogram section, section | | |
| 25 E, where you say:  Echocardiogram Indiana 5/06 | | |
| page 5 | | |
| 1  showing normal global left ventricular systolic | | |
|   function with mild inferobasilar hypokinesis.  Do | | |
| 3  you see that section? | | |
| 4    A.   Yes, I do. | | |

| | | |
|---|---|---|
| [5:10] - [5:14] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 5 | | |
| 10    Q.   Well, let me ask it this way:  Do you know | | |
| 11   whether or not the actual echocardiogram referred to | | |
| 12   the -- the -- the basal posterior section? | | |
| 13      A.   The -- I don't have the full report in | | |
| 14   front of me.  Do you have that full report? | | |
| [6:5] - [6:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 6 | | |
| 5     Q.   Do you see it? | | |
| 6     A.   I got it.  I'm sorry. | | |
| 7     Q.   Do you see -- if you go to third page | | |
| 8   in -- | | |
| 9     A.   Correct.  The echocardiogram was | | |
| 10   interpreted as mid lateral basal lateral hypokinesis | | |
| 11   and severe hypokinesis of the posterobasilar | | |
| 12   inferobasilar areas. | | |
| [6:23] - [7:1] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 6 | | |
| 23        What did -- when you talked about, in -- | | |
| 24   in response to a question by Mr. Goldman, your -- | | |
| 25   your cath not showing the -- the back part of the | | |
| page 7 | | |
| 1   heart, what do you mean? | | |
| [7:5] - [8:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 7 | | |
| 5     A.   With a ventriculogram, which we do at the | | |
| 6   time of catheterization, most people just do the REO | | |
| 7   ventriculogram.  Some do another side, and you | | |
| 8   cannot see -- visualize all segments of the heart | | |
| 9   unless you're looking back there. | | |
| 10        The echogram would pick up wall motion | | |
| 11   that a ventriculogram may -- would not, and these | | |
| 12   parts are basically on the backside of the heart. | | |
| 13   They would be somewhat hidden from the | | |
| 4   ventriculogram that was performed this -- this | | |
| 15   month. | | |
| 16     Q.   And when -- when it says mid lateral basal | | |
| 17   lateral hypokinesis, or what does that refer to? | | |

18     A.  The way I would interpret this in this
19 sit -- clinical situation is he had a previous small
20 what I call PDA infarct, okay. It's the non Q wave
21 from before. So there's a wall motion associated in
22 the basal posterior and basal inferior portion that
23 could be consistent with this PDA.
24       He has hypokinesis of the lateral, mid
25 lateral. They call it basal lateral. That could be
page 8
1 consistent with the fact that his circumflex vessel
2 was not feeding enough blood flow to that portion of
3 the heart, and that was the vessel that we opened
4 up.
5     Q.  And then what about the -- the part below
6 where it says severe hypokinesis?
7     A.  I think that is related to his initial
8 event.
9     Q.  Okay. And --
10     A.  From 2002.
11     Q.  And when you said the circumflex, would
12 that also include the Ramus?
13     A.  Ramus.


[8:18] - [9:7] 7/26/2006 Karavan 07.17.2006 depo - amended


* Pltf Affirm Desig


page 8
18     Q.  You know, will you -- will you tell the
19 jury what you referred to when you mentioned
20 circumflex in the last answer?
21     A.  I sorry, yes. The -- in -- clinically
22 in -- in Mr. Barnett, his Ramus intermedius is
23 synonymous with the circumflex. It supplies the mid
24 lateral and basal lateral portions of the heart.
25 That vessel was stenosed, affecting the blood flow,
page 9
1 therefore potentially making it hypokinetic.
2     Q.  And what does hypokinetic mean?
3     A.  It doesn't pump as strong and move quite
4 as strong as it should.
5     Q.  And if someone's heart is hypo -- has a
6 portion of it that's hypokinetic, is that a good
7 thing?


[9:9] - [9:14] 7/26/2006 Karavan 07.17.2006 depo - amended


* Pltf Affirm Desig


page 9
9      THE WITNESS: Well, it could be ischemic.
10 I mean, in -- in this situation, in my mind it means
11 that his circumflex or Ramus intermedius muscle
12 was -- had stenosis, that portion of the heart was
13 ischemic and therefore not pumping as good because
14 the heart needs blood flow to pump.

[9:16] - [9:22] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 9
16     Q.   And the other portion where they say basal
17  inferior hypokinesis, what does that refer to?
18     A.   I feel in Mr. Barnett, this wall motion
19  abnormality would be consistent with his initial
20  event in 2002, which is essentially closure of his
21  PDA which supplies the posterobasilar, inferobasilar
22  part of the heart.


[10:9] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 10
9  What does this mean?


[10:11] - [10:20] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 10
11        THE WITNESS:  Okay.  It -- it means that,
12  two things, that -- that these -- this statement
13  means two things.  One is the Ramus intermedius is
14  ischemic to the lateral side of the heart making it
15  hypokinesis.
16        He had a non Q wave, what I would term
17  a -- determined to be a non Q wave myocardial
18  infarction on the inferobasilar part of the heart
19  supplied by PDA.  And it was there in 2002 and
20  that's why you see it now.


[10:22] - [10:24] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 10
22     Q.   And do -- do you have an opinion one way
23  or another as to whether it is probably gonna stay
24  there?


[11:1] - [11:10] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 11
1        THE WITNESS:  He will always have -- at --
2  at this point in time I suspect he will always have

3 a small area of hypokinesis of the basal
4 posterobasilar part of the heart from his initial
5 infarct from four years ago.
6       Overall, in light of the fact that --
7 overall, his ven -- that part of the heart has
8 improved some.  His initial ventriculogram showed a
9 more distinct wall motion abnormality, where you
10 don't see it as clearly now.


[11:12] - [12:1] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 11
12     Q.   Okay.  And would the ventriculogram that
13 you did show the back part of the heart?
14     A.   No, sir.  It would not.  It would not show
15 the mid lateral hypokinetic area in -- in -- in this
16 posterobasilar inferobasilar area would not show up
17 well on a ventriculogram.
18     Q.   Would it show up on an echocardiogram?
19     A.   Correct, just as it did.
20     Q.   If, in fact, someone has hypokinesis, as
21 Mr. Barnett has, but also has a -- an ejection
22 fraction that's normal and has the level of coronary
23 artery disease that Mr. Barnett has, is there any
24 potential problem in the future with this
25 hypokinesis and the coronary artery disease as it
page 12
1 might affect his heart?


[12:3] - [12:16] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 12
3       THE WITNESS:  Again, the area on the
4 backside, the -- the mid lateral basal lateral I
5 suspect was from this high grade obstruction in the
6 circumflex Ramus vessel which we opened up, and I
7 would be hopeful that this part of the heart would
8 return to pumping more normally.
9       You know, in -- in general, when someone
10 as an overall normally functional heart, again, we
11 always say they have a relatively good prognosis.
12 It's -- obviously, you would not -- if it was your
13 heart, you would want every segment of your heart
14 beating strongly and normally.  And the question is,
15 will this area of hypokinesis have a negative effect
16 on him in the future.


12:18] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 12
18    Q.   Along with his coronary artery disease?


[12:20] - [12:23] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 12
20        THE WITNESS:  Well, if you have one wall
21  motion abnormality and have another event and have
22  another wall motion abnormality, then they can
23  certainly add up to be more significant.


[12:25] - [13:10] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 12
25    Q.   And do you know whether or not the
page 13
1  coronary artery disease can -- can lead to a
2  subsequent wall motion abnormality?
3      A.   If you have significant obstruction,
4  significant lack of blood flow, then the -- those --
5  whatever area of the heart is affected will not pump
6  normally.
7      Q.   Now, do you know whether or not in your
8  angiogram that you just did on July 10th, 2006
9  Mr. Barnett had premature heart beat or -- or series
10  of premature heart beats?


[13:12] - [13:15] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 13
12        THE WITNESS:  He had ventricular premature
13  beats, which can occur when you're inside the heart
14  putting dye in there and it's tickling, stimulating
15  the heart muscle to beat, have extra beats.


[13:17] - [14:15] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 13
17    Q.   So if -- if you have a premature beat, do
18  you know whether or not you -- you have a -- a pause
19  after a premature beat?
20      A.   Basically what can happen when you have
21  PVCs is it allows more time between the subsequent
22  beat, and when that happens, more calcium influx
23  into the myocardial cells, myocytes, cardiomyocytes,
24  and they contract and put stronger or better.  So

| | | |
|---|---|---|
| 25  wall motion does improve what we call post extra | | |
| page 14 | | |
| 1  systolic pause. | | |
| 2     Q.   And could -- do you know whether or not | | |
| 3  that could in some way mask a wall motion | | |
| 4  abnormality? | | |
| 5     A.   The wall motion abnormalities seen on | | |
| 6  echocardiogram were difficult to -- in the area, | | |
| 7  that would have been difficult to see in a right | | |
| 8  ventricular -- right REO ventriculogram.  And post | | |
| 9  PVC, these wall -- any potential wall motion | | |
| 10  abnormality would be less apparent. | | |
| 11     Q.   Going back to the -- the Exhibit 29, your | | |
| 12  record.  Go to the third page, please, where you | | |
| 13  have the continuation of your history of present | | |
| 14  illness. | | |
| 15     A.   Yeah. | | |
| | | |
| [14:18] - [14:19] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 14 | | |
| 18  Would you read into the record Mr -- what you say | | |
| 19  here beginning, he had an echocardiogram? | | |
| | | |
| [14:21] - [15:2] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 14 | | |
| 21         THE WITNESS:  He had an echocardiogram | | |
| 22  that showed an overall normal left ventricular | | |
| 23  systolic function with mild inferobasal and -- I'm | | |
| 24  sorry -- mild inferobasal -- I'm sorry.  I'll do it | | |
| 25  all over.  Normal left ventricular systolic function | | |
| page 15 | | |
| 1  with mild inferobasal and posterobasal hypokinesis. | | |
| 2  More? | | |
| | | |
| [15:4] - [15:9] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 15 | | |
| 4     Q.   Yeah.  Go ahead. | | |
| 5     A.   He has had a stress perfusion study.  He | | |
| 6  had nine and a half minutes, stopped for fatigue. | | |
| 7  He had no chest pain.  Peak heart rate is 106.  He | | |
| 8  had an ejection fraction of 60 percent by nuclear | | |
| 9  imaging with a small area of inferolateral ischemia. | | |
| | | |
| [15:15] - [16:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |

* Pltf Affirm Desig

page 15
15    Q.  Well, let me -- will you just tell me what
16  that means, with a small area of inferolateral
17  ischemia?
18    A.  It means the inferolateral portion of the
19  heart was not receiving the proper -- proper blood
20  flow at the time of stress testing, indicating there
21  may be blockage that's affecting blood flow.
22    Q.  What -- what artery feeds to the inferior
23  wall of the heart?
24    A.  It would be the right coronary heart
25  generally feeds the inferior portion of the heart.
page 16
1    Q.  And can you tell us the status of his
2  right coronary artery today?
3    A.  His native right coronary artery is
4  totally occluded approximately in the mid vessel.
5    Q.  And can you tell me the -- the status of
6  his native posterior descending artery today?
7    A.  The -- his -- well, it's totally occluded.


[16:14] - [16:25] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 16
14    Q.  Now, there is a diagonal that -- that goes
15  to the PDA I think you said?
16    A.  Okay.  There's a -- with regards to the
17  right coronary artery, he had a graft that went what
18  we call a natural Y graft sequentially to the two
19  branches of the distal front of the part of the
20  right coronary artery, okay.
21       One graft went to the posterolateral
22  branch, and that's open.  The other graft sequential
23  went to the PDA, and that's closed.  The PDA fills
24  via or through collateral blood vessels from the
25  left coronary artery.


[17:3] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 17
3  37?  I'd like to mark this drawing number 37.


[17:11] - [18:6] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 17
11       In your report that Mr. Goldman went over
12  regarding your -- your angiogram, what -- what did

| | | |
|---|---|---|
| 13   you say was the status of the RCA? | | |
| 14      A.   The native right coronary artery is | | |
| 15   totally occluded. | | |
| 16      Q.   So that's 100 percent? | | |
| 17      A.   100 percent. | | |
| 18      Q.   And the -- the vein graft that goes down | | |
| 19   to the -- the PDA, does -- does that feed -- does | | |
| 20   that feed the entire area of the heart that is | | |
| 21   normally fed by the RCA? | | |
| 22      A.   The -- no.  There -- there was a -- well, | | |
| 23   there was a -- remember, it's a sequential graft. | | |
| 24   One limb is open that goes to the, what we call the | | |
| 25   posterolateral branch.  The other limb that fills | | |
| page 18 | | |
| 1   the remainder of the right coronary artery, the PDA, | | |
| 2   is closed. | | |
| 3      Q.   Okay.  Could you maybe mark the parts of | | |
| 4   the PDA and the RCA on this Exhibit Number 37 maybe | | |
| 5   with -- with an ink pen, blocking out the portions | | |
| 6   that are closed? | | |
| | | |
| | | |
| [18:13] - [18:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 18 | | |
| 13         Okay, the native right coronary artery is | | |
| 14   closed in the mid to distal vessel 100 percent, and | | |
| 15   then there were -- meaning -- and then subsequently | | |
| 16   downstream from that is closed also. | | |
| 17      Q.   Will you put down the area -- will you | | |
| 18   mark in red the areas that are downstream closed? | | |
| 19      A.   Okay.  Okay.  The graft was a sequentialed | | |
| 20   or jump graft, and the second portion of it to the | | |
| 21   PDA is closed.  The first portion is fine going to | | |
| 22   the posterolateral branch, which is the first place. | | |
| | | |
| | | |
| [19:2] - [20:19] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 19 | | |
| 2      Q.   But could you point or show the jury | | |
| 3   what -- what you drew on this document, Exhibit 37? | | |
| 4      A.   This is the right coronary artery, the | | |
| 5   native blood vessel Mr. Barnett was born with. | | |
| 6   It's -- it's -- it starts up here, blood flow comes, | | |
| 7   and then it's closed off.  The bypass grafts are | | |
| 8   designed to go downstream and supply blood around | | |
| 9   the blockage. | | |
| 10         This graft had two limbs or two branches. | | |
| 11   The first branch going to what we call the | | |
| 12   posterolateral branch is open and fine.  The second | | |
| 13   branch going to the PDA or posterior descending | | |
| 14   artery is totally closed. | | |
| 15      Q.   Okay.  And what -- what is -- show -- | | |

16 point on the RCA the portions that are closed as
17 well, point there.
18     A.   Well, it comes to -- down a portion of it,
19 and then about what we call the mid vessel it's
20 totally closed.  As you come down, there would be
21 some other branches that have closed.  And you come
22 to what we call the bifurcation, and it bifurcates
23 into the PDA and then posterolateral branch.
24         So all of this is closed to here, and the
25 PDA graft is closed.  And the collateral, what we
page 20
1 call collateral blood vessels from the left coronary
2 artery supply blood flow to this PDA.
3     Q.   And is the PDA closed still?
4     A.   Well, the -- it -- the PDA is closed
5 prox -- what we call proximally.  The distal or
6 further down parts of the PDA receives blood flow
7 through the back door, collateral.
8     Q.   So they're -- they're receiving some from
9 the bottom but not from the top?
10     A.   That's correct.  From the back door, so to
11 speak.
12     Q.   Okay.  Doctor, I don't know if we can do
13 this.  But if we bring these two computers over,
14 she's got your two caths and she's got the RCA
15 marked and that's your before.  That's the September
16 6, '02, and this one is the -- the July 10th, '06.
17 So I'd look to put them side by side, and maybe you
18 can point it out to the jury.  But we'll get it on
19 camera here.


[20:24] - [21:9] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 20
24 you like.  Now -- well, basically this is all you're
25 gonna -- this is the 2006 angiogram.  And this is
page 21
1 the catheter injecting dye into the, what we call
2 the right coronary artery.  And this is all you need
3 to see for this picture, and that the -- the blood
4 vessel fills with dye and is totally closed.  It
5 stops right here and should be coming and branching
6 out in this manner.  So it's totally closed in the
7 mid vessel of the right coronary artery.  That's the
8 most recent catheterization of 2006.
9         This is the 9/02 catheterization and -- is


[21:14] - [21:19] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 21
14 But this is the right coronary artery.  You can see
15 that it's -- it's patent through here.  This is

16  where it's closed now, here versus here.  That was
17  open back in 2002 and most of the disease was
18  downstream.  If we can play it and point it out.
19  That, you just need to get rid of that.


[22:1] - [22:11] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 22
1        This is the native right coronary artery,
2  as we -- we just pointed out.  Today it's closed
3  right here.  Previously it was open here, came down
4  into what we call the bifurcation, which is
5  occurring right in here.  This is what we call the
6  posterolateral branch, which was open with blockage
7  in it.  And then the PDA, as we said was totally
8  closed, was mainly filling through collateral blood
9  vessels.  So you do not see the PDA coming down here
10 like you normally would.  It's getting collateral
11 filling through the left system.


[22:13] - [22:15] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 22
13  Q.   Okay.  So today we have -- this is the
14  July 10th, 2006 cath, right?
15  A.   Correct.


