IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ALLEN ATKINSON AND MARSHA PAYNE | |
| Individual Docket No.: 05-CV-4130 | |

## VOLUNTARY DISMISSAL OF ACTION

NOW COME the Plaintiffs, Allen C. Atkinson and Marsha Payne, by and through their attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismiss the **Complaint as to Plaintiffs, ALLEN ATKINSON and MARSHA PAYNE only** in an action entitled *Allen Atkinson, et al. v. Merck & Company, et al.*, Docket No. 05-4130, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: July 20, 2006          ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292