UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 AUG -2 AM 7:47
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1657 Section L |
| This Document Relates to: | ) ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |
| ALLEN ATKINSON AND MARSHA PAYNE | ) ) ) | |
| Individual Docket No.: 05-CV-4130 | ) ) | |

### ORDER

On considering the foregoing Voluntary Dismissal;

**IT IS HEREBY ORDERED** that the Complaint as to Plaintiffs, **ALLEN ATKINSON** and **MARSHA PAYNE** only in an action entitled *Allen Atkinson, et al. v. Merck & Company, et al.*, Docket No. 05-4130, is hereby **GRANTED**. If the plaintiffs seek to re-file their claims, they must do so in federal court.

**IT IS SO ORDERED** this ___ day of Aug , 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____