UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -2 AM 7: 47
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 Section L |
| This Document Relates to: | JUDGE FALLON MAG. JUDGE KNOWLES |
| SHERYL L. HERROD | |
| Individual Docket No.: 05-CV-4131 | |

## ORDER

On considering the foregoing Voluntary Dismissal:

IT IS HEREBY ORDERED that the Complaint as to Plaintiff, SHERYL L.

HERROD only in an action entitled *William Ball, et al. v. Merck & Company, et al.*,

Docket No. 05-4131, is hereby GRANTED. *If the plaintiff seeks to re-file her claims, she must do so in federal court.*

IT IS SO ORDERED this 12 day of aug, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____