IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1657 ) Section L ) |
| This Document Relates to: | ) ) JUDGE FALLON ) MAG. JUDGE KNOWLES |
| ALICE HOLDT | ) ) ) |
| Individual Docket No.: 05-CV-4131 | ) ) |

## VOLUNTARY DISMISSAL OF ACTION

NOW COMES the Plaintiff, Alice Holdt, by and through her attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismisses the **Complaint as to Plaintiff, ALICE HOLDT, only** in an action entitled *William Ball, et al. v. Merck & Company, et al.*, Docket No. 05-4131, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: July 20, 2006        ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

## CERTIFICATE OF SERVICE

I certify that the above and foregoing **VOLUNTARY DISMISSAL** has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _20_ day of July, 2006.

ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
Attorneys for Plaintiff
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292
cprietto@rcrlaw.net