UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 AUG -2 AM 7:47
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>Section L |
| This Document Relates to: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ALICE HOLDT | |
| Individual Docket No.: 05-CV-4131 | |

### ORDER

On considering the foregoing Voluntary Dismissal:

**IT IS HEREBY ORDERED** that the Complaint as to Plaintiff, **ALICE HOLDT, only** in an action entitled *William Ball, et al. v. Merck & Company, et al.*, Docket No. 05-4131, is hereby **GRANTED**. *If the plaintiff seeks to re-file her claim, she must do so in federal court.*

IT IS SO ORDERED this 1st day of Aug, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X /Dktd_____
V CtRmDep_____
___ Doc. No_____