IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL 2 8 2006

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| Josephine Adams Murphy and James Scott Murphy, <br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., <br> Defendants. | Case No. 1:06-CV-51CAS <br> MDL No. 06-2694 <br><br> L <br> MDL 1657 |

### MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS MOTION TO REMAND CASE TO STATE COURT UNDER 28 USC §1447

COMES NOW Plaintiffs, pro se, and moves this Court for an Order pursuant to Rule 7.4, request leave to file supplemental memorandum in support of plaintiffs motion to remand case to state court under 28 USC §1447.

### Statement of Facts

1. On March 3, 2006, plaintiffs commenced this action against Merck by filing a petition in the Circuit Court of Wayne County, in the State of Missouri, bearing Case Number 06WY-CV00037.

2. On April 7, 2006, defendant filed a notice of removal, answer to plaintiffs' complaint, and request for stay in the United States District Court, Eastern District of Missouri, bearing Case Number 1:06-CV-51CAS.

3. On April 24, 2006, the Court issued orders staying this action pending MDL Transfer.



4. On or around May 3, 2006, plaintiffs file their Motion to Remand Case to State Court under 28 USC §1447, Memorandum in Support, and Motion to Expedite Ruling/Hearing on Plaintiffs Motion to Remand and Motion to Stay.

5. On May 12, 2006, the Court lifted the stay and ordered defendant to respond to plaintiffs' motion to remand by Friday, May 19, 2006.

6. On May 19, 2006, defendant filed their response.

7. On or around May 30, 2006, this case was transferred while objections to the transfer of this case were pending before the United States District Court, for the Eastern District of Missouri.

8. On or around July 12, 2006, plaintiffs filed a supplemental memorandum in support of their motion to remand to state court under 28 USC §1447 in the United States District Court for the Eastern District of Missouri, Case Number 1: 06-CV-51CAS, at which time plaintiffs also filed a copy of said memorandum in this Court.

### Argument

It has recently come to plaintiffs attention that they will not receive adequate access to the courts in the Multi District Litigation Court, which violates their constitutional rights and is a point that plaintiffs should be able to address in their motion to remand to the state court. This issue should be heard in the United States District Court for the Eastern District of Missouri, because this case should of never been transferred, while there was an objection to the transfer pending before the United States District Court for the Eastern District of Missouri.

**WHEREFORE**, Plaintiff Josephine Adams Murphy and James Scott Murphy respectfully request this Court for an Order granting leave to file this Supplemental Memorandum in Support of plaintiffs Motion to Remand case to State Court under 28 USC §1447.

Date: July 24, 2006                         Respectfully submitted,

*Josephine Adams Murphy*
Josephine Adams Murphy
Plaintiff  Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

*James Scott Murphy*
James Scott Murphy
Plaintiff  Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, the foregoing Motion for Leave to File a Supplemental Memorandum in Support of Plaintiffs' Motion to Remand to State Court was mailed to the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Daniel H. Ball
Mr. Robert T. Ebert, Jr.
Mr. Stephen G. Strauss
Mr. Randy J. Soriano
Bryan Cave, L.L.P.
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
dhball@bryancave.com
Attorneys for Merck & Co., Inc.

Josephine Adams Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com

James Scott Murphy
Plaintiff Pro Se
626 E. Daniels St.
Piedmont, Mo. 63957
(573)223-3799
Fax: (573)223-2622
Email: Murphy_Jams@yahoo.com