# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Josephine Adams Murphy and )
James Scott Murphy, )
              Plaintiffs, )
)
v. )   Case No. 1:06-CV-51CAS
)   MDL No. 06-2694
)
MERCK & CO., INC., )
             Defendants. )

## ORDER

The Court has ordered that this case be remanded to the state court because plaintiffs desire to proceed pro se, and this MDL Court can not provide them with the Access to the Court that is deserved in this case.

It Is Ordered, Adjudged, and Decreed that plaintiffs case is remanded to the Circuit Court of Wayne County, Missouri.

United States District Judge

Date: July 24, 2006

James S. Murphy
626 E. Daniels St.
Piedmont, Mo. 63957

CAPE GIRARDEAU
MO 637 2 T
24 JUL 2006 PM

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

70130+3318 C024