UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA

In re: VIOXX PRODUCTS
LIABILITY LITIGATION,

*Montgomery et al v. Merck & Co Inc.*,
2:06-cv-03374

MDL No. 1657

## MEMORANDUM TO CLERK

Plaintiffs have amended their complaint in the above styled action as a matter of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiffs as a scrivener's error filed suit in the name of Bryant Hudson for Brian Hudson's wrongful death. Plaintiffs have amended this so that Mildred Coopwood is a survivor that brings the wrongful death action on behalf of Bryant Hudson. Additionally plaintiffs have given notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) for Shirley Pittman from *Montgomery et al v. Merck & Co Inc.*, 2:06-cv-03374. Plaintiffs request that the Court's docket for this case reflect these changes.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400

Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties via first-class mail on July 31, 2006 to:

Dan H. Ball
Robert T. Ebert
Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-259-2000
314-259-2020 (fax)

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

John N. Poulos
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799


Attorneys for Merck & Co., Inc.

_____