MINUTE ENTRY
FALLON, J.
JULY 31, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON          MONDAY, JULY 31, 2006, 9:18 am
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

### JURY TRIAL:

All present and ready.

Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.

Opening Statements.

Court adjourned at 5:20 pm until Tuesday, August 1, 2006, at 8:30 am.

```
JS-10:    5:41
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION     MDL - 1657

GERALD BARNETT

                                   REF NO. 06-485

VERSUS

MERCK & CO., INC.                SECTION: L

PEREMPTORY CHALLENGES
JULY 31, 2006

PLAINTIFF:
1. #52
2. #36
3. #1

DEFENDANT:
1. #38
2. #22
3. #59