MINUTE ENTRY
FALLON, J.
AUGUST 1, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS             MDL 1657
      LIABILITY LITIGATION

GERALD BARNETT

VERSUS                            REF NO. 06-485

MERCK & CO., INC.                 SECTION: L

before JUDGE ELDON E. FALLON          TUESDAY, AUGUST 1, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert       (continued from 7-31-06)
Court Reporter: Cathy Pepper

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
           Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

---

### JURY TRIAL:

#### Plaintiff's Witnesses:

David Anstice - by video deposition. Transcript filed into the record.

Dr. Jerome Avorn - by video deposition.

Court adjourned at 5:10 pm until Wednesday, August 2, 2006, at 8:30 am.

JS-10:    6:40