Anstice Final

Anstice (Multi-clip)
DA 57404        574:4-575:7

```
574: 4          Q.       Your name is David Anstice?
574: 5          A.       That's correct.
574: 6          Q.       Did I pronounce it right?
574: 7          A.       You did.
574: 8          Q.       All right.  I understand you're the
574: 9  president of some part of Merck.  What part are you
574:10  the president of?
574:11          A.       Human health for Canada, Latin
574:12  American, Japan, Australia and New Zealand.
574:13          Q.       At some point were you the president
574:14  of Merck America or something like that?
574:15          A.       Yes, I was.
574:16          Q.       When was that?
574:17          A.       From the period late '94 through to
574:18  the end of 2002.
574:19          Q.       Did you get promoted out of that or
574:20  demoted from that?
574:21          A.       I got a new assignment with Japan.
574:22          Q.       Is that a promotion or a demotion?
574:23          A.       That was an important, different
574:24  responsibility.
574:25          Q.       I understand.
575: page 575
575: 1                   But was it a promotion or demotion?
575: 2          A.       It was neither.  It was --
575: 3          Q.       A lateral?
575: 4          A.       A lateral, correct.
575: 5          Q.       Merck made some tragic mistakes with
575: 6  Vioxx; didn't it?
575: 7          A.       I don't think so.
```

DA 57510        575:10-576:11

```
575:10          Q.       Well, sir, isn't rule number -- by
575:11  the way, are you a medical doctor?
575:12          A.       No, I am not.
575:13          Q.       You're the president of what part of
575:14  Merck now?  I'm sorry, let me write it down.  You
575:15  are the president of health and what?
575:16          A.       Human health, which is our commercial
575:17  operations.
575:18          Q.       You're the president of human health,
575:19  and you don't have a medical degree?
575:20          A.       I do not.
575:21          Q.       Well, did you go to any medical
575:22  school at all?
575:23          A.       No, I did not.
575:24          Q.       As the president of human health,
575:25  what kind of human health schooling do you have?
576: page 576
576: 1          A.       I'm responsible for sales and
576: 2  marketing activities, and I have the training and
576: 3  skills developed in 31 years at Merck.
576: 4          Q.       That wasn't my question, sir.
576: 5                   What kind of schooling do you have in
576: 6  human health if you're going to be the president of
576: 7  the human health division?
576: 8          A.       I have schooling, I have tertiary
576: 9  education in economics, and I joined Merck, and
```

Anstice Final

```
576:10      typical with many people on the business side, I do
576:11      not have a medical degree or a medical background.
```

DA 57617      576:17-576:22

```
576:17            Q.      So, the president of human health for
576:18      Merck doesn't have any kind of health background at
576:19      all, other than the fact he's been in sales for
576:20      Merck for 30-some odd years; right?
576:21            A.      Sales and marketing for Merck for 30
576:22      years.  That's my experience and background.
```

DA 57724      577:24-578:20

```
577:24            Q.      So, when I say Merck messed up with
577:25      Vioxx and you say, no, we didn't, I guess you're
578: page 578
578: 1      speaking from a sales and marketing perspective?
578: 2            A.      I'm speaking as a senior executive at
578: 3      Merck.
578: 4            Q.      Well, y'all put a drug on the market
578: 5      that you had to withdraw; didn't you?
578: 6            A.      We put a drug on the market.  We have
578: 7      now withdrawn it.
578: 8            Q.      The drug shouldn't have been on the
578: 9      market to start with; should it?
578:10            A.      I believe it should have been on the
578:11      market.
578:12            Q.      Were you part of the decision to take
578:13      it off the market?
578:14            A.      I was part of that decision, yes.
578:15            Q.      Did you vote for taking it off or for
578:16      leaving it on?
578:17            A.      We did not have a vote.  I supported
578:18      the recommendation and the decision after the
578:19      APPROVe study that in the interest of patient
578:20      safety, Vioxx should be withdrawn from the market.
```

Anstice 58007      580:7-580:24

```
580: 7            Q.      Well, y'all should have had that data
580: 8      from APPROVe before you ever put the drug on the
580: 9      market; shouldn't you?
580:10            A.      The data from APPROVe, APPROVe was a
580:11      study in colon polyps, and that study was started
580:12      some four-and-a-half years earlier.
580:13            Q.      And my point is, y'all ought to study
580:14      these things and decide if the drug is safe or not
580:15      before you sell it, not after you've been selling it
580:16      for years?  Don't you agree?
580:17            A.      Merck did study the product.  Merck
580:18      did provide safety analysis.  And the basis of the
580:19      approval for the product in 1999 was based on the
580:20      safety data.
580:21            Q.      But you didn't study the product
580:22      adequate to decide whether or not you ought to keep
580:23      it on the market, because that study didn't happen
580:24      until the APPROVe study and you pulled it; right?
```

DA 58101      581:1-581:5

```
581: 1            THE WITNESS:  The data that we had at
581: 2      the time of the new drug application was consistent
```

Page 2

Anstice Final

```
581: 3        with studies done for all other -- very similar to
581: 4        all other nonsteroidals and was appropriate for the
581: 5        marketing of the product, efficacy and safety.
```

DA 58107      581:7-581:17

```
581: 7                  Q.      Truth be told, you couldn't wait to
581: 8        get all the studies done because you had to get to
581: 9        market quickly; right?
581:10                  A.      Merck completed all of the studies
581:11        that were required for the new drug application.
581:12                  Q.      Oh, I'm not saying you didn't satisfy
581:13        the law.  I'm talking about taking care of the
581:14        patients.  My point is, you didn't do all of the
581:15        studies you should have done before you went to
581:16        market because you couldn't afford to time-wise;
581:17        isn't that true?
```

Anstice 58119a      581:19-583:2

```
581:19                  THE WITNESS:  I do not accept that
581:20        that's correct.
581:21        BY MR. LANIER:
581:22                  Q.      Well, let's look at a couple of
581:23        things.  Rule number one for a doctor, and I know
581:24        you don't have medical training, but you probably
581:25        heard it at least, that rule number one is, do no
582: page 582
582: 1        harm; right?
582: 2                  A.      That's correct.
582: 3                  Q.      And you think for a drug company that
582: 4        ought to be pretty high up the chain of rules also;
582: 5        wouldn't you?
582: 6                  A.      Patient safety is paramount in our
582: 7        company.
582: 8                  Q.      It should be anyway, shouldn't it?
582: 9                  A.      It is.
582:10                  Q.      Well, if it was, why didn't you do
582:11        all of your studies before you marketed the drug?
582:12                  A.      We believed that we had the
582:13        appropriate studies based on the knowledge at that
582:14        time to support the benefits and risks of the
582:15        product.
582:16                  Q.      If you had the appropriate studies,
582:17        why were you still doing more?
582:18                  A.      Well, some of the studies were for
582:19        new indications, and so we were continuing to do
582:20        studies in different diseases.
582:21                  Q.      No.  Y'all had trouble with
582:22        cardiovascular events, CV events, from the very
582:23        beginning with this drug, and you knew that; didn't
582:24        you?
582:25                  A.      I did not know that.
583: page 583
583: 1                  Q.      You didn't see --
583: 2                  A.      Merck did not know that.
```

DA 58310      583:10-583:14

```
583:10                  Q.      You didn't see any of the VIGOR
583:11        results that showed y'all had a five-fold increase
583:12        of heart attacks over Naprosyn?
583:13                  A.      Yes, of course I saw the VIGOR
```

Page 3

Anstice Final

583:14        results.

Anstice 58404a      584:4-584:12

584: 4              Q.      Let's break it down this way.
584: 5      Certain things you and I agree on, I believe, and I
584: 6      would like to get those out of the way.
584: 7              Number one, if we go to the mid-'90s,
584: 8      your company, Merck, was stuck in the middle in
584: 9      terms of drug companies in the rankings of it; fair
584:10      to say?
584:11              A.      Merck's been a large pharmaceutical
584:12      company for many years.

Anstice 58525      585:25-586:14

585:25              Q.      So, you're the David W. Anstice.  And
585: page 586
586: 1      if you will look on Page 2 of the talking points, it
586: 2      says in the second from the bottom, "when we
586: 3      established this goal in 1994, we were performing
586: 4      somewhere in the middle of the pack."  Do you see
586: 5      that one?
586: 6              A.      Yes.
586: 7              Q.      So, when I use the language "middle
586: 8      of the pack," I'm using your language I got from
586: 9      your documents.  I didn't make that up.  Do you see
586:10      that?
586:11              A.      From a Merck document, yes.
586:12              Q.      A Merck document that went to you;
586:13      right?
586:14              A.      Yes.

DA 58716      587:16-587:23

587:16              Q.      I'm going to ask you again.  Sir,
587:17      isn't it true in 1994 y'all were performing
587:18      somewhere in the middle of the pack?
587:19              A.      In terms of growth rate, yes.
587:20              Q.      Y'all wanted to be the number one
587:21      pharmaceutical company in the world; didn't you?
587:22              A.      In terms of growth rates, yes.  Not
587:23      necessarily size.

DA 58814      588:14-589:25

588:14              Q.      Are you familiar with that?
588:15              A.      I'm familiar with this product, yes.
588:16              Q.      That's called Pepcid AC.  Can you
588:17      hold that up to the video so the jury can see it,
588:18      please?
588:19              A.      (Witness complies.)
588:20              Q.      Thank you.
588:21              MR. LANIER:  Can we get a close up
588:22      where we can see what that is?
588:23              THE VIDEOTAPE TECHNICIAN:  Sure.
588:24              MR. LANIER:  That's good enough.
588:25      BY MR. LANIER:
589: page 589
589: 1              Q.      Thank you, sir.
589: 2      Y'all held the patent on Pepcid;
589: 3      didn't you?
589: 4              A.      Yes.

Page 4

Anstice Final

```
589: 5              Q.      And that patent was very valuable to
589: 6      your company; wasn't it?
589: 7              A.      Yes, it was.
589: 8              Q.      Made a lot of money off Pepcid;
589: 9      didn't you?
589:10              A.      Yes, we did.
589:11              Q.      But you had a problem because your
589:12      patent was about to run out and people were going to
589:13      be able to go buy this stuff at the grocery store;
589:14      true?
589:15              A.      All of our research-discovered
589:16      products, eventually the patent runs out and the
589:17      answer is to find new drugs to replace them.
589:18              Q.      I understand that, but that wasn't my
589:19      question.
589:20                      My question is specific, sir.  The
589:21      end of 1998, '99, early 2000, y'all knew your patent
589:22      was running out on Pepcid, and a big moneymaker for
589:23      you was about to be commercially available to
589:24      everybody and it was going to hurt your bottom line;
589:25      true?
```

Anstice 59002      590:2-590:8

```
590: 2                      THE WITNESS:  Well, we had known for
590: 3      many years that the Pepcid patent would expire.  So,
590: 4      this was not an unknown event.
590: 5      BY MR. LANIER:
590: 6              Q.      I know.  That's one of the reasons
590: 7      y'all had been working to try and get Vioxx up and
590: 8      going, you needed the money; true?
```

Anstice 59010      590:10-590:12

```
590:10                      THE WITNESS:  We were working in our
590:11      research labs to find new products, and Vioxx was
590:12      one of the important new products that we had.
```

Anstice 59016      590:16-590:25

```
590:16              Q.      Sir, that wasn't my question.
590:17                      I said you knew, your company knew
590:18      you had major drugs going off the market in 2000 and
590:19      2001 that was a significant percentage of your
590:20      sales; true?
590:21              A.      It was an important percentage of our
590:22      sales, correct.
590:23              Q.      A significant percentage; true?
590:24              A.      I can't define significant.  It
590:25      was --
```

DA 59410       594:10-594:18

```
594:10              Q.      Sir, if you'll look on the last page
594:11      of that document right there.
594:12              A.      I have it.
594:13              Q.      It says four points up from the
594:14      bottom, "The major drugs going off patent in 2000
594:15      and 2001," includes Pepcid, "together represent a
594:16      significant percentage of our sales."  That's what
594:17      it says; doesn't it?
594:18              A.      That's correct.  Yes.
```

Anstice Final

DA 59501      595:1-597:6

```
595: 1              Q.      So, that's just what you're telling
595: 2     the jury today when I'm asking questions.  You knew
595: 3     what it meant when you got that memo; didn't you?
595: 4              A.      Yes, I did.
595: 5              Q.      So, now will you go back and agree
595: 6     with me that the major drugs going off patent
595: 7     represented a significant percentage of your sales?
595: 8              A.      Yes, I will agree with you.
595: 9              Q.      So, producing some replacement
595:10     revenue, some money to take the place through a
595:11     launch of products like Vioxx was very important for
595:12     y'all; wasn't it?
595:13              A.      Yes, it was important.
595:14              Q.      Because by the end of 1997, Merck had
595:15     put itself as the largest pharmaceutical company of
595:16     the world; hadn't it?
595:17              A.      I'm sorry.  The question was?
595:18              Q.      By the end of 1997, Merck had
595:19     regained its position as the largest pharmaceutical
595:20     company in the world; true?
595:21              A.      I don't know if it was at that time.
595:22     I don't remember.
595:23              Q.      Well, go back to the last page of
595:24     that document again.  Look at the second point from
595:25     the top.  "By the end of 1997, Merck had regained
596: page 596
596: 1     its position as the largest pharmaceutical company
596: 2     in the world."  Do you think he's lying when he said
596: 3     that?
596: 4              A.      No, I don't.
596: 5              Q.      All right.  So, we can assume that
596: 6     that's true, too, can't we?
596: 7              A.      Yes, we can.
596: 8              Q.      So, y'all went from the middle of the
596: 9     pack in '94 to the largest pharmaceutical company in
596:10     the world in '97, but you had major drugs like
596:11     Pepcid going off patent in 2000/2001.  I'm correct
596:12     so far; right?
596:13              A.      Yes.
596:14              Q.      And those drugs going off patent
596:15     represented a significant percentage of your sales;
596:16     true?
596:17              A.      Correct.
596:18              Q.      So, it was important y'all get some
596:19     replacement products like Vioxx to make the money;
596:20     right?
596:21              A.      New products are always important in
596:22     our business.
596:23              Q.      Well, but those products like Vioxx,
596:24     you saw it as something that replaced the revenue
596:25     y'all were going to lose; right?
597: page 597
597: 1              A.      That's the normal course of our
597: 2     business, yes.
597: 3              Q.      So, the timing of this, and by "this"
597: 4     I mean selling the Vioxx, is very important to your
597: 5     company; wasn't it?
597: 6              A.      Yes, it was important.
```

DA 59721      597:21-599:5

Anstice Final

597:21          Q.      If you realize that in a few months
597:22    you are not going to be having any money coming in,
597:23    you need to figure out how to get some in money in
597:24    the door if you are going to have to pay bills;
597:25    true?
598: page 598
598: 1          A.      Or spend less money.
598: 2          Q.      Don't get the bills; right?  But the
598: 3    point is, if Merck -- Merck has bills; doesn't it?
598: 4          A.      Yes, it does.
598: 5          Q.      Y'all got employees, y'all got to pay
598: 6    employees; don't you?
598: 7          A.      That's correct.
598: 8          Q.      You've got buildings and commitments
598: 9    to fund research and all these other things going
598:10    on, too; don't you?
598:11          A.      Yes.
598:12          Q.      You've got to pay money to do all of
598:13    that; don't you?
598:14          A.      Yes.
598:15          Q.      I'll bet y'all even have electric
598:16    bills and stuff for your buildings; don't you?
598:17          A.      Yes.
598:18          Q.      So, Merck has got to make sure
598:19    they've got money coming in the door to pay all of
598:20    these things; don't they?.
598:21          A.      Yes.
598:22          Q.      Not the least of which they've got to
598:23    pay you; don't they?
598:24          A.      They have to pay all 60,000 of our
598:25    people.
599: page 599
599: 1          Q.      Yes.  But I mean you executives.
599: 2    Y'all are some of the highest paid executives in the
599: 3    industry; aren't you?
599: 4          A.      I think we're comparatively well
599: 5    paid.

