MINUTE ENTRY
FALLON, J.
AUGUST 2, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS          MDL 1657
       LIABILITY LITIGATION

GERALD BARNETT

VERSUS          REF NO. 06-485

MERCK & CO., INC.          SECTION: L

before JUDGE ELDON E. FALLON      WEDNESDAY, AUGUST 2, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert      (continued from 8-1-06)
Court Reporter: Cathy Pepper\Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

---

## JURY TRIAL:

Plaintiff's Witnesses:

Dr. Jerome Avorn - resumes video deposition. Transcript filed into the record.
Dr. Carolyn Cannuscio - by video deposition. Transcript filed into the record.
Dr. Edward Scolnick - by video deposition.

Court adjourned at 5:15 pm until Thursday, August 3, 2006, at 8:30 am

| JS-10: | 6:02 |
|---|---|