Cannuscio Final

Cannuscio (Multi-clip)
cc 0909    9:9-9:11

  9: 9    Q.  Dr. Cannuscio, will you
9:10 state your name, please?
  9:11    A.  Carolyn Christa Cannuscio.

CC002    13:14-13:23

13:14    Q.  You're currently employed by
13:15 Merck?
13:16    A.  I am.
13:17    Q.  And what's the position you
13:18 hold today?
13:19    A.  I'm a senior epidemiologist.
13:20 And I'm currently working only one day a
13:21 week as I'm -- I've actually begun a new
13:22 job outside of Merck, and I'm -- I'm
13:23 completing some of my tasks at Merck.

CC003    14:7-14:16

14: 7    Q.  When did your status as a
14: 8 full-time employee of Merck change?
14: 9    A.  Well, while I was pregnant
14:10 last summer, so a year ago, not just this
14:11 past summer, I went down to part time
14:12 status. And then I went on maternity
14:13 leave at the end of January. My baby was
14:14 born on January 31st. So I was then on
14:15 maternity leave for about seven months
14:16 and then returned just after Labor Day.

CC004    14:22-15:11

14:22    Q.  How many senior
14:23 epidemiologists were working on
14:24 Vioxx-related projects at that time?
15: Page 15
15: 1    A.  How many senior
15: 2 epidemiologists?
15: 3    Q.  Yes.
15: 4    A.  I was the -- I was the
15: 5 primary one. And I may have been --
15: 6 there may have been others. But I
15: 7 didn't -- I didn't interact with any
15: 8 other senior epidemiologists on a regular
15: 9 basis regarding Vioxx. There may be
15:10 other people who handle specific tasks.
15:11 I'm not sure.

CC_defense1    31:19-32:20

31:19    Q.  Who were the outside
31:20 consultants that you generally referred

Cannuscio Final

31:21 Vioxx issues to while you were senior
31:22 epidemiologist at Merck?
31:23      A.   So who did I ask for help as
31:24 an epidemiologist or who did Merck ask
32: Page 32
32: 1 for help?
32: 2      Q.   We'll take them one at a
32: 3 time.
32: 4           Who did you ask for help?
32: 5      A.   So in these collaborations
32: 6 I've talked to you about, for instance,
32: 7 the Ingenix United HealthCare study,
32: 8 Dr. Alex Walker works for Ingenix and
32: 9 is -- is an epidemiologist who I would
32:10 ask for help in methodological issues,
32:11 for instance. And I mentioned to you Dr.
32:12 Mary Chester Wasko and Dr. Mark Genovese
32:13 who are rheumatologists.
32:14           So most of the people I --
32:15 in my role who I would recommend would --
32:16 would have been, you know, like Dr. Alex
32:17 Walker, an epidemiologist, to bring
32:18 methods or expertise or a clinician,
32:19 because I'm not a clinician, to provide
32:20 that kind of perspective.

CC_defense2    48:21-50:9

48:21      Q.   Following the Solomon study,
48:22 did you recommend that Merck withdraw
48:23 Vioxx from the market?
48:24      A.   Following the publication of
49: Page 49
49: 1 the -- of the Solomon study in
49: 2 Circulation, no, I did not recommend that
49: 3 Merck withdraw Vioxx from the market.
49: 4      Q.   Following the completion of
49: 5 the study, but I guess that's about five
49: 6 months before its publication or six
49: 7 months, did you recommend that Merck
49: 8 withdraw Vioxx from the market?
49: 9      A.   As I've said, no, I did not
49:10 recommend to the corporation that -- that
49:11 Vioxx be withdrawn from the market.
49:12      Q.   Did Dr. Solomon?
49:13      A.   To me?
49:14      Q.   To Merck.
49:15      A.   I -- well, in my
49:16 conversations, Dr. Solomon did not
49:17 recommend to me that -- that Merck remove
49:18 Vioxx from the market, no.
49:19      Q.   Did any other authors of the
49:20 paper in Circulation recommend to Merck
49:21 that it withdraw Vioxx from the market at
49:22 that time?
49:23      A.   I don't know about any

Cannuscio Final

```
49:24 communications the co-authors may have
50: Page 50
50: 1 had with other people at Merck. If there
50: 2 were any, I am not aware of them. But --
50: 3 but Dr. Solomon, Dr. Avorn, they did not
50: 4 recommend to me as an individual that --
50: 5 that Vioxx be removed from the market,
50: 6 nor did they ask me to tell Merck that
50: 7 Vioxx should be removed from the market.
50: 8    Q.   They concluded it was
50: 9 dangerous?
```

