U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 8-2-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. CA 06-485 |

### Notice of Filing Deposition Testimony of Jerome Avorn, M.D.

Plaintiff Gerald Barnett, by and through his attorneys, hereby gives notice of filing of the final transcript of the deposition testimony by the parties in the direct, cross, redirect and the recross of the deposition testimony of Jerome Avorn, M.D. This testimony was played during the trial of this cause on August 1 and 2, 2006. A transcript is attached as Exhibits "A", "B", "C" and "D."

Respectfully submitted,

Dated: August 2, 2006

By _P. Leigh O'Dell_
Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

1

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

Russ M. Herman  
Leonard A. Davis  
Stephen J. Herman  
HERMAN HERMAN KATZ  
& COTLER, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70013  
Telephone: (504) 581-4892  
Facsimile: (504) 561-6024  

Christopher A. Seeger  
SEEGER WEISS  
One William Street  
New York, New York 10004  
Telephone: (212) 584-0700  
Facsimile: (212) 584-0799  
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire  
NEBLETT, BEARD & ARSENAULT  
2220 Bonaventure Court, P.O. Box 1190  
Alexandria, LA 71301-1190  
(318) 487-9874 (telephone)  
(318) 561-2591 (telecopier)  

Arnold Levin, Esquire  
LEVIN, FISHBEIN, SEDRAN & BERMAN  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
(215) 592-1500 (telephone)  
(215) 592-4663 (telecopier)  

Gerald E. Meunier, Esquire  
GAINSBURGH, BENJAMIN, DAVID, MEUNIER  
& WARSHAUER, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163  
(504) 522-2304 (telephone)  
(504) 528-9973 (telecopier)  

Shelley Sanford, Esquire  
GOFORTH, LEWIS, SANFORD LLP  
2200 Texaco Heritage Plaza  
1111 Bagby  
Houston, TX 77002  
(713) 650-0022 (telephone)  
(713) 650-1669 (telecopier)  

Troy Rafferty, Esquire  
LEVIN, PAPANTONIO, THOMAS, MITCHELL,  
ECHSNER & PROCTOR, PA  
316 S. Baylen Street, Suite 400  
Pensacola, FL 32502  
(850) 435-7000 (telephone)  
(850) 497-7059 (telecopier)  

Drew Ranier, Esquire  
RANIER, GAYLE & ELLIOT, L.L.C.  
1419 Ryan Street  
Lake Charles, LA 70601  
(337) 494-7171 (telephone)  
(337) 494-7218 (telecopier)  

Elizabeth J. Cabraser, Esquire  
LIEFF, CABRASER, HEIMANN &  
BERNSTEIN, LLP  
Embarcadero Center West  
275 Battery Street, 30th Floor  
San Francisco, CA 94111  
(415) 956-1000 (telephone)  
(415) 956-1008 (telecopier)  

Mark Robinson, Esquire  
ROBINSON, CALCAGNIE & ROBINSON  
620 Newport Center Drive  
7th Floor  
Newport Beach, CA 92660  
(949) 720-1288 (telephone)  
(949) 720-1292 (telecopier)  

Thomas R. Kline, Esquire  
KLINE & SPECTER, P.C.  
1525 Locust Street, 19th Floor  
Philadelphia, PA 19102  
(215) 772-1000 (telephone)  
(215) 772-1371 (telecopier)  

Christopher V. Tisi, Esquire  
ASHCRAFT & GEREL  
2000 L Street, N.W.  
Suite 400  
Washington, DC 20036-4914  
(202) 783-6400 (telephone)  
(307) 733-0028 (telecopier)  

**PLAINTIFF'S STEERING COMMITTEE**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Jerome Avorn, M.D. has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of August, 2006.

                                                            P. Leigh O'Dell
                                                            Attorney for Plaintiff
                                                            Beasley, Allen, Crow,
                                                            Methvin, Portis & Miles, P.C.