# EXHIBIT  A

Final Avorn Direct

Avorn Part 1 (Multi-clip)
Avorn 3102    31:2-34:6

31: 2    Q.   Good afternoon, Doctor.
31: 3    A.   Good afternoon.
31: 4    Q.   Would you please introduce
31: 5 yourself to the members of the jury.
31: 6    A.   Yes.  My name is Jerry
31: 7 Avorn.
31: 8    Q.   And where do you currently
31: 9 live, sir?
31:10    A.   In Brookline, just outside
31:11 of Boston, Massachusetts.
31:12    Q.   And do you hold any academic
31:13 positions?
31:14    A.   Yes.  I'm a professor of
31:15 medicine at Harvard Medical School.
31:16    Q.   And do you hold any other
31:17 professional positions at Harvard Medical
31:18 School?
31:19    A.   Yes.  I am the chief of the
31:20 division of pharmacoepidemiology and
31:21 pharmacoeconomics at the Brigham and
31:22 Women's Hospital, which is one of the
31:23 main Harvard teaching hospitals.
31:24    Q.   And would you tell us a
32: Page 32
32: 1 little bit about the division of
32: 2 pharmacoepidemiology and
32: 3 pharmacoeconomics?
32: 4    A.   Yes.  That's a division that
32: 5 I was asked to start in 1997, and it
32: 6 opened its doors in 1998.  And it is a
32: 7 collection of 25 researchers of whom
32: 8 there's 11 faculty, and the rest are
32: 9 programmers and research assistants and
32:10 administrators.  And our main agenda is
32:11 the study of patterns of medication use,
32:12 side effects caused by drugs, good
32:13 effects caused by drugs, the cost
32:14 effectiveness of drugs, the impact of
32:15 policy such as reimbursement and other
32:16 sorts of policy on how doctors prescribe
32:17 drugs, how patients use drugs, and,
32:18 finally, the way that physicians make
32:19 prescribing decisions and how those
32:20 decisions can be made better.
32:21    Q.   And forgive me if
32:22 occasionally I ask you to explain some
32:23 terms.
32:24         You mentioned the term
33: Page 33
33: 1 "pharmacoepidemiology."  Would you please
33: 2 describe what that is?
33: 3    A.   Sure.  That is the study of

Final Avorn Direct

33: 4 the beneficial and adverse effects of
33: 5 drugs as seen in, quote, the real world
33: 6 as typical doctors and typical patients
33: 7 use those medications, both the good
33: 8 effects and the bad effects.
33: 9      Q.   And what about the term
33:10 "pharmacoeconomics"?
33:11      A.   Pharmacoeconomics is the
33:12 study of the relationship between what a
33:13 drug does and what its cost is. So, we
33:14 try to understand whether a given drug is
33:15 worth its price and whether it's cost
33:16 effective, whether it might even save
33:17 money for the healthcare system, and how
33:18 those balance out.
33:19      Q.   How is your division funded,
33:20 Dr. Avorn?
33:21      A.   Primarily by our
33:22 peer-reviewed research grants from the
33:23 National Institutes of Health, which is,
33:24 of course, the federal agency that
34: Page 34
34: 1 supports scientific research. We also
34: 2 receive money from foundations that are
34: 3 devoted to, let's say, arthritis and
34: 4 other areas that we are concerned in.
34: 5 And we also will accept research grants
34: 6 from pharmaceutical companies.

Avorn 3509    35:9-36:15

35: 9          I'd like to go through some
35:10 of your education and experience a little
35:11 bit. Okay?
35:12      A.   Sure.
35:13      Q.   All right.
35:14          Would you please tell the
35:15 men and women of the jury a little bit
35:16 about your educational background, how
35:17 you became a professor of medicine at
35:18 Harvard?
35:19      A.   Sure. In brief, I grew up
35:20 in New York City. I went to Columbia as
35:21 an undergrad. I then went to Harvard
35:22 Medical School, where I was awarded the
35:23 M.D. degree in 1974. I then did my
35:24 internship and residency in various of
36: Page 36
36: 1 the Harvard teaching hospitals and became
36: 2 certified in internal medicine. And
36: 3 around the time that I was a resident, I
36: 4 also began teaching at the medical school
36: 5 in a variety of areas that primarily
36: 6 related to medication use.
36: 7      Q.   Do you currently teach
36: 8 medical students and residents at

Final Avorn Direct

36: 9 Harvard?
36:10     A.   Yes.  That's where I just
36:11 came from an hour ago.
36:12     Q.   Okay.
36:13         And do you conduct
36:14 independent research?
36:15    'A.   Yes, I do.

AVORN  3618    36:18-37:3

36:18         In what medical and
36:19 scientific fields do you conduct medical
36:20 research?
36:21     A.   The utilization of drugs by
36:22 doctors, the side effects of those drugs,
36:23 the utilization of drugs by patients, the
36:24 relationship between the healthcare
37: Page 37
37: 1 system and medication use, and in
37: 2 general, the outcomes of drug use and how
37: 3 it can be improved.

D AVORN 3704    37:4-37:17

37: 4     Q.   Now, you mentioned Brigham
37: 5 and Women's Hospital.  Does the division
37: 6 that you head have any relationship to
37: 7 the day-to-day function of the Brigham
37: 8 and Women's Hospital?
37: 9     A.   Yes.  One of the missions of
37:10 our division is to help advise the
37:11 hospital about what medications should be
37:12 used at the hospital and also to teach
37:13 the interns and residents and medical
37:14 students and physicians who are
37:15 practicing at the hospital about the best
37:16 way to use the drugs that are on our list
37:17 of drugs or the formulary.

AVORN  3718    37:18-42:10

37:18     Q.   Okay.
37:19         Now, you previously
37:20 described to the members of the jury
37:21 pharmacoepidemiology, pharmacoeconomics.
37:22 You also mentioned that you do research
37:23 in the field of looking at the factors
37:24 that affect prescribing choices of
38: Page 38
38: 1 physicians?
38: 2     A.   That's right.
38: 3     Q.   Okay.
38: 4         Would you describe your
38: 5 particular interest in that area?
38: 6     A.   Sure.  The first paper I
38: 7 published in that area was actually back

Page 3

Final Avorn Direct

38: 8 in 1982 in which I was interested in how
38: 9 doctors make decisions about what drugs
38:10 to use. And I was interested in whether
38:11 -- the balance between the information
38:12 that we as prescribers get from the
38:13 medical literature versus from commercial
38:14 sources like advertising or sales reps.
38:15 And so we did a study of primary care
38:16 docs in the Boston area, and we asked
38:17 them where they got their information
38:18 from, and then we gave them little
38:19 quizzes about the drugs that they
38:20 commonly used. And although they thought
38:21 that they got most of their information
38:22 from just reading the medical journals,
38:23 in fact, what our quiz showed was that a
38:24 lot of what they believed actually came
39: Page 39
39: 1 from what you could only find in ads or
39: 2 from sales reps.
39: 3     Q.   What is academic detailing,
39: 4 Doctor?
39: 5     A.   Academic dealing is an
39: 6 approach that I pretty much invented in
39: 7 the late 1970s and early 1980s. And it
39: 8 was based on the following idea: That we
39: 9 know that the drug manufacturers are
39:10 awfully good communicators. They send
39:11 people into our offices. They have very
39:12 well-presented spiels that they give us.
39:13 They interact with us in a very friendly
39:14 way. They've got great graphical
39:15 material. They will have dinner meetings
39:16 in good restaurants and show us their
39:17 presentations. And that's really very
39:18 effective communication, but it's just to
39:19 sell product. That's the only reason
39:20 that they do that communication.
39:21          By contrast, faculty in
39:22 medical schools tend to have a pretty
39:23 good handle on the evidence and don't
39:24 usually have a particular axe to grind
40: Page 40
40: 1 about selling a product, but we tend to
40: 2 be lousy communicators. We give dull
40: 3 lectures. We don't really have very good
40: 4 graphical material. We stay in our ivory
40: 5 tower and we don't go out to doctors'
40: 6 offices.
40: 7          And what I began to wonder
40: 8 about in the late '70s and early '80s is
40: 9 whether we could kind of marry that very
40:10 effective communication approach that the
40:11 pharmaceutical industry has with the more
40:12 balanced evidence-based approach that
40:13 medical school or academic faculty have.

