Final Avorn Direct

Avorn 24720    247:20-248:7

247:20     Q.   When it says "Action
247:21 required," it says, "Do not initiate
247:22 discussions on this article with
247:23 physicians."  Do you see that?
247:24     A.   I see that.
248: Page 248
248: 1     Q.   Doctor, as somebody who has
248: 2 been involved in academic detailing,
248: 3 which we spoke about before, can you
248: 4 think of any medical or scientific reason
248: 5 why a responsible drug company would not
248: 6 want to have all of the evidence
248: 7 discussed with physicians?

Avorn 24813    248:13-248:18

248:13     Q.   I'm not asking you to
248:14 speculate, Doctor.  I'm asking you as
248:15 somebody who has done research in this
248:16 area, is there any medical or scientific
248:17 reason why this article and this research
248:18 should not be shared with doctors?

Avorn 24820    248:20-249:10

248:20        THE WITNESS:  No.
248:21 BY MR. TISI:
248:22     Q.   Why not?
248:23     A.   As someone who has spent his
248:24 life studying how doctors make
249: Page 249
249: 1 prescribing decisions and written papers
249: 2 about and conducted programs in the fair
249: 3 and evidenced-based presentations of both
249: 4 benefit and risk data to physicians so
249: 5 that they can be helped to make more
249: 6 appropriate decisions to benefit their
249: 7 patients, I can think of no reason that
249: 8 anybody would -- no legitimate reason why
249: 9 it would be ever appropriate to suppress
249:10 negative findings about a drug risk.

Avorn 24914    249:14-256:21

249:14     Q.   Is there anything in this
249:15 obstacle response that indicates that
249:16 Merck funded this study, approved the
249:17 protocol, approved the statistical
249:18 analysis and worked on the manuscript?
249:19     A.   No.
249:20     Q.   Doctor, I'd like for you to
249:21 turn, and I'm going to switch topics for
249:22 a moment.  Let's go to Avorn Exhibit
249:23 Number 9, which is in the binder there.

Page 60

Final Avorn Direct

249:24 And it's an article entitled "Adjustment
250: Page 250
250: 1 for Unmeasured Confounders."
250: 2      A.   Yes.
250: 3      Q.   Do you remember that study?
250: 4      A.   Yes.
250: 5      Q.   Was that Merck funded?
250: 6      A.   Yes.
250: 7      Q.   And what was the purpose of
250: 8 that study?
250: 9      A.   We wanted to be certain in
250:10 --
250:11          When we found that there was
250:12 a higher risk of heart attack in patients
250:13 taking Vioxx, as I said before, we wanted
250:14 to make sure that to be fair to the drug,
250:15 that was not because people who happened
250:16 to be on Vioxx were sicker or had -- or
250:17 were more likely to be smokers, which we
250:18 know causes heart attack, or might have
250:19 been more overweight or perhaps were less
250:20 likely to be taking aspirin.
250:21          And these are all potential
250:22 risk factors for heart attack, but we did
250:23 not have information about them in our
250:24 data about their drug prescriptions and
251: Page 251
251: 1 their medical history.  And we wanted to
251: 2 have some independent assessment of maybe
251: 3 people who were taking Vioxx were sicker
251: 4 than people taking Celebrex.  And if that
251: 5 was the case, it would cast our findings
251: 6 into doubt and we wanted to get it right.
251: 7      Q.   And when you did the study,
251: 8 what did you find?
251: 9      A.   That there was no meaningful
251:10 difference between Vioxx users and
251:11 Celebrex users, and, in fact, to the very
251:12 small extent that there was a little bit
251:13 of a difference, it indicated that our
251:14 findings would have underestimated the
251:15 risk of Vioxx.
251:16      Q.   Go to the next document,
251:17 Exhibit Number 6.  It's another article,
251:18 "Determinants of Selective COX-2
251:19 Prescribing."
251:20      A.   Yes.
251:21      Q.   Do you see that?
251:22      A.   Yes.
251:23      Q.   Okay.
251:24          "Are patient or physician
252: Page 252
252: 1 characteristics more important?"
252: 2      A.   Right.
252: 3      Q.   Do you see that?
252: 4      A.   Yes.

Final Avorn Direct

252: 5     Q.    Okay.
252: 6            Is that an article you
252: 7 wrote?
252: 8     A.    Yes.  With my team.
252: 9     Q.    And it was published in
252:10 2003?
252:11     A.    Yes.
252:12     Q.    Okay.
252:13            What, if anything, briefly,
252:14 did you conclude?
252:15     A.    Well, we were at that point
252:16 trying to understand how it could be that
252:17 the use of COX-2 drugs, both Vioxx and
252:18 Celebrex, were going through the roof
252:19 despite the fact that they had never been
252:20 shown to be better pain relievers or
252:21 anti-inflammatory drugs and with the
252:22 evidence that was already out there about
252:23 their risks.  The benefit that they had
252:24 in relation to less stomach symptoms did
253: Page 253
253: 1 not seem to us to be enough reason to
253: 2 explain that astronomical rise.
253: 3            So, we looked in our
253: 4 database at the patterns of use, and we
253: 5 thought, well, maybe there are more
253: 6 people out there who are getting this
253: 7 drug because they have a history of ulcer
253: 8 or a bleeding problem or are on
253: 9 anticoagulants, all of which would be
253:10 reasons to use them.
253:11     Q.    And what did you find?
253:12     A.    We found that that really
253:13 didn't predict who was getting these
253:14 drugs.
253:15     Q.    In the conclusion, if you go
253:16 to Page 720, it says, "Important
253:17 questions have emerged as to whether or
253:18 not possible increases in cardiovascular
253:19 risk associated with these agents should
253:20 limit their use to patients who are most
253:21 likely to benefit from improved
253:22 gastrointestinal safety."
253:23     A.    Correct.
253:24     Q.    What, if anything, are you
254: Page 254
254: 1 saying here about the risk/benefit of
254: 2 Vioxx?
254: 3     A.    That by 2003, we were
254: 4 writing that there was already, as we
254: 5 say, important questions about they
254: 6 might -- about whether they increase
254: 7 cardiovascular risk, and that, therefore,
254: 8 these should be drugs used in patients
254: 9 who are -- in whom it's worth taking that
254:10 risk if you really needed to have a drug

Final Avorn Direct

254:11 that was gentler on the stomach, but not
254:12 in other people who didn't need that
254:13 extra degree of stomach protection.
254:14     Q.    Could you turn to Page
254:15 718 -- 719, excuse me.
254:16     A.    Yes.
254:17     Q.    It says, "Other factors" in
254:18 the middle of the page.  "Other factors
254:19 may also be important correlates to
254:20 prescribing, such as patients education
254:21 level and...social" work, as well as --
254:22     A.    Social network.
254:23     Q.    -- "social network," and
254:24 "patient...exposure to advertising."
255: Page 255
255: 1           Do you see that?
255: 2     A.    Patient and physician
255: 3 exposure to advertising.
255: 4     Q.    Yeah.  And what did you mean
255: 5 by that?
255: 6     A.    That since we couldn't
255: 7 explain the very, very widespread use of
255: 8 these drugs based on their being
255: 9 prescribed to patients in whom it would
255:10 be worth the tradeoff of higher heart
255:11 attack risk in exchange for perhaps more
255:12 ulcer protection, that there must be
255:13 something else going on.  And one of the
255:14 factors that was an obvious potential
255:15 cause was the extensive advertising to
255:16 patients and to doctors.
255:17     Q.    Have you written about the
255:18 effect of direct-to-consumer advertising
255:19 in commercial detailing on prescribing
255:20 practices?
255:21     A.    Yes, I have.
255:22     Q.    What, if any, effect does
255:23 direct-to-consumer advertising have on
255:24 physician prescribing behavior?
256: Page 256
256: 1     A.    As I've written, and as many
256: 2 people have found, it drives physician
256: 3 prescribing, which is why it gets done so
256: 4 much.  And that patients will often tell
256: 5 a doctor, I saw this ad or I heard this
256: 6 commercial, do you think I ought to be on
256: 7 this drug, give me t drug.
256: 8     Q.    Now, you've testified to a
256: 9 lot of issues that you developed during
256:10 the course of your work with Merck and
256:11 during the course of the time the drug
256:12 was on the market.  Do you hold those
256:13 opinions in things that you've testified
256:14 to to a reasonable degree of medical
256:15 certainty, Doctor?
256:16     A.    Yes, I do.

