Final Avorn Direct

369:10     Q.    Well, Doctor, did you review
369:11 the data analysis plan and the standard
369:12 operating procedure for ascertaining
369:13 cardiovascular events?
369:14     A.    Yes, I did.
369:15     Q.    Okay.  And did you find, did
369:16 you have an opinion as to whether or not
369:17 this was set up appropriately to
369:18 ascertain and analyze events in the Vioxx
369:19 clinical trials?
369:20     A.    Yes, I do.
369:21     Q.    And what is that opinion?
369:22     A.    Based on reviewing the
369:23 cardiac standard operating procedure that
369:24 Merck put together, which they argued was
370: Page 370
370: 1 their response to the VIGOR data to look
370: 2 for cardiac events in all their other
370: 3 studies, I was struck with the fact that
370: 4 a number of key presentations of heart
370: 5 attack, that is, key manifestations of
370: 6 having a heart attack, seemed to have
370: 7 been deleted in the course of that
370: 8 standard operating procedure being
370: 9 implemented.
370:10          So, for example, pulmonary
370:11 edema, which is well known to be a
370:12 presenting or a manifesting sign of a
370:13 heart attack, congestive heart failure,
370:14 arrhythmias, which is rhythm
370:15 disturbances, all were excised from
370:16 having been there before, were struck out
370:17 in the version of the standard operating
370:18 procedure at Merck that I saw, which
370:19 would clearly result in under
370:20 ascertainment or missing a lot of cases
370:21 of heart attack, which particularly in
370:22 the elderly, are going to present
370:23 themselves in precisely that way.
370:24     Q.    Doctor, do you have an
371: Page 371
371: 1 opinion to a reasonable degree of medical
371: 2 certainty as somebody who has taught
371: 3 pharmaceutical company executives about
371: 4 looking at signals and designing clinical
371: 5 trials as to whether or not it was
371: 6 feasible to do a cardiovascular outcomes
371: 7 study that would have definitively
371: 8 answered this question while Vioxx was on
371: 9 the market?
371:10     A.    Yes, I do.
371:11     Q.    And what is that opinion?
371:12     A.    My opinion is that it would
371:13 have been feasible and ethical and quite
371:14 doable to have such a study done in

Final Avorn Direct

371:15 response to the signals that emerged and
371:16 that the more than signals, the data that
371:17 emerged from the studies we have been
371:18 discussing.

Avorn 37418    374:18-384:19

374:18     Q.   I'm going to show you what I
374:19 have had marked as Exhibit Number 36. Is
374:20 this the document to which you refer?
374:21     A.   I think so.
374:22     Q.   Okay.
374:23          And when you look at the
374:24 e-mail from Dr. Scolnick dated April 12,
375: Page 375
375: 1 2000, and this would have been right
375: 2 after the VIGOR study, the VIGOR on our
375: 3 timeline --
375: 4     A.   Right.
375: 5     Q.   -- right after VIGOR was
375: 6 unblinded and the data became available?
375: 7     A.   Correct.
375: 8     Q.   Okay.
375: 9          Would you read what Dr.
375:10 Scolnick has to say?
375:11     A.   Yes. This is to Dr. Reicin.
375:12 "Hi, Alise. I have been trading e-mails
375:13 with Doug Greene in realtime. We are all
375:14 online too late. I will tell you my
375:15 worry quotient is high. I actually am in
375:16 minor agony. What I really want to do is
375:17 a 10,000 versus 10,000 patient study in
375:18 mild to moderate osteoarthritis Tylenol
375:19 versus Vioxx with PRN," which means as
375:20 needed, "low-dose ASA," which is aspirin,
375:21 "for those judged to need it. Safety," I
375:22 guess he means would be the "first
375:23 primary endpoint and efficacy secondary
375:24 or co-primary. WE WILL NOT" now this is
376: Page 376
376: 1 in capital letters, "WE WILL NOT KNOW FOR
376: 2 SURE WHAT IS GOING ON UNTIL WE DO THIS
376: 3 STUDY. PLEASE THINK HARD ABOUT THE
376: 4 DESIGN BEFORE THE PAC MEETING. Thanks,
376: 5 Ed."
376: 6     Q.   As somebody who conducts
376: 7 clinical trials and conducts
376: 8 epidemiologic studies and looks at these
376: 9 kinds of issues, would this have been an
376:10 ethical study to do?
376:11     A.   Yeah. I think he got it
376:12 exactly right.
376:13     Q.   And was any such study ever
376:14 done?
376:15     A.   Not to my knowledge.
376:16     Q.   Moving on, Doctor.

Page 91

Final Avorn Direct

376:17          Do you have an opinion as to
376:18 whether or not to a reasonable degree of
376:19 medical certainty, having reviewed all
376:20 the documents you reviewed in connection
376:21 with your prior experience, as to whether
376:22 or not the benefits of Vioxx were
376:23 outweighed by its risks?
376:24     A.   Yes.
377: Page 377
377: 1     Q.   And what is that opinion?
377: 2     A.   That its benefits were not
377: 3 outweighed by its risks.  If one counts
377: 4 up the number of serious gastrointestinal
377: 5 complications that it prevented, and it
377: 6 did at least in people not taking
377: 7 aspirin, and you compare those with the
377: 8 number of serious cardiovascular events
377: 9 that it caused, the numbers are actually
377:10 quite close.  And clinically, it is worse
377:11 to have a heart attack or a stroke than
377:12 to have a GI bleed because you can fix
377:13 the GI bleed by stopping the offending
377:14 drug, maybe the patient may need a blood
377:15 transfusion, and then they are as good as
377:16 they were before.  But if you've had a
377:17 heart attack or a stroke, there's often
377:18 permanent damage to your heart or your
377:19 brain, and you're usually not as good as
377:20 you were before.
377:21     Q.   Doctor, that brings me to
377:22 another question.
377:23          Do you have an opinion as to
377:24 whether or not all NSAIDs have the same
378: Page 378
378: 1 cardiovascular risk as Vioxx?
378: 2     A.   I have such an opinion.
378: 3     Q.   Okay.
378: 4          Is that something you've
378: 5 written about?
378: 6     A.   Yes.
378: 7     Q.   In fact, is that something
378: 8 that you looked at specifically in the
378: 9 context of your Vioxx studies compared to
378:10 Celebrex?
378:11     A.   Correct.
378:12     Q.   And, in fact, that's
378:13 something that you looked at in your
378:14 NSAID study comparing naproxen to other
378:15 drugs?
378:16     A.   Correct.
378:17     Q.   And in looking at the
378:18 totality of evidence, do you have an
378:19 opinion as to whether or not there is a,
378:20 quote, class effect, a cardiovascular
378:21 class effect between all nonsteroidal
378:22 anti-inflammatory drugs?

