AVORN_MERCK_CROSS

| | | |
|---|---|---|
| 591:24 | Q. | The same one we were just |
| 592:1 | | looking at, Exhibit 16. |
| 592:2 | A. | Okay. |
| 592:3 | Q. | -- that there were three |
| 592:4 | | heart attacks that were not included in |
| 592:5 | | the data in the New England Journal |
| 592:6 | | article.  Do you remember that subject? |
| 592:7 | A. | Yes. |
| 592:8 | Q. | Do you know from your review |
| 592:9 | | of materials in this case whether Merck |
| 592:10 | | informed the FDA about these three other |
| 592:11 | | heart attacks in October of 2000? |

---

| 139 | 592:13 - 593:14 | Avorn, Jerome 2006-06-30 | 00:01:03 | 01:02:53 | 02:07:16 | | K_CROSS.139 |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 592:13 | | THE WITNESS:  I know from my |
| 592:14 | | conversations with editors of the |
| 592:15 | | New England Journal that they did. |
| 592:16 | | BY MR. BECK: |
| 592:17 | Q. | That Merck did inform the |
| 592:18 | | FDA of those three heart attacks? |
| 592:19 | A. | Yes. |
| 592:20 | Q. | You testified yesterday |
| 592:21 | | about a report written by Dr. Targum.  Do |
| 592:22 | | you remember that? |
| 592:23 | A. | Yes. |
| 592:24 | Q. | Do you remember whether Dr. |
| 593:1 | | Targum's analysis included those three |
| 593:2 | | additional heart attacks? |
| 593:3 | A. | I believe that it did. |
| 593:4 | Q. | You testified yesterday |
| 593:5 | | about the Advisory Committee that met in |
| 593:6 | | February of 2001 to discuss the VIGOR |
| 593:7 | | results.  Do you remember that? |
| 593:8 | A. | Yes. |
| 593:9 | Q. | Do you know whether this |
| 593:10 | | Advisory Committee was comprised of |
| 593:11 | | doctors and scientists who you would |
| 593:12 | | respect in their fields? |
| 593:13 | A. | I expect that it would have |
| 593:14 | | been, yes. |

---

| 140 | 593:20 - 594:7 | Avorn, Jerome 2006-06-30 | 00:00:24 | 01:03:56 | 02:06:13 | | K_CROSS.140 |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 593:20 | Q. | Were you invited to |
| 593:21 | | participate? |
| 593:22 | A. | No.  We've already |
| 593:23 | | established that. |
| 593:24 | Q. | Have you read the transcript |

| | | |
|---|---|---|
| 594:1 | | of that meeting? |
| 594:2 | A. | Yes. |
| 594:3 | Q. | And did the members of the |
| 594:4 | | Advisory Committee also have information |
| 594:5 | | 'concerning the three additional heart |
| 594:6 | | attacks? |
| 594:7 | A. | I believe they did. |

---

141   **595:17 - 595:21**   Avorn, Jerome 2006-06-30        00:00:07  01:04:20  02:05:49                        K_CROSS.141

| | | |
|---|---|---|
| 595:17 | | Yesterday you talked about |
| 595:18 | | something becoming clear in either the |
| 595:19 | | 2000 or 2001 time frame.  Do you remember |
| 595:20 | | that? |
| 595:21 | A. | Yes. |

---

142   **596:5 - 596:7**   Avorn, Jerome 2006-06-30        00:00:04  01:04:27  02:05:42                        K_CROSS.142

| | | |
|---|---|---|
| 596:5 | Q. | What were you talking about |
| 596:6 | | yesterday when you said that something |
| 596:7 | | became clear in that time frame? |

---

143   **596:16 - 597:24**   Avorn, Jerome 2006-06-30        00:01:12  01:04:31  02:05:38                        K_CROSS.143
                                                                                                              (Edited)

| | | |
|---|---|---|
| 596:16 | | THE WITNESS:    That by |
| 596:17 | | the spring of 2001, when the |
| 596:18 | | original findings from the VIGOR |
| 596:19 | | study were released by Merck, in |
| 596:20 | | combination with the existing |
| 596:21 | | information from a variety of |
| 596:22 | | other studies that we've talked |
| 596:23 | | about that were done at around the |
| 596:24 | | same time, as well as the |
| 597:1 | | information from the preapproval |
| 597:2 | | studies and the evidence from the |
| 597:3 | | pharmacology studies that were |
| 597:4 | | also available by the spring of |
| 597:5 | | 2000, that at that point, there |
| 597:6 | | was evidence of a likely |
| 597:7 | | association or even of a possible |
| 597:8 | | association between Vioxx and |
| 597:9 | | cardiovascular outcomes. |
| 597:10 | | BY MR. BECK: |
| 597:11 | Q. | You said spring of 2001. |
| 597:12 | A. | I'm sorry, I misspoke.  I |
| 597:13 | | meant spring of 2000. |
| 597:14 | Q. | Okay. |
| 597:15 | | So, by the spring of 2000, |
| 597:16 | | several months before the publication in |
| 597:17 | | the New England Journal, right? |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 597:18 | A. Correct. | | | |
| | | 597:19 | Q. You were saying that there | | | |
| | | 597:20 | was evidence of a likely or possible | | | |
| | | 597:21 | association between the use of Vioxx | | | |
| | | 597:22 | and -- | | | |
| | | 597:23 | A. And adverse cardiovascular | | | |
| | | 597:24 | outcomes. | | | |

| 144 | 598:7 - 598:11 | Avorn, Jerome 2006-06-30 | 00:00:21 | 01:05:43 | 02:04:26 | K_CROSS.144 |
|---|---|---|---|---|---|---|

597:7   Q. And yesterday, did you say
598:8       that you, yourself, had concluded that
598:9       there was this possible association back
598:10      in the 2000 time frame?
598:11  A. Yes.

| 145 | 598:20 - 599:8 | Avorn, Jerome 2006-06-30 | 00:00:30 | 01:06:04 | 02:04:05 | K_CROSS.145 |
|---|---|---|---|---|---|---|

598:20  Q. In any event, you, yourself,
598:21      back in 2000, based on information that
598:22      was available to you in the spring of
598:23      2000, have concluded in your own mind
598:24      that there was a likely or possible
599:1       association between Vioxx and adverse
599:2       cardiovascular outcomes?  Is that your
599:3       testimony?
599:4   A. Certainly possible
599:5       association, so, yes.
599:6   Q. Okay.
599:7       So, a possible association?
599:8   A. Yes.

| 146 | 599:9 - 600:14 | Avorn, Jerome 2006-06-30 | 00:01:57 | 01:06:34 | 02:03:35 | K_CROSS.146 |
|---|---|---|---|---|---|---|

599:9   Q. Rather than ask you what was
599:10      your testimony yesterday, I'm going to
599:11      try to short-circuit it.
599:12      Is it your position that at
599:13      the time of the VIGOR publication late in
599:14      2000 that there was no reliable evidence
599:15      to support the naproxen hypothesis?
599:16  A. "No" is an extreme term, but
599:17      I would say virtually no.  There was the
599:18      occasional naproxen platelet study, there
599:19      was our own research that indicated a 16
599:20      percent reduction.  So, I think the
599:21      fairest way to characterize it would be
599:22      that there was no convincing evidence
599:23      that the so-called naproxen hypothesis
599:24      explained the increased rate of

AVORN_MERCK_CROSS

| | | | | | | |
|---|---|---|---|---|---|---|
| | 600:1 | cardiovascular disease seen in VIGOR. | | | | |
| | 600:2 | But, clearly, all the | | | | |
| | 600:3 | answers were not yet in, in part because | | | | |
| | 600:4 | the definitive clinical trial never got | | | | |
| | 600:5 | done, and there were unresolved | | | | |
| | 600:6 | questions.  But that's my position. | | | | |
| | 600:7 | Q.  Well, in fact, have you | | | | |
| | 600:8 | stated before that at the time of the | | | | |
| | 600:9 | VIGOR study alone that you thought it was | | | | |
| | 600:10 | fairly obvious from the absence of any | | | | |
| | 600:11 | corroborating evidence of any kind on the | | | | |
| | 600:12 | planet that naproxen was a major league | | | | |
| | 600:13 | cardioprotective drug? | | | | |
| | 600:14 | A.  Yes. | | | | |

| 147 | 601:10 -602:5 | Avorn, Jerome 2006-06-30 | 00:00:54 | 01:08:31 | 02:01:38 | K_CROSS.147 |
|---|---|---|---|---|---|---|
| | 601:10 | Q.  So, I want to talk about | | | | |
| | 601:11 | what you and others on the planet were | | | | |
| | 601:12 | actually saying at the time about the | | | | |
| | 601:13 | potential cardioprotective effect of | | | | |
| | 601:14 | naproxen. | | | | |
| | 601:15 | During the time that Vioxx | | | | |
| | 601:16 | was on the market, were scientists whom | | | | |
| | 601:17 | you considered to be reputable writing | | | | |
| | 601:18 | articles saying that the difference in | | | | |
| | 601:19 | heart attacks in the VIGOR results could | | | | |
| | 601:20 | be explained by naproxen? | | | | |
| | 601:21 | A.  You'd have to characterize | | | | |
| | 601:22 | when you mean about while it was on the | | | | |
| | 601:23 | market, because certainly that was being | | | | |
| | 601:24 | said credibly in 1999.  It is much less | | | | |
| | 602:1 | likely that it was being said credibly in | | | | |
| | 602:2 | 2004. | | | | |
| | 602:3 | Q.  Well, it wouldn't have been | | | | |
| | 602:4 | said in 1999 since VIGOR hadn't come out | | | | |
| | 602:5 | in 1999, right? | | | | |

