## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES LARON MASON, | § § § § | IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION |
| Plaintiff, | § § § | MDL DOCKET NO. 1657<br>SECTION L |
| | § § § | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| v. | § § § | CIVIL ACTION NO. 06-2380 |
| MERCK & CO., INC., | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF CHARLES LARON MASON'S MOTION TO COMPEL DISCOVERY RESPONSES OF MERCK & CO., INC.

On this day, the Court considered Plaintiff Charles Laron Mason's Motion to Compel Discovery Responses of Merck & Co., Inc., and after reviewing the motion and response and hearing arguments of counsel is of the opinion that said Motion should be GRANTED.

It is, therefore, ORDERED that Merck & Co., Inc. supplement its responses to Plaintiff's First Set of Case Specific Discovery Requests for Production and identify by Bates stamp numbers the documents from which the requested information may be ascertained within ____ days of the entry of this Order.

SIGNED AND ENTERED on this _____ day of _____, 2006

_____
Presiding Judge