# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810<br><br>CHARLES LARON MASON v.<br>MERCK & CO., INC. | MDL DOCKET NO. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E

In accordance with Local Rule 37.1E and Pre-Trial Order No. 17, movant Charles Laron Mason, hereby certifies that counsel for the parties conferred in an attempt to amicably resolve this matter but have been unable to agree.

July 28, 2006

Respectfully submitted,

BLIZZARD, McCARTHY & NABERS, LLP

_____
EDWARD BLIZZARD
Texas Bar No. 02495000
J. SCOTT NABERS
Texas Bar No. 14769250
REBECCA B. KING
Texas Bar No. 24027110
HOLLY M. WHEELER
Texas Bar No. 24006035
440 Louisiana, Suite 1710
Houston, Texas 77002
Phone: (713) 844-3750
Fax:    (713) 844-3763
ATTORNEYS FOR PLAINTIFF
CHARLES LARON MASON

**OF COUNSEL:**
Ken Bailey (TBN 01543500)
Bailey Perrin & Bailey, LLP
440 Louisiana, Suite 2100
Houston, Texas 77002
Phone: 713.425.7100
Fax: (713) 425-7101

| | |
|---|---|
| Andy D. Birchfield, Esq.<br>P. O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>PH: (800) 8982034<br>FAX: (334) 954.7555 | Christopher Seeger, Esq.<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>FAX: (212) 584.0799 |
| Leonard Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>201 St. Charles Avenue, Suite 4310<br>New Orleans, LA 70170<br>PH: (504) 581.4892<br>FAX: (504) 561.6024 | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>201 St. Charles Avenue, Suite 4310<br>New Orleans, LA 70170<br>PH: (504) 581.4892<br>FAX: (504) 561.6024 |

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Compliance with Local Rule 37.1E has been served on Liaison Counsel Phillip Wittman, and Carrie Jablonski by U.S. Mail, facsimile and/or e-mail; and e-mail upon all parties by electronically uploading the same to Lexis-Nexis File and Serve Advanced, in accordance with Pretrial Order No. 9, on this 28th day of July, 2006.

Phillip Wittman
Stone, Pigman Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Phone: (504) 581-3200
Fax: (504) 581-3361

Carrie Jablonski
Bartlit, Beck, Herman, Palechar & Scott
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Phone: (312) 494-4400
Fax: (312) 494-4440

Richard Krumholtz
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Phone: (214) 855-8000
Fax: (214) 855-8200

_____
Holly M. Wheeler