UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. 02:06cv485 |

MOTION OF PLAINTIFF GERALD BARNETT
FOR ORDER EXCLUDING THE CUMULATIVE TESTIMONY OF DEFENDANT
MERCK'S DEPOSITION DESIGNATIONS OF PLAINTIFF'S TREATING
PHYSICIANS INCLUDING DRS. MIKOLA AND MCCAFFREY REGARDING PAIN
MEDICATION ALTERNATIVES

(Plaintiff's Motion in Limine No. 18)

COMES NOW, Plaintiff Gerald Barnett, by and through his undersigned counsel, and files this Motion in Limine, to exclude the cumulative testimony of defendant Merck's deposition designations of plaintiff's treating physicians including Drs. Mikola and McCaffrey regarding pain medication alternatives.

The defendant Merck has asked both of these physicians the same questions regarding pain and pain medications and have designated such testimony as to both Drs. Mikola and McCaffrey.  (*See,* Dr. Mikola deposition, pages 162-171; Dr. McCaffrey, pages 8-23.)  As such, any such testimony from both witnesses as to the same subject is cumulative and therefore should be excluded from one of the two deposition designations pursuant to Rule 403.

Date:  August 4, 2006          Respectfully submitted,

By <u>/s/ MARK P. ROBINSON, JR.</u>
    Mark P. Robinson, Jr.
    Kevin F. Calcagnie
    Carlos A. Prietto, III
    Ted B. Wacker
    Lexi W. Myer
    ROBINSON, CALCAGNIE & ROBINSON
    620 Newport Center Dr., 7th Floor
    Newport Beach, California  92660
    Telephone:  (949) 720-1288
    Facsimile: (949) 720-1292

    Andy D. Birchfield, Jr.
    P. Leigh O'Dell
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
    P.O. Box 4160
    234 Commerce Street
    Montgomery, Alabama  36103-4160
    Telephone:  (334) 269-2343
    Facsimile: (334) 954-7555

    Donald C. Arbitblit
    LIEFF, CABRASER, HEIMANN and
    BERNSTEIN, LLP
    275 Battery Street, 30th Floor
    San Francisco, California   94111
    Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008

    Counsel for Plaintiff

**Russ M. Herman**, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Gerald E. Meunier
Gainesburgh Benjamin David Meunier & Warshauer
2800 Energy Centre
1100 Polydras Street
New Orleans, LA 70163-2800
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann [with courtesy copy to Merck's trial counsel, Andrew L. Goldman] by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of August, 2006.

/s/ MARK P. ROBINSON, JR.
MARK P. ROBINSON, JR.
California State Bar No. 054426
Attorney for Plaintiff
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 949-720-1288
Telecopier: 949-720-1292
mrobinson@rcrlaw.net