| 180 | 158:6 | - | 158:10 | | Mikola, Michael 2006-04-25 | 00:00:11 | Re 158:6-10 |
|---|---|---|---|---|---|---|---|

| | | 158: 6 | | THE WITNESS: I'd say the difference is |
|---|---|---|---|---|
| | | 158: 7 | | at the time I didn't know that Vioxx was going to |
| | | 158: 8 | | be withdrawn from the market and knowing that it |
| | | 158: 9 | | was going to be withdrawn from the market, I |
| | | 158: 10 | | not have used it. |

Pl Obj: same as above
Def Resp: Defendant will remove this question if Plaintiff removes all of its leading questions from the Mikola deposition

overruled
6/11(c)

| 146 | 159:13 | - | 159:17 | | Mikola, Michael 2006-04-25 | 00:00:17 |
|---|---|---|---|---|---|---|

| | 159: 13 | Q. | When you were making treatment |
|---|---|---|---|
| | 159: 14 | | decisions for Mr. Barnett and prescribing Vioxx, |
| | 159: 15 | | were you or were you not relying on the medical |
| | 159: 16 | | information that was available to you at the time? |
| | 159: 17 | A. | That's correct. |

| 147 | 162:20 | - | 169:18 | | Mikola, Michael 2006-04-25 | 00:08:22 |
|---|---|---|---|---|---|---|

| | 162: 20 | Q. | I believe you said in response to |
|---|---|---|---|
| | 162: 21 | | Mr. Robinson's questions that you prescribed |
| | 162: 22 | | to Mr. Barnett because he had osteoarthritis? |
| | 162: 23 | A. | Yes, sir, that was the indication for |
| | 162: 24 | | the prescription. |
| | 162: 25 | Q. | What is osteoarthritis? |
| | 163: 1 | A. | Osteoarthritis is a degenerative |
| | 163: 2 | | disease involving the joints summarized largely |
| | 163: 3 | | wearing out and deterioration of the cartilage |
| | 163: 4 | | which serves not only as a cushion between the |
| | 163: 5 | | bones so that they articulate smoothly with one |
| | 163: 6 | | another, but it also makes joint fluid that bathes |
| | 163: 7 | | the joint to keep the inflammation down to keep |
| | 163: 8 | | movement smooth and range of motion |
| | 163: 9 | Q. | So if people have healthy cartilage, |
| | 163: 10 | | that allows their bones to sort of glide over one |
| | 163: 11 | | another without causing pain? |
| | 163: 12 | A. | Um-hum. Usually, yes. |
| | 163: 13 | Q. | Do you agree that for many people, |
| | 163: 14 | | including Mr. Barnett, osteoarthritis is a serious |
| | 163: 15 | | health problem? |
| | 163: 16 | A. | Yes. |
| | 163: 17 | Q. | Why is that? |
| | 163: 18 | A. | Especially for someone like |
| | 163: 19 | | Mr. Barnett, if their arthritis is untreated, it |
| | 163: 20 | | can limit their ability to exercise and stay |
| | 163: 21 | | active. And in an individual with a family history |

Print ###### 2:33:29 PM

Mikola M DA, PC, PA 4-25-06 on 6-20-06

| | | |
|---|---|---|
| 163: 22 | | of heart disease and high cholesterol, exercise is |
| 163: 23 | | an important part of reducing his risk factors for |
| 163: 24 | | vascular disease. It can also lead to other |
| 163: 25 | | debilitation that makes weight loss more difficult. |
| 164: 1 | | If you're unable to exercise due to the pain of |
| 164: 2 | | arthritis and -- it can complicate a lot of other |
| 164: 3 | | medical issues. |
| 164: 4 | Q. | When you said that osteoarthritis might |
| 164: 5 | | prevent individuals like Mr. Barnett from |
| 164: 6 | | exercising, why is that a problem for somebody |
| 164: 7 | | Mr. Barnett? |
| 164: 8 | A. | It causes them pain. Generally if they |
| 164: 9 | | do a lot of physical activity, the joints that are |
| 164: 10 | | involved will become painful and it can limit their |
| 164: 11 | | ability to exercise, walk -- |
| 164: 12 | Q. | Ex -- |
| 164: 13 | A. | -- specifically walk. Jogging is very |
| 164: 14 | | painful for them. Some people can ride a |
| 164: 15 | | stationary bicycle depending on if their knees are |
| 164: 16 | | involved, but if their knees are significantly |
| 164: 17 | | involved, that may be limited as well. |
| 164: 18 | Q. | Is it true that the more exercise |
| 164: 19 | | people like Mr. Barnett are able to do, the lower |
| 164: 20 | | their chances are of developing heart disease or |
| 164: 21 | | heart attack? |
| 164: 22 | A. | Yes, sir. I would say the more |
| 164: 23 | | exercise that they do do versus able to do |
| 164: 24 | | their chance of heart attacks and vascular events. |

