Florida as a solo neurologist for a multispecialty group. I remained there for one year. I came to Myrtle Beach and worked for Executive Court Medical Specialists owned by John Rathman. I worked for them for one year, came to the group I'm presently in, which is Strand Regional Specialty Associates, and I've been here going on my ninth year.

6:17 - 7:14 Mccaffrey, Michael 2006-05-03

6/29/2006 9:45:15 AM

Q. You mentioned that you did a residency in internal medicine?
A. Yes, sir.
Q. Can you explain what a residency is.
A. A residency is a training program where there are requirements, different rotations you have to accomplish to fill a residency. Most of those will be for work, different subspecialties, emergency room medicine. You do -- and in ICU medicine where you're doing an internal medicine residency.
Q. You also mentioned you did a neurology residency?
A. That is correct.
Q. What is neurology?
A. Neurology is the study of the brain, spinal cord, muscle and nerves.
Q. Do you consider yourself a neurologist?
A. Yes, sir.
Q. Does that mean that you specialize in the diagnosis and treatment of diseases and disorders affecting the brain and the spinal cord?
A. That is correct.

7:15 - 10:7 Mccaffrey, Michael 2006-05-03

Q. You also mentioned that you had been chief resident. What does that mean to be chief resident?
A. Chief resident, you're -- you're more like the sergeant major of all the other residents and you have to interact with the different faculty so there's -- it's a fine balance between the faculty and the residents on who's happy at that particular time in history. But making sure people show up for being on call, making sure they show up at the appropriate clinics, get their work done, make sure they do all their dictations, so it's a go-between between the staff and the residents. And plus you're -- you know, you have to interact with all the other specialties in the hospital so

you're the -- you're the representative for the department dealing with all the other chief residents.

Q. Is it true that being a chief resident is considered an honor?

6/29/2006 9:45:15 AM

A. It is an honor.

Q. In your practice, Dr. McCaffrey, have you treated many patients who have faced acute or chronic pain?

A. Yes, sir.

Q. Is it a challenge to treat those patients?

A. Yes, it is.

Q. Why is it?

A. It's, number one, trying to diagnose what the exact problem is. Sometimes you can go through different studies, sometimes exhaustive to actually try and make a diagnosis and at the same time trying to alleviate their problem.

Q. Why is it difficult to alleviate the problem that patients who have chronic pain face?

A. Because everybody's different. Everybody has a different problem whether it be a peripheral neuropathy, which is a disease of the nerves and legs or arms, whether it's chronic abdominal pain, whether it's low back pain, neck pain, chronic migraine headaches, different types of facial pain, but there's a multitude of pains that you can describe in every part of the body.

Q. Have you treated patients who have suffered from a condition called osteoarthritis?

A. Yes, sir.

Q. What is osteoarthritis?

A. Osteoarthritis is the most common type of arthritis. It's an overgrowth of calcium or bony material around different joints. It's the most common type of arthritis we face in the world.

Q. Is osteoarthritis a disease that mostly affects the cartilage?

A. It starts in the cartilage and it grows out from there.

Q. And what is cartilage?

A. Cartilage is a -- if you want to consider it a soft tissue, it's very flexible. When your bones are being formed you -- when you're born you have very little ossification of your bones and your bones grow longer.

Q. What does that mean, ossification?

**Re 8:10-9:8**
Pl Obj: 401, 402, 403
This is a general description of other patients and conditions not directly affecting the Plaintiff and is therefore immaterial and irrelevant
Def Resp: chronic pain does affect Mr. Barnett. This is relevant to Mr. Barnett but also to understanding generally one of the conditions Vioxx was developed to treat

A. Ossification, the actual process of laying down bone.
Q. Is healthy cartilage something that

6. .006 9:45:15 AM

allows our bones to glide over one another?
A. Yes, it is.

10:12 - 11:5 Mccaffrey, Michael 2006-05-03

Q. Do you know whether osteoarthritis is one of the most frequent causes of disability in the United States?
A. Yes, it is.
Q. Can osteoarthritis be debilitating for certain patients?
A. Yes, it can.
Q. Can it limit patients' ability to function normally?
A. Yes, sir.
Q. What is rheumatoid arthritis?
A. A degenerative arthritis. If you think of osteoarthritis, osteoarthritis is essentially bone growth on the edge of the bones. Rheumatoid arthritis is a destructive arthritis where the bone is, and the cartilages are being affected by an inflammatory process known as rheumatoid arthritis. It's very debilitating and the bones actually in a sense become shorter from the arthritis itself.

