## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 05-957 | * | |
| | * | MAGISTRATE JUDGE |
| SUSIE POWELL, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF CLAIMS OF SUSIE POWELL AGAINST MERCK & CO., INC.

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of plaintiff Susie Powell, against defendant Merck & Co., Inc., be and they hereby are dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of _____ August _____, 2006

_____
DISTRICT JUDGE