UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to | * | JUDGE FALLON |
| Case No. 05-2446 | * | |
| | * | MAGISTRATE JUDGE |
| Pamela Parker, Attorney-in-Fact on | * | KNOWLES |
| Behalf of Pearl Dunn, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., et al. | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED, that the claims of plaintiff Pamela Parker, Attorney-in-Fact on Behalf of Pearl Dunn, against defendants Merck & Co., Inc. and McKesson Corporation be and they hereby are dismissed without prejudice, each party to bear its own costs and subject to the conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this 28th day of July, 2006.

_____
DISTRICT JUDGE