UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This document relates to: Dale A. Rogers | § | |
| v. Merck & Co., Inc. | § | |
| No. 2:06-cv-01464 | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Dale A. Rogers ("Plaintiff") and Defendant Merck & Co., Inc. ("Defendant") filed a stipulation of dismissal with prejudice. The Court, having review the motion, and being well-advised, finds that the motion should the GRANTED. It is therefore

ORDERED that all claims asserted by Plaintiff against Defendant are dismissed with prejudice.

SO ORDERED.

Signed this  28th  day of    July    , 2006.

_____
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL** – Solo page