THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | MDL Docket No. 1657 |
| ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| VIRGINIA OLLER, ET AL. V. ) | |
| MERCK & CO., INC., 05-1102 ) | MAG. JUDGE KNOWLES |
| ) | |

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS OF BEN BARRON,
CHRISTOPHER FREEDING, BILLY HARDING, MARIE JOHNSON,
GLORETTA MARTIN, BARBARA MASSIE-REED, THOMAS MCLEAN,
NORMA MILLER, ROBERT OSTERHAUS, MARY RICHARDSON, RAMONA
SMITH, GLADYS TERRY, DOROTHY TILL-SCHWAB,
AND BOBBY JACK WILLIAMS**

Considering the Stipulation of Dismissal Without Prejudice of Claims of Plaintiffs Ben Barron, Christopher Freeding, Billy Harding, Marie Johnson, Gloretta Martin, Barbara Massie-Reed, Thomas McLean, Norma Miller, Robert Osterhaus, Mary Richardson, Ramona Smith, Gladys Terry, Dorothy Till-Schwab, and Bobby Jack Williams, filed herein,

IT IS ORDERED that the claims of Plaintiffs Ben Barron, Christopher Freeding, Billy Harding, Marie Johnson, Gloretta Martin, Barbara Massie-Reed, Thomas McLean, Norma Miller, Robert Osterhaus, Mary Richardson, Ramona Smith, Gladys Terry, Dorothy Till-Schwab, and Bobby Jack William against Merck & Co., Inc. be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 28th day of July, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE