IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMBROSE REESE, Individually, and on Behalf of JANET LOUISE REESE, Deceased, | * * * * | In re: VIOXX PRODUCTS LIABILITY LITIGATION MDL Docket No. 1657 |
| Plaintiff, | * * | CASE NO. 05-4574 |
| v. | * * | SECTION L - DIVISION 3 |
| MERCK & CO., INC., a foreign corporation, KNOWLES | * * | JUDGE FALLON MAGISTRATE JUDGE * |
| Defendant. REQUESTED | * | TRIAL BY JURY |

## ORDER OF DISMISSAL OF THE
## CLAIMS OF PLAINTIFF, AMBROSE REESE

On the date shown below, the Court considered the Motion for Dismissal, without prejudice, of the claims of the Plaintiff, Ambrose Reese. After considering the motion, the Court concludes it should be **GRANTED**. The Court, therefore, orders that the claims of Ambrose Reese, are dismissed, without prejudice.

Dated this 28th day of July, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE