UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Robert Crovo and Nancy A. Cilfone, individually and as next of kin of Marie T. Crovo, Deceased v. Merck & Co., Inc., also d/b/a Merck Sharpe and Dohme and d/b/a MSD Sharp & Domhe GmbH,* **No. 05-4169.**

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Merck and this case, subject to the following conditions:

1. The Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased, agree that, in the event they re-file a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. The Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased, further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

The Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased, agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased, and the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____,

2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: AUGUST 1, 2006    _____
Grant Kaiser, Esq., Texas SBN 11078900
The Kaiser Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001

Attorneys for Plaintiffs, Robert Crovo and Nancy Cilfone, individually and as next of kin of Marie T. Crovo, Deceased.

Dated: August 4, 2006    _____
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Dismissal without Prejudice of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 4th day of August, 2006.