UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -4  PM 1:28
LORETTA G. WHYTE
CLERK

In re: **VIOXX PRODUCTS LIABILITY LITIGATION**

This document relates to

Maudie F. Jones, et al. v. Merck & Co., et al.

MDL DOCKET NO. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

CASE NO. 02:06CV729

*See PTO #18C*

## ORDER

~~On Motion of Plaintiffs, Pretrial Order 18(b) is hereby amended to allow Plaintiffs the option of serving PPFs and their attachments either through LexisNexis File and Serve or by serving a CD containing the PPFs and attachments on Mr. Coronato.~~ *Moot*

New Orleans, Louisiana, this 4th day of Aug, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____