UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff, Sara Pantoja, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Edith Sokoloff, et al v. Merck & Co., Inc. If the plaintiff seeks to refile her claims, she must do so in federal court.

GRANTED / DENIED

JUDGE/CLERK