UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3 PM 3: 13

LORETTA G. WHYTE
CLERK

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff, Willie Cobb, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Edith Sokoloff, et al v. Merck & Co., Inc. If the plaintiff seeks to refile his claims, he must do so in federal court.

GRANTED / DENIED

8/d/06
DATE

JUDGE/CLERK

Fee
Process
X Dktd
CtRmDep
Doc. No