IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY ARMSTRONG, BONNIE CARROLL, MARTHA LINDSEY, ELIZABETH JONES, AND MARGARET PULSIPHER | § § § § § | CIVIL ACTION NO. 05-cv-2059 |
| | § | JUDGE ELDON E. FALLON |
| Plaintiffs, | § § | |
| v. | § § | |
| MERCK & COMPANY, INC. | § § § | MAGISTRATE JUDGE |
| Defendant. | § | DANIEL E. KNOWLES, III |

## STIPULATION OF DISMISSAL

**TO THE HONORABLE COURT:**

Plaintiff Elizabeth Jones files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. **Plaintiff is:** Elizabeth Jones.

   **Defendant is:** Merck & Company, Inc.

2. IT IS STIPULATED and AGREED that should Plaintiff or a representative on her behalf re-file Plaintiff's claims against Merck, she will do so only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332 and shall not oppose transfer to MDL 1657.

3. Jones agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims of the above styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

4. Costs of court are taxed against each party incurring the same.

Respectfully submitted,

**THE MONSOUR LAW FIRM**

_____
**DOUGLAS C. MONSOUR**
Attorney-in-Charge
State Bar No. 00791289
211 North Center Street
P. O. Drawer 4209
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Facsimile)
doug@monsourlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**MARTHA LINDSEY**

**BAKER BOTTS, L.L.P.**

_____
**RICHARD L. JOSEPHSON**
State Bar No. 11031500
Maryanne Lyons
State Bar No. 00787937
910 Louisiana
Houston, Texas 77002
(713) 229-1234
(713) 229-1522 (Facsimile)

**ATTORNEYS FOR DEFENDANT,**
**MERCK & COMPANY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2006, the foregoing Stipulation of Dismissal was furnished to the following counsel of record via United States Postal Service:

> Richard L. Josephson
> Baker Botts, LLP
> 910 Louisiana
>
> Houston, Texas 77002
> Julie Hardin
> Jonathan B. Skidmore
> Fulbright & Jaworski
> 2200 Ross Avenue
> Suite 2800
> Dallas, Texas 75201-2784
>
> Anthony Marcus Dileo
> Carmelite M. Bertaut
> Dorothy Hudson Wimberly
> Phillip A. Wittmann
> Stone Pigman Walther Wittmann, LLC
> 546 Carondelet St.
> New Orleans, LA 70130-3588

_____
Douglas C. Monsour