IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY ARMSTRONG, BONNIE CARROLL, MARTHA LINDSEY, ELIZABETH JONES, AND MARGARET PULSIPHER** § § § § § **Plaintiffs,** § § v. § § **MERCK & COMPANY, INC.** § § **Defendant.** § § | CIVIL ACTION NO. 05-cv-2059 JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -4  PM 1:37
LORETTA G. WHYTE
CLERK

## ORDER GRANTING DISMISSAL

BE IT REMEMBERED that on this day came on for consideration the Stipulation of Dismissal by and between Plaintiffs and Defendant in the above styled and numbered cause as to Plaintiff Elizabeth Jones, and the Court, after considering said Motion, is of the opinion that said Stipulation should be and is hereby GRANTED.

It is therefore ORDERED this cause is hereby dismissed pursuant to the terms of the Stipulation of Dismissal as to Plaintiff Elizabeth Jones.

SIGNED this _____ day of ____August____, 2006.

_____
JUDGE PRESIDING

*Order Granting Elizabeth Jones Dismissal*                                                                Page 1