U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 AUG -1  PM 12:01
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

05 md 1657

| | |
|---|---|
| WILLIAM R. GREGORY | CIVIL ACTION NO. 05-0556 – L |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

c/w

### NOTICE OF CHANGE OF ADDRESS

**NOW INTO COURT** comes co-counsel Robert J. Diliberto who hereby notifies the Court and all counsel of record in this matter of his change of address, effective immediately, as follows:

> Robert J. Diliberto
> DILIBERTO & KIRIN, L.L.C.
> 3636 S. I-10 Service Rd. West, Suite 210
> Metairie, LA 70001
> Telephone:   (504) 828-1600
> Fax:         (504) 828-1555

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

Robert J. Diliberto (LA 24783)
DILIBERTO & KIRIN, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone:   (504) 828-1600
Fax:              (504) 828-1555

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing was served upon all counsel of record by placing same in the United States Mail, first-class postage prepaid, properly addressed and/or by facsimile or e-mail on this 1st day of August, 2006.

Robert J. Diliberto

-2-