**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT LOUISIANA**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED      AUG - 1 2006

LORETTA G. WHYTE
CLERK

In re: **VIOXX PRODUCTS
LIABILITY LITIGATION**,

*Eloise Walton et al v. Merck & Co Inc* ,
2:06-cv-03377 for plaintiff Lonnie
Ingram

MDL No. 1657

*Arthur Burke v. Merck & Co Inc* ,
2:06-cv-03375 for Peter Brown

*Montgomery et al v. Merck & Co Inc.,*
2:06-cv-03374 for Shirley Pittman

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

COME NOW, plaintiffs in the above identified cases and give notice of

dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)

of plaintiff Lonnie Ingram from *Walton et al v. Merck & Co Inc* and Peter Brown

from *Arthur Burke v. Merck & Co Inc,* 2:06-cv-03375 and Shirley Pittman from

*Montgomery et al v. Merck & Co Inc.,* 2:06-cv-03374.  Rule 41(a)(1) provides "an

action may be dismissed by the plaintiff without order of court (i) by filing a notice

of dismissal at any time before service by the adverse party of an answer or of a

motion for summary judgment."  Merck has not served answers in the above

identified actions.  Accordingly, plaintiffs give notice of dismissal of the above

identified plaintiffs from the above identified lawsuits.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

JEFFREY J. LOWE, PC

By: _____

Jeffrey J. Lowe
Francis J. "Casey" Flynn
Attorney for Plaintiffs
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties via first-class mail on July 31, 2006 to:

Dan H. Ball
Robert T. Ebert
Stephen G. Strauss
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
314-259-2000
314-259-2020 (fax)

Norman C. Kleinberg
Theodore V.H. Mayer
Charles Avrith
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004
212-837-6000

John N. Poulos
101 Hudson Street
Suite 3601
Jersey City, N.J. 07302-3908
Fax: (201) 536-0799

Attorneys for Merck & Co., Inc.