UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -4  AM 8: 14

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| WILLIAM R. GREGORY | CIVIL ACTION NO. 05-0556   MDL 1657 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___