IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -1  PM 4: 32
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Wynette Carolyn Burke |
| Civil Action No. 06-1746 | Judge Eldon E. Fallon Magistrate Judge Daniel E. Knowles, III |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Wynette Carolyn Burke, Plaintiff herein, and files this Unopposed Motion for Leave to File Plaintiff's First Amended Complaint, and in support thereof would respectfully show the Court the following:

**I.**

Plaintiff's Original Complaint sought damages for various heart conditions.  Plaintiff desires to amend her complaint in order to correct spelling errors. Accordingly, Plaintiff moves for leave to file her First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**II.**

Plaintiff's counsel has discussed filing this motion with the Defendant's counsel, and they do not oppose Plaintiff's motion.

**III.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff seeks leave to file her First Amended Complaint, and for all other relief to which she is justly entitled.

Fee
Process
X  Dktd
CtRmDep
Doc. No.

Respectfully submitted,

**WHITEHURST, HARKNESS, OZMUN**
**& BREES, P.C.**
1122 Colorado Street, 24th Floor
P.O. Box 1802
Austin, Texas 78767
(512) 476-4346
(512) 476-4400 (Fax)
sozmun@whoalaw.com

BY: _____
SCOTT OZMUN
State Bar No. 15392740
JEFF EDWARDS
State Bar No. 24014406

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's First Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that foregoing was filed with the Clerk of Court of the United State District for the Eastern District of Louisiana by U.S. Mail on this the 28th day of July, 2006.

_____
SCOTT OZMUN
State Bar No. 15392740
Attorney for Plaintiff
WHITEHURST, HARKNESS, OZMUN &
BREES, P.C.
1122 Colorado Street, 24th Floor
P. O. Box 1802
Austin, Texas 78767
512/ 476-4346
512/ 476-4400 (Fax)
sozmun@whoalaw.com