IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION: L |
| THIS RELATES TO: | Plaintiff: Wynette Carolyn Burke |
| Civil Action No. 06-1746 | Judge Eldon E. Fallon<br>Magistrate Judge<br>Daniel E. Knowles, III |

### ORDER GRANTING
### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint. The Court has reviewed the Motion, and is of the opinion that it is meritorious and should be GRANTED.

ACCORDINGLY, IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that Clerk shall file the First Amended Complaint of Plaintiff Wynette Carolyn Burke, in the form attached to Plaintiff's Motion as Exhibit "A," among the pleadings in this case.

SIGNED and ENTERED this ____ day of Aug, 2006.

THE HONORABLE JUDGE FALLON