Monty K. VanderMay, OSB # 92148
monty@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone:       (503) 588-8053
Facsimile:   (503) 588-3624

Attorneys for Plaintiff Nicholas Rinne



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06cv1023<br><br>NICHOLAS RINNE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### MOTION AND NOTICE OF MOTION TO WITHDRAW APPEARANCE

TO:   Phillip A. Wittmann                          Wilfred P. Coronato
　　　Stone Pigman Walther Wittmann LLC            Hughes Hubbard & Reed LLP
　　　One United Plaza                             101 Hudson Street, Suite 3601
　　　4041 Essen Lane, Suite 501                   Jersey City, New Jersey 07302-3918
　　　Baton Rouge, Louisiana 70809

　　　Liaison Counsel for Defendant

　　　PLEASE TAKE NOTICE that Monty K. VanderMay and The VanderMay Law Firm will move the

District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130,

---

1    MOTION AND NOTICE OF MOTION TO WITHDRAW
　　　APPEARANCE

K:\worddoc\vioxx\clients\rinne n 2894-01\rinne motion and notice fo motion to withdraw appearance.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

for an order withdrawing Monty K. VanderMay's appearance as counsel of record for Plaintiff Nicholas Rinne in this action. Pursuant to Eastern District of Louisiana Local Rule 83.2.11 and Federal Rule of Civil Procedure 78, counsel for Plaintiff requests this motion be submitted without hearing to expedite the Court's business and because the wording of Local Rule 83.2.11 does not require hearing. This motion will be made on the grounds that Plaintiff Nicholas Rinne does not wish for Monty K. VanderMay and The VanderMay Law Firm to continue their representation of him in this matter.

In accordance with Eastern District of Louisiana Local Rule 83.2.11, Plaintiffs counsel requesting withdrawal must disclose the following information if no substitute counsel has yet been selected by Plaintiff:

A. Plaintiff's address: Plaintiff, Nicholas Rinne, receives mail at c/o Oregon State Hospital 2600 Center Street NE, Salem, OR 97301.

B. Plaintiff's phone number(s): Plaintiff Nicholas Rinne can be reached at (503) 378-9290; (503) 378-9564; or (503) 391-8438.

C. Plaintiff has been informed of all deadlines and pending court appearances in this matter, and further Plaintiff has been warned that, given the complexity of the MDL No. 1657 proceedings, hiring or otherwise procuring substitute counsel is advisable. Plaintiff has been advised that without such substitute counsel, Mr. Rinne's case could be dismissed for failure to prosecute his claim. Plaintiff is aware that the next action in this case is the filing of the Plaintiff's Profile Form, due as soon as his case is posted on Lexis/Nexis File & Serve. Plaintiff has also been made aware that there are no currently scheduled court appearances for Plaintiff in this matter.

D. Plaintiff's counsel has contemporaneously sent a copy of this motion by certified mail, return receipt requested, to Plaintiff at the address listed in section A above. Further,

2   MOTION AND NOTICE OF MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\rinne n 2894-01\rinne motion and notice fo motion to withdraw appearance.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

Plaintiff was sent a draft copy of Plaintiff's counsel's motion to withdraw.

Further, in accordance with the February 2, 2006, MDL No. 1657 Minute Entry, counsel has notified Lexis/Nexis File & Serve of the potential that Monty K. VanderMay may no longer be counsel of record in this matter if an order allowing him to withdrawal is signed, and counsel shall notify Lexis/Nexis File & Serve of Mr. VanderMay's removal as counsel upon confirmation from the Eastern District of Louisiana that Mr. VanderMay has in fact been allowed to withdraw as counsel of record.

DATED this the 25th day of July, 2006.

THE VANDERMAY LAW FIRM

*/s/ Monty OSB0432*

Monty K. VanderMay
OSB No. 92148
The VanderMay Law Firm
monty@vandermaylawfirm.com
Telephone:    503-588-8053
Facsimile:    503-588-3624
Of Attorneys for Plaintiff Nicholas Rinne

3    MOTION AND NOTICE OF MOTION TO WITHDRAW
     APPEARANCE
K:\worddoc\vioxx\clients\rinne n 2894-01\rinne motion and notice fo motion to withdraw appearance.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion and Notice of Motion to Withdraw Appearance, along with the Order Granting Motion to Withdraw Appearance, have been served on Liaison Counsel, Wilfred P. Coronato at Hughes Hubard & Reed LLP, electronically by LexisNexis File & Serve, by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 18B; and on Plaintiff Nicholas Rinne by certified mail, return receipt requested, by depositing a true and correct copy of these documents in the mails of Salem, Oregon, 97301, to the following address:

Nicholas Rinne
c/o Oregon State Hospital
2600 Center Street NE
Salem, OR 97301

DATED this the 25th day of July, 2006.

                                        _____
                                        Monty K. VanderMay, OSB #92148
                                        The VanderMay Law Firm
                                        388 State Street, Suite 340
                                        Salem, Oregon 97301
                                              Attorneys for Plaintiff