Monty K. VanderMay, OSB # 92148
monty@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone:        (503) 588-8053
Facsimile:    (503) 588-3624

Attorneys for Plaintiff Nicholas Rinne



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:06cv1023<br><br>NICHOLAS RINNE,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon motion of Monty K. VanderMay and The VanderMay Law Firm's motion to withdraw appearance as counsel of record for Plaintiff Nicholas Rinne, and it appearing to the Court that plaintiff and movant have agreed to discontinue the attorney-client relationship between them, it is

IT IS HEREBY ORDERED that Monty K. VanderMay and The VanderMay Law Firm's motion is

1   ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\rinne n 2894-01\rinne order granting motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

granted and Monty K. VanderMay and The VanderMay Law Firm are given leave to withdraw their appearance as attorney of record in this action.

DATE: Aug 4, 2006.
New Orleans, Louisiana

_____
U.S. District Judge

2   ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
K:\worddoc\vioxx\clients\rinne n 2894-01\rinne order granting motion to withdraw.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053