**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 2, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Fitzgerald v. Merck & Co., Inc.*, 05-6618

The Court received the attached letter. Accordingly, the Court is entering this Minute Entry to put the letter into the record.

<u>Clerk is directed to serve the following:</u>

Lawrence William Fitzgerald
KCCF Unit CC-201
Prison Number 66345
Box 2000
Burlington, CO 80807

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

JS10(00:05)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____