CLERK'S OFFICE
C/O Honorable Judge
Eldon E. Fallon
UNITED STATES DISTRICT COURT
Eastern District of Louisiana
New Orleans, La 70130


RE: LAWRENCE WILLIAM FITZGERALD Jr
Civil Action Number 05-6618
Section "L" (3)

Dated July 20th, 2006

Dear Judge Eldon E. Fallon,

   I, find my self writing you this letter in hope you will be able to solve a problem regarding my claims with the **MANUFACTURE OF VIOXX-Merck & Co., INC.**
   On February 22nd, 2006 you gave an Order that denied my request for appointment of counsel with my request to proceed informa pauperis because of my incarceration, you also stated in your Order for plaintiff's liaison counsel is directed to contac the plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

   Sir, this is my problem, as you can read me being locked away and incarcerated within the department of corrections in the State of Colorado and the fact of me being indigent because of my incarceration has placed my case against Merck & Co., Incorperation at the bottom of the barrel in society eye's.

   Sir, as you can read for your self, alot of attorney's are not willing to help incarcerated inmated who was injured because of this product called **Vioxx** in the first part of May, I was rushed to the Denver General Hospital because of my heart while going back to Court on a remand ive won pertaining to the innocents of my incarceration, I was there 3 days intensive care unit and 3 more days in the prison infimary intensive care unit in Denver Reception Center intill movement back to my normal prison which did not last long, after being ordered by Doctor Zing for me to see a heart specialist once back at permanent prison location, this never happened, I was moved to a private prison 3 weeks latter which holds me now.

   Judge Fallon, my health issue's are getting worse since, as you can see they have me on a watch for my irregular heart rate and other medical issues are now coming about, because of I do believe was cause by taking this product called **VIOXX**.

   Sir, I was a power weight lifter in the 400 club and since taken this product and now my health issue's have me walking with a cain and getting worse every day.

   Sir, do's an indigent person born in America have the same rights while in prison to be told about the affects of this product none ever explained a word to me, it was given to me for over a year intill the heart troubles started

and then taken away, and I've done everything in my power since to be , allowed to be placed on the same civil action of all the others invold with this liability litigation which now sits before your Honorable Court.

Sir, as you can personally read for your self, I have tryed everything in my power from a prison cell to seek the justice which is needed to be fairly brought before your Honorable Court in my behalf and have been denied over and over by attorney's who know my claims are solid as a rock and do not care because of my incarceration.

**Honorable Judge Eldon E. Fallen**, I do believe America is the finest place in the World to live and its because of men like you and others to keep an watchful eye in the behalf of all americans that makes this country so great for within its boundaries are alot of good people some who made mistakes & others looking to do right in their lifes.

I, believe your wisdom will tell me the truth of this matter for you of all people would not be a Federal Judge with out it down in such a beautiful State as Louisiana.

Respectfully Submitted

Lawrence W. Fitzgerald

Lawrence William Fitzgerald Jr  
KCCF Unit CC-201  
Prison Number 66345  
Box 2000  
Burlington Co 80807

Ps <u>Letter's Included for exhibits</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 23  AM 6:47
LORETTA G. WHYTE
CLERK

LAWRENCE WILLIAM
FITZGERALD, JR.

CIVIL ACTION

VERSUS

NUMBER 05-6618

MANUFACTURE OF VIOXX,
MERCK & CO., INC.

SECTION "L" (3)

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Appointment of Counsel is DENIED. IT IS FURTHER ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis is DENIED. Plaintiffs' Liaison Counsel is directed to contact the Plaintiff to inform him of the status of MDL 1657 and to assist him in obtaining counsel.

New Orleans, Louisiana, this __22nd__ day of February, 2006.

UNITED STATES DISTRICT JUDGE

Clerk is directed to serve the following by mail:

Lawrence William Fitzgerald, Jr.
Inmate Number 66345
Unit 3-C A.V.C.F.
Colorado Department of Corrections
P.O. Box 1000
Crowley, Colorado 81034

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

___ Fee_____
___ Process____
X  /Dktd_____
___ CtRmDep____
___ Doc. No____

### CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name  Fitzgerald, Lawrence   DOC# 66345   Dorm _____   Start Date 6-16-06
Stop Date 7-16-06

Regular          Light Duty          Restricted Duty

Restrictions and/or limitations   when have irregular heart rate come to medical for EKG.

