Case 2:05-md-01657-EEF-DEK   Document 6109   Filed 08/03/06   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 05-5078

JEAN GRANT, a Florida resident,                     MDL NO: 1657

        Plaintiffs,                                    SECTION L

v.                                                  JUDGE FALLON

MERCK & CO., INC., a foreign corporation,

        Defendant.
_____/

### NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, hereby gives notice of Plaintiff's death on May 13, 2006. A motion for substitution of party for Plaintiff Jean Grant will be forthcoming.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Suggestion of Death has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial order No. 8(b), and that the foregoing was sent via Federal Express to the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 2nd day of August 2006.

Ervin A. Gonzalez
Florida Bar No. 500720
Patrick S. Montoya
Florida Bar No. 0524441
Attorneys for Plaintiff

1

COLSON HICKS EIDSON  
255 Aragon Avenue, Second Floor  
Coral Gables, Florida  33134  
Tel: (305) 476-7400  
Fax: (305) 476-7444  
Email: ervin@colson.com  
Email: patrick@colson.com