FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3 PM 12: 37

LORETTA G. WHYTE
CLERK

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

MDL 1657

| | |
|---|---|
| JAMES PATTERSON | CIVIL ACTION NO. 05-2544 - L |
| VERSUS | JURY TRIAL DEMANDED |
| MERCK & CO., INC. | JUDGE _____ |

FILED: _____     _____
                                    **DEPUTY CLERK**

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, come Anthony J. Milazzo, Jr. and Albert C. Miranda, attorneys at law, and upon suggesting to this Honorable Court that Anthony J. Milazzo, Jr. of Miranda, Warwick, Milazzo, Giordano, and Hebbler, APLC, is presently attorney of record for plaintiff, James Patterson, but desires to withdraw, and that Albert C. Miranda of Delaup, Schexnayder, and Miranda, LLC, 110 Veterans Memorial Boulevard, Suite 535, Metairie, Louisiana, 70005, desires to remain enrolled as counsel of record for

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

plaintiff, James Patterson, in place of Anthony J. Milazzo, Jr.

Respectfully submitted,

**DELAUP, SCHEXNAYDER AND MIRANDA, LLC**

BY: _____
**ALBERT C. MIRANDA, #8690**
110 Veterans Memorial Boulevard
Suite 535
Metairie, Louisiana 70005
Telephone: (504) 828-2277

- and -

**MIRANDA, WARWICK, MILAZZO, GIORDANO & HEBBLER, APLC**

A Professional Law Corporation

BY: _____
**ANTHONY J. MILAZZO, JR. (#9661)**
3636 S. I-10 Service Road West
Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007