FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -4 PM 1: 29
LORETTA G. WHYTE
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

MDL 1657

| JAMES PATTERSON | CIVIL ACTION NO. 05-2544 |
| VERSUS | JURY TRIAL DEMANDED |
| MERCK & CO., INC. | JUDGE _____ |

## ORDER

Considering the above and foregoing motion:

**IT IS ORDERED** by this Honorable Court that Anthony J. Milazzo, Jr. be and the same is hereby withdrawn as counsel of record for plaintiff, James Patterson, and that Albert C. Miranda, Delaup, Schexnayder, and Miranda, LLC, 110 Veterans Memorial Boulevard, Suite 535, Metairie, Louisiana 70005, be and hereby remains as counsel of record for plaintiff, James Patterson.

**NEW ORLEANS**, Louisiana this 4th day of Aug, 2006.

_____
**J U D G E**

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___

3