```
                                               FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2006 AUG -3 PM 12: 37

                                          LORETTA G. WHYTE
                                               CLERK
```

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

MDL 1657

| | |
|---|---|
| **ROBERT FAIRCHILD AND THERESA FAIRCHILD** | **CIVIL ACTION NO. 05-2543; SECTION L** |
| | **JURY TRIAL DEMANDED** |
| **VERSUS** | |
| | **JUDGE ELDON E. FALLON** |
| **MERCK & CO., INC.** | |

FILED: _____      _____
                                    **DEPUTY CLERK**

## MOTION AND ORDER TO WITHDRAW
## AS COUNSEL OF RECORD

**NOW INTO COURT**, come Anthony J. Milazzo, Jr. and Albert C. Miranda, attorneys at law, and upon suggesting to this Honorable Court that Anthony J. Milazzo, Jr. of Miranda, Warwick, Milazzo, Giordano, and Hebbler, APLC, is presently attorney of record for plaintiffs, Robert Fairchild and Theresa Fairchild, but desires to withdraw, and that Albert C. Miranda of Delaup, Schexnayder, and Miranda, LLC, 110 Veterans Memorial Boulevard, Suite 535, Metairie, Louisiana 70005, desires to remain enrolled

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____
```

as counsel of record for plaintiffs, Robert Fairchild and Theresa Fairchild, in place of Anthony J. Milazzo, Jr.

        Respectfully submitted,

        **DELAUP, SCHEXNAYDER,**
        **AND MIRANDA, LLC**

        BY: _____
        **ALBERT C. MIRANDA, #8690**
        110 Veterans Memorial Boulevard
        Suite 535
        Metairie, Louisiana 70005
        Telephone: (504) 828-2277

- and -

        **MIRANDA, WARWICK, MILAZZO,**
        **GIORDANO, AND HEBBLER**
        A Professional Law Corporation

        BY: _____
        **ANTHONY J. MILAZZO, JR. (#9661)**
        3636 S. I-10 Service Road West
        Suite 300
        Metairie, Louisiana 70001
        Telephone: (504) 833-8007