FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -4 PM 1:29
LORETTA G. WHYTE
CLERK

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

MDL 1657

**ROBERT FAIRCHILD AND**  CIVIL ACTION NO. 05-2543;  SECTION L
**THERESA FAIRCHILD**

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE ELDON E. FALLON

### ORDER

Considering the above and foregoing motion:

**IT IS ORDERED** by this Honorable Court that Anthony J. Milazzo, Jr. be and the same is hereby withdrawn as counsel of record for plaintiffs, Robert Fairchild and Theresa Fairchild, and that Albert C. Miranda, Miranda, Delaup, Schexnayder, and Miranda, LLC, 110 Veterans Memorial Boulevard, Suite 535, Metairie, Louisiana 70005, be and hereby remains as counsel of record for plaintiffs, Robert Fairchild and Theresa Fairchild.

**NEW ORLEANS**, Louisiana this ____ day of _____, 2006.

_____
J U D G E

3

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc. No._____