MINUTE ENTRY
FALLON, J.
AUGUST 3, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON          THURSDAY, AUGUST 3, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert          (continued from 8-2-06)
Court Reporter: Cathy Pepper\Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Edward Scolnick - resumes video deposition. Transcript filed into the record.

Dr. Lemuel Moye - sworn - qualified as an expert.

Dr. Laura Demopoulos - by video deposition. Transcript to be filed into the record.

Dr. Michael Mikola - by video deposition.

Court adjourned at 5:15 PM until Friday, August 4, 2006, at 8:30 am.

JS-10:     6:14