U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  8-4-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. CA 06-485 |

**Notice of Filing Deposition Testimony
of Laura Demopoulos**

Plaintiff Gerald Barnett, by and through his attorneys, hereby gives notice of filing the final transcript of the deposition testimony of Laura Demopoulos. This testimony was played during the trial of this cause on August 3, 2006. A transcript is attached as Exhibit "A."

Respectfully submitted,

Dated: August 4, 2006    By: _____Lexi W. Myer_____
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

1

P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
HERMAN HERMAN KATZ
& COTLER, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70013
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

Christopher A. Seeger
SEEGER WEISS
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171 (telephone)
(337) 494-7218 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Edward M. Scolnick has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of August, 2006.

*Lexi W. Myer*

Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON

```
                        Demopoulos Ruled On

Demopoulos (Multi-clip)
LD 2620      26:20-27:7

  26:20      Q.       Now, ma'am, then let's look at Vioxx
  26:21 as a drug.
  26:22               You know what the word
  26:23 "prothrombotic" means, don't you?
  26:24      A.       Yes.
  26:25      Q.       Prothrombotic means something might
  27: Page 27
  27: 1 cause a clot in the body, right?
  27: 2      A.       Correct.
  27: 3      Q.       And you knew at Merck that one of the
  27: 4 reasons, at least the VIGOR study showed an increase
  27: 5 in heart attack risks with Vioxx, you knew one of
  27: 6 the possible explanations was Vioxx was causing
  27: 7 clots, right?

LD 2710      27:10-27:25

  27:10               THE WITNESS:  That was one of several
  27:11 possible explanations.
  27:12 BY MR. LANIER:
  27:13      Q.       And it was a possible explanation
  27:14 that you knew about consciously in your mind as a
  27:15 possibility back when you were the senior director
  27:16 of heart research at Merck, right?
  27:17      A.       I and others within Merck stated that
  27:18 as a possibility.
  27:19      Q.       Right.  Because it wasn't just you,
  27:20 everybody at Merck knew that one of the
  27:21 possibilities for why the VIGOR study showed what it
  27:22 showed is your Vioxx was causing the clotting,
  27:23 right?
  27:24      A.       We enumerated that among the
  27:25 possibilities.

LD 2821      28:21-29:1

  28:21      Q.       But you dealt with the public affairs
  28:22 people, didn't you?
  28:23      A.       I did.
  28:24      Q.       And you put out a video news release,
  28:25 or you were a part of it at least, right?
  29: Page 29
  29: 1      A.       Yes.

LD 2920      29:20-30:11

  29:20      Q.       When you did your taping, what was
  29:21 involved in the taping?
  29:22      A.       I responded to some questions that
  29:23 related to an article which had been published by
  29:24 Eric Topol, and the questions and my answers were
  29:25 made in response to that article.
  30: Page 30
  30: 1      Q.       And to put this into a year frame, do
  30: 2 you remember when that article was?
  30: 3      A.       It was August of 2002, I believe.
  30: 4      Q.       Two years before Merck pulled the
  30: 5 drug, right?
  30: 6      A.       Yes.
                              Page 1
```

```
                                  Demopoulos Ruled On
       30: 7        Q.       And in August of 2002, the article
       30: 8   came out.  How soon after that did you do your
       30: 9   videotaping for the company?
       30:10        A.       I don't recall exactly, but I suspect
       30:11   it was within several weeks.

LD 3112      31:12-31:18

       31:12        Q.       Do you recall when they came in
       31:13   whether or not they would get you to, in essence,
       31:14   practice, practice, practice, say the same thing
       31:15   over and over and over, get it just right?
       31:16        A.       My recollection is that we did
       31:17   several takes, if you'd call it that, if that's the
       31:18   right term, of similar questions.

LD 3421      34:21-35:1

       34:21              MR. LANIER:  Okay.
       34:22              Would you please -- we've got this,
       34:23   all the outtakes from this, and I want to play some
       34:24   of them with you and see if this refreshes your
       34:25   memory a little bit about what went on.
       35: Page 35
       35: 1        A.       Okay.

LD 8714      87:14-88:1

       87:14              FEMALE SPEAKER 2:  Now, ideally what
       87:15   we need from you as kind of a company person out
       87:16   there is, you know, Merck stands behind the safety
       87:17   profile, or whatever you feel comfortable saying,
       87:18   and then give your reasons for why.  I think you
       87:19   gave different reasons or reasons we didn't even
       87:20   have in here, and that is, you know, the product's
       87:21   been in millions of people, we've studied it
       87:22   routinely, we continue monitoring it, you know,
       87:23   we've reported -- we've reported things and look at
       87:24   reports coming from physicians.  So, whatever makes
       87:25   you comfortable in saying that Merck stands behind
       88: Page 88
       88: 1   the safety.

LD 8823      88:23-89:11

       88:23              "DR. DEMOPOULOS:  Do you think it's
       88:24   useful to -- I mean, I think, you know, in fairness
       88:25   and in our own standby statement and, you know, the
       89: Page 89
       89: 1   PIRs and our own publications, we say that one
       89: 2   possible explanation for the VIGOR results is the
       89: 3   prothrombotic effect of Vioxx.  We say it ourselves.
       89: 4   I mean, we've said it in lots of different places.
       89: 5   And it's in there and they raised that.  And there
       89: 6   isn't a single person in the company who's going to
       89: 7   say that that's not a possible explanation.  So, you
       89: 8   know, to say that, you know, to make the answer an
       89: 9   absolute and say we stand behind the safety, it's
       89:10   unassailable, is, you know, probably too much of a
       89:11   generalization at least.

LD 10403     104:3-105:20
```

