MINUTE ENTRY
FALLON, J.
AUGUST 4, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON          FRIDAY, AUGUST 4, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert              (continued from 8-3-06)
Court Reporter: Cathy Pepper\Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Michael Mikola - resumes video deposition. Transcript filed into the record.

Dr. Mark Karavan - by video deposition.


Court adjourned at 5:30 pm until Saturday, August 5, 2006, at 8:00 am.


| JS-10:    6:43 |
|---|