Mikola Complete Plaintiffs

Mikola Direct (Multi-clip)
MM 0402      4:2-4:10

```
4: 2        Q.   Hi, Doctor, I'm Mark Robinson.  I
4: 3 represent Gerald Barnett, your patient.  Do you
4: 4 want to tell the jury what kind of doctor you are?
4: 5        A.   I'm an internist.  I practice internal
4: 6 medicine.
4: 7        Q.   And where do you practice right now?
4: 8        A.   Where?
4: 9        Q.   Yes.
4:10        A.   In Mount Pleasant, South Carolina.
```

MM 0414      4:14-5:5

```
4:14        Q.    And where
4:15      were you practicing at that time?
4:16        A.   Myrtle Beach, South Carolina.
4:17        Q.   Do you remember Jerry Barnett?
4:18        A.   Yes, sir.
4:19        Q.   And you actually took care of him
4:20 almost four-and-a-half years, is that right?
4:21        A.   I believe that's correct, yes.
4:22        Q.   And what were you taking care of Jerry
4:23 Barnett for?
4:24        A.   At the time, high cholesterol.  He had
4:25 a history of gastroesophageal reflux disease and
5: Page 5
5: 1 allergies as well as routine health maintenance
5: 2 issues.
5: 3        Q.   And were you helping him with pain
5: 4 medication for his back?
5: 5        A.   Yes.
```

D MM 0506      5:6-5:8

```
5: 6        Q.   Okay.
5: 7        A.   He also had -- I think he had neck
5: 8 problems.
```

MM 509-Dup001      5:9-5:19

```
5: 9        Q.   And was one of the drugs that Jerry
5:10 Barnett was taking from, say, sometime in 2000 up
5:11 to 2004 Vioxx?
5:12        A.   That's correct.
5:13        Q.   And initially is it your understanding
5:14 that Dr. McCaffrey, a neurologist from Myrtle
5:15 Beach, prescribed Vioxx for Mr. Barnett?
5:16        A.   I believe that's correct, yeah.
5:17        Q.   And then you continued with that
5:18 prescription, is that right?
5:19        A.   Correct.
```

D MM 0520      5:20-5:23

```
5:20        Q.   And is it your understanding that
5:21 Mr. Barnett saw Dr. McCaffrey up through I think
5:22 something like December 30th of 1999 --
5:23        A.   I believe that's correct.
```

MM 524      5:24-6:4

Mikola Complete Plaintiffs

```
5:24        Q.   -- is that correct?  Is it also true
5:25 that Jerry Barnett started with you as a patient in
6: Page 6
6: 1 October of 1999?
6: 2        A.   Yes, sir, that's correct.
6: 3        Q.   In fact, let me -- let me give you what
6: 4 will be Exhibit Number 1.
```

MM 609      6:9-6:9

```
6: 9        Q.   It's a record from October 22nd, 1999.
```

MM 611      6:11-6:13

```
6:11             Is this the record of your first seeing
6:12 Mr. Barnett?
6:13        A.   That's correct.
```

D MM 0701      7:1-7:3

```
7: 1        Q.   And at Page 2 it talks about the
7: 2 assessment and plan, is that right?
7: 3        A.   Correct.
```

MM 704      7:4-7:24

```
7: 4        Q.   And why don't you read the five
7: 5 categories without going into the detail, but what
7: 6 are the five categories under the assessment and
7: 7 plan?
7: 8        A.   The five diagnoses are hyperlipidemia,
7: 9 osteoarthritis, reflux with dilatation and
7:10 esophagitis, cancer screening and sinusitis.
7:11        Q.   And what is hyperlipidemia?
7:12        A.   That's an elevated sugar and blood
7:13 lipids are commonly referred to as cholesterol
7:14 levels.
7:15        Q.   And at some point you put him on a drug
7:16 called Lipitor, is that right?
7:17        A.   I'll refer to the records, but I
7:18 believe he was started on -- let me check.  I know
7:19 he was on Lipitor.  I believe I started that.  Yes,
7:20 that's correct.  I wasn't clear if I started that
7:21 medicine or not, but according to my notes, in
7:22 August he was on it.
7:23        Q.   August of 2000?
7:24        A.   Yes.
```

D MM 0725      7:25-8:3

```
7:25        Q.   Okay.
8: Page 8
8: 1        A.   I believe I prescribed that for him.
8: 2        Q.   Okay.  And then if you go back to
8: 3 Exhibit Number 1.
```

MM 804      8:4-8:4

```
8: 4        A.   Yes, I did start him on Lipitor.
```

D MM 0805      8:5-8:13

Mikola Complete Plaintiffs

```
8: 5          Q.    Okay.
8: 6          A.    Okay.
8: 7          Q.    And that was for his hyperlipidemia, is
8: 8 that right?
8: 9          A.    Correct.
8:10          Q.    And Lipitor, what type of drug is
8:11 Lipitor?
8:12          A.    It's a drug class called a statin.
8:13 It's a drug designed to lower cholesterol.
```

MM 814      8:14-9:4

```
8:14          Q.    Okay.  Now, going back to Exhibit
8:15 Number 1 under the assessment and plan on Page 2 of
8:16 Exhibit Number 1.
8:17          A.    Yes, sir.
8:18          Q.    Do you see Number 2, it says,
8:19 osteoarthritis, continue Feldene?
8:20          A.    Yes, sir.
8:21          Q.    Now, so when he first came to you, he
8:22 was on Feldene, right?
8:23          A.    Correct.
8:24          Q.    And the note says, he takes it fairly
8:25 regularly and it seems to be effective for him?
9: Page 9
9: 1          A.    Correct.
9: 2          Q.    I'm going to now show you a record
9: 3 dated January 19th and January 20th, here you go,
9: 4 which will be Exhibit Number 2.
```

D MM 0919      9:19-9:25

```
9:19              THE WITNESS:  I can probably clarify a
9:20 little if you'd like.  The typed notes are -- that
9:21 say Carolina Health Specialists at the top are my
9:22 office notes, the typed notes that say Grand Strand
9:23 Regional Medical Center would be the hospital --
9:24 hospital notes and the handwritten note is a
9:25 progress note from the hospital.
```

MM 1004      10:4-10:11

```
10: 4          Q.    So just to get the order here, if we go
10: 5 to the typewritten notes dated 1/19/2000, it
10: 6 appears that Mr. Barnett had a stuttering-type
10: 7 presentation of chest discomfort, is that right?
10: 8          A.    Yes, sir.
10: 9          Q.    And apparently it progressed throughout
10:10 that day of January 19th, 2000?
10:11          A.    I believe that's correct, yes.
```

D MM 1109      11:9-11:17

```
11: 9              THE WITNESS:  There is a typo on this
11:10 page as well.  Where it says, an EKG was obtained,
11:11 it did show any significant ischemic changes, it
11:12 should say, it did not show any significant
11:13 ischemic changes.
11:14 BY MR. ROBINSON:
11:15          Q.    Okay.  So there was an EKG that did not
11:16 show any significant ischemic changes, right?
11:17          A.    That's correct.
```

Mikola Complete Plaintiffs

MM 1205        12:5-12:22

```
12: 5        Q.   So when he presented with his chest
12: 6 pain, what did you do for him?
12: 7        A.   I did the EKG.  It did not show any
12: 8 acute cardiac problems.  I was concerned given his
12: 9 risk factors that it may be indicative of coronary
12:10 artery disease so I gave him a prescription for
12:11 sublingual nitroglycerine to take in the event that
12:12 his symptoms recurred.  And then it -- it appears
12:13 that he paged me that evening stating his chest
12:14 discomfort recurred.  He took a nitroglycerine and
12:15 it resolved.
12:16        Q.   Okay.  Was one of the concerns you had
12:17 was that the chest pain might have been angina?
12:18        A.   Correct.
12:19        Q.   What is angina?
12:20        A.   Angina is chest -- typically chest
12:21 pain, but it's -- refers to symptoms caused by an
12:22 inadequate blood supply to the heart muscle.
```

