Exhibit A - Graham Deposition Excerpts

• **Smith MIL - Graham**

| | | |
|---|---|---|
| [1:] - [1:24] | 5/9/2006 | Graham, David - (MDL) |

```
page 1
    0001
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2                         - - -
          IN RE:   VIOXX         :   MDL DOCKET NO.
3         LITIGATION             :   1657
4         -----------------------------------------
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
5                 COUNTY OF LOS ANGELES
                    CENTRAL CIVIL WEST
6
          VIOXX CASES            :   JCCP NO. 4247
7                                :   ASSIGNED TO HON
                                 :   VICTORIA CHEYNEY
8                         - - -
                        CONFIDENTIAL
9             SUBJECT TO PROTECTIVE ORDER
                          - - -
10                    May 9, 2006
                          - - -
11            Videotape deposition of DAVID J.
12   GRAHAM, M.D., M.P.H, held at The
13   Renaissance Mayflower Hotel, 1127
14   Connecticut Avenue, N.W., Washington,
15   D.C. 20036, commencing at 9:23 a.m., on
16   the above date, before Linda L. Golkow, a
17   Federally-Approved Registered Diplomate
18   Reporter and Certified Shorthand
19   Reporter.
                          - - -
20
21            GOLKOW LITIGATION TECHNOLOGIES
                    Four Penn Center
22          1600 John F. Kennedy Boulevard
                       Suite 1210
23          Philadelphia, Pennsylvania 19103
                      877.DEPS.USA
24
```

| | | |
|---|---|---|
| [36:21] - [37:1] | 5/9/2006 | Graham, David - (MDL) |

```
page 36
21            One you made on November 18,
22   2004 to the United States Senate Finance
23   Committee.  You said, to quote you,
24   "Vioxx is a terrible tragedy and a
page 37
1    profound regulatory failure.  I would
```

| | | |
|---|---|---|
| [37:8] - [37:14] | 5/9/2006 | Graham, David - (MDL) |

```
page 37
8          Q.   You also made a statement on
9    November 18 before the United States
10   Senate where you said, "Vioxx is the
11   single greatest drug safety catastrophe
12   in the history of this country."  Did you
13   make that statement, sir?
14         A.   Yes, I did.
```

| | | |
|---|---|---|
| [37:18] - [37:22] | 5/9/2006 | Graham, David - (MDL) |

```
page 37
```

**Exhibit A - Graham Deposition Excerpts**

- **Smith MIL - Graham**

```
                18      Q.   You also said, "The FDA, its
                19 Center for Drug Evaluation and Research,
                20 are broken."  Did you make that
                21 statement, sir?
                22      A.   Yes, I did.
```

[85:1] - [86:9]    5/9/2006    Graham, David - (MDL)

```
page 85
1       A.   Yes, I do.
2       Q.   Is that a correct statement?
3       A.   Yes.
4       Q.   Tell the members of the jury
5  what the basis is for that statement.
6       A.   Well, all you have to do
7  sort of to see it crystal clear is to
8  look at the drugs that have come off the
9  market.  These are drugs where FDA
10 approved them, and by approving them said
11 the drugs were safe and effective, and
12 then at some later date they come off the
13 market because, a-ha, they're not safe or
14 they are not as safe as we thought they
15 were.  If we examine how long it takes
16 from when the signal of the problem
17 emerges to when the drug comes off the
18 market, you will see that that is
19 measured in years, sometimes in decades.
20           With phenylpropanolamine,
21 PPA, a drug product present in virtually
22 every cough/cold preparation in the
23 country, it was in over-the-counter diet
24 aids to help people lose weight, was
page 86
1  associated with hemorrhagic stroke
2  primarily in young women, and this was
3  known since 1984.  However, it wasn't
4  until about 2000 or 2001 that FDA finally
5  removed that product from the market.  In
6  the meantime, the company that made PPA
7  or the companies that made PPA continued
8  to make profits, and patients continued
9  to be harmed.
```

[95:22] - [96:1]    5/9/2006    Graham, David - (MDL)

```
page 95
22 renewal.  The impact of this in my own
23 experience has been that the preapproval
24 people look for reasons to say yes to a
page 96
1  drug.  So, I've been in internal meetings
```

