UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**MOTION OF MERCK & CO., INC. ("MERCK") TO EXCLUDE TESTIMONY OR ARGUMENT THAT MERCK (1) SHOULD OR COULD HAVE UNILATERALLY CHANGED THE VIOXX® LABEL TO INCLUDE THE VIGOR DATA; OR (2) "DRAGGED ITS FEET" TO PREVENT THE <u>VIGOR DATA FROM BEING ADDED TO THE VIOXX LABEL</u>**

**(MOTION IN *LIMINE* NO. 2)**

Defendant Merck, through undersigned counsel, and pursuant to Federal Rules of Evidence 401, 402, and 403, hereby moves to exclude all testimony and argument suggesting Merck should or could have unilaterally changed the Vioxx label to include the VIGOR data, or that Merck "dragged its feet" to prevent the VIGOR data from being added to the Vioxx label. The facts and law supporting this motion are more fully set forth in the accompanying memorandum, which is incorporated as if fully set forth herein.

822939v.1

Dated:  August 7, 2006

          Respectfully submitted,

          */s/ Dorothy H. Wimberly*
          Phillip A. Wittmann, 13625
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:     504-581-3361

          Defendants' Liaison Counsel

          Philip S. Beck
          Andrew Goldman
          Carrie A. Jablonski
          BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
          54 West Hubbard Street, Suite 300
          Chicago, Illinois  60610
          Phone:  312-494-4400
          Fax:     312-494-4440

          Richard B. Goetz
          Ashley A. Harrington
          O'MELVENY & MYERS LLP
          400 South Hope Street
          Los Angeles, CA 90071
          Phone:  213-430-6000
          Fax:     213-430-6407

          And

          Douglas R. Marvin
          Robert A. Van Kirk
          Emily Thacher-Renshaw
          WILLIAMS & CONNOLLY LLP
          725 Twelfth Street, N.W.
          Washington, D.C.  20005
          Phone:  202-434-5000
          Fax:     202-434-5029

          Attorneys for Merck & Co., Inc.

822939v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of Merck to Exclude Testimony or Argument that Merck (1) Should or Could Have Unilaterally Changed the Vioxx Label to Include the VIGOR Data; or (2) "Dragged its Feet" to Prevent the VIGOR Data From Being Added to the Vioxx Label has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2006.

                                                  *s/ Dorothy H. Wimberly*

822939v.1