UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE |
| ROBERT G. SMITH | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**MOTION OF MERCK & CO., INC. ("MERCK") TO EXCLUDE (1) EVIDENCE OF MOTIVE AND (2) EVIDENCE RELATING TO THE ASSETS AND PROFITABILITY OF MERCK OR TO THE COMPENSATION AND <u>FINANCIAL DECISIONS OF ITS EMPLOYEES</u>**

**(MOTION IN *LIMINE* NO. 5)**

Defendant Merck, through undersigned counsel, and pursuant to Federal Rule of Evidence 403 and controlling Kentucky and Fifth Circuit law, hereby moves to exclude all evidence of and reference to Merck's alleged "motive" of Merck or its officers or employees in developing and marketing Vioxx®, including any evidence relating to Merck's wealth, profitability, assets, income, or net worth, as well as the compensation, stock holdings, or stock options of its officers and employees.  The facts and law supporting this motion are more fully set forth in the accompanying memorandum, which

822938v.1

is incorporated as if fully set forth herein.

Dated:  August 7, 2006

                Respectfully submitted,

                */s/ Dorothy H. Wimberly*
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:     504-581-3361

                Defendants' Liaison Counsel

                Philip S. Beck
                Andrew Goldman
                Carrie A. Jablonski
                BARTLIT BECK HERMAN
                PALENCHAR & SCOTT LLP
                54 West Hubbard Street, Suite 300
                Chicago, Illinois  60610
                Phone:  312-494-4400
                Fax:     312-494-4440

                Richard B. Goetz
                Ashley A. Harrington
                O'MELVENY & MYERS LLP
                400 South Hope Street
                Los Angeles, CA 90071
                Phone:  213-430-6000
                Fax:     213-430-6407

                And

                Douglas R. Marvin
                Robert A. Van Kirk
                Emily Thacher-Renshaw
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, D.C.  20005
                Phone:  202-434-5000
                Fax:     202-434-5029

                Attorneys for Merck & Co., Inc.

822938v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion of Merck to Exclude (1) Evidence of Motive and (2) Evidence Relating to the Assets and Profitability of Merck or the Compensation and Financial Decisions of its Employees has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2006.

/s/ Dorothy H. Wimberly

822938v.1