Exhibit A - Smith Deposition Excerpts

• **Smith MIL - Motive/Assets**

| | |
|---|---|
| [2:] - [2:25] | 6/15/2006  Smith, Robert |

```
page 2
   0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4                              - - -
5
6     ROBERT G. SMITH,          :
7            Plaintiff,         :
8            Vs.                :  Case No. 2:05-CV-04379
9     MERCK & COMPANY, INC.,    :
10            Defendant.        :
11
12                             - - -
13
14          The deposition of ROBERT G. SMITH, Plaintiff
15     herein, taken as on Cross-Examination by the Defendant,
16     pursuant to the Federal Rules of Civil Procedure, notice
17     and agreement of counsel to take deposition at the Hilton
18     Hotel, 3737 Turfway Road, Florence, Kentucky on Thursday,
19     June 15th, 2006, 9:30 a.m. before Shandy Ehde, a court
20     reporter and Notary Public.
21
22
23
24
25
```

| | |
|---|---|
| [134:2] - [137:2] | 6/15/2006  Smith, Robert |

```
page 134
2             Q.    What do you recall about the decision to
3     have your -- have surgery on your knee?
4             A.    What do you mean?
5             Q.    What do you recall about the discussion as
6     to whether or not to have the surgery or not?
7             A.    He just, he just asked me, did we want --
8     that was the fix for the knee to be repaired.
9             Q.    And you agreed to do that?
10            A.    Yes.
11            Q.    With regard to taking the Vioxx, if you
12    look at your Plaintiff's Profile Form, it says on page 7
13    of 12, it says under J, "Did you receive any written or
14    oral information about Vioxx before you took it?"  And
15    you answered yes.  "Did you receive any written or oral
16    information about Vioxx while you took it?"  And you
17    answered yes.
18                  Do you see that?
19            A.    What page was that?
20            Q.    Seven of 12.
21            A.    Seven of 12.  Yes.
22            Q.    Do you see that?
23            A.    Yes.
24            Q.    Okay.  And under 3, it says, "When did you
25    receive that information," it says, "Before taking
page 135
1     Vioxx," correct?
2             A.    What was on the medicine, on the
3     prescription, yes, or with the prescription bottle.
4             Q.    And it says, "From whom did you receive
5     it," and you said, "Walmart and Dr. Michael Grefer?"
6             A.    Yes.
7             Q.    And it says, "What information did you
8     receive?  Information with prescription."  That's all
9     correct, right?
```

**Exhibit A - Smith Deposition Excerpts**

- **Smith MIL - Motive/Assets**

```
              10          A.   Yes.
              11          Q.   Now when you say you received instructions
              12   or warnings about Vioxx from Dr. Grefer, what did he tell
              13   you?
              14          A.   Well, that was with the prescription.
              15          Q.   Did he say anything to you orally about any
              16   warnings or precautions regarding Vioxx?
              17          A.   Not to my recollection.
              18          Q.   What do you recall receiving specifically
              19   then in terms of written information about the potential
              20   benefits and risks of Vioxx?
              21          A.   Well, I didn't read the prescription but
              22   they just -- that was the thing they put with
              23   prescriptions.
              24          Q.   So you received it but you don't recall
              25   reading it?
              page 136
              1           A.   I don't recall reading it, no.
              2           Q.   Do you know if you did, or do you not
              3    recall, or do you recall that you affirmatively did not
              4    read it?
              5           A.   I don't recall that I read it.
              6           Q.   Don't know --
              7           A.   I may or may not have.
              8           Q.   That's what I wanted to ask.  So you don't
              9    recall one way or the other whether you read it?
              10          A.   No.
              11          Q.   You just know that you received it?
              12          A.   Yes.
              13          Q.   When you look at -- also on this, on your
              14   Plaintiff Profile Form, on the same page, on I it says,
              15   "Did you request that any doctor or clinic provide you
              16   with Vioxx or a prescription with Vioxx," and you said
              17   no, correct?
              18          A.   Yes, sir.
              19          Q.   Okay.  And so that's correct, you did not
              20   ask for Vioxx?
              21          A.   No, sir.
              22          Q.   So is it fair to say then you relied on Dr.
              23   Grefer's medical judgment --
              24          A.   Yes.
              25          Q.   -- as to whether or not Vioxx was
              page 137
              1    appropriate for you?
              2           A.   Yes, sir.
```

[:1] - [:25]          6/15/2006   Smith, Robert

```
              page
              1                       CERTIFICATE
              2    STATE OF OHIO      :
              3                       : SS
              4    COUNTY OF CLERMONT:
              5        I, Shandy Ehde, court reporter and Notary Public in
              6    and for the State of Ohio, do certify that before the
              7    giving of his deposition, Robert Smith was by me first
              8    duly sworn to depose the truth, the whole truth, nothing
              9    but the truth; that the foregoing deposition was given at
              10   said time and place by notice and agreement of counsel,
              11   that said deposition was taken in stenotypy and
              12   transcribed by computer under my supervision, and
              13   submission to the witness for signature was expressly
              14   required.
              15       I certify that I am neither a relative of, nor
              16   attorney for any of the parties to this cause, nor
              17   relative or employee of any of their counsel, and have no
              18   interest whatever in the result of this action.
              19       IN WITNESS WHEREOF, I have set my hand and seal at
```

**Exhibit A - Smith Deposition Excerpts**

- **Smith MIL - Motive/Assets**

```
20  Cincinnati, Ohio this 16th day of June, 2006.
21
22                              Shandy Ehde
23                     Notary Public - State of Ohio
24  My Commission Expires:
25  August 27, 2007
```