# EXHIBIT E

To:     Reicin, Alise S. <alise_reicin@merck com>
From:    Kim, Peter S
      </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=KIMPETER>
Cc:
Bcc:
Received Date:  2004-10-03 02:47:42
Subject:    RE: NO-Naproxen

_____

Hey! Can I call you?  What number?

---Original Message----
From: Reicin, Alise S.
Sent: Saturday, October 02, 2004 10:47 PM
To: Ford-Hutchinson, Anthony; Turner, Mervyn; Kim, Peter S; Gertz, Barry J ; Stoner, Elizabeth; Honig, Peter K
Cc: Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject:  RE: NO-Naproxen

A couple of comments based on published data
1) GI safety appears to be in between that of Naproxen and COXIB. I dont know how it would compare to
Naproxen +PPI--Tony is correct that it might be quite close  My sense is that Naproxen + PPI is also not as good
as a COXIB but no one has actually evaluated this (there were plans to us to evaluate this next year but
uncertain if we will ask for this at Branchburg given last weeks events)

2) Nitromed is now taking a different tack and trying to position the product as "HTN sparing". In their early
studies affects on BP were lower than Naproxen or VIOXX (which had elevations in MAP which are similar to
what we have seen previously). However these results are problematic since the amount of naproxen in the NO-
naproxen dose was 1/2 that in the naproxen arm. Garrett Fitzgerald was about to start a study looking at BP
effects of  NO-Naproxen compared with vioxx--unfortunately the correct control (ie same molar amount of
naproxen alone) was not to be included. In addition, I think there were some issues around orthostatic
hypotention with this product (not sure at what dose)

Alise


---Original Message----
From: Ford-Hutchinson, Anthony
Sent: Friday, October 01, 2004 5:37 PM
To: Turner, Mervyn; Kim, Peter S; Gertz. Barry J.; Stoner, Elizabeth; Honig, Peter K; Reicin, Alise S.
Cc: Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject:  RE: NO-Naproxen

I think this really scraping the barrel and does not fit in with our avowed mission of producing medically important
products. Naproxen plus a generic PPI, as Peter Honig keeps reminding me, essentially fixes most of the issues.
Tony

-----Original Message----
From: Turner, Mervyn
Sent: Friday, October 01, 2004 10:49 AM
To: Kim, Peter S; Ford-Hutchinson, Anthony; Gertz, Barry J ; Stoner, Elizabeth; Honig, Peter K; Reicin, Alise S.
Cc: Zaller, Dennis M; Metters, Kathleen; Melian, Agustin; Horn, Gary J
Subject: NO-Naproxen

All,
I appreciate that everyone is still raw after the events of the last few days.  However, The I&R-RLC has raised
the question of whether we should reconsider NO-Naproxen from NiCox as a licensing candidate.  Recall that

P1.0726

Confidential - Subject To Protective
Order

MRK-AAD0356476

AZ turned this back to Nicox, following PII data showing GI protection <coxib but >naproxen.  Presumably, we
could move this rapidly into the pipeline, if we have the intestinal fortitude and marketing is supportive
Initial thoughts, comments?
Thanks
Merv

---

Confidential - Subject To Protective
Order

MRK-AAD0356477