# EXHIBIT F

```
               MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version

    40:24-47:2

40:24              MALE SPEAKER:  Usually
41: Page 41
41: 1      (inaudible.)  because those
41: 2      numbers, by the way, are totally
41: 3      incorrect and they're based on
41: 4      just extreme totally incorrect
41: 5      data.  Everybody uses them because
41: 6      they sound good.  They sound good,
41: 7      but it's the same person that
41: 8      keeps putting them out.  I have
41: 9      recalculated (inaudible.)  so the
41:10      only way you can do it is subtract
41:11      those who do from those who don't,
41:12      and that number doesn't take into
41:13      account.  So to say it's due to
41:14      NSAID is also incorrect.
41:15              There's about five different
41:16      reasons why those numbers are
41:17      totally bogus, but I agree.  It's
41:18      out there in the common realm and
41:19      everybody uses those numbers.  I
41:20      know, because it's a very
41:21      impressive sound byte.
41:22              FEMALE SPEAKER:  Does it
41:23      help that we're using the word
41:24      associated with NSAIDs; does that
42: Page 42
42: 1      sort of water it down a little
42: 2      bit?
42: 3              MALE SPEAKER:  No. I mean
42: 4      because the issue is -- part of
42: 5      the issue is the -- you just don't
42: 6      have an idea.  I'm not saying it's
42: 7      actually wrong.  The death rate is
42: 8      probably wrong.  The
42: 9      hospitalizations may be right.
42:10      Just the death rate is probably
42:11      wrong, but anyway --
42:12              FEMALE SPEAKER:  All right.
42:13      Let's --
42:14              MALE SPEAKER:  As long as we
42:15      say it's estimated or reported,
42:16      it's not me saying it.
42:17              FEMALE SPEAKER:  So give me
42:18      the estimates, the estimates on
42:19      hospitalizations and death
42:20      rates --
42:21              MALE SPEAKER:  Okay.
42:22              FEMALE SPEAKER:  --
42:23      associated with NSAIDs.
42:24              MALE SPEAKER:  It's been
43: Page 43
43: 1      estimated by some that over
43: 2      100,000 patients in the United
43: 3      States are hospitalized, and over
43: 4      16,000 die due to the use of non
43: 5      steroidal antiinflammatory drugs
43: 6      called NSAID drugs, such as Advil,
43: 7      Aleve and Motrin.
43: 8              MALE SPEAKER:  Do it again.
                                                   Page 1
```

```
                    MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version
43: 9           MALE SPEAKER:  Too much
43:10   noise?  I'm sorry.
43:11           FEMALE SPEAKER:  That was
43:12   great.  It was almost exactly
43:13   there, because we didn't mention
43:14   (inaudible.)
43:15           MALE SPEAKER:  It was
43:16   exactly what you have written.
43:17           FEMALE SPEAKER:  We'd love
43:18   to have the GI side effects,
43:19   so instead of saying these
43:20   problems --
43:21           MALE SPEAKER:  That's fine.
43:22           FEMALE SPEAKER:  We ready?
43:23   So give me the estimates again on
43:24   the hospitalizations and death
44: Page 44
44: 1   rates because of GI side effects
44: 2   associated with NSAIDs.
44: 3           MALE SPEAKER:  Okay.  In
44: 4   patients who take non steroidal
44: 5   antiinflammatory drugs such as
44: 6   Advil, motrin, Aleve, it's been
44: 7   estimated that over 100,000 people
44: 8   are hospitalized for stomach
44: 9   problems, such as bleeding, and
44:10   that over 16,000 die due to these
44:11   problems every year.
44:12           FEMALE SPEAKER:  I just want
44:13   it reversed.  I want the NSAIDs at
44:14   the end.
44:15           MALE SPEAKER:  I know you
44:16   do.
44:17           FEMALE SPEAKER:  Can we try
44:18   that one more time?
44:19           MALE SPEAKER:  I'll think
44:20   about it.  okay.
44:21           FEMALE SPEAKER:  It's been
44:22   estimated, and leave that at the
44:23   end.  It's just -- I just don't
44:24   want to have legal problems.
45: Page 45
45: 1           MALE SPEAKER:  I don't think
45: 2   it's legal problems.  You just
45: 3   want the numbers up front to grab
45: 4   people.
45: 5           FEMALE SPEAKER:  Yeah.
45: 6           MALE SPEAKER:  There's no
45: 7   different legally --
45: 8           FEMALE SPEAKER:  No.
45: 9           MALE SPEAKER:  -- because it
45:10   says the same thing.  Let me see
45:11   if we can do it.
45:12           It's been estimated that
45:13   over 100,000 people in the United
45:14   States every year, and over 16,000
45:15   people -- excuse me.
45:16           It's been estimated that
45:17   over 100,000 people in the United
45:18   States are hospitalized every
45:19   year, and that over 16,000 people
45:20   die every year due to stomach
45:21   problems, such as bleeding, due to
                                Page 2
```

```
                    MIL-8- EXHIBIT F-Laine Bogus Numbers Long Version
45:22               the use of antiinflammatory -- no,
45:23               I don't like that.
45:24                       FEMALE SPEAKER:   It was
46: Page 46
46: 1               good.
46: 2                       MALE SPEAKER:   No, I don't
46: 3               like that.  No.  Okay.
46: 4                       It's been estimated that
46: 5               over 100,000 people in the United
46: 6               States are hospitalized every
46: 7               year, and that over 16,000 die
46: 8               every year.
46: 9                       See the problem is, it's
46:10               really that's saying due to
46:11               NSAIDs, and it really isn't due to
46:12               NSAIDs, so I feel more comfortable
46:13               saying in NSAID users, it's been
46:14               estimated that.  That's really
46:15               what the numbers -- that's, to be
46:16               precise, what it is.  So I feel
46:17               more comfortable saying it that
46:18               way.  The other way says it's due
46:19               to NSAIDs, which isn't exactly
46:20               correct, while this says NSAID
46:21               users, this is why many people
46:22               die, which is really what the
46:23               study showed.
46:24                       FEMALE SPEAKER:   As long as
47: Page 47
47: 1               we get the GI side effects.
47: 2                       MALE SPEAKER:   That's fine.
```

Total Length - 00:03:30