UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to<br>Case No. 06-0485<br><br>**GERALD D. BARNETT**<br><br>          Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>          Defendant. | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES**<br><br>**<u>Affirmative, Conditional and Counter<br>Designations, Objections and Responses for<br>Dr. Bryan's June 6, 2006 Deposition</u>** |

      Attached are the Parties' Affirmative, Conditional, and Counter Designations, as well as the Parties' Objections and Responses for the Deposition Testimony of Curtis Bryan M.D., from his June 6, 2006 Deposition. This is a complete transcript which contains all of the designations from each party. Merck's affirmative and counter-designations are in blue, and Merck's conditional designations are in green. Plaintiff's designations are in red. Testimony that both sides designated is in black.

      Dr. Bryan was Mr. Barnett's heart surgeon. Dr. Bryan operated on Mr. Barnett when he had his heart attack in September, 2002. The Court heard argument regarding Dr. Bryan at the July 7, 2006 hearing.

      There are two important points Merck would like the Court to consider. First, Plaintiff objects to many of Merck's designations for Dr. Bryan on the grounds that Dr. Bryan has not been

822982v.1

designated as an expert by Merck (see, for example, 74:4-12). As the Court stated during the July 7 hearing, "the Rules carve out treating physicians from even requiring reports," and "I ordered the defendants not to talk to any doctors. … The defendants couldn't even ask them for a report, much less hire them." (7-7-06 hearing, 10:2-23) Therefore Plaintiff's objections on this basis should be denied.

Second, Plaintiff objects to small number of Merck's designations on the ground that Merck did not include them in its original Bryan designations Merck submitted in June. This objection ignores what happened at the July 7 hearing. At the hearing, Plaintiff's counsel stated that he did not want to call Dr. Bryan, and the Court and the parties discussed the ramifications of that decision. (7-7-06 hearing, 5:24-8:13) Ultimately the Court stated that if the Plaintiff was not going to call Dr. Bryan, Plaintiff should "give (Merck) an opportunity to designate the material that they say they want to put on under cross, and then take a look at that and give me your thoughts on it and I will consider it." (7-7-06 hearing, 8:7-13) The Court also stated that Merck should "(d)esignate what you need to designate, and then look at it and give me your input on it." (7-7-06 hearing, 12:9-17) Merck has now designated the testimony that it wants to put on under cross. Plaintiff's timeliness objections should therefore be denied.

822982v.1

Dated:  August 8, 2006

                        Respectfully submitted,

                        */s Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60601
Phone: 312-494-4400
Fax:     312-494-4440

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone: 202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Affirmative, Conditional and Counter Designations, Objections and Responses for Dr. Bryan's June 6, 2006 Deposition** has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail, and upon plaintiffs' counsel Mark Robinson by email and hand delivery, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 8th day of August, 2006.

                                                */s/ Dorothy H. Wimberly*

822982v.1