MINUTE ENTRY
FALLON, J.
AUGUST 5, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

GERALD BARNETT

VERSUS                            REF NO. 06-485

MERCK & CO., INC.             SECTION: L

before JUDGE ELDON E. FALLON     SATURDAY, AUGUST 5, 2006, 8:00 AM
Courtroom Deputy: Gaylyn Lambert       (continued from 8-4-06)
Court Reporter: Cathy Pepper

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
               Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Mark Karavan - resumes video deposition. Transcript filed into the record.

Dr. Stephen Epstein - by video deposition. Transcript filed into the record.

Tom Cannell - by video deposition. Transcript filed into the record.

Mary Blake - by video deposition. Transcript filed into the record.

Jan D. Weiner - by video deposition. Transcript filed into the record.

Court adjourned at 1:00 pm until Monday, August 7, 2006, at 8:30 am.

JS-10:    4:12.