Epstein Complete

Epstein (Multi-clip)
SE 1305      13:5-13:7

    13: 5          Q.    Can you tell the jury your
    13: 6 name, please, Doctor.
    13: 7          A.    Stephen Epstein.

SE 1312      13:12-15:24

    13:12          Q.    Are you a medical doctor?
    13:13          A.    Yes.
    13:14          Q.    What type of medicine do you
    13:15 practice, Doctor?
    13:16          A.    I had practiced cardiology.  .
    13:17 At the present time, I'm head of the
    13:18 Cardiovascular Research Institute, and
    13:19 I'm responsible for all of the research
    13:20 that's done in the Cardiovascular
    13:21 Research Institute.
    13:22          Q.    For what period of years did
    13:23 you practice cardiology, Doctor?
    13:24          A.    From 1966 or 7 through 2000,
    14: Page 7
    14: 1 2001.  I still consult, and I have -- I
    14: 2 am licensed to practice, but conflicts in
    14: 3 my time have limited that enormously.
    14: 4          Q.    What states are you licensed
    14: 5 to practice medicine in, Doctor?
    14: 6          A.    New York and Washington,
    14: 7 D.C.
    14: 8          Q.    During the time period from
    14: 9 1966 to 2001, did you actively treat
    14:10 patients?
    14:11          A.    Yes.
    14:12          Q.    Did you have a clinic that
    14:13 you participated in, Doctor?
    14:14          A.    Yes.
    14:15          Q.    Can you please describe that
    14:16 for me?
    14:17          A.    I was chief of cardiology at
    14:18 the National Heart, Lung and Blood
    14:19 Institute and was head, in that capacity,
    14:20 of all clinical work and research work
    14:21 that was being done in cardiovascular
    14:22 disease.  We had a very active clinical
    14:23 program, and both inpatients and
    14:24 outpatients, and I was in charge of both
    15: Page 8
    15: 1 of those efforts.
    15: 2          Q.    Doctor, what is the National
    15: 3 Heart, Lung and Blood Institute?
    15: 4          A.    It's part of the National
    15: 5 Institutes of Health, and I was in charge
    15: 6 of the intramural program, that is, all
    15: 7 of the activities that were conducted in
    15: 8 heart disease on campus, and that campus
    15: 9 is in Bethesda, Maryland.
    15:10          Q.    Can you describe for the
    15:11 jury, Doctor, what the National
    15:12 Institutes of Health are?
    15:13          A.    The National Institutes of
    15:14 Health is a federal organization that
    15:15 spans virtually all of medicine, and its

Epstein Complete
15:16 primary responsibility is to identify and
15:17 fund research, both basic and clinical,
15:18 to advance the application of medicine to
15:19 the health of patients.
15:20         Q.    Would it be fair to say,
15:21 Doctor, that the National Institutes of
15:22 Health is a well-respected institute in
15:23 the U.S.?
15:24         A.    I think so.

SE 1602       16:2-17:15

16: 2             Doctor, could you please in
16: 3 a summary fashion explain for the jury
16: 4 your educational background?
16: 5         A.    I received my Bachelor's
16: 6 degree from Columbia University.  Went on
16: 7 to Cornell Medical School and received my
16: 8 M.D. from Cornell.  I did my house staff
16: 9 training at the New York Hospital, which
16:10 is part of the Cornell Medical School
16:11 system.
16:12             And then went to the
16:13 National Institutes of Health to work
16:14 under Dr. Eugene Braunwald, who at the
16:15 time was one of the world's outstanding
16:16 cardiology investigators.  When he left
16:17 the NIH, I took over for him as chief of
16:18 cardiology.  And that occurred in 1967 or
16:19 1969.  Sorry.
16:20         Q.    Doctor, in your professional
16:21 activities, have you also had an occasion
16:22 to teach medicine?
16:23         A.    Yes.
16:24         Q.    Can you explain that to me,
17: Page 10
17: 1 please, Doctor?
17: 2         A.    I was a visiting professor
17: 3 of medicine at Georgetown and, in that
17: 4 capacity, taught Georgetown students as
17: 5 well as house staff.  These individuals
17: 6 came to the NIH, which is just a
17: 7 20-minute drive from Georgetown, and they
17: 8 participated in research as well as
17: 9 clinic activities.  And one of my
17:10 important responsibilities was to teach
17:11 those students.  We also had many
17:12 students coming from all over the world
17:13 to spend time with us.  And part of my
17:14 responsibilities was to ensure their
17:15 medical education.

SE 1719       17:19-24:12

17:19         Q.    Doctor, before the
17:20 deposition began, I gave you a copy of
17:21 what I've marked as Exhibit 1 to your
17:22 deposition.
17:23             Do you have that in front of
17:24 you?
18: Page 11
18: 1     A.    Yes.
18: 2     Q.    Is that an up-to-date copy
                                    Page 2

Epstein Complete

18: 3  of your CV, Doctor?
18: 4           A.    It would take me a while to
18: 5  go through this.  It may be a month or
18: 6  two out of date.
18: 7           Q.    It appears to be about a
18: 8  48-page document, if that helps.
18: 9           A.    Um-hmm.
18:10           Q.    Okay.  Thank you.
18:11           I note on here, without
18:12  going through all of your specific honors
18:13  and special scientific recognition that
18:14  you have a great deal of them.
18:15           Are there any that stick out
18:16  in your mind as being the most important
18:17  to you or the more important of those
18:18  academic achievements or honors?  I put
18:19  you on the spot.
18:20           A.    Well, a lot of them to me
18:21  are important.  One of my most important
18:22  ones as a young person was to be elected
18:23  to the American Society of Clinical
18:24  Research -- Clinical Investigation, which
19: Page 12
19: 1  was to me something to be extremely proud
19: 2  of.  That occurred in my very early
19: 3  years.
19: 4           And since then, I think the
19: 5  greatest honors I had were to be invited
19: 6  to give distinguished lectureships at
19: 7  either the American College of Cardiology
19: 8  or the American Heart Association's
19: 9  annual meeting.
19:10           Q.    I also note that you hold
19:11  several patents, Doctor.  How many in
19:12  total do you hold?
19:13           A.    Probably four, but I don't
19:14  want to be held to that precise number.
19:15           Q.    I also note that you're a
19:16  member of several editorial boards,
19:17  Doctor.
19:18           Can you describe which
19:19  editorial boards you sit upon?
19:20           A.    Until recently, I sat -- the
19:21  most distinguished editorial board I sat
19:22  on was Circulation, but two years ago,
19:23  because of too many competing
19:24  responsibilities, I gave that up.  I also
20: Page 13
20: 1  in the past have sat on a number of
20: 2  editorial boards, which I have since
20: 3  given up.
20: 4           So at the present time, I do
20: 5  not actively participate on the editorial
20: 6  boards, although, I do receive an
20: 7  enormous number of manuscripts to review
20: 8  for these different journals.
20: 9           Q.    Do you serve as an ad hoc
20:10  reviewer --
20:11           A.    Yes.
20:12           Q.    -- for several different
20:13  journals?
20:14           A.    Yes.
20:15           Q.    Doctor, you mentioned Dr.

                              Epstein Complete
20:16 Eugene Braunwald.  Is he the editor of a
20:17 scientific text or treatise in reference
20:18 to cardiology?
20:19          A.    Yes, he is.
20:20          Q.    And is it fair to say that
20:21 that's a very distinguished and
20:22 well-respected treatise?
20:23          A.    Yes, probably the most
20:24 distinguished treatise on cardiovascular
21: Page 14
21: 1 diagnosis and treatment.
21: 2          Q.    Did I understand you
21: 3 correctly to say that you had the honor
21: 4 of actually learning under and training
21: 5 with Dr. Braunwald?
21: 6          A.    That's correct.
21: 7          Q.    Have you ever had the
21: 8 pleasure of actually writing any
21: 9 scientific articles with Dr. Braunwald?
21:10          A.    Many, yes.
21:11          Q.    Have these articles been
21:12 peer reviewed and published?
21:13          A.    Yes.
21:14          Q.    I note in your bibliography,
21:15 Doctor, you've published approximately
21:16 515 different articles.  Is that --
21:17          A.    That's correct.
21:18          Q.    -- accurate, to the best of
21:19 your recollection?
21:20          A.    Yes.
21:21          Q.    Have the majority of those
21:22 articles been published in peer-reviewed
21:23 journals?
21:24          A.    All of them.
22: Page 15
22: 1          Q.    Doctor, what is the
22: 2 Cardiovascular Research Institute?
22: 3          A.    This is a component of the
22: 4 MedStar Research Institute.  MedStar
22: 5 Health is a holding corporation which has
22: 6 under its -- under its control, I think
22: 7 approximately seven hospitals, the two
22: 8 premier hospitals being Georgetown and
22: 9 the Washington Hospital Center.
22:10               As a co-equal of these seven
22:11 hospitals, there's the MedStar Research
22:12 Institute, which has the responsibility
22:13 for conducting and administering all
22:14 research done within all of the hospitals
22:15 that are part of MedStar Health.
22:16               Within the MedStar Research
22:17 Institute, one of the largest divisions
22:18 is the Cardiovascular Research Institute,
22:19 which I'm director of, and that's
22:20 responsible for all of the cardiovascular
22:21 research that's done at these hospitals.
22:22          Q.    Would it be fair to say,
22:23 then, Doctor, that you are in charge of
22:24 or the executive director of all
23: Page 16
23: 1 cardiovascular research that on goes at
23: 2 these various hospitals?
23: 3          A.    That's correct.  My dominant
                                    Page 4

