Final Cannell

Cannell (Multi-clip)
TC 903      9:3-9:5

    9: 3    Q.    Do you want to state your name for the
    9: 4 record, please.
    9: 5    A.    My name is Tom Cannell.

TC 1120     11:20-12:5

    11:20    Q.    And at one time you were the executive
    11:21 marketing director for Vioxx for Merck?
    11:22    A.    That's right.
    11:23    Q.    At what time period were you the executive
    11:24 marketing director for Merck on Vioxx?
    11:25    A.    From approximately mid February of 2001 to
    12: Page 12
    12: 1 December of 2002.
    12: 2    Q.    What were your duties as the executive
    12: 3 marketing director for Vioxx on behalf of Merck?
    12: 4    A.    I was responsible for our direct to consumer
    12: 5 promotion and for our physician promotion.

TC 1707     17:7-17:12

    17: 7    Q.    Now, Exhibit Number 1 is Merck's code of
    17: 8 conduct, which is a booklet created by Merck regarding
    17: 9 their values and standards, correct?
    17:10    A.    That's correct.  Can I just take one moment
    17:11 to --
    17:12    Q.    Yeah.  Go ahead and read it.  Have you read

TC 1717     17:12-17:17

    17:12    Q.    Yeah.  Go ahead and read it.  Have you read
    17:13 it?
    17:14    A.    I glanced through it, yes.
    17:15    Q.    You are familiar with the Merck code of
    17:16 conduct, correct?
    17:17    A.    I am familiar with this.

TC 1818     18:18-20:2

    18:18    Q.    Do you see there is a section entitled honest
    18:19 communication?
    18:20    A.    (Nodding head.)
    18:21    Q.    And first of all, let me ask you this.  As
    18:22 the executive marketing director for Vioxx and as a vice
    18:23 president, related to sales duties and marketing duties
    18:24 for Vioxx, did you follow this practice of honest
    18:25 communication?
    19: Page 19
    19: 1    A.    Yes.  We did and I did.
    19: 2    Q.    And looking at the first sentence under
    19: 3 honest communication does it say, "Lives depend not only
    19: 4 on the quality of our products and services but also on
    19: 5 the quality of the information we provide to the medical
    19: 6 community and general public"?  Did I read that right?
    19: 7    A.    Yes, you did.
    19: 8    Q.    Then does it say, "Information furnished to
    19: 9 our customers about our products and services including
    19:10 availability and delivery must be useful, accurate,
    19:11 supported by scientific evidence where relevant and

```
                             Final Cannell
19:12 presented honestly, fairly and by proper means"?  Did I
19:13 read that right?
19:14      A.     Yes, you did.
19:15      Q.     And is there a term used in sales and
19:16 marketing in your business called a fair comment or a
19:17 fairness in communication?
19:18      A.     Fair balance is --
19:19      Q.     Fair balance?
19:20      A.     Yes, there is.
19:21      Q.     What does that refer to, for the jury's sake?
19:22      A.     When we discuss a product with a customer,
19:23 the basis for that discussion is the package insert or
19:24 package circular.  And the expectation of the FDA and the
19:25 expectation of Merck is that there be a balanced
20: Page 20
20: 1 discussion where we not only talk about the benefits of
20: 2 the product but also safety and tolerability information.
```

TC 2015      20:15-20:18

```
20:15      Q.     Now, when you communicated to doctors and to
20:16 consumers about Vioxx, did you also have a duty to tell
20:17 the consumers about the cardiovascular risks which
20:18 included heart attacks and strokes?
```

TC 2212      22:12-22:16

```
22:12                    THE WITNESS:  When we through promotion
22:13 talked to consumers or talked to physicians, talked to
22:14 doctors about Vioxx, we were obligated to give a balanced
22:15 presentation of Vioxx based on the package circular of
22:16 the brand.
```

TC 3214      32:14-32:20

```
32:14      Q.     Is there any letter that you ever received
32:15 from the FDA that said you cannot discuss the VIGOR
32:16 results with treating doctors and prescribing doctors
32:17 pending a new label?
32:18      A.     I don't recall that letter.
32:19      Q.     There was no letter, correct?
32:20      A.     Not that I am aware of.
```

TC 4718      47:18-48:5

```
47:18      Q.     Okay.  Let's move on here.  So this is
47:19 Exhibit Number 6.  And for the record, it begins at Bates
47:20 number MRK ADG 0057776, correct?  That's the Bates
47:21 number?
47:22      A.     Are you asking me?
47:23      Q.     7776?
47:24      A.     Yes.  That's correct.
47:25      Q.     Just for the record, this is a Tom Cannell
48: Page 48
48: 1 Power Point, right?
48: 2      A.     This is a presentation with my name.  I'm not
48: 3 sure if this is Power Point or not.
48: 4      Q.     It's a presentation?
48: 5      A.     Yeah.
```

