Final Jan Weiner

Jan Weiner (Multi-clip)
Weiner 1510      15:10-15:13

```
15:10      Q.      You're currently employed by Merck?
15:11      A.      Yes.
15:12      Q.      Okay.  When did you start with Merck?
15:13      A.      October of 1989.
```

Weiner 1812      18:12-20:24

```
18:12              Tell me, when you started with Merck
18:13  in 1989, what was your first job?
18:14      A.      My title was director of information
18:15  services and I worked in the public affairs
18:16  department for the US business.  And my job
18:17  generally was to work on communications related to
18:18  Merck's products.
18:19      Q.      How long did you have that direct --
18:20  what was your title?
18:21      A.      My title was director of information
18:22  services.
18:23      Q.      Okay.  How long did you have that
18:24  title?
18:25      A.      A couple of years.
19: Page 19
19: 1      Q.      Until about '91 or so?
19: 2      A.      '91, '92.
19: 3      Q.      Okay.  And did your job change after
19: 4  that?
19: 5      A.      My title changed to senior director,
19: 6  and some of the responsibilities -- the
19: 7  responsibilities were generally the same.
19: 8      Q.      Was it considered a promotion?
19: 9      A.      Yes, it was.
19:10      Q.      Okay.  And how long did you have that
19:11  job?
19:12      A.      I had that job for, I guess, about
19:13  five years.
19:14      Q.      Until like '97, '98, something like
19:15  that?
19:16      A.      Yeah.
19:17      Q.      Okay.  And in 1998, what job did you
19:18  take?
19:19      A.      At that point the title was executive
19:20  director, public affairs, for US -- for the US
19:21  business, and it was the -- it was a higher title,
19:22  more responsibility.  I had responsibility for all
19:23  of the products and some of the issues that were
19:24  current in the media at the time.
19:25      Q.      Okay.  For just domestic
20: Page 20
20: 1  responsibilities?
20: 2      A.      Yes, just -- just domestic.
20: 3      Q.      Okay.  And how long did you hold that
20: 4  title -- or that job?
20: 5      A.      That job where it was focused
20: 6  strictly on domestic was until somewhere 2000; 2000,
20: 7  2001.  I'm having some trouble with the dates,
20: 8  but --
20: 9      Q.      Your best estimate.
20:10      A.      Yes.  The job and how we organized
20:11  that work changed for one year about that time.
```

Page 1

Final Jan Weiner

20:12    Q.      So around 2000, 2001, did your job --
20:13 job title change?
20:14    A.      Executive director, global product
20:15 communications.
20:16    Q.      Okay.  And how long did you hold that
20:17 job?
20:18    A.      Until April of 2003.
20:19    Q.      Then what job did you have?
20:20    A.      Executive director of public affairs
20:21 for Asia, Japan, Australia and New Zealand.
20:22    Q.      So you had no more domestic
20:23 responsibilities at that point?
20:24    A.      That is correct.

Weiner 2204    22:04-23:13

22: 4    Q.      Approximately when were your first
22: 5 responsibilities for Vioxx?  When did you first take
22: 6 on those responsibilities?
22: 7    A.      '97, '98.  That's -- that's the best
22: 8 I can do on timing.
22: 9    Q.      During the '97, 1998 time frame, what
22:10 were your responsibilities as it related to the drug
22:11 Vioxx?
22:12    A.      The responsibilities were primarily
22:13 to develop communications plans for -- for the drug
22:14 and then also to develop news releases and other
22:15 materials related to scientific presentations and
22:16 publications about the drug.
22:17    Q.      Did those responsibilities change at
22:18 all over time as it relates to the drug Vioxx?
22:19    A.      Those remained the primary
22:20 responsibilities.
22:21    Q.      Regardless of job title?
22:22    A.      Yes.
22:23    Q.      And were your responsibilities as
22:24 related to the drug Vioxx always focused on the US
22:25 market?
23: Page 23
23: 1    A.      They were until I -- I held the title
23: 2 of global product communications.
23: 3    Q.      And that was like 2000, executive
23: 4 director of global product communications?
23: 5    A.      If you give me a minute, I can
23: 6 reconstruct in my head the timing on that.
23: 7    Q.      Go ahead.  Take your time.
23: 8    A.      The global product communications job
23: 9 was during the calendar year of 2002.
23:10    Q.      So up to 2002, your responsibilities
23:11 as it related to the drug Vioxx were limited to the
23:12 United States?
23:13    A.      That is correct.

Weiner 3104    31:04-31:07

31: 4    Q.      Okay.  And the press releases that
31: 5 were issued to the news media, who -- what audience
31: 6 was it that you -- you ultimately intended to reach
31: 7 out to?

