Final Karavan 1 Plaintiffs Direct

Karavan Direct (Multi-clip)
D MK 402     4:2-4:3

    4: 2     Q.   Good morning, Doctor.
    4: 3     A.   Morning.

D MK 421     4:21-5:3

    4:21     Q.   Okay.  And did you do anything to
    4:22 prepare for this deposition?
    4:23     A.   I just sort of looked back over the --
    4:24 Mr. Barnett's records just to refresh my memory on
    4:25 some things.
    5: Page 5
    5: 1     Q.   And you actually brought your chart
    5: 2 with you?
    5: 3     A.   Brought a chart, yeah.

D MK 514     5:14-5:20

    5:14          Since you haven't had your deposition
    5:15 taken before, I want to let you know that I'm going
    5:16 to ask questions and the attorney on the other side
    5:17 *are going to ask questions and you're under oath*
    5:18 just as if you were testifying in court before a
    5:19 judge and jury.
    5:20     A.   Yes, sir.  I understand that.

MK 603     6:3-7:1

    6: 3     Q.   Okay.  Now, will you give the jury an
    6: 4 understanding of your educational background.
    6: 5     A.   Well, I did my medical school training
    6: 6 in Medical University of South Carolina in
    6: 7 Charleston, South Carolina, stayed on and did
    6: 8 internship in medicine and residency at MUSC --
    6: 9 what's called MUSC in Charleston, South Carolina,
    6:10 and did my -- and did my cardiology fellowship also
    6:11 in Charleston, South Carolina, at the Medical
    6:12 University of South Carolina.
    6:13     Q.   And you're in a -- you're in practice
    6:14 with another group of cardiologists, is that right?
    6:15     A.   Right, we're in a group practice here
    6:16 in Myrtle Beach with six or seven other
    6:17 cardiologists.
    6:18     Q.   And are you board certified?
    6:19     A.   Yes, sir.
    6:20     Q.   What is your board?
    6:21     A.   Well, first got board certified in
    6:22 internal medicine and board certified in cardiology
    6:23 and then recertified roughly five years ago.
    6:24     Q.   Okay.  And from looking at your
    6:25 records, when is the first time you saw
    7: Page 7
    7: 1 Mr. Barnett?

D MK 702     7:2-7:4

    7: 2     A.   *I'm going to refer to these so I can*
    7: 3 *get the dates --*
    7: 4     Q.   That's fine.

Exh "A"

Final Karavan 1 Plaintiffs Direct

MK 705      7:5-7:7

```
7: 5        A.   The first time I saw him was right
7: 6 around 9/6/02, okay, may have been the 5th or -- I
7: 7 can double-check that.  You need the exact date?
```

D MK 708      7:8-7:8

```
7: 8        Q.   No.
```

MK 709      7:9-7:9

```
7: 9        A.   September of 2002.
```

MK 717      7:17-7:22

```
7:17        Q.   And that's the day he had the heart
7:18 attack, is that right?
7:19        A.   The -- he -- he had come in, I believe,
7:20 the day before, admitted the day before, evening
7:21 before, and then we consulted him the next day if
7:22 my memory is correct.
```

D MK 1025      10:25-11:10

```
10:25 that.  And no one's before today shown you any of
11: Page 11
11: 1 Merck's internal documents about Vioxx?
11: 2        A.   Oh, no, I have no association with
11: 3 Merck and have no idea what their internal
11: 4 documents are like.  Is that what you mean?
11: 5        Q.   Yes.
11: 6        A.   Okay.
11: 7        Q.   By the way, when you say no association
11: 8 with Merck, do you have association with any
11: 9 pharmaceutical companies?
11:10        A.   No, sir.
```

MK 1111      11:11-11:23

```
11:11        Q.   And why don't you just tell the jury
11:12 what your general practice consists of on a daily
11:13 or weekly basis.
11:14        A.   Basically it's a busy clinical
11:15 cardiology practice.  I'm an interventional
11:16 cardiologist and we take care of a lot of acute
11:17 coronary syndromes, a lot of heart attacks in the
11:18 hospital.  I'm on call every third day for heart
11:19 attack call and have a busy office practice to take
11:20 care of, a lot of clinical cardiology.  I do no
11:21 research and that sort of thing.  It's all clinical
11:22 cardiology, see a lot of patients over the last 15
11:23 years, 20 years.
```

MK 1507      15:7-15:23

```
15: 7        Q.   Now I'm going to show you Exhibit
15: 8 Number 3 and ask you if you've ever seen Exhibit
15: 9 Number 3 before.
15:10        A.   Okay, the -- yes, sir, I have.  When I
15:11 was reviewing the chart recently, I came across
15:12 this and read it, um-hum.
15:13        Q.   And what is Exhibit Number 3?
```

Page 2

```
                         Final Karavan 1 Plaintiffs Direct
15:14          A.   This is a cardiology evaluation by one
15:15 of my former partners who saw Mr. Barnett back on
15:16 1/20/00 for chest pain.  It was a cardiology
15:17 consultation in -- in the hospital.
15:18 BY MR. ROBINSON:
15:19          Q.   And who was your associate back then?
15:20          A.   Dr. Vaishali Swami.
15:21          Q.   Okay.  Is Dr. Swami still practicing
15:22 with you?
15:23          A.   No, sir.
```

MK 1603      16:3-16:5

```
16: 3          Q.   Okay.  And could you read into the
16: 4 record the history of what happened according to --
16: 5 to Dr. Swami as of 1/20/00.
```

MK 1612      16:12-17:17

```
16:12          A.   Oh, sure.  This is a 55-year-old white
16:13 male with known hyperlipidemia but no other cardiac
16:14 history.  Potion -- patient woke yesterday morning
16:15 around 6:00 AM with left-sided chest pain.  The
16:16 pain continues to come and go approximately every
16:17 20 minutes.  It was sharp in nature.  He denied any
16:18 light-headedness, diaphoresis, nausea, vomiting or
16:19 shortness of breath.  The frequency of pain
16:20 increased.  The patient therefore saw
16:21 Dr. Mikolajczyk at his office.  EKG was normal.
16:22 Dr. Mikolajczyk gave the patient a prescription for
16:23 sublingual nitroglycerin and suggested he return as
16:24 pain reoccurred without relief.
16:25          That evening the patient went to his
17: Page 17
17: 1 dance class.  The patient got through most of the
17: 2 routines with no difficulty.  During the last few
17: 3 minutes, the pain did return.  The patient took one
17: 4 sublingual nitroglycerin which quickly relieved the
17: 5 pain.  The patient decided to come to the ER at
17: 6 that point for further evaluation.
17: 7          In the emergency room, the patient had
17: 8 recurrent chest pain even after IV nitroglycerin
17: 9 was started.  The patient described them as short,
17:10 sharp pains.  The patient did receive Flexeril 10
17:11 milligrams with some relief.  The patient works out
17:12 regularly.  He -- he stopped for approximately two
17:13 weeks secondary to an upper respiratory infection.
17:14 The patient just started back on Monday, 1/17.  The
17:15 patient has had chest pain in the past after heavy
17:16 workouts.  The patient felt that these were related
17:17 to musculoskeletal problems.
```

MK 1720      17:20-19:1

```
17:20          Q.   Also, can you -- on the next page, can
17:21 you read into the record what meds the patient was
17:22 on.
17:23          A.   The meds were listed as Prilosec and
17:24 Vioxx.
17:25          Q.   Okay.  And can you read the -- the
18: Page 18
18: 1 family history for this patient.
18: 2          A.   Patient's father deceased at 6 -- at
```

Page 3

                    Final Karavan 1 Plaintiffs Direct
18: 3 age 68 secondary to myocardial infarction.  He
18: 4 sustained first myocardial infarction at the age 62
18: 5 and had a CVA.  Mother still alive at age 84 and
18: 6 healthy.  Patient has four brothers and one sister,
18: 7 none of which have had heart disease.  The younger
18: 8 sister has had multiple TIA's.
18: 9         Q.   Okay.  And could you read the
18:10 assessment/plan into the record on the third day,
18:11 please.
18:12         A.   This is a --
18:13         Q.   I'm sorry, the third page, please.
18:14         A.   This is a 55-year-old white male who
18:15 presents with atypical chest pain.  The pain -- the
18:16 patient has ruled out for myocardial infarction as
18:17 cardiac enzymes have been negative times two.
18:18 Given that patient does have risk factors for
18:19 coronary artery disease, an exercise stress test is
18:20 recommended.  Patient stated that he prefers
18:21 this -- this conservative management.  The -- the
18:22 patient is fairly stable at this time and we feel
18:23 that this stress test can be performed as an
18:24 outpatient -- on a -- excuse me, on an outpatient
18:25 basis at our office.  This was discussed with the
19: Page 19
19: 1 patient and this will be set up through our office.

MK 1912       19:12-19:16

    19:12         Q.   Doctor, what is Exhibit Number 4?
    19:13         A.   This is the written report of the
    19:14 result of the stress test as mentioned in the --
    19:15 that they were going to order and it is dated
    19:16 1/24/2000.

D MK 1917       19:17-19:21

    19:17         Q.   Okay.  And let's see, who conducted the
    19:18 stress test?
    19:19         A.   Dr. Vaishali Swami.
    19:20         Q.   And that was done at your office?
    19:21         A.   That's correct.

MK 1922       19:22-19:23

    19:22         Q.   Okay.  And could you read into the
    19:23 record under stress what it says.

D MK 1924       19:24-19:25

    19:24         A.   His stress?
    19:25         Q.   Yeah.

MK 2001       20:1-20:5

    20: 1         A.   The patient exercised 15 minutes zero
    20: 2 seconds into a Bruce protocol, completing three
    20: 3 minutes, zero seconds of Stage 5, 17.5 METs.
    20: 4         Q.   And can you read the next -- next
    20: 5 couple statements.

D MK 2006       20:6-20:7

    20: 6         A.   Right below?

```
                        Final Karavan 1 Plaintiffs Direct
    20: 7         Q.    Below that.

MK 2008     20:8-22:3

    20: 8         A.    The patient stopped due to fatigue.
    20: 9 Heart rate increased from 81 to 171 -- excuse me,
    20:10 172 beats per minute, parentheses, 95 -- 94 percent
    20:11 of age predicted maximum heart rate, end
    20:12 parentheses.  Blood -- blood pressure increased
    20:13 from 110 over 80 to 160 over 80.  Resting EKG
    20:14 normal sinus rhythm.  Stress EKG showed
    20:15 inferolateral T wave inversion at peak stress.
    20:16         Q.    Okay.  Now, can you read in the portion
    20:17 below where it says perfusion report.
    20:18         A.    Right.  Stress images showed mild
    20:19 decreased perfusion in the lateral wall, normal
    20:20 thickening.
    20:21         Q.    Okay.  And can you read the section in
    20:22 under ejection fraction.
    20:23         A.    LVEF was 56 percent.
    20:24         Q.    And can you read the wall motion
    20:25 analysis in.
    21: Page 21
    21: 1         A.    Wall motion analysis showed normal wall
    21: 2 motion but mild lateral ischemia.
    21: 3         Q.    What is mild lateral ischemia?
    21: 4         A.    That means the lateral part of the
    21: 5 heart was not getting the proper blood flow to a
    21: 6 mild degree.
    21: 7         Q.    And -- and that's what -- what they
    21: 8 referred to up in the stress images where it says,
    21: 9 quote, showed mild decreased perfusion in the
    21:10 lateral wall, normal thickening, or is that
    21:11 something different?
    21:12         A.    Well, that is correct if -- the -- I
    21:13 think to be absolutely correct, what you would say
    21:14 is wall motion analysis showed normal wall motion
    21:15 but mild lateral hypokinesis because you're looking
    21:16 at wall motion, you're not looking at perfusion,
    21:17 okay?
    21:18         Q.    Okay.
    21:19         A.    So the correct way would probably be to
    21:20 say, mild lateral wall hypokinesis, not --
    21:21 indicating that the lateral side of the heart was
    21:22 not contracting quite as vigorous as it should.
    21:23 The perfusion, which is measurement of blood flow,
    21:24 okay, would show that there was decreased perfusion
    21:25 in the lateral wall on the stress with the rest
    22: Page 22
    22: 1 images showing normal perfusion, meaning that with
    22: 2 stress, the lateral side of the heart didn't get
    22: 3 the proper blood flow.

D MK 2303      23:3-23:11

    23: 3         Q.    Okay.  But -- but the -- but she did
    23: 4 find ischemia when she ran the stress test, is that
    23: 5 right?
    23: 6         A.    There's no question from the test he
    23: 7 had ischemia.  Whether his ischemia was causing his
    23: 8 symptoms is a little bit difficult to state at this
    23: 9 point in time.
    23:10         Q.    Just so for the layperson --
                                        Page 5
```

```
                      Final Karavan 1 Plaintiffs Direct
   23:11       A.   Yes, sir.

MK 2312     23:12-23:17

   23:12       Q.   -- could ischemia lead to some chest
   23:13 pain?
   23:14       A.   Yes, when someone has ischemic heart
   23:15 disease, a lack of proper blood flow to the heart,
   23:16 you can get chest -- you certainly can get chest
   23:17 discomfort.

D MK 2320     23:20-23:21

   23:20            Are you saying that that is possible
   23:21 that he may have had a mild bout of angina?

D MK 2401     24:1-24:14

   24: 1       A.   Certainly the man -- Mr. Barnett,
   24: 2 excuse me, had lateral evidence for ischemia and it
   24: 3 is certainly possible that he was having chest
   24: 4 discomfort that could have been secondary to
   24: 5 ischemia.
   24: 6       Q.   And the term angina, is that pain?
   24: 7       A.   Angina is what a person feels when they
   24: 8 don't -- when they don't get the proper blood flow
   24: 9 and angina is different for different people.
   24:10 Typically, and this is why the physician was saying
   24:11 that it was not the usual kind of discomfort
   24:12 someone might experience, it's -- angina is a
   24:13 discomfort in the chest anywhere from mild to more
   24:14 severe pain.

MK 2501     25:1-25:9

   25: 1            Doctor, let me show you Exhibit
   25: 2 Number -- well, let me -- before we do that, you
   25: 3 said that you first saw, yourself, Mr. Barnett on
   25: 4 or about 9/6/2002, is that right?
   25: 5       A.   That's correct.
   25: 6       Q.   And what was that for?
   25: 7       A.   For -- well, the consultation was put
   25: 8 in for what's called a non-Q wave myocardial
   25: 9 infarction.

D MK 2522     25:22-25:25

   25:22 my chart.  This is the hospital cardiology
   25:23 consultation from 9/6/02 that I performed for the
   25:24 first time -- along with my physician's assistant
   25:25 that we performed when we first saw Mr. Barnett.

D MK 2616     26:16-26:21

   26:16       Q.   Does Number 5 appear to be the exhibit
   26:17 you're referring to?
   26:18       A.   Yes, sir, looks like the exact same.
   26:19       Q.   Well, we'll -- maybe we can read from
   26:20 Number 5.
   26:21       A.   Okay, that would be fine.

MK 2622     26:22-27:8
```

Final Karavan 1 Plaintiffs Direct

26:22        Q.   Okay.  So under problem list, can you
26:23 read the -- the six problems that were listed.
26:24        A.   Yes, sir.  First problem is non-Q wave
26:25 myocardial infarction.  Second problem, chest pain,
27: Page 27
27: 1 subset 2A, sharp atypical chest pain with exercise
27: 2 Cardiolite stress test January 24th, 2000, 15
27: 3 minutes of a Bruce protocol stopping secondary to
27: 4 fatigue.  Peak heart rate 172, 94 percent predicted
27: 5 maximum heart rate with maximum blood pressure 160
27: 6 over 80.  Perfusion images shown -- revealed small
27: 7 area of lateral ischemia, ejection fraction 56
27: 8 percent.

D MK 2709      27:9-27:11

27: 9        Q.   That refers to the -- the event we just
27:10 talked about in January of 2000, is that right?
27:11        A.   Yes, sir, January 24th.

MK 2712     27:12-28:3

27:12        Q.   Okay.  Go ahead, what's Number 3?
27:13        A.   Number 3 is hyperlipidemia.
27:14        Q.   And what is hyperlipidemia?
27:15        A.   That means your cholesterol is high.
27:16        Q.   Okay.  What is Number -- what is Number
27:17 4?
27:18        A.   History of cervical disc herniation
27:19 secondary to motor vehicle accident 1979.
27:20        Q.   Okay.  Number 5?
27:21        A.   Gastroesophageal reflux, Subset A,
27:22 upper endoscopy September 1997, four-centimeter
27:23 hiatal hernia with erosive esophagitis and a
27:24 Schatzki's ring.  He was dilated to 25 millimeters.
27:25 Biopsies were negative for Helicobacter pylori.
28: Page 28
28: 1        Q.   What's Number 6?
28: 2        A.   Number 6, diverticulosis, 6A subset,
28: 3 screening flex sigmoidoscopy December 1997.

MK 2804     28:4-29:10

28: 4        Q.   Okay.  Will you read into the record
28: 5 the first four lines under history.
28: 6        A.   History, the patient is a pleasant
28: 7 58-year-old white male who underwent exercise
28: 8 Cardiolite stress test January 2000 after
28: 9 presenting to Grand Strand Regional Medical Center
28:10 with sharp chest pain.  The patient ruled out for
28:11 myocardial infarction and underwent the stress test
28:12 on an outpatient basis.  The patient exercised 15
28:13 minutes of a standard Bruce protocol and Cardiolite
28:14 images revealed just a small area of lateral
28:15 ischemia.
28:16        Q.   And read starting with he -- he,
28:17 however, reports, last -- that last line.
28:18        A.   He, however, reports that last night he
28:19 had a new and different pain.  He was just sitting
28:20 at his computer when he developed a substernal ache
28:21 like a flu-type ache but only in the center of my
28:22 chest.  He states the discomfort began to radiate
28:23 outward and through to his back, but he denies any

Page 7

Final Karavan 1 Plaintiffs Direct
28:24 radiation to his neck, jaw or arms.
28:25      Q.   Okay.  Can you read starting with the
29: Page 29
29: 1 patient states the discomfort.
29: 2      A.   The patient states the discomfort was
29: 3 constant but did vary slightly in intensity.  He
29: 4 then walked downstairs to check his blood pressure,
29: 5 which was 189 over 111.  Five minutes later, it was
29: 6 194 over 104.  He called Blue Cross/Blue Shield's
29: 7 nurse who suggested he call 911.  The patient
29: 8 states he did and en route received a sublingual
29: 9 nitroglycerin spray with complete resolution of his
29:10 chest ache within a minute to a minute and a half.

