UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -8  AM 10: 44

LORETTA G. WHYTE
CLERK

In Re:  VIOXX®                                      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION              Section L

This Document Relates To:  Andrew                Judge Fallon
Golden v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-06568)               Mag. Judge Knowles

_____/

## ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of

Record, and for good cause shown, the Court finds the Plaintiff, ANDREW GOLDEN'S Motion

to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew

Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY

LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal

Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP,

withdraw as counsel for Plaintiff, Andrew Golden.

IT IS SO ORDERED.

8/8/06
Date

Judge Eldon E. Fallon
United States District Court Judge

Fee_____
Process_____
X  Dkd_____
✓  CtRmDep_____
Doc. No_____