UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -8 AM 10: 44

LORETTA G. WHYTE
CLERK

In Re: VIOXX®      MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      Section L

This Document Relates To: Stephen Underwood v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-04125)      Judge Fallon

Mag. Judge Knowles

### ORDER

Upon due consideration of the foregoing Plaintiff's Motion to Withdraw As Counsel of Record, and for good cause shown, the Court finds the Plaintiff, STEPHEN UNDERWOOD'S Motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Drew Ranier of RANIER, GAYLE & ELLIOT, LLC, Walter Umphrey of PROVOST UMPHREY LAW FIRM, LLP, John Eddie Williams of WILLIAMS BAILEY LAW FIRM, LLP, Mikal Watts of THE WATTS LAW FIRM, LLP and Grant Kaiser of THE KAISER FIRM, LLP, withdraw as counsel for Plaintiff, Stephen Underwood.

IT IS SO ORDERED.

8/8/06
Date

Judge Eldon E. Fallon
United States District Court Judge