UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBY STEED | CIVIL ACTION NO. 05-4030 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, comes Plaintiff, Ruby Steed, who respectfully requests that Jessica W. Hayes (La. Bar No. 28927) of the Murray Law Firm be enrolled as additional co-counsel of record for the Plaintiff.

Respectfully submitted,

*[signature]*

**Stephen B. Murray (#9858)**
Jessica W. Hayes (#28927)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 7th day of August, 2006.

_____
Stephen B. Murray (#9858)