UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| **RUBY STEED** | **CIVIL ACTION NO. 05-4030** |
| **VERSUS** | |
| **MERCK & CO., INC.** | **JUDGE FALLON** |
| | **MAGISTRATE JUDGE KNOWLES** |

### ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this 8th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE