MINUTE ENTRY
FALLON, J.
AUGUST 7, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON  
Courtroom Deputy: Gaylyn Lambert  
Court Reporter: Cathy Pepper/Toni Tusa

MONDAY, AUGUST 7, 2006, 8:00 AM  
(continued from 8-5-06)

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Jeffery Popma - sworn - accepted as an expert.

John W. Barnett - sworn

Corinne Barnett - sworn

Gerald D. Barnett - sworn

Court adjourned at 5:30 pm until Tuesday, August 8, 2006, at 8:30 am.

| JS-10: | 6:42 |
|---|---|