U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 8-7-06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Gerald Barnett v. Merck & Co, Inc. | * | CASE NO. CA 06-485 |

**Amended Notice of Filing Deposition Testimony
of Stephen Epstein**

Plaintiff Gerald Barnett, by and through his attorneys, hereby gives notice of filing the final transcript of the amended redirect deposition testimony of Stephen Epstein. This testimony was played during the trial of this cause on August 5, 2006. A transcript is attached as Exhibit "A."

Respectfully submitted,

Dated: August 7, 2006    By: *Lexi W. Myer*
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Dr., 7th Floor
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Andy D. Birchfield, Jr.
P. Leigh O'Dell

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

1

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Donald C. Arbitblit
LIEFF, CABRASER, HEIMANN and
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Counsel for Plaintiff

Russ M. Herman  
Leonard A. Davis  
Stephen J. Herman  
HERMAN HERMAN KATZ  
& COTLER, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70013  
Telephone: (504) 581-4892  
Facsimile: (504) 561-6024  

Christopher A. Seeger  
SEEGER WEISS  
One William Street  
New York, New York 10004  
Telephone: (212) 584-0700  
Facsimile: (212) 584-0799  
**Co-Lead Counsel**

**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire  
NEBLETT, BEARD & ARSENAULT  
2220 Bonaventure Court, P.O. Box 1190  
Alexandria, LA 71301-1190  
(318) 487-9874 (telephone)  
(318) 561-2591 (telecopier)  

Arnold Levin, Esquire  
LEVIN, FISHBEIN, SEDRAN & BERMAN  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
(215) 592-1500 (telephone)  
(215) 592-4663 (telecopier)  

Gerald E. Meunier, Esquire  
GAINSBURGH, BENJAMIN, DAVID, MEUNIER  
& WARSHAUER, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, LA 70163  
(504) 522-2304 (telephone)  
(504) 528-9973 (telecopier)  

Shelley Sanford, Esquire  
GOFORTH, LEWIS, SANFORD LLP  
2200 Texaco Heritage Plaza  
1111 Bagby  
Houston, TX 77002  
(713) 650-0022 (telephone)  
(713) 650-1669 (telecopier)  

Troy Rafferty, Esquire  
LEVIN, PAPANTONIO, THOMAS, MITCHELL,  
ECHSNER & PROCTOR, PA  
316 S. Baylen Street, Suite 400  
Pensacola, FL 32502  
(850) 435-7000 (telephone)  
(850) 497-7059 (telecopier)  

Drew Ranier, Esquire  
RANIER, GAYLE & ELLIOT, L.L.C.  
1419 Ryan Street  
Lake Charles, LA 70601  
(337) 494-7171 (telephone)  
(337) 494-7218 (telecopier)  

Elizabeth J. Cabraser, Esquire  
LIEFF, CABRASER, HEIMANN &  
BERNSTEIN, LLP  
Embarcadero Center West  
275 Battery Street, 30th Floor  
San Francisco, CA 94111  
(415) 956-1000 (telephone)  
(415) 956-1008 (telecopier)  

Mark Robinson, Esquire  
ROBINSON, CALCAGNIE & ROBINSON  
620 Newport Center Drive  
7th Floor  
Newport Beach, CA 92660  
(949) 720-1288 (telephone)  
(949) 720-1292 (telecopier)  

Thomas R. Kline, Esquire  
KLINE & SPECTER, P.C.  
1525 Locust Street, 19th Floor  
Philadelphia, PA 19102  
(215) 772-1000 (telephone)  
(215) 772-1371 (telecopier)  

Christopher V. Tisi, Esquire  
ASHCRAFT & GEREL  
2000 L Street, N.W.  
Suite 400  
Washington, DC 20036-4914  
(202) 783-6400 (telephone)  
(307) 733-0028 (telecopier)  

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing Deposition Testimony of Edward M. Scolnick has been served on Defendants' Liaison Counsel, Phillip A. Wittmann, Merck's Counsel, Andrew L. Goldman, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2006.

/s/ MARK P. ROBINSON, JR.
Mark P. Robinson, Jr.
Kevin F. Calcagnie
Carlos A. Prietto, III
Ted B. Wacker
Lexi W. Myer
ROBINSON, CALCAGNIE & ROBINSON

                            Final Epstein Redirect

Epstein Redirect (Multi-clip)
SE 26314      263:14-264:2

   263:14         Q.    Doctor, is it your
   263:15 understanding from reviewing this
   263:16 document and having various questions
   263:17 asked to you today that the scientific
   263:18 advisory board is essentially saying that
   263:19 coxibs, like Vioxx, could help or harm
   263:20 atheromatous plaques?
   263:21         A.    That's my understanding,
   263:22 yes.
   263:23         Q.    And your study showed
   263:24 harmful effects of COX-2 inhibitors like
   264: Page 257
   264: 1 Vioxx on the formation and progression of
   264: 2 atheromatous plaques, correct?

SE 26405      264:5-264:7

   264: 5              THE WITNESS:  The study
   264: 6         showed the development of -- I
   264: 7         agree with that statement, yes.

