UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -8 AM 10: 48
LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION : SECTION: L

: JUDGE FALLON

: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

## ORDER

The Court instructed the parties to submit a list of objected to exhibits and non-objected to exhibits so that the Court could rule on the admissibility of these exhibits. By admissibility, the Court means that the exhibits are eligible for admission into evidence. To be admitted into evidence, however, counsel must have a witness identify and/or refer to the exhibit. The exhibits are not self-admitted by virtue of their admissibility.

The non-objected to exhibits are deemed admissible. The Court's rulings on the objected to exhibits are on the attached charts.

New Orleans, Louisiana, this __29th__ day __July__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-