# Barnett v. Merck
## Merck's Pre-Admitted Exhibits

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0002 | 12/16/1994 | MRK-I8940000001 | MRK-I8940001902 | Letter from MRL to FDA re: Original IND: L-748,731 | None | No Objection; Admissible |
| DX 0004 | 03/01/1995 | | | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | None | No Objection; Admissible |
| DX 0013 | 11/21/1996 | MRK-AAB0024016 | MRK-AAB0024023 | Memorandum from T. Musliner to B. Friedman, et al. | None | No Objection; Admissible |
| DX 0015 | 01/16/1997 | MRK-I8940015949 | MRK-I8940015964 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | None | No Objection; Admissible |
| DX 0022 | 08/11/2004 | FDACDER 011048 | FDACDER 011049 | Harvey E-mail re cox-2 ispe poster | 401-402, 403 | admissible, |
| DX 0023 | 02/02/1998 | MRK-NJ0066804 | MRK-NJ0066827 | MRL Epidemiology Department Techinical Report No. EPR7006.005.98 | None | admissible |
| DX 0026 | 04/13/1998 | MRK-AAC0019509 | MRK-AAC0019519 | Project Team Meeting Minutes | None | Admissible |
| DX 0027 | 05/03/1998 | MRK-AEI0002734 | MRK-AEI0002746 | Programmatic Review -- Vioxx Program | None | No Objection; Admissible |
| DX 0030 | 06/08/1998 | MRK-ABH0014141 | MRK-ABH0014192 | Minutes from May VIOXX project team | None | No Objection; Admissible |
| DX 0031 | 06/22/1998 | MRK-ABI0001204 | MRK-ABI0001204 | Email from Scolnick re: VIOXX strategy | None | No Objection, Admissible |
| DX 0038 | 10/22/1998 | MRK-AAC0041008 | MRK-AAC0041011 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | None | No Objection; Admissible |
| DX 0040 | 10/26/1998 | MRK-OS420124072 | MRK-OS420124403 | 'E. Clinical Safety' Vioxx Clinical Documentation | None | No Objection; Admissible |
| DX 0043 | 11/23/1998 | MRK-OS420000001 | MRK-OS420166451 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | None | No Objection; Admissible |
| DX 0050 | 12/16/1998 | MRK-I8940042881 | MRK-I8940042984 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0058 | 10/24/1997 | MRK-AAA 0800014 | MRK-AAA 0800014 | Catella-Lawson Letter | R.401, R.402, R.403 | admissible |
| DX 0059 | 03/08/1999 | MRK-AAC0013130 | MRK-AAC0013132 | Memo from J.P. Falgueyret to Denis Riendeaure: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | None | No Objection; Admissible |
| DX 0060 | 03/08/1999 | MRK-ABC0006396 | MRK-ABC0006404 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | None | No Objection; Admissible |
| DX 0066 | 04/20/1999 | MRK-AFT0002227 | MRK-AFT0002430 | 'NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999 | None | |
| DX 0067 | 05/20/1999 | MRK-LBL0000027 | MRK-LBL0000030 | PI 9183800 - Vioxx label | None | No Objection; Admissible |
| DX 0073 | 05/20/1999 | MRK-99420021411 | MRK-99420021434 | Letter from FDA to MRL re: NDA 21-042 | None | No Objection; Admissible |
| DX 0075 | 12/22/1999 | MRK-AFL0000899 | MRK-AFL0000903 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR | None | No Objection; Admissible |
| DX 0079 | 08/30/1999 | MRK-AAB0029224 | MRK-AAB0029273 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | None | No Objection; Admissible |
| DX 0080 | 09/01/1999 | MRK-LBL0000031 | MRK-LBL0000034 | PI 9183801 | None | No Objection; Admissible |
| DX 0082 | 08/12/2004 | FDACDER 006056 | FDACDER 006058 | Hertz E-mail re cox-2 ispe poster | 401-402, 403 | admissible |
| DX 0084 | 08/26/2004 | FDACDER 021810 | FDACDER 021811 | Villalba E-mail re "interesting reading" | 401-402, 403 | admissible |
| DX 0088 | 10/06/1999 | MRK-99420023355 | MRK-99420023462 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | None | No Objection; Admissible |
