UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Robert Crovo and Nancy Clifone, individually and as next of kin of Marie T. Crovo, Deceased, et al. v. Merck & Co., Inc., also d/b/a Merck Sharpe and Dohme and d/b/a MSD Sharp & Dohme GmbH*, **No. 05-4169.**

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of plaintiffs Robert Crovo and Nancy Clifone, individually and as next of kin of Marie T. Crovo, Deceased, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this 7th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE