## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | MDL Docket No. 1657 |
| | ) | |
| VIOXX PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| STEVEN SHAUB  V. | ) | |
| MERCK & CO., INC.   2:06 CV 2246 | ) | MAG. JUDGE KNOWLES |
| | ) | |

### ORDER DISMISSING WITHOUT PREJUDICE OF CLAIMS OF
### STEVEN SHAUB

Considering the Stipulation of Dismissal Without Prejudice of Claims of the Plaintiff, Steven Shaub, filed herein,

IT IS ORDERED that the claims of the Plaintiff, Steven Shaub, be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation.  Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 4th  day of  August, 2006.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**