Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• **Barnett JMOL Motion**

| | | |
|---|---|---|
| [188:] - [188:25] | 8/1/2006 | Barnett Trial v.02 (pages 188-453) (Anstice, Avorn) |

```
page 188
   0188
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5       IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
        LIABILITY LITIGATION          *
6                                     *
                                      *
7       THIS DOCUMENT RELATES TO      *   AUGUST 1, 2006, 8:30 A.M.
                                      *
8                                     *
        GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
9         & CO., INC.                 *
        * * * * * * * * * * * * * * *
10
11
                                  VOLUME II
12                          JURY TRIAL BEFORE THE
                         HONORABLE ELDON E. FALLON
13                       UNITED STATES DISTRICT JUDGE
14
        APPEARANCES:
15
16      FOR THE PLAINTIFF:            ROBINSON, CALCAGNIE & ROBINSON
                                      BY:  MARK P. ROBINSON JR., ESQ.
17                                    620 NEWPORT CENTER DRIVE
                                      NEWPORT BEACH, CALIFORNIA 92660
18
19      FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
                                        PORTIS & MILES
20                                    BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                      234 COMMERCE STREET
21                                    POST OFFICE BOX 4160
                                      MONTGOMERY, ALABAMA 36103
22
23      FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                        PALENCHAR & SCOTT
24                                    BY:  PHILIP S. BECK, ESQ.
                                           ANDREW L. GOLDMAN, ESQ.
25                                    54 W. HUBBARD STREET, SUITE 300
                                      CHICAGO, ILLINOIS 60601
```

| | | |
|---|---|---|
| [351:19] - [353:12] | 8/1/2006 | Barnett Trial v.02 (pages 188-453) (Anstice, Avorn) |

```
page 351
19      Q.    DO YOU HAVE AN OPINION THAT YOU HOLD TO A REASONABLE
20      DEGREE OF MEDICAL AND SCIENTIFIC CERTAINTY AS TO WHETHER OR NOT
21      VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?
22      A.    I HAVE AN OPINION.
23      Q.    WHAT IS THAT OPINION?
24      A.    THAT VIOXX DOES CAUSE HEART DISEASE, SPECIFICALLY HEART
25      ATTACKS, IN HUMAN BEINGS.
page 352
1       Q.    WOULD YOU BRIEFLY GIVE US THE BASIS OF THAT OPINION.
2       A.    YES.  I THINK THAT THERE'S A NUMBER OF DIFFERENT REASONS
3       FOR COMING TO THAT OPINION; ALL OF WHICH, IN MY VIEW, POINT IN
4       THE SAME DIRECTION.
5       Q.    WHAT ARE THE BASES OF YOUR OPINION, AS AN EPIDEMIOLOGIST,
6       THAT VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?
7       A.    THE CLINICAL TRIAL EVIDENCE I THINK IS THE NUMBER ONE
8       STRONGEST INDICATION OR EVIDENCE FOR THIS.  RANDOMIZED
9       CONTROLLED CLINICAL TRIALS, DOUBLE-BLIND, IN WHICH PATIENTS WHO
10      WERE GIVEN VIOXX COMPARED TO OTHER DRUGS, THE CONSISTENCY OF
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• **Barnett JMOL Motion**

```
                    11      THE EVIDENCE THAT VIOXX CAUSES A HIGHER NUMBER OF HEART ATTACKS
                    12      OR OTHER CARDIOVASCULAR ADVERSE EVENTS, FROM A NUMBER OF
                    13      STUDIES WHICH WE COULD GO THROUGH, THAT IS ONE KEY FOUNDATION
                    14      OF THIS ASSOCIATION.  THAT WAS FOUND IN VIGOR, IN 090, IN
                    15      ADVANTAGE, IN A NUMBER OF STUDIES, MOST OF WHICH ACTUALLY WERE
                    16      CONDUCTED BY MERCK, WHICH SHOWED A HIGHER --
                    17      Q.    APPROVE?
                    18      A.    I'M SORRY?
                    19      Q.    APPROVE?  DOES APPROVE FIT IN THERE?
                    20      A.    APPROVE.  I'M SORRY.  THAT WAS THE ONE THAT GOT IT OFF THE
                    21      MARKET.  ALL THOSE ARE STUDIES WHICH SHOWED A HIGHER RATE OF
                    22      HEART ATTACKS AND OTHER CARDIOVASCULAR OUTCOMES IN PATIENTS
                    23      GIVEN VIOXX.  THAT IS ONE LINE OF EVIDENCE.
                    24            THE OTHER LINE OF EVIDENCE, WHICH IS TOTALLY SEPARATE
                    25      BUT ALSO POINTS IN THE SAME DIRECTION, IS STUDIES OF THE KIND
                    page 353
                    1       THAT WE HAVE DONE WHERE YOU LOOK AT PEOPLE TAKING VIOXX
                    2       COMPARED TO PEOPLE TAKING CELEBREX COMPARED TO OTHER
                    3       MEDICATIONS AND, AGAIN, FINDING THAT THE PEOPLE TAKING VIOXX
                    4       OUT THERE IN THE NORMAL WORLD, NOT IN THE CLINICAL TRIAL, ARE
                    5       HAVING MORE HEART ATTACKS THAN PEOPLE NOT TAKING IT.  THEN, IN
                    6       A WAY, THE ICING ON THE CAKE IS IF THERE IS SOME REASON FOR
                    7       BEING ABLE TO SAY WE THINK WE MAY KNOW WHY THIS HAPPENS, THAT
                    8       IS ADDITIONAL HELPFUL INFORMATION.
                    9       Q.    DID YOU HAVE ALL THREE OF THOSE IN CONNECTION WITH-- TO
                    10      SUPPORT VIOXX?
                    11      A.    YES.  I THINK ALL THREE LINES OF ARGUMENT WERE PRESENT AND
                    12      REASONABLY CLEAR IN THE CASE OF VIOXX.
```

[351:19] - [351:25]    8/1/2006    Barnett Trial v.02 (pages 188-453) (Anstice, Avorn)

```
                    page 351
                    19      Q.    DO YOU HAVE AN OPINION THAT YOU HOLD TO A REASONABLE
                    20      DEGREE OF MEDICAL AND SCIENTIFIC CERTAINTY AS TO WHETHER OR NOT
                    21      VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?
                    22      A.    I HAVE AN OPINION.
                    23      Q.    WHAT IS THAT OPINION?
                    24      A.    THAT VIOXX DOES CAUSE HEART DISEASE, SPECIFICALLY HEART
                    25      ATTACKS, IN HUMAN BEINGS.
```

[352:5] - [352:16]     8/1/2006    Barnett Trial v.02 (pages 188-453) (Anstice, Avorn)

```
                    page 352
                    5       Q.    WHAT ARE THE BASES OF YOUR OPINION, AS AN EPIDEMIOLOGIST,
                    6       THAT VIOXX IS CAPABLE OF CAUSING HEART ATTACKS IN HUMAN BEINGS?
                    7       A.    THE CLINICAL TRIAL EVIDENCE I THINK IS THE NUMBER ONE
                    8       STRONGEST INDICATION OR EVIDENCE FOR THIS.  RANDOMIZED
                    9       CONTROLLED CLINICAL TRIALS, DOUBLE-BLIND, IN WHICH PATIENTS WHO
                    10      WERE GIVEN VIOXX COMPARED TO OTHER DRUGS, THE CONSISTENCY OF
                    11      THE EVIDENCE THAT VIOXX CAUSES A HIGHER NUMBER OF HEART ATTACKS
                    12      OR OTHER CARDIOVASCULAR ADVERSE EVENTS, FROM A NUMBER OF
                    13      STUDIES WHICH WE COULD GO THROUGH, THAT IS ONE KEY FOUNDATION
                    14      OF THIS ASSOCIATION.  THAT WAS FOUND IN VIGOR, IN 090, IN
                    15      ADVANTAGE, IN A NUMBER OF STUDIES, MOST OF WHICH ACTUALLY WERE
                    16      CONDUCTED BY MERCK, WHICH SHOWED A HIGHER --
```

[365:18] - [366:10]    8/1/2006    Barnett Trial v.02 (pages 188-453) (Anstice, Avorn)

