UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL No. 1657<br>) SECTION L<br>) JUDGE ELDON E. FALLON<br>)<br>) MAGISTRATE JUDGE<br>) DANIEL E. KNOWLES, III<br>) |

THIS DOCUMENT RELATES TO:
*Margaret Miller and Gilbert Miller v. Merck & Co., Inc.,*
*Case No. 2: 05-cv-06184-EEF-DEK*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Patrick E. Richardson, and files this, Motion to Substitute Counsel of Record and seeks to withdraw his name as attorney of record for the Law Offices of Patrick E. Richardson, representing the above Plaintiffs and substitute Thomas P. Cartmell, Brian J. Madden and Thomas J. Preuss of the law firm of Wagstaff & Cartmell LLP as the named attorneys of record for the Plaintiffs and would state in support thereof the following, to-wit:

1. That Patrick E. Richardson and the Law Offices of Patrick E. Richardson will no longer be representing Plaintiffs in this matter and that Patrick E. Richardson desires to be removed as the named attorney of record in this case.

2. That Thomas P. Cartmell, Brian J. Madden and Thomas J. Preuss and the law firm of Wagstaff & Cartmell LLP will be the named attorneys of record in this case and all correspondence in this case should be directed to their attention.

WHEREFORE, PREMISES CONSIDERED Patrick E. Richardson requests that his name be removed as the attorney of record in this case and that Thomas P. Cartmell, Brian J. Madden and Thomas J. Preuss be substituted and named as attorneys of record in this case.

Respectfully submitted,

*[signature]*

Patrick E. Richardson    MO #27188 27186
The Law Offices of Patrick E. Richardson
620 Rosewood Drive
P.O. Box 987
Kirksville, MO 63501
660-665-5800
FAX 660-665-5900

*[signature]*

Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton    MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
FAX (913) 266-2366

Grant L. Davis  MO #34799
Shawn G. Foster  MO #47663
Davis Bethune & Jones, LLC
Ste. 2930
1100 Main St.
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600
FAX (816) 472-5972

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of August, 2006.

_____
Patrick E. Richardson  MO #27186
The Law Offices of Patrick E. Richardson
620 Rosewood Drive
P.O. Box 987
Kirksville, MO 63501
660-665-5800
FAX 660-665-5900

3

_____
Thomas P. Cartmell        MO #45366
Brian J. Madden           MO #40637
Thomas J. Preuss          MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372
tjpreuss@wcllp.com

J. Scott Bertram          MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever         MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton       MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
FAX (913) 266-2366

Grant L. Davis            MO #34799
Shawn G. Foster           MO #47663
Davis Bethune & Jones, LLC
Ste. 2930
1100 Main St.
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600
FAX (816) 472-5972

ATTORNEYS FOR PLAINTIFF