UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

THIS DOCUMENT RELATES TO:
*Margaret Miller and Gilbert Miller v. Merck & Co., Inc.,*
*Case No. 2: 05-cv-06184-EEF-DEK*

## ORDER ON PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

THIS DAY this action came to be heard on a Motion for Substitution of Counsel of Record for Margaret Miller and Gilbert Miller, Plaintiffs in the above styled and numbered cause of action. This motion was filed by Patrick E. Richardson, Attorney of Record for Margaret Miller and Gilbert Miller, and the Court after having considered said Motion is of the opinion that said Motion should be, in all things, granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Patrick E. Richardson, of The Law Offices of Patrick E. Richardson, is hereby withdrawn as the named attorney of record for Margaret Miller and Gilbert Miller in the above styled cause of action, and Thomas P. Cartmell, Brian J. Madden and Thomas J. Preuss, of the law offices of Wagstaff & Cartmell LLP, is hereby named as the attorneys of record for the Plaintiffs.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2006.

_____
DISTRICT JUDGE

PREPARED AND PRESENTED BY:

_____
Patrick E. Richardson          MO #27188  27186
The Law Offices of Patrick E. Richardson
620 Rosewood Drive
P.O. Box 987
Kirksville, MO 63501
660-665-5800
FAX 660-665-5900

_____
Thomas P. Cartmell             MO #45366
Brian J. Madden                MO #40637
Thomas J. Preuss               MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram               MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever              MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton            MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
FAX (913) 266-2366

Grant L. Davis           MO #34799
Shawn G. Foster          MO #47663
Davis Bethune & Jones, LLC
Ste. 2930
1100 Main St.
P.O. Box 26250
Kansas City, MO  64196
(816) 421-1600
FAX (816) 472-5972

ATTORNEYS FOR PLAINTIFF