STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Plaintiff Diann W. Donoviel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Diann W. Donoviel, on behalf of the heirs of her husband, Wayne Daniel Donoviel<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv1167<br><br><br><br>**AFFIDAVIT OF DIANN W. DONOVIEL** |
|---|---|

Diann W. Donoviel, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Arthur D. Blain, et. al. v. Merck & Company, Inc.*, that was before Judge J. Thomas Greene in the United States District Court for the State of Utah, Central Division, case number 2:04CV01102, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim, on behalf of the heirs of my husband Wayne Daniel Donoviel, against Merck & Company, Inc., be dismissed without prejudice.

3.  Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

_____
Diann W. Donoviel

STATE OF __Utah__ )
                  :ss
COUNTY OF __Salt Lake__ )

Sworn to and subscribed before me this __21__ day of __April__, 2006.

_____
Notary Public

My Commission Expires:
September 30, 2006

```
NOTARY PUBLIC
DEBRA M. GRAVELEY
1544 West 4675 South
Ogden, Utah 84405
My Commission Expires
September 30, 2006
STATE OF UTAH
```

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AFFIDAVIT OF DIANN W. DONOVIEL** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 17th day of July, 2006.