IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANTOS TREVINO, Individually, and as Representative of the Estate of JUANITA TORRES TREVINO, and BLAZ TREVINO, RICHARD TREVINO AND THELMA TREVINO | § § § § § § CIVIL ACTION NO. 2:05-cv-01585 <br> 05-1585 <br> § <br> § JUDGE ELDON E. FALLON |
| Plaintiffs, <br><br> v. <br><br> MERCK & COMPANY, INC. <br><br> Defendant. | § § § § § § § § MAGISTRATE JUDGE <br> § DANIEL E. KNOWLES, III |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiffs, Santos Trevino, Individually and as Representative of the Estate of Juanita Torres Trevino, and Blaz Trevino, Richard Trevino and Thelma Trevino and Defendant, Merck & Company, Inc. file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. **Plaintiffs are:** Santos Trevino, Individually and as Representative of the Estate of

    Juanita Torres Trevino;

    Blaz Trevino;

    Richard Trevino; and

    Thelma Trevino

    **Defendant is:** Merck & Company, Inc.

2. IT IS STIPULATED and AGREED that should Plaintiffs or a representative on their behalf re-file Plaintiffs' claims against Merck, they will do so only in the United States District Court in which venue would be proper, without joining any parties

*Trevino Stipulation of Dismissal* — Page 1

whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332 and shall not oppose transfer to MDL 1657.

3. Trevino agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims of the above styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted,

THE MONSOUR LAW FIRM

_____
DOUGLAS C. MONSOUR
Attorney-in-Charge
State Bar No. 00791289
211 North Center Street
P. O. Drawer 4209
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Fax)
doug@monsourlawfirm.com

ATTORNEYS FOR PLAINTIFFS

FULBRIGHT & JAWORSKI

_Jon Skidmore by permission_
JULIE HARDIN
State Bar No. 24013613
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201-2784
(214) 855-8000
(214) 885-8200 (Fax)

Tx Bar # 24013197

Jonathan B. Skidmore
State Bar No. 18462500
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201-2784
(214) 855-8000
(214) 885-8200 (Fax)

Anthony Marcus Dileo
Carmelite M. Bertaut
Dorothy Hudson Wimberly
Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588
(504) 581-3200

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2006, the foregoing Stipulation of Dismissal was furnished to all counsel of record via United States Postal Service.

Douglas C. Monsour