IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANTOS TREVINO, Individually, and as Representative of the Estate of JUANITA TORRES TREVINO, and BLAZ TREVINO, RICHARD TREVINO AND THELMA TREVINO § § § § § § § Plaintiffs, § § v. § § MERCK & COMPANY, INC. § § Defendant. § § | CIVIL ACTION NO. 2:05-cv-01585 <br><br> JUDGE ELDON E. FALLON <br><br><br><br> MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER GRANTING DISMISSAL

BE IT REMEMBERED that on this day came on for consideration the Stipulation of Dismissal by and between Plaintiffs and Defendant in the above styled and numbered cause and the Court, after considering said Motion, is of the opinion that said Stipulation should be and is hereby GRANTED.

It is therefore ORDERED this cause is hereby dismissed pursuant to the terms of the Stipulation of Dismissal.

SIGNED this 9th day of August, 2006.

_____
JUDGE PRESIDING

[Stamped: DENIED]

See Pretrial Order 8B