# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE B. LACOUR | CIVIL ACTION NO. 04-3284 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this 9th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE