UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

2006 AUG -7 PM 3:29

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MICHAEL DIMATTEO | CIVIL ACTION 05-4062 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, comes Plaintiff, Michael DiMatteo, who respectfully request that Jessica W. Hayes (La. Bar No. 28927) of the Murray Law Firm be enrolled as additional co-counsel of record for the Plaintiffs.

Respectfully submitted,

_/s/ Stephen B. Murray_
Stephen B. Murray (#9858)
Robert J. Diliberto (#24783)
Jessica W. Hayes (#28927)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 7th day of August, 2006.

*Stephen B. Murray*
Stephen B. Murray (#9858)