UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 AUG 10 AM 9: 40 LORETTA G. WHYTE CLERK*

| | |
|---|---|
| MICHAEL DIMATTEO | CIVIL ACTION NO. 05-4062 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiffs herein.

NEW ORLEANS, LOUISIANA, this 9th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____