UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -7 PM 3:28

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| VIRGINIA LEE JAQUES, individually and on behalf of her deceased father, JOSEPH JAQUES | CIVIL ACTION NO. 05-3780 |
| VERSUS | JUDGE FALLON |
| MERCK & CO., INC. | MAGISTRATE JUDGE KNOWLES |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes Plaintiff, Virginia Lee Jaques, individually and on behalf of her deceased father, Joseph Jaques, who respectfully requests that Jessica W. Hayes (La. Bar No. 28927) of the Murray Law Firm be enrolled as additional co-counsel of record for the Plaintiff.

Respectfully submitted,

*Stephen B. Murray*

**Stephen B. Murray (#9858)**
Robert J. Diliberto (#24783)
Dominick F. Impastato, III (#29056)
Jessica W. Hayes (#28927)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

Fee____
Process____
X  Dktd____
____ CtRmDep____
____ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 7th day of August, 2006.

                                              Stephen B. Murray (#9858)