## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIRGINIA LEE JAQUES,** individually and on behalf of her deceased father, **JOSEPH JAQUES** | CIVIL ACTION NO. 05-3780 |
| **VERSUS** | JUDGE FALLON |
| **MERCK & CO., INC.** | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this 9th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____