UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN L. GOTTSEGEN, M.D. | CIVIL ACTION NO. 04-3065 |
| VERSUS | JUDGE FALLON |
| MERCK & CO., INC. | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED**, that Jessica W. Hayes be enrolled as co-counsel of record for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this 9th day of August, 2006.

UNITED STATES DISTRICT JUDGE