UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -7 PM 3: 26
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ALFRED TODINI | CIVIL ACTION NO. 05-4061 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes Plaintiff, Alfred Todini, who respectfully request that Jessica W. Hayes (La. Bar No. 28927) of the Murray Law Firm be enrolled as additional co-counsel of record for the Plaintiff.

Respectfully submitted,

Stephen B. Murray (#9858)
Robert J. Diliberto (#24783)
Dominick F. Impastato, III (#29056)
Jessica W. Hayes (#28927)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

Fee____
Proce____
X Dktd____
CtRmDep____
Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 7th day of August, 2006.

*Stephen B. Murray*
Stephen B. Murray (#9858)