UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 10 PM 3: 46

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ALFRED TODINI | CIVIL ACTION NO. 05-4061 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED,** that Jessica W. Hayes be enrolled as co-counsel of record

for the Plaintiff herein.

NEW ORLEANS, LOUISIANA, this ___9th___ day of ___August___, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Proc_____
X Dkt_____
CtRmDep_____
Doc. No_____