MINUTE ENTRY
FALLON, J.
AUGUST 8, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

GERALD BARNETT

VERSUS                                                 REF NO. 06-485

MERCK & CO., INC.                SECTION: L

before JUDGE ELDON E. FALLON        TUESDAY, AUGUST 8, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert           (continued from 8-7-06)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq. & Andrew Goldman, Esq. For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Gerald D. Barnett - resumes testimony.

Dr. Douglas Peter Zipes - sworn - accepted as expert.

Court adjourned at 5:21pm until Thursday, August 10, 2006, at 8:30 am.

```
JS-10:    6:30
```