UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | : | MDL Docket No. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | CAUSE NO: 05-4263 |
| This document relates to | : | |
| | : | JUDGE ELDON E. FALLON |
| JAMES COFFMAN and JOYCE COFFMAN, et al., | : | |
| | : | |
| | : | MAGISTRATE JUDGE |
| Plaintiffs | : | DANIEL E. KNOWLES |
| | : | |
| vs. | : | |
| | : | |
| MERCK & CO., Inc. | : | |
| | : | |
| Defendant. | : | |

······················································································

## MOTION FOR SUBSTITUTION OF ATTORNEY

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs JAMES COFFMAN and JOYCE COFFMAN, through

the undersigned attorneys and respectfully state, allege and pray as follows:

The herein plaintiffs have been represented by James A. Harris, Esq., of

Paglialunga and Harris, P.S., 701 North 36th Street, Suite 420, Seattle, Washington

98103, telephone number (202) 623-6696, facsimile number (206) 826-4990. In this

regard, plaintiffs have acquiesced to Mr. Harris' withdrawal of their legal representation

herein, and have authorized Thomas V. Girardi and James G. O'Callahan, of Girardi and

Keese, 1126 Wilshire Boulevard, Los Angeles, California 90017, telephone number,

(213) 977-0211, facsimile number, (213) 481-1554, to assume their legal representation

herein.



In view of the foregoing, the undersigned attorneys respectfully request that this

Honorable Court authorize the withdrawal of Mr. Harris as plaintiff's legal counsel

herein, and accept Mr. Girardi and Mr. O'Callahan as plaintiff's attorneys herein. As

such, plaintiff's respectfully request that this Honorable Court and the defendants cease

to notify orders and motions to Mr. Harris and that any such orders and motions be

notified to the following:

> Thomas V. Girardi, Esq.
> James G. O'Callahan, Esq.
> Girardi & Keese
> 1126 Wilshire Boulevard
> Los Angeles, CA 90017
> Tel: (213) 977-0211
> Fax: (213) 481-1554
> Email: tgirardi@girardikeese.com
> Email: jgocallahan@girardikeese.com

**WHEREFORE**, plaintiff respectfully request that this Honorable Court authorize

the substitution of attorney prayed herein, relieve James A. Harris from his legal

representation and authorize Thomas V. Girardi and James G. O'Callahan, to act as

plaintiffs' new attorney of record.

Date: August 7, 2006                    Respectfully submitted,

Thomas V. Girardi, Esq.
California State Bar #36603
James G. O'Callahan, Esq.
California State Bar #126975
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
Email: tgirardi@girardikeese.com
Email: jgocallahan@girardikeese.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **MOTION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS JAMES COFFMAN AND JOYCE COFFMAN,** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _7th_ day of August, 2006.

_James G. O'Callahan_
Name
Thomas V. Girardi, Esq.
California State Bar #36603
James G. O'Callahan, Esq.
California State Bar #126975
Attorney for Plaintiff
Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211
FAX (213) 481-1554
Email: tgirardi@girardikeese.com
Email: jgocallahan@girardikeese.com