UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 AUG 10 PM 4: 25*
*LORETTA G. WHYTE*
*CLERK*

| | | |
|---|---|---|
| In re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| This document relates to | : | |
| | : | JUDGE ELDON E. FALLON |
| SUZANNE SWANSON as heir at law | : | |
| of decedent Beverly Clark et al., | : | MAGISTRATE JUDGE |
| | : | DANIEL E. KNOWLES |
| Plaintiffs | : | |
| | : | CAUSE NO: 05-4265 |
| vs. | : | |
| | : | |
| MERCK & CO., Inc. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Considering the Motion for Substitution of Attorney filed by Thomas V. Girardi and James O'Callahan and the law firm of Girardi and Keese;

**IT IS ORDERED** that the substitution of attorney is allowed, attorney Thomas V. Girardi and James G. O'Callahan are allowed to appear as the attorney of record for plaintiff, and James A. Harris is allowed to withdraw as the attorney of record for plaintiff.

NEW ORLEANS, LOUSIANA, this 9th day of August, 2006.

Signed: /s/ Eldon E. Fallon
United States District Judge/~~Magistrate~~ Judge