FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -8  PM 2: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: VIOXX | : | MDL Docket No. 1657 |
|  | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | SECTION: L |
|  | : |  |
|  | : | CAUSE NO: 05-4257 |
| **This document relates to** | : |  |
|  | : | JUDGE ELDON E. FALLON |
| **JOAN CARTER AND JACK CARTER,** | : |  |
| et al., | : |  |
|  | : | MAGISTRATE JUDGE |
| Plaintiffs | : | DANIEL E. KNOWLES |
|  | : |  |
| vs. | : |  |
|  | : |  |
| **MERCK & CO., Inc.** | : |  |
|  | : |  |
| Defendant. | : |  |

......................................................................................................................

## MOTION FOR SUBSTITUTION OF ATTORNEY

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs JOAN CARTER AND JACK CARTER, through the

undersigned attorneys and respectfully state, allege and pray as follows:

The herein plaintiffs have been represented by James A. Harris, Esq., of

Paglialunga and Harris, P.S., 701 North 36th Street, Suite 420, Seattle, Washington

98103, telephone number (202) 623-6696, facsimile number (206) 826-4990. In this

regard, plaintiffs have acquiesced to Mr. Harris' withdrawal of their legal representation

herein, and have authorized Thomas V. Girardi and James G. O'Callahan, of Girardi and

Keese, 1126 Wilshire Boulevard, Los Angeles, California 90017, telephone number,

(213) 977-0211, facsimile number, (213) 481-1554, to assume their legal representation

herein.

In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Mr. Harris as plaintiff's legal counsel herein, and accept Mr. Girardi and Mr. O'Callahan as plaintiff's attorneys herein. As such, plaintiff's respectfully request that this Honorable Court and the defendants cease to notify orders and motions to Mr. Harris and that any such orders and motions be notified to the following:

> Thomas V. Girardi, Esq.
> James G. O'Callahan, Esq.
> Girardi & Keese
> 1126 Wilshire Boulevard
> Los Angeles, CA 90017
> Tel: (213) 977-0211
> Fax: (213) 481-1554
> Email: tgirardi@girardikeese.com
> Email: jgocallahan@girardikeese.com

**WHEREFORE**, plaintiff respectfully request that this Honorable Court authorize the substitution of attorney prayed herein, relieve James A. Harris from his legal representation and authorize Thomas V. Girardi and James G. O'Callahan, to act as plaintiffs' new attorney of record.

Date: _August 7, 2006_                    Respectfully submitted,

> _Jun G O'Callah_
> Thomas V. Girardi, Esq.
> California State Bar #36603
> James G. O'Callahan, Esq.
> California State Bar #126975
> Girardi & Keese
> 1126 Wilshire Boulevard
> Los Angeles, CA 90017
> Tel: (213) 977-0211
> Fax: (213) 481-1554
> Email: tgirardi@girardikeese.com
> Email: jgocallahan@girardikeese.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **MOTION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS JOAN CARTER AND JACK CARTER,** has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of August, 2006.

Name
Thomas V. Girardi, Esq.
California State Bar #36603
James G. O'Callahan, Esq.
California State Bar #126975
Attorney for Plaintiff
Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211
FAX (213) 481-1554
Email: tgirardi@girardikeese.com
Email: jgocallahan@girardikeese.com