# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-2646 | * | |
| | * | MAGISTRATE JUDGE |
| ORLANDO HERNANDEZ, | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., et al. | * | |
| | * | |
| DefendantS. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF ALL CLAIMS AGAINST SHANNON LAYTON

Considering the foregoing Stipulation and Voluntary Dismissal of All Claims Against

Shannon Layton,

IT IS ORDERED, that all claims of plaintiff Orlando Hernandez against defendant

Shannon Layton be and they hereby are dismissed without prejudice, each party to bear its own

costs, and subject the terms and conditions of the Stipulation.  The claims of plaintiff against the

remaining defendants remains in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE