UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-967 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| LOUIS LEO, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST GINA DAMICO

Considering the foregoing Stipulation and Voluntary Dismissal of All Claims Against Gina Damico,

IT IS ORDERED, that all claims of plaintiff Louis Leo against defendant Gina Damico be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of plaintiff against the remaining defendants remains in full force and effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1