## UNITED STATES DISTRICT COURT
## NORTHERN EASTERN DISTRICT OF LOUISIANA

| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | Master Docket No. 05-MD-01657-EEF-DEK |
|---|---|
| THIS RELATES TO: MDL Case No. 05-3390 | Plaintiff: Kathleen Keating |

### REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Kathleen Keating, and Defendant, Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he/she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that, in the event he/she re-files such a lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by plaintiff, as though plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

DN: 294559

Dated: 8/11, 2006

ZIMMERMAN REED, PLLP

By:

Ronald S. Goldser, MN #35932
Stacy Hauer MN #317093
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612)341-0400
Facisimile: (612)341-0844

Dated: 8/11, 2006

STONE PIGMAN WALTHER WITTMANN L.L.C.

By:

Phillip A. Whittman – Reg. No. 13625
Anthony M. DiLeo – Reg. No. 4942
Dorothy H. Wimberly – Reg. No. 18509
Carmelite M. Bertaut – Reg. No. 3054
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Liaison Counsel for Defendant Merck & Co., Inc.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:

Scott A. Smith – Reg. No. 174026
Amanda M. Cialkowski – Reg. No. 306514
Jan R. McLean Bernier – Reg. No. 307853
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

Attorneys for Defendant Merck & Co., Inc.

DN: 294559

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Voluntary Dismissal

Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by

U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically

uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order

No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United

States District Court for the Eastern District of Louisiana by using the CM/ECF system which

will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657,

on this 11th day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1