UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This Document Relates To: Clementine Manuel v. Merck & Co., Inc., et al. (E.D. La. Index No. 2:05-CV-01345) | Judge Fallon |
| | Mag. Judge Knowles |

_____/

### STIPULATION AND VOLUNTARY DISMISSAL
### OF THE CASE OF
### CLEMENTINE MANUEL

It is stipulated by the parties that CLEMENTINE MANUEL may dismiss her action without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Clementine Manuel, is re-filed, it must be filed in federal court.

Pursuant to Judge Fallon's Order, LexisNexis File & Serve will be notified of this change in party/counsel status as soon as the Order is entered.

_____
Phillip Wittmann
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361

Attorney for Defendant
Merck & Co., Inc.

1

*(signature)*

Grant Kaiser (11078900)
THE KAISER FIRM, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 223-0000
Telecopy: (713) 223-0440

Attorneys for Plaintiffs

Dated: **AUGUST 3**, 2006.

IT IS SO ORDERED.

_____        _____
Judge                                 Date

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Voluntary Dismissal of the Case of Clementine Manuel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of August, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1