# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 05-1345 | |
| | MAGISTRATE JUDGE KNOWLES |
| CLEMENTINE MANUEL, | |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., et al. | |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF THE CASE OF CLEMENTINE MANUEL

Considering the foregoing Stipulation and Voluntary Dismissal of the Case Clementine Manuel,

IT IS ORDERED, that all claims of plaintiff Clementine Manuel be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1