UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-2351 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| MARCHELLE S. ADAMS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF THE CASE OF DON MOHLER ONLY

Considering the foregoing Stipulation and Voluntary Dismissal of the Case of Don Mohler Only,

IT IS ORDERED, that all claims of plaintiff Don Mohler only be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of the remaining plaintiffs against defendants remain in effect.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

815588v.1