UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | CV No. 05-4261 |
| This document relates to | |
| | JUDGE ELDON E. FALLON |
| FREDERICK DAILY AND SYLVIA DAILY, et al., | |
| | MAGISTRATE JUDGE |
| Plaintiffs | DANIEL E. KNOWLES |
| vs. | |
| MERCK & CO., Inc. | |
| Defendant. | |

### ORDER

Considering the Motion for Substitution of Attorney filed by Thomas V. Girardi and James O'Callahan and the law firm of Girardi and Keese;

**IT IS ORDERED** that the substitution of attorney is allowed, attorney Thomas V. Girardi and James G. O'Callahan are allowed to appear as the attorney of record for plaintiffs, and James A. Harris is allowed to withdraw as the attorney of record for plaintiffs.

NEW ORLEANS, LOUSIANA, this 9th Date of August, 2006.

Signed: _____
United States District Judge/Magistrate Judge