

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| THIS FILING ONLY APPLIES TO: | * | |
| | * | |
| ROBBIE TALLAS AND | * | USDC Eastern District of Pennsylvania |
| DANIELLE TALLAS | * | No. 06-CV-00388 |
| husband and wife       Plaintiffs | * | |
| | * | |
| LEMIEUX GROUP, L.P., | * | |
| WBS HOCKEY, L.P., | * | |
| DAVID KOLESSAT, M.D., | * | |
| PETER S. KIM, M.D. | * | |
| LOUIS M. SHERWOOD, M.D. | * | |
| EDWARD M. SCOLNICK, M.D. | * | |
| & MERCK & CO., INC. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION (AND INCORPORATED MEMORANDUM IN SUPPORT) FOR DETERMINATION OF PREVIOUSLY FILED MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs Robbie Tallas and Danielle Tallas, who hereby move this Honorable Court for a determination of their previously-filed Motion to Remand, which has been pending since February 2006.

This case was initiated by Complaint filed by Plaintiffs in the Philadelphia Court of

Common Pleas on December 22, 2005. Defendant, Merck & Company ("Merck") removed it on January 27, 2006. On February 1, 2006, Merck filed a motion to stay all proceedings in the case pending disposition of its request to transfer the case to the United States District Court for the Eastern District of Louisiana for coordinated proceedings in the MDL. On February 7, 2006, Plaintiffs filed their Motion to Remand the matter to the Philadelphia Court of Common Pleas. On February 27, 2006, Merck filed its Memorandum in Opposition. On March 2, 2006, the Panel issued a Conditional Transfer Order notifying all parties that, unless a party filed a motion to vacate the transfer, the action would be transferred to the MDL. Plaintiff filed a Motion to Vacate Conditional Transfer (the "Motion to Vacate") on March 29, 2006. On June 14, 2006, the Panel denied Plaintiff's Motion to Vacate and ordered the action transferred to the Vioxx MDL proceedings in the United States District Court for the Eastern District of Louisiana.

Plaintiffs now ask the District Court to decide Plaintiffs' Motion to Remand, which has been pending since February 7, 2006. A copy of the previously-filed Motion to Remand and Memorandum in Support are attached as Exhibit 1. The Defendant's Opposition to the Motion for Remand is attached as Exhibit 2.

No further briefing is required, so Plaintiffs respectfully pray for a hearing and determination of their pending Motion to Remand

                Respectfully submitted

                **RANDALL A. SMITH, T.A. (#2117)**
                Of
                **SMITH & FAWER, L.L.C.**
                201 St. Charles Avenue - Suite 3702
                New Orleans, Louisiana 70170
                Telephone: (504) 525-2200
                Facsimile: (504) 525-2205

and

**RICHARD M. GOLOMB**
**RYAN J. DURKIN**
Of
**GOLOMB & HONICK, P.C.**
121 S. Broad Street, Ninth Floor
Philadelphia, Pennsylvania 19107
Telephone: (215) 985-9177
Facsimile: (215) 985-4169

**Counsel for Plaintiffs Robbie Tallas and Danielle Tallas**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via U.S. Mail, postage pre-paid and properly addressed, this 7th day of August, 2006.

**RANDALL A. SMITH**