U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| THIS FILING ONLY APPLIES TO: | * | |
| | * | |
| ROBBIE TALLAS AND | * | USDC Eastern District of Pennsylvania |
| DANIELLE TALLAS | * | No. 06-CV-00388 |
| husband and wife         Plaintiffs | * | |
| | * | |
| LEMIEUX GROUP, L.P., | * | |
| WBS HOCKEY, L.P., | * | |
| DAVID KOLESSAT, M.D., | * | |
| PETER S. KIM, M.D. | * | |
| LOUIS M. SHERWOOD, M.D. | * | |
| EDWARD M. SCOLNICK, M.D. | * | |
| & MERCK & CO., INC. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Robbie Tallas and Danielle Tallas, through undersigned counsel, will bring for hearing its Motion for Determination of Oral Argument on the Previously filed Motion to Remand on 30 August, 2006 at 9:00 a.m., before the Honorable Eldon E. Fallon.

1

Respectfully submitted

RANDALL A. SMITH, T.A. (#2117)
Of
SMITH & FAWER, L.L.C.
201 St. Charles Avenue - Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

and

RICHARD M. GOLOMB
RYAN J. DURKIN
Of
GOLOMB & HONICK, P.C.
121 S. Broad Street, Ninth Floor
Philadelphia, Pennsylvania 19107
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
**Counsel for Plaintiffs Robbie Tallas and Danielle Tallas**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via U.S. Mail, postage pre-paid and properly addressed, this 7th day of August, 2006.

RANDALL A. SMITH

2