

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -7 PM 12: 33

LORETTA G. WHYTE
CLERK

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| THIS FILING ONLY APPLIES TO: | * | |
| | * | |
| ROBBIE TALLAS AND | * | USDC Eastern District of Pennsylvania |
| DANIELLE TALLAS | * | No. 06-CV-00388 |
| husband and wife          Plaintiffs | * | |
| | * | |
| LEMIEUX GROUP, L.P., | * | |
| WBS HOCKEY, L.P., | * | |
| DAVID KOLESSAT, M.D., | * | |
| PETER S. KIM, M.D. | * | |
| LOUIS M. SHERWOOD, M.D. | * | |
| EDWARD M. SCOLNICK, M.D. | * | |
| & MERCK & CO., INC. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Robbie Tallas and

Danielle Tallas, who hereby request Oral Argument with respect to their Motion for

Determination of Previously Filed Motion to Remand.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted

**RANDALL A. SMITH, T.A. (#2117)**
     **Of**
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue - Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

and

**RICHARD M. GOLOMB**
**RYAN J. DURKIN**
     **Of**
**GOLOMB & HONICK, P.C.**
121 S. Broad Street, Ninth Floor
Philadelphia, Pennsylvania 19107
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
**Counsel for Plaintiffs Robbie Tallas and**
**Danielle Tallas**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel
of record via U.S. Mail, postage pre-paid and properly addressed, this 7th day of August, 2006.

**RANDALL A. SMITH**

2