**A CERTIFIED TRUE COPY**

AUG -8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -9 PM 2:08

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-59)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,114 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-59 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-3493 | Clarence Cerny v. Merck & Co., Inc., et al. | 06-4176 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-514~~ | ~~Barbara Heet, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/8/06 | |
| **MINNESOTA** | | |
| MN 0 06-2703 | David Van Horn v. Merck & Co., Inc. | 06-4177 |
| MN 0 06-2704 | Norman Sponcey v. Merck & Co., Inc. | 06-4178 |
| **NEVADA** | | |
| ~~NV 3 06-359~~ | ~~Kathie Bartlett, et al. v. Merck & Co., Inc., et al.~~ Opposed 8/4/06 | |
| **NEW YORK EASTERN** | | |
| NYE 1 06-3121 | Mary Canfarotta, etc. v. Merck & Co., Inc. | 06-4179 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-4911 | Gemma Maria Galderisi, etc. v. Merck & Co., Inc., et al. | 06-4180 |
| **OHIO NORTHERN** | | |
| OHN 5 06-1562 | Vicki Jean Newnham, etc. v. Merck & Co., Inc. | 06-4181 |
| **OHIO SOUTHERN** | | |
| OHS 2 06-517 | David Lee Vickers, et al. v. Merck & Co., Inc. | 06-4182 |
| OHS 2 06-528 | Roger Pearch, et al. v. Merck & Co., Inc. | 06-4183 |
| OHS 2 06-529 | Norma Jean Miller, etc. v. Merck & Co., Inc. | 06-4184 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-2506 | Luann Cummings v. Merck & Co., Inc. | 06-4185 |
| PAE 2 06-2753 | Monique Blakely, et al. v. Merck & Co., Inc., et al. | 06-4186 |
| PAE 2 06-2785 | Kenneth L. Schiefelbein, et al. v. Merck & Co., Inc., et al. | 06-4187 |
| PAE 2 06-2786 | Frank Tineo v. Merck & Co., Inc., et al. | 06-4188 |
| PAE 2 06-2787 | Juanette Anglin, et al. v. Merck & Co., Inc., et al. | 06-4189 |
| PAE 2 06-2816 | Allan J. Kohls, et al. v. Merck & Co., Inc., et al. | 06-4190 |
| PAE 2 06-2817 | Jean Drummond, et al. v. Merck & Co., Inc., et al. | 06-4191 |
| PAE 2 06-2818 | James W. Jackson, et al. v. Merck & Co., Inc., et al. | 06-4192 |
| PAE 2 06-2819 | Warren Hultman, etc. v. Merck & Co., Inc., et al. | 06-4193 |
| PAE 2 06-2820 | Richard F. Kahler, et al. v. Merck & Co., Inc., et al. | 06-4194 |
| PAE 2 06-2825 | Rhonda Hammond v. Merck & Co., Inc., et al. | 06-4195 |
| PAE 2 06-2836 | Beverly Gisvold, et al. v. Merck & Co., Inc. | 06-4196 |
| **WEST VIRGINIA NORTHERN** | | |
| WVN 1 06-100 | William Shingleton v. Merck & Co., Inc. | 06-4197 |
| WVN 5 06-78 | Leon Walley, et al. v. Merck & Co., Inc. | 06-4198 |

