UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * DANIEL E. KNOWLES, III <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \*

**THIS DOCUMENT RELATES TO:** *Denise Davis, et al. v. Merck & Co., Inc.,* **No. 05-4148 (Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel only).**

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr.,

Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud

Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel and Defendant Merck & Co.,

Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against

Merck, subject to the following conditions:

1. Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson,

Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello,

Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W.

Yokel agree that, in the event he or she re-files a lawsuit against Merck that

contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2.    Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel agree to the above-stated conditions and wish to dismiss his or her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading, and this pleading will not dismiss the claims of any other plaintiff in this case besides that of Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel. Pursuant to

2

Pretrial Order No. 8A, counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.


NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: ___8/4/___, 2006

Michael S. Burg
Seth A. Katz
Burg Simpson Eldredge Hersh & Jardine
40 Inverness Drive East
Englewood, CO 80112
Telephone:  (303) 792-5595
Facsimile:  (303) 708-0527

Attorneys for Plaintiffs Shelley Francis, Ella Rose Gosen,
Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry,
Jeanette Miller, Judy D. Parman, Margaret F. Spinello,
Russell Wall, Bob Wofford on behalf of Kathaleen M.
Wofford, and Gary W. Yokel

Dated: ___8/11___, 2006

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
                    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
                    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this ___ day of _____, 2006.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**THIS DOCUMENT RELATES TO:** *Denise Davis, et al. v. Merck & Co., Inc.,* **No. 05-4148 (Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel only).**

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE