**Exhibit A - Opposition to MIL 2**

• **Smith - Oppo - MIL 7**

| | | |
|---|---|---|
| [1:] - [1:25] | 2/3/2006 | Plunkett II Trial - Hearing - Pre-Trial Motions |

```
page 1
    0001
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5
        In Re: VIOXX PRODUCTS              *
6       LIABILITY LITIGATION               *  MDL Docket No. 1657
                                           *
7                                          *
        This document relates to           *  New Orleans, Louisiana
8       Case No. 05-4046:                  *
                                           *
9       EVELYN IRVIN PLUNKETT, et al       *  February 3, 2006
                                           *
10      versus                             *
                                           *  10:00 a.m.
11      MERCK & CO., INC.                  *
        * * * * * * * * * * * * * * * *
12
13
14                          PROCEEDINGS BEFORE THE
                         HONORABLE ELDON E. FALLON
15                       UNITED STATES DISTRICT JUDGE
16
17      APPEARANCES:
18
        For the Plaintiff:        Beasley Allen Crow Methvin
19                                  Portis & Miles
                                  BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                     LEIGH O'DELL, ESQ.
                                  234 Commerce Street
21                                Post Office Box 4160
                                  Montgomery, Alabama 36103
22
23      For the Plaintiff:        Levin, Papantonio, Thomas,
                                    Mitchell, Echsner & Proctor
24                                BY:  TROY RAFFERTY, ESQ.
                                  316 South Baylen Street, Suite 600
25                                Pensacola, Florida 32502
page 2
1       Appearances, (Continued):
```

| | | |
|---|---|---|
| [9:4] - [9:9] | 2/3/2006 | Plunkett II Trial - Hearing - Pre-Trial Motions |

```
page 9
3   will rule on them that way again, but there are some issues.
4   Phil, for example, brought up the issue about the person taking
5   Vioxx.  I can see where at this point that might have some
6   relevance because of the attack on her credibility that's going
7   to be launched with the article and whatever it is.  My
8   thinking on that is that I would let her do that now because it
9   does go to the credibility.  I don't know whether you use it in
10  redirect or whether you use it in cross.  I guess it's cross
```

| | | |
|---|---|---|
| [9:12] - [9:24] | 2/3/2006 | Plunkett II Trial - Hearing - Pre-Trial Motions |

```
page 9
11  because he is going to -- who is going to call her, you?
12          MR. BIRCHFIELD:  Your Honor, is your ruling that it's
13  limited to just Alise Reicin?
14          THE COURT:  Yes.  I'm going to do that now, but there
15  may be something that comes up with credibility.  You see, it's
16  a credibility issue.  It doesn't have any relevance, as I see
17  it, unless the person says Vioxx is terrible and then they took
18  Vioxx and but for the fact it was taken off the market they
```

**Exhibit A - Opposition to MIL 2**

• **Smith - Oppo - MIL 7**

```
              19  would still be taking Vioxx.  I see that as attacking the
              20  credibility of somebody.  If somebody says Vioxx is just
              21  wonderful, I don't see that as being essential, that they are
              22  saying, "It's wonderful and I took it," but when you attack
              23  that person and say that they're a liar, then it has some
              24  relevance to credibility.
              25           MR. BIRCHFIELD:  Your Honor, in that regard, I cannot
```

[33:5] - [33:15]    2/3/2006    Plunkett II Trial - Hearing - Pre-Trial Motions

```
              page 33
               4                          * * *
               5                       CERTIFICATE
               6           I, Toni Doyle Tusa, CCR, Official Court Reporter,
               7  United States District Court, Eastern District of Louisiana, do
               8  hereby certify that the foregoing is a true and correct
               9  transcript, to the best of my ability and understanding, from
              10  the record of the proceedings in the above-entitled and
              11  numbered matter.
              12
              13
              14                          _____
                                          Toni Doyle Tusa, CCR
              15                          Official Court Reporter
              16
```