**Exhibit A - Plunkett Trial Excerpts**

- **Smith - Oppo to MIL 3**

[1:] - [1:25]      11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM)

```
                                                                  1
page 1
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3
 4
     In Re: VIOXX PRODUCTS            *
 5   LIABILITY LITIGATION             *  MDL Docket No. 1657
                                      *
 6                                    *
     This document relates to         *  New Orleans, Louisiana
 7   Case No. 05-4046:                *
                                      *
 8   EVELYN IRVIN PLUNKETT, et al     *  November 15, 2005
                                      *
 9   versus                           *
                                      *  9:00 a.m.
10   MERCK & CO., INC.                *
     * * * * * * * * * * * * * * * *
11
12
                      PROCEEDINGS BEFORE THE
13                 HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
14
     APPEARANCES:
15
16   For the Plaintiff:        Gainsburgh, Benjamin, David,
                                 Meunier & Warshauer
17                             BY:  GERALD E. MEUNIER, ESQ.
                                 1100 Poydras Street, Suite 2800
18                               New Orleans, Louisiana 70163
19
     For the Plaintiff:        Beasley Allen Crow Methvin
20                               Portis & Miles
                               BY:  J. PAUL SIZEMORE, ESQ.
21                               234 Commerce Street
                                 Post Office Box 4160
22                               Montgomery, Alabama 36103
23
     For the Plaintiff:        Lopez, Hodes, Restaino, Milman
24                               & Skikos
                               BY:  JOHN M. RESTAINO, JR., ESQ.
25                               450 Newport Center Drive
                                 Newport Beach, California 92660
```

[30:12] - [31:4]    11/15/2005  Irvin Plunkett Trial - Daubert transcripts - (AM)

```
page 30
12                  I don't want to hear from the defendant how
13   wonderful and altruistic and motherly and fatherly Merck is.
14   That's really not what this case is about.  At the same time, I
15   don't want to hear from the plaintiff how evil and avaricious
16   and all the other things that Merck is.  That's not an issue.
17   I think it's legitimate to delve into what information was
18   available, what studies were available, what was known in the
19   medical community, what Merck knew, studies they conducted,
20   reports they prepared, e-mails indicating what they knew about
21   this situation may be germane, what Merck did, whether it was
22   consistent with the pharmaceutical and medical community, what
23   was given to the FDA, what should have been given to the FDA.
24                  I don't see comments coming in about "They
25   didn't do this because they were trying to make a buck," "They
page 31
 1   didn't do this because they were trying to kill people," "They
```

**Exhibit A - Plunkett Trial Excerpts**

- **Smith - Oppo to MIL 3**

```
2   didn't do this because they are evil."  That may or may not be
3   fodder for closing argument.  That may be forensically dealt
4   with at that stage.  I don't see it coming from an expert.
```