Exhibit A - Opposition to MIL 6

• Smith - Oppo - MIL 6

| | | |
|---|---|---|
| [3159:] - [3159:] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

• Smith - Oppo - MIL 6

```
page 3159
                         SUPERIOR COURT OF NEW JERSEY
                         ATLANTIC COUNTY/CIVIL DIVISION
                         DOCKET NO. ATL-L-2272-03MT
     ----------------------------x
     FREDERICK HUMESTON, et al.,
             PLAINTIFFS,
             VS.              STENOGRAPHIC TRANSCRIPT
                                    OF:
     MERCK & CO.,INC.,
                                      - TRIAL -
                         DEFENDANT.
     ----------------------------x
             PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
                     1201 BACHARACH BOULEVARD
                     ATLANTIC CITY, NJ 08401
             DATE:   OCTOBER 6, 2005
     B E F O R E:
             THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
     TRANSCRIPT ORDERED BY:
             DIANE P. SULLIVAN, ESQUIRE
             DAVID R. BUCHANAN, ESQUIRE
     A P P E A R A N C E S:
             DAVID R. BUCHANAN, ESQUIRE
             CHRISTOPHER SEEGER, ESQUIRE
             SEEGER, WEISS, LLC
                ATTORNEYS FOR THE PLAINTIFFS
             DIANE P. SULLIVAN, ESQUIRE
             DECHERT, LLP
             STEPHEN D. RABER, ESQUIRE
             WILLIAMS AND CONNOLLY, LLP
             CHRISTY D. JONES, ESQUIRE
             BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
                ATTORNEYS FOR THE DEFENDANT
                *     *     *     *     *     *
                         REGINA A. TELL, CSR-CRR-RPR
                         OFFICIAL COURT REPORTER
                         1201 BACHARACH BOULEVARD
                         ATLANTIC CITY, NJ  08401
page 3160
                          I N D E X
```

| | | |
|---|---|---|
| [3182:3] - [3183:7] | 10/6/2005 | Humeston Trial - Morrison Direct and Cross |

• Smith - Oppo - MIL 6

```
page 3182
 2   BY MR. RABER:
 3       Q.  Okay.  Dr. Morrison, without looking at the
 4   book can you tell us why you believed in February of
 5   1997 that VIOXX had had the potential to be such a
 6   great drug?
 7           MR. SEEGER:  Your Honor, I'm sorry to do
 8   this, I'm just going to object to the reference
 9   "without looking at the book" because the book is not
10   to be used for that, it shouldn't be referred to.  I
11   think the question should be what he knew.  It suggests
12   that he should be looking at the book.
13           MR. RABER:  I just didn't want him to pull
14   out the book, Your Honor.
15           THE COURT:  I think that the purpose of
16   counsel's question was to direct him not to use the
17   book, which is what the Court has ordered.
18           MR. SEEGER:  Okay.
19           THE COURT:  You can proceed, counselor.
20   BY MR. RABER:
```

**Exhibit A - Opposition to MIL 6**

• **Smith - Oppo - MIL 6**

```
21      Q.   Dr. Morrison, why do you believe in February
22 of 1997 when you wrote that e-mail that VIOXX had the
23 potential to be a great drug?
24 A.   As I said, I think in order to explain the
25 benefits of VIOXX it is important to understand the
page 3183
1  side effects that are known for nonsteroidal
2  anti-inflammatory drugs.  At the time nonsteroidal
3  anti-inflammatory drugs were widely used to treat pain
4  and inflammation, and it was understood that those
5  medications have a common set of side effects, and so
6  what we mean by side effects is these are things that
7  the drug does that the drug is not intended to.
8           The drug is intended to treat pain and
```

[3312:25] - [3312:25]      10/6/2005     Humeston Trial - Morrison Direct and Cross

• **Smith - Oppo - MIL 6**

```
page 3311
25
page 3312
              C E R T I F I C A T I O N
     I, REGINA A. TELL, C.S.R., C.R.R., License Number
30X100161000, an Official Court Reporter in and for the
State of New Jersey, do hereby certify the foregoing to
be prepared in full compliance with the current
Transcript Format for Judicial Proceedings and is a
true and accurate compressed transcript to the best of
my knowledge and ability.
                      _____ 10-6-05
                      Regina A. Tell, CSR-CRR
                      Official Court Reporter
                      Atlantic County Courthouse
                      Mays Landing, New Jersey
```