**Exhibit B - Opposition to MIL 7**

• Smith - Oppo - MIL 7

| | | |
|---|---|---|
| [4913:1] - [4913:25] | 10/21/2005 | Humeston Trial - (Gertz; Rarick) |

```
page 4913
    4913
1                         SUPERIOR COURT OF NEW JERSEY
                          ATLANTIC COUNTY/CIVIL DIVISION
2                         DOCKET NO. ATL-L-2272-03MT
        -----------------------------x
3       FREDERICK HUMESTON, et al.,
4            PLAINTIFFS,
5          VS.                    STENOGRAPHIC TRANSCRIPT
                                    OF:
6       MERCK & CO., INC.,
                                      - TRIAL -
7            DEFENDANT.
        -----------------------------x
8            PLACE:   ATLANTIC COUNTY CIVIL COURTHOUSE
                      1201 BACHARACH BOULEVARD
9                     ATLANTIC CITY, NJ 08401
10           DATE:    OCTOBER 21, 2005
11
        B E F O R E:
12
            THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
13
        TRANSCRIPT ORDERED BY:
14
            DIANE P. SULLIVAN, ESQUIRE
15          DAVID R. BUCHANAN, ESQUIRE
16      A P P E A R A N C E S:
17          DAVID R. BUCHANAN, ESQUIRE
            CHRISTOPHER A. SEEGER, ESQUIRE
18          SEEGER, WEISS, LLC
               ATTORNEYS FOR THE PLAINTIFFS
19
20          DIANE P. SULLIVAN, ESQUIRE
            DECHERT, LLP
21          STEPHEN D. RABER, ESQUIRE
            WILLIAMS AND CONNOLLY, LLP
22          CHRISTY D. JONES, ESQUIRE
            BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
23             ATTORNEYS FOR THE DEFENDANT
                 *    *    *    *    *    *
24                    CAROL A. FARRELL, CSR-CRR-RMR
                      OFFICIAL COURT REPORTER
25                    1201 BACHARACH BOULEVARD
                      ATLANTIC CITY, NJ  08401
page 4914
1                    I N D E X
```

| | | |
|---|---|---|
| [5026:15] - [5027:5] | 10/21/2005 | Humeston Trial - (Gertz; Rarick) |

```
page 5026
14 BY MS. JONES:
15      Q   If you look at that memorandum, Dr. John
16 Jenkins is the director of the office of new drugs?
17 A    Correct.
18      Q   And does the office of new drugs have
19 responsibility for approval of new drugs to the market?
20 A    Correct.  Both prescription and over the counter.
21      Q   And does Dr. Seligman is the director of the
22 office of pharmacoepidemiology and statistical science?
23 A    Correct.
24      Q   And that's the office, if you will, that's
25 responsible for post-marketing monitoring of safety
page 5027
1 concerns?
2 A    Yeah, the drug safety groups is the one that
3 receives and manages the adverse reaction report.  The
4 statistics group actually works on both sides of
```

**Exhibit B - Opposition to MIL 7**

• Smith - Oppo - MIL 7

```
                                5  preapproval and post-marketing.
                                6      Q    Now, if you look at Exhibit 517, it says
```

[5028:3] - [5028:13]    10/21/2005    Humeston Trial - (Gertz; Rarick)

```
page 5028
 2  BY MS. JONES:
 3      Q    What is the significance, if you will, of the
 4  fact that the memo refers -- or says through Steven
 5  Galson?
 6      A    The significance is that Steven Galson was, as the
 7  acting director for the center for drug evaluation and
 8  research, had to endorse these recommendations and
 9  actions.  These two offices, who report to him, were
10  reporting their conclusions, decisions and
11  recommendations for action, and essentially were making
12  him aware of those conclusions, that he could have
13  agreed or disagreed.
14      Q    Can you tell us, Doctor, what your
```

[5038:21] - [5039:20]    10/21/2005    Humeston Trial - (Gertz; Rarick)

```
page 5038
20  BY MS. JONES:
21      Q    Doctor, let me hand to you, for the record,
22  what we have previously marked as Defendant's Exhibit
23  523 and ask you if you can identify that, please?
24      A    This is a letter that was drafted to be sent out
25  to, it looks like -- we refer to your New Drug
page 5039
 1  Application, and it talks about the conclusions from
 2  this memo, and their request to revise sections of
 3  labeling, as well as include a medication guide.
 4      Q    And is the medication guide attached there?
 5      A    I'm sorry?  Is -- I don't know.  Let me look.
 6  Yes.
 7      Q    And what is a medication guide?
 8      A    A medication guide is something that's supplied
 9  along with a prescription drug that is the FDA's
10  mechanism to insist on patient level information
11  provided with the drug.
12           THE COURT:  I don't think I have this.
13           THE WITNESS:  523.
14           THE COURT:  I do have it.
15           MS. JONES:  Okay.
16  BY MS. JONES:
17      Q    And pursuant to those amendments, or pursuant
18  to Exhibit 517, has the FDA actually asked for the
19  changes in the labeling to all NSAIDs?
20      A    Correct.  Yes.
21           THE COURT:  Doctor, is the document April 6,
```

[5040:22] - [5041:8]    10/21/2005    Humeston Trial - (Gertz; Rarick)

```
page 5040
21           MS. JONES:  Let me see if -- let me see --
22           THE COURT:  I understand she's saying it's --
23  this is the last thing that came out.  Is this the
24  equivalent of a final decision or is it just the memo
25  and then they never actually made a final decision?
page 5041
 1           THE WITNESS:  Oh, they made many decisions
 2  because they carried out the recommendations.  These
 3  are decisions -- the interested parties here, the
 4  affected parties, are the NDA holders, so this is the
 5  final decisions as to what to do about these particular
 6  NDAs that are listed.  And it goes through and says
 7  what the plan is for each of those NDAs, and then the
 8  letters go out the next day, telling the NDA holders --
 9           THE COURT:  What it says on Page 3 is, this
```

**Exhibit B - Opposition to MIL 7**

**• Smith - Oppo - MIL 7**

[5054:4] - [5054:7]   10/21/2005   Humeston Trial - (Gertz; Rarick)

```
page 5054
 3   BY MS. JONES:
 4       Q    Now, let me just ask you, Dr. Rarick, does
 5   Exhibit 517, the decision memo, represent the official
 6   position of the FDA?
 7   A   Yes.
 8       Q    And can you tell us whether or not all of the
```

[5057:13] - [5057:16]   10/21/2005   Humeston Trial - (Gertz; Rarick)

```
page 5057
12   BY MS. JONES:
13       Q    And, Doctor, does the regulation pertaining
14   to medication guides specifically provide that it must
15   be based upon reliable scientific data?
16   A   Yes.
17       Q    Okay.
```

[5099:16] - [5100:2]   10/21/2005   Humeston Trial - (Gertz; Rarick)

```
page 5099
15   BY MS. JONES:
16       Q    And Your Honor also asked about the
17   regulation that supported the statement that the
18   medication guide should be scientifically accurate, and
19   I'm going to hand to you, Doctor, 21 CFR Section 208.2
20   and ask you if that's the regulation that governs the
21   standard of the medication guide?
22   A   Correct.  It's the part that describes medication
23   guides for prescription drug products, the section
24   called content and format of medication guides, and the
25   medication guides shall meet all the following
page 5100
 1   criteria, conditions, and the second one is the
 2   medication guide shall be scientifically accurate.
 3       Q    And, finally, you were asked about the EMEA.
```

[5212:4] - [5212:17]   10/21/2005   Humeston Trial - (Gertz; Rarick)

```
page 5212
 3
 4                       CERTIFICATION
 5
 6           I, Carol A. Farrell, CRR, RMR, C.S.R. License
 7   Number XI01173, an Official Court Reporter in and for
 8   the State of New Jersey, do hereby certify the
 9   foregoing to be prepared in full compliance with the
10   current Transcript Format for Judicial Proceedings and
11   is a true and accurate compressed transcript, to the
12   best of my knowledge and ability.
13
14   _____        _____
15   Carol A. Farrell, CRR, RMR, CSR             Date
16   Official Court Reporter
17   Cumberland County Courthouse
18
```