FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -9 PM 12: 02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELINDA DANOS, ET AL. | CIVIL ACTION NO. 04-3282 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

### NOTICE OF ATTORNEYS' COST LIEN AND PRIVILEGE

**NOW INTO COURT,** comes Stephen B. Murray of the Murray Law Firm (La. Bar Roll No. 9858) to submit this Notice of Attorneys' Cost Lien and Privilege in the case of Belinda Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

1.

The Murray Law Firm filed Belinda Danos, et al. v. Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282, in conjunction with Dominick F. Impastato, III and Robert J. Diliberto, who are both former employees of the Murray Law Firm.

1



2.

On or about September of 2005, Dominick F. Impastato, III and Robert J. Diliberto ceased to be employed by the Murray Law Firm.

3.

Dominick F. Impastato, III and Robert J. Diliberto  retained and are independently pursuing the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

4.

*The Murray Law Firm advanced costs directly related to the case of* <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282..

5.

Stephen B. Murray of the Murray Law Firm has filed a Motion to Withdraw as Counsel of Record in the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282..

6.

In the event of any recovery by Dominick F. Impastato, III and Robert J. Diliberto, the Murray Law Firm is entitled to recover costs advanced directly related to the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

**WHEREFORE**, Stephen B. Murray of the Murray Law Firm (La. Bar Roll No. 9858) *submits this Notice of Attorneys' Cost Lien and Privilege in the case of* <u>Belinda Danos, et al. v.</u>

Merck & Co., Inc., United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

Respectfully submitted,

Stephen B. Murray (#9858)
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 9th day of August, 2006.

Stephen B. Murray (#9858)

3