MINUTE ENTRY
FALLON, J.
AUGUST 10, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

GERALD BARNETT

VERSUS            REF NO. 06-485

MERCK & CO., INC.            SECTION: L

before JUDGE ELDON E. FALLON      THURSDAY, AUGUST 10, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert      (continued from 8-8-06)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
         Phillip Beck, Esq., Andrew Goldman, Esq. and Catalina Vergara, Esq.
           For defendant

JURY TRIAL:

Plaintiff's Witnesses:

Dr. Douglas Peter Zipes - resumes testimony.

Plaintiff rests.
Motions reserved.
Jury excused for the day at 2:50 pm.
Motion of defendant, Merck & Co., Inc., for Judgment as a Matter of Law - argument - DENIED.

Court adjourned at 3:20 pm until Friday, August 11, 2005, at 8:30 am.

JS-10:     4:53