UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

### ORDER

The Defendant sought to introduce at trial portions of depositions taken of Dr. Curtis Bryan. The Plaintiff, however, made several objections to the proffered deposition testimony. In addition, the Plaintiff offered its own counter-designations, which were objected to by the Defendant. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __9th__ day of __August__, 2006.

UNITED STATES DISTRICT JUDGE

-1-