UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX   *   MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION   *
  *   SECTION: L(3)
  *
  *   JUDGE FALLON
  *   MAG. JUDGE KNOWLES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  *Smith v. Merck & Co., Inc.*, **05-4379**

## ORDER

   IT IS ORDERED that the Oral Argument on Motions in Limine scheduled for August 24, 2006, at 9:00 a.m. is CONTINUED until August 31, 2006, at 9:00 a.m.

   IT IS FURTHER ORDERED that the Pre-Trial Conference scheduled for September 1, 2006, at 2:00 p.m. is CHANGED to August 31, 2006, at 9:00 a.m.

   New Orleans, Louisiana, this __8th__ day of __August__, 2006.

              _____
              UNITED STATES DISTRICT JUDGE