# Exhibit A

Exhibit A

Houssiere Durant Houssiere Plaintiffs Who Failed to Provide a Plaintiff Profile Form

| Case Name | Docket Number | Plaintiff | Original PPF Due Date | 1st Warning Letter Sent | 1st Warning Letter Due Date | Ex. | 2nd Warning Letter Sent | 2nd Warning Letter Due Date | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Nettie Patterson v. Merck & Co., Inc. | 2:05-cv-02378-EEF-DEK | Nettie Patterson | December 30, 2005 | February 15, 2006 | March 7, 2006 | B | April 4, 2006 | April 24, 2006 | L |
| Katie Smith v. Merck & Co., Inc. | 2:05-cv-02371-EEF-DEK | Katie Smith | January 14, 2006 | February 15, 2006 | March 7, 2006 | C | April 4, 2006 | April 24, 2006 | M |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Lorenzo Ortiz | December 30, 2005 | February 15, 2006 | March 7, 2006 | D | April 4, 2006 | April 24, 2006 | N |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Rosa Ortiz | December 30, 2005 | February 15, 2006 | March 7, 2006 | E | April 4, 2006 | April 24, 2006 | O |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Virginia Rodriguez | December 30, 2005 | February 15, 2006 | March 7, 2006 | F | April 4, 2006 | April 24, 2006 | P |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Regino Urias | January 14, 2006 | February 15, 2006 | March 7, 2006 | G | April 4, 2006 | April 24, 2006 | Q |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Wesley Mayo | December 30, 2005 | February 15, 2006 | March 7, 2006 | H | April 4, 2006 | April 24, 2006 | R |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Imogene Washington | January 14, 2006 | February 15, 2006 | March 7, 2006 | I | April 4, 2006 | April 24, 2006 | S |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Eulalia Martinez | December 30, 2005 | February 15, 2006 | March 7, 2006 | J | April 4, 2006 | April 24, 2006 | T |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Martha Martinez | December 30, 2005 | February 15, 2006 | March 7, 2006 | K | April 4, 2006 | April 24, 2006 | U |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Monica C. Vaughan, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Nettie Patterson v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02378-EEF-DEK***

Dear Ms. Vaughan:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nettie Patterson. Pretrial Order No. 18B required Ms. Patterson to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nettie Patterson no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY 1008862_1.DOC

M005172660

```
                    ┌──────────────────────┐
                    │  JOB STATUS REPORT   │
                    └──────────────────────┘

                                      TIME  : 02/15/2006 11:09
                                      NAME  : HUGHES HUBBARD
                                      FAX#  : 2019465738
                                      TEL#  :
                                      SER.# : 000005100038

    ┌────────────────────────────────────────────────────────────────┐
    │  DATE,TIME        02/15  11:07                                  │
    │  FAX NO./NAME     10007341835171362637Ø9                        │
    │  DURATION         ØØ:Ø2:Ø2                                      │
    │  PAGE(S)          11                                            │
    │  RESULT           OK                                            │
    │  MODE             STANDARD                                      │
    │                   ECM                                          │
    └────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Charles R. Houssiere, Esq.
Monica C. Vaughan, Esq.

**DATE:** February 15, 2006

**FIRM:** Houssiere, Durant & Houssiere, LLP

**FAX NO:** 713-626-3709

**CITY:**

**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.

**TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical authorizations on the following individuals:

M005172661

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

    *Re:*  ***In re Vioxx® Products Liability Litigation***
        ***MDL No. 1657***
        ***Katie Smith v. Merck & Co., Inc.***
        ***Docket No. 2:05-cv-02371-EEF-DEK***

Dear Mr. Houssiere:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katie Smith. Pretrial Order No. 18B required Ms. Smith to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Katie Smith no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

        Very truly yours,

        */s/ John N. Poulos*

        John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
    Russ M. Herman, Esq. (via telecopy)

M005172657

JOB STATUS REPORT

```
TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER. # : 000005100038
```

```
DATE,TIME          02/15  11:07
FAX NO./NAME       10007341035171362637 09
DURATION           00:02:02
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

# Iughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | |
|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** 713-626-3709 |
| **CITY:** | | **TEL NO:** |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.        **TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lorenzo Ortiz. Pretrial Order No. 18B required Mr. Ortiz to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lorenzo Ortiz no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME        02/15  11:07
FAX NO./NAME     1000734103517136263709
DURATION         00:02:02
PAGE(S)          11
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | |
|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** 713-626-3709 |
| **CITY:** | | **TEL NO:** |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.      **TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit E

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

     _Re:_     _In re Vioxx® Products Liability Litigation_
             _MDL No. 1657_
             _Sylvia Castillo v. Merck & Co., Inc._
             _Docket No. 2:05-cv-02380-EEF-DEK_

Dear Mr. Houssiere:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosa Ortiz. Pretrial Order No. 18B required Ms. Ortiz to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Rosa Ortiz no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        _/s/ John N. Poulos_

                        John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME          02/15  11:07
FAX NO./NAME       10007341035171362637G9
DURATION           00:02:02
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq. <br> Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Io1 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

>      *Re:*     ***In re Vioxx® Products Liability Litigation***
>                  ***MDL No. 1657***
>                  ***Sylvia Castillo v. Merck & Co., Inc.***
>                  ***Docket No. 2:05-cv-02380-EEF-DEK***

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Rodriguez.  Pretrial Order No. 18B required Ms. Rodriguez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Virginia Rodriguez no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER. # : 000005100038
```

```
DATE,TIME          02/15  11:07
FAX NO./NAME       1000734183517136263709
DURATION           00:02:02
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

Iughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit G

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Regino Urias. Pretrial Order No. 18B required Mr. Urias to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Regino Urias no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100030
```

```
DATE,TIME          02/15  11:07
FAX NO./NAME       1000734163517136263709
DURATION           00:02:02
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit H

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

        _Re:_    _In re Vioxx® Products Liability Litigation_
                 _MDL No. 1657_
                 _Brenda Green Watkins v. Merck & Co., Inc._
                 _Docket No. 2:05-cv-02373-EEF-DEK_

Dear Mr. Houssiere:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Wesley Mayo.  Pretrial Order No. 18B required Mr. Mayo to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Wesley Mayo no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                  Very truly yours,

                  _/s/ John N. Poulos_

                  John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

```
JOB STATUS REPORT
```

```
TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER. # : 000005100038
```

| DATE,TIME | 02/15  11:07 |
|---|---|
| FAX NO./NAME | 100073418351713626 3709 |
| DURATION | 00:02:02 |
| PAGE(S) | 11 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Iughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Charles R. Houssiere, Esq.
Monica C. Vaughan, Esq.

**DATE:** February 15, 2006

**FIRM:** Houssiere, Durant & Houssiere, LLP

**FAX NO:** 713-626-3709

**CITY:**

**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.

**TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:  *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Brenda Green Watkins v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Imogene Washington.  Pretrial Order No. 18B required Ms. Washington to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Imogene Washington no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M005172250

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 02/15/2006 11:33
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

  ┌──────────────────────────────────────────────────────────────┐
  │   DATE,TIME              02/15  11:33                          │
  │   FAX NO./NAME           10007341835171362637O9               │
  │   DURATION               00:00:35                             │
  │   PAGE(S)                02                                    │
  │   RESULT                 OK                                    │
  │   MODE                   STANDARD                             │
  │                          ECM                                  │
  └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00517225I

# Exhibit J

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> _Re:_   _**In re Vioxx® Products Liability Litigation**_
> _**MDL No. 1657**_
> _**Brenda Green Watkins v. Merck & Co., Inc.**_
> _**Docket No. 2:05-cv-02373-EEF-DEK**_

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eulalia Martinez. Pretrial Order No. 18B required Ms. Martinez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Eulalia Martinez no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY 1008862_1.DOC

M005172651

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 02/15/2006 11:09
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│   DATE,TIME               02/15  11:07                             │
│   FAX NO./NAME            10007341035171352637709                  │
│   DURATION                00:02:02                                 │
│   PAGE(S)                 11                                       │
│   RESULT                  OK                                       │
│   MODE                    STANDARD                                 │
│                           ECM                                      │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brenda Green Watkins v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Martha Martinez. Pretrial Order No. 18B required Ms. Martinez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Martha Martinez no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME        02/15  11:07
FAX NO./NAME     10007341835171362637O9
DURATION         00:02:02
PAGE(S)          11
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq. Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit L

# · Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

VIA TELECOPY (713-626-3709) & US MAIL

Monica C. Vaughan, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Nettie Patterson v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-02378-EEF-DEK*</u>

Dear Ms. Vaughan:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nettie Patterson. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nettie Patterson no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006161327

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Monica C. Vaughan, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME   : 04/04/2006 19:51
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME        04/04  19:51
FAX NO./NAME     1000734183517136263709
DURATION         00:00:29
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Monica C. Vaughan, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161328

# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Katie Smith v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02371-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katie Smith. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Katie Smith no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006161341

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161340

```
                    JOB STATUS REPORT

                              TIME  : 04/04/2006 19:57
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 04/04  19:56 |
| FAX NO./NAME | 100073418351713626370
| DURATION | 00:00:28 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161339

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Sylvia Castillo v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lorenzo Ortiz. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lorenzo Ortiz no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

MO06161324

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161326

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 04/04/2006 19:49
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/04  19:49
FAX NO./NAME       100073418351713626370 9
DURATION           00:00:29
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161325

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Sylvia Castillo v. Merck & Co., Inc.*
>       *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosa Ortiz. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosa Ortiz no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M006161330

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161332

| JOB STATUS REPORT |
| --- |

```
TIME  : 04/04/2006 19:52
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/04  19:52
FAX NO./NAME       1000734183517136263709
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

## A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161331

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Sylvia Castillo v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Rodriguez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Virginia Rodriguez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

MO06161336

# · Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M006161338

```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT  │
                        └─────────────────────┘

                                        TIME   : 04/04/2006 19:55
                                        NAME   : HUGHES HUBBARD
                                        FAX#   : 2019465738
                                        TEL#   :
                                        SER.#  : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME            04/04  19:54                                 │
│   FAX NO./NAME         10007341835171362637Ø9                       │
│   DURATION             00:00:29                                     │
│   PAGE(S)              02                                           │
│   RESULT               OK                                           │
│   MODE                 STANDARD                                     │
│                        ECM                                          │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161337

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Regino Urias. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Regino Urias no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M00616I297

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MD06161299

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 04/04/2006 20:02
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038

    ┌───────────────────────────────────────────────────────────────────┐
    │   DATE,TIME          04/04  20:02                                  │
    │   FAX NO./NAME       10007341835171362637B9                        │
    │   DURATION           00:00:29                                      │
    │   PAGE(S)            02                                            │
    │   RESULT             OK                                            │
    │   MODE               STANDARD                                     │
    │                      ECM                                          │
    └───────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161298

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Brenda Green Watkins v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Wesley Mayo. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Wesley Mayo no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006161321

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161323

JOB STATUS REPORT

```
TIME  : 04/04/2006 19:48
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME         04/04  19:48
FAX NO./NAME      10007341835171362637Ø9
DURATION          00:00:28
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161322

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Brenda Green Watkins v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

          We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Imogene Washington. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

          Please produce a completed PPF for Imogene Washington no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

          Very truly yours,

          */s/ John N. Poulos*

          John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M006332941

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

JOB STATUS REPORT

TIME : 04/04/2006 20:29
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL# :
SER.# : 000005100038

| DATE,TIME | 04/04  20:29 |
| FAX NO./NAME | 100073418351713626370 9 |
| DURATION | 00:00:29 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006332942

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Brenda Green Watkins v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eulalia Martinez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Eulalia Martinez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M006332926

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006332928

JOB STATUS REPORT

```
TIME  : 04/04/2006 19:46
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME         04/04  19:46
FAX NO./NAME      100073418351713626370S
DURATION          00:00:29
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006332927

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brenda Green Watkins v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Martha Martinez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Martha Martinez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
```

```
TIME  : 04/04/2006 19:47
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME          04/04  19:47                               │
│  FAX NO./NAME       10007341835171362637D9                     │
│  DURATION           00:00:28                                   │
│  PAGE(S)            02                                         │
│  RESULT             OK                                         │
│  MODE               STANDARD                                   │
│                     ECM                                        │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161319

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161320