UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE |
| GERALD D. BARNETT, | * | KNOWLES |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**JURY INTERROGATORIES PROPOSED BY MERCK & CO., INC. ("MERCK")**

    Merck hereby submits the following proposed jury interrogatories, numbered 1 through 9.

Dated: August 14, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

823914v.1

Philip S. Beck
Andrew Goldman
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

823914v.1

# JURY INTERROGATORIES

Please answer all questions except Question #3 according to a preponderance of the evidence. Question #3 should be answered according to clear and convincing evidence.

1. Do you find that Merck & Co, Inc. failed to warn or inadequately warned Mr. Barnett's treating physicians of a known or reasonably scientifically knowable risk associated with Vioxx, and that such failure to warn or inadequate warning was a legal cause of an injury to Mr. Gerald Barnett?

   YES _____     NO _____

(Please proceed to Question #2.)

2. Do you find that Merck & Co., Inc. was negligent in failing to warn Mr. Barnett's treating physicians of a known or reasonably scientifically knowable risk associated with Vioxx, and that such negligence was a legal cause of an injury to Mr. Gerald Barnett?

   YES _____     NO _____

(Please proceed to Question #3.)

3. Do you find that Merck & Co., Inc. knowingly failed to disclose a material fact to Mr. Barnett's treating physicians in a circumstance where it was required to do so, that Mr. Barnett's treating physicians were entitled to and did rely on that non-disclosure, and that the non-disclosure was a legal cause of an injury to Mr. Barnett?

   YES _____     NO _____

(If you answered "no" to Questions #1, #2, and #3, please skip all remaining questions, date and sign this verdict form, and inform the Marshall that a verdict has been reached. If you answered "yes" to any of these questions, please proceed to Question #4.)

4. Do you find that there was negligence on the part of Mr. Gerald Barnett that was a legal cause of his injury?

   YES _____     NO _____

3

(Please proceed to Question #5.)

5.  Do you find that there was negligence on the part of Dr. Michael McCaffrey that was a legal cause of Mr. Barnett's injury?

    YES _____          NO _____

(Please proceed to Question #6.)

6.  Do you find that there was negligence on the part of Dr. Michael Mikola that was a legal cause of Mr. Barnett's injury?

    YES _____          NO _____

(Please proceed to Question #7.)

7.  Do you find that there was negligence on the part of Dr. Mark Karavan that was a legal cause of Mr. Barnett's injury?

    YES _____          NO _____

(Please proceed to Question #8.)

8.  What percentage of fault, if any, do you attribute to Merck & Co., Inc., Mr. Gerald Barnett, Dr. Michael McCaffrey, Dr. Michael Mikola, and/or Dr. Mark Karavan?

    Merck & Co., Inc.           _____%

    Mr. Gerald Barnett          _____%

    Dr. Michael McCaffrey       _____%

    Dr. Michael Mikola          _____%

    Dr. Mark Karavan            _____%

823914v.1

(If and only if you have found Merck & Co., Inc. liable, please proceed to Question #9. If you have not found Merck & Co., Inc. liable, please skip all remaining questions, date and sign this verdict form, and inform the Marshall that a verdict has been reached.)

9. What amount, if any, do you find will fairly and adequately compensate Mr. Gerald Barnett for damages suffered due to his use of Vioxx?

  $ _____

(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

  New Orleans, Louisiana, this _____ day of _____, 2006.

                              _____
                              JURY FOREPERSON

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Jury Interrogatories Proposed By Merck have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel