Ex. B - Abramson Deposition Excerpts

- **Abramson Motion**

| | | |
|---|---|---|
| [1:] - [1:17] | 8/3/2006 | Abramson, John D. |

```
page 1
   0001
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
         IN RE: VIOXX            MDL DOCKET NO. 1657
5        PRODUCTS LIABILITY
         LITIGATION
6
         THIS DOCUMENT RELATES    SECTION "L"
7        TO:
8        ROBERT G. SMITH          JUDGE FALLON
9        VERSUS
10       MERCK & CO., INC.
11       Civil Action No. 2:05-CV-04379
12
13       CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
                    Deposition of DR. JOHN D.
15       ABRAMSON, taken at the Law Offices of Stone,
         Pigman, Walther, Wittmann, 546 Carondelet
16       Street, New Orleans, Louisiana, on the 3rd day
         of August, 2006.
17
```

| | | |
|---|---|---|
| [68:22] - [69:2] | 8/3/2006 | Abramson, John D. |

```
page 68
22       Q.    And you are not a specialist in
23  internal medicine.  Right?
24       A.    Correct.
25       Q.    You are not board certified in
page 69
1  internal medicine?
2        A.    That is correct.
```

| | | |
|---|---|---|
| [69:3] - [69:11] | 8/3/2006 | Abramson, John D. |

```
page 69
3        Q.    You have never completed a
4  fellowship in cardiology.  Right?
5        A.    Correct.
6        Q.    You are not board certified in
7  cardiology?
8        A.    Correct.
9        Q.    You don't hold yourself out as a
10 cardiologist?
11       A.    Correct.
```

| | | |
|---|---|---|
| [69:12] - [69:20] | 8/3/2006 | Abramson, John D. |

```
page 69
12       Q.    You have never completed a
13  fellowship in rheumatology.  Right?
14       A.    Correct.
15       Q.    You are not board certified in
16  rheumatology?
17       A.    Correct.
18       Q.    You don't hold yourself out as an
19  expert in rheumatology?
20       A.    Correct.
```

Ex. B - Abramson Deposition Excerpts

- **Abramson Motion**

| | | |
|---|---|---|
| [69:21] - [70:4] | 8/3/2006 | Abramson, John D. |

```
page 69
21       Q.      You never completed a fellowship
22   in gastroenterology.  Right?
23       A.      Correct.
24       Q.      You are not board certified in
25   gastroenterology.  Right?
page 70
1        A.      Correct.
2        Q.      You don't hold yourself out as an
3    expert in gastroenterology?
4        A.      Correct.
```

| | | |
|---|---|---|
| [70:5] - [71:9] | 8/3/2006 | Abramson, John D. |

```
page 70
5        Q.      Have you ever been the principal
6    investigator for a clinical trial involving a
7    pharmaceutical product or a medical device?
8        A.      No.
9        Q.      Have you ever been an associate
10   investigator on a clinical trial involving a
11   pharmaceutical product or a medical device?
12       A.      No.
13       Q.      Have you ever been a research
14   associate on a clinical trial involving a
15   pharmaceutical product or a medical device?
16       A.      No.
17       Q.      Have you ever had any personal
18   involvement in conducting a clinical trial on
19   a pharmaceutical product or a medical device?
20       A.      No.
21       Q.      Have you ever had responsibility
22   for designing a clinical trial for a
23   pharmaceutical product or a medical device?
24       A.      No.
25       Q.      Have you ever been consulted
page 71
1    about study design for a clinical trial for a
2    pharmaceutical product or a medical device?
3        A.      No.
4        Q.      Have you ever had the
5    responsibility for writing up the results and
6    conclusions of a clinical trial into a
7    manuscript for publication from a clinical
8    trial for a pharmaceutical product?
9        A.      No.
```

| | | |
|---|---|---|
| [71:10] - [71:20] | 8/3/2006 | Abramson, John D. |

```
page 71
10       Q.      Have you ever had responsibility
11   for editing a manuscript that set forth the
12   results a clinical trial?
13       A.      You changed the question right
14   there.  You mean a clinical trial for the
15   pharmaceutical industry?
16       Q.      Let me ask that question first.
17   Have you ever had a responsibility for editing
18   a manuscript that sets forth the results of a
19   clinical trial for a pharmaceutical product?
20       A.      No.
```

| | | |
|---|---|---|
| [72:19] - [73:1] | 8/3/2006 | Abramson, John D. |

```
page 72
19       Q.      Have you ever been listed as an
```

Ex. B - Abramson Deposition Excerpts

• **Abramson Motion**

```
                    20  author on any peer-reviewed article publishing
                    21  the results of a clinical trial?
                    22       A.    No.
                    23       Q.    Have you ever had responsibility
                    24  for selecting clinical investigators for a
                    25  clinical trial?
                    page 73
                    1        A.    No.
```

[88:21] - [90:3]    8/3/2006    Abramson, John D.

```
                    page 88
                    21       Q.    And have you ever personally been
                    22  the chairperson of a DSMB for a clinical
                    23  trial?
                    24       A.    No.
                    25       Q.    Have you ever been a member of a
                    page 89
                    1   DSMB?
                    2        A.    No.
                    3        Q.    Have you ever had any
                    4   responsibility relating to a DSMB in
                    5   connection with a clinical trial?
                    6        A.    Say that again, please?
                    7        Q.    Have you ever had any
                    8   responsibility relating to a DSMB in
                    9   connection with a clinical trial on a
                    10  pharmaceutical product?
                    11       A.    No.
                    12       Q.    Do you know any physicians or
                    13  scientists who served on the DSMB for any of
                    14  the Vioxx studies?
                    15       A.    No.
                    16       Q.    I am asking do you have any
                    17  personal knowledge of them.  Do you know them?
                    18       A.    What do you mean by personal
                    19  knowledge?
                    20       Q.    Do you know them personally?
                    21       A.    No.
                    22       Q.    Dr. Weinblatt or anybody like
                    23  that?
                    24       A.    No.
                    25       Q.    Have you spoken to any person
                    page 90
                    1   that served as a DSMB member for a Vioxx
                    2   study?
                    3        A.    No.
```

[90:21] - [91:2]    8/3/2006    Abramson, John D.

```
                    page 90
                    21       Q.    Have you ever served as a member
                    22  of an institutional review board?
                    23       A.    No.
                    24       Q.    Have you ever done research that
                    25  needed to be approved by an institutional
                    page 91
                    1   review board?
                    2        A.    No.
```

[93:22] - [93:25]   8/3/2006    Abramson, John D.

```
                    page 93
                    22       Q.    Have you ever conducted any
                    23  scientific study to evaluate the information
                    24  physicians need to make clinical decisions?
                    25       A.    No.
```

Ex. B - Abramson Deposition Excerpts

- **Abramson Motion**

[97:4] - [97:17]        8/3/2006    Abramson, John D.

```
page 97
4        Q.      Have you ever been a consultant
5   to the FDA with respect to reviewing marketing
6   material, direct-to-consumer advertising?
7        A.      No.
8        Q.      Have you ever been a consultant
9   to any regulatory agency with respect to
10  reviewing direct-to-consumer advertising or
11  marketing materials?
12       A.      No.
13       Q.      Do you have any experience
14  working with or for pharmaceutical companies
15  in terms of reviewing advertising or marketing
16  materials on any pharmaceutical products?
17       A.      No.
```

[98:17] - [98:20]       8/3/2006    Abramson, John D.

```
page 98
17       Q.      Did you read the regulations that
18  govern direct-to-consumer advertising in
19  connection with your opinions?
20       A.      No.
```

[107:11] - [107:21]     8/3/2006    Abramson, John D.

```
page 107
11       Q.      We will address that later in the
12  day.  Am I correct you have never been an
13  employee of the FDA in any capacity.  Is that
14  right?
15       A.      That is correct.
16       Q.      And you have never been a
17  consultant to the FDA.  Is that right?
18       A.      That is correct.
19       Q.      Have you ever been a member of an
20  FDA advisory committee?
21       A.      No.
```

[115:13] - [116:11]     8/3/2006    Abramson, John D.

```
page 115
13       Q.      Have you reviewed FDA's labeling
14  requirements in connection with your review of
15  this case?
16       A.      Not that I recall.
17       Q.      Had you ever read the FDA
18  labeling regulations for pharmaceutical
19  products for any reason?
20       A.      Not that I recall.
21       Q.      Have you ever consulted with FDA
22  on any issue concerning the labeling of
23  pharmaceutical products?
24       A.      No.
25       Q.      Have you ever consulted with a
page 116
1   pharmaceutical company concerning the labeling
2   of pharmaceutical products?
3        A.      No.
4        Q.      Have you ever drafted a product
5   label for a pharmaceutical product?
6        A.      No.
7        Q.      Have you ever had any involvement
8   with respect to drafting, revising or
9   modifying a pharmaceutical product label for
10  any drug?
```

**Ex. B - Abramson Deposition Excerpts**

- **Abramson Motion**

```
                              11      A.     No.
```

[120:7] - [120:13]            8/3/2006     Abramson, John D.

```
page 120
7       Q.     I am asking about the FDA
8   regulations.  Do you know what the FDA
9   regulations say about when information is
10  supposed to go in the warnings section as
11  opposed to the precautions section?
12      A.     I don't know precisely.  But I
13  understand the intent of the regulation.
```

[127:22] - [128:7]            8/3/2006     Abramson, John D.

```
page 127
22      Q.     Have you ever been an employee of
23  a Contract Research Organization?
24      A.     No.
25      Q.     Have you ever consulted with a
page 128
1   pharmaceutical company about scientific
2   research?
3       A.     No.
4       Q.     Have you ever consulted with a
5   pharmaceutical company about the design of
6   epidemiologic studies?
7       A.     No.
```

[128:11] - [128:22]           8/3/2006     Abramson, John D.

```
page 128
11      Q.     Have you ever consulted with a
12  pharmaceutical company about postmarketing
13  surveillance of medications?
14      A.     No.
15      Q.     Have you ever consulted with a
16  pharmaceutical company about sales or
17  marketing issues?
18      A.     No.
19      Q.     And would the same answers be
20  true if I asked you with respect to medical
21  device manufacturers?
22      A.     Yes.
```

[147:18] - [148:3]            8/3/2006     Abramson, John D.

```
page 147
18      Q.     So your understanding is that
19  after September or October of 2001, you never
20  prescribed Vioxx for anybody?  I am just
21  asking your best recollection.
22      A.     Yes.  To the best of my
23  recollection, I can't swear there was not some
24  extraordinary circumstance.  But it was at
25  that point that I understood that Vioxx was
page 148
1   more dangerous than naproxen and that the best
2   scientific evidence that I had showed that
3   that would not be in my patient's interest.
```

[159:4] - [159:13]            8/3/2006     Abramson, John D.

```
page 159
4       Q.     Generally.  Is it fair to say
5   that when you were seeing patients and
6   prescribing medications for patients, you
```

Ex. B - Abramson Deposition Excerpts

• **Abramson Motion**

```
                    7    would conduct a risk/benefit analysis on every
                    8    patient every time you prescribed a drug?
                    9         A.    Yes.
                    10        Q.    Because you need to assure
                    11   yourself that the expected benefits of the
                    12   drug outweighed the expected risks.  Correct?
                    13        A.    Right.
```

[159:14] - [161:6]    8/3/2006    Abramson, John D.

```
                    page 159
                    14        Q.    Is it fair to say that when you
                    15   consider risk/benefit analysis, that there are
                    16   several factors that you have to take into
                    17   consideration?
                    18              For example, first of all, you
                    19   have to look at what is the efficacy or the
                    20   expected benefit that I expect my patient to
                    21   get from giving them this drug.  Do you agree
                    22   with me that is one of the factors?
                    23        A.    I do.
                    24        Q.    And another thing that you have
                    25   to look at when you conduct a risk/benefit
                    page 160
                    1    analysis is you have to conduct an assessment
                    2    of the safety risks that are associated with
                    3    the drug.  Right?
                    4         A.    Correct.
                    5         Q.    And not just one safety risk, but
                    6    the safety risks in general?  In other words,
                    7    if there are multiple risks, you have to
                    8    consider all of the safety risks.  Right?
                    9         A.    Yes.
                    10        Q.    And another thing that you have
                    11   to do when you conduct the risk/benefit
                    12   analysis to prescribe a medication for a
                    13   patient, is to consider what other alternative
                    14   medications are available other than the one
                    15   under consideration?
                    16        A.    That is correct.
                    17        Q.    And when you consider alternative
                    18   medications, you also have to consider the
                    19   efficacy of those medications.  Correct?
                    20        A.    Yes.
                    21        Q.    As well as the safety risks of
                    22   those medications?
                    23        A.    Correct.
                    24        Q.    So it involves some -- well, back
                    25   up.
                    page 161
                    1               Making a risk/benefit analysis to
                    2    prescribe a medication for your patient, you
                    3    have got to in some respect compare different
                    4    options for drug therapy, assuming that the
                    5    patient needs drug therapy?
                    6         A.    Exactly.
```

[255:14] - [256:4]    8/3/2006    Abramson, John D.

```
                    page 255
                    14        Q.    And the advisory committee
                    15   members never concluded that there was a
                    16   cardiovascular risk associated with Vioxx use,
                    17   did they?
                    18        A.    I would have to see the document.
                    19        Q.    You don't remember?
                    20        A.    I would have to see the document.
                    21        Q.    As you sit here today, you don't
```

**Ex. B - Abramson Deposition Excerpts**

• **Abramson Motion**

```
                        22  remember?
                        23      A.      No.
                        24      Q.      Do you know whether the
                        25  cardiologists who were on the advisory
                        page 256
                        1   committee thought that naproxen was a
                        2   plausible explanation for the findings of the
                        3   VIGOR study?
                        4       A.      I don't recall.
```

[299:14] - [299:21]     8/3/2006    Abramson, John D.

```
                        page 299
                        14      Q.      Object to the nonresponsiveness.
                        15              My question is, when you decided
                        16  that there was an issue here that was a
                        17  serious safety issue that nobody else really
                        18  seemed to be focused on, did you write to FDA
                        19  about this to alert them that you thought this
                        20  was a serious safety issue?
                        21      A.      No.
```

[302:7] - [302:19]      8/3/2006    Abramson, John D.

```
                        page 302
                        7               Did the April, 2002 label contain
                        8   the cardiovascular data from the VIGOR study?
                        9       MR. WRIGHT:
                        10              Where is the label?
                        11  BY MR. PIORKOWSKI:
                        12      Q.      I don't have it.
                        13      A.      The 2002 label did not have the
                        14  cardiovascular data in the warnings section as
                        15  the FDA had initially suggested and in the
                        16  warnings section belongs adverse events that
                        17  are termed serious adverse events such as
                        18  hospitalization, permanent disability, cancer,
                        19  death.
```

[317:1] - [317:3]       8/3/2006    Abramson, John D.

```
                        page 317
                        1       A.      My opinion is that Merck did not
                        2   adequately warn physicians of the risk of
                        3   heart attacks in people like Garry Smith.
```

[317:4] - [319:4]       8/3/2006    Abramson, John D.

```
                        page 317
                        4       Q.      And what is the basis for giving
                        5   that opinion, Doctor?  And I recognize that
                        6   you have already written a 30-page report on
                        7   this.
                        8               But if you could summarize the
                        9   bases for your opinion, and then I want to
                        10  talk to you about your ability to reach that
                        11  opinion.
                        12              So what are the bases for that
                        13  opinion, Doctor?
                        14      A.      The bases for my opinion are
                        15  research studies that were done by Merck and
                        16  there are several of them.
                        17              VIGOR showed that people who were
                        18  treated with Vioxx instead of naproxen who did
                        19  not have a previous history of heart disease
                        20  had three times the risk of a heart attack.
                        21              And that information, not only
```

**Ex. B - Abramson Deposition Excerpts**

• Abramson Motion

```
                        22   was not presented in the New England Journal,
                        23   but was actually misrepresented in the New
                        24   England Journal.  When the New England Journal
                        25   of Medicine article -- I don't have it in
                        page 318
                        1    front of me.
                        2            But when it said for those people
                        3    for whom aspirin was not indicated, meaning
                        4    did not have a previous history of heart
                        5    disease, stroke or bypass surgery or
                        6    angioplasty, TIA, the New England Journal of
                        7    Medicine article said that for those people
                        8    for whom aspirin was not indicated, there was
                        9    not significant increase in the risk of heart
                        10   attack.
                        11           And the numbers that they used
                        12   are 0.2 versus 0.1 percent.  When in fact, the
                        13   data from their own study showed that the
                        14   difference was 0.3 to 0.1, because there were
                        15   three heart attacks that were part of the
                        16   study that were not included in the
                        17   publication.
                        18           And the important issue is that
                        19   the article itself said that for those people
                        20   who did not have previous cardiovascular
                        21   history like Garry Smith, they were not at
                        22   increased risk for heart attack.
                        23           When, in fact, from Deborah
                        24   Shapiro's deposition, she said that she knew
                        25   some time around May, the end of May in 2000
                        page 319
                        1    that that was not true.
                        2            And there are other studies as
                        3    well.  I don't know if you want me to go into
                        4    it.
```

[319:22] - [321:2]      8/3/2006    Abramson, John D.

```
                        page 319
                        22        Q.   Counsel can ask you how if he
                        23   wants.  Doctor, why --
                        24           Would you tell the Court, Doctor,
                        25   would you tell the Court why you are qualified
                        page 320
                        1    you believe to give an opinion on what
                        2    physicians knew and needed to know about Vioxx
                        3    when prescribing Vioxx?
                        4         MR. PIORKOWSKI:
                        5            Objection to form.
                        6         THE WITNESS:
                        7            I am qualified to give an opinion
                        8    on that because of my training and experience
                        9    and that training includes completing a Robert
                        10   Wood Johnson fellowship, which included --
                        11   BY MR. WRIGHT:
                        12        Q.   Let's walk through it slowly.
                        13   Tell the Court what a Robert Wood Johnson
                        14   fellowship is.
                        15        A.   In the case of the fellowship
                        16   that I participated in, it is different with
                        17   each institution.
                        18           But in the fellowship that I
                        19   participated in, it is a two-year program that
                        20   leads to a master's degree, typically a
                        21   master's in public health.  But Case Western
                        22   didn't grant that degree, so they granted me a
                        23   different kind of master's degree.
                        24           But it is a two-year program in
```

**Ex. B - Abramson Deposition Excerpts**

• **Abramson Motion**

```
                        25  which I studied and acquired expertise in
                        page 321
                        1   research design, statistics and epidemiology
                        2   as well as carrying out research.
```

[334:4] - [334:18]      8/3/2006    Abramson, John D.

```
                        page 334
                        4        Q.    Just out of curiosity, did you
                        5   have any advance knowledge from any source
                        6   that Vioxx was about to be taken off the
                        7   market or were you -- was it just happenstance
                        8   that your book came out nine days before Vioxx
                        9   was taken off the market?
                        10       A.    It was a complete surprise to me.
                        11  But what I saw in August of 2001, the fall of
                        12  2001, showed me that there was something very
                        13  wrong going on.
                        14             So the timing, the coincidence of
                        15  the timing of the publishing of my book and
                        16  withdrawing Vioxx from the market was
                        17  certainly a surprise and yet that Vioxx was
                        18  eventually withdrawn was not a surprise.
```

[337:24] - [338:22]     8/3/2006    Abramson, John D.

```
                        page 337
                        24       Q.    And what is that opinion?
                        25       A.    That opinion is that for a
                        page 338
                        1   patient like Garry Smith, Vioxx at least
                        2   tripled his risk of a heart attack and without
                        3   having a previous history of --
                        4        Q.    I am not asking you that.  I am
                        5   just asking you not whether it caused his
                        6   event or not.  All right.  That is not your
                        7   area.
                        8              The question I am asking you was,
                        9   before he took the drug, in your opinion was
                        10  Vioxx an unreasonably dangerous drug to be
                        11  given to a patient like Garry Smith?
                        12       A.    Yes.
                        13       MR. PIORKOWSKI:
                        14             Objection to form.
                        15  BY MR. WRIGHT:
                        16       Q.    And what is the basis for your
                        17  opinion that the risks outweighed the benefits
                        18  of Vioxx for Garry Smith?
                        19       A.    The basis of my opinion is that
                        20  the VIGOR study showed us that Vioxx, Garry
                        21  Smith's taking Vioxx instead of naproxen
                        22  tripled his risk of a heart attack and that --
```

[341:13] - [342:23]     8/3/2006    Abramson, John D.

```
                        page 341
                        13       Q.    Having had that opportunity, do
                        14  you have an opinion on whether the marketing
                        15  of Vioxx to Dr. Grefer was within the same or
                        16  was the same essentially as what you had seen
                        17  earlier about Vioxx marketing to physicians in
                        18  general?
                        19       MR. PIORKOWSKI:
                        20             Objection to the form.  Go ahead.
                        21       THE WITNESS:
                        22             Exhibit 20, which is the Merck
                        23  rep call notes to Dr. Grefer.
```

**Ex. B - Abramson Deposition Excerpts**

- **Abramson Motion**

```
                        24  BY MR. WRIGHT:
                        25       Q.   It is Exhibit 2 to Dr. Grefer's
                        page 342
                        1   deposition.
                        2        A.   Exhibit 2 to Dr. Grefer's
                        3   deposition shows that there were many drug rep
                        4   calls and specifically that the drug reps made
                        5   a major effort to establish a relationship
                        6   with him.  And that the information that they
                        7   shared with him as they established this
                        8   relationship did not adequately warn Dr.
                        9   Grefer that prescribing Vioxx to people like
                        10  Garry Smith instead of naproxen significantly
                        11  increased their risk of heart attack.
                        12            And furthermore, that the
                        13  cardiovascular card that Merck reps were using
                        14  to communicate cardiovascular data to doctors,
                        15  did not include the VIGOR data which was the
                        16  most important data.  It was presenting older
                        17  data from unadjudicated studies that didn't
                        18  fit very well together in that analysis.
                        19            And that the best information
                        20  that Dr. Grefer needed to make an informed
                        21  decision about a risk/benefit analysis for
                        22  Garry Smith in particular was not presented to
                        23  him by the marketing reps from Merck.
```

[343:3] - [343:11]          8/3/2006    Abramson, John D.

```
                        page 343
                        3        Q.   Without going into all the
                        4   details, Doctor, is it fair to say that now
                        5   having had an opportunity to review Dr.
                        6   Grefer's deposition and the notes relating to
                        7   Dr. Grefer, that your general opinions about
                        8   the marketing of Vioxx to physicians apply to
                        9   the specific marketing of Vioxx to Dr. Grefer
                        10  in this case?
                        11       A.   Yes.
```

[345:4] - [345:7]           8/3/2006    Abramson, John D.

```
                        page 345
                        4        Q.   Have you ever published a paper
                        5   about clinical trial developments, clinical
                        6   trials, conducting clinical trials?
                        7        A.   No.
```

[347:13] - [348:9]          8/3/2006    Abramson, John D.

```
                        page 347
                        13  BY MR. PIORKOWSKI:
                        14       Q.   You are not a mind reader.
                        15  Right?  You had said that earlier.  Right?
                        16       A.   Generally.
                        17       Q.   Generally.  And the person who
                        18  would know best what he would or wouldn't have
                        19  done with additional information is Dr.
                        20  Grefer, not you.  Right?
                        21       A.   Every doctor makes risk/benefit
                        22  analysis many times every day.  That
                        23  risk/benefit analysis is informed by different
                        24  kinds of training.
                        25            And the training that I had and
                        page 348
                        1   the research that I have done allows me to
                        2   make risk/benefit analyses that I believe most
```

Ex. B - Abramson Deposition Excerpts

• **Abramson Motion**

```
                    3    practicing physicians -- let me say it
                    4    differently.
                    5            With the training that I have
                    6    had, informs -- the training that I have had
                    7    beyond the training that ordinary physicians
                    8    have, informs my own ability to make
                    9    risk/benefit decisions.
```

[354:1] - [355:19]         8/3/2006    Abramson, John D.

```
                    page 354
                    1        Q.    Is the sole basis for your
                    2    testimony about tripling the risk the results
                    3    of the VIGOR study?
                    4        A.    Well, I just told you that
                    5    Deborah Shapiro did a meta-analysis of all of
                    6    Merck's trials up to that point and there was
                    7    a statistically significant doubling of the
                    8    risk of heart attack when you look at Vioxx
                    9    versus all the NSAIDS.
                   10        Q.    It didn't pass the heterogeneity
                   11    test, the same analysis?
                   12        MR. WRIGHT:
                   13            Object to form.
                   14    BY MR. PIORKOWSKI:
                   15        Q.    Well, I mean, it is giving half
                   16    the story.  Right?  It didn't pass the test of
                   17    heterogeneity?  Well, you remembered
                   18    everything else.  Did you not remember it
                   19    didn't pass the test of heterogeneity?
                   20        A.    I would have to see it.
                   21        Q.    Did you discuss with counsel the
                   22    Shapiro meta-analysis on one of the breaks?
                   23        A.    No.
                   24        Q.    Because it is not anywhere in
                   25    your report, is it?
                   page 355
                    1        A.    It is in the document list.
                    2        Q.    It is in the document list, but
                    3    there is no opinion anywhere in this 23-page
                    4    report that mentions the Shapiro
                    5    meta-analysis, is there?
                    6        A.    I became aware of it on my own
                    7    late in the game, but not late, not too late
                    8    to put it in the document list.
                    9        Q.    Too late to put it in your
                   10    report, but not too late to --
                   11        A.    No.  I can't remember when I
                   12    found it.  But it is a striking piece of
                   13    evidence.
                   14        Q.    As we sit here today, it is not
                   15    in your report.  There is nothing about the
                   16    Shapiro meta-analysis.  The words "Shapiro
                   17    meta-analysis" is no where in your report.
                   18    Right?
                   19        A.    I would have to research on it.
```

[361:1] - [361:25]         8/3/2006    Abramson, John D.

```
                    page 361
                    1            REPORTER'S CERTIFICATE
                    2
                    3
                    4        I, RUBY M. WALLEN, Certified Court
                    5    Reporter, do hereby certify that the
                    6    above-named witness, after having been first
                    7    duly sworn by me to testify to the truth, did
                    8    testify as hereinabove set forth;
```

**Ex. B - Abramson Deposition Excerpts**

- **Abramson Motion**

```
 9              That the testimony was reported by me
10   in shorthand and transcribed under my personal
11   direction and supervision, and is a true and
12   correct transcript, to the best of my ability
13   and understanding;
14              That I am not of counsel, not related
15   to counsel or the parties hereto, and not in
16   any way interested in the outcome of this
17   matter.
18
19
20
21            _____
              RUBY M. WALLEN
22            CERTIFIED COURT REPORTER
              CSR NO. 78022
23
24
25
```