Exhibit D - Grefer Deposition Excerpts

• **Abramson Motion**

[68:] - [68:25]    7/27/2006   Grefer, Michael A. - Vol. 2

```
page 68
    0068
 1
 2
 3                      UNITED STATES DISTRICT COURT
 4                      EASTERN DISTRICT OF LOUISIANA
 5
 6      - - - - - - - - - - - - - - -
        ROBERT G. SMITH              :
 7                                   :
                   Plaintiff,        :
 8          vs.                      : Case No. 2:05-CV-04379
                                     :
 9      MERCK & CO., INC.            :
                                     :
10                 Defendant.        :
        - - - - - - - - - - - - - - -
11
12                              Trial Deposition - Volume II
13              Deposition of:  MICHAEL A. GREFER, M.D.
14              Taken:          By the Defendant
15              Date:           Thursday, July 27, 2006
16              Time:           Commencing at 9:14 AM
17              Place:          Commonwealth Orthopaedic
                                Center
18                              200 South Hill Medical Center
                                525 Alexandria Pike
19                              Southgate, Kentucky  41071
20              Before:         Wendy Welsh, RDR, CRR
                                Notary Public - Commonwealth
21                              of Kentucky
22
23
24
25
```

[98:13] - [98:25]    7/27/2006   Grefer, Michael A. - Vol. 2

```
page 98
13           Q.   Okay.  Now, Merck representatives
14   provided you written and some verbal information about
15   the VIGOR trial?
16           A.   They did.
17           Q.   And we went over before what you were
18   aware of from them and from the labeling, correct?
19           A.   Correct.
20           Q.   And you understood that following VIGOR
21   that the science wasn't clear about the reason for the
22   difference in myocardial -- nonfatal myocardial
23   infarctions between patients on Vioxx and those on
24   naproxen?
25           A.   That's correct.
```

[99:16] - [99:20]    7/27/2006   Grefer, Michael A. - Vol. 2

```
page 99
16           Q.   Well, back at that time, you're well
17   aware from the labeling that there was a significant
18   number of MIs on Vioxx, significantly more than as
19   compared to naproxen?
20           A.   There were more, yes, sir.
```

Exhibit D - Grefer Deposition Excerpts

• **Abramson Motion**
[136:1] - [136:25]     7/27/2006    Grefer, Michael A. - Vol. 2

```
page 136
 1                 C E R T I F I C A T E
 2    COMMONWEALTH OF KENTUCKY:
                                  SS:
 3    COUNTY    OF    CAMPBELL:
 4       I, Wendy L. Welsh, a duly qualified and commis-
 5    sioned  notary  public in and for the Commonwealth of
 6    Kentucky, do hereby certify that prior to the giving of
 7     his  deposition, the  within   named  Michael A.
 8    Grefer, M.D., was  by me first   duly sworn to testify
 9    the  truth, the  whole  truth, and  nothing  but  the
10    truth; that the foregoing pages constitute a true and
11    correct  transcript of  testimony given  at said time
12    and place  by said deponent; that said deposition was
13    taken  by me  in stenotypy  and transcribed  under my
14    supervision; that  I am  neither a  relative  of  nor
15    attorney  for any of  the parties to this litigation,
16    nor relative of nor employee of any of their counsel,
17    and have no interest whatsoever in the result of this
18    litigation.
19        IN WITNESS WHEREOF, I  hereunto set my hand  and
20    official  seal  of office, at  Cincinnati, Ohio, this
21    28th day of July 2006.
22
                          _____
23                        Wendy L. Welsh, RDR-CRR, Notary
                          Public, Commonwealth of Kentucky
24
      My commission expires:
25    May 3, 2009.
```