## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| **This document relates to:** | **MAGISTRATE JUDGE KNOWLES** |
| **Case No. 2:05-CV-04379** | |
| **Robert G. Smith** | |
| **vs.** | |
| **Merck & Co., Inc.** | |

### PLAINTIFF'S FIRST SUPPLEMENTAL CASE-SPECIFIC DESIGNATION OF DEPOSITION TESTIMONY

Plaintiff, Robert G. Smith, by and through his undersigned counsel, hereby designates the following deposition testimony that may be used at the trial of this matter.  Plaintiff reserves the right to supplement this list.  This list below does not include counter-designations to any deposition testimony offered by Defendant Merck & Co.  Plaintiff reserves the right to offer any deposition testimony being offered by Defendant Merck & Co.  Plaintiff reserves the right to withdraw any testimony designated herein:

**WITNESS:   Mary E. Blake**

| Start | Stop |
|---|---|
| 11:12 | 11:13 |
| 13:19 | 13:21 |
| 13:22 | 13:24 |
| 16:5 | 16:8 |

| Start | Stop |
|-------|------|
| 16:14 | 16:15 |
| 18:18 | 19:2 |
| 22:14 | 23:2 |
| 23:2 | 23:4 |
| 23:18 | 23:22 |
| 26:5 | 26:19 |
| 27:9 | 27:20 |
| 33:2 | 33:6 |
| 33:11 | 33:19 |
| 33:25 | 34:7 |
| 34:18 | 34:24 |
| 35:14 | 36:4 |
| 36:21 | 37:21 |
| 38:8 | 38:23 |
| 41:7 | 41:20 |
| 41:23 | 42:17 |
| 42:20 | 43:2 |
| 43:23 | 44:13 |
| 44:14 | 44:16 |
| 44:18 | 45:6 |
| 45:20 | 45:23 |
| 46:1 | 46:17 |
| 46:20 | 46:21 |
| 46:23 | 47:2 |
| 47:7 | 47:11 |
| 48:5 | 48:12 |

| Start | Stop |
|-------|------|
| 48:13 | 48:15 |
| 48:18 | 49:2 |
| 49:6 | 49:10 |
| 52:14 | 52:20 |
| 52:23 | 52:24 |
| 54:17 | 54:19 |
| 54:24 | 55:1 |
| 55:2 | 55:6 |
| 55:7 | 55:13 |
| 56:1 | 56:5 |
| 57:16 | 58:10 |
| 58:17 | 59:2 |
| 60:12 | 60:16 |
| 60:19 | 60:22 |
| 62:17 | 62:19 |
| 62:22 | 63:14 |
| 63:17 | 64:2 |
| 64:24 | 65:2 |
| 65:5 | 65:12 |
| 65:24 | 65:24 |
| 66:2 | 66:3 |
| 67:2 | 67:3 |
| 68:2 | 68:11 |
| 68:14 | 69:7 |
| 69:19 | 69:22 |
| 70:8 | 70:19 |

| Start | Stop |
|-------|------|
| 70:21 | 71:6 |
| 71:7 | 71:14 |
| 71:18 | 71:25 |
| 72:1 | 72:12 |
| 72:15 | 72:24 |
| 73:1 | 73:9 |
| 74:2 | 74:5 |
| | |
| 404:14 | 406:8 |
| 406:18 | 406:20 |
| 407:7 | 407:18 |
| 408:7 | 408:10 |
| 408:19 | 409:4 |
| 414:10 | 414:15 |
| 420:16 | 423:3 |
| 423:12 | 424:7 |
| 427:16 | 428:9 |
| 430:5 | 430:19 |
| 432:16 | 432:21 |
| 433:11 | 433:14 |
| 436:6 | 436:6 |
| 442:16 | 444:23 |
| 447:1 | 447:15 |
| 467:18 | 467:23 |
| 481:19 | 482:9 |
| 484:11 | 484:20 |

| Start | Stop |
|-------|------|
| 485:21 | 487:1 |
| 487:22 | 488:4 |
| 497:16 | 497:23 |
| 504:18 | 504:25 |
| 506:12 | 506:21 |
| 509:1 | 509:20 |
| 510:13 | 510:18 |
| 510:23 | 512:2 |
| 513:11 | 516:12 |
| 523:6 | 524:3 |
| 527:18 | 528:5 |
| 538:3 | 538:9 |
| 538:22 | 538:24 |
| 539:15 | 540:15 |
| 541:2 | 542:15 |
| 543:7 | 543:17 |
| 753:6 | 755:8 |
| 757:8 | 757:21 |
| 768:16 | 768:22 |
| 778:18 | 779:3 |
| 779:9 | 779:16 |
| 790:19 | 791:7 |
| 794:9 | 795:14 |
| 808:02 | 809:06 |
|  |  |

**WITNESS:    Tom Cannell**

| Start | Stop |
|---|---|
| 9:3 | 9:5 |
| 11:20 | 12:5 |
| 17:7 | 17:17 |
| 18:18 | 20:2 |
| 20:15 | 20:18 |
| 22:12 | 22:16 |
| 32:14 | 32:20 |
| 47:18 | 48:5 |
| 50:8 | 50:16 |
| 50:18 | 50:24 |
| 51:11 | 51:12 |
| 51:14 | 51:24 |
| 52:1 | 52:3 |
| 52:10 | 52:17 |
| 53:9 | 53:22 |
| 53:24 | 54:2 |
| 54:4 | 54:5 |
| 58:9 | 59:16 |
| 60:14 | 60:24 |
| 61:1 | 61:2 |
| 62:4 | 62:4 |
| 62:6 | 62:6 |
| 63:10 | 63:11 |
| 63:21 | 63:25 |

| Start | Stop |
|---|---|
| 64:2 | 64:5 |
| 64:24 | 64:25 |
| 65:10 | 65:16 |
| 80:20 | 81:4 |
| 82:1 | 82:3 |
| 82:5 | 82:12 |
| 83:8 | 84:2 |
| 88:1 | 88:7 |
| 88:9 | 88:13 |
| 90:8 | 90:11 |
| 90:13 | 90:21 |
| 93:18 | 94:13 |
| 95:2 | 95:15 |
| 97:10 | 99:21 |
| 139:18 | 141:14 |
| 141:23 | 143:18 |
| 281:1 | 281:14 |
| 281:23 | 282:1 |
| 282:15 | 283:9 |
|  |  |
|  |  |

**WITNESS:   Jan Weiner**

| Start | Stop |
|---|---|
| 15:10 | 15:13 |

| Start | Stop |
|-------|------|
| 18:12 | 20:24 |
| 22:4 | 23:13 |
| 31:4 | 31:7 |
| 31:9 | 32:5 |
| 32:9 | 32:17 |
| 37:3 | 37:11 |
| 43:9 | 43:21 |
| 45:7 | 45:14 |
| 45:23 | 46:11 |
| 47:3 | 47:12 |
| 47:13 | 47:15 |
| 47:17 | 47:21 |
| 49:16 | 50:10 |
| 50:14 | 50:25 |
| 55:8 | 55:10 |
| 55:16 | 55:18 |
| 62:9 | 62:15 |
| 63:7 | 63:11 |
| 63:13 | 63:13 |
| 74:23 | 75:1 |
| 75:7 | 75:13 |
| 79:13 | 79:21 |
| 79:23 | 80:11 |
| 80:16 | 80:18 |
| 80:20 | 81:4 |
| 81:9 | 81:11 |

| Start | Stop |
|-------|------|
| 81:13 | 81:17 |
| 82:22 | 83:5 |
| 102:15 | 103:15 |
| 104:4 | 104:8 |
| 106:17 | 106:20 |
| 106.23 | 107:7 |
| 107:10 | 107:16 |
| 107:21 | 107:21 |
| 148:16 | 148:23 |
| 148:25 | 149:2 |
| 149:12 | 149:21 |
| 149:23 | 150:8 |
| 150:10 | 150:13 |
| 155:9 | 155:21 |
| 291:19 | 292:4 |
| 292:16 | 292:19 |
| 292:23 | 293:1 |
| 293:3 | 293:13 |
| 293:22 | 293:22 |
| 294:17 | 295:5 |
| 296:23 | 296:25 |
| 297:3 | 297:21 |
| 297:24 | 298:5 |
| 298:9 | 298:17 |
| 299:4 | 299:7 |
| 299:9 | 299:11 |

| Start | Stop |
|---|---|
| 299:22 | 299:25 |
| 300:6 | 300:7 |
| 300:25 | 301:9 |
| 301:12 | 301:15 |
| 301:19 | 302:1 |
| 302:3 | 302:8 |
| 302:11 | 302:18 |
| 302:20 | 303:10 |
| 303:12 | 303:16 |
| 304:7 | 304:9 |
| 304:11 | 304:15 |
| 304:17 | 304:20 |
| 427:3 | 427:9 |
| 427:10 | 427:21 |
| 428:2 | 428:13 |
| 428:15 | 428:20 |
| 428:22 | 428:22 |
| 429:3 | 429:10 |
| 430:24 | 431:06 |
| 431:14 | 431:17 |
| 434:11 | 434:15 |
| 436:17 | 436:21 |
| 436:23 | 437:2 |
| 437:5 | 437:6 |
| 444:1 | 444:4 |
| 444:7 | 444:12 |

| Start | Stop |
|-------|------|
| 444:14 | 444:15 |
| 444:17 | 444:18 |
| 444:22 | 444:23 |
| 445:3 | 445:10 |
| 446:1 | 446:4 |
| 446:6 | 446:11 |
| 446:13 | 446:14 |
| 525:21 | 525:23 |
| 526:4 | 527:3 |
| 542:16 | 543:3 |
| 543:6 | 543:15 |

**WITNESS:    Ronald Marks, Ph.D.**

| Start | Stop |
|-------|------|
| 7:8 | 7:10 |
| 8:18 | 8:23 |
| 10:16 | 11:19 |
| 14:21 | 15:5 |
| 16:15 | 21:10 |
| 25:04 | 25:22 |
| 26:17 | 26:22 |
| 34:11 | 34:21 |
| 34:25 | 41:2 |
| 45:17 | 46:04 |
| 56:23 | 57:7 |

| Start | Stop |
|---|---|
| 58:14 | 60:10 |
| 65:10 | 65:19 |
| 66:17 | 66:21 |
| 67:2 | 67:4 |
| 67:13 | 67:22 |
| 69:21 | 70:5 |
| 73:16 | 73:21 |
| 86:4 | 86:12 |
| 86:13 | 87:8 |
| 97:8 | 101:11 |
| 104:10 | 108:2 |
| 109:20 | 110:18 |
| 194:4 | 194:6 |
| 197:5 | 197:23 |
| 199:5 | 199:15 |
| 201:24 | 202:13 |
| 203:1 | 203:17 |
| 205:21 | 206:5 |
| 209:16 | 210:11 |
|  |  |

Dated: August 14, 2006

Respectfully submitted,


Drew Ranier
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

/s/ Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440


Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055


James L. "Larry" Wright
Texas Bar No. 22038500
**THE WATTS LAW FIRM LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

John Eddie Williams, Jr.
Texas Bar No. 21600300
Jim Doyle
Texas   Bar   No.6094450**WILLIAMS
BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226


ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH


13

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.


                     /s/ Grant Kaiser
                     Grant Kaiser
                     **THE KAISER FIRM LLP**
                     8441 Gulf Freeway, Suite 600
                     Houston, Texas 77017
                     (713) 230-0000; fax (713) 230-0440
                     gkaiser@thekaiserfirm.com


cc      By email only:

      Robert Van Kirk        rvankirk@wc.com
      **Williams & Connolly LLP**
      725 Twelfth Street Northwest
      Washington, D.C.  20005
      (202) 434-5000; fax (202) 434-5029

      Carrie A. Jablonski      carrie.jablonski@bartlit-beck.com
      **Bartlit, Beck, Herman, Palenchar & Scott LLP**
      54 West Hubbard Street, Suite 300
      Chicago, Illinois 60610
      (312) 494-4400; fax (312) 494-4440