EXHIBIT A

**Subject:** FW: Vioxx Smith -- Zipes

**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Wednesday, July 19, 2006 10:30 AM
**To:** carrie.jablonski@bartlit-beck.com
**Cc:** James L. ("Larry") Wright
**Subject:** RE: Vioxx Smith -- Zipes

Plaintiff's position is that:

1. We reserve the right to offer Dr. Zipes' deposition testimony that is not specifically related to Mr. Barnett in our case.

2. We will not call him live; we will live with the current state of his deposition

3. We do not see the need, and therefore will not agree, to present him again for deposition because

   a. Merck has already received his reports
   b. Merck has already deposed Dr. Zipes on his reports
   c. Plaintiff will stay within the confines of his present deposition.

I hope you understand our position. Given that we're living with his deposition, there should be no reason to re-depose him.

Yours truly,

# Grant Kaiser
The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

*"Zero day exploit."*

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Tuesday, July 18, 2006 6:53 PM
**To:** Grant Kaiser
**Cc:** James L. ("Larry") Wright
**Subject:** Vioxx Smith -- Zipes

Grant - what is your position on Zipes in Smith? Will you be keeping him as an expert in the Smith case?

8/14/2006

If so, I need a date for his deposition before Aug 1 (discovery cutoff).

Please confirm (a) whether Zipes will remain an expert in Smith, and (b) whether you will provide a deposition date before Aug. 1 by 10am tomorrow morning.

Thank you,
Carrie

**Carrie A. Jablonski**
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
312-494-4451 (office)
312-494-4440 (fax)
carrie.jablonski@bartlit-beck.com
http://www.bartlit-beck.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged.  This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee.  If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is

prohibited.
Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under United States Federal tax laws.