[23:4] - [23:15] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 23
4     Q.   Why don't you describe the difference just
5  for the record so I'm not leading you in any way.
6     A.   The initial angiogram from 2002 had a
7  patent right coronary artery with high grade
8  obstruction, what we call down at the bifurcation
9  into the posterolateral branch and the PDA.  Now
10 there's less blood flow down in the native right
11 coronary artery with it totally closed midway
12 through the vessel, no longer supplying what we call
13 antegrade filling to the posterolateral branch or
14 the PDA.
15    Q.   Okay.  Thank you very much, Doctor.  Now,


| [23:17] - [23:21] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re: 23:17-23:21; 23:23** | |
|---|---|---|
| | **Def Obj**: improper causation opinion, improper expert opinion, witness is not qualified to talk about Vioxx | **Pl Resp:** Dr. Karavan is a practicing cardiologist possesses scientific and specialized |
| * Pltf Affirm Desig | | |

| | | |
|---|---|---|
| page 23<br>17    In response to a question by Mr. Goldman<br>18  regarding progression of atherosclerosis, you said<br>19  something about the potential possible long-term<br>20  effects of a drug taken by Mr. Barnett in the past.<br>21  Do you remember that? | and its potential alleged<br>effects | knowledge re formation<br>and progression of CAD<br>Based upon his<br>knowledge and<br>experience with NSAID<br>and Cox 2 inhibitors<br>attendant to his care of<br>cardiac patients, he is<br>qualified to offer<br>opinions as to Vioxx<br>effects. Further, in<br>caring for cardiac<br>patients taking coxibs, he<br>is familiar with the drug<br>based upon scientific<br>literature he reads/<br>reviews in cardiology<br>journals |
| [23:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 23<br>23    THE WITNESS:  I do. | | |
| [24:4] - [24:5] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 24<br>4     MR. ROBINSON:  I want to mark Exhibit<br>5  Number 38. | | |
| [24:16] - [24:24] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 24:16-24; 25:3-7; 25:9 | |
| * Pltf Affirm Desig | Def Obj: No foundation<br>Dr. Karavan never saw this<br>document before his<br>deposition.  If he were in live | Pl Resp: same as above |
| page 24<br>16    Q.  If we go to page -- I think the fourth<br>17  page of Exhibit 38, I think we went over in your<br>18  last session, but I want to make sure you say it<br>19  here today.  You see the date of this document is<br>20  May 3rd through May 6th, 1998 at the top?<br>21    A.  Correct.  Right.<br>22    Q.  Do you see it says Scientific Advisors'<br>23  Meeting?<br>24    A.  Right, I do. | Court, he would not be able<br>to testify about it.  Also, calls<br>for improper expert opinion<br>as Karavan is not an expert<br>on Vioxx and cannot talk<br>about causation. | |
| [25:3] - [25:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 25<br>3     Q.  And so the -- the -- the Merck scientific<br>4  advisors board addressed the potential for either<br>5  benefits or adverse consequences of selective<br>6  inhibition of COX-2 on coronary artery disease.  Did<br>7  I read that right? | | |
| [25:9] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 25 | | |

| 9       THE WITNESS:  You read it correct. | | |
| --- | --- | --- |
| | | |
| [25:11] - [26:1] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 25:11-26:1 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 25 | | |
| 11     Q.   Okay.  And then do you -- would you read | | |
| 12 the next sentence into the record, please? | | |
| 13     A.   The possible effects of COX-2 inhibition | | |
| 14 on three separate components of the process leading | | |
| 15 to coronary ischemic events were studied.  These | | |
| 16 are, number 1, the development of lipid rich | | |
| 17 coronary plaques. | | |
| 18     Q.   Okay. | | |
| 19     A.   Number 2, the destabilization of the cap | | |
| 20 of these plaques by inflammatory cells making them | | |
| 21 rupture prone; and number 3, the thrombotic | | |
| 22 occlusion of the vessel at the site of plaque | | |
| 23 rupture with ensuing consequences of ischemia. | | |
| 24     Q.   Okay.  So, and -- and for the jury, | | |
| 25 what -- what does that mean, development of lipid | | |
| page 26 | | |
| 1 rich coronary plaques, to you as a cardiologist? | | |
| | | |
| [26:3] - [26:5] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 26:3-5 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 26 | | |
| 3        THE WITNESS:  It would imply that | | |
| 4 potential for the development of atherosclerosis | | |
| 5 basically. | | |
| | | |
| [26:13] - [26:14] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 26:13-26:14, 27:7-17; 28:2-22 | |
| | Def Obj: same as above | Pl Resp: |
| * Pltf Affirm Desig | | As a cardiologist, Dr. Karavan is aware of the mechanism of atherogensis, cap instability, and rupture which leads to AMI. Accordingly, his review of a document which states rofecoxibs role in this mechanism is well within his expertise Cardiologists are experts in atherosclerosis and etiology for CAD/ MI. Further, Dr. Karavan merely commented upon his understanding of the |
| page 26 | | |
| 13     Q.   Now, Exhibit 39.  I'll show you Exhibit | | |
| 14 39, Doctor.  Is there two copies there?  Can you | | |
| | | |
| [27:7] - [27:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 27 | | |
| 7     Q.   Okay, Doctor, I'd like you to -- to -- do | | |
| 8 you see that this Exhibit 39 is by Garrett | | |
| : FitzGerald? | | |
| 10     A.   Yes. | | |
| 11     Q.   Summary is coxibs and cardiovascular | | |
| 12 disease? | | |

| | | |
|---|---|---|
| 13    A.   Yes, sir. | | implication of the |
| 14    Q.   Okay.  And this -- what's the date of that | | documents on cardiac |
| 15   document? | | patients.  Essentially, he |
| 16    A.   This one looks like it's from the New | | comments as to his |
| 17   England Journal of Medicine, October 21st, 2004. | | understanding of the |
| | | documents.  Dr. Karavan |
| [28:2] - [28:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | also responds as though |
| | | the document is a |
| * Pltf Affirm Desig | | hypothetical, ie, "if it is |
| | | true . . ." As such, his |
| page 28 | | testimony is proper |
| 2    Q.   Do you see where it says in the last | | response to a |
| 3   paragraph on the first page:  Thus a single | | hypothetical question |
| 4   mechanism? | | |
| 5    A.   Yes, I do. | | |
| 6    Q.   Can you read that into the record, please? | | |
| 7    A.   Thus a single mechanism, depression of | | |
| 8   prostaglandin I2 formation might be expected to | | |
| 9   elevate blood pressure, accelerate atherogenesis in | | |
| 10   predisposed patients receiving coxibs to an | | |
| 11   exaggerated thrombotic response to the rupture of an | | |
| 12   atherogen -- atherosclerotic plaque. | | |
| 13    Q.   Could you read the next sentence, please, | | |
| 14   sir? | | |
| 15    A.   The higher a patient's intrinsic risk of | | |
| 16   cardiovascular disease, the more likely it would be | | |
| 17   that such a hazard would manifest itself rapidly in | | |
| 18   the form of a clinical event. | | |
| 19    Q.   Okay.  As a cardiologist treating | | |
| 20   Mr. Barnett, what -- what does it mean to you when | | |
| 21   it says might be expected to -- to elevate blood | | |
| 22   pressure, accelerate atherogenesis? | | |
| | | |
| [28:24] - [29:1] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 28:24-29:1 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 28 | | |
| 24      THE WITNESS:  If a person has -- is taking | | |
| 25   a drug that can do these things, then there would be | | |
| page 29 | | |
| 1   a lot of concern. | | |
| | | |
| [29:3] - [29:7] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 29:3-7 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 29 | | |
| 3    Q.   And when it says the higher the -- a | | |
| 4   patient's intrinsic risk of cardiovascular disease, | | |
| 5   the more likely it would be that such a hazard would | | |
| 6   manifest itself rapidly in the form of a -- of a | | |
| 7   clinical event, what does that mean to you? | | |

| [29:9] - [29:11] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 29:9-11 | |
|---|---|---|
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 29 | | |
| 9       THE WITNESS:  It would -- it means -- if | | |
| 10  that's true, it means that a patient such as | | |
| 11  Mr. Barnett would be in -- included in that risk. | | |
| | | |
| | | |
| [30:6] - [30:7] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 30:6-7 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 30 | | |
| 6       Q.  Would you go to the last paragraph of this | | |
| 7  article? | | |
| | | |
| | | |
| [30:12] - [31:7] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 30:12-31:7 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 30 | | |
| 12      A.  Sorry.  I gotcha.  Patients in the | | |
| 13  approved studies should continue to be followed. | | |
| 14  This will allow some estimate of how quickly the | | |
| 15  development of risk may dissipate.  Given the | | |
| 16  relatively short half lives of these compounds, such | | |
| 17  a dissipation may occur rapidly.  On the other hand, | | |
| 18  if treatment has accelerated atherosclerosis, the | | |
| 19  offset of risk may be more gradually.  Finally, it | | |
| 20  is essential to determine whether the cardiovascular | | |
| 21  risk is or is not a class effect.  The burden -- | | |
| 22      Q.  Okay.  Go -- go ahead. | | |
| 23      A.  The burden of proof now rests with those | | |
| 24  who claim that this is a problem for rofox -- | | |
| 25      Q.  Rofecoxib. | | |
| page 31 | | |
| 1       A.  -- rofecoxib alone and does not extend to | | |
| 2  other coxibs.  We must remember that the absence of | | |
| 3  evidence is not the evidence of absence. | | |
| 4       Q.  Okay.  Now, when they say we should follow | | |
| 5  the people in the approved study regarding | | |
| 6  dissipation of the risk to evaluate for accelerated | | |
| 7  atherosclerosis, what does that mean to you? | | |
| | | |
| | | |
| [31:9] - [31:13] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 31:9-13; 31:15-21 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 31 | | |
| 9       THE WITNESS:  If a drug has potential for | | |
| 10  atherosclerosis, then you may not see -- you may see | | |
| 11  it present itself early with thrombosis or you may | | |
| 12  see it present itself later with progressive | | |
| 13  atherosclerosis at a later date. | | |

| | | |
|---|---|---|
| [31:15] - [31:21] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 31<br>15    Q.   And when he's saying that the patients in<br>16  the approved study, is that the study that you read?<br>17  I think you told us the previous --<br>18    A.  I read the approved study before.  I guess<br>19  what he's saying is that they need to be followed<br>20  because of the fact the -- there may be a prolonged<br>21  effect, including atherogenesis, down the road. | | |
| [31:24] - [31:25] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 31:24-25; 32:25-33:8 | |
| * Pltf Affirm Desig | Def Obj: same as above | Pl Resp: Dr. Karavan<br>has read the APPROVe<br>study and as such, follow<br>up data would be only |
| page 31<br>24        MR. ROBINSON:  Let me show you the next<br>25  exhibit.  I only have one copy.  Andy knows this | | an extension of data, not<br>available at the time of<br>deposition.  As a |
| [32:25] - [33:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | cardiologist, he is<br>qualified to read, |
| * Pltf Affirm Desig | | comprehend and<br>appreciate the CVSAE |
| page 32<br>25    Q.   Going to page 2, which is page 65 of this<br>page 33<br>1  Exhibit Number 40, you see the -- that it was<br>2  updated on May 26th, 2006?<br>3    A.  Right.<br>4    Q.   And if we go to table C14 and look at the<br>5  people that were followed up in the approved study<br>6  for the first six months after this continuation of<br>7  the drug, can you read in the rofecoxib versus<br>8  placebo numbers and the relative risks, please? | | associated with a<br>clinical trial. |
| [33:10] - [33:11] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 33:10-11 | |
| * Pltf Affirm Desig | Def Obj: same as above | Pl Resp: same as above |
| page 33<br>10        THE WITNESS:  Okay.  So the -- as I see<br>11  this, and you want it for the first six months? | | |
| [33:14] - [33:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 33<br>14    A.  Events -- events per patient years.  These<br>15  events are -- I'm assuming are all events, which | Re 33:14-17<br>Def Obj: same as above | Pl Resp: same as above |

| | | |
|---|---|---|
| 16  would include cardiac events.  Is this correct? | | |
| 17  Let's see. | | |
| | | |
| | | |
| [34:7] - [34:11] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 34:7-11 | |
| | Def Obj: same as above | |
| * Pltf Affirm Desig | | Pl Resp: same as above |
| | | |
| page 34 | | |
| 7        THE WITNESS:  What is the event rate at | | |
| 8  six months between rofecoxib versus placebo.  And | | |
| 9  the event rate was 11 out of 537 for the rofecoxib | | |
| 10  versus 3 out of over 450 -- 548, I'm sorry, with | | |
| 11  relative risk of 3.74. | | |
| | | |
| | | |
| [34:13] - [34:14] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 34:13-14 | |
| | Def Obj: same as above | |
| * Pltf Affirm Desig | | Pl Resp: same as above |
| | | |
| page 34 | | |
| 13      Q.  And is that statistically significant in | | |
| 14  the right column there? | | |
| | | |
| | | |
| [34:16] - [34:17] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 34:16-17 | |
| | Def Obj: same as above | |
| * Pltf Affirm Desig | | Pl Resp: same as above |
| | | |
| page 34 | | |
| 16        THE WITNESS:  That would be statistically | | |
| 17  significant for these events. | | |
| | | |
| | | |
| [35:4] - [35:18] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 35:4-18 | |
| | Def Obj: same as above | |
| * Pltf Affirm Desig | | Pl Resp: same as above |
| | | |
| page 35 | | |
| 4      Q.  And -- but have -- had you ever seen that | | |
| 5  at the time of your last deposition? | | |
| 6      A.  No, because that was -- this is subsequent | | |
| 7  to that.  This is 5/26/06. | | |
| 8      Q.  And the -- now, given that there is | | |
| 9  this -- this true follow-up data that I've shown you | | |
| 10  and given that the -- the other document that I | | |
| 11  showed you that actually talks about the potential | | |
| 12  for Vioxx causing atherosclerosis, okay, if -- if, | | |
| 13  in fact, there is a potential for Vioxx to -- to | | |
| 14  cause atherosclerosis or to build up | | |
| 15  atherosclerosis, do you have an opinion as to how | | |
| 16  this may play a part in Mr. Barnett's course over | | |
| 17  the last several years since he -- he was -- has | | |
| 18  been taking Vioxx. | | |
| | | |
| | | |
| [35:25] - [36:6] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 35:25-36:6 | |
| | Def Obj: same as above | Pl Resp: same as above |

| | | |
|---|---|---|
| * Pltf Affirm Desig | | |

page 35
25        THE WITNESS:  If -- if a -- a patient such
page 36
1  as Mr. Barnett were taking a drug that promoted
2  ath -- thrombotic events, atherosclerosis, given his
3  underlying substrate, so to speak, risk factors,
4  then he would be at potential risk for -- for
5  cardiac events and progressive atherosclerosis, if
6  that -- if that's the case.

| | | |
|---|---|---|
| [36:8] - [36:13] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 36:8-13 | |
| * Pltf Affirm Desig | Def Obj: same as above | Pl Resp: same as above |

page 36
8     Q.  If, in fact, Vioxx can, number one, cause
9  heart attacks and can accelerate atherosclerosis,
10  do -- do you have an opinion as to whether Vioxx and
11  Mr. Barnett's preexisting coronary artery disease
12  were potentially joint contributing causes to his
13  heart attack?

| | | |
|---|---|---|
| [36:19] - [36:24] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 36:19-24 | |
| * Pltf Affirm Desig | Def Obj: same as above | Pl Resp: same as above |

page 36
19        THE WITNESS:  Again, if a drug, a drug
20  causes potential for atherosclerosis, thrombotic
21  events, Mr. Barnett would be definitely at risk for
22  those complications given his genes, hyperlipidemia
23  and substrate for development of coronary artery
24  disease.

| | | |
|---|---|---|
| [37:1] - [37:4] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 37:1-4; 37:9-12 | |
| * Pltf Affirm Desig | Def Obj: same as above | Pl Resp: same as above |

page 37
1     Q.  And if, in fact, Vioxx does cause heart
2  attacks and accelerated atherosclerosis, how would
3  the Vioxx work on -- on Mr. Barnett's substrate, as
4  you put it?

| | | |
|---|---|---|
| [37:9] - [37:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |

page 37
9     A.  It would potentially do all the things
10  we're talking about and make his disease process
11  progressive and potentially to heart attack and more

| | | |
|---|---|---|
| 12 blockage. | | |
| | | |
| [37:16] - [37:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 37 | | |
| 16 he had a subsequent heart attack or not. And is | | |
| 17 there such a thing as a silent heart attack? | | |
| | | |
| | | |
| [37:19] - [37:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 37 | | |
| 19          THE WITNESS: There is such a thing as a | | |
| 20 silent heart attack. It is felt that maybe 20 | | |
| 21 percent of cardiac heart attacks can be undiagnosed, | | |
| 22 unrecognized, silent, whatever you want to call it. | | |
| | | |
| | | |
| [37:24] - [38:3] 7/26/2006 Karavan 07.17.2006 depo - amended | Re: 37:24-38:3; 38:5-7 | |
| | **Def Obj:** Assumes facts not | **Pl Resp:** Plaintiff |
| * Pltf Affirm Desig | in evidence (no evidence | contends more likely |
| | that there was a thrombus | than not, there was a |
| page 37 | two years ago) | likely 2nd MI in 7/04. |
| 24     Q.  Okay.  And if -- if someone does have a | | Majority of MI are due |
| 25 thrombosis maybe two years ago, do you know whether | | to thrombosis as Dr. |
| page 38 | | Karavan has testified. |
| 1 or not that the thrombosis could -- could be flushed | | Dr. Karavan is answering |
| 2 away or -- or in some way resolved over some time | | a hypothetical question |
| 3 period? | | and as such, objection is |
| | | improper |
| | | |
| [38:5] - [38:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 38 | | |
| 5          THE WITNESS: You can have what we call | | |
| 6 autolysis and resolution of thrombus in vessels from | | |
| 7 any point in time. | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| [38:14] - [38:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| page 38 | | |
| 14          Do -- do you know whether or not, as you | | |
| 15 sit here now, he had some sort of an infarct over | | |
| 16 the last, say, four years since his last heart | | |
| 17 attack? | | |
| | | |
| [38:23] - [39:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |

| | | |
|---|---|---|
| * Defense Counters to Karavan II | | |
| | | |
| page 38 | | |
| 3     Q.   Okay.  What do you mean by clinically? | | |
| 24     A.   Well, putting him together, if anything, | | |
| 25   his ejection fraction in my mind and wall motion is | | |
| page 39 | | |
| 1   better than it was in September of 2002.  I haven't | | |
| 2   seen -- on his angiogram, I didn't see a vessel that | | |
| 3   closed to suspect that there's been a, quote, | | |
| 4   another heart attack.  His -- his right coronary | | |
| 5   artery now is solidly closed. | | |
| 6         Could he have had some type of event when | | |
| 7   it closed and the graft took over?  Potentially. | | |
| 8   It's hard to measure.  All of his ejection fractions | | |
| 9   come out 60 percent.  He has subtle wall motion | | |
| 10   abnormalities of the inferior portion of the heart. | | |
| 11   So I -- I just don't think he's had another heart | | |
| 12   attack since September 2002, certainly not sizable. | | |
| | | |
| [39:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| page 39 | | |
| 13     Q.   Could he have had a silent one? | | |
| | | |
| | | |
| 39:16] - [39:18] 7 26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| page 39 | | |
| 16         THE WITNESS:  Whether it was silent or not | | |
| 17   silent, I don't see the evidence for -- basically | | |
| 18   for that. | | |
| | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 39 | | |
| 20     Q.   Let me ask you this:  Was the -- was the | | |
| 21   Ramus saphenous vein graft the graft that was | | |
| 22   occluded? | | |
| 23     A.   Correct. | | |
| 24     Q.   And remember in the echocardiogram | | |
| 25   there -- there was some wall motion abnormalities; | | |
| page 40 | | |
| 1   is that right? | | |
| | | |
| | | |
| [40:3] - [40:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 40 | | |
| 3         THE WITNESS:  What we call mid basal and | | |

4  lateral segment, uh-huh.


[40:6] - [40:7] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 40
6      Q.   Would -- would that be consistent with
7  a -- a possible occlusion to the -- to the Ramus?


[40:9] - [40:17] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 40
9         THE WITNESS:  I felt that most likely that
10  area was ischemic, giving him that wall motion
11  abnormality.  The vessel was patent.  It wasn't 100
12  percent closed, and it was said to be ischemic, not
13  scarred on his perfusion study.  So I think the wall
14  motion could be attributed to that vessel.
15         Did he have a heart attack there?  The --
16  if he did, it wasn't a big one.  I can tell you
17  that.


10:25] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 40
25      Q.   Is it possible that he had a small one?


[41:2] - [41:5] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 41
2         THE WITNESS:  Given the fact that he has a
3  small wall motion abnormality, it's consistent -- it
4  is possible that he might have had a small heart
5  attack in that area.

Pltf cond'l desig


[41:7] - [41:16] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf cond'l desig

age 41
7      Q.   Okay.  Now, let me ask you this:  Just in
8  terms of -- I'm trying to go over -- before your
9  last deposition did you meet with me?
10      A.   No, sir.

| | | |
|---|---|---|
| 11   Q.   Okay.  So the first time we met before a | | |
| 12  deposition was yesterday; is that right? | | |
| 13     A.   Correct. | | |
| 14    Q.   And what did we discuss yesterday? | | |
| 5     A.   Basically the same sort of topics we're | | |
| 16  discussing here at this dep -- deposition. | | |
| | | |
| [41:18] - [41:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf cond'l desig | | |
| | | |
| page 41 | | |
| 18         Did we go over the cath? | | |
| 19     A.   We went over his recent studies, correct. | | |
| 20  Uh-huh. | | |
| 21     Q.   Okay.  And did you -- is there anything | | |
| 22  you said yesterday to me that you haven't said today | | |
| 23  in your deposition? | | |
| | | |
| [41:25] - [42:1] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf cond'l desig | | |
| | | |
| page 41 | | |
| 25         THE WITNESS:  I'm -- I'm -- I'm sure there | | |
| page 42 | | |
| 1  is.  I'm just not -- I'm not sure what it is. | | |
| | | |
| [42:20] - [44:6] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 42:22-44:6 | |
| | Pl Obj: Irrelevant , misleading | Def Resp: It is not |
| * Defense Affirmative Desig to Karavan II | confusing to jury | irrelevant to point out |
| | | that Plaintiff's counsel |
| page 42 | | met with Dr. Karavan |
| 20     Q.   Good afternoon, Dr. Karavan. | | before the deposition |
| 21     A.   Yes, sir. | | and Merck's counsel |
| 22     Q.   You and I met last May, May 4th of 2006. | | was not able to meet |
| 23  Do you remember that? | | with them |
| 24     A.   Correct. | | |
| 25     Q.   And that was when I asked you questions in | | |
| page 43 | | |
| 1  your deposition.  That was only two months ago -- | | |
| 2     A.   Right. | | |
| 3     Q.   -- right?  And I asked you questions then. | | |
| 4  And you remember that I was not allowed to meet with | | |
| 5  you before your deposition last time, correct? | | |
| 6     A.   Uh-huh.  Correct. | | |
| 7     Q.   And I was not allowed to meet with you, or | | |
| 8  anybody representing Merck was not allowed to meet | | |
| 9  with you before today's deposition, right? | | |
| 10     A.   Correct. | | |
| 11     Q.   Mr. Robinson, though, and his team had a | | |
| 12  chance to meet with you yesterday, didn't they? | | |
| 3     A.   Correct. | | |
| 14    Q.   How many people met with you? | | |
| 15     A.   Two. | | |
| 16     Q.   Who was there? | | |
| 17     A.   These first two, Mr. Robinson and -- I'm | | |

| | | |
|---|---|---|
| 18  sorry. | | |
| 19      MR. ROBINSON:  Cynthia Garber. | | |
| 20  BY MR. GOLDMAN: | | |
| 21      Q.  Cynthia Garber? | | |
| 2      A.  Yes. | | |
| 23      Q.  And what time did they arrive at your | | |
| 24  office? | | |
| 25      A.  Around 4:30, 5:00 o'clock. | | |
| page 44 | | |
| 1      Q.  What time did they leave? | | |
| 2      A.  Around 6:30. | | |
| 3      Q.  You spoke with Mr. Robinson and Ms. Garber | | |
| 4  about the catheterizations, is that right, that you | | |
| 5  did speak of Mr. Barnett? | | |
| 6      A.  That's right. | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| | | |
| [44:7] - [44:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 44 | | |
| 7      Q.  And did you review certain documents that | | |
| 8  they brought to show you that were not his medical | | |
| 9  records but were documents relating to Merck? | | |
| 10      A.  Basically the only one was the event, the | | |
| 1  -- the one, the table of events. | | |
| 2      Q.  So Mr. Robinson brought with him a | | |
| 13  two-page -- can I please see that document, sir -- a | | |
| 14  two-page document from the approved follow-up -- | | |
| 15      A.  Uh-huh. | | |
| 16      Q.  -- data, and it's table B6, table B7, | | |
| 17  table C13 and table C14? | | |
| 18      A.  Okay. | | |
| 19      Q.  Right? | | |
| 20      A.  Okay. | | |
| 21      Q.  Mr. Robinson didn't show you the rest of | | |
| 22  the document and the rest of the data that -- that | | |
| 23  relates to the follow-up period or the extension | | |
| 24  period for patients in the approved study, did he? | | |
| 25      A.  That's correct. | | |
| | | |
| | | |
| [45:1] - [48:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 45 | | |
| 1      Q.  He never showed you any testimony by any | | |
| 2  witness about the follow-up study, did he? | | |
| 3      A.  No. | | |
|        Q.  And Mr. Robinson didn't even walk through | | |
| 5  with you each of the entries here on this two-page | | |
| 6  exhibit yesterday, did he?  He pointed you to a | | |
| 7  couple? | | |
| 8      A.  We walked through several of them.  I | | |

9  don't think all of them, no.

10     Q.   Let me ask you if he showed you this one,

11  because he didn't ask about it on direct

12  examination.  So let me see if -- if you covered

3  this with Mr. Robinson.

14        Under cardiac events -- I'm looking at

15  table B6 -- do you see that under Vioxx 25

16  milligrams there were 16 cardiac events?  And

17  Mr. Barnett had a cardiac event, right, in September

18  of 2002?

19     A.   That's correct.

20     Q.   So he would fit into this category, right?

21     A.   I assume so.

22     Q.   So here on Vioxx there were 16 patients

23  who had a cardiac event, and that is a rate of 1.04.

24  And how many patients had cardiac events on placebo

25  in the extension period, which is all the way

page 46

1  through 210 weeks?

2     A.   I can't see it from here.

3     Q.   Sure.

4     A.   According to this, 16 out of 1402.

5     Q.   So there are actually a higher percentage,

6  though not statistically significant, a higher

7  percentage of patients had cardiac events on placebo

8  than on Vioxx when you look at the data through the

9  210 week period, right?

10     A.   Yes.

1     Q.   And that doesn't suggest, does it,

2  Dr. Karavan, that Vioxx causes the progression of

13  atherosclerosis, does it?  You see a 16 to 16 --

14     A.   If --

15     Q.   -- number of cardiac events?

16     A.   If that table includes the number of

17  cardiac events for the equal groups of matched

18  patients at the same time in the world, then that

19  would be a correct statement.

20        MR. ROBINSON:  Look at B7.

21  BY MR. GOLDMAN:

22     Q.   And if you look at the B7, sir, and you

23  look at the summary of confirmed, do you know what

24  TCVSAE stands for?

25     A.   Total -- I guess total -- total cardiac

page 47

1  cardiovascular events.

2     Q.   Do you know what's encompassed by that?

3     A.   I'm assuming myocardial and cerebral

4  vascular event.

5     Q.   Now this, if you look, covers the period

6  during follow-up from more than 14 days after the

7  end of the approved study or the base study through

8  210 weeks.  Do you see that?

9     A.   Right.

0     Q.   And Mr. Robinson asked you about zero to

11  six months?

12     A.   That's right.

13     Q.   Is that what he asked you about on direct

14  examination?

| | | |
|---|---|---|
| 15    A.   That's right. | | |
| 16    Q.   Did he ask you about any of the other entries | | |
| 17  here, six to twelve months, for example? | | |
| 18    A.   That's correct.  No, he did not.  Correct. | | |
| 19    Q.   And so we can try to apply this to | | |
| 20  Mr. Barnett's case and not get some hypothetical | | |
| 21  patient, Mr. Barnett has been off Vioxx now since | | |
| 22  September 23rd or so of 2004, right? | | |
| 23    A.   I believe that's about the correct date. | | |
| 24    Q.   And that's almost two years ago, a year | | |
| 25  and ten -- how many months -- how many years ago was | | |
| page 48 | | |
| 1  that, almost two? | | |
| 2    A.   Almost two. | | |
| 3    Q.   Okay.  So the zero to six months really | | |
| 4  doesn't apply to Mr. Barnett right now, does it? | | |
| | | |
| | | |
| [48:8] - [50:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 48 | | |
| 8         THE WITNESS:  If you're referring to the | | |
| 9  fact that 22 months after the discontinuation of | | |
| 10  Vioxx, does a zero to six month study apply? | | |
| 11  BY MR. GOLDMAN: | | |
| 12    Q.   Right. | | |
| 13    A.   There's obviously two different time | | |
| 14  periods. | | |
| 15    Q.   Correct.  And if you look at greater than | | |
| 16  18 months, which is where we're at today, do you see | | |
| 17  that the number of total confirmed, and it's | | |
| 18  thrombotic cardiovascular serious adverse events, is | | |
| 19  4 out of 357 for Vioxx and 4 out of 232 for placebo? | | |
| 20  Do you see that? | | |
| 21    A.   Correct. | | |
| 22    Q.   And when you consider that there were more | | |
| 23  patients on Vioxx, 357, than there were on placebo, | | |
| 24  232, do you see that the rate is lower on Vioxx 25 | | |
| 25  milligrams for a confirmed thrombotic cardiovascular | | |
| page 49 | | |
| 1  serious adverse events? | | |
| 2    A.   That table -- that's what that table | | |
| 3  implies after 18 months. | | |
| 4    Q.   And certainly that wouldn't suggest that | | |
| 5  Vioxx causes some progression of atherosclerosis and | | |
| 6  exposes patients to increase in cardiac event risk | | |
| 7  after they -- after they stop using the medicine, | | |
| 8  true? | | |
| 9    A.   Yeah.  At prolong -- at prolonged periods | | |
| 10  of time.  In other words, 18 months and greater | | |
| 11  according to that. | | |
| 12    Q.   And if you look above six to twelve months | | |
| 13  as well, which Mr. Robinson didn't ask you about, do | | |
| 14  you see that there is no statistically significant | | |
| 15  difference between the number of thrombotic | | |
| 16  cardiovascular seriously adverse events on Vioxx, | | |

| | |
|---|---|
| 17  which is 11 to 7 on placebo?  Do you see that? | |
| 18      A.  Eleven to seven? | |
| 19      Q.  Yes.  Do you see that, sir? | |
| 20      A.  That's what the table says. | |
|         Q.  And if you look at 12 to 18 months, there | |
| 22  was one confirmed thrombotic cardiovascular serious | |
| 23  adverse event during the follow-up period out of 127 | |
| 24  patients who were using Vioxx 25 milligrams, and | |
| 25  there was zero out of 97, which is 30 fewer patients | |
| page 50 | |
| 1  on placebo.  Do you see that, sir? | |
| 2      A.  Uh-huh. | |
| 3      Q.  And that doesn't suggest any increase in | |
| 4  risk for thrombotic cardiovascular event in the 12 | |
| 5  to 18 month period, does it, sir? | |
| 6      A.  That's correct. | |
| 7      Q.  And before reaching a conclusion about | |
| 8  whether or not Vioxx causes an increase in | |
| 9  cardiovascular events when patients are off the | |
| 10  medicine, you would need a lot more data than this | |
| 11  selected two-page sheet that Mr. Robinson gave you, | |
| 12  wouldn't you, sir? | |
| 13      A.  I would agree with that. | |

\* Pltf Affirm Desig

| page 50 | Re 50:14-19 | Pl Resp: |
|---|---|---|
| 14      Q.  You can't draw any conclusions about | Def Obj: Karavan should not | As a cardiologist, Dr. |
| 5  whether Vioxx causes atherosclerosis or its | be allowed to testify about | Karavan is aware of the |
| 6  progression after patients stop it, true, based on | Vioxx and its effects | mechanism of |
| 17  this? | because he is not an expert | atherogensis, cap |
| 18      A.  I think that it maybe raises the | in Vioxx | instability, and rupture |
| 19  suspicion.  How's that? | | which leads to AMI. |
| | | Accordingly, his review |
| | | of a document which |
| | | states rofecoxibs role |
| | | in this mechanism is |
| | | well within his expertise |
| | | Cardiologists are |
| | | experts in atherosclerosis |
| | | and etiology for CAD/ |
| | | MI.  Further, Dr. |
| | | Karavan merely |
| | | commented upon his |
| | | understanding of the |
| | | implication of the |
| | | documents on cardiac |
| | | patients.  Essentially, he |
| | | comments as to his |
| | | understanding of the |
| | | documents.  Dr. Karavan |
| | | also responds as though |
| | | the document is a |
| | | hypothetical, ie, "if it is |
| | | true . . ."  As such, his |
| | | testimony is proper |
| | | response to a |

| | | hypothetical question |
|---|---|---|
| [51:10] - [51:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| Defense Conditional Designations - Karavan II | | |
| | | |
| page 51 | | |
| 10    Q.  When we just went through that there was | | |
| 11  either no statistically significant difference in | | |
| 12  cardiovascular events between Vioxx and placebo | | |
| 13  during the six to twelve month period, 12 to 18 | | |
| 14  month period, greater than 18 month period when you | | |
| 15  look at cardiovascular events, which is what | | |
| 16  Mr. Barnett had, and when you even look at the total | | |
| 17  number of patients with events, there is no | | |
| 18  statistically significant difference between those | | |
| 19  on Vioxx and those on placebo, true? | | |
| 20    A.  All right.  Uh-huh. | | |
| 21    Q.  So you can't look at this table here that | | |
| 22  Mr. Robinson showed you and conclude that Vioxx | | |
| 23  causes atherosclerosis or -- or -- or puts any | | |
| 24  patients at increased risk after they're done taking | | |
| 25  the medicine? | | |
| | | |
| | | |
| [52:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 52 | | |
| 3    Q.  True? | | |
| | | |
| | | |
| [52:5] - [52:6] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 52 | | |
| 5      THE WITNESS:  Long term, correct. | | |
| 6  BY MR. GOLDMAN: | | |
| | | |
| | | |
| [52:7] - [53:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 52 | | |
| 7    Q.  Now, when Mr. Robinson was going through | | |
| 8  these documents with you, sir, did he show you any | | |
| 9  articles that were published in any journals? | | |
| 10    A.  No, sir.  I don't believe so.  Only ones | | |
| 11  we saw were the ones today on New England Journal. | | |
| 12  No. | | |
|    Q.  Did Mr. Robinson show you the article by | | |
| 14  Dr. FitzGerald in the New England Journal? | | |
| 15    A.  Actually, I believe we did bring it out, | | |
| 16  but we didn't review it. | | |
| 17    Q.  Well -- well, did he show you any pass -- | | |

| | | |
|---|---|---|
| 18  passages from there, like the passage he read to you | | |
| 19  today? | | |
| 20      A.   To be honest with you, I don't recall if | | |
| 21  we reviewed this one or not. | | |
| 2      Q.   Well, do you understand, sir -- and can I | | |
| 23  have that for one minute? | | |
| 24      A.   Uh-huh. | | |
| 25      Q.   -- that this article by Dr. FitzGerald is | | |
| page 53 | | |
| 1  not a study, correct? | | |
| 2      A.   Yes. | | |
| 3      Q.   This is a prospective after the withdrawal | | |
| 4  of Vioxx, true? | | |
| 5      A.   That's correct. | | |
| 6      Q.   It's not a study of patients who used | | |
| 7  Vioxx, right? | | |
| 8      A.   That's correct. | | |
| 9      Q.   Nor does Dr. FitzGerald cite any study to | | |
| 10  support his theory that Vioxx might -- and might is | | |
| 11  the word he uses -- accelerate atherosclerosis, | | |
| 12  correct? | | |
| 13      A.   Uh-huh. | | |
| | | |
| | | |
| [53:14] - [53:16] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| ige 53 | | |
| .4      Q.   And, in fact, you're not aware of a single | | |
| 15  study anywhere that suggests that Vioxx causes | | |
| 16  atherosclerosis; is that true? | | |
| | | |
| | | |
| [53:18] - [53:19] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 53 | | |
| 18          THE WITNESS:  That causes atherosclerosis? | | |
| 19  I'm -- I'm not aware of one. | | |
| | | |
| | | |
| [53:21] - [54:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 53 | | |
| 21      Q.   And I asked you these questions in your | | |
| 22  last deposition, sir, before Mr. Robinson showed you | | |
| 23  some selected documents.  And I asked you:  Are you | | |
| 24  aware of any scientific evidence, Dr. Karavan, that | | |
| 25  Vioxx causes plaque formation?  And your answer was: | | |
| ge 54 | | |
| 1  I am unaware of any data for the development of | | |
| 2  plaque formation with Vioxx.  Do you stand by that | | |
| 3  testimony? | | |
| 4      A.   I am still unaware of any. | | |

| | | |
|---|---|---|
| 5     Q.  And you're unaware of any scientific | | |
| 6  evidence that Vioxx causes plaque acceleration or | | |
| 7  progression, true? | | |
| 8     A.  Scientific evidence, that's right. | | |
| | | |
| | | |
| [54:10] - [54:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 54 | | |
| 10        You haven't seen a single study that shows | | |
| 11  that Vioxx or any other COX-2 inhibitor causes | | |
| 12  plaque rupture in human beings, have you? | | |
| 13     A.  That's correct. | | |
| | | |
| | | |
| [54:19] - [55:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 54 | | |
| 19        Do you remember all of those hypothetical | | |
| 20  questions:  If Vioxx causes atherosclerosis and if | | |
| 21  it causes the progression of atherosclerosis, might | | |
| 22  it have affected Mr. Barnett or caused his heart | | |
| 23  attack?  Do you remember that? | | |
| 24     A.  Sure.  Uh-huh. | | |
| 5     Q.  Do you remember the hypotheticals:  If | | |
| page 55 | | |
| 1  Vioxx causes atherosclerosis, if it causes the | | |
| 2  progression of atherosclerosis, might Vioxx have had | | |
| 3  something to do with Mr. Barnett's current anatomy, | | |
| 4  right? | | |
| 5     A.  Uh-huh.  Uh-huh. | | |
| 6     Q.  He asked you those questions? | | |
| 7     A.  Yes. | | |
| | | |
| | | |
| [55:8] - [55:18] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 55 | | |
| 8     Q.  Those -- all of those questions that he | | |
| 9  asked you were based on the premise that -- that | | |
| 10  Vioxx might cause atherosclerosis, true? | | |
| 11     A.  I would think so. | | |
| 12     Q.  You weren't saying that Vioxx does cause | | |
| 13  it when you were answering those questions, right? | | |
| 14  You were assuming that if you accept the premise of | | |
| 15  Mr. Robinson's question, then you have to answer | | |
| 16  that maybe Vioxx had something to do with | | |
| '  Mr. Barnett's heart attack, correct? | | |
| 18     A.  Correct. | | |
| | | |
| | | |
| [56:8] - [57:1] 7/26/2006 Karavan 07.17.2006 depo - amended | | |

| | | |
|---|---|---|
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 56 | | |
| Q.   Focussing on Mr. Barnett's current state | | |
| 9  of his bypass grafts and his coronary arteries, | | |
| 10  okay?  You with me? | | |
| 11     A.   Uh-huh. | | |
| 12     Q.   Which you just saw a week ago on his | | |
| 13  cardiac catheterization, right?  Yes? | | |
| 14     A.   Yes.  Correct. | | |
| 15     Q.   You studied that and you looked at those | | |
| 16  films and you -- you wrote down how much plaque you | | |
| 17  think are in his arteries or whether they closed by | | |
| 18  some other mechanism, true? | | |
| 19     A.   Yes. | | |
| 20     Q.   If you don't accept Mr. Robinson's premise | | |
| 21  and it is untrue that Vioxx causes atherosclerosis | | |
| 22  or its progression, then you would agree, sir, that | | |
| 23  Vioxx did not play a role in the -- in the formation | | |
| 24  of any plaque that is in Mr. Barnett's either native | | |
| 25  arteries or bypass grafts, true? | | |
| page 57 | | |
| 1     A.   That would be correct. | | |
| | | |
| [57:18] - [58:11] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 57 | | |
| 18     Q.   Well, do you understand that all NSAIDS | | |
| 19  can cause hypertension? | | |
| 20     A.   They can. | | |
| 21     Q.   Have you known since the beginning of time | | |
| 22  when you started prescribing NSAIDS that they could | | |
| 23  cause hypertension? | | |
| 24     A.   They have since the -- that's correct. | | |
| 25     Q.   Did you know when you were aware that | | |
| page 58 | | |
| 1  Mr. Barnett was taking Vioxx that Vioxx could cause | | |
| 2  hypertension? | | |
| 3     A.   That's correct. | | |
| 4     Q.   Were you aware when you knew that | | |
| 5  Mr. Barnett was taking Vioxx that his blood pressure | | |
| 6  had been elevated in September 2002 when he came to | | |
| 7  the hospital for a heart attack? | | |
| 8     A.   I'm -- I'm sure it was at the time.  A lot | | |
| 9  of things cause hyper -- when you're having a heart | | |
| 10  attack, your -- I mean, levels are high and you can | | |
| 11  have hypertension. | | |
| | | |
| | | |
| [58:13] - [58:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 58 | | |
| 13  sorry.  It would be wrong, Dr. Karavan, to say that | | |

| | | |
|---|---|---|
| 14  because Mr. Barnett's blood pressure was elevated | | |
| 15  when he was having his heart attack that Vioxx | | |
| 16  caused the elevation, true, because of all the other | | |
| 17  factors you just said are involved? | | |

[58:19] - [58:20] 7/26/2006 Karavan 07.17.2006 depo - amended

\* Defense Affirmative Desig to Karavan II

page 58

| | | |
|---|---|---|
| 19        THE WITNESS: I think -- yes. I mean, I | | |
| 20  don't think he had a hypertensive heart attack. | | |

[58:22] - [59:11] 7/26/2006 Karavan 07.17.2006 depo - amended

\* Defense Affirmative Desig to Karavan II

page 58

| | | |
|---|---|---|
| 22     Q.  Certainly if you thought Vioxx caused his | | |
| 23  increase in blood pressure on September of 2002, you | | |
| 24  wouldn't have allowed him to continue to use the | | |
| 25  medicine after his heart attack, right? | | |
| page 59 | | |
| 1     A.  Yeah.  If we felt he was having | | |
| 2  uncontrollable hypertension and it was felt to be | | |
| 3  secondary to Vioxx, we wouldn't -- wouldn't allow | | |
| 4  it. | | |
| 5     Q.  And you didn't feel that he was having | **Re 59:5-10** | |
| 6  uncontrollable hypertension, did you, sir? | **Pl Obj:** overbroad, vague as | **Def Resp:** That objection |
| 7     A.  Correct. | to time | was waived because |
| 8     Q.  And you -- you didn't feel that -- that | | not made at the time. |
| 9  his hypertension caused his heart attack, did you, | | Also not vague as to time |
| 10  sir? | | the question directly |
| 11     A.  No, I did not. | | before this related to |
| | | Sep-02 |

[62:8] - [63:22] 7/26/2006 Karavan 07.17.2006 depo - amended

\* Defense Affirmative Desig to Karavan II

| | | |
|---|---|---|
| page 62 | **Re 62:8-13** | |
| 8     Q.  Dr. Karavan, you repeatedly said from | **Pl Obj:** Misstates prior | **Def Resp:** It does not |
| 9  September of 2002 through December of 2005 that | testimony | misstate prior testimony |
| 10  Mr. Barnett was not having angina or heart related | | and the witness agrees |
| 11  symptoms when you saw him, right? | | with this |
| 12     A.  I felt for the most part his symptoms were | | |
| 13  not heart related. | | |
| 14     Q.  In fact, as late as December 20th of 2005 | **Re 62:14-63:4** | |
| 15  you wrote down that Mr. Barnett was doing fine from | **Pl Obj:** Calls for speculation | **Def Resp:** This is not |
| 16  a cardiac perspective, right? | counsel cuts off witness | speculation, asking Mr. |
| 17     A.  I'd have to see that, but I'll go with | not allowing him to answer | Barnett's cardiologist |
| 18  your -- | witness answering without | about his recollection of |
| 19     Q.  Your best recollection as Mr. Barnett's | specific recall of event as | Mr. Barnett's condition |
| 20  treater is that from September of 2002 all the way | such counsel mischaracterizes | |
| 21  until December of 2005 before he filed his lawsuit, | events | |
| 22  Mr. Barnett's cardiac condition was doing well, | | |

| | | |
|---|---|---|
| 23  true? | | |
| 24    A.  Correct.  Correct. | | |
| 25    Q.  And Mr. Barnett was the type of person and | | |
| page 63 | | |
| is the type of person who if he's experiencing heart | | |
| 2  pain or chest pain, he is aware of it, right, and | | |
| 3  seeks medical attention for it, true? | | |
| 4    A.  He generally does, yeah. | | |
| 5    Q.  In fact, he has gone to the ER, the | **Re 62:5-22** | |
| 6  emergency room, on two separate occasions because he | **Pl Obj:** lacks foundation, | **Def Resp:** Dr. Karavan |
| 7  felt chest pain since the heart attack in September | compound, calls for | is Mr. Barnett's |
| 8  of 2002.  One was in February of 2003, and one was | speculation as witness was | cardiologist and he saw |
| 9  in July of 2004.  Do you remember that? | not treater | Mr. Barnett's after his |
| 10    A.  Right. | | hospital visit and |
| 11    Q.  And in both of those occasions you thought | | evaluated Mr. Barnett's |
| 12  that his chest discomfort wasn't heart related but | | condition.  The |
| 13  maybe GURD, maybe anxiety, that kind of thing, | | compound objection |
| 14  right? | | was waived. |
| 15    A.  I personally didn't evaluate him on every | | |
| 16  occasion, but the evaluations that were performed | | |
| 17  were -- that was essentially the conclusions. | | |
| 18    Q.  And you actually did see Mr. Barnett after | | |
| 19  he was in the hospital, and you agreed that whatever | | |
| 20  symptoms he was experiencing in February of 2003 and | | |
| 21  July 2004 were not heart related, right? | | |
| 22    A.  Correct. | | |
| | | |
| | | |
| ^7:18] - [68:1] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 67 | | |
| 18    Q.  I want to turn now, Dr. Karavan, to -- | | |
| 19  before I do that, sir.  The first time that you | | |
| 20  actually saw the May 2nd, 2006 test results was in | | |
| 21  late June of 2006? | | |
| 22    A.  Okay. | | |
| 23    Q.  Is that right? | | |
| 24    A.  It would be, yeah, probably around the -- | | |
| 25  my office appointment was the 27th, right?  A few | | |
| page 68 | | |
| 1  days before the 27th of June, uh-huh.  Maybe a week. | | |
| | | |
| | | |
| [68:16] - [68:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 68 | | |
| 16    Q.  Let me show you what I'll mark as Trial | | |
| 17  Exhibit 1.  Is trial Exhibit 1, sir, a document that | | |
| 18  includes your evaluation of Mr. Barnett on June | | |
| 19  26th, 2006 as well as your angioplasty, your stent | | |
| 20  procedure?  And I'm also going to substitute in your | | |
| 21  cath report for one of duplicate pages, okay? | | |
| 22    A.  All right.  Uh-huh.  Okay.  Right. | | |

| | | |
|---|---|---|
| [69:2] - [70:1] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 69:2-20** | |
| | **Pl Obj:** Improper counsel commentary/testimony re "very carefully" | **Def Resp:** Not improper and the witness agreed with the question |
| * Defense Affirmative Desig to Karavan II | | |
| page 69 | | |
| 2    Q.   And if you turn to page 2 of this | | |
| 3   document, sir, do you see how you list very | | |
| 4   carefully the problems, as you put them, that Mr. | | |
| 5   Barnett is experiencing?  Do you see that? | | |
| 6     A.   Uh-huh. | | |
| 7    Q.   The first problem you identify is | | |
| 8   atherosclerotic cardiovascular disease, right? | | |
| 9     A.   Yes. | | |
| 10    Q.   And under that you write non Q wave | | |
| 11   myocardial infarction.  Do you see that, sir? | | |
| 12    A.   Right. | | |
| 13    Q.   And that's the type of heart attack that | | |
| 14   you believe Mr. Barnett had, correct? | | |
| 15    A.   Correct. | | |
| 16    Q.   You've consistently said he's had a non Q | | |
| 17   wave heart attack, right? | | |
| 18    A.   Correct. | | |
| 19    Q.   When you evaluated that EKG that | | |
| 20   Mr. Robinson showed you on May 4th, 2006, you | | |
| 21   understood that that was a non-diagnostic Q wave | **Re 69:19-70:1; 70:9-13** | |
| 22   EKG, right? | **Pl Obj:** questions repetitive, asked and answered | **Def Resp:** This is not asked and answered - |
| 23    A.   Correct. | | Plaintiff did not point |
| ˉ4    Q.   Non-diagnostic means it was not a Q wave | | out where it was |
| .5   heart attack, right? | | previously asked |
| page 70 | | |
| 1     A.   Correct. | | |
| | | |
| | | |
| [70:9] - [70:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 70 | | |
| 9     Q.   In fact, if Mr. Barnett had a transmural Q | | |
| 10   wave heart attack, you wouldn't expect a Cardiolite | | |
| 11   stress test that was done ten months later in July | | |
| 12   of 2003 to show normal wall motion, would you? | | |
| 13    A.   Wouldn't expect it. | | |
| | | |
| [70:14] - [70:21] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 70:14-70:21** | |
| | **Pl Obj:** Vague as to time, imprecise and will confuse jury | **Def Obj:** Not vague Asking Mr. Barnett's cardiologist whether |
| * Defense Affirmative Desig to Karavan II | | he has seen a scar on |
| page 70 | | Mr. Barnett's heart.  The |
| 14    Q.   No.  If you had a patient who had a Q wave | | vague objection has been |
| 15   heart attack, a transmural heart attack, you would | | waived. |
| 16   expect there to be some permanent scarring or | | |
| ˉ7   permanent damage to the heart, true? | | |
| ₁8    A.   That's what you would expect. | | |
| | | |
| * Pltf Affirm Desig | | |

| | | |
|---|---|---|
| page 70 | | |
| 19   Q.   And you haven't seen any permanent | | |
| 20  scarring in Mr. Barnett's heart, have you, sir? | | |
| 21   A.   That -- that -- that would be correct. | | |
| 2   Q.   I'm sorry.  What did you say? | | |
| 23   A.   That would be correct -- correct.  The | | |
| 24  only addendum to that would be he -- he does have a | | |
| 25  small wall motion abnormality in the inferobasilar | | |
| page 71 | | |
| 1  part of the heart that could be consistent with a | | |
| 2  very small scar. | | |
| | | |
| [71:15] - [71:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 71 | | |
| 15   Q.   You never saw any scar when you performed | | |
| 16  the catheterization of Mr. Barnett a week ago, did | | |
| 17  you, sir? | | |
| 18   A.   In the ventriculogram? | | |
| 19   Q.   Yes. | | |
| 20   A.   REO projection, that would be correct. | | |
| 21   Q.   You saw a normal wall motion when you did | | |
| 22  your catheterization of Mr. Barnett, true? | | |
| | | |
| | | |
| [71:25] - [72:14] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
|  Defense Affirmative Desig to Karavan II | | |
| | | |
| page 71 | | |
| 25   Q.   Isn't that correct? | | |
| page 72 | | |
| 1   A.   In that projection. | | |
| 2   Q.   Elsewhere in that first 1A in Exhibit 1, | Re 72:2-7 | |
| 3  do you see how you refer to ejection fraction 50 | Pl Obj: compound | Def Resp: not compound |
| 4  percent? | | |
| 5   A.   Correct. | | |
| 6   Q.   And that's what it was back in September | | |
| 7  of 2002, and that was normal, right? | | |
| 8   A.   That's correct. | | |
| 9   Q.   And then you refer to inferior | | |
| 10  hypokinesis? | | |
| 11   A.   Uh-huh. | Re 72:12-14 | |
| 12   Q.   Which means the bottom of the heart is not | Pl Obj: vague as to time | Def Resp: they are |
| 13  operating as well as you would like, right? | | talking about a document |
| 14   A.   Uh-huh. | | the document has a date |
| | | on it - vagueness obj |
| | | is waived |
| [72:18] - [74:16] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 72 | Re 72:18-73:5 | |
| 18      Am I right, sir, that hypokinesis | Pl Obj: imprecise, vague | Def Resp: Those |
| 19  resolved by July 2003, when Mr. Barnett had his | | objections are waived |
| 20  Cardiolite stress test? | | because not made at the |

| Deposition | Pl Obj / Re | Def Resp |
|---|---|---|
| 21    A.   Correct. | | deposition.  Also, this is |
| 22    Q.   You also indicate the different degrees of | | not vague or imprecise |
| 23  stenosis in Mr. Barnett's arteries, 80 percent in | | |
| 24  the LAD, 80 percent in the Ramus, 80 percent in the | | |
| 5  circumflex, the PDA was totally occluded, 80 percent | | |
| page 73 | | |
| 1  in the posterolateral branch.  Do you see that, sir? | | |
| 2    A.   Correct. | | |
| 3    Q.   You would agree that looks like balanced | | |
| 4  disease in his arteries, right? | | |
| 5    A.   That would be balanced disease. | | |
| 6    Q.   The second bullet here, B, is where you're | | |
| 7  just describing the way the bypass worked, true, 1B? | | |
| 8    A.   That's right, how the -- that's correct. | | |
| 9    Q.   And then the third is stress Cardiolite | | |
| 10  July 18, 2003.  Do you see that? | | |
| 11    A.   Right.  Uh-huh. | | |
| 12    Q.   Here you wrote 15 minutes on a Bruce | | |
| 13  protocol, which we talked about in the last | | |
| 14  deposition as being excellent exercise tolerance, | | |
| 15  correct? | | |
| 16    A.   Correct. | | |
| 17    Q.   Then ejection fraction 58 percent.  That | | |
| 18  was also normal and higher than it was in September | | |
| 19  of 2002, right? | | |
| 20    A.   Correct. | | |
| 21    Q.   Apical thinning, I believe you testified | **Re 73:21-25** | |
| 22  before that that doesn't reflect any kind of -- | **Pl Obj:** incomplete | **Def Resp:** The form |
| 3    A.   Just an imaging artifact, nothing | hypothetical, lacks foundation, | objections are waived |
| 4  clinical. | imprecise, vague | because not made at the |
| 25    Q.   There's no clinical problem in somebody | | time.  Also, asking Mr. |
| page 74 | | Barnett's cardiologist |
| 1  who's got apical thinning, right? | | about his diagnosis of |
| 2    A.   That's right. | | Mr. Barnett |
| 3    Q.   In 1D, stress perfusion study, Indiana, | | |
| 4  May '06, now that is the same type of stress test | | |
| 5  that Mr. Barnett had in July of '03, correct? | | |
| 6    A.   Correct. | | |
| 7    Q.   Here you say nine minutes, thirty seconds | | |
| 8  Bruce protocol.  Do you see that? | | |
| 9    A.   Uh-huh. | | |
| 10    Q.   So he still has very good exercise | | |
| 11  tolerance, but it's not as good as it was in July of | | |
| 12  '03, three years ago, true? | | |
| 13    A.   It is not as good, correct. | | |
| 14    Q.   But it's still very good, and you | **Re 74:14-16** | |
| 15  commented to that effect, right? | **Pl Obj:** compound | **Def Resp:** This objection |
| 16    A.   Correct. | | was waived because |
| | | not made at the time |
| [74:22] - [76:21] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Affirmative Desig to Karavan II | | |
| page 74 | | |
| 22    Q.   The -- well, let's look at the second page | | |
| 23  under assessment plan.  Do you see in the fourth | | |
| 24  sentence:  I have reviewed the tests from Indiana | | |

| | | |
|---|---|---|
| 25  and I feel that if Mr. Barnett has a very good | | |
| page 75 | | |
| 1  exercise, which he does -- | | |
| 2     A.   Okay. | | |
| 3     Q.   That means that you believe he has a very | Re 75:3-7 | |
| 4  good exercise tolerance, correct? | Pl Obj: vauge, imprecise, | Def Resp: Objections |
| 5     A.   Correct. | as worded, may confuse, | waived because not made |
| 6     Q.   And that's as late as just last week, | mislead the jury | at the time.  It is also not |
| 7  true? | | vague or imprecise. |
| 8     A.   That is correct. | | There is nothing vague |
| 9     Q.   Now, in the nuclear test for May of '06 in | | about "you believe he |
| 10  Indiana, you wrote down:  Ejection fraction 60 | | had a very good |
| 11  percent.  Do you see that? | | exercise tolerance" |
| 12     A.   Right. | | |
| 13     Q.   And that's a very good ejection fraction | | |
| 14  that reflects that Mr. Barnett's heart is pumping | | |
| 15  perfectly normally, right? | | |
| 16     A.   That is a normal ejection fraction. | | |
| 17     Q.   And that means that Mr. Barnett's heart is | Re 75:17-19 | |
| 18  pumping well and pumping enough blood elsewhere in | Pl Obj: compound | Def Resp: This is a |
| 19  the body, true? | | form objection and was |
| 20     A.   That's right. | | waived because not made |
| 21     Q.   You also referred, by the way -- and I | | at the time |
| 22  passed this up -- but no chest pain.  That indicates | | |
| 23  that when Mr. Barnett was performing his stress test | | |
| 24  in May of '06, he wasn't experiencing any chest | | |
| 25  pain, correct? | | |
| page 76 | | |
| 1     A.   Correct. | | |
| 2     Q.   And that's a good sign, right? | | |
| 3     A.   Right. | | |
| 4     Q.   And it's a good sign because here he is on | | |
| 5  the treadmill in the afternoon on May 6th and he's | | |
| 6  not experiencing any chest pain despite being on a | | |
| 7  treadmill which is awfully demanding, right? | | |
| 8     A.   Correct. | | |
| 9     Q.   These Bruce protocols are awfully | | |
| 10  demanding, aren't they? | | |
| 11     A.   They -- they are. | | |
| 12     Q.   They're awfully demanding because don't | Re 76:12-14 | |
| 13  they increase in tension and you're sort of going up | Pl Obj: vague as to term | Def Resp: This is a form |
| 14  a hill as you're doing them? | "awfully demanding" | objection that was waived |
| 15     A.   They speed and inclination every three | | because not made at the |
| 16  minutes. | | time.  If form objections |
| 17     Q.   And a 62-year-old man who lasts for nine | | not made at the time, there |
| 18  and a half minutes on a Bruce protocol actually is | | is no opportunity to alert |
| 19  doing quite well when it comes to his exercise | | the examiner to a possible |
| 20  tolerance, right? | | defect in the question. |
| 21     A.   Correct. | | If the other attorney |
| | | does not make the |
| | | objection at the time, |
| [77:3] - [77:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | it is waived. |
| | | |
| Defense Affirmative Desig to Karavan II | | |
| | | |
| page 77 | | |
| 3     Q.   Do you know that Mr. Barnett in May of '06 | | |
| 4  also had a 13.1 METS score, M-E-T-S score? | | |

| | | |
|---|---|---|
| 5   A.  Right. | | |
| 6   Q.  And that METS score is much higher than | | |
| 7  the average METS score for a 25 year old.  Do you | | |
| 8  know that to be true? | | |
|      A.  Again, I'd have to look at the nomogram. | | |
| 10   Q.  No reason to dispute that? | | |
| 11   A.  Correct. | | |
| 12   Q.  And to put the 13.1 MET score in | | |
| 13  perspective, I'm gonna hand you what I'll mark as | | |
| 14  Trial Exhibit 2.  This is a document that you, I | | |
| 15  think, already have in front of you, Exercise | | |
| 16  Standards for Testing. | | |
| 17   A.  I gave it back to you. | | |
| | | |
| | | |
| **[77:23] - [79:15]** 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 77:23-79:15** | |
| | **Pl Obj:** lacks foundation, | **Def Resp:** The witness |
| * Defense Affirmative Desig to Karavan II | partially misquoting | had the opportunity to |
| | document; witness not | review the document |
| page 77 | afforded full review of the | and there is no |
| 23   Q.  Okay.  If you turn, sir, to the page | document before | indication that the |
| 24  that's tabbed, do you see table 8? | questioned | witness did not have |
| 25   A.  Yeah.  Yes, sir. | | time to review the |
| page 78 | | document.  Plaintiff |
| 1   Q.  And do you see that this chart describes | | could have made this |
| 2  various daily activities that people can do based on | | objection at the time |
| 3  the number of METS that they achieve, right? | | but did not |
| 4   A.  Correct. | | |
|      Q.  And by the way, this article is published | | |
|   in one of the top cardiology journals in the world | | |
| 7  called Circulation, correct? | | |
| 8   A.  Correct. | | |
| 9   Q.  Do you see that the table 8, which is on | | |
| 10  page, what, 17 -- | | |
| 11   A.  1720. | | |
| 12   Q.  Do you see that this chart describes | | |
| 13  various activities starting with mild activities | | |
| 14  such as golfing with a cart or ballroom dancing, and | | |
| 15  do you see how the MET scores 2.9 and 2.5?  Do you | | |
| 16  see that, sir? | | |
| 17   A.  Yes, I do. | | |
| 18   Q.  And then if you look under moderate, | | |
| 19  there's golf without a cart, swimming and those | | |
| 20  range from 3 to 4 and a half in terms of METS.  Do | | |
| 21  you see that? | | |
| 22   A.  Uh-huh. | | |
| 23   Q.  Yes? | | |
| 24   A.  Yes, sir. | | |
| 25   Q.  Then you see vigorous exercise like | | |
| page 79 | | |
| 1  chopping wood or climbing hills, even climbing hills | | |
| 2  with five kilograms worth of weight, and that would | | |
| 3  be 7.4 METS.  Do you see that? | | |
|      A.  Correct. | | |
|      Q.  And jogging, ballroom fast or square | | |
| 6  dancing, 5.5, aerobic dancing 6.  Do you see that? | | |
| 7   A.  I do. | | |
| 8   Q.  And the highest MET score that's even | | |

| | | |
|---|---|---|
| 9  reported in this table is 12.1 for what activity? | | |
| 10      A.   Squash. | | |
| 11      Q.   Do you agree, sir, that even though | | |
| 12  Mr. Barnett's METS score now is a little bit lower | | |
| 3  than it was back in July of 2003, that from a | | |
| 14  exercise capacity perspective he can perform any of | | |
| 15  these activities? | | |
| | | |
| [79:17] - [79:19] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 7+B22639:17-80:6; 80:9-10** | |
| | **Pl Obj:** imprecise, vague | **Def Resp:** Not vague, |
| * Defense Affirmative Desig to Karavan II | as to "most of these" | Mr. Barnett's cardiologist |
| | mischaracterizes evidence | is explaining that Mr. |
| page 79 | | Barnett is healthy enough |
| 17      THE WITNESS:  He has very good exercise | | to perform most of the |
| 18  tolerance still and can perform most of these -- | | activities on the list |
| 19  most of these activities to some degree. | | This is Mr. Barnett's |
| | | cardiologist testifying |
| | | about the Plaintiff's |
| [79:21] - [80:6] 7/26/2006 Karavan 07.17.2006 depo - amended | | condition |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 79 | | |
| 21      Q.   In fact, you had testified in your last | | |
| 22  deposition in May, early May, that really the only | | |
| 23  caution you would give Mr. Barnett is not to do | | |
| 24  these activities in extreme heat, like now in July | | |
| 25  in Myrtle Beach, and to use common sense given that | | |
| page 80 | | |
| 1  he has underlying heart disease.  Do you remember | | |
| 2  that? | | |
| 3      A.   Yes, I do. | | |
| 4      Q.   And that's the same advice you give him | | |
| 5  now:  You can go and enjoy your life and do these | | |
| 6  activities, but please use common sense? | | |
| | | |
| [80:9] - [80:10] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 80 | | |
| 9      Q.   Because you have heart disease, true? | | |
| 10      A.   That will be my advice. | | |
| | | |
| [81:12] - [81:18] 7/26/2006 Karavan 07.17.2006 depo - amended | **81:12-18; 81:20-82:6** | |
| | **Pl Obj:** asked and answered | **Def Resp:** Not asked |
| * Defense Affirmative Desig to Karavan II | cumulative | and answered or |
| | | cumulative, relates to |
| page 81 | | an important issue in |
| 12      Q.   I see.  And we're gonna talk about vein | | the case |
| 3  graft closures in a few minutes.  But vein grafts | | |
| 14  close for a number of reasons, don't they? | | |
| 15      A.   We have discussed those already, yeah. | | |
| 16      Q.   And can you just tell the ladies and | | |
| 17  gentlemen of the jury some of the reasons that vein | | |

| | | |
|---|---|---|
| 18  grafts can close, in your experience? | | |
| | | |
| [81:20] - [83:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 81 | | |
| 20  first part, okay.  Starting early, there can be a | | |
| 21  technical problem.  In other words, a stitch put in | | |
| 22  the wrong place and it closes at the time of | | |
| 23  surgery.  You can have an acute thrombosis in graft | | |
| 24  closure.  You can have a poor -- what we call poor | | |
| 25  outflow.  In other words, you tie a graft into a | | |
| page 82 | | |
| 1  blood vessel that doesn't have a good -- that | | |
| 2  doesn't have a good lumen and the outflow is | | |
| 3  diminished and it just -- there's nowhere for the | | |
| 4  runoff to go and it closes.  You can have | | |
| 5  progressive atherosclerosis of a vein graft itself | | |
| 6  with atherosclerosis, thrombus and closure that way. | | |
| 7     Q.   And you've seen patients for a number of | | |
| 8  years who have had vein grafts closed for one or | | |
| 9  more of the reasons you just described, right? | | |
| 10    A.   Correct. | | |
| 11    Q.   It's -- it's common actually for vein | Re 82:11-12 | |
| 12  grafts to occlude over the years; isn't it, sir? | Pl Obj: vague as to time | Def Resp: Form |
| 13    A.   That's correct. | | objection is waived |
| 14    Q.   And you've seen vein grafts occlude in | | because not made at |
| 15  patients long before Vioxx came to the market, | | the time |
| 16  right? | | |
| 17    A.   That would be correct. | | |
| 18    Q.   You've seen patients who have had vein | | |
| 19  grafts close since Vioxx was withdrawn from the | | |
| 20  market in September of 2004, right? | | |
| 21    A.   Correct. | | |
| 22    Q.   You don't need to take Vioxx, do you, sir, | | |
| 23  to have a vein graft that occludes for any one of | | |
| 24  the reasons you identified before, do you? | | |
| 25    A.   That's correct. | | |
| page 83 | | |
| 1     Q.   Is it true, sir, that you can't tell from | | |
| 2  the catheterization that you did what exactly caused | | |
| 3  Mr. Barnett's vein grafts to occlude, true? | | |
| 4     A.   True. | | |
| 5     Q.   And you don't know when Mr. Barnett's vein | | |
| 6  grafts occluded, whether it -- it was the day after | | |
| 7  his bypass surgery, the month after or years after | | |
| 8  he was off Vioxx, right? | | |
| 9     A.   Correct. | | |
| 10    Q.   And Mr. Barnett has multiple grafts that | | |
| 11  are actually open, doesn't he, patent? | | |
| 12    A.   He has three of five open. | | |
| | | |
| [83:22] - [84:1] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |

| | | |
|---|---|---|
| page 83 | | |
| 22   Q.   Okay.  So three out of five of his -- | : | |
| 23   A.   Are patent.  Are open. | | |
| 4   Q.   Three out of the five are open with no | | |
| 25  plaque, right? | | |
| page 84 | | |
| 1   A.   That's right. | | |
| | | |
| | | |
| [84:2] - [84:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 84 | Re 84:2-4, 7-8 | |
| 2   Q.   So in the four years since Mr. Barnett's | Pl Obj: repetitive | **Def Resp:** This is not |
| 3  heart attack, no plaque has developed in three of | | repetitive and also |
| 4  his five bypass grafts, right? | | relates to an important |
| | | issue in the case |
| [84:7] - [84:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 84 | | |
| 7   Q.   Right? | | |
| 8   A.   Correct. | | |
| | | |
| | | |
| [84:21] - [84:24] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 84 | Re 84:21-24 | |
| 21       Dr. Karavan, do you see that you report | Pl Obj: misstates the | **Def Resp:** Mr. Barnett's |
| 22  concerning the echo in May of '06 that it reported | evidence | cardiologist agreed with |
| 23  normal global left ventricular systolic function | | this, so it is clear this |
| 24  with mild inferobasilar hypokinesis? | | question did not |
| | | misstate the evidence |
| [85:1] - [85:21] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 85 | Re 85:1-13 | |
| 1       THE WITNESS:  Correct. | Pl Obj: compound, | **Def Resp:** Asking |
| 2  BY MR. GOLDMAN: | assumes facts not in evidence, | Mr. Barnett's |
| 3   Q.   What is normal global left ventricular | therefore lacks foundation | cardiologist about Mr. |
| 4  systolic function, and why is it important that | | Barnett's heart function |
| 5  that's normal in Mr. Barnett's case? | | does not lack foundation |
| 6   A.   There's a range that's felt to be normal | | The form objections |
| 7  for -- for which the amount of blood the heart | | are waived |
| 8  pumps.  And overall, he pumps out a normal amount of | | |
|   blood every time his heart contracts or pumps.  And | | |
| 10  the most important aspect of that is that stronger, | | |
| 11  normal hearts do better and gets a better prognosis | | |
| 12  than if he had a weak heart that had damage, scars | | |
| 13  and stuff. | | |

| | | |
|---|---|---|
| 14    Q.  Is it true, sir, that ejection fraction | | |
| 15  and left ventricular systolic function are among the | | |
| 16  most importance predictors of prognosis? | | |
| 17    A.  That's correct. | | |
| 8    Q.  And here Mr. Barnett has always had as | | |
| 19  long as you've been treating him normal left | | |
| 20  ventricular systolic function, right? | | |
| 21    A.  Correct. | | |
| | | |
| | | |
| [86:18] - [86:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 86 | | |
| 18    Q.  But in term of the areas of the heart that | | |
| 19  you did evaluate, there was no hypokinesis? | | |
| 20    A.  I thought they were normal. | | |
| | | |
| | | |
| [86:21] - [87:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 86 | | |
| 21    Q.  You then indicate here in F, coronary CTA, | | |
| 22  and that's the CT scan that Mr. Barnett had in | | |
| 23  Indiana, right? | | |
| ʾ4    A.  Correct. | | |
| .5    Q.  And that showed an occluded vein graft to | | |
| page 87 | | |
| 1  the circumflex and other bypass grafts patent, | | |
| 2  right? | | |
| 3    A.  Correct. | | |
| 4    Q.  And that's what the CT angiogram reported, | | |
| 5  true? | | |
| 6    A.  Correct. | | |
| 7    Q.  Isn't it true that there was no | | |
| 8  hypokinesis found in the CT angiogram? | | |
| 9    A.  I believe it was reported that way. | | |
| 10    Q.  In fact, all of the wall motion for | | |
| 11  Mr. Barnett was normal in the CT angiogram, wasn't | | |
| 12  it? | | |
| | | |
| | | |
| [87:15] - [87:16] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 87 | | |
| 15        THE WITNESS:  I believe the report was -- | | |
| 16  it was recorded that way. | | |
| | | |
| | | |
| [87:18] - [88:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |

| | | |
|---|---|---|
| page 87 | | |
| 18   Q.  Do you see, Dr. Karavan, under history of | | |
| 19  present illness, since last seen Mr. Barnett has | | |
| 20  been undergoing a lawsuit for Vioxx.  He has had | | |
|  1  various amounts of chest discomfort?  Do you see | | |
| 22  that? | | |
| 23     A.  I do. | | |
| 24     Q.  Why did you write that down? | | |
| 25     A.  Because I feel that any source of stress | | |
| page 88 | | |
| 1  is -- plays a role in a medical condition of a | | |
| 2  patient and I thought it was pertinent to add that | | |
| 3  as a potential source of stress. | | |
| 4     Q.  So just by virtue of being a plaintiff in | Re 88:5-8 | |
| 5  a lawsuit that Mr. Barnett decided to bring, that | Pl Obj: argumentative, | Def Resp: asking |
| 6  can impose stress on his heart and affect his heart, | lacks foundation, irrelevant | Mr. Barnett's |
| 7  true? | | cardiologist about |
| 8     A.  It can have an effect. | | Barnett's stress and |
| | | his heart is proper |
| | | |
| [88:9] - [88:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 88 | | |
| 9     Q.  And stress also can cause atherosclerosis, | | |
| 10  can't it, sir?  That's one of the factors? | | |
| 11     A.  I don't think it's a major factor but -- | | |
| '2  major risk factor, quote, but I think it has a | | |
| .3  long-term effect potentially. | | |
| | | |
| | | |
| [88:14] - [88:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 88 | | |
| 14     Q.  And you're describing here -- we won't go | | |
| 15  through this in a lot of detail, but the history of | | |
| 16  present illness, you're describing some of | | |
| 17  Mr. Barnett's complaints about his chest pain. | | |
| 18        And is it fair to say that Mr. Barnett is | | |
| 19  complaining of some chest pain that you think isn't | | |
| 20  related to his heart and other chest pain that you | | |
| 21  think might be? | | |
| 22     A.  I think that's a fair assessment. | | |
| | | |
| | | |
| [90:3] - [91:14] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 90 | | |
|      Q.  Do you see two sentences later you write: | | |
| ₄  He has been evaluated in Indiana, more from a legal | | |
| 5  standpoint to assess his current cardiac status? | | |
| 6  Why did you write that? | | |
| 7     A.  That was my understanding of why he was | | |

| | | |
|---|---|---|
| 8  basically evaluated there. | | |
| 9     Q.   And then under assessment plan, is this | | |
| 10  where you are describing -- based on everything you | | |
| 11  know: the May 2nd tests, your evaluation of | | |
| .2  Mr. Barnett, your observation of him for all these | | |
| 13  years, is this where you describe your best medical | | |
| 14  judgment on how to treat his heart? | | |
| 15     A.   Down here? | | |
| 16     Q.   Yes. | | |
| 17     A.   From 6/27/06, at that point in time that's | **Re 90:17-22** | |
| 18  how I felt. | **Pl Obj:** irrelevant, | **Def Resp:** Not irrelevant |
| 19     Q.   And that is less than a month ago, right? | argumentative | just putting the timing |
| 20     A.   Correct. | | in context |
| 21     Q.   And just a few weeks before the trial in | | |
| 22  this case, right? | | |
| 23     A.   I don't know.  If you say so. | | |
| 24     Q.   Do you see that based on everything that | | |
| 25  you knew, and you start in the first sentence:  From | | |
| page 91 | | |
| 1  a symptomatic standpoint, Mr. Barnett may be having | | |
| 2  more dyspnea.  Is that shortness of breath? | | |
| 3     A.   Right. | | |
| 4     Q.   And a slight decrease in his exercise | | |
| 5  tolerance.  Do you see that? | | |
| 6     A.   Right. | | |
| 7     Q.   And then further down you talk about how | | |
| 8  his discomfort is atypical and that you have | | |
| 9  reviewed the tests from Indiana and feel that if | | |
| '10  Mr. Barnett has a very good exercise, which he does, | | |
|  1  and if he is not having true exertional limiting | | |
| 12  cardiac symptoms, then I would continue medical | | |
| 13  therapy.  Do you see that? | | |
| 14     A.   Correct. | | |
| | | |
| | | |
| [91:15] - [91:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 91 | | |
| 15     Q.   And then further down you wrote:  But if | | |
| 16  he is not having limiting symptoms or angina and | | |
| 17  with a normal ejection fraction and very small | | |
| 18  amount of reversible ischemia, I find it hard to | | |
| 19  recommend intervention for symptoms or longevity. | | |
| 20  Do you see that? | | |
| 21     A.   Yes.  Yes, sir. | | |
| 22     Q.   Is it fair to say then as of June 26th, | | |
| 23  2006, which is a time after you had reviewed the May | | |
| 24  2nd test results, you felt that Mr. Barnett did not | | |
| 25  at that moment need to have a catheterization? | | |
| | | |
| | | |
| '2:2] - [93:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 92 | | |

| | | |
|---|---|---|
| 2     THE WITNESS: I basically felt that he | | |
| 3  needed to be monitored, see where his symptoms were | | |
| 4  and proceed. | | |
| 5  BY MR. GOLDMAN: | | |
| 5     Q.  And that's what happened. Mr. Barnett | | |
| 7  then experienced chest pain a couple days later, | | |
| 8  right? | | |
| 9     A.  He was -- I don't know the exact date from | | |
| 10  this, but he basically was on the treadmill and was | | |
| 11  having what sounded like angina on the treadmill and | | |
| 12  called me up. | | |
| 13     Q.  And then you scheduled a catheterization | | |
| 14  on -- for July 10th, right? | | |
| 15     A.  Yeah, that would be correct. Uh-huh. | | |
| 16     Q.  Mr. Barnett then went to the emergency | | |
| 17  room on the early morning of July 8th, and he was | | |
| 18  evaluated for a heart attack, right? | | |
| 19     A.  He was evaluated for his chest discomfort. | | |
| 20     Q.  Is it true that Mr. Barnett had cardiac | | |
| 21  enzyme tests done and they were all negative and | | |
| 22  showed that he did not have a heart attack? | | |
| 23     A.  Correct. | | |
| 24     Q.  You were asked questions actually by | | |
| 25  Mr. Robinson about whether Mr. Barnett may have had | | |
| page 93 | | |
| 1  a silent heart attack. Do you remember that? | | |
| 2     A.  Right. | | |
| 3     Q.  You've never diagnosed Mr. Barnett with a | | |
| 4  second heart attack, have you, sir? | | |
| 5     A.  No, I have not. | | |
| 6     Q.  And you have closely observed Mr. Barnett | | |
| 7  since his bypass surgery in September of 2002, | | |
| 8  right? | | |
| 9     A.  Correct. | | |
| 10     Q.  You've seen him at least ten times, and | | |
| 11  you have never indicated in any of your records that | | |
| 12  you believed he had a second heart attack, true? | | |
| 13     A.  That's correct. | | |
| | | |
| | | |
| [93:22] - [94:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 93 | | |
| 22     Q.  Isn't it true, Dr. Karavan, that just in | | |
| 23  the previous deposition that I took of you today, I | | |
| 24  asked you whether or not you believe Mr. Barnett had | | |
| 25  a second heart attack? Do you remember that? | | |
| page 94 | | |
| 1     A.  Yes, sir. | | |
| 2     Q.  Isn't it true, sir, that you don't believe | | |
| 3  as you sit here today that Mr. Barnett had a second | | |
|    heart attack? | | |
| 5     A.  Correct. | | |
| 6     Q.  After you performed the catheterization on | | |
| 7  Mr. Barnett, you then inserted a stent into his | | |
| 8  Ramus intermedius branch, right? | | |

| | | |
|---|---|---|
| 9    A.   Right. | | |
| 10    Q.   And the result of that was that any | | |
| 11  occlusion or plaque that had built up in that vessel | | |
| 12  was no longer impeding blood flow, right? | | |
| 13    A.   Correct. | | |
| 14    Q.   So, for example, on your angioplasty | | |
| 15  report, which is the report of the stent, you say | | |
| 16  under procedure description:  Simple elective vessel | | |
| 17  dilated his Ramus intermedius pre PTCA? | | |
| 18    A.   That's just pre-angioplasty stenosis. | | |
| 19    Q.   So before the stent was inserted there was | | |
| 20  80 percent stenosis or plaque, and after the stent | | |
| 21  there was zero? | | |
| 22    A.   Correct. | | |
| 23    Q.   So that was considered a successful | | |
| 24  procedure by you, right? | | |
| 25    A.   Correct. | | |
| | | |
| [95:3] - [96:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 95 | | |
| 3      Do you remember, Dr. Karavan, that Mr. | Re: 95:3-96:25 | |
| 4  Robinson used an exhibit called the Scientific | Pl Obj: asked and answered | Def Resp: Not asked |
| 5  Advisors' Meeting from May of 1999? | repetitive, cumulative | and answered.  But, if |
| 6    A.   Correct. | | Plaintiff drops their |
| 7    Q.   Is this a document that he showed you | | designation relating to |
| 8  yesterday when he was preparing you for your | | this, or if the Court |
| 9  deposition? | | excludes it for lack of |
| 10    A.   No, sir. | | foundation, Merck will |
| 11    Q.   This was a document, though, he used in | | not offer this testimony |
| 12  the first deposition and used again today, right? | | |
| 13    A.   Correct. | | |
| 14    Q.   And you had never seen it before your last | | |
| 15  deposition, right? | | |
| 16    A.   First time since, too. | | |
| 17    Q.   Have you ever read the entire document by | | |
| 18  the Board of Scientific Advisors? | | |
| 19    A.   No, sir.  No. | | |
| 20    Q.   And it's sort of unfair of you to -- to -- | | |
| 21  to be interpreting the intent behind The scientific | | |
| 22  advisors' meeting here, right? | | |
| 23    A.   I never interpreted it. | | |
| 24    Q.   You were just reading it? | | |
| 25    A.   Correct. | | |
| page 96 | | |
| 1    Q.   Do you recall when you were reading the | | |
| 2  Board of Scientific Advisors' document that the | | |
| 3  advisors were telling Merck in May of 1998 that | | |
| 4  there were either potential benefits or adverse | | |
| 5  consequences of selective inhibition of COX-2 on | | |
| 6  coronary heart disease?  Do you see that? | | |
| 7    A.   I see that, correct. | | |
| 8    Q.   And then the board lays out three possible | | |
| 9  ways that Vioxx could theoretically affect heart | | |
| 10  disease in either a positive or negative way, right? | | |
| 11    A.   I see that. | | |

| | | |
|---|---|---|
| 12     Q.  So for the first one, the development of | | |
| 13  lipid rich coronary plaques -- and I want you to | | |
| 14  take as much time as you need, sir, to be able to | | |
| 15  get the context. | | |
| 16        But if you focus on the second sentence -- | | |
| 17  sorry, the third sentence, where it says:  This | | |
| 18  process involves an inflammatory cell type that is | | |
| 19  the prototype for regulation of COX-2, there is a | | |
| 20  growing body of evidence indicating that | | |
| 21  inflammatory disease is a risk factor for myocardial | | |
| 22  infarction, and then it continues on page 11 in the | | |
| 23  middle of the paragraph talking about lipid rich | | |
| 24  plaques. | | |
| 25     A.  Okay.  Right. | | |
| | | |
| | | |
| [97:4] - [98:1] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 97:4-98:1; 98:7-13, 98:18; 98:21-23 | |
| * Defense Conditional Designations - Karavan II | Pl Obj: asked and answered repetitive, cumulative | Def Resp: Not asked and answered.  But, if Plaintiff drops their designation relating to this, or if the Court excludes it for lack of foundation, Merck will not offer this testimony |
| page 97 | | |
| 4     Q.  So you now you've read the whole | | |
| 5  paragraph, right? | | |
| 6     A.  Well, I read that short little one. | | |
| 7     Q.  Do you understand, sir, and haven't you | | |
| 8  heard in the medical community that COX-2 inhibition | | |
| 9  by reducing inflammation might have a helpful effect | | |
| 10  on the heart? | | |
| 11     A.  Well, I know there's been some | | |
| 12  consideration for that. | | |
| 13     Q.  And that's not a theory that Merck | | |
| 14  invented; there have actually been well-respected | | |
| 15  scientists who have written in peer-review journals | | |
| 16  that COX-2 inhibition may be beneficial to patients | | |
| 17  who have heart problems, true? | | |
| 18     A.  As far as I know, there have been | | |
| 19  commentaries along those lines. | | |
| 20     Q.  So here the Board of Scientific Advisors | | |
| 21  is laying out a situation where the COX-2 inhibition | | |
| 22  may be a good thing or may be a bad thing when it | | |
| 23  comes to the development of lipid rich coronary | | |
| 24  plaques, right? | | |
| 25     A.  That appears to be the gist from this one | | |
| page 98 | | |
| 1  page here. | | |
| | | |
| | | |
| [98:7] - [98:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 98 | | |
| 7     Q.  Okay.  So, in other words, he -- because | | |
|    he's got severe disease, he has lipid rich coronary | | |
|    plaques? | | |
| 10     A.  I'm sure. | | |
| 11     Q.  All right.  But you're in no position to | | |
| 12  say whether Vioxx had anything to do with that? | | |

| | | |
|---|---|---|
| 13    A.  That would be correct. | | |
| | | |
| | | |
| [98:18] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 98 | | |
| 18    Q.  Do you see on the second page -- | | |
| | | |
| | | |
| [98:21] - [99:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 98 | | |
| 21    Q.  -- destabilization of the cap of an | | |
| 22  atheromatous plaque -- is that how you pronounce | | |
| 23  that? | | |
| 24    A.  Yes, atheromatous.  Uh-huh. | | |
| 25    Q.  And this says:  Recent evidence indicates | | |
| page 99 | | |
| 1  that inflamed -- inflammatory cells are present in | | |
| 2  the region of the thinned out cap that covers | | |
| 3  atheromatous plaques, and it is thought that these | | |
| 4  inflammatory cells contribute to thinning the plaque | | |
| 5  at its margin that is the frequent site of plaque | | |
| 6  rupture.  As the critical cells in this process are | | |
| 7  inflammatory cells, the possibility exists that the | | |
|   products of COX-2 could regulate the thinning of cap | | |
| 9  of plaques and render them rupture prone. | | |
| 10        Do you see that, sir? | | |
| 11    A.  Correct. | | |
| 12    Q.  Now when this is referring to the products | | |
| 13  of COX-2 possibly making plaques rupture prone, | | |
| 14  that's talking about the COX-2 enzyme itself, true? | | |
| 15    A.  Okay. | | |
| 16    Q.  That's not talking about COX-2 inhibition | | |
| 17  or Vioxx possibly rendering plaque rupture prone; is | | |
| 18  it, sir? | | |
| 19    A.  That's what that appears to say. | | |
| 20    Q.  In fact, by reducing the inflammation, the | | |
| 21  thought was Vioxx actually might help stabilize | | |
| 22  plaque and prevent heart attacks?  That's what's | | |
| 23  being expressed here, right? | | |
| | | |
| | | |
| [100:4] - [100:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Conditional Designations - Karavan II | | |
| | | |
| page 100 | | |
| 4    Q.  That's the theory here? | | |
|       A.  From what we've seen in this -- and I'm | | |
| 6  not intimately familiar with this document by any | | |
| 7  means. | | |
| | | |
| [100:8] - [100:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |

| | | |
|---|---|---|
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 100 | | |
| 8    Q.   Isn't it true, Dr. Karavan, that after all | | |
| 9  of your observation of Mr. Barnett, including the | | |
| 10  review of the May 2nd stress tests, echo, CT scan, | | |
| 11  EKG and the results of your cardiac catheterization | | |
| 12  and stent procedure that you believe Mr. Barnett has | | |
| 13  a good prognosis going forward? | | |
| | | |
| | | |
| [100:16] - [100:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 100 | | |
| 16         THE WITNESS:  He still has a normal | | |
| 17  ejection fraction.  And now with the stenosis in his | | |
| 18  circumflex Ramus vessel, blood flow should be close | | |
| 19  to normal, and that would be -- I would be hopeful | | |
| 20  and hope and expect he would have a good prognosis. | | |
| | | |
| | | |
| [100:25] - [101:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 100 | | |
| 25    Q.   Given the amount of plaques that he's got, | | |
| page 101 | | |
| 1  CAD, would you be able to compare his prognosis | | |
| 2  versus a person who does not have this level of | | |
| 3  plaque? | | |
| | | |
| | | |
| [101:5] - [101:16] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 101 | | |
| 5         THE WITNESS:  I think he -- the -- | | |
| 6  clinically, the thing that would be most worrisome | | |
| 7  is that he has somewhat diffuse -- of a diffuse | | |
| 8  process and progression of that process is -- would | | |
| 9  be -- more progression of it is the main concern to | | |
| 10  me. | | |
| 11         He, again, given the fact that his heart | | |
| 12  pumps normally and the overall blood flow is | | |
| 13  probably normal now, it was only mildly diminished, | | |
| 14  that still would overall give him a good prognosis, | | |
| 15  but I am concerned about his total plaque burden and | | |
| 16  that progression. | | |
| | | |
| | | |
| [101:21] - [101:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |

page 101
21    Q.   Do you have an opinion as to whether or
22   not that total plaque burden could shorten his life
23   expectancy?


[101:25] - [102:9] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 101
25        THE WITNESS:  Well, one of the hardest
page 102
1   things in my mind is to tell someone how long
2   they're gonna live or have to live and the -- but
3   the amount of plaque burden would be one of the
4   things I'd be concerned about.
5        He certainly, from a cardiac standpoint,
6   would not have the same prognosis of someone that
7   had more simple, you know, less diffuse disease.  I
8   think he has a different prognosis than someone like
9   that.  I would not put a number on it.


[102:11] - [102:12] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 102
11    Q.   Would it be a shorter life, without
12   putting a number on it?


[102:15] - [102:18] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 102
15        THE WITNESS:  The -- I think that, again,
16   people that have more discreet lesions, less diffuse
17   disease have a better prognosis than someone that
18   has the amount of diffuse plaquing that he has.


[102:20] - [102:24] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 102
20    Q.   Okay.  Counsel asked you some questions
21   regarding stress.  I mean, when we were talking
22   about chest pain before you did -- did the stent, do
23   you have an opinion as to the most likely source of
24   his chest pain before you did his -- the stent?


[103:1] - [103:3] 7/26/2006 Karavan 07.17.2006 depo - amended

| | | |
|---|---|---|
| * Pltf Affirm Desig | | |
| | | |
| page 103 | | |
| 1      THE WITNESS:  I think, looking back, and I | | |
| 2  think he was having some degree of angina | | |
| 3  discomfort, okay. | | |
| | | |
| | | |
| [103:5] - [103:6] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 103 | | |
| 5      Q.   What -- what was that due to? | | |
| 6          MR. GOLDMAN:  Object to the form. | | |
| | | |
| | | |
| [103:7] - [103:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 103 | | |
| 7      THE WITNESS:  I think the culprit lesion | | |
| 8  is gonna be this circumflex Ramus intermedius that | | |
| 9  was stented.  He has some small branch disease that | | |
| 10  we talked about that potentially could give someone | | |
| 11  angina.  In my opinion, it's -- those vessels | | |
| 12  clinically are insignificant and clinically silent. | | |
| 13          I'm not gonna sit here and say it's | | |
| 14  impossible that he get -- not have some angina from | | |
| 15  these small vessels, but unlikely.  The -- with | | |
| 16  exertion this -- there's potential that he could | | |
| 17  outstrip the collateral filling of his PDA and have | | |
| 18  potential -- some angina in the -- from the region | | |
| 19  of the PDA.  So those would be the potential | | |
| 20  sources. | | |
| | | |
| | | |
| [103:23] - [104:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 103 | | |
| 23          The -- the chest pain that he had this | | |
| 24  spring and that he had in June before you did the | | |
| 25  cath, looking back, based on your results of the | | |
| page 104 | | |
| 1  cath, can you give an opinion now looking back as to | | |
| 2  what the most likely cause of that pain that he was | | |
| 3  experiencing in his chest was? | | |
| | | |
| | | |
| [104:5] - [104:7] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| Pltf Affirm Desig | | |
| | | |
| page 104 | | |
| 5      THE WITNESS:  I think some of the | | |

| | | |
|---|---|---|
| 6  discomfort he was having probably since the spring | | |
| 7  and May and June was a form of angina. | | |
| | | |
| | | |
| [104:9] - [104:13] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 104 | | |
| 9      Q.   And that's from what area of his heart? | | |
| 10     A.   Again, I would say the most likely area | | |
| 11  would be this Ramus intermedius. | | |
| 12     Q.   That's the area you stented? | | |
| 13     A.   Correct. | | |
| | | |
| | | |
| [105:4] - [105:15] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 105 | | |
| 4      Q.   But the R -- would -- would you agree that | | |
| 5  the RCA is the main part of that branch? | | |
| 6      A.   Right, the main branch -- the main trunk | | |
| 7  is the right coronary artery and the branches are | | |
| 8  posterolateral branch and the PDA. | | |
| 9      Q.   And was the RCA back in September of '02 | | |
| 10  substantially blocked or occluded? | | |
| 11     A.   Only distally at the bifurcation area into | | |
| 12  the two branches. | | |
| 13     Q.   Okay.  So today is the RCA occluded? | | |
| 14     A.   The mid -- essentially the middle portion | | |
| 15  is closed at the midportion down. | | |
| | | |
| [105:16] - [105:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| page 105 | | |
| 16     Q.   And is there a portion of the RCA that is | | |
| 17  closed off to -- to potentially feeding the heart? | | |
| 18     A.   There -- well, it -- when that closes, the | | |
| 19  PDA -- well, there's no longer good flow.  The | | |
| 20  segment between the mid right and the posterolateral | | |
| 21  branch no longer gets flow.  The graft to the | | |
| 22  posterolateral branch is open and fills that, and | | |
| 23  the PDA basically gets flow through the collaterals. | | |
| | | |
| [106:15] - [106:21] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 106 | | |
| 5      Q.   Okay.  Now, counsel asked you a question | | |
| 16  about whether or not you think he had a heart -- | | |
| 17  second heart attack, but earlier when I asked you a | | |
| 18  question you -- you conceded that it was possible | | |
| 19  that the Ramus occlusion before your stent may have | | |

20  been a site of a potential silent heart attack.  Is
21  that what you said?

[107:6] - [107:19] 7/26/2006 Karavan 07.17.2006 depo - amended

* Pltf Affirm Desig

page 107
6      A.   Okay.  His -- his echogram shows a little
7  mid lateral basal hypokinesis, and I feel clinically
8  that represents an ischemic area from the Ramus
9  intermedius, okay, because if a portion of the heart
10  is not getting the proper blood flow, it -- there's
11  a -- there's a potential for it not to perform
12  properly.  That doesn't necessarily mean it's
13  damaged, scarred or heart attack, okay.
14        I feel, like I said, that that was an
15  ischemic area giving you an area of hypokinesis.
16  Could it be -- can I sit here and say 100 percent
17  that he's never had any damage to this small area?
18  No, I can't.  Clinically I felt it was an area of
19  ischemia from that -- that stenosis.

[107:20] - [107:22] 7/26/2006 Karavan 07.17.2006 depo - amended

* Defense Affirmative Desig to Karavan II

page 107
20      Q.   Okay.  But is it -- is it possible that it
21  was also a -- a small area of -- of damage to that
22  portion of his heart?

[107:25] - [108:9] 7/26/2006 Karavan 07.17.2006 depo - amended

* Defense Affirmative Desig to Karavan II

page 107
25        THE WITNESS:  No.  When you talk about
page 108
1  damage, you're talking about -- damage means scar
2  tissue.  Okay.  There's never -- I've not yet seen
3  any one study show scar.
4        When you do a nuclear scan you look for
5  ischemia, you look for scar, you look for normal
6  perfusion.  All of his scans have shown either
7  normal perfusion, apical thinning, which is a
8  imaging artifact, or ischemia.  And ischemia is not
9  scar tissue.

[108:17] - [109:9] 7/26/2006 Karavan 07.17.2006 depo - amended

' Pltf Affirm Desig

page 108
17        Well, explain how doctors actually
18  determine that there might be an area of scar in the

| | | |
|---|---|---|
| 19  heart? | | |
| 20     A.  Okay.  You -- you have a couple things. | | |
| 21  One is you measure blood flow to the area.  Scar | | |
| 22  tissue generally is dead tissue, generally, okay. | | |
| 23  It's not alive.  It doesn't take up these Cardiolite | | |
| 24  imagings and thallium or whatever, and so he -- none | | |
| 25  of his -- and this is what we call viable, alive, | | |
| page 109 | | |
| 1  okay.  So the scans have shown viability to all of | | |
| 2  his heart, okay. | | |
| 3          Then you -- then you -- then you look at | | |
| 4  wall motion, okay, and he has had some areas of | | |
| 5  hypokinesis.  And could there have been some small | | |
| 6  event, potentially some small heart attack that | | |
| 7  causes him to be hypokinetic without -- without | | |
| 8  causing a scar formation, that sort of thing?  It's | | |
| 9  possible on a small, very small level. | | |
| | | |
| [109:15] - [110:14] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 109 | | |
| 15     Q.  Right.  Sure.  Can you tell me this, is it | | |
| 16  true that the vast majority of heart attacks are due | | |
| 17  to plaque rupture?  Is that true? | | |
| 18     A.  I would agree with that. | | |
| 19     Q.  Okay.  And why don't you explain to the | | |
| 20  jury how that happens with plaque rupture and heart | | |
| 21  attack? | | |
| 22     A.  Well, it has to do with this -- along with | | |
| 23  these documents, you have a fibrous cap that thins | | |
| 24  and -- and it -- and it cracks and -- for whatever | | |
| 25  reason, and when that fibrous plaque cracks, exposes | | |
| page 110 | | |
| 1  the atheroma, the lipid laden atheroma to the | | |
| 2  bloodstream, and when this fissure or crack occurs, | | |
| 3  then all these products are exposed to the | | |
| 4  bloodstream, and when that happens the clotting | | |
| 5  cascade and platelet aggregation and all this is | | |
| 6  precipitated and you get acute thrombotic heart | | |
| 7  attack. | | |
| 8     Q.  Okay.  Leave -- leave Vioxx aside for a | Re 110:8-111:3 | |
| 9  second.  If -- if the studies show that a particular | Def Obj: Improper | Pl Resp: |
| 10  drug causes heart attacks and the majority of heart | causation opinion, improper | As a cardiologist, Dr. |
| 11  attacks include plaque rupture, would it be | expert testimony.  Dr Karavan | Karavan is aware of the |
| 12  reasonable or not that the -- the drug that's | is not an expert on Vioxx, or | mechanism of |
| 13  associated with the heart attack is -- is also | on how drugs could be | atherogensis, cap |
| 14  likely associated with plaque rupture? | associated with plaque | instability, and rupture |
| | | which leads to AMI. |
| | | Accordingly, his review |
| [110:19] - [111:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | of a document which |
| | | states rofecoxibs role |
| Pltf Affirm Desig | | in this mechanism is |
| | | well within his expertise |
| page 110 | | Cardiologists are |
| 19     A.  If a drug -- it could seem that if a drug | | experts in atherosclerosis |

| | | |
|---|---|---|
| 20 was associated with heart attacks seeing how the | | and etiology for CAD/ |
| 21 common theme, the common reason or the most common | | MI. Further, Dr. |
| 22 would be some type of thrombotic event, then the | | Karavan merely |
| 23 drug would potentially be associated with it. | | commented upon his |
| 24     There are other ways of having heart | | understanding of the |
| 25 attacks: spasm and vascuous spasm and things like | | implication of the |
| page 111 | | documents on cardiac |
| 1 this, so ... but there would be or that would be | | patients.  Essentially, he |
| 2 the -- I think that would be the most -- one of the | | comments as to his |
| 3 most common reasons for it to occur if it happened. | | understanding of the |
| | | documents.  Dr. Karavan |
| | | also responds as though |
| | | the document is a |
| | | hypothetical, ie, "if it is |
| | | true . . ." As such, his |
| | | testimony is proper |
| | | response to a |
| | | hypothetical question |

| | | |
|---|---|---|
| [111:16] - [112:7] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 11:16-112:7; 112:12-25 | |
| | Def Obj: Merck did not | Pl Resp: Pl cannot |
| * Pltf cond'l desig | designate the other areas | object to designations |
| page 111 | that related to Dr. Zipes | that Merck has not made. |
| 16    Q.  Now, is there anything wrong in your mind | doing tests on Mr. Barnett. | Plaintiff reserves the |
| 17 with Dr. Zipes doing some studies as a legal expert | If Plaintiff makes this | right to object if |
| 18 that's gonna testify in -- in a trial just so he -- | conditional designation an | additional testimony is |
| 19 he can know what's going on with a particular | actual designation, Merck | designated |
| 20 plaintiff in a case? | will counter-designate related | |
| 21   A.  If I were to testify about a patient's | testimony | |
| 22 condition, heart condition, whatever speciality | | |
| 23 you're in, then I think I'd want to know what the | | |
| 24 most recent -- I'd -- I'd -- I would want to know a | | |
| 25 recent evaluation if I'm gonna testify about his | | |
| page 112 | | |
| 1 condition. | | |
| 2    Q.  And -- and if counsel in this case asked | | |
| 3 Dr. Zipes in deposition do you think he needs -- | | |
| 4 that Mr. Barnett needs a cath done and Dr. Zipes | | |
| 5 said, well, I don't know; maybe after, you know, | | |
| 6 after the lawsuit, he wasn't sure, is that an | | |
| 7 unreasonable position? | | |
| | | |
| [112:12] - [112:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf cond'l desig | | |
| | | |
| page 112 | | |
| 12       THE WITNESS:  Well, I mean, the decision | | |
| 13 to make a heart catheterization, again, is a -- | | |
| 14 basically a clinical condition, okay, depending on | | |
| 15 how you -- you know, the condition of the patient | | |
| 16 and how you view them as a physician, cardiologists, | | |
| 17 and it's not based on one lab test or this lab test. | | |
| 18       His -- I can tell you that when I saw | | |
| 19 Mr. Barnett I did not recommend heart | | |
| 20 catheterization the day I saw him because I | | |
| 21 clinically didn't feel that -- that -- that his | | |

| | | |
|---|---|---|
| 22  condition at the time called for it, and that's why | | |
| 23  I sent him home and we paid close attention to his | | |
| 24  symptoms.  And then as he had angina on the | | |
| 25  treadmill, we performed a heart cath on him. | | |
| | | |
| [114:10] - [115:4] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 114:10-115:4; 155:6-9 | |
| | Def Obj: same as above | Pl Resp: same as above |
| * Pltf cond'l desig | | |
| | | |
| page 114 | | |
| 10          Is it or is it not true that the tests | | |
| 11  that Dr. Zipes had done there in Indiana did | | |
| 12  actually point out the eventual occlusion that you | | |
| 13  found in your cath? | | |
| 14      A.   Yes, in that it showed the graft to the | | |
| 15  Ramus was closed and he had a residual high grade | | |
| 16  lesion in the Ramus that was stented. | | |
| 17      Q.   So whether or not Dr. Zipes was doing this | | |
| 18  legally for a case, would -- would -- did -- did | | |
| 19  his, the results of his test help you as his -- as | | |
| 20  his treater? | | |
| 21      A.   The -- I would say it was the impetus for | | |
| 22  him to call to get followed up, talk about his | | |
| 23  symptoms, talk about results with the tests and get | | |
| 24  treated. | | |
| 25      Q.   And would you say that Dr -- because of -- | | |
| page 115 | | |
| 1  of the results of Dr. Zipes' tests and then your | | |
| 2  subsequent cath and your subsequent stenting, that | | |
| 3  Dr. Zipes and you combined to make Mr. Barnett | | |
| 4  better off today than he was, say, before July 10th? | | |
| | | |
| | | |
| [115:6] - [115:9] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf cond'l desig | | |
| | | |
| page 115 | | |
| 6          THE WITNESS:  Yes.  I think the fact that | | |
| 7  he had these studies done alerted everyone to the | | |
| 8  fact there may be something going on and brought it | | |
| 9  to mine and his and the patient's attention. | | |
| | | |
| | | |
| [115:11] - [115:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf cond'l desig | | |
| | | |
| page 115 | | |
| 11      Q.   By the way, I don't know if you know this, | | |
| 12  but do you know anything about Dr. Zipes' reputation | | |
| 13  as a cardiologist? | | |
| 14      A.   I -- I know -- of course, being a | | |
| 15  cardiologist, I've heard of him and I know of his | | |
| 16  reputation, and he's a well respected cardiologist. | | |
| 17      Q.   In your community, right? | | |
| | | |

| | | |
|---|---|---|
| [115:21] - [115:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf cond'l desig | | |
| page 115 | | |
| 21    Q.   Okay.  And by your community, I'm talking | | |
| 22  about the cardiology community, right? | | |
| 23    A.   Cardiology.  Right.  Yes, sir. | | |
| [116:16] - [116:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Counters to Karavan II | | |
| page 116 | | |
| 16          Are you a nuclear cardiologist? | | |
| 17    A.   I was trained in -- in nuclear cardiology. | | |
| 18    Q.   But -- but, I mean, the Cardiolite exam, | | |
| 19  do -- do you defer to others to -- regarding the | | |
| 20  reading of those exams? | | |
| [116:22] - [116:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Counters to Karavan II | | |
| page 116 | | |
| 22          THE WITNESS:  I read -- I read Cardiolite | | |
| 23  exams presently. | | |
| [117:16] - [119:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 117 | | |
| 16  If you look at the -- this is a report -- exhibit | | |
| 17  that we previously marked in the prior deposition. | | |
| 18  Will you read into the record -- I think this is the | | |
| 19  operative report from Dr. Bryan regarding the vein | | |
| 20  graft.  Would you read into the record the -- the | | |
| 21  yellow portion of it, and please show counsel what | | |
| 22  you're reading?  It's from the -- | | |
| 23    A.   It's the report from Dr. Bryan 9/02, I | | |
| 24  guess. | | |
| 25    Q.   Yes.  9/10. | | |
| page 118 | | |
| 1    A.   Okay.  Would you like me to read this | | |
| 2  paragraph? | | |
| 3    Q.   Could you read into the record? | | |
| 4    A.   The heart was elevated and a saphenous | | |
| 5  vein graft anastomosis was performed to the -- | | |
| 6  saphenous vein graft anastomosis was performed to | | |
| 7  the 1.8 millimeter second diagonal branch of the | | |
| 8  LAD.  The first diagonal was examined and found to | | |
| `  be too small for grafting.  The second vein graft | | |
| 10  anastomosis constructed was to a 1.8 millimeter | | |
| 11  Ramus intermedius.  Both vein graft anastomosis were | | |
| 12  probed and patent at their completion.  Cardioplegia | | |
| 13  was injected down these two vein grafts to insure | | |

| | | |
|---|---|---|
| 14  good runoff as well as to insure against leaks.  The | | |
| 15  peak -- the posterior descending and left | | |
| 16  ventricular branches of the right coronary artery | | |
| 17  were then grafted employing a natural wide portion | | |
| 18  of the saphenous vein graft.  The proximal portion | | |
| 19  was placed to the PDA.  The distal to the left | | |
| 20  ventricular branch.  Both anastomosis were probed | | |
| 21  and patent at their completion.  Additional | | |
| 22  cardioplegia was infused down each limb of the graft | | |
| 23  to ensure good runoff as well as to ensure against | | |
| 24  leaks. | | |
| 25     Q.  Okay.  Now, in terms of -- of the cause of | | |
| page 119 | | |
| 1  the occlusion or failure of the -- the graft, from | | |
| 2  that report, can we rule out the technical aspect | | |
| 3  that you talked about and the outflow aspects? | | |
| | | |
| | | |
| [119:7] - [119:15] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 119 | | |
| 7       THE WITNESS:  You know, we see acute graft | | |
| 8  closure sometimes, and all the reports are always -- | | |
| 9  say they do these things.  In acute graft -- I mean, | | |
| 10  if you have acute graft closure, which would -- | | |
| 11  could be a runoff problem or a stitch problem or a | | |
| 12  thrombosis problem. | | |
| 13       So he felt that there was a pretty good | | |
| 14  flow, and also the surgeon at least thought he had | | |
| 15  done a good job. | | |
| | | |
| [119:17] - [119:21] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 119:17-21; 119:23-24** | |
| | **120:4-6** | |
| | **Pl Obj**: If Merck designates | **Def Resp:** Plaintiff |
| * Defense Counters to Karavan II | this testimony, Pl will | already designated page |
| | counter designate the entire | 117:16-119:3; 119:7-15; |
| page 119 | line of questions to give | and this is responsive |
| 17     Q.  Okay.  So that would at least, if you take | testimony context starting | but if Plaintiff drops its |
| 18  him at his word and -- and -- and that he thinks he | at pg 118-119 | designations, Merck |
| 19  did a pretty good job. would the most likely cause | | will drop 119:17-21 |
| 20  of these occlusions not be -- be the tech or the | | 119:23-24 and 120:4-6 |
| 21  outflow part of it? | | |
| | | |
| | | |
| [119:23] - [119:24] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |
| | | |
| page 119 | | |
| 23       THE WITNESS:  That's a -- that's a | | |
| 24  difficult question to -- I think to answer. | | |
| | | |
| | | |
| [120:4] - [120:6] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Counters to Karavan II | | |

| | | |
|---|---|---|
| page 120 | | |
| 4        THE WITNESS: So I don't -- you know, I | | |
| 5  think it's hard to speculate why they -- why it | | |
| 6  closed. | | |
| | | |
| [120:24] - [120:25] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 120:24-120:25; 121:6-8** | |
| | **Def Obj:** Calls for expert | **Pl Resp:** Dr. Karavan |
| * Pltf Affirm Desig | speculation, improper | had read enough to |
| | expert opinion, and for | render a risk/benefit |
| page 120 | causation opinion regarding | analysis which is what |
| 24  start over here.  Did -- did -- from what you've | Vioxx.  Dr. Karavan said | is the premise of his |
| 25  read, did Vioxx have a pro-thrombotic nature to it? | he spent two hours reviewing | opinion here. |
| | Cox-2 literature.  That is not | |
| | enough time to become an | |
| [121:6] - [121:8] 7/26/2006 Karavan 07.17.2006 depo - amended | expert in Vioxx | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 121 | | |
| 6       A.  From what I read, there's the general | | |
| 7  concern that there may be a pro-thrombotic effect in | | |
| 8  Vioxx. | | |
| | | |
| | | |
| [121:16] - [121:18] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 121:16-18** | |
| | **Def Obj:** same as above | **Pl Resp:** same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 121 | | |
| 16       Can you tell me if it is possible that -- | | |
| 17  that Vioxx could be a possible cause of the closing | | |
| 18  of the -- of the vein graft? | | |
| | | |
| | | |
| [122:7] - [122:14] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 122:7-14** | |
| | **Def Obj:** same as above | **Pl Resp:** same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 122 | | |
| 7       A.  Okay.  You know, the -- as I understand | | |
| 8  it, the general concern is increased cardiovascular | | |
| 9  events with Vioxx, okay.  The etiology of it, as I | | |
| 10  understand, is not totally known, and therefore | | |
| 11  anyone on Vioxx has the potential for increased | | |
| 12  cardiovascular event, including MI. | | |
| 13       Q.  MI is a heart attack, for the jury? | | |
| 14       A.  Myocardial infarction. | | |
| | | |
| | | |
| [122:19] - [122:20] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 122:19-20; 123:6-8** | |
| | **Def Obj:** same as above | **Pl Resp:** same as above |
| * Pltf Affirm Desig | | |
| | | |
| page 122 | | |
| 19       Q.  Would that -- would that include Mr. | | |
| 20  Barnett? | | |

| | | |
|---|---|---|
| [123:6] - [123:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 123<br>6     A.  Mr. Barnett was on Vioxx, and that would<br>7  be the concern if that drug is associated with any<br>8  problem like that. | | |
| [123:17] - [123:18] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 123<br>17     Q.   Strike that.  Did lawsuit stress cause the<br>18  occlusion -- | | |
| [123:21] - [123:24] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 123<br>21     Q.   -- of his -- of his vessels?<br>22     A.   I think that's -- in all honesty, I think<br>23  it's unlikely that the stress of his lawsuit would<br>24  cause him to have an occlusion. | | |
| [124:5] - [124:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 124<br>5     Q.   You know, let me ask you this.  She wants<br>6  me to show you this totally -- totally occluded vein<br>7  graft and ask you if he's getting any flow from it.<br>8  Go ahead. | | |
| [124:14] - [124:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 124<br>14        THE WITNESS:  This is the closed vein<br>15  graft of the Ramus intermedius.  No flow whatsoever.<br>16  It's just a little bit of a nub.  You can barely see<br>17  it.  That little circular thing where the dye is<br>18  hanging up just a little bit, that's what a -- a<br>19  closed vein graft looks.  That's where the surgeon<br>20  sewed it to the wall of the aorta.  It's supposed to<br>21  come down and feed blood to the heart.  It's not<br>22  doing it.  It's 100 percent closed. | | |

| | | |
|---|---|---|
| [124:24] - [125:2] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 124:24-125:2** | |
| | **Def Obj:** same as above | **Pl Resp:** same as above |
| * Pltf Affirm Desig | | |
| page 124 | | |
| 24    Q.   Is he getting any blood -- | | |
| 25    A.   100 percent closed.  No blood. | | |
| page 125 | | |
| 1    Q.   Is he getting any blood to that part of | | |
| 2  the heart? | | |
| | | |
| [125:4] - [125:8] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 125 | | |
| 4         THE WITNESS:  Through the native blood | | |
| 5  vessels that has a 80 percent or so blockage in it, | | |
| 6  so he's getting blood flow through a stenotic or | | |
| 7  narrow vessel.  And in my opinion, that's why he was | | |
| 8  having angina. | | |
| | | |
| [125:15] - [125:17] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 125:15-17** | |
| | **Def Obj:** leading independent witness | **Pl Resp:** may lead a (potentially) hostile witness |
| * Pltf Affirm Desig | | |
| page 125 | | |
| 15    Q.   This will help the jury see that this | | |
| 16  is -- was the cause of the pain he was having in his | | |
| 17  chest? | | |
| | | |
| [125:19] - [125:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 125 | | |
| 19         THE WITNESS:  I think that is the source | | |
| 20  of his angina, the fact that this graft is closed | | |
| 21  and there -- there was a -- still a tight blockage | | |
| 22  in the Ramus intermedius vessel. | | |
| | | |
| [125:24] - [126:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf cond'l desig | | |
| page 125 | **Re 125:24-126:4** | |
| 24    Q.   By the way, do I get any credit -- maybe | **Def Obj:** Merck did not | **Pl Resp:** Pl cannot |
| 25  Mr. Barnett will give it to me -- for sending you | designate the other areas | object to designations |
| page 126 | that related to Dr. Zipes | that Merck has not made. |
| 1  these -- these -- the tests that led to your cath? | doing tests on Mr. Barnett. | Plaintiff reserves the |
| 2    A.   You were the one that sent them to me | If Plaintiff makes this | right to object if |
| 3  because you were concerned about the fact that he | conditional designation an | additional testimony is |
| 4  had a area of ischemia and a closed graft. | actual designation, Merck | designated |
| [126:17] - [127:8] 7/26/2006 Karavan 07.17.2006 depo - amended | will counter-designate related testimony | |

| | | |
|---|---|---|
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 126 | | |
| 17    Q.  You were asked about Mr. Barnett's life | | |
| 18  expectancy, and you said you would not put a number | | |
| 19  of years on the loss of life.  Why not? | | |
| 20    A.  Because it's difficult.  I think it's -- | | |
| 21  well, one of the most difficult things to do.  We | | |
| 22  have -- he has a good pump.  He -- again, I go back | | |
| 23  to the fact he has a good pump and he has good blood | | |
| 24  flow.  He's on medicine.  More medicine is being | | |
| 25  developed in a year or two, anti-lipid or different | | |
| page 127 | | |
| 1  lipid drugs and other drugs are being developed, and | | |
| 2  life expectancy changes.  So I can't sit here and | | |
| 3  put a number on it. | | |
| 4    Q.  Another good thing that happened to | | |
| 5  Mr. Barnett was that you were able to go in and | | |
| 6  stent the Ramus intermedius, the area that you've | | |
| 7  just shown the jury on the screen, right? | | |
| 8    A.  Correct.  Correct. | | |
| | | |
| | | |
| [127:20] - [128:10] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 127 | | |
| 20    Q.  Okay.  So let me start off.  Now that you | | |
| 21  have put in a stent which has eliminated the plaque | | |
| 22  in the Ramus, there is sufficient blood flow going | | |
| 23  to the heart, correct? | | |
| 24    A.  Correct. | | |
| 25    Q.  That particular closure that you were just | | |
| page 128 | | |
| 1  testifying about is not harming Mr. Barnett right | | |
| 2  now, is it? | | |
| 3    A.  Now that we've opened up the native blood | | |
| 4  vessel that it went to, correct. | | |
| 5    Q.  As long as the native vessel is clear and | | |
| 6  adequate blood flow is flowing -- flowing through | | |
| 7  it, then the condition of Mr. Barnett's bypass graft | | |
| 8  that was feeding that particular area of the heart | | |
| 9  doesn't matter much, right? | | |
| 10    A.  That's right. | | |
| | | |
| | | |
| [128:11] - [128:20] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 128:11-20 | |
| | Pl Obj: asked and answered | Def Resp: Not |
| * Defense Affirmative Desig to Karavan II | | specifically asked and |
| | | answered, and this is |
| page 128 | | responding to Plaintiff's |
| 1    Q.  You were asked questions about scar | | questions on re-direct |
| 2  tissue.  Do you remember that? | | |
| 13    A.  I think I brought that up.  I don't know. | | |
| 14    Q.  You have never in any of your medical | | |
| 15  records indicated that you saw any scar in | | |

| | | |
|---|---|---|
| 16  Mr. Barnett's heart, right? | | |
| 17     A.   As evidenced through scans mainly.  In | | |
| 18  other words, he had at least viable, alive heart | | |
| 19  tissue because there was never a scan that said he | | |
| 20  had scar.  Ischemia, just ischemia. | | |
| | | |
| [130:14] - [130:16] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Affirmative Desig to Karavan II | | |
| page 130 | | |
| 14     Q.   So to the extent that there's any small | | |
| 15  area of scarring, that's not affecting his heart's | | |
| 16  ability to function, right? | | |
| | | |
| [130:18] - [130:19] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Affirmative Desig to Karavan II | | |
| page 130 | | |
| 18       THE WITNESS:  I feel the pumping action is | | |
| 19  normal and not affected by any small scars. | | |
| | | |
| [130:21] - [130:25] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 130:21-25 | |
| * Defense Affirmative Desig to Karavan II | Pl Obj: misstates the evidence, argumentative, lacks foundation | Def Resp: Mr. Barnett's cardiologist says at 130:25 that Barnett's heart pumps normally. So Plaintiff's objection that this "misstates the evidence" is inaccurate |
| page 130 | | |
| 21     Q.   Mr. Barnett's ejection fraction is normal | | |
| 22  even for a 62 year old, and whatever little scar | | |
| 23  that might be in that area of the heart, that's not | | |
| 24  affecting his heart's ability to pump blood, true? | | |
| 25     A.   I feel his heart pumps blood normally. | | |
| | | |
| [131:1] - [131:8] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 131:1-131:8 | |
| * Defense Affirmative Desig to Karavan II | Pl Obj: lacks foundation, witness has no knowledge of record nor what Dr. Bryan testified to, calls for speculation | Def Resp: Dr. Karavan has looked at Dr. Bryan's report in the past |
| page 131 | | |
| 1     Q.   Dr. Bryan in the record that Mr. Robinson | | |
| 2  showed you or in any of the other records that Dr. | | |
| 3  Bryan has sent you, he never indicated that there | | |
| 4  was any scarring that he saw in Mr. Barnett's heart, | | |
| 5  did he? | | |
| 6     A.   We can look at his op report, and | | |
| 7  sometimes they'll make a gross visualization of the | | |
| 8  heart as they hold it in their hands. | | |
| | | |
| [131:9] - [131:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Defense Affirmative Desig to Karavan II | | |
| page 131 | | |

| 9    Q.  And I asked Dr. Bryan this in his | | |
| 10  deposition, and he said he didn't see any scarring. | | |
| 11  So if that -- | | |
| 12    A.  Okay.  If that's what he said and I have | | |
| 13  to -- that's been a little while since I've seen | | |
| 14  this.  If he makes no mention of it and he never | | |
| 15  said it, then that's the way it is. | | |
| 16    Q.  So you wouldn't disagree with Dr. Bryan if | | |
| 17  Dr. Bryan were to testify that when he actually | | |
| 18  looked at Mr. Barnett's heart when he was doing the | | |
| 19  bypass surgery, there was no scar? | | |
| 20    A.  I wouldn't -- I wouldn't disagree. | | |
| | | |
| | | |
| [131:21] - [132:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Defense Affirmative Desig to Karavan II | | |
| | | |
| page 131 | | |
| 21    Q.  The issue of plaque rupture, can we talk | | |
| 22  about that for a minute? | | |
| 23    A.  Sure. | | |
| 24    Q.  Is it true that the natural course of | | |
| 25  coronary artery disease involves a progression of | | |
| page 132 | | |
| 1  plaque? | | |
| 2    A.  Correct. | | |
| 3    Q.  And part of the process involved in the | | |
| 4  progression of coronary artery disease is that that | | |
| 5  plaque can potentially rupture over time, right? | | |
| 6    A.  Correct. | | |
| 7    Q.  And that rupture can then lead to a clot, | | |
| 8  right? | | |
| 9    A.  Right. | | |
| 10    Q.  And the body's normal way of responding to | | |
| 11  a rupture is a clot, true? | | |
| 12    A.  That's correct. | | |
| 13    Q.  Lots of people had -- unfortunately, had | | |
| 14  heart attacks and clots well before Vioxx came to | | |
| 15  market, right? | | |
| 16    A.  Correct. | | |
| 17    Q.  And you're seeing patients, unfortunately, | | |
| 18  very often who continue to have clots and they're | | |
| 19  not taking Vioxx, right? | | |
| 20    A.  Correct. | | |
| 21    Q.  And you see patients all day who have | | |
| 22  blockages like Mr. Barnett had in September of 2002 | | |
| 23  and they're not taking any non-steroidal | | |
| 24  anti-inflammatories, true? | | |
| 25    A.  Correct. | | |
| | | |
| [135:9] - [135:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| ` Pltf Affirm Desig | | |
| | | |
| page 135 | | |
| 9    Q.  The last thing -- I'm gonna get the last | | |
| 10  word here.  First of all, you said something about a | | |

| | | |
|---|---|---|
| 11  surgeon hold it in their hands.  So sometimes they | | |
| 12  do pick up the heart and hold it in their hands? | | |
| 13      A.   They evaluate it when they're in the | | |
| 14  operating room. | | |
| 15      Q.   And so they actually have their hands on | | |
| 16  the heart? | | |
| 17      A.   Yes, sir. | | |
| 18      Q.   Okay.  And you'd expect that that -- that | **Re 135:18-20; 135:22-24** | |
| 19  that would be typical of, say, Dr. Bryan or any | **Def Obj:** leading independent | **Pl Resp:** May lead |
| 20  surgeon, right? | third pary witness | hostile witness |
| | | |
| | | |
| [135:22] - [135:24] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 135 | | |
| 22          THE WITNESS:  They would hold it -- | | |
| 23  they -- that's correct.  They touch the heart when | | |
| 24  they're operating. | | |
| | | |
| | | |
| [136:16] - [136:20] 7/26/2006 Karavan 07.17.2006 depo - amended | **Re 136:16-20; 136:23-25;** | |
| | **137:2-4; 137:17-18** | |
| * Pltf Affirm Desig | **137:21-22** | |
| | **Def Obj:** Beyond the scope | **Pl Resp:** Not beyond |
| page 136 | of cross exam | the scope of cross exam: |
| 16      Q.   In terms of the -- the -- of the coronary | | Dr. Karavan was asked |
| 17  artery disease in Mr. Barnett, can you, say, for | | about findings on |
| 18  example, just take each area?  We'll take the left | | 7/10/06 by defense on |
| 19  main.  Is there -- is there more coronary artery | | cross exam at 56; 83-84; |
| 20  disease in July of 2006 versus September of 2002? | | 87; 95 Karavan depo |
| | | This is permissible to |
| [136:23] - [136:25] 7/26/2006 Karavan 07.17.2006 depo - amended | | explain inconsistencies |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 136 | | |
| 23          THE WITNESS:  Okay.  In general, as far as | | |
| 24  the amount of atherosclerosis, plaque burden, that | | |
| 25  sort of thing? | | |
| | | |
| | | |
| [137:2] - [137:4] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 137 | | |
| 2      Q.   Yes. | | |
| 3      A.   I think, in general, he probably has a | | |
| 4  greater burden now than he did four years ago. | | |
| | | |
| | | |
| [137:17] - [137:18] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |

| | | |
|---|---|---|
| page 137 | | |
| 17    Q.  That would be -- would that be true -- I'm | | |
| 18  just gonna take you through quickly -- the LAD? | | |
| | | |
| | | |
| [137:21] - [137:22] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 137 | | |
| 21        THE WITNESS:  I would agree, it's probably | | |
| 22  worse. | | |
| | | |
| | | |
| [137:24] - [137:25] 7/26/2006 Karavan 07.17.2006 depo - amended | Re 137:24-25; 138:5-6 | |
| | 138:9-12; 138:14-15; 138:17 | |
| * Pltf Affirm Desig | 138:19-20; 138:23 | |
| | **Def Obj:** same as above | **Pl Resp:** same as above |
| page 137 | | |
| 24    Q.  Would it be true for the -- with the | | |
| 25  diagonals off the LAD? | | |
| | | |
| | | |
| [138:3] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 138 | | |
| 3        THE WITNESS:  Correct. | | |
| | | |
| | | |
| [138:5] - [138:6] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 138 | | |
| 5    Q.  Would it be true for the Ramus | | |
| 6  intermedius? | | |
| | | |
| | | |
| [138:9] - [138:12] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| * Pltf Affirm Desig | | |
| | | |
| page 138 | | |
| 9        THE WITNESS:  We went through this before. | | |
| 10  I'm gonna go through my evaluation before and -- | | |
| 11  yeah, I think for the Ramus, too, more -- a little | | |
| 12  bit longer disease. | | |
| | | |
| | | |
| [138:14] - [138:15] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| | | |
| ' Pltf Affirm Desig | | |
| | | |
| page 138 | | |
| 14    Q.  Would it be true for the right coronary | | |
| 15  artery? | | |

| | | |
|---|---|---|
| [138:17] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 138 | | |
| 17      THE WITNESS:  Yes. | | |
| | | |
| [138:19] - [138:20] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 138 | | |
| 19    Q.   Would it be true for the posterolateral | | |
| 20  branch? | | |
| | | |
| [138:23] 7/26/2006 Karavan 07.17.2006 depo - amended | | |
| * Pltf Affirm Desig | | |
| page 138 | | |
| 23        THE WITNESS:  That would be correct. | | |