Anstice 59917      599:17-600:1

599:17          Q.      So, it is important to keep the money
599:18    coming into Merck so that Merck can keep paying you
599:19    and everybody else; right?
599:20          A.      It's important to keep finding
599:21    products to bring them to market and to generate
599:22    revenues, yes.
599:23          Q.      Merck hit a point where it wasn't
599:24    going to have any more money coming in on the Pepcid
599:25    and some of these other drugs that had been keeping
600: page 600
600: 1    the machine going; right?

Anstice 60003      600:3-601:25

600: 3          THE WITNESS:  Patent expirations were
600: 4    going to reduce revenues for those products,
600: 5    correct.
600: 6    BY MR. LANIER:
600: 7          Q.      Reduce revenues for those products,
600: 8    you are an economics major.  In every day talk, that
600: 9    means y'all aren't going to get as much money
600:10    anymore; right?
600:11          A.      Those products will have less sales,

Page 7

Anstice Final

```
600:12      yes.
600:13              Q.      So, Merck has really invested a lot
600:14      of hopes and plans in Vioxx to pick up the slack for
600:15      the year 2000/2001; right?
600:16              A.      Merck invests a lot of hopes and
600:17      plans in Vioxx because it was going to be a really
600:18      important product for patients.
600:19              Q.      Well, sir, if you'll look at the last
600:20      page of that, it says Vioxx is very important to
600:21      you, but it says, "Producing replacement revenue
600:22      through the launch of new products like Vioxx is
600:23      important." That's what it says; doesn't it?
600:24              A.      I'm sorry, which?
600:25              Q.      That's fourth point up from the
601: page 601
601: 1      bottom.
601: 2              A.      Yes, it does.
601: 3              Q.      Now, there's already, before y'all
601: 4      get on the market with your drug, a race, there's
601: 5      another COX-2 inhibitor that wants to get on the
601: 6      market too; right?
601: 7              A.      That's correct.
601: 8              Q.      And that's Celebrex; right?
601: 9              A.      Correct.
601:10              Q.      Do you remember which drug company
601:11      makes Celebrex?
601:12              A.      At the time, Searle.
601:13              Q.      It is now Pfizer Searle; right?
601:14              A.      Now it's Pfizer, yes.
601:15              Q.      Is it fair to say that y'all were
601:16      racing each other to try and see who could get to
601:17      the market first?
601:18              A.      Yes. That's a fair characterization.
601:19              Q.      They beat y'all; didn't they?
601:20              A.      In the US they beat us, yes.
601:21              Q.      It was significant enough to where
601:22      y'all worked hard to overcome a late start; fair to
601:23      say?
601:24              A.      We were second. It was something of
601:25      a disadvantage, but not overriding.
```

Anstice 60201       602:1-602:3

```
602: 1              Q.      Your company really pushed hard to
602: 2      make Vioxx a winner from a marketing perspective and
602: 3      an income perspective; true?
```

Anstice 60205       602:5-602:10

```
602: 5                      THE WITNESS: We believed in Vioxx as
602: 6      it came to market, we believed that it was a very
602: 7      important product for patients, we knew that there
602: 8      were a large number of patients that would benefit,
602: 9      and we believed that Vioxx would be a winner in this
602:10      market, yes.
```

DA 60424       604:24-605:3

```
604:24              Q.      But y'all pushed for early FDA
604:25      approval?
605: page 605
605: 1              A.      And we received that early approval
605: 2      from the FDA. We can request it, they have to
```

Anstice Final

605: 3      accept it.

DA 60504      605:4-605:12

605: 4              Q.      Sir, what you are telling this jury
605: 5      is that y'all pushed for early approval, you were
605: 6      losing the race against Celebrex, and every day you
605: 7      lost that race, you fell further and further behind,
605: 8      so, y'all pushed for early approval, because it was
605: 9      so important to replace that income stream from
605:10      these drugs going off patent, and the net result is
605:11      y'all put this on the market nine months before you
605:12      even got your first VIGOR test results back; right?

DA 60514      605:14-606:2

605:14              THE WITNESS:  We asked for and
605:15      received six-month approval from the FDA based on
605:16      the medical importance of the product.  The reason
605:17      for doing the VIGOR study, which had been started
605:18      before the approval, was to get GI outcomes data
605:19      from the VIGOR study.  We had GI data in the label
605:20      from the endoscopy studies.  We were hoping that
605:21      those studies would enable a change in the GI safety
605:22      part of the label.  We were disappointed in those
605:23      efforts.
605:24              The VIGOR study was started, and the
605:25      VIGOR study was always going to -- the results were
606: page 606
606: 1      always going to come after the product approval,
606: 2      even if it had been a regular 12-month approval.

DA 60604      606:4-606:25

606: 4              Q.      Well, truth be told, there were two
606: 5      main reasons y'all pushed for early FDA approval;
606: 6      isn't that right?
606: 7              A.      The first reason was that this was an
606: 8      important new product for patients.
606: 9              Q.      Well, no.  There was already a COX-2
606:10      inhibitor on the market.  That was Celebrex.
606:11              First reason was y'all were trying to
606:12      beat Celebrex, and they beat you to the market and
606:13      you needed to hurry your product out there; right?
606:14              A.      But at a certain point we knew we
606:15      were behind them.  And so that didn't change the
606:16      patent behavior at that time.
606:17              Q.      Well, one reason, though, was you
606:18      needed to get to market as quickly as possible
606:19      because you were losing the race.  And the second
606:20      reason is y'all didn't want the FDA to have forever
606:21      to look at this drug; did you?
606:22              A.      That's not a fair characterization.
606:23      We submitted an application, we asked for a
606:24      six-month review versus a 12-month review.  The FDA
606:25      accepted that.

DA 61116      611:16-612:6

611:16              Q.      And y'all had an extravagant
611:17      incentive program, you were going to own the market;
611:18      and you had surpassed your goal of more than 560
611:19      advocates.  Is that right?

Page 9

Anstice Final

| | | |
|---|---|---|
| 611:20 | A. | That's -- if that's the right number, |
| 611:21 | yes. | |
| 611:22 | Q. | Why don't you tell this jury what |
| 611:23 | y'all were doing when you are trying to surpass your | |
| 611:24 | goal of 560 advocates? | |
| 611:25 | A. | What we were trying to do is have |
| 612: page 612 | | |
| 612: 1 | people who would speak in support of Vioxx when the | |
| 612: 2 | product came to the marketplace. And based on the | |
| 612: 3 | size of the US and the number of speaking events | |
| 612: 4 | that we wanted to conduct around the US, we believed | |
| 612: 5 | we needed a large number of speakers and advocates | |
| 612: 6 | for the product. | |

DA 61512      615:12-615:19

| | | |
|---|---|---|
| 615:12 | Q. | So, you're going to own the market |
| 615:13 | with an extravagant incentive program, you've got | |
| 615:14 | more than 560 advocates, you've assembled the | |
| 615:15 | largest sales force in history, you also decided | |
| 615:16 | that you were going to give out more free samples of | |
| 615:17 | this drug than you had ever given out of anything | |
| 615:18 | before. True? | |
| 615:19 | A. | I think that was correct, yes. |

DA 61612      616:12-616:21

| | | |
|---|---|---|
| 616:12 | Q. | What's HEL stand for? |
| 616:13 | A. | Health education liaison. |
| 616:14 | Q. | Well, your commitment of health |
| 616:15 | education liaison dollars, HEL dollars, was the | |
| 616:16 | largest of anything y'all had ever done with Vioxx; | |
| 616:17 | wasn't it? | |
| 616:18 | A. | Yes, it was. |
| 616:19 | Q. | Not only that, y'all had extra FMC |
| 616:20 | money; didn't you? | |
| 616:21 | A. | Yes. |

DA 61712      617:12-617:19

| | | |
|---|---|---|
| 617:12 | Q. | So, this is where they go out to |
| 617:13 | doctors and they've got millions and millions of | |
| 617:14 | dollars to try and give extras to doctors so that | |
| 617:15 | doctors will start writing your Vioxx prescriptions? | |
| 617:16 | Is that what that boils down to? | |
| 617:17 | A. | This is to conduct speaking events |
| 617:18 | and get doctors interested in our product. Yes, to | |
| 617:19 | understand our product. | |

DA 61825      618:25-619:16

| | | |
|---|---|---|
| 618:25 | Q. | Yes. Those are the speaking |
| 619: page 619 | | |
| 619: 1 | contracts that you've also got on there. You're | |
| 619: 2 | paying doctors to stand up and give these speeches; | |
| 619: 3 | aren't you? | |
| 619: 4 | A. | Yes. Yes, we do that. |
| 619: 5 | Q. | These are advocates. You've |
| 619: 6 | marshaled over 560 of these people, you are going to | |
| 619: 7 | pay them money, and they are going to stand up and | |
| 619: 8 | say, look how wonderful this product is, here, have | |
| 619: 9 | a free dinner and go write prescriptions? | |
| 619:10 | A. | We have given money to speakers for |

Anstice Final

```
619:11        speaking as a contract service to Merck to present
619:12        their information about our product and other
619:13        products because they are talking as people that
619:14        have expertise in the area, that have knowledge
619:15        about this disease, and they are passing on their
619:16        experience as an opinion leader to other physicians...
```

Anstice 62025        620:25-621:14

```
620:25               Q.       You didn't design the product to be
621: page 621
621: 1        safe, you didn't develop the product to be safe, you
621: 2        didn't drive the product to be safe, you designed,
621: 3        developed and drove that product to win the market;
621: 4        didn't you?
621: 5               A.       The development of Vioxx was based on
621: 6        all of our standards of efficacy and safety.  We
621: 7        designed the product with all of that in mind.
621: 8               From the marketing side, yes, we
621: 9        believed we had a winner, we believed we had a very
621:10        effective product, and we believed that with the
621:11        right promotion support, we're responsible for
621:12        promoting the product to physicians with the right
621:13        level of support, we could make this the leading
621:14        product in the category.
```

Anstice 62224        622:24-623:5

```
622:24               Q.       But you never did a CV study.  You
622:25        never did a study to see if it caused heart attacks;
623: page 623
623: 1        did you?
623: 2               A.       We did not do that because we
623: 3        believed that the alternatives which we put in place
623: 4        would provide answers to the questions being posed
623: 5        by the VIGOR data.
```

Anstice 62404        624:4-624:6

```
624: 4               You never studied Vioxx to see if it
624: 5        caused heart attacks or stroke or cardiovascular
624: 6        problems; true?
```

Anstice 62408a        624:8-624:21

```
624: 8               THE WITNESS:  we did not study Vioxx
624: 9        specifically with CV outcomes.
624:10        BY MR. LANIER:
624:11               Q.       Do you want to tell us why?
624:12               A.       Yes.  I would like to add that
624:13        because we considered it, as you know, on several
624:14        occasions, and ultimately we concluded that the best
624:15        way to get answers to the question was there a
624:16        difference in risk was through the various other
624:17        studies that we had underway.
624:18               Q.       The best way to get the answer does
624:19        it cause heart attacks is not by studying it?
624:20               A.       The best -- we were -- no.  That is
624:21        not what I said.
```

DA 62523        625:23-626:5

```
625:23               Q.       Sir, before you ever sold the drug,
```

Page 11

Anstice Final

```
625:24      you could have studied it to see if it caused heart
625:25      attacks; couldn't you?
626: page 626
626: 1                  A.      Before we launched the drug, there
626: 2      was no basis on which we thought it was necessary to
626: 3      study the drug in the way you just described.
626: 4                  Q.      You don't know that.  You're not a
626: 5      doctor.  How would you know
```

DA 62605      626:5-626:8

```
626: 5      doctor.  How would you know
626: 6      that?
626: 7                  A.      The basis of the NDA was consistent
626: 8      with how you study agents in this category.
```

Anstice 62803      628:3-628:6

```
628: 3                  Q.      So, your company could have tested to
628: 4      see if the concerns about heart attacks and strokes
628: 5      was true?  Your company could have tested for that
628: 6      before you ever went to market; couldn't you?
```

DA 62808      628:8-628:20

```
628: 8                  THE WITNESS:  The company could have
628: 9      tested for that, but the scientists in considering
628:10      the discussions I just referenced concluded that
628:11      that was not necessary.
628:12      BY MR. LANIER:
628:13                  Q.      Well, what was the downside to doing
628:14      a test like that?
628:15                  A.      It was deemed to be not necessary.
628:16                  Q.      That wasn't my question.
628:17                  I said, what was the downside to it?
628:18                  A.      Well, that would take -- I mean, to
628:19      do studies that are not scientifically necessary or
628:20      relevant would divert resources.
```

DA 62919      629:19-630:10

```
629:19                  Q.      Oh, what it would do is it would mean
629:20      that you might not get to market as early as you
629:21      wanted to, and you were in a race with Celebrex to
629:22      get to market first.  That's what it really boils
629:23      down to; doesn't it?
629:24                  A.      I don't accept that at all.
629:25                  Q.      Well, you were in a race with
630: page 630
630: 1      Celebrex to get to market first; weren't you?  You
630: 2      admitted that before.
630: 3                  A.      There was a competitive development
630: 4      program between two companies.
630: 5                  Q.      And if you take the time out for a
630: 6      year to do a study to see if this drug is going to
630: 7      kill people with heart attacks, that's going to
630: 8      delay you another year getting to market; isn't it?
630: 9                  A.      That is not the reason that Merck did
630:10      not proceed with those studies.
```

DA 63302      633:2-633:4

```
633: 2                  Q.      You understand before you sell a drug
```

Page 12

```
                                      Anstice Final
  633: 3            you ought to check to see if it's safe; true?
  633: 4                 A.     Yes.

 DA 63320       633:20-633:22

  633:20                Q.     And if you delay the introduction,
  633:21            that delays making money on it; doesn't it?
  633:22                A.     Yes.

 DA 64022       640:22-641:10

  640:22                Q.     Yes.  I want to talk about the
  640:23            efforts and money y'all put into studying the
  640:24            cardiovascular effects.  In other words, does Vioxx
  640:25            cause heart attacks.  I want to compare on one side
  641: page 641
  641: 1            what money and efforts y'all did on that to the
  641: 2            other side, the efforts y'all did to market and sell
  641: 3            the drugs.  Let's see where you put your resources
  641: 4            and effort.  Fair to say?
  641: 5                 A.     Okay.
  641: 6                 Q.     All right.  Cardiovascular effects,
  641: 7            what money and resources did y'all put into studying
  641: 8            that?
  641: 9                 A.     Every clinical study we've done has
  641:10            studied the cardiovascular effects of Vioxx.

 Anstice 64306      643:6-644:8

  643: 6                Q.     Sir, we're talking about it being the
  643: 7            result of studies, but not the purpose of studies?
  643: 8            Y'all didn't do a study just for cardiovascular
  643: 9            purposes; did you?
  643:10                 A.     We did not do a study where the
  643:11            primary endpoint was CV safety.
  643:12                Q.     Right.  So, what other monies and
  643:13            efforts did y'all put into trying to figure out if
  643:14            cardiovascular problems were going to come from that
  643:15            drug?
  643:16                 A.     But that's across a large number of
  643:17            clinical studies, not only the original studies in
  643:18            arthritis, rheumatoid arthritis, VIGOR, but also the
  643:19            Alzheimer's disease studies and also eventually
  643:20            finally three cancer studies.
  643:21                Q.     All right.
  643:22                 A.     So, a large number of Phase III and
  643:23            subsequent studies.
  643:24                Q.     I'll list them.  VIGOR, Alzheimer's,
  643:25            cancer.  What others?
  644: page 644
  644: 1                 A.     All the Phase III programs.
  644: 2                Q.     Phase III.  Any others?
  644: 3                 A.     Every study that we did with Vioxx.
  644: 4                Q.     Can you think of any others?
  644: 5                 A.     I'm sure there were some other
  644: 6            studies.
  644: 7                Q.     I'm going to put "Maybe others."  Did
  644: 8            I write it right?

 Anstice 64410      644:10-644:19

  644:10                       THE WITNESS:  You wrote down the
  644:11            words that you said you were writing down, yes.
                                    Page 13
```

Anstice Final

```
644:12    BY MR. LANIER:
644:13    Q.      Okay.  Now, let's just make sure
644:14    we're clear on this.  Y'all were not studying Vioxx
644:15    to see if it caused Alzheimer's or to see if it
644:16    caused cancer, to see if it was dangerous in that
644:17    way, y'all were studying it to see if you could sell
644:18    it as a cure or as a help for Alzheimer's and
644:19    cancer; right?
```

Anstice 64421      644:21-645:9

```
644:21              THE WITNESS:  We were studying it to
644:22    see if there was a benefit to patients, and we're
644:23    assessing the risks at the same time so that we
644:24    could make a benefit/risk assessment.
644:25    BY MR. LANIER:
645: page 645
645: 1              Q.      In other words, you weren't studying
645: 2    it because you were worried it was going to cause
645: 3    cancer and you wanted to see, you were studying it
645: 4    to see if you could help cancer?
645: 5              A.      Yes, we were.  And another benefit of
645: 6    those studies was that we could use Vioxx in those
645: 7    studies along with placebo, which we believed would
645: 8    give us the best data in terms of answering all
645: 9    questions that may be raised about safety.
```

Anstice 64516      645:16-646:17

```
645:16              Q.      But to be fair, we ought to put
645:17    number of researchers because there were a number of
645:18    researchers over on this side of the column that
645:19    were working on safety at least, even if it wasn't
645:20    cardiovascular; right?
645:21              A.      Correct.
645:22              Q.      Can you think of anything else y'all
645:23    were putting in other than researchers and studies?
645:24    Any other efforts to determine whether or not Vioxx
645:25    caused heart attacks?
646: page 646
646: 1              A.      Well, there are numerous scientific
646: 2    meetings, reviews at congresses, so, there was a lot
646: 3    of dialogue, and there's a lot of effort over and
646: 4    above the studies, because there's people discussing
646: 5    what all the options were, the alternatives were
646: 6    extensively, right through this period.
646: 7              Q.      So, that's kind of research, I guess,
646: 8    but more than that, it's just talking about
646: 9    research?
646:10              A.      It's having --
646:11              Q.      So, y'all had -- I'm sorry.  Go
646:12    ahead.
646:13              A.      So, it's people discussing what all
646:14    of the options are.
646:15              Q.      So, I've put down a third thing,
646:16    people talking about it.  Y'all had that going in to
646:17    try and figure it out; true?  Is that fair to say?
```

Anstice 64619      646:19-646:21

```
646:19              THE WITNESS:  We had a lot of people
646:20    doing more than talking about it.  Working on this
646:21    issue, reviewing databases and so forth.
```

Page 14

Anstice Final

DA 64725        647:25-648:4

647:25          Q.      Now, I would like to then move over
648: page 648
648: 1     to the other side of our chart, the marketing side.
648: 2     First of all, your company brought a lot of
648: 3     expertise into marketing; true?
648: 4          A.      We hired some people, yes.

DA 64808        648:8-648:13

648: 8          Q.      Well, you are world-famous for it.
648: 9     You are world renowned for marketing; aren't you?
648:10          A.      We have a good reputation, yes.
648:11          Q.      I mean, you're not fussing the world
648:12     renowned language; are you?
648:13          A.      No.  No, I'm not.

Anstice 65511        655:11-655:22

655:11          Q.      Another thing you did on marketing,
655:12     we'll list it as number 5.  You would study the
655:13     effects of label changes.  You actually spend money
655:14     to see if changing the label language was going to
655:15     hurt your sales; wouldn't you?
655:16          A.      We would do market research
655:17     constantly on our products, and that included
655:18     testing different language and labels.
655:19          Q.      And y'all would do that with outside
655:20     companies; wouldn't you?
655:21          A.      Market research was typically done
655:22     with outside companies.

Anstice 68520        685:20-686:1

685:20          Q.      Who is your employer today?  What
685:21     company gives you a paycheck?
685:22          A.      Merck & Co. Inc.
685:23          Q.      When you made your lateral move, did
685:24     that change or is it Merck & Co. Inc. that was
685:25     giving you your salary, paycheck before?
685:ESQUIRE DEPOSITION SERVICES
686: 686
686: 1          A.      The same company.

DA 69302        693:2-693:7

693: 2          Q.      Well, you didn't, when you decided to
693: 3     put Vioxx on the market without running a test to
693: 4     see if it causes heart attacks, the way some of your
693: 5     scientists thought it might?
693: 6          A.      When Vioxx was brought to the market,
693: 7     it was a safe product.

DA 69410        694:10-694:17

694:10          Sir, that wasn't my question.  My
694:11     question is this.  Did the drug change from the time
694:12     y'all started selling it to everybody to the time
694:13     you pulled it off the market?
694:14          A.      Did it change in what regard?
694:15          Q.      Was it the same drug, did it have the
                              Page 15

Anstice Final

694:16      same chemical makeup?
694:17          A.      Yes.  It was the same product.

DA 69501      695:1-695:12

695: 1          Q.      Sir, the product you pulled from the
695: 2  market, according to your own APPROVe study, causes
695: 3  an increased number of heart attacks and strokes,
695: 4  doesn't it?
695: 5          A.      The APPROVe study showed that there
695: 6  was a relative risk greater in the Vioxx group
695: 7  versus the placebo group for the first time in all
695: 8  of the placebo controlled studies, which have been
695: 9  extensive, and based on that relative risk
695:10  difference and based on the availability of
695:11  alternative therapies, Merck made a decision to
695:12  withdraw the product.

Anstice 70022      700:22-701:18

700:22          Q.      All right.  So this study is going,
700:23  this semi-independent group is monitoring it, and
700:24  this group says to Merck, time-out, you got to stop
700:25  this study because the people who are taking Vioxx
700:ESQUIRE DEPOSITION SERVICES
701: 701
701: 1  have a higher rate of heart attacks and strokes than
701: 2  the people who are just taking a sugar pill.  Is
701: 3  that right?
701: 4          A.      They -- that's right.
701: 5          Q.      All right.
701: 6          A.      They told Merck to stop the study.
701: 7  It was their recommendation.
701: 8          Q.      Now, this was not the first study
701: 9  y'all did where one group taking Vioxx had a higher
701:10  rate of heart attacks and strokes than a group that
701:11  was taking a different kind of pill.   True?
701:12          A.      It was not the first time, but it was
701:13  the first time in a placebo-controlled study that a
701:14  difference had been shown.
701:15          Q.      Because the first time was the VIGOR
701:16  study, that was your very first study out of the box
701:17  that y'all were doing while you were selling the
701:18  drug on the fast track.   Right?

Anstice 70120      701:20-702:7

701:20                  THE WITNESS:  VIGOR was not the first
701:21  study that Merck did.  Merck had extensive studies
701:22  before VIGOR.  VIGOR, which did not have a placebo
701:23  arm, also showed a difference in CV events between
701:24  Vioxx and in that case naproxen.  Not a sugar pill,
701:25  but naproxen.
701:ESQUIRE DEPOSITION SERVICES
702: 702
702: 1  BY MR. LANIER:
702: 2          Q.      And so y'all's reaction to the VIGOR
702: 3  study that showed people taking Vioxx were getting
702: 4  more heart attacks and strokes than the people
702: 5  taking the other pill was just to say the other pill
702: 6  must be really helpful for your heart?  That was
702: 7  your response then, wasn't it?

Anstice Final

Anstice 70209      702:9-702:15

```
702: 9                THE WITNESS:  Our response at that
702:10   time, after looking at whether or not Vioxx in the
702:11   VIGOR study, that's what we're talking about,
702:12   whether the Vioxx was prothrombotic, our conclusion,
702:13   based on looking at the then accumulated data we
702:14   had, was that Vioxx was not different from placebo
702:15   and not different from non-naproxen NSAIDs.
```

Anstice 70217      702:17-702:24

```
702:17                THE WITNESS:  We then looked at the
702:18   naproxen arm to see if there could be explanations
702:19   which explained why it would have the statistically
702:20   significant rate.  And our conclusion is that on the
702:21   weight -- the balance of evidence, that the most
702:22   likely, not the only explanation, but the most
702:23   likely explanation was that naproxen was
702:24   cardioprotective.
```

Anstice 70303      703:3-703:8

```
703: 3        Q.      Sir, in other words, in common
703: 4   everyday language, when your VIGOR study showed
703: 5   people taking Vioxx were more likely to have heart
703: 6   attacks and strokes than people taking the other
703: 7   pill, the explanation that your company offered was,
703: 8   well, that other pill must help your heart.  True?
```

Anstice 70310a      703:10-703:25

```
703:10                THE WITNESS:  After considering all
703:11   of the data, we believed that that was the most
703:12   likely reason for that difference, yes.
703:13   BY MR. LANIER:
703:14        Q.      Now, you couldn't very well pony up
703:15   that reason for the sugar pill, though, because
703:16   everybody knows the sugar pill is not going to help
703:17   your heart.  Right?
703:18        A.      The sugar pill should not have any
703:19   effect, positive or negative.
703:20        Q.      Let's go back, though, to that first
703:21   drug, naproxen.  That's something you and I can buy
703:22   if we go down to the drug store, because it's come
703:23   off of patent and because it's now over the counter.
703:24   True?
703:25        A.      That's true.
```

DA 70416      704:16-705:1

```
704:16        Q.      Syntex was a drug company, wasn't it?
704:17        A.      Yes, it was.
704:18        Q.      And today Syntex is owned by who?
704:19        A.      Roche bought Syntex a number of years
704:20   ago.
704:21        Q.      Did it ever occur to your guys that
704:22   if Syntex's drug was good for the heart, that Syntex
704:23   would have been selling it for that reason and
704:24   telling everybody and using all of their marketing
704:25   people like you to get that drug out there and sell
704:ESQUIRE DEPOSITION SERVICES
705: 705
```

Page 17

Anstice Final

705: 1 ;  more prescriptions because it's good for your heart,

DA 70502     705:2-705:4

705: 2    it will help stop heart attacks?  Did it occur to
705: 3    you that maybe that would have been done if it were
705: 4    true?

DA 70506     705:6-705:24

705: 6                    THE WITNESS:  I don't know the
705: 7    reasons that -- at the point in time that it was
705: 8    Syntex was many years ago, and I don't recall when
705: 9    the fact of aspirin being known to be
705:10    cardioprotective was first acknowledged, and I don't
705:11    know -- I have no idea whether at that time Syntex,
705:12    the originator of naproxen, believed that that was
705:13    an appropriate study to do.  I have no information.
705:14    BY MR. LANIER:
705:15         Q.    You didn't call them?
705:16         A.    This was many years ago.
705:17         Q.    Yeah.  But I'm just saying, before
705:18    you -- when your study shows that your Vioxx is
705:19    causing more -- or associated, as you like to say,
705:20    with more heart attacks and strokes than naproxen
705:21    before you just pell-mell and go tell everybody, oh,
705:22    naproxen is just good for your heart, did you bother
705:23  ;  to call the people who studied it and tested it and
705:24    sold it for years

DA 70525     705:25-706:1

705:25    call them up and say, hey, did y'all ever do any
705:ESQUIRE DEPOSITION SERVICES
706: 706
706: 1    testing to see if this is good for your heart?

Anstice 70603b     706:3-706:21

706: 3                    THE WITNESS:  I don't know.
706: 4    BY MR. LANIER:
706: 5         Q.    I mean, don't you think that would be
706: 6    a reasonable thing to do before you start telling
706: 7    everybody naproxen is good for your heart, you ought
706: 8    to call the people that invented it and sold it for
706: 9    years and ask them if they ever did any studies and
706:10    if they knew?
706:11         A.    I think what would be reasonable and
706:12    what I know Merck did is reviewed the literature
706:13    extensively in order to draw the conclusion.
706:14    Whether that review included talking to the
706:15    originator, I don't know.
706:16         Q.    Yeah.  But in that review, y'all
706:17    never found one study that showed naproxen was good
706:18    for your heart, did you?
706:19  ;       A.    There were no studies conducted with
706:20    naproxen to show or not show that it was
706:21    cardioprotective.

Anstice 70622     706:22-708:1

706:22         Q.    Did you ever see those monkeys where
706:23    one set of -- one monkey has got his eyes closed and

Page 18

Anstice Final

706:24    the other monkey got his ears closed and the other
706:25    monkey has his mouth -- with his hands over his
706:ESQUIRE DEPOSITION SERVICES
707: 707
707: 1    mouth?
707: 2            A.      Yes.
707: 3            Q.      You know, hands over the eyes.  Hear
707: 4    -- see no evil, hear no evil, speak no evil.  You've
707: 5    seen those monkeys?
707: 6            A.      Yes, I have.
707: 7            Q.      That's what y'all were doing on this,
707: 8    is you were just closing your eyes, you didn't want
707: 9    to know if that naproxen was good or bad for the
707:10    heart and you didn't want to know if your Vioxx was
707:11    good or bad for the heart, and you were closing your
707:12    ears because you didn't want to hear anybody tell
707:13    you that.  And you were closing your mouth, because
707:14    you weren't going to ask anybody, were you?
707:15            A.      I don't know that's a fair
707:16    characterization of Merck's behavior at all.
707:17            Q.      All right.  Who did you ask if --
707:18    over -- anywhere?  Who did you ask about studies to
707:19    see if naproxen is good for the heart?
707:20            A.      I was involved in meetings with our
707:21    research people who presented the alternative
707:22    explanations and presented the balance of evidence
707:23    for Vioxx versus placebo, Vioxx versus non-naproxen
707:24    NSAIDs, and also looked at all the data which
707:25    appeared to support the naproxen hypothesis, as it's
707:ESQUIRE DEPOSITION SERVICES
708: 708
708: 1    called.


D Anstice 23610      236:10-236:16

236:10            Q.      That same physician who encounters a
236:11    patient who is slightly obese, has hypertension, may
236:12    have smoked cigarettes, what information did Merck
236:13    tell that physician in 2000, August of 2000, that
236:14    Merck had data that suggested strongly that that
236:15    person was at increased risk for heart attack or
236:16    stroke if he took Vioxx?


D Anstice 23618      236:18-237:2

236:18                    THE WITNESS:  Merck did not have data
236:19    that that particular patient that you just described
236:20    was at increased risk of heart attack.  In the
236:21    middle of 2000, Merck had data that in a study with
236:22    naproxen there was a difference in CV events between
236:23    the naproxen and the Vioxx arm.  We had substantial
236:24    other data in non-naproxen comparators and with
236:25    placebo which said clearly that there was no
237: page 237
237: 1    difference between Vioxx and these other placebo or
237: 2    other agents in terms of unwanted CV side effects.


DA 70904      709:4-709:9

709: 4            Q.      Let me understand this.  You're
709: 5    President of the Human Health part of Merck.  Right?
709: 6            A.      Correct.
709: 7            Q.      And as President of the Human Health

Anstice Final

```
709: 8    part of Merck, your responsibility is to see that
709: 9    this drug gets sold, you have no
```

DA 70909      709:9-709:10

```
709: 9    this drug gets sold, you have no
709:10    responsibility for seeing that it's safe,
```

DA 70911      709:11-709:13

```
709:11    that's in a whole different division
709:12    that doesn't even report to you.  Is that right?
709:13        A.    No, that is not correct.
```

DA 71014      710:14-710:23

```
710:14        Q.    I'm trying to understand your answer.
710:15    I need help here.  I'm saying you're the President
710:16    of Human Health, and you're telling me that, yes,
710:17    you have responsibility for safety so you're out
710:18    there peddling a drug that you're saying the whole
710:19    reason that the drug is causing more heart -- or
710:20    seems to be associated with more heart attacks and
710:21    strokes is because this other drug is just really
710:22    good for the heart.  And if you're out there
710:23    peddling that
```

DA 71024      710:24-711:1

```
710:24    I want to know who you went to to talk
710:25    to see if, in fact, naproxen was safer?  Who outside
710:ESQUIRE DEPOSITION SERVICES
711: 711
711: 1    of your company?
```

Anstice 71103a      711:3-711:7

```
711: 3            THE WITNESS:  I did not personally
711: 4    talk to people outside my company.  But the people
711: 5    reporting to me were responsible for selling the
711: 6    product consistent with the benefits and risks set
711: 7    out for Vioxx.
```

DA 71201      712:1-712:3

```
712: 1        Q.    Sir, you know it's billions of pills
712: 2    you made, don't you?
712: 3        A.    It probably is.  I don't know.
```

DA 71205      712:5-712:13

```
712: 5    billions of these pills probably, and you're telling
712: 6    me as the President of Human Health, you didn't
712: 7    check with anybody outside the company to see if
712: 8    your line about naproxen is just healthy for your
712: 9    heart, to see whether or not that had any validity.
712:10    Is that what you're telling me?
712:11        A.    I did not do that because I knew that
712:12    others who could make those determinations much
712:13    better than I, were doing that.
```

DA 71425      714:25-715:2

Page 20

Anstice Final

```
714:25           Q.      So it's safe -- it's safe for the
```
```
715: 715
715: 1    jury to assume that Vioxx was not a drug that could
715: 2    sell itself.  Is that right?
```

Anstice 71504a      715:4-715:9

```
715: 4           THE WITNESS:  The responsibility of
715: 5    marketing is to take our product to our customers
715: 6    and tell them of the benefits, tell them of the
715: 7    risks and see if it's an appropriate choice for the
715: 8    millions of patients that we thought could and did
715: 9    benefit from Vioxx.
```

Anstice 71515a      715:15-716:2

```
715:15           Q.      You've heard of a product that's so
715:16    good it sells itself, haven't you?
715:17           A.      I've heard the expression.  I don't
715:18    know the product.  I can't give you an example of a
715:19    product.
715:20           Q.      You can't think of one product that
715:21    is so good, it sells itself?
715:22           A.      I don't believe so.
715:23           Q.      Wow.  Well, at least if we were going
715:24    to start listing products like that, we wouldn't put
715:25    Vioxx on that list, would we?
```
```
716: 716
716: 1           A.      I don't -- I don't think such a list
716: 2    will be put together.
```

DA 71914      719:14-719:17

```
719:14           Q.      All right.  Well, just assume for me
719:15    that I'm going to come up with a long list of
719:16    products that are so good that they basically sell
719:17    themselves.
```

DA 71918      719:18-719:23

```
719:18    Would you want to put Vioxx on
719:19    that list?
719:20           A.      I would not put any of our products
719:21    on that list because I think all of the products
719:22    that we sell require our marketing and sales support
719:23    to maximize the benefit to patients.
```

Anstice 75605      756:5-757:2

```
756: 5           Q.      The amount of money you spent
756: 6    studying the drug isn't anywhere near close to the
756: 7    amount of money y'all spent trying to sell the drug
756: 8    and market it.  True?
756: 9           A.      That may be true.  But the amount of
756:10    money spent on the studies is relevant to the
756:11    studies.  The amount of money spent on marketing
756:12    relates to the total effort required to take the
756:13    product to our customers.
756:14           Q.      Sir, if we were to continue down the
756:15    list of things y'all did in marketing -- by the way,
756:16    have you compared the number of people at Merck who
```
Page 21

Anstice Final

```
756:17    are in charge of research to the number of people in
756:18    Merck who are in charge of sales?
756:19         A.     No, I have not done that comparison.
756:20         Q.     I bet you you got a ton more salesmen
756:21    than you do research scientists on Vioxx, don't you?
756:22         A.     Yes.  But the reason for that is, we
756:23    have the scientists supporting Vioxx sufficient for
756:24    the needs there and we have the sales reps
756:25    sufficient to support the marketing effort across
756:ESQUIRE DEPOSITION SERVICES
757: 757
757: 1    the audience of physicians and others that we were
757: 2    covering.
```

Anstice 75707b      757:7-757:20

```
757: 7         Q.     In addition to the eight reasons
757: 8    we've -- or eight items we've listed here under
757: 9    marketing, a ninth thing y'all did in marketing,
757:10    y'all would have marketing consultant meetings where
757:11    y'all would meet with consultants and discuss the
757:12    marketing plans.  True?
757:13         A.     There were market research consultant
757:14    meetings, yes.
757:15         Q.     And in addition to that, y'all had --
757:16    you spent a surplus or an extra amount of FMC money,
757:17    right, but you didn't remember what FMC meant, did
757:18    you?
757:19         A.     Yes, the people in the field had a
757:20    budget with their customers, yes.
```

DA 75905       759:5-759:11

```
759: 5    Now, y'all also hired speech givers.  You paid
759: 6    people to give speeches.
759: 7         A.     We had --
759: 8         Q.     True?
759: 9         A.     We had a program of medical education
759:10    with physicians who were contracted with us to speak
759:11    to physician audiences, yes.
```

Anstice 76004      760:4-760:12

```
760: 4         Q.     Who would I need to talk to about
760: 5    that?
760: 6         A.     I think that would be -- that would
760: 7    be DeeDee Scott.
760: 8         Q.     All right.  For number 12 I'm just
760: 9    going to put possibly paid clinical paper writers
760:10    because you're not sure?
760:11         A.     I'm not sure.
760:12         Q.     All right.
```

Anstice 76021      760:21-764:11

```
760:21         Q.     Now, the marketing efforts that you
760:22    did, and by you here, I mean Merck.  The marketing
760:23    efforts Merck did got them in some trouble with the
760:24    FDA, didn't it?
760:25         A.     We received a warning letter from the
760:ESQUIRE DEPOSITION SERVICES
761: 761
761: 1    FDA, yes.
```

Anstice Final

761: 2        Q.     Well, you got more than one, didn't
761: 3  you?
761: 4        A.     With regard to Vioxx?
761: 5        Q.     Yes, sir.
761: 6        A.     I know we received a warning letter,
761: 7  and I think there had been an earlier complaint
761: 8  about homemade detail pieces.
761: 9        Q.     Yes.  Let's look at that one first.
761:10  This is Exhibit 114.
761:11              -   -   -
761:12        (Exhibit Anstice 114 marked for
761:13  identification.)
761:14              -   -   -
761:15  BY MR. LANIER:
761:16        Q.     You got it in front of you now?
761:17        A.     Yes, I do.
761:18        Q.     This is from the FDA, the Food and
761:19  Drug Administration, isn't it?
761:20        A.     Yes.  Yes, it is.
761:21        Q.     And it went to Ellen Westrick, the
761:22  executive director, office of medical/legal.  Is
761:23  that right?
761:24        A.     That's correct.
761:25        Q.     Is she a lawyer?
761:ESQUIRE DEPOSITION SERVICES
762: 762

762: 1        A.     No, she is not a lawyer.
762: 2        Q.     She's the executive director in the
762: 3  medical/legal office of Merck?
762: 4        A.     That's correct.
762: 5        Q.     This was an FDA letter you've seen
762: 6  before, haven't you?
762: 7        A.     I may have.  I don't recall.  It's
762: 8  quite possible.
762: 9        Q.     Well, you sure would hope someone
762:10  would bring it to your attention if it slams the
762:11  marketing you're the president of?
762:12        A.     I'm sure it was -- I'm sure the issue
762:13  was brought to my attention.
762:14        Q.     Look at what it complains about on
762:15  the second sentence.  Well, first of all, look at
762:16  the first sentence, Reference is made to Merck's
762:17  letters in response to letters from the FDA dated
762:18  November 12 and December 1.  So this is now our
762:19  third letter from the FDA on this issue, isn't it?
762:20        A.     I don't know that it's in regard to
762:21  this issue.
762:22        Q.     Well, look at it.  It says, our
762:23  letters dated November 12.
762:24        A.     In response to letters.
762:25        Q.     Yeah.  "...concerned the alleged
762:ESQUIRE DEPOSITION SERVICES
763: 763

763: 1  dissemination."
763: 2        A.     Yes.  Yes, it appears to.
763: 3        Q.     All right.  So what you've got in
763: 4  front of you now is your third letter from the FDA
763: 5  concerned about what y'all were doing.  Right?
763: 6        A.     This seems to be a third letter,
763: 7  right.
763: 8        Q.     And the FDA said, "Our letters
763: 9  concerned the alleged dissemination of two
763:10  'homemade' promotional pieces, entitled 'TEN REASONS

Page 23

Anstice Final

```
763:11          WHY VIOXX IS BETTER THAN CELEBREX.'"  Did I read
763:12     that right?
763:13          A.      Yes, you did.
763:14          Q.      You don't think that is the same top
763:15     ten reason type speech writer that homemade that one
763:16     that made your speech of the top ten, do you?
763:17          A.      I don't know.  I would be
763:18     speculating.
763:19          Q.      Well, did you ever investigate to see
763:20     to what extent these homemade pieces were used to
763:21     promote Vioxx?
763:22          A.      Yes, that was investigated by our
763:23     people at Merck.
763:24          Q.      All right.  Who was doing it?
763:25          A.      It was done by this group in
763:ESQUIRE DEPOSITION SERVICES
764: 764
764: 1     conjunction with our legal group.
764: 2          Q.      Okay.  Who within Merck was handing
764: 3     out promotional pieces entitled "TEN REASONS WHY
764: 4     VIOXX IS BETTER THAN CELEBREX"?
764: 5          A.      I don't know.
764: 6          Q.      Well, how did you investigate it if
764: 7     you don't know who did it?
764: 8          A.      It was investigated at a level below
764: 9     me.
764:10          Q.      Well, who investigated it?  Who did
764:11     you hand that off to?
```

Anstice 76413a        764:13-764:22

```
764:13                  THE WITNESS:  I didn't hand it off.
764:14     This person, Ellen Westrick, is responsible for
764:15     office of medical/legal.  She would have immediately
764:16     worked with our legal group to investigate it and
764:17     determine what happened and take steps to stop it.
764:18     BY MR. LANIER:
764:19          Q.      All right.  Let me see if I
764:20     understand this.  You're the head of marketing and
764:21     advertising, right, you're the president?
764:22          A.      I am, correct.
```

Anstice 76423        764:23-765:2

```
764:23          Q.      And you're getting multiple -- Merck
764:24     is getting multiple letters from the FDA complaining
764:25     about marketing, promotional pieces being handed out
764:ESQUIRE DEPOSITION SERVICES
765: 765
765: 1     on your biggest selling drug.  Right?
765: 2          A.      Yes.
```

Anstice 76601        766:1-766:5

```
766: 1          Q.      Well, if I'm understanding Merck's
766: 2     position, though, this was a renegade group of
766: 3     pieces being handed out, you've got people already
766: 4     violating your procedures in an effort to try and
766: 5     sell this drug.  Did you bother to check to see who?
```

Anstice 76607        766:7-766:13

```
766: 7                  THE WITNESS:  No.  Nor would I expect
```

Page 24

Anstice Final

```
766: 8    to check at this level.  If there were more than
766: 9    2,000 sales representatives supporting Vioxx, then I
766:10    would expect that consistent with our policies and
766:11    procedures in the system, that somebody would
766:12    address this situation and take the appropriate
766:13    action.
```

Anstice 76615      766:15-767:11

```
766:15         Q.      So your company gets written up three
766:16    times here by the FDA for wrong dissemination of
766:17    promotional pieces that are out of line, and your
766:18    position on that is I'm sure somebody is going to
766:19    handle that, I don't need to?
766:20         A.      Well, I believe the three times would
766:21    relate, it seems, based on a quick look at this
766:22    letter, to one incident.  And, yes, I believe our
766:23    organization is well equipped, has been and is well
766:24    equipped to address these issues and take the
766:25    appropriate action.
766:ESQUIRE DEPOSITION SERVICES
767: 767
767: 1         Q.      Well, sir, but it says we've reviewed
767: 2    these promotional pieces and have determined they're
767: 3    false or misleading.  They contain
767: 4    misrepresentations of Vioxx's safety profile.
767: 5    Unsubstantiated comparative claims.  They're lacking
767: 6    in fair balance.  And it also says that these pieces
767: 7    were being handed out, "in their respective
767: 8    geographic regions," plural.  Now, did you bother to
767: 9    go find out where they were handed out and try to
767:10    fix the false and misleading data that the FDA said
767:11    y'all were passing around?
```

DA 76714      767:14-767:23

```
767:14              THE WITNESS:  I did not do that.  The
767:15    reason I did not do that is homemade detail pieces,
767:16    which is a phrase which means that the pieces, just
767:17    to be clear about that, were not approved through
767:18    our medical/legal system, were it seems in this
767:19    case, produced by one sales representative, and I am
767:20    sure that this issue was settled, that these are
767:21    clearly against Merck's policies, to do -- to do any
767:22    material that doesn't go through our medical/legal
767:23    approval.
```

DA 80723      807:23-808:1

```
807:23         Q.      You never gave this to the FDA, did
807:24    you?
807:25         A.      But this is not a document that was
807:ESQUIRE DEPOSITION SERVICES
808: 808
808: 1    used with customers.
```

Anstice 80805      808:5-808:8

```
808: 5         Q.      You never gave this to the FDA, did
808: 6    you?
808: 7         A.      This is not a document that we would
808: 8    ever need to send to the FDA.
```

Page 25

Anstice Final

Anstice 80812      808:12-808:20

```
808:12          Q.        You never gave this document to the
808:13    FDA, did you?
808:14          A.        We did not give this document to the
808:15    FDA nor would there be a reason that we would need
808:16    to.
808:17          Q.        There's a reason not to.  They'd
808:18    probably get you in trouble and say, it wasn't a
808:19    renegade salesman, it came from the president.
808:20    True?
```

Anstice 80822a      808:22-808:24

```
808:22                    THE WITNESS:  No, I don't believe
808:23    they would regard this as a relevant document for
808:24    them to receive at all.
```

D Anstice 81914      819:14-820:1

```
819:14          Q.        So y'all have known for years that
819:15    Vioxx could cause blood pressure to go up while
819:16    Celebrex couldn't?
819:17          A.        No, we did not know that.  All of the
819:18    NSAIDs, Vioxx and Celebrex included, are associated
819:19    with two class effects.  One is that they can cause
819:20    blood pressure to go up.  The other is that they can
819:21    accumulate fluid in the body, neither of which are
819:22    good things.  Vioxx was associated with these two
819:23    effects.  This was captured in our early clinical
819:24    studies, documented in our label.  Celebrex is also
819:25    associated, but with a lower incidence, to these
819:ESQUIRE DEPOSITION SERVICES
820: 820
820: 1    effects.
```

D Anstice 94304      943:4-943:12

```
943: 4          Q.        But prior to marketing the drug, you
943: 5    knew about that.  Correct?
943: 6          A.        Yes.  And that was anticipated
943: 7    because all nonsteroidals and now the newer COX-2
943: 8    selective agents all seemed to have a similar effect
943: 9    in some patients, some percentage of patients, to
943:10    elevate blood pressure and to cause fluid retention.
943:11    That was a known risk with using any of these
943:12    agents.
```

d Anstice 104302      1043:2-1043:14

```
1043: 2          Q.        Good morning, Mr. Anstice.  Would you
1043: 3    please introduce yourself to the jury?
1043: 4          A.        My name is David Westbrook Anstice.
1043: 5          Q.        Mr. Anstice, how are you currently
1043: 6    employed?
1043: 7          A.        I'm employed by Merck as president
1043: 8    for human health.
1043: 9          Q.        How long have you had that position?
1043:10          A.        Two years and three or four months.
1043:11          Q.        Mr. Anstice, does the title
1043:12    "president" mean that you're the head of the entire
1043:13    company?
1043:14          A.        No, it does not.
```

Anstice Final

d Anstice 104322      1043:22-1044:3

```
1043:22          Q.          What does the term "human health" in
1043:23   your title refer to?
1043:24          A.          This refers to -- my responsibility
1043:25   today is for sales and marketing activities in a
1044:
1044: 1   number of countries around the world.  Specifically
1044: 2   those countries are Canada, Latin America, Japan,
1044: 3   Australia and New Zealand.
```

d Anstice 104408      1044:8-1044:16

```
1044: 8          Q.          Can you tell us what the
1044: 9   significance, if any, is of the term "human health"?
1044:10          A.          Human health is a term we use in our
1044:11   company to cover the -- to describe the business of
1044:12   our prescription medicine business as distinct from
1044:13   vaccines or animal health products and, therefore, I
1044:14   am responsible for all of the prescription medicines
1044:15   sold by Merck, again, in the countries that I just
1044:16   described.
```

D Anstice 104417      1044:17-1045:10

```
1044:17          Q.          Before you were the president of
1044:18   human health, what was your position at Merck?
1044:19          A.          Up until December 2002, I was
1044:20   president, human health, the Americas.
1044:21          Q.          How long did you hold that position?
1044:22          A.          That position was from approximately
1044:23   1997 to 2002.
1044:24          Q.          What were your general duties and
1044:25   responsibilities as president of human health for
1045:
1045: 1   the Americas?
1045: 2          A.          My responsibilities, again, were
1045: 3   responsible for sales and marketing activities
1045: 4   related to Merck's prescription medicine business,
1045: 5   this time for the U.S. market, for Canada and for
1045: 6   Latin America.
1045: 7          Q.          Did your responsibilities as
1045: 8   president of human health the Americas include
1045: 9   responsibility for Vioxx?
1045:10          A.          Yes, they did.
```

D Anstice 104514      1045:14-1045:16

```
1045:14          Q.          Mr. Anstice, are you a medical
1045:15   doctor?
1045:16          A.          No, I am not.
```

d Anstice 104517      1045:17-1045:19

```
1045:17          Q.          Does the human health division at
1045:18   Merck deal with anything other than the sales and
1045:19   marketing side of Merck?
```

d Anstice 104522      1045:22-1047:6

```
1045:22                      THE WITNESS:  No.  We are the
1045:23   commercial arm for Merck.
```

Page 27

Anstice Final

```
1045:24   BY MR. RABER:
1045:25          Q.        Is there a division at Merck that's
1046:
1046: 1   responsible for medical, scientific and research
1046: 2   part of Merck's business?
1046: 3          A.        Yes, there is.
1046: 4          Q.        What's the name of that division?
1046: 5          A.        That division is called Merck
1046: 6   Research Laboratories.
1046: 7          Q.        Are you a part of that division?
1046: 8          A.        No, I am not.
1046: 9          Q.        Who's the president of that division?
1046:10          A.        Today the president of that division
1046:11   is Dr. Peter S. Kim.
1046:12          Q.        Who was president of that division
1046:13   during the development of Vioxx?
1046:14          A.        During the development of Vioxx, Dr.
1046:15   Edward Scolnick was president of that division.
1046:16          Q.        What kind of training did Dr. Kim and
1046:17   Dr. Scolnick have?
1046:18          A.        Dr. Kim is a Ph.D. in medical
1046:19   science, and Dr. Scolnick is a medical physician,
1046:20   but also with extensive scientific training.
1046:21          Q.        In general terms, what kinds of
1046:22   backgrounds did the people have that work in the
1046:23   Merck Research Labs division?
1046:24          A.        Certainly at the senior levels, the
1046:25   people, physicians, in some cases physicians also
1047:
1047: 1   with doctorates in medical sciences, in other cases
1047: 2   they have Ph.D.s or other senior degrees in medical
1047: 3   research fields quite broadly.
1047: 4          Q.        Do those people in the Merck Research
1047: 5   Labs division report to you?
1047: 6          A.        No, they do not.
```

D Anstice 104707     1047:7-1047:18

```
1047: 7          Q.        Mr. Anstice, to whom did you report
1047: 8   when you were president of human health for the
1047: 9   Americas?
1047:10          A.        I reported throughout that period to
1047:11   Mr. Ray Gilmartin, the CEO of Merck.
1047:12          Q.        To whom do you report in your
1047:13   position as president of U.S. -- I mean, strike
1047:14   that.
1047:15          Q.        To whom do you report now in your
1047:16   position as president of human health?
1047:17          A.        To the same person, Mr. Ray
1047:18   Gilmartin.
```

D Anstice 105006     1050:6-1052:6

```
1050: 6          Q.        Mr. Anstice, where are you originally
1050: 7   from?
1050: 8          A.        From Australia.
1050: 9          Q.        Are you married?
1050:10          A.        Yes, I am.
1050:11          Q.        Where do you and your wife currently
1050:12   live?
1050:13          A.        In Whitemarsh Township, Pennsylvania.
1050:14          Q.        Let's talk a little bit more about
1050:15   your background and how you came to work for Merck.
```

Page 28

Anstice Final

1050:16   Can you tell us about your formal education?
1050:17              A.        After high school, my formal
1050:18   education was to do a bachelor of economics degree
1050:19   at the University of Sydney in Sydney, Australia.
1050:20              Q.        In what subject was your Bachelor's
1050:21   degree?
1050:22              A.        The subject was economics with majors
1050:23   in political economy and economics.
1050:24              Q.        What did you do after you got your
1050:25   degree from the University of Sydney?
1051:
1051: 1              A.        I joined the Pharmaceutical
1051: 2   Manufacturers Trade Association in Australia.
1051: 3              Q.        What were your general duties in that
1051: 4   position?
1051: 5              A.        I was an economist in that
1051: 6   organization, and I generally worked with the 50, 60
1051: 7   member companies to provide services to them, which
1051: 8   included extensive involvement with the government
1051: 9   on a broad range of different issues.
1051:10              Q.        Mr. Anstice, why did you take a job
1051:11   in the pharmaceutical industry at that time?
1051:12              A.        Upon leaving university, I took that
1051:13   position because of the mix -- because I wanted to
1051:14   work in the commercial world, but I was also
1051:15   interested in the linkage between the commercial
1051:16   world and the world of government, and this job
1051:17   provided a very interesting platform to do that.
1051:18              Q.        How long did you stay with the
1051:19   Pharmaceutical Manufacturers Association in
1051:20   Australia?
1051:21              A.        I stayed with that group for
1051:22   approximately five years.
1051:23              Q.        Why did you leave that position?
1051:24              A.        I left that position because I was
1051:25   offered a position in a number of companies, but one
1052:
1052: 1   of them was Merck, and I had grown to see the
1052: 2   importance of the industry, the benefit that it
1052: 3   provided to patients, and Merck in Australia at that
1052: 4   time was a fine company which had excellent
1052: 5   products, and I was very pleased to accept their job
1052: 6   offer at the time.

D Anstice 105212       1052:12-1057:6

1052:12              Q.        What year did you join Merck?
1052:13              A.        1974.
1052:14              Q.        Can you describe for us in general
1052:15   terms the positions that you had and the nature of
1052:16   your responsibilities while you were working for
1052:17   Merck in Australia?
1052:18              A.        I worked in Australia for the next
1052:19   seven years, and I had a variety of different jobs
1052:20   in marketing and supporting marketing and selling
1052:21   activities in our business in Australia.
1052:22              Q.        Did there come a point in time where
1052:23   you moved to the United States?
1052:24              A.        I came on a temporary basis in
1052:25   '81/'82.  I then went for Merck to South Africa
1053:
1053: 1   where I had responsibility for sales and marketing
1053: 2   and then returned to Australia in 1984.

Page 29

Anstice Final

1053: 3        Q.        Did you come to the United States on
1053: 4     a more permanent basis at some point?
1053: 5        A.        Yes, I did.  In 1988 I came to the
1053: 6     U.S. apparently on a more permanent basis, and at
1053: 7     that time I came to a position which was head of
1053: 8     marketing for our international -- the international
1053: 9     part of our business.
1053:10        Q.        Now, let's talk about the time when
1053:11     you were the president of human health for the
1053:12     Americas.  You've got that time frame all set?
1053:13        A.        Yes.
1053:14        Q.        Can you describe for us generally
1053:15     what your job entailed at that point?
1053:16        A.        Yes.  My responsibility was to
1053:17     oversee -- I had ultimate responsibility and
1053:18     accountability for all of Merck's prescription
1053:19     medicine business in the United States, as well as
1053:20     in the other areas that I mentioned, and as part of
1053:21     that, I was involved in interactions also with other
1053:22     divisions at Merck.
1053:23        Q.        Are you familiar with documents at
1053:24     Merck that are referred to as business plans and
1053:25     profit plans?
1054:
1054: 1        A.        Yes, I am.
1054: 2        Q.        What are those documents?
1054: 3        A.        We use the term "business plan" to
1054: 4     describe a document which is a planning and
1054: 5     financial document which projects our business
1054: 6     typically for the next five years.
1054: 7                  A profit plan is a document which is,
1054: 8     in effect, our annual planning budget, both sales
1054: 9     revenues and expenses for the next calendar year,
1054:10     and that's something we work on each year as we put
1054:11     together our plans.
1054:12        Q.        Do those business plans and profit
1054:13     plans involve sales forecasts, for example?
1054:14        A.        Yes.  They are a very important
1054:15     component of those plans.
1054:16        Q.        What kinds of things does Merck
1054:17     consider when it does sales forecasts?
1054:18        A.        When we consider sales forecasts,
1054:19     they are what we describe as assumption based, that
1054:20     is, we survey all of the events that are knowable at
1054:21     least and consider what the impact of those events
1054:22     might be on our sales forecast.  We project trends
1054:23     for existing products.  We anticipate new products
1054:24     that would be competitive with the product.  We
1054:25     anticipate or assume new claims, new formulations.
1055:
1055: 1     We also try and anticipate changes generally in the
1055: 2     marketplace that might affect the revenue or usage
1055: 3     of our products.
1055: 4        Q.        Does Merck ever keep track of what
1055: 5     its competitors are doing?
1055: 6        A.        We keep track of our competitors on a
1055: 7     constant basis because --
1055: 8        Q.        Why do you do that?
1055: 9        A.        Well, that's a very important part of
1055:10     assessing how our product is being seen in the
1055:11     marketplace, how it's being used, and we're
1055:12     constantly assessing both the perceptions related to
1055:13     our product and competitors, we're constantly

Anstice Final

1055:14 assessing their market share, their sales.  We're
1055:15 also monitoring to see what new studies they might
1055:16 be doing and so forth.  It's a very important part
1055:17 of our activities.
1055:18            Q.     Mr. Anstice, did the forecasts that
1055:19 you mentioned have any effect on how Merck labels
1055:20 its drugs?
1055:21            A.     No.  The forecasts don't affect the
1055:22 label per se.  If we make assumptions with
1055:23 particular claims, then we might have a different
1055:24 audience of patients that might be suitable for a
1055:25 product that could affect it in that way, but that
1056:
1056: 1 would be a dialogue with the research group.
1056: 2            Q.     Let's go back to marketing, Mr.
1056: 3 Anstice, and I'd like to talk, um, about the
1056: 4 role that marketing plays at Merck and how it
1056: 5 relates to scientific research at Merck.
1056: 6            First, how does marketing in the
1056: 7 pharmaceutical business differ from other
1056: 8 businesses?
1056: 9            A.     I think it differs in some important
1056:10 ways.  To begin with, only a physician can prescribe
1056:11 a prescription medicine, and that makes it, I think,
1056:12 very different from many businesses.  I think that
1056:13 also the consumer is an important part ultimately,
1056:14 but it really is different in that our primary
1056:15 audience has to be the physician.
1056:16            Q.     How does the fact that your primary
1056:17 audience is the physician affect the way you market
1056:18 at Merck?
1056:19            A.     It affects it in a number of
1056:20 important ways.  First of all, our -- the product
1056:21 that we sell in the market, regulators agree with
1056:22 Merck on the label and what the benefits and risks
1056:23 of that product are, and that sets out what the
1056:24 basis of the discussion can be with a physician.
1056:25 That's a very important difference.  That, in turn,
1057:
1057: 1 leads Merck to pay close attention to that as we
1057: 2 direct our marketing and selling activities to our
1057: 3 physician audiences.
1057: 4            Q.     How does it affect the type of
1057: 5 information that's provided to doctors as part of
1057: 6 the marketing?

D Anstice 105709      1057:9-1057:25

1057: 9            THE WITNESS:  It affects the type of
1057:10 marketing because we are constantly reviewing the
1057:11 data of the products, and it affects it in the sense
1057:12 that we have to make sure that we're providing
1057:13 physicians with relevant and appropriate information
1057:14 to treat the disease that the product is directed
1057:15 towards.
1057:16 BY MR. RABER:
1057:17            Q.     In your experience, do physicians
1057:18 demand that type of information?
1057:19            A.     My experience is that, and I think
1057:20 broadly the experience of people in the commercial
1057:21 side of Merck, is that physicians treating diseases
1057:22 have very specific needs.  They have choices
1057:23 available to them.  Those needs are constantly being

Page 31

Anstice Final

```
1057:24     identified, and we hear that all the time on the
1057:25     sales and marketing side.
```

d Anstice 105801        1058:1-1059:23

```
1058: 1              Q.      Are there rules and regulations that
1058: 2     control your marketing and sales of drugs in the
1058: 3     United States?
1058: 4              A.      Yes.  There are very important rules
1058: 5     and regulations.
1058: 6              Q.      Who oversees those rules and
1058: 7     regulations in the United States?
1058: 8              A.      For prescription medicines, the Food
1058: 9     & Drug Administration oversees it, but specifically
1058:10     through a group that's responsible for drug
1058:11     advertising.
1058:12              Q.      Mr. Anstice, can you please describe
1058:13     for us in general terms what the marketing group
1058:14     does at Merck?
1058:15              A.      In general terms, the marketing group
1058:16     works with all of our products collaboratively with
1058:17     the research group in the formative period of
1058:18     development of the product, and as we approach
1058:19     introduction of the product, then we begin to
1058:20     formally develop the plans for our marketing efforts
1058:21     for our salespeople.  We're responsible for forming
1058:22     a budget, directing activities related to all of the
1058:23     activities that we deem appropriate to support the
1058:24     marketing and selling.  That is, the work, really,
1058:25     of our people.
1059:
1059: 1              We're actually charged with creating
1059: 2     awareness of the product that's insufficient.  We
1059: 3     are then charged with creating understanding, that
1059: 4     is, physicians need to understand the benefits and
1059: 5     the risks.
1059: 6              And, finally, we're charged with
1059: 7     encouraging physicians to trial and use the product
1059: 8     in appropriate patients.
1059: 9              Q.      Mr. Anstice, what role, if any, does
1059:10     the marketing group play in deciding what types of
1059:11     studies should be done for a drug at Merck?
1059:12              A.      I think the marketing group plays an
1059:13     important role in providing ideas for studies.  At
1059:14     the end of the day, the research group has the final
1059:15     say along with the regulators, but because the
1059:16     marketing group is talking to physicians and to
1059:17     payors, we're constantly aware, therefore, of gaps
1059:18     or information that would be valuable to physicians
1059:19     and payors.  And, therefore, marketing constantly is
1059:20     presenting ideas to our research colleagues, many of
1059:21     which they may have already heard of and understood,
1059:22     but the marketing people are constantly engaged in
1059:23     that type of activity.
```

D Anstice 105924        1059:24-1060:9

```
1059:24              Q.      In general, what is the marketing
1059:25     group's view about scientific studies of drugs?
1060:
1060: 1              A.      We regard them as extremely valuable
1060: 2     and important.  And the reason for that is that in
1060: 3     our marketing, we can describe the benefits and
```

Page 32

Anstice Final

```
1060: 4    risks of our product as included in the product
1060: 5    circular.  From a marketing and selling point of
1060: 6    view, the more data there is to support the usage of
1060: 7    our product and the appropriate usage, the better.
1060: 8    So, marketing is very supportive of doing as many
1060: 9    studies as possible related to all of our products.
```

d Anstice 106010       1060:10-1061:2

```
1060:10            Q.       Let's talk, if we can, about the
1060:11    different types of marketing materials that Merck
1060:12    uses, and let's start at the beginning.  What are
1060:13    the very first marketing materials that Merck uses
1060:14    with a new drug?
1060:15            A.       The first materials are often called
1060:16    launch materials, and perhaps the two most important
1060:17    materials there are the detail aid or a promotional
1060:18    brochure that we make available to our sales
1060:19    representatives, which typically begins with the
1060:20    label for the product, and then proceeds to a more
1060:21    colorful brochure.  The other primary vehicle is a
1060:22    journal ad, what's called a journal ad, which is
1060:23    then placed in appropriate relevant medical journals
1060:24    for the particular disease that the product -- or
1060:25    diseases that the product treats.
1061:
1061: 1            Q.       Are these launch materials shared
1061: 2    with the FDA before they're made public?
```

d Anstice 106104       1061:4-1061:10

```
1061: 4                THE WITNESS:  The FDA often requests
1061: 5    in its approval that materials, these launch
1061: 6    materials are presented to them.  Even if they
1061: 7    don't, the Merck practice is that we submit for FDA
1061: 8    review all of the materials related to the launch of
1061: 9    our products.  That's been a longstanding practice
1061:10    at Merck.
```

d Anstice 106112       1061:12-1061:13

```
1061:12            Q.       What is the particular division
1061:13    within FDA to whom these materials are submitted?
```

d Anstice 106116       1061:16-1061:22

```
1061:16                THE WITNESS:  The division that we
1061:17    submit the materials to is known by the name DDMAC,
1061:18    which is drug, marketing, advertising group.
1061:19    BY MR. RABER:
1061:20            Q.       Do the FDA rules and regulations
1061:21    require that these launch materials be submitted to
1061:22    the FDA before they're publicly used?
```

d Anstice 106124       1061:24-1062:6

```
1061:24                THE WITNESS:  They don't require,
1061:25    although sometimes the approval letters for our
1062:
1062: 1    products request that all launch materials be
1062: 2    provided to the FDA before being used in the
1062: 3    marketplace.
1062: 4    BY MR. RABER:
```

Anstice Final

1062: 5        Q.      Why does Merck make it a practice to
1062: 6    submit these materials to the FDA ahead of time?

d Anstice 106208      1062:8-1063:2

1062: 8                THE WITNESS:  I think a couple of
1062: 9    reasons that we do that.  One is that the discussion
1062:10    on the label occurs between the scientific drug
1062:11    division and the company's regulatory people, which
1062:12    describes the benefits and risks for the product,
1062:13    but there needs to be an understanding with the drug
1062:14    advertising group as to how that language was
1062:15    determined, because all language can be -- needs to
1062:16    be interpreted.  And at the launch of a product, we
1062:17    think it's very important at Merck that we have not
1062:18    only followed the letter of the label, but that we
1062:19    are also fully in harmony with the FDA in terms of
1062:20    the spirit of how they believe that the product
1062:21    should be promoted.  And the only way to really
1062:22    validate or test that is by presubmitting the
1062:23    materials to the FDA so that they can assess them as
1062:24    being consistent with or in some cases they may
1062:25    suggest modifications to how we've incorporated the
1063:
1063: 1    specifics out of the label into our promotional
1063: 2    materials.

d Anstice 106321      1063:21-1065:1

1063:21                Q.      Let's talk, if we can, about
1063:22    marketing to physicians, if we can for a moment.
1063:23    Can you generally describe for us the review process
1063:24    at Merck that occurs with materials that are sent to
1063:25    physicians?
1064:
1064: 1                A.      Yes.  We have a longstanding process
1064: 2    which we call medical/legal review.  And that
1064: 3    process mandates within the company as a policy that
1064: 4    all materials written and broadcast that are going
1064: 5    to be reviewed with our customers, in this case,
1064: 6    physicians, that those materials go through a group
1064: 7    which has at least two physicians and one lawyer.
1064: 8    They review all of the materials for consistency and
1064: 9    balance with respect to our label, make any
1064:10    appropriate adjustments, and they actually approve
1064:11    the material for use.  And only upon the approval of
1064:12    that group, whatever the final form of material is,
1064:13    can it be used with our customers.
1064:14                Q.      Does Merck share these physician
1064:15    marketing materials with the FDA?
1064:16                A.      The Merck practice is that upon our
1064:17    internal approval and upon our sending the material
1064:18    to whoever will be using it within the Merck system,
1064:19    we then routinely automatically send a copy of that
1064:20    material, whatever it is, to the FDA so that they
1064:21    have a record of all of our promotional materials.
1064:22                Q.      Did Merck follow that particular
1064:23    process that you've just described with respect to
1064:24    Vioxx?
1064:25                A.      Yes.  Merck always follows that
1065:
1065: 1    process for all of our products.

Page 34

Anstice Final

d Anstice 106709      1067:9-1069:10

```
1067: 9          Q.      Let's talk, if we can, about the
1067:10    launch of Vioxx.  Can you tell us when the FDA
1067:11    approved Vioxx for marketing in the United States?
1067:12          A.      Vioxx was approved for marketing in
1067:13    the United States in May or June of 1999.
1067:14          Q.      What was your view about Vioxx as a
1067:15    new drug at that time?
1067:16          A.      I believed at that time, and I still
1067:17    believe that Vioxx was a very exciting and important
1067:18    new product that could provide benefit to millions
1067:19    of patients suffering from pain in markets around
1067:20    the world and certainly in the U.S.
1067:21          Q.      At the time of the launch, what had
1067:22    Merck's studies showed about the potential for Vioxx
1067:23    as a new drug?
1067:24          A.      Merck's studies -- well, let me
1067:25    describe that in two parts.
1068:
1068: 1          Merck's studies that supported the
1068: 2    drug approval had shown across a large number of
1068: 3    patients that the product was extremely helpful in
1068: 4    relieving pain.  Also, there were some studies,
1068: 5    they're called endoscopy studies, included in the
1068: 6    circular which helped physicians to understand that
1068: 7    the original promise, the reason, in fact, Vioxx was
1068: 8    developed and brought to the world in the first
1068: 9    place is, that it would be gentler on the stomach.
1068:10    Those studies versus Motrin, a commonly used agent,
1068:11    showed that Vioxx was, in fact, gentler on the
1068:12    stomach.  So, the promise of Vioxx was that here was
1068:13    another effective drug for relieving pain, but a
1068:14    drug which may, in fact, offer benefits to patients
1068:15    in terms of being more friendly to the stomach.
1068:16          Q.      What were the nature of the stomach
1068:17    problems that existed with traditional pain
1068:18    relievers at that time?
1068:19          A.      There was widespread knowledge that
1068:20    all of the so-called traditional agents or all of
1068:21    the pain relievers used at that time created in a
1068:22    percentage of patients stomach problems, which went
1068:23    from mild but through to more serious, which often
1068:24    meant the patients could not take the medicine,
1068:25    through to ulcers.  There were -- at the serious end
1069:
1069: 1    of the spectrum, there were perforations, ulcers,
1069: 2    bleeds which could occur with the use of these
1069: 3    agents, and those could occur in patients of any
1069: 4    age, they could occur in patients that took the
1069: 5    product for a long time or even for a relatively
1069: 6    short duration.  And so the promise of Vioxx was
1069: 7    that it might lessen the incidence of all of these
1069: 8    GI problems and that it might also, therefore, admit
1069: 9    more patients to be able to take an effective pain
1069:10    reliever because these problems did not occur.
```

d Anstice 107303      1073:3-1073:18

```
1073: 3          Q.      Let's go back, if we can, to the
1073: 4    formal launch of Vioxx.  How did Merck launch the
1073: 5    product and when?
1073: 6          A.      In the United States, we launched it
```

Anstice Final

```
1073: 7    at a sales -- two large sales meetings.  We did that
1073: 8    in June of 1999, and that was somewhat typical of
1073: 9    the way that we introduced many of our large and
1073:10    important products.
1073:11            Q.        Where did this launch event occur?
1073:12            A.        This particular event occurred in San
1073:13    Francisco.
1073:14            Q.        Who attended the launch event?
1073:15            A.        The launch event was attended by all
1073:16    of the sales representatives and others in the
1073:17    organization who had primary responsibility for
1073:18    Vioxx at that time.
```

d Anstice 107323      1073:23-1074:11

```
1073:23            Q.        How long did this launch event go on?
1073:24            A.        Each of the meetings lasted
1073:25    approximately two-and-a-half days.  Therefore, the
1074:
1074: 1    meeting -- the two meetings lasted for a week.
1074: 2            Q.        What kinds of subjects were discussed
1074: 3    and addressed at the meetings?
1074: 4            A.        The meetings were a mix of
1074: 5    motivational, excitement-creating activities.  Also,
1074: 6    there was extensive review of the product
1074: 7    information of the diseases for which Vioxx was
1074: 8    indicated, and also training of the representatives
1074: 9    in terms of their knowledge of Vioxx and the label
1074:10    in all aspects, the benefits and the risks and all
1074:11    of the details included in the label.
```

d Anstice 107422      1074:22-1075:17

```
1074:22            Q.        Mr. Anstice, did the sales
1074:23    representatives who attended this event get any
1074:24    training beyond what they learned at the launch
1074:25    event?
1075:
1075: 1            A.        Yes.  It's usual practice for us to
1075: 2    commence training for new products several months
1075: 3    prior to the product being approved.
1075: 4    Representatives received extensive training, again,
1075: 5    around the diseases for which the product was
1075: 6    indicated, around the competitive agents that
1075: 7    physicians could choose, as well as our own product.
1075: 8    After a launch meeting, our representatives
1075: 9    continually trained as changes to the circular
1075:10    occur, but even independently of that, we constantly
1075:11    update and ensure -- update our training and ensure
1075:12    that our representatives are very familiar with all
1075:13    of the information related to our product, and
1075:14    they're also getting updates on competitive products
1075:15    and changes in medicine which they need to be aware
1075:16    of in terms of the disease conditions for which the
1075:17    product is indicated.
```

d Anstice 107522      1075:22-1076:23

```
1075:22            Mr. Anstice, has the word "obstacle"
1075:23    ever been used at Merck in training sales
1075:24    representatives?
1075:25            A.        Yes, it has.  In fact, in my
1076:
```

Page 36

Anstice Final

```
1076: 1    experience, it's a term that has been used for
1076: 2    decades in the Merck organization.
1076: 3         Q.      What does the term "obstacle" mean in
1076: 4    that context?
1076: 5         A.      The word "obstacle" means a question,
1076: 6    or more specifically, a concern which, in fact, is
1076: 7    something which -- where a physician or a customer,
1076: 8    in fact, has a genuine either lack of knowledge or
1076: 9    wants more knowledge about a particular area or may,
1076:10    in fact, have a set of opinions, which means that
1076:11    they're not inclined to use your product.
1076:12         Q.      Why is the term "obstacle" used to
1076:13    refer to those kinds of questions or concerns that a
1076:14    doctor may have?
1076:15         A.      I think the reason that we use the
1076:16    word "obstacle" as opposed to "question" is that it,
1076:17    in fact, denotes that the physician requires more
1076:18    information in order to perhaps use the product at
1076:19    all or more information to use it more broadly, or,
1076:20    in fact, it's something which is fundamental to --
1076:21    until there is an answer, a satisfactory answer
1076:22    provided to a question, then a physician is not
1076:23    comfortable with the particular medicine.
```

d Anstice 107702     1077:2-1077:25

```
1077: 2         Q.      Are doctors' questions important to
1077: 3    sales representatives at Merck?
1077: 4         A.      I think that doctors' questions are
1077: 5    fundamentally important.
1077: 6         Q.      Why is that?
1077: 7         A.      For the simple reason that it's very
1077: 8    important that you know what the issues, concerns,
1077: 9    questions are that your customers have. And it's
1077:10    very important that you endeavor to your best extent
1077:11    to answer those questions and to respond to them in
1077:12    a helpful way.
1077:13         Q.      Mr. Anstice, did Merck train its
1077:14    sales representatives to dodge questions or avoid
1077:15    answering them when meeting with doctors?
1077:16         A.      No.   In my experience, Merck
1077:17    encouraged representatives to listen for questions,
1077:18    in fact, even probe to ask the doctor what concerns
1077:19    they may have, because unless they identified what
1077:20    the particular concerns or questions were that the
1077:21    doctor had, then they couldn't adequately address
1077:22    the issues the doctor may have.  So, in fact, for a
1077:23    salesperson, it was very important that they not
1077:24    only respond to the questions, but that they, in
1077:25    fact, draw them out from their customers.
```

d Anstice 108108     1081:8-1082:3

```
1081: 8         Q.      Mr. Anstice, when Vioxx was launched,
1081: 9    there was another one of these COX-2 pain relievers
1081:10    on the market called Celebrex; is that right?
1081:11         A.      That's correct, yes.
1081:12         Q.      If Celebrex was already on the
1081:13    market, why was Vioxx necessary?
1081:14         A.      The development for Vioxx was started
1081:15    many years ago, and we believed that there was
1081:16    certainly room for more than one COX-2 agent.   At
1081:17    the time we were developing Vioxx, we could not be
```

Anstice Final

```
1081:18   certain what the final ultimate profile for Celebrex
1081:19   would be, but we believed that Vioxx, for a variety
1081:20   of reasons associated with our development, would be
1081:21   an extremely effective pain reliever.  We also
1081:22   believed because of the COX-2 selectivity, its
1081:23   preference for COX-2 inhibition, that it could also
1081:24   provide substantial benefit in terms of GI safety.
1081:25   And I think our belief has always been that patient
1082:
1082: 1   needs are best served if there's as broad a range of
1082: 2   choices as possible available to them for treatment
1082: 3   of important diseases.
```

d Anstice 112319     1123:19-1124:4

```
1123:19        Q.      Did Merck have a policy of
1123:20   intimidating doctors or scientists who were critical
1123:21   of Merck?
1123:22        A.      No.  Merck has never had a policy to
1123:23   intimidate doctors.
1123:24        Q.      If you were to learn of allegations
1123:25   that doctors and scientists were being intimidated
1124:
1124: 1   by people at Merck, how would you respond to that?
1124: 2        A.      Very promptly.  And I think very
1124: 3   strongly to if -- to find out if it was happening
1124: 4   and to stop it.
```

d Anstice 117109     1171:9-1171:19

```
1171: 9             Did the FDA require Merck to take
1171:10   Vioxx off the market?
1171:11        A.      No.  That was -- Merck took the
1171:12   decision that we should voluntarily withdraw Vioxx
1171:13   after we became aware of the APPROVe results from
1171:14   their data set from the data monitoring group
1171:15   responsible for that study, and we advised the FDA
1171:16   and other regulators that we were taking that action
1171:17   voluntarily.
1171:18        Q.      Why did Merck decide to withdraw
1171:19   Vioxx from the market?
```

d Anstice 117121     1171:21-1172:22

```
1171:21             THE WITNESS:  We decided to do that
1171:22   for two reasons.  One, there was, as seen in
1171:23   APPROVe, there was a relatively greater risk after
1171:24   18 months in patients taking Vioxx versus the
1171:25   placebo arm.  And based on that relatively greater
1172:
1172: 1   risk and the fact that other agents were available
1172: 2   in this category, which seemed certainly at that
1172: 3   time had not shown this risk, we thought that it was
1172: 4   in the best interest of patient safety, given the
1172: 5   availability of alternatives, that we withdraw Vioxx
1172: 6   from the market.
1172: 7   BY MR. RABER:
1172: 8        Q.      Mr. Anstice, I have just a few more
1172: 9   questions before we break.
1172:10             The attorneys for the plaintiff have
1172:11   said, in effect, that Merck put profits ahead of
1172:12   patient safety.  What do you have to say about that?
1172:13        A.      I absolutely do not believe that that
```

Page 38

Anstice Final

1172:14     is true.  Merck puts patient safety first.  I've
1172:15     worked at Merck for 30 more and more years, and I
1172:16     have seen Merck consistently put patient safety
1172:17     first.  I've seen Merck bring to market wonderful
1172:18     products, but always be very concerned, not only
1172:19     about the benefits, but about really understanding
1172:20     the risks associated with that and being very clear
1172:21     to identify them and to communicate them to the
1172:22     physicians who prescribe our products.

Anstice 147317     1473:17-1473:23

1473:17                 So, let me just be clear on what your
1473:18     testimony is.
1473:19                 I'm asking you about the sales reps
1473:20     right now.
1473:21          A.     Yes.
1473:22          Q.     Sales reps were not allowed to engage
1473:23     the doctors on VIGOR, you said; correct?

Anstice 147325a     1473:25-1474:2

1473:25                 THE WITNESS:  What I said was our
1474: 01474
1474:  1    representatives were asked to not initiate
1474:  2    discussions on VIGOR.  That's what I said.

Anstice 147811a     1478:11-1478:15

1478:11                 Look, my question is this:  You're
1478:12     aware that Merck used in connection with training
1478:13     its sales representatives something called a
1478:14     cardiovascular card; correct?
1478:15          A.     Yes.

Anstice 149807     1498:7-1498:21

1498: 7          Q.     Okay.
1498: 8                 Now, I would like to also mark or
1498: 9     show you what I've just marked as 165.
1498:10                 -   -   -
1498:11                 (Whereupon, Deposition Exhibit
1498:12                 Anstice-165, "Bulletin for Vioxx: New
1498:13                 Resource: Cardiovascular Card,"
1498:14                 MRK-AAR0007383 - MRK-AAR0007388, was
1498:15                 marked for identification.)
1498:16                 -   -   -
1498:17     BY MR. SEEGER:
1498:18          Q.     For the record, it is Bates stamped
1498:19     MRK-AAR0007383 through 388.
1498:20                 This is another one of those
1498:21     bulletins that you're talking about; right?

DA 149822     1498:22-1499:21

1498:22          A.     Yes, that's right.
1498:23          Q.     And this is dated April 28th; 2000;
1498:24     correct?
1498:25          A.     Correct.
1499: 01499
1499:  1          Q.     Now, if you go to where it says
1499:  2    "Background."  Well, first of all, the "to."  "All
1499:  3    field personnel with responsibility for Vioxx,"

Anstice Final

```
1499: 4    that's all the sales reps selling the drug; right?
1499: 5         A.     Yes.  That's all the people involved
1499: 6    in selling Vioxx, that's correct.
1499: 7         Q.     Okay.
1499: 8                Below that there's a paragraph, and
1499: 9    in the middle of the paragraph there is bold
1499:10    language.  I would just like to read it so we can
1499:11    move through this.  "The Cardiovascular Card is an
1499:12    obstacle handling piece and should only be used with
1499:13    physicians in response to their questions regarding
1499:14    the cardiovascular effects of VIOXX."  Correct?  Is
1499:15    that correct?
1499:16         A.     That's what it says.
1499:17         Q.     Is it correct?
1499:18         A.     It's read -- you read it correctly,
1499:19    yes.
1499:20         Q.     But is that correct, what I read?
1499:21         A.     Well, I think --
```

Anstice 149924     1499:24-1500:16

```
1499:24         Q.     Not that I read it correctly.  Now
1499:25    I'm asking, is that correct?
1500: 01500
1500: 1         A.     But I think there's a -- there's a
1500: 2    broader context of instructions to representatives
1500: 3    that needs to be --
1500: 4         Q.     Where is that in here?
1500: 5         A.     If you go to the third page.
1500: 6         Q.     I'm there.
1500: 7         A.     The CV -- I'm going to read the first
1500: 8    two sentences underneath the black diagram.  "The CV
1500: 9    card will assist you with addressing your HI COXIB
1500:10    or HI NSAID physician's questions about the
1500:11    cardiovascular effects of VIOXX.  Use this resource
1500:12    as an obstacle handling tool only, when your
1500:13    physicians ask you about the cardiovascular effects
1500:14    of VIOXX or express concern regarding the
1500:15    cardiovascular effects of VIOXX based on the VIOXX
1500:16    GI Outcomes Research trial."
```

Anstice 150201     1502:1-1502:18

```
1502: 1         A.     And this is the bulletin that
1502: 2    accompanies the cardiovascular card that we've
1502: 3    talked about a moment ago.
1502: 4         Q.     Gotcha.
1502: 5         A.     There is also a preceding bulletin
1502: 6    after February 9th before April 28th which was in
1502: 7    existence which related to how the reps were
1502: 8    instructed around VIGOR.  So, this was specifically
1502: 9    designed for discussions beyond the VIGOR results to
1502:10    deal with, as this says, "when your physicians ask
1502:11    you about the cardiovascular effects of VIOXX or
1502:12    express concern regarding the cardiovascular effects
1502:13    based on" not about, but based on the VIGOR
1502:14    findings.
1502:15         Q.     I understand.
1502:16                Mr. Anstice, will you now turn to the
1502:17    CV card, please?
1502:18         A.     Yes.
```

Anstice 150305     1503:5-1503:7

Page 40

Anstice Final

1503: 5          Q.      Now, you're aware at this time that
1503: 6    the FDA had serious concerns about this data;
1503: 7    correct?

Anstice 150309      1503:9-1504:6

1503: 9                  THE WITNESS:  About which data?
1503:10    BY MR. SEEGER:
1503:11          Q.      The OA data that's reflected in the
1503:12    CV card.
1503:13          A.      No, I am not aware of that.
1503:14          Q.      Okay.
1503:15                  Well, why don't we go ahead and take
1503:16    another look back at that FDA briefing document
1503:17    which I marked earlier.  We'll do this as quickly as
1503:18    we can.  It's right there on top.
1503:19          A.      Which is dated February 8, 2001?
1503:20          Q.      Exactly.
1503:21          A.      Because we're talking about a time
1503:22    period here which is April/May 2000.
1503:23          Q.      Are you testifying now that this card
1503:24    was not in effect in February of 2001?
1503:25          A.      No, no, I'm not.  I'm simply saying
1504: 01504
1504: 1    that this -- the discussion we were having about the
1504: 2    card related to its introduction.
1504: 3          Q.      No, put the bulletins aside.  Now
1504: 4    we're talking about a card that was in use from
1504: 5    April of 2000 to April of 2002.  Okay.
1504: 6                  In February --

DA 150418      1504:18-1505:11

1504:18          Q.      In February of 2001, the FDA did an
1504:19    analysis or, I'm sorry, your attorney doesn't like
1504:20    that.
1504:21                  The FDA medical reviewer took a look
1504:22    at the original data from Merck's NDA, which is, you
1504:23    would agree, is this OA, this osteoarthritis trial
1504:24    data; correct?
1504:25          A.      Yes.
1505: 01505
1505: 1          Q.      I'll find it for you in one second.
1505: 2    If you'd turn to Page 19.  Do you see where it talks
1505: 3    about "Study 058" at the top?
1505: 4          A.      Yes.
1505: 5          Q.      Okay.
1505: 6                  And then in italics it says, "Because
1505: 7    of the small size and short duration, this study is
1505: 8    inadequate to detect differences in clinically
1505: 9    relevant adverse events between rofecoxib," which is
1505:10    Vioxx, "and nabumetone."  Did I read that correctly?
1505:11          A.      Yes, you did.

Anstice 150704a      1507:4-1508:13

1507: 4          Q.      I have just a couple of quick
1507: 5    questions.
1507: 6                  The medical reviewer in this document
1507: 7    made that comment about that trial.  Has the fact
1507: 8    that this medical reviewer found that this
1507: 9    particular trial, the 058 trial, was inadequate to
                              Page 41

Anstice Final

1507:10    detect relevant, clinically relevant adverse events
1507:11    between Vioxx and the drugs it was compared to, did
1507:12    that make its way into any of your sales materials?
1507:13        A.    I don't know.  I just point out a
1507:14    reference to study 058, and I do not know how many
1507:15    patients were in study 058 is different from the
1507:16    data presented here, which is across nine double
1507:17    blind studies, 6,000 OA patients, and so it is a
1507:18    very different data set.
1507:19        Q.    How about study 069, do you know
1507:20    anything about that?
1507:21        A.    No.
1507:22        Q.    Well, do you know that was a pooled
1507:23    analysis of many different trials that were done and
1507:24    provided to the FDA?  Does that refresh your
1507:25    recollection?
1508: 01508
1508: 1        A.    I don't remember the details of it.
1508: 2    I've heard the number certainly.
1508: 3        Q.    Were you aware in February of 2001 of
1508: 4    this comment made by the medical reviewer where it
1508: 5    says, "The Division," and in this instance she's not
1508: 6    talking about her, she says, "The Division has
1508: 7    serious concerns with the combined analysis of
1508: 8    studies of different length and dosing regimens."
1508: 9    And it says, "Furthermore, combining multiple
1508:10    different drugs within a single comparator arm may
1508:11    not be reflective of the risk of any one drug."  Did
1508:12    that material get disclosed to your sales
1508:13    representatives who were selling the drug?

Anstice 150815    1508:15-1509:13

1508:15        THE WITNESS:  I don't know the answer
1508:16    to that.  It would not be usual for us to present
1508:17    comments from FDA reviewers or divisions in our
1508:18    material to representatives.  We would give our
1508:19    representatives material that Merck believed to be
1508:20    accurate and balanced and consistent without our
1508:21    total knowledge of the product.  That's what we gave
1508:22    our representatives.
1508:23    BY MR. SEEGER:
1508:24        Q.    And you didn't provide them with
1508:25    concerns or discussions going on within the FDA
1509: 01509
1509: 1    about --
1509: 2        A.    We provided them with what we thought
1509: 3    were appropriate --
1509: 4        Q.    Okay.
1509: 5        A.    -- sets of information related to the
1509: 6    data that we gave them.
1509: 7        Q.    All right.
1509: 8        Now, Mr. Anstice, let me just ask you
1509: 9    to take a look at what I've marked as 166.  For the
1509:10    record, it's Bates stamped MRK-ACW0008375.  Do you
1509:11    recognize this chart?  I'll represent to you that it
1509:12    is a table from -- reflecting the mortality data
1509:13    from VIGOR.  If you read above, you'll see.

Anstice 150915    1509:15-1511:12

1509:15        THE WITNESS:  I see that it is
1509:16    represented as data from VIGOR.  I don't know the
                                Page 42

Anstice Final
1509:17  source of the table, the broader context.
1509:18  BY MR. SEEGER:
1509:19       Q.     Now, you know this data was available
1509:20  to Merck in March of 2000.  We've said that many
1509:21  times today; correct?
1509:22       A.     Yes, and quickly made available to
1509:23  the regulatory authorities as well.
1509:24       Q.     Absolutely.
1509:25              But it never made its way into the CV
1510: 01510
1510: 1  card, did it, the data that we're looking at?
1510: 2       A.     The purpose of the CV card was not to
1510: 3  discuss the VIGOR study, but to discuss the total
1510: 4  results from the OA studies.  That was the purpose
1510: 5  of the CV card.
1510: 6       Q.     But let me just back up for a second.
1510: 7              Did you ever go to the FDA at any
1510: 8  point in time and say, we'd like to incorporate the
1510: 9  VIGOR mortality data in our training materials?
1510:10       A.     I don't know.
1510:11       Q.     Would there have been anything that
1510:12  would have prevented you from doing that?
1510:13       A.     I don't know.
1510:14       Q.     So, doctors who were prescribing the
1510:15  drug, let's say, in September of 2001, while this
1510:16  was in use, if the only information they received
1510:17  was from the sales rep and they didn't ask for a
1510:18  pamphlet, would not have received the VIGOR data,
1510:19  the mortality data from VIGOR from your sales
1510:20  representatives; correct?
1510:21       A.     Well, it's a -- sorry, could you just
1510:22  restate the question?
1510:23       Q.     Doctors prescribing -- excuse me one
1510:24  second.
1510:25              Doctors prescribing this drug --
1511: 01511
1511: 1       A.     Right.
1511: 2       Q.     -- let's say in September of 2001.
1511: 3       A.     Right.  September of 2001.
1511: 4       Q.     September of 2001.
1511: 5       A.     Right.
1511: 6       Q.     Where this card was in use.
1511: 7       A.     Right.
1511: 8       Q.     And they didn't receive any other
1511: 9  information from the company, they just had
1511:10  discussions with the sales rep, would not have been
1511:11  advised about the mortality data from VIGOR;
1511:12  correct?

Anstice 151114     1511:14-1512:7

1511:14              THE WITNESS:  In the hypothetical
1511:15  situation where that particular physician had no
1511:16  contact with the many other diverse ways in which
1511:17  the information about VIGOR was being dispersed in
1511:18  the medical community, they would not have had VIGOR
1511:19  data from a Merck rep other than through a physician
1511:20  information request.  But if they had wanted it, it
1511:21  would have been available through that vehicle.
1511:22  BY MR. SEEGER:
1511:23       Q.     And is there anything that you're
1511:24  aware of, any rule or regulation that would have
1511:25  prevented you from going to the FDA and saying we
                          Page 43

Anstice Final

```
1512: 01512
1512: 1    would like to include the VIGOR data in our sales
1512: 2    training material?
1512: 3         A.    I don't know of any such rule.
1512: 4         Q.    So, the doctors would not have gotten
1512: 5    the VIGOR material from your sales representative,
1512: 6    they would have had to get it from somewhere else;
1512: 7    correct?
```

Anstice 151209    1512:9-1512:17

```
1512: 9                THE WITNESS:  No, that's not what I
1512:10   said.  A doctor could ask for the VIGOR data from
1512:11   our sales representative and get it through a PIR.
1512:12   So, they did have access through our
1512:13   representatives.  They also had access through other
1512:14   forms.
1512:15   BY MR. SEEGER:
1512:16        Q.    And the Alzheimer's data as well, you
1512:17   know that was unblinded in April of 2001; correct?
```

Anstice 151219    1512:19-1513:22

```
1512:19                THE WITNESS:  I don't recall the
1512:20   month.  I know it was unblinded very quickly after
1512:21   the VIGOR results.
1512:22   BY MR. SEEGER:
1512:23        Q.    And in the chart I just showed you
1512:24   from VIGOR, at the very top, do you see where it
1512:25   says, "All deaths"?
1513: 01513
1513: 1         A.    Yes, I do.
1513: 2         Q.    It shows 22 deaths from Vioxx;
1513: 3    correct?
1513: 4         A.    Yes.
1513: 5         Q.    And 15 deaths from people taking
1513: 6    naproxen in this trial; correct?
1513: 7         A.    Right.
1513: 8         Q.    And cardiovascular deaths, it shows,
1513: 9    if you look down a couple more, it shows 28 deaths
1513:10   of people on Vioxx and 16 on naproxen; correct?
1513:11        A.    Right.  Right.
1513:12        Q.    You are also aware from the
1513:13   Alzheimer's data, aren't you, that there were more
1513:14   people -- that mortality was higher in people taking
1513:15   Vioxx versus people taking placebo?  Are you aware
1513:16   of that?
1513:17        A.    I don't recall the numbers.
1513:18        Q.    Do you recall if at any point in time
1513:19   the Alzheimer's mortality data was included in the
1513:20   CV card?
1513:21        A.    I don't know if it was subsequently
1513:22   added.
```

Anstice 159711    1597:11-1597:23

```
1597:11        Q.    Well, we looked at the CV card
1597:12   before, and I think we both agreed or you agreed
1597:13   that it did not contain any information about the
1597:14   VIGOR trial at least prior to April of 2002;
1597:15   correct?
1597:16        A.    Yes.  And I also stated that it was
1597:17   for a reason.  Its purpose was to provide
```

Page 44

Anstice Final

```
1597:18   information on the existing cardiovascular data, and
1597:19   it did not, therefore, include VIGOR, as I believe
1597:20   it didn't include the Alzheimer's data either.
1597:21        Q.      But there was nothing preventing you
1597:22   from adding the VIGOR trials to your training
1597:23   materials; correct?
```

Anstice 159725     1597:25-1599:6

```
1597:25                 THE WITNESS:  Well, training
1598: 01598
1598: 1   materials is a separate thing from a brochure going
1598: 2   to a doctor.
1598: 3   BY MR. SEEGER:
1598: 4        Q.      I'm talking about the materials used
1598: 5   to train sales reps.
1598: 6        A.      All right.
1598: 7        Q.      There was nothing that prevented
1598: 8   Merck from training their sales reps to answer
1598: 9   questions about VIGOR?
1598:10        A.      Yes, there was.  Because we had --
1598:11   first of all, we had an instruction to them to not
1598:12   initiate discussions.
1598:13        Q.      I understand.
1598:14        A.      We also have a standard practice
1598:15   still in place today, I believe, although I'm no
1598:16   longer responsible for the U.S. business, of
1598:17   longstanding, which is our representatives are asked
1598:18   not to discuss information relating to our drugs
1598:19   that's outside the label or inconsistent with the
1598:20   current label.
1598:21        Q.      Well, based upon --
1598:22        A.      That is our practice at Merck.
1598:23        Q.      Based upon this new important data
1598:24   that came to light in March of 2000, did you go to
1598:25   the FDA and ask the FDA for permission to begin to
1599: 01599
1599: 1   train your sales reps on that data?
1599: 2        A.      No, but that's consistent with --
1599: 3   that's not our practice or approach.
1599: 4        Q.      But nothing would have prevented you
1599: 5   from going to the FDA and seeking that approval;
1599: 6   correct?
```

Anstice 159908     1599:8-1599:20

```
1599: 8                 THE WITNESS:  I don't know.
1599: 9   BY MR. SEEGER:
1599:10        Q.      There's nothing in that card, that
1599:11   card that we discussed, the CV card, it doesn't
1599:12   contain any information about the ADVANTAGE trial,
1599:13   the date of which also became available in March of
1599:14   2000; correct?
1599:15        A.      I don't know the answer.  It deals
1599:16   with OA studies.  ADVANTAGE was an OA study.  I
1599:17   don't know if those data were included in the card.
1599:18        Q.      The OA studies that you discussed in
1599:19   the CV card represented studies involving about
1599:20   3,500 clinical trial patients; correct?
```

Anstice 159922     1599:22-1600:14

```
1599:22                 THE WITNESS:  For Vioxx, I think
```

Page 45

Anstice Final

1599:23   6,000 patients in all, about 3,500 on Vioxx, that's
1599:24   correct.
1599:25   BY MR. SEEGER:
1600: 01600
1600: 1          Q.       3,500 on Vioxx, fair objection.   I
1600: 2   think we cured it.
1600: 3                   The VIGOR trial had about 8,000
1600: 4   patients in it; right?
1600: 5          A.       Yes.
1600: 6          Q.       And ADVANTAGE had another few
1600: 7   thousand patients in it; correct?
1600: 8          A.       Yes, several thousand.
1600: 9          Q.       So, between VIGOR and ADVANTAGE,
1600:10   really they were much, much larger when you combine
1600:11   those two studies than the OA studies that you used
1600:12   in the CV card; correct?
1600:13          A.       Well, certainly VIGOR was more than
1600:14   the OA patients in the card, yes.


Total Length - 01:43:32