CC_defense3    50:14-51:22

```
50:14    Q.   Correct?
50:15    A.   I -- I think that -- well,
50:16 you -- you're asking me for their
50:17 interpretation of the data. They came to
50:18 relative risks that we could speak about
50:19 in detail if you -- if you wanted me to
50:20 look at the paper with you.
50:21         But to make a -- I as an
50:22 epidemiologist was trained that one
50:23 epidemiological study does not prove
50:24 anything, that it can add to a
51: Page 51
51: 1 discussion, that we can make
51: 2 observations, but that there's not proof
51: 3 as a result of an observational study.
51: 4 So that's -- I don't know what their
51: 5 conclusion was overall about -- about
51: 6 Vioxx, but they did -- they definitely
51: 7 did not say to me Merck should remove
51: 8 Vioxx from the market. They definitely
51: 9 did not.
51:10    Q.   And in none of your
51:11 discussions with them working on the --
51:12 working with them on the project and
51:13 analyzing the data did they say this
51:14 drug's dangerous, it's a safety problem?
51:15    A.   They may have said we have
51:16 an elevated relative risk. And -- and
51:17 they did not say to me, though, you know,
51:18 definitively this solves it, this means
51:19 that the drug is dangerous and should be
51:20 removed from the market. No, they did
51:21 not. They -- Dr. Solomon and Dr. Avorn
51:22 did not say that to me.
```

CC005    60:22-61:2

```
60:22    Q.   As a result of the excess
60:23 MIs in the VIGOR study, there was a very
60:24 real question at Merck as to whether or
61: Page 61
61: 1 not it was their drug that caused the
```

Cannuscio Final

61: 2    deaths. Right?

CC007    61:6-62:21

61: 6    THE WITNESS: First of all,
61: 7    I cannot remember -- I cannot
61: 8    remember if in the VIGOR study the
61: 9    outcome was deaths from MI or if
61:10    it was nonfatal MIs. So that --
61:11    that part I cannot recall about
61:12    the VIGOR study. And I can't
61:13    remember what other elements were
61:14    in the end point, too.
61:15    But the question was raised
61:16    and discussed among scientists,
61:17    not just at Merck, but in the
61:18    broader scientific community, too.
61:19    The broader scientific community
61:20    was also asking the question, is
61:21    naproxen cardioprotective; is
61:22    Vioxx associated with increased
61:23    risk; is there some combination of
61:24    those two things. And let's
62: Page 62
62: 1    invest in trying to get to the
62: 2    bottom of this. And that was my
62: 3    job. I was -- I was hired and
62: 4    asked to devote myself to pursuing
62: 5    that question.
62: 6 BY MS. LEWIS:
62: 7    Q. And at the same time you
62: 8 were pursuing that question, Vioxx was
62: 9 being promoted and sold. Correct?
62:10    A. Correct.
62:11    Q. And do you know how many
62:12 Vioxx prescriptions, for example, had
62:13 been filled by the end of the VIGOR
62:14 study?
62:15    A. No, I have no idea. I have
62:16 no idea.
62:17    Q. You don't know how many
62:18 additional prescriptions were filled
62:19 after those results but before it was
62:20 taken off the market, do you?
62:21    A. No. I have no idea.

CC_defense4    64:7-64:11

64: 7    Q. What we can agree on here
64: 8 perhaps is that it surely wasn't known at
64: 9 Merck at that time that Vioxx wasn't what
64:10 caused the heart attacks in the VIGOR
64:11 study?

CC_defense5    64:16-65:2

Cannuscio Final

64:16   THE WITNESS: I think it was
64:17   an open question whether it --
64:18   whether Vioxx was a cause of heart
64:19   attacks in patients taking it. I
64:20   think it was.
64:21 BY MS. LEWIS:
64:22   Q. And with that open question,
64:23 do you believe it ethical as an
64:24 epidemiologist, based on your training,
65: Page 65
65: 1 for a company to continue to sell the
65: 2 product?

CC_defense6   65:10-66:18

65:10   THE WITNESS: I personally
65:11   listening to the scientific
65:12   discussions that went on and --
65:13   and talking to people who were
65:14   experts in the field, for
65:15   instance, in pharmacoepidemiology,
65:16   for instance, talking to Dr. Alex
65:17   Walker who used to be the chair of
65:18   epidemiology at Harvard and who's
65:19   widely respected in the field, he
65:20   engaged in a study with us to try
65:21   to understand whether or not Vioxx
65:22   was associated with increased
65:23   cardiovascular risk.
65:24   And I -- and I trust him so
66: Page 66
66: 1   completely, I trusted Dr. Guess
66: 2   and still trust Dr. Guess and
66: 3   Dr. Santanelio so completely to do
66: 4   the right thing and -- and had
66: 5   full confidence that these people
66: 6   who -- with whom I was working
66: 7   also believed it truly to be an
66: 8   open question. And -- and also,
66: 9   you know, institutional review
66:10   boards, reviewing clinical trials
66:11   and the FDA, I -- I had to trust
66:12   that -- that all of these systems
66:13   and all of these people who were
66:14   looking at all the available
66:15   evidence also shared my view that
66:16   it was an open question and that
66:17   it was, in fact, appropriate to
66:18   continue studies of the matter.

CC_defense7   66:20-66:21

66:20   Q. And in your view, it was
66:21 most definitely an open question?

CC_defense8   67:1-67:2

Cannuscio Final

67: 1     THE WITNESS: I saw it as an
67: 2     open question.

CC010    76:23-77:2

76:23    Q.   Are you familiar with the
76:24 Kaiser Permanente August 25, 2004 study?
77: Page 77
77: 1     A.   I saw press reports of the
77: 2 Graham study I think you're referring to.

CC_defense9    77:3-77:15

77: 3    Q.   Yes.
77: 4    A.   But I don't -- I don't know
77: 5 about it in detail. Again, I was still
77: 6 on maternity leave when that study was --
77: 7 was presented. And I didn't attend the
77: 8 scientific meeting where it was
77: 9 presented.
77:10    Q.   Generally speaking, you know
77:11 it to be a large nested, case control
77:12 study?
77:13    A.   I don't know any of the
77:14 details about the study. I just know
77:15 that it received press attention.

CC011    77:16-77:19

77:16    Q.   Do you know that it showed a
77:17 three times increase in the -- the rate
77:18 of an acute cardiac event for people on
77:19 50 milligrams of Vioxx?

CC012A    77:24-79:13

77:24          THE WITNESS: I -- I don't
78: Page 78
78: 1     know about the exact results of
78: 2     the Graham study, and I'm not
78: 3     familiar with the design of the
78: 4     study or the population in which
78: 5     it was done.
78: 6 BY MS. LEWIS:
78: 7    Q.   Given your involvement with
78: 8 Vioxx and your continued role as a senior
78: 9 epidemiologist, you didn't review even
78:10 the newspaper information about the
78:11 Kaiser Permanente study?
78:12    A.   I -- I briefly read reports
78:13 of it. But remember, I was on maternity
78:14 leave when it came out, and I was also
78:15 preparing to begin a new job, which I
78:16 have begun. And I am taking care of my
78:17 child, so I was not the person

Cannuscio Final

78:18 responsible for following that. In my
78:19 absence, Dr. Watson was taking care of my
78:20 responsibilities in the epidemiology
78:21 department. And my responsibilities at
78:22 home in August were -- weren't about
78:23 epidemiology. They were about being a
78:24 mother.
79: Page 79
79: 1    Q.   I understand. Do you
79: 2 understand that the authors in that study
79: 3 concluded that Vioxx increased the risk
79: 4 of acute myocardial infarction and sudden
79: 5 cardiac death at doses greater than
79: 6 25 milligrams?
79: 7    A.   I -- I didn't know about the
79: 8 dose-specific findings from that study.
79: 9 I -- I am not familiar with the specific
79:10 data or results from that study. I am
79:11 just aware of the press reports that
79:12 there was an observation of increase in
79:13 relative risk.

CC025    83:20-84:3

83:20    Q.   You knew at every juncture
83:21 that if Vioxx was causing heart attacks,
83:22 the more people that took it, the more
83:23 heart attacks you'd see. Right?
83:24    A.   If -- if it were known to be
84: Page 84
84: 1 causal, it would follow that -- that
84: 2 there would be elevated risk in -- in
84: 3 people who were taking it.

CC026    87:9-87:13

87: 9    Q.   Given the studies you've
87:10 seen over your four years at Merck,
87:11 you'll agree that some of the estimated
87:12 20 million persons who took Vioxx have
87:13 suffered heart attacks as a result?

CC027    87:17-87:21

87:17         THE WITNESS: Today, using
87:18    the data available to us now.
87:19 BY MS. LEWIS:
87:20    Q.   Yes.
87:21    A.   That's probably true.

CC033    102:13-102:20

102:13    Q.   You know that in May of
102:14 2004, Circulation published a study by
102:15 Dr. Daniel Solomon, Dr. Jerry Avorn and
102:16 others.

Cannuscio Final

```
102:17    A.   I do.
102:18    Q.   And that was about four
102:19 months prior to the recall of Vioxx.
102:20 Correct?
```

CC035    102:24-103:15

```
102:24          THE WITNESS: Right, about
103: Page 103
103: 1    four months prior to the recall.
103: 2 BY MS. LEWIS:
103: 3    Q.   Do you have any idea of the
103: 4 number of people that took Vioxx between
103: 5 May 2004 and September 30th?
103: 6    A.   I -- again, I'm not familiar
103: 7 with prescription data, so no, I don't
103: 8 know the numbers.
103: 9    Q.   At least initially you were
103:10 identified as an author on that study.
103:11 Right?
103:12    A.   Correct.
103:13    Q.   And Merck's senior
103:14 management made a decision to remove you
103:15 as an author of that study. Right?
```

CC037    103:19-104:5

```
103:19          THE WITNESS: I -- I
103:20    understand that my supervisor,
103:21    Dr. Santanello, made a decision
103:22    that it would be appropriate for
103:23    me to be removed as an author.
103:24 BY MS. LEWIS:
104: Page 104
104: 1    Q.   Is she Merck senior
104: 2 management?
104: 3    A.   I don't know what -- who's
104: 4 included in the formal definition of the
104: 5 term. She's senior to me, certainly.
```

CC038    108:3-109:12

```
108: 3    Q.   As of the time you went on
108: 4 maternity leave, you were to be named as
108: 5 an author on the paper?
108: 6    A.   The discussion had come up
108: 7 before that at various points of whether
108: 8 or not I should be included as a
108: 9 co-author. But I believe that when I
108:10 went out on maternity leave -- when I
108:11 went out on maternity leave, I don't
108:12 think I was thinking about whether or not
108:13 I was going to be an author on the paper.
108:14 But I -- but if someone had asked me, I
108:15 would have probably thought that I would
108:16 have been an author on the paper at that
```

Cannuscio Final

```
108:17 time.
108:18    Q.  You had done a lot of work?
108:19    A.  I had done a lot of work. I
108:20 had really done a lot of work, yes.
108:21    Q.  Was your name on the
108:22 abstract that went to the FDA?
108:23    A.  I don't know if the author's
108:24 names were included on the abstract that
109: Page 109
109: 1 went to the FDA, but it was included in
109: 2 the abstract that was presented at the
109: 3 American College of Rheumatology meeting.
109: 4    Q.  And was there a poster
109: 5 involved in that as well?
109: 6    A.  I'm sure there -- well, it
109: 7 might have been a presentation, actually,
109: 8 rather than a poster.
109: 9    Q.  And your name was included
109:10 in that?
109:11    A.  I -- I would assume so. I
109:12 would hope so. But I don't --
```

CC038A    109:15-109:24

```
109:15         THE WITNESS:  Yeah. I
109:16    haven't seen the front page of
109:17    that. But my name was definitely
109:18    on the abstract. But -- and
109:19    that's usually what people use as
109:20    the reference for these meetings.
109:21 BY MS. LEWIS:
109:22    Q.  Is it fair to say the
109:23 decision to remove you as an author was
109:24 over your objection?
```

CC040    110:4-110:16

```
110: 4         THE WITNESS:  I -- I was
110: 5    disappointed in the decision and
110: 6    had hoped to be included as an
110: 7    author on the paper.
110: 8 BY MS. LEWIS:
110: 9    Q.  What were the reasons given
110:10 to you for removing your name as an
110:11 author on the paper?
110:12    A.  It was my understanding that
110:13 the paper didn't adequately discuss the
110:14 limitations of the data, for instance.
110:15    Q.  That was the position of
110:16 Drs. Watson, Guess and Ms. Lahner?
```

CC041    110:20-111:10

```
110:20         THE WITNESS:  I can't speak
110:21    for all of them, but -- but
110:22    Dr. Santanello held the view and I
```

Cannuscio Final

110:23    think still holds the view that
110:24    the paper didn't adequate --
111: Page 111
111: 1    adequately discuss or address the
111: 2    limitations of this study.
111: 3 BY MS. LEWIS:
111: 4    Q.  The final version of that
111: 5 article that doesn't have your name
111: 6 anywhere, it implies that there's no
111: 7 contribution from any Merck employee in
111: 8 study design, statistical analysis or
111: 9 preparation of the manuscript, doesn't
111:10 it?

CC042    111:14-112:12

111:14    THE WITNESS: Well,
111:15    ironically, my name is actually in
111:16    the manuscript in -- in a
111:17    footnote. So it actually is on
111:18    the manuscript. So there is --
111:19    there is a mention in there that a
111:20    Merck epidemiologist was involved.
111:21    I don't know if it says that I'm
111:22    an epidemiologist, but it does say
111:23    in a footnote Dr. Cannuscio, an
111:24    employee of Merck.
112: Page 112
112: 1 BY MS. LEWIS:
112: 2    Q.  Did that footnote remain in
112: 3 the published article?
112: 4    A.  It did.
112: 5    Q.  Have you seen the published
112: 6 article?
112: 7    A.  I've seen photocopies of the
112: 8 published article.
112: 9    Q.  Who told you that the
112:10 footnote with your name in it remained on
112:11 the final published article in
112:12 Circulation?

CC044    112:18-112:24

112:18    THE WITNESS: So I haven't
112:19    picked up the edition of
112:20    Circulation, but I've -- I've had
112:21    either printed PDF files or
112:22    photocopies. And in the versions
112:23    I've seen, at least, my name is in
112:24    a footnote.

CC045    113:15-114:15

113:15    Q.  Will you confirm with me in
113:16 Exhibit 8 that your name is not in the
113:17 footnote?

Cannuscio Final

113:18    A.   This sentence that says,
113:19 "Other than Dr. Cannuscio, an employee of
113:20 Merck, no authors have direct personal
113:21 financial relationship with any
113:22 pharmaceutical company." And that's on
113:23 the version in Exhibit 7 where I'm not
113:24 listed as an author. So it refers to me
114: Page 114
114: 1 as an author although I'm not listed as
114: 2 an author. And then in this copy that
114: 3 you've given me, which you said you
114: 4 downloaded --
114: 5    Q.   I downloaded Exhibit 7.
114: 6    A.   And then this one you --
114: 7    Q.   Is the published copy.
114: 8    A.   From the journal itself?
114: 9    Q.   Yes.
114:10    A.   Okay. So in that version,
114:11 the sentence that I just read is no
114:12 longer there. But I wasn't aware that
114:13 that's the way it looks in the magazine,
114:14 the journal itself. I've only seen this
114:15 version prior to right now.

CC046    115:6-115:12

115: 6    Q.   The statement in the final
115: 7 published article that says, "No authors
115: 8 have direct personal financial
115: 9 relationships with any pharmaceutical
115:10 company" is somewhat misleading, given
115:11 your role in this work and drafting this
115:12 article, isn't it?

CC047    116:3-116:11

116: 3    Q.   It's certainly true that at
116: 4 the time you did your work on the Solomon
116: 5 study and worked on authoring the Solomon
116: 6 paper, you had a financial relationship
116: 7 with Merck?
116: 8    A.   Right. I was an employee of
116: 9 Merck while I was working with Dr.
116:10 Solomon -- while I was working with him
116:11 in -- in doing the study.

CC048    124:21-124:24

124:21    Q.   And did you participate
124:22 actively in the study design of the
124:23 Solomon studies?
124:24    A.   I did. I did. Absolutely.

CC049    125:13-126:8

125:13    Q.   And you did statistical

Cannuscio Final

125:14 analysis and you interpreted data, didn't
125:15 you?
125:16     A.   I assisted with -- I
125:17 assisted with the study design, the data
125:18 analysis, interpretation and reviews of
125:19 the manuscript. I -- I participated in
125:20 all of those things. There's no question
125:21 whatsoever about whether or not I
125:22 participated in those things.
125:23     Q.   There's an acknowledgment on
125:24 the last page of Exhibit 8 that says, "We
126: Page 126
126: 1 want to thank an epidemiologist who
126: 2 participated actively in the study
126: 3 design, statistical analysis and
126: 4 interpretation of the data, and
126: 5 preparation of the manuscript."
126: 6          Are you that epidemiologist?
126: 7     A.   I would say you're welcome.
126: 8 That's -- I think that's probably me.

CC052A    131:15-132:5

131:15     Q.   Were you the sole Merck
131:16 epidemiologist involved in the Solomon
131:17 study?
131:18     A.   No; but I was the main
131:19 epidemiologist involved in the study.
131:20     Q.   I take it Drs. Santanello,
131:21 Guess and Watson would have in some way
131:22 helped you design the study?
131:23     A.   I consulted them.
131:24     Q.   And that study showed an
132: Page 132
132: 1 increase of heart attack among Vioxx
132: 2 users. Correct?
132: 3     A.   The relative risks for some
132: 4 of the comparisons were greater than
132: 5 1.00.

Total Length - 00:19:35