Final Avorn Direct

40:14 And because the approach of the sales
40:15 reps in the drug industry is called
40:16 detailing, I call that academic
40:17 detailing.
40:18       And our first study was
40:19 funded by the federal government in 1979
40:20 and ultimately was published in the New
40:21 England Journal in 1983 in which we
40:22 showed that by sending pharmacists that
40:23 we trained to be the so-called unsales
40:24 reps out to doctors' offices to teach
41: Page 41
41: 1 them about how to prescribe better in
41: 2 this interactive and engaging manner, we
41: 3 could actually influence their
41: 4 prescribing for the better in a way that
41: 5 was both effective and actually paid for
41: 6 itself.
41: 7       Q.   Doctor, have various
41: 8 governments and different organizations
41: 9 adopted the concept of academic
41:10 detailing?
41:11       A.   Yes.  As a matter of fact,
41:12 just a few weeks ago I came back from
41:13 Australia where the entire country has a
41:14 very large program of academic detailing
41:15 which we actually helped them set up
41:16 based on our early research in which they
41:17 have pharmacists and nurses going out to
41:18 doctors all over the country to advise
41:19 them on how to prescribe so that they are
41:20 not dependent on ads or sales reps from
41:21 the drug companies to know about the
41:22 drugs they use.
41:23       Q.   Any states have programs
41:24 and --
42: Page 42
42: 1       A.   Yes.  We're actually running
42: 2 a program on behalf of the State of
42: 3 Pennsylvania which has asked our group to
42: 4 put together educational materials for
42: 5 doctors all over Pennsylvania.  And the
42: 6 State of Pennsylvania funds nurses and
42: 7 pharmacists to go out and teach doctors
42: 8 how to prescribe so that they are not,
42: 9 again, dependent on just what they hear
42:10 from the sales reps and see in the ads.

Avorn 4216     42:16-44:3

42:16       Have you published in each
42:17 of the areas that you've identified,
42:18 pharmacoepidemiology, pharmacoeconomics,
42:19 and physician drug practices?
42:20       A.   Yes, I have.
42:21       Q.   In the course of your

Final Avorn Direct

42:22 career, Dr. Avorn, have pharmaceutical
42:23 companies funded some of your research?
42:24     A.   Yes.  As I said, we do have
43: Page 43
43: 1 research support from a number of drug
43: 2 companies.
43: 3     Q.   Do these include some of the
43: 4 studies that you have conducted with
43: 5 respect --
43: 6          Well, first of all, let me
43: 7 back up.
43: 8          Have you studied the class
43: 9 of drugs that we'll talk about here today
43:10 called nonsteroidal anti-inflammatory
43:11 drugs or NSAIDs?
43:12     A.   That's right.
43:13     Q.   And have you studied COX-2
43:14 drugs?
43:15     A.   That's right.  We've been
43:16 looking at that class of drugs since
43:17 before 1990.
43:18     Q.   Okay.
43:19          And have you received grants
43:20 and funds from various pharmaceutical
43:21 companies to study that class of drugs?
43:22     A.   Yes.  Both drug companies
43:23 and also the National Institutes of
43:24 Health.
44: Page 44
44: 1     Q.   Would you tell us some of
44: 2 the drug companies who have funded your
44: 3 research?

Avorn 4408    44:8-48:5

44: 8     A.   In general, Pfizer, Glaxo,
44: 9 Pharmacia, Kabi, Merck.
44:10     Q.   Are you currently being
44:11 funded by Merck?
44:12     A.   Yes.  Dr. Solomon in our
44:13 group has a project in which I'm
44:14 participating in which Merck has funded
44:15 us to look at the underuse of drugs for
44:16 osteoporosis or bone thinning.
44:17     Q.   And have you been funded by
44:18 Merck to do studies in the field of COX-2
44:19 drugs including Vioxx?
44:20     A.   Yes, we have.
44:21     Q.   Other than your experience
44:22 with Vioxx, which we'll talk about during
44:23 the course of this deposition, putting
44:24 that aside for a moment, how would you
45: Page 45
45: 1 have described your experience with
45: 2 Merck?
45: 3     A.   Other than with our Vioxx

Page 6

Final Avorn Direct

45: 4 experience?
45: 5      Q.   Yes.
45: 6      A.   I always thought of Merck as
45: 7 the most respected, upstanding, careful
45: 8 pharmaceutical company in the country, as
45: 9 most everybody else did back in, let's
45:10 say, the 1980s and early '90s.
45:11      Q.   Was your, and we'll talk
45:12 about this, but was your experience with
45:13 Merck different with respect to the COX-2
45:14 drugs?
45:15      A.   Yes, it was.
45:16      Q.   Do you currently hold any
45:17 leadership appointments within your
45:18 field?
45:19      A.   Well, I have served in the
45:20 past as the president of the
45:21 International Society for
45:22 Pharmacoepidemiology, which is the main
45:23 professional body of researchers all
45:24 around the world who study drug side
46: Page 46
46: 1 effects and drug utilization and drug
46: 2 cost effectiveness.
46: 3      Q.   And are you licensed to
46: 4 practice medicine?
46: 5      A.   Yes, I am, in Massachusetts.
46: 6      Q.   And are you board certified
46: 7 in any specialty of medicine?
46: 8      A.   Internal medicine.
46: 9      Q.   Do you supervise the
46:10 treatment of patients at Harvard's
46:11 Brigham and Young -- Brigham Hospital?
46:12      A.   Brigham and Women's, yes, I
46:13 do.
46:14      Q.   Has there ever been a time
46:15 in the past 20 years where you have not
46:16 treated or supervised treatment of
46:17 patients?
46:18      A.   No. I've treated or
46:19 supervised continuously pretty much since
46:20 I got my M.D.
46:21      Q.   Okay.
46:22           Do you specialize in the
46:23 treatment of any particular patient
46:24 populations, Dr. Avorn?
47: Page 47
47: 1      A.   I've had a particular
47: 2 expertise and interest in medication use
47: 3 in the elderly, people over 65.
47: 4      Q.   As an internist, do you
47: 5 supervise the treatment of patients with
47: 6 chronic pain conditions such as
47: 7 arthritis?
47: 8      A.   Sure.
47: 9      Q.   As an internist, you

Page 7

Final Avorn Direct

47:10 supervise patients with acute pain
47:11 conditions?
47:12      A.   Yes.
47:13      Q.   How about cardiovascular
47:14 disease?
47:15      A.   Certainly.
47:16      Q.   Okay.
47:17           Have you had occasion to
47:18 prescribe or supervise the prescription
47:19 of medications for patients at the
47:20 Brigham Hospital, including nonsteroidal
47:21 anti-inflammatory drugs?
47:22      A.   Yes.
47:23      Q.   In addition to your --
47:24           Let me talk for a moment
48: Page 48
48: 1 about your publications, Doctor.
48: 2 Approximately how many original articles
48: 3 have you written for the peer-reviewed
48: 4 medical literature?
48: 5      A.   About 200.


Avorn 4812    48:12-49:13


48:12     Q.   What are some of the
48:13 medical, the peer-review medical journals
48:14 in which you have been published?
48:15     A.   The New England Journal of
48:16 Medicine, the Journal of the American
48:17 Medical Association, the British Medical
48:18 Journal, Health Affairs, the Archives of
48:19 Internal Medicine, the Annals of Internal
48:20 Medicine and a few dozen others.
48:21     Q.   Okay.
48:22          Have you been or --
48:23          Are you now or have you been
48:24 a peer reviewer yourself?
49: Page 49
49: 1      A.   Yes.  I regularly review
49: 2 articles for the New England Journal of
49: 3 Medicine and for JAMA in particular,
49: 4 "JAMA" being the Journal of the American
49: 5 Medical Association.
49: 6      Q.   Thank you.
49: 7          Has your publications  --
49: 8          Has your work as an
49: 9 academician in publishing information
49:10 been recognized generally?
49:11     A.   Yes.
49:12     Q.   Would you tell us a little
49:13 bit about that?


Avorn 5001    50:1-51:20


50: 1          THE WITNESS:  That I was
50: 2      identified by the scientific body

Final Avorn Direct

50: 3    that keeps track of all medical
50: 4    references in the world as one of
50: 5    the most highly cited researchers
50: 6    in the field of medicine and
50: 7    social science because of the
50: 8    number of citations to my research
50: 9    that have been in the medical
50:10    literature.
50:11 BY MR. TISI:
50:12    Q.   Doctor, have you published
50:13 specifically about the safety of Vioxx?
50:14    A.   Yes, I have.
50:15    Q.   Have you published
50:16 specifically regarding the safety of
50:17 COX-2 drugs including both Vioxx and
50:18 Celebrex?
50:19    A.   Yes.
50:20    Q.   Have you published
50:21 specifically about the safety of
50:22 nonsteroidal anti-inflammatory drugs?
50:23    A.   That's right.
50:24    Q.   How long have you been
51: Page 51
51: 1 publishing in that particular field?
51: 2    A.   I think the first paper on
51: 3 nonsteroidals was one that I did with Dr.
51: 4 Gurwitz that I believe was in the Journal
51: 5 of the American Medical Association back
51: 6 in 1990.
51: 7    Q.   Have you published
51: 8 specifically about Merck's conduct in
51: 9 their communication of risk and benefit
51:10 of Vioxx to physicians?
51:11    A.   I've written about that,
51:12 yes.
51:13    Q.   Dr. Avorn, from the almost
51:14 200 peer-reviewed articles that are in
51:15 your curriculum vitae, I have pulled
51:16 documents from your peer-reviewed
51:17 documents, the articles which I'm going
51:18 to hand to you as an exhibit, and they
51:19 would be Exhibits 2 through 15.
51:20    A.   Right.


Avorn 5515    55:15-55:19

55:15    Q.   Would these be the articles
55:16 that you have written in the
55:17 peer-reviewed medical literature
55:18 pertaining to nonsteroidal
55:19 anti-inflammatory drugs?


Avorn 5522    55:22-63:19

55:22         Yes, that's some of them.
55:23    Q.   Okay.

Final Avorn Direct

55:24        Would that include articles
56: Page 56
56: 1 you've written on various COX-2 drugs
56: 2 including Vioxx?
56: 3    A.   Yes.
56: 4    Q.   Are any of these studies
56: 5 funded by Merck?
56: 6    A.   Yes.  The one from
56: 7 Circulation that appeared in 2004 was
56: 8 supported by Merck.  And several of the
56: 9 others were based on our research funded
56:10 by Merck as well.
56:11    Q.   Could you identify the
56:12 article that was supported by Merck?
56:13    A.   Sure.
56:14    Q.   And identify it by exhibit
56:15 number.
56:16    A.   Sure.
56:17        (Witness reviewing
56:18 documents.)
56:19        Okay.  One of them is
56:20 Exhibit Number 7, which is the one that
56:21 appeared in the journal called
56:22 Circulation in 2004.
56:23        There's another one that
56:24 appeared in the journal called
57: Page 57
57: 1 Epidemiology in 2005 that was also
57: 2 supported by Merck.
57: 3    Q.   And the title of that --
57: 4    A.   I'm sorry.
57: 5    Q.   Those both involve Vioxx?
57: 6    A.   Yes.  Those are both about
57: 7 the COX-2 drugs, which were basically
57: 8 Vioxx and Celebrex primarily.
57: 9        There's also a paper we had
57:10 in the New England Journal of Medicine in
57:11 2004 called "Medicaid Prior-Authorization
57:12 Programs and the Use of COX-2
57:13 Inhibitors," and we acknowledge there
57:14 that we also were receiving a grant from
57:15 Merck which contributed to that study.
57:16        I'm checking carefully
57:17 because we usually don't pay attention to
57:18 who's paying for the study when we do the
57:19 work.
57:20        We acknowledged in a paper
57:21 that came out in the Journal of Clinical
57:22 Epidemiology in 2005 about physician
57:23 preferences in relation to the use of
57:24 COX-2 drugs like Vioxx and Celebrex in
58: Page 58
58: 1 which we received funding from Merck, but
58: 2 Merck did not specifically fund that
58: 3 study.
58: 4        There's another paper here,

Final Avorn Direct

58: 5 Exhibit Number 13, "Cardiovascular
58: 6 Outcomes in New Users of Coxibs and
58: 7 NSAIDs," that also acknowledges that
58: 8 we've received support from Merck to do
58: 9 that work.
58:10          Not that one.
58:11          So, that's pretty much it.
58:12     Q.    Have you written any books
58:13 which pertain to issues of drug safety?
58:14     A.    Yes, I have.
58:15     Q.    Doctor, I'm going to hand
58:16 you a book. I'm not going to mark it as
58:17 an exhibit unless we have to. Is that
58:18 the book that you've written?
58:19     A.    Yes. "Powerful Medicines:
58:20 The Benefits, Risks, and Costs of
58:21 Prescription Drugs." It came out in
58:22 2004.
58:23     Q.    Doctor, have you been a
58:24 consultant for the United States Food &
59: Page 59
59: 1 Drug Administration at any time in the
59: 2 past?
59: 3     A.    Yes, I have.
59: 4     Q.    Would you describe for the
59: 5 members of the jury what that is about?
59: 6     A.    Sure. There was a
59: 7 medication on the market called Lotronex,
59: 8 which was a drug for irritable bowel
59: 9 syndrome. And there was a concern that
59:10 it was causing severe side effects, even
59:11 death, in patients who took it, and the
59:12 FDA was trying to determine whether its
59:13 safety was such that it should be kept on
59:14 the market or pulled from the market.
59:15 And the FDA asked me to consult with it
59:16 as part of its Advisory Committee that
59:17 would look at the safety of that drug.
59:18     Q.    Have you testified before
59:19 the United States Congress on issues
59:20 relating to drug safety and healthcare
59:21 policy?
59:22     A.    Yes. On a number of
59:23 occasions, I was invited to testify by
59:24 the U.S. Senate, Special Committee on
60: Page 60
60: 1 Aging, the House Committee on Aging, and
60: 2 other committees of Congress about
60: 3 medication effects.
60: 4     Q.    Have you advised the
60: 5 President of the United States on drug
60: 6 safety or drug policy?
60: 7     A.    I was invited by a
60: 8 transition team of the president-elect to
60: 9 advise about drug policy.
60:10     Q.    And have you received grants

Page 11

Final Avorn Direct

60:11 from the National Institute of Health to
60:12 conduct your research?
60:13       A.    Yes.
60:14       Q.    I'm going to ask you some
60:15 questions, Doctor, about your expertise
60:16 directly.
60:17       A.    Okay.
60:18       Q.    Dr. Avorn, are you an expert
60:19 in the field of pharmacoepidemiology?
60:20       A.    Yes.
60:21       Q.    Are you an expert in the
60:22 field of pharmacoeconomics?
60:23       A.    Yes.
60:24       Q.    Are you an expert in the
61: Page 61
61: 1 field of pharmaceutical study design?
61: 2       A.    Yes.
61: 3       Q.    And are you an expert in the
61: 4 field of the conduct of pharmaceutical
61: 5 studies?
61: 6       A.    Yes.
61: 7       Q.    Are you an expert in the
61: 8 factors that drive prescribing practices
61: 9 and habits of physicians generally?
61:10       A.    Yes.
61:11       Q.    Are you an expert in the
61:12 field of internal medicine?
61:13       A.    Yes.
61:14       Q.    Geriatric medicine?
61:15       A.    Yes.
61:16       Q.    An expert in the
61:17 communication of risks and benefits to
61:18 physicians and elder health care
61:19 providers?
61:20       A.    Yes.
61:21       Q.    Are you an expert in the
61:22 risks and benefits of a class of drugs
61:23 known as nonsteroidal anti-inflammatory
61:24 drugs?
62: Page 62
62: 1       A.    Yes.
62: 2       Q.    COX-2 inhibitors?
62: 3       A.    Yes.
62: 4       Q.    How about an expert in the
62: 5 field in the risks and benefits of Vioxx?
62: 6       A.    Yes.
62: 7       Q.    Are all the areas that I've
62: 8 just asked you your expertise about areas
62: 9 in which you have actually published in
62:10 the peer-reviewed medical literature?
62:11       A.    That's right.
62:12       Q.    Dr. Avorn, are you prepared
62:13 to offer the jury in this case your
62:14 professional opinions regarding the drug
62:15 Vioxx manufactured by Merck?
62:16       A.    Yes.

Final Avorn Direct

62:17      Q.   During the time that Vioxx
62:18 was on the market, did you have occasion
62:19 to speak with Merck officials concerning
62:20 Vioxx?
62:21      A.   Yes.
62:22      Q.   During the time that Vioxx
62:23 was on the market, did you formulate
62:24 opinions regarding Vioxx's safety,
63: Page 63
63: 1 efficacy and its cardiovascular risk?
63: 2      A.   Yes.
63: 3      Q.   Did you share those opinions
63: 4 with Merck?
63: 5      A.   Yes.
63: 6      Q.   Until 2004, when Vioxx was
63: 7 no longer available on the market, were
63: 8 you asked to present your scientific and
63: 9 medical opinions on Vioxx and other
63:10 NSAIDs, including naproxen, which we'll
63:11 talk about, at national and international
63:12 scientific and professional meetings?
63:13      A.   Yes.
63:14      Q.   During the time Vioxx was on
63:15 the market and shortly thereafter, did
63:16 you publish articles and editorials in
63:17 the peer-reviewed literature concerning
63:18 the FDA's role in evaluating Vioxx?
63:19      A.   I did.

Avorn 6323     63:23-64:6

63:23          When you were formulating
63:24 these opinions and publishing them in the
64: Page 64
64: 1 medical literature, were you consulting
64: 2 with any lawyers like myself who were
64: 3 representing individuals who claim that
64: 4 they were injured as a result of Vioxx?
64: 5      A.   No.  I try to avoid
64: 6 consulting with lawyers whenever I can.

Avorn 6418     64:18-66:8

64:18      Q.   When is the first time you
64:19 met with any lawyer representing people
64:20 who claimed injuries as a result of
64:21 Vioxx?
64:22      A.   I would say the only time I
64:23 actually -- well, the first time I
64:24 actually met with anybody, as opposed to
65: Page 65
65: 1 calling them back and saying no thank
65: 2 you, would have been May of '05.
65: 3      Q.   Since May of 2005 when you
65: 4 first had your meeting with lawyers
65: 5 representing people who claim injuries as

Final Avorn Direct

65: 6 a result of Vioxx, have you been provided
65: 7 with additional materials that you had
65: 8 not had an opportunity to see while you
65: 9 were conducting studies involving Vioxx,
65:10 NSAIDs and COX-2s?
65:11      A.   Yes.  There was a lot of
65:12 material that came out as a result of the
65:13 discovery process that I had not had
65:14 access to before.
65:15      Q.   Have you formed additional
65:16 opinions since May of 2005 as a result of
65:17 reviewing those additional documents that
65:18 were provided to you?
65:19      A.   Yes.
65:20      Q.   Are you prepared to offer
65:21 those additional opinions to the members
65:22 of the jury today?
65:23      A.   Sure.
65:24      Q.   Doctor, are all the opinions
66: Page 66
66: 1 that you will testify about today,
66: 2 whether they were formed before you were
66: 3 retained as an expert in this litigation
66: 4 or since you were retained as an expert
66: 5 in this litigation, opinions that you
66: 6 hold to a reasonable degree of medical
66: 7 and scientific certainty?
66: 8      A.   Definitely.

Avorn 6612      66:12-68:19

66:12           Are you aware that your
66:13 testimony is being videotaped so it could
66:14 be shown to the members of the jury?
66:15      A.   Yes.  The clue was that big
66:16 video camera in front of me.
66:17      Q.   Okay.
66:18           Why is it that you are not
66:19 appearing live to give your opinions to
66:20 the members of this jury?
66:21      A.   Because I have a day job,
66:22 and I spend an enormous amount of time
66:23 just running my division at Harvard and
66:24 at the Brigham and teaching medical
67: Page 67
67: 1 students and occasionally supervising
67: 2 patient care, and I wouldn't have time to
67: 3 do this for more than just once.
67: 4      Q.   Are you being paid
67: 5 personally for the time that you spent
67: 6 consulting with us and appearing at this
67: 7 videotape testimony?
67: 8      A.   No.  I received no payment
67: 9 for any of my work in this case.
67:10      Q.   Well, don't doctors like
67:11 yourself usually submit bills when they

Final Avorn Direct

67:12 do work like this?
67:13     A.   They traditionally do, but I
67:14 prefer, since I've established a policy
67:15 in my division that none of us accepts
67:16 any direct payment from drug companies,
67:17 it seemed reasonable to also not accept
67:18 any payment personally from plaintiffs'
67:19 lawyers or plaintiffs either, and so I do
67:20 this pro bono, and if the attorneys I'm
67:21 working with want to make a donation to a
67:22 charitable cause, that's fine with me.
67:23 But I don't take any personal
67:24 remuneration.
68: Page 68
68: 1     Q.   Have you set up a charitable
68: 2 fund which any money that would be billed
68: 3 would go into that fund?
68: 4     A.   Sure.  Right.
68: 5     Q.   And what is the purpose of
68: 6 this charitable fund?
68: 7     A.   It is basically to have an
68: 8 endowment to support noncommercial
68: 9 research about medication use and
68:10 medication effects, because I think
68:11 there's a real need for that to be a
68:12 source of funding that is independent of
68:13 any particular companies.
68:14     Q.   Do you derive any personal
68:15 monetary benefit as a result of the money
68:16 that we may hourly -- any hourly rate you
68:17 may bill us which we pay into this
68:18 charitable fund?
68:19     A.   No, I don't.

D AVORN 6910     69:10-69:11

69:10     Q.   Doctor, my name is Phil
69:11 Beck.  I represent Merck.

D AVORN 8121     81:21-82:4

81:21     Q.   On this question of whether
81:22 you are charging for the work that you
81:23 did in this case, do you have an
81:24 established hourly rate?
82: Page 82
82: 1     A.   Yes.
82: 2     Q.   And for consulting with
82: 3 lawyers?
82: 4     A.   Yes.

D Avorn 8205a     82:5-82:22

82: 5     Q.   And what is the hourly rate
82: 6 that you use when consulting with
82: 7 lawyers?

Final Avorn Direct

82: 8     A.    $750 an hour.
82: 9     Q.    And how many hours have you
82:10 worked on this case?
82:11     A.    Thus far, I would estimate
82:12 about 200, I think. I don't keep real
82:13 close track.
82:14     Q.    So, 200 times 750, I'm not
82:15 good at math, but how much does that --
82:16 can you figure out --
82:17     A.    I think you should do the
82:18 math if you are asking the question.
82:19     Q.    Okay. I'll do that then.
82:20           When I do the math, that
82:21 comes to $150,000.
82:22     A.    Sounds about right.


D Avorn 8607     86:7-87:24


86: 7     Q.    And how many times have you
86: 8 consulted with Mr. Tisi before the Vioxx
86: 9 litigation?
86:10     A.    Before the Vioxx litigation?
86:11 Once.
86:12     Q.    And what was that in
86:13 connection with?
86:14     A.    A drug called Rezulin.
86:15     Q.    Have you also overcome your
86:16 reluctance to consult with lawyers and
86:17 work with them, plaintiffs' lawyers, on
86:18 the diet drug litigation?
86:19     A.    Right. I think there have
86:20 been about four cases total that I've
86:21 become involved with.
86:22     Q.    So, Rezulin, which you did
86:23 with Mr. Tisi, right?
86:24     A.    Right.
87: Page 87
87: 1     Q.    And just so we don't have
87: 2 any loose ends, did he pay the bill in
87: 3 Rezulin?
87: 4     A.    I don't even know who the
87: 5 bill was paid by because there's these
87: 6 consortia of lawyers, but something got
87: 7 paid independent of the outcome of the
87: 8 case.
87: 9     Q.    And diet drugs, you
87:10 consulted with plaintiffs' lawyers,
87:11 right?
87:12     A.    Yes.
87:13     Q.    Am I correct that you also
87:14 consulted with plaintiffs' lawyers on a
87:15 drug called Baycol?
87:16     A.    Yes.
87:17     Q.    And did you say there was
87:18 another one other than those?
87:19     A.    PPA, phenylpropanolamine.

Final Avorn Direct

87:20    Q.    PPA?
87:21    A.    Yes.
87:22    Q.    And all of this has been,
87:23 what, within the last five, six years?
87:24    A.    Probably.

Avorn 9701    97:1-97:14

97: 1         First of all, were you
97: 2 personally involved in how Merck managed
97: 3 the risks of Vioxx through your work with
97: 4 them on the observational studies that
97: 5 you testified to earlier?
97: 6    A.    Yes.  We performed research
97: 7 funded by them with which we worked very
97: 8 closely with Merck epidemiologists on the
97: 9 development of the study and on the
97:10 conduct of the study and on the
97:11 interpretation of the findings.  And that
97:12 was germane to what was known at the time
97:13 as it was developing about the cardiac
97:14 risks of Vioxx.

Avorn 10717    107:17-108:13

107:17    Q.    Doctor, are you an expert on
107:18 the issue of Vioxx's risks throughout the
107:19 development and marketing of that drug?
107:20    A.    Yes.
107:21    Q.    Thank you.
107:22          Why?
107:23    A.    Is that a question?
107:24    Q.    Yes.  Why?
108: Page 108
108: 1    A.    Okay.
108: 2          Because, as I said before,
108: 3 pharmacoepidemiology and also the
108: 4 research about medication risks and
108: 5 benefits beyond the epidemiology is about
108: 6 looking at all aspects of the drug's
108: 7 properties, the pharmacology, the
108: 8 clinical effects in the early trials, the
108: 9 randomized trials that occur on a larger
108:10 scale, and the post-marketing use of that
108:11 drug.  And all of that is a part of what
108:12 I study and teach at Harvard and write
108:13 papers about.

Avorn 10911    109:11-109:16

109:11    :    Have you carefully studied.
109:12 Vioxx?
109:13    A.    Yes, I have.
109:14    Q.    And have you carefully
109:15 studied Merck's conduct?
109:16    A.    Yes, I have.

Final Avorn Direct

Avorn 10918      109:18-110:13

109:18          Do you have an opinion that
109:19 you hold to a reasonable degree of
109:20 medical certainty as to whether or not
109:21 Vioxx is a drug for which the risks
109:22 outweigh the benefits?
109:23      A.    Yes, I have that opinion.
109:24      Q.    What is that opinion?
110: Page 110
110: 1      A.    That Vioxx's risks do indeed
110: 2 outweigh its benefits, which is the view
110: 3 that the FDA agreed with as well.
110: 4      Q.    And do you have an opinion
110: 5 that you hold to a reasonable degree of
110: 6 medical certainty as to whether or not
110: 7 Merck accurately conveyed through all of
110: 8 its activities, publications, detailing,
110: 9 direct-to-consumer advertising, labeling,
110:10 "Dear Doctor" letters, et cetera,
110:11 effectively communicated the risks and
110:12 benefits so doctors can make
110:13 evidence-based prescribing decisions?

Avorn 11018      110:18-110:22

110:18          THE WITNESS:  Yes, I have
110:19      such an opinion.
110:20 BY MR. TISI:
110:21      Q.    Okay.
110:22          And what is that opinion?

Avorn 11024      110:24-111:10

110:24          THE WITNESS:  That Merck's
111: Page 111
111: 1      conduct over the research program
111: 2      and analysis of its data and
111: 3      communication of those data to
111: 4      physicians, to patients, even to
111: 5      FDA, was inadequate in that it
111: 6      failed to truthfully represent
111: 7      what was known to Merck at the
111: 8      time about the risks of its drug
111: 9      in relation to the cardiovascular
111:10      symptoms.

Avorn 11202      112:2-112:5

112: 2      Q.    Do you have an opinion as to
112: 3 whether or not Merck acted reasonably and
112: 4 prudently in communicating the risks of
112: 5 Vioxx to physicians?

Avorn 11211      112:11-113:15

Final Avorn Direct

112:11        THE WITNESS:  As someone who
112:12    has conducted years of research on
112:13    how physicians make prescribing
112:14    decisions in relation to what
112:15    evidence is available to them and
112:16    have conducted studies and actual
112:17    interventions to improve
112:18    physicians' use of drugs which
112:19    have been published in the New
112:20    England Journal of Medicine and
112:21    other peer-reviewed journals, I
112:22    think a lot about how physicians
112:23    use information that they have
112:24    available to them in making
113: Page 113
113: 1    prescribing decisions.  And my
113: 2    clear impression is that doctors
113: 3    did not have adequate information
113: 4    presented to them by Merck to make
113: 5    a fair and reasonable
113: 6    evidence-based decision about
113: 7    Vioxx.
113: 8 BY MR. TISI:
113: 9    Q.   Doctor, let me move into
113:10 your, what I would call your factual
113:11 testimony portion of your deposition
113:12 here.  But before I do, let me ask you
113:13 some basic questions about it so we can
113:14 orient the jury as to what some of the
113:15 terms are that we're talking about here.

Avorn 11321     113:21-115:15

113:21    Q.   First, I would like to help
113:22 the jury understand a little bit about
113:23 the drugs we'll be talking about today.
113:24        What are nonsteroidal
114: Page 114
114: 1 anti-inflammatory drugs?
114: 2    A.   That's a class of drugs that
114: 3 actually includes aspirin, but the more
114: 4 modern nonsteroidal anti-inflammatory
114: 5 drugs began to appear in the 1970s, and
114: 6 they are called nonsteroidal
114: 7 anti-inflammatory drugs because they
114: 8 reduce inflammation like steroids do, but
114: 9 they are not steroids.  They have a
114:10 different mechanism of action that's a
114:11 little bit more like aspirin.
114:12        Q.   Would you give us examples
114:13 of commonly known nonsteroidal
114:14 anti-inflammatory drugs that the jury
114:15 might be familiar with?
114:16    A.   Sure.  The most common and
114:17 oldest ones are ibuprofen, which is sold

Page 19

Final Avorn Direct

114:18 as Motrin, and it's also available
114:19 over-the-counter as Advil or Nuprin.
114:20        Another older and commonly
114:21 used one is naproxen, which used to be, I
114:22 guess is still sold as Naprosyn as a
114:23 prescription drug, and that's sold as
114:24 Aleve over the counter.
115: Page 115
115: 1      Q.   Let's talk about aspirin for
115: 2 a moment.  Prior to 2000, 1999/2000 when
115: 3 Vioxx came on the market, was there any
115: 4 evidence that you're aware of that
115: 5 aspirin might be good for the heart?
115: 6      A.   Yes.  There were studies
115: 7 that were actually done by colleagues of
115: 8 mine at Harvard and the Brigham and
115: 9 Women's Hospital in which thousands of
115:10 doctors were actually randomized to get
115:11 aspirin or a placebo or a dummy pill.
115:12 And they were followed for years.  And
115:13 then Dr. Hennekens, who did the study,
115:14 and his colleagues attempted to find out
115:15 whether they had heart attacks or not.


Avorn 11606     116:6-117:9


116: 6       Q.   Doctor, in 2000 when Vioxx
116: 7 was being promoted on the market, was the
116: 8 use of aspirin, low-dose aspirin a
116: 9 standard of care for treatment of
116:10 patients with cardiovascular risk
116:11 factors?
116:12      A.   Yes.
116:13      Q.   And have you ever personally
116:14 prescribed aspirin to patients at risk
116:15 for heart disease?
116:16      A.   Yes.
116:17      Q.   And switching to a drug
116:18 called naproxen, I think we talked about
116:19 before, Aleve?
116:20      A.   Yes.
116:21      Q.   How long has naproxen or
116:22 Aleve been on the market?
116:23      A.   I would say since the 1970s.
116:24      Q.   And what, if any, evidence
117: Page 117
117: 1 existed prior to 2000 that naproxen was
117: 2 good for the heart in the same way that
117: 3 aspirin was?
117: 4      A.   Virtually no evidence.
117: 5      Q.   Did the manufacturers of
117: 6 naproxen ever make the claim that that
117: 7 drug was what we call cardioprotective?
117: 8      A.   They couldn't because they
117: 9 had no grounds to claim that.


Page 20

Final Avorn Direct

AVORN 117:11      117:11-118:4

117:11        Do you know whether the
117:12 manufacturer of naproxen makes that claim
117:13 even today?
117:14     A.   No, they don't.
117:15     Q.   Is it and has it ever been
117:16 the standard of care for physicians such
117:17 as yourself to prescribe naproxen to
117:18 patients to protect their hearts?
117:19     A.   No.
117:20     Q.   Have you ever prescribed
117:21 naproxen to patients for the purpose of
117:22 protecting their hearts?
117:23     A.   No. There's no evidence
117:24 that it protects your heart in any useful
118: Page 118
118: 1 way.
118: 2     Q.   And do you know anybody who
118: 3 does that?
118: 4     A.   No.


D AVORN 11805      118:5-121:17

118: 5     Q.   Second question.
118: 6        ·:   NSAIDs in general,
118: 7 traditional NSAIDs as a class --
118: 8     A.   Right.
118: 9     Q.   -- are there safety issues
118:10 that are understood about traditional
118:11 NSAIDs?
118:12     A.   Sure.
118:13     Q.   Would you describe the
118:14 significant side effects of NSAIDs as you
118:15 knew them back in 2000, 1999, 2000, 2001?
118:16     A.   Sure. We actually did some
118:17 of those studies in which we looked at
118:18 the capacity of the older NSAIDs, like
118:19 Motrin, to reduce kidney function in
118:20 older people. We did studies showing
118:21 that the older NSAIDs like, again, like
118:22 Motrin, which is ibuprofen, can raise
118:23 your blood pressure. Other people have
118:24 done studies showing the association
119: Page 119
119: 1 between the older nonsteroidals or NSAIDs
119: 2 and congestive heart failure. That was
119: 3 pretty well known by 2000.
119: 4     Q.   What about GI, what we call
119: 5 gastrointestinal issues?
119: 6     A.   Yeah. That's the biggest
119: 7 problem from the traditional
119: 8 nonsteroidals. They can cause stomach
119: 9 pain, stomach upset in a lot of patients,
119:10 and they also can cause gastrointestinal
119:11 bleeding.

Page 21

Final Avorn Direct

119:12    Q.    Is that a serious problem
119:13 associated with traditional nonsteroidal
119:14 anti-inflammatories?
119:15    A.    Yes, it can be.
119:16    Q.    Now, with that in mind, did
119:17 there come a time when you became
119:18 familiar with the fact that certain drug
119:19 manufacturers were developing a class of
119:20 drugs called COX-2 inhibitors?
119:21    A.    Right.
119:22    Q.    Would you describe for the
119:23 members of the jury what a COX-2
119:24 inhibitor is and your understanding about
120: Page 120
120: 1 why they were being developed?
120: 2    A.    Sure.  The COX-2 inhibitors,
120: 3 sometimes called coxibs, are a subset of
120: 4 the bigger class of nonsteroidal
120: 5 anti-inflammatory drugs or NSAIDs.  And
120: 6 the hope was that -- well, I should back
120: 7 up.
120: 8        It turns out that there's an
120: 9 enzyme called cyclooxygenase, which is
120:10 abbreviated as COX.  And people
120:11 discovered that there are two subsets of
120:12 that, COX-1 and COX-2.  And one kind of
120:13 simple way of thinking about it was that
120:14 COX-2 was the bad subset, because that's
120:15 the one that caused pain and
120:16 inflammation, and COX-1, in a very
120:17 simplistic way, was thought to be the
120:18 good COX because that protected the
120:19 lining of your stomach.
120:20        And viewed in that kind of
120:21 simple black and white way, the hope was
120:22 that if you could develop a drug -- since
120:23 nonsteroidals tend to block both the
120:24 COX-1 and the COX-2 enzymes, if you could
121: Page 121
121: 1 develop a drug that would only block the
121: 2 bad COX, or COX-2, you would be able to
121: 3 get rid of pain and inflammation without
121: 4 blocking the good COX, or COX-1, which
121: 5 protects the stomach lining.
121: 6        And the hope was, and this
121: 7 is what went into the development of
121: 8 Vioxx and Celebrex, that by doing so, you
121: 9 would be able to have a drug that would
121:10 treat pain and inflammation and not cause
121:11 as much risk of stomach bleeding.
121:12    Q.    Do you have any problem, Dr.
121:13 Avorn, with Merck investigating COX-2s as
121:14 a potential pain medication with the lack
121:15 of a GI side effect?
121:16    A.    No.  It seemed like a neat
121:17 idea at the time.

Page 22

Final Avorn Direct

AVORN 12303      123:3-124:19

123: 3          MR. TISI: I'm going to hand
123: 4     you what I'd like to have marked
123: 5     as the next exhibit, Exhibit
123: 6     Number 16.
123: 7          - - -
123: 8          (Whereupon, Deposition
123: 9     Exhibit Avorn-16, Article, NEJM,
123:10     "Comparison of Upper
123:11     Gastrointestinal Toxicity of
123:12     Rofecoxib and Naproxen in
123:13     Patients with Rheumatoid
123:14     Arthritis," Pages 1520-1528, was
123:15     marked for identification.)
123:16          - - -
123:17 BY MR. TISI:
123:18     Q.   Doctor, do you recognize
123:19 that?
123:20     A.   Yes.  That is the VIGOR
123:21 study as it was published in the New
123:22 England Journal of Medicine in November
123:23 of 2000.
123:24     Q.   And what is the exact date
124: Page 124
124: 1 of this article?
124: 2     A.   November 23, 2000.
124: 3     Q.   When did you first learn of
124: 4 the VIGOR study?
124: 5     A.   Well, actually, information
124: 6 about the findings began to circulate in
124: 7 the spring of 2000, I think it would have
124: 8 been March when I guess it was either
124: 9 presented or Merck issued a statement
124:10 about the findings.
124:11     Q.   And do you know, would you
124:12 briefly describe the study and what it
124:13 was designed to do?
124:14     A.   Sure.  It was funded by
124:15 Merck, and a number of the co-authors
124:16 were Merck employees.  And it was
124:17 designed to ask the question, is Vioxx
124:18 safer on your stomach than older
124:19 nonsteroidals?  And so about 8,000

Avorn 12601      126:1-129:19

126: 1          THE WITNESS:  About 8,000
126: 2     patients were randomly divided
126: 3     into two groups.  One group was
126: 4     given Vioxx at a dose of 50
126: 5     milligrams a day, and the other
126: 6     group was given naproxen, this
126: 7     older nonsteroidal.  And then they
126: 8     were followed for a median period

Final Avorn Direct

126: 9      of nine months.  And there were a
126:10      number of outcomes that were
126:11      studied.  One was whether or --
126:12      what kind of pain relief it gave,
126:13      because its purpose was to be a
126:14      pain reliever.  And another
126:15      outcome, which was the one of
126:16      particular interest, was whether
126:17      or not the patients who were
126:18      randomly assigned to the Vioxx
126:19      group were having a lower rate of
126:20      stomach bleeding and perforation
126:21      and ulcer.
126:22          And the findings, as they
126:23      emerged, were that as a pain
126:24      reliever, Vioxx worked about as
127: Page 127
127: 1      well as naproxen, no better, no
127: 2      worse, but there was the hope for
127: 3      reduction in gastrointestinal
127: 4      events like ulcers and
127: 5      perforations in the patients
127: 6      taking Vioxx compared to the
127: 7      patients taking naproxen.  And a
127: 8      surprise finding that emerged from
127: 9      that study was that there was an
127:10      approximately five-fold increase
127:11      in heart attacks in the people
127:12      randomly assigned to take Vioxx as
127:13      compared to taking naproxen.
127:14 BY MR. TISI:
127:15      Q.   When you say "surprise
127:16 finding," was it a surprise to you,
127:17 Doctor?
127:18      A.   Well, there had been
127:19 evidence of a potential there, but this
127:20 was a large demonstration of this in a
127:21 big randomized trial, even though there
127:22 had been other evidence of patients who
127:23 had been given Vioxx having similar
127:24 problems.  But I think to the medical
128: Page 128
128: 1 public as a whole, it was something which
128: 2 they did not know was going to happen.
128: 3      Q.   Now, as a
128: 4 pharmacoepidemiologist, was the finding
128: 5 about the cardiovascular risk a concern
128: 6 to you personally?
128: 7      A.   If you mean personally in my
128: 8 professional role?
128: 9      Q.   Yes.
128:10      A.   Yes.
128:11      Q.   Okay.
128:12          And why was that a
128:13 significant concern to you
128:14 professionally?

Page 24

Final Avorn Direct

128:15    A.    Because if there were a drug
128:16 that causes a five-fold increase in your
128:17 risk of having a heart attack, that's a
128:18 real problem.  It's not a drug that you
128:19 would be happy about giving to a patient
128:20 unless it had some other incredible
128:21 benefit to outweigh that.
128:22    Q.    At the time that VIGOR came
128:23 out, how prevalent was the use of Vioxx?
128:24    A.    It was on the upswing.  The
129: Page 129
129: 1 curve of Vioxx use was just heading for
129: 2 the moon, and by November of 2000, it was
129: 3 well on that upswing.
129: 4    Q.    Given the findings of VIGOR
129: 5 and the number of patients that were
129: 6 actually taking it, did you have an
129: 7 opinion at the time as to whether or not
129: 8 there were any potential public health
129: 9 issues concerned with Vioxx?
129:10    A.    Yes.  At the time, I clearly
129:11 remember saying and discussing with my
129:12 colleagues and with Dr. Sherwood and with
129:13 a number of people that if it were true
129:14 that this drug causes a five-fold or
129:15 four-fold increase in the risk of heart
129:16 attacks, then that could be a real issue
129:17 that could well outweigh whatever benefit
129:18 it might have in reducing stomach
129:19 problems.


Avorn 13014    130:14-130:20


130:14    Q.    When you reviewed the actual
130:15 text of the VIGOR article, as an
130:16 epidemiologist, in the way in which the
130:17 statistics were reported, were they
130:18 reported in a way that was of concern to
130:19 you?
130:20    A.    Yes.


Avorn 13102    131:2-131:19


131: 2            What was very unusual and
131: 3 unorthodox about the way the findings
131: 4 were presented in the VIGOR paper was
131: 5 that instead of saying patients randomly
131: 6 assigned to take Vioxx had five times the
131: 7 number of heart attacks or four times,
131: 8 there's different numbers in different
131: 9 parts of the paper, compared to people
131:10 assigned to take naproxen, instead, it
131:11 was flipped around in a way that is
131:12 virtually never done in reporting a
131:13 clinical trial, which is to say the
131:14 patients assigned to take naproxen had a

Final Avorn Direct

131:15 reduction in their heart attack rate.
131:16 And that was striking. I remember the
131:17 first time I read the paper, that was a
131:18 striking difference, because you just
131:19 never see reports written like that.

Avorn 13203    132:3-133:16

132: 3        As somebody who does
132: 4 epidemiology, you work with statistics,
132: 5 would that be fair to say?
132: 6     A.   Yes.
132: 7     Q.   And in doing so, does the
132: 8 manner in which you convey statistics,
132: 9 present statistics, can that sometimes
132:10 convey a message about what the
132:11 statistics mean?
132:12     A.   Yes. In fact, there's a
132:13 whole section in my book about what's
132:14 called framing of risk information. And
132:15 it's been well known, and there's groups
132:16 at Stanford and, in fact, the Nobel Prize
132:17 was awarded in economics on this topic,
132:18 that how you frame a question can often
132:19 drive the kind of answer that you get or
132:20 the kind of belief that somebody has.
132:21        So, if you say that here's
132:22 an operation that works 95 percent of the
132:23 time, do you want to have that operation,
132:24 you get a different answer than if you
133: Page 133
133: 1 say 5 percent of people who have this
133: 2 operation will get no benefit from it.
133: 3 And similarly -- and we think a lot about
133: 4 framing when we do our programs to
133: 5 present information to doctors about
133: 6 choices, and what you want to do is have
133: 7 the framing be as neutral as possible and
133: 8 let the data speak for themselves.
133: 9        And if you frame the VIGOR
133:10 study as naproxen reduces the risk of
133:11 heart attack instead of framing it as
133:12 there were five times more people who
133:13 were given Vioxx who had heart attacks
133:14 than people given naproxen, it creates a
133:15 very different sense of the riskiness of
133:16 the drug to the doctor.

Avorn 13323    133:23-135:12

133:23     Q.   Doctor, having read the
133:24 paper, and I return your attention to the
134: Page 134
134: 1 last page of the paper and actually the
134: 2 page before the last paragraph --
134: 3     A.   Yes.

Final Avorn Direct

134: 4      Q.   -- does it discuss the
134: 5 cardiovascular findings in VIGOR in that
134: 6 section of the paper?
134: 7      A.   Yes.
134: 8      Q.   Okay.
134: 9           What, if anything, does the
134:10 paper say about naproxen and the role of
134:11 naproxen in heart disease?
134:12     A.   Okay.
134:13           At the very bottom of Page
134:14 1526, the last two words "Thus, our,"
134:15 and then it goes on to 1527.  "Thus, our
134:16 results are consistent with the theory
134:17 that naproxen has a coronary protective
134:18 effect and highlight the fact that
134:19 rofecoxib does not provide this kind of
134:20 protection owing to its selective
134:21 inhibition of cyclogenase-2," or COX-2,
134:22 "at its therapeutic dose and at higher
134:23 doses."
134:24     Q.   Doctor, having reviewed the
135: Page 135
135: 1 entirety of the paper, but looking at
135: 2 this particular statement as well, did
135: 3 Merck and the Merck authors on this paper
135: 4 ever communicate that there was a
135: 5 potential for an increased risk of heart
135: 6 attacks related to the use of Vioxx as
135: 7 opposed to a decreased risk associated
135: 8 with the cardioprotectiveness of
135: 9 naproxen?
135:10     A.   I don't think there is
135:11 anything in the paper that suggests that
135:12 Vioxx increases the risk of heart attack.

Avorn 13607    136:7-136:11

136: 7     Q.   Did you have any concerns
136: 8 about the way in which this particular
136: 9 article was written in terms of the
136:10 accurate presentation of the potential
136:11 benefits and the potential risks?

Avorn 13614    136:14-137:12

136:14          THE WITNESS: Yes.  As
136:15          someone who thinks about drug
136:16          benefits and risks and patterns of
136:17          use of drugs and has written about
136:18          the presentation of risk data to
136:19          physicians, I was concerned that
136:20          it did not seem to be an accurate
136:21          way of presenting the risk and, in
136:22          fact, it was, I think the term
136:23          that the Merck people might have
136:24          used was "flipped" from the way

Page 27

Final Avorn Direct

137: Page 137
137: 1      that one would normally present
137: 2      risk information.
137: 3 BY MR. TISI:
137: 4      Q.   Let me ask you this
137: 5 question, Doctor.
137: 6          A reasonable and prudent
137: 7 company presenting the risks and the
137: 8 benefits, potential risks and benefits of
137: 9 a drug using evidence-based medicine,
137:10 does this comport with what is expected
137:11 of pharmaceutical companies in doing
137:12 that?

AVORN  13717    137:17-143:17

137:17          THE WITNESS: Well, as
137:18      someone who reviews papers for the
137:19      New England Journal of Medicine
137:20      and JAMA and also runs programs
137:21      about communication of risks and
137:22      benefits to physicians and has
137:23      written a book about that topic, I
137:24      don't feel that this was a fair
138: Page 138
138: 1      way of presenting the data.  I
138: 2      think a fair way would have been
138: 3      to say, in essence, the good news
138: 4      is, our drug seems to cause less
138: 5      gastrointestinal problems.  The
138: 6      bad news is, it doesn't work any
138: 7      better or any worse than the
138: 8      comparison drug in terms of being
138: 9      a pain reliever.  And the really
138:10      bad news is that the people given
138:11      our drug had five times more heart
138:12      attacks than the people given a
138:13      comparison drug.  I think that
138:14      would have been a fair and neutral
138:15      presentation of the good and bad
138:16      news that came out of this study.
138:17 BY MR. TISI:
138:18      Q.   Now, Doctor, did there come
138:19 a time where you had contact with Merck
138:20 officials about the results of VIGOR?
138:21      A.   Yes.
138:22      Q.   Who is Lou Sherwood?
138:23      A.   Lou Sherwood was actually a
138:24 physician at the Beth Israel Hospital in
139: Page 139
139: 1 Boston, another one of the Harvard
139: 2 teaching hospitals, at around the same
139: 3 time that I was there.  He was in
139: 4 academics before he went to work for
139: 5 Merck.  And I kind of knew him a little
139: 6 bit around those years, and we had been

Page 28

Final Avorn Direct

139: 7 at some meetings together in the
139: 8 intervening years.
139: 9         And around January of 2000,
139:10 I was asked by the chairman of our
139:11 department of medicine to set up a weekly
139:12 lecture that would be about controversies
139:13 in pharmaceuticals. And they asked me to
139:14 moderate it and to pick the presenters.
139:15 So, I thought it would be fair to pick
139:16 somebody from the pharmaceutical industry
139:17 and somebody from an HMO who had been
139:18 critical of the pharmaceutical industry
139:19 and have them discuss issues about
139:20 medications.
139:21         And I identified Dr.
139:22 Sherwood as somebody who had been an
139:23 academic who was known to me and who was
139:24 now in a senior position with the drug
140: Page 140
140: 1 company, and I asked Lou to come and be
140: 2 the pharmaceutical company guy. And I
140: 3 asked somebody from one of the HMOs in
140: 4 Boston to be the critic guy. And it was
140: 5 a very stimulating discussion which I was
140: 6 just kind of the referee for.
140: 7         And then afterwards, we
140: 8 arranged to have Dr. Sherwood meet with
140: 9 me and members of my division to talk
140:10 about matters of mutual interest, our
140:11 work on drugs, his work at Merck. And
140:12 since this was within a brief number of
140:13 weeks after the VIGOR study had come out,
140:14 and because Dr. Solomon, who is my
140:15 colleague who is a rheumatologist as well
140:16 as an epidemiologist was there, the
140:17 conversation turned to VIGOR and my
140:18 noting that it was a disturbing finding
140:19 that there was this dramatic increase in
140:20 the number of people who had heart
140:21 attacks in the VIGOR group -- in the
140:22 Vioxx group, I'm sorry.
140:23         And I was somewhat taken
140:24 aback because Dr. Sherwood said, oh,
141: Page 141
141: 1 that's just because naproxen prevents
141: 2 heart attacks.
141: 3         And I remember asking at the
141: 4 time, well, how do we know that? Is that
141: 5 something that should be studied or
141: 6 tested? And he kind of dismissed it as,
141: 7 well, you know, sort of it's an obvious
141: 8 finding, and that's what was said in the
141: 9 paper, and there was really nothing more
141:10 to be discussed.
141:11     Q.   Doctor, at the time you were
141:12 having this conversation with Dr.