Page 63

Final Avorn Direct

256:17    Q.   Okay.
256:18          And you still hold those
256:19 opinions to a reasonable degree of
256:20 medical certainty today?
256:21    A.   Absolutely.

AVORN 26811    268:11-268:21

268:11    Q.   Do you feel it important to
268:12 the issues that we asked you to address
268:13 to review the deposition testimony or the
268:14 trial testimony of every Merck witness
268:15 who has testified in this litigation?
268:16    A.   That would not even be
268:17 possible even if I wanted to. But my
268:18 concern has been on what was done and
268:19 said and acted upon at the time, not a
268:20 reconstruction of that years later in the
268:21 midst of litigation.

AVORN 27413    274:13-275:5

274:13    Q.   Now, let me ask you some of
274:14 your opinions generally, and we can
274:15 hopefully move through these fairly
274:16 quickly.
274:17          Doctor, we addressed this
274:18 previously about what your opinions were
274:19 at the time that you were studying Vioxx.
274:20 Let's move forward in time.
274:21          As of today, do you have an
274:22 opinion to a reasonable degree of medical
274:23 certainty as to whether or not Vioxx was
274:24 any more effective as a pain reliever
275: Page 275
275: 1 than other nonsteroidal
275: 2 anti-inflammatories, whether it be
275: 3 aspirin, Motrin, naproxen, all the others
275: 4 we've talked about?
275: 5    A.   Yes, I have such an opinion.

Avorn 27523    275:23-277:17

275:23    Q.   What is your opinion?
275:24    A.   My opinion, I think it's
276: Page 276
276: 1 pretty universal, is that there's really
276: 2 no evidence that Vioxx was or is any more
276: 3 effective as an analgesic or a pain
276: 4 reliever than any of the older
276: 5 nonsteroidals that are on the market.
276: 6    Q.   Do you know whether or not
276: 7 Merck ever claimed that Vioxx was better
276: 8 at pain relief than any other drug that
276: 9 was on the market?
276:10    A.   It did not.

Final Avorn Direct

276:11     Q.   Is that important in
276:12 applying the risk/benefit analysis that
276:13 we talked about before?
276:14     A.   Yes.  Because if there were
276:15 a drug that was -- when Vioxx first came
276:16 out, there were a lot of articles in the
276:17 newspapers calling it the super aspirin
276:18 and kind of implying that it worked much
276:19 better than aspirin or Motrin.  If that
276:20 were true, then maybe for somebody with
276:21 really bad arthritis, you might even be
276:22 willing to consider a slight increase in
276:23 some other risks if this was really the
276:24 most fantastic pain reliever ever.  But
277: Page 277
277: 1 it's about as good as all the others we
277: 2 have.
277: 3     Q.   Let me go on.
277: 4          Do you know whether or
277: 5 not -- do you have an opinion as to
277: 6 whether or not Vioxx had any effect on
277: 7 the GI system?
277: 8     A.   Yes.
277: 9     Q.   And what is that opinion?
277:10     A.   Well, like all drugs in the
277:11 nonsteroidal class, it's more irritating
277:12 than not taking anything.  But it also,
277:13 in the VIGOR study, was found to actually
277:14 be less irritating to the stomach and
277:15 less producing of important gastric
277:16 problems than other drugs like naproxen
277:17 in particular.

Avorn 27720     277:20-280:8

277:20          In assessing the benefits
277:21 and the risks of Vioxx, have you
277:22 considered the fact that at least
277:23 compared to naproxen it had a better GI
277:24 benefit?
278: Page 278
278: 1     A.   Yes.  That was actually the
278: 2 substance of the discussions that I had
278: 3 with my colleagues around the time that
278: 4 the VIGOR data was coming out, that,
278: 5 well, if it is worse for your heart but
278: 6 better for your stomach, is that a
278: 7 tradeoff that was worth making?  Because
278: 8 often in either practice or research or
278: 9 teaching medical students or residents, I
278:10 have to confront the issue of this drug
278:11 is worse in this respect but better in
278:12 this respect, and how do you balance
278:13 those two.
278:14          There's a couple of sections
278:15 in my book about that, because a lot of

Final Avorn Direct

278:16 drugs will have some pluses and some
278:17 minuses, and you have to be able to
278:18 measure them and then weigh them.
278:19      Q.    Do you know whether or not
278:20 Merck, in connection with Vioxx, as time
278:21 went on, suggested that patients who are
278:22 at risk for heart problems should take
278:23 aspirin?
278:24      A.    Yes.
279: Page 279
279: 1      Q.    That Vioxx was no substitute
279: 2 for aspirin?
279: 3      A.    Correct. They stated that.
279: 4      Q.    In patients in which aspirin
279: 5 and Vioxx were taken, how did that affect
279: 6 the GI benefit? Do you have an opinion
279: 7 as to that?
279: 8      A.    I have an opinion.
279: 9      Q.    And what is that opinion?
279:10      A.    Well, based on Merck's own
279:11 study, they did a study which I think was
279:12 called the aspirin endoscopy study in
279:13 which they actually looked at whether or
279:14 not the gentler on your stomach advantage
279:15 of Vioxx would still be there in patients
279:16 who needed to take a baby aspirin a day
279:17 to protect their heart.
279:18           Because after the VIGOR
279:19 study came out, Merck themselves were
279:20 saying, if you need to be on aspirin
279:21 while you're taking Vioxx, you should
279:22 take aspirin to protect your heart.
279:23           And in the study which they
279:24 conducted of patients who were given both
280: Page 280
280: 1 aspirin and Vioxx, what they found was
280: 2 that the protective effect on the stomach
280: 3 of Vioxx was actually lost if a patient
280: 4 was taking aspirin in addition. That is,
280: 5 you couldn't demonstrate the
280: 6 gastroprotective effect of Vioxx if a
280: 7 patient was taking a baby aspirin
280: 8 alongside it.


Avorn 28011    280:11-281:2


280:11          Do you have an opinion that
280:12 you hold to a reasonable degree of
280:13 medical and scientific certainty as to
280:14 whether or not Vioxx is capable of
280:15 causing heart attacks in human beings?
280:16      A.    I have an opinion.
280:17      Q.    And what is that opinion?
280:18      A.    That Vioxx does cause heart
280:19 disease, specifically heart attacks in
280:20 human beings.

Final Avorn Direct

280:21     Q.   Would you briefly give us
280:22 the basis of that opinion?
280:23     A.   Yes. I think that there's a
280:24 number of different reasons for coming to
281: Page 281
281: 1 that opinion, all of which, in my view,
281: 2 point in the same direction.

AVORN 28411     284:11-286:12

284:11          What are the bases of your
284:12 opinion as an epidemiologist that Vioxx
284:13 is capable of causing heart attacks in
284:14 human beings?
284:15     A.   The clinical trial evidence
284:16 I think is the number one strongest
284:17 indication for -- or evidence for this,
284:18 that randomized controlled clinical
284:19 trials double blind in which patients who
284:20 were given Vioxx compared to other drugs,
284:21 the consistency of the evidence that
284:22 Vioxx causes a higher number of heart
284:23 attacks or other cardiovascular adverse
284:24 events from a number of studies which we
285: Page 285
285: 1 could go through, that is one key
285: 2 foundation of this association. And that
285: 3 was found in VIGOR, in 090, in ADVANTAGE,
285: 4 in a number of studies, most of which
285: 5 actually were conducted by Merck which
285: 6 showed --
285: 7     Q.   APPROVe?
285: 8     A.   -- a higher -- I'm sorry?
285: 9     Q.   APPROVe, does APPROVe fit in
285:10 there?
285:11     A.   APPROVe, I'm sorry, that was
285:12 the one that got it off the market.
285:13          All of those are studies
285:14 which showed a higher rate of heart
285:15 attacks and other cardiovascular outcomes
285:16 in patients given Vioxx. That is one
285:17 line of evidence.
285:18          The other line of evidence,
285:19 which is totally separate, but also
285:20 points in the same direction, is studies
285:21 of the kind that we have done where you
285:22 look at people taking Vioxx compared to
285:23 people taking Celebrex compared to other
285:24 medications, and, again, finding that the
286: Page 286
286: 1 people taking Vioxx out there in the
286: 2 normal world, not in the clinical trial,
286: 3 are having more heart attacks than people
286: 4 not taking it.
286: 5          And then in a way, the icing
286: 6 on the cake is if there is some reason

Final Avorn Direct

286: 7 for being able to say we think we may
286: 8 know why this happens, that is additional
286: 9 helpful information.
286:10      Q.   And did you have all three
286:11 of those in connection with -- to support
286:12 Vioxx?

Avorn 28703    287:3-288:14

287: 3      A.   Yes.  I think all three
287: 4 lines of argument were present and
287: 5 reasonably clear in the case of Vioxx.
287: 6      Q.   All right.  Moving forward,
287: 7 Doctor.
287: 8           Do you have an opinion as to
287: 9 whether or not it is generally accepted
287:10 in the medical and scientific community
287:11 today that Vioxx is capable of causing
287:12 heart attacks in human beings?
287:13      A.   Yes.  That was the unanimous
287:14 view of the FDA Advisory Committee that
287:15 met in 2005.
287:16      Q.   When you say "the unanimous
287:17 view," what do you mean?
287:18      A.   I think there were 32 people
287:19 voting, and I believe that 32 in answer
287:20 to the question, does Vioxx cause
287:21 cardiovascular disease in humans, I think
287:22 32 out of the 32 said yes, and I don't
287:23 think anyone said no.
287:24      Q.   Okay.
288: Page 288
288: 1           Dr. Avorn, do you have an
288: 2 opinion that you hold to a reasonable
288: 3 degree of medical certainty as to whether
288: 4 or not a person has to be taking Vioxx
288: 5 for any particular period of time before
288: 6 they are actually at risk for a
288: 7 Vioxx-induced heart attack?
288: 8      A.   Well, in our study, we found
288: 9 an increase in risk in 1 to 30 days, as
288:10 well as 30 to 90 days.  So -- and we've
288:11 recently just in the last week or two
288:12 seen that the contention --
288:13      Q.   Let me ask you a question.
288:14      A.   Okay.

Avorn 29005    290:5-290:11

290: 5           Has there been any evidence
290: 6 that has come out in the past two days
290: 7 that support your opinion that there is
290: 8 not a period of time in which it is
290: 9 necessary for a person to be on Vioxx
290:10 before they develop a Vioxx-induced heart
290:11 attack?

Page 68

Final Avorn Direct

Avorn 29015    290:15-291:21

290:15      A.   Well, let's call it the last
290:16 week, because it was put up on the
290:17 website of the New England Journal of
290:18 Medicine in the last several days, and I
290:19 don't remember if it was two or three.
290:20      Q.   Go ahead.
290:21      A.   But it has just become known
290:22 to the world at large that the analysis
290:23 which was performed on the data from the
290:24 APPROVe study, which was the study that
291: Page 291
291: 1 was released in September of '04, which
291: 2 was the occasion for withdrawing the drug
291: 3 from the market, that the analysis which
291: 4 was initially done and reported in the
291: 5 New England Journal, to their
291: 6 embarrassment, was incorrect, and that it
291: 7 was -- it looked at this issue of before
291: 8 18 months versus after 18 months in a way
291: 9 that was erroneous in a statistical
291:10 sense.  And that if one looks at it in
291:11 the correct way, that there is not this
291:12 phenomenon of no effect before 18 months
291:13 and then the effect starts.
291:14      Q.   And --
291:15      A.   And if I could just complete
291:16 that thought.
291:17         The New England Journal
291:18 required the authors of that paper to
291:19 publish a correction to their original
291:20 report, which is the new element that has
291:21 come out in just the last few days.


Avorn 29202    292:2-293:8

292: 2      Q.   Doctor, are there any other
292: 3 clinical trials that you are aware of in
292: 4 reviewing the materials we asked you to
292: 5 review which were shorter term studies
292: 6 where risks were seen?
292: 7      A.   Yes.  The VIGOR study itself
292: 8 only lasted nine months, and that was the
292: 9 study in which the four or five-fold
292:10 increase in heart attacks was seen.  So,
292:11 if there was no effect before 18 months,
292:12 it would have not been seen in VIGOR, but
292:13 it was.
292:14         In addition, studies like
292:15 ADVANTAGE and study 090 were much briefer
292:16 than that, and they also found an effect
292:17 that was different in Vioxx users versus
292:18 the comparison group in well under six
292:19 months.

Page 69

Final Avorn Direct

292:20     Q.   And looking at all of those
292:21 together, in your opinion, did a pattern
292:22 emerge that in any way suggested, good or
292:23 bad, that there was not a cutoff period
292:24 of time where the risk begins?
293: Page 293
293: 1      A.   I think looking at all the
293: 2 data together from the clinical trials,
293: 3 and in addition, separately looking at
293: 4 the data from the observational or the
293: 5 epidemiologic studies, the totality of
293: 6 the evidence does not suggest that there
293: 7 is a, quote, safe period early on when
293: 8 you don't get into trouble with the drug.

Avorn 29421     294:21-296:6

294:21     Q.   Doctor, we talked about the
294:22 VIGOR study in the earlier part of your
294:23 deposition.  Have you since come to learn
294:24 that the data from the VIGOR study is
295: Page 295
295: 1 different than you initially thought it
295: 2 was at the time it was published?
295: 3      A.   Yes.
295: 4      Q.   What did you understand is
295: 5 now different than what was originally
295: 6 reported by Merck in November of 2000?
295: 7      A.   Well, apparently -- not
295: 8 apparently, it is now agreed, I think, by
295: 9 all parties that there were three cases
295:10 of heart attack in patients who were in
295:11 the VIGOR study, who actually were in the
295:12 Vioxx arm of the VIGOR study whose heart
295:13 attacks were not included in the original
295:14 report as it was published in the New
295:15 England Journal of Medicine.
295:16     Q.   Were those in any particular
295:17 subgroup in the VIGOR study that is of
295:18 clinical importance?
295:19     A.   All of them were in what was
295:20 called the aspirin not indicated group,
295:21 which was the supposedly lower risk for
295:22 cardiac disease subgroup of the study.
295:23     Q.   In terms of the whole, what
295:24 we call the naproxen issue, what
296: Page 296
296: 1 significance, in as simple a way as you
296: 2 can explain it, what significance is it
296: 3 that the three deaths --
296: 4      A.   Heart attacks.
296: 5      Q.   -- heart attacks were not in
296: 6 the aspirin-indicated group?

Avorn 29711     297:11-299:5

Final Avorn Direct

297:11     THE WITNESS:  Okay.
297:12        The fact that the three
297:13   heart attacks that were not
297:14   originally reported in the first
297:15   -- in the publication of the
297:16   Vioxx -- of the VIGOR study, the
297:17   importance of their having all
297:18   occurred in the, quote, aspirin
297:19   not indicated group is the
297:20   following:
297:21        The argument that was being
297:22   made in the VIGOR study as it was
297:23   published was that the reason that
297:24   there were more heart attacks seen
298: Page 298
298: 1   in people taking Vioxx compared to
298: 2   people taking naproxen was that
298: 3   naproxen had this very powerful
298: 4   aspirin-like effect on your
298: 5   platelets which made them not
298: 6   clot, and that Vioxx didn't have
298: 7   that effect, and that's how
298: 8   naproxen was supposedly preventing
298: 9   heart attacks rather than having
298:10   Vioxx cause heart attacks.
298:11        The importance of those
298:12   three cases occurring in the
298:13   patients who didn't need aspirin
298:14   group is that that doesn't fit,
298:15   that if the issue was that Vioxx
298:16   lacked the aspirin-like effect
298:17   that naproxen supposedly had, then
298:18   you would not expect people who
298:19   didn't need aspirin to do any
298:20   worse, but, in fact, the people
298:21   who didn't need aspirin also did
298:22   worse on Vioxx, which is
298:23   consistent with the idea that it
298:24   wasn't just about some imagined
299: Page 299
299: 1   naproxen protective effect, but,
299: 2   rather, about the likelihood,
299: 3   which I think is now quite
299: 4   plausible that Vioxx was actually
299: 5   precipitating the heart attacks.

AVORN 30009    300:9-301:15

300: 9     Q.   Let's go to the next
300:10   question that we asked you to address,
300:11   which is Merck's investigation and
300:12   management of -- investigation of the
300:13   potential of Vioxx to cause heart attacks
300:14   and their management of that issue, the
300:15   studies, the communications, et cetera.
300:16   Okay?

Page 71

Final Avorn Direct

300:17          First of all, have you
300:18 reviewed documents that were before the
300:19 new drug application was filed for Vioxx?
300:20      A.   Yes.  There were some
300:21 initial reports of clinical trials that
300:22 had been conducted.
300:23      Q.   What is the term "signal,"
300:24 Doctor?  First of all, is the term
301: Page 301
301: 1 "signal" something that is commonly used
301: 2 in your field of pharmacoepidemiology?
301: 3      A.   Yes.
301: 4      Q.   Would you please explain to
301: 5 the jury what a "signal" is?
301: 6      A.   Yes.  I think a good regular
301: 7 language word would be "clue."  That if
301: 8 there may be some evidence that comes up
301: 9 that is not in itself a slam dunk proof
301:10 that there's a problem, but something
301:11 that might be called a smoking gun,
301:12 something that sure looks suspicious and
301:13 warrants followup, even though in itself
301:14 it does not absolutely wrap up the
301:15 certainty that there's a problem.

Avorn 30122      301:22-302:7

301:22      Q.   Okay.
301:23           Doctor, do you have an
301:24 opinion as to whether or not Merck should
302: Page 302
302: 1 have recognized -- a reasonable and
302: 2 prudent company with the knowledge that
302: 3 Merck had before the drug was on the
302: 4 market should have recognized that there
302: 5 was the potential for cardiovascular
302: 6 disease in patients who took Vioxx?
302: 7      A.   Yes.

Avorn 30214      302:14-307:17

302:14           If one looks at the totality
302:15 of the information that was
302:16 available as of the time that the
302:17 new drug application was
302:18 submitted, there were a number of
302:19 pieces of information from
302:20 clinical trial data, as well as
302:21 from other sources, that certainly
302:22 raised a question as to whether or
302:23 not this was a problem.  And I'm
302:24 not saying that they were slam
303: Page 303
303: 1      dunk, to use a phrase from the
303: 2      current administration, slam dunk
303: 3      evidence that there was a problem,

Final Avorn Direct

303: 4     but that certainly were very
303: 5     suspicious worries.
303: 6               - - -
303: 7          (Whereupon, Deposition
303: 8     Exhibit Avorn-31, Research
303: 9     Management Committee 4-10-96
303:10     MRK-ABC0048699 - MRK-ABC0048706,
303:11     was marked for identification.)
303:12               - - -
303:13 BY MR. TISI:
303:14     Q.    I'm going to hand you what I
303:15 have had marked as Exhibit Number 31.
303:16 And for the record, this is a Research
303:17 Management Committee document dated
303:18 October 10, 1996, MRK-ABC0048699.
303:19          Have you seen this document
303:20 before?
303:21     A.    Yes, I have.
303:22     Q.    Is this a document you
303:23 relied on in supporting your opinion that
303:24 there was a, quote, signal of potential
304: Page 304
304: 1 cardiotoxicity for Vioxx prior to filing
304: 2 of the new drug application?
304: 3     A.    In part.
304: 4     Q.    Okay.
304: 5          Would you please go to Page
304: 6 8.
304: 7     A.    Yes.
304: 8     Q.    First of all, what is
304: 9 MK-966?
304:10     A.    That was the working name
304:11 for Vioxx before it was called Vioxx.
304:12     Q.    And is this a document that
304:13 is a Merck document?
304:14     A.    Yes.
304:15     Q.    In Section 3, it indicates a
304:16 section that says "Adverse Events." Do
304:17 you see that?
304:18     A.    Yes.
304:19     Q.    Okay.
304:20          Would you tell us what, if
304:21 anything, was significant in your review
304:22 of this document which supports your
304:23 opinions?
304:24     A.    Sure.  In fairness, I should
305: Page 305
305: 1 point out that these were very, very big
305: 2 doses of Vioxx.  This was before they
305: 3 really knew what the right dose would be,
305: 4 and so these doses were 125 to 175
305: 5 milligrams.  I think that's part of the
305: 6 picture here.
305: 7     Q.    Sure.
305: 8     A.    Having said that, the second
305: 9 paragraph -- and the other important

Final Avorn Direct

305:10 point was that this study lasted only six
305:11 weeks. And so it was a really remarkably
305:12 short period of time in which you really
305:13 would not expect to see a cardiovascular
305:14 risk because it was only a
305:15 month-and-a-half long.
305:16          And the second paragraph
305:17 reads, "Adverse events of most concern
305:18 were in the cardiovascular system (e.g.,
305:19 MI" or heart attack, "unstable angina"
305:20 which is increasing chest pain from heart
305:21 disease, "rapid fall in hemoglobin and
305:22 hematocrit in some subjects, and a small
305:23 increase in blood pressure."
305:24     Q.    And this is October of 1996?
306: Page 306
306: 1     A.    Correct.
306: 2          And then the next sentence
306: 3 which I think is also relevant, "We plan
306: 4 to evaluate MK-966" or Vioxx "in a study
306: 5 where subjects are also given low-dose
306: 6 aspirin."
306: 7     Q.    Was that study ever done?
306: 8     A.    It was not until the VIGOR
306: 9 data came out in 2000 that Merck began to
306:10 advocate using aspirin in people taking
306:11 Vioxx, and so that would have been, oh,
306:12 four years later.
306:13     Q.    All right.
306:14          Now, Doctor, did you also
306:15 review the medical officer reviews for
306:16 Vioxx, the FDA medical officer review for
306:17 Vioxx when the drug was approved?
306:18     A.    Yes.
306:19     Q.    And did you consider the
306:20 views of the medical officer when forming
306:21 your opinions?
306:22     A.    Yes. Because that was what
306:23 was known at the time.
306:24     Q.    What, if any, significance,
307: Page 307
307: 1 and I'm going to try to go through these
307: 2 fairly quickly, what, if any,
307: 3 significance was there in the
307: 4 cardiovascular section of the medical
307: 5 officer review for the Vioxx clinical
307: 6 trial program that assisted you In
307: 7 formulating your opinions?
307: 8     A.    Well, a number of the FDA
307: 9 staff that were evaluating Vioxx, and I'm
307:10 thinking of Dr. Pulayo, Dr. Villalba and
307:11 Dr. Targum, were struck with and noticed
307:12 and wrote about the fact that there
307:13 appeared to be an excess of
307:14 cardiovascular disease in patients who
307:15 were given Vioxx in the clinical trials

Final Avorn Direct

307:16 that were submitted by Merck to FDA in
307:17 the late '90s.

Avorn 30806     308:6-309:13

308: 6     Q.   I'm going to show you a
308: 7 document.   First of all, is this a
308: 8 document that you reviewed in the context
308: 9 of your opinions that you prepared to
308:10 render in this case?
308:11     A.   Yes.
308:12     Q.   Okay.
308:13         What is this document,
308:14 Doctor?
308:15     A.   This is labeled "Scientific
308:16 Advisors Meeting, May 3-May 6, 1998."
308:17     Q.   And what is this document?
308:18     A.   This is a summary of the
308:19 report of a group of scientific advisors
308:20 that Merck pulled together to advise it
308:21 on the development of the -- of Vioxx as
308:22 it was in its preapproval state, that is,
308:23 before it was  -- before the FDA approved
308:24 it.
309: Page 309
309: 1     Q.   Would you turn to Page 11 of
309: 2 this document?
309: 3     A.   Yes.
309: 4     Q.   Under the section entitled
309: 5 "Cardiovascular."
309: 6     A.   Yes.
309: 7     Q.   Do you see that?
309: 8     A.   Yes.
309: 9     Q.   Would you please tell the
309:10 members of the jury what Merck was being
309:11 told by its Board of Scientific Advisors
309:12 about the potential problems for Vioxx
309:13 prior to the drug being on the market?

Avorn 30921     309:21-311:12

309:21         THE WITNESS:  The Board of
309:22     Scientific Advisors drew the
309:23     company's attention to three
309:24     specific issues that are numbered
310: Page 310
310: 1     here.  One was the possibility of,
310: 2     we talked about this balance of
310: 3     COX-1 and COX-2, that if you block
310: 4     COX-2 and don't block COX-1, the
310: 5     committee, which was outside
310: 6     pharmacologists of some renown,
310: 7     said here's something that could
310: 8     happen that one might expect or
310: 9     worry about if you block COX-2 and
310:10     don't block COX-1 as much.

Final Avorn Direct

310:11     One is "the development of
310:12   lipid rich coronary plaques." And
310:13   that's basically gunk developed,
310:14   building up in the artery of the
310:15   heart, which can then erupt and
310:16   form a clot and cause heart
310:17   disease.
310:18     Two, 'The destabilization of
310:19   the cap of these plaques by
310:20   inflammatory cells, making them
310:21   'rupture prone'." And that is
310:22   what we now believe is the
310:23   mechanism of heart attacks. That
310:24   you have this fatty gunk sitting
311: Page 311
311: 1   in your arteries, and then for
311: 2   some reason it ruptures and the
311: 3   fat is kind of spilled into the
311: 4   artery and that causes the clot to
311: 5   form and that causes the heart
311: 6   attack.
311: 7     And three, "The thrombotic
311: 8   occlusion of the vessel at the
311: 9   site of plaque rupture with
311:10   ensuing consequences of ischemia."
311:11   That basically means having a
311:12   heart attack.

Avorn 31121   311:21-312:8

311:21     Q.   Doctor, putting all the kind
311:22 of evidence that we've been talking about
311:23 together, do you have an opinion as to
311:24 whether or not there was evidence prior
312: Page 312
312: 1 to Vioxx being on the market that a
312: 2 reasonable and prudent company reviewing
312: 3 the safety profile of this drug would
312: 4 have considered in terms of designing
312: 5 their clinical trial program and
312: 6 investigating this signal?
312: 7     A.   Yes.
312: 8     Q.   What is that opinion?

Avorn 31302   313:2-316:8

313: 2     THE WITNESS:  In developing
313: 3   a drug or looking at drug risks
313: 4   and benefits, it is necessary to
313: 5   look not just at what is found in
313: 6   a particular study, but also what
313: 7   is all the evidence about what
313: 8   might work and what might not
313: 9   work.  And, in fact, what might
313:10   work can be very useful in
313:11   planning the development of the

Final Avorn Direct

313:12  drug.
313:13      And when I teach in a course
313:14  at Tufts Medical School for drug
313:15  company executives about thinking
313:16  about risks and benefits in drug
313:17  development, one of the points I
313:18  mention is that it's key to pull
313:19  together everything that's known
313:20  so that you can plan your clinical
313:21  development program, whether it's
313:22  animal studies or human studies or
313:23  followup epidemiologic studies so
313:24  as to follow up on signals.  Some
314: Page 314
314: 1  signals may be good signals, like
314: 2  here is a potential really good
314: 3  effect of this drug that we want
314: 4  to find out more about, as well as
314: 5  the bad signals.
314: 6      And looking at it all
314: 7  together, there is the evidence
314: 8  from Merck's own pharmacology
314: 9  advisors saying here's some
314:10  problems that you guys need to
314:11  keep an eye out for because,
314:12  specifically, 1, 2, 3, here are
314:13  ways in which this drug might
314:14  cause heart attacks.  Nobody knew
314:15  specifically at the time that it
314:16  would, but they were told, watch
314:17  out for this.  I think there was
314:18  some phrase in here that they
314:19  should be actively pursued or
314:20  something to that effect.
314:21      There were the earlier
314:22  clinical trials that Merck had
314:23  performed in which whatever the
314:24  dose, if you have a drug that
315: Page 315
315: 1  increases heart attacks in a
315: 2  six-week study, that's an
315: 3  important signal to worry about.
315: 4      There were the animal
315: 5  studies and other pharmacologic
315: 6  studies that say, gee, you know,
315: 7  maybe blocking COX-2 selectively
315: 8  is not a totally good idea, maybe
315: 9  there are some important good
315:10  things a COX-2 does that you don't
315:11  want to block totally.  And that
315:12  was in the literature before the
315:13  drug was on the market.
315:14      And so combining the advice
315:15  from their scientific advisors,
315:16  the evidence from the animal
315:17  studies, from the pharmacologic

Page 77

Final Avorn Direct

315:18    literature and the evidence from
315:19    their own clinical trial
315:20    suggesting an increase in events,
315:21    I'm not saying they should have
315:22    not marketed the drug, I'm not
315:23    saying they should have pulled it
315:24    off the market the day it was
316: Page 316
316: 1    approved, but I am saying that
316: 2    these were some smoking guns that
316: 3    a reasonable company would have
316: 4    said, as we market this drug,
316: 5    let's make sure that we're also
316: 6    keeping an eye on this potential
316: 7    problem that we've been warned
316: 8    about from multiple sources.


Avorn Part 3 (Multi-clip)
Avorn 32718    327:18-328:1

327:18        Dr. Avorn, do you have an
327:19 opinion that you hold to a reasonable
327:20 degree of medical certainty as to when
327:21 there was reasonable evidence of an
327:22 association between Vioxx and heart
327:23 attacks?
327:24    A.   Yes.
328: Page 328
328: 1    Q.   What is that opinion?


AVORN 32919    329:19-330:16

329:19        That said, I have such an
329:20 opinion, and it is that by the
329:21 time the data from the VIGOR study
329:22 were available to Merck, which
329:23 would have been the spring of
329:24 2000, combining the VIGOR data
330: Page 330
330: 1    with the evidence from the other
330: 2    clinical trials, all of which
330: 3    Merck had conducted itself,
330: 4    coupled with the guidance that
330: 5    Merck had sought and received from
330: 6    its own Board of Scientific
330: 7    Advisors, coupled with the
330: 8    pharmacologic evidence that was
330: 9    out there in the literature prior
330:10    to that point, by the spring of
330:11    2000, the burden of evidence was
330:12    enough to suggest that there was
330:13    indeed a reason for concern that
330:14    Vioxx was associated with heart
330:15    attack and other cardiovascular
330:16    disease in humans.

Page 78

Final Avorn Direct

AVORN 33105   331:5-333:13

331: 5      Q.   Let's talk about a couple of
331: 6 those trials.  You mentioned the
331: 7 ADVANTAGE trial before.  Could you tell
331: 8 me, first of all, when did the ADVANTAGE
331: 9 trial data become available to Merck as
331:10 best as you could tell from your review
331:11 of the evidence?
331:12      A.   As I understand it,
331:13 ADVANTAGE was conducted around the same
331:14 time frame as VIGOR, so that the evidence
331:15 from ADVANTAGE was becoming available in
331:16 2000 just as the evidence from VIGOR was
331:17 becoming available.
331:18      Q.   Let's talk about ADVANTAGE
331:19 for a little bit.
331:20           Would you please describe
331:21 for the members of the jury what, if any,
331:22 significance you attach to the ADVANTAGE
331:23 study?
331:24      A.   Yes.  That was a study that,
332: Page 332
332: 1 as I recall, enrolled a smaller number
332: 2 than VIGOR, my recollection would be
332: 3 something like 4 or 5,000 patients who
332: 4 were randomly allocated -- they were
332: 5 patients with osteoarthritis.  And that's
332: 6 important because one of the concerns
332: 7 that was raised by Merck was, well, the
332: 8 VIGOR study was in patients with
332: 9 rheumatoid arthritis, and they are not
332:10 like typical patients, and they have more
332:11 heart disease, so that must be part of
332:12 why there were more heart attacks.
332:13           But ADVANTAGE was not about
332:14 rheumatoid arthritis, it was about
332:15 patients who had osteoarthritis, which is
332:16 the garden variety arthritis people get
332:17 in their hips and hands and knees and so
332:18 forth.
332:19           Secondly, ADVANTAGE was not
332:20 in comparison -- well, it was in
332:21 comparison with naproxen, but there were
332:22 patients in it who were taking aspirin as
332:23 I recall.  And as a result, the issue of,
332:24 well, this is only seen if you don't have
333: Page 333
333: 1 people taking aspirin I don't believe was
333: 2 the case in ADVANTAGE.
333: 3           It was also a relatively
333: 4 brief study.  It did not last for the
333: 5 full nine months on average that VIGOR
333: 6 lasted.  It was much briefer than that,
333: 7 and yet there was still a

Final Avorn Direct

333: 8 disproportionate number of heart attacks
333: 9 in the Vioxx group compared to the
333:10 comparison group. And that was another
333:11 kind of brick in the wall indicating that
333:12 there was a higher rate of cardiovascular
333:13 disease in people given Vioxx.

AVORN 33323     333:23-334:18

333:23      Q.   Let's talk about the 090
333:24 trial that you mentioned before.
334: Page 334
334: 1      A.   Right.
334: 2      Q.   What is the 090 trial?
334: 3      A.   That was another study done
334: 4 in patients who had arthritis, and it was
334: 5 reviewed on the FDA materials along with
334: 6 study 085, I believe. And 090 was
334: 7 important in this whole story because it
334: 8 was not testing Vioxx against naproxen,
334: 9 and so the idea that this was all because
334:10 naproxen prevents heart attacks and that
334:11 explains the VIGOR findings did not apply
334:12 because the comparison groups in 090 were
334:13 another nonsteroidal called nabumetone
334:14 and placebo. And there again, there was
334:15 an increase in study 090 in the number of
334:16 cardiovascular events that were in people
334:17 randomly assigned to Vioxx compared to
334:18 people on placebo or nabumetone.

AVORN 33521     335:21-336:18

335:21      Q.   Let me just ask you this.
335:22           Do you know whether or not
335:23 the, I think you used the word
335:24 disproportionate distribution of heart
336: Page 336
336: 1 attacks in that study, was that reported
336: 2 in the ADVANTAGE study in the published
336: 3 literature?
336: 4      A.   My understanding is that the
336: 5 version that eventually found its way
336: 6 into the press reported the so-called
336: 7 APTC composite but did not, as I
336: 8 understand it, report the actual number
336: 9 of heart attacks. And the difference in
336:10 the number of heart attacks on Vioxx
336:11 compared to nabumetone or placebo was
336:12 much more striking than the difference in
336:13 the so-called APTC composite outcome.
336:14 But that was not the way it was reported.
336:15      Q.   Let's talk about 090 for a
336:16 moment. Do you know whether that study
336:17 was ever published by Merck?
336:18      A.   I can't recall that it was.

Page 80

Final Avorn Direct

Avorn 33701    337:1-339:11

337: 1 ask you this question. Was 090, when did
337: 2 that become available to Merck?
337: 3      A.   My understanding is that
337: 4 that was also around the same time of
337: 5 2000.
337: 6      Q.   Okay.
337: 7           Now, in fairness, there's
337: 8 also another study called 085. Are you
337: 9 familiar with that study?
337:10      A.   Yes. That was very much
337:11 like 090. And when the FDA reviewed the
337:12 data, they reviewed them both together
337:13 and did find this imbalance with more
337:14 events in the Vioxx group than in the two
337:15 other comparison groups, but for reasons
337:16 that are unclear, most of the action
337:17 seemed to be in the 090 and not in the
337:18 085 piece of the study.
337:19      Q.   In small studies like this,
337:20 in other words, I think you mentioned it
337:21 was a small study, if you see something
337:22 in one small study and you don't see it
337:23 in another study, do you ignore what you
337:24 see, or how does that work in your
338: Page 338
338: 1 profession?
338: 2      A.   The absence of a finding
338: 3 does not cancel out the presence of a
338: 4 finding especially if the finding is an
338: 5 excess risk of heart attacks. And --
338: 6      Q.   Why is that? Why is that?
338: 7      A.   Because sometimes you don't
338: 8 find a bad thing. Sometimes you don't
338: 9 find a good thing. So, for example,
338:10 companies will often do multiple clinical
338:11 trials, and if some show good effect and
338:12 the others don't, very often they will
338:13 bring the ones that show a good effect to
338:14 FDA and say approve our drug on that
338:15 basis because a lot of things can cause a
338:16 study to yield a null finding, either a
338:17 good effect or a bad effect, and we know
338:18 that. Studies are good things to do, and
338:19 often things don't go as expected.
338:20      Q.   Okay.
338:21      A.   But I think when one looks
338:22 at a 12-week study and you are seeing
338:23 heart attacks, that's enormously
338:24 important because you shouldn't be on
339: Page 339
339: 1 anything that will cause a higher risk of
339: 2 heart attacks in 12 weeks.
339: 3      Q.   Using VIGOR, 090 and

Page 81

Final Avorn Direct

339: 4 ADVANTAGE and all the other evidence you
339: 5 talked about before, do you have an
339: 6 opinion to a reasonable degree of medical
339: 7 certainty as to what a reasonable and
339: 8 prudent company looking at the totality
339: 9 of that evidence should have concluded
339:10 about the cardiovascular safety of Vioxx
339:11 in the spring of 2000 when --

Avorn 34003    340:3-342:23

340: 3      Q.   Doctor, what is your
340: 4 opinion?
340: 5      A.   My opinion is that the
340: 6 burden of evidence in the spring of 2000
340: 7 was such that there was evidence of a
340: 8 likely association between Vioxx and
340: 9 heart disease in humans.
340:10              - - -
340:11           (Whereupon, Deposition
340:12      Exhibit Avorn-33, FDA Advisory
340:13      Committee Briefing Document
340:14      2-8-01 (27 pages), was marked for
340:15      identification.)
340:16              - - -
340:17 BY MR. TISI:
340:18      Q.   Doctor, I'm going to show
340:19 you two documents I'm going to hand you
340:20 side by side.  One is Exhibit Number 33,
340:21 which is the FDA Advisory Committee
340:22 briefing document, specifically the
340:23 report of Dr. Villalba, and that is
340:24 February 8th, 2001.
341: Page 341
341: 1           And I'm also going to hand
341: 2 you a second document, which is the FDA's
341: 3 cardiovascular report consultation of a
341: 4 Shari Targum.
341: 5           Have you seen both of these
341: 6 documents in connection with your
341: 7 opinions?
341: 8      A.   I've reviewed both of these.
341: 9      Q.   Okay.
341:10           Are these the kinds of
341:11 things that experts like yourself would
341:12 review in considering issues like the
341:13 ones we've asked you to address?
341:14      A.   Yes.  This is exactly the
341:15 kind of information that FDA asked me to
341:16 evaluate in relation to Lotronex around
341:17 the question of whether it should be
341:18 taken off the market around 2000 or so.
341:19      Q.   Now, Doctor, let me ask you
341:20 this.
341:21           You reviewed both of these
341:22 reports of these FDA medical officers.

Final Avorn Direct

341:23 Do you know that or do you have an
341:24 understanding as to whether they looked
342: Page 342
342: 1 at these three studies together,
342: 2 ADVANTAGE, 090, 085 -- actually, we'll
342: 3 add 085 in there as well, and VIGOR, and
342: 4 reached the same conclusions you've
342: 5 reached?
342: 6      A.   That is my impression.
342: 7      Q.   Okay.
342: 8           Doctor, let me show you --
342: 9 let's go to Dr. Villalba's report for a
342:10 moment.  If you can look at Page 11 and
342:11 12.
342:12      A.   Yes.
342:13      Q.   Do you see at the bottom of
342:14 there, there is a paragraph that starts,
342:15 "The sponsor explanation for the excess
342:16 of cardiovascular events in the VIGOR
342:17 study"?  Do you see that?
342:18      A.   Right.  Yes.
342:19      Q.   Would you describe --
342:20           And, of course, this is Dr.
342:21 Villalba's report.  Would you describe
342:22 the facts that -- what does Dr. Villalba
342:23 conclude here?

Avorn 34313     343:13-344:5

343:13      A.   Okay.
343:14           Dr. Villalba, who is an FDA
343:15 official who has reviewed all the data
343:16 submitted while the drug was still on the
343:17 market, concluded that it was implausible
343:18 that the difference between -- in the
343:19 VIGOR study, that the difference in heart
343:20 attack rates, and one can see that graph
343:21 go up quite high for incidence of heart
343:22 attacks in -- or thrombotic
343:23 cardiovascular serious adverse
343:24 experiences, the evidence that this could
344: Page 344
344: 1 be explained by the fact that naproxen
344: 2 was preventing heart attacks was
344: 3 implausible.
344: 4      Q.   And what are the factors
344: 5 that Dr. Villalba indicates?

Avorn 34518     345:18-347:13

345:18      A.   Dr. Villalba was speaking
345:19 specifically to the rapid rise in the
345:20 incidence of heart attacks in people
345:21 taking Vioxx as compared with naproxen.
345:22 And she notes that there is no -- there
345:23 are no placebo-controlled trials of

Page 83

Final Avorn Direct

345:24 naproxen that ever have shown that it
346: Page 346
346: 1 reduces heart attacks.
346: 2    Q.    Stop right there.
346: 3         Is that something that you
346: 4 agree with?
346: 5    A.    Sure.
346: 6    Q.    Is that something you agreed
346: 7 with at the time?
346: 8    A.    I agree with it now too.
346: 9    Q.    Okay.
346:10         Is it something that you
346:11 actually investigated?
346:12    A.    Yes.
346:13    Q.    And you concluded that there
346:14 was no evidence -- did you conclude --
346:15         What did you conclude about
346:16 the evidence of naproxen?
346:17    A.    At the time that this was
346:18 being discussed at FDA, we were
346:19 concurrently doing research in my
346:20 division on whether naproxen causes a
346:21 reduction in the risk of heart attacks.
346:22    Q.    Okay.
346:23         Going to the next fact here
346:24 noted by Dr. Villalba.
347: Page 347
347: 1    A.    This is also in parallel
347: 2 with our own research, in that she points
347: 3 out that the effect of naproxen, and this
347: 4 is almost the exact language that we used
347: 5 in our paper, even though I had not seen
347: 6 her report at the time, that the effect
347: 7 size that you would need to have, that
347: 8 is, the protective effect of naproxen
347: 9 would need to be so huge that it would
347:10 make it huger than had ever been seen
347:11 with aspirin or with, frankly, any other
347:12 drug for that matter, and that that also
347:13 made the naproxen idea implausible.

Avorn 34724    347:24-349:12

347:24    Q.    Okay.  Next thing.
348: Page 348
348: 1         Go to Section D.
348: 2    A.    Okay.
348: 3         She cites the other studies
348: 4 which we've talked about just now, 085,
348: 5 090 and 102, suggest -- this is her exact
348: 6 words.
348: 7         "Suggest trends towards
348: 8 higher rates of myocardial infarction,"
348: 9 or heart attack "in the rofecoxib," that
348:10 is, Vioxx "group compared to active
348:11 control groups."

Page 84

Final Avorn Direct

348:12   Q.   Doctor, let's turn to --
348:13   A.   I'm sorry, just one other
348:14 point, Mr. Tisi.
348:15   Q.   Go ahead.
348:16   A.   The next sentence, which I
348:17 think is relevant here, is that she also
348:18 points out -- because one of the things
348:19 that we study in pharmacoepidemiology is
348:20 doses and duration and whether or not
348:21 there's a relationship to the effect.
348:22 And she points out in 2001 that 085, 090
348:23 and 102 involve lower doses of Vioxx and
348:24 shorter durations of exposure than were
349: Page 349
349: 1 seen in VIGOR and also allow the use of
349: 2 aspirin.
349: 3         So, the reasons that had
349: 4 been put forward by Merck about why the
349: 5 VIGOR findings could be explained away,
349: 6 that is, no aspirin, patients had
349: 7 rheumatoid arthritis, there was a big
349: 8 dose of Vioxx used, and so this wouldn't
349: 9 apply to lower doses, and it was a long
349:10 study, none of those were present in
349:11 these studies, and yet the same increase
349:12 in heart attack was seen.

AVORN  35007    350:7-350:15

350: 7   Q.   Assuming it is February 8th,
350: 8 2001, is that about the time you had your
350: 9 conversation with Dr. Sherwood?
350:10   A.   Yes.
350:11   Q.   Now, let's go to Dr.
350:12 Targum's report.
350:13   A.   Okay.
350:14   Q.   First of all, can we bring
350:15 that up?

AVORN  35111    351:11-354:24

351:11         This is the report of Dr.
351:12 Targum at the cardiorenal division,
351:13 correct?
351:14   A.   Yes.
351:15   Q.   Okay.
351:16         February 1st, 2004 --
351:17   A.   2001.
351:18   Q.   -- 2001, excuse me.
351:19   A.   Right.
351:20   Q.   Okay.
351:21         If you'd go to page --
351:22 actually 36 -- 34.
351:23   A.   Got it.
351:24   Q.   Do you see the Section 4 at
352: Page 352

Final Avorn Direct

352: 1 the bottom of the page there, it talks
352: 2 about "Assessment of the sponsor's claim
352: 3 of CV risk"?
352: 4     A.   Yes.
352: 5     Q.   First of all, the sponsor's
352: 6 claim there that the "Sponsor claims that
352: 7 the difference in myocardial infarctions
352: 8 between the two groups is primarily due
352: 9 to the anti-platelet effects of
352:10 naproxen."
352:11     A.   Yes, I reviewed that
352:12 section.
352:13     Q.   Is that what they said in
352:14 the VIGOR paper that we reviewed earlier
352:15 today?
352:16     A.   Yes.
352:17     Q.   Okay.
352:18          Is that what they were
352:19 telling you and your people at Harvard?
352:20     A.   That's what Dr. Sherwood
352:21 told me.
352:22     Q.   Okay.
352:23          Is that what was being said
352:24 by Merck publicly in your experience in
353: Page 353
353: 1 2000 and 2001?
353: 2     A.   Correct.
353: 3     Q.   Okay.
353: 4          What does Dr. Targum say
353: 5 about the, quote, naproxen hypothesis?
353: 6     A.   I'll just read her words.
353: 7 "The sponsor claims that the difference
353: 8 in myocardial infarctions between the two
353: 9 groups is primarily due to the
353:10 anti-platelet effects" or the protective
353:11 effects "of naproxen."
353:12          And then she goes on to say,
353:13 "This hypothesis is not supported by any
353:14 prospective placebo-controlled trials
353:15 with naproxen.  One can further argue
353:16 that, no matter what the attribution, the
353:17 results (from the cardiovascular
353:18 standpoint) are favorable for naproxen."
353:19     Q.   Do you agree with that?
353:20     A.   Yes.
353:21     Q.   Is that what you testified
353:22 to earlier?
353:23     A.   Yes.
353:24     Q.   Next one, next bullet point
354: Page 354
354: 1 on the next page.  "The sponsor claims
354: 2 that the majority of the cardiovascular
354: 3 events in the VIGOR study occurred in
354: 4 those patients who should have been
354: 5 taking aspirin for cardioprotection."
354: 6     A.   Yes.

Final Avorn Direct

354: 7     Q.   Is that the issue that we
354: 8 talked about before that had to be
354: 9 corrected in the New England Journal of
354:10 Medicine?
354:11     A.   That's right.
354:12     Q.   And that was corrected in
354:13 2005?
354:14     A.   That's correct.
354:15     Q.   Okay.
354:16          Do you agree with Dr. Targum
354:17 as to the significance of that fact?
354:18     A.   Yes.  As she states it in
354:19 her own words, "This claim has not
354:20 convinced this medical reviewer," and she
354:21 goes on to say that there are increased
354:22 events, heart attacks in the Vioxx group
354:23 even in patients who did not fall into
354:24 the aspirin-indicated subgroup.

AVORN  35604    356:4-357:18

356: 4     Q.   Could you turn to Page 36,
356: 5 please?
356: 6     A.   Yes.
356: 7     Q.   At the bottom of the page
356: 8 there.
356: 9     A.   Yes.
356:10     Q.   The very bottom it says,
356:11 "Suggested labeling."
356:12     A.   Yes.
356:13     Q.   Do you see that there?
356:14     A.   Yes.
356:15     Q.   Would you read what she says
356:16 about that?
356:17     A.   Yes.
356:18     Q.   Well, actually, go to the
356:19 second sentence, if you don't mind.
356:20     A.   All right.
356:21          In bold it suggests labeling
356:22 that would properly address CV risks.
356:23     Q.   In the last sentence there?
356:24     A.   "It would be difficult to
357: Page 357
357: 1 imagine inclusion of VIGOR results in the
357: 2 rofecoxib" or Vioxx "labeling without
357: 3 mentioning cardiovascular safety results
357: 4 in the study description as well as the
357: 5 Warnings section."
357: 6     Q.   Okay.
357: 7          Do you agree with Dr.
357: 8 Targum?
357: 9     A.   Yes.
357:10     Q.   Are all the opinions --
357:11          So, in fairness, Doctor, I
357:12 just want to be clear.  The opinions that
357:13 you gave earlier, are they consistent

Final Avorn Direct

357:14 with what the medical officers were
357:15 saying at the time when they reviewed the
357:16 same data that you reviewed in connection
357:17 with this litigation?
357:18     A.   Yes.

Avorn 35805     358:5-358:16

358: 5         Does your opinions about the
358: 6 confluence of 090, 085, ADVANTAGE,
358: 7 APPROVe and all the other --
358: 8     A.   Not APPROVe. You mean
358: 9 VIGOR.
358:10     Q.   VIGOR, and all the evidence
358:11 surrounding that we've been talking
358:12 about, do you come to the same
358:13 conclusions about the validity of the
358:14 naproxen hypothesis that both of these
358:15 medical officers looking at the same
358:16 information came to?

Avorn 35822     358:22-359:7

358:22         THE WITNESS: Yes, I do.
358:23         And I think equally importantly,
358:24         : those are opinions which I wrote
359: Page 359
359: 1     myself in our publications around
359: 2     this period.
359: 3 BY MR. TISI:
359: 4     Q.   Okay.
359: 5         We haven't talked about the
359: 6 Alzheimer studies.
359: 7     A.   Right.

AVORN 35913     359:13-359:24

359:13         Do you have an opinion to a
359:14 reasonable degree of medical certainty as
359:15 to whether or not there was reasonable
359:16 evidence of increased mortality
359:17 associated with Vioxx?
359:18     A.   Yes.
359:19     Q.   What is that opinion?
359:20     A.   That opinion is that there
359:21 was an increase in mortality,
359:22 particularly as reflected in the
359:23 Alzheimer studies conducted by Merck with
359:24 Vioxx.

AVORN 36623     366:23-367:1

366:23     Q.   Doctor, when you looked at
366:24 cardiac death in the Alzheimer's trials,
367: Page 367
367: 1 was there an imbalance?

Page 88

Final Avorn Direct

D AVORN 36702    367:2-367:3

367: 2     A.    No.
367: 3     Q.    Cardiac death.

Avorn 36704    367:4-368:24

367: 4     A.    I'm sorry. I thought you
367: 5 meant cardiac outcomes. I don't remember
367: 6 the cardiac death by heart. Let me look
367: 7 at that. I think that -- was the 8 to 2
367: 8 or 8 to 3 ratio of deaths, as I recall?
367: 9 And I can dig through it here, but if we
367:10 agree that it was 8 to 2 or 8 to 3, the 2
367:11 and 3 varied. But there was a
367:12 four-foldish increase.
367:13     Q.    Is that significant, Doctor?
367:14     A.    Well, it depends on what you
367:15 mean by "significant." It is striking.
367:16 With small numbers, I honestly don't
367:17 recall whether it was significant in the
367:18 statistical sense. But, again, I think
367:19 if you tell me that there are four times
367:20 as many people having cardiac deaths in
367:21 group A versus group B, that would catch
367:22 my attention.
367:23     Q.    All right.
367:24            Doctor, let's move on.
368: Page 368
368: 1     A.    There's one point, Mr. Tisi,
368: 2 in answer to your question that I didn't
368: 3 get to say. And that is, if one looks at
368: 4 the means of ascertaining events in these
368: 5 studies, I was struck with the fact that
368: 6 the studies did not seem to me as a
368: 7 geriatrician and as somebody who has
368: 8 written about geriatric pharmacology to
368: 9 be set up in a way that would ascertain
368:10 cardiac events in a systematic way so
368:11 that you could really be confident of the
368:12 results that would come from any part of
368:13 the study design that would identify who
368:14 had a heart attack or who didn't or who
368:15 had an angina and who didn't, who had a
368:16 stroke and who didn't.
368:17            I was underwhelmed with the
368:18 care with which those outcomes were being
368:19 looked at. Perhaps their focus was just
368:20 on tracking people's mental status. But
368:21 another reason that I suspect there was
368:22 not a clear difference seen in
368:23 cardiovascular events was that they were
368:24 not being looked for very carefully.

Avorn 36910    369:10-371:18

Page 89