Final Avorn Direct

378:23     A.   I do have such an opinion.
378:24     Q.   And what is that opinion?
379: Page 379
379: 1      A.   My opinion is that there is
379: 2 not a unitary class effect, that is, it
379: 3 is not the same for all drugs, and that,
379: 4 in fact, there is a gradient of effects
379: 5 where with some drugs, which happen to be
379: 6 the ones that were taken off the market,
379: 7 namely, Vioxx and Bextra, having the
379: 8 worst risk of heart attack and stroke and
379: 9 then lower risk for Celebrex, but
379:10 certainly Celebrex at high doses, and I
379:11 think we know that from some clinical
379:12 trial data, and then probably lower risk
379:13 for the older nonsteroidals. And then,
379:14 of course, aspirin, on the other end of
379:15 the spectrum, not only has no cardiac
379:16 risk, but it prevents heart attacks.
379:17     Q.   Have you communicated this
379:18 opinion to the Food & Drug
379:19 Administration?
379:20     A.   Yes, I have.
379:21     Q.   And is Celebrex still on the
379:22 market, by the way?
379:23     A.   Yes, it is.
379:24     Q.   Is naproxen still on the
380: Page 380
380: 1 market?
380: 2     A.   Yes, it is.
380: 3     Q.   Is diclofenac still on the
380: 4 market?
380: 5     A.   Yes, it is.
380: 6     Q.   Aspirin?
380: 7     A.   Yes.
380: 8     Q.   Naproxen?
380: 9     A.   Yes.
380:10     Q.   Doctor, you testified that
380:11 you're an expert in the factors that go
380:12 into physician prescribing practices.
380:13 What are those factors?
380:14     A.   We've done a number of
380:15 studies about what shapes physician
380:16 prescribing decisions, and I mentioned
380:17 the first one I published in 1982. And
380:18 in doing that work, we tried to define
380:19 what predicts or drives what a doctor
380:20 prescribes. And a great deal of it is
380:21 the doctor's perception of benefit versus
380:22 risk which he or she learns from a
380:23 variety of sources.
380:24     Q.   What are the sources in
381: Page 381
381: 1 which a pharmaceutical company
381: 2 communicates with doctors about their
381: 3 products?

Final Avorn Direct

381: 4      A.   Well, the legal governing
381: 5 document that is probably central because
381: 6 it determines what the company is allowed
381: 7 to say in all of its promotional material
381: 8 and all of its sales presentations is
381: 9 what FDA calls the labeling or sometimes
381:10 it's called the package insert. But it's
381:11 a lengthy document, usually in small
381:12 print, that describes everything about a
381:13 drug, what it's used for, what its
381:14 benefits are, what its risks are, what
381:15 its dose is and so forth.
381:16      Q.   Are there any other methods
381:17 by which a pharmaceutical company
381:18 communicates with doctors that you're
381:19 familiar with?
381:20      A.   Sure. They will also, of
381:21 course, send out sales reps to doctors'
381:22 offices to talk to us about the
381:23 attributes of their drug, and, of course,
381:24 they will take out ads in medical
382: Page 382
382: 1 journals. They will also take out ads or
382: 2 put commercials on TV for patients. And
382: 3 they will sponsor continuing education
382: 4 programs for physicians.
382: 5      Q.   What about publication of
382: 6 medical articles?
382: 7      A.   Very often companies are
382: 8 heavily involved, as we've learned, in
382: 9 the publication of articles in the
382:10 medical literature.
382:11      Q.   Let me talk about some of
382:12 those things for a moment. Let's talk
382:13 about the label for a moment.
382:14           First of all, what's a black
382:15 box warning?
382:16      A.   A black box warning is the
382:17 strongest kind of warning that appears on
382:18 a label which is literally in a black
382:19 box. And if the FDA feels that there is
382:20 a particularly important risk for a given
382:21 drug, it insists that the manufacturer --
382:22 because the manufacturer kind of owns the
382:23 words in the label and negotiates with
382:24 the FDA, but ultimately it is the
383: Page 383
383: 1 manufacturer's words, the FDA will insist
383: 2 that a black box appear at the very
383: 3 beginning of the description of the drug
383: 4 in the labeling information warning about
383: 5 a particular problem.
383: 6      Q.   What is a warning?
383: 7      A.   A warning is the next
383: 8 highest level of alert, and it is a
383: 9 section in the labeling in which the most

Page 94

Final Avorn Direct

383:10 important risks of a drug are presented.
383:11     Q.   What about a precaution?
383:12     A.   That's a much milder part of
383:13 the labeling in which it's kind of a
383:14 "watch out for this," but it's known as
383:15 to be a lower standard of risk.
383:16              - - -
383:17           (Whereupon, Deposition
383:18     Exhibit Avorn-37, Vioxx label
383:19     1999 MRK-LBL0000035 -
383:20     MRK-LBL0000038, was marked for
383:21     identification.)
383:22              - - -
383:23 BY MR. TISI:
383:24     Q.   Let's look at the -- have
384: Page 384
384: 1 you reviewed the label that was in effect
384: 2 from 1999 through 2002?
384: 3     A.   Yes, I have.
384: 4     Q.   And starting from the date
384: 5 of the VIGOR results, and let me hand
384: 6 that to you.
384: 7           Doctor, was there any black
384: 8 box warning for cardiovascular disease in
384: 9 this label?
384:10     A.   There was no black box
384:11 warning of any kind.
384:12     Q.   Was there a warning?
384:13     A.   No.
384:14     Q.   Was there even a precaution
384:15 in the original label that dealt with
384:16 cardiovascular disease?
384:17     A.   Let me just turn to the
384:18 precautions section because I want to be
384:19 sure I'm being fair to the company.

AVORN 38422     384:22-385:8

384:22           No.  I've just reviewed the
384:23 precautions section again and I don't see
384:24 anything about heart attack.
385: Page 385
385: 1     Q.   And that was in effect until
385: 2 April of 2002?
385: 3     A.   That's correct.
385: 4     Q.   Okay.
385: 5           And VIGOR came out, VIGOR
385: 6 results became available in 2000, early
385: 7 2000?
385: 8     A.   In the spring of 2000.

Avorn 38615     386:15-386:20

386:15           Doctor, given what was known
386:16 about Vioxx from 2000 to 2002, does this
386:17 label contain information about

Final Avorn Direct

386:18 cardiovascular risks that would have
386:19 allowed physicians to weigh those risks
386:20 against the benefits?

Avorn 38819     388:19-389:5

388:19          Does this label contain
388:20 accurate medical and scientific
388:21 information about the increased mortality
388:22 seen in the Alzheimer's trials?
388:23     A.    There's nothing in the label
388:24 about the doubling of the death rate in
389: Page 389
389: 1 the Alzheimer's study in this label.
389: 2     Q.    Is that, in your opinion,
389: 3 important information for doctors to
389: 4 consider in making a fair risk/benefit
389: 5 analysis for their patients?

Avorn 38911     389:11-390:3

389:11          THE WITNESS:  As someone who
389:12     has published papers on doctors'
389:13     assessment of risk versus benefit
389:14     and how that drives their
389:15     prescribing, and as someone who
389:16     has conducted and studied programs
389:17     to present information to doctors
389:18     in an unbiased manner, I can
389:19     assert with complete confidence
389:20     that failing to indicate that a
389:21     given drug has been associated
389:22     with a doubling of death rate in a
389:23     study that was statistically
389:24     significant, failing to have that
390: Page 390
390: 1     in the label does not give doctors
390: 2     the information they need to use
390: 3     that drug appropriately.

AVORN  39015     390:15-390:18

390:15     Q.    Doctor, have you looked at
390:16 the 2002 label which I'm handing to you
390:17 now?
390:18     A.    Yes, I have.

AVORN  39102     391:2-393:3

391: 2     Q.    Is it your understanding
391: 3 that in April of 2002 the Vioxx label was
391: 4 changed to include some information about
391: 5 the cardiac findings in the VIGOR study?
391: 6     A.    Yes.
391: 7     Q.    And have you reviewed that,
391: 8 Doctor?

Page 96

Final Avorn Direct

391: 9      A.   Yes, I have.
391:10      Q.   And where does that --
391:11           First of all, let me ask
391:12 you, is there a black box warning for
391:13 doctors in the 2002 label?
391:14      A.   No.
391:15      Q.   Is there a warning on
391:16 cardiovascular risk in the label?
391:17      A.   No.
391:18      Q.   Where does the information
391:19 about VIGOR appear in this label?
391:20      A.   It is over here in the
391:21 section that is called "Clinical
391:22 Studies."
391:23      Q.   Is it also in the
391:24 precautions section?
392: Page 392
392: 1      A.   I believe there is a
392: 2 precaution about gastro -- about
392: 3 cardiovascular effects.
392: 4      Q.   Do you know whether or not
392: 5 the --
392: 6           We talked about before, we
392: 7 looked at the medical officer report of
392: 8 Dr. Targum?
392: 9      A.   Yes.
392:10      Q.   Okay.
392:11           Which talks about the, I
392:12 think her words were, it is hard to
392:13 conceive that this information from VIGOR
392:14 would not be contained in the warnings
392:15 section.  Do you remember that?
392:16      A.   Correct.
392:17      Q.   Okay.
392:18           Do you know whether or not
392:19 the FDA, in fact, did recommend that the
392:20 company include a warning about the
392:21 cardiovascular risk seen in VIGOR?
392:22      A.   Yes, I know that.
392:23      Q.   And do you have an opinion
392:24 as to whether or not there was a
393: Page 393
393: 1 reasonable evidence of association
393: 2 between Vioxx and cardiovascular disease
393: 3 at the time that VIGOR became available?

Avorn 39309     393:9-393:16

393: 9      Q.   If that is the standard for
393:10 placing a warning --
393:11      A.   Yes.
393:12      Q.   -- would that information
393:13 alone have been enough to include the CV
393:14 risk in the warnings section of the Vioxx
393:15 label?
393:16      A.   Yes.

Final Avorn Direct

Avorn 39401      394:1-394:13

394: 1         Do you have an opinion,
394: 2 again, to a reasonable degree of medical
394: 3 certainty, as to whether or not the
394: 4 information in the warning label in 2002
394: 5 contained information about increased
394: 6 mortality?
394: 7     A.    Do I have an -- I'm sorry.
394: 8 Do I have an opinion as to whether it was
394: 9 there?
394:10     Q.    Do you know whether it is
394:11 there or not?
394:12     A.    I know that it was not
394:13 there.

Avorn 39519      395:19-395:24

395:19         Do you have an opinion to a
395:20 reasonable degree of medical certainty as
395:21 to whether or not the evidence of an
395:22 association between Vioxx and increased
395:23 mortality should have been contained in
395:24 the warnings section of the Vioxx label?

Avorn 39623      396:23-397:12

396:23         I have such an opinion, and
396:24 my opinion is that if a company is in
397: Page 397
397: 1 possession of data that indicates a
397: 2 statistically significant doubling of the
397: 3 death rate in a placebo-controlled
397: 4 randomized control trial that it
397: 5 conducted, then that information needs to
397: 6 be in the label to be able to guide
397: 7 physicians to make appropriate decisions
397: 8 about the use of that drug.
397: 9     Q.    Have you seen any evidence
397:10 that the FDA wanted to include
397:11 information about VIGOR and ADVANTAGE in
397:12 the warnings section?

Avorn 39805      398:5-398:16

398: 5         THE WITNESS:  I have seen
398: 6         correspondence between Merck and
398: 7         FDA in both directions about the
398: 8         modifications to the label that
398: 9         were proposed.
398:10 BY MR. TISI:
398:11     Q.    Okay.
398:12         And do you know whether or
398:13 not the FDA proposed that information
398:14 about VIGOR and ADVANTAGE on

Final Avorn Direct

398:15 cardiovascular events and cardiovascular
398:16 risk be placed in the warnings section?

Avorn 39919   399:19-400:4

399:19   A.   Yes.
399:20   Q.   Okay.
399:21         Having seen it, and as
399:22 somebody who is an expert in the factors
399:23 that drive doctors' prescribing
399:24 practices, do you have an opinion as to
400: Page 400
400: 1 whether or not that kind of information
400: 2 in the warnings section would have
400: 3 assisted doctors in making a risk/benefit
400: 4 analysis for their patients?

Avorn 40011   400:11-400:20

400:11         THE WITNESS:  I have such an
400:12         opinion that that would have been
400:13         an important piece of information
400:14         for doctors to have.
400:15 BY MR. TISI:
400:16   Q.   Do you think that the lack
400:17 of that information deprived doctors of
400:18 an important piece of information from
400:19 which they could make reasonable
400:20 prescribing choices?

AVORN  40109   401:9-402:13

401: 9         As someone who has done
401:10 research on published and peer-reviewed
401:11 journals about physicians' assessments of
401:12 risks and benefits, and as someone who
401:13 teaches physicians about weighing risks
401:14 and benefits, and has written a book
401:15 about risks and benefits as drivers of
401:16 drug use, and as somebody who has written
401:17 a paper recently in the New England
401:18 Journal about the effect of labeling on
401:19 warnings and on prescribing, I can say
401:20 with a great deal of certainty that a
401:21 physician not having information about
401:22 doubling of mortality risk and of
401:23 increased risk of heart attack caused by
401:24 a drug would deprive that physician from
402: Page 402
402: 1 the ability to be able to make a wise
402: 2 prescribing decision.
402: 3   Q.   Doctor, let me ask you this.
402: 4         Do you have any evidence you
402: 5 have seen in this case that the addition
402: 6 of such a warning, as opposed to a
402: 7 precaution, would have been made a

Page 99

Final Avorn Direct

402: 8 difference with respect to prescribing
402: 9 practices with respect to Vioxx?
402:10      A.   Yes.
402:11           MR. TISI:  Let me show you
402:12      what I'd like to have marked as
402:13      Exhibit Number 39.

Avorn 40303      403:3-403:13

403: 3      Q.   Doctor, have you seen this
403: 4 before in preparation for your testimony
403: 5 today?
403: 6      A.   Yes, I have.
403: 7      Q.   Would you describe --
403: 8           First of all, this is July
403: 9 of 2001?
403:10      A.   Right.
403:11      Q.   This is before the label
403:12 change?
403:13      A.   Right.

Avorn 40408      404:8-404:11

404: 8           What does this document
404: 9 indicate as to doctors' willingness to
404:10 prescribe Vioxx if there is a warning
404:11 versus a precaution?  Go ahead.

Avorn 40415      404:15-405:2

404:15           THE WITNESS:  This document
404:16      indicates that the individuals at
404:17      Merck who prepared it had exactly
404:18      the same impression as I did about
404:19      the effect of a clear warning
404:20      versus what they call a mild
404:21      warning on utilization of the
404:22      drug.  And what their graph
404:23      indicates is their projection that
404:24      utilization of the drug would be
405: Page 405
405: 1      much lower if there was a strong
405: 2      warning versus a mild warning.

Avorn 40514      405:14-406:21

405:14      Q.   Is this consistent with your
405:15 own research that the various levels of
405:16 warning make a difference with doctors?
405:17      A.   Yes.
405:18      Q.   Doctor, you mentioned
405:19 another method by which doctors
405:20 communicate -- companies communicate with
405:21 doctors is their statements to the press.
405:22 I think you mentioned that before?
405:23      A.   Right.

Final Avorn Direct

405:24      Q.   Have you seen statements
406: Page 406
406: 1 that Merck has made to the press about
406: 2 the cardiovascular safety of Vioxx?
406: 3      A.   Yes.
406: 4           MR. TISI:  I'm going to hand
406: 5      you what I would like to have
406: 6      marked as Exhibit Number 40.
406: 7              - - -
406: 8           (Whereupon, Deposition
406: 9      Exhibit Avorn-40, News Release
406:10      5-22-01, MRK-ABI0003228 -
406:11      MRK-ABI0003230, was marked for
406:12      identification.)
406:13              - - -
406:14           THE WITNESS:  Sounds right.
406:15 BY MR. TISI:
406:16      Q.   Doctor, have you seen this
406:17 before as an example of the kind of
406:18 communication that Merck made to the
406:19 press?
406:20      `A.   Yes.
406:21      Q.   What is this?

Avorn 40703      407:3-407:14

407: 3           THE WITNESS:  This is
407: 4      labeled as a news release on
407: 5      Merck's stationary for immediate
407: 6      release, and the title of it is --
407: 7      and it's dated May 22nd, 2001.
407: 8      And the title is "Merck Confirms
407: 9      Favorable Cardiovascular Safety
407:10      Profile of Vioxx."
407:11 BY MR. TISI:
407:12      Q.   And this talks about the
407:13 VIGOR study?
407:14      A.   Right.

Avorn 40802      408:2-408:6

408: 2           Knowing what you know about
408: 3 VIGOR, and looking at the medicine and
408: 4 science surrounding VIGOR, is this
408: 5 medically and scientifically accurate
408: 6 information to disseminate to the public?

Avorn 40809      408:9-410:20

408: 9           THE WITNESS:  A great deal
408:10      of my work, Mr. Tisi, involves
408:11      looking at ways of presenting
408:12      complicated information about drug
408:13      risks and drug benefits both to
408:14      physicians and to patients.  We
408:15      did some of the first studies of

Page 101

Final Avorn Direct

408:16    how to present information to
408:17    patients back in the early 1980s
408:18    relating to antibiotic risks and
408:19    benefits.
408:20        We have since produced
408:21    copious materials for patients in
408:22    our program in the State of
408:23    Pennsylvania explaining to them
408:24    the risks and benefits of various
409: Page 409
409: 1    drugs in addition to information
409: 2    for doctors to teach them about
409: 3    how to balance risks and benefits
409: 4    of drugs in a program supported by
409: 5    the State of Pennsylvania.
409: 6        Our other studies on
409: 7    presenting information about risks
409: 8    and benefits to patients and to
409: 9    physicians have been supported by
409:10    the National Institutes of Health
409:11    and the John A. Hartford
409:12    Foundation and a variety of other
409:13    sources, including the Arthritis
409:14    Foundation and Merck itself in a
409:15    current study that I'm doing with
409:16    Dr. Solomon about explaining to
409:17    patients how to balance their
409:18    risks and benefits of osteoporosis
409:19    drugs, of which the most prominent
409:20    one is made by Merck.
409:21        I have spent 25 years
409:22    studying the question of how one
409:23    can condense complicated data,
409:24    epidemiologic data, clinical data,
410: Page 410
410: 1    biological data, to doctors and
410: 2    patients so as to inform their
410: 3    prescribing in a way that is
410: 4    driven by science and by patient
410: 5    benefit, rather than driven by the
410: 6    need to push or dump on a given
410: 7    product.  That is what my career
410: 8    has been about.
410: 9        I spend most days thinking
410:10    about how to present such
410:11    information fairly.  And based on
410:12    that 25 and 20 years of
410:13    experience, published in
410:14    peer-reviewed journals, funded by
410:15    federal agencies and peer-reviewed
410:16    grant proposals, I can tell you
410:17    that this is an inadequate and a
410:18    deceptive way of presenting this
410:19    information to the press, to
410:20    doctors, to patients or to anyone.

Final Avorn Direct

Avorn 41116    411:16-412:9

411:16    Q.   Doctor, we have talked about
411:17 another method of communicating risks and
411:18 benefits to patients and doctors as being
411:19 the peer-reviewed published literature.
411:20 We've talked about several articles today
411:21 that did that.
411:22    A.   Yes.
411:23    Q.   Let's talk about the two
411:24 articles that appeared in the New England
412: Page 412
412: 1 Journal of Medicine, the APPROVe study
412: 2 and the VIGOR study.  Have you reviewed
412: 3 information about both of those studies?
412: 4    A.   Yes.
412: 5    Q.   Let's take VIGOR.  Was VIGOR
412: 6 accurate, complete and a scientifically
412: 7 appropriate way to present a fair and
412: 8 balanced picture of the data collected in
412: 9 that study?

Avorn 41214    412:14-412:16

412:14    A.   No, it was not.
412:15    Q.   Okay.
412:16         Why was it not, Doctor?

Avorn 41307    413:7-414:23

413: 7         Medically and scientifically
413: 8 having reviewed the VIGOR data and
413: 9 knowing what you know as an
413:10 epidemiologist, was the information
413:11 portrayed to doctors in a way that is
413:12 medically and scientifically accurate?
413:13    A.   No.
413:14    Q.   Why is that?
413:15    A.   Several reasons.  One is
413:16 that it is inappropriate for authors,
413:17 whether they work for a corporation or a
413:18 university, to know about important side
413:19 effects like a heart attack in patients
413:20 in a study that they are reporting and to
413:21 fail to include that information in the
413:22 published version of that paper.  That's
413:23 reason number one.
413:24         Reason number two is the
414: Page 414
414: 1 so-called flipping of the data, and,
414: 2 again, that's a Merck term, not mine, to
414: 3 present the difference in the heart
414: 4 attack rate between naproxen and Vioxx as
414: 5 being explained by the fact that naproxen
414: 6 was protecting patients' hearts, when at
414: 7 least an equally plausible conclusion,

Final Avorn Direct

414: 8 and, frankly, a far more plausible
414: 9 conclusion was that Vioxx was causing the
414:10 heart attacks, and that inversion is
414:11 something which was not a fair
414:12 presentation of the data.
414:13      Q.   Let's move forward to the
414:14 APPROVe study.  Having reviewed the
414:15 APPROVe study and now knowing what you
414:16 know and seeing what you've seen, was the
414:17 evidence presented and the information
414:18 presented in the APPROVe study a
414:19 medically and scientifically accurate
414:20 presentation of the data collected in
414:21 that study so that doctors in the
414:22 scientific community would understand the
414:23 risks and benefits associated with Vioxx?

Avorn 41503     415:3-417:2

415: 3          THE WITNESS:  All right.
415: 4          APPROVe was not a fair and
415: 5     accurate depiction of the data, we
415: 6     now know, for a couple of reasons.
415: 7          One is that it eliminated
415: 8     patients who had their cardiac
415: 9     events greater than two weeks
415:10     after stopping the drug, and we
415:11     now understand that there are
415:12     aspects of the way that Vioxx
415:13     might cause damage that could
415:14     easily occur greater than two
415:15     weeks after stopping the drug,
415:16     and, in fact, the stroke data from
415:17     the APPROVe followup does indicate
415:18     that patients who had been on
415:19     Vioxx continued to have a
415:20     statistically significant higher
415:21     rate of stroke after the study was
415:22     completed or the active phase was
415:23     completed compared to the patients
415:24     who were on placebo.  That's
416: Page 416
416: 1     reason number one.
416: 2          Reason number two is that it
416: 3     is now fairly well recognized that
416: 4     the study used an incorrect
416: 5     statistical approach which created
416: 6     the misimpression that the risk
416: 7     from Vioxx in that study only
416: 8     began at month 18 and that anyone
416: 9     taking the drug for less than 18
416:10     months, according to the way that
416:11     study was originally presented,
416:12     had no risk.
416:13          As of the last few days,
416:14     that has been corrected in the New

Page 104

Final Avorn Direct

416:15    England Journal, and the statement
416:16    that this is not a problem before
416:17    18 months has been modified, as I
416:18    understand it, in response to this
416:19    becoming known by the editors of
416:20    the New England Journal, who, as I
416:21    know it, requested that change.
416:22        And I think those are the
416:23    two most important ways that, and
416:24    very important ways, APPROVe did
417: Page 417
417: 1    not present the data in an
417: 2    accurate and balanced manner.


Avorn 41723    417:23-419:8


417:23        Q.    Doctor, we talked about the
417:24 ADVANTAGE study and the publication of
418: Page 418
418: 1 the ADVANTAGE study.  Did the publication
418: 2 of the ADVANTAGE study contain
418: 3 information about myocardial infarction,
418: 4 heart attacks, as opposed to APTC events?
418: 5        A.    No.  The endpoint --
418: 6 although that data was collected, the
418: 7 endpoint that was chosen for publication
418: 8 was the so-called APTC or Anti-Platelet
418: 9 Trialists Collaborative definition, which
418:10 was much broader.  That definition did
418:11 not reveal a striking difference in
418:12 outcomes, but had heart attacks, which is
418:13 exactly the issue at hand, been the
418:14 outcome that was presented, that would
418:15 have revealed a difference.
418:16        Q.    Did any of the published
418:17 Alzheimer's studies publish the intention
418:18 to treat analysis that Dr. Chen reported
418:19 about the increased mortality in both of
418:20 those studies?
418:21        A.    No.  Even though that
418:22 analysis was done by Merck and available
418:23 to Merck, it was not presented in
418:24 published form to doctors.
419: Page 419
419: 1        Q.    Looking at all the major
419: 2 publications that were submitted to the
419: 3 medical and scientific community, do you
419: 4 have an opinion as to whether or not the
419: 5 medical and scientific information that
419: 6 came to them in their totality was a
419: 7 reasonable exposition of the medical and
419: 8 scientific information known to Merck?


Avorn 41914    419:14-420:13


419:14        THE WITNESS:  As someone who

Page 105

Final Avorn Direct

419:15    reviews articles for the New
419:16    England Journal of Medicine,
419:17    reviews articles for JAMA, a
419:18    number of other publications in
419:19    which the editors seek my peer
419:20    review as to the appropriateness
419:21    of presentation of the data, as
419:22    someone who has published over 200
419:23    articles in which I myself have
419:24    been subjected to peer review
420: Page 420
420: 1    about the fairness of the
420: 2    presentation of our own data, as
420: 3    someone who has written widely
420: 4    about physicians' and patients'
420: 5    perception of risk and how that
420: 6    perception drives their
420: 7    prescribing, I can say that I have
420: 8    never known a collection of papers
420: 9    on any one topic in which there
420:10    has been such a constellation of
420:11    skewed and distorted presentation
420:12    of data in any drug studies that
420:13    I've ever looked at.

Avorn 42101    421:1-421:15

421: 1    Q.   Doctor, we talked about
421: 2 another method of Merck communicating the
421: 3 risks, accurate information about the
421: 4 risks.  You do understand that there was
421: 5 direct-to-consumer advertising for
421: 6 patients -- directly to patients, and
421: 7 you've written about that, correct?
421: 8    A.   Yes.
421: 9    Q.   Do you have an opinion as to
421:10 a reasonable degree of medical certainty
421:11 as to whether or not the
421:12 direct-to-consumer advertising conducted
421:13 by Merck played a role in what's a fair
421:14 and accurate depiction of the risks and
421:15 benefits associated with Vioxx?

AVORN  42122    421:22-423:2

421:22         THE WITNESS:  Yes.  As I
421:23    said in my Health Affairs article
421:24    about direct-to-consumer
422: Page 422
422: 1    advertising a couple of years ago,
422: 2    it's vital that patients be able
422: 3    to get a reasonable depiction of
422: 4    both the good news and the bad
422: 5    news about a drug.  And given what
422: 6    we now understand was available to
422: 7    Merck at the time that all -- that

Final Avorn Direct

422: 8     those $100 million a year of
422: 9     commercials and ads were being
422:10     run, I think it is absolutely
422:11     correct to say that they provided
422:12     all the good news about the drug
422:13     and did an inadequate job of
422:14     presenting the bad news about the
422:15     drug to patients.
422:16 BY MR. TISI:
422:17     Q.   Now, Doctor, let me turn to
422:18 the one last topic I would ask you about
422:19 here, and that is the detailing of the
422:20 doctors, which is another method in which
422:21 companies will communicate with doctors.
422:22          Have you reviewed any of the
422:23 detailing information that was provided
422:24 to doctors?
423: Page 423
423: 1     A.   Yes, as well as the training
423: 2 of the sales reps, which is part of that.

AVORN  42321     423:21-425:9

423:21     Q.   Did you see any information
423:22 about how to respond to doctors'
423:23 inquiries about cardiovascular events in
423:24 your review of the documents?
424: Page 424
424: 1     A.   Yes.
424: 2     Q.   What did you see?
424: 3     A.   Well, the most memorable was
424: 4 the dodge ball game that was apparently
424: 5 developed as a training tool for their
424: 6 sales reps to be able to respond to
424: 7 doctors' questions about the
424: 8 cardiovascular risks of Vioxx
424: 9 particularly after the APPROVe study
424:10 findings had come out.  And I was
424:11 struck --
424:12     Q.   You meant VIGOR, right?
424:13     A.   I'm sorry.  That's what I
424:14 meant to say.
424:15     Q.   All right.  Okay.
424:16     A.   And I was struck by the fact
424:17 that the purpose is pretty much summed up
424:18 in the name, that it was to dodge
424:19 questions about this very important risk
424:20 of the company's drug.
424:21          Merck's training materials
424:22 to their sales reps explicitly tell them,
424:23 do not raise or do not initiate any
424:24 discussion of our paper or of other
425: Page 425
425: 1 papers related to cardiovascular risk.
425: 2 And there were a number of completely
425: 3 evasive answers that were being fed to

Page 107

Final Avorn Direct

425: 4 the sales reps for them to give as
425: 5 responses to doctors who asked about
425: 6 whether or not this drug could cause
425: 7 heart attacks. And that did not seem to
425: 8 me to be a reasonable or scientifically
425: 9 accurate presentation of the data.

AVORN 42617    426:17-426:22

426:17    Q.    We talked about academic
426:18 detailing earlier in your deposition and
426:19 the programs that you've developed and
426:20 studied and published in the New England
426:21 Journal of Medicine.
426:22    A.    Yes.

AVORN 43004    430:4-430:21

430: 4    Q.    Okay.
430: 5         Now, let me ask you, given
430: 6 all of that experience, Doctor, in your
430: 7 experience of 20-some odd, 30-some odd
430: 8 years in teaching how to communicate the
430: 9 risks and the benefits, looking at all
430:10 the ways in which Vioxx was communicated,
430:11 the risks and the benefits, the good news
430:12 and the bad news to doctors, press
430:13 releases, medical journals, labels,
430:14 detailers, all of those things put
430:15 together, do you have an opinion to a
430:16 reasonable degree of medical and
430:17 scientific certainty as to whether or not
430:18 an accurate picture of the risks and
430:19 benefits of the drugs was communicated to
430:20 doctors so that they can make accurate
430:21 prescribing decisions for their patients?

Avorn 43109    431:9-432:10

431: 9         THE WITNESS: That there was
431:10    a pattern of gross distortion of
431:11    the risks of Vioxx, and that no
431:12    matter which way physicians turn,
431:13    whether it was looking at the
431:14    label, hearing what they were
431:15    hearing from the Merck-trained
431:16    sales representatives, trying to
431:17    read the literature in the medical
431:18    journals and trying to get some
431:19    accurate, complete depiction of
431:20    what was happening in the clinical
431:21    trials, even the information their
431:22    patients were bringing to them
431:23    from the commercials and ads that
431:24    they had seen, across the board,
432: Page 432

Page 108

Final Avorn Direct

432: 1    there was a pattern of what I
432: 2    would characterize as systematic
432: 3    distortion that rose almost to the
432: 4    level of grotesque. And, frankly,
432: 5    it was an embarrassment for me as
432: 6    a member of the medical profession
432: 7    that this was going on in
432: 8    presenting information to doctors
432: 9    in such a one-sided and lopsided
432:10    way.

Avorn 43219      432:19-433:3

432:19      Q.   Now, is that opinion you
432:20 just gave an opinion that you are basing
432:21 on the scientific and medical information
432:22 that you know was available at the time?
432:23      A.   It is the opinion of me as
432:24 an expert who has spent 25 years studying
433: Page 433
433: 1 the risks and benefits of drugs and how
433: 2 those risks and benefits should be
433: 3 communicated to doctors and to patients.


Total Length - 03:00:49

# EXHIBIT  B

**AVORN_MERCK_CROSS**                                                        **AVORN_MERCK_CROSS**

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 1 | 447:15 - 447:16 | Avorn, Jerome 2006-06-30 | 00:00:04 | 00:00:00 | 03:10:09 | RCK_CROSS.1 |

447:15   Q.   Doctor, once again, my name
447:16        is Phil Beck, and I represent Merck.

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 2 | 447:17 - 448:12 | Avorn, Jerome 2006-06-30 | 00:00:44 | 00:00:04 | 03:10:05 | RCK_CROSS.2 |

447:17        As I understand it, sir, you
447:18        were retained as an expert by the
447:19        plaintiffs' lawyers in around May of
447:20        2005; is that right?
447:21   A.   That's right.
447:22   Q.   And I think Mr. Tisi
447:23        mentioned this, but they provided you
447:24        with a large number of documents to
448:1         review; is that right?
448:2    A.   Thousands of pages, yes.
448:3    Q.   And were these documents
448:4         contained in binders that Mr. Tisi showed
448:5         to us during your first deposition?
448:6    A.   Yes.
448:7    Q.   And I think you've got those
448:8         binders with you today?.
448:9    A.   Right.
448:10   Q.   What, are there ten or so
448:11        binders of documents that they gave you?
448:12   A.   Sounds about right, yes.

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 3 | 470:21 - 471:7 | Avorn, Jerome 2006-06-30 | 00:00:40 | 00:00:48 | 03:09:21 | RCK_CROSS.3 |

470:21   Q.   When you wrote your report,
470:22        did the lawyers that you worked with turn
470:23        around and mark it up and provide you
470:24        with suggestions and changes from your
471:1         report?
471:2    A.   They did not do any marking
471:3         up, but they did comment on aspects of
471:4         it.  This is unclear, this is unfair to
471:5         Merck, you forgot about this thing that
471:6         we had talked about, but they didn't make
471:7         any marks or changes.

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 4 | 471:23 - 472:1 | Avorn, Jerome 2006-06-30 | 00:00:04 | 00:01:28 | 03:08:41 | RCK_CROSS.4 |

471:23   Q.   Your testimony is that the
471:24        lawyers did not provide you with any
472:1         markups; is that right?

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|-------|-------------|--------|-------------|---------|---------|---------|
| 5 | 472:3 - 472:16 | Avorn, Jerome 2006-06-30 | 00:00:11 | 00:01:32 | 03:08:37 | RCK_CROSS.5 |

472:3     THE WITNESS:  By "markups,"

472:4     you mean did they make notes on my

472:5     report and make suggestions about

472:6     changing it?  That's right, they

472:7     did not.

472:8     - - -

472:9     (Whereupon, Deposition

472:10    Exhibit Avorn-43, Email dated

472:11    3.12.06, was marked for

472:12    identification.)

472:13    - - -

472:14    BY MR. BECK:

472:15  Q.  I'm handing you what we've

472:16    marked as Exhibit 43.

| 6 | 472:17 - 472:18 | Avorn, Jerome 2006-06-30 | | 00:00:13 | 00:01:43 | 03:08:26 | RCK_CROSS.6 |
|---|---|---|---|---|---|---|---|

472:17    Do you see that Exhibit 43

Link > AV43.1.1    472:18    is an e-mail to      (Edited)

| 7 | 472:18 - 473:15 | Avorn, Jerome 2006-06-30 | | 00:00:50 | 00:01:56 | 03:08:13 | RCK_CROSS.7 |
|---|---|---|---|---|---|---|---|

472:18    from Jeff Grand?      (Edited)

472:19  A.  Yes.

472:20  Q.  And Jeff Grand is one of the

472:21    lawyers that you worked with?

472:22  A.  That's right.

472:23  Q.  Do you see at the bottom --

472:24    excuse me, I'll go back up to the top.

473:1    And this is dated March

473:2    12th, 2006.  Do you see that?

473:3  A.  Yes.

473:4  Q.  And that was before the date

473:5    of your expert report in this case,

473:6    right?

473:7  A.  It was before it was

473:8    finalized, yes.

473:9  Q.  Okay.

473:10    Before it was finalized.

Link > AV43.1.2    473:11    And then do you see the very

473:12    last thing that Mr. Grand said in his

473:13    e-mail to you was, "Also, tomorrow, I

473:14    will send you a mark-up of your report as

473:15    we discussed."

| 8 | 473:21 - 473:22 | Avorn, Jerome 2006-06-30 | | 00:00:01 | 00:02:46 | 03:07:23 | RCK_CROSS.8 |
|---|---|---|---|---|---|---|---|

473:21    THE WITNESS:  Yes, I see

Link > Hide    473:22    that.

| 9 | 494:5 - 494:15 | Avorn, Jerome 2006-06-30 | | 00:00:27 | 00:02:47 | 03:07:22 | RCK_CROSS.9 |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 494:5 | Q. | Do you agree that there were |
| 494:6 | | good public health reasons for Merck to |
| 494:7 | | develop Vioxx? |
| 494:8 | A. | Yes, I do. |
| 494:9 | Q. | And do you agree that one of |
| 494:10 | | the good public health reasons for |
| 494:11 | | developing Vioxx was that there were |
| 494:12 | | serious gastrointestinal problems, |
| 494:13 | | particularly gastrointestinal bleeding, |
| 494:14 | | that resulted from the use of traditional |
| 494:15 | | NSAIDs? |

---

**10**    **494:18 - 494:18**    Avorn, Jerome 2006-06-30    00:00:01   00:03:14   03:06:55    CK_CROSS.10

494:18        THE WITNESS: That's right.

---

**11**    **494:20 - 494:22**    Avorn, Jerome 2006-06-30    00:00:06   00:03:15   03:06:54    CK_CROSS.11

494:20    Q.  And were the
494:21        gastrointestinal bleeds an important
494:22        clinical problem?

---

**12**    **495:1 - 495:1**    Avorn, Jerome 2006-06-30    00:00:01   00:03:21   03:06:48    CK_CROSS.12

495:1        THE WITNESS: That's right.

---

**13**    **495:3 - 495:14**    Avorn, Jerome 2006-06-30    00:00:31   00:03:22   03:06:47    CK_CROSS.13

495:3    Q.  Have there been studies that
495:4        showed the number of hospitalizations
495:5        each year that came from gastrointestinal
495:6        complications from traditional NSAIDs?
495:7    A.  Yes, there were.
495:8    Q.  And does it square with your
495:9        recollection that these studies showed
495:10        that there would be over 100,000
495:11        hospitalizations each year due to
495:12        gastrointestinal complications from
495:13        traditional NSAIDs?
495:14    A.  That's correct.

---

**14**    **495:17 - 495:18**    Avorn, Jerome 2006-06-30    00:00:01   00:03:53   03:06:16    CK_CROSS.14

495:17        THE WITNESS: That's
495:18        correct.

---

**15**    **495:20 - 496:16**    Avorn, Jerome 2006-06-30    00:00:54   00:03:54   03:06:15    CK_CROSS.15

495:20    Q.  Now, you talked about some
495:21        FDA Advisory Committees yesterday. Do
495:22        you remember that?
495:23    A.  Yes.
495:24    Q.  And I think you talked about
496:1        the 2005 Advisory Committee meeting,
496:2        right?

AVORN_MERCK_CROSS

496:3    A.   That's right.
496:4    Q.   And I think you may have
496:5         talked about the 2001 Advisory Committee?
496:6    A.   That's right.
496:7    Q.   Was there also an Advisory
496:8         Committee that was convened in 1999 to
496:9         consider whether Vioxx should be approved
496:10        by the FDA?
496:11   A.   That's right.
496:12   Q.   And is it the case that
496:13        before prescription medicines get
496:14        approved, the FDA often seeks the advice
496:15        of Advisory Committees made up of outside
496:16        doctors and professionals?

| 16 | 496:20 -496:20 | Avorn, Jerome 2006-06-30 | 00:00:01 | 00:04:48 | 03:05:21 | CK_CROSS.16 |
|---|---|---|---|---|---|---|

496:20        THE WITNESS:  That's right.

| 17 | 496:22 -498:20 | Avorn, Jerome 2006-06-30 | 00:01:55 | 00:04:49 | 03:05:20 | CK_CROSS.17 |
|---|---|---|---|---|---|---|

496:22   Q.   And there was such an
496:23        Advisory Committee convened concerning
496:24        whether to approve Vioxx, right?
497:1    A.   That's right.
497:2    Q.   Were you asked to be on that
497:3         committee?
497:4    A.   No.
497:5    Q.   Did that committee involve
497:6         or include medical doctors?
497:7    A.   Yes.
497:8    Q.   Did it include
497:9         pharmacologists?
497:10   A.   Yes.
497:11   Q.   Other Ph.D.s?
497:12   A.   Usually such people are on
497:13        those committees.
497:14   Q.   Are you familiar with the
497:15        materials that were examined by that
497:16        committee and the conclusions that it
497:17        came to?
497:18   A.   Yes.
497:19   Q.   Did the Advisory Committee
497:20        in 1999 vote unanimously that Vioxx
497:21        should be approved for the treatment of
497:22        osteoarthritis?
497:23   A.   They voted to approve.  I
497:24        don't remember the vote numbers, but they
498:1         clearly voted to approve.

498:2    Q.  And you do not disagree with
498:3         the recommendation of the Advisory
498:4         Committee based on the information that
498:5         was available at the time, do you?
498:6    A.  Right.
498:7    Q.  And as you've testified,
498:8         Vioxx was approved by the Food & Drug
498:9         Administration for use in the United
498:10        States in May of 1999, right?
498:11   A.  That's right.
498:12   Q.  You do not disagree with
498:13        that decision either, do you?
498:14   A.  I do not.
498:15   Q.  Yesterday you testified
498:16        about something that's been referred to
498:17        as an imbalance theory as a possible
498:18        explanation for what you say are higher
498:19        cardiovascular risks with Vioxx.  Do you
498:20        remember that?

---

| 18 | 498:24 -499:8 | Avorn, Jerome 2006-06-30 | 00:00:24  00:06:44  03:03:25 | CK_CROSS.18 |

498:24        THE WITNESS:  That was one
499:1         of the issues we discussed, yes.
499:2         BY MR. BECK:
499:3    Q.  At the time that the FDA
499:4         approved Vioxx in May of 1999, they were
499:5         aware of this imbalance theory that you
499:6         talked about yesterday, were they not?
499:7    A.  I can't speak to what FDA
499:8         was or wasn't aware of.

---

| 19 | 505:8 -505:24 | Avorn, Jerome 2006-06-30 | 00:00:47  00:07:08  03:03:01 | CK_CROSS.19 |
| Link > AV44.1.1 | | | | |

505:8    Q.  Dr. Avorn, I've handed you
505:9         what I've marked as Exhibit 44.  Do you
505:10        recognize this as one of the documents
505:11        that was provided to you for your review
505:12        and analysis by the lawyers that you've
505:13        been working with on this case?
505:14   A.  Yes.
505:15   Q.  And you understood it to be
505:16        a copy or excerpts of the report by one
505:17        of the medical review officers from the
505:18        FDA, correct?
505:19   A.  Right.
505:20   Q.  And in your analysis in this
505:21        case, you have relied on this document
505:22        and other reviews by medical officers of

| | | 505:23 | | the FDA; is that right? | | | | | |
| | | 505:24 | A. | Right. | | | | | |

| 20 | **506:2 - 506:4** | Avorn, Jerome 2006-06-30 | | | 00:00:08 | 00:07:55 | 03:02:14 | | CK_CROSS.20 |
| Link > | AV44.20 | 506:2 | | Let's turn over to the 20th | | | | | |
| | | 506:3 | | page in here, and I'll see how it's | | | | | |
| | | 506:4 | | numbered. | | | | | |

| 21 | **506:15 - 506:19** | Avorn, Jerome 2006-06-30 | | | 00:00:10 | 00:08:03 | 03:02:06 | | CK_CROSS.21 |
| | | 506:15 | | So that you've got the page | | | | | |
| | | 506:16 | | that I put up on the board that says "In | | | | | |
| | | 506:17 | | summary" or up on the screen it says "In | | | | | |
| | | 506:18 | | summary" on the top? | | | | | |
| | | 506:19 | A. | Yes. | | | | | |

| 22 | **507:5 - 507:15** | Avorn, Jerome 2006-06-30 | | | 00:00:25 | 00:08:13 | 03:01:56 | | CK_CROSS.22 |
| Link > | AV44.20.1 | 507:5 | | Do you see here that under | | | | | |
| | | 507:6 | | "Thromboembolic and Vascular Safety," do | | | | | |
| | | 507:7 | | you see that heading there? | | | | | |
| | | 507:8 | A. | Yes. | | | | | |
| | | 507:9 | Q. | And for the benefit of the | | | | | |
| | | 507:10 | | jury, what does "thromboembolic" mean? | | | | | |
| | | 507:11 | A. | That refers to problems that | | | | | |
| | | 507:12 | | occur when there's a blood clot in the | | | | | |
| | | 507:13 | | artery. | | | | | |
| | | 507:14 | Q. | And "vascular" refers to? | | | | | |
| | | 507:15 | A. | Relating to blood vessels. | | | | | |

| 23 | **508:7 - 509:2** | Avorn, Jerome 2006-06-30 | | | 00:00:57 | 00:08:38 | 03:01:31 | | CK_CROSS.23 |
| | | 508:7 | | So, it was reviewed in | | | | | |
| | | 508:8 | | advance of the approval of Vioxx in May | | | | | |
| | | 508:9 | | of 1999, right? | | | | | |
| | | 508:10 | A. | Correct. | | | | | |
| | | 508:11 | Q. | And so before the FDA | | | | | |
| | | 508:12 | | approved Vioxx in May of 1999, the FDA | | | | | |
| | | 508:13 | | medical officer understood the | | | | | |
| Link > | AV44.20.2 | 508:14 | | information I've blown up on the screen, | | | | | |
| | | 508:15 | | that "There is a theoretical concern that | | | | | |
| | | 508:16 | | patients chronically treated with a COX-2 | | | | | |
| | | 508:17 | | selective inhibitor may be at higher risk | | | | | |
| | | 508:18 | | for thromboembolic cardiovascular adverse | | | | | |
| | | 508:19 | | experiences than patients treated with | | | | | |
| | | 508:20 | | COX-1/COX-2 inhibitors (conventional | | | | | |
| | | 508:21 | | NSAIDs), due to the lack of effect of | | | | | |
| | | 508:22 | | COX-1 inhibition on platelet function." | | | | | |
| | | 508:23 | | Now, that's a mouthful, but | | | | | |
| | | 508:24 | | would you agree with me, sir, that what's | | | | | |
| | | 509:1 | | referred to there is the same imbalance | | | | | |

|     |                   |                                                            |                |          |          |          |           |
|-----|-------------------|------------------------------------------------------------|----------------|----------|----------|----------|-----------|
|     |                   | 509:2     theory that you were talking about?              |                |          |          |          |           |
| 24  | 509:9 - 509:16    | Avorn, Jerome 2006-06-30                                    |                | 00:00:17 | 00:09:35 | 03:00:34 | CK_CROSS.24 |
|     |                   | 509:9     THE WITNESS:  I think it's                       |                |          |          |          |           |
|     |                   | 509:10    incorrect in that the so-called                  |                |          |          |          |           |
|     |                   | 509:11    imbalance theory has a lot more to               |                |          |          |          |           |
|     |                   | 509:12    it than just platelet function.                  |                |          |          |          |           |
|     |                   | 509:13    There's a lot of differences in                  |                |          |          |          |           |
|     |                   | 509:14    prostacyclin versus thromboxane                  |                |          |          |          |           |
|     |                   | 509:15    balance that are not just about                  |                |          |          |          |           |
|     |                   | 509:16    platelet inhibition.                             |                |          |          |          |           |
| 25  | 509:19 - 509:24   | Avorn, Jerome 2006-06-30                                    |                | 00:00:17 | 00:09:52 | 03:00:17 | CK_CROSS.25 |
|     |                   | 509:19    Does the imbalance theory                        |                |          |          |          |           |
|     |                   | 509:20    that you talked about yesterday include          |                |          |          |          |           |
|     |                   | 509:21    the notion of platelet functioning as            |                |          |          |          |           |
|     |                   | 509:22    described here in this excerpt that we            |                |          |          |          |           |
|     |                   | 509:23    put up?                                          |                |          |          |          |           |
| Link > Hide |           | 509:24    A.  That's one piece of it.                      |                |          |          |          |           |
| 26  | 510:2 - 510:6     | Avorn, Jerome 2006-06-30                                    |                | 00:00:13 | 00:10:09 | 03:00:00 | CK_CROSS.26 |
|     |                   | 510:2     So, certainly that piece of                      |                |          |          |          |           |
|     |                   | 510:3     the imbalance theory, at the very least,         |                |          |          |          |           |
|     |                   | 510:4     was understood by the FDA when they              |                |          |          |          |           |
|     |                   | 510:5     approved Vioxx in May of 1999.  Would you        |                |          |          |          |           |
|     |                   | 510:6     agree with that?                                 |                |          |          |          |           |
| 27  | 510:7 - 510:7     | Avorn, Jerome 2006-06-30                                    |                | 00:00:01 | 00:10:22 | 02:59:47 | CK_CROSS.27 |
|     |                   | 510:7     A.  Yes.                                         |                |          |          |          |           |
| 28  | 510:15 - 510:20   | Avorn, Jerome 2006-06-30                                    |                | 00:00:17 | 00:10:23 | 02:59:46 | CK_CROSS.28 |
|     |                   | 510:15    Q.  Do you also agree, sir, that                |                |          |          |          |           |
|     |                   | 510:16    Vioxx worked to reduce pain and                 |                |          |          |          |           |
|     |                   | 510:17    inflammation for the vast majority of            |                |          |          |          |           |
|     |                   | 510:18    patients who used it without causing them        |                |          |          |          |           |
|     |                   | 510:19    any side effects whatsoever?                     |                |          |          |          |           |
|     |                   | 510:20    A.  That's probably true.                        |                |          |          |          |           |
| 29  | 510:21 - 512:11   | Avorn, Jerome 2006-06-30                                    |                | 00:01:50 | 00:10:40 | 02:59:29 | CK_CROSS.29 |
|     |                   | 510:21    Q.  Yesterday you testified                      |                |          |          |          |           |
|     |                   | 510:22    about some things that you said were             |                |          |          |          |           |
|     |                   | 510:23    signals of potential cardiovascular risks        |                |          |          |          |           |
|     |                   | 510:24    that you said were around in advance of          |                |          |          |          |           |
|     |                   | 511:1     the actual approval of Vioxx in May of          |                |          |          |          |           |
|     |                   | 511:2     1999.  Do you remember that?                     |                |          |          |          |           |
|     |                   | 511:3     A.  Yes.                                         |                |          |          |          |           |
|     |                   | 511:4     Q.  And in that connection, did                 |                |          |          |          |           |
|     |                   | 511:5     you testify about something called              |                |          |          |          |           |
|     |                   | 511:6     protocol 017?                                    |                |          |          |          |           |

AVORN_MERCK_CROSS

511:7  A.  That's right.
511:8  Q.  Was it your position that
511:9       you thought protocol 017 was some sort of
511:10      a signal to Merck before Vioxx was
511:11      approved that Vioxx could potentially be
511:12      harmful to the heart?
511:13 A.  Right.
511:14 Q.  How long a study was
511:15      protocol 017?
511:16 A.  It was very brief.  It may
511:17      have only been six weeks as I recall.
511:18 Q.  And what kind of patients
511:19      were involved in that study?
511:20 A.  I'd need to go back to the
511:21      notes.  It was patients with arthritis.
511:22      I don't remember the exact kind of
511:23      reference.
511:24 Q.  Would you accept that it was
512:1       rheumatoid arthritis?  Does that refresh
512:2       your recollection if I said that?
512:3  A.  That sounds reasonable.
512:4  Q.  And what doses of Vioxx were
512:5       these patients receiving?
512:6  A.  125 milligrams to 175
512:7       milligrams.
512:8  Q.  And that is five to seven
512:9       times the 25 milligram dose that is
512:10      recommended on the label when Vioxx was
512:11      approved, right?

---

30  512:14 -512:22  Avorn, Jerome 2006-06-30   00:00:14  00:12:30  02:57:39        CK_CROSS.30

512:14      THE WITNESS:  Right.  I
512:15      think I mentioned yesterday that
512:16      it was given in very high doses.
512:17      BY MR. BECK:
512:18 Q.  And, in fact, it's so high
512:19      that it would be five to seven times as
512:20      high as the dose that was actually
512:21      recommended on the label, correct?
512:22 A.  Right.

---

31  513:1 -514:3  Avorn, Jerome 2006-06-30   00:00:54  00:12:44  02:57:25        CK_CROSS.31

513:1  Q.  How many people actually had
513:2       a heart attack in this study of protocol
513:3       017 that you said was a signal?
513:4  A.  There was a very small
513:5       humber.  It was a handful, and I can't

AVORN_MERCK_CROSS

513:6    tell you the number sitting here, but it
513:7    was a very small number.
513:8  Q.  Is there something in your
513:9    report that you could look to and tell us
513:10    how small a handful it was?
513:11  A.  No. I just know that it was
513:12    a very small brief study, but the reason
513:13    it seemed important was that it only
513:14    lasted six weeks, and Merck's review of
513:15    it indicated there was a worrisome
513:16    increase in heart attacks and unstable
513:17    angina.
513:18  Q.  Well, do you know that, in
513:19    fact, there was only one person in the
513:20    whole study who experienced a heart
513:21    attack?
513:22  A.  The review within Merck
513:23    spoke of a number of cardiovascular
513:24    outcomes, including unstable angina, and
514:1    at this point I do want to refer to my
514:2    notes rather than try to do all of this
514:3    from memory.

---

32    514:4 - 514:20    Avorn, Jerome 2006-06-30        00:00:26   00:13:38   02:56:31        CK_CROSS.32
514:4  Q.  Sure. I invited you to.
514:5  A.  Okay.
514:6  Q.  I asked you if there was
514:7    anything in there that would help you --
514:8  A.  Sure, sure.
514:9  Q.  -- figure out how many
514:10    people in this study that you called a
514:11    signal actually had a heart attack?
514:12  A.  Again, the signal aspect of
514:13    it would not only be heart attacks, it
514:14    would also be if somebody develops
514:15    angina, which is the exact same kind of
514:16    illness as a heart attack, but in six
514:17    weeks you would be very surprised that
514:18    anybody would progress to actually having
514:19    a heart attack. But if you want, I
514:20    can --

---

33    514:21 - 515:7    Avorn, Jerome 2006-06-30        00:00:20   00:14:04   02:56:05        CK_CROSS.33
514:21  Q.  How many people had a heart
514:22    attack in this study?
514:23  A.  If you confine it to heart
514:24    attacks as opposed to heart attacks,