| 148 | 602:7 -602:9 | Avorn, Jerome 2006-06-30 | 00:00:03 | 01:09:25 | 02:00:44 | K_CROSS.148 |
|---|---|---|---|---|---|---|
| | 602:7 | THE WITNESS:  I'm sorry, | | | | |
| | 602:8 | your question was about scientists | | | | |
| | 602:9 | speaking about what? | | | | |

| 149 | 602:11 -602:16 | Avorn, Jerome 2006-06-30 | 00:00:11 | 01:09:28 | 02:00:41 | K_CROSS.149 |
|---|---|---|---|---|---|---|
| | 602:11 | Q.  About the difference in | | | | |
| | 602:12 | heart attacks in VIGOR results could be | | | | |
| | 602:13 | explained by naproxen. | | | | |
| | 602:14 | A.  I'm sorry.  Yes.  2000. | | | | |

|  |  | 602:15 | What was said in 2000 would have been |
|---|---|---|---|
|  |  | 602:16 | more credible than what was said in 2004. |

| 150 | 602:17 - 603:15 | Avorn, Jerome 2006-06-30 | 00:00:48 | 01:09:39 | 02:00:30 | K_CROSS.150 |
|---|---|---|---|---|---|---|

|  | 602:17 | Q. | Do you know who Dr. Steven |
|---|---|---|---|
|  | 602:18 |  | Nissen is? |
|  | 602:19 | A. | Yes, I do. |
|  | 602:20 | Q. | Was he a member of the |
|  | 602:21 |  | Advisory Committee that met in February |
|  | 602:22 |  | of 2001 to discuss the results of VIGOR? |
|  | 602:23 | A. | I believe he was. |
|  | 602:24 | Q. | Is he a cardiologist whom |
|  | 603:1 |  | you respect? |
|  | 603:2 | A. | Yes. |
|  | 603:3 | Q. | At the time back in 2001, do |
|  | 603:4 |  | you know where Dr. Nissen was working? |
|  | 603:5 | A. | I think he was at the |
|  | 603:6 |  | Cleveland Clinic then. |
|  | 603:7 | Q. | Was he a colleague of Dr. |
|  | 603:8 |  | Topol's back then? |
|  | 603:9 | A. | That's right. |
|  | 603:10 | Q. | Is Dr. Nissen still at the |
|  | 603:11 |  | Cleveland clinic? |
|  | 603:12 | A. | Yes, he is. |
|  | 603:13 | Q. | Is Dr. Topol still at the |
|  | 603:14 |  | Cleveland Clinic? |
|  | 603:15 | A. | No. |

| 151 | 603:20 - 604:11 | Avorn, Jerome 2006-06-30 | 00:00:29 | 01:10:27 | 01:59:42 | K_CROSS.151 |
|---|---|---|---|---|---|---|

|  | 603:20 | Q. | You said you reviewed the |
|---|---|---|---|
|  | 603:21 |  | transcript of the Advisory Committee |
|  | 603:22 |  | meeting, right, the 2001 meeting? |
|  | 603:23 | A. | Right. |
|  | 603:24 | Q. | Do you remember whether Dr. |
|  | 604:1 |  | Nissen made a presentation at that |
|  | 604:2 |  | meeting? |
|  | 604:3 | A. | Yes, he did. |
|  | 604:4 | Q. | Do you remember what Dr. |
|  | 604:5 |  | Nissen concluded about what could be |
|  | 604:6 |  | gleaned from the VIGOR results? |
|  | 604:7 | A. | Well, rather than going on |
|  | 604:8 |  | my memory of what Dr. Nissen said, it |
|  | 604:9 |  | might be more helpful if I could just |
|  | 604:10 |  | look at the transcript you're referring |
|  | 604:11 |  | to. |

| 152 | 605:14 - 605:20 | Avorn, Jerome 2006-06-30 | 00:00:25 | 01:10:56 | 01:59:13 | K_CROSS.152 |
|---|---|---|---|---|---|---|

AVORN_MERCK_CROSS

| | | |
|---|---|---|
| | 605:14 | Q. First, let's just establish, |
| | 605:15 | is Exhibit 47 the transcript of the |
| | 605:16 | Advisory Committee meeting that you |
| | 605:17 | reviewed? |
| | 605:18 | A. Yes. |
| Link > AV47.209 | 605:19 | Q. And if you would please turn |
| | 605:20 | to Page 206. |

*(Edited)*

---

**153    606:8 -607:7**    Avorn, Jerome 2006-06-30       00:00:55   01:11:21   01:58:48       K_CROSS.153

| | | |
|---|---|---|
| | 606:8 | Q. So, just referring to Page |
| | 606:9 | 206. And Dr. Nissen is quoted on Page |
| | 606:10 | 206. Did you review this quotation from |
| | 606:11 | Dr. Nissen when considering the materials |
| | 606:12 | in reaching your opinion? |
| | 606:13 | A. Yes. |
| | 606:14 | Q. And he's quoted here as |
| Link > AV47.209.1 | 606:15 | saying, "Briefly, I think what I would |
| | 606:16 | say in the label that there was an excess |
| | 606:17 | of cardiovascular events in comparison to |
| | 606:18 | naproxen, that it remains uncertain |
| | 606:19 | whether this was due to beneficial |
| | 606:20 | cardioprotective effects of naproxen or |
| | 606:21 | prothrombotic effects of the agent, and |
| | 606:22 | leave it at that, that basically we don't |
| | 606:23 | know the reason. We do know there was a |
| | 606:24 | difference. That awareness should be |
| | 607:1 | made available to the prescriber and to |
| | 607:2 | the consumer, but without necessarily a |
| | 607:3 | final judgment as to the reasons for that |
| | 607:4 | difference." |
| | 607:5 | Did I read that quotation |
| | 607:6 | correctly? |
| Link > Hide | 607:7 | A. Yes, you did. |

---

**154    607:16 -608:2**    Avorn, Jerome 2006-06-30       00:00:22   01:12:16   01:57:53       K_CROSS.154

| | | |
|---|---|---|
| | 607:16 | Q. After Dr. Nissen made this |
| | 607:17 | statement, do you know whether the |
| | 607:18 | Advisory Committee voted on whether |
| | 607:19 | that's how they recommended the subject |
| | 607:20 | be treated in the label? |
| | 607:21 | A. I would want to look at the |
| | 607:22 | actual vote. I know there was a vote, |
| | 607:23 | but I would want to see just how it was |
| | 607:24 | characterized. |
| Link > AV47.210 | 608:1 | Q. If you'd look at the next |
| | 608:2 | page. |

---

| 155 | **609:6 -610:22** | Avorn, Jerome 2006-06-30 | 00:01:22 | 01:12:38 | 01:57:31 | K_CROSS.155 |

(Edited)

609:6    and during our pause, during

609:7    the musical interlude, Doctor, did you

609:8    have a chance to review the transcript

609:9    pages around Dr. Nissen's comments?

609:10  A.  Yes.  But I don't think it's

609:11    fair to characterize it as a vote on Dr.

609:12    Nissen's comments.

609:13  Q.  Okay.

609:14    How would you characterize

609:15    the vote?

609:16  A.  I would characterize it as

609:17    -- I will read the actual question that

609:18    was posed.

609:19  Q.  What page are you on?

609:20  A.  207.

609:21  Q.  And what line?

609:22  A.  5.

Link > AV47.210.1

609:23    "So, let me ask for those

609:24    feeling yes, that there needs to be

610:1    something, some additional language," and

610:2    I'm not sure that comma is placed

610:3    appropriately.  I read it as, since it

610:4    doesn't make sense where the comma is,

610:5    "some additional language, perhaps along

610:6    the lines of Dr. Nissen in terms of the

610:7    label."  And so what it seems to me a

610:8    fair reading of this question is, should

610:9    there be something more in the label that

610:10    describes the VIGOR findings perhaps

610:11    along the lines that Dr. Nissen suggests.

610:12  Q.  Okay.

610:13    So --

610:14  A.  And the vote was mostly on

610:15    should there be more language in the

610:16    label about the VIGOR findings.

610:17  Q.  Well, nobody said that.

610:18  A.  "That there needs to be

610:19    something, some additional language," and

610:20    the topic was the VIGOR findings,

610:21    "perhaps along the lines of Dr. Nissen in

610:22    terms of the label."

| 156 | **611:12 -612:4** | Avorn, Jerome 2006-06-30 | 00:00:44 | 01:14:00 | 01:56:09 | K_CROSS.156 |

611:12  Q.  In any event, the actual

611:13    language that was voted on was, "So, let

611:14    me ask for those feeling yes, that there
611:15    needs to be something, some additional
611:16    language perhaps, along the lines of Dr.
611:17    Nissen in terms of the label." Is that
611:18    the question that was posed?
611:19  A.  Yes.
611:20  Q.  And how did the vote come
611:21    out?

Link > AV47.210.2

611:22  A.  The vote was, well, we can't
611:23    get a count, but it looks like everybody
611:24    but one voted for additional language.
612:1  Q.  Well, voted for the question
612:2    that was "some additional language
612:3    perhaps along the lines of Dr. Nissen,"
612:4    right?

---

| 157 | 612:7 -612:16 | Avorn, Jerome 2006-06-30 | 00:00:17 | 01:14:44 | 01:55:25 | K_CROSS.157 |

612:7    THE WITNESS: Right. But,
612:8    again, having read many of these
612:9    transcripts and sat through some
612:10    of these meetings, I see the
612:11    question, and I think it's right
612:12    there in the language, that

Link > AV47.210.3

612:13    "should there be something, some
612:14    additional language" about the
612:15    VIGOR findings, "perhaps along the
612:16    lines of Dr. Nissen."

---

| 158 | 612:19 -613:1 | Avorn, Jerome 2006-06-30 | 00:00:09 | 01:15:01 | 01:55:08 | K_CROSS.158 |

612:19    So, we agree that that was
612:20    the question, and it was everybody except
612:21    one person said yes to that?
612:22  A.  Right.
612:23    And my reading of that was
612:24    that they said yes, there should be some

Link > Hide

613:1    additional language in the label.

---

| 159 | 613:6 -614:9 | Avorn, Jerome 2006-06-30 | 00:01:14 | 01:15:10 | 01:54:59 | K_CROSS.159 |

613:6  Q.  You don't have any reason to
613:7    believe that the Advisory Committee
613:8    members in 2001 were biased in favor of
613:9    Merck, do you?
613:10  A.  The reason I'm having a hard
613:11    time answering that is that we know that
613:12    the Advisory Committee's vote later on,
613:13    and I simply don't know if it was the
613:14    same members or how many were the same,

AVORN_MERCK_CROSS

| | | |
|---|---|---|
| 613:15 | definitely did split in their statements |
| 613:16 | about Vioxx, about the other COX-2s, in |
| 613:17 | relation to their affiliations with |
| 613:18 | industry.  And this has been widely |
| 613:19 | documented. |
| 613:20 | And the question has been |
| 613:21 | raised, I think understandably, that if |
| 613:22 | the votes in a subsequent meeting, the |
| 613:23 | one of 2005, I believe, of the Advisory |
| 613:24 | Committee correlated very closely with |
| 614:1 | the ties of Advisory Committee members to |
| 614:2 | industry, that that raised the question |
| 614:3 | as to whether there was perhaps |
| 614:4 | unconscious, perhaps unintentional, bias. |
| 614:5 | So, I don't think I can rule out that |
| 614:6 | possibility in relation to this Advisory |
| 614:7 | Committee either. |
| 614:8 | Q.  Your sworn testimony from a |

Link >  AVOT1.379.1   614:9   few weeks ago, Page 379, line 20.

---

160   615:1 -615:9   Avorn, Jerome 2006-06-30        00:00:15   01:16:24   01:53:45        K_CROSS.160

| | | |
|---|---|---|
| 615:1 | Q.  "Question:  There's no |
| 615:2 | reason to think that the Advisory |
| 615:3 | Committee in February of 2001 was biased |
| 615:4 | in favor of Merck, was there, sir? |
| 615:5 | "Answer:  Not to my |
| 615:6 | knowledge." |
| 615:7 | Was that your sworn |
| 615:8 | testimony a couple weeks ago? |

Link >  Hide   615:9   A.  Yes.

---

161   642:18 -643:24   Avorn, Jerome 2006-06-30        00:01:18   01:16:39   01:53:30        K_CROSS.161

| | | |
|---|---|---|
| 642:18 | Q.  Doctor, I'd like to now |
| 642:19 | spend a few minutes on study 090. |
| 642:20 | A.  Okay. |
| 642:21 | Q.  Do you remember discussing |
| 642:22 | that study with Mr. Tisi yesterday? |
| 642:23 | A.  Yes, I do. |
| 642:24 | Q.  And that was a clinical |
| 643:1 | trial that was completed not long after |
| 643:2 | the completion of VIGOR; is that right? |
| 643:3 | A.  Right. |
| 643:4 | Q.  So, that would have been in |
| 643:5 | the 2000 time frame? |
| 643:6 | A.  Right. |
| 643:7 | Q.  Do you know whether Merck |
| 643:8 | provided the results of study 090 to the |

643:9        FDA?
643:10   A.  I believe they did.
643:11   Q.  And, in fact, did the FDA
643:12       then make the results of study 090
643:13       publically available by posting it on the
643:14       FDA website?
643:15   A.  Virtually no doctor goes to
643:16       the FDA website to look at study results.
643:17   Q.  No, my --
643:18       Well, researchers do, do
643:19       they not?
643:20   A.  Sometimes, yes.
643:21   Q.  And my question wasn't what
643:22       prescribers do, but, rather, did the FDA
643:23       make the results of study 090 available
643:24       by publishing it on its website?

| 162 | 644:3 -644:6 | Avorn, Jerome 2006-06-30 | 00:00:07 | 01:17:57 | 01:52:12 | K_CROSS.162 |
|---|---|---|---|---|---|---|

644:3        THE WITNESS:  They did
644:4        disseminate or not disseminate,
644:5        but they did make available what
644:6        they had received from Merck, yes.

| 163 | 644:11 -645:3 | Avorn, Jerome 2006-06-30 | 00:00:49 | 01:18:04 | 01:52:05 | K_CROSS.163 |
|---|---|---|---|---|---|---|

644:11       Was study 090 discussed by
644:12       Dr. Targum in her memorandum that
644:13       'appeared around the time of the February
644:14       2001 Advisory Committee?
644:15   A.  Yes.
644:16   Q.  Yesterday when you were
644:17       discussing study 090, you testified that
644:18       there was an increase in numbers of
644:19       cardiovascular events.  Do you remember
644:20       that?
644:21   A.  Right.
644:22   Q.  You did not testify
644:23       yesterday, did you, that there was a
644:24       statistically significant increase in
645:1        cardiovascular events in study 090?
645:2    A.  I don't believe that I said
645:3        that.

| 164 | 654:9 -654:19 | Avorn, Jerome 2006-06-30 | 00:00:29 | 01:18:53 | 01:51:16 | K_CROSS.164 |
|---|---|---|---|---|---|---|

654:9    Q.  So, when Vioxx was compared
654:10       with people who took a sugar pill or
654:11       placebo, there was no statistically
654:12       significant difference in cardiovascular

AVORN_MERCK_CROSS

| | | | |
|---|---|---|---|

654:13       thrombotic events; is that correct?
654:14    A.  When the placebo group
654:15       was -- when both of the referent groups
654:16       were combined, I believe there was.  When
654:17       the placebo group, per se, which was half
654:18       as large as the other study groups, was
654:19       broken out, it was not.

| 165 | 654:20 - 655:16 | Avorn, Jerome 2006-06-30 | 00:01:04 | 01:19:22 | 01:50:47 | K_CROSS.165 |
|---|---|---|---|---|---|---|

654:20    Q.  I want to discuss some more
654:21       of what it was that scientists were
654:22       saying about the potential
654:23       cardioprotective effect of naproxen
654:24       during the 2000 through 2004 time frame.
655:1       And first I would like to look at an
655:2       article that you wrote, which I believe
655:3       is Exhibit 4.  It was marked yesterday.
655:4    A.  Then that would be in that
655:5       binder.
655:6    Q.  That would be in the binder.
655:7    A.  Okay.

Link > AV4.1.1    655:8    Q.  I've put up on the screen
655:9       Exhibit 4.  Is this an article that you
655:10       were an author of?
655:11    A.  That's right.
655:12    Q.  What's the subject of the
655:13       article?

Link > AV4.1.2    655:14    A.  Nonsteroidal
655:15       anti-inflammatory drug use and heart
655:16       attack.

| 166 | 656:9 - 660:13 | Avorn, Jerome 2006-06-30 | | 00:03:46 | 01:20:26 | 01:49:43 | K_CROSS.166 |
|---|---|---|---|---|---|---|---|

656:9    Q.  What journal was this
656:10       published in?

Link > AV4.2.1    656:11    A.  Archives of Internal
656:12       Medicine.
656:13    Q.  And when was it published?
656:14    A.  It was accepted for
658:15       publication in January of '02, and it was
Link > AV4.2.2    656:16       published in May of '02.  So, it was
656:17       written in the end of '01.

Link > Hide    656:18    Q.  Was this a study that you
656:19       and some colleagues did concerning
656:20       potential cardioprotective effects of
656:21       naproxen?
656:22    A.  Yes.
656:23    Q.  Did you study patients who

AVORN_MERCK_CROSS

|  |  |  |
|---|---|---|
|  | 656:24 | had taken naproxen, ibuprofen and other |
|  | 657:1 | traditional NSAIDs? |
|  | 657:2 | A. Right. |
| Link > AV4.6 | 657:3 | Q. Would you please turn to |
|  | 657:4 | Page 1104. And I'm going to put up on |
|  | 657:5 | the screen the same paragraph that Mr. |
|  | 657:6 | Tisi put on the screen and the two of you |
|  | 657:7 | discussed yesterday. |
|  | 657:8 | A. Right. |
|  | 657:9 | Q. Do you remember this |
|  | 657:10 | paragraph? |
|  | 657:11 | A. Yes. |
| Link > AV4.6.1 | 657:12 | Q. And it starts off with, "In |
|  | 657:13 | the study by Bombardier et al." And |
|  | 657:14 | that's in the VIGOR publication, correct? |
|  | 657:15 | A. Correct. |
| Link > AV4.6.2 | 657:16 | Q. And I think you went through |
|  | 657:17 | the first two sentences where it said, |
|  | 657:18 | "In the study by Bombardier et al.," -- |
|  | 657:19 | that means and others, right? |
|  | 657:20 | A. Right. |
|  | 657:21 | Q. -- "in which patients with |
|  | 657:22 | rheumatoid arthritis were randomized to |
|  | 657:23 | receive rofecoxib or naproxen, the rates |
|  | 657:24 | of AMI were 4-fold higher in patients |
|  | 658:1 | taking rofecoxib." |
|  | 658:2 | Rofecoxib, as we know, is |
|  | 658:3 | Vioxx, right? |
|  | 658:4 | A. Right. |
|  | 658:5 | Q. And I think you also |
| Link > AV4.6.3 | 658:6 | discussed the sentence that said, "These |
|  | 658:7 | findings could have resulted from a |
|  | 658:8 | protective effect of naproxen, a risk- |
|  | 658:9 | enhancing effect of rofecoxib, or both," |
|  | 658:10 | right? |
|  | 658:11 | A. Right. |
|  | 658:12 | Q. Now, did you go on to say, |
| Link > AV4.6.4 | 658:13 | "The selective COX-2 inhibitors were not |
|  | 658:14 | available during the period that we |
|  | 658:15 | studied"? |
|  | 658:16 | A. Right. |
|  | 658:17 | Q. And to be clear, now you're |
|  | 658:18 | talking about the paper we're looking at |
|  | 658:19 | right now, your 2002 publication. Even |
|  | 658:20 | though Vioxx had been on the market since |
|  | 658:21 | May of 1999, in your, I think you might |

AVORN_MERCK_CROSS

| | | |
|---|---|---|
| | 658:22 | have called it a look-back study -- |
| | 658:23 | A.  In our database. |
| | 658:24 | Q.  -- you looked at a |
| | 659:1 | database -- |
| | 659:2 | A.  Right. |
| | 659:3 | Q.  -- that went back in an |
| | 659:4 | earlier period of time when neither |
| | 659:5 | Celebrex nor Vioxx were on the market, |
| | 659:6 | right? |
| Link > Hide | 659:7 | A.  Or were on the market in |
| | 659:8 | such small amounts.  No, actually, you're |
| | 659:9 | correct.  We looked at data up until the |
| | 659:10 | end of 1995.  So, there were no COX-2s on |
| | 659:11 | the market in that period. |
| | 659:12 | Q.  Okay. |
| | 659:13 | So, just to be completely |
| | 659:14 | clear here, the study that you did when |
| | 659:15 | focusing on whether naproxen had a |
| | 659:16 | cardioprotective effect, there was no |
| | 659:17 | looking at Vioxx at all, right? |
| | 659:18 | A.  Correct.  Not in this study. |
| Link > AV4.6.6 | 659:19 | Q.  Okay. |
| | 659:20 | And because of that, did you |
| | 659:21 | go on to say in your study that these |
| | 659:22 | findings do not clarify -- |
| | 659:23 | A.  Can you tell me where you |
| | 659:24 | are looking? |
| | 660:1 | Q.  Yes.  I'm highlighting it on |
| | 660:2 | the screen. |
| | 660:3 | A.  Right, right. |
| | 660:4 | Q.  And I'll underline it. |
| | 660:5 | A.  Right. |
| | 660:6 | Q.  That basically because |
| | 660:7 | rofecoxib or Vioxx wasn't even on the |
| | 660:8 | market during the period that you |
| | 660:9 | studied, the findings of this paper do |
| | 660:10 | not clarify the role of Vioxx.  That's |
| | 660:11 | what you said, correct? |
| | 660:12 | A.  Right.  We didn't study |
| | 660:13 | Vioxx. |

| 167 | 660:19 -661:5 | Avorn, Jerome 2006-06-30 | 00:00:29  01:24:12  01:45:57 | K_CROSS.167 |
|---|---|---|---|---|
| Link > AV4.6.5 | 660:19 | You went on to say that | | |
| | 660:20 | while your study did not clarify the role | | |
| | 660:21 | about rofecoxib, you said, "However, the | | |
| | 660:22 | data presented herein are consistent with | | |

**AVORN_MERCK_CROSS**

| | | |
|---|---|---|
| 660:23 | | a possible protective effect of |
| 660:24 | | naproxen," right? |
| 661:1 | A. | That's right.  And to really |
| 661:2 | | round it out, we need to point out that |
| 661:3 | | the number that that refers to was a 16 |
| 661:4 | | percent reduction, not an 80 percent |
| 661:5 | | reduction. |

| 168 | 661:6 - 661:8 | Avorn, Jerome 2006-06-30 | 00:00:09 | 01:24:41 | 01:45:28 | K_CROSS.168 |
|---|---|---|---|---|---|---|

Link > Hide

| | | |
|---|---|---|
| 661:6 | Q. | And I think yesterday you |
| 661:7 | | used a phrase when talking about 16 |
| 661:8 | | percent, I can't remember, what was -- |

| 169 | 661:11 - 661:20 | Avorn, Jerome 2006-06-30 | 00:00:18 | 01:24:50 | 01:45:19 | K_CROSS.169 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 661:11 | Q. | Wimpy.  Was that a phrase |
| 661:12 | | you used? |
| 661:13 | A. | In explaining an 80 percent |
| 661:14 | | reduction, yes.  In that context, it was |
| 661:15 | | wimpy. |
| 661:16 | Q. | So, yesterday you testified |
| 661:17 | | that a 16 percent increase in |
| 661:18 | | cardioprotective effect was a wimpy |
| 661:19 | | increase? |
| 661:20 | A. | No. |

| 170 | 661:23 - 662:21 | Avorn, Jerome 2006-06-30 | 00:00:38 | 01:25:08 | 01:45:01 | K_CROSS.170 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 661:23 | | THE WITNESS:  No.  What I |
| 661:24 | | said was in relation to the |
| 662:1 | | supposed 80 percent effect that |
| 662:2 | | Merck was attributing to Vioxx, it |
| 662:3 | | was wimpy -- |
| 662:4 | | BY MR. BECK: |
| 662:5 | Q. | Okay. |
| 662:6 | | I -- |
| 662:7 | A. | I'm sorry -- to naproxen. |
| 662:8 | Q. | In any event, what you found |
| 662:9 | | without putting an adjective on it for |
| 662:10 | | the time being, what you did find in your |
| 662:11 | | 2002 study was that the information you |
| 662:12 | | collected was consistent with a possible |
| 662:13 | | protective effect of naproxen, right? |
| 662:14 | A. | Right.  But to be fair, we |
| 662:15 | | need to read the rest of that section |
| 662:16 | | and line 10 of the last paragraph. |
| 662:17 | | Perhaps you can bring that up.  It's |
| 662:18 | | right below where you just cited, in |
| 662:19 | | which we say, to put this in |

| | | 662:20 | | perspective -- it's line 10 of the last |
| | | 662:21 | | paragraph. |

| 171 | 664:18 -665:19 | Avorn, Jerome 2006-06-30 | | 00:00:51 01:25:46 01:44:23 | K_CROSS.171 |

|  |  | 664:18 | Q. | And how much do you want me |
|  |  | 664:19 |  | to blow up there? |
|  |  | 664:20 | A. | I think just the two |
| Link > AV4.6.7 |  | 664:21 |  | sentences beginning with, "To place the |
|  |  | 664:22 |  | effect of naproxen in perspective." |
|  |  | 664:23 | Q. | Let me see if I can do that. |
|  |  | 664:24 |  | How far down? |
|  |  | 665:1 | A. | Ending with the line |
|  |  | 665:2 |  | beginning "by aspirin." |
|  |  | 665:3 | Q. | Okay. |
|  |  | 665:4 | A. | Okay. All right. |
|  |  | 665:5 |  | This is our summary that |
|  |  | 665:6 |  | follows the point that you had cited |
|  |  | 665:7 |  | above. |
|  |  | 665:8 |  | "To place the effect of |
|  |  | 665:9 |  | naproxen in perspective, in a large |
|  |  | 665:10 |  | randomized trial of daily aspirin use in |
|  |  | 665:11 |  | primary prevention, patients in the |
|  |  | 665:12 |  | intervention arm experienced a 44% |
|  |  | 665:13 |  | reduction in the risk of AMI. Therefore, |
|  |  | 665:14 |  | it would be false to equate the more |
|  |  | 665:15 |  | modest effect of naproxen suggested in |
|  |  | 665:16 |  | this study with the cardioprotection |
|  |  | 665:17 |  | afforded by aspirin." |
|  |  | 665:18 |  | And that's a key point in |
|  |  | 665:19 |  | our concluding paragraph. |

| 172 | 665:21 -668:3 | Avorn, Jerome 2006-06-30 | | 00:01:51 01:26:37 01:43:32 | K_CROSS.172 |

| Link > AV4.1 |  | 665:21 |  | Now, let's turn to Page 1. |
|  |  | 665:22 | A. | Of the paper? |
|  |  | 665:23 | Q. | Of the paper. |
|  |  | 665:24 |  | And there you have this |
|  |  | 666:1 |  | business at the top of the page that's |
|  |  | 666:2 |  | sometimes called an abstract, right? |
|  |  | 666:3 | A. | It's always called an |
|  |  | 666:4 |  | abstract. |
|  |  | 666:5 | Q. | Okay. |
|  |  | 666:6 |  | It's always called an |
|  |  | 666:7 |  | abstract, and you set forth the key |
|  |  | 666:8 |  | information in the abstract; is that |
|  |  | 666:9 |  | right? |
|  |  | 666:10 | A. | Right. |
|  |  | 666:11 | Q. | And then in the conclusions |

AVORN_MERCK_CROSS

|  | 666:12 |  | in the abstract, I take it that you set |
|  | 666:13 |  | forth the key conclusions in this |
|  | 666:14 |  | section, right? |
|  | 666:15 | A. | Right. |
|  | 666:16 | Q. | So, if it's okay with you -- |
|  | 666:17 | A. | Sure. |
| Link > AV4.1.3 | 666:18 | Q. | -- I'll blow up the whole |
|  | 666:19 |  | thing, the conclusion. |
|  | 666:20 | A. | Sure. |
|  | 666:21 | Q. | Was your key conclusion that |
|  | 666:22 |  | you put in the abstract, "Although NSAIDs |
|  | 666:23 |  | have anti-inflammatory and anti-platelet |
|  | 666:24 |  | effects similar to those of aspirin, we |
|  | 667:1 |  | did not find that these drugs confer a |
|  | 667:2 |  | protective effect against AMI," being |
|  | 667:3 |  | heart attacks, right? |
|  | 667:4 | A. | Correct. |
| Link > AV4.1.4 | 667:5 | Q. | "However, use of one |
|  | 667:6 |  | specific NSAID, naproxen, appeared to be |
|  | 667:7 |  | associated with the reduced rate of AMI," |
|  | 667:8 |  | or heart attack, "an effect recently |
|  | 667:9 |  | suggested by a large randomized |
|  | 667:10 |  | controlled trial as well." Is that |
|  | 667:11 |  | right? |
|  | 667:12 | A. | Correct. |
|  | 667:13 | Q. | And when you said that the |
|  | 667:14 |  | use of naproxen appeared to be associated |
|  | 667:15 |  | with a reduced rate of heart attack, that |
|  | 667:16 |  | was from your own data, right? |
|  | 667:17 | A. | That was the 16 percent |
|  | 667:18 |  | reduction. |
|  | 667:19 | Q. | And then you said that your |
|  | 667:20 |  | data -- that this same effect of |
|  | 667:21 |  | cardioprotection from naproxen was |
|  | 667:22 |  | recently suggested by a large randomized |
|  | 667:23 |  | control trial. Was that the VIGOR trial? |
|  | 667:24 | A. | Right. I believe then and I |
|  | 668:1 |  | believe now that naproxen reduces the |
|  | 668:2 |  | rate of heart attack by about 15 or 16 |
| Link > Hide | 668:3 |  | percent. |

| 173 | **668:4 -668:18** | Avorn, Jerome 2006-06-30 | 00:00:27 | 01:28:28 | 01:41:41 | K_CROSS.173 |

|  | 668:4 | Q. | And the 16 percent figure |
|  | 668:5 |  | comes from the VIGOR trial, right? |
|  | 668:6 | A. | No. That's from our own |
|  | 668:7 |  | research. |

| | | |
|---|---|---|
| 668:8 | Q. | I'm sorry. From your own |
| 668:9 | | research? |
| 668:10 | A. | Right. Others have found |
| 668:11 | | similar things. |
| 668:12 | Q. | Well, in fact, others have |
| 668:13 | | found higher rates of cardioprotection |
| 668:14 | | from naproxen, right? |
| 668:15 | A. | Some lower, some higher, but |
| 668:16 | | I think if you were to pull together all |
| 668:17 | | the data, the most common finding is |
| 668:18 | | about 15 percent. |

---

**174**   **669:1 - 669:19**   Avorn, Jerome 2006-06-30       00:00:37   01:28:55   01:41:14       K_CROSS.174

| | | |
|---|---|---|
| 669:1 | Q. | And in VIGOR, you know that |
| 669:2 | | the people -- it was a controlled study |
| 669:3 | | where they were using 500 milligrams |
| 669:4 | | twice a day, right? |
| 669:5 | A. | Right. |
| 669:6 | Q. | And I think you said the |
| 669:7 | | average length of time that people were |
| 669:8 | | in the study was nine months? |
| 669:9 | A. | That's right. |
| 669:10 | Q. | And your study was not a |
| 669:11 | | controlled study where everybody took the |
| 669:12 | | same amount of the drug every day for |
| 669:13 | | many months, right? |
| 669:14 | A. | That's correct. |
| 669:15 | Q. | Yours was looking back at |
| 669:16 | | medical records of people who had |
| 669:17 | | prescriptions for naproxen and other |
| 669:18 | | drugs, right? |
| 669:19 | A. | That's right. |

---

**175**   **669:20 - 669:24**   Avorn, Jerome 2006-06-30       00:00:12   01:29:32   01:40:37       K_CROSS.175

| | | |
|---|---|---|
| 669:20 | Q. | And your study did not take |
| 669:21 | | into account whether the patients were |
| 669:22 | | taking lower doses of naproxen than they |
| 669:23 | | were in the VIGOR study, right? |
| 669:24 | A. | We looked at all doses. |

---

**176**   **670:7 - 670:11**   Avorn, Jerome 2006-06-30       00:00:10   01:29:44   01:40:25       K_CROSS.176

| | | |
|---|---|---|
| 670:7 | Q. | Well, my question is, you |
| 670:8 | | did the study. You know from having done |
| 670:9 | | the study, don't you, that lots of the |
| 670:10 | | patients were taking lower doses than 500 |
| 670:11 | | milligrams twice a day? |

---

**177**   **670:20 - 670:22**   Avorn, Jerome 2006-06-30       00:00:06   01:29:54   01:40:15       K_CROSS.177

---

| | | | |
|---|---|---|---|
| | 670:20 | A. | Well, let me find out where |
| | 670:21 | | I want to be first. I'm looking at |
| Link > AV4.2 | 670:22 | | dosage on Page 1100. |

---

**178**  **670:23 -672:4**   Avorn, Jerome 2006-06-30          00:01:24   01:30:00   01:40:09                    K_CROSS.178

| | | |
|---|---|---|
| | 670:23 | Okay. Actually, you're |
| Link > AV4.5.1 | 670:24 | incorrect. If you look at Table 4 on |
| | 671:1 | Page 1103, we look at the very small |
| | 671:2 | cardioprotective effect of naproxen as it |
| | 671:3 | related to the dose. And I've got a very |
| | 671:4 | bad Xerox, you may have a better copy, |
| | 671:5 | but the last three lines in Table 4 look |
| | 671:6 | at the odds ratio or the protection of a |
| | 671:7 | number less than 1 is protection against |
| | 671:8 | heart attack. |
| | 671:9 | And we look at those three |
| | 671:10 | numbers as a function of the dose, which |
| | 671:11 | we expressed as the percent of the |
| | 671:12 | maximum anti-inflammatory dosage. So, |
| | 671:13 | again, it is hard to read my Xerox, but I |
| | 671:14 | believe the top line is greater than 75 |
| | 671:15 | percent of the maximum anti-inflammatory |
| | 671:16 | dose. The next line is 51 to 75 percent. |
| | 671:17 | And the last line is 50 percent or less. |
| | 671:18 | So, basically it's the |
| | 671:19 | highest doses, the medium doses and the |
| | 671:20 | smallest doses. And looking at those |
| | 671:21 | three numbers, there is no relationship |
| | 671:22 | to the cardioprotective level of any |
| | 671:23 | meaningful kind with dose. They are all |
| | 671:24 | between 77 percent and 81 percent. So, I |
| | 672:1 | would disagree with you that our findings |
| | 672:2 | are explained by the fact that the people |
| Link > Hide | 672:3 | taking naproxen in our study were taking |
| | 672:4 | it at a lower dose. |

---

**179**  **673:1 -673:11**   Avorn, Jerome 2006-06-30          00:00:24   01:31:24   01:38:45                    K_CROSS.179

| | |
|---|---|
| 673:1 | Do you know whether lots of |
| 673:2 | people in your study were taking naproxen |
| 673:3 | at doses lower than 500 milligrams twice |
| 673:4 | a day? |
| 673:5 | A. Well, in epidemiology, we |
| 673:6 | try to avoid terms like "lots of." But I |
| 673:7 | can tell you that regardless of the dose, |
| 673:8 | people, lots of people were taking it at |
| 673:9 | the high dose, the medium dose and the |
| 673:10 | low dose, and they all had the same |

AVORN_MERCK_CROSS

673:11        effect.

| 180 | 673:12-674:16 | Avorn, Jerome 2006-06-30 | 00:01:27 | 01:31:48 | 01:38:21 | K_CROSS.180 |

673:12    Q.    You could not control in
673:13          your study whether the patients were
673:14          taking naproxen every day as they did in
673:15          ViGOR, correct?
673:16    A.    Correct.
673:17    Q.    Did you ever study a
673:18          subgroup of patients who used 500
673:19          milligrams twice a day to see what the
673:20          cardioprotective effect of naproxen would
673:21          be at that dose used on a regular basis
673:22          twice a day?
673:23    A.    That group -- the closest to
673:24          that group would be this highest greater
674:1           than 75 percent of the maximum
674:2           anti-inflammatory doses.  That would
674:3           calibrate with the population that you
674:4           described as best as possible.  And that
674:5           group went all the way up to 19 percent
674:6           instead of 16 percent.
674:7     Q.    But you don't know if they
674:8           used that twice a day or day in, day out
674:9           for nine months, right?
674:10    A.    Right.
674:11    Q.    Have other scientists found,
674:12          to your knowledge, that from a
674:13          pharmacologic mechanistic perspective
674:14          that naproxen at 500 milligrams twice a
674:15          day mimics the anti-platelet effect of
674:16          low-dose aspirin?

| 181 | 674:24-675:5 | Avorn, Jerome 2006-06-30 | 00:00:09 | 01:33:15 | 01:36:54 | K_CROSS.181 |

674:24          THE WITNESS:  I'm aware of
675:1           the area of research you're
675:2           describing.  I wouldn't use the
675:3           word "mimics," but it is true that
675:4           people have found anti-platelet
675:5           effects of naproxen.

| 182 | 675:7-675:13 | Avorn, Jerome 2006-06-30 | 00:00:15 | 01:33:24 | 01:36:45 | K_CROSS.182 |

675:7     Q.    Well, my question is, do you
675:8           know whether other scientists have found
675:9           not only anti-platelet effects of
675:10          naproxen, but that they mimic those of
675:11          low-dose aspirin?

AVORN_MERCK_CROSS

| | | | | | |
|---|---|---|---|---|---|
| | | 675:12 | A. | I just can't speak to the | |
| | | 675:13 | | word "mimic." | |

| 183 | 676:2 - 676:3 | Avorn, Jerome 2006-06-30 | 00:00:06 | 01:33:39 | 01:36:30 | K_CROSS.183 |
|---|---|---|---|---|---|---|
| Link > AV49.1.1 | | 676:2 | Q. | I'm handing you an article | | |
| | | 676:3 | | we marked as Exhibit 49, | | (Edited) |

| 184 | 676:3 - 676:12 | Avorn, Jerome 2006-06-30 | 00:00:22 | 01:33:45 | 01:36:24 | K_CROSS.184 |
|---|---|---|---|---|---|---|
| | | 676:3 | | which is an | | (Edited) |
| | | 676:4 | | article written by Marta Capone and | | |
| | | 676:5 | | others. | | |
| | | 676:6 | A. | Right. | | |
| | | 676:7 | Q. | Have you ever seen this | | |
| | | 676:8 | | before? | | |
| | | 676:9 | A. | I know of the studies. I | | |
| | | 676:10 | | couldn't identify if it's the Capone | | |
| | | 676:11 | | study in which people have found an | | |
| | | 676:12 | | anti-platelet effect of naproxen. | | |

| 185 | 676:19 - 677:20 | Avorn, Jerome 2006-06-30 | 00:01:29 | 01:34:07 | 01:36:02 | K_CROSS.185 |
|---|---|---|---|---|---|---|
| Link > AV49.1.3 | | 676:19 | Q. | What's the date of this | | |
| | | 676:20 | | report? | | |
| | | 676:21 | A. | 2004. | | |
| | | 676:22 | Q. | What publication was it in? | | |
| | | 676:23 | A. | Circulation. | | |
| Link > AV49.1.2 | | 676:24 | Q. | Look at the conclusion as | | |
| | | 677:1 | | set forth in the abstract. Do you see | | |
| | | 677:2 | | where Dr. Capone and her colleagues said, | | |
| | | 677:3 | | "The regular administration of naproxen | | |
| | | 677:4 | | 500 milligrams BID can mimic the | | |
| | | 677:5 | | 'anti-platelet" effect -- "anti-platelet | | |
| | | 677:6 | | COX-1 effect of low-dose aspirin"? | | |
| | | 677:7 | A. | Right. | | |
| | | 677:8 | Q. | So, this is one of the | | |
| | | 677:9 | | studies that talks about how it can work | | |
| | | 677:10 | | the same way that aspirin does? | | |
| | | 677:11 | A. | Right. This is in nine | | |
| | | 677:12 | | subjects followed for six days, correct. | | |
| | | 677:13 | Q. | Have other scientists found | | |
| | | 677:14 | | that naproxen exerts an anti-thrombotic | | |
| | | 677:15 | | effect at least as potent as that of | | |
| | | 677:16 | | aspirin? | | |
| | | 677:17 | A. | I know that there's | | |
| | | 677:18 | | literature out there indicating that | | |
| | | 677:19 | | there can, under some circumstances, be | | |
| | | 677:20 | | an anti-platelet effect of aspirin. | | |

| 186 | 681:19 - 682:7 | Avorn, Jerome 2006-06-30 | 00:00:57 | 01:35:36 | 01:34:33 | K_CROSS.186 |
|---|---|---|---|---|---|---|

AVORN_MERCK_CROSS

| Link > AV19.1 | 681:19 | Q. | Do you remember discussing |
|---|---|---|---|
| | 681:20 | | Exhibit 19 with Mr. Tisi yesterday? |
| | 681:21 | A. | Yes. |
| | 681:22 | Q. | And this was a submission by |
| | 681:23 | | Merck to the FDA in November of 2001, |
| | 681:24 | | correct? |
| | 682:1 | A. | Right. |
| Link > AV19.3.1 | 682:2 | Q. | And would you please turn to |
| | 682:3 | | Page 3? |
| | 682:4 | A. | Yes. |
| | 682:5 | Q. | There's language that you |
| | 682:6 | | and Mr. Tisi went over that I would like |
| | 682:7 | | to focus on with you. Here we go. |

| 187 | 682:8 -683:9 | Avorn, Jerome 2006-06-30 | 00:00:58 01:36:33 01:33:36 | K_CROSS.187 |
|---|---|---|---|---|

| | 682:8 | | I think this is the language |
|---|---|---|---|
| | 682:9 | | that you focused on where Merck is |
| | 682:10 | | writing to the FDA and Merck said, "The |
| | 682:11 | | concept that there are differences among |
| | 682:12 | | NSAIDs is supported by external |
| | 682:13 | | epidemiological data from three separate |
| | 682:14 | | studies that utilized different clinical |
| | 682:15 | | databases, indicating that the use of |
| | 682:16 | | naproxen, but not other NSAIDs, is |
| | 682:17 | | cardioprotective." |
| | 682:18 | | And then there are three |
| | 682:19 | | citations, and I think Number 4 is to |
| | 682:20 | | your paper, correct? |
| | 682:21 | A. | Right. |
| Link > AV19.3.2 | 682:22 | Q. | And then it goes on to say, |
| | 682:23 | | "Among these studies is a U.S. study of |
| | 682:24 | | over 22,000 patients in New Jersey by a |
| | 683:1 | | Boston academic group unaffiliated with |
| | 683:2 | | industry." |
| | 683:3 | | And that refers to your |
| | 683:4 | | group, right? |
| | 683:5 | A. | That's right. |
| | 683:6 | Q. | Yesterday you said that |
| | 683:7 | | Merck distorted the results of your |
| | 683:8 | | study. Do you remember that? |
| | 683:9 | A. | Yes. |

| 188 | 683:15 -685:11 | Avorn, Jerome 2006-06-30 | 00:02:24 01:37:31 01:32:38 | K_CROSS.188 |
|---|---|---|---|---|

| Link > AV19.3.1 | 683:15 | Q. | Now, when describing your |
|---|---|---|---|
| | 683:16 | | study as one of three -- well, let's just |
| | 683:17 | | go through the language here. |
| | 683:18 | | The Merck submission says, |

683:19        "The concept that there are differences
683:20        among NSAIDs is supported by external
683:21        epidemiological data from three separate
683:22        studies." Now, just let me stop there.
683:23        Does your study support the
683:24        concept that there are differences among
684:1         NSAIDs?
684:2     A. Yes.
684:3     Q. And it says, "That" used
684:4         "different clinical databases." And your
684:5         study obviously used a different clinical
684:6         database than the other ones did, right?
684:7     A. Right.
684:8     Q. And then it goes on to say
684:9         that these three separate studies
684:10        indicate "a use of naproxen, but not
684:11        other NSAIDs, is cardioprotective."
684:12        Did your study indicate that
684:13        the use of naproxen, but not other
684:14        NSAIDs, is cardioprotective?
684:15    A. Yes.

Link > AV19.3.2     684:16    Q. And then the next sentence
684:17        that says, "Among these studies is a U.S.
684:18        study of over 22,000 patients in New
684:19        Jersey." And was your study of over
684:20        22,000 patients in New Jersey?
684:21    A. Yes.
684:22    Q. And then it says, "By a
684:23        Boston academic group." That's where
684:24        you're from, right?
685:1     A. Right.
685:2     Q. "Unaffiliated with
685:3         industry." And you are not affiliated
685:4         with industry, correct?
685:5     A. Right.

Link > Hide     685:6    Q. You've testified both
685:7         yesterday and today, you've emphasized, I
685:8         think it's fair to say, that the
685:9         cardioprotective effect that you found
685:10        was 16 percent, right?
685:11    A. Right.

---

189     **685:12 -686:10**     Avorn, Jerome 2006-06-30          00:00:50   01:39:55   01:30:14                    K_CROSS.189
685:12        Are we done with this
685:13        document?
685:14    Q. Yes.

685:15   A.   Because I think in fairness,
685:16        we need to point out that the reason I
685:17        feel there was a distortion was that it
685:18        follows a paragraph in which Merck was
685:19        arguing to the FDA that they could not
685:20        tell if the difference in effect from --
685:21        in the VIGOR study was because it was
685:22        explained away by naproxen or by a
685:23        prothrombotic or cardiotoxic effect of
685:24        Vioxx.
686:1         And the distortion piece has
686:2         to do with the fact that the paragraph
686:3         you just read was a justification for
686:4         their saying we don't know whether this
686:5         was because of naproxen or not, and let's
686:6         just not attribute it to Vioxx because we
686:7         can't tell.  And that was the distortion
686:8         that I was referring to.
686:9    Q.   Well, what they said about
686:10        your study was accurate, right?

---

| 190 | 686:13 - 687:9 | Avorn, Jerome 2006-06-30 | | 00:00:44 | 01:40:45 | 01:29:24 | | K_CROSS.190 |
|---|---|---|---|---|---|---|---|---|

686:13        THE WITNESS:  Not in the
686:14        context that they presented it,
686:15        no.
686:16        BY MR. BECK:
686:17   Q.   Well, they were making their
686:18        position to the FDA.
686:19   A.   And using my data to justify
686:20        it.
686:21   Q.   But what they said about
686:22        your data, everything they said about
686:23        your data was correct, isn't that true?
686:24   A.   Well, correct in the sense
687:1         that there was one-fifth as many heart
687:2         attacks in the naproxen group.  It is the
687:3         spin that I thought was the distortion.
687:4    Q.   Now, back to my question.
687:5         You've talked repeatedly
687:6         about how the effect that you found was
687:7         16 percent, and I think you've agreed
687:8         that yesterday at least in one context
687:9         you said that that was wimpy, right?

---

| 191 | 687:11 - 687:24 | Avorn, Jerome 2006-06-30 | | 00:00:45 | 01:41:29 | 01:28:40 | | K_CROSS.191 |
|---|---|---|---|---|---|---|---|---|

687:11        THE WITNESS:  Let me be very
687:12        clear.  Let me be very clear on

AVORN_MERCK_CROSS

| | | |
|---|---|---|
| | 687:13 | this, Mr. Beck. It was wimpy, to |
| | 687:14 | use that term, in trying to |
| | 687:15 | explain the 80 percent reduction. |
| | 687:16 | BY MR. BECK: |
| | 687:17 | Q.  Okay. |
| | 687:18 | Let's look at Deposition |
| Link > AV4.1.1 | 687:19 | Exhibit 4. That is your article we were |
| | 687:20 | looking at a little while ago. |
| | 687:21 | A.  Yes. |
| | 687:22 | Q.  And we're in that section |
| | 687:23 | called the abstract at the top. And |
| Link > AV4.1.5 | 687:24 | under "Results,"        (Edited) |

---

**192    687:24 - 688:4**    Avorn, Jerome 2006-06-30    00:00:18   01:42:14   01:27:55        K_CROSS.192

| | |
|---|---|
| 687:24 | do you say, "Use of        (Edited) |
| 688:1 | naproxen was associated with a |
| 688:2 | significant reduction in the risk of AMI" |
| 688:3 | or heart attacks? And then you set forth |
| 688:4 | the actual statistics. |

---

**193    688:7 - 688:18**    Avorn, Jerome 2006-06-30    00:00:20   01:42:32   01:27:37        K_CROSS.193

| | |
|---|---|
| 688:7 | THE WITNESS: I think you |
| 688:8 | are confused about the use of the |
| 688:9 | word "significant." Significant |
| 688:10 | refers here to statistically |
| 688:11 | significant, as we've discussed it |
| 688:12 | in the past. It does not mean |
| 688:13 | clinically significant or big deal |
| 688:14 | significant. And that is always |
| 688:15 | the way this word is used in |
| 688:16 | medical papers. And to suggest |
| 688:17 | that it means clinically important |
| 688:18 | would be incorrect. |

---

**194    688:20 - 689:23**    Avorn, Jerome 2006-06-30    00:01:06   01:42:52   01:27:17        K_CROSS.194

| | |
|---|---|
| 688:20 | Q.  So, "significant" here |
| 688:21 | refers to this is statistically |
| 688:22 | significant? |
| 688:23 | A.  Correct. |
| 688:24 | Q.  And that concept is one I |
| 689:1 | think you discussed yesterday. What that |
| 689:2 | means conventionally is that the relative |
| 689:3 | risk is above 1, and you talked about |
| 689:4 | the -- I'm sorry, the confidence |
| 689:5 | intervals would not include the number 1, |
| 689:6 | right? |
| Link > Hide    689:7 | A.  Correct. |

| | |
|---|---|
| 689:8 | Q. And there's a p-value that |
| 689:9 | had to be, was it lower or higher than |
| 689:10 | .05? |
| 689:11 | A. Lower than .05. |
| 689:12 | Q. Lower than .05. |
| 689:13 | And so that's what's meant |
| 689:14 | in your paper here that there's a |
| 689:15 | statistically significant |
| 689:16 | cardioprotective effect of naproxen, |
| 689:17 | right? |
| 689:18 | A. That's right. |
| 689:19 | Q. And a 15 percent reduction, |
| 689:20 | would you consider that to be clinically |
| 689:21 | significant? |
| 689:22 | A. It can be.  It depends what |
| 689:23 | you're looking at. |

---

195   **698:16 - 699:1**   Avorn, Jerome 2006-06-30        00:00:28   01:43:58   01:26:11                         K_CROSS.195

Link > AV52.1.2

| | |
|---|---|
| 698:16 | Q. I'm handing you what we've |
| 698:17 | marked as Exhibit 52.  Do you recognize |
| 698:18 | that publication? |
| 698:19 | A. Yes.  It is worthy of |
| 698:20 | discussion since I was a co-author of it. |
| 698:21 | Sorry.  It's late. |
| 698:22 | No.  In all seriousness, it |
| 698:23 | it's also in a real journal, and it is |
| 698:24 | written by people who have actually done |
| 699:1 | research in this area. |

---

196   **699:6 - 700:3**   Avorn, Jerome 2006-06-30        00:01:13   01:44:26   01:25:43                         K_CROSS.196

| | |
|---|---|
| 699:6 | Q. As you indicated, you are |
| 699:7 | one of the authors right? |
| 699:8 | A. Right. |
| 699:9 | Q. Along with your colleague, |
| 699:10 | Dr. Solomon, whom you referenced several |
| 699:11 | times yesterday? |
| 699:12 | A. Correct. |

Link > AV52.1.1

| | |
|---|---|
| 699:13 | Q. And what's the date of this |
| 699:14 | study? |
| 699:15 | A. It was published in 2003. |
| 699:16 | Q. And what publication was it |
| 699:17 | in? |
| 699:18 | A. Current Opinion in |
| 699:19 | Rheumatology. |
| 699:20 | Q. Now, is this an article |
| 699:21 | where you, among other things, review the |
| 699:22 | results of studies done by other people, |

**AVORN_MERCK_CROSS**

|  |  | 699:23 | | as well as yourself? |  |
|---|---|---|---|---|---|
|  |  | 699:24 | A. | Yes. |  |
| Link > AV52.2.1 |  | 700:1 | Q. | And let's start on Page 123. |  |
|  |  | 700:2 | | So, that would be the second page of your |  |
|  |  | 700:3 | | article. | (Edited) |

| 197 | 700:3 -701:2 | Avorn, Jerome 2006-06-30 | | 00:01:00  01:45:39  01:24:30 | K_CROSS.197 |
|---|---|---|---|---|---|
|  | | 700:3 | | I want to focus on the | (Edited) |
|  | | 700:4 | | paragraph in the first column toward the |  |
|  | | 700:5 | | bottom.  Are you with me? |  |
|  | | 700:6 | A. | Yes, I am.  I am. |  |
|  | | 700:7 | Q. | Okay. |  |
|  | | 700:8 | | And you say, "Four studies |  |
|  | | 700:9 | | were published in 2002 examining whether |  |
|  | | 700:10 | | naproxen is associated with a reduced |  |
|  | | 700:11 | | risk of acute myocardial infarction." |  |
|  | | 700:12 | | And then you cite those four |  |
|  | | 700:13 | | studies, right? |  |
|  | | 700:14 | A. | Right. |  |
| Link > AV52.2.2 | | 700:15 | Q. | And then you say, "All used |  |
|  | | 700:16 | | similar methods, analyzing very large |  |
|  | | 700:17 | | claims databases from a number of |  |
|  | | 700:18 | | different healthcare systems," right? |  |
|  | | 700:19 | A. | Right. |  |
| Link > AV52.2.3 | | 700:20 | Q. | "The results were quite |  |
|  | | 700:21 | | consistent.  Three found in primary |  |
|  | | 700:22 | | analyses that naproxen was associated |  |
|  | | 700:23 | | with a 17 to 39% reduction in acute |  |
|  | | 700:24 | | myocardial infarction compared with other |  |
|  | | 701:1 | | nonselective NSAIDs," correct? |  |
|  | | 701:2 | A. | Right. |  |

| 198 | 702:23 -703:4 | Avorn, Jerome 2006-06-30 | | 00:00:18  01:46:39  01:23:30 | K_CROSS.198 |
|---|---|---|---|---|---|
|  | | 702:23 | | Is it correct that these |  |
|  | | 702:24 | | three other studies found a reduction in |  |
|  | | 703:1 | | heart attacks in people using naproxen |  |
|  | | 703:2 | | compared to other NSAIDs of 17 to 39 |  |
|  | | 703:3 | | percent? |  |
| Link > Hide | | 703:4 | A. | Yes. |  |

| 199 | 703:5 -706:10 | Avorn, Jerome 2006-06-30 | | 00:02:34  01:46:57  01:23:12 | K_CROSS.199 |
|---|---|---|---|---|---|
|  | | 703:5 | Q. | And let me ask you before we |  |
|  | | 703:6 | | go to the table, are you telling me that |  |
|  | | 703:7 | | that number can't really be compared to |  |
|  | | 703:8 | | the 16 percent that you used because it's |  |
|  | | 703:9 | | been adjusted in some way? |  |
|  | | 703:10 | A. | Correct.  And you also need |  |

703:11          to point out, as you did, that the study
703:12          by Ray, et al., initially found a zero
703:13          reduction. And it was the adjustment
703:14          that I wanted to talk about that is where
703:15          you get the numbers that you read.
703:16    Q.   Okay.
703:17          And you want to talk about
703:18          an adjustment?
703:19    A.   Right.
703:20    Q.   Do you want me to show Table
703:21          1?

Link > AV52.2.4

703:22    A.   Sure.
703:23    Q.   Okay.
703:24    A.   Because where these numbers
704:1          come from was, to try and make the
704:2          studies comparable, we took the parent
704:3          findings, which for Ray, that first line,
704:4          would have been no reduction. And we
704:5          then, as it says in the caption, excluded
704:6          persons with a prior heart attack or
704:7          stroke to reduce confounding by
704:8          unmeasured aspirin use. And what that
704:9          means is that we wanted to make sure that
704:10         there were not people on aspirin in the
704:11         studies. And so we looked at a subset of
704:12         the rate studies so that instead of no
704:13         effect, that caused a, I guess, 17
704:14         percent reduction. And that's why our
704:15         number is 82 and not 86, as it was in the
704:16         original paper.
704:17    Q.   Okay.
704:18          So, let me ask, then. So,
704:19          your study was one of the three studies
704:20          that's referenced --
704:21          Your study that we talked
704:22          about and we were saying 16 percent --
704:23    A.   Right.
704:24    Q.   -- is one of the three
705:1          studies that is referenced in here where
705:2          it talks about 17-39 percent, right?
705:3    A.   Right.
705:4    Q.   And adjustments were made to
705:5          yours, and so which one -- where does
705:6          yours fall in the 17 to 39 percent?
705:7    A.   Well, it has to do with
705:8          whether you are looking at excluding

705:9        people who have had a heart attack or
705:10       stroke. And that's what the numbers in
705:11       this are.
705:12    Q. Right.
705:13    A. Whereas the numbers in the
705:14       original paper are all comers, everybody.
705:15    Q. Yeah, I understand that.
705:16       And when we look at the 17 to 39 percent
705:17       reduction --
705:18    A. Right.
705:19    Q. -- you've explained, and I
705:20       appreciate it, that one of the three
705:21       studies was actually the one that we've
705:22       been talking about that you did --
705:23    A. Right.
705:24    Q. -- before, we said 16
706:1        percent, but an adjustment has been made?
706:2     A. Right. If you take out
706:3        everyone who had a heart attack or
706:4        stroke, it goes from 16 percent to 18
706:5        percent.
706:6     Q. 18 percent.
706:7        So, yours is still on the
706:8        low side in terms of what the three
706:9        studies from 2002 found in terms of
706:10       reduction in heart attack risk?

| 200 | 706:15 -707:12 | Avorn, Jerome 2006-06-30 | 00:00:45 | 01:49:31 | 01:20:38 | K_CROSS.200 |
|-----|----------------|--------------------------|----------|----------|----------|-------------|

706:15       THE WITNESS: No. I think
706:16       79, 82, 83 would all be considered
706:17       about the same number.
706:18       BY MR. BECK:
706:19    Q. 17 to --
706:20    A. I'm sorry. 79. I'm reading
706:21       the actual -- I'm reading the actual
706:22       adjusted risk. So, it's 100 minus those
706:23       numbers. So, what I'm saying is, if you
706:24       have a relative risk or an odds ratio of
707:1        82 percent, 83 percent, 79 percent, we
707:2        would consider those to be pretty close
707:3        to being the same number.
707:4     Q. Well, would you consider a
707:5        17 percent reduction in heart attacks to
707:6        be pretty close to a 39 percent reduction
707:7        in heart attacks?
707:8     A. No. The 39 was seen on the

AVORN_MERCK_CROSS

| | |
|---|---|
| 707:9 | paper by Dr. Watson, who works for Merck. |
| 707:10 | Q.  And yours, I guess, would be |
| 707:11 | 18 on this scale? |
| 707:12 | A.  Correct. |

| 201 | 708:8 -709:24 | Avorn, Jerome 2006-06-30 | 00:01:39  01:50:16  01:19:53 | K_CROSS.201 |
|---|---|---|---|---|

Link > AV7.1.4

| | |
|---|---|
| 708:8 | Q.  And is Exhibit 7 the same |
| 708:9 | document that I am showing up on the |
| 708:10 | screen? |
| 708:11 | A.  Yes. |
| 708:12 | Q.  And you just indicated this |
| 708:13 | is a Circulation paper, meaning it was |
| 708:14 | the one published in the journal |
| 708:15 | Circulation? |
| 708:16 | A.  Correct. |
| 708:17 | Q.  And what year was this one |
| 708:18 | published in? |
| 708:19 | A.  2004. |
| 708:20 | Q.  And you discussed this |
| 708:21 | article with Mr. Tisi yesterday.  Do you |
| 708:22 | remember that? |
| 708:23 | A.  That's right. |
| 708:24 | Q.  And, in particular, you |
| 709:1 | talked about the fact that Dr. Cannuscio |
| 709:2 | does not appear as an author on this |
| 709:3 | article as it was eventually published, |
| 709:4 | correct? |
| 709:5 | A.  That's right. |

Link > Hide

| | |
|---|---|
| 709:6 | Q.  All right. |
| 709:7 | And I'll come back to that |
| 709:8 | subject in a little bit. |
| 709:9 | Yesterday when you were |
| 709:10 | testifying about the findings in this |
| 709:11 | article, you indicated that you found an |
| 709:12 | increased risk using Vioxx for 30 days. |
| 709:13 | Do you remember that? |
| 709:14 | A.  For up to 30 days. |
| 709:15 | Q.  Up to 30 days. |
| 709:16 | And you also said yesterday |
| 709:17 | that there was an increased risk that you |
| 709:18 | found using Vioxx up to 90 days.  Do you |
| 709:19 | remember that? |
| 709:20 | A.  That's right. |
| 709:21 | Q.  You did not testify |
| 709:22 | yesterday, did you, about what your paper |
| 709:23 | found concerning people who used Vioxx |

|       |              | 709:24 | for more than 90 days? |          |          |          |              |
|-------|--------------|--------|------------------------|----------|----------|----------|--------------|
| 202   | 710:5 - 711:1 | Avorn, Jerome 2006-06-30 |        | 00:00:48 | 01:51:55 | 01:18:14 | K_CROSS.202  |

710:5     THE WITNESS: I don't

710:6     remember if we covered it, but we

710:7     can cover it now.

710:8     BY MR. BECK:

710:9     Q. Well, in fact, what you

710:10     found in your paper is that there was no

710:11     increased risk of heart attack for people

710:12     who use Vioxx after 90 days, right?

710:13     A. Almost right. I think the

710:14     correct way to state it is we did not

710:15     find an increase in risk in people who

710:16     used it over 90 days. That's a little

710:17     different from saying we show that there

710:18     was no risk.

710:19     Q. Okay.

710:20     You did not find any risk

710:21     whatsoever in heart attacks for people

710:22     who used Vioxx for 90 days or more?

710:23     A. That's correct.

Link > AV7.1.6

710:24     Q. And in the conclusion

711:1     section of this article, is that what is

|       |              | | |          |          |          |              |
|-------|--------------|--------|------------------------|----------|----------|----------|--------------|
| 203   | 711:1 - 711:13 | Avorn, Jerome 2006-06-30 |        | 00:00:23 | 01:52:43 | 01:17:26 | K_CROSS.203  |

711:1     section of this article, is that what is

711:2     included in this sentence that I've

711:3     highlighted here that says, "The risk was

711:4     elevated in the first 90 days of use, but

711:5     not thereafter"?

711:6     A. That's correct. Our belief

711:7     is that people who were having difficulty

711:8     with the drug in the first 90 days

711:9     stopped taking it.

711:10     Q. Well, what you found was

711:11     that there was no elevation in risk after

711:12     90 days of use, right?

Link > Hide

711:13     A. Right.

|       |              | | |          |          |          |              |
|-------|--------------|--------|------------------------|----------|----------|----------|--------------|
| 204   | 711:20 - 712:18 | Avorn, Jerome 2006-06-30 |        | 00:00:46 | 01:53:06 | 01:17:03 | K_CROSS.204  |

711:20     Q. Did you set forth that

711:21     belief your article?

711:22     A. I can look and see, but I

711:23     think even Merck agrees that there is a

711:24     risk after 90 days. So, I'm trying to

712:1     understand why it is that we found no