*Overruled*

| | | | |
|---|---|---|---|
| 164: 25 | Q. | Has it been your experience, sir, that | |
| 165: 1 | | osteoarthritis can adversely affect a patient's | Re 164:25-166:25 |
| 165: 2 | | quality of life? | Pl Obj: 401, 402, 403 |
| 165: 3 | A. | Yes, sir. | Irrelevant as Plaintiff is not |
| 165: 4 | Q. | Have you seen that osteoarthritis can | afflicted by depression, |
| 165: 5 | | be so painful that it can lead to depression and | generalized testimony not |
| 165: 6 | | stress? | applicable to plaintiff. Testimony |
| 165: 7 | A. | Yes, sir. | regarding treatments and their |
| 165: 8 | Q. | Are you aware of whether osteoarthritis | limitations irrelevant as Plaintiff |
| 165: 9 | | is one of the most frequent causes of disability in | did not receive them from Dr. |
| 165: 10 | | the United States? | Mikola nor did he require |
| 165: 11 | A. | I know it's a frequent cause of | treatment for the side effects |
| 165: 12 | | disability, yes, sir. | described |

| | | |
|---|---|---|
| 165: 13 | Q. In your years of treating | Def Resp: Relevant to dr.'s |
| 165: 14 | osteoarthritis, have you tried different pain and | decision to prescribe NSAIDS |
| 165: 15 | antiinflammatory medication for your patients? | to Barnett. |
| 165: 16 | A. Yes, sir. | |
| 165: 17 | Q. Have you used narcotics on occasion for | |

Print ###### 2:33:29 PM

**Mikola M DA, PC, PA 4-25-06 on 6-20-06**

| | |
|---|---|
| 165: 18 | your patients who have osteoarthritis? |
| 165: 19 | A. Yes, sir. |
| 165: 20 | Q. Can you describe for the ladies and |
| 165: 21 | gentlemen of the jury what the benefits and some |
| 165: 22 | the significant risks are of narcotics to treat |
| 165: 23 | osteoarthritis. |
| 165: 24 | A. The benefits are that they're very |
| 165: 25 | effective in terms of pain control. Typically |
| 166: 1 | there is sort of a ceiling effect of |
| 166: 2 | antiinflammatory medicines on how much pain |
| 166: 3 | will relieve and in some patients -- and I've used |
| 166: 4 | both together. Some patients are not adequately |
| 166: 5 | relieved by antiinflammatory medicines and |
| 166: 6 | nonnarcotic analgesics. And the narcotics are |
| 166: 7 | potent and they're able to provide relief of more |
| 166: 8 | severe pain generally than the antiinflammatory |
| 166: 9 | medicines are. |
| 166: 10 | Some of the complications, constipation |
| 166: 11 | is a very common problem, impairment in |
| 166: 12 | coordination. In elderly persons, narcotics can |
| 166: 13 | increase the risk of falling and having fractured |
| 166: 14 | bones as a result and more commonly in elderly |
| 166: 15 | patients, it can cause confusion. I should say |
| 166: 16 | confusion is more common in elderly patients |
| 166: 17 | treated with narcotics. |
| 166: 18 | Q. Can narcotics also be addictive? |
| 166: 19 | A. Yes, sir. |
| 166: 20 | Q. Can they also impair thinking of those |
| 166: 21 | who take them? |
| 166: 22 | A. Yes, sir. |
| 166: 23 | Q. Can narcotics also have a side effect |
| 166: 24 | of causing drowsiness? |
| 166: 25 | A. Yes, sir. |

*Overruled* (handwritten)

| | | |
|---|---|---|
| 167: 1 | Q. Have you also used aspirin in trying to | Re 167:1-169:18, 169:20 |
| 167: 2 | treat osteoarthritis? | Pl Obj: 401, 402, 403 |
| 167: 3 | A. Very rarely. | Irrelevant testimony re |

| | | |
|---|---|---|
| 167: 4 | Q. | Why is that? |
| 167: 5 | A. | Generally the dose of aspirin necessary |
| 167: 6 | | to treat the symptoms of osteoarthritis have a |
| 167: 7 | | higher risk of causing gastrointestinal problems |
| 167: 8 | | than effective doses of especially specifically |
| 167: 9 | | COX-2 inhibitors. |
| 167: 10 | Q. | What are some of the gastrointestinal |
| 167: 11 | | problems that you understand aspirin can cause? |
| 167: 12 | A. | Gastritis, which is an inflammation in |
| 167: 13 | | the lining of the stomach. It can cause gastric |

GI bleeds and ulcers as a limitation to NSAID therapy. The Plaintiff did not seek treatment for these conditions from Dr. Mikola, nor did he suffer from edema/kidney complications as a result of taking NSAIDs., therefore this testimony is misleading and irrelevant.

Print ###### 2:33:29 PM

Mikola M DA, PC, PA 4-25-06 on 6-20-06

| | | |
|---|---|---|
| 167: 14 | | erosions and ulcerations and they can also cause |
| 167: 15 | | or aspirin can also cause intestinal ulceration as |
| 167: 16 | | well. |
| 167: 17 | Q. | Can aspirin also cause stomach bleeds? |
| 167: 18 | A. | Yes, sir. |
| 167: 19 | Q. | Have you also tried prescribing |
| 167: 20 | | traditional or nonselective NSAIDs? |
| 167: 21 | A. | Yes, sir. |
| 167: 22 | Q. | Which NSAIDs have you prescribed to |
| 167: 23 | | your patients in the past, sir, if you can remember |
| 167: 24 | | them? |
| 167: 25 | A. | Relafen, which is nabumetone, |
| 168: 1 | | Piroxicam, Voltaren, which is diclofenac, Clinoril, |
| 168: 2 | | which is sulindac, Naproxen, ibuprofen, |
| 168: 3 | | salicylate of magnesium or magnesium salicylate, |
| 168: 4 | | which is a nonacetylated salicylate similar to |
| 168: 5 | | aspirin but a little bit different. |
| 168: 6 | Q. | I don't understand what that means. |
| 168: 7 | | Can you -- |
| 168: 8 | A. | It's the way the molecule is produced |
| 168: 9 | | chemically. It is in theory a little bit less |
| 168: 10 | | likely to cause stomach ulceration than plain |
| 168: 11 | | aspirin in theory. |
| 168: 12 | Q. | Okay. |
| 168: 13 | A. | And I think those are probably the main |
| 168: 14 | | ones. |
| 168: 15 | Q. | Do you still prescribe most of those |
| 168: 16 | | NSAIDs today? |
| 168: 17 | A. | Not that often since Advil and Aleve |
| 168: 18 | | are over-the-counter now. I usually would |
| 168: 19 | | prescribe the over-the-counter medication |

Def Resp: Relevant to treatment decisions doctor made regarding Barnett/ prescribing NSAIDs.

[signature]

| | | | |
|---|---|---|---|
| | 168: 20 | | it's a lot less expensive for most folks. And I do |
| | 168: 21 | | also prescribe some Celebrex still. |
| | 168: 22 | Q. | Can you describe some of the potential |
| | 168: 23 | | side effects of NSAIDs that you've seen in your |
| | 168: 24 | | practice, sir. |
| | 168: 25 | A. | Same -- it would be essentially the |
| | 169: 1 | | same as aspirin, stomach problems including -- |
| | 169: 2 | | ranging from ulcers to bleeding. They can |
| | 169: 3 | | occasionally raise blood pressure. It can cause |
| | 169: 4 | | edema. |
| | 169: 5 | Q. | What is edema? |
| | 169: 6 | A. | Swelling, fluid retention, most |
| | 169: 7 | | prominently seen around the ankles. |
| | 169: 8 | Q. | Can they cause kidney complications as |
| | 169: 9 | | well? |

Print ###### 2:33:29 PM

Mikola M DA, PC, PA 4-25-06 on 6-20-06

| | | | |
|---|---|---|---|
| | 169: 10 | A. | Yes, sir. |
| | 169: 11 | Q. | Are you aware that the stomach |
| | 169: 12 | | complications of NSAIDs can be a serious health |
| | 169: 13 | | problem? |
| | 169: 14 | A. | Yes, sir. |
| | 169: 15 | Q. | Do you know, sir, and did you while you |
| | 169: 16 | | were prescribing Vioxx to Mr. Barnett that |
| | 169: 17 | | thousands of people are hospitalized or die each |
| | 169: 18 | | year from GI bleeds as a result of taking |

148  169:20  -  169:20         Mikola, Michael 2006-04-25       0
          169: 20      THE WITNESS: Yes, sir.

149  169:22  -  172:10         Mikola, Michael 2006-04-25    00:03:24

| | | | |
|---|---|---|---|
| | 169: 22 | Q. | When did you start prescribing COX-2 |
| | 169: 23 | | inhibitors or selective NSAIDs? |
| | 169: 24 | A. | Probably within a few months of their |
| | 169: 25 | | introduction into the United States market. I |
| | 170: 1 | | don't remember the exact year. I believe Vioxx |
| | 170: 2 | | Celebrex came to market relatively close in time. |
| | 170: 3 | | If I remember correctly, within a few months after |
| | 170: 4 | | they hit the US market or were approved by the |
| | 170: 5 | | for sale in the United States. |
| | 170: 6 | Q. | Why did you prescribe Celebrex and |
| | 170: 7 | | Vioxx rather than traditional NSAIDs for some of |
| | 170: 8 | | your patients? |
| | 170: 9 | A. | Generally because I believed that the |
| | 170: 10 | | safety specifically for gastrointestinal |

| | | |
|---|---|---|
| 170: 11 | | complications was superior with the COX-2 |
| 170: 12 | | inhibitors versus the traditional nonselective |
| 170: 13 | | NSAIDs. |
| 170: 14 | Q. | And do you know why that is that COX-2 |
| 170: 15 | | inhibitors are more beneficial to the stomach than |
| 170: 16 | | traditional NSAIDs? |
| 170: 17 | A. | COX-2 inhibition reduces |
| 170: 18 | | inflammation -- generally reduces inflammation. |
| 170: 19 | | COX-1 inhibition reduces the production of |
| 170: 20 | | prostaglandin E2, which is a prostaglandin |
| 170: 21 | | necessary for the stomach to make a protective |
| 170: 22 | | mucous coating, and if you block that |
| 170: 23 | | with a nonselective agent, number one, the |
| 170: 24 | | is unable to make the protective mucouses |
| 170: 25 | | effectively and it makes them prone to develop |
| 171: 1 | | erosions and ulcerations from the stomach acids. |
| 171: 2 | Q. | Did you consider the availability of |
| 171: 3 | | COX-2 inhibitors to be a major advance for the |
| 171: 4 | | treatment of arthritis and acute pain? |

Print ###### 2:33:29 PM

**Mikola M DA, PC, PA 4-25-06 on 6-20-06**

| | | | |
|---|---|---|---|
| 171: 5 | A. | In terms of GI safety, yes. | |
| 171: 6 | Q. | Can you describe, sir, your general | Re: 171:6-172:10 |
| 171: 7 | | experience with Vioxx while you were prescribing | Pl Obj: 401, 402, 403 |
| 171: 8 | | when it was on the market, sir? | The Plaintiff did not suffer from |
| 171: 9 | A. | I had very good success with it. | GI bleeds, and this |
| 171: 10 | | Occasionally I would see some patients with | generalized testimony is not |
| 171: 11 | | upset and GI side effects. If I -- and don't quote | applicable to the Plaintiff's |
| 171: 12 | | me on the number, but I saw over the course of | condition for which he sought |
| 171: 13 | | several years maybe three or four patients with | care from Dr. Mikola. |
| 171: 14 | | bleeding, but for the most part, it was very well | Def Resp: Relevant to dr's |
| 171: 15 | | tolerated, very effective. In my experience | decision to prescribe NSAIDs |
| 171: 16 | | treating patients with COX-2 inhibitors or | Vioxx to Barnett. Risk- |
| 171: 17 | | nonselective agents, much of the treatment | benefit analysis. |
| 171: 18 | | unfortunately is sort of trial and error. Some | |
| 171: 19 | | people will get a really good response to one drug | |
| 171: 20 | | and not such a good response to another. So | |
| 171: 21 | | generally put them on one. If they do well on it, | |
| 171: 22 | | continue it, if not, then we'll switch to another. | |
| 171: 23 | Q. | Were you pleased while you were using | |
| 171: 24 | | Vioxx to have it as a choice to treat patients | |
| 171: 25 | | with? | |
| 172: 1 | A. | Yes, sir. | |

| | | | |
|---|---|---|---|
| | 172: 2 | Q. | Did you feel that Vioxx was effective |
| | 172: 3 | | at treating pain? |
| | 172: 4 | A. | Yes, sir. |
| | 172: 5 | Q. | Did you feel that Vioxx allowed |
| | 172: 6 | | patients to lead more active and functional lives? |
| | 172: 7 | A. | Yes, sir. |
| | 172: 8 | Q. | Did you feel that Vioxx was more |
| | 172: 9 | | tolerable than many of the other NSAIDs? |
| | 172: 10 | A. | Yes, sir. |

150   174:5   -   174:18         Mikola, Michael 2006-04-25         00:00:59

| | | | |
|---|---|---|---|
| | 174: 5 | Q. | Was your wife's job as a sales |
| | 174: 6 | | representative for Merck ever a factor in your |
| | 174: 7 | | decision to prescribe Vioxx to your patients? |
| | 174: 8 | A. | Was it a factor. I would say that if I |
| | 174: 9 | | had a patient who would benefit from a COX-2 |
| | 174: 10 | | inhibitor and at that time, and to this day I still |
| | 174: 11 | | probably don't believe that any of the three that |
| | 174: 12 | | were available were more effective than the |
| | 174: 13 | | I may be inclined to use Vioxx first, but if -- as |
| | 174: 14 | | I mentioned, if it didn't work for the patient, I |
| | 174: 15 | | would not hesitate to switch them or if a patient |
| | 174: 16 | | came in, for instance, and asked for Celebrex or - |
| | 174: 17 | | or Bextra, I would not be opposed to putting them |

Print ###### 2:33:29 PM

Mikola M DA, PC, PA 4-25-06 on 6-20-06

| | | |
|---|---|---|
| 174: 18 | | on it first. |

151   180:3   -   182:8         Mikola, Michael 2006-04-25         00:02:39

| | | | |
|---|---|---|---|
| | 180: 3 | Q. | How would you describe your |
| | 180: 4 | | interactions with Merck sales representatives who |
| | 180: 5 | | were detailing Vioxx other than your wife? |
| | 180: 6 | A. | Generally not only Merck but most of |
| | 180: 7 | | the pharmaceutical reps I would typically prefer |
| | 180: 8 | | not to be detailed to extent and generally I would |
| | 180: 9 | | ask them for copies of the original articles from |
| | 180: 10 | | which they drew their detail pieces. |
| | 180: 11 | | When you practice medicine, I'll see |
| | 180: 12 | | the Pfizer rep come in and tell me why Lipitor is |
| | 180: 13 | | the best drug. Three minutes later, the Merck rep |
| | 180: 14 | | comes in and tells me why Zocor is the best drug. |
| | 180: 15 | | Three minutes later, the Novartis rep will come in |
| | 180: 16 | | and tell me why Lescol is the best drug. They |
| | 180: 17 | | can't all be right. They have a lot of glossies |