Overruled

Re 10:21-11:5
Pl Obj: 401, 402, 403
Plaintiff was not treated for, nor diagnosed with rheumatoid arthritis this is therefore irrelevant, calls for expert testimony
Def resp: the doctor is a neurologist who treats patients with chronic pain and this is proper testimony. Relevant to show the jury the types of conditions Vioxx helped treat.
Also, as a general matter, Pl frequently objects to Merck's McCaffrey designations as "calls for expert testimony" or "calls for improper opinion testimony" Merck believes Dr. McCaffrey's experience as a neurologist who treats people with pain allows him to testify re pain, pain relievers, etc.
Plaintiff, however, also designated opinions from Dr. McCaffrey but those opinions have to do with Vioxx and its potential effects on the heart and on blood pressure. Dr. McCaffrey is not qualified to offer opinions on those issues as he is not a cardiologist and has not studied Vioxx.

11:11 - 19:19 Mccaffrey, Michael 2006-05-03

Q. Have you found that it's difficult at times to find the appropriate treatment for patients with rheumatoid arthritis?
A. Yes, it is.
Q. Are those some of the patients who sometimes face chronic pain?

Overruled

Re 11:11-12:17
Pl Obj: 401, 402, 403
Irrelevant and immaterial
Plaintiff was not diagnosed with rheumatoid arthritis nor does this generalized testimony apply to Plaintiff's

A. Yes, they are.
Q. Whether it's from osteoarthritis or rheumatoid arthritis or one of the other conditions you mentioned before, Doctor, can chronic pain itself be a health problem?
A. Yes, it can.
Q. Can you explain why.
A. People in chronic pain spend more time in doctors' offices. They're looking for a cure for their chronic pain. Some studies show that they actually have a shorter life -- life expectancy. Not all the studies equal each other when you look at them, but they're -- across the board your life expectancy because you have -- a lot of people with chronic pain have other health disorders along with their chronic pain.

condition as he was not on Prednison, did not have osteoporosis diabetes or cataracts. Calls for expert testimony
Def resp: Same response as above. Also, relevant to show other possible treatments besides Vioxx, and to show their short-comings

6/29/2006 9:45:15 AM

Q. When --
A. Or -- or the actual treatments you give them can make them develop other medical problems. If you had to put somebody on Prednisone, which is a steroid, they can develop osteoporosis, they can develop diabetes mellitus, they can develop cataracts in their eyes. And just having somebody on chronic steroids, which is very common with rheumatoid arthritis, it can cause other health problems.
Q. When patients are suffering from chronic pain, whether it's osteoarthritis or rheumatoid arthritis, does that sometimes affect their ability to exercise?
A. Yes, it does.
Q. What are the consequences, sir, for patients who are unable to exercise and stay in shape as a result of being in too much pain?
A. Well, their muscles become debilitated. They have very poor tolerance in doing various things, especially any activity around the house, whether it be yard work, housework, caring for children or parents. It can also inversely affect the heart so --
Q. How does it do that?
A. Well, it just -- it puts a higher demand on the heart itself because the heart's no longer healthy. It becomes -- you become unhealthy when you decrease your activity.
Q. Have you found that patients who are in chronic pain sometimes become depressed?
A. Yes, they do.
Q. Why does that happen to them?

Sustained

Re 13:12-19:19
Pl Obj: 401, 402, 403
The testimony re depression is irrelevant. Further generalized

A. It's the loss of function -- it's a loss of person. Most people don't feel like they're worth anything. They can develop sleep disorders where they don't sleep properly. They can develop insomnia. Those are the main ones with depression.

Q. Dr. McCaffrey, before COX-2 inhibitors like Vioxx came to the market in the United States, what treatment options were available for people who were in pain from osteoarthritis or rheumatoid arthritis?

A. Well, there are various other nonsteroidal medications. Probably the -- the most

6/29/2006 9:45:15 AM

popular prior to the COX-2's was Voltaren or Diclofenac. Also, another popular one was ibuprofen and Naprosyn.

Q. So nonsteroidal antiinflammatory drugs, or NSAIDs, that was one class of medication that was available for patients who were experiencing pain?

A. Yes, sir.

Q. Can you identify some other treatment options before Vioxx came out.

A. Other treatment options would be narcotic medications, whether it be codeine or the codeine-based medications, which include hydrocodone or Oxycodone. Then there's the -- the morphine-based medications so you've got morphine. And if I'm quoting myself right, Dilaudid is morphine based, might be wrong. I just don't use a lot of Dilaudid. But those are the main drugs and, you know, a very common drug you hear, OxyContin, which is an Oxycodone drug. There's also Fentanyl, which is in a different category of narcotics, which is in a patch form we use for chronic pain.

Q. So narcotics were available to treat pain before COX-2 inhibitors, NSAIDs were available?

A. Tylenol.

Q. Tylenol?

A. Tylenol, which is the acetaminophen. There's other drugs in that category that are available in other countries in the world, but the only one we have is acetaminophen in this country.

Q. You also mentioned steroids before?

A. Yes, sir.

Q. Have you ever used aspirin to try to treat patients who were in pain from osteoarthritis?

discussion of the other treatment options available to doctors and their limitations is irrelevant and immaterial, as Plaintiff did not use many of the treatments discussed herein. Further, these questions call for a narrative. Calls for expert testimony. Further, this generalized testimony regarding other treatment options and limitations is irrelevant and immaterial as Plaintiff did not suffer from many of these side effects including kidney or liver failure, nor did he take many of these drugs. The generalized testimony about steroids is irrelevant and misleading because the Plaintiff did not use steroids nor did Dr. McCaffrey treat him for complications arising therefrom

Def resp: Mr. Barnett did use other NSAIDs and this is relevant to show other drugs that were used to treat the same conditions that Vioxx was used for. Also, Dr. McCaffrey is a neurologist with experience treating pain, so this is proper testimony. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx. Additionally, on 6-6-06, Mr Barnett testified that he is currently taking Tylenol.

The witness is the P's neurologist. He is a treating physician. He is the one who prescribed VIOXX for P. It is relevant to show what was available & why a Cox 2 (VIOXX) was selected.

Overruled

A. Yes, sir. And there's also a drug called salicylate, which is very commonly used for rheumatoid arthritis, and that's preferable so -- it seems to be a little bit easier on the stomach than aspirin itself.
Q. Let's go through some of those other treatment options and I'd like to talk about the benefits and the risks that you're aware of for each of those categories of medicines, okay?
A. Yes, sir.

6/29/2006 9:45:15 AM

Q. Let's start with aspirin. What are the benefits of aspirin in terms of pain relief?
A. It works very well. I mean, it's a medication you can use two or three times a day. You can get almost complete pain resolution with aspirin.
Q. Does aspirin reduce inflammation, though?
A. Yes, it does.
Q. And does it also have side effects?
A. It does have side effects. The main side effects you're worried about are the gastrointestinal tract, GI bleeding. You also worry about the kidney and the liver, especially the kidney. Long-term use of aspirin can cause renal failure and also cause liver failure and you can also become toxic on aspirin.
Q. What does that mean?
A. You can develop an acute psychosis from aspirin, which I've seen happen before to patients.
Q. When you mentioned that aspirin can lead to GI bleeds, can you explain to the jury what you mean by that, GI bleeds.
A. Gastrointestinal bleed is a -- a hemorrhage in the stomach that's caused by a compromise in the wall of the gastric mucosa and it causes the small blood vessels to leak blood into the stomach contents, which can cause somebody to become nauseated and eventually start throwing up. In some patients that -- they're getting pain relief from the aspirin, they might not feel any side effects and they have a very slow bleed which can be picked up on a routine rectal examination or a guaiac test on a patient. So that's the hard part about treating people with pain medicine if it can cause GI bleeding is they might not feel it and they can become anemic and run into the problems long term.
Q. What does it mean to become anemic?

Overruled

Re 16:10-19:19
Pl Obj: 401, 402, 403
This generalized testimony is irrelevant and prejudicial as well as misleading because the Plaintiff did not suffer from, nor did Dr. McCaffrey treat him for GI bleeds and the complications arising therefrom. Further, plaintiff did not suffer from psychosis nor addiction.
Def resp: This is relevant because it relates to side effects from other medicine Mr. Barnett has taken. It relates to an important side effect of aspirin and other NSAIDs, GI bleeds. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx.

A. Your blood count goes down. You have a -- for men and women there's a normal hemoglobin/hematocrit and then from a slow GI bleed, your hemoglobin will go down and you'll start feeling fatigued, might start having problems with your memory. And then it gets diagnosed by a blood test usually.

6/29/2006 9:45:15 AM

Q. You also mentioned narcotics. Narcotics can sometimes be helpful at stopping pain, right?

A. That's correct.

Q. Do narcotics have side effects?

A. Yes, they do.

Q. Can you explain some.

A. Addiction is the number one side effect you worry about where people become either psychologically addicted or physically addicted to narcotic medications. And psychologically it's -- they think they need the medications. They go out actively seeking, they go to multiple doctors. The physical addiction, if you have someone on a long-acting narcotic two or three times a day or any other narcotic whether they're taking it for two or three weeks, they've already developed a physical addiction and they will go through withdrawal when they come off the medication.

Q. Is another side effect of narcotics impaired thinking?

A. Impaired thinking, chronic constipation, chronic fatigue. They become very tired after being on the medication for a time period.

Q. Let's talk for a minute about steroids. Are steroids useful in reducing inflammation?

A. Yes, they are.

Q. Do they also sometimes have a helpful effect on reducing pain?

A. Yes, they do.

Q. What are some of the side effects of steroids?

A. Side effects of steroids are osteoporosis --

Q. What is that?

A. -- which is a thinning of the bones where you can actually get -- on long-term use you can get fractures of the bones, especially in the spine. You can develop cataracts. You can develop diabetes mellitus. It can cause you to have hypertension, chronic insomnia. You can develop a

**Re: 18:15-19:19**
PL Obj: 401, 402, 403
This generalized testimony is irrelevant and immaterial as plaintiff did not use steroids, nor did Dr. McCaffrey treat him for complications arising therefrom
Def resp: relevant because it shows the drawbacks of one of the other options for pain relief. Important for the jury to understand the drawbacks of other pain relief options so that the jury will have a better understanding of why Vioxx was developed Also relevant to Dr. McCaffrey's decision to prescribe Vioxx.

Overruled

mood disorder. You can actually develop depression on chronic steroid use.
Q. If there are all these side effects that are associated with steroids, why do you

6/29/2006 9:45:15 AM

prescribe them to your patients on occasion?
A. It's our last line of defense, it's after you've tried everything else. Basic example

**20:13 - 23:16** Mccaffrey, Michael 2006-05-03

safest medication. In an arthritis patient or chronic pain patient, it's the last defense. It's the last medication you would use because of the side effects.
Q. You also mentioned NSAIDs, or nonsteroidal antiinflammatory drugs, like ibuprofen and naproxen.
A. Yes, sir.
Q. What are the benefits of traditional or nonselective NSAIDs? Do you understand what I mean when I say nonselective NSAIDs?
A. Yes, sir, they're COX-1 and COX-2.
Q. Correct. What are some of the benefits of nonselective or traditional NSAIDs like ibuprofen?
A. Pain resolution, easy to use. There's -- initially when you're starting somebody on the medication, you can do some blood monitoring on them, but once you've checked, as long as they're not abusing the medications, it's usually a safe form of therapy.
Q. Are some of the side effects associated with NSAIDs stomach problems?
A. Yes, they are. You can have the same problems with GI bleeding or gastrointestinal hemorrhage. And this can be a slow process also because it helps pain so you might lose blood slowly over time.
Q. Have you heard of patients who have actually had perforations and ulcers in their stomach as a result of taking traditional or nonselective NSAIDs?
A. Yes, sir.
Q. Are you aware of whether the stomach problems and the perforations, ulcers and bleeds are considered a serious health problem in this country?
A. Yes, they are.
Q. Why are they a serious problem, sir?
A. Because they can be lethal. With traditional NSAIDs, I don't know if I'm quoting my

**Re 20:13-16**
Pl Obj: Please see above
Def Resp: Relevant

**Re 21:16-22:10**
Pl Obj: 401, 402, 403
Irrelevant and immaterial - Plaintiff has not suffered from nor been diagnosed with any of these conditions because of his NSAID use
Def Resp: Relevant because this relates to one of the big drawbacks of traditional NSAIDs, and helps the jury understand one of the reasons why Vioxx was developed.

numbers right, but there are probably between a hundred and 150 deaths per year on traditional NSAIDs. That number might be higher.
Q. And are you also aware that there are thousands of NSAID users who have to be hospitalized because of GI-related problems?
A. Yes, sir.
Q. Is tolerability also a problem with some NSAIDs?
A. Yes, sir.
Q. What is tolerability?
A. Being able to take a medicine without the side effects. So every medication on the market can have side effects on a particular patient. I mean, you can hand Tylenol to a hundred patients and two or three patients might have some kind of side effect, whether it be dizziness or whether it be fatigue or some side effect that's intolerable to them, they can't take the medicine because of it.
Q. Do NSAIDs -- nonselective NSAIDs also cause increased blood pressure or hypertension?
A. Yes, sir.
Q. Finally, you mentioned Tylenol. Tylenol can help reduce pain in certain patients?
A. Yes, it can.
Q. Did Tylenol also have side effects?
A. Yes, it can. It has -- they're very limited -- I mean, it's very rare you see a side effect. You will find people that will develop a skin rash like any other medication. Very rare you see the blood pressure go up or -- but I've seen dizziness with Tylenol. I've seen fatigue with Tylenol. If you open the package insert, just about every side effect you can imagine is in there. It's tolerated, but you have to take it four times a day so one of those medications that is limited in what it can do.

**23:17 - 24:23** Mccaffrey, Michael 2006-05-03

Q. Now let's turn to COX-2 inhibitors like Vioxx, okay?
A. Yes, sir.
Q. When did you start prescribing COX-2 inhibitors?
A. When they became available on the

Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx

**Re 23:1-16**
Pl Obj: 401, 402, 403
Plaintiff has not used Tylenol as a treatment and this testimony is therefore irrelevant
Def resp: Mr. Barnett testified on 6-6-06 that his is currently using Tylenol. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx

market. I guess Celebrex was the first COX-2.
Q. Why did you decide to prescribe Celebrex and Vioxx over traditional NSAIDs?
A. Number one, they were more effective from a pain standpoint. Number two, the risk of GI side effects was lower. These are actual medications you could give to people while on Coumadin.
Q. What is Coumadin?
A. Coumadin is a blood thinner. It's the most potent of the blood thinners that we use short of injectable blood thinners, Lovenox, in private practice.
Q. And why is it helpful to be able to give COX-2 inhibitors to patients who are taking blood thinners?
A. Because you cannot give traditional medications. You cannot give Prednisone or steroids. You cannot give traditional nonselective nonsteroidal medications to these patients because of the side effect -- of the possible bleeding contraindications for the patient.
Q. Did you find it helpful when Vioxx and Bextra were on the market to have multiple COX-2 inhibitors to choose from for your patients?
A. Yes, sir.

26:11 - 27:18 Mccaffrey, Michael 2006-05-03

Q. Is it fair, Dr. McCaffrey, that because different people respond differently to the same medication, it is helpful to have more than one medication to prescribe to them?
A. Yes, sir.
Q. Have you seen patients who did not respond well to Celebrex but did respond well to Vioxx?
A. Yes, sir.
Q. Have you seen patients who did respond well to Motrin, or ibuprofen, but not to naproxen?
A. Yes, sir.
Q. During what period of time did you prescribe Vioxx, sir?
A. From the time it was released to the time it was recalled.
Q. Why did you prescribe Vioxx to your patients?

**Re 24:11-19**
Pl Obj: 401, 402, 403
Irrelevant as to other patients' treatment - Plaintiff did not use Prednisone or Coumadin before beginning treatment with Vioxx
Def Resp: relevant to showing the jury why COX-2 inhibitors like Vioxx were an impt development. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx

**Re 26:11-22**
Pl Obj: 401, 402, 403
Irrelevant as to other patients
Def resp: It is relevant to Mr. Barnett, who has tried a number of different medications over the years. Also relevant to Dr. McCaffrey's decision to prescribe NSAIDs/Vioxx

6/2? 9:45:15 AM

A. It was a very excellent medication for the treatment of osteoarthritis and rheumatoid