Sports:   Yes   No

K Wiley ARNP

Light Duty Does Not Automatically mean Indoor Duties.

White - Medical     Yellow - Classification File     Pink - Inmate

601503-3390



| | Harry Herman (1914-1987) | Stephen J. Herman |
|---|---|---|
| **Herman, Herman,** | Russ M. Herman* | Brian D. Katz |
| **Katz & Cotlar** | Maury A. Herman* | |
| | Morton H. Katz* | Soren E. Gisleson |
| L.L.P. | Sidney A. Cotlar* | Joseph E. "Jed" Cain |
| Attorneys at Law | Steven J. Lane | |
| | Leonard A. Davis* | Joseph A. Kott, M.D. J.D. (Of Counsel) |
| | James C. Klick‡ | |
| | | Offices in New Orleans and |
| | | Covington, Louisiana |

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116  * A Professional Law Corporation   This Firm and its Partners Are Also
Telephone (504) 581-4892     Facsimile (504) 561-6024   ‡ Also Admitted in Texas   Partners in Herman, Mathis, Casey,
Http://www.hhkc.com                                                                     Kitchens & Gerel, LLP
Temporary Office:
Place St. Charles, 201 St. Charles Ave., Suite 4310
New Orleans, Louisiana 70170

March 2, 2006

**CERTIFIED MAIL RETURN
RECEIPT REQUESTED NO. 7004 1160 0004 9000 1917**

Lawrence William Fitzgerald, Jr.
Inmate Number 66345
Unit 3-C A.V.C.F.
Colorado Department of Corrections
P.O. Box 1000
Crowley, Colorado 81034

                                            RE:      In re: Vioxx Products Liability Litigation
                                                         MDL 1657
                                                         United States District Court
                                                         Eastern District of Louisiana

Dear Mr. Fitzgerald:

      On February 22, 2006, Judge Eldon E. Fallon, United States District Judge presiding over MDL No.1657, In re: Vioxx Products Liability Litigation, issued an Order that requires us to take action with regard to a motion that you filed. A copy of the Order is enclosed.

      There are presently attorneys in Colorado that are handling Vioxx matters. The following attorneys with the firm of Burg, Simpson, Eldredge, Hersch & Jardine are located in Colorado and we recommend that you contact one of them.

      1.      Michael S. Burg, Esq.
                Peter W. Burg, Esq.
                Scott Eldredge, Esq.
                Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
                40 Inverness Drive East
                Englewood, CO 80112
                PH:     (303) 792-5595

Lawrence William Fitzgerald, Jr.
March 2, 2006
PAGE 2

      You should be aware that the Court has established a website where Pre-Trial Orders and certain other Orders have been posted. The Court will update the website on a regular basis. Should you have access to internet, feel free to visit the Court's website located at <http://vioxx.laed.uscourts.gov/Orders/Orders.htm>.

      For your convenience we are enclosing a copy of each Pre-Trial Order that has been rendered thus far in MDL 1657.

Sincerely,

RUSS M. HERMAN

RMH:lmf
Enclosures
cc:    Honorable Eldon E. Fallon (w/o encls.)
       Phillip A. Wittmann, Esq. (w/o encls.)

# BURGSIMPSON
BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC
ATTORNEYS & COUNSELERS AT LAW

**COLORADO**
40 Inverness Drive East
Englewood, CO 80112
P: 303.792.5595
F: 303.708.0527

1365 Forest Park Circle
Suite 202
Lafayette, CO 80026
P: 303.926.1302

www.burgsimpson.com

**WYOMING**
1135 14th Street
P.O. Box 490
Cody, WY 82414
P: 307.527.7891

**TEXAS**
7920 Belt Line Road
Suite 650
Dallas, TX 75254
P: 972.934.1313
F: 972.231.3983

**WASHINGTON D.C.**
227 Massachusetts Ave., NE
Suite 1
Washington D.C 20002
P: 202.544.7600

**ARIZONA**
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
P: 602.508.6110

July 11, 2006

Lawrence W. Fitzgerald
Colorado Department of Corrections
Registration No. 66345
Unit KCCF CC-201
Box 2000
Burlington, CO 80807

Re: *Vioxx*

Dear Mr. Fitzgerald:

Thank you for your letter dated June 27, 2006. I regret to inform you that we are still unable to represent you in this matter. Your injury, as recorded in the medical records we reviewed, was severe chest pain. At this time, we are only able to take cases where the client experienced either a heart attack or stroke. As stated in the previous letter, you may wish to contact other counsel about your possible claim. I have enclosed the status note you requested be returned to you.

Very truly yours,

BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.

Daniel R. Coombe

Enclosure

---

Michael S. Burg
Peter W. Burg
Hon. Alan K. Simpson*
Scott J. Eldredge
David P. Hersh
Kerry N. Jardine
Thomas W. Henderson

Matthew S. McElhiney
Holly Baer Kammerer
William L. Simpson*
Colin M. Simpson*
Rosemary Orsini
Chris Edwards*
Tiffanie D. Stasiak

Kieth Van Doren
Diane Vaksdal Smith
David K. TeSelle
Michael J. Heydt
Seth A. Katz
Michael E. Bonifazi
Steven D. Laman

Angela K. Wood
Larry Jones*
Ashley E. Arroyo
Jeffrey Pederson
Sarah Van Arsdale Berry
David E. Graven
Stephen M. Johnson

Max Yefimenko
Brian K. Matise
Christopher I. Claassen‡
Lisa A. Klein
Daniel R. Coombe

Milward L. Simpson
1897-1993
Joseph J. Branney
1938-2001
Irwin L. Sandler
1945-2006

**OF COUNSEL**
Dale J. Coplan, P.C.
Charles G. Kepler*
Perry L. Goorman

**SPECIAL COUNSEL**
Richard A Lewins‡
Steven G. Greenlee
James G. Gaspich

**STATE LICENSES:** Arizona, California, Colorado, Illinois, Nebraska, New Mexico, New York, Texas, Wyoming.   *LICENSED only in Wyoming, ‡LICENSED only in Texas

# KING & GREISEN, LLP
## ATTORNEYS AT LAW

Diane S. King  
Paula Greisen  
———————  
Alison B. Daniels  
Leslie K. Pagett

1670 YORK STREET  
DENVER, COLORADO 80206

David H. Miller, *Of Counsel*  
Margaret B. Funk, *Of Counsel*  
Julie C. Tolleson, *Of Counsel*

October 11, 2005

**PERSONAL & CONFIDENTIAL**

Mr. Lawrence W. Fitzgerald, DOC# 66345  
Unit 3-C A.V.C.F.  
Post Office Box 1000  
Crowley, CO 81034

RE: **Your Potential Claim**

Dear Mr. Fitzgerald:

After reviewing the facts as you presented them in your letter of September 1, 2005, the decision has been made that we cannot assist you in this matter.

Thank you for your interest in this firm and good luck with your endeavors.

Sincerely,

Catherine E. Hoskins  
Paralegal to David H. Miller



# Franklin D. Azar & Associates, P.C.

14426 East Evans Avenue
Aurora, CO 80014
(303) 757-3300  Fax (303) 759-5203
www.fdazar.com

Franklin D. Azar ♦
Robert E. Markel
Jon Neil Barclay *
W. Clark Litten
Leslie J. Wilkinson
Trent T. King
Nathan J. Axvig
Kenneth B. Pennywell °
Tonya L. Melnichenko †
Thomas J. Dwyer
Robert O. Fischel ♦
Rodney P. Bridgers, Jr. ♦
Patricia A. Meester ◘
Barry I. Dunn ∞
Lisa M. Hungerford ♦
Cheryl A. Rose ◊❖
Nancy J. Fisher

♦ Also admitted in Texas
* Also admitted in Illinois
° Also admitted in Louisiana
† Also admitted in New York
◘ Also admitted in Arizona
∞ Also admitted in California
◊ Also admitted in Wyoming
❖ Also admitted in Missouri

November 16, 2004

Mr. William Fitzgerald Jr. #66345
Ordway Correctional Facility
A.V.C.F.
P.O. Box 1000
Crowley, CO 81034

**RE:** **Your correspondence**

Dear Mr. Fitzgerald:

Thank you for writing to us regarding your potential case. We appreciate your interest in our firm, however, Franklin D. Azar & Associates, P. C. will be unable to assist you in this matter.

We strongly recommend that you continue to pursue your case with other law firms.
Please find enclosed all documents that were sent to us.

Sincerely,

Franklin D. Azar
**FRANKLIN D. AZAR & ASSOCIATES, P. C.**

FDA/bdl

# KRITZER/ZONIES, LLC
### Attorney at Law

Stuart A. Kritzer, Esquire
stuart@kritzerzonies.com
Joseph J. Zonies, Esquire
joe@kritzerzonies.com

December 7, 2004

Mr. Lawrence William Fitzgerald
Prisoner #66345
Ordway Correctional
Arkansas Valley
P. O. Box 1000
Crawley, Colrado   81034

*In re: Vioxx*

Dear Mr. Fitzgerald:

Thank you for contacting Kritzer/Zonies, LLC, regarding your use of Vioxx. We sincerely appreciate the confidence you expressed in our firm.

Unfortunately, from our review of the limited information available the firm has decided not to accept this matter. This does not mean you do not have a potential suit or claim but, rather, means we have made a decision that your claim does not meet with our criteria for representation. Because we have not had the opportunity to investigate the factual issues and perform the necessary research to reach any legal conclusions regarding your circumstances, the firm's decision should not be interpreted as an expression on the merits of your potential case.

Please note there are strict statutes of limitation on all types of claims. If your claims are not filed in a timely fashion or settled, they may be forever barred. Accordingly, if you are interested in pursuing this matter any further, we strongly recommend that you speak to another attorney immediately.

While we will not be representing you regarding this issue, in the future, if you have need of legal representation of any kind, please do not hesitate to contact us. In addition to pursuing class actions on behalf of consumers and employees, our legal and medical team specializes in helping people who have been injured by dangerous medicines, defective products or serious accidents. For more information on our firm, please visit our website at www.kritzerzonies.com.

Again, thank you for contacting Kritzer/Zonies, LLC. We wish you the very best.

Very truly yours,

*[signature]*

for
Kritzer/Zonies LLC



# Franklin D. Azar & Associates, P.C.

14426 East Evans Avenue
Aurora, CO 80014
(303) 757-3300  Fax (303) 759-5203
www.fdazar.com

Franklin D. Azar ♦
Robert E. Markel
Jon Neil Barclay *
W. Clark Litten
Leslie J. Wilkinson
Trent T. King
Nathan J. Axvig
Kenneth B. Pennywell °
Tonya L. Melnichenko †
Thomas J. Dwyer
Robert O. Fischel ♦
Rodney P. Bridgers, Jr. ♦
Patricia A. Meester ◘
Barry I. Dunn ∞
Lisa M. Hungerford ♦
Cheryl A. Rose ◊◈
Nancy J. Fisher
Jeffrey F. Dean ◊◘•

♦ Also admitted in Texas
* Also admitted in Illinois
° Also admitted in Louisiana
† Also admitted in New York
◘ Also admitted in Arizona
∞ Also admitted in California
◊ Also admitted in Wyoming
◈ Also admitted in Missouri
▫ Also admitted in Minnesota
• Also admitted in Nebraska

December 20, 2004

Mr. Lawrence W. Fitzgerald Jr.
Inmate Number 66345
A.V.C.F.
P.O. Box 1000
Crowley, CO 81034

**RE:**     **Your correspondence**

Dear Mr. Fitzgerald:

Thank you for writing to us regarding your potential case. We appreciate your interest in our firm, however, Franklin D. Azar & Associates, P. C. will be unable to assist you in this matter.

We strongly recommend that you continue to pursue your case with other law firms.
Please find enclosed all documents that were sent to us.

Sincerely,

*[signature]*

Franklin D. Azar
**FRANKLIN D. AZAR & ASSOCIATES, P. C.**

FDA/bdl

**COLORADO SPRINGS, CO**     **PUEBLO, CO**     **TRINIDAD, CO**     **EL PASO, TX**