Page 2

```
                                Demopoulos Ruled On
104: 3      Q.      Ma'am, what you told that person is,
104: 4 "Do you think it's useful" -- I mean, you started
104: 5 out asking them if they thought it would be useful,
104: 6 right?
104: 7      A.      I did, yes.
104: 8      Q.      And then you changed it and you said,
104: 9 "I mean, to think, you know, in fairness" -- that
104:10 was your word, "in fairness," wasn't it?
104:11      A.      Correct.
104:12      Q.      "And in our own standby statement,
104:13 you know, the PIRs and our own publications, we say
104:14 that one possible explanation for the VIGOR results
104:15 is a prothrombotic effect of Vioxx."
104:16              You said that, didn't you?
104:17      A.      Correct.
104:18      Q.      You say, "We say it ourselves.  I
104:19 mean, we've said it in lots of different places.
104:20 And it's in there.  And they raised that."
104:21              You said that, didn't you?
104:22      A.      I did.
104:23      Q.      You said, "And there isn't a single
104:24 person in the company who's going to say that that's
104:25 not a possible explanation."
105: Page 105
105: 1              That's what you said, right?
105: 2      A.      Yes.  Merck said that many times.
105: 3      Q.      Now, ma'am, if you'll look at the way
105: 4 you've ended this, because it kind of frames her
105: 5 first request of does the company stand by, you
105: 6 said, "So, you know, to say that, you know, to make
105: 7 the answer an absolute and say we stand behind the
105: 8 safety, it's unassailable, is, you know, probably
105: 9 too much of a generalization at least."
105:10              That's what you said, isn't it?
105:11      A.      Yes.
105:12      Q.      Because it is too much of a
105:13 generalization to say Merck stood behind the safety
105:14 of Vioxx when it came to heart attacks, right?
105:15      A.      No.
105:16      Q.      So, when you say that it -- to make
105:17 an answer and say, "We stand behind the safety is
105:18 probably too much of a generalization," were you
105:19 telling the truth?
105:20      A.      Yes.

LD 11624a      116:24-117:21

116:24      Q.      All right.
116:25              So, make sure -- I don't understand
117: Page 117
117: 1 how I'm missing it, so, I just want to make sure
117: 2 I've got this right.
117: 3              You do agree that every -- that one
117: 4 possible explanation for the VIGOR result is a
117: 5 prothrombotic effect of Vioxx, right?
117: 6      A.      Yes.  That's a possible explanation.
117: 7      Q.      And you do agree, quote, there isn't
117: 8 a single person in the company who's going to say
117: 9 that's not a possible explanation, right?
117:10      A.      A possible explanation.
117:11      Q.      And you do agree that Merck ought to
117:12 tell customers the truth about its drugs, right?
117:13      A.      The truth, yes.
```

```
                              Demopoulos Ruled On
117:14        Q.     And you do agree that if Merck thinks
117:15 Vioxx possibly causes heart attacks, that Merck
117:16 ought to at least say we think that's possible,
117:17 true?
117:18        A.     No, not necessarily.  I think there
117:19 are many instances where it may or may not be
117:20 appropriate or prudent to raise questions that one
117:21 might have.
```

Total Length - 00:07:47