MM 1309        13:9-14:10

```
13: 9        Q.   Do you see under assessment plan --
13:10 would you read into the record Number 1, please.
13:11        A.   Yes, sir.  Recurrent chest discomfort.
13:12 Diagnostic possibilities would include esophageal
13:13 spasm or esophagitis.  Given the fact that he takes
13:14 his Prilosec regularly, I think it would be a
13:15 little less likely, and I am also concerned given
13:16 the family history of coronary disease and a
13:17 personal history of hyperlipidemia, that it could
13:18 represent an unstable angina pattern.
13:19        Q.   You can stop at that point.  What does
13:20 an unstable angina pattern refer to?
13:21        A.   Unstable angina generally refer --
13:22 refers to an unstable plaque in the coronary
13:23 arteries.  Inadequate blood supply to the heart
13:24 muscle that we refer to as angina generally occurs
13:25 in two patterns commonly.  One is stable angina,
14: Page 14
14: 1 which is thought to represent a gradual progression
14: 2 of plaque build-up in the artery, and that
14: 3 typically occurs when the heart muscle demand for
14: 4 blood and oxygen is impeded by plaque build-up in
14: 5 the arteries.  Unstable angina is felt to represent
14: 6 a plaque that is in the process of rupturing and
14: 7 that is -- puts patients at a higher risk of a
14: 8 heart attack or an impending event.
14: 9        Q.   Okay.  Going to Number 2, will you read
14:10 that into the record, please.
```

MM 1419        14:19-15:8

```
14:19        A.   Hyperlipidemia.  Certainly if he has
14:20 significant coronary disease, he will need his LDL
14:21 below 100.  Given the family history of coronary
14:22 disease in the absence of documented disease, I
14:23 think his LDL goal would be closer to 130.  He did
14:24 lower his LDL from 190 to 152 with dietary changes
14:25 and further decisions regarding his therapy will be
15: Page 15
15: 1 made after the results of his cardiac work-up.
```

                    Mikola Complete Plaintiffs
15: 2        Q.    And now will you read Number 3, please.
15: 3        A.    Number 3 says, gastroesophageal reflux.
15: 4 We will continue the Prilosec.  Certainly if his
15: 5 cardiac work-up is negative, we'll consider an
15: 6 upper GI series for further evaluation to evaluate
15: 7 his esophagus and he will also have a PA and
15: 8 lateral chest x-ray on admission.

MM 1517      15:17-16:8

15:17        Q.    Could we go to Page 3 of Exhibit Number
15:18 2, please, Doctor.
15:19        A.    Is that the page with handwriting?
15:20 It's not numbered.
15:21        Q.    Yes.  Yes.
15:22        A.    Okay.
15:23        Q.    It says in the second line, patient --
15:24 can you read that into the record, please.
15:25        A.    Yes, sir.  It says, patient had acute
16: Page 16
16: 1 onset severe precordial chest pain in the emergency
16: 2 room promptly relieved by one sublingual
16: 3 nitroglycerine.  EKG obtained, however, chest pain
16: 4 resolved -- I can't make out the next word --
16: 5 within 30 seconds of sublingual nitroglycerine.
16: 6        Q.    What is precordial chest pain?
16: 7        A.    That refers to the area located over
16: 8 the heart on the left side of the chest.

MM 1614      16:14-16:21

16:14        Q.    Okay.  But is precordial pain something
16:15 that would be associated or could be associated
16:16 with angina?
16:17        A.    Correct.
16:18        Q.    Okay, could we go to the fourth page of
16:19 Exhibit Number 2, Doctor.  This is a note that was,
16:20 I guess, dictated by you?
16:21        A.    Correct.

MM 1709      17:9-20:4

17: 9        A.    Do you want me to read?
17:10        Q.    Yes.
17:11        A.    The history of present illness on
17:12 Gerald Barnett.  He's a 55-year-old gentleman seen
17:13 for evaluation of chest pain.  He recently
17:14 recovered from an upper respiratory infection.  He
17:15 had about one day of fever and myalgias followed by
17:16 a productive cough.  He was treated with two weeks
17:17 of antibiotics and then discontinued them.
17:18        Q.    Okay, can I stop at this point?  At
17:19 that point, you're talking really about an upper
17:20 respiratory infection that he had had previously,
17:21 is that right?
17:22        A.    Correct.
17:23        Q.    Okay.  Now you're -- you're going to go
17:24 to the event that occurred that day?
17:25        A.    Correct.
18: Page 18
18: 1        Q.    Okay.  Could you read on, please.
18: 2        A.    He developed left-sided precordial
18: 3 chest discomfort that occurred intermittently
                    Page 5

Mikola Complete Plaintiffs

18: 4 throughout the day.  It became progressively worse.
18: 5 Approximately one hour ago it resolved.  It did not
18: 6 radiate.  No palpitations, nausea, vomiting,
18: 7 diaphoresis.  It was not associated with physical
18: 8 activity.  He exercised last night per his routine
18: 9 of lifting weights, et cetera.
18:10          Q.    Okay.  Could you go down to assessment
18:11 and plan and read into the record Number 1, please.
18:12          A.    Yes, sir, it says, chest pain.  He has
18:13 a history of hyperlipidemia, but his ratio has been
18:14 fairly acceptable.
18:15          Q.    What does that refer to, his ratio?
18:16          A.    That refers to the ratio of what we
18:17 call the good cholesterol to the bad cholesterol.
18:18 Patients' risk of developing vascular disease in
18:19 part is related to the different fractions of
18:20 cholesterol in the bloodstream.
18:21          Q.    Okay.  Could you read on.
18:22          A.    I am giving him sublingual
18:23 nitroglycerine to take on an as-needed basis.  I am
18:24 going to schedule him for a stress thallium
18:25 tomorrow.  If his stress thallium is abnormal, we
19: Page 19
19: 1 will admit him for catheterization.  If it is
19: 2 normal, I will probably attribute it to esophageal
19: 3 spasm or possibly muscle spasm and will not pursue
19: 4 further work-up.
19: 5          Q.    If a person has angina, how does
19: 6 sublingual nitroglycerine work to resolve pain from
19: 7 angina?
19: 8          A.    Generally it's believed to cause
19: 9 dilatation of the coronary arteries.  It opens up
19:10 the arteries to the heart, so to speak.
19:11          Q.    Dilatation means opening it up?
19:12          A.    Yes, to improve the blood flow.
19:13          Q.    And if a person has esophageal pain and
19:14 are given Prilosec, how does Prilosec help the
19:15 esophageal pain?
19:16          A.    It generally doesn't right away.
19:17 Prilosec works by blocking acid production in the
19:18 stomach.  Esophageal pain caused by reflux disease
19:19 often results from one of two things, a chemical
19:20 irritation of the esophagus that would cause
19:21 esophagitis or muscle spasm in the esophagus
19:22 generally related to the chemical irritation.  What
19:23 Prilosec does is it changes the acidity of any
19:24 material that comes from the stomach into the
19:25 esophagus so that people with reflux disease, the
20: Page 20
20: 1 refluxant or the material that comes in the
20: 2 esophagus is not acidic and it doesn't chemically
20: 3 irritate the lining of the esophagus.  It generally
20: 4 takes several hours to start working.

MM 2015      20:15-21:7

20:15              If a person has chest pain and he's
20:16 given nitroglycerine and the nitroglycerine
20:17 resolved the chest pain, could that be some
20:18 evidence that his chest pain was due to angina?
20:19          A.    It could be, yes.
20:20          Q.    Okay.  Okay, could we go to the next
20:21 page, Doctor.  Now, do you -- do you know when this
                         Page 6

```
                      Mikola Complete Plaintiffs
20:22 next page would have been dictated?
20:23        A.   Sometime the following day, I'm not
20:24 sure.  Generally -- Vicki Allen was the physician's
20:25 assistant for the cardiology group in Myrtle Beach
21: Page 21
21: 1 and generally they were pretty efficient at seeing
21: 2 patients in a timely manner.  I would assume it
21: 3 would have been relatively early in the day, but I
21: 4 don't know that to be a fact.
21: 5        Q.   The date of this report is 1/20/2000,
21: 6 is that right?
21: 7        A.   Correct.

D MM 2108     21:8-21:12

21: 8        Q.   And what kind of doctor is Vicki Allen?
21: 9        A.   She's a physician's assistant who works
21:10 for the cardiologist.
21:11        Q.   So she's not a doctor then, right?
21:12        A.   Correct.

MM 2113     21:13-22:11

21:13        Q.   Under the problem list up at the top,
21:14 can you read that into the record, please.
21:15        A.   Yes, sir.  Chest pain.  Rule out
21:16 ischemia.  Hypercholesterolemia.  History of
21:17 cervical disc herniation secondary to motor vehicle
21:18 accident in 1979.  Followed by Dr. McCaffrey.
21:19 History of multiple normal stress EKG's as the
21:20 patient was in the FBI and they were required every
21:21 other year.  GERD, which is gastroesophageal reflux
21:22 disease.  EGD one year ago normal.  Followed by
21:23 Dr. Cornell.
21:24        Q.   For the record, what is ischemia?
21:25        A.   Ischemia generally refers to an
22: Page 22
22: 1 inadequate blood supply to a muscle or tissue to an
22: 2 organ.
22: 3        Q.   Now, at some point he was seen by a
22: 4 cardiologist, is that right?
22: 5        A.   Yes, generally the routine is that the
22: 6 physician's assistant would see the patient.  When
22: 7 they rounded with the cardiologist that day, they
22: 8 would give the cardiologist a report.  He or she
22: 9 would then go see the patient, review the
22:10 information with the patient and then make the
22:11 medical decisions.

D MM 2212     22:12-22:23

22:12        Q.   Well, the reason I brought that up is
22:13 that if you look at the -- Page 3 of 3, it was
22:14 signed by Dr. Swami.
22:15        A.   Yes.
22:16        Q.   And I'm wondering does that appear to
22:17 show that Dr. Swami -- Swami actually dictated this
22:18 report?
22:19        A.   No, sir.
22:20        Q.   Oh, okay.
22:21        A.   Vicki Allen most likely dictated it.
22:22 Dr. Swami overread it and signed it is how -- the
22:23 normal routine.
                                          Page 7
```

Mikola Complete Plaintiffs

MM 2301      23:1-23:17

    23: 1         Q.    Could you read the assessment plan into
    23: 2 the record of the Page 3 of 3, please.
    23: 3         A.    Yes, sir.  This is a 55-year-old white
    23: 4 male who presents with atypical chest pain.  The
    23: 5 patient has ruled out for a myocardial infarction
    23: 6 as cardiac enzymes have been negative times two.
    23: 7 Given that the patient does have risk factors for
    23: 8 coronary artery disease, an exercise stress test is
    23: 9 recommended.  Patient states that he prefers this
    23:10 conservative management.  The patient is fairly
    23:11 stable at this time and we feel that this stress
    23:12 test can be performed on an outpatient basis at our
    23:13 office.  This was discussed with the patient and
    23:14 this will be set up through our office.
    23:15         Q.    Okay.  Do you have the -- he was -- he
    23:16 was administered a Cardiolite exam?
    23:17         A.    Yes.

D MM 2318      23:18-23:23

    23:18         Q.    Do you happen to have that record in
    23:19 front of you?
    23:20         A.    I do not believe so.  I have a note
    23:21 from my office visit January 27th that refers to
    23:22 the test, but I don't have a copy of the test
    23:23 results.

MM 2324      23:24-24:7

    23:24         Q.    Okay.  Do you know what the test
    23:25 results were?
    24: Page 24
    24: 1         A.    According to my records, they showed a
    24: 2 small abnormal area in the lateral wall of the
    24: 3 heart.
    24: 4         Q.    So there was -- was there lateral --
    24: 5 some mild lateral ischemia found?
    24: 6         A.    That's what this stress test suggested,
    24: 7 yes, sir.

D MM 2408      24:8-24:14

    24: 8         Q.    And what does that mean?
    24: 9         A.    Generally means one of two things,
    24:10 either some plaque development in the coronary
    24:11 artery that limits flow to that portion of the
    24:12 heart or it could be what's called a false
    24:13 positive, which is where you get an abnormal image
    24:14 without actual coronary disease.

MM 2415      24:15-24:19

    24:15         Q.    Okay.  Looking back on this event, is
    24:16 one of the possible explanations for this event of
    24:17 January 19th and 20th, 2000 for Mr. Barnett, is
    24:18 that he had a mild bout of angina?
    24:19         A.    Yes, that's possible.

MM 2423      24:23-25:23

Page 8

Mikola Complete Plaintiffs

```
24:23       Q.   And why don't you tell the jury about
24:24 your education, both undergraduate and med school.
24:25       A.   I went to College of Charleston for my
25: Page 25
25: 1 undergraduate education.  I attended the Medical
25: 2 University of South Carolina in Charleston for
25: 3 medical school for four years, from 1987 to 1991,
25: 4 and then I completed three years of internship and
25: 5 residency at the Medical University of South
25: 6 Carolina, 1991 through 1994, and received board
25: 7 certification for -- to practice internal medicine
25: 8 in 1994.
25: 9       Q.   And then from 1994 through 1999, where
25:10 did you practice?
25:11       A.   In Myrtle Beach, South Carolina,
25:12 private practice.
25:13       Q.   And you continued on practicing in
25:14 Myrtle Beach until 2004?
25:15       A.   That's correct.
25:16       Q.   What month in 2004 did you move to
25:17 Charleston?
25:18       A.   June of 2004.
25:19       Q.   So you would have treated Mr. Barnett
25:20 from October 22nd, 1999 until sometime in June of
25:21 2004, is that right?
25:22       A.   Probably sometime in May.  I think -- I
25:23 believe I moved around the beginning of June.
```

MM 2717     27:17-27:21

```
27:17 Number 3, Doctor.  So Exhibit Number 3 is a group
27:18 of Merck Medco prescription records for Vioxx that
27:19 went to Gerald Barnett, is that right, Doctor?
27:20       A.   It's a form from Merck Medco, yes,
27:21 stating the medicines that he had ordered.
```

MM 2806     28:6-28:8

```
28: 6       Q.   When Mr. Barnett came to see you in
28: 7 2000, was he on Vioxx as it was prescribed by some
28: 8 other doctor?
```

MM 2815     28:15-28:19

```
28:15       A.   March 21st, 2000 he was taking Vioxx,
28:16 correct.
28:17       Q.   And is it your understanding that it
28:18 was prescribed originally by Dr. McCaffrey?
28:19       A.   I believe that's correct.
```

D MM 2820     28:20-29:1

```
28:20       Q.   And do you know Dr. McCaffrey?
28:21       A.   Yes, sir.
28:22       Q.   What type of doctor is Dr. McCaffrey?
28:23       A.   He's a neurologist.
28:24       Q.   Okay.  And so initially Dr. McCaffrey
28:25 gave Vioxx to Mr. Barnett?
29: Page 29
29: 1       A.   I believe that's correct.
```

MM 2902     29:2-29:4

Page 9

Mikola Complete Plaintiffs

29: 2        Q.   And at some point did you then
29: 3 prescribe Vioxx for Mr. Barnett?
29: 4        A.   Correct.

D MM 2908      29:8-29:10

29: 8 themselves, but what did you prescribe Vioxx for?
29: 9        A.   For osteoarthritis, the pain associated
29:10 with osteoarthritis.

MM 3007      30:7-30:8

30: 7        Q.   Now, Exhibit Number 4 is a series of
30: 8 records -- okay.

D MM 3015      30:15-30:19

30:15        Q.   Why don't we do this, Doctor?  Why
30:16 don't we put the second page -- let's put that in
30:17 the sequence where it belongs in Exhibit Number 4.
30:18 So that would go beyond -- behind the one for 8/2.
30:19        A.   Okay.

D MM 3107      31:7-31:16

31: 7        Q.   Doctor, what I tried to do with Exhibit
31: 8 Number 4 is -- is put together a group of your
31: 9 records that preceded the heart attack, but I also
31:10 attached the first page, which appears to be
31:11 recordings of blood pressures and other vital signs
31:12 for Mr. Barnett, correct?
31:13        A.   That's correct.
31:14        Q.   So this would have been something done
31:15 by your office, is that right?
31:16        A.   My nurse would do it, yes, sir.

MM 3117      31:17-33:19

31:17        Q.   Okay.  Could we go to the second page
31:18 which would be dated 3/21/00.
31:19        A.   Okay.
31:20        Q.   Under the assessment, will you read
31:21 that into the record, Number 1, please.
31:22        A.   Yes, sir.  Hyperlipidemia.  I will
31:23 check a lipid profile.  He inquires about Lipitor.
31:24 Some of his friends have told them there are
31:25 very -- and it should read few, which I'll write
32: Page 32
32: 1 in, side effects.  If his LDL is significantly
32: 2 above 130, we will consider a trial of Lipitor on
32: 3 follow-up in eight weeks.  He has a family history
32: 4 of coronary disease.
32: 5             Number 2, osteoarthritis.  Stable on
32: 6 Vioxx.
32: 7             Number 3, gastroesophageal reflux
32: 8 disease.  We will continue Prilosec lifelong, 20
32: 9 milligrams a day.  I will see him in six months for
32:10 follow-up with lipids or sooner if we start him on
32:11 Lipitor.
32:12        Q.   Okay.  Let's go to the next record,
32:13 which is August 2, 2000.
32:14        A.   Okay.
32:15        Q.   Will you read the first two sentences

Mikola Complete Plaintiffs

32:16 into the record, please.
32:17        A.    55-year-old gentleman with a history of
32:18 hyperlipidemia seen for follow-up visit.  We
32:19 started him on Lipitor.  His lipid profile is under
32:20 excellent control.
32:21        Q.    Okay.  Going down in that same
32:22 paragraph, could you read into the record the
32:23 sentence that begins, he has not had any.
32:24        A.    He has not had any angina, shortness of
32:25 breath, PND, orthopnea.
33: Page 33
33: 1        Q.    Okay.  Now, since he had that episode
33: 2 we talked about previously on January 19, 2000, you
33: 3 were monitoring him to make sure he didn't have any
33: 4 angina, is that right?
33: 5        A.    Correct.
33: 6        Q.    And why was shortness of breath
33: 7 important?
33: 8        A.    Angina -- it can be what we call an
33: 9 anginal equivalent.  Some people don't get the
33:10 typical chest pain when they have ischemia of the
33:11 heart muscle.  One of the symptoms that can
33:12 indicate angina is shortness of breath with
33:13 physical activity.
33:14        Q.    Okay.  Let's go to the next date, which
33:15 is 10/24/2000.
33:16        A.    All right.
33:17        Q.    Do you see there's a sentence in there
33:18 beginning, no angina?  Would you read that in the
33:19 record, please.

MM 3323        33:23-33:25

33:23              THE WITNESS:  No angina or respiratory
33:24 complaints.  No change in his bowel or bladder
33:25 habits.

MM 3402        34:2-34:20

34: 2        Q.    Okay.  Once again, you're documenting
34: 3 that he's got no angina for the reasons you
34: 4 previously told us about, right?
34: 5        A.    Correct.
34: 6        Q.    Going down to Number -- could you
34: 7 read -- under assessment plan, read Number 2 into
34: 8 the record, please.
34: 9        A.    Yes, sir.  Hyperlipidemia.  He is doing
34:10 quite well on Lipitor, 10 milligrams.  We will
34:11 continue the same.  His diet and exercise have been
34:12 stable.  He's trying to keep his weight under
34:13 control.
34:14        Q.    Okay.  Go to the next page, which is
34:15 12/28/2000.
34:16        A.    Yes, sir.
34:17        Q.    Could you read the second sentence into
34:18 the record, please.
34:19        A.    Yes, sir.  He has had a couple episodes
34:20 of chest pain, but they do not sound cardiac.

D MM 3421        34:21-34:21

34:21        Q.    Go ahead, read on.

Page 11

Mikola Complete Plaintiffs

MM 3422      34:22-35:14

```
34:22        A.   They seem to be reflux related.  They
34:23 are quite mild compared to his previous episode.
34:24 He is concerned about elevation in his lipids.  He
34:25 is compliant with his diet and exercise and eating
35: Page 35
35: 1 a low-fat, low-carbohydrate diet.  He has not had
35: 2 any change in his bowel habits, symptoms of
35: 3 progressive bladder outlet obstruction,
35: 4 paresthesias, tingling, numbness, focal neurologic
35: 5 deficits.
35: 6        Q.   Okay.  If we can go to the assessment
35: 7 and plan, can you read that first --
35: 8        A.   Hypertension?
35: 9        Q.   -- note under hypertension.  Yes.
35:10        A.   Hypertension.  His blood pressure is
35:11 acceptable although a little elevated today at 138.
35:12 He states in the community it is under better
35:13 control.  He is anxious because he is on
35:14 over-the-counter sinus medicines.
```

MM 3520      35:20-36:23

```
35:20        Q.   Okay.  If we go to the next document,
35:21 which is July 12th, '01.  Could you read the first
35:22 two sentences in.
35:23        A.   A 55-year-old gentleman with
35:24 hyperlipidemia, tinea unguium, reflux and
35:25 esophageal stricture seen for follow-up visit.
36: Page 36
36: 1        Q.   Okay.  Keep going on, read the next two
36: 2 sentences.
36: 3        A.   He has not had any angina.  He had
36: 4 upper respiratory infection recently and treated
36: 5 with Augmentin.
36: 6        Q.   And then under the assessment plan,
36: 7 could you read Number 2 into the record, please.
36: 8        A.   Hyperlipidemia.  Doing well on the
36: 9 Lipitor 10 milligrams and diet and exercise.
36:10        Q.   Okay.  Could we go to the date -- it
36:11 would be 2/18/02.
36:12        A.   Yes, sir.
36:13        Q.   Could you read the first sentence into
36:14 the record.
36:15        A.   55-year-old gentleman with
36:16 hyperlipidemia and esophageal reflux seen for
36:17 follow-up.
36:18        Q.   And if you go down to the AP, read
36:19 Number 2 under hyperlipidemia into the record.
36:20        A.   Hyperlipidemia.  He is on a low-fat,
36:21 low-carbohydrate diet, regular exercise.  I
36:22 answered several questions for him today.  I will
36:23 continue his current therapy.
```

D MM 3624      36:24-37:18

```
36:24        Q.   Would you read Number 5 into the
36:25 record, please.
37: Page 37
37: 1        A.   Reflux and esophageal dilatation.
37: 2 Continue lifelong Prilosec therapy.  I did
37: 3 recommend some over-the-counter Advil or Aleve for
```

Mikola Complete Plaintiffs

```
37: 4  about five to seven days for his shoulder
37: 5  discomfort.
37: 6         Q.   Okay.  So that was in addition to his
37: 7  regular Vioxx that he was getting for his neck or
37: 8  back pain, right?
37: 9         A.   Generally I would have -- it's not
37:10  clear from the record.  Generally I don't recommend
37:11  that people take them together.
37:12         Q.   But if he took Vioxx during that
37:13  period, would that have been a problem for him?
37:14         A.   No, it's just that Advil, Aleve and
37:15  Vioxx generally in terms of pain and inflammation
37:16  work by the same mechanism and there's probably
37:17  little additional benefit of taking two different
37:18  drugs with the same mechanism of action.
```

MM 3808     38:8-38:15

```
38: 8         Q.   Okay.  Okay, let's go to the visit
38: 9  which is 8/20/02.
38:10         A.   Yes, sir.
38:11         Q.   Read -- can you read the third sentence
38:12  in, please.
38:13         A.   He has not had angina, paresthesias,
38:14  tingling, numbness, heat or cold intolerance, easy
38:15  bruising or bleeding.
```

MM 3818     38:18-39:9

```
38:18         A.   He has atypical chest pain.  It is
38:19  usually relieved and controlled with Prilosec.
38:20         Q.   Go ahead.
38:21         A.   His blood pressure when he goes to the
38:22  walk-in clinic for occasional sinus flare-ups
38:23  generally is 120 over 80.  He has not had any
38:24  recent decongestants.
38:25         Q.   Now, if we go back to the first page on
39: Page 39
39: 1  the chart, could you read into the record what his
39: 2  blood pressure was on 8/20/02 taken by your nurse.
39: 3         A.   152 over 90.
39: 4         Q.   And what was his blood pressure on
39: 5  2/18/02?
39: 6         A.   170 over 92.
39: 7         Q.   What was his blood pressure on
39: 8  12/28/2000?
39: 9         A.   138 over 62.
```

D MM 3910     39:10-39:18

```
39:10         Q.   Okay.  Let's go down to AP under Number
39:11  1.  Would you read that into the record.
39:12         A.   Tinea unguium.  He states the Lamisil
39:13  was not effective.  He took it for three months.
39:14  I'm going to give him a trial of a Sporanox
39:15  PulsePak.  He will have LFTs after the first week
39:16  of therapy.
39:17         Q.   Okay.  Now, what is Sporanox?
39:18         A.   Sporanox is an antifungal medicine.
```

MM 4007     40:7-40:9

```
40: 7         Q.   Exhibit Number 5 is a copy of the
```

Page 13

Mikola Complete Plaintiffs
```
40: 8 original box label, is that right?
40: 9        A.   I believe that's correct.

MM 4017     40:17-40:24

40:17              Under contraindications, is there any
40:18 contraindication listed regarding cardiac
40:19 conditions or events, Page 2 of the label?
40:20        A.   No, sir.
40:21        Q.   Was there any warning that related to
40:22 cardiovascular event in this label under the
40:23 warnings section?
40:24        A.   No, sir.

MM 4420     44:20-44:23

44:20        Q.   Now, let me stop there.  Were you ever
44:21 told that the CV events associated with Vioxx and
44:22 the VIGOR trials were believed by the president of
44:23 Merck Research Laboratories to be mechanism based?

MM 4425     44:25-44:25

44:25              THE WITNESS:  No, sir.

MM 4511     45:11-45:13

45:11        Q.   Now, sometime in September of 2002,
45:12 Mr. Barnett had a heart attack, didn't he?
45:13        A.   I believe that's correct, yes.

MM 5514     55:14-55:16

55:14        Q.   What generally do you -- can you tell
55:15 us about the sales rep discussions regarding
55:16 Naproxen?

D MM 5518     55:18-56:4

55:18              THE WITNESS:  Generally -- let me back
55:19 up and say that my wife was a sales rep and she's
55:20 worked for different companies over the years.
55:21 Generally the detailing from the reps, I try to get
55:22 my medical education from journal articles.
55:23 Usually I've requested the reps give me the actual
55:24 articles or reprints of the articles versus
55:25 detailing so they would generally call on me -- if
56: Page 56
56: 1 I had questions, they would answer them or refer --
56: 2 make a referral for a request from their company
56: 3 for further information, but generally they didn't
56: 4 do a lot of detailing.

MM 5711-Dup001     57:11-57:14

57:11        Q.   I'll put it this way:  Is it true if
57:12 you look at Exhibit Number 9 that you were
57:13 contacted by Merck sales reps on Vioxx over 330
57:14 times --

MM 5717     57:17-57:17

57:17        Q.   -- from 1999 to 2004?
```
Page 14

Mikola Complete Plaintiffs

MM 5720      57:20-57:22

57:20              THE WITNESS:  I can't confirm the
57:21 number, but I can tell you that I was contacted by
57:22 Merck reps many times in that period.

MM 5811      58:11-58:19

58:11      Q.    And one of the reps was your wife you
58:12 said?
58:13      A.    That's correct.
58:14      Q.    What's her name?
58:15      A.    Sharon.  Now Sharon Mikola.  At the
58:16 time, Sharon Mikolajczyk.
58:17      Q.    And she actually for a short period of
58:18 time detailed you on Vioxx as well?
58:19      A.    She called on me, yes, sir.

MM 6018      60:18-61:5

60:18              Q.    And why is that?  As a doctor, why is
60:19 informed decision an important thing for you?
60:20      A.    In general, the prescribing of
60:21 medicines is always a risk-versus-benefit decision.
60:22 All medicines have potential side effects and all
60:23 medicines -- most medicines hopefully have
60:24 potential benefits.  And when you decide on whether
60:25 to prescribe a medicine for a condition or which
61: Page 61
61: 1 medicine you're going to prescribe for a given
61: 2 condition, it's important that you know the
61: 3 potential risks of using the medicine so that you
61: 4 can weigh the risks versus the benefits and decide
61: 5 if it's appropriate for that patient.

MM 6301      63:1-63:1

63: 1              THE WITNESS:  Yes, sir.

MM 6325      63:25-63:25

63:25      Q.    Let me show you Exhibit Number 11.

MM 6509      65:9-65:14

65: 9      Q.    Okay.  I want you -- for the purpose of
65:10 this question, I want you to assume this was the
65:11 FDA-proposed label change that never was ever put
65:12 into the Vioxx label.
65:13              Do you see at the bottom of -- of 8571
65:14 it says cardiovascular disease at the very bottom?

MM 6516      65:16-65:16

65:16              THE WITNESS:  Yes, sir.

MM 6523      65:23-66:12

65:23      Q.    Will you read the first paragraph into
65:24 the record, please.
65:25      A.    Yes, sir.  Vioxx should be used with
66: Page 66

Mikola Complete Plaintiffs

66: 1 caution in patients at risk of developing
66: 2 cardiovascular thrombotic events such as those with
66: 3 a history of myocardial infarction and angina and
66: 4 in patients with preexisting hypertension and
66: 5 congestive heart failure.
66: 6        Q.   Okay.  Now, given the information that
66: 7 you've read in exhibits I've just shown you and
66: 8 this proposed label, if you had known that
66: 9 information that I've shown you and you had seen a
66:10 label like this, would you have prescribed Vioxx to
66:11 Mr. Barnett given his history with possible angina
66:12 in January of 2000?

MM 6614      66:14-66:15

66:14              THE WITNESS:  I believe I would have
66:15 left him on Feldene.

MM 6619      66:19-67:1

66:19        Q.   You wouldn't have put him on Vioxx?
66:20        A.   I don't believe so, no, sir.
66:21        Q.   What is Feldene for the record?
66:22        A.   Feldene is a nonselective
66:23 antiinflammatory drug.
66:24        Q.   And when he first saw you, he was doing
66:25 okay on it?
67: Page 67
67: 1        A.   Correct.

MM 7220      72:20-72:22

72:20              Were you ever told that Merck was able
72:21 to negotiate the April 2002 label with the FDA
72:22 before today?

MM 7224      72:24-72:24

72:24              THE WITNESS:  No, sir.

MM 7302      73:2-73:11

73: 2              Did you know that the VIGOR information
73: 3 was -- was placed eventually in the precautions
73: 4 section of the April 2002 warning rather than up in
73: 5 the warnings section as previously proposed by the
73: 6 FDA?
73: 7        A.   No, sir.
73: 8        Q.   And obviously you weren't aware that
73: 9 Mr. Scolnick talked about the FDA as being Grade D
73:10 high schoolers, right?
73:11        A.   That's correct.

MM 7513      75:13-75:17

75:13        Q.   Did you ever receive a warning while
75:14 you were treating and prescribing Vioxx to
75:15 Mr. Barnett before his heart attack that you should
75:16 absolutely give low-dose aspirin with Vioxx when
75:17 prescribing Vioxx?

MM 7523      75:23-75:23

Mikola Complete Plaintiffs
75:23              THE WITNESS:  No, sir.

MM 7606      76:6-76:8

76: 6          Q.   Once again, 15 is a series of records
76: 7 at or around Mr. Barnett's heart attack commencing
76: 8 on 9/6/2002.

MM 7617      76:17-76:24

76:17          Q.   Exhibit 15, Page 1 and 2 appear to be a
76:18 discharge summary with copies going to you, but --
76:19 and Dr. Karavan from Brian D. Schreckengast?
76:20          A.   Correct.
76:21          Q.   And who is he?
76:22          A.   He was a physician's assistant who
76:23 worked for the cardiothoracic surgeons at Grand
76:24 Strand Hospital in Myrtle Beach.

MM 7702      77:2-78:19

77: 2                   The date of discharge from his
77: 3 hospitalization was 9/14/2002?
77: 4          A.   Correct.
77: 5          Q.   Apparently he had his heart attack on
77: 6 9/6/2002, is that right?
77: 7          A.   I believe that's correct, yes.
77: 8          Q.   Can you read the DG meds -- discharge
77: 9 meds into the record, please.
77:10          A.   Yes, sir.  Enteric-coated aspirin 325
77:11 milligrams PO QD, which means by mouth daily;
77:12 Prilosec 20 milligrams PO QD; and Lipitor for home
77:13 regime, which there are some typos I can correct at
77:14 the end; Vioxx 25 milligrams PO QD; Darvocet-N 100
77:15 one to two tabs every four hours as needed for
77:16 pain; Lopressor 50 milligrams PO BID; multivitamin
77:17 one PO QD.  And the typo is the DG meds should be
77:18 DC meds for discharge and it should read and
77:19 Lipitor per home regimen.  Per, not for, which
77:20 would mean he would be on the same dose as prior to
77:21 admission.
77:22          Q.   Okay.  And would you also read the
77:23 discharge diagnosis into the record, please.
77:24          A.   Non-Q wave myocardial infarction,
77:25 coronary artery disease, hyperlipidemia, systemic
78: Page 78
78: 1 hypertension, gastroesophageal reflux disease and
78: 2 diverticulosis.
78: 3          Q.   And what is -- can you read the
78: 4 procedures that he underwent into the record,
78: 5 please.
78: 6          A.   Diagnostic coronary catheterization
78: 7 performed by Dr. Mark Karavan on September 9, 2002
78: 8 revealing significant three-vessel coronary artery
78: 9 disease.
78:10                   Number 2 is a coronary artery bypass
78:11 grafting times five performed September 9, 2002 by
78:12 Dr. Bryan with the left internal mammary artery to
78:13 the left anterior descending artery (sic),
78:14 saphenous vein graft to the second diagonal
78:15 coronary artery, saphenous vein graft to the ramus
78:16 intermedius coronary artery and a blank sequential
78:17 graft, saphenous vein graft to the posterior
                         Page 17

Mikola Complete Plaintiffs
78:18 descending coronary artery to the left ventricular
78:19 branch.

MM 7821      78:21-78:23

78:21 third page of Exhibit Number 15.  Would you read in
78:22 the note of Dr. Pyle.
78:23      A.   Yes, sir.

MM 7903      79:3-79:10

79: 3      A.   I'm sorry, 58-year-old white male who
79: 4 states that he was sitting at his desk this evening
79: 5 when he developed symptoms of a, quote, unquote,
79: 6 chest ache.  States symptoms were mild in
79: 7 intensity, however, he became somewhat concerned
79: 8 after he remembered reading that Sporanox, which he
79: 9 had started within the past week, could cause heart
79:10 problems.

D MM 7911      79:11-79:13

79:11      Q.   Let me stop.  You -- you prescribed him
79:12 Sporanox?
79:13      A.   Correct.

MM 7914      79:14-80:12

79:14      Q.   Does Sporanox in any way cause heart
79:15 attack?
79:16      A.   No, sir.
79:17      Q.   Okay.  Go ahead.
79:18      A.   States he took his blood pressure twice
79:19 and it was noted to be elevated with levels as high
79:20 as 190 systolic, which he admits seemed to make him
79:21 more anxious, and tightness persisted.  He then
79:22 called EMS and was brought to the emergency
79:23 department where en route he did receive sublingual
79:24 nitroglycerine with improvement of symptoms.
79:25 During the ED, he was evaluated with negative
80: Page 80
80: 1 studies, including no acute changes per EKG despite
80: 2 a recurrence of his chest discomfort.  He reports
80: 3 that two years ago, he had presented with
80: 4 complaints of chest pain.  At that time he had a
80: 5 sharp stabbing-type pain.  He was admitted and
80: 6 evaluated, had a stress thallium.  Reports that he
80: 7 had good exercise tolerance, had an equivocal
80: 8 change at the very end of his stress test, but in
80: 9 view of the negative symptoms despite good exercise
80:10 tolerance that his risk was low.  Since then his
80:11 sharp chest pain has been intermittent but has not
80:12 required further, and the dictation ends.

MM 8017      80:17-80:18

80:17          THE WITNESS:  I believe that's the
80:18 correct date, yes, January 19, 2000.

MM 8022      80:22-81:1

80:22      Q.   Can we go to the next page, please.
80:23 This looks like a three-page document and let's see
                          Page 18

Mikola Complete Plaintiffs

80:24 something here.  This actually is signed by Roberta
80:25 Gonzalez, another physician's assistant, right?
81: Page 81
81: 1          A.    Correct.

MM 8115       81:15-82:3

81:15          Q.    Okay.  Why don't you read the history
81:16 into the record.
81:17          A.    The patient is a pleasant 58-year-old
81:18 white male who underwent exercise Cardiolite stress
81:19 test January 2000 after presenting to Grand Strand
81:20 Regional Medical Center with sharp chest pain.  The
81:21 patient ruled out for myocardial infarction and
81:22 underwent the stress test on an outpatient basis.
81:23 The patient exercised 15 minutes of a standard
81:24 Bruce protocol and Cardiolite images reveal just a
81:25 small area of lateral ischemia.
82: Page 82
82: 1          Q.    That was the angina issue, the
82: 2 situation back in January of 2000, right?
82: 3          A.    Correct.

MM 8205       82:5-83:7

82: 5          A.    As such, it was felt patient could be
82: 6 treated medically.  He has subsequently done well
82: 7 and states that he still on occasion gets some
82: 8 slight sharp chest pain usually associated with his
82: 9 abdomen being bloated.  He, however, reports that
82:10 last night he had a new and different pain.  He was
82:11 just sitting at his computer when he developed a
82:12 substernal ache, quote, like a flu-type ache but
82:13 only in the center of my chest, unquote.  He states
82:14 the discomfort began to radiate outward and through
82:15 to his back, but he denies any radiation to his
82:16 neck, jaw or arms.  He denies associated
82:17 diaphoresis or nausea but did start to become short
82:18 of breath, part of which he thinks may have been
82:19 due to anxiety.  The patient states the discomfort
82:20 was constant but did vary slightly in intensity.
82:21 He then walked downstairs to check his blood
82:22 pressure, which was 189 over 111.  Five minutes
82:23 later it was 194 over 104.  He called Blue
82:24 Cross/Blue Shield's nurse who suggested he call
82:25 911.  The patient states he did and en route
83: Page 83
83: 1 received a sublingual nitroglycerin spray with
83: 2 complete resolution of his chest ache within a
83: 3 minute to a minute and a half.  The patient states
83: 4 the entire episode of pain lasted about 30 minutes.
83: 5 Then while being evaluated in the emergency room,
83: 6 patient states the discomfort returned but again
83: 7 was relieved by one sublingual nitroglycerin --

D MM 8308       83:8-83:8

83: 8          Q.    Is that a typo, should be relieved?

MM 8309       83:9-84:7

83: 9          A.    -- relieved, yes, sir, with one
83:10 sublingual nitroglycerin and the entire duration of
                        Page 19

Mikola Complete Plaintiffs

83:11 the second episode was approximately five minutes.
83:12 About 45 minutes to an hour later, he had another
83:13 third occurrence again resolving with sublingual
83:14 nitroglycerin and lasting six to seven minutes in
83:15 duration.  The patient was then admitted to 2
83:16 North, Dr. Pyle's service.  The patient states at
83:17 about 7:30 this morning, he had a slight heartburn,
83:18 but it did not particularly worsen and resolved
83:19 promptly.  He also states that since his initial
83:20 pain last night, he has had a discomfort that he
83:21 could -- could localize in his left anterior chest
83:22 wall that resolves if he massages it.  Patient has
83:23 subsequently gone on to rule in for a non-Q wave MI
83:24 with his third CPK being 217 with an MB index of
83:25 5.8 and a troponin (sic) of 1.4.  We are now seeing
84: Page 84
84: 1 patient for cardiology recommendation and
84: 2 evaluation.
84: 3         Q.   Could you read the meds in, please.
84: 4         A.   Yes, sir.  Prior to this admission,
84: 5 meds, Vioxx 25 milligrams QD; Prilosec 20
84: 6 milligrams QD; Lipitor 20 milligrams QD; and
84: 7 Sporanox one per week for a toe fungus.

MM 8418      84:18-85:5

84:18         Q.   Good.  Can you read the family history
84:19 in.
84:20         A.   Family history.  The patient's father
84:21 died at age 68 with his second myocardial
84:22 infarction.  His first MI was at age 62.  He also
84:23 suffered a stroke between the two heart attacks.
84:24 The patient's mother is living at age 86 and has
84:25 had some TIA's.  The patient has four brothers and
85: Page 85
85: 1 one sister.  His sister has had multiple TIA's and
85: 2 is 50 years old.  None of his brothers have had
85: 3 heart problems or hyperlipidemia.
85: 4         Q.   Okay.  Would you read the assessment
85: 5 plan in, please.

MM 8521      85:21-87:13

85:21         A.   Yes, sir.  Assessment plan.  Patient is
85:22 a pleasant 58-year-old white male who presents with
85:23 a non-Q wave myocardial infarction.  Patient's
85:24 third CPK, isoenzyme and troponin I are all
85:25 elevated and we will obtain a fourth CPK and MB
86: Page 86
86: 1 index until we get patient's peak recorded.  EKG,
86: 2 however, showed nonspecific ST/T wave changes, but
86: 3 we will recheck an EKG in the morning.  We
86: 4 otherwise currently agree with management to date,
86: 5 including Lopressor, Lovenox, Lipitor, aspirin and
86: 6 potassium replacement.  Unfortunately, patient was
86: 7 unable to tolerate his nitroglycerine ointment due
86: 8 to significant headache, nausea and becoming
86: 9 clammy.  We, however, feel that given his positive
86:10 enzymes and recurrent chest pain in the emergency
86:11 room, the patient should be transferred to the PCU
86:12 for closer observation over the weekend.  We will
86:13 then plan for cardiac catheterization for Monday
86:14 morning.  However, should patient develop evidence

Mikola Complete Plaintiffs
86:15 of an acute injury pattern during the weekend, we
86:16 will consider urgent cardiac catheterization.
86:17 Further recommendations will be made during the
86:18 patient's clinical course as well as the outcome of
86:19 his catheterization on Monday.  We will continue to
86:20 follow this patient along with you.
86:21        Q.   Okay.  Could you go to the next page,
86:22 which was, I think, Mr. -- Dr. Bryan's consult.
86:23        A.   Yes, sir.
86:24        Q.   And can you read in the cardiac cath
86:25 results.
87: Page 87
87: 1        A.   Yes, sir.  Cardiac catheterization
87: 2 performed today demonstrated the following:  1, a
87: 3 50 percent distal left main stenosis; 2, an 80
87: 4 percent D1 stenosis in a very small vessel; 3, an
87: 5 80 percent mid LAD stenosis; 4, diffuse high-grade
87: 6 disease in a very small circumflex system; 5, an 80
87: 7 percent proximal ramus intermedius stenosis; 6,
87: 8 occlusion of the posterior descending branch with
87: 9 filling via collaterals; 7, an 80 percent
87:10 posterolateral branch stenosis; and 8, ejection
87:11 fraction approximately 50 percent with an LVEDP of
87:12 16.  Patient is seen in consultation for
87:13 consideration of revascularization.

MM 10114     101:14-101:23

101:14        Q.   I want to go back to Exhibit Number 3
101:15 and see which prescriptions were yours and which
101:16 were Dr. McCaffrey.  Okay.  Will you look at --
101:17 okay, the date on the first one on my sheet is --
101:18 it says, renew after 3/4/2002, prescription expires
101:19 12/21/2002.  Do you see that?
101:20        A.   Yes, sir.
101:21        Q.   That would have been you, right?
101:22        A.   Yes, sir.
101:23        Q.   Okay.  The next one below that -- then

MM 10124     101:24-102:4

101:24 go to, I guess, the next page.  You prescribed
101:25 Lipitor, Prilosec and Vioxx 10/31/2002 and
102: Page 102
102: 1 prescription expires 2/25/2003.
102: 2        A.   I believe the date is above the little
102: 3 bar code, 9/4/2002, and that is when he can have
102: 4 his next refill, 10/29/02.

MM 10212     102:12-103:5

102:12        Q.   Okay.  And would the same be true going
102:13 back to Page 1 because the date above the bar code
102:14 is 12/31/2001?
102:15        A.   I believe that is correct.
102:16        Q.   Okay.  That would have been the date of
102:17 prescription?
102:18        A.   Yes, sir.
102:19        Q.   Okay.  Let's go to the third page.  So
102:20 the date above that bar code is 6/7/2002?
102:21        A.   I believe that's correct.
102:22        Q.   And that would have been your
102:23 prescription.  You prescribed him Claritin,

                          Mikola Complete Plaintiffs
102:24 Prilosec and 90 Vioxx, right?
102:25         A.   Yes, sir.
103: Page 103
103: 1         Q.   And those last two prescriptions were
103: 2 90 also for Vioxx?
103: 3         A.   Yes, sir.  Correct.
103: 4         Q.   Okay.  Then going on the second half of
103: 5 Page 3, the bar code is 3/6/2002 and --

MM 10311      103:11-103:16

103:11         Q.   It says the bar -- the bar code -- the
103:12 date above the bar code is 3/6/2002, correct?
103:13         A.   Yes, sir.
103:14         Q.   And that would have been 90 tabs -- or
103:15 90 -- 90 pills?
103:16         A.   Yes, sir.

MM 10413      104:13-104:21

104:13         Q.   Let's go to the next page, 0005.  The
104:14 third prescription -- the third prescription down
104:15 was a Vioxx prescription by you, is that right?
104:16         A.   That's correct.
104:17         Q.   What was the date of that?
104:18         A.   March 4th, 2002.
104:19         Q.   Okay.  And then the last one down there
104:20 on that page was yours also?
104:21         A.   Yes, sir.

MM 10501      105:1-105:7

105: 1         Q.   That's a repeat?  Okay.  Let's go to --
105: 2 let's go two pages ahead to 0007.  That's dated --
105: 3 there's -- the second prescription down was yours,
105: 4 for Vioxx, right?
105: 5         A.   Yes, sir.
105: 6         Q.   The date was?
105: 7         A.   December 28th, 2001.

MM 10717      107:17-107:22

107:17         Q.   Okay.  And if you look at the first
107:18 page of Exhibit Number 21, it's a visit that
107:19 Mr. Barnett made to you after his heart attack,
107:20 about six months after his heart attack, is that
107:21 right?
107:22         A.   Yes, sir.

MM 10801      108:1-108:16

108: 1         Q.   Let's read the -- let's read just
108: 2 the -- well, why don't we read up through lifting
108: 3 weights.
108: 4         A.   56-year-old gentleman with
108: 5 hyperlipidemia and reflux seen for follow up.  He
108: 6 was admitted to the hospital at the end of February
108: 7 for some atypical chest pain.  Dr. Hollingsworth
108: 8 admitted him and ruled out MI and discharged him.
108: 9 He has seen Dr. Karavan who, per patient report,
108:10 did not think his chest pain was cardiac.  It was
108:11 not apparently on an EKG as well.  He has a lengthy
108:12 history behind the symptoms that took about 15
                                        Page 22

Mikola Complete Plaintiffs
108:13 minutes for him to relate.  However, it does not
108:14 occur during cardiovascular stress such as
108:15 treadmill, et cetera, only when he lifted weights.
108:16 when he --

D MM 10825      108:25-109:1

108:25          Q.   Okay.  And then read Number 1.
109: Page 109
109: 1 Actually, read Number 4 -- Number 4.

MM 10902      109:2-109:11

109: 2          A.   Four.  Osteoarthritis.  Stable.  He
109: 3 inquires about the safety of Celebrex versus Vioxx
109: 4 for coronary artery (sic) disease.  I informed him
109: 5 that I do not think either drug is
109: 6 cardioprotective, nor do I believe that either is
109: 7 likely to significantly improve -- and that's a
109: 8 typo, it should read increase -- his risk of heart
109: 9 disease, as long as he continues on his baby
109:10 aspirin and Plavix and treat his modifiable risk
109:11 factors.

MM 10916      109:16-109:24

109:16          Q.   So from your review of the literature
109:17 at that point in time, March 24th, '03, it was your
109:18 understanding that the drug was -- neither Celebrex
109:19 nor Vioxx was cardioprotective, is that right?
109:20          A.   That's correct.
109:21          Q.   And that at that point in time at
109:22 least, you did not believe that either drug
109:23 significantly increased the risk of heart disease?
109:24          A.   That's correct.

MM 11209      112:9-112:13

112: 9          Q.   Okay.  Okay.  Let me ask you this:
112:10 Given that he was on Vioxx for some two-and-a-half
112:11 years and then had a -- had a heart attack, can you
112:12 rule out Vioxx as one of the causes of the heart
112:13 attack?

MM 11218      112:18-113:6

112:18          A.   I cannot say definitively that Vioxx
112:19 didn't have a potentially-contributing role.
112:20          Q.   Why do you say that?
112:21          A.   Some of the data that was presented
112:22 today in addition to some of the subsequent data
112:23 published on the view of the VIGOR trial stating
112:24 that the protector effect of Naprosyn was not
112:25 likely to explain -- there was, I believe, an
113: Page 113
113: 1 article in the Lancet -- would not explain the
113: 2 difference entirely between the thrombotic events
113: 3 attributed to the Vioxx and the VIGOR trial would
113: 4 suggest that Vioxx may have some -- however small
113: 5 or large I don't really know -- increased risk of
113: 6 causing thromboses.

MM 11307      113:7-113:9

5 of
each?

5 can

Mikola Complete Plaintiffs

113: 7          Q.   So in other words, Vioxx would be -- in
113: 8 your differential diagnoses as one of the potential
113: 9 causes of his heart attack?

MM 11311      113:11-113:12

113:11               THE WITNESS:  It would be a
113:12 consideration, yes.

MM 11321      113:21-113:24

113:21          Q.   But these articles and materials and
113:22 memos that I've showed you today, you didn't have
113:23 in your file or you weren't able to read them back
113:24 before his heart attack, right?

MM 11401      114:1-114:15

114: 1               THE WITNESS:  That is correct.
114: 2 BY MR. ROBINSON:
114: 3          Q.   I noticed that Mr. Barnett's weight
114: 4 fluctuates between 172, 182, in that area.  Did you
114: 5 consider him really overweight?
114: 6          A.   No, I would say he was mildly
114: 7 overweight.
114: 8          Q.   Okay.  But he did have coronary artery
114: 9 disease in his family, right?
114:10          A.   Correct.
114:11          Q.   And given what you've read today, that
114:12 combined with his angina, would you say that from
114:13 everything you've read about Vioxx today that you
114:14 probably would not have prescribed Vioxx for him if
114:15 you'd known all this information --

MM 11418      114:18-114:18

114:18          Q.   -- in 2000?

MM 11422      114:22-114:23

114:22          A.   Having known today what I know about
114:23 Vioxx, I would not have prescribed it.

Mikola Redirect (Multi-clip)
MM 35319      353:19-353:20

353:19          Q.   Dr. Mikola, Ted Wacker again, I
353:20 introduced myself earlier.  I'm obviously standing

MM 35404      354:4-354:15

354: 4               In Exhibit 2, and I just wanted to
354: 5 clarify, this was the -- the document that Grand
354: 6 Strand Regional Medical Center -- what appears to
354: 7 be some sort of -- I don't know if it's a discharge
354: 8 summary or a summary by Dr. Swami, but it does
354: 9 indicate that Mr. Barnett was on Vioxx.
354:10               Do you see that?
354:11          A.   Yes, sir.
354:12          Q.   Okay.  And even though your record that
354:13 we previously went over with counsel didn't

Page 24

re-direct

                        Mikola Complete Plaintiffs
354:14  specifically indicate Vioxx, you're not disputing
354:15  that he was on Vioxx at that time?

MM 35417      354:17-355:6

354:17               THE WITNESS:  He apparently told
354:18  Dr. Swami or the PA, I think it was Vicki Allen
354:19  that saw him at that time, that he was taking
354:20  Vioxx.
354:21  BY MR. WACKER:
354:22       Q.   And it's not completely uncommon for --
354:23  when patients are providing a list of medications
354:24  that -- that the medication list is not -- is
354:25  different between doctors?
355: Page 355
355: 1       A.   Yes.
355: 2       Q.   You've seen that often?
355: 3       A.   Yes.  And if it's not updated, it's
355: 4  very possible that Dr. McCaffrey put him on Vioxx
355: 5  and according to my records, he was still on
355: 6  Feldene.

D MM 35525      355:25-356:13

355:25               Q.   Doctor, you're aware that Vioxx
356: Page 356
356: 1  increases hypertension or at least increases blood
356: 2  pressure?
356: 3       A.   It can, yes.
356: 4       Q.   And increase in hypertension, are you
356: 5  aware of the literature that indicates that an
356: 6  increase in hypertension can also lead to the
356: 7  progression of atherogenesis?
356: 8       A.   The literature states that elevated
356: 9  blood pressure -- would show that elevated blood
356:10  pressure over time can increase the risk of
356:11  atherogenesis.  It's not clear whether it's --
356:12  blood pressure elevations is a cause of medication
356:13  versus essential hypertension.

MM 35614      356:14-356:19

356:14       Q.   Assuming that Mr. Barnett had started
356:15  Vioxx by Dr. McCaffrey in December of '99 or
356:16  January -- early January of 2000, would you agree
356:17  that you can't rule out that the Vioxx could have
356:18  potentially contributed to the ischemia that you
356:19  observed in late January of 2000?

MM 35621      356:21-357:21

356:21               THE WITNESS:  The question, I think,
356:22  becomes whether or not Vioxx contributes to
356:23  instability of plaques and plaque rupture.  I can't
356:24  say that it does, I can't say that it doesn't.
356:25  BY MR. WACKER:
357: Page 357
357: 1       Q.   So in other words, you can't rule that
357: 2  out?
357: 3       A.   That's correct.
357: 4       Q.   Now, Dr. Mikola, if you can turn to
357: 5  Exhibit 40 that defense counsel showed you.
357: 6       A.   Yes, sir.
                        Page 25

                         Mikola Complete Plaintiffs
357: 7        Q.    That is the Bombardier article?
357: 8        A.    Yes, sir.
357: 9        Q.    And can you read the title for the
357:10    record.
357:11        A.    Comparison of upper gastrointestinal
357:12    toxicity of Rofecoxib and Naproxen in patients with
357:13    rheumatoid arthritis.
357:14        Q.    Does the title anywhere indicate to
357:15    you, Doctor, that Vioxx increases the risk of
357:16    cardiovascular disease or cardiovascular events?
357:17        A.    No, sir.
357:18        Q.    Is there anywhere in the abstract that
357:19    indicates that Vioxx significantly increases the
357:20    risk of cardiovascular events?
357:21        A.    No, sir.

MM36111     361:11-361:14

361:11        Q.    And you as a prescribing physician rely
361:12    upon a pharmaceutical company providing you with a
361:13    fair and balanced presentation of the scientific
361:14    evidence, correct?

MM 36116    361:16-361:22

361:16            THE WITNESS:  I rely on the
361:17    presentation of evidence to be fair and balanced,
361:18    yes.
361:19    BY MR. WACKER:
361:20        Q.    And that would include that if there's
361:21    two possibilities that you would expect the company
361:22    to give you both of those, correct?

MM 36124    361:24-362:12

361:24            THE WITNESS:  The conclusion is there's
361:25    speculation in this instance.  Would I -- they
362: Page 362
362: 1    speculate that the difference is due to a
362: 2    protective effect of Naprosyn.  Would I expect them
362: 3    to also speculate that it may be due to a
362: 4    prothrombotic effect of Vioxx?  I don't know.
362: 5    BY MR. WACKER:
362: 6        Q.    Well, if -- if they're going to provide
362: 7    you with one area --
362: 8        A.    Yes.
362: 9        Q.    -- area of speculation, would it be
362:10    equally fair and reasonable to give you the other
362:11    side of that equation?
362:12        A.    Yes, sir.


Mikola Re Redirect (Multi-clip)
MM 40524    405:24-406:19

405:24        Q.    Dr. Mikola, in the April 2002 package
405:25    insert, counsel pointed to a specific section where
406: Page 406
406: 1    he indicated special studies, VIGOR, other safety
406: 2    findings, cardiovascular safety.  It says, in a
406: 3    placebo-controlled database derived from two
406: 4    studies with a total of 2,142 elderly patients,
406: 5    mean age 75 with a median duration of exposure of
                         Page 26

                        Mikola Complete Plaintiffs
406: 6    approximately 14 months, the number of patients
406: 7    with serious cardiovascular thrombotic events was
406: 8    21 versus 35 for patients treated with Vioxx 25
406: 9    milligrams once daily versus placebo respectively.
406:10              Do you see that?
406:11         A.    What page are you on, first, second?
406:12         Q.    That is under precautions,
406:13    cardiovascular effects on the right-hand column.
406:14         A.    Okay, I remember the text from earlier.
406:15         Q.    Yeah.  And in --
406:16         A.    Yes, sir.
406:17         Q.    -- in prescribing the medication to
406:18    Mr. Barnett as of April 2002, you relied upon that
406:19    statement as being accurate, correct?

MM 40621      406:21-406:25

406:21              THE WITNESS:  That would be correct.
406:22    BY MR. WACKER:
406:23         Q.    And if there was information that was
406:24    contrary to that, that's something that you're
406:25    unaware of, correct?

MM 40703      407:3-407:9

407: 3              THE WITNESS:  That would be correct.
407: 4    BY MR. WACKER:
407: 5         Q.    So if there was information that
407: 6    indicated that even at 25 milligrams, there was a
407: 7    statistically-significant increase in risk for
407: 8    Vioxx, that's something that Merck did not share
407: 9    with you, correct?

MM 40711      407:11-407:11

407:11              THE WITNESS:  That would be correct.


Total Length - 01:12:19