[97:4] - [97:17]    5/9/2006    Graham, David - (MDL)

```
page 97
4            These are remarks that have
5  been passed in internal meetings that I
6  have been present at.  And other
7  colleagues of mine have had similar
8  experiences.  And since I have gone
9  public with my Senate testimony, I have
10 been approached now by probably 10 or 15
11 medical reviewers from different
12 components of CDER with stories of being
13 pressured to change their reviews where
14 they thought a drug should not be
```

**Exhibit A - Graham Deposition Excerpts**

• **Smith MIL - Graham**

```
                        15   approved, but where management was
                        16   telling them you must now say yes to that
                        17   drug.
```

[110:22] - [111:3]      5/9/2006     Graham, David - (MDL)

```
page 110
22          A.   We've talked about it
23   before.  FDA views industry as its
24   primary customer, as its client.  And
page 111
1    this gets transmitted to the management.
2    That's how management gets selected, by
3    how well they get along with industry.
```

[111:8] - [111:11]      5/9/2006     Graham, David - (MDL)

```
page 111
8    with industry.  These are phrases that
9    are frequently used within FDA to
10   describe the relationship that is desired
11   between the regulator and the regulated.
```

[112:2] - [112:14]      5/9/2006     Graham, David - (MDL)

```
page 112
2    about.  And so they pick people who they
3    know from the field and frequently can
4    talk with those people, will talk with
5    those people about upcoming Advisory
6    Committee meetings and the type of
7    direction that they wish that advisory
8    meeting to go in.
9               If you look at the Advisory
10   Committees in terms of their financial
11   attachments to industry, it's been in the
12   newspapers quite a bit that a third of
13   FDA committee members have financial ties
14   to industry, some large number.  And if
```

[119:1] - [119:23]      5/9/2006     Graham, David - (MDL)

```
page 119
1           A.   Right.  I was trying to get
2    the Senators to understand the statistics
3    of the matter, and I gave the analogy of
4    a gun with 100 chambers.  And I said,
5    let's play Russian roulette.  Now, we're
6    going to put 95 bullets in the gun, so we
7    are 95 percent certain that this drug
8    causes whatever adverse reaction we're
9    talking about.  Let's just say this drug
10   causes liver failure.  This drug causes
11   heart attacks.  We're 95 percent certain.
12          Q.   That's the current test?
13          A.   Right.  So, we put 95
14   bullets in, and we play Russian roulette.
15   And at that point, the FDA says, we
16   believe you, the gun is loaded, the drug
17   isn't safe.  Let's take five bullets out
18   of the chamber.  Now we have 90 bullets
19   in the chamber.  So there's only 90
20   percent chance that when I pull the
21   trigger, a bullet is going to come out of
22   the gun.  FDA says the gun is not loaded.
23   That's the misuse of statistics.
```

**Exhibit A - Graham Deposition Excerpts**

• **Smith MIL - Graham**

[120:18] - [122:6]     5/9/2006     Graham, David - (MDL)

```
page 120
18            MR. KLINE:  I do want to
19       show Exhibit Number 44, if I may.
20       And if we can put it up.  44 to
21       the PowerPoint.
22  BY MR. KLINE:
23       Q.   Now, I know, sir, this is a
24  cartoon, but you did this at a
page 121
1   professional meeting, correct?
2            MR. BECK:  Excuse me a
3        second.  Is this a new exhibit?
4            MR. KLINE:  No.  It's part
5        of the same exhibit.
6            MR. BECK:  Page 44?
7            MR. KLINE:  Yes.
8            MR. BECK:  I'm sorry.
9            MR. KLINE:  Page 44.
10           MR. BECK:  I have the same
11       objection.
12           MR. KLINE:  Sure.
13  BY MR. KLINE:
14       Q.   It's a cartoon.  On the left
15  side it's side effects.  On the right
16  side it says the lifeguard is the FDA,
17  "Hey, how am I supposed to hear his
18  request for a new drug approval with all
19  your screaming?"  And the pharmaceutical
20  company is to the right.  Were you making
21  a point, sir?
22       A.   Yes, I was.
23       Q.   What was the point?  Were
24  you making a serious point?
page 122
1        A.   I was making a very serious
2   point.  This, in my view, crystallizes
3   the situation that we have in the United
4   States today and why I said that the
5   United States was defenseless against
6   another Vioxx.
```

[123:6] - [124:10]     5/9/2006     Graham, David - (MDL)

```
page 123
6        Q.   Now, again, a cartoon, but
7   were you making a serious point to your
8   medical colleagues at that time and
9   place?
10       A.   Most definitely.
11       Q.   The cartoon shows a fox to
12  the right, and it shows the press corps
13  to the right and a lawyer, of all people,
14  apparently standing there.  And the
15  cartoon says, "Those responsible for
16  putting my client in charge of the
17  henhouse should be on trial here, not my
18  client who, as a fox, was only doing his
19  job."  Who is the fox in the cartoon as
20  you understood it?
21       A.   Is industry.
22       Q.   Pharmaceutical industry?
23       A.   Pharmaceutical industry.
24       Q.   What was the point, the
page 124
1   serious point that you were making,
2   albeit in a humorous way?  You apparently
```

**Exhibit A - Graham Deposition Excerpts**

• **Smith MIL - Graham**

```
                3    have a good sense of humor.
                4         A.   I was trying to convey the
                5    message that FDA is not functioning in
                6    the independent and objective interests
                7    of what's best for the public, that it is
                8    really functioning first and foremost for
                9    a service of its primary customer and
               10    client, the industry.
```

[124:4] - [124:10]       5/9/2006     Graham, David - (MDL)

```
               page 124
                4         A.   I was trying to convey the
                5    message that FDA is not functioning in
                6    the independent and objective interests
                7    of what's best for the public, that it is
                8    really functioning first and foremost for
                9    a service of its primary customer and
               10    client, the industry.
```

[152:21] - [154:1]       5/9/2006     Graham, David - (MDL)

```
               page 152
               21              I want to go back to the
               22   general question that was on the table at
               23   the time, which was, as to your statement
               24   about the Kaiser study, in the Kaiser
               page 153
                1   study that 88 to 140,000 excess cases of
                2   serious coronary heart disease probably
                3   occurred in the United States over the
                4   life of the drug Vioxx.  And I had
                5   interrupted you.
                6              What is the answer to that
                7   question as to why you make that
                8   statement, if you haven't already
                9   explained it?
               10        A.   Right.
               11        Q.   You started off saying it's
               12   unsafe at any dose.  It starts at the
               13   initial dose.  Are there other factors?
               14        A.   Well, just that --
               15             MR. BECK:  Object to form.
               16   BY MR. KLINE:
               17        Q.   Please, sir.
               18        A.   Just that it has wide use;
               19   that lower doses and higher doses
               20   increase the risk; that there's typical
               21   patients who are going to get the drugs
               22   have relatively high background rates for
               23   heart disease.  And you take these
               24   factors together and you multiply them
               page 154
                1   out, and you end up with large numbers.
```

[175:10] - [175:21]       5/9/2006     Graham, David - (MDL)

```
               page 175
               10        A.   Oh, here what I was talking
               11   about was trying to make a little joke
               12   about Yogi Berra and deja vu, but what I
               13   was trying to talk about here is the
               14   evidence that was accruing on Vioxx and
               15   heart attack risks and FDA's response,
               16   which in my experience has been to
               17   downplay or ignore those risks and to let
               18   things get worse in a sense to, let the
```

**Exhibit A - Graham Deposition Excerpts**

- **Smith MIL - Graham**

```
                   19  problem continue unabated.  So, that's
                   20  basically what I was, I think, trying to
                   21  convey there.
```

[194:17] - [194:22]    5/9/2006    Graham, David - (MDL)

```
page 194
17         Q.   Was that unusual, that it
18  was peer reviewed twice and by that many
19  people?
20         A.   It was unusual, but it was
21  necessitated by efforts by the FDA to
22  suppress publication of the paper.
```

[203:9] - [205:6]    5/9/2006    Graham, David - (MDL)

```
page 203
9   is slightly increased.  It confers about
10  a ten percent increase in heart attack
11  risk.
12         Q.   Not a decrease?
13         A.   Not a decrease.
14         Q.   And -- okay, now.  If you
15  look at the Advisory Committee meeting,
16  your PowerPoint number 1 -- let's see,
17  it's 114, Page 114.  We'll put it up very
18  briefly and try to work through this
19  stuff in our waning moments.
20              I see here, "Risk of AMI
21  with Celecoxib Or Rofecoxib."  I want to
22  focus on Vioxx, rofecoxib.  Okay?
23         A.   Uh-huh.
24         Q.   What you did here was to
page 204
1   collect the data from the various
2   studies, correct?
3          A.   Correct.
4          Q.   At all doses, just focusing
5   on the "all doses," your study showed an
6   increased risk of -- what are you showing
7   increased risks of here to be clear?
8   What are you characterizing it?
9          A.   We showed an increased risk
10  of heart attack and sudden cardiac death
11  as a -- sort of considering those
12  together.
13         Q.   By the way, sir, and I hate
14  to do it this way, but I forgot earlier.
15  When you gave me your figures of 88,000
16  to 140,000 excess cases of serious
17  coronary heart disease in the life of
18  Vioxx in the United States, how many of
19  those -- did you do a calculation of how
20  many of those were deaths?
21         A.   Yes.  It's about 40 percent.
22  So, if you multiply .4 by each of the
23  numbers, you come up with a range that's
24  somewhere in the neighborhood of 40,000
page 205
1   to 60,000.
2          Q.   40,000 to 60,000 excess
3   deaths over those that would have been
4   if --
5          A.   Patients had not used
6   rofecoxib, had not used Vioxx.
```

**Exhibit A - Graham Deposition Excerpts**

- **Smith MIL - Graham**

[272:5] - [272:19]     5/9/2006     Graham, David - (MDL)

```
page 272
5           Q.    You spent a little bit of
6    time on direct examination concerning the
7    approval of Vioxx, as well as a
8    subsequent label change.  And I just
9    wanted to make sure that we were clear on
10   this.
11          Did you have any personal
12   role whatsoever in the FDA's review of
13   the application that led to the approval
14   of Vioxx?
15          A.    No.
16          Q.    And did you have any role
17   whatsoever in reviewing proposed label
18   changes for Vioxx?
19          A.    No.
```

[402:20] - [405:11]     5/9/2006     Graham, David - (MDL)

```
page 402
20          Q.    Before our break, Dr.
21   Graham, we started to discuss this
22   estimate of yours of excess heart attacks
23   and sudden cardiac deaths, your number of
24   88,000 to 139,000.
page 403
1           And I think we covered this,
2    but am I correct that even though you
3    published this in your Kaiser study, the
4    numbers did not come from the work that
5    you did with the Kaiser information?
6           A.    That's correct.
7           Q.    And did you say that they
8    came from the VIGOR study and the APPROVe
9    study?
10          A.    Correct.
11          Q.    In fact, you had to take
12   some numbers from VIGOR and APPROVe and
13   then apply them to other numbers from
14   still other studies in order to come up
15   with this estimate, didn't you?
16          A.    We took the numbers from
17   VIGOR and APPROVe, which were the risks,
18   the estimates of relative risk, the five
19   for the high dose and two for the low
20   dose, and we applied that to the
21   estimates of how many people had high
22   dose or low dose.  And in the formula
23   that you use, you also need background
24   rates for what is the background rate in
page 404
1    the population that you are dealing with.
2           Q.    When you did the background
3    rates, you took background rates from
4    still other studies, some of which didn't
5    have anything to do with Vioxx, right?
6           A.    We took background rates
7    from the CLASS study, using their control
8    group because they had an unexposed
9    control group, and so what we could do
10   is, is by doing that, we could get a
11   handle on the types of patients who might
12   be prescribed a COX-2 inhibitor and look
13   to see what their experience of heart
14   attacks were.
15          We didn't have that in the
```

**Exhibit A - Graham Deposition Excerpts**

• **Smith MIL - Graham**

```
                        16   VIGOR study, because the VIGOR study
                        17   compared two active treatments.
                        18           We also, because people who
                        19   get enrolled in clinical trial are, as a
                        20   rule, healthier than the patients who
                        21   ultimately get the drugs, we also took a
                        22   background incidence rate from another
                        23   study with a somewhat sicker population,
                        24   and so then we had a range.  And it was
                        page 405
                        1    because of the range in those two
                        2    background rates that we end up with
                        3    ultimately the 88,000 and the 139 or the
                        4    140,000, that they relate to those rates.
                        5           Q.    At least one of the studies
                        6    that you picked the background rate from
                        7    didn't even involve Vioxx, right?
                        8           A.    That's correct.  But it
                        9    involved the types of patients who we had
                        10   every reason to believe would be
                        11   prescribed Vioxx in the real world.
```

[410:1] - [410:23]        5/9/2006    Graham, David - (MDL)

```
                        page 410
                        1           Q.    You indicated before that
                        2    there were two specific FDA employees
                        3    that you had suggested as peer reviewers,
                        4    right?
                        5           A.    Correct.
                        6           Q.    And I think it was Dr. Bruce
                        7    Stadel and Dr. Bob O'Neill?
                        8           A.    Stadel, yes.
                        9           Q.    Stadel is how to pronounce
                        10   it?
                        11          A.    Yes.
                        12          Q.    And they, in fact, looked at
                        13   your manuscript, the one that had the
                        14   27,000 number in it, Vioxx versus
                        15   Celebrex, as part of their peer review,
                        16   right?
                        17          A.    Correct.
                        18          Q.    And they told you, as part
                        19   of the people that you suggested as peer
                        20   reviewers, they told you that they didn't
                        21   think you should include that comparison
                        22   as a matter of sound science, right?
                        23          A.    That's correct.  And in the
```

[419:12] - [422:11]       5/9/2006    Graham, David - (MDL)

```
                        page 419
                        12          Q.    And, in fact, by the time we
                        13   finally get to the published article in
                        14   Lancet, the only numbers that you include
                        15   were these 88 to 139,000 numbers that you
                        16   first came up with in the revised-revised
                        17   manuscript, right?
                        18          A.    That's correct.
                        19          Q.    Now, I want to see if we can
                        20   understand a little better how you came
                        21   up with them.  I think you said that you
                        22   used the relative risks from the VIGOR
                        23   study and the APPROVe study, right?
                        24          A.    That is correct.
                        page 420
                        1           Q.    And the relative risk for
                        2    VIGOR was 5, right?
```

**Exhibit A - Graham Deposition Excerpts**

• Smith MIL - Graham

```
                      3          A.      Correct.
                      4                  MR. BECK:  Somebody on the
                      5          phone is either going to have to
                      6          stop making noise or we're going
                      7          to hang up on you here.
                      8                  MR. KLINE:  And I support
                      9          Mr. Beck.
                     10    BY MR. BECK:
                     11          Q.      And the relative risk from
                     12    APPROVe was 2.0, right?
                     13          A.      Correct.
                     14          Q.      And then you took those
                     15    relative risks and applied them to
                     16    background rates that you got from other
                     17    studies, right?
                     18          A.      Yes.  Actually, if we refer
                     19    to the document in my report, the method
                     20    is described there.  The numbers are
                     21    different because we used different
                     22    background rates, but the method is
                     23    described there.
                     24          Q.      Well, it is a completely
                     page 421
                      1    different comparison, too.  It's --
                      2          A.      No.  But the underlying
                      3    method is described, so that I can tell
                      4    you accurately what it is that we did.
                      5          Q.      Well, in your article, you
                      6    state that "The background rate for acute
                      7    myocardial infarction among control
                      8    groups from studies of cardiovascular
                      9    risk and NSAID users varied from 7.9 per
                     10    1,000 person years in CLASS," one of the
                     11    studies you referred to, to 12.4 per
                     12    1,000 person years in what was called the
                     13    TennCare study, right?
                     14          A.      Correct.
                     15          Q.      So, the background rate that
                     16    you used when doing your calculation was
                     17    this range of 7.9 to 12.4, right?
                     18          A.      Correct.
                     19          Q.      And by "background rate,"
                     20    what we mean is people who aren't taking
                     21    any medicine at all.  For every 1,000
                     22    person years of people not taking
                     23    medicine, 7.9 to 12.4 people are going to
                     24    have an adverse cardiovascular event,
                     page 422
                      1    right?
                      2          A.      Right.  Within the age
                      3    groups that those populations came from,
                      4    right.
                      5          Q.      So, that's sort of what
                      6    you'd expect from someone taking no
                      7    medicine at all, is somewhere between 8
                      8    to 12 or so people per thousand are going
                      9    to have heart attacks just because that's
                     10    what happens in life, right?
                     11          A.      That's what happens.  Right.
```

[423:17] - [424:24]     5/9/2006    Graham, David - (MDL)

```
                     page 423
                     17          Q.      And if you would go to, it
                     18    looks like Page 13, if I'm reading that
                     19    right.  13 of 37.
                     20          A.      Uh-huh.
                     21          Q.      In this FDA report, and this
```

**Exhibit A - Graham Deposition Excerpts**

- **Smith MIL - Graham**

```
                        22   is a memorandum about the VIGOR analysis,
                        23   right, about the VIGOR study?
                        24        A.   I believe it is.  Yes, it
                        page 424
                        1    is.
                        2         Q.   Okay.
                        3              And does it say on this page
                        4    that the MI rate for Vioxx was .74?
                        5         A.   Yes, but I don't know what
                        6    the units are.
                        7         Q.   Okay.
                        8              If you go to the next page,
                        9    you'll see under the second footnote,
                        10   under the --
                        11        A.   Okay.
                        12             "Per 100 person years."
                        13        Q.   Okay.
                        14             And --
                        15        A.   So, that would be equivalent
                        16   to 7.4 per thousand person years.
                        17        Q.   So, the rate for myocardial
                        18   infarctions, heart attacks --
                        19        A.   Uh-huh.
                        20        Q.   -- for people who were
                        21   taking the high-dose Vioxx in the VIGOR
                        22   study was 7.4 per hundred -- per thousand
                        23   person years, right?
                        24        A.   Yes.
```

[428:13] - [428:19]     5/9/2006    Graham, David - (MDL)

```
                        page 428
                        13        Q.   And, again, the real life
                        14   heart attack rate in both VIGOR and
                        15   APPROVe was lower than what you say is
                        16   the normal background rate for people who
                        17   are not taking any medicine at all,
                        18   right?
                        19        A.   That's correct.  But
```

[430:6] - [430:15]      5/9/2006    Graham, David - (MDL)

```
                        page 430
                        6    of affected bodies.  And we put a number
                        7    in our paper, and what we were more
                        8    concerned with was the public health
                        9    impact of Vioxx exposure than we were
                        10   with what were the particular numbers,
                        11   recognizing that the particular numbers
                        12   could be different than the range that we
                        13   gave, but that was our best estimate at
                        14   what we thought was likely to be the
                        15   case.
```

[432:22] - [433:1]      5/9/2006    Graham, David - (MDL)

```
                        page 432
                        22        Q.   But even with all of that,
                        23   VIGOR and APPROVe both had lower rates
                        24   than your background rates, correct?
                        page 433
                        1         A.   Yes.
```

[463:5] - [463:10]      5/9/2006    Graham, David - (MDL)

```
                        page 463
                        5         Q.   First of all, are they lower
```

**Exhibit A - Graham Deposition Excerpts**

• **Smith MIL - Graham**

```
              6    than some other folks' estimates of the
              7    number of increased cardiovascular, both
              8    deaths and incidents, that have occurred
              9    as a result of the drug Vioxx?
             10         A.   Yes, they are.
```

[566:1] - [566:24]      5/9/2006     Graham, David - (MDL)

```
           page 566
           1              C E R T I F I C A T E
           2
           3         I, LINDA L. GOLKOW, a Notary
              Public and Certified Shorthand Reporter
           4  of the State of New Jersey, do hereby
              certify that prior to the commencement of
           5  the examination, DAVID J. GRAHAM, M.D.,
              MPH was duly sworn by me to testify to
           6  the truth, the whole truth and nothing
              but the truth.
           7
           8         I DO FURTHER CERTIFY that the
              foregoing is a verbatim transcript of the
           9  testimony as taken stenographically by
              and before me at the time, place and on
          10  the date hereinbefore set forth, to the
              best of my ability.
          11
          12         I DO FURTHER CERTIFY that I am
              neither a relative nor employee nor
          13  attorney nor counsel of any of the
              parties to this action, and that I am
          14  neither a relative nor employee of such
              attorney or counsel, and that I am not
          15  financially interested in the action.
          16
          17
          18
          19        _____
              LINDA L. GOLKOW, CSR
          20  Notary Number:  1060147
              Notary Expiration:  1-2-08
          21  CSR Number:  30XI176200
              Dated:  May 16, 2006
          22
          23
          24
```