Epstein Complete

```
23: 4 role, though, is at the Washington
23: 5 Hospital Center and Georgetown.
23: 6         Q.   Are you actually affiliated
23: 7 with these hospitals as well?
23: 8         A.   Yes.
23: 9         Q.   Doctor, does your present --
23:10 pardon me.  Does your present field of
23:11 practice primarily involve cardiovascular
23:12 research?
23:13         A.   Yes.
23:14         Q.   Would you consider yourself
23:15 an expert in the area of atherosclerosis?
23:16         A.   Yes.
23:17         Q.   Would you consider yourself
23:18 an expert in the area of cardiovascular
23:19 disease?
23:20         A.   Yes.
23:21         Q.   Would you consider yourself
23:22 an expert in the area of cardiovascular
23:23 function?
23:24         A.   Yes.
24: Page 17
24: 1         Q.   And would you also consider
24: 2 yourself an expert in the area of
24: 3 atherogenesis?
24: 4         A.   Yes.
24: 5         Q.   Is it fair to say that all
24: 6 of those areas of expertise were utilized
24: 7 in developing the opinions that are
24: 8 generated in the study that we're here
24: 9 about today that you conducted with Dr.
24:10 Rott, I believe?
24:11         A.   Um-hmm.  I would say that's
24:12 true.
```

SE 2419      24:19-25:2

```
24:19         Q.   Doctor, in your current
24:20 practice, do you conduct any type of
24:21 clinical research?
24:22         A.   Yes.
24:23         Q.   Does that clinical research
24:24 involve both human patients or subjects
25: Page 18
25: 1 and both animal subjects?
25: 2         A.   Yes.
```

D SE 2512      25:12-25:19

```
25:12              What are the various types
25:13 of animals that you've utilized in
25:14 conducting various studies?
25:15         A.   Over the years?
25:16         Q.   Yes, sir.
25:17         A.   Yes.  Well, there were dogs,
25:18 there were pigs, rats, mice.
25:19              That about does it.
```

SE 2520      25:20-26:3

```
25:20         Q.   Is there something about the
25:21 constitution or physical makeup of the
25:22 mouse that makes it desirable for
```

Epstein Complete

25:23 conducting animal studies?
25:24      A.    Yes.  There are several
26: Page 19
26: 1 attributes that in certain circumstances
26: 2 make it more desirable.  Not in all, but
26: 3 in certain circumstances.

D SE 2604      26:4-26:9

26: 4         Q.    From a cardiovascular
26: 5 context, are there certain attributes of
26: 6 the mouse physicality that are easily
26: 7 transferable to humans?
26: 8      A.    I would have to say not
26: 9 easily transferable.

SE 2612      26:12-28:24

26:12             In a broader sense, is it --
26:13 can we generally transfer the findings
26:14 that we develop in mouse studies to
26:15 humans?
26:16      A.    So the answer to that is
26:17 more complicated than the question.  And
26:18 the answer is that these studies provide
26:19 us with very, very important mechanistic
26:20 information which probably is
26:21 transferable to patients.  And the
26:22 results that we obtain from such studies
26:23 are very important, leads to questions
26:24 that could be asked in a clinical
27: Page 20
27: 1 context.
27: 2             Not all results in any
27: 3 animal model are -- can we assume to be
27: 4 directly applicable, but enormous
27: 5 progress has been made because the
27: 6 majority of results obtained in animal
27: 7 studies are indeed transferable to the
27: 8 human situation.
27: 9      Q.    Okay.  You said something
27:10 about mechanistic approaches or
27:11 mechanistic studies.  Doctor, what do you
27:12 mean when you say a mechanistic approach
27:13 or mechanistic study?
27:14      A.    Well, if a drug, for
27:15 example, has an effect on heart function,
27:16 we'd like to know, well, what are the
27:17 molecular pathways that lead from the
27:18 administration of the drug to the effect
27:19 observed.  And using, in particular, a
27:20 mouse model, where you're able to use
27:21 genetic -- genetically altered mice,
27:22 where the particular molecules you're
27:23 interested in are either present in
27:24 overabundance or are eliminated, you
28: Page 21
28: 1 could then see how that overabundance or
28: 2 that elimination will alter the effect,
28: 3 so that you then can determine that a
28: 4 given drug works through a specific
28: 5 molecular pathway.
28: 6      Q.    Doctor, is it true that
                                    Page 6

Epstein Complete

```
28: 7  animal studies are important enough that
28: 8  most medications that are ultimately
28: 9  approved by the FDA begin life or are
28:10  initially studied in animal models?
28:11        A.    Yes.  All drug studies --
28:12  all drugs ultimately applied to patients
28:13  go through animal testing.
28:14        Q.    Doctor, I'd like to ask you
28:15  some general questions before we go
28:16  straight to your study.
28:17        A.    Fine.
28:18        Q.    Are you familiar with
28:19  prostacyclin and thromboxane?
28:20        A.    Yes.
28:21        Q.    Doctor, to your knowledge
28:22  and based on your research, is
28:23  prostacyclin a potent vasodilator and
28:24  anti-aggregatory?
```

SE 2906      29:6-29:18

```
29: 6        Q.    I'm sorry.  Did you say yes?
29: 7        A.    I guess I should answer
29: 8  that.  Yes.
29: 9        Q.    Doctor, based on your
29:10  personal experience in research, is
29:11  thromboxane a potent vasoconstrictor and
29:12  pro-aggregatory agent?
29:13        A.    Yes.
29:14        Q.    Doctor, also based upon your
29:15  experience and research in this area, is
29:16  it true that the body of a human normally
29:17  keeps a homeostatic balance between
29:18  prostacyclin and thromboxane?
```

SE 3002      30:2-30:12

```
30: 2        A.    Yes.
30: 3        Q.    Okay.  Thank you.
30: 4        Doctor, is it also true,
30: 5  based upon your personal experience and
30: 6  research, that prostacyclin is -- plays
30: 7  an important role in preventing
30: 8  atherosclerosis formation?
30: 9        A.    Yes, I would answer.  Not
30:10  necessarily from my own research, but
30:11  from other research that has been
30:12  published in the literature.
```

D SE 3014      30:14-30:19

```
30:14             Is it also true, then, based
30:15  upon your review of this other research
30:16  and your personal experience that
30:17  prostacyclin plays an important role in
30:18  preventing the progression of
30:19  atherosclerosis?
```

D SE 3107      31:7-31:12

```
31: 7             THE WITNESS:  I'm not
31: 8        personally aware of studies that
31: 9        have shown that prostacyclin
```

Page 7

Epstein Complete

```
31:10          interferes with the progression of
31:11          atherosclerosis, although, such
31:12          studies may very well exist.
```

SE 3115      31:15-32:10

```
31:15               Based upon your experience
31:16 in this area and your review of medical
31:17 studies, does prostacyclin help prevent
31:18 atherogenesis?
31:19          A.   Yes.
31:20          Q.   Can you explain for the jury
31:21 what atherogenesis is, please, Doctor?
31:22          A.   Well, it's the -- it's the
31:23 development within arterial walls, the
31:24 blood vessels that supply such tissues as
32: Page 25
32: 1 the heart and the brain, the legs, the
32: 2 development in those tissues of, first,
32: 3 usually inflammation and then, following
32: 4 inflammation, a buildup of cholesterol
32: 5 deposits and buildup of scar tissue and
32: 6 the gradual narrowing of those vessels,
32: 7 which thereby compromises flow to the
32: 8 tissues that these vessels supply.
32: 9          Q.   Is that process commonly
32:10 known as coronary artery disease?
```

SE 3212      32:12-32:23

```
32:12               THE WITNESS:  That's one of
32:13          the components of atherosclerosis
32:14          or atherogenesis, yes.
32:15 BY MR. SIZEMORE:
32:16          Q.   From a lay standpoint, then,
32:17 are we talking about plaque buildup in
32:18 your coronary arteries?
32:19          A.   It could be the coronary
32:20 arteries or it could be the carotid
32:21 artery that supplies the brain or it
32:22 could be the femoral arteries that supply
32:23 the legs.
```

D SE 3310      33:10-33:19

```
33:10               Doctor, based on your
33:11 personal experience in this area and your
33:12 review of the medical literature, are you
33:13 aware that prostacyclin also helps
33:14 maintain plaque integrity?
33:15          A.   I'm not sure I have the
33:16 information to be able to say yes on
33:17 that.  Once again, it may very well
33:18 exist, but I would not be able to cite a
33:19 particular study showing that.
```

SE 3320      33:20-33:24

```
33:20          Q.   Yes, sir.  Let me ask a
33:21 broader question then.  Based on your
33:22 personal experience and your review of
33:23 the medical literature, does COX-2 play a
33:24 role in maintaining plaque integrity?
```
Page 8

Epstein Complete

SE 3612      36:12-37:8

    36:12          A.    Well, it's highly
    36:13 controversial.  If you look at all of the
    36:14 data that's accumulated over the last
    36:15 several years, as to whether or not COX-2
    36:16 plays a beneficial or a deleterious
    36:17 effect on plaque stability.  One could
    36:18 make, based on the molecular mechanisms
    36:19 that we've become aware of, you can make
    36:20 an argument that inhibiting COX-2 is
    36:21 dangerous or the converse.  And that's
    36:22 what research is all about.
    36:23          Q.    And that was the exact type
    36:24 of research that you undertook with
    37: Page 30
    37: 1 funding from Merck, and it was a result
    37: 2 of the Rott article --
    37: 3          A.    Yes.
    37: 4          Q.    -- is that correct?
    37: 5                And can we agree that the
    37: 6 ultimate conclusion of your article was
    37: 7 that COX-2 inhibition is deleterious from
    37: 8 an atherosclerotic standpoint?

D SE 3709      37:9-37:9

    37: 9          A.    No.  Sorry.

SE 3711      37:11-38:13

    37:11                THE WITNESS:  I think we
    37:12          were very clear in the article
    37:13          that what we said was these
    37:14          studies in a particular mouse
    37:15          model of atherosclerosis indicates
    37:16          that inhibition of COX-2 with
    37:17          MF-tricyclic leads to deleterious
    37:18          effects in terms of accumulation
    37:19          of atherosclerosis.  We did point
    37:20          out that whether or not this
    37:21          relates to atherogenesis in
    37:22          patients has to be demonstrated by
    37:23          human studies.
    37:24 BY MR. SIZEMORE:
    38: Page 31
    38: 1          Q.    Let me ask you a couple
    38: 2 questions about that.
    38: 3                When you say "accumulation,"
    38: 4 Doctor, are you talking about progression
    38: 5 of atherosclerotic plaque?
    38: 6          A.    Correct.
    38: 7          Q.    And as far as atherogenesis,
    38: 8 are you saying that your article did --
    38: 9 or your study would seem to indicate that
    38:10 COX-2 inhibition is atherogenetic, but
    38:11 that your study needs to be followed up
    38:12 with actual human clinical trials?
    38:13          A.    Correct.

SE 4117      41:17-42:8

```
                          Epstein Complete
41:17        Q.    Doctor, when did you conduct
41:18 your study with Dr. Rott for Merck?
41:19        A.    We got approval from Merck
41:20 for funding and the most critical
41:21 component was receiving the drug in chow
41:22 that was fed to mice, and I believe we
41:23 started the study sometime in June
41:24 of 2000.
42: Page 35
42: 1        Q.    Who was your primary contact
42: 2 at Merck in reference to your study,
42: 3 Doctor?
42: 4        A.    Dr. Rodger, R-O-D-G-E-R.
42: 5        Q.    Is he in charge of the
42: 6 conduction of studies at Merck?
42: 7        A.    He is -- his title is
42: 8 medical director at Merck.
```

D SE 4807      48:7-48:17

```
48: 7               Did Dr. Rodger indicate to
48: 8 you that there was a hypothesis that had
48: 9 been provided to Merck by their
48:10 scientific advisers that prostacyclin
48:11 biosynthesis in the vasculature is
48:12 inhibited by Vioxx and that by removing
48:13 this potent inhibitor of platelet
48:14 aggregation, the probability that a
48:15 coronary plaque rupture would lead to
48:16 myocardial infarction or ischemic
48:17 ventricular fibrillation is enhanced?
```

D SE 4822      48:22-49:11

```
48:22               THE WITNESS:  Once again,
48:23        anyone knowledgeable in the field
48:24        would know that.  So I did know
49: Page 42
49: 1        that --
49: 2 BY MR. SIZEMORE:
49: 3        Q.    Okay.
49: 4        A.    -- that that was one
49: 5 possibility.
49: 6        Q.    Okay.  Was that well known
49: 7 in the medical community, even before you
49: 8 conducted your study, Doctor, that if you
49: 9 decreased prostacyclin in the body, that
49:10 you increased the probability of a
49:11 coronary plaque rupture?
```

D SE 4914      49:14-49:21

```
49:14               THE WITNESS:  No.  I don't
49:15        think that that was well known in
49:16        the community.  That was still, at
49:17        that time, a possible outcome of
49:18        such a drug.  There was no
49:19        evidence at that time that that
49:20        actually was something that would
49:21        -- would occur.
```

SE 5102      51:2-51:6

```
                              Epstein Complete
51: 2       Q.    Yes, sir.
51: 3             Let me show you what I'm
51: 4 going to mark as Exhibit 3 to your
51: 5 deposition.  And I have a copy for your
51: 6 attorney there.
```

SE 5119     51:19-52:5

```
51:19       Q.    Doctor, to move this along
51:20 instead of reading through all of this
51:21 e-mail, I'll point you to where I'm going
51:22 to ask questions about it.  It'll be
51:23 toward the bottom of the e-mail string.
51:24             It's the second paragraph
52: Page 45
52: 1 beginning "I'm sure" and I'll read to
52: 2 you.  "I'm sure Steve is an unknown in
52: 3 the A&A arena, but he is an
52: 4 internationally recognized thought leader
52: 5 in the cardiovascular arena."
```

SE 5316     53:16-54:7

```
53:16       Q.    Doctor, I'll represent to
53:17 you that this is an internal Merck e-mail
53:18 that's been produced to us in discovery.
53:19 And I would like to point out to you the
53:20 paragraph I was just referencing, the
53:21 second from the bottom, beginning "I'm
53:22 sure."
53:23             Do you need me to read that
53:24 again, Doctor?
54: Page 47
54: 1       A.    No, that's okay.
54: 2       Q.    With all due humility, do
54: 3 you agree that you are a recognized --
54: 4 "internationally recognized thought
54: 5 leader in the cardiovascular arena"?
54: 6       A.    It's very hard to object to
54: 7 that.
```

SE 5411     54:11-54:16

```
54:11       Q.    Would you also agree,
54:12 Doctor, that your current interest is in
54:13 the area of infection and inflammation in
54:14 atherosclerosis, at least at the time of
54:15 2000?
54:16       A.    Yes.
```

SE 5511     55:11-55:12

```
55:11       Q.     -- we're moving on to your
55:12 study with Dr. Rott, Doctor.
```

SE 5514     55:14-55:15

```
55:14             MR. SIZEMORE:  Yes, this
55:15       will be Exhibit 4 for the record.
```

SE 5607     56:7-56:14

```
56: 7       Q.    Doctor, I probably have
```

Epstein Complete

56: 8  misspoken and I said that this is your
56: 9  study throughout this deposition.
56:10            But there are other doctors
56:11  that were involved with you in the
56:12  conduction of this study, is that
56:13  correct?
56:14        A.    Correct.

SE 5802      58:2-58:16

58: 2        Q.    Is it fair to say, Doctor,
58: 3  that these doctors or participants in the
58: 4  overall study are well respected in their
58: 5  various fields?
58: 6        A.    I mean, they're -- they are
58: 7  -- there are several very junior
58: 8  physicians, so I don't think that would
58: 9  apply to them.  But in terms of doctor --
58:10  Dr. Zhu and Dr. Mary Susan Burnett, that
58:11  certainly applies to them.
58:12        Q.    Would it also be fair to
58:13  say, Doctor, that the results of this
58:14  study were a joint effort, and it was not
58:15  just Dr. Epstein's study?
58:16        A.    That's correct.

D SE 5817      58:17-59:2

58:17        Q.    Doctor, were Merck doctors
58:18  or scientists actually involved in the
58:19  design of this study?
58:20        A.    No.
58:21        Q.    I note down at the bottom
58:22  left-hand corner, Doctor, it says that
58:23  "This work was supported in part by a
58:24  grant from Merck Pharmaceuticals."
59: Page 52
59: 1            Is that correct?
59: 2        A.    Correct.

SE 5903      59:3-59:24

59: 3        Q.    In laymen's terms, is it
59: 4  true, then, that Merck provided funding
59: 5  so that this study could be conducted?
59: 6        A.    Correct.
59: 7        Q.    And is it also true that
59: 8  Merck actually provided the COX-2
59: 9  inhibitor that was used in this study?
59:10        A.    Correct.
59:11        Q.    And is that MF-tricyclic?
59:12        A.    Right.
59:13        Q.    Is MF-tricyclic an analog of
59:14  Vioxx?
59:15        A.    Yes.
59:16        Q.    When we use the word
59:17  "analog," what does that -- what does
59:18  that mean?
59:19        A.    It means that it has -- it
59:20  shares most or many of the molecula
59:21  structure of the parent compound.  And
59:22  usually the implication is that because
59:23  it shares so much of the structure, it
                                    Page 12

```
                                    Epstein Complete
      59:24 has similar biologic activity.

SE 6010      60:10-61:3

      60:10         Q.    -- let me show you what I've
      60:11 marked as Exhibit 5 to your deposition.
      60:12 I'll represent to you this is an internal
      60:13 Merck e-mail.
      60:14               If you'll go to the third
      60:15 page, it begins "Irwin, there's no real
      60:16 synopsis of data on MF-tricyclic.  Its
      60:17 properties are very similar to Vioxx.
      60:18 The dosing, potency and bioavailabilities
      60:19 and half-lives are all very close to
      60:20 those of Vioxx?"
      60:21               Is all of that true to your
      60:22 understanding in reference to
      60:23 MF-tricyclic, Doctor?
      60:24         A.    My only understanding of
      61: Page 54
      61: 1 MF-tricyclic is what Dr. Rodger told me,
      61: 2 and essentially he told me what is
      61: 3 contained in that paragraph you read.

SE 6114      61:14-61:15

      61:14         Q.    I show you what I've marked
      61:15 as Exhibit 6 to your deposition.  And

SE 6118      61:18-61:24

      61:18         Q.    Are you familiar with this
      61:19 document --
      61:20         A.    Yes.
      61:21         Q.    -- Doctor?
      61:22               Does this appear to be the
      61:23 e-mail that you just made reference to?
      61:24         A.    Yes.

SE 6207      62:7-63:5

      62: 7         Q.    Dr. Rodger notes "The
      62: 8 committee also decided that we would
      62: 9 supply you with MF-tricyclic (a very
      62:10 close analog of rofecoxib with an almost
      62:11 identical pharmacological profile)
      62:12 instead of rofecoxib."
      62:13               Is rofecoxib, is that Vioxx,
      62:14 Doctor?
      62:15         A.    Yes.
      62:16         Q.    And where it says it's "a
      62:17 very close analog of" Vioxx "with an
      62:18 almost identical pharmacological
      62:19 profile," what does that mean in laymen's
      62:20 terms?
      62:21         A.    What that meant to me, and
      62:22 I'm sure what that meant to Dr. Rodger,
      62:23 that it is a highly specific inhibitor of
      62:24 COX-2.
      63: Page 56
      63: 1         Q.    Does it also mean that
      63: 2 MF-tricyclic is a similar compound to
      63: 3 Vioxx?
```

Epstein Complete

63: 4        A.    It has similar biologic
63: 5 actions, yes.

D SE 6306      63:6-63:16

63: 6        Q.    And, again, in laymen's
63: 7 terms, does similar biologic actions
63: 8 means that Vioxx and MF-tricyclic act the
63: 9 same in the human body or similar?
63:10        A.    Well, you know,
63:11 MF-tricyclic, to my knowledge, has never
63:12 been given to humans.  So I don't think
63:13 you could assume that.  But in tests that
63:14 Merck has done in a test tube and in
63:15 animals, they seem to have identical
63:16 actions.

SE 6508      65:8-69:23

65: 8        Doctor, can you, in laymen's
65: 9 terms, explain to the jury the
65:10 methodology that you utilized in
65:11 conducting your study with Dr. Rott and
65:12 the ultimate conclusions that you and
65:13 your fellow authors reached?
65:14        A.    There were two major
65:15 components to the study.  We had done
65:16 work over the past ten years suggesting
65:17 that certain viruses and bacteria, when
65:18 they produce an infection in patients,
65:19 can contribute to the development of
65:20 atherosclerosis.  And just the background
65:21 on that is that many of these infectious
65:22 agents, and I'll just mention
65:23 cytomegalovirus or CMV, in order to
65:24 infect cells and to replicate, they --
66: Page 59
66: 1 they rely on the COX-2 system.
66: 2        One of the -- one of the
66: 3 components of the COX-2 system, that is
66: 4 when the enzymes are active, one of the
66: 5 products of COX-2 activation is the
66: 6 production of what's called reactive
66: 7 oxygen species.  So these are oxygen
66: 8 molecules that are activated.  Not only
66: 9 does the cell that's been infected use
66:10 these molecules to turn on a protective
66:11 response against the virus, but the virus
66:12 uses the cell's protective machinery to
66:13 enhance its own replication.
66:14        And we had done studies in
66:15 the past six or seven years demonstrating
66:16 that if you inhibit COX-2, you inhibit
66:17 viral replication.  And we were able to
66:18 do that with agents that inhibited both
66:19 COX-1 and COX-2, like aspirin and
66:20 indomethacin, and we also interestingly
66:21 used a specific COX-2 inhibitor, NS-398,
66:22 that also inhibited the formation of
66:23 reactive oxygen species and viral
66:24 activity at a much lower concentration
67: Page 60
67: 1 than the aspirin and indomethacin.

Page 14

Epstein Complete

67: 2            So we formulated the
67: 3 hypothesis that if you administered to
67: 4 patients a drug that inhibited the COX-2
67: 5 system, it may compromise the ability of
67: 6 the virus to replicate and infect the
67: 7 agent. So that was the first basis for
67: 8 applying to Merck for use of Vioxx to
67: 9 test whether Vioxx had heretofore unknown
67:10 action, that is, maybe it's a very potent
67:11 antiviral drug, which was very exciting
67:12 to us.
67:13            And the second component of
67:14 that research --
67:15        Q.    Doctor, may I stop you right
67:16 there?
67:17        A.    Sure. Sorry.
67:18        Q.    Just to see if I can
67:19 nutshell that.
67:20            Is it accurate to say that
67:21 your study essentially had two
67:22 components, and the first one of which we
67:23 just discussed was to determine whether
67:24 or not COX-2 inhibition could have
68: Page 61
68: 1 antiviral effects that could lead to the
68: 2 either elimination or diminution of the
68: 3 progression of atherosclerosis?
68: 4        A.    By decreasing the ability of
68: 5 the virus to infect the mouse, that it
68: 6 would compromise -- that it would inhibit
68: 7 the contribution of the virus to the
68: 8 development of atherosclerosis, yes.
68: 9        Q.    Thank you.
68:10            Is there a second component
68:11 of your study as well?
68:12        A.    Yes. Because
68:13 atherosclerosis is an inflammatory
68:14 disease, which is one of the mechanisms
68:15 that the virus makes atherosclerosis
68:16 worse, we thought that a COX-2 inhibitor,
68:17 which would impair important inflammatory
68:18 pathways, that the COX-2 inhibitor would
68:19 decrease the development of
68:20 atherosclerosis.
68:21        Q.    If we could, Doctor, could I
68:22 take the ultimate findings of your study
68:23 in reverse order in which we just
68:24 discussed them and let me make sure that
69: Page 62
69: 1 I understand this, the second aspect of
69: 2 the study.
69: 3            Is it true that you were
69: 4 looking to see that because
69: 5 atherosclerosis has an inflammatory
69: 6 mechanism, that if you were to utilize a
69: 7 COX-2 inhibitor to decrease that
69: 8 inflammation, perhaps you could do away
69: 9 with atherosclerosis formation or
69:10 progression?
69:11        A.    Correct.
69:12        Q.    What did your study
69:13 ultimately reveal in reference to that
69:14 hypothesis?

Page 15

```
                              Epstein Complete
69:15        A.     Well, we were surprised to
69:16 find that it had the opposite effect.  It
69:17 made atherosclerosis worse.
69:18        Q.     And when you say that -- let
69:19 me make sure I understand, Doctor.
69:20               Are you saying, then, that
69:21 the use of a COX-2 inhibitor will
69:22 actually increase atherosclerotic
69:23 development or progression?
```

SE 7010       70:10-70:14

```
70:10               THE WITNESS:  In this
70:11        particular model, using the
70:12        conditions that we used, it
70:13        clearly made atherosclerosis
70:14        worse.
```

SE 7111       71:11-71:22

```
71:11        Q.     The way I've broken it down,
71:12 Doctor, at least in my head, and I think
71:13 you're breaking it down in the same way
71:14 in talking to me now is that you had two
71:15 essential findings, that COX-2 inhibition
71:16 could increase progression of
71:17 atherosclerosis in this particular study
71:18 and, also, that COX-2 inhibition could be
71:19 atherogenetic in this particular study.
71:20               Is that fair?
71:21        A.     I think they're one and the
71:22 same.
```

SE 7202       72:2-73:10

```
72: 2               Doctor, if you have your
72: 3 study in front of you, I believe it's
72: 4 Exhibit 4 to your deposition, if you
72: 5 would turn to what is marked Page 1815 at
72: 6 the top right-hand corner.  It's the page
72: 7 before the photomicrograph.
72: 8               Are you with me, Doctor?
72: 9        A.     Yes.
72:10        Q.     Down at the bottom, it
72:11 references Figure 3.  Do you see that as
72:12 well?
72:13        A.     Yes.
72:14        Q.     And it mentions
72:15 "atherosclerotic lesion area."  What does
72:16 that terminology indicate?
72:17        A.     So in order to do the
72:18 analysis of this model, what we do is we
72:19 cut the aorta into strips.  So if you're
72:20 thinking of a -- of a tube, we use a
72:21 knife to cut through cross-sections of
72:22 the tube.  So we have like little tires
72:23 essentially.  And we look at those
72:24 underneath the microscope.
73: Page 66
73: 1               And as is evident under
73: 2 Figure 4 of our paper, we're looking at a
73: 3 cross-section of that vessel, and we're
73: 4 able to see the atherosclerosis.  Using
```

Epstein Complete

```
73: 5 appropriate stains, we could see the
73: 6 atherosclerosis.
73: 7          We measured the area of
73: 8 atherosclerosis in animals that were
73: 9 treated with a COX-2 inhibitor and in
73:10 animals that were not.
```

SE 7516      75:16-76:22

```
75:16          Q.  Doctor, while you're holding
75:17 that up, perhaps you could explain on the
75:18 previous page, and if you'll hold those
75:19 photomicrographs up, you indicate in your
75:20 study that selective cyclooxygenase 2
75:21 inhibition consistently increased lesion
75:22 size by 84 percent in the non-infected
75:23 group and by 70 -- and by 80 percent in
75:24 the CMV infected low-dose and high-dose
76: Page 69
76: 1 groups respectively.
76: 2          A.  Correct.
76: 3          Q.  Using those two pictures
76: 4 there, can you describe in laymen's terms
76: 5 what you're discussing?
76: 6          A.  Well, this black area that
76: 7 you see here is atherosclerosis.  And
76: 8 just as background, we sacrificed these
76: 9 animals three weeks after we started
76:10 either infection, treatment or both.  So
76:11 this is very, very early atherosclerosis.
76:12 And we intentionally selected that early
76:13 time point, because we were interested in
76:14 the early development of atherosclerosis.
76:15          And you can see there's just
76:16 a tiny little bit of atherosclerosis in
76:17 the untreated animal, whereas in the
76:18 animal treated with a selective COX-2
76:19 inhibitor, MF-tricyclic, there is more.
76:20 And we studied 11 to 12 animals in each
76:21 group and came up with the graph that you
76:22 previously referred to.
```

SE 7715      77:15-77:23

```
77:15          Doctor, if you will, could
77:16 you go to Page 1817 of your study.
77:17          A.  (witness complies with
77:18 counsel's request.)
77:19          Q.  And down at the bottom
77:20 right-hand column, you'll see in that
77:21 last paragraph, it begins, "The
77:22 mechanisms responsible."
77:23          A.  Um-hmm.
```

SE 7919      79:19-83:3

```
79:19          Q.  Thank you, Doctor.  I wanted
79:20 you to read those so I wouldn't have to
79:21 say some of those words, at least hear
79:22 you read them.  I would like to break it
79:23 down, though, Doctor --
79:24          A.  Yes.
80: Page 73
```

Page 17

Epstein Complete

80: 1          Q.      -- if we could.
80: 2               In the first one, it says
80: 3 the "deleterious effects of selective
80: 4 COX-2 inhibitors on the course of
80: 5 atherosclerosis could involve three
80: 6 separate processes: 1) a proinflammatory
80: 7 effect that accelerates the initiation
80: 8 and chronic progression of the
80: 9 atherogenesis process, and that may
80:10 induce plaque instability and rupture."
80:11               In laymen's terms, what does
80:12 that mean, Doctor?
80:13          A.      It's very hard to give you
80:14 that in laymen's terms, but let me try.
80:15               So this pro-inflammatory --
80:16 the understanding of most of the medical
80:17 community is that COX-2 inhibitors --
80:18 that COX-2 exerts pro-inflammatory
80:19 effects and that if you inhibit it, it's
80:20 anti-inflammatory.  And if you're
80:21 thinking of a process like
80:22 atherosclerosis, which is an inflammatory
80:23 disease, it -- by inhibiting
80:24 inflammation, a COX-2 inhibitor would
81: Page 74
81: 1 produce a beneficial effect on
81: 2 atherosclerosis.
81: 3               However, there is a body of
81: 4 literature in rodents, and this has never
81: 5 been shown in patients, but, as I
81: 6 indicated earlier, one can develop
81: 7 mechanistic insights in animals that may
81: 8 very well apply to patients, but we don't
81: 9 know for sure whether they always do.
81:10 But these studies have demonstrated that
81:11 the pro-inflammatory effect of the -- of
81:12 the products of COX-2 is time and content
81:13 dependent.
81:14               So that in the context if
81:15 you have a tissue that has been recently
81:16 injured and now there's an inflammatory
81:17 effect, in these specific animal models,
81:18 which have not been shown to exist in
81:19 patients, COX-2 exerts pro-inflammatory
81:20 effects, and this is the way, nature's
81:21 way of trying to heal an injury, by
81:22 producing inflammatory cells.
81:23               Later on, within a week or
81:24 ten days, after this active process in
82: Page 75
82: 1 response to the acute injury, the context
82: 2 of that lesion, of the injured tissue
82: 3 changes, and now COX-2 is expressed in a
82: 4 second peak.  And instead of being
82: 5 pro-inflammatory, it becomes
82: 6 anti-inflammatory.  So now the
82: 7 prostagland -- the prostanoids that are
82: 8 produced by COX-2 -- initially the major
82: 9 prostanoid produced by COX-2 was PGE2.
82:10 And PGE2 induces an inflammatory process.
82:11               Later on during the process,
82:12 PGE2 is shut off, and the same activation
82:13 of COX-2 now produces other prostanoids,

Page 18

Epstein Complete

82:14 PGD2, PGJ2, which are anti-inflammatory.
82:15            So according to mechanisms
82:16 that have been developed in these rodent
82:17 models of tissue injury, COX-2 is a
82:18 highly complex molecule.  The effects of
82:19 its activation will differ depending on
82:20 time and context.
82:21            And so we raised the
82:22 possibility, since the results that we
82:23 found were at total variance from what
82:24 our original hypothesis was, we tried to
83: Page 76
83: 1 explain what the possible mechanisms
83: 2 might be to see just the opposite of what
83: 3 we had hypothesized.

SE 8501      85:1-85:2

85: 1            Q.    Let's move on to the second
85: 2 portion.  I'm sorry, Doctor, for

SE 8504      85:4-87:10

85: 4            Number 2 on Page 1818, "a
85: 5 procoagulant effect (induced by
85: 6 inhibition of COX-2-mediated expression
85: 7 of the highly antithrombotic prostacyclin
85: 8 without concomitant reduction of
85: 9 COX-1-mediated expression of the highly
85:10 thrombotic thromboxane A2."
85:11            And again in concise
85:12 laymen's terms, what exactly is that
85:13 referring to?
85:14            A.    So there's COX-1 and COX-2.
85:15 COX-1 produces thromboxane, which causes
85:16 platelets to clump and which can then
85:17 produce a thrombus, which can occlude,
85:18 which can just obstruct the blood
85:19 vessels, so blood can't get through.
85:20            Prostacyclin which is
85:21 produced by COX-2 counteracts that.  So
85:22 insofar as you've changed the balance of
85:23 COX-1 and COX-2, you've changed the
85:24 balance between pro-clotting and
86: Page 79
86: 1 anti-clotting in favor of pro-clotting.
86: 2 That would be one aspect, that is,
86: 3 pro-clotting.  But also -- well, that's
86: 4 the Number 3.
86: 5            Q.    You can go ahead and explain
86: 6 that one, yes, sir.
86: 7            A.    So the same thing for
86: 8 proliferative.  Proliferative means that
86: 9 cells start dividing, and many more cells
86:10 are present after this proliferative
86:11 process.  Thromboxane A2 stimulates
86:12 smooth muscle cells, and smooth muscle
86:13 cells comprise a large component of the
86:14 atherosclerotic plaque.  Thromboxane A2
86:15 leads to smooth muscle cell
86:16 proliferation, whereas prostacyclin
86:17 inhibits smooth muscle cell
86:18 proliferation.

Page 19

                              Epstein Complete
86:19                So that could also be a
86:20 mechanism by which inhibiting COX-2,
86:21 where you're inhibiting prostacyclin,
86:22 which inhibits smooth muscle cell
86:23 proliferation, that could be a mechanism
86:24 whereby we saw the increase in
87: Page 80
87: 1 atherosclerosis.
87: 2         Q.    Okay.  Again, in a nutshell,
87: 3 are you and your co-authors here saying
87: 4 that there are three possible mechanisms
87: 5 of action by which COX-2 inhibitors could
87: 6 increase the existence of
87: 7 atherosclerosis?
87: 8         A.    Yes, at least those three
87: 9 and probably others that we're just not
87:10 aware of, right.

SE 8812      88:12-88:15

88:12                How did you first express to
88:13 Merck or any of Merck's scientists or
88:14 doctors the findings of you and your
88:15 co-authors in your study?

SE 8817      88:17-89:23

88:17                THE WITNESS:  I sent an
88:18          e-mail to Dr. Rodger, reporting
88:19          the -- the way the study was set
88:20          up was the -- the first analysis
88:21          that we did was related to viral
88:22          infectivity, and the first
88:23          analysis was completed, oh, I
88:24          guess, it was towards May of 2001.
89: Page 82
89: 1          And we found, much to our
89: 2          surprise, that treatment with
89: 3          COX-2 led to an increase in the
89: 4          amount of viruses present in the
89: 5          usual place that CMV resides after
89: 6          infection, in the salivary glands
89: 7          or in the spleen.
89: 8                And so I sent an e-mail to
89: 9          Dr. Rodger telling him about that
89:10          finding.
89:11 BY MR. SIZEMORE:
89:12         Q.    Did Dr. Rodger or any of the
89:13 other Merck scientists offer any input or
89:14 critiques or criticism of your study?
89:15         A.    That did not occur until we
89:16 sent him an abstract.  So we decided
89:17 later on, as we continued our analysis,
89:18 and maybe this is jumping a little bit
89:19 ahead of your story, but the analysis and
89:20 the suggestions occurred after we sent
89:21 Dr. Rodger and his colleagues an abstract
89:22 that we wanted to submit to the American
89:23 College of Cardiology.

SE 9115      91:15-91:19

91:15         Q.    Did you actually receive
                              Page 20

Epstein Complete

91:16 edits or critiques or input from Merck at
91:17 *the time or after you submitted this*
91:18 abstract?
91:19        A.    Yes, I did.

D SE 9120       91:20-91:21

91:20        Q.    Can you provide or tell us
91:21 about those in a nutshell fashion?

SE 9222       92:22-93:4

92:22        A.    Right.  *The gist of it was*
92:23 that Dr. Rodger wanted to make it --
92:24 wanted us to make it clear that this was
93: Page 86
93: 1 a mouse study, and it was questionable
93: 2 whether the data were applicable to
93: 3 patients and he -- he did object to our
93: 4 having COX-2 inhibitor in the title.

D SE 9305       93:5-93:9

93: 5        Q.    *Did he want you to include*
93: 6 the verbiage "MF-tricyclic" in the title?
93: 7        A.    Well, he wanted to have the
93: 8 specific drug that we used in the title,
93: 9 which was not unreasonable.

SE 9310       93:10-93:13

93:10        Q.    Okay.  Had your initial
93:11 *proposal indicated the title would*
93:12 include the verbiage, "a selective COX-2
93:13 inhibitor"?

SE 9317       93:17-93:17

93:17                THE WITNESS:  Yes, yes.

SE 9320       93:20-94:1

93:20                And was that verbiage
93:21 *eventually substituted with the words*
93:22 "MF-tricyclic"?
93:23        A.    You know, I don't know what
93:24 the abstract said now, but what I did in
94: Page 87
94: 1 the paper was to have both.

D SE 9402       94:2-94:5

94: 2        Q.    *Fair enough.*
94: 3        A.    So the paper has both the
94: 4 *MF-tricyclic, a selective COX-2*
94: 5 inhibitor.

SE 9710       97:10-97:19

97:10        Q.    Doctor, based on your
97:11 experience and research in this area, do
97:12 *you feel that your study and your*
97:13 co-authors' study was scientifically

Epstein Complete

```
97:14 reliable?
97:15          A.    Yes, I do.
97:16          Q.    And you stand behind today
97:17 the results of that study, is that
97:18 accurate?
97:19          A.    That's accurate.
```

D SE 9803      98:3-99:1

```
98: 3          Q.    Did anybody at Merck ever
98: 4 convey to you that they felt that your
98: 5 study was harmful to Vioxx or to Merck in
98: 6 general?
98: 7          A.    No.  They -- they, again,
98: 8 wanted to make -- wanted me to make
98: 9 absolutely clear in the manuscript that
98:10 this was a study done in mice and was
98:11 only questionably relevant to patients.
98:12          Q.    Doctor, you've reiterated
98:13 that several times.
98:14          A.    Yes.
98:15          Q.    Was that something that was --
98:16          A.    Well, that's the only
98:17 criticism, scientific criticism that I
98:18 received from Dr. Rodger.  I mean, Dr.
98:19 Rodger did make some suggestions for
98:20 changing the manuscript, much of which
98:21 were very helpful and led to my indeed
98:22 changing them.  But the only real
98:23 criticism that I had was that statement
98:24 that I've repeated now, as I have nothing
99: Page 92
99: 1 else to say.
```

SE 9908      99:8-99:9

```
99: 8          Q.    Move on to the next exhibit,
99: 9 Doctor, Exhibit 9 to your deposition.
```

SE 10004      100:4-100:23

```
100: 4          Q.    Doctor, I'll point you out
100: 5 to -- or point you to the bottom e-mail
100: 6 from Dr. Rodger, dated July 27, 2001, to
100: 7 the coxib MSGP committee, again
100: 8 referencing Epstein, Number 213 abstract.
100: 9          A.    Um-hmm.
100:10          Q.    Do you see that, Doctor?
100:11          A.    Yes.
100:12          Q.    Okay.  Reading from that, it
100:13 says, "I cannot say that I like the
100:14 conclusions - COX-2 inhibitors are
100:15 immunosuppressive and atherogenetic."
100:16          Do you see that, Doctor?
100:17          A.    Yes, I do see that.
100:18          Q.    Did Dr. Rodger convey to you
100:19 that he did not like the conclusions of
100:20 your study?
100:21          A.    No, he did not.  I mean, the
100:22 implication was there, but he never
100:23 expressed that.
```

SE 10418      104:18-105:10

Epstein Complete

```
104:18              Doctor, were you informed by
104:19 Merck that they had conducted other
104:20 studies in apoE knockout mice to
104:21 determine the effect of COX-2 inhibition
104:22 on atherogenetics?
104:23        A.   Yes.
104:24        Q.   Who told you about that?
105: Page 98
105: 1        A.   I believe -- that was from
105: 2 an e-mail -- that was in an e-mail sent
105: 3 to me from Merck.  I don't know if it was
105: 4 Dr. Rodger or Dr. Chang.  But they
105: 5 indicated that there was another study
105: 6 that they were supporting.
105: 7        Q.   Did they ever indicate to
105: 8 you that that was a study conducted by
105: 9 Dr. FitzGerald?
105:10        A.   They did not.
```

D SE 10511      105:11-106:11

```
105:11        Q.   Have you seen the study
105:12 conducted by Dr. FitzGerald where he
105:13 examined that issue in apoE knockout
105:14 mice?
105:15        A.   Yes.  He's published a
105:16 number of studies.  Which one are you
105:17 referring to?
105:18        Q.   Just that general issue.
105:19 I'm sorry --
105:20        A.   He's published, to my
105:21 knowledge, at least three papers, one
105:22 using LDL knockout mice and two using
105:23 apoE knockout mice.  I'm familiar with
105:24 those three papers.
106: Page 99
106: 1        Q.   Are they generally
106: 2 supportive of your conclusions and your
106: 3 co-authors' conclusions?
106: 4        A.   The first two papers, one
106: 5 was published say in 2001, 2002, were not
106: 6 supportive.
106: 7              His results, not using MF --
106: 8 I don't believe he used MF-tricyclic, nor
106: 9 did he use Vioxx, but he used other COX-2
106:10 inhibitors, showed no effect on
106:11 atherosclerosis.
```

D SE 10613      106:13-107:5

```
106:13        A.   His most recent study which
106:14 was published in 2005, I'm not sure what
106:15 -- it might have been -- I'm not sure
106:16 what COX-2 inhibitor he used.  But that
106:17 demonstrated what he interpreted was a
106:18 destabilization of these lesions when the
106:19 COX-2 inhibitor was administered
106:20 concomitantly with an inhibitor of
106:21 thromboxane A2.
106:22        Q.   Are you aware of other
106:23 studies too besides those conducted by
106:24 Dr. FitzGerald that are entirely
```

Page 23

Epstein Complete

107: Page 100
107: 1 supportive of the findings of you and
107: 2 your co-authors' study?
107: 3        A.    Our study was the only study
107: 4 *in which an isolated administration of a*
107: 5 COX-2 inhibitor showed worsening.

D SE 10724     107:24-108:7

107:24 not familiar with that.  I was very much
108: Page 101
108: 1 interested in finding studies that agreed
108: 2 with us, and I failed to find any, other
108: 3 than this recent FitzGerald paper.
108: 4        Q.    And the recent FitzGerald
108: 5 paper that you're discussing is -- Dr.
108: 6 Egan is the first listed author?
108: 7        A.    Yes.

SE 10808     108:8-108:9

108: 8        Q.    Let me show you what I've
108: 9 marked as Exhibit 10 to your deposition.

SE 10816     108:16-109:11

108:16        Q.    *For the record, this is a*
108:17 memo from Dr. Ian Rodger dated June 16th,
108:18 2000, to the MSGP review committee for
108:19 Vioxx.
108:20               Doctor, do you know what the
108:21 MSGP review committee is?
108:22        A.    Medical School Grant
108:23 Program, I guess.
108:24        Q.    Is that the actual program
109: Page 102
109: 1 or review committee that had
109: 2 decision-making authority as to whether
109: 3 or not to fund your particular study?
109: 4        A.    I believe so, yes.
109: 5        Q.    And I believe you stated
109: 6 earlier that Dr. Rodger is the executive
109: 7 director or head of that group, is that
109: 8 correct?
109: 9        A.    Yes.  His title I think is
109:10 medical director.  So I don't know if he
109:11 sits as chairman on that.

SE 10920     109:20-110:3

109:20        Q.    And there's a -- the second
109:21 proposal on that page, "Proposal Number
109:22 270 FitzGerald/USA"?
109:23        A.    Right.  I see it.
109:24        Q.    It says, "A biochemically
110: Page 103
110: 1 selective dose of rofecoxib retards
110: 2 atherogenesis in the DKO mouse."
110: 3        A.    Yes.

SE 11222     112:22-113:16

112:22        Q.    Okay.  Let me just ask you a

Epstein Complete
112:23 quick question on this.  Under Issues b,
112:24 let me read it, it says, "There is a
113: Page 106
113: 1 commercial/marketing anxiety *about a*
113: 2 possible downside risk that enhanced
113: 3 mortality may occur in the
113: 4 rofecoxib-treated animals from
113: 5 cardiovascular complications that is
113: 6 mechanism based.  This may attach to the
113: 7 cardiovascular events from VIGOR."
113: 8           Did I read that correctly?
113: 9      A.    Yes.
113:10      Q.    Did Dr. Rodger or any of the
113:11 other members of the MSGP ever confer to
113:12 you that they were concerned about a
113:13 mechanistic approach for cardiovascular
113:14 complications being associated with your
113:15 study?
113:16      A.    *No*.

SE 11511      115:11-115:22

115:11           Q.    Again, this is an internal
115:12 Merck document to Dr. Ian Rodger from Dr.
115:13 Stephen Epstein, it appears.  Does this
115:14 document come from you, Doctor, or this
115:15 e-mail?  Excuse me.
115:16      A.    Let me just look at this.
115:17      Q.    Sure.  Take your time.
115:18      A.    Yes, this came from me.
115:19      Q.    Okay.  And you're sending
115:20 this e-mail on or about October 12, 2001,
115:21 to Dr. Ian Rodger, is that correct?
115:22      A.    Correct.

SE 11608      116:8-116:11

116: 8      Q.    Sure.  Why don't you read
116: 9 it, Doctor.  I think it'll sound better
116:10 in your words.
116:11      A.    Okay.

SE 11614      116:14-119:3

116:14      A.    Okay.  "Attached is the
116:15 paper on the effects of selective COX-2
116:16 inhibition on susceptibility to CMV
116:17 infection and to atherogenesis.  We plan
116:18 to send it to Circulation in 30 days.  I
116:19 would be most interested in your comments
116:20 and suggestions.
116:21           "I'm sorry that we didn't
116:22 get the results we thought we would - but
116:23 it's better to know about this now than
116:24 to be blind-sided in one or two years by
117: Page 110
117: 1 complications that were totally
117: 2 unexpected.  On the other hand, as we
117: 3 tried to emphasize in our paper, our
117: 4 results in mice, using our particular
117: 5 experimental conditions, may not be at
117: 6 all relevant to what happens clinically.
117: 7 I'm therefore very pleased to have

Epstein Complete

117: 8 learned that Merck is planning to meet
117: 9 this head-on and is planning to consider
117:10 some definitive clinical study.  I would
117:11 be happy to work with you in any way that
117:12 would be helpful to such a project.
117:13            "Thanks for your help.
117:14            "Steve."
117:15      Q.    Thank you, Doctor.
117:16            Now, if I may break this
117:17 down, the first sentence of the second
117:18 paragraph says, "I'm sorry that we didn't
117:19 get the results we thought we would - but
117:20 it's better to know about this now than
117:21 to be blind-sided in one or two years by
117:22 complications that were totally
117:23 unexpected."
117:24            What did you mean by that,
118: Page 111
118: 1 Doctor?
118: 2      A.    Well, our initial proposal
118: 3 to Merck had the hypotheses that Vioxx
118: 4 would be protective against viral
118: 5 infection and protective against the
118: 6 development of atherosclerosis, and we
118: 7 found just the opposite.  And, you know,
118: 8 I was in -- I'm not sure what I meant by
118: 9 being sorry, but, you know, those were
118:10 the results.
118:11            And my feeling was that
118:12 this, although an animal study in mice in
118:13 a particular model, should serve as a
118:14 yellow flag so that being aware of the
118:15 potential for such an adverse effect,
118:16 albeit in mice, we don't know if it
118:17 applies to humans, but being aware of
118:18 that potential, it would be important for
118:19 Merck to help fund additional studies to
118:20 define this in a more definitive way.
118:21      Q.    Is it fair to say, then,
118:22 Doctor, that you were pleased that this
118:23 potential adverse effect of Vioxx was
118:24 discovered at this point in time and not
119: Page 112
119: 1 a year or two down the road?
119: 2      A.    Yes, that's exactly my
119: 3 thought.

SE 11907     119:7-120:20

119: 7      Q.    Now, you mentioned -- I'm
119: 8 sorry, let me just read instead of
119: 9 paraphrasing, that the last two sentences
119:10 of your e-mail here, it says, "I'm
119:11 therefore very pleased to have learned
119:12 that Merck is planning to meet this
119:13 head-on and is planning to consider some
119:14 definitive clinical study.  I would be
119:15 happy to work with you in any way that
119:16 would be helpful to such a project."
119:17            What kind of definitive
119:18 clinical study were you referring to
119:19 there, Doctor?
119:20            A.    Well, I've read through this

Page 26

Epstein Complete

```
119:21 memo any number of times in preparation
119:22 for this deposition, and I tried to
119:23 recall what that statement was based on.
119:24 And I'm -- I'm quite certain it was based
120: Page 113
120: 1 on a telephone call.  I had many
120: 2 telephone calls with Dr. Rodger during
120: 3 the course of this, but I have no e-mail
120: 4 from him indicating what this head-on
120: 5 strategy was.  So I can't give you more
120: 6 information than -- than is in this memo.
120: 7 Only to say that there must have been
120: 8 some communication with Dr. Rodger
120: 9 probably that indicated that Merck was
120:10 taking this seriously and that they would
120:11 plan to do some definitive clinical
120:12 study.
120:13        Q.    Before we move on to the
120:14 clinical study and away from this e-mail,
120:15 Doctor, is it -- based on your experience
120:16 in this area and your study and your
120:17 years of research in this area, was Merck
120:18 given a yellow flag or a warning back in
120:19 2001 about the potential harmful effects
120:20 of Vioxx in humans?
```

SE 12023       120:23-120:23

```
120:23              THE WITNESS:  Yes.
```

D SE 12209       122:9-122:13

```
122: 9        Q.    Does that help refresh your
122:10 recollection in any way about what this
122:11 potential clinical study is?
122:12        A.    No.  I really don't recall.
122:13 That was -- I don't recall.
```

SE 12304       123:4-123:5

```
123: 4 Doctor, and see if this document that
123: 5 I've marked Exhibit 13 --
```

SE 12318       123:18-123:23

```
123:18        Q.    I'll represent to you that
123:19 this is an internal Merck document.  The
123:20 front page is entitled "Cardiovascular
123:21 Outcomes Study Consultants Meeting" and
123:22 date is Monday, October 29th, 2001 at the
123:23 Four Seasons Hotel in Philadelphia.
```

D SE 12324       123:24-124:9

```
123:24        A.    May I clarify my previous
124: Page 117
124: 1 remark?
124: 2        Q.    Yes, sir.
124: 3        A.    What I was responding to
124: 4 was, do I recall -- which I thought you
124: 5 were asking -- do I recall the specific
124: 6 clinical study that was discussed and
124: 7 proposed.  And the answer to that is no,
```

Page 27

Epstein Complete
124: 8 I do not.  Do I recall this meeting, and
124: 9 the answer to that is yes, I do.

SE 12412     124:12-124:16

124:12          Q.    And was the purpose of this
124:13 particular meeting, Doctor, to discuss
124:14 the development and execution of a
124:15 cardiovascular outcomes study involving
124:16 Vioxx?

SE 12419     124:19-125:22

124:19               THE WITNESS:  As I recall,
124:20          and, again, this is five years
124:21          ago, the purpose of this meeting
124:22          was to discuss the evidence that
124:23          existed at the time as to the
124:24          potential cardiovascular side
125: Page 118
125: 1          effects of Vioxx and how to
125: 2          develop more information as to
125: 3          whether this was, in fact, an
125: 4          important -- of importance
125: 5          clinically.
125: 6 BY MR. SIZEMORE:
125: 7          Q.    Did you actually attend this
125: 8 meeting --
125: 9          A.    Yes.  Yes, I did.
125:10          Q.    -- Doctor.
125:11               And I think if we look on
125:12 Page 4 with the Bates number NJ0267306 at
125:13 the bottom, you'll see your name listed,
125:14 "Stephen E. Epstein, M.D." as one of the
125:15 consultants.
125:16          A.    That's correct.
125:17          Q.    Now, Doctor, during this
125:18 meeting, is it accurate to say that there
125:19 was a concern among Merck scientists, as
125:20 well as the Merck consultants, that Vioxx
125:21 could cause adverse cardiovascular
125:22 outcomes?

SE 12601     126:1-126:10

126: 1               THE WITNESS:  There was
126: 2          certainly concern.
126: 3 BY MR. SIZEMORE:
126: 4          Q.    Yes, sir.
126: 5               Is it fair to say that
126: 6 Vioxx's association with causing heart
126: 7 attacks and strokes and other adverse
126: 8 cardiovascular outcomes was at least a
126: 9 hypothesis at this time?
126:10          A.    Yes.

D SE 12611     126:11-126:16

126:11          Q.    Doctor, at this meeting of
126:12 the consultants, was the design of a
126:13 cardiovascular outcomes study actually
126:14 discussed?
126:15          A.    I wish I could answer, but I
                              Page 28

Epstein Complete

126:16 really don't recall.

D SE 12709      127:9-127:13

127: 9              Did -- did you ever
127:10 participate in the design, or were you
127:11 ever discussed -- excuse me -- involved
127:12 in discussions around the VALOR study?
127:13      A.   No.

SE 13113      131:13-131:21

131:13      Q.   Did you indicate to Merck
131:14 that you thought a cardiovascular
131:15 outcomes study could be conducted in
131:16 reference to Vioxx?
131:17      A.   Yes.
131:18      Q.   Were you an actual advocate
131:19 for conducting a cardiovascular outcomes
131:20 trial in reference to Vioxx?
131:21      A.   Yes.


Epstein Redirect (Multi-clip)
SE 26314      263:14-264:2

263:14      Q.   Doctor, is it your
263:15 understanding from reviewing this
263:16 document and having various questions
263:17 asked to you today that the scientific
263:18 advisory board is essentially saying that
263:19 coxibs, like Vioxx, could help or harm
263:20 atheromatous plaques?
263:21      A.   That's my understanding,
263:22 yes.
263:23      Q.   And your study showed
263:24 harmful effects of COX-2 inhibitors like
264: Page 257
264: 1 Vioxx on the formation and progression of
264: 2 atheromatous plaques, correct?

SE 26405      264:5-264:7

264: 5              THE WITNESS:   The study
264: 6        showed the development of -- I
264: 7        agree with that statement, yes.

SE 26420      264:20-265:18

264:20      Q.   Now, didn't Merck -- Merck
264:21 didn't tell you not to do your study, but
264:22 didn't they turn you down the first time
264:23 you approached Merck about doing the
264:24 study?
265: Page 258
265: 1      A.   They did.
265: 2      Q.   And you told them
265: 3 essentially that you would go forward
265: 4 even if you had to fund the study
265: 5 yourself, isn't that right?
265: 6      A.   I did.  But the only caveat
265: 7 there was that I couldn't obtain the drug
265: 8 without their cooperation.
                                    Page 29

Epstein Complete
```
265: 9        Q.    Okay.  And you asked for
265:10 Vioxx specifically from Merck to do the
265:11 study, correct?
265:12        A.    Correct.
265:13        Q.    And did they provide you
265:14 with Vioxx?
265:15        A.    They did not.
265:16        Q.    What drug did they give you
265:17 instead?
265:18        A.    MF-tricyclic.
```

SE 26611    266:11-267:18

```
266:11            And I'll point you to the
266:12 second page of this cumulative exhibit,
266:13 and if you look down at the bottom it
266:14 appears to be MRK-ABS0343457.
266:15        A.    I'm sorry, I don't see where
266:16 you're reading.
266:17        Q.    Bates number.  That doesn't
266:18 really matter, Doctor.
266:19            I'll point you out to an
266:20 e-mail from Leslie Koch to Greg
266:21 Wiederrecht appears to be and John
266:22 Obenchain.
266:23        A.    Yes.
266:24        Q.    And it says, "Greg, yes, we
267: Page 260
267: 1 do send out marketed compounds - actually
267: 2 that is about 80% of the total requests.
267: 3 Decisions about the appropriateness of
267: 4 the experiments involving Vioxx and if
267: 5 Merck wants to support go to Dr. Robert
267: 6 Young (MFC) and Dr. Ian Rodgers
267: 7 (Chairman, Vioxx Medical School Grant
267: 8 Committee).  Occasionally they will offer
267: 9 substitute compounds like MF-tricyclic or
267:10 DFU if they are interested in the study,
267:11 but" concerned "about potential bad
267:12 implications on marketed products."
267:13            Did Merck ever inform you or
267:14 anybody at Merck, Dr. Rodger, tell you
267:15 that they were concerned about your study
267:16 showing bad implications for a marketed
267:17 product and that's why they didn't give
267:18 you Vioxx, Doctor?
```

SE 26721    267:21-267:22

```
267:21            THE WITNESS:  They never
267:22        informed me about that.
```

D SE 28810    288:10-289:1

```
288:10        Q.    All right.  And Merck has
288:11 been very specific in the questions
288:12 they've asked you, Doctor.  If you'll
288:13 recall, they've asked you, are there any
288:14 Vioxx studies in knockout mice that
288:15 replicated your findings?
288:16        A.    Yes.
288:17        Q.    Are you aware of other
288:18 studies, whether it be in animals or
```

```
                              Epstein Complete
288:19 humans, involving other COX-2 inhibitors
288:20 or involving knockout mice, period, that
288:21 would tend to substantiate or replicate
288:22 your findings?
288:23        A.   No.
288:24        Q.   Okay.  Are you aware of the
289: Page 282
289: 1 APPROVe follow-up data, Doctor?
```

D SE 28904        289:4-289:6

```
289: 4            THE WITNESS:  Just insofar
289: 5        as I read Dr. FitzGerald's summary
289: 6        of it.
```

SE 29013        290:13-290:16

```
290:13            Is it your opinion, having
290:14 reviewed Dr. FitzGerald's information
290:15 about the APPROVe follow-up data, that it
290:16 substantiates your study?
```

SE 29103        291:3-291:8

```
291: 3            THE WITNESS:  Well, it
291: 4        showed -- it showed, you know,
291: 5        harmful effects of Vioxx.  So
291: 6        certainly -- I mean, it showed
291: 7        harmful effects of Vioxx.  I'd
291: 8        leave it at that.
```

D SE 29115        291:15-291:22

```
291:15            THE WITNESS:  Right.  So
291:16        those are studies that I just read
291:17        in the newspaper.
291:18 BY MR. SIZEMORE:
291:19        Q.   Okay.
291:20        A.   And I haven't had a chance
291:21 to review those.
291:22        Q.   That's fair enough.
```

SE 29206        292:6-292:17

```
292: 6        Q.   Does your study raise
292: 7 questions or at least generate hypothesis
292: 8 -- hypotheses, excuse me, about potential
292: 9 adverse effects of Vioxx and other COX-2
292:10 inhibitors in humans?
292:11        A.   It does.
292:12        Q.   Does your study also raise
292:13 questions or generate hypotheses in
292:14 humans that Vioxx and other COX-2
292:15 inhibitors could promote atherosclerosis
292:16 formation and progression?
292:17        A.   It does.
```

SE 29304        293:4-293:13

```
293: 4        Q.   Would it be proper to say
293: 5 that your study at least generates this
293: 6 hypothesis or -- that COX-2 inhibition,
293: 7 including the use of Vioxx, in humans,
```
                                           Page 31

```
                                Epstein Complete
293: 8 could increase atherogenesis?
293: 9          A.    It raises that possibility,
293:10 yes.
293:11          Q.    Is that the yellow flag that
293:12 you referred to earlier?
293:13          A.    Yes.
```

Total Length - 01:04:37