TC 5008      50:8-50:16

```
50: 8      Q.     And let's back up to 7793.  So your core
```

```
                              Final Cannell
50: 9 messages are tied to marketing strategy, correct?
50:10      A.     That's correct.  That's what it says here.
50:11      Q.     Attributes known to impact prescribing,
50:12 ensures consistency of promotional campaign, allows for
50:13 refreshed reasons to believe.  Continuing on, powerful
50:14 pain relief, chronic efficacy for OA and RA, proven GI
50:15 risk reduction, elderly safety data.  Does that complete
50:16 your core messages?
```

TC 5018     50:18-50:24

```
50:18                    THE WITNESS:  I don't recall them.  That
50:19 is what's on this document.
50:20 BY MR. ROBINSON:
50:21      Q.     And nowhere in your core messages is there
50:22 mention of the potential for cardiovascular risks,
50:23 correct?
50:24      A.     That's correct.
```

TC 5111     51:11-51:12

```
51:11      Q.     Isn't it true that you actually looked at the
51:12 cardiovascular risks as an obstacle to sales?
```

TC 5114     51:14-51:24

```
51:14                    THE WITNESS:  I don't -- I don't recall
51:15 characterizing that -- Physicians had questions about
51:16 cardiovascular data for Vioxx and we would answer those
51:17 questions.  This is after the label change.  So now we
51:18 are answering them completely using the VIGOR data that's
51:19 in the package circular.
51:20 BY MR. ROBINSON:
51:21      Q.     But Merck and you as executive director of
51:22 marketing looked at the cardiovascular risk issues and
51:23 questions from prescribers as, quote, obstacles, end
51:24 quote, correct?
```

TC 5201     52:1-52:3

```
52: 1                    THE WITNESS:  I don't recall using that
52: 2 term.  But the fact is there were questions being raised
52: 3 by doctors.
```

TC 5210     52:10-52:17

```
52:10      Q.     Let's take a look here.  We will stay on
52:11 Exhibit Number 6 but I want you to look at Exhibit Number
52:12 7.  Here is Exhibit Number 7.  Exhibit Number 7 is an
52:13 e-mail from you to Antonia Sisti, correct?
52:14      A.     That's correct.
52:15      Q.     And copies going to Maureen Christiano and
52:16 Tyrus Barker, right?
52:17      A.     That's correct.
```

TC 5309     53:9-53:22

```
53: 9      Q.     Let's read what your e-mail says, which is
53:10 Exhibit Number 7.  You say, "I think three, two, one, go
53:11 would work."  Did I read that right?
53:12      A.     Yes, you did.
53:13      Q.     And then you say, "Three are the strengths we
53:14 have; one, efficacy; two, proven GI outcomes; and three,
```

Page 3

```
                                        Final Cannell
     53:15 cost."  Did I read that right?
     53:16     A.     Yes, you did.
     53:17     Q.     And then you say, "Two are the obstacles we
     53:18 need to be able to handle confidently; one, CV; and two,
     53:19 hypertension."  Did I read that right?
     53:20     A.     Yes, you did.
     53:21     Q.     And by CV, that's cardiovascular risk,
     53:22 correct?

TC 5324      53:24-54:2

     53:24              THE WITNESS:  CV stands for cardiovascular
     53:25 questions.
     54: Page 54
     54: 1 BY MR. ROBINSON:
     54: 2     Q.     You looked at that as an obstacle, correct?

TC 5404      54:4-54:5

     54: 4              THE WITNESS:  Right.  We use the term
     54: 5 obstacle and question interchangeably.

TC 6014      60:14-60:24

     60:14     Q.     Has somebody discussed with you the idea that
     60:15 maybe you should change the word obstacle to question
     60:16 before we sat here for this deposition?
     60:17     A.     I have never heard anyone say that.  I can
     60:18 tell you that since I started with Merck in 1987,
     60:19 question and obstacle were always used interchangeably.
     60:20     Q.     Well, I mean, there were questions regarding
     60:21 efficacy, correct, of the drug?
     60:22     A.     There were -- There was a lot of discussion
     60:23 about efficacy.
     60:24     Q.     But you don't call that an obstacle, do you?

TC 6101      61:1-61:2

     61: 1              THE WITNESS:  As you saw, efficacy is
     61: 2 actually referred to as a core message in this document.

TC 6204      62:4-62:4

     62: 4     Q.     It's not an obstacle?

TC 6206      62:6-62:6

     62: 6              THE WITNESS:  It's a core message.

TC 6310      63:10-63:11

     63:10     Q.     I want to go back to this presentation.
     63:11              MR. ROBINSON:  I think that's Exhibit 6.

TC 6321      63:21-63:25

     63:21     Q.     Yes.  In your core messages regarding Vioxx,
     63:22 you talk about marketing strategy.  You talk about
     63:23 powerful pain relief, chronic efficacy, proven GI risk,
     63:24 elderly safety data.  But you do not talk about the
     63:25 cardiovascular issue, correct?

TC 6402      64:2-64:5
```

Case 2:05-md-01657-EEF-DEK   Document 6146-1   Filed 08/05/06   Page 5 of 6

```
                         Final Cannell
     64: 2              THE WITNESS: The core messages do not
     64: 3  reference cardiovascular. However, the expectation is
     64: 4  that representatives would deliver a balanced discussion
     64: 5  consistent with the PI.

TC 6424     64:24-64:25

     64:24     Q.      But one of your messages was elderly safety
     64:25  data, right?

TC 6510     65:10-65:16

     65:10     Q.      Are you aware from your work at Merck or from
     65:11  your reading of any literature on MIs and strokes that
     65:12  older people are at a higher risk for heart attack and
     65:13  stroke than younger people?
     65:14     A.      Yes. I believe -- It's my understanding that
     65:15  older people are sometimes at an increased risk of
     65:16  certain cardiovascular events than younger people.

TC 8020     80:20-81:4

     80:20     Q.      Now let's go to Bates number MRK ADG 57804.
     80:21  Let's go back to -- Let's go back to 802. So this is
     80:22  going to be for the sales reps, right?
     80:23     A.      This is a draft of a deck that I used in
     80:24  presentations to either sales representatives or
     80:25  managers. I don't recall what level.
     81:  Page 81
     81: 1     Q.      But you're telling them at page 802 -- you're
     81: 2  saying, "Product knowledge. Know the PIs," which is the
     81: 3  package insert, right?
     81: 4     A.      That's correct.

TC 8201     82:1-82:3

     82: 1     Q.      And then what you're doing is you're telling
     82: 2  them to discern between the different parts of the FDA
     82: 3  labeling guidelines, right?

TC 8205     82:5-82:12

     82: 5              THE WITNESS: What we did here is we
     82: 6  actually took excerpts from the FDA web site that
     82: 7  describe the different sections of the label.
     82: 8  BY MR. ROBINSON:
     82: 9     Q.      So what's going on here is this, is you
     82:10  have -- For example, 57803 is sort of a portion of the
     82:11  definition of contraindications; is that right?
     82:12     A.      From the FDA web site. That's correct.

TC 8308     83:8-84:2

     83: 8     Q.      Well, for example, I'm reading from your own
     83: 9  presentation under contraindications. You say,
     83:10  "Contraindications. Description of situations in which
     83:11  the drug should not be used because the risk of use
     83:12  outweighs any possible benefit." Did I read that right?
     83:13     A.      Yes, you did.
     83:14     Q.      Then for warnings you say to the sales reps
     83:15  and marketing managers, "Description of serious adverse
     83:16  reactions and potential safety hazards, subsequent
```

Final Cannell

```
83:17 limitation in use and steps that should be taken if they
83:18 occur." Did I read that right?
83:19      A.     Yes, you did.
83:20      Q.     Then under precautions you say, "Information
83:21 regarding any special care to be exercised for the safe
83:22 and effective use of the drug includes general
83:23 precautions and information for patients on drug
83:24 interactions, carcinogenesis, mutagenesis, pregnancy
83:25 rating, labor and deliver, nursing mothers and pediatric
84: Page 84
84: 1 news." Did I read that right?
84: 2      A.     Yes, you did.
```

TC 8801    88:1-88:7

```
88: 1      Q.     Yeah. In other words, what you are telling
88: 2 your salespeople is that they should know the difference
88: 3 between precautions, warnings and contraindications
88: 4 sections of the label to point out to the doctors that
88: 5 the FDA only required some language about VIGOR in the
88: 6 precautions section and not the warnings or the
88: 7 contraindications section, correct?
```

TC 8809    88:9-88:13

```
88: 9             THE WITNESS: No, that's not correct. I
88:10 mean, we're teaching our representatives to use the
88:11 label, the package circular as the basis for their
88:12 discussions regarding Vioxx, which is what we have been
88:13 talking about this morning.
```

TC 9008    90:8-90:11

```
90: 8      Q.     The -- I want to make it clear now. You are
90: 9 saying that you agree that the cardiovascular risk VIGOR
90:10 language was not in the contraindication or warning
90:11 section of the April 2002 label?
```

TC 9013    90:13-90:21

```
90:13             THE WITNESS: I'm saying Vioxx did not
90:14 increase the risk, the cardiovascular risk. I'm saying
90:15 there was cardiovascular data from VIGOR in at least the
90:16 clinical studies section as well as the precaution
90:17 section.
90:18 BY MR. ROBINSON:
90:19      Q.     But it wasn't in the contraindication or
90:20 warnings section, right?
90:21      A.     Not that I recall.
```

Total Length - 00:14:02