Weiner 3109    31:09-32:05

31: 9            THE WITNESS:  The news releases were
Page 2

Final Jan Weiner

31:10 designed to be reviewed by news reporters who would
31:11 make judgment as to whether the information was
31:12 worthy of news coverage.  And then it would be a
31:13 matter of who the audience is of any particular
31:14 media organization.
31:15 BY MR. PLACITELLA:
31:16    Q.       Okay.  You understood when those
31:17 press releases were issued that the information you
31:18 supplied could eventually be read or seen by people
31:19 taking Vioxx, correct?
31:20    A.       Yes, we understood that.
31:21    Q.       As well as doctors?
31:22    A.       Yes.
31:23    Q.       And as well as people who were not
31:24 currently taking Vioxx but who might be candidates
31:25 for taking Vioxx?
32: Page 32
32: 1    A.       You're really talking about the
32: 2 audience for the general media in the country?
32: 3    Q.       Correct.
32: 4    A.       And that's the general population who
32: 5 was consumers of news media.

Weiner 3209      32:09-32:17

32: 9    Q.       How did public affairs integrate with
32:10 marketing?
32:11    A.       We -- we worked with marketing as one
32:12 of the sources of information that -- that we had at
32:13 our disposal and we worked with them.  They had the
32:14 opportunity, like our scientists, like investor
32:15 relations, to review the news release and the Q and
32:16 A, and we worked with them side by side as -- as
32:17 departments do within a company.

Weiner 3703      37:03-37:11

37: 3    Q.       And what was Alise Reicin's primary
37: 4 function as it related to Vioxx and public
37: 5 relations?
37: 6    A.       She -- she often was the person that
37: 7 we would go to either to obtain information or data
37: 8 on which we based our news releases and materials,
37: 9 and then she would often be the point person within
37:10 MRL clinical to whom we would submit our materials
37:11 for review and clearance.

Weiner 4309      43:09-43:21

43: 9    Q.       Okay.  The material that you used
43:10 to -- as tools for public relations, they would
43:11 include press releases, correct?
43:12    A.       Yes.
43:13    Q.       Would they include standby
43:14 statements?
43:15    A.       Yes.
43:16    Q.       What is a standby statement?
43:17    A.       A standby statement is the company's
43:18 position on an issue that is used by people in
43:19 public affairs, typically, to respond to questions
43:20 in cases where we are not going to be issuing a news
43:21 release.

Page 3

Final Jan Weiner

Weiner 4507     45:07-45:14

    45: 7        Q.     Okay.  What is the reason why some
    45: 8 press releases were submitted to the FDA and others
    45: 9 were not?
    45:10        A.     Merck's practice had been to send to
    45:11 the FDA news releases related to regulatory actions
    45:12 as part of a launch campaign.  The FDA typically
    45:13 likes to see launch campaigns, and so a news release
    45:14 as part of a launch campaign was sent to the FDA.

Weiner 4523     45:23-46:11

    45:23        Q.     I don't want to get anybody in
    45:24 trouble here.  So you can just tell me what your
    45:25 understanding was for the reason why some press
    46: Page 46
    46: 1 releases were sent to the FDA and others were not,
    46: 2 your understanding?
    46: 3        A.     That the FDA liked to see launch
    46: 4 materials.  The news release was part of the launch.
    46: 5 And on the basis of that, it was submitted to the
    46: 6 FDA.
    46: 7        Q.     Okay.  So other than that, generally
    46: 8 speaking, the news releases were not submitted to
    46: 9 the FDA?
    46:10        A.     Generally speaking.  There were
    46:11 exceptions.

Weiner 4703     47:03-47:12

    47: 3        Q.     So every press release or video news
    47: 4 release was submitted to the FDA after it was
    47: 5 issued?
    47: 6        A.     Those releases related to products,
    47: 7 yes.
    47: 8        Q.     When you say "related to products,"
    47: 9 what do you mean by that?
    47:10        A.     Well, news releases that the company
    47:11 would issue about sales and earnings, for instance,
    47:12 would not be submitted to the FDA.

Weiner 4713     47:13-47:15

    47:13        Q.     Okay.  Were you aware, as executive
    47:14 director of public affairs, that the press releases
    47:15 were governed by the FDA labeling requirements?

Weiner 4717     47:17-47:21

    47:17               THE WITNESS:  Yes.
    47:18 BY MR. PLACITELLA:
    47:19        Q.     Were standby statements ever reviewed
    47:20 by the FDA?
    47:21        A.     I don't recall that.

Weiner 4916     49:16-50:10

    49:16        Q.     Okay.  I think I left off with Q and
    49:17 As, questions and answers.  Did public affairs
    49:18 prepare Q and As as they related to Vioxx?
    49:19        A.     Yes.
    49:20        Q.     Can you tell us what a Q and A is and
                                    Page 4

Final Jan Weiner
49:21 what its function was related to Vioxx?
49:22      A.      A Q and A is prepared to answer
49:23 questions that we may receive from reporters that
49:24 would not be covered in a news release.  Sometimes
49:25 you can't put absolutely everything in a news
50: Page 50
50: 1 release and you know there are going to be
50: 2 additional questions, and so that's where you put
50: 3 the questions that you expect to receive and what
50: 4 the answers would be.
50: 5      Q.      Okay.  Were Q and As reviewed by the
50: 6 FDA at any point in time concerning Vioxx?
50: 7      A.      To the best of my knowledge, no.
50: 8      Q.      Okay.  Before you mentioned video
50: 9 news releases.  Can you tell us what a video news
50:10 release is?

Weiner 5014      50:14-50:25

50:14      A.      A video news release is prepared for
50:15 television stations, and it basically takes the
50:16 story in a print press release and puts it in a
50:17 format and form that television stations can choose
50:18 to use if they want to.  And there are several
50:19 different ways of preparing them.  And the way that
50:20 I thought about it was, you give a television
50:21 station the ingredients to do a story if they choose
50:22 to do it.  You give them additional background
50:23 footage.  You'll give them additional quotes so they
50:24 can tailor it, if they choose to do a story on that
50:25 particular subject.

Weiner 5508      55:08-55:10

55: 8           Did Merck distribute video news
55: 9 releases concerning Vioxx to the media without going
55:10 to the FDA first?

Weiner 5516      55:16-55:18

55:16           THE WITNESS:  I don't remember all of
55:17 the video news releases that we did on Vioxx, so I
55:18 really can't answer your question.

Weiner 6209      62:09-62:15

62: 9      Q.      Did you ever use the PR Newswire?
62:10      A.      We used PR Newswire and BusinessWire
62:11 for distribution of press releases.
62:12      Q.      And would you distribute those news
62:13 releases ever electronically over the PR Newswire on
62:14 the Internet?
62:15      A.      Oh, now I see.  Okay.  Yes.

Weiner 6307      63:07-63:11

63: 7      Q.      Okay.  Did you understand that when
63: 8 you distributed press releases on the PR Newswire or
63: 9 BusinessWire over the Internet that those press
63:10 releases were likely to appear on various web sites
63:11 throughout the Internet?

Weiner 6313      63:13-63:13

Final Jan Weiner

63:13                    THE WITNESS:  Yes.

Weiner 7423      74:23-75:01

74:23          Q.     Okay.  Can you tell me the physicians
74:24 that you recall that were charged with
74:25 responsibility of reviewing Vioxx press -- press
75: Page 75
75: 1 releases?

Weiner 7507      75:07-75:13

75: 7                    THE WITNESS:  I can remember Dr.
75: 8 Reicin reviewing releases.  I know that Ed Scolnick
75: 9 in one case reviewed a news release.  I know that
75:10 there were other people on Dr. Reicin's staff who
75:11 reviewed news releases related to their
75:12 presentations and publications, but those would be
75:13 names I don't recall at this point.

Weiner 7918      79:18-79:21

79:18          Q.     Sure.  When is the first time you
79:19 learned that there were respected scientists that
79:20 were concerned that Vioxx might have a role in
79:21 causing heart attacks?

Weiner 7923      79:23-80:11

79:23                    THE WITNESS:  I remember that there
79:24 was a publication from Garret FitzGerald that raised
79:25 questions about COX-2 inhibitors.  That's what I
80: Page 80
80: 1 remember.
80: 2 BY MR. PLACITELLA:
80: 3          Q.     And when was that -- when was that
80: 4 publication, before or after VIGOR?
80: 5          A.     I believe it was before.
80: 6          Q.     Before.  Okay.  And what were the
80: 7 circumstances that -- well, strike that.
80: 8                 Garret FitzGerald was an occasional
80: 9 paid advisor to -- medical advisor, to Merck.  Were
80:10 you aware of that?
80:11          A.     No, I was not.

Weiner 8016      80:16-80:18

80:16          Q.     Okay.  What were the circumstances
80:17 under which you learned about the Garret FitzGerald
80:18 publication related to heart attacks and COX-2s?

Weiner 8020      80:20-81:04

80:20                    THE WITNESS:  We received a question
80:21 from a reporter based upon that publication, and
80:22 through the question we learned about the
80:23 publication and prepared a standby statement and a Q
80:24 and A.
80:25 BY MR. PLACITELLA:
81: Page 81
81: 1          Q.     Okay.  So the question that was asked
81: 2 by the reporter concerning the publication of Garret

Page 6

```
                              Final Jan Weiner
        81: 3 FitzGerald was what?
        81: 4         A.       I don't remember.

Weiner 8109        81:09-81:11

        81: 9         Q.       Who decided that a stand boy -- a
        81:10 standby statement and Q and A was necessary in
        81:11 relation to the Garret FitzGerald publication?

Weiner 8113        81:13-81:17

        81:13                  THE WITNESS:  I don't know who
        81:14 specifically made that decision, but if you have a
        81:15 question from a reporter and you need to develop an
        81:16 answer, the usual mechanism is to develop a quick
        81:17 standby statement and Q and A.

Weiner 8222        82:22-83:05

        82:22         Q.       Okay.  And, for the record, you were
        82:23 concerned about the question as it related to COX-2
        82:24 because Vioxx was a COX-2, correct?
        82:25         A.       That is correct.
        83: Page 83
        83: 1         Q.       Now, do you recall what Merck was
        83: 2 prepared to tell the press in response to the
        83: 3 FitzGerald article that was incorporated into the
        83: 4 standby statement and Q and A at that point in time?
        83: 5         A.       I don't recall.

Weiner 10215       102:15-103:15

        102:15                 I think you had it marked.  Her
        102:16 personnel file, December 31, 1997, is the cover
        102:17 page.
        102:18                 I'm going to show you what has been
        102:19 marked Weiner Exhibit 2, and I'll make sure that
        102:20 we're on the same page, so I'm going to give you the
        102:21 page 3.  Take a look, see where it says under Vioxx,
        102:22 and the third or fourth sentence down, it says,
        102:23 "Strong media outreach contributed to the most
        102:24 successful launch in Merck history."  Do you see
        102:25 that?
        103: Page 103
        103: 1         A.       Yes, I see that.
        103: 2         Q.       Okay.  "Vioxx was highlighted in
        103: 3 articles reaching a total of more than two
        103: 4 billion-almost ten times per person."  Did I read
        103: 5 that correctly?
        103: 6         A.       Yes, you did.
        103: 7         Q.       Okay.  Does that refresh your
        103: 8 recollection as to what the reach was of your media
        103: 9 campaign in the year 1999?
        103:10         A.       Somewhat.
        103:11         Q.       Okay.  "Of this total, there were 1.4
        103:12 billion impressions for Vioxx alone and an
        103:13 additional 700 million highlighting both agents."
        103:14 That meaning -- that is Celebrex, correct?
        103:15         A.       Yes.

Weiner 10404       104:04-104:08

        104: 4         Q.       Would you agree with me, generating
                                      Page 7
```

Final Jan Weiner

104: 5 enough stories to reach ten times per person all the
104: 6 people in the United States is an extraordinary
104: 7 media outreach?
104: 8          A.       I would say it was very successful.

Weiner 10617     106:17-106:20

106:17                   So the two billion impressions means
106:18 that, based on Merck's calculations, their message
106:19 would have reached people in the United States two
106:20 billion times?

Weiner 10623     106:23-107:07

106:23                   THE WITNESS:  It would have meant
106:24 that two -- two billion people over the course of
106:25 the year potentially would have seen the message.
107: Page 107
107: 1 BY MR. PLACITELLA:
107: 2          Q.       Okay.  But we don't have two billion
107: 3 people in the United States?
107: 4          A.       That is correct.
107: 5          Q.       So to break down the math, it would
107: 6 mean that every person in the United States would
107: 7 have seen your message at least ten times?

Weiner 10710     107:10-107:16

107:10          Q.       Correct?
107:11          A.       That is the way the math would work.
107:12          Q.       So if every person in the United
107:13 States would have seen your message ten times in a
107:14 given year, it would be extremely important to be
107:15 sure that the information contained in the message
107:16 was accurate and truthful in every respect?

Weiner 10721     107:21-107:21

107:21          A.       I would agree with that.

Weiner 14816     148:16-148:23

148:16          Q.       And this press release says, in its
148:17 headline, "Merck confirms favorable cardiovascular
148:18 safety profile of Vioxx."  Did I read that
148:19 correctly?
148:20          A.       Yes, you did.
148:21          Q.       Would the reader reading that
148:22 headline believe that Vioxx had the potential to
148:23 hurt your heart?

Weiner 14825     148:25 - 149:02

148:25                   THE WITNESS:  I don't know what the
149: Page 149
149: 1 average person reading that would necessarily take
149: 2 away from the headline.

Weiner 14912     149:12-149:21

149:12          Q.       Okay.  It says in the first sentence,
149:13 "In response to speculative news reports, Merck &
149:14 Company, Inc., today confirmed the favorable

Final Jan Weiner
149:15 cardiovascular safety profile of Vioxx, its medicine
149:16 that selectively inhibits COX-2." Did I read that
149:17 correctly?
149:18       A.       Yes, you did.
149:19       Q.       What did Merck do on April 28, 2000,
149:20 to confirm that Vioxx was safe from a cardiovascular
149:21 standpoint?

Weiner 14923       149:23-150:8

149:23                 THE WITNESS:  The word "confirm"
149:24 there is used in a news release context.  You could
149:25 have said today commented on, today announced, today
150:  Page 150
150: 1 said.  It's -- it's used in terms of -- it's a news
150: 2 release type term as opposed to some other type
150: 3 meaning.
150: 4 BY MR. PLACITELLA:
150: 5       Q.       Well, doesn't the average person,
150: 6 when they hear "confirm," think that that means that
150: 7 somebody checked something and now stands behind it?
150: 8 Isn't that what "confirms" means?

Weiner 15010       150:10-150:13

150:10                 THE WITNESS:  That is another way in
150:11 which the -- the word is used.  But, again, you look
150:12 at the total of the news release, not just the one
150:13 sentence.

Weiner 15509       155:09-155:21

155: 9       Q.       Okay.  Is there any mention in this
155:10 press release concerning an alternate explanation
155:11 for the heart attack findings in VIGOR, i.e., that
155:12 Vioxx could be the cause of the heart attack
155:13 imbalance in the VIGOR study?
155:14       A.       The specific language that you
155:15 suggested is not in this particular news release.
155:16       Q.       Is there any indication whatsoever
155:17 anywhere in this press release by Merck that one of
155:18 the explanations for the VIGOR results is that Vioxx
155:19 was causing the heart attacks?
155:20       A.       That specific language is not in the
155:21 news release.

Weiner 29119       291:19-292:04

291:19       Q.       Now, on -- in the next month,
291:20 November 2000, the VIGOR study was published in the
291:21 Journal of the American Medical Association.  Do you
291:22 recall that?
291:23       A.       I believe it was published in the New
291:24 England Journal of Medicine.
291:25       Q.       You're right.  You're correct.
292:  Page 292
292: 1                 And did you have press activities
292: 2 around that publication?
292: 3       A.       We issued a news release around that
292: 4 publication.

Weiner 29216       292:16-292:19

Page 9

                              Final Jan Weiner
292:16        Q.      Okay.  And you also issued a video
292:17 news release, correct?
292:18        A.      I don't -- I don't recall whether we
292:19 did or not.

Weiner 29223     292:23-293:01

292:23        Q.      I'm going to show you a video news
292:24 release and then we'll talk about it.
292:25        A.      Okay.
293: Page 293
293: 1                (Video clip shown.)

Weiner 29303     293:3-293:13

293: 3        Q.      Now, I've stopped the video news
293: 4 release in the beginning.  It says, "In a study of
293: 5 Vioxx published in the New England Journal of
293: 6 Medicine, Vioxx significantly reduced the risk of
293: 7 serious gastrointestinal side effects by half
293: 8 compared to naproxen.  TV news feed:  DWJ
293: 9 Television."
293:10                Have you ever seen this video news
293:11 release before?
293:12        A.      I'm certain that I saw it at the
293:13 time.

Weiner 29322     293:22-293:22

293:22                (Video clip shown as follows:

Weiner 29417     294:17-295:5

294:17        Q.      Do you recognize the individual on
294:18 this news release, the doctor?
294:19        A.      I recognize the name.  I have never
294:20 met the man, so seeing him, I assume that that's who
294:21 it is.
294:22        Q.      And who is that?
294:23        A.      His name is Dr. Loren Laine.
294:24        Q.      And what was his relationship with
294:25 Merck?
295: Page 295
295: 1        A.      He was involved in the VIGOR study.
295: 2 I do not know his specific role in that study.
295: 3        Q.      Okay.  Was he paid by Merck?
295: 4        A.      If he was an investigator in the
295: 5 study, there would have been a contract.

Weiner 29623     296:23-296:25

296:23        Q.      Okay.  Now, in that video news
296:24 release, was there any mention of the heart attack
296:25 findings of VIGOR?

Weiner 29703     297:03-297:21

297: 3                THE WITNESS:  In the cut piece that
297: 4 we just saw, there was no mention of cardiovascular.
297: 5 BY MR. PLACITELLA:
297: 6        Q.      Now, when you say "cut piece," what
297: 7 do you mean by that?
297: 8        A.      The video package, as we typically
                              Page 10

Final Jan Weiner
297: 9 put them together, had several different elements.
297:10 At the beginning you had the full news release, then
297:11 you have what we call, and the term in television is
297:12 cut piece, and that is the part that's put together
297:13 that we just saw, then you have the additional
297:14 background footage and other choices that the
297:15 television editors can use in putting together their
297:16 own pieces, and then we had full labeling at the
297:17 end.
297:18         Q.      Okay.  And any of the video connected
297:19 to this video news release, including the B-roll
297:20 portions, was there ever any mention of the heart
297:21 attack findings in VIGOR?

Weiner 29724      297:24-298:05

297:24              THE WITNESS:  We have not reviewed
297:25 the full package.  We haven't looked at the
298: Page 298
298: 1 background footage.
298: 2 BY MR. PLACITELLA:
298: 3       Q.      Okay.
298: 4       A.      So I don't -- I can't answer your
298: 5 question.

Weiner 29809      298:09-298:17

298: 9              (Video clip shown.)
298:10 BY MR. PLACITELLA:
298:11       Q.      This is a section without ambient
298:12 sound, meaning it's just photos, correct?
298:13       A.      It's just visuals.
298:14       Q.      Okay.  And you use this in case
298:15 somebody wants to do a lead-in or a fade-out or
298:16 something like that when they're doing the story?
298:17              (Video clip shown as follows:

Weiner 29904      299:4-299:7

299: 4       Q.      So far, have you seen anything from
299: 5 Dr. Laine to indicate that he was telling the
299: 6 viewers that one of the findings in VIGOR was that
299: 7 people on Vioxx had more heart attacks?

Weiner 29909      299:9-299:11

299: 9              THE WITNESS:  There's no -- there's
299:10 no information that I have heard related to
299:11 cardiovascular.

Weiner 29922      299:22-299:25

299:22       Q.      Do you see any language on this part
299:23 of the video news release telling people that one of
299:24 the findings in VIGOR was that the people on Vioxx
299:25 had more heart attacks?

Weiner 30006      300:6-300:7

300: 6              THE WITNESS:  I have not seen the
300: 7 information related to cardiovascular.

Weiner 30025      300:25-301:09

Page 11

Final Jan Weiner

300:25       Q.       *Now, what we're watching now is a*
301: Page 301
301: 1 *B-roll and a B-roll is typically silent, correct?*
301: 2       A.       It can be either way, with ambient
301: 3 *sound or without.*
301: 4       Q.       But it's really there just as
301: 5 *background, filler material, for people running the*
301: 6 *story, right?*
301: 7       A.       *They have a visual to accompany*
301: 8 *whatever sound they wish to add to it.*
301: 9       Q.       *Okay.*

Weiner 30112     301:12-301:15

301:12       Q.       *While we're watching this silent*
301:13 *part, can you tell us whether this video news*
301:14 *release was submitted to the FDA before it was*
301:15 *issued?*

Weiner 30119     301:19-302:1

301:19       Q.       *Do you know whether this was ever*
301:20 *submitted to the FDA before November 23rd, 2000?*
301:21       A.       It would -- it is unlikely that it
301:22 would have been submitted because our practice was
301:23 to submit for pre-clearance those items generally
301:24 that related to regulatory actions.  This is a
301:25 study -- this is a study publication.  Again, I
302: Page 302
302: 1 don't -- I don't know if this was ever issued.

Weiner 30203     302:03-302:08

302: 3                 (Video clip shown.)
302: 4 BY MR. PLACITELLA:
302: 5       Q.       Anywhere on this video news release
302: 6 did you hear mentioned that one of the findings in
302: 7 VIGOR was that the people on Vioxx had more heart
302: 8 attacks than the people on naproxen?

Weiner 30211     302:11-302:18

302:11                 THE WITNESS:  I did not hear that in
302:12 the video news release.
302:13 BY MR. PLACITELLA:
302:14       Q.       Did the -- any of the spokespeople in
302:15 this video news release tell the audience that one
302:16 of the significant findings in VIGOR was that people
302:17 on Vioxx had more heart attacks than people on
302:18 naproxen?

Weiner 30220     302:20-303:10

302:20                 THE WITNESS:  There was no verbal
302:21 statement given related to the cardiovascular
302:22 findings in VIGOR.
302:23 BY MR. PLACITELLA:
302:24       Q.       Why not?
302:25       A.       I don't know.
303: Page 303
303: 1       Q.       Did medical/legal clear these -- this
303: 2 *video news release?*

Page 12

Final Jan Weiner
```
303: 3        A.       If this video news release were
303: 4 issued, it would have gone through the Merck review
303: 5 process, and it would have been seen and reviewed by
303: 6 a number of people.
303: 7        Q.       When is it proper to issue press
303: 8 materials, including a video news release, that
303: 9 includes some significant findings of a study but
303:10 not others?
```

Weiner 30312      303:12-303:16

```
303:12               THE WITNESS:  When a video news
303:13 release is prepared, there will be decisions about
303:14 what is included and not included.  I do not know
303:15 the discussions or the decisions that were made in
303:16 this case.  I don't recall.
```

Weiner 30407      304:07-304:09

```
304: 7        Q.       Do you recall you or any of your
304: 8 staff raising objection to this news release on not
304: 9 including all of the significant findings of VIGOR?
```

Weiner 30411      304:11-304:15

```
304:11               THE WITNESS:  I don't recall.
304:12 BY MR. PLACITELLA:
304:13        Q.       Okay.  This video news release did
304:14 not include any information from the heart attack
304:15 meta-analysis done by Merck a month before, correct?
```

Weiner 30417      304:17-304:20

```
304:17               THE WITNESS:  It -- it did not
304:18 include cardiovascular information.  It did not
304:19 include cardiovascular information in the spoken
304:20 part of the video news release.
```

Weiner 42703      427:03-427:09

```
427: 3        Q.       Now, in conjunction with the press
427: 4 release that you issued concerning the Topol
427: 5 article, you also constructed and issued a video
427: 6 news release, correct?
427: 7        A.       My recollection is that we put
427: 8 together a video package but not a video news
427: 9 release per se.
```

D Weiner 42710      427:10-427:21

```
427:10        Q.       What's the difference?
427:11        A.       The difference is a video package
427:12 gives just the elements, and that is it will be
427:13 soundbites, if you will, and that is all.  It does
427:14 not present what is called a cut piece or a
427:15 pre-prepared total story --
427:16        Q.       Okay.
427:17        A.       -- which means that if a television
427:18 station wants to use it, they're going to have to go
427:19 in, construct their own story, and pull elements or
427:20 ingredients from the package that we have prepared
427:21 for them.
```

Final Jan Weiner

Weiner 42802      428:2-428:13

428: 2      Q.      Okay.  And they could cut and paste
428: 3 whatever they wanted and stick it in their news
428: 4 story, correct?
428: 5      A.      Essentially, yes.
428: 6      Q.      Was the video package presented to
428: 7 the FDA before it was aired?
428: 8      A.      I don't believe so.  That would not
428: 9 have been normal practice.
428:10      Q.      Okay.  Now I'm going to show you
428:11 what's been produced to us by Merck's counsel
428:12 concerning the Topol article in August 2001.
428:13      A.      Okay.

Weiner 42815      428:15-428:20

428:15              (Video clip shown.)
428:16 BY MR. PLACITELLA:
428:17      Q.      All right.  Before we move forward,
428:18 did you see that was from August 21, 2001?
428:19      A.      I glanced at it.
428:20      Q.      All right.  Let me go back.

Weiner 42822      428:22-428:22

428:22              THE WITNESS:  I see August 21.

Weiner 42903      429:03-429:10

429: 3      Q.      Okay.  And this material, according
429: 4 to this, includes source disclosure, news release,
429: 5 super information.  What's super information?
429: 6      A.      It's the name and title of the people
429: 7 who are on the screen.
429: 8      Q.      Okay.  Soundbites, B-roll and
429: 9 prescribing information, correct?
429:10      A.      That is correct.

Weiner 43024      430:24-431:06

430:24              THE TAPE:  ...the kind of extensive
430:25 data that...suggests that patients receiving Vioxx
431: Page 431
431: 1 are not at an increased risk for heart attack or
431: 2 other cardiovascular event.)
431: 3 BY MR. PLACITELLA:
431: 4      Q.      What is it that Laura Demopoulos just
431: 5 told the world about Vioxx and cardiovascular
431: 6 events?

Weiner 43114      431:14-431:17

431:14              THE WITNESS:  That there is -- that
431:15 there is an extensive body of evidence that would
431:16 tend to suggest that patients receiving, Vioxx are
431:17 not at an increased risk of cardiovascular events.

Weiner 43411      434:11-434:15

434:11      Q.      Okay.  To be fair, in the fullest
434:12 sense, what I'm going to do is play the entire thing
434:13 through, and then we'll go back and take pieces,

Page 14

Final Jan Weiner
434:14 rather than have you guess what's coming.  Okay?
434:15 Because that may not be a fair way to approach this.

Weiner 43617     436:17-436:21

436:17        Q.      Does Dr. Demopoulos tell people who
436:18 are watching this video that Merck ran a study
436:19 called VIGOR, that one of the theories was that
436:20 there was at least four times as many heart attacks
436:21 for people on Vioxx versus naproxen?

Weiner 43623     436:23-437:02

436:23             THE WITNESS:  That particular sound
436:24 bite does not make reference to that statement.
436:25 BY MR. PLACITELLA:
437: Page 437
437: 1        Q.      In fact, her statement is that Vioxx
437: 2 does not cause heart attacks, correct?

Weiner 43705     437:05-437:06

437: 5             THE WITNESS:  I think -- I think her
437: 6 statement -- her statement is quite clear.

D Weiner 44401     444:1-444:4

444: 1        Q.      And what she tells the world is that
444: 2 it's Merck's position, even as of August 2001,
444: 3 despite whatever Merck knew internally, that Vioxx
444: 4 can't cause heart attacks, true?

D Weiner 44407     444:7-444:12

444: 7             THE WITNESS:  Again, I think what Dr.
444: 8 Demopoulos said on the videotape is -- was quite
444: 9 clear, that -- and, you know, we've talked about it
444:10 previously, that the data tended to suggest that
444:11 patients taking Vioxx did not have an increased
444:12 risk.

Weiner 44414     444:14-444:15

444:14        Q.      But Merck knew there was a lot of
444:15 data to the contrary, true?

Weiner 44417     444:17-444:18

444:17             THE WITNESS:  Again, her statements
444:18 went through the Merck review process.

Weiner 44422     444:22-444:23

444:22             One, Merck had the information from
444:23 the VIGOR study at this point, true?

Weiner 44503     445:03-445:10

445: 3        A.      Yes, Merck had the VIGOR results at
445: 4 that time.
445: 5        Q.      Merck had the results of the
445: 6 ADVANTAGE trial as of this point, true?
445: 7        A.      I believe that's the case.
Page 15

Final Jan Weiner
445: 8        Q.        Merck had the results of the low back
445: 9 pain study, true?
445:10        A.        I don't know that to be a fact.

Weiner 44601       446:1-446:4

446: 1        Q.        Okay.  And Merck had in its
446: 2 possession the study -- the analysis that Dr.
446: 3 Shapiro did in October of 2000 concerning heart
446: 4 attacks and Vioxx, true?

Weiner 44606       446:06-446:11

446: 6              THE WITNESS:  We certainly had Dr.
446: 7 Shapiro's analysis.
446: 8 BY MR. PLACITELLA:
446: 9        Q.        And Laura Demopoulos mentioned none
446:10 of that on national television in response to Dr.
446:11 Topol's article, true?

Weiner 44613       446:13-446:14

446:13              THE WITNESS:  Her comments do not
446:14 include specific references to those things.

D Weiner 52521       525:21-525:23

525:21        Q.        I'm going to show you a document that
525:22 we'll mark as Weiner-78 and ask if you can identify
525:23 it.

D Weiner 52604       526:4-527:3

526: 4              THE WITNESS:  This is the news
526: 5 release that was issued to announce the preliminary
526: 6 results of the VIGOR study.
526: 7 BY MR. MAYER:
526: 8        Q.        Was there media coverage in response
526: 9 to this news release?
526:10        A.        There was a small amount of media
526:11 coverage on the day that this particular news
526:12 release was issued.  But over the coming months,
526:13 there was a great deal of media coverage about this
526:14 topic.
526:15        Q.        Did this news release say anything
526:16 about the cardiovascular results of the VIGOR study,
526:17 in particular, the difference in event rates between
526:18 Vioxx and naproxen?
526:19        A.        Yes, it does.
526:20        Q.        What does it say about that?
526:21        A.        Reading from the release at the
526:22 beginning of the second paragraph, "In addition,
526:23 significantly fewer thromboembolic events were
526:24 observed in patients taking naproxen in this GI
526:25 outcomes study, which is consistent with naproxen's
527: Page 527
527: 1 ability to block platelet aggregation.  This effect
527: 2 on these events has not been observed previously in
527: 3 any clinical studies for naproxen."

D Weiner 54216       542:16-543:3

542:16        Q.        Ms. Weiner, what is an impression?

Final Jan Weiner

542:17 From a public affairs point of view, what does that
542:18 word mean?
542:19          A.          An impression is a calculation of the
542:20 potential reach of a news media story.  It is -- in
542:21 the case of a newspaper, it's not just the
542:22 circulation, recognizing that a newspaper can go
542:23 into an office or a home and be seen by other
542:24 people, and so in the case of a newspaper, we will
542:25 obtain from that organization their best estimate of
543: Page 543
543: 1 the number of people on average who see each issue.
543: 2 And so an impression would be the circulation times
543: 3 whatever the pass-along factor is.

D Weiner 54306     543:6-543:15

543: 6                    THE WITNESS:  That covers print.  And
543: 7 then an impression as it relates to broadcast will
543: 8 be their best estimate of the number of people who
543: 9 are viewing a program.  The data is much better for
543:10 broadcast than it is for print.
543:11 BY MR. MAYER:
543:12          Q.          Does the calculation of impression,
543:13 for purposes of newspapers mean a person actually
543:14 saw or read a particular item?
543:15          A.          No.


Total Length - 00:41:13