D MK 2911       29:11-30:9

29:11      Q.   Now, does nitroglycerin work in such a
29:12 way that if you're having like a heart-related
29:13 chest pain that that nitroglycerin can resolve that
29:14 chest pain?
29:15      A.   Nitroglycerin is a coronary vasodilator
29:16 which improves blood flow to the heart muscle and
29:17 if it's ischemic and the heart muscle is not
29:18 getting the proper blood flow, it can dilate the
29:19 blood vessels to alleviate the ischemia.
29:20      Q.   Remember in that -- in that January
29:21 2000 event where he -- he had the chest pain and
29:22 they said that the nitroglycerin actually relieved
29:23 the chest pain?  I think you read that earlier.
29:24      A.   Yeah.  I'm going to want to make sure
29:25 I'm correct in stating that, but I do recall
30: Page 30
30: 1 reading it.  Correct, his statement's in the
30: 2 evaluation from before.
30: 3      Q.   Okay.  So in other words, that would be
30: 4 some evidence that the chest pain that he had in
30: 5 January of 2000 might have been related to -- to
30: 6 his heart?
30: 7      A.   If nitroglycerin relieves chest pain,
30: 8 there is some evidence he may have had ischemic
30: 9 chest pain.

MK 3014       30:14-30:24

30:14      Q.   Okay.  Then can you read starting with
30:15 then.
30:16      A.   Then while being evaluated in the
30:17 emergency room, the patient states the discomfort
30:18 returned but again was relieved with one sublingual
30:19 nitroglycerin and the entire duration of the second
30:20 episode was approximately five minutes.  About 45
30:21 minutes to an hour later, he had another third
30:22 occurrence, again resolving with sublingual
30:23 nitroglycerin and lasting six to seven minutes in
30:24 duration.

MK 3106       31:6-32:12

31: 6      Q.   It says -- could you read the section
31: 7 that says, he also states that since.
31: 8      A.   He also states that since his initial
31: 9 pain last night, he has had a discomfort that he
31:10 could localize in his left anterior chest wall that
Page 8

Final Karavan 1 Plaintiffs Direct

31:11 resolves if he massages it.
31:12        Q.   And read on.
31:13        A.   Patient has subsequently gone on to
31:14 rule in for a non-Q wave myocardial infarction with
31:15 his third CPK being 217 with an MB index of 5.8 and
31:16 a Troponin of -- Troponin-I, excuse me, of 1.4.
31:17        Q.   Okay.  And -- and does it say what --
31:18 can you read the meds into the -- the meds, please.
31:19        A.   Yes.  Meds, prior to this admission,
31:20 Vioxx 25 milligrams a day, Prilosec 20 milligrams a
31:21 day, Lipitor 20 milligrams a day, Sporanox one per
31:22 week for a toe fungus.  The patient took his last
31:23 Sporanox Wednesday and has not taken Lipitor due to
31:24 his concern of his liver.
31:25        Q.   Okay.  And can you read the family
32: Page 32
32: 1 history into the record, please.
32: 2        A.   Family history, the patient's father
32: 3 died at age 68 with his second myocardial
32: 4 infarction.  His first MI was at age 62 and he also
32: 5 suffered a stroke between the two heart attacks.
32: 6 The patient's mother is living at 86 and has had
32: 7 some TIA's.  The patient has four brothers and one
32: 8 sister.  His sister has had multiple TIA's and is
32: 9 50 years old.  None of his brothers have had heart
32:10 problems or hyperlipidemia.
32:11        Q.   Okay.  And can you go to the next page
32:12 and read in the first four lines.

MK 3215     32:15-33:8

32:15        A.   The patient is a pleasant 58-year-old
32:16 white male who presents with a non-Q wave
32:17 myocardial infarction.  The patient's third CPK,
32:18 isoenzyme and Troponin-I are all elevated and we
32:19 will obtain a fourth CPK and MB index until we get
32:20 patient's peak record -- recorded.  EKG, however,
32:21 showed nonspecific S/T T wave changes, but we will
32:22 recheck an EKG in the morning.
32:23        Q.   Okay.  Let me ask you this:  You know,
32:24 I -- I went through the records and I didn't see
32:25 any fourth CPK or Troponin record beyond the 1.4
33: Page 33
33: 1 Troponin and the 217 that was mentioned previously.
33: 2 Do you -- do you know if your records show any
33: 3 initial --
33: 4        A.   I know my -- yeah, I know my records do
33: 5 not have any CPK enzyme analysis.
33: 6        Q.   Okay.  But you actually -- you and your
33: 7 assistant, Roberta Gonzalez, actually wanted to get
33: 8 another Troponin level and a CPK level, right?

MK 3310     33:10-33:15

33:10             THE WITNESS:  That would be correct
33:11 according to the report.
33:12 BY MR. ROBINSON:
33:13        Q.   And -- and is that to try and find out
33:14 what the actual peak for the enzymes would be?
33:15        A.   That would be correct.

D MK 3318     33:18-33:21

```
                        Final Karavan 1 Plaintiffs Direct
33:18           If the -- if the additional CPK or --
33:19 and Troponin was not done, is it possible that his
33:20 Troponin might have been a little higher than the
33:21 1.4?
```

D MK 3323      33:23-33:25

```
33:23           THE WITNESS:  I would have to go look
33:24 through these records to answer that question to be
33:25 honest with you.
```

D MK 3414      34:14-34:20

```
34:14      Q.  Okay.  I guess I'm asking just
34:15 hypothetically if, in fact, the last enzyme was the
34:16 one that -- the third ones that were drawn that
34:17 show that 1.4 Troponin and -- and there --
34:18 hypothetically there wasn't a fourth one drawn, is
34:19 it at least possible that his Troponins might have
34:20 been a little higher than the 1.4?
```

D MK 3422      34:22-34:24

```
34:22           THE WITNESS:  I'd have to review.  I
34:23 mean, I -- I don't know the answer to that
34:24 question --
```

D MK 3501      35:1-35:3

```
35: 1      Q.  Okay.
35: 2      A.  -- I mean, other than to state what I
35: 3 just stated.
```

MK 3712      37:12-38:2

```
37:12      Q.  Okay.  And when you look at the first
37:13 EKG, which was 9/6/2002, do you see any Q wave
37:14 there?
37:15      A.  The -- I would interpret this EKG as
37:16 probably normal.  There is possibly a small Q wave
37:17 in Lead 3, which I would say is -- which normally
37:18 when I interpret an EKG like this, I would say Q
37:19 and 3 probably normal.
37:20      Q.  Okay.  Let's go to the one on 9/7.
37:21 It's the third page in.  How would you describe the
37:22 Q wave on Leads 2, 3 and AVF on that one, has it
37:23 grown a little bit?
37:24      A.  I wouldn't comment on them if I was
37:25 reading this.  And actually, I did read this EKG
38: Page 38
38: 1 and didn't comment on it then.  This is 9/7 at
38: 2 07:57:53?
```

D MK 3803      38:3-38:5

```
38: 3      Q.  Yes.
38: 4      A.  Yes.  I would read it exactly like I
38: 5 read it then.
```

MK 3806      38:6-38:12

```
38: 6      Q.  Okay.  Let me go to 9/11/2002.  Do you
38: 7 see a Q wave there?
```

```
                        Final Karavan 1 Plaintiffs Direct
38: 8          A.   Okay.  On this EKG he has a -- I would
38: 9 interpret this EKG as small Q waves in Lead 3 and
38:10 AVF, nondiagnostic, consider inferior MI pattern.
38:11          Q.   So do you see -- so you do see a bigger
38:12 Q wave on -- on 9/11, is that right?

MK 3814     38:14-39:13

38:14          THE WITNESS:  On 9/11, there is a more
38:15 prominent Q wave in Lead 3 and a small Q wave in
38:16 Lead AVF.
38:17 BY MR. ROBINSON:
38:18          Q.   Okay.  And just so we understand, when
38:19 you do look at it as a cardiologist, are you
38:20 looking at the width of the Q wave?
38:21          A.   That would be the width, also the
38:22 depth, but mostly the width, yes, sir.
38:23          Q.   And why -- why -- why don't you explain
38:24 to the jury what it is about the width and the
38:25 depth that's important.
39: Page 39
39: 1          A.   Well, just as implied on the EKG
39: 2 previous, those are really not Q waves and that's
39: 3 what are non -- a lot of -- EKG is not totally a
39: 4 hundred percent specific all the time and when you
39: 5 have small little blips called Q waves, they can be
39: 6 very nonspecific and not -- and not mean anything.
39: 7 His EKG the day before really had small little
39: 8 blips that I wouldn't even comment on.  So the
39: 9 larger the Q wave and the more prominent, the more
39:10 likely it is to be a pathologic finding.
39:11          Q.   Now, the -- the 9/11 EKG, is the Q wave
39:12 lighter and have more depth than -- than the
39:13 previous two from 9/6 and 9/7?

MK 3915     39:15-39:17

39:15          THE WITNESS:  The Q wave is more
39:16 prominent on the EKG from -- on 9/11/02 and I would
39:17 interpret it like I just did.

D MK 4012     40:12-40:23

40:12          Q.   Do Troponins typically go up as you --
40:13 as you draw the enzymes over time after a heart
40:14 attack?
40:15          A.   Okay, over -- over a period of time,
40:16 they peak and then they fall.
40:17          Q.   Okay.  But, I mean, when you first drew
40:18 them, they were lower than the 1.4, is that right?
40:19          A.   That's correct.  When -- the initial
40:20 Troponin enzyme was lower than that.
40:21          Q.   And the CPK was lower than the 217,
40:22 correct?
40:23          A.   Initially, correct.

MK 4024     40:24-41:2

40:24          Q.   Now, with regard to the -- the Q wave
40:25 on this series of EKG's, does it appear that from
41: Page 41
41: 1 9/6 to 9/7 and then eventually 9/11 that the Q wave
41: 2 did get quite --
                        Page 11
```

Final Karavan 1 Plaintiffs Direct

MK 4105      41:5-41:20

    41: 5        Q.   -- progressive?
    41: 6        A.   I would interpret these series of EKG's
    41: 7 as initial EKG being -- a small nondiagnostic Q
    41: 8 wave in Lead 3 as the initial EKG 9/6/02, 1:54:59.
    41: 9 The last EKG I have is 9/11/02 at 04:12:43 AM and I
    41:10 would interpret this EKG as small inferior Q waves
    41:11 in Leads 3 and AVS -- F, considered inferior
    41:12 myocardial infarction pattern.
    41:13        Q.   And by the way, if there is a Q wave on
    41:14 a -- on a EKG, what part of the heart does that
    41:15 typically align with in terms of -- of any type of
    41:16 damage to the heart?  Is it the bottom of the
    41:17 heart, the side of the heart?
    41:18        A.   Well, that's -- the interpretation,
    41:19 like I said, would have been an inferior, which
    41:20 would be the bottom side of the heart.

D MK 4201      42:1-42:5

    42: 1        Q.   Okay.  And so there's -- there's -- for
    42: 2 example, over here in the upper -- I'll just
    42: 3 take -- let's say where it says V -- V -- V4 or V5,
    42: 4 what is that -- what part of the heart does that
    42: 5 relate to?

MK 4206      42:6-42:9

    42: 6        A.   The V4 and V5 would be the anterior
    42: 7 lateral part of the heart.
    42: 8        Q.   Okay.  So the Q wave would relate to
    42: 9 the inferior part of the heart, right?

MK 4211      42:11-42:17

    42:11            THE WITNESS:  The Q waves on his EKG
    42:12 would be consistent with the inferior part of his
    42:13 heart.
    42:14 BY MR. ROBINSON:
    42:15        Q.   And for the jury, what is the inferior
    42:16 part of your heart?
    42:17        A.   That would be the bottom of the heart.

MK 4222      42:22-43:5

    42:22        Q.   Okay.  Let's go to Exhibit Number 7 --
    42:23 let's go to Exhibit Number 7 and ask you to tell
    42:24 the jurors what Exhibit Number 7 is.
    42:25        A.   Okay, this is a blood report of the
    43: Page 43
    43: 1 cardiac enzymes from 9/7/02 on Mr. Barnett and
    43: 2 they're in series so the 9/7 -- okay, 9/6 --
    43: 3 actually going from left to right would be
    43: 4 backwards.  We go from -- right to left would be
    43: 5 progression in time I think here.

MK 4309      43:9-43:19

    43: 9        Q.   Well, I'm just going to ask you this:
    43:10 Under -- under Troponin, it does say that -- that
    43:11 at one point, the Troponin was 1.40, is that right?

Final Karavan 1 Plaintiffs Direct
```
43:12        A.    The Troponin, yeah, was 1.4, that's
43:13 correct.
43:14        Q.    Now, just so we understand, lay people
43:15 understand, if you have Troponin at 1.4, what does
43:16 that mean in terms of a heart attack?
43:17        A.    It is consistent with the death of
43:18 myocardial cells.  It's a very small amount.
43:19        Q.    But there is a heart attack there?
```

MK 4321    43:21-43:24

```
43:21              THE WITNESS:  That would be -- in the
43:22 context of Mr. Barnett, this is consistent with a
43:23 non-Q wave myocardial infarction just like his
43:24 diagnosis -- his evaluation.
```

MK 4401    44:1-44:4

```
44: 1        Q.    Okay.  Now, what does the -- what is
44: 2 the -- the C key MB -- CKMB refer to?
44: 3        A.    That is another cardiac enzyme marker
44: 4 of -- of myocardial damage.
```

D MK 4409    44:9-44:19

```
44: 9        Q.    Oh, okay.
44:10        A.    In a previous question you asked about
44:11 the enzymes.  The enzymes were drawn.  There's one,
44:12 two, three, four, five sets of enzymes.
44:13        Q.    I see.
44:14        A.    So there were five done, not three or
44:15 four.
44:16        Q.    Okay.  There was -- there was five or
44:17 four?
44:18        A.    There were five, not -- not three and
44:19 not four but five.
```

MK 4424    44:24-45:6

```
44:24        Q.    They're elevated?  So C key -- CKMB of
44:25 21.1, what does that mean to you?
45: Page 45
45: 1        A.    Okay, that would be on the enzyme 040,
45: 2 right, 0 -- 004?
45: 3        Q.    Yeah.
45: 4        A.    Okay.  The total CPK was 288 with a CPK
45: 5 portion of that 21, which is 7.3 percent which is
45: 6 consistent with myocardial damage.
```

MK 4514    45:14-46:4

```
45:14        Q.    Okay.  Number 8, Doctor.  Now, Number
45:15 8, there's some -- there's some progress notes, is
45:16 that right?
45:17        A.    Right.
45:18        Q.    For the jury, what's a progress note?
45:19        A.    It's an official note in the hospital
45:20 chart that doctors write on to describe their
45:21 findings and assessment.
45:22        Q.    Okay.  Now, did you write one of those
45:23 progress notes?
45:24        A.    Yes, sir.
45:25        Q.    Which one did you write?
```

Final Karavan 1 Plaintiffs Direct

46: Page 46
46: 1        A.   The second one on the bottom half of
46: 2 the page.
46: 3        Q.   Okay.  Can you read your progress note
46: 4 into the record because --

MK 4612      46:12-46:20

46:12        A.   I know.  Okay, it says:  9/6/02, 6:00
46:13 PM, assessment, Number 1, non-Q wave myocardial
46:14 infarction.  Recommendation, aspirin, Lovenox,
46:15 Metoprolol, nitroglycerin as needed.  Cath Monday.
46:16 Patient understands risk as one -- with regards to
46:17 the cath as one in a thousand deaths, one in 500
46:18 CVA, MI, arrhythmia, dye reaction, vessel injury,
46:19 risk of PTCA/stent at 1 percent death, 2 to 3
46:20 percent risk of MI and possible emergent CABG.

MK 4917      49:17-50:3

49:17        Q.   That's Number 10.  Let me show you
49:18 Exhibit Number 10.  And does this appear to your --
49:19 be your progress note from 9/7?
49:20        A.   Correct, that -- the top part of this
49:21 paper is my progress note, 9/7.
49:22        Q.   Could you read that into the record,
49:23 please.
49:24        A.   No angina, heart rate would be 55,
49:25 blood pressure 110 over 60, chest clear, cardiac,
50: Page 50
50: 1 no murmur, CPK 288, EKG normal.  Assessment, non-Q
50: 2 wave MI, no recurrent angina, plan for cath Monday,
50: 3 risk as described previously.

MK 5005      50:5-50:8

50: 5             MR. ROBINSON:  Here, let's get the next
50: 6 exhibit, which would be --
50: 7             MS. MYER:  11.
50: 8             MR. ROBINSON:  -- 11.

MK 5012      50:12-51:11

50:12        Q.   Here, Doctor.  Is -- is that your note
50:13 at the bottom?
50:14        A.   Yes, sir.
50:15        Q.   Okay.  That's 9/8?
50:16        A.   Yes, sir.
50:17        Q.   Can you read that into the record,
50:18 please.
50:19        A.   No angina, only neck pain.  Heart rate
50:20 60, blood pressure 110/60.  Neck, no JVD.  Chest
50:21 clear.  Cardiac regular with no murmur.
50:22 Extremities, no edema.  Peak CPK 288.  Assessment
50:23 and plan, non-Q wave MI, no angina, for cath in AM.
50:24 Patient understands risk as one in a thousand
50:25 death, one in 500 CVA, MI, arrhythmia, dye
51: Page 51
51: 1 reaction, vessel injury.  Risk of PTCA/stent at 1
51: 2 percent death, 2 to 3 percent acute MI and possible
51: 3 emergent CABG.
51: 4        Q.   Okay.  And what's a CABG?
51: 5        A.   Coronary artery bypass graft.

```
                       Final Karavan 1 Plaintiffs Direct
51: 6          Q.   So that's a bypass surgery?
51: 7          A.   Yes, sir.
51: 8          Q.   Okay.  Let's go to Exhibit Number --
51: 9               MS. MYER:  12.
51:10 BY MR. ROBINSON:
51:11          Q.   -- 12.
```

MK 5115      51:15-51:17

```
51:15          Q.   Number 12 appears to be your note as
51:16 well, right?
51:17          A.   Yes, sir.
```

D MK 5118      51:18-51:19

```
51:18          Q.   And the date of it is 9/9/02?
51:19          A.   Looks like 8:00 AM, yes, sir.
```

MK 5120      51:20-51:23

```
51:20          Q.   Okay.  Can you read that one slowly
51:21 into the record for -- for Terri.
51:22          A.   Yes, sir.  This is the note of the cath
51:23 results.
```

D MK 5124      51:24-51:25

```
51:24          Q.   Okay.
51:25          A.   Preliminary.
```

MK 5201      52:1-52:12

```
52: 1          Q.   Okay.  Let's just -- first of all,
52: 2 you -- you did what they call as a cardiac
52: 3 catheterization?
52: 4          A.   Yes, sir.
52: 5          Q.   On -- on what day?
52: 6          A.   9/9/02.
52: 7          Q.   And tell the jury what a cardiac
52: 8 catheterization is.
52: 9          A.   That's a test where we slide tubes from
52:10 the groin up into the heart and inject contrast dye
52:11 into the blood vessels of the heart that feed blood
52:12 to the heart and assess for blockage.
```

D MK 5213      52:13-52:17

```
52:13          Q.   Okay.  And blockage is -- is you'll
52:14 give a percentage of the blockage, is that right?
52:15          A.   Yes, sir, we give --
52:16          Q.   We'll come to that.
52:17          A.   Yes, sir.
```

MK 5218      52:18-54:16

```
52:18          Q.   Okay.  Okay.  Could you read into the
52:19 record what -- what you say in your handwriting on
52:20 9/9/02 on Exhibit Number 12.
52:21          A.   Cath without complication.  LVEF
52:22 approximately 50 percent.  LVEDP 16.  Left main, 50
52:23 percent distal.  LAD, mild proximal irregularities,
52:24 mid vessel 80 percent.  D1 small 80 percent.  D2
52:25 moderate, mild irregularities.  Circumflex, small,
```

Final Karavan 1 Plaintiffs Direct

53: Page 53
53: 1 diffuse, high-grade disease.  Ramus, large,
53: 2 proximal 80 percent lesion.  RCA hundred percent
53: 3 PDA with collaterals.  Posterolateral branch 80
53: 4 percent.  Recommendation, CABG.
53: 5        Q.   Okay.  Now, just let me go through
53: 6 that.  So the -- the first vessel is blocked 50
53: 7 percent?
53: 8        A.   The left main coronary was 50 percent
53: 9 stenosed or blocked.
53:10        Q.   Okay.  And the LAD was blocked 80
53:11 percent?
53:12        A.   Yes, sir.
53:13        Q.   In one portion of it, right?  What
53:14 portion was that, mid vessel?
53:15        A.   Okay.  Mid vessel had 80 percent
53:16 stenosis.
53:17        Q.   And then what is the D1?
53:18        A.   First diagonal.  That is a branch off
53:19 the LAD.
53:20        Q.   It's a small vessel?
53:21        A.   This first diagonal was listed as
53:22 small, 80 percent block -- lesion blockage.
53:23        Q.   And then the -- what's the D2?
53:24        A.   That's the second diagonal.
53:25        Q.   And that had moderate?
54: Page 54
54: 1        A.   Well, what that meant, there was a
54: 2 moderate-sized vessel with mild irregularities.
54: 3        Q.   And the CX is circumflex?
54: 4        A.   Correct.
54: 5        Q.   And what do you -- and so you're saying
54: 6 there is a small diffuse high-grade -- is that
54: 7 atherosclerotic disease?
54: 8        A.   Yes, sir.
54: 9        Q.   Okay.  And the ramus had 80 percent
54:10 blockage, right?
54:11        A.   Yes, sir.
54:12        Q.   Now, this PDA --
54:13        A.   Yes, sir.
54:14        Q.   -- had a hundred percent -- it was --
54:15 it was occluded, right?
54:16        A.   Yes, sir.

D MK 5417     54:17-54:18

54:17        Q.   And -- well, we'll come to that in a
54:18 second here.

MK 5419     54:19-54:20

54:19             And what was this last thing down at
54:20 the bottom, the -- the one below?

D MK 5421     54:21-54:22

54:21        A.   Oh, posterolateral?
54:22        Q.   Post what?

MK 5423     54:23-54:24

54:23        A.   It's called a posterolateral branch,
54:24 another branch off of the right coronary artery.

Page 16

Final Karavan 1 Plaintiffs Direct

D MK 5425        54:25-55:4

```
54:25      Q.   Posterior -- is it posterior lateral
55: Page 55
55: 1 or --
55: 2      A.   Posterolateral, um-hum.
55: 3      Q.   Okay.
55: 4      A.   Yeah, posterolateral, um-hum.
```

MK 5505        55:5-55:5

```
55: 5      Q.   Okay.  Okay.  Next exhibit, Number 13.
```

MK 5510        55:10-57:5

```
55:10      Q.   What is 13 for the jury?
55:11      A.   This is my official dictated heart
55:12 catheterization report on Mr. Barnett.
55:13      Q.   Okay.  And this was done on 9/9/2002,
55:14 right?
55:15      A.   Yes, sir.
55:16      Q.   Okay.  Could you slowly read that into
55:17 the record for Terri.
55:18      A.   Yes, sir.  Aortic pressure 110 over 60,
55:19 mean 75.  LV pressure 110 over 16.  Left
55:20 ventriculogram, mid inferior diaphragmatic
55:21 hypokinesis, ejection fraction approximately 50
55:22 percent.
55:23      Q.   Can we stop there?
55:24      A.   Yes, sir.
55:25      Q.   Okay.  What is a ventriculogram?
56: Page 56
56: 1      A.   That's when we stick the tubes inside
56: 2 the pumping chamber of the heart, inject dye and
56: 3 watch the heart muscle pump to assess the
56: 4 contractility or the ability of the heart to pump
56: 5 blood.
56: 6      Q.   So -- and you've told us previously
56: 7 that the inferior part of the heart is the bottom
56: 8 of the heart?
56: 9      A.   Correct.
56:10      Q.   So when you say there's inferior
56:11 diaphragmatic hypokinesis, what do you mean?  What
56:12 does the word hypokinesis refer to?
56:13      A.   It's not contracting as strong as it
56:14 should so what has happened, if I may interpret all
56:15 this --
56:16      Q.   Yeah.
56:17      A.   Okay.  Mr. Barnett closed his PDA,
56:18 which is the posterior descending artery going to
56:19 the bottom of the heart.  He had a mild heart
56:20 attack as evidenced by his CPK enzyme rise of 228
56:21 and his PVA was closed.  His inferior part of the
56:22 heart had a mild amount of damage and was
56:23 hypokinetic.
56:24      Q.   And hypokinetic to -- for the jury,
56:25 what does that mean?
57: Page 57
57: 1      A.   Didn't pump quite as strong as it
57: 2 should.
57: 3      Q.   So in other words, there's some damage
57: 4 to the inferior part of the heart?
```

```
                          Final Karavan 1 Plaintiffs Direct
    57: 5          A.    Correct.

MK 5711      57:11-57:24

    57:11          Q.    Well, maybe you can explain it.
    57:12  What -- define in terms of heart damage what --
    57:13  what inferior hypokinesis is.
    57:14          A.    It means the bottom side of the heart
    57:15  is not pumping as strong as it should because
    57:16  there's been damage from a small heart attack.
    57:17          Q.    Okay.  And that heart attack from --
    57:18  from what you've observed was due to this occlusion
    57:19  on the adjacent vessel which was the PDA, is that
    57:20  right?
    57:21          A.    It was a result of closure of the PDA,
    57:22  or posterior descending artery, of the heart.
    57:23          Q.    Okay.  When you say closure, is that
    57:24  typically due to a thrombus at that location?

MK 5801      58:1-58:23

    58: 1              THE WITNESS:  Okay.  Most heart
    58: 2  attacks, as well known, are usually caused by
    58: 3  plaque rupture with thrombus formation.
    58: 4  BY MR. ROBINSON:
    58: 5          Q.    Okay.  And why don't you describe
    58: 6  what -- what -- for the jury what that means,
    58: 7  plaque rupture with a thrombus formation.
    58: 8          A.    The coronary arteries over time develop
    58: 9  atherosclerosis or -- or plaquing in the vessels.
    58:10  It's very consistent with cholesterol and other
    58:11  things.  Most plaques are smooth and covered, but
    58:12  what can happen is with -- in most heart attacks is
    58:13  this plaque ruptures, fissures, cracks, exposing
    58:14  the inside of the plaque to the surrounding
    58:15  bloodstream and as a result, a thrombus or blood
    58:16  clot wants to form on top of the fissure or crack
    58:17  of the plaque.
    58:18          Q.    And then that causes an -- an
    58:19  occlusion?
    58:20          A.    And that causes the vessel to close, be
    58:21  occluded.
    58:22          Q.    And do you believe that's what happened
    58:23  here?

MK 5825      58:25-59:3

    58:25              THE WITNESS:  Yes, sir.
    59: Page 59
    59: 1  BY MR. ROBINSON:
    59: 2          Q.    And for the jury, please describe what
    59: 3  a thrombus is, actually.

MK 5905      59:5-59:10

    59: 5              THE WITNESS:  Thrombus is -- I always
    59: 6  tell my patients it's just like if you cut yourself
    59: 7  and you watch your -- the blood clot on your hand,
    59: 8  the same thing happens inside the blood vessel.
    59: 9  It's a clotting cascade that effects inside the
    59:10  blood vessel.

MK 5920      59:20-59:21
```

Final Karavan 1 Plaintiffs Direct

59:20       Q.   Okay.  But -- but put it this way:
59:21 That -- in your opinion, that's what happened here?

MK 5923      59:23-60:8

59:23            THE WITNESS:  I think his clinical
59:24 situation is one of diffuse atherosclerosis with
59:25 probable plaque rupture, thrombus formation and
60: Page 60
60: 1 myocardial infarction.
60: 2 BY MR. ROBINSON:
60: 3       Q.   Okay.  Can you read the conclusions.
60: 4 Well, you know, maybe we better -- where did we
60: 5 leave off here?  We -- okay, why don't we -- why
60: 6 don't you read under the section called left main.
60: 7       A.   Okay.  This -- that -- okay.  Left
60: 8 main --

D MK 6009      60:9-60:10

60: 9       Q.   We're still on Exhibit 13, right,
60:10 Doctor?

MK 6011      60:11-60:16

60:11       A.   Yes, sir.  Left main, a 50 percent
60:12 eccentric distal lesion.  LAD, mild --
60:13       Q.   What is that 50 percent eccentric?
60:14       A.   That means the lumen of the left main
60:15 blood vessel is narrowed 50 percent eccentrically,
60:16 meaning it's to one side of the blood vessel.

D MK 6017      60:17-60:19

60:17       Q.   And that's due to -- to the build-up of
60:18 the atherosclerosis?
60:19       A.   Yes, sir.

MK 6020      60:20-61:8

60:20       Q.   And then the -- what about the -- read
60:21 what you say about the LAD.  What is the LAD?
60:22       A.   Left anterior descending branch rising
60:23 off of the left main truncus.
60:24       Q.   And what do you say there?
60:25       A.   Mild proximal irregularities.  The
61: Page 61
61: 1 first diagonal is a moderately-large vessel with
61: 2 mild irregularities.  The mid LAD has tubular 70 to
61: 3 80 percent narrowing.  There is a more proximal
61: 4 diagonal branch which is small with tubular 80
61: 5 percent narrowing.
61: 6       Q.   Now, read what you say about the ramus.
61: 7       A.   Ramus intermedius is a large vessel
61: 8 with tubular proximal 80 percent narrowing.

D MK 6109      61:9-61:12

61: 9       Q.   And by -- by this 80 percent narrowing,
61:10 you're talking about atherosclerotic disease,
61:11 right?
61:12       A.   Yes, sir.

Final Karavan 1 Plaintiffs Direct

MK 6113      61:13-62:6

```
61:13          Q.   Okay.  And then what do you say about
61:14 the circumflex?
61:15          A.   Relatively small vessel.  There is
61:16 tubular proximal 70 to 80 percent narrowing.
61:17          Q.   That's due to that --
61:18          A.   Atherosclerotic plaque.
61:19          Q.   Okay.  Then go on.
61:20          A.   The only obtuse marginal branch off of
61:21 the circumflex is small -- is a small vessel with
61:22 diffuse high-grade disease.
61:23          Q.   Okay.  Okay, can you read what you say
61:24 about the R -- what is the RCA?
61:25          A.   Okay.  Right coronary artery, dominant
62: Page 62
62: 1 vessel -- in the mid vessel there are diffuse
62: 2 irregularities.  Distally at the bifurcation the
62: 3 PDA is totally occluded.  The posterolateral branch
62: 4 a moderate-size -- is a moderate-sized vessel with
62: 5 an 80 percent proximal lesion.  The PDA receives
62: 6 collateral filling from the left coronary artery.
```

MK 6208      62:8-62:22

```
62: 8          The fact that the PDA receives its
62: 9 collateral filling, does that help sort of reduce
62:10 the -- the heart attack size?
62:11          A.   In general it's felt that
62:12 collateralization does improve blood flow through
62:13 the filling from other blood vessels and can limit
62:14 the amount of damage that occurs from a heart
62:15 attack.
62:16          Q.   And so that in this -- in this case,
62:17 you found that there were collaterals filling from
62:18 the left coronary artery to the PDA, is that right?
62:19          A.   That's correct.
62:20          Q.   And the PDA is the posterior descending
62:21 artery?
62:22          A.   Yes, sir.
```

MK 6305      63:5-63:16

```
63: 5          What is the significance of the
63: 6 collateral filling from the left coronary artery to
63: 7 the PDA?
63: 8          A.   Collateral blood vessels are blood
63: 9 vessels that pick up the -- that help to improve
63:10 blood flow to an area of the heart when the -- we
63:11 will call antegrade filling is compromised and
63:12 collateral blood vessels can reduce the size of a
63:13 heart attack.
63:14          Q.   Okay.  And why?
63:15          A.   Because they allow filling to that area
63:16 of the heart through a different direction.
```

D MK 6317      63:17-64:2

```
63:17          Q.   Okay.  And you believe that that was at
63:18 work here?
63:19          A.   Okay, my opinion on that is the PDA --
63:20 the -- well, to answer that question, I really need
```

Final Karavan 1 Plaintiffs Direct
63:21 to look at the films, to be honest with you, but
63:22 the PDA generally is not a huge vessel.  I'm not
63:23 sure the size of it in Mr. Barnett.  If a small
63:24 blood -- blood vessels are like trees.  If you --
63:25 if you close a small branch, then it's going to be
64: Page 64
64: 1 a small heart attack so it depends on the size of
64: 2 the blood vessel.  If you have a picture there --

MK 6807       68:7-68:18

68: 7          Q.  Okay.  And do you have -- so -- I'm
68: 8 going to also give you Number 15, which has got the
68: 9 frame number on it 25-79 and 26-79.  Do you see on
68:10 Number 15 a view of the area where the -- the right
68:11 coronary artery comes off to the PDA?
68:12          A.  Yes, sir.
68:13          Q.  Okay.  And do you see the area of the
68:14 occlusion on Exhibit 15?
68:15          A.  Yes, sir.
68:16          Q.  Okay.  Why don't you describe for the
68:17 record what -- what Exhibit 15 shows.  And refer to
68:18 which frame you're referring to, for example --

MK 6821       68:21-69:4

68:21          A.  Looking at 25-79, it's a -- it's an
68:22 injection of the right coronary artery.  The PDA
68:23 vessel in question we're discussing can obviously
68:24 be -- is shown to be totally occluded right at its
68:25 origin.
69: Page 69
69: 1          Frame Number 57-72 is an injection of
69: 2 the left coronary artery which shows the
69: 3 collateralization to the PDA which we've been
69: 4 discussing.  Okay.

D MK 6905       69:5-69:14

69: 5          Q.  Okay.  And what do you see?
69: 6          A.  I see, like I said, collateral flow to
69: 7 the PDA.
69: 8          Q.  Okay.
69: 9          A.  All right.
69:10          Q.  Okay.  So basically are you saying
69:11 that -- that Exhibit 14 with both views on 14 shows
69:12 the dye coming from one side and -- and Exhibit 15
69:13 has the dye coming from a different side?
69:14          A.  This -- right, one's -- correct.

MK 7010       70:10-71:10

70:10          Q.  Okay.  If we look at Exhibit 14 and
70:11 view 9 -- or Frame 9/72 --
70:12          A.  Yes, sir.
70:13          Q.  -- in the left bottom of -- of the
70:14 picture, we see like a black area there.  See where
70:15 I'm pointing right there?
70:16          A.  Yes, sir.
70:17          Q.  And what does that appear to be?
70:18          A.  That appears to be dye hanging up
70:19 consistent with the fact that the patient's PDA, or
70:20 posterior descending artery, was closed.
                                        Page 21

Final Karavan 1 Plaintiffs Direct

```
70:21        Q.   Okay.  Why don't you sort of explain to
70:22 the jury why -- why dye would hang up if -- in that
70:23 location if the PDA was closed.
70:24        A.   What happens is a blood vessel closes
70:25 and the blood flow through that area is stopped
71: Page 71
71: 1 essentially.  And when dye goes down there, it just
71: 2 goes and sits in the area of the closure.
71: 3        Q.   And is -- is dye hanging up one of the
71: 4 indicia of a -- of a potential thrombus?
71: 5        A.   Majority of heart attacks are related
71: 6 to thrombus formation and -- and the majority of --
71: 7 majority of heart attacks have -- when you take
71: 8 angiograms do have some element of dye that's --
71: 9 that hangs up -- tends to hang up because the flow
71:10 is so poor because there's -- the vessel's closed.
```

MK 7117        71:17-72:2

```
71:17        Q.   Can you tell the jury what Exhibit 16
71:18 is.
71:19        A.   This is the handwritten diagram of --
71:20 that I used to show the patient and the family
71:21 after we've performed a cardiac -- cardiac
71:22 catheterization or coronary angiogram to give them
71:23 an idea of what was found.
71:24        Q.   And did you put a mark on the PDA where
71:25 the clot or thrombus was?
72: Page 72
72: 1        A.   The PDA is marked as a hundred percent
72: 2 occluded.
```

D MK 7203        72:3-72:8

```
72: 3        Q.   Okay.  And did you put some kind of
72: 4 mark in the area where you believe the thrombus
72: 5 formed?
72: 6        A.   The -- I drew -- the area almost looks
72: 7 just like this real photograph here of where the
72: 8 PDA is closed off.
```

MK 7209        72:9-72:11

```
72: 9        Q.   Okay.  So you actually drew it in the
72:10 area right where the -- the PDA comes off of the
72:11 right coronary artery, right?
```

D MK 7216        72:16-72:22

```
72:16        Q.   Now, also with the heart, you --
72:17 there's some sort of little hand drawing down
72:18 there.
72:19        A.   Those -- those little squiggly things
72:20 are the -- my attempt of just relaying -- relating
72:21 to the patient that this is a collateralized blood
72:22 vessel.
```

MK 7224        72:24-73:5

```
72:24 you.  Okay.  And I know it doesn't show on this
72:25 drawing, Exhibit 16, but is the inferior wall of
73: Page 73
73: 1 the -- of the heart, in other words, the bottom of
```

Final Karavan 1 Plaintiffs Direct
73: 2 the heart, adjacent to this PDA vessel?
73: 3         A.    The PDA -- that's correct, the PDA
73: 4 supplies the inferior wall of the heart.  That's
73: 5 marked.

D MK 7306      73:6-73:20

73: 6         Q.    Is this -- is this supposed to be the
73: 7 heart here?  Where is the heart, is it on here?
73: 8         A.    That's the heart.  The -- I'll tell you
73: 9 like I tell all my patients, the heart's a pump, it
73:10 pumps the blood, but it has to have its own blood
73:11 and gets it through blood vessels.  And this is a
73:12 diagram of the blood vessels that feed blood to the
73:13 heart muscle so it's able to do its job of pumping
73:14 blood.  These blood vessels sit on top of the heart
73:15 and they feed blood into the heart tissue.
73:16         Q.    And the -- the -- the PDA feeds blood
73:17 into the inferior --
73:18         A.    Correct.
73:19         Q.    -- part of the heart, right?
73:20         A.    Yes, sir.

MK 7321      73:21-73:23

73:21         Q.    And that inferior part is the area
73:22 where you found the hypokinesis?
73:23         A.    That's correct.

D MK 7405      74:5-74:10

74: 5         Q.    Can you tell us what Exhibit 17 is.
74: 6         A.    Okay, this is the -- hold on one
74: 7 second.  Yeah.  This is the official typed
74: 8 operative report of Mr. Barnett's coronary artery
74: 9 bypass grafting as performed by -- performed by
74:10 Dr. Curt Bryan.

MK 7416      74:16-74:21

74:16               So who is Dr. Curtis Bryan?
74:17         A.    Cardiothoracic surgeon that performed
74:18 the coronary artery bypass graft in Mr. Barnett.
74:19         Q.    And he did that -- that bypass surgery
74:20 on 9/10/2002, is that right?
74:21         A.    Yes, sir, that's correct.

D MK 7422      74:22-75:1

74:22         Q.    And can you read in the preoperative
74:23 diagnosis into the record, please.
74:24         A.    Pre-op Diagnosis Number 1,
74:25 atherosclerotic coronary artery disease; Number 2,
75: Page 75
75: 1 non-Q wave myocardial infarction.

D MK 7504      75:4-75:15

75: 4               Were those the diagnoses that you found
75: 5 from your work-up and cardiac catheterization?
75: 6         A.    Yes, sir.
75: 7         Q.    Could you read the post-op diagnosis
75: 8 in, please.

Final Karavan 1 Plaintiffs Direct

75: 9        A.   Okay.  The Post-op Number 1 -- these
75:10 are exactly like the pre-op.  Post-op Diagnosis 1,
75:11 atherosclerotic coronary artery disease; Number 2,
75:12 non-Q wave myocardial infarction.
75:13        Q.   Basically, Dr. Bryan agreed with your
75:14 pre-op diagnosis, right?
75:15        A.   Yes, sir.

D MK 7517     75:17-76:1

75:17              When you go down to the blockage that
75:18 was shown in the cardiac cath on this document, he
75:19 lists the blockage that you found, correct?
75:20        A.   That's correct.
75:21        Q.   So we won't go back into it, but it's
75:22 the same?
75:23        A.   Same.  Same thing.
75:24        Q.   Okay.  He described on Page 2 the
75:25 details of the operation, right?
76: Page 76
76: 1        A.   That's correct.

MK 7704     77:4-77:18

77: 4        Q.   Just in layman's terms, what did he do
77: 5 there?
77: 6        A.   He performed a five-way coronary artery
77: 7 bypass grafting to Mr. Barnett.
77: 8        Q.   Five different vessels?
77: 9        A.   Five, that's correct.
77:10        Q.   And just for the jury, what -- what
77:11 does that involve?
77:12        A.   It involves taking what we call grafts
77:13 or conduit from the leg, which are vein, excising
77:14 them out of the leg, taking conduit from the chest
77:15 wall called an artery, opening up the chest and
77:16 sewing these conduits, grafts, bypasses to the
77:17 arteries that feed blood to the heart to supply
77:18 them with blood flow.

D MK 7719     77:19-78:1

77:19        Q.   Okay.  And then obviously Mr. Barnett's
77:20 still here today.  It was a good result, right?
77:21        A.   I would -- I would agree with that
77:22 assessment.
77:23        Q.   He owes Mr. -- Dr. Bryan and you,
77:24 correct?
77:25        A.   No, he doesn't owe us anything.  He
78: Page 78
78: 1 had -- I think, but he had a good result.

D MK 7817     78:17-79:5

78:17        Q.   Okay, Doctor, let me show you Exhibit
78:18 Number 18 and ask you to tell the jury what that
78:19 is.
78:20        A.   Okay, this is the discharge summary as
78:21 dictated by the physician's assistant for the
78:22 cardiothoracic team or Dr. Bryan, in other words.
78:23        Q.   Okay.  And what was the discharge
78:24 diagnosis?
78:25        A.   Discharge Diagnosis Number 1, non-Q

Page 24

Final Karavan 1 Plaintiffs Direct

79: Page 79
79: 1 wave myocardial infarction; Number 2, coronary
79: 2 artery disease; Number 3, hyperlipidemia --
79: 3        Q.   Hyperlipidemia is increased
79: 4 cholesterol?
79: 5        A.   Yes, sir.

MK 7913      79:13-79:23

79:13        Q.   And then why don't you read the section
79:14 under procedures done in the hospital.
79:15        A.   Procedure Number 1, diagnostic coronary
79:16 artery catheterization performed by Dr. Mark
79:17 Karavan on September 9, 2002 revealing significant
79:18 three-vessel coronary artery disease.
79:19        Q.   And when they say three vessel, what
79:20 does that mean?
79:21        A.   Significant three-vessel coronary
79:22 artery disease in my mind is blockage in all the
79:23 major blood vessels that feed blood to the heart.

D MK 7924      79:24-80:17

79:24        Q.   Okay.
79:25        A.   Significant.  Number 2, coronary artery
80: Page 80
80: 1 bypass grafting times five performed September 9,
80: 2 2002 by Dr. Bryan with the left internal mammary
80: 3 artery to the LAD -- oh, excuse me, to the left
80: 4 anterior descending coronary artery, saphenus vein
80: 5 graft to the second diagonal coronary artery,
80: 6 saphenous vein graft to the ramus intermedius
80: 7 coronary artery and a -- this is blank, but I can
80: 8 tell you what it's supposed to mean if you like.
80: 9        Q.   Okay.
80:10        A.   -- natural Y graft, sequential graft,
80:11 saphenus vein to the PDA, or posterior descending
80:12 artery -- coronary artery, and the left ventricular
80:13 branch.
80:14        Q.   Okay.  And under -- is that -- HC, is
80:15 that hospital course?
80:16        A.   Course.
80:17        Q.   Can you read that into the record.

D MK 8021      80:21-82:2

80:21        A.   The patient is a 58-year-old gentleman
80:22 admitted with a non-Q wave myocardial infarction
80:23 who underwent the above-mentioned diagnostic
80:24 coronary catheterization by Dr. Karavan and then
80:25 placed in consultation to Dr. Bryan's
81: Page 81
81: 1 cardiothoracic surgery service where the patient
81: 2 was deemed a good candidate for revascularization.
81: 3        Q.   Okay.
81: 4        A.   The patient was brought to the
81: 5 operating room on September 10, 2002, at which time
81: 6 he underwent the above-mentioned coronary artery
81: 7 bypass grafting times five.  Postoperatively he was
81: 8 transferred to the surgical intensive care unit in
81: 9 stable condition where he was later extubated
81:10 approximately six hours after surgery without
81:11 difficulty.

Final Karavan 1 Plaintiffs Direct
81:12        On Post-op Day 1, the patient was out
81:13 of bed into a chair and doing well with -- it's
81:14 blank.  Hemodynamics with a cardiac index of 4.0.
81:15        Q.   Okay.
81:16        A.   The patient was stable for transfer to
81:17 the progressive care unit.  On Post-op Day, the
81:18 patient -- Day 2, the patient continued to progress
81:19 well.  His pacing wires and mediastinal chest tube
81:20 were removed without difficulty.  The patient
81:21 *continued to increase ambulation and slowly*
81:22 tolerated a regular diet.  On Post-op Day 3, blank,
81:23 chest tube was removed without difficulty.  On
81:24 Post-op Day 4, the patient was stable *for discharge*
81:25 home, at which time he was tolerating a regular
82: Page 82
82: 1 diet and had adequate pain control and ambulating
82: 2 on his own without difficulty.

MK 8424      84:24-85:6

84:24        Q.   Okay.  First of all, you know, in 1998,
84:25 is it true that you did not know that Merck was
85: Page 85
85: 1 *studying or looking at the benefits or adverse*
85: 2 consequences of selective inhibition of COX-2 on
85: 3 coronary heart disease --
85: 4        A.   *Yes.*
85: 5        Q.   -- is that true?
85: 6        A.   That would be correct.

MK 8602      86:2-86:5

86: 2        Q.   Okay.  Had you ever read anything
86: 3 before today about the destabilization of the cap
86: 4 of these plaques by inflammatory cells making them
86: 5 rupture prone?

MK 8607      86:7-86:21

86: 7           THE WITNESS:  I would infer that the --
86: 8 *this would be possible given the fact that the --*
86: 9 that antiinflammatories may be prothrombotic --
86:10 BY MR. ROBINSON:
86:11        Q.   Okay.
86:12        A.   -- meaning that -- you know, having a
86:13 propensity for thrombus formation, which would go
86:14 along with essentially that statement but not
86:15 the -- what I'm trying to say is not -- I wasn't
86:16 aware of any development of -- of atherosclerosis
86:17 lipid-rich coronary plaquing but aware of the fact
86:18 that they're potentially prothrombotic.
86:19        Q.   Okay.  What does that mean,
86:20 prothrombotic?
86:21        A.   Potential to form thrombosis.

MK 8710      87:10-87:13

87:10           THE WITNESS:  *That -- thrombotic*
87:11 *occlusion is the event that most -- I would think*
87:12 *most physicians would be concerned about with the*
87:13 *use of nonsteroidal antiinflammatories.*

D MK 8809      88:9-88:13

Page 26

Final Karavan 1 Plaintiffs Direct

88: 9        Q.   Were you aware before sitting here
88:10 today that Vioxx at least may have ability to
88:11 destabilize the cap of these plaques by
88:12 inflammatory cells making them, quote, rupture
88:13 prone, end quote?

D MK 8818        88:18-88:23

88:18        A.   Basically my -- you know, again, I sort
88:19 of revert back to what I stated a couple minutes
88:20 ago in that I think, you know, the concern is that
88:21 there's a prothrombotic effect in -- with these
88:22 drugs and I'm not -- I'm not aware of any
88:23 destabilization of the cap.

MK 8907        89:7-89:18

89: 7        Q.   Okay.  So -- so that we understand,
89: 8 when you say that a drug is prothrombotic, what do
89: 9 you mean?
89:10        A.   It has -- has the ability to cause
89:11 platelets to adhere and other blood products to
89:12 adhere to a specific site in the vessel causing the
89:13 vessel to close --
89:14        Q.   And?
89:15        A.   -- through what -- through whatever
89:16 mechanism.
89:17        Q.   And that closure is a result of -- of
89:18 the thrombus that it forms?

MK 8920a        89:20-89:22

89:20        THE WITNESS:  The closure of the vessel
89:21 would be secondary to thrombus formation through
89:22 whatever mechanism.

MK 9008        90:8-90:17

90: 8        Q.   And what is a thrombotic event for the
90: 9 jury?
90:10        A.   Okay, the -- the event could be either
90:11 heart attack or a stroke.
90:12        Q.   Now, if, in fact, a person such as
90:13 Mr. Barnett has coronary artery disease to begin
90:14 with and a family history of coronary artery
90:15 disease and is a male over 55, is it reasonable
90:16 that a drug that's prothrombotic could contribute
90:17 to his heart attack?

MK 9022        90:22-91:3

90:22        A.   I think the concern with
90:23 antiinflammatories is that in the face of
90:24 preexisting atherosclerosis that thrombus formation
90:25 potentially can occur on a site of plaque rupture.
91: Page 91
91: 1        Q.   And by antiinflammatories you mean like
91: 2 Vioxx?
91: 3        A.   That would be correct.

D MK 9316        93:16-94:3

Page 27

Final Karavan 1 Plaintiffs Direct
93:16          MR. GOLDMAN:  Mr. Robinson, can you
93:17 also have the witness for completeness read the
93:18 first sentence, too.
93:19 BY MR. ROBINSON:
93:20          Q.   Yeah, read -- can you read the first
93:21 sentence, please.
93:22          A.   The first sentence of this paragraph
93:23 reads:  Recent evidence indicates that inflammatory
93:24 cells are present in the region of the thinned-out
93:25 cap that covers atheromatous plaques and it is
94: Page 94
94: 1 thought that these inflammatory cells contribute to
94: 2 thinning the plaque at its margin that is the
94: 3 frequent site of plaque rupture.

MK 9404      94:4-94:21

94: 4          Q.   Okay.  Let me ask this for the jury.
94: 5 Plaque the layman knows as -- as atherosclerotic
94: 6 lesions, is that right?
94: 7          A.   Plaque is atherosclerotic lesions,
94: 8 correct.
94: 9          Q.   And -- and what does -- what does the
94:10 cap of the plaque refer to?
94:11          A.   The cap is a material that's --
94:12 that's -- it conceals the inner components of
94:13 atherosclerotic plaque.
94:14          Q.   And if the cap gets dislodged or
94:15 ruptured, does that material that is inside the
94:16 plaque then come out?
94:17          A.   The -- if the cap ruptures, then the
94:18 inside components of the plaque are exposed to the
94:19 blood vessel -- well, to the blood products.
94:20          Q.   Okay.  And can that lead to a thrombus
94:21 then?

MK 9423      94:23-94:25

94:23               THE WITNESS:  Plaque rupture and
94:24 exposure of the products underneath the cap can
94:25 lead to thrombus formation.

D MK 9502      95:2-95:8

95: 2          Q.   And what -- what are the materials
95: 3 underneath the cap, what --
95: 4          A.   It constitutes a variety of cellular
95: 5 products, these foam cells and monocytes and
95: 6 platelets and cholesterol-ridden macrophages and
95: 7 all this.  All the products of atherosclerotic
95: 8 plaque are underneath the cap.

MK 9509      95:9-96:18

95: 9          Q.   And that -- if the cap comes off and
95:10 those products seep out, it's sort of like popping
95:11 a zit.  If there's stuff underneath the zit, this
95:12 stuff can come out.  Is that sort of a fair
95:13 analogy?
95:14          A.   I think of it as basically the plaque
95:15 is sort of like, again, if you cut your hand and
95:16 you have a blood clot form as the -- the same thing
95:17 happens in there, the plaque ruptures, the crack --

                        Final Karavan 1 Plaintiffs Direct
95:18 the crack opens up and then the cellular product --
95:19 the cellular products of the bloodstream want to
95:20 adhere to the contents of the plaque -- of the --
95:21        Q.   And then how does that lead to the
95:22 thrombus or the clot?
95:23        A.   Because platelets and other blood
95:24 products won't adhere to the -- the plaque
95:25 basically.
96: Page 96
96: 1        Q.   Okay.  I see.  So -- and when there's a
96: 2 thrombus like this one, you have a total occlusion,
96: 3 is this what's called an acute event?
96: 4        A.   Acute just means that it happens
96: 5 suddenly.
96: 6        Q.   And would that acute event then show a
96: 7 symptom of chest pain?
96: 8        A.   Most heart attacks happen suddenly and
96: 9 most -- and most heart attacks present themselves
96:10 as chest pain.
96:11        Q.   Okay.  And given the history that you
96:12 heard from Mr. Barnett on or about 9/6/2002, do you
96:13 believe that he had an acute non-Q wave MI?
96:14        A.   Yes, sir.
96:15        Q.   For the jury, what's the word acute
96:16 mean?
96:17        A.   Happens within -- you know, acutely or
96:18 suddenly and within a reasonable time frame.

D MK 9722      97:22-98:11

97:22        Q.   Can you tell the jury what Exhibit
97:23 Number 20 is.
97:24        A.   This would be my outpatient progress
97:25 note with regards to Mr. Barnett's care on 3/14/03.
98: Page 98
98: 1        Q.   Okay.  Can you read into the record
98: 2 what you say under history.
98: 3        A.   Mr. -- Mr. Barnett was hospitalized a
98: 4 week ago for chest pain.  It was very atypical.  A
98: 5 stress Cardiolite test was recommended.  However,
98: 6 he decided not to pursue one because he felt it
98: 7 was -- it probably wasn't his heart.  He states he
98: 8 had been working out with some weights and with
98: 9 that he has had a soreness across his chest and
98:10 feels that his soreness has improved since he has
98:11 lowered the amount of weights that he lifts.

D MK 9903      99:3-100:3

99: 3        Q.   Now, I noticed later on like in 2005
99: 4 after Vioxx was taken off the market, you -- you
99: 5 had a discussion with him about all NSAIDs, but as
99: 6 of this time, in March of 2003, did you believe
99: 7 that the NSAIDs were okay for -- for Mr. Barnett?
99: 8        A.   My approach to nonsteroidal
99: 9 antiinflammatories is when I was in training,
99:10 they -- Motrin was found to be -- at least that's
99:11 what they taught us, was prothrombotic in vitro,
99:12 okay?  In vitro in a Petri dish.  And so there was
99:13 some concern about nonsteroidals all along about
99:14 their prothrombotic effect and so with regards to
99:15 heart disease and antiinflammatories, you try to
99:16 weigh the risks and benefits and how bad someone
                        Page 29

```
                     Final Karavan 1 Plaintiffs Direct
99:17 needs an antiinflammatory and -- and their quality
99:18 of life from the need for taking the
99:19 antiinflammatory for whatever reason.
99:20          So I always try to mitigate the -- any
99:21 anti -- or any prothrombotic effect of
99:22 antiinflammatories by using antiplatelet agents.
99:23 And he was basically on a baby aspirin and Plavix
99:24 as a double -- dual antiplatelet therapy.  So, you
99:25 know, based on 2003 data and the way I felt about
100: Page 100
100: 1 things, he -- we -- I felt that we were using
100: 2 pretty good antiplatelet therapy to try to the best
100: 3 we could --
```

MK 10013     100:13-100:16

```
100:13          Q.   Let me show you Exhibit Number 21,
100:14 which appears to be -- what is 21?
100:15          A.   21 is another office outpatient
100:16 follow-up note in my office on Mr. Barnett.
```

D MK 10017     100:17-100:19

```
100:17          Q.   Okay.  Can you read the history into
100:18 the record, please.
100:19          A.   Yes, sir.  This is from 12/20/05.
```

MK 10107     101:7-101:15

```
101: 7          THE WITNESS:  I'm sorry.  I'm sorry
101: 8 about that.  Since last seen, Mr. Barnett states he
101: 9 is doing well.  He has not been as aggressive with
101:10 his exercise as he used to, but nonetheless, he has
101:11 had no exertional chest, neck, arm or jaw
101:12 discomfort, no dyspnea on exertion, PND or
101:13 orthopnea, no tachypalpitations or syncope.  He
101:14 tries to watch his diet and lipid intake.  He
101:15 states his blood pressure is well controlled.
```

MK 10117     101:17-101:25

```
101:17          Q.   Okay.  Could you go to the next page,
101:18 please, and read into the record what you say under
101:19 I have recommended.
101:20          A.   I have recommended to Mr. Barnett that
101:21 he takes the least amount of nonsteroidal
101:22 antiinflammatories as he can to avoid any potential
101:23 thrombotic effect, otherwise he will continue his
101:24 current medicines.  He will be seen in follow-up in
101:25 about seven months.
```

Mk 10203     102:3-102:6

```
102: 3          Between March of 2003 and some
102: 4 two-and-three-quarters later in December of 2005,
102: 5 had you learned more about the potential thrombotic
102: 6 effects of nonsteroidal antiinflammatories?
```

MK 10208     102:8-102:16

```
102: 8          THE WITNESS:  By that time, Vioxx was
102: 9 removed off the market --
102:10 BY MR. ROBINSON:
```

Final Karavan 1 Plaintiffs Direct

```
102:11        Q.    Okay.
102:12        A.    -- because of those concerns and as a
102:13 result, more attention in the literature and all to
102:14 antiinflammatories and their role in thrombosis and
102:15 so I think everybody was more aware of the
102:16 potential role of antiinflammatories.
```

D MK 10217       102:17-103:5

```
102:17        Q.    Thank you.  Now, let me ask you this:
102:18 He had a couple of episodes where he went into the
102:19 hospital, I think one in 2003 and then one in 2004,
102:20 with chest pain of some sort.  What was your
102:21 overall impression of these two hospitalizations?
102:22 I'm trying to sum up here rather than --
102:23        A.    I mean, since his -- basically since
102:24 his operation and bypass graft, you know, fairly --
102:25 from a heart standpoint, I thought he's done well.
103: Page 103
103: 1 He's had a stress test that showed he had normal
103: 2 perfusion or normal blood flow to the heart and the
103: 3 heart pumps normally and I felt that the discomfort
103: 4 he would experience at times was probably not
103: 5 related to his heart.
```

MK 10308       103:8-103:19

```
103: 8           What -- can you show us what tests you
103: 9 actually conducted on him maybe in 2003, 2004,
103:10 2005.
103:11        A.    In 7/18 -- on 7/18/03, he had a -- what
103:12 we call stress perfusion, nuclear stress test.  He
103:13 went 15 minutes with a Bruce protocol, peak heart
103:14 rate was 120, ejection was 58 percent and then he
103:15 had what's called apical thinning.
103:16        Q.    What is apical thinning?
103:17        A.    It just means the apex or the type of
103:18 the heart is hard to -- hard to image and imaging
103:19 technique not a problem with the blood flow itself.
```

D MK 10320       103:20-103:21

```
103:20        Q.    What is the apical?
103:21        A.    That's the tip of the heart.
```

D MK 10325       103:25-104:6

```
103:25 here.  But in any event, he did have some -- what
104: Page 104
104: 1 does thinning mean?
104: 2        A.    Basically it was felt the blood flow to
104: 3 his heart was normal.
104: 4        Q.    Okay.  What would thin -- what would --
104: 5 what would -- what --
104: 6        A.    That's a normal variant.
```

D MK 10510       105:10-105:24

```
105:10        Q.    Okay.  I don't know if you have it in
105:11 front of you, but on 5/17/2005, you saw him,
105:12 5/17/2005?
105:13        A.    Yes, sir.
105:14        Q.    And was -- was -- was -- he'd not been
```

Final Karavan 1 Plaintiffs Direct

```
105:15 modifying his risk factors as well as he used to
105:16 according to the history?
105:17        A.   Mr. Barnett's very astute in -- in his
105:18 understanding of the disease process and
105:19 modification of it and trying every available
105:20 method and that -- I wasn't being specific in
105:21 there, but he just wasn't quite as adherent as he
105:22 had been for the most part.  I think it must have
105:23 been a little bit of diet and his weight was up a
105:24 little bit, probably after the holidays.
```

MK 10525      105:25-106:5

```
105:25        Q.   Now, would you say that -- would you
106: Page 106
106: 1 say that, though, pretty much he was very
106: 2 disciplined at trying to follow your orders and --
106: 3 and taking care of his risk factors, et cetera?
106: 4        A.   Mr. Barnett's always been very
106: 5 aggressive with risk factor modification.
```

D MK 10613      106:13-106:15

```
106:13 very well -- tell me, once you have one heart
106:14 attack, are you at increased risk for a second
106:15 heart attack?
```

D MK 10617      106:17-106:22

```
106:17        THE WITNESS:  When someone has a
106:18 disease process such as coronary atherosclerosis
106:19 versus somebody that does not, then, of course,
106:20 your risk of having a heart attack is higher than
106:21 someone that doesn't have -- that does not have the
106:22 disease.
```

MK 10701      107:1-107:5

```
107: 1        I want you to assume Mr. Barnett took
107: 2 Vioxx for some 32 months daily before his heart
107: 3 attack.  Can you rule out Vioxx as one of the
107: 4 causes of Mr. Barnett's heart attack along with his
107: 5 coronary artery disease?
```

MK 10713      107:13-108:7

```
107:13        A.   The -- the way I clinically put
107:14 Mr. Barnett together is like this, okay?  He had
107:15 some risk factors for coronary artery disease and
107:16 he had one bad risk factor for the development of
107:17 plaque, hyperlipidemia, with an LDL that was said
107:18 to be 190 at the time of his first stress test in
107:19 2000, which is an extremely-high LDL which will
107:20 increase your risk of coronary atherosclerosis
107:21 right there.  And at the time of his presentation
107:22 with his heart attack, he had diffuse multivessel
107:23 atherosclerotic disease, which I feel is probably
107:24 most related to his risk factor of significant
107:25 hyperlipidemia with a significantly-elevated LDL
108: Page 108
108: 1 and a family history, the genes.
108: 2        He was on Vioxx for many months prior
108: 3 to that and what we know about COX inhibitors and
```

Page 32

Final Karavan 1 Plaintiffs Direct

108: 4 Vioxx is that they have a pro -- possible
108: 5 prothrombotic effect.  And could they be related to
108: 6 the fact that he had occlusion of his PDA?  The
108: 7 answer is is possibly they could.

Total Length - 01:15:48

Final Karavan 1 Plaintiffs Redirect

Karavan Redirect (Multi-clip)
MK 22813      228:13-228:16

    228:13          Has your opinion changed that -- that
    228:14 Vioxx may have played a role along with that
    228:15 coronary artery disease in Mr. Barnett's heart
    228:16 attack?

MK 22819      228:19-228:24

    228:19          THE WITNESS: I still think, just like
    228:20 I stated earlier, he had diffuse coronary
    228:21 atherosclerosis for the reasons given and he had a
    228:22 thrombotic myocardial infarction and the concern
    228:23 would be whether Vioxx played any potential role in
    228:24 the myocardial infarction based on the literature.

D MK 22903      229:3-229:24

    229: 3          Did Mr. -- Mr. Goldman read you some
    229: 4 cholesterol levels for Mr. Barnett preceding his
    229: 5 heart attack. Do you remember that?
    229: 6      A.    Um-hum.
    229: 7      Q.    And he asked you -- he showed you one
    229: 8 in 1993, he showed you another one in 1998 and
    229: 9 another one in 1999. Do you remember that?
    229:10      A.    I remember that.
    229:11      Q.    Okay. If it should turn out that
    229:12 Mr. Barnett's cholesterol level went from 251 as
    229:13 Mr. Goldman said in October of '99 but that
    229:14 Mr. Barnett was put on Lipitor by Dr. Mikolajczyk
    229:15 the spring, early summer of 2000 after that
    229:16 Cardiolite event --
    229:17      A.    Right, right.
    229:18      Q.    -- and his cholesterol levels dropped
    229:19 to a consistent pattern of 161 in -- on July 18th
    229:20 of 2000 and 160 on June 27th, 2001 and 166 on
    229:21 February 7th, 2002 and a month before his heart
    229:22 attack in August of '02 was 166, would you say that
    229:23 was a fairly significant drop from the 250 to the
    229:24 160 range?

D MK 23001      230:1-230:8

    230: 1          THE WITNESS: Lowering your cholesterol
    230: 2 from 250 to 160 is a good improvement.
    230: 3 BY MR. ROBINSON:
    230: 4      Q.    And so at least through diet, exercise
    230: 5 and the Lipitor, if these numbers I just gave you
    230: 6 are true, then what does that mean in terms of
    230: 7 Mr. Barnett's cholesterol health before the heart
    230: 8 attack?

D MK 23010      230:10-230:19

    230:10          THE WITNESS: It means -- well, I mean,
    230:11 it means we hadn't got it figured out yet, you
    230:12 know. In other words, lowering the cholesterol
    230:13 helped some, it's not a Drano pill, but there's
    230:14 more to atherosclerosis than -- than cholesterol
    230:15 and also it means that it's a long -- you know,
    230:16 long-term occurring thing. In other words,
                        Page 1

Exh "B"

                        Final Karavan 1 Plaintiffs Redirect
230:17 blockages don't occur overnight and once they form,
230:18 we don't have a Drano pill to get rid of them.
230:19 Drano doesn't exist.

D MK 23202      232:2-232:4

    232: 2      Q.   Okay.   So -- so my -- my -- my point is
    232: 3 that would be another factor that you'd like to
    232: 4 consider, correct --

D MK 23207      232:7-232:12

    232: 7      Q.   -- in this -- trying to figure out what
    232: 8 happened with Mr. Barnett when he had his -- his
    232: 9 cholesterol drop from 250 to the 160 range while
    232:10 taking Vioxx for 32 months and still had this
    232:11 massive or 80 percent --
    232:12          A.   I think the argument is that --

D MK 23214      232:14-232:22

    232:14              THE WITNESS:   -- atherosclerosis is a
    232:15 process that had been going on for a while.   It
    232:16 didn't happen over a period of a year nor years.
    232:17 And when you have established atherosclerosis,
    232:18 statin drugs don't -- they're are not a Drano pill,
    232:19 okay?   You can get some regression, maybe.   Maybe
    232:20 you can get it to subside or help the progression a
    232:21 little bit, but they're not Drano and
    232:22 atherosclerosis can occur.

MK 23409        234:9-234:10

    234: 9          Q.   You've learned a lot more about that
    234:10 since that time?

MK 23412        234:12-234:14

    234:12              THE WITNESS:   I know there's increased
    234:13 concern about those drugs causing thrombotic
    234:14 effects.

D MK 23612      236:12-236:16

    236:12              According to accepted standards for
    236:13 intervention cardiology that -- that if you have a
    236:14 mild lateral ischemia on a Cardiolite exam, all
    236:15 that really says is that you have at least one
    236:16 vessel that is blocked to 7 -- 70 percent?

D MK 23619      236:19-237:4

    236:19          Q.   Go ahead.
    236:20          A.   Not really --
    236:21          Q.   Okay.
    236:22          A.   -- okay?   When you have a Cardiolite
    236:23 nuclear scan, it tries to pick up a gradient of --
    236:24 gradient of flow, okay, and it -- one of the
    236:25 problems you have is if you have diffuse blockage,
    237: Page 237
    237: 1 there's not a lot of gradient.   Everything is down
    237: 2 so nothing looks different than the other to speak
    237: 3 of, okay?   So it's well known that you can miss or
                        Page 2

```
                    Final Karavan 1 Plaintiffs Redirect
237: 4 not detect multivessel disease with that.

D MK 23817      238:17-239:1

238:17 Is there any -- is there any such thing as a good
238:18 heart attack?
238:19         A.  I think -- I don't think there's any --
238:20 no such thing as a good heart attack.  If you have
238:21 an event that's a minor event, in other words, it
238:22 doesn't harm you and it -- and it enables you to
238:23 detect the whole -- not just the tip of the iceberg
238:24 but all the disease process, then someone may
238:25 benefit long term because it was found in time
239: Page 239
239: 1 before they had a bad event, okay?

D MK 23917      239:17-240:2

239:17         Q.  Okay.  Okay.  In spite of the study
239:18 that --
239:19         A.  Um-hum.
239:20         Q.  -- that counsel showed you about some
239:21 energy levels, vis-a-vis the stress test that you
239:22 put him on, if -- if his wife and brother and even
239:23 Mr. Barnett feels that he's had a drop in energy
239:24 levels over the last couple of years or even three
239:25 or four years, that -- that that would not mean
240: Page 240
240: 1 that -- that what Mr. Barnett is feeling and what
240: 2 his wife and brother are seeing is not accurate?

D MK 24004      240:4-240:8

240: 4         THE WITNESS:  I don't recall being
240: 5 aware of any change in his exercise tolerance or
240: 6 those kind of problems.  The last objective data,
240: 7 i.e., the stress test, suggests good performance,
240: 8 but I will certainly be glad to see him any time.

D MK 24010      240:10-240:14

240:10         Q.  Okay.  I guess what I'm saying, is
240:11 there people that can exercise when you tell them
240:12 to exercise, but -- but after a heart attack and
240:13 even a CABG surgery that they might have some loss
240:14 of energy?

D MK 24017      240:17-240:25

240:17         Q.  Is that true?
240:18         A.  Poor -- poor -- poor energy is a very
240:19 nonspecific complaint.  There's not a day that some
240:20 of them go by in my office or any doctor's office
240:21 that didn't say they're tired and their energy
240:22 level's down and it's one of the hardest things to
240:23 put your finger on.  Usually you correlate it with
240:24 some objective finding, okay?  If you don't have
240:25 that, then maybe it's some subjective finding or


Total Length - 00:07:50
```

Final Karavan 1 Plaintiffs Re Redirect

Karavan 1 RERedirect (Multi-clip)
D MK 24517       245:17-245:20

    245:17            He asked you about medications or drugs
    245:18 promoting atherosclerosis.  Are you aware that
    245:19 tobacco has been said to promote atherosclerotic
    245:20 disease?

D MK 24523       245:23-246:6

    245:23        Q.   Go ahead.
    245:24        A.   I advise all my patients not to smoke
    245:25 because of the association of smoking and heart
    246: Page 246
    246: 1 disease.
    246: 2        Q.   And -- and actually, the understanding
    246: 3 is that even secondhand smoke may promote plaque
    246: 4 build-up and atherosclerotic disease, is that true?
    246: 5        A.    Secondhand smoke if there's enough can
    246: 6 probably contribute to atherosclerosis.


Total Length - 00:00:40

Exh "C"

Final Karavan 2 Plaintiffs Direct

Karavan 2 Direct (Multi-clip)
Karavan 0303      3:3-3:4

    3: 3      Q.   Afternoon, Doctor.
    3: 4      A.   Afternoon.

Karavan 0311      3:11-3:19

    3:11      Q.   So you're -- you -- you -- you are
    3:12 Mr. Barnett's cardiologist; is that right?
    3:13      A.   Correct.  Uh-huh.
    3:14      Q.   And in 2002 you did an angiogram on
    3:15 Mr. Barnett, right?
    3:16      A.   Correct.
    3:17      Q.   And you did another angiogram on
    3:18 Mr. Barnett in 2006?
    3:19      A.   Correct.

Karavan 0412      4:12-4:20

    4:12      Q.   Now, what I want to do initially is to go
    4:13 back through some of the exhibits that -- that
    4:14 Mr. Goldman went through with you.  You see Exhibit
    4:15 Number 29?  I think it's -- it's -- it's the --
    4:16      A.   Yeah, I think so.
    4:17      Q.   It's your record of --
    4:18      A.   Correct.  Uh-huh.  Yep.
    4:19      Q.   -- June 26th, 2006?
    4:20      A.   Uh-huh.

Karavan 0424      4:24-5:4

    4:24           Under the echocardiogram section, section
    4:25 E, where you say:  Echocardiogram Indiana 5/06
    5: Page 5
    5: 1 showing normal global left ventricular systolic
    5: 2 function with mild inferobasilar hypokinesis.  Do
    5: 3 you see that section?
    5: 4      A.   Yes, I do.

Karavan 0510      5:10-5:14

    5:10      Q.   Well, let me ask it this way:  Do you know
    5:11 whether or not the actual echocardiogram referred to
    5:12 the -- the -- the basal posterior section?
    5:13      A.   The -- I don't have the full report in
    5:14 front of me.  Do you have that full report?

Karavan 0605      6:5-6:12

    6: 5      Q.   Do you see it?
    6: 6      A.   I got it.  I'm sorry.
    6: 7      Q.   Do you see -- if you go to third page
    6: 8 in --
    6: 9      A.   Correct.  The echocardiogram was
    6:10 interpreted as mid lateral basal lateral hypokinesis
    6:11 and severe hypokinesis of the posterobasilar
    6:12 inferobasilar areas.

Karavan 0623      6:23-7:1

    6:23           What did -- when you talked about, in --

Exh "D"

                    Final Karavan 2 Plaintiffs Direct
        6:24 in response to a question by Mr. Goldman, your --
        6:25 your cath not showing the -- the back part of the
        7: Page 7
        7: 1 heart, what do you mean?

Karavan 0705      7:5-8:13

        7: 5       A.   With a ventriculogram, which we do at the
        7: 6 time of catheterization, most people just do the REO
        7: 7 ventriculogram.  Some do another side, and you
        7: 8 cannot see -- visualize all segments of the heart
        7: 9 unless you're looking back there.
        7:10           The echogram would pick up wall motion
        7:11 that a ventriculogram may -- would not, and these
        7:12 parts are basically on the backside of the heart.
        7:13 They would be somewhat hidden from the
        7:14 ventriculogram that was performed this -- this
        7:15 month.
        7:16       Q.   And when -- when it says mid lateral basal
        7:17 lateral hypokinesis, or what does that refer to?
        7:18       A.   The way I would interpret this in this
        7:19 sit -- clinical situation is he had a previous small
        7:20 what I call PDA infarct, okay.  It's the non Q wave
        7:21 from before.  So there's a wall motion associated in
        7:22 the basal posterior and basal inferior portion that
        7:23 could be consistent with this PDA.
        7:24           He has hypokinesis of the lateral, mid
        7:25 lateral.  They call it basal lateral.  That could be
        8: Page 8
        8: 1 consistent with the fact that his circumflex vessel
        8: 2 was not feeding enough blood flow to that portion of
        8: 3 the heart, and that was the vessel that we opened
        8: 4 up.
        8: 5       Q.   And then what about the -- the part below
        8: 6 where it says severe hypokinesis?
        8: 7       A.   I think that is related to his initial
        8: 8 event.
        8: 9       Q.   Okay.  And --
        8:10       A.   From 2002.
        8:11       Q.   And when you said the circumflex, would
        8:12 that also include the Ramus?
        8:13       A.   Ramus.

Karavan 0818      8:18-9:7

        8:18       Q.   You know, will you -- will you tell the
        8:19 jury what you referred to when you mentioned
        8:20 circumflex in the last answer?
        8:21       A.   I sorry, yes.  The -- in -- clinically
        8:22 in -- in Mr. Barnett, his Ramus intermedius is
        8:23 synonymous with the circumflex.  It supplies the mid
        8:24 lateral and basal lateral portions of the heart.
        8:25 That vessel was stenosed, affecting the blood flow,
        9: Page 9
        9: 1 therefore potentially making it hypokinetic.
        9: 2       Q.   And what does hypokinetic mean?
        9: 3       A.   It doesn't pump as strong and move quite
        9: 4 as strong as it should.
        9: 5       Q.   And if someone's heart is hypo -- has a
        9: 6 portion of it that's hypokinetic, is that a good
        9: 7 thing?

Karavan 0909      9:9-9:14

                            Page 2

Final Karavan 2 Plaintiffs Direct

9: 9            THE WITNESS:  Well, it could be ischemic.
9:10 I mean, in -- in this situation, in my mind it means
9:11 that his circumflex or Ramus intermedius muscle
9:12 was -- had stenosis, that portion of the heart was
9:13 ischemic and therefore not pumping as good because
9:14 the heart needs blood flow to pump.

Karavan 0916      9:16-9:22

9:16      Q.   And the other portion where they say basal
9:17 inferior hypokinesis, what does that refer to?
9:18      A.   I feel in Mr. Barnett, this wall motion
9:19 abnormality would be consistent with his initial
9:20 event in 2002, which is essentially closure of his
9:21 PDA which supplies the posterobasilar, inferobasilar
9:22 part of the heart.

Karavan 1009      10:9-10:9

10: 9 What does this mean?

Karavan 1011      10:11-10:20

10:11            THE WITNESS:  Okay.  It -- it means that,
10:12 two things, that -- that these -- this statement
10:13 means two things.  One is the Ramus intermedius is
10:14 ischemic to the lateral side of the heart making it
10:15 hypokinesis.
10:16            He had a non Q wave, what I would term
10:17 a -- determined to be a non Q wave myocardial
10:18 infarction on the inferobasilar part of the heart
10:19 supplied by PDA.  And it was there in 2002 and
10:20 that's why you see it now.

Karavan 1022      10:22-10:24

10:22      Q.   And do -- do you have an opinion one way
10:23 or another as to whether it is probably gonna stay
10:24 there?

Karavan 1101      11:1-11:10

11: 1            THE WITNESS:  He will always have -- at --
11: 2 at this point in time I suspect he will always have
11: 3 a small area of hypokinesis of the basal
11: 4 posterobasilar part of the heart from his initial
11: 5 infarct from four years ago.
11: 6            Overall, in light of the fact that --
11: 7 overall, his ven -- that part of the heart has
11: 8 improved some.  His initial ventriculogram showed a
11: 9 more distinct wall motion abnormality, where you
11:10 don't see it as clearly now.

Karavan 1112      11:12-12:1

11:12      Q.   Okay.  And would the ventriculogram that
11:13 you did show the back part of the heart?
11:14      A.   No, sir.  It would not.  It would not show
11:15 the mid lateral hypokinetic area in -- in -- in this
11:16 posterobasilar inferobasilar area would not show up
11:17 well on a ventriculogram.
11:18      Q.   Would it show up on an echocardiogram?

```
                          Final Karavan 2 Plaintiffs Direct
11:19      A.   Correct, just as it did.
11:20      Q.   If, in fact, someone has hypokinesis, as
11:21 Mr. Barnett has, but also has a -- an ejection
11:22 fraction that's normal and has the level of coronary
11:23 artery disease that Mr. Barnett has, is there any
11:24 potential problem in the future with this
11:25 hypokinesis and the coronary artery disease as it
12: Page 12
12: 1 might affect his heart?
```

Karavan 1203      12:3-12:16

```
12: 3           THE WITNESS:  Again, the area on the
12: 4 backside, the -- the mid lateral basal lateral I
12: 5 suspect was from this high grade obstruction in the
12: 6 circumflex Ramus vessel which we opened up, and I
12: 7 would be hopeful that this part of the heart would
12: 8 return to pumping more normally.
12: 9           You know, in -- in general, when someone
12:10 as an overall normally functional heart, again, we
12:11 always say they have a relatively good prognosis.
12:12 It's -- obviously, you would not -- if it was your
12:13 heart, you would want every segment of your heart
12:14 beating strongly and normally.  And the question is,
12:15 will this area of hypokinesis have a negative effect
12:16 on him in the future.
```

Karavan 1218      12:18-12:18

```
12:18      Q.   Along with his coronary artery disease?
```

Karavan 1220      12:20-12:23

```
12:20           THE WITNESS:  Well, if you have one wall
12:21 motion abnormality and have another event and have
12:22 another wall motion abnormality, then they can
12:23 certainly add up to be more significant.
```

Karavan 1225      12:25-13:10

```
12:25      Q.   And do you know whether or not the
13: Page 13
13: 1 coronary artery disease can -- can lead to a
13: 2 subsequent wall motion abnormality?
13: 3      A.   If you have significant obstruction,
13: 4 significant lack of blood flow, then the -- those --
13: 5 whatever area of the heart is affected will not pump
13: 6 normally.
13: 7      Q.   Now, do you know whether or not in your
13: 8 angiogram that you just did on July 10th, 2006
13: 9 Mr. Barnett had premature heart beat or -- or series
13:10 of premature heart beats?
```

Karavan 1312      13:12-13:15

```
13:12           THE WITNESS:  He had ventricular premature
13:13 beats, which can occur when you're inside the heart
13:14 putting dye in there and it's tickling, stimulating
13:15 the heart muscle to beat, have extra beats.
```

Karavan 1317      13:17-14:10

```
13:17      Q.   So if -- if you have a premature beat, do
```

Page 4

Final Karavan 2 Plaintiffs Direct
13:18 you know whether or not you -- you have a -- a pause
13:19 after a premature beat?
13:20      A.   Basically what can happen when you have
13:21 PVCs is it allows more time between the subsequent
13:22 beat, and when that happens, more calcium influx
13:23 into the myocardial cells, myocytes, cardiomyocytes,
13:24 and they contract and put stronger or better.   So
13:25 wall motion does improve what we call post extra
14: Page 14
14: 1 systolic pause.
14: 2      Q.   And could -- do you know whether or not
14: 3 that could in some way mask a wall motion
14: 4 abnormality?
14: 5      A.   The wall motion abnormalities seen on
14: 6 echocardiogram were difficult to -- in the area,
14: 7 that would have been difficult to see in a right
14: 8 ventricular -- right REO ventriculogram.   And post
14: 9 PVC, these wall -- any potential wall motion
14:10 abnormality would be less apparent.

Karavan 1411      14:11-14:15

14:11      Q.   Going back to the -- the Exhibit 29, your
14:12 record.   Go to the third page, please, where you
14:13 have the continuation of your history of present
14:14 illness.
14:15      A.   Yeah.

Karavan 1418      14:18-14:19

14:18 Would you read into the record Mr -- what you say
14:19 here beginning, he had an echocardiogram?

Karavan 1421      14:21-15:2

14:21      THE WITNESS:   He had an echocardiogram
14:22 that showed an overall normal left ventricular
14:23 systolic function with mild inferobasal and -- I'm
14:24 sorry -- mild inferobasal -- I'm sorry.   I'll do it
14:25 all over.   Normal left ventricular systolic function
15: Page 15
15: 1 with mild inferobasal and posterobasal hypokinesis.
15: 2 More?

Karavan 1504      15:4-15:9

15: 4      Q.   Yeah.   Go ahead.
15: 5      A.   He has had a stress perfusion study.   He
15: 6 had nine and a half minutes, stopped for fatigue.
15: 7 He had no chest pain.   Peak heart rate is 106.   He
15: 8 had an ejection fraction of 60 percent by nuclear
15: 9 imaging with a small area of inferolateral ischemia.

Karavan 1515      15:15-16:7

15:15      Q.   Well, let me -- will you just tell me what
15:16 that means, with a small area of inferolateral
15:17 ischemia?
15:18      A.   It means the inferolateral portion of the
15:19 heart was not receiving the proper -- proper blood
15:20 flow at the time of stress testing, indicating there
15:21 may be blockage that's affecting blood flow.
15:22      Q.   What -- what artery feeds to the inferior

Page 5

Final Karavan 2 Plaintiffs Direct

15:23 wall of the heart?
15:24     A.   It would be the right coronary heart
15:25 generally feeds the inferior portion of the heart.
16: Page 16
16: 1     Q.   And can you tell us the status of his
16: 2 right coronary artery today?
16: 3     A.   His native right coronary artery is
16: 4 totally occluded approximately in the mid vessel.
16: 5     Q.   And can you tell me the -- the status of
16: 6 his native posterior descending artery today?
16: 7     A.   The -- his -- well, it's totally occluded.

Karavan 1614     16:14-16:25

16:14     Q.   Now, there is a diagonal that -- that goes
16:15 to the PDA I think you said?
16:16     A.   Okay.  There's a -- with regards to the
16:17 right coronary artery, he had a graft that went what
16:18 we call a natural Y graft sequentially to the two
16:19 branches of the distal front of the part of the
16:20 right coronary artery, okay.
16:21          One graft went to the posterolateral
16:22 branch, and that's open.  The other graft sequential
16:23 went to the PDA, and that's closed.  The PDA fills
16:24 via or through collateral blood vessels from the
16:25 left coronary artery.

Karavan 1703     17:3-17:3

17: 3 37?  I'd like to mark this drawing number 37.

Karavan 1711     17:11-18:6

17:11          In your report that Mr. Goldman went over
17:12 regarding your -- your angiogram, what -- what did
17:13 you say was the status of the RCA?
17:14     A.   The native right coronary artery is
17:15 totally occluded.
17:16     Q.   So that's 100 percent?
17:17     A.   100 percent.
17:18     Q.   And the -- the vein graft that goes down
17:19 to the -- the PDA, does -- does that feed -- does
17:20 that feed the entire area of the heart that is
17:21 normally fed by the RCA?
17:22     A.   The -- no.  There -- there was a -- well,
17:23 there was a -- remember, it's a sequential graft.
17:24 One limb is open that goes to the, what we call the
17:25 posterolateral branch.  The other limb that fills
18: Page 18
18: 1 the remainder of the right coronary artery, the PDA,
18: 2 is closed.
18: 3     Q.   Okay.  Could you maybe mark the parts of
18: 4 the PDA and the RCA on this Exhibit Number 37 maybe
18: 5 with -- with an ink pen, blocking out the portions
18: 6 that are closed?

Karavan 1813     18:13-18:22

18:13          Okay, the native right coronary artery is
18:14 closed in the mid to distal vessel 100 percent, and
18:15 then there were -- meaning -- and then subsequently
18:16 downstream from that is closed also.
18:17     Q.   Will you put down the area -- will you
                         Page 6

                    Final Karavan 2 Plaintiffs Direct
18:18 mark in red the areas that are downstream closed?
18:19      A.   Okay.   Okay.   The graft was a sequentialed
18:20 or jump graft, and the second portion of it to the
18:21 PDA is closed.   The first portion is fine going to
18:22 the posterolateral branch, which is the first place.

Karavan 1902      19:2-20:19

19: 2      Q.   But could you point or show the jury
19: 3 what -- what you drew on this document, Exhibit 37?
19: 4      A.   This is the right coronary artery, the
19: 5 native blood vessel Mr. Barnett was born with.
19: 6 It's -- it's -- it starts up here, blood flow comes,
19: 7 and then it's closed off.   The bypass grafts are
19: 8 designed to go downstream and supply blood around
19: 9 the blockage.
19:10           This graft had two limbs or two branches.
19:11 The first branch going to what we call the
19:12 posterolateral branch is open and fine.   The second
19:13 branch going to the PDA or posterior descending
19:14 artery is totally closed.
19:15      Q.   Okay.   And what -- what is -- show --
19:16 point on the RCA the portions that are closed as
19:17 well, point there.
19:18      A.   Well, it comes to -- down a portion of it,
19:19 and then about what we call the mid vessel it's
19:20 totally closed.   As you come down, there would be
19:21 some other branches that have closed.   And you come
19:22 to what we call the bifurcation, and it bifurcates
19:23 into the PDA and then posterolateral branch.
19:24           So all of this is closed to here, and the
19:25 PDA graft is closed.   And the collateral, what we
20: Page 20
20: 1 call collateral blood vessels from the left coronary
20: 2 artery supply blood flow to this PDA.
20: 3      Q.   And is the PDA closed still?
20: 4      A.   Well, the -- it -- the PDA is closed
20: 5 prox -- what we call proximally.   The distal or
20: 6 further down parts of the PDA receives blood flow
20: 7 through the back door, collateral.
20: 8      Q.   So they're -- they're receiving some from
20: 9 the bottom but not from the top?
20:10      A.   That's correct.   From the back door, so to
20:11 speak.
20:12      Q.   Okay.   Doctor, I don't know if we can do
20:13 this.   But if we bring these two computers over,
20:14 she's got your two caths and she's got the RCA
20:15 marked and that's your before.   That's the September
20:16 6, '02, and this one is the -- the July 10th, '06.
20:17 So I'd look to put them side by side, and maybe you
20:18 can point it out to the jury.   But we'll get it on
20:19 camera here.

Karavan 2024      20:24-21:9

20:24 you like.   Now -- well, basically this is all you're
20:25 gonna -- this is the 2006 angiogram.   And this is
21: Page 21
21: 1 the catheter injecting dye into the, what we call
21: 2 the right coronary artery.   And this is all you need
21: 3 to see for this picture, and that the -- the blood
21: 4 vessel fills with dye and is totally closed.   It
21: 5 stops right here and should be coming and branching
                         Page 7

                        Final Karavan 2 Plaintiffs Direct
21: 6 out in this manner.  So it's totally closed in the
21: 7 mid vessel of the right coronary artery.  That's the
21: 8 most recent catheterization of 2006.
21: 9          This is the 9/02 catheterization and -- is

Karavan 2114      21:14-21:18

     21:14 But this is the right coronary artery.  You can see
     21:15 that it's -- it's patent through here.  This is
     21:16 where it's closed now, here versus here.  That was
     21:17 open back in 2002 and most of the disease was
     21:18 downstream.  If we can play it and point it out.

Karavan 2201      22:1-22:11

     22: 1          This is the native right coronary artery,
     22: 2 as we -- we just pointed out.  Today it's closed
     22: 3 right here.  Previously it was open here, came down
     22: 4 into what we call the bifurcation, which is
     22: 5 *occurring right in here.*  This is what we call the
     22: 6 posterolateral branch, which was open with blockage
     22: 7 in it.  And then the PDA, as we said was totally
     22: 8 closed, was *mainly filling through collateral blood*
     22: 9 vessels.  So you do not see the PDA coming down here
     22:10 like you normally would.  It's getting collateral
     22:11 *filling through the left system.*

Karavan 2213      22:13-22:15

     22:13     Q.   Okay.  So today we have -- this is the
     22:14 July 10th, 2006 cath, right?
     22:15     A.   Correct.

Karavan 2304      23:4-23:15

     23: 4     Q.   Why don't you describe the difference just
     23: 5 for the record so I'm not leading you in any way.
     23: 6     A.   The initial angiogram *from 2002* had a
     23: 7 patent right coronary artery with high grade
     23: 8 obstruction, what we call down at the bifurcation
     23: 9 into the posterolateral branch and *the PDA.  Now*
     23:10 there's less blood flow down in the native right
     23:11 coronary artery with it totally closed midway
     23:12 through the vessel, no longer supplying *what we call*
     23:13 antegrade filling to the posterolateral branch or
     23:14 the PDA.
     23:15     Q.   Okay.  Thank you very much, Doctor.  Now,

Karavan 2317      23:17-23:21

     23:17          In response to a question by Mr. Goldman
     23:18 regarding progression of atherosclerosis, you said
     23:19 something about the potential possible long-term
     23:20 effects of a drug taken by Mr. Barnett in the past.
     23:21 Do you remember that?

Karavan 2323      23:23-23:23

     23:23          THE WITNESS:  I do.

Karavan 2613      26:13-26:14

     26:13     Q.   Now, Exhibit 39.  I'll show you Exhibit
                              Page 8

```
                    Final Karavan 2 Plaintiffs Direct
26:14 39, Doctor.  Is there two copies there?  Can you
```

Karavan 2707      27:7-27:7

```
27: 7      Q.   Okay, Doctor, I'd like you to -- to -- do
```

Karavan 2708      27:8-27:17

```
27: 8 you see that this Exhibit 39 is by Garrett
27: 9 FitzGerald?
27:10      A.   Yes.
27:11      Q.   Summary is coxibs and cardiovascular
27:12 disease?
27:13      A.   Yes, sir.
27:14      Q.   Okay.  And this -- what's the date of that
27:15 document?
27:16      A.   This one looks like it's from the New
27:17 England Journal of Medicine, October 21st, 2004.
```

Karavan 2802      28:2-28:22

```
28: 2      Q.   Do you see where it says in the last
28: 3 paragraph on the first page:  Thus a single
28: 4 mechanism?
28: 5      A.   Yes, I do.
28: 6      Q.   Can you read that into the record, please?
28: 7      A.   Thus a single mechanism, depression of
28: 8 prostaglandin I2 formation might be expected to
28: 9 elevate blood pressure, accelerate atherogenesis in
28:10 predisposed patients receiving coxibs to an
28:11 exaggerated thrombotic response to the rupture of an
28:12 atherogen -- atherosclerotic plaque.
28:13      Q.   Could you read the next sentence, please,
28:14 sir?
28:15      A.   The higher a patient's intrinsic risk of
28:16 cardiovascular disease, the more likely it would be
28:17 that such a hazard would manifest itself rapidly in
28:18 the form of a clinical event.
28:19      Q.   Okay.  As a cardiologist treating
28:20 Mr. Barnett, what -- what does it mean to you when
28:21 it says might be expected to -- to elevate blood
28:22 pressure, accelerate atherogenesis?
```

Karavan 2824      28:24-29:1

```
28:24           THE WITNESS:  If a person has -- is taking
28:25 a drug that can do these things, then there would be
29: Page 29
29: 1 a lot of concern.
```

Karavan 2903      29:3-29:7

```
29: 3      Q.   And when it says the higher the -- a
29: 4 patient's intrinsic risk of cardiovascular disease,
29: 5 the more likely it would be that such a hazard would
29: 6 manifest itself rapidly in the form of a -- of a
29: 7 clinical event, what does that mean to you?
```

Karavan 2909      29:9-29:11

```
29: 9           THE WITNESS:  It would -- it means -- if
29:10 that's true, it means that a patient such as
29:11 Mr. Barnett would be in -- included in that risk.
```

Final Karavan 2 Plaintiffs Direct

Karavan 3124        31:24-31:25

    31:24            MR. ROBINSON:  Let me show you the next
    31:25 exhibit.  I only have one copy.  Andy knows this

Karavan 3225        32:25-33:8

    32:25     Q.   Going to page 2, which is page 65 of this
    33: Page 33
    33: 1 Exhibit Number 40, you see the -- that it was
    33: 2 updated on May 26th, 2006?
    33: 3     A.   Right.
    33: 4     Q.   And if we go to table C14 and look at the
    33: 5 people that were followed up in the approved study
    33: 6 for the first six months after this continuation of
    33: 7 the drug, can you read in the rofecoxib versus
    33: 8 placebo numbers and the relative risks, please?

Karavan 3310        33:10-33:11

    33:10            THE WITNESS:  Okay.  So the -- as I see
    33:11 this, and you want it for the first six months?

Karavan 3314        33:14-33:17

    33:14     A.   Events -- events per patient years.  These
    33:15 events are -- I'm assuming are all events, which
    33:16 would include cardiac events.  Is this correct?
    33:17 Let's see.

Karavan 3407        34:7-34:11

    34: 7            THE WITNESS:  What is the event rate at
    34: 8 six months between rofecoxib versus placebo.  And
    34: 9 the event rate was 11 out of 537 for the rofecoxib
    34:10 versus 3 out of over 450 -- 548, I'm sorry, with
    34:11 relative risk of 3.74.

Karavan 3413        34:13-34:14

    34:13     Q.   And is that statistically significant in
    34:14 the right column there?

Karavan 3416        34:16-34:17

    34:16            THE WITNESS:  That would be statistically
    34:17 significant for these events.

Karavan 3504        35:4-35:18

    35: 4     Q.   And -- but have -- had you ever seen that
    35: 5 at the time of your last deposition?
    35: 6     A.   No, because that was -- this is subsequent
    35: 7 to that.  This is 5/26/06.
    35: 8     Q.   And the -- now, given that there is
    35: 9 this -- this true follow-up data that I've shown you
    35:10 and given that the -- the other document that I
    35:11 showed you that actually talks about the potential
    35:12 for Vioxx causing atherosclerosis, okay, if -- if,
    35:13 in fact, there is a potential for Vioxx to -- to
    35:14 cause atherosclerosis or to build up
    35:15 atherosclerosis, do you have an opinion as to how
                            Page 10

Final Karavan 2 Plaintiffs Direct

35:16 this may play a part in Mr. Barnett's course over
35:17 the last several years since he -- he was -- has
35:18 been taking Vioxx?

Karavan 3525      35:25-36:6

35:25          THE WITNESS:  If -- if a -- a patient such
36: Page 36
36: 1 as Mr. Barnett were taking a drug that promoted
36: 2 ath -- thrombotic events, atherosclerosis, given his
36: 3 underlying substrate, so to speak, risk factors,
36: 4 then he would be at potential risk for -- for
36: 5 cardiac events and progressive atherosclerosis, if
36: 6 that -- if that's the case.

Karavan 3608      36:8-36:13

36: 8          Q.   If, in fact, Vioxx can, number one, cause
36: 9 heart attacks and can accelerate atherosclerosis,
36:10 do -- do you have an opinion as to whether Vioxx and
36:11 Mr. Barnett's preexisting coronary artery disease
36:12 were potentially joint contributing causes to his
36:13 heart attack?

Karavan 3619      36:19-36:24

36:19          THE WITNESS:  Again, if a drug, a drug
36:20 causes potential for atherosclerosis, thrombotic
36:21 events, Mr. Barnett would be definitely at risk for
36:22 those complications given his genes, hyperlipidemia
36:23 and substrate for development of coronary artery
36:24 disease.

Karavan 3701      37:1-37:4

37: 1          Q.   And if, in fact, Vioxx does cause heart
37: 2 attacks and accelerated atherosclerosis, how would
37: 3 the Vioxx work on -- on Mr. Barnett's substrate, as
37: 4 you put it?

Karavan 3709      37:9-37:12

37: 9          A.   It would potentially do all the things
37:10 we're talking about and make his disease process
37:11 progressive and potentially to heart attack and more
37:12 blockage.

Karavan 3717      37:17-37:17

37:17 there such a thing as a silent heart attack?

Karavan 3719      37:19-37:22

37:19          THE WITNESS:  There is such a thing as a
37:20 silent heart attack.  It is felt that maybe 20
37:21 percent of cardiac heart attacks can be undiagnosed,
37:22 unrecognized, silent, whatever you want to call it.

Karavan 3724      37:24-38:3

37:24          Q.   Okay.  And if -- if someone does have a
37:25 thrombosis maybe two years ago, do you know whether
38: Page 38

Page 11

Final Karavan 2 Plaintiffs Direct

38: 1 or not that the thrombosis could -- could be flushed
38: 2 away or -- or in some way resolved over some time
38: 3 period?

Karavan 3805        38:5-38:7

38: 5              THE WITNESS:  You can have what we call
38: 6 autolysis and resolution of thrombus in vessels from
38: 7 any point in time.

Karavan D3814       38:14 - 38:17

38:14              DO -- do you know whether or not, as you
38:15 sit here now, he had some sort of an infarct over
38:16 the last, say, four years since his last heart
38:17 attack?

Karavan D3819       38:19 - 38:21

38:19              THE WITNESS:  Clinically, I don't feel
38:20 that he's had another infarct from when he first
38:21 presented in 2002.

Karavan D3823       38:23 - 39:12

38:23      Q.    Okay.  What do you mean by clinically?
38:24      A.    Well, putting him together, if anything,
38:25 his ejection fraction in my mind and wall motion is
39: Page 39
39: 1 better than it was in September of 2002.  I haven't
39: 2 seen -- on his angiogram, I didn't see a vessel that
39: 3 closed to suspect that there's been a, quote,
39: 4 another heart attack.  His -- his right coronary
39: 5 artery now is solidly closed.
39: 6              Could he have had some type of event when
39: 7 it closed and the graft took over?  Potentially.
39: 8 It's hard to measure.  All of his ejection fractions
39: 9 come out 60 percent.  He has subtle wall motion
39:10 abnormalities of the inferior portion of the heart.
39:11 So I -- I just don't think he's had another heart
39:12 attack since September 2002, certainly not sizable.

Karavan D3913       39:13-39:13

39:13      Q.    Could he have had a silent one?

Karavan D3916       39:16 - 39:18

39:16              THE WITNESS:  Whether it was silent or not
39:17 silent, I don't see the evidence for -- basically
39:18 for that.

Karavan 3920        39:20-40:1

39:20      Q.    Let me ask you this:  Was the -- was the
39:21 Ramus saphenous vein graft the graft that was
39:22 occluded?
39:23      A.    Correct.
39:24      Q.    And remember in the echocardiogram
39:25 there -- there was some wall motion abnormalities;
40: Page 40
40: 1 is that right?

Page 12

Final Karavan 2 Plaintiffs Direct

Karavan 4003      40:3-40:4

40: 3          THE WITNESS:  What we call mid basal and
40: 4 lateral segment, uh-huh.

Karavan 4006      40:6-40:7

40: 6     Q.   Would -- would that be consistent with
40: 7 a -- a possible occlusion to the -- to the Ramus?

Karavan 4009      40:9-40:17

40: 9          THE WITNESS:  I felt that most likely that
40:10 area was ischemic, giving him that wall motion
40:11 abnormality.  The vessel was patent.  It wasn't 100
40:12 percent closed, and it was said to be ischemic, not
40:13 scarred on his perfusion study.  So I think the wall
40:14 motion could be attributed to that vessel.
40:15          Did he have a heart attack there?  The --
40:16 if he did, it wasn't a big one.  I can tell you
40:17 that.

Karavan 4025      40:25-40:25

40:25     Q.   Is it possible that he had a small one?

Karavan 4102      41:2-41:5

41: 2          THE WITNESS:  Given the fact that he has a
41: 3 small wall motion abnormality, it's consistent -- it
41: 4 is possible that he might have had a small heart
41: 5 attack in that area.

Karavan D4107      41:7 - 41:16

41: 7     Q.   Okay.  Now, let me ask you this:  Just in
41: 8 terms of -- I'm trying to go over -- before your
41: 9 last deposition did you meet with me?
41:10     A.   No, sir.
41:11     Q.   Okay.  So the first time we met before a
41:12 deposition was yesterday; is that right?
41:13     A.   Correct.
41:14     Q.   And what did we discuss yesterday?
41:15     A.   Basically the same sort of topics we're
41:16 discussing here at this dep -- deposition.

Karavan D4118      41:18- 41:23

41:18          Did we go over the cath?
41:19     A.   We went over his recent studies, correct.
41:20 uh-huh.
41:21     Q.   Okay.  And did you -- is there anything
41:22 you said yesterday to me that you haven't said today
41:23 in your deposition?

Karavan D4125      41:25 - 42:1

41:25          THE WITNESS:  I'm -- I'm -- I'm sure there
42: Page 42
42: 1 is.  I'm just not -- I'm not sure what it is.

Page 13

Final Karavan 2 Plaintiffs Direct

Total Length - 00:33:27

Issues Report [barnett]

- **Karavan Disc Depo Vol 2**

[354:5] - [354:19]          7/17/2006    Karavan - Disc Depo vol 2

- Karavan Disc Depo Vol 2

page 354
5          Q.    The -- let me show you December 20th,
6     2005.  This is a note from Exhibit 36, and this says
7     that:  On December 20th, 2005 Mr. Barnett has not
8     been as aggressive with his exercise as he used to.
9              Do you see that?
10          A.   Yes, I do.
11          Q.   And there are other medical records which
12    indicate that he wasn't working as hard on his risk
13    factors as he used to.  Do you remember that?
14          A.   No.  I -- he's always -- if he wasn't
15    exercising, it was usually an explanation for it.
16    He always was a very conscientious patient.  He
17    did -- he did more than 99 percent of the patients I
18    know as far as trying to modify any risk factor he
19    had.  He's been a good patient as far as that goes.

                    Final Karavan 2 Plaintiffs Redirect
Karavan 2 Redirect (Multi-clip)
Karavan 10025      100:25-101:3

   100:25      Q.    Given the amount of plaques that he's got,
   101: Page 101
   101: 1 CAD, would you be able to compare his prognosis
   101: 2 versus a person who does not have this level of
   101: 3 plaque?

Karavan 10105      101:5-101:16

   101: 5          THE WITNESS:  I think he -- the --
   101: 6 clinically, the thing that would be most worrisome
   101: 7 is that he has somewhat diffuse -- of a diffuse
   101: 8 process and progression of that process is -- would
   101: 9 be -- more progression of it is the main concern to
   101:10 me.
   101:11          He, again, given the fact that his heart
   101:12 pumps normally and the overall blood flow is
   101:13 probably normal now, it was only mildly diminished,
   101:14 that still would overall give him a good prognosis,
   101:15 but I am concerned about his total plaque burden and
   101:16 that progression.

Karavan 10121      101:21-101:23

   101:21      Q.   Do you have an opinion as to whether or
   101:22 not that total plaque burden could shorten his life
   101:23 expectancy?

Karavan 10125      101:25-102:9

   101:25          THE WITNESS:  Well, one of the hardest
   102: Page 102
   102: 1 things in my mind is to tell someone how long
   102: 2 they're gonna live or have to live and the -- but
   102: 3 the amount of plaque burden would be one of the
   102: 4 things I'd be concerned about.
   102: 5          He certainly, from a cardiac standpoint,
   102: 6 would not have the same prognosis of someone that
   102: 7 had more simple, you know, less diffuse disease.  I
   102: 8 think he has a different prognosis than someone like
   102: 9 that.  I would not put a number on it.

Karavan 10211      102:11-102:12

   102:11      Q.   Would it be a shorter life, without
   102:12 putting a number on it?

Karavan 10215      102:15-102:18

   102:15          THE WITNESS:  The -- I think that, again,
   102:16 people that have more discreet lesions, less diffuse
   102:17 disease have a better prognosis than someone that
   102:18 has the amount of diffuse plaquing that he has.

Karavan 10220      102:20-102:24

   102:20      Q.   Okay.  Counsel asked you some questions
   102:21 regarding stress.  I mean, when we were talking
   102:22 about chest pain before you did -- did the stent, do
   102:23 you have an opinion as to the most likely source of
                              Page 1

Final Karavan 2 Plaintiffs Redirect
102:24 his chest pain before you did his -- the stent?

Karavan 10301        103:1-103:5

103: 1            THE WITNESS:  I think, looking back, and I
103: 2 think he was having some degree of angina
103: 3 discomfort, okay.
103: 4 BY MR. ROBINSON:
103: 5     Q.   What -- what was that due to?

Karavan 10307        103:7-103:20

103: 7            THE WITNESS:  I think the culprit lesion
103: 8 is gonna be this circumflex Ramus intermedius that
103: 9 was stented.  He has some small branch disease that
103:10 we talked about that potentially could give someone
103:11 angina.  In my opinion, it's -- those vessels
103:12 clinically are insignificant and clinically silent.
103:13            I'm not gonna sit here and say it's
103:14 impossible that he get -- not have some angina from
103:15 these small vessels, but unlikely.  The -- with
103:16 exertion this -- there's potential that he could
103:17 outstrip the collateral filling of his PDA and have
103:18 potential -- some angina in the -- from the region
103:19 of the PDA.  So those would be the potential
103:20 sources.

Karavan 10323        103:23-104:3

103:23            The -- the chest pain that he had this
103:24 spring and that he had in June before you did the
103:25 cath, looking back, based on your results of the
104: Page 104
104: 1 cath, can you give an opinion now looking back as to
104: 2 what the most likely cause of that pain that he was
104: 3 experiencing in his chest was?

Karavan 10405        104:5-104:7

104: 5            THE WITNESS:  I think some of the
104: 6 discomfort he was having probably since the spring
104: 7 and May and June was a form of angina.

Karavan 10409        104:9-104:13

104: 9     Q.   And that's from what area of his heart?
104:10     A.   Again, I would say the most likely area
104:11 would be this Ramus intermedius.
104:12     Q.   That's the area you stented?
104:13     A.   Correct.

Karavan 10504        105:4-105:15

105: 4     Q.   But the R -- would -- would you agree that
105: 5 the RCA is the main part of that branch?
105: 6     A.   Right, the main branch -- the main trunk
105: 7 is the right coronary artery and the branches are
105: 8 posterolateral branch and the PDA.
105: 9     Q.   And was the RCA back in September of '02
105:10 substantially blocked or occluded?
105:11     A.   Only distally at the bifurcation area into
105:12 the two branches.
105:13     Q.   Okay.  So today is the RCA occluded?

Final Karavan 2 Plaintiffs Redirect
105:14      A.   The mid -- essentially the middle portion
105:15 is closed at the midportion down.

Karavan D10516      105:16 - 105:23

105:16      Q.   And is there a portion of the RCA that is
105:17 closed off to -- to potentially feeding the heart?
105:18      A.   There -- well, it -- when that closes, the
105:19 PDA -- well, there's no longer good flow.  The
105:20 segment between the mid right and the posterolateral
105:21 branch no longer gets flow.  The graft to the
105:22 posterolateral branch is open and fills that, and
105:23 the PDA basically gets flow through the collaterals.

Karavan 10615      106:15-106:21

106:15      Q.   Okay.  Now, counsel asked you a question
106:16 about whether or not you think he had a heart --
106:17 second heart attack, but earlier when I asked you a
106:18 question you -- you conceded that it was possible
106:19 that the Ramus occlusion before your stent may have
106:20 been a site of a potential silent heart attack.  Is
106:21 that what you said?

Karavan 10706      107:6-107:19

107: 6      A.   Okay.  His -- his echogram shows a little
107: 7 mid lateral basal hypokinesis, and I feel clinically
107: 8 that represents an ischemic area from the Ramus
107: 9 intermedius, okay, because if a portion of the heart
107:10 is not getting the proper blood flow, it -- there's
107:11 a -- there's a potential for it not to perform
107:12 properly.  That doesn't necessarily mean it's
107:13 damaged, scarred or heart attack, okay.
107:14           I feel, like I said, that that was an
107:15 ischemic area giving you an area of hypokinesis.
107:16 Could it be -- can I sit here and say 100 percent
107:17 that he's never had any damage to this small area?
107:18 No, I can't.  Clinically I felt it was an area of
107:19 ischemia from that -- that stenosis.

Karavan D10720      107:20-107:22

107:20      Q.   Okay.  But is it -- is it possible that it
107:21 was also a -- a small area of -- of damage to that
107:22 portion of his heart?

Karavan D10725      107:25-108:9

107:25           THE WITNESS:  No.  When you talk about
108: Page 108
108: 1 damage, you're talking about -- damage means scar
108: 2 tissue.  Okay.  There's never -- I've not yet seen
108: 3 any one study show scar.
108: 4           When you do a nuclear scan you look for
108: 5 ischemia, you look scar, you look for normal
108: 6 perfusion.  All of his scans have shown either
108: 7 normal perfusion, apical thinning, which is a
108: 8 imaging artifact, or ischemia.  And ischemia is not
108: 9 scar tissue.

Karavan 10817      108:17-109:9

Final Karavan 2 Plaintiffs Redirect
108:17          Well, explain how doctors actually
108:18 determine that there might be an area of scar in the
108:19 heart?
108:20     A.   Okay.  You -- you have a couple things.
108:21 One is you measure blood flow to the area.  Scar
108:22 tissue generally is dead tissue, generally, okay.
108:23 It's not alive.  It doesn't take up these Cardiolite
108:24 imagings and thallium or whatever, and so he -- none
108:25 of his -- and this is what we call viable, alive,
109: Page 109
109: 1 okay.  So the scans have shown viability to all of
109: 2 his heart, okay.
109: 3          Then you -- then you -- then you look at
109: 4 wall motion, okay, and he has had some areas of
109: 5 hypokinesis.  And could there have been some small
109: 6 event, potentially some small heart attack that
109: 7 causes him to be hypokinetic without -- without
109: 8 causing a scar formation, that sort of thing?  It's
109: 9 possible on a small, very small level.

Karavan 10915a      109:15-110:7

109:15     Q.   Right.  Sure.  Can you tell me this, is it
109:16 true that the vast majority of heart attacks are due
109:17 to plaque rupture?  Is that true?
109:18     A.   I would agree with that.
109:19     Q.   Okay.  And why don't you explain to the
109:20 jury how that happens with plaque rupture and heart
109:21 attack?
109:22     A.   Well, it has to do with this -- along with
109:23 these documents, you have a fibrous cap that thins
109:24 and -- and it -- and it cracks and -- for whatever
109:25 reason, and when that fibrous plaque cracks, exposes
110: Page 110
110: 1 the atheroma, the lipid laden atheroma to the
110: 2 bloodstream, and when this fissure or crack occurs,
110: 3 then all these products are exposed to the
110: 4 bloodstream, and when that happens the clotting
110: 5 cascade and platelet aggregation and all this is
110: 6 precipitated and you get acute thrombotic heart
110: 7 attack.

Karavan 11511      115:11-115:17

115:11     Q.   By the way, I don't know if you know this,
115:12 but do you know anything about Dr. Zipes' reputation
115:13 as a cardiologist?
115:14     A.   I -- I know -- of course, being a
115:15 cardiologist, I've heard of him and I know of his
115:16 reputation, and he's a well respected cardiologist.
115:17     Q.   In your community, right?

Karavan 11521      115:21-115:23

115:21     Q.   Okay.  And by your community, I'm talking
115:22 about the cardiology community, right?
115:23     A.   Cardiology.  Right.  Yes, sir.

Karavan D11616      116:16 - 116:20

116:16          Are you a nuclear cardiologist?
116:17     A.   I was trained in -- in nuclear cardiology.
116:18     Q.   But -- but, I mean, the Cardiolite exam,
                    Page 4

Final Karavan 2 Plaintiffs Redirect
116:19 do -- do you defer to others to -- regarding the
116:20 reading of those exams?

Karavan D11622      116:22      - 116:23

116:22           THE WITNESS:  I read -- I read Cardiolite
116:23 exams presently.

Karavan 11716      117:16-119:3

117:16 If you look at the -- this is a report -- exhibit
117:17 that we previously marked in the prior deposition.
117:18 will you read into the record -- I think this is the
117:19 operative report from Dr. Bryan regarding the vein
117:20 graft.  Would you read into the record the -- the
117:21 yellow portion of it, and please show counsel what
117:22 you're reading?  It's from the --
117:23      A.    It's the report from Dr. Bryan 9/02, I
117:24 guess.
117:25      Q.    Yes.  9/10.
118: Page 118
118: 1      A.    Okay.  Would you like me to read this
118: 2 paragraph?
118: 3      Q.    Could you read into the record?
118: 4      A.    The heart was elevated and a saphenous
118: 5 vein graft anastomosis was performed to the --
118: 6 saphenous vein graft anastomosis was performed to
118: 7 the 1.8 millimeter second diagonal branch of the
118: 8 LAD.  The first diagonal was examined and found to
118: 9 be too small for grafting.  The second vein graft
118:10 anastomosis constructed was to a 1.8 millimeter
118:11 Ramus intermedius.  Both vein graft anastomosis were
118:12 probed and patent at their completion.  Cardioplegia
118:13 was injected down these two vein grafts to insure
118:14 good runoff as well as to insure against leaks.  The
118:15 peak -- the posterior descending and left
118:16 ventricular branches of the right coronary artery
118:17 were then grafted employing a natural wide portion
118:18 of the saphenous vein graft.  The proximal portion
118:19 was placed to the PDA.  The distal to the left
118:20 ventricular branch.  Both anastomosis were probed
118:21 and patent at their completion.  Additional
118:22 cardioplegia was infused down each limb of the graft
118:23 to ensure good runoff as well as to ensure against
118:24 leaks.
118:25      Q.    Okay.  Now, in terms of -- of the cause of
119: Page 119
119: 1 the occlusion or failure of the -- the graft, from
119: 2 that report, can we rule out the technical aspect
119: 3 that you talked about and the outflow aspects?

Karavan 11907      119:7-119:15

119: 7           THE WITNESS:  You know, we see acute graft
119: 8 closure sometimes, and all the reports are always --
119: 9 say they do these things.  In acute graft -- I mean,
119:10 if you have acute graft closure, which would --
119:11 could be a runoff problem or a stitch problem or a
119:12 thrombosis problem.
119:13           So he felt that there was a pretty good
119:14 flow, and also the surgeon at least thought he had
119:15 done a good job.

Final Karavan 2 Plaintiffs Redirect
Karavan D11917      119:17      - 119:21

119:17      Q.   Okay.  So that would at least, if you take
119:18 him at his word and -- and -- and that he thinks he
119:19 did a pretty good job, would the most likely cause
119:20 of these occlusions not be -- be the tech or the
119:21 outflow part of it?

Karavan D11923      119:23 - 119:24

119:23           THE WITNESS:  That's a -- that's a
119:24 difficult question to -- I think to answer.

Karavan D12004      120:4 - 120:6

120: 4           THE WITNESS:  So I don't -- you know, I
120: 5 think it's hard to speculate why they -- why it
120: 6 closed.

Karavan 12024      120:24-120:25

120:24 start over here.  Did -- did -- from what you've
120:25 read, did Vioxx have a pro-thrombotic nature to it?

Karavan 12106      121:6-121:8

121: 6      A.   From what I read, there's the general
121: 7 concern that there may be a pro-thrombotic effect in
121: 8 Vioxx.

Karavan 12116      121:16-121:18

121:16           Can you tell me if it is possible that --
121:17 that Vioxx could be a possible cause of the closing
121:18 of the -- of the vein graft?

Karavan 12207      122:7-122:14

122: 7      A.   Okay.  You know, the -- as I understand
122: 8 it, the general concern is increased cardiovascular
122: 9 events with Vioxx, okay.  The etiology of it, as I
122:10 understand, is not totally known, and therefore
122:11 anyone on Vioxx has the potential for increased
122:12 cardiovascular event, including MI.
122:13      Q.   MI is a heart attack, for the jury?
122:14      A.   Myocardial infarction.

Karavan 12219      122:19-122:20

122:19      Q.   Would that -- would that include Mr.
122:20 Barnett?

Karavan 12306      123:6-123:8

123: 6      A.   Mr. Barnett was on Vioxx, and that would
123: 7 be the concern if that drug is associated with any
123: 8 problem like that.

Karavan 12317      123:17-123:18

123:17      Q.   Strike that.  Did lawsuit stress cause the
123:18 occlusion --

Page 6

Final Karavan 2 Plaintiffs Redirect

Karavan 12321        123:21-123:24

123:21      Q.   -- of his -- of his vessels?
123:22      A.   I think that's -- in all honesty, I think
123:23 it's unlikely that the stress of his lawsuit would
123:24 cause him to have an occlusion.

Karavan 12405        124:5-124:8

124: 5      Q.   You know, let me ask you this.  She wants
124: 6 me to show you this totally -- totally occluded vein
124: 7 graft and ask you if he's getting any flow from it.
124: 8 Go ahead.

Karavan 12414        124:14-124:22

124:14           THE WITNESS:  This is the closed vein
124:15 graft of the Ramus intermedius.  No flow whatsoever.
124:16 It's just a little bit of a nub.  You can barely see
124:17 it.  That little circular thing where the dye is
124:18 hanging up just a little bit, that's what a -- a
124:19 closed vein graft looks.  That's where the surgeon
124:20 sewed it to the wall of the aorta.  It's supposed to
124:21 come down and feed blood to the heart.  It's not
124:22 doing it.  It's 100 percent closed.

Karavan 12424        124:24-125:2

124:24      Q.   Is he getting any blood --
124:25      A.   100 percent closed.  No blood.
125: Page 125
125: 1      Q.   Is he getting any blood to that part of
125: 2 the heart?

Karavan 12504        125:4-125:8

125: 4           THE WITNESS:  Through the native blood
125: 5 vessels that has a 80 percent or so blockage in it,
125: 6 so he's getting blood flow through a stenotic or
125: 7 narrow vessel.  And in my opinion, that's why he was
125: 8 having angina.

Karavan 12515        125:15-125:17

125:15      Q.   This will help the jury see that this
125:16 is -- was the cause of the pain he was having in his
125:17 chest?

Karavan 12519        125:19-125:22

125:19           THE WITNESS:  I think that is the source
125:20 of his angina, the fact that this graft is closed
125:21 and there -- there was a -- still a tight blockage
125:22 in the Ramus intermedius vessel.

Karavan 13509        135:9-135:20

135: 9      Q.   The last thing -- I'm gonna get the last
135:10 word here.  First of all, you said something about a
135:11 surgeon hold it in their hands.  So sometimes they
135:12 do pick up the heart and hold it in their hands?
135:13      A.   They evaluate it when they're in the
135:14 operating room.

Page 7

Final Karavan 2 Plaintiffs Redirect
```
135:15     Q.   And so they actually have their hands on
135:16 the heart?
135:17     A.   Yes, sir.
135:18     Q.   Okay.  And you'd expect that that -- that
135:19 that would be typical of, say, Dr. Bryan or any
135:20 surgeon, right?
```

Karavan 13522     135:22-135:24

```
135:22          THE WITNESS:  They would hold it --
135:23 they -- that's correct.  They touch the heart when
135:24 they're operating.
```

Karavan 13616     136:16-136:20

```
136:16     Q.   In terms of the -- the -- of the coronary
136:17 artery disease in Mr. Barnett, can you, say, for
136:18 example, just take each area?  We'll take the left
136:19 main.  Is there -- is there more coronary artery
136:20 disease in July of 2006 versus September of 2002?
```

Karavan 13623     136:23-136:25

```
136:23          THE WITNESS:  Okay.  In general, as far as
136:24 the amount of atherosclerosis, plaque burden, that
136:25 sort of thing?
```

Karavan 13702     137:2-137:4

```
137: 2     Q.   Yes.
137: 3     A.   I think, in general, he probably has a
137: 4 greater burden now than he did four years ago.
```

Karavan 13717     137:17-137:18

```
137:17     Q.   That would be -- would that be true -- I'm
137:18 just gonna take you through quickly -- the LAD?
```

Karavan 13721     137:21-137:22

```
137:21          THE WITNESS:  I would agree, it's probably
137:22 worse.
```

Karavan 13724     137:24-137:25

```
137:24     Q.   Would it be true for the -- with the
137:25 diagonals off the LAD?
```

Karavan 13803     138:3-138:3

```
138: 3          THE WITNESS:  Correct.
```

Karavan 13805     138:5-138:6

```
138: 5     Q.   Would it be true for the Ramus
138: 6 intermedius?
```

Karavan 13809     138:9-138:12

```
138: 9          THE WITNESS:  We went through this before.
138:10 I'm gonna go through my evaluation before and --
138:11 yeah, I think for the Ramus, too, more -- a little
138:12 bit longer disease.
```
                              Page 8

Final Karavan 2 Plaintiffs Redirect

Karavan 13814      138:14-138:15

  138:14      Q.   Would it be true for the right coronary
  138:15 artery?

Karavan 13817      138:17-138:17

  138:17           THE WITNESS:  Yes.

Karavan 13819      138:19-138:20

  138:19      Q.   Would it be true for the posterolateral
  138:20 branch?

Karavan 13823      138:23-138:23

  138:23           THE WITNESS:  That would be correct.


Total Length - 00:16:59