SE 26420      264:20-265:18

   264:20         Q.    Now, didn't Merck -- Merck
   264:21 didn't tell you not to do your study, but
   264:22 didn't they turn you down the first time
   264:23 you approached Merck about doing the
   264:24 study?
   265: Page 258
   265: 1         A.    They did.
   265: 2         Q.    And you told them
   265: 3 essentially that you would go forward
   265: 4 even if you had to fund the study
   265: 5 yourself, isn't that right?
   265: 6         A.    I did.  But the only caveat
   265: 7 there was that I couldn't obtain the drug
   265: 8 without their cooperation.
   265: 9         Q.    Okay.  And you asked for
   265:10 Vioxx specifically from Merck to do the
   265:11 study, correct?
   265:12         A.    Correct.
   265:13         Q.    And did they provide you
   265:14 with Vioxx?
   265:15         A.    They did not.
   265:16         Q.    What drug did they give you
   265:17 instead?
   265:18         A.    MF-tricyclic.

SE 26611      266:11-267:18

   266:11              And I'll point you to the
   266:12 second page of this cumulative exhibit,
   266:13 and if you look down at the bottom it
   266:14 appears to be MRK-ABS0343457.
   266:15         A.    I'm sorry, I don't see where
   266:16 you're reading.
   266:17         Q.    Bates number.  That doesn't
   266:18 really matter, Doctor.
   266:19              I'll point you out to an
                                                Page 1

```
                                    Final Epstein Redirect
266:20 e-mail from Leslie Koch to Greg
266:21 Wiederrecht appears to be and John
266:22 Obenchain.
266:23         A.      Yes.
266:24         Q.      And it says, "Greg, yes, we
267:  Page 260
267:  1 do send out marketed compounds - actually
267:  2 that is about 80% of the total requests.
267:  3 Decisions about the appropriateness of
267:  4 the experiments involving Vioxx and if
267:  5 Merck wants to support go to Dr. Robert
267:  6 Young (MFC) and Dr. Ian Rodgers
267:  7 (Chairman, Vioxx Medical School Grant
267:  8 Committee).  Occasionally they will offer
267:  9 substitute compounds like MF-tricyclic or
267:10 DFU if they are interested in the study,
267:11 but" concerned "about potential bad
267:12 implications on marketed products."
267:13                 Did Merck ever inform you or
267:14 anybody at Merck, Dr. Rodger, tell you
267:15 that they were concerned about your study
267:16 showing bad implications for a marketed
267:17 product and that's why they didn't give
267:18 you Vioxx, Doctor?

SE 26721      267:21-267:22

267:21                 THE WITNESS:  They never
267:22          informed me about that.

D SE 28810    288:10-288:23

288:10         Q.      All right.  And Merck has
288:11 been very specific in the questions
288:12 they've asked you, Doctor.  If you'll
288:13 recall, they've asked you, are there any
288:14 Vioxx studies in knockout mice that
288:15 replicated your findings?
288:16         A.      Yes.
288:17         Q.      Are you aware of other
288:18 studies, whether it be in animals or
288:19 humans, involving other COX-2 inhibitors
288:20 or involving knockout mice, period, that
288:21 would tend to substantiate or replicate
288:22 your findings?
288:23         A.      No.

SE 29206      292:6-292:17

292:  6        Q.      Does your study raise
292:  7 questions or at least generate hypothesis
292:  8 -- hypotheses, excuse me, about potential
292:  9 adverse effects of Vioxx and other COX-2
292:10 inhibitors in humans?
292:11         A.      It does.
292:12         Q.      Does your study also raise
292:13 questions or generate hypotheses in
292:14 humans that Vioxx and other COX-2
292:15 inhibitors could promote atherosclerosis
292:16 formation and progression?
292:17         A.      It does.

SE 29304      293:4-293:13
```

Final Epstein Redirect

```
293: 4         Q.    Would it be proper to say
293: 5 that your study at least generates this
293: 6 hypothesis or -- that COX-2 inhibition,
293: 7 including the use of Vioxx, in humans,
293: 8 could increase atherogenesis?
293: 9         A.    It raises that possibility,
293:10 yes.
293:11         Q.    Is that the yellow flag that
293:12 you referred to earlier?
293:13         A.    Yes.
```

D SE 29324a      293:24-294:2

```
293:24         Q.    Dr. Epstein, I just have a
294: Page 287
294: 1 few follow-up questions.
294: 2         A.    Yes.
```

D SE 29407       294:7-294:16

```
294: 7         Q.    Mr. Sizemore asked you
294: 8 whether Merck turned down your initial
294: 9 request for funding for your study.
294:10               Do you remember that?
294:11         A.    Yes.
294:12         Q.    And it is true that,
294:13 initially, Dr. Rodger said that Merck
294:14 wasn't interested in pursuing the study,
294:15 right?
294:16         A.    Correct.
```

D SE 29419       294:19-295:11

```
294:19               Did Dr. Rodger explain to
294:20 you that based on his understanding of
294:21 the study, the goal was to determine
294:22 whether Vioxx had any beneficial effect
294:23 on atherosclerosis, and Merck had already
294:24 funded research along that line?
295: Page 288
295: 1         A.    That was the explanation
295: 2 that I received from him.
295: 3         Q.    And when you explained to
295: 4 Dr. Rodger that your primary hypothesis
295: 5 was to test something that really nobody
295: 6 had thought of and that was could COX-2
295: 7 inhibition decrease the amount of virus
295: 8 in the body, did Dr. Rodger and Merck
295: 9 then decide to fund that part of the
295:10 study?
295:11         A.    Yes.
```

Total Length - 00:04:50