| DX 0091 | 10/28/1999 | MRK-99420023527 | MRK-99420023528 | Letter from FDA to MRL re: NDA 21-042/S-003 | None | No Objection; Admissible |
| DX 0114 | 03/22/2000 | MRK-ABH0017550 | MRK-ABH0017551 | E-mail from Reicin to Scolnick et al. | R.401, R.402, R.403 | ~~Ruling Reserved~~ admissible |
| DX 0116 | 03/23/2000 | MRK-I8940060171 | MRK-I8940060238 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0117 | 03/26/2000 | MRK-ABH0017794 | MRK-ABH0017796 | Dear Investigator Letter | None | No Objection; Admissible |
| DX 0119 | 03/27/2000 | MRK-PRL0000114 | MRK-PRL0000115 | Press release re prliminary results of GI outcomes study | None | No Objection; Admissible |
| DX 0125 | 04/21/2000 | MRK-00420003972 | MRK-00420003973 | Fax from FDA to MRL | None | No Objection; Admissible |
| DX 0134 | 05/09/2000 | MRK-ERN0076919 | MRK-ERN0076920 | Memo re: MK-0966 Protocols -078 and -091 | None | No Objection; Admissible |
| DX 0136 | 05/18/2000 | MRK-ERN0252799 | MRK-ERN0252802 | Letter to Robert Utiger from Claire Bombardier | None | No Objection; Admissible |
| DX 0145 | 06/29/2000 | MRK-00420008017 | MRK-00420019547 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | None | No Objection; Admissible |
| DX 0146 | 07/01/2000 | MRK-LBL0000047 | MRK-LBL0000050 | PI 9183806 | None | No Objection; Admissible |
| DX 0147 | 07/15/2000 | MRK-ACR0011080 | MRK-ACR0011084 | Email from Scolnick to Greene et al. | None | No Objection; Admissible |
| DX 0148 | 08/03/2000 | MRK-00420021830 | MRK-00420021831 | Letter from FDA to MRL re: NDA 21-042/S-007 | None | No Objection; Admissible |
| DX 0150 | 08/07/2000 | MRK-00420021832 | MRK-00420021835 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | None | No Objection; Admissible |
| DX 0155 | 10/13/2000 | MRK-00420027869 | MRK-00420027981 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | None | On Preadmit List - No Ruling |
| DX 0157 | 11/27/2000 | MRK-00420028062 | MRK-00420028066 | Fax from FDA to MRL | None | No Objection; Admissible |
| DX 0173 | 01/08/2001 | MRK-I8940064922 | MRK-I8940065038 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | None | No Objection; Admissible |
| DX 0186 | 02/04/2001 | MRK-ACT0009918 | MRK-ACT0009918 | Email from Harry Guess to Rhodes, Watson, et al. | R.401, R.402, R.403 | ~~No Objection~~; Admissible |
| DX 0187 | 02/08/2001 | MRK-AAP0000407 | MRK-AAP0000648 | FDA Advisory Committee Hearing, Transcript | None | |
| DX 0188 | 02/08/2001 | MRK-ABR0000214 | MRK-ABR0000349 | Merck Slide Show Presentation to FDA Advisory Committee | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0189 | 02/08/2001 | MRK-PRL0000170 | MRK-PRL0000172 | Press Release | None | Ruling Reserved; No Objection; Admissible |
| DX 0194 | 03/00/2001 | MRK-AAR0012290 | MRK-AAR0012309 | Selling Clinics Leader's Guide | None | |
| DX 0196 | 03/02/2001 | MRK-ACD0003158; | MRK-ACD0003185; | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | None | No Objection; Admissible |
| DX 0207 | 04/06/2001 | MRK-01420099056 | MRK-01420099059 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | None | No Objection; Admissible |
| DX 0230 | 07/12/2001 | MRK-01420145843 | MRK-01420154245 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | None | No Objection; Admissible |
| DX 0236 | 10/01/2001 | MRK-AAF0007803 | MRK-AAF0007853 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | None | |
| DX 0244 | 11/07/2001 | MRK-AAD0111414 | MRK-AAD0111414 | Email from E. Scolnick to A. Reicin | None | |
| DX 0273 | 04/11/2002 | MRK-LBL0000063 | MRK-LBL0000066 | PI 9183810 | None | No Objection; Admissible |
| DX 0277 | 04/11/2002 | MRK-AAF0005922 | MRK-AAF0005942 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | None | No Objection; Admissible |
| DX 0285 | 05/22/2002 | MRK-S0420000029 | MRK-S0420000074 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | None | No Objection; Admissible |
| DX 0288 | 07/22/2002 | MRK-I2690005334 | MRK-I2690005969 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | None | No Objection; Admissible |
| DX 0291 | 10/10/2002 | MRK-I8940074879 | MRK-I8940075347 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment | None | No Objection; Admissible |
| DX 0303 | 07/25/2003 | MRK-I8940077717 | MRK-I8940077883 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | None | No Objection; Admissible |
| DX 0314 | 12/17/2003 | MRK-I2690007514 | MRK-I2690008935 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0315 | 11/10/2000 | MRK-YNG0061569 | MRK-YNG0061570 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | None | No Objection; Admissible |
| DX 0319 | 03/22/2004 | MRK-I8940080062 | MRK-I8940080133 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | None | No Objection; Admissible |
| DX 0321 | 03/26/2004 | MRK-AAF0015434 | MRK-AAF0015436 | Letter from FDA to Merck | None | No Objection; Admissible |
| DX 0324 | 08/19/2004 | MRK-AAF0017139 | MRK-AAF0017168 | Letter from FDA to MRL re: NDA 21-042 | None | No Objection; Admissible |
| DX 0338 | 04/06/2005 | | | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | R.701, R.702, R.403 | ~~No Objection~~; Admissible |
| DX 0339 | 12/20/1999 | MRK-AAX0002759 | MRK-AAX0002759 | Letter from Weinblatt to Reicin | None | |
| DX 0341 | 06/15/2005 | | | FDA Release re: COX-2 and non-selective NSAIDs | None | No Objection; Admissible |
| DX 0350 | 02/25/1997 | MRK-NJ0315838, | MRK-NJ0315837 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | None | No Objection; Admissible |
| DX 0352 | 07/10/1998 | MRK-AEH0009025 | MRK-AEH0009093 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | None | No Objection; Admissible |
| DX 0353 | 01/04/2001 | MRK-AFX0019242 | MRK-AFX0019402; | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | None | No Objection; Admissible |
| DX 0356 | 10/30/2000 | OATES 001412 | OATES 001415 | Prostaglandins Consultants Meeting | None | No Objection; Admissible |
| DX 0357 | 04/20/2001 | MRK-ABA0009274 | MRK-ABA0009274 | Email re Follow up to meeting | None | Admitted |
| DX 0358 | 06/20/2001 | TOP1PRO0000285 | TOP1PRO0000311 | Email re: COX-2 manuscript | None | No Objection; Admissible |
| DX 0359 | 01/02/2002 | MRK-AAF0007894 | MRK-AAF0007895 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | None | |
| DX 0360 | 01/24/2000 | MRK-AAX0002760 | MRK-AAX0002760 | Letter from Weinblatt to Reicin | None | No Objection; Admissible |
| DX 0361 | 02/07/2000 | MRK-AAX0002761 | MRK-AAX0002766 | Letter from Reicin to Weinblatt | None | No Objection; Admissible |
| DX 0362 | 03/02/2000 | MRK-AAX0002768 | MRK-AAX0002850 | Statistical Data Analysis Plan | None | No Objection; Admissible |
| DX 0363 | 04/27/2000 | MRK-ABC0022825 | MRK-ABC0022878 | Board of Advisors -- Alan S. Nies, MD | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0364 | 02/01/2001 | MRK-ABX0002367 | MRK-ABX0002404 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | None | No Objection; Admissible Admitted (Carroll deposition) |
| DX 0368 | 10/20/1997 | MRK-AHR0009546 | MRK-AHR0009546 | Memo re P023 Data | None | No Objection; Admissible |
| DX 0370 | 09/03/1999 | MRK-00420014017 | MRK-00420014261 | MK-0966 - Protocol / Amendment No. 088-04 | None | No Objection; Admissible |
| DX 0371 | 06/21/2000 | MRK-00420013554 | MRK-00420013669 | CV Events Analysis | None | No Objection; Admissible |
| DX 0372 | 11/19/2001 | MRK-ACI0013233 | MRK-ACI0013246 | Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets | None | |
| DX 0373 | 05/02/2001 | MRK-ABA0003235 | MRK-ABA0003244 | Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation | None | No Objection; Admissible |
| DX 0374 | 08/30/2001 | MRK-ABA0011062 | MRK-ABA0011062 | Email re: Revisions in 6 month data | None | No Objection; Admissible |
| DX 0376 | 06/22/2001 | TOP1PRO0000279 | TOP1PRO0000279 | Email re: Follow up | None | No Objection; Admissible |
| DX 0377 | 10/16/2001 | EJT000323 | EJT000324 | Letter from Temple to Letters Editor JAMA | None | No Objection; Admissible |
| DX 0378 | 05/18/2000 | 2000 NEMJ 000001 | 2000 NEMJ 000016 | Letter from Bombadier to Utiger with signature pages | None | No Objection; Admissible |
| DX 0380 | 06/30/2000 | 2000 NEMJ 000025; | 2000 NEMJ 000027; | Letter from Kaplan to Bombardier | None | No Objection; Admissible |
| DX 0381 | 00/00/0000 | 2000 NEMJ 000005 | 2000 NEMJ 000017 | Author Signature Sheets | None | No Objection; Admissible |
| DX 0383 | 06/23/2000 | 2000 NEMJ 000018 | 2000 NEMJ 000018 | Letter from Steinbrook to Bombardier | None | No Objection; Admissible |
| DX 0384 | 06/27/2000 | 2000 NEJM 000022 | 2000 NEJM 000024 | Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 | None | No Objection; Admissible |
| DX 0389 | 01/24/2000 | MRK-AAB-0059566 | MRK-AAB-0059567, | Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' | None | No Objection; Admissible |
| DX 0409 | 01/24/2000 | MRK-AAB0000518 | MRK-AAB0000518 | Letter from Weinblatt to Reicin | None | |
| DX 0414 | 05/25/2004 | KP 002153 | KP 002153 | Graham email re: analysis of cox2 data | None | |
| DX 0416 | 07/17/2000 | MRK-ABS0361865; | MRK-ABS0361866; | Letter from Claire Bombardier to Marshall Kaplan | None | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0418 | 08/15/2000 | MRK-AAD0017914 | MRK-AAD0017915 | Fax from Robert Steinbrook to Claire Bombardier re: revision request | None | |
| DX 0426 | 08/11/2004 | FDACDER 006048 | FDACDER 006049 | Seligman E-mail re cox-2 ispe poster | 401-402, 403 | admissible |
| DX 0434 | 05/03/2001 | TOP1PRO0000282 | TOP1PRO0000283 | Email re: COX-2 Inhibitors in ACS | 401-402, 403 | No Objection; Admissible |
| DX 0436 | 05/03/2001 | MRK-AAZ0001594 | MRK-AAZ0001594 | Email re COX-2 Inhibitors in ACS | None | No Objection; Admissible |
| DX 0447 | 05/05/2006 | | | Letter re: MDL-1657 Vioxx Product Liability Litigation | 401-402, 403 | |
| DX 0448 | 05/06/2006 | | | Dagastino E-mail re "Part I" | 401-402, 403 | |
| DX 0470 | 10/25/2004 | EJT000191 | EJT000191 | E-mail from Goormastic to Topol, RE: Helpon stats | None | |
| DX 0475 | 11/12/2004 | EJT000190 | EJT000190 | E-mail from Goormastic to Topol re: one other comparison | None | |
| DX 0479 | 03/24/2000 | MRK-00420018274 | MRK-00420018279 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) | None | No Objection; Admissible |
| DX 0481 | 00/00/2004 | | | Naproxen label | R.401, R.402 | No Objection; Admissible |
| DX 0486 | 05/18/2000 | | | Comparison of Rofecoxib, a Highly Selective-Inhibitor of Cox-2 Manuscript | None | No Objection; Admissible |
| DX 0487 | 08/20/2000 | 2000 NEMJ 000040 | 2000 NEMJ 000043 | Manuscript No. 00-1401 A Double-blind Comparison of Rofecoxib and Naproxen on the incidence of clinically important upper gastrointestinal events: the VIGOR trial | None | No Objection; Admissible |
| DX 0488 | 00/00/0000 | | | Floppy Disk | None | No Objection; Admissible |
| DX 0489 | 05/06/2000 | 2000 NEJM 000235 | 2000 NEJM 000282 | VIGOR Manuscript | None | No Objection; Admissible |
| DX 0491 | 07/17/2000 | 2000 NEJM 000028 | 2000 NEJM 000038 | Manuscript No. 00-1401 | None | No Objection; Admissible |
| DX 0499 | 06/20/2000 | MRK-AAB0003864 | MRK-AAB0003971 | VIGOR - Clinical and Statistical Documentation | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0546 | 03/01/1989 | | | K. Green, et al., Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | Learned treatises are not admissible | |
| DX 0586 | 11/23/2000 | MRK-ACD0086310 | MRK-ACD0086318 | Bombardier, Laine, Reicin, et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | Learned treatises are not admissible | |
| DX 0686 | 02/15/2005 | MRK-AFK0174550 | MRK-AFK0174560 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemopprevention Trial." The New England Journal of Medicine. 2005; 352: Breslier-1-11. | Learned treatises are not admissible | |
| DX 0900 | 12/08/2005 | NEJM 000376 | NEJM 000376 | NEJM Statement on the Expression of Concern | None | |
| DX 0901 | 12/08/2005 | NEJM 000040 | NEJM 000045 | Email re: Talking Points | None | |
| DX 0902 | 12/12/2005 | NEJM 000880 | NEJM 000881 | Expression of Concern Key Points and Q&A | None | |
| DX 0903 | 12/08/2005 | NEJM 000001 | NEJM 000001 | Email re Probable Early Releases Tomorrow PM | 401, 403 | admissible |
| DX 0904 | 12/08/2005 | NEJM 000661 | NEJM 000663 | Email re Vigor Editorial points from Merck | 401-402, 403 | admissible |
| DX 0905 | 12/08/2005 | NEJM 000533 | NEJM 000533 | Email re 'for talking points'. | 401-402, 403 | admissible |
| DX 0906 | 10/00/2005 | | | International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals | None | |
| DX 0907 | 12/07/2005 | NEJM 000108 | NEJM 000109 | Email re: NEJM Expression of Concern | None | |
| DX 0908 | 12/08/2005 | NEJM 000023 | NEJM 000025 | Email re Release of Expression of Concern regarding the Vigor article | None | |
| DX 0909 | 12/08/2005 | NEJM 000107 | NEJM 000107 | Email re NEJM Article re Expression of Concern | 401-402, 403 | ← admissible provided Krahe Exhibit 30 gets in |
| DX 0910 | 12/12/2005 | NEJM 000011 | NEJM 000014 | Email re NEJM Expression of Concern | None | |
| DX 0911 | 01/16/2006 | NEJM 000033 | NEJM 000039 | Email re: responses to the NEJM expression of concern | None | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0912 | 00/00/0000 | 2000 NEMJ 000136 | 2000 NEMJ 000136 | NEJM Memo re Suggestion for Transmittal to Authors | None | No Objection; Admissible |
| DX 0913 | 08/30/2004 | FDACDER 010352 | FDACDER 010353 | Trontell E-mail re Vioxx/Merck update Monday August 30 | 401-402, 403 | admissible |
| DX 0914 | 01/16/2006 | NEJM 001111 | NEJM 001114 | Email re Submission of Response to Curfman et al | None | No Objection; Admissible |
| DX 0915 | 07/11/2005 | NEJM 001093 | NEJM 001097 | Email re Clinical Trials | None | No Objection; Admissible |
| DX 0916 | 07/08/2005 | NEJM 000211 | NEJM 000214 | Email re: VIGOR manuscript | None | |
| DX 0917 | 10/29/2004 | FDACDER 022462 | FDACDER 022470 | Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | 401-402, 403 | admissible |
| DX 0918 | 10/29/2004 | FDACDER 022789 | FDACDER 022789 | Horton E-mail re need to talk | 401-402, 403 | |
| DX 0923 | 12/10/2005 | NEJM 000849 | NEJM 000851 | Email from Cafasso re: Downloads for EOC | 401-402, 403 | |
| DX 0924 | 12/07/2005 | NEJM 000531 | NEJM 000531 | Email from Pederson re: Update on Expression of Concern | 401-402, 403 | |
| DX 0925 | 01/03/2006 | NEJM 000445 | NEJM 000445 | Email re: Washington Post editorial | 401-402, 403 | |
| DX 0926 | 12/09/2005 | NEJM 000539 | NEJM 000540 | Email re: Next Steps | 401-402, 403 | |
| DX 0927 | 12/08/2005 | NEJM 000303 | NEJM 000304 | Email re: Statement for the press | 401-402, 403 | |
| DX 0929 | 11/14/2004 | KP 001136 | KP 001138 | Graham E-mail re "Paper" | None | |
| DX 0930 | 02/28/2001 | MRK-AKT0720077 | MRK-AKT0720080 | Letter re: Request for Information to Dr. Robinette | 401-402, 403 | No Ruling From Judge |
| DX 0935 | 11/15/2004 | FDACDER 022247 | FDACDER 022249 | Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" | 401-402, 403 | admissible |
| DX 0936 | 11/01/2004 | EJT000207 | EJT000207 | Graham E-mail re 60 Minutes | 401-402, 403 | admissible |
| DX 0937 | 10/06/2004 | FDACDER 022681 | FDACDER 022681 | Graham E-mail re COX-2 AMI study | 401-402, 403 | admissible |
| DX 0938 | | FDACDER 005940 | FDACDER 005940 | Incidence rate chart | None | |
| DX 0940 | 03/15/2000 | MRK-00420014517 | MRK-00420014603 | Statistical Data Analysis Plan - Amendment No. 1 | None | No Objection; Admissible |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 0941 | 04/11/2001 | MRK-AFI0153487 | MRK-AFI0153503 | Email re: market Research Report | None | |
| DX 0942 | 10/23/2004 | KP 002315 | KP 002315 | Cheetham E-mail re Recoding Vioxx | 401-402, 403 | |
| DX 0945 | 00/00/2006 | | | Vioxx Label | None | |
| DX 0946 | 10/22/2004 | FDACDER 022409 | FDACDER 022409 | Graham E-mail re cox-2 manuscript | None | |
| DX 0947 | 11/11/2004 | KP 001133 | KP 001133X | Graham E-mail re revised cox-2 manuscript | None | |
| DX 0948 | 02/21/1999 | MRK-ABC0006432 | MRK-ABC0006435 | Email from D. Riendeau to B. Gertz re: dog uinary study- preliminary | Plaintiff objects as the exhibit is incomplete and seems should end at p. 437 | Admissible (Pltf can move to admit remainder 106) |
| DX 2001 | 00/00/2001 | | | PDR Label for Augmentin, 2001 | R.401, R.402 | admissible |
| DX 2002 | 00/00/1999 | | | PDR Label for Claritin, 1999 | R.401, R.402 | |
| DX 2003 | 00/00/2000 | | | PDR Label for Claritin, 2000 | R.401, R.402 | |
| DX 2004 | 00/00/1999 | | | PDR Label for Claritin-D 24-Hour, 1999 | R.401, R.402 | |
| DX 2005 | 00/00/1999 | | | PDR Label for Claritin-D, 12-Hour, 1999 | R.401, R.402 | |
| DX 2006 | 00/00/2000 | | | PDR Label for Claritin-D, 12-Hour, 2000 | None | |
| DX 2007 | 00/00/2006 | | | Voltaren Label, 2006 | None | |
| DX 2008 | 00/00/1999 | | | PDR Label for Feldene, 1999 | R.401, R.402 | admissible |
| DX 2009 | 03/00/2006 | | | Feldene Label, 2006 | R.401, R.402 | |
| DX 2010 | 00/00/2006 | | | PDR Label for Mobic, 2006 | R.401, R.402 | |
| DX 2011 | 08/10/2005 | | | Mobic Label, 2005 | R.401, R.402 | |
| DX 2012 | 00/00/2002 | | | PDR Label for Sporanox, 2002 | R.401, R.402 | |
| DX 2013 | | | | Celebrex Label | R.401, R.402 | |
| DX 2014 | 00/00/2006 | | | PDR Label for Celebrex, 2006 | R.401, R.402 | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 2015 | 01/00/2006 | | | Motrin label, 2006 | R.401, R.402 | admissible |
| DX 2016 | 00/00/2000 | | | PDR Label for Motrin, 2000 | R.401, R.402 | |
| DX 2017 | 00/00/2006 | | | PDR Label for Motrin, 2006 | R.401, R.402 | |
| DX 2018 | 00/00/2000 | | | PDR Label for Tylenol, 2000 | R.401, R.402 | |
| DX 2019 | 02/26/2006 | PlProfileForm-00001 | PlProfileForm-00018 | Gerald Barnett Plaintiff Profile Form | None | |
| DX 2020 | | FirstAmProfile-00001 | FirstAmProfile-00017 | Gerald Barnett First Amended Plaintiff Profile Form | None | |
| DX 2021 | | BiLoPhar-00001 | BiLoPhar-00004 | Gerald Barnett Medical Records from Bi-Lo Pharmacy | None | |
| DX 2022 | | BryanFMD-00001 | BryanFMD-00035 | Gerald Barnett Medical Records from Dr. Curtis Bryan | None | |
| DX 2023 | | CardioGasAssoc- 00001 | CardioGasAssoc- 0006 | Gerald Barnett Medical Records from Cardiology Gastroenterology Associates | None | |
| DX 2024 | | | | Gerald Barnett Nuclear Stress Test from 1/23/00 and 7/18/03 from Cardiology Gastroenterology Associates (Optical Disk) | None | |
| DX 2025 | | FBIMRDept-00001 | FBIMRDept-00184 | Gerald Barnett Medical Records from the Federal Bureau of Investigations (FBI) | None | |
| DX 2026 | | GrandStrandRMC-00001 | GrandStrandRMC-004 | Gerald Barnett Medical Records from Grand Strand Regional Medical Center | None | |
| DX 2027 | | GrandStrandRMR-00001 | GrandStrandRMR-000 | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Medical Records Department | None | |
| DX 2028 | | GrandStrandRPB-00001 | GrandStrandRPB-0001 | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Patient Billing | None | |
| DX 2029 | | | | Gerald Barnett Cath Films from Grand Strand Regional Medical Center (CD) | None | |
| DX 2030 | | | | Gerald Barnett X-Ray Films from Grand Strand Regional Medical Center | None | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 2031 | | HubertyCMD-00001 | HubertyCMD-00064 | Gerald Barnett Medical Records from Dr. Chad Huberty | None | |
| DX 2032 | | LifeLineScreen-00001 | LifeLineScreen-00008 | Gerald Barnett Medical Records from Life Line Screening | None | |
| DX 2033 | | McCaffreyMD-00001 | McCaffreyMD-00038 | Gerald Barnett Medical Records from Dr. Michael McCaffrey | None | |
| DX 2034 | | MerckMedcoRXSvc-0000 | MerckMedcoRXSvc-0 | Gerald Barnett Medical Records from Merck Medco Prescription Services | None | |
| DX 2035 | | MillerCDDC-00001 | MillerCDDC-00039 | Gerald Barnett Medical Records from Dr. Miller | None | |
| DX 2036 | | NtlPnlRecCtr-00001 | NtlPnlRecCtr-00145 | Gerald Barnett Medical Records from National Personnel Records Center | None | |
| DX 2037 | | NicholsonGBMD-00001 | NicholsonGBMD-0000 | Gerald Barnett Medical Records from Dr. Nicholson | None | |
| DX 2038 | | PPR-00001 | PPR-02443 | Gerald Barnett Medical Records provided by patient | None | |
| DX 2039 | | PPR- | PPR- | Gerald Barnett Medical Records provided in response to Merck request for production, 6/5/2006 | None | |
| DX 2040 | | UnivOfLouisville-00001 | UnivOfLouisville-0000 | Gerald Barnett Records from University of Louisville | None | |
| DX 2041 | | WilliamsLuDr-00001 | WilliamsLuDr-00025 | Gerald Barnett Medical Records from Dr. Luther Williams | None | |
| DX 2045 | 01/24/2000 | 88158 KARAVAN 024 | 88158 KARAVAN 024 | Cardiology/Gastroenterology Associates Reportfor Gerald Barnett | None | |
| DX 2046 | 09/06/2002 | 88158 GSRMC 0024 | 88158 GSRMC 0025 | Grand Strand Regional Medical Center Medical Report for Gerald Barnett | None | |
| DX 2047 | 09/07/2002 | 88158 GSRMC 0061 | 88158 GSRMC 0061 | Progress Notes for Gerald Barnett | None | |
| DX 2048 | 09/10/2002 | 88158 GSRMC 030 | 88158 GSRMC 032 | Operative Report for Gerald Barnett | None | |
| DX 2049 | 09/14/2002 | 88158 GSRMC 021 | 88158 GSRMC 022 | Discharge Summary for Gerald Barnett | None | |
| DX 2050 | 03/14/2003 | 88158 KARAVAN 019 | 88158 KARAVAN 019 | Cardiology/Gastroenterology Associates Medical Report for Gerald Barnett | None | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 2051 | 09/06/2002 | GrandStrandRMC- 00069 | GrandStrandRMC- 000 | ER Report for Gerald Barnett | None | |
| DX 2052 | 09/17/1997 | CardioGasAssoc- 00028 | CardioGasAssoc- 0002 | Medical Report for Gerald Barnett | None | |
| DX 2053 | 02/04/1993 | | | Letter re: Health examination | None | |
| DX 2054 | 10/13/2002 | GrandStrandRMC- 00064 | GrandStrandRMC- 000 | Discharge Summary for Gerald Barnett | None | |
| DX 2055 | 07/18/2003 | CardioGasAssoc- 00054 | CardioGasAssoc- 0005 | Medical Report for Gerald Barnett | None | |
| DX 2057 | 03/26/1998 | | | Medical Report for Gerald Barnett | None | |
| DX 2058 | 03/31/1998 | | | Medical Report for Gerald Barnett | None | |
| DX 2059 | 04/06/1998 | | | Medical Report for Gerald Barnett | None | |
| DX 2060 | 12/30/1999 | | | Medical Report for Gerald Barnett | None | |
| DX 2061 | 11/12/2001 | MRK-MPF0173678 | MRK-MPF0173681 | Speaker/Moderator Agreement Letter | None | |
| DX 2062 | 04/00/2002 | MRK-P0003302 | MRK-P0003312 | Changes to the current Prescribing information and Patient Product Information for Vioxx | None | |
| DX 2063 | 12/30/1999 | | | Handwritten Office Visits for Gerald Barnett | None | |
| DX 2064 | 03/08/2006 | 88158 HUB&MIK 0002 | 88158 HUB&MIK 001 | Medical Record for Gerald Barnett | None | |
| DX 2065 | 09/14/2002 | | | Schreckengast Discharge Summary for Gerald Barnett | None | |
| DX 2066 | 03/24/2003 | 88158 HUBERTY 010 | 88158 HUBERTY 003 | Mikola Medical Report for Gerald Barnett | None | |
| DX 2067 | 10/22/1999 | HubertyCMD00001 | HubertyCMD00060 | Carolina Health Specialists Medical Records for Gerald Barnett | None | |
| DX 2068 | 01/21/2000 | GrandStrandRMC00015 | GrandStrandRMC0001 | Grand Strand Regional Medical Center record for Gerald Barnett | None | |
| DX 2069 | 01/19/2000 | GrandStrandRMC00019 | GrandStrandRMC0002 | Grand Strand Regional Medical Center record for Gerald Barnett | None | |
| DX 2070 | 01/24/2000 | CardioGasAssoc- 00051 | CardioGasAssoc- 0005 | Cardiology/Gastroenterology Asscociates Medical Report by Michael Mikolajczyk and Vaishali Swami | None | |

| Ex. No. | Date | Beginning Bates No. | Ending Bates No. | Description | Plaintiff's Objection | Plunkett-2 Ruling |
|---|---|---|---|---|---|---|
| DX 2071 | 01/20/2000 | PPR00467 | PPR00467 | Physician's Orders | None | |
| DX 2072 | 01/19/2000 | PPR00476 | PPR00476 | Medication Administration Record | None | |
| DX 2073 | 02/11/2004 | CardioGasAssoc- 00039 | CardioGasAssoc- 0004 | Medical Report for Gerald Barnett | None | |
| DX 2074 | 04/00/2002 | MRK-P0003308 | MRK-P0003312 | Vioxx Package Insert | None | |
| DX 2075 | 05/17/2005 | CardioGasAssoc- 00045 | CardioGasAssoc- 0004 | Medical Report for Gerald Barnett | None | |
| DX 2076 | 09/06/2002 | BryanFMD00001 | BryanFMD00035 | Progress Notes for Gerald Barnett | None | |
| DX 2077 | 09/07/2002 | GrandStrandRMC- 00123 | GrandStrandRMC- 001 | PCU Cumulative Study for Gerald Barnett | None | |
| DX 2078 | 09/07/2002 | 88158 GSRMC 012 | 88158 GSRMC 012 | Picture of heart with handwritten note re: percentage of blockage for Gerald Barnett | None | |
| DX 2079 | 07/18/2003 | 88158 KARAVAN 023 | 88158 KARAVAN 023 | Medical Report for Gerald Barnett | None | |
| DX 2080 | 09/06/2002 | GrandStrandRMC- 00133 | GrandStrandRMC- 001 | Grand Strand Regional Medical Center Test Results for Gerald Barnett | None | |
| DX 2081 | 05/02/2006 | | | Dr. Zipes Stress Test Report for Gerald Barnett | None | |