```
                    page 365
                    18      Q.    DR. AVORN, DO YOU HAVE AN OPINION THAT YOU HOLD TO A
                    19      REASONABLE DEGREE OF MEDICAL CERTAINTY AS TO WHEN THERE WAS
                    20      REASONABLE EVIDENCE OF AN ASSOCIATION BETWEEN VIOXX AND HEART
                    21      ATTACKS?
                    22      A.    YES.
                    23      Q.    WHAT IS THAT OPINION?
                    24      A.    THAT SAID, I HAVE SUCH AN OPINION, AND IT IS THAT BY THE
                    25      TIME THE DATA FROM THE VIGOR STUDY WERE AVAILABLE TO MERCK,
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

- **Barnett JMOL Motion**

```
page 366
1       WHICH WOULD HAVE BEEN THE SPRING OF 2000, COMBINING THE VIGOR
2       DATA WITH THE EVIDENCE FROM THE OTHER CLINICAL TRIALS, ALL OF
3       WHICH MERCK HAD CONDUCTED ITSELF, COUPLED WITH THE GUIDANCE
4       THAT MERCK HAD SOUGHT AND RECEIVED FROM ITS OWN BOARD OF
5       SCIENTIFIC ADVISORS, COUPLED WITH THE PHARMACOLOGIC EVIDENCE
6       THAT WAS OUT THERE IN THE LITERATURE PRIOR TO THAT POINT, BY
7       THE SPRING OF 2000 THE BURDEN OF EVIDENCE WAS ENOUGH TO SUGGEST
8       THAT THERE WAS, INDEED, A REASON FOR CONCERN THAT VIOXX WAS
9       ASSOCIATED WITH HEART ATTACK AND OTHER CARDIOVASCULAR DISEASE
10      IN HUMANS.
```

[688:] - [688:25]    8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo

```
page 688
    0688
1                              UNITED STATES DISTRICT COURT
2                              EASTERN DISTRICT OF LOUISIANA
3
4
5       IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
        LIABILITY LITIGATION           *
6                                      *
                                       *
7       THIS DOCUMENT RELATES TO       *    AUGUST 3, 2006, 8:30 A.M.
                                       *
8                                      *
        GERALD BARNETT V. MERCK        *    CASE NO. 06-CV-485-L
9         & CO., INC.                  *
        * * * * * * * * * * * * * * *
10
11
                                  VOLUME IV
12                           JURY TRIAL BEFORE THE
                           HONORABLE ELDON E. FALLON
13                        UNITED STATES DISTRICT JUDGE
14
        APPEARANCES:
15
16      FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                    BY:  MARK P. ROBINSON JR., ESQ.
17                                  620 NEWPORT CENTER DRIVE
                                    NEWPORT BEACH, CALIFORNIA 92660
18
19      FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                       PORTIS & MILES
20                                  BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                    234 COMMERCE STREET
21                                  POST OFFICE BOX 4160
                                    MONTGOMERY, ALABAMA 36103
22
23      FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                       PALENCHAR & SCOTT
24                                  BY:  PHILIP S. BECK, ESQ.
                                         ANDREW L. GOLDMAN, ESQ.
25                                  54 W. HUBBARD STREET, SUITE 300
                                    CHICAGO, ILLINOIS 60601
```

[778:16] - [778:23]    8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo

```
page 778
16             SO THERE WILL BE MULTIPLE PHASE II STUDIES.  THE
17      NUMBER OF PHASE III STUDIES, THAT REALLY DEPENDS ON WHAT THE
18      CONVERSATIONS BETWEEN THE SPONSOR AND THE FDA HAVE BEEN.
19      SOMETIMES THE FDA WILL REQUIRE MULTIPLE CONFIRMATION STUDIES.
20      THEY JUST DON'T WANT ONE STUDY; THEY WANT TWO STUDIES.  MORE
21      RECENTLY, THE FDA HAS DECIDED THAT IF THEY HAVE ONE GOOD, LARGE
22      AND WELL-DESIGNED, WELL-EXECUTED, WELL-ANALYZED CONFIRMATION
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• **Barnett JMOL Motion**

```
                            23      STUDY, THAT WILL BE ENOUGH.


[799:6] - [799:19]         8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo
                           page 799
                           6       Q.   WHAT'S THE DIFFERENCE -- WE'VE HEARD REFERENCE TO
                           7       ASSOCIATION AND CAUSATION.  IN TERMS OF AN EXPOSURE TO TRUE
                           8       NATURE RELATIONSHIP, WHAT'S THE DIFFERENCE BETWEEN AN
                           9       ASSOCIATION AND CAUSATION?
                           10      A.   THE DIFFERENCE IS IN ASSOCIATION, THERE IS JUST A HARMLESS
                           11      SIMULTANEOUS OCCURRENCE.  FOR EXAMPLE, I'M ASHAMED OF THIS, BUT
                           12      I CONFESS, I HAVE A NEW LOVE FOR THESE LITTLE TOOTSIE ROLLS.
                           13      LET'S SAY I HAD ONE, I TOOK ONE AND I INSTANTLY HAD A STROKE.
                           14      OKAY.  THEY BOTH OCCUR AT THE SAME TIME.  BUT DOES THAT MEAN
                           15      THAT THAT TOOTSIE ROLL CAUSED THE STROKE?
                           16           THERE ARE SEVERAL THINGS THAT COULD CAUSE A STROKE.
                           17      I MAY HAVE HAD THE STROKE REGARDLESS OF WHETHER I HAD THE
                           18      TOOTSIE ROLL THAT DAY OR NOT.  THAT'S AN EXAMPLE OF A MERE
                           19      ASSOCIATION.  THE TWO ARE RELATED JUST IN TIMING.


[834:1] - [835:21]         8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo
                           page 834
                           1       Q.   HEART ATTACK AND STROKES, WOULD THAT BE CONSIDERED SERIOUS
                           2       ADVERSE EVENTS, DR. MOYE?
                           3       A.   DEFINITELY.
                           4       Q.   UNDERNEATH THE WARNINGS SECTION, WE HAVE PRECAUTIONS?
                           5       A.   YES.
                           6       Q.   DOES THE PRECAUTIONS SECTION HAVE PARTICULAR MEANING TO
                           7       DOCTORS?
                           8       A.   YES.  THE PRECAUTIONS SECTION IS LESS ALARMING.  THE
                           9       PRECAUTIONS SECTION TALKS ABOUT HOW TO USE THE DRUG IN SPECIAL
                           10      CIRCUMSTANCES.  FOR EXAMPLE, CAN THE DRUG BE USED IN PREGNANT
                           11      WOMEN?  CAN IT BE USED IN CHILDREN?  CAN IT BE USED IN THE
                           12      ELDERLY?  CAN IT BE USED WHILE DRIVING?  THESE ARE JUST SPECIAL
                           13      CIRCUMSTANCES THAT COME UP THAT PATIENTS COMMONLY HAVE FROM
                           14      DAY-TO-DAY.  IF THERE ARE PARTICULAR CONCERNS ABOUT THE DRUG IN
                           15      THOSE CIRCUMSTANCES, THEY ARE EXPRESSED HERE IN THE PRECAUTIONS
                           16      SECTION.
                           17      Q.   ON THE LAST PAGE, DR. MOYE, WE HAVE A SECTION ENTITLED
                           18      "ADVERSE REACTIONS."
                           19      A.   YES.
                           20      Q.   TELL US WHAT THAT SECTION IS FOR.
                           21      A.   WELL, THE ADVERSE REACTIONS ARE THE REST OF THE ADVERSE
                           22      EVENTS.  WE ALREADY TALKED ABOUT THE SERIOUS ADVERSE EVENTS,
                           23      BUT DRUGS HAVE A WHOLE COLLECTION OF ADVERSE EVENTS.  THEY MAY
                           24      BE TEMPORARY DIZZINESS.  THERE MAY BE NUMBNESS.  THERE MAY BE
                           25      ITCHING.  THERE MAY BE A CHANGE IN PERCEPTION OF VISION WHEN AN
                           page 835
                           1       INDIVIDUAL IS LOOKING AT SOMETHING.  THESE ARE NOT
                           2       LIFE-THREATENING, BUT THEY CERTAINLY ARE NUISANCES, AND DOCTORS
                           3       AND PATIENTS NEED TO BE AWARE OF THEM.
                           4       Q.   DR. MOYE, I WANT YOU TO ASK YOU TO ASSUME THAT DURING THE
                           5       FIRST THREE PHASES OF THE DEVELOPMENT OF VIOXX A CONCERN AROSE
                           6       ABOUT SERIOUS CARDIOVASCULAR RISKS.  ARE YOU WITH ME?
                           7       A.   I UNDERSTAND THE ASSUMPTION.
                           8       Q.   CONSIDERING THAT A SERIOUS CARDIOVASCULAR RISK AROSE
                           9       PREAPPROVAL OF VIOXX, CAN YOU TELL US WHETHER OR NOT MERCK
                           10      ADEQUATELY CONVEYED THAT RISK TO DOCTORS IN THE 1999 PRODUCT
                           11      LABEL?
                           12      A.   NO, THEY DID NOT.
                           13      Q.   WHY DO YOU SAY THAT, DR. MOYE?
                           14      A.   BECAUSE CARDIOVASCULAR RISKS, BY DEFINITION, ARE SERIOUS
                           15      ADVERSE EVENTS WHICH MEANS THAT PHYSICIANS AND PATIENTS NEED TO
                           16      KNOW ABOUT THEM.  THEY NEED TO BE PLACED IN THE APPROPRIATE
                           17      PART OF THE LABEL SO THAT PHYSICIANS AND PATIENTS WILL KNOW
                           18      ABOUT THEM.  SO THERE NEEDS TO BE A STATEMENT IN THE WARNINGS
                           19      SECTION OF THE LABEL THAT DESCRIBES CLEARLY WHAT THE
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

- **Barnett JMOL Motion**

```
                    20       CARDIOVASCULAR RISKS ARE, AND THERE IS NO SUCH STATEMENT IN THE
                    21       WARNINGS SECTION.
```

[906:] - [906:25]   8/4/2006   Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)

```
                    page 906
                        0906
                    1                          UNITED STATES DISTRICT COURT
                    2                          EASTERN DISTRICT OF LOUISIANA
                    3
                    4
                    5        IN RE: VIOXX PRODUCTS        *    MDL DOCKET NO. 1657
                             LIABILITY LITIGATION         *
                    6                                     *
                                                          *
                    7        THIS DOCUMENT RELATES TO     *    AUGUST 4, 2006, 8:30 A.M.
                                                          *
                    8                                     *
                             GERALD BARNETT V. MERCK      *    CASE NO. 06-CV-485-L
                    9          & CO., INC.                *
                             * * * * * * * * * * * * * * *
                    10
                    11
                                                     VOLUME V
                    12                           JURY TRIAL BEFORE THE
                                              HONORABLE ELDON E. FALLON
                    13                       UNITED STATES DISTRICT JUDGE
                    14
                             APPEARANCES:
                    15
                    16       FOR THE PLAINTIFF:           ROBINSON, CALCAGNIE & ROBINSON
                                                          BY:  MARK P. ROBINSON JR., ESQ.
                    17                                    620 NEWPORT CENTER DRIVE
                                                          NEWPORT BEACH, CALIFORNIA 92660
                    18
                    19       FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                                                             PORTIS & MILES
                    20                                    BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                                          234 COMMERCE STREET
                    21                                    POST OFFICE BOX 4160
                                                          MONTGOMERY, ALABAMA 36103
                    22
                    23       FOR THE DEFENDANT:           BARTLIT BECK HERMAN
                                                             PALENCHAR & SCOTT
                    24                                    BY:  PHILIP S. BECK, ESQ.
                                                               ANDREW L. GOLDMAN, ESQ.
                    25                                    54 W. HUBBARD STREET, SUITE 300
                                                          CHICAGO, ILLINOIS 60601
```

[958:17] - [959:2]   8/4/2006   Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)

```
                    page 958
                    17       Q.   DID YOU UNDERSTAND THAT THAT INDICATED THAT THERE WERE
                    18       FOUR TIMES AS MANY HEART ATTACKS IN THE PATIENTS USING VIOXX,
                    19       50 MILLIGRAMS, COMPARED TO THE PATIENTS USING 1,000 MILLIGRAMS
                    20       OF NAPROXEN?  DO YOU UNDERSTAND?
                    21            I WANT TO GET YOUR UNDERSTANDING OF THE .1 PERCENT
                    22       VERSUS THE .4 PERCENT, OKAY?
                    23       A.   FOUR TIMES MORE EVENTS.
                    24       Q.   DID YOU KNOW IN ABOUT NOVEMBER OF 2000 THAT THERE WERE
                    25       FOUR TIMES AS MANY HEART ATTACK EVENTS IN THE VIOXX ARM OF THE
                    page 959
                    1        VIGOR STUDY COMPARED TO THE NAPROXEN ARM?
                    2        A.   YES, SIR.
```

**Exhibit A - Barnett v. Merck Trial Testimony Excerpts**

• **Barnett JMOL Motion**

[959:8] - [959:23]    8/4/2006    Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)

```
page 959
8       Q.    THERE HAS BEEN AN ALLEGATION THAT MERCK SHOULD HAVE
9       UPDATED INFORMATION THAT OCCURRED AFTER THE CUTOFF DATE IN THIS
10      STUDY.  DO YOU KNOW WHAT I MEAN BY "CUTOFF DATE"?
11      A.    YES, SIR.
12      Q.    AND THAT MERCK SHOULD HAVE INCLUDED THESE ADDITIONAL HEART
13      ATTACK EVENTS THAT OCCURRED AFTER THE CUTOFF DATE.  OKAY?
14      A.    YES, SIR.
15      Q.    NOW, IF MERCK HAD INCLUDED THREE ADDITIONAL HEART ATTACKS
16      THAT OCCURRED AFTER THE CUTOFF DATE OF THIS STUDY, THAT WOULD
17      HAVE CHANGED THE PERCENTAGES TO FIVE TIMES; IN OTHER WORDS,
18      THERE WOULD HAVE BEEN FIVE TIMES AS MANY NARCOTICS ATTACKS IN
19      THE VIOXX ARM VERSUS THE NAPROXEN ARM -- ARE YOU WITH ME?
20      A.    YES, SIR.
21      Q.    -- WOULD IT HAVE MADE A DIFFERENCE TO YOU IF THE NUMBER
22      WAS FIVE TIMES AS OPPOSED TO FOUR TIMES?
23      A.    I DON'T BELIEVE SO.
```

[960:8] - [962:4]    8/4/2006    Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)

```
page 960
8       Q.    WERE YOU AWARE, SIR, THAT THERE WERE OTHERS IN THE MEDICAL
9       COMMUNITY IN THE 2002 AND 2001 TIME FRAME WHO QUESTIONED
10      WHETHER NAPROXEN WAS THE APPROPRIATE EXPLANATION FOR THE VIGOR
11      RESULTS?
12      A.    YES, SIR.
13      Q.    DID YOU KNOW THAT BECAUSE THERE WAS NO PLACEBO ARM OF THE
14      VIGOR STUDY, THAT IT WAS IMPOSSIBLE TO KNOW FOR SURE WHETHER
15      VIOXX WAS CAUSING THE HEART ATTACKS IN THE VIGOR STUDY OR
16      NAPROXEN WAS PREVENTING THEM?
17      A.    YES.
18      Q.    CAN YOU EXPLAIN A LITTLE BIT ABOUT WHY THAT'S SO?
19      A.    YES.  WHEN A STUDY IS DONE, THE ASSUMPTION IS THAT THE
20      PLACEBO REALLY DOESN'T DO MUCH OF EITHER.
21      Q.    AND THAT'S A SUGAR PILL?
22      A.    IT'S A PILL THAT DOESN'T HAVE METABOLICALLY -- OR ACTIVE
23      MEDICATION IN IT.  THE CONCEPT IS THAT A PLACEBO SHOULD NOT
24      REDUCE THE RISK OF HEART ATTACKS, AND A STUDY LIKE THAT SHOULD
25      NOT INCREASE THE RISK OF HEART ATTACKS.
page 961
1             IF YOU COMPARE -- AND I'LL USE VIOXX FOR AN EXAMPLE
2       TO PLACEBO IN A STUDY, LET'S SAY THE VIGOR TRIAL.  IF THERE
3       WERE A DIFFERENCE BETWEEN THE TWO GROUPS IN TERMS OF THE HEART
4       ATTACKS, FOR EXAMPLE, YOU WOULD EXPECT THAT DIFFERENCE, IF IT
5       WAS STATISTICALLY SIGNIFICANT, TO BE DUE TO THE EFFECTS OF THE
6       VIOXX MUCH LESS SO THAN ANY EFFECT OF THE PLACEBO BECAUSE THE
7       ASSUMPTION IS THE PLACEBO SHOULD NOT HAVE SIGNIFICANT EFFECTS.
8             WHEN YOU COMPARE A DRUG TO ANOTHER DRUG AND YOU'RE
9       COMPARING TWO DRUGS THAT BOTH HAVE EFFECTS, THEN IT MAKES IT
10      MUCH MORE DIFFICULT TO TEASE OUT HOW MUCH IS DUE TO A
11      BENEFICIAL EFFECT OF ONE DRUG VERSUS A DISADVANTAGEOUS EFFECT
12      OF ANOTHER DRUG.  IT CLOUDS THE WATER, SO TO SPEAK.  SO IT
13      REALLY MAKES THE COMPARISON VERY -- IT MAKES DRAWING THE
14      CONCLUSION WHICH ONE CONTRIBUTED TO THE OUTCOME MUCH MORE
15      DIFFICULT.
16      Q.    BASED ON ALL THAT YOU KNEW, SIR, ABOUT THE VIGOR STUDY
17      DURING THE TIME THAT YOU WERE PRESCRIBING VIOXX TO MR. BARNETT
18      BEFORE HIS HEART ATTACK, DID YOU BELIEVE THE BENEFITS OF VIOXX
19      OUTWEIGHED THE RISKS?
20      A.    YES, SIR.
21      Q.    BECAUSE THERE WAS NO PLACEBO ARM IN THE VIGOR STUDY, YOU
22      UNDERSTOOD, WHILE YOU WERE PRESCRIBING VIOXX TO MR. BARNETT
23      BEFORE HIS HEART ATTACK, THAT YOU COULDN'T BE CERTAIN WHETHER
24      VIOXX WAS ATTRIBUTING TO HEART ATTACKS OR NAPROXEN WAS
25      PREVENTING THEM IN THE VIGOR STUDY?
page 962
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• Barnett JMOL Motion

```
                      1         A.    THAT'S CORRECT.
                      2         Q.    AND THERE HAS BEEN DEBATE IN THE MEDICAL COMMUNITY ABOUT
                      3         THAT STUDY?
                      4         A.    MUCH DEBATE.
```

[964:16] - [969:5]    8/4/2006    Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)

```
                      page 964
                      16        Q.    I'VE HANDED YOU WHAT I'VE MARKED AS EXHIBIT 44.
                      17        A.    YES, SIR.
                      18        Q.    A PACKAGE INSERT THAT IS DATED APRIL OF 2002, APPROVED BY
                      19        THE FOOD & DRUG ADMINISTRATION.  OKAY?
                      20        A.    YES, SIR.
                      21        Q.    WHEN YOU WERE PRESCRIBING VIOXX TO MR. BARNETT, IN
                      22        APRIL 2002 TIME FRAME, WERE YOU FAMILIAR WITH THE RISKS AND
                      23        BENEFITS IN THE LABEL THAT WAS IN EXISTENCE AT THE TIME?
                      24        A.    YES, SIR.
                      25        Q.    SO YOU WOULD HAVE BEEN FAMILIAR WITH THE INFORMATION
                      page 965
                      1         CONTAINED IN EXHIBIT 44?
                      2         A.    YES, SIR.
                      3         Q.    AND THEN, FURTHER DOWN, WHERE IT SAYS "OTHER SAFETY
                      4         FINDINGS, CARDIOVASCULAR SAFETY," DO YOU SEE THAT IT INDICATES
                      5         THE VIGOR STUDY SHOWED A HIGHER INCIDENCE OF ADJUDICATED
                      6         SERIOUS CARDIOVASCULAR THROMBOTIC EVENTS IN PATIENTS TREATED
                      7         WITH VIOXX 50 MILLIGRAMS ONCE DAILY AS COMPARED TO PATIENTS
                      8         TREATED WITH NAPROXEN 500 MILLIGRAMS TWICE DAILY?
                      9         A.    YES, SIR.
                      10        Q.    YOU UNDERSTOOD THAT INFORMATION BACK IN NOVEMBER OF 2000
                      11        WHEN YOU READ THE VIGOR STUDY; RIGHT?
                      12        A.    YES, SIR.
                      13        Q.    AND IF YOU LOOK ON THE RIGHT-HAND COLUMN, THE
                      14        "PRECAUTIONS," UNDER "CARDIOVASCULAR EFFECTS," THE INFORMATION
                      15        BELOW SHOULD BE TAKEN INTO CONSIDERATION AND CAUTION SHOULD BE
                      16        EXERCISED WHEN VIOXX IS USED IN PATIENTS WITH A MEDICAL HISTORY
                      17        OF ISCHEMIC HEART DISEASE."  AND IT CONTINUES TO DESCRIBE THE
                      18        VIGOR STUDY.  DID YOU SEE THAT?
                      19        A.    NOT YET.
                      20        Q.    RIGHT-HAND COLUMN UNDER "PRECAUTIONS," "CARDIOVASCULAR
                      21        EFFECTS."
                      22        A.    OH, YES.
                      23        Q.    DO YOU SEE THE SENTENCE, "THE INFORMATION BELOW SHOULD BE
                      24        TAKEN INTO CONSIDERATION AND CAUTION SHOULD BE EXERCISED WHEN
                      25        VIOXX IS USED IN PATIENTS WITH A MEDICAL HISTORY OF ISCHEMIC
                      page 966
                      1         HEART DISEASE."  DO YOU SEE THAT?
                      2         A.    YES, SIR.
                      3         Q.    DO YOU SEE HOW, IN THAT NEXT PARAGRAPH, THERE IS A
                      4         DESCRIPTION OF A NUMBER OF SERIOUS CARDIOVASCULAR THROMBOTIC
                      5         EVENTS.  IT SAYS THAT THE NUMBER OF SERIOUS CARDIOVASCULAR
                      6         THROMBOTIC EVENTS WAS ACTUALLY HIGHER IN PATIENTS TREATED WITH
                      7         VIOXX VERSUS NAPROXEN.  DO YOU SEE THAT?
                      8         A.    I DON'T FIND THAT YET.
                      9         Q.    IT'S THE SECOND SENTENCE.  ACTUALLY, IT'S IN THE FIRST
                      10        SENTENCE OF THE SECOND PARAGRAPH UNDER "CARDIOVASCULAR
                      11        EFFECTS."  IT SAYS, "IN VIGOR," AND THEN IT DESCRIBES IT.  AND
                      12        THEN AFTER THE COMMA, "THE RISK OF DEVELOPING A SERIOUS
                      13        CARDIOVASCULAR THROMBOTIC EVENT WERE SIGNIFICANTLY HIGHER IN
                      14        PATIENTS TREATED WITH VIOXX 50 MILLIGRAMS ONCE A DAY AS
                      15        COMPARED WITH PATIENTS TREATED WITH NAPROXEN 500 MILLIGRAMS
                      16        TWICE A DAY.  DO YOU SEE THAT?
                      17        A.    YES, SIR.
                      18        Q.    AND FURTHER DOWN:  "IN A PLACEBO-CONTROLLED DATABASE
                      19        DERIVED FROM TWO STUDIES WITH A TOTAL OF 2,142 ELDERLY
                      20        PATIENTS, MEAN AGE 74, WITH A MEDIAN DURATION OF EXPOSURE OF
                      21        APPROXIMATELY 14 MONTHS, THE NUMBER OF PATIENTS WITH SERIOUS
                      22        CARDIOVASCULAR THROMBOTIC EVENTS WAS 21 VERSUS 35 FOR PATIENTS
                      23        TREATED WITH VIOXX 25 MILLIGRAMS, ONCE DAILY, VERSUS PLACEBO."
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

- **Barnett JMOL Motion**

```
                        24      A.   YES, SIR.
                        25      Q.   WHAT'S THE SIGNIFICANCE OF THAT TO YOU?
                        page 967
                        1       A.   I WOULD HAVE TO KNOW THE P-VALUE TO KNOW IF IT WAS
                        2       STATISTICALLY SIGNIFICANT.  BUT I COULD STATE THAT, IN THAT
                        3       DATA, THERE WERE LESS CARDIOVASCULAR EVENTS IN PATIENTS ON
                        4       VIOXX 25 MILLIGRAMS THAN ON PLACEBO.
                        5       Q.   AND KNOWING THAT BACK IN APRIL OF 2002, WHY WAS THAT
                        6       SIGNIFICANT TO YOU?
                        7       A.   WELL, COMPARING THAT TO THE VIGOR TRIAL -- AND IT'S NOT
                        8       ALWAYS VALID TO COMPARE ONE TRIAL TO THE OTHER DUE TO A NUMBER
                        9       OF VARIABLES -- IT SEEMED TO INDICATE THAT, AT LEAST IN ELDERLY
                        10      PATIENTS, 25-MILLIGRAM DOSE OF VIOXX DAILY FOR, I THINK, UP TO
                        11      NINE MONTHS DID NOT INCREASE THEIR RISK OF VASCULAR -- OF MAJOR
                        12      CARDIOVASCULAR EVENTS.
                        13      Q.   AND WHAT YOU HAVE RESULTS IN A PLACEBO-CONTROLLED
                        14      ENVIRONMENT, LIKE THEY'RE DESCRIBING HERE, THERE IS NO
                        15      DIFFERENCE BETWEEN VIOXX AND PLACEBO CONCERNING SERIOUS
                        16      CARDIOVASCULAR THROMBOTIC EVENTS, THAT WOULD SUGGEST THAT THERE
                        17      IS NO INCREASE IN RISK ASSOCIATED WITH VIOXX; CORRECT?
                        18      A.   THAT WOULD SUGGEST THAT THERE'S NO INCREASED RISK.
                        19      Q.   TO YOU, AS A PRESCRIBING PHYSICIAN, WHEN YOU WERE
                        20      PRESCRIBING VIOXX TO MR. BARNETT BEFORE HIS HEART ATTACK, WAS
                        21      THE MOST IMPORTANT CLINICAL TRIAL EVIDENCE CONCERNING HEART
                        22      ATTACK RISK EVIDENCE THAT WOULD BE GENERATED IN THE
                        23      PLACEBO-CONTROLLED STUDIES?
                        24      A.   I THINK CONCLUSIONS DRAWN FROM PLACEBO-CONTROLLED STUDIES
                        25      ARE EASIER TO INTERPRET CAUSE AND EFFECT AND PROBABLY MORE
                        page 968
                        1       GENERALIZABLE WHEN YOU'RE LOOKING AT SAFETY AND EFFICACY.
                        2       Q.   IF YOU SKIP DOWN TO THE NEXT SENTENCE:  "THE SIGNIFICANCE
                        3       OF A CARDIOVASCULAR FINDINGS FROM THESE THREE STUDIES, VIGOR
                        4       AND TWO PLACEBO-CONTROLLED STUDIES, IS UNKNOWN."  YOU SEE THAT?
                        5       A.   NOT YET.  YES, SIR.
                        6       Q.   THAT IS INFORMATION YOU KNEW IN APRIL OF 2002; RIGHT?
                        7       A.   YES, SIR.
                        8       Q.   ARE YOU WEIGHING THE RISKS AND BENEFITS OF VIOXX BASED ON
                        9       HOW THEY'RE DESCRIBED IN THE PACKAGE, IN OTHER WORDS, WHEN
                        10      YOU'RE DECIDING WHETHER TO PRESCRIBE VIOXX FOR MR. BARNETT?
                        11      A.   THAT'S ONE PART OF THE DECISION-MAKING PROCESS.
                        12      Q.   AND HERE IN APRIL OF 2002, THE FDA-APPROVED LABEL IS
                        13      INDICATING THAT THE REASON FOR THE DIFFERENCE IN VIGOR AND
                        14      THESE PLACEBO-CONTROLLED STUDIES IS UNCERTAIN.  DO YOU SEE
                        15      THAT?
                        16      A.   YES.
                        17      Q.   WHEN YOU'RE MAKING A RISK/BENEFIT DECISION ABOUT WHETHER
                        18      TO PRESCRIBE VIOXX TO MR. BARNETT, IT'S IMPORTANT THAT YOU KNOW
                        19      THAT -- WHEN YOU WERE PRESCRIBING THE VIOXX TO MR. BARNETT
                        20      AFTER APRIL OF 2002, YOU UNDERSTOOD THE FDA-APPROVED LABEL
                        21      SAYING THAT THE RESULTS OF VIGOR AND THESE PLACEBO-CONTROLLED
                        22      STUDIES WERE UNKNOWN; CORRECT?
                        23      A.   I WOULD INTERPRET IT AS THE RESULTS OF THE VIGOR AND THE
                        24      OTHER TWO STUDIES ARE NOT DEFINITIVE.
                        25      Q.   AND YOU UNDERSTOOD THAT BACK IN APRIL OF 2002?
                        page 969
                        1       A.   YES, SIR.
                        2       Q.   BASED ON THAT, YOU FELT THAT THE BENEFITS OF VIOXX
                        3       OUTWEIGHED THE RISKS FOR MR. BARNETT?
                        4       A.   I THOUGHT -- I THOUGHT THAT THE RISK-TO-BENEFIT RATIO WAS
                        5       ACCEPTABLE FOR MR. BARNETT.

[970:1] - [970:15]      8/4/2006    Barnett Trial v.05 (page 906-1148) (Mikola, Karavan)
                        page 970
                        1       A.   IT MEANS THAT THERE ARE 28 PERCENT LESS EVENTS IN THE
                        2       VIOXX GROUP COMPARED TO THE PLACEBO GROUP.
                        3       Q.   AND THEN DO YOU SEE THE THIRD PAGE THAT MERCK IS INCLUDING
                        4       TOWARD THE BOTTOM?  ALMOST DONE.
```

**Exhibit A - Barnett v. Merck Trial Testimony Excerpts**

- **Barnett JMOL Motion**

```
                  5         A.     THAT'S OKAY.
                  6         Q.     ON THE THIRD PAGE, MERCK IS INCLUDING THE PRESCRIBING
                  7         INFORMATION FOR VIOXX.  AND IF YOU FLIP THROUGH, YOU'LL SEE
                  8         IT'S A VERBATIM DESCRIPTION OF WHAT IS IN THE APRIL 2002 LABEL
                  9         CONCERNING VIGOR?
                 10         A.     YES, SIR.
                 11         Q.     AND WHEN YOU WERE PRESCRIBING VIOXX TO MR. BARNETT -- NOW,
                 12         THIS IS AFTER HIS HEART ATTACK IN MARCH OF 2003 -- YOU
                 13         UNDERSTOOD THIS INFORMATION AND YOU BELIEVED THAT THE BENEFITS
                 14         OF VIOXX OUTWEIGHED THE RISKS?
                 15         A.     YES, SIR.  AT THE DOSES PRESCRIBED, YES, SIR.
```

[1149:] - [1149:25]    8/5/2006    Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
                 page 1149
                     1149
                  1                             UNITED STATES DISTRICT COURT
                  2                             EASTERN DISTRICT OF LOUISIANA
                  3
                  4
                  5         IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
                            LIABILITY LITIGATION           *
                  6                                        *
                                                           *
                  7         THIS DOCUMENT RELATES TO       *    AUGUST 5, 2006, 8:30 A.M.
                                                           *
                  8                                        *
                            GERALD BARNETT V. MERCK        *    CASE NO. 06-CV-485-L
                  9           & CO., INC.                  *
                            * * * * * * * * * * * * * * *
                 10
                 11
                                                   VOLUME VI
                 12                            JURY TRIAL BEFORE THE
                                             HONORABLE ELDON E. FALLON
                 13                         UNITED STATES DISTRICT JUDGE
                 14
                            APPEARANCES:
                 15
                 16         FOR THE PLAINTIFF:             ROBINSON, CALCAGNIE & ROBINSON
                                                           BY:  MARK P. ROBINSON JR., ESQ.
                 17                                        620 NEWPORT CENTER DRIVE
                                                           NEWPORT BEACH, CALIFORNIA 92660
                 18
                 19         FOR THE PLAINTIFF:             BEASLEY ALLEN CROW METHVIN
                                                              PORTIS & MILES
                 20                                        BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                                           234 COMMERCE STREET
                 21                                        POST OFFICE BOX 4160
                                                           MONTGOMERY, ALABAMA 36103
                 22
                 23         FOR THE DEFENDANT:             BARTLIT BECK HERMAN
                                                              PALENCHAR & SCOTT
                 24                                        BY:  PHILIP S. BECK, ESQ.
                                                                ANDREW L. GOLDMAN, ESQ.
                 25                                        54 W. HUBBARD STREET, SUITE 300
                                                           CHICAGO, ILLINOIS 60601
```

[1224:9] - [1225:14]    8/5/2006    Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
                 page 1224
                  9         Q.     YOU SAY, "MOREOVER, OUR RESULTS MAY BE MODEL, THERAPY
                 10         DURATION, AND DRUG-SPECIFIC."  LET'S STOP THERE.  WHAT DO YOU
                 11         MEAN WHEN YOU SAY THE RESULTS IN YOUR STUDY MIGHT BE
                 12         MODEL-SPECIFIC?
                 13         A.     WELL, AS WE'VE TALKED ALL ALONG, A MOUSE PROVIDES
                 14         IMPORTANT CLUES AND IMPORTANT EVIDENCE OF CONCEPTS, BUT IT
                 15         DOESN'T PROVIDE PROOF, IT'S CONCEIVABLE THAT WHAT WE FIND IN A
```


...


**Exhibit A - Barnett v. Merck Trial Testimony Excerpts**

- **Barnett JMOL Motion**

```
              16      GIVEN MOUSE MODEL MAY NOT BE APPLICABLE TO PATIENTS.
              17      Q.   IS IT ALSO TRUE THAT WHAT YOU FIND IN ONE PARTICULAR MOUSE
              18      MODEL MAY NOT BE FOUND IN ANOTHER TYPE OF MOUSE MODEL?
              19      A.   THAT'S CORRECT.
              20      Q.   OR A DIFFERENT TYPE OF ANIMAL MODEL?
              21      A.   THAT'S CORRECT.
              22      Q.   WHAT DO YOU MEAN BY, "OUR RESULTS MAY BE THERAPY
              23      DURATION-SPECIFIC"?
              24      A.   WELL, IF YOU GIVE THE DRUG FOR A DAY OR IF YOU GIVE IT FOR
              25      A YEAR, THE EFFECTS MAY BE VERY DIFFERENT AND EVERYTHING IN
              page 1225
              1       BETWEEN.  I MEAN, IT'S SPECULATION, AND ANYTHING MIGHT BE
              2       POSSIBLE.
              3       Q.   ARE YOU AWARE OF OTHER MICE STUDIES THAT DID STUDY THE
              4       EFFECT OF MF-TRICYCLIC AND VIOXX AND OTHER COX-2 INHIBITORS FOR
              5       A LONGER PERIOD OF TIME THAN YOUR STUDY AND FOUND EITHER THAT
              6       THERE WAS NO EFFECT ON THE SIZE OF THE ATHEROSCLEROTIC PLAQUE
              7       OR THAT THE COX-2 INHIBITOR ACTUALLY REDUCED THE SIZE OF THE
              8       PLAQUE?
              9       A.   YES.
              10      Q.   I THINK YOUR STATEMENT ABOUT "OUR RESULTS MAY BE
              11      DRUG-SPECIFIC" IS SELF-EXPLANATORY.  I ASSUME THAT MEANS THAT
              12      WHAT YOU SEE WITH MF-TRICYCLIC MAY NOT BE SEEN WITH CELEBREX OR
              13      VIOXX OR ANOTHER MOLECULE?
              14      A.   RIGHT.
```

[1232:5] - [1232:21]     8/5/2006    Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
              page 1232
              5       Q.   IS IT FAIR TO SAY, DR. EPSTEIN, THAT THE FINDINGS OF YOUR
              6       STUDY, WHILE THEY MAY BE RELEVANT TO MICE IN THE EARLY STAGES
              7       OF ATHEROSCLEROSIS, MAY NOT BE RELEVANT WHEN YOU'RE TALKING
              8       ABOUT ADVANCED ATHEROSCLEROSIS?
              9       A.   THAT'S ABSOLUTELY TRUE.
              10      Q.   JUST BECAUSE, IN YOUR STUDY, THERE WAS A FINDING OF MICE
              11      AFTER THREE WEEKS OF DOSING THAT MF-TRICYCLIC INCREASED THE
              12      SIZE OF THE ATHEROSCLEROTIC PLAQUE DOESN'T MEAN THAT
              13      MF-TRICYCLIC, OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER,
              14      NECESSARILY ACCELERATES THE PROGRESSION OF EXISTING
              15      ATHEROSCLEROSIS?
              16      A.   THAT'S CORRECT.
              17      Q.   NOR DO THE FINDINGS IN YOUR STUDY MEAN THAT MF-TRICYCLIC,
              18      OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER, INCREASED THE
              19      LIKELIHOOD OF PLAQUE RUPTURE AT THAT STAGE OF ATHEROSCLEROSIS;
              20      TRUE?
              21      A.   THIS STUDY DOES NOT INVESTIGATE THAT PARTICULAR POINT.
```

[1302:] - [1302:25]      8/7/2006    Barnett Trial v.07 (pages 1302-1570) (Popma, JBarnett, CBar

```
              page 1302
                 1302
              1                         UNITED STATES DISTRICT COURT
              2                         EASTERN DISTRICT OF LOUISIANA
              3
              4
              5       IN RE: VIOXX PRODUCTS         *    MDL DOCKET NO. 1657
                      LIABILITY LITIGATION          *
              6                                     *
                                                    *
              7       THIS DOCUMENT RELATES TO      *    AUGUST 7, 2006, 8:30 A.M.
                                                    *
              8                                     *
                      GERALD BARNETT V. MERCK       *    CASE NO. 06-CV-485-L
              9         & CO., INC.                 *
                      * * * * * * * * * * * * * * *
              10
              11
                                               VOLUME VII
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• **Barnett JMOL Motion**

```
                 12                                JURY TRIAL BEFORE THE
                                                HONORABLE ELDON E. FALLON
                 13                              UNITED STATES DISTRICT JUDGE
                 14
                       APPEARANCES:
                 15
                 16    FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                                   BY:  MARK P. ROBINSON JR., ESQ.
                 17                                620 NEWPORT CENTER DRIVE
                                                   NEWPORT BEACH, CALIFORNIA 92660
                 18
                 19    FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES
                 20                                BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                                   234 COMMERCE STREET
                 21                                POST OFFICE BOX 4160
                                                   MONTGOMERY, ALABAMA 36103
                 22
                 23    FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                                     PALENCHAR & SCOTT
                 24                                BY:  PHILIP S. BECK, ESQ.
                                                         ANDREW L. GOLDMAN, ESQ.
                 25                                54 W. HUBBARD STREET, SUITE 300
                                                   CHICAGO, ILLINOIS 60601
```

[1495:19] - [1495:22]   8/7/2006   Barnett Trial v.07 (pages 1302-1570) (Popma, JBarnett, CBar

```
page 1495
 19   Q.   NOW, LET ME JUST ASK YOU THIS:  IS THERE ANYTHING THAT HE
 20        ASKED YOU THAT MAKES YOU ALTER YOUR OPINION THAT THIS EXTENSIVE
 21        PLAQUE BUILDUP THAT YOU TALKED ABOUT IS UNEXPLAINED?
 22   A.   NO.
```

[1571:] - [1571:25]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1571
     1571
 1                            UNITED STATES DISTRICT COURT
 2                            EASTERN DISTRICT OF LOUISIANA
 3
 4
 5         IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
           LIABILITY LITIGATION           *
 6                                        *
                                          *
 7         THIS DOCUMENT RELATES TO       *    AUGUST 8, 2006, 8:30 A.M.
                                          *
 8                                        *
           GERALD BARNETT V. MERCK        *    CASE NO. 06-CV-485-L
 9           & CO., INC.                  *
           * * * * * * * * * * * * * * * *
 10
 11
                                  VOLUME VIII
 12                            JURY TRIAL BEFORE THE
                              HONORABLE ELDON E. FALLON
 13                          UNITED STATES DISTRICT JUDGE
 14
        APPEARANCES:
 15
 16     FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                    BY:  MARK P. ROBINSON JR., ESQ.
 17                                 620 NEWPORT CENTER DRIVE
                                    NEWPORT BEACH, CALIFORNIA 92660
 18
 19     FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                      PORTIS & MILES
 20                                 BY:  ANDY D. BIRCHFELD JR., ESQ.
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

- **Barnett JMOL Motion**

```
                                            234 COMMERCE STREET
         21                                 POST OFFICE BOX 4160
                                            MONTGOMERY, ALABAMA 36103
         22
         23      FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                                              PALENCHAR & SCOTT
         24                                 BY:  PHILIP S. BECK, ESQ.
                                                 ANDREW L. GOLDMAN, ESQ.
         25                                 54 W. HUBBARD STREET, SUITE 300
                                            CHICAGO, ILLINOIS 60601
```

[1666:11] - [1666:24]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1666
11      Q.   NOW, DOCTOR, DO YOU HAVE AN OPINION AS TO WHETHER OR NOT
12      VIOXX CAUSED MR. BARNETT'S HEART ATTACK?
13      A.   I DO.
14      Q.   WHAT IS THAT OPINION?
15      A.   THAT IT DID.
16      Q.   AND WHAT DO YOU BASE THAT OPINION ON?
17      A.   I BASE THE OPINION ON A REVIEW OF THE ANIMAL STUDIES THAT
18      PROVIDE BIOLOGIC PLAUSIBILITY, A MECHANISM BY WHICH VIOXX CAN
19      DO THAT.  I BASE THE OPINION ON THE REVIEW OF THE EPIDEMIOLOGIC
20      DATA, THE DATA THAT ACTUALLY DEAL WITH PATIENTS WHO'VE HAD
21      VARIOUS STUDIES THAT WERE DONE.  I BASE THE OPINION ON ACTUALLY
22      GOING THROUGH MR. BARNETT'S MEDICAL RECORDS VERY CAREFULLY AND
23      COULD FIND NO OTHER CAUSE OF HIS ACCELERATED ATHEROSCLEROSIS
24      AND HEART ATTACK.
```

[1679:3] - [1679:5]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1679
3       Q.   NOW, YOU SAID THE VIOXX ACCELERATES THE PLAQUE IS WHAT YOU
4       USED?
5       A.   YES.
```

[1685:18] - [1685:23]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1685
18      Q.   OKAY.  NOW, I THINK I WANT TO SHIFT GEARS HERE.  NOW I
19      WANT TO ASK YOU:  DID YOU RELY ON STUDIES -- DO YOU HAVE AN
20      OPINION AS TO WHETHER VIOXX ACCELERATES ATHEROSCLEROSIS?
21      A.   I DO.
22      Q.   WHAT'S THAT OPINION?
23      A.   THAT IT DOES.
```

[1692:21] - [1692:25]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1692
21      Q.   WHAT DOES THE NEXT SLIDE SHOW?  WHY DO WE HAVE IT UP HERE?
22      A.   PRATICO HAS PREVIOUSLY PUBLISHED -- WELL, LET ME BACK UP.
23           NOT EVERY ANIMAL STUDY SUPPORTS THESE FINDINGS.
24      THERE ARE SOME THAT SUGGEST THAT PERHAPS COX-2 INHIBITION MIGHT
25      BE BENEFICIAL.  AND THAT'S OKAY.  WHEN THERE ARE DIFFERENT
```

[1734:15] - [1735:14]   8/8/2006   Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1734
15      Q.   DO YOU BELIEVE THAT VIOXX WAS THE CAUSE OF THAT?
16      A.   I DO.
17           MR. BECK:  OBJECTION, YOUR HONOR, LEADING AND ASKED
18      AND ANSWERED.
19           MR. ROBINSON:  NOT THAT.
20           THE COURT:  HE IS TALKING NOW ABOUT THE LIFE
21      EXPECTANCY.
22           MR. ROBINSON:  RIGHT.
23           THE WITNESS:  YES.
```

Exhibit A - Barnett v. Merck Trial Testimony Excerpts

• **Barnett JMOL Motion**

```
                            24        BY MR. ROBINSON:
                            25        Q.    WHY?
                            page 1735
                            1         A.    I CAN COME UP WITH NO OTHER ANSWER.  AS I EXPRESSED TO
                            2         YOU, ALL OF HIS RISKS WERE TAKEN INTO CONSIDERATION WHEN HE HAS
                            3         THE FIRST STRESS TEST JANUARY 24, 2000.  IF BEING AN FBI AGENT
                            4         AND HIS WIFE'S CANCER, ALL OF THESE THINGS, FAMILY HISTORY HAD
                            5         PLAYED A ROLE, WHATEVER ROLE IT PLAYED, WE SHOULD HAVE SEEN IT
                            6         ON THE STRESS TEST AT JANUARY 24, 2000.  SO WE START BASICALLY
                            7         FROM THAT POINT.
                            8               THEN HE STARTS TAKING THE VIOXX, AND THE ONE MAJOR
                            9         BIG RISK THAT HE HAD WAS THE ELEVATED LDL, THE BAD CHOLESTEROL.
                            10        THAT IS BROUGHT UNDER CONTROL BY JULY OF 2000 AND COMES DOWN TO
                            11        NUMBERS THAT, AS I CITED FROM TWO TRIALS, ACTUALLY PRODUCED
                            12        REVERSAL OF CORONARY PLAQUE.  SO THE ONLY WAY I CAN ACCOUNT FOR
                            13        THE PROGRESSION OF THE PLAQUE BUILDUP THAT JERRY BARNETT HAS
                            14        HAD IS THAT IT HAS TO BE THE VIOXX.
```

[1794:21] - [1795:18]    8/8/2006    Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
                            page 1794
                            21        Q.    LET'S LOOK AT THE ANTMAN REVIEW ARTICLE.  I THINK THAT
                            22        YOU --
                            23        A.    THAT'S SINGH.
                            24        Q.    I'M SORRY.  THIS IS SINGH?  I'M NOT DOING TOO WELL WITH MY
                            25        NUMBERS HERE.  THIS IS ANTMAN; RIGHT?  IS THAT WHAT I JUST HAD
                            page 1795
                            1         UP.
                            2         A.    NO, THAT'S NOT --
                            3         Q.    A DIFFERENT ONE?
                            4         A.    WELL --
                            5         Q.    WELL, THIS IS ANTMAN; CORRECT?
                            6         A.    RIGHT.
                            7         Q.    OKAY.  SO PAGE 6, YOU USED THIS DIAGRAM --
                            8         A.    THAT'S WHAT I SHOW, YES, SIR.
                            9         Q.    -- FROM THE ANTMAN THING.  YOU WALKED THROUGH THAT, AND I
                            10        WON'T TAKE THE TIME TO DO IT WITH YOU NOW.  IF WE LOOK OVER AT
                            11        THE TEXT OF THE ARTICLE, WHAT THE AUTHOR'S GOING TO SAY, ON THE
                            12        SECOND PAGE, DO YOU SEE WHERE THEY DREW THAT DIAGRAM EXPLAINING
                            13        THAT THEORY AND THEN THEY SAY, "BOTH COX-1 AND COX-2 ARE
                            14        DETECTIBLE IN HUMAN ATHEROSCLEROTIC LESIONS"?  DO YOU SEE THAT?
                            15        A.    YES, SIR.
                            16        Q.    DOES THAT MEAN THAT BOTH THE COX-1 ENZYME AND THE COX-2
                            17        ENZYMES CAN BE FOUND IN PLAQUE?
                            18        A.    YES, SIR.
```

[1796:14] - [1796:20]    8/8/2006    Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
                            page 1796
                            14        Q.    I'M GOING TO GET TO THE ADVISORY PANEL, I PROMISE, DOCTOR,
                            15        BUT I'M REALLY ASKING YOU ABOUT THIS ARTICLE NOW.  AM I RIGHT
                            16        THAT THE ARTICLE THAT YOU CITED SAID THAT, THE MICE STUDIES,
                            17        SOME OF THEM SHOW THAT COX-2 INHIBITORS WORSEN THE COURSE OF
                            18        ATHEROSCLEROSIS, SOME OF THEM SHOW THAT THEY RETARD THE COURSE,
                            19        WHICH MEANS THEY SLOW DOWN THE GROWTH OF PLAQUE --
                            20        A.    YES, SIR.
```

[1797:2] - [1797:3]    8/8/2006    Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
                            page 1797
                            2         Q.    WAS EGAN ANOTHER ONE OF THE ARTICLES THAT YOU RELIED ON?
                            3         A.    YES, IT WAS.
```

[1798:13] - [1799:9]    8/8/2006    Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
                            page 1798
                            13        Q.    TELL ME IF THIS IS CORRECT, THAT THE BODY HAS SOME SORT OF
```

**Exhibit A - Barnett v. Merck Trial Testimony Excerpts**

- **Barnett JMOL Motion**

```
14        LITTLE RECEPTOR WHERE THE PROSTACYCLIN, FOR EXAMPLE, LATCHES
15        ONTO AND THEN IT DOES WHATEVER IT DOES?
16        A.   YES, SIR.  IT'S KIND OF LIKE A KEY IN A LOCK.
17        Q.   OKAY.  THESE MICE HAD BEEN GENETICALLY ALTERED SO THAT THE
18        LOCKS WERE ALL GONE; RIGHT?
19        A.   YES, SIR.
20        Q.   THE KEYS WERE FLOATING AROUND, BUT THEY DIDN'T HAVE
21        ANYTHING TO DO?
22        A.   IT'S A QUARTER AFTER 5:00.  THAT'S GOOD.
23        Q.   OKAY.  THE RESULT OF THAT WAS THAT THERE WAS A 100 PERCENT
24        REDUCTION IN PROSTACYCLIN, AT LEAST IN TERMS OF PROSTACYCLIN
25        THAT WAS GOING TO DO ANYTHING OTHER THAN FLOAT AROUND WITH NO
page 1799
1         PLACE TO GO.
2         A.   YES, SIR.
3         Q.   I THINK YOU SAID ON DIRECT EXAMINATION THAT THIS IS WHAT
4         VIOXX WOULD DO?
5         A.   IF I DID, I MISSPOKE.
6         Q.   BECAUSE VIOXX WOULD NOT DO THAT; RIGHT?
7         A.   NO.  IT CERTAINLY DOESN'T REDUCE PROSTACYCLIN TO ZERO.
8         Q.   NO COX-2 INHIBITOR REDUCES PROSTACYCLIN TO ZERO?
9         A.   THAT'S CORRECT.
```