SCHEDULE CTO-59 TAG-ALONG ACTIONS (MDL-1657)                                        PAGE 2 of 2

|  |  | EDLA |
|---|---|---|
| DIST. DIV. C.A. # | CASE CAPTION | SEC. L/3 |

**WEST VIRGINIA SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| WVS 2 06-499 | Connie Speece-Jones, et al. v. Merck & Co., Inc. | 06-4199 |
| WVS 2 06-501 | Harold James Fellenstein, et al. v. Merck & Co., Inc. | 06-4200 |
| WVS 2 06-502 | Otis Lester Rose v. Merck & Co., Inc. | 06-4201 |
| WVS 2 06-503 | Donna Keller, etc. v. Merck & Co., Inc. | 06-4202 |
| WVS 2 06-504 | Linda L. Toppins, et al. v. Merck & Co., Inc. | 06-4203 |
| WVS 2 06-505 | Mary Williamson v. Merck & Co., Inc. | 06-4204 |
| WVS 2 06-511 | Paul Scarberry, etc. v. Merck & Co., Inc. | 06-4205 |
| WVS 2 06-513 | James Lee Shaffer, etc. v. Merck & Co., Inc. | 06-4206 |
| WVS 2 06-514 | Betty Ross v. Merck & Co., Inc. | 06-4207 |
| WVS 2 06-515 | Ethel F. Kayser v. Merck & Co., Inc. | 06-4208 |
| WVS 2 06-516 | Sheri D. Kinser v. Merck & Co., Inc. | 06-4209 |
| WVS 2 06-520 | Constance Walker v. Merck & Co., Inc. | 06-4210 |
| WVS 2 06-521 | John Sprouse, et al. v. Merck & Co., Inc. | 06-4211 |
| WVS 5 06-498 | Pricie Rose Dunigan v. Merck & Co., Inc. | 06-4212 |
| WVS 5 06-506 | Billy L. Wooten, Sr., et al. v. Merck & Co., Inc. | 06-4213 |
| WVS 5 06-507 | Norma Gail Flint v. Merck & Co., Inc. | 06-4214 |
| WVS 5 06-510 | Cecil Whitt, Sr., et al. v. Merck & Co., Inc. | 06-4215 |
| WVS 6 06-524 | Vicki D. Savio, et al. v. Merck & Co., Inc. | 06-4216 |

**WYOMING**

| WY 2 06-160 | Jane Gaensslen, etc. v. Merck & Co., Inc. | 06-4217 |

# INVOLVED COUNSEL LIST (CTO-59)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

William Bailey
John Bounds Williams Baley Law Firm
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd.
Suite 1300
St Louis, MO 63117

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

David A. Dick
Thompson & Coburn
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

John P. Echeverria
Echeverria Law Office
9432 Double R. Blvd.
Reno, NV 89521

Samuel D. Elswick
Elswick & Richardson, PLLC
418 Eight Street, Suite 105
Huntington, WV 25701

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Vilia B. Hayes
201040099Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Richard H. Honaker
Honaker Law Offices
P.O. Box 366
Rock Springs, WY 82902

Michael K. Johnson
Goldenberg & Johnson
33 South 6th Street, Suite 4530
Minneapolis, MN 55402

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Patrick J. Leddy
305 Broadway, Suite 305
New York, NY 10007

Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

William L. Simpson
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
P.O. Box 490
Cody, WY 82414-0490

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

John R. Trotman, Jr.
Monheit, Silverman & Fodera, PC
11 Penn Center
Ste. 2600
1835 Market St
Philadelphia, PA 19106

Michael D. Urban
62 Linden Square
Wellesley, MA 02181

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

# INVOLVED JUDGES LIST (CTO-59)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue
Room 2603
Cheyenne, WY 82001

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Legrome D. Davis
U.S. District Judge
5918 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Hon. Virginia M. Kendall
U.S. District Judge
United States District Court
1778 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

~~Hon. Brian E. Sandoval~~
~~U.S. District Judge~~
~~805 Bruce R. Thompson U.S. Courthouse~~
~~& Federal Building~~
~~400 South Virginia Street~~
~~Reno, NV 89501-2193~~

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Frederick P. Stamp, Jr.
U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

Hon. Lawrence F. Stengel
U.S. District Judge
United States District Court
18316 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

# INVOLVED CLERKS LIST (CTO-59)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

~~Lance S. Wilson, Clerk~~
~~Bruce R. Thompson U.S. Courthouse~~
~~& Fed. Bldg., Suite 301~~
~~400 South Virginia Street~~
~~Reno, NV 89501~~

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Stephan Harris, Clerk
2141 Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001-3658

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Teresa Deppner, Clerk
U.S. District Court
P.O. Box 1526
Parkersburg, WV 26102-1526

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 8, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-59)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 21, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Raymal Lee
Docket Specialist

Attachments

cc:   Transferee Judge:    Judge Eldon E. Fallon
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A