**Exhibit B - Zipes Deposition Excerpts**

• **Zipes Motion**

[1:] - [1:24]       6/9/2006    Zipes, Douglas (Barnett)

```
page 1
   0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4       In re:  VIOXX                     )
        PRODUCTS LIABILITY LITIGATION     ) MDL Docket No. 1657
5                                         )
        This document relates to          ) Section L
6                                         )
        GERALD BARNETT,                   ) Judge Fallon
7                                         )
                        Plaintiff,        ) Civil Action No.
8                                         ) 2:06cv485
                  vs                      )
9                                         )
        MERCK & CO., INC.,                )
10                                        )
                        Defendant.        )
11      _____)
12
13
14
15              DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16                    Newport Beach, California
17                     Friday, June 9, 2006
18
19
20
21
22      Reported by:
23      DIANA JANNIERE
        CSR NO. 10034
24      LA JOB No. 918528
        PHIL JOB No. 2211
```

[31:11] - [36:14]      6/9/2006    Zipes, Douglas (Barnett)

```
page 31
11      Q    Why did you meet with Dr. Popma in July, 2005?
12      A    To discuss the issues relating to Vioxx and its
13 potential role in producing cardiovascular adverse
14 effects.
15      Q    Where was that meeting?
16      A    Boston.
17      Q    Who attended?
18      A    There were six cardiologists:  Jeff Popma;
19 Martin LaWinter, who is chief of cardiology at the
20 University of Vermont.  Popma is head of interventional
21 cardiology at the Brigham at Boston.  Barry Marin, he is
22 a cardiologist at the Minnesota Heart Institute.  Wilson
23 Kalouchi, he is chief of cardiology at Boston University
24 and Paul Ruker, he is an epidemiologist from the Brigham
25 and Mark Haigney, he is the chief of cardiology at the
page 32
1 Uniform Services University.
2      Q    Did anyone attend this meeting with you on July
3 of 2005 other than the individuals you just mentioned?
4      A    Yes.  We met alone for the first day and I
5 think briefly late that afternoon or briefly the
6 following morning, John Thornton was there as well.
7      Q    Why did you meet in July of 2005 with those
8 cardiologists and then Mr. Thornton?
9      A    I met with those cardiologists, who are all
10 highly respected individuals, to discuss the issues
```

**Exhibit B - Zipes Deposition Excerpts**

• **Zipes Motion**

```
11   relating to Vioxx and the role that it may play in
12   creating cardio vascular adverse events.
13        Mr. Thornton supplied us with a great deal of
14   literature to look at.  We did our own literature
15   searches as well.
16        I asked these people, all of whom are experts
17   and friends, to look at these data and come to their own
18   independent conclusions about the role of Vioxx.  And
19   then I wanted to meet with them to discuss what our
20   views were arrived at independently, but to talk about
21   it.  And that is what we did.
22    Q    Was it your idea or Mr. Thornton's idea to set
23   up this meeting with the cardiologists that you have
24   identified in July of 2005?
25    A    It was my idea.
page 33
1    Q    Were you the person who identified the
2   individuals who you wanted to attend the meeting?
3    A    That is correct.
4    Q    Have you formed any opinions prior to meeting
5   with these cardiologists about whether Vioxx carries a
6   increased risk of cardiovascular events?
7    A    I did.
8    Q    What was your opinion as of July of 2005?
9    A    That it did.
10    Q    When did you form your opinion that Vioxx has
11   an increased risk of cardiovascular events?
12    A    After spending many hours reading all of the
13   literature in preparation for that first meeting.
14    Q    Did you take any notes of the meeting that
15   occurred with those cardiologists in July of 2005?
16    A    I don't think I did in 2005, but we had a
17   second meeting.  I remember the precise date because it
18   was my birthday, February 27, 2006.  And there are some
19   notes from that, a copy of which you have.
20    Q    Did the same cardiologists attend the second
21   meeting on February 27, 2006?
22    A    I think Mark Haigney was tied up for that
23   meeting and could not attend, but the others did.
24    Q    Was Mr. Thornton also at that meeting in
25   February of 2006?
page 34
1    A    Mr. Thornton was there, yes.
2    Q    I don't think I asked you about the second day
3   of your meeting back in July of 2005.  What happened on
4   the second day?
5    A    It is vague in my mind.  I am not certain that
6   there was a second day meeting.  Either -- as a matter
7   of fact, I don't think there was because we had a late
8   dinner that night.  And I think I left the next morning.
9        And I think Mr. Thornton briefly put his --
10   came in at the end of the first day.  I do want to
11   emphasize, however, that this day-long meeting was to
12   simply discuss the science involved.
13    Q    Um-hmm.
14    A    We had no knowledge of any patients.  This was
15   simply to -- for each of us to form an independent
16   conclusion.  So I came with my conclusion and I wanted
17   to hear what the others said.
18        At the end of the day, there was complete
19   unanimity among the group.  That all of us reviewing all
20   of the data, both the science and the biologic
21   plausibility, providing the mechanistic foundation for
22   Vioxx's effects, as well as the clinical studies, we
23   were firmly convinced that Vioxx indeed does cause an
24   increase in cardiovascular adverse events.
25    Q    Did you and the other cardiologists July of
page 35
```

**Exhibit B - Zipes Deposition Excerpts**

• **Zipes Motion**

```
1   2005 and February of 2006 talk about other COX-2
2   inhibitors or just Vioxx?
3       A    We may have talked briefly about Celebrex, but
4   it was specifically focused on Vioxx.
5       Q    Did you form an opinion about the
6   cardiovascular risks associated with Celebrex?
7       A    I don't believe so.
8       Q    You don't believe you formed an opinion?
9       A    Well, we formed an opinion that in the sense
10  that we know it is a COX-2 inhibitor and that it has
11  less specific COX-2 inhibitory effects than does Vioxx.
12  But we did not discuss the trials in depth and so,
13  basically, the meeting was focused on Vioxx.
14      Q    What were the unanimous views on the
15  mechanistic effects of Vioxx concerning the potential
16  increase of cardiovascular risk?
17           And if you could state those generally, that
18  would be great.
19      A    It is hard to state it generally because the
20  issue -- the mechanistic issues are quite complex, but
21  the very broad issue is a decrease in prostacyclin and
22  PGE-2 and leaving thromboxane A2 unopposed.
23           That is the overall general effect, but as
24  Fitzgerald and others point out, it is much more complex
25  than that.
page 36
1            And indeed it is because it has to do with
2   chemo-attractant affects.  It has to do with LDL
3   oxidation.  It has to do with the development of
4   hypertension.
5            I'm sure we will get into that, but a plethora
6   of mechanistic events that happen.
7       Q    Are you planning on -- withdrawn.
8            Do you rely on the discussion that you had with
9   those various individuals you've mentioned before in
10  July of 2005 and in February of 2006 for your opinions,
11  sir?
12      A    No.  As I said, I formed my opinion prior to
13  meeting with them.  They simply reaffirmed my opinion by
14  coming to the same independent conclusions.
```

[41:15] - [41:21]        6/9/2006    Zipes, Douglas (Barnett)

```
page 41
15      Q    Do you hold yourself out as an expert in
16  biostatistics?
17      A    I don't, but I have a knowledge of
18  biostatistics as it relates to epidemiology, as it
19  relates to statistical validation of many of the studies
20  that I have published.  That is part and parcel of all
21  of the work that I do.
```

[41:22] - [42:13]        6/9/2006    Zipes, Douglas (Barnett)

```
page 41
22      Q    Do you consider yourself an expert in FDA
23  regulations?
24      A    I dealt with the FDA on numerous occasions.
25  Again, I have expertise in that area.  I have presented
page 42
1   to the FDA on numerous occasions.
2            They have asked me to join their panel on
3   numerous occasions, which I have not done.  So, in that
4   sense, yes, I have helped write drug labeling on several
5   occasions.  So I do have knowledge of FDA concepts,
6   proceedings, and so forth.
7       Q    You are not expressing an opinion in your
8   report, sir, about drug labeling; right?
```

Exhibit B - Zipes Deposition Excerpts

• **Zipes Motion**

```
9       A    It depends upon what you -- oh, was it in the
10  report?
11      Q    No.
12      A    It is not in the report, but if you ask me
13  questions about it, I plan to give you opinions.
```

[44:11] - [44:19]        6/9/2006     Zipes, Douglas (Barnett)

```
page 44
11      Q    Have you ever prescribed Vioxx for any of your
12  patients, sir?
13      A    I have tried to answer that question in my own
14  mind and I can't cite a specific patient but that
15  doesn't mean that I didn't do it at such point prior to
16  forming my opinions about the harm of Vioxx.
17      Q    Have you prescribed other NSAIDs or COX-2
18  inhibitors to patients?
19      A    I have to give you the same answer.
```

[45:16] - [45:24]        6/9/2006     Zipes, Douglas (Barnett)

```
page 45
16      Q    Have you ever diagnosed a patient, sir, with a
17  heart attack and said that the cause of that heart
18  attack was Vioxx?
19      A    Not to my knowledge, with the exception of
20  Mr. Barnett.
21      Q    Other than with Mr. Barnett, have you ever
22  diagnosed a patient with a heart attack that you
23  believed was caused by Vioxx?
24      A    Not to my knowledge.
```

[68:21] - [69:1]        6/9/2006     Zipes, Douglas (Barnett)

```
page 68
21      A    You are asking me to interpret what Merck's
22  thinking was and I cannot do that.
23      Q    You are not going to come to trial and state
24  what is Merck's state of mind or motivation; right?
25      A    I don't know.  It would depend on the questions
page 69
1   that I am asked.
```

[74:21] - [75:4]        6/9/2006     Zipes, Douglas (Barnett)

```
page 74
21      Q    Do you not think that strokes as a thrombotic
22  event would be an important thing to consider in
23  deciding whether Vioxx has an increased cardiovascular
24  risk?
25      A    Without any question.  I do consider that it
page 75
1   was.  Yes, strokes are unquestionably important.
2        As I put this together, it was with Mr. Barnett
3   in my mind, and then, obviously, his myocardial
4   infarction.
```

[76:20] - [76:24]        6/9/2006     Zipes, Douglas (Barnett)

```
page 76
20      Q    Did you read the E-mail from Dr. Scolnick to
21  others on March 9th of 2000?
22      A    I read many of Dr. Scolnick's E-mails and I
23  read his -- one of the depositions.  You would have to
24  tell me which one or show it to me.
```

Exhibit B - Zipes Deposition Excerpts

• **Zipes Motion**

[79:13] - [80:9]          6/9/2006     Zipes, Douglas (Barnett)

```
page 79
13      Q     Have you reviewed both of Dr. Kronmal's expert
14 reports?
15      A     Yes.
16      Q     Have you identified in your report what you
17 intend to rely on from Dr. Kronmal's reports?
18      A     I believe so.
19      Q     Have you spoken with Dr. Kronmal at all?
20      A     You asked me that before.  No.
21      Q     Have you read Dr. Kronmal's deposition
22 testimony?
23      A     I believe I have.
24      Q     Have you read any of Dr. Kronmal's trial
25 testimony?
page 80
1       A     I don't think so.
2       Q     Did you attempt to confirm the accuracy of
3 Dr. Kronmal's analysis?
4       A     I did not do statistical analysis myself.
5       Q     Am I right that you are accepting Dr. Kronmal's
6 conclusions about his interpretations of the Alzheimer's
7 and APPROVe studies without independently verifying
8 those findings?
9       A     That is correct.
```

[89:3] - [91:12]         6/9/2006     Zipes, Douglas (Barnett)

```
page 89
3       Q     Tell me all of the mechanisms, without getting
4 into all of the details, about how they do it.  Tell me
5 the mechanisms that you think show that Vioxx causes
6 heart attacks.
7             MR. ROBINSON:  We are not in a hurry here and
8 take your time.
9             THE WITNESS:  It is quite complex and very
10 involved.
11            Atherosclerosis appears to begin with some sort
12 of insult to the vascular wall.  This certainly can be
13 done by hypertension.  So Vioxx unquestionably causes
14 hypertension and that may be an initial insult to the
15 vascular wall.
16            In addition, Vioxx or COX-2 plays a major role
17 in the chemoattractant mechanism by which white blood
18 cells primarily monocytes then become attracted to that
19 damaged endothelium.
20            COX-2 plays a major role with the migration of
21 the white blood cells into the intima.  COX-2 plays a
22 major role in the oxidation of low density lipoprotein,
23 LDL, which then becomes ingested by the monocytes which
24 becomes macrophages and then forms cells.
25            This then is all the beginnings of the atheroma
page 90
1 or the lipid-laden plaque on the inside of the vessel.
2 Vioxx plays a major role in destabilizing the fibrous
3 cap of this atheroma and it can cause the cap to be --
4 to become unstable and rupture.
5             The rupturing of the plaque then releases
6 activated platelets and other cholesterol debris that
7 attract platelets to the thrombose area.  And we know
8 prostacyclin is -- is the most powerful antiplatelet
9 clumping factor in the body.  And by inhibiting it, it
10 then increases the development for thrombosis.
11            We know that the development of atherosclerosis
12 is, in essence, by fits and starts.  And by that I mean,
13 there is the process that I have just described to you.
14 That if it does not occlude the vessel, it can gradually
```

Exhibit B - Zipes Deposition Excerpts

• Zipes Motion

15 enlarge the atheroma because it then heals over after
16 the thrombosis and the process then continues.
17         And this then fits and starts of the atheroma
18 can gradually cause it to build and become greater and
19 greater to reduce blood flow and to then, ultimately,
20 occlude a coronary artery.  And Vioxx then plays a role
21 in all of these potential mechanisms.
22         Now, in addition, Vioxx has a -- plays a major
23 role in smooth muscle cell proliferation and I neglected
24 to mention that as part of this process, but the
25 development of the atheroma, essentially,
page 91
1 de-differentiates smooth muscle cells that proliferate
2 and adds to the development of atheroma and Vioxx has
3 been demonstrated to play a role there.
4         The Rott/Epstein article demonstrated the
5 importance of infection and inflammation.  In using the
6 MF tricyclic as a congener of Vioxx, they demonstrated
7 that it was, No. 1, an increase in viral load, but also
8 the development of atherosclerosis.
9         And, oh, it's certainly a prime part of this
10 which I neglected to establish is that it leaves
11 thromboxane A2 unopposed, which is a vasoconstrictor and
12 a platelet gluconater, which is critically important.

[103:5] - [104:14]    6/9/2006    Zipes, Douglas (Barnett)

page 103
5         Q    Dr. Zipes, what relative risk are you going to
6 tell the jury applies to Mr. Barnett in his use of Vioxx
7 when it comes to an increased risk of heart attack?
8         A    I will tell the jury based on the APPROVe data
9 those patients who had blood pressure spikes similar to
10 Mr. Barnett's after taking Vioxx had a relative risk of
11 3.82 and -- and that is what I will tell the jury.
12         So he has almost a fourfold increased risk of
13 myocardial infarction.
14         Q    Have you looked at the clinical safety -- CSR's
15 for -- withdrawn.
16         Have you looked at the CSR's for the APPROVe
17 study?
18         A    Tell me what CSR is again.
19         Q    Clinical Study Results -- reports?
20         A    I have looked at a lot of the aspects of that
21 study.  Tell me what you --
22         MR. ROBINSON:  Can you show him that document?
23 Show him that document because he did not -- he does not
24 know the terms like you and I do.
25 BY MR. GOLDMAN:
page 104
1         Q    Dr. Zipes, is it your testimony and your
2 opinion that there were patients in the APPROVe study
3 that had the same number of blood pressure spikes as
4 Mr. Barnett and that the results of the APPROVe study
5 showed that they had a 3.82 increase in relative risk?
6         A    Yes -- well, the same degree of blood pressure
7 changes.  In other words, I didn't count the number of
8 spikes, but to my knowledge, the APPROVe trial
9 demonstrated that if the patient had the blood pressure
10 spike, which was a systolic greater than 140 millimeters
11 of mercury and 20 millimeter absolute increase, that
12 they had a relative risk of 3.82.
13         And it would be my testimony that Mr. Barnett
14 indeed had those kinds of blood pressure changes.

Exhibit B - Zipes Deposition Excerpts

• **Zipes Motion**
[104:15] - [108:8]      6/9/2006     Zipes, Douglas (Barnett)

page 104
15      Q      Is it your opinion that Vioxx continued to
16    accelerate the plaque in Mr. Barnett's arteries after he
17    had his heart attack?
18      A      Absolutely.
19      Q      What is your basis for that?
20      A      At the July '03 stress test, Mr. Barnett had no
21    fixed lesion, no wall motion abnormality, and an area of
22    apical or mild lateral decrease in the fusion.
23             On May 2nd, 2006, Mr. Barnett now has an area
24    of fixed defect with anterior wall ischemia, wall motion
25    abnormalities.  And by echo -- which is the first echo
page 105
1    that he has had, so we don't have comparisons -- he has
2    got significant scar and wall motion abnormalities.
3             He has got left atrial enlargement.  He has got
4    a right ventricular pressure that is borderline
5    elevated.  He has got right ventricular systolic
6    dysfunction.  And by the CT angiogram and occluded
7    graft -- vein graft and new lesions in his right
8    coronary artery, that were not seen in the
9    catheterization on September 9, 2002, so he has
10    significantly advanced coronary atherosclerosis with
11    mild cardial scar since his heart attack -- since his Q
12    wave heart attack.
13      Q      Have you finished telling me the basis for why
14    you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15    progressed because of Vioxx after his heart attack?
16      A      No, I am not finished.
17             He has reduced exercise tolerance in that he
18    walks 9 1/2 minutes versus the 14 and 15 minutes he was
19    able to do on prior stress tests.
20             He has abnormal left ventricular relaxation
21    which is diastolic dysfunction by echo.  So the echo
22    report shows left circumflex wall motion abnormalities,
23    right coronary wall motion abnormalities; abnormal left
24    ventricular diastolic dysfunction; left atrial
25    enlargement; right ventricular systolic pressure 30- to
page 106
1    35, that I mentioned earlier; and then the significant
2    wall motion abnormalities of hypokinesia in the
3    mid-lateral and basal lateral left ventricle, severe
4    hypokinesia in the basal posterior and basal anterior
5    walls of his ventricle.
6             So he has significant myocardial and coronary
7    disease that has advanced from his myocardial infarction
8    in September of '02.
9      Q      Are you finished now telling me the basis?
10      A      I think so.
11      Q      Why do you think that Vioxx caused all of what
12    you just described and how is it that Vioxx would have
13    done that between July of 2003 and May of 2006?
14      A      We need to start back in January of 2000.
15    Because in January of 2000 -- January 24 -- Mr. Barnett
16    has a stress test and he walked 15 minutes on that
17    stress test.  He has by Cardiolite a mild area of
18    lateral ischemia.
19             And that is his only abnormality.  He has no
20    chest pain.  He has no ECG changes.  He has excellent
21    exercise tolerance.  He has normal blood pressure and
22    heart rate response, which tells me that he has mild
23    atherosclerosis and a risk assessment at that time by
24    multiple parameters.
25             And there are several equations that I actually
page 107
1    plugged him into, which showed that he has a risk of
2    myocardial infarction of 4 to 6 percent over 10 years.

Exhibit B - Zipes Deposition Excerpts

• Zipes Motion

3   So, at that time, he has got mild coronary disease
4   probably affecting one vessel.
5        In 32 months, he ends up with six vessel
6   coronary atherosclerosis and mild cardial infarction.
7   And from that time until May of '06, he now has
8   significant wall motion abnormalities -- all of the
9   things that I just told you -- and that is accelerated
10  atherosclerosis.
11       In an individual, who has total lipid control
12  from the time he starts Lipitor, which is his major risk
13  factor -- we can argue about family history and whether
14  it played a role or not -- but his major risk factor is
15  elevated lipids and that is under total control.  There
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18       Now, he stops Vioxx in September of '04.  We
19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22       The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary
page 108
1   arteries by causing atherosclerosis.
2        And therefore, even stopping the drug, if it
3   indeed does do what Fitzgerald suggested, would show
4   increased risk following stopping the drug.
5        And then, in addition, Mr. Barnett takes Vioxx
6   for two years after his mild cardioinfarction.  This, to
7   me, is absolute proof that Vioxx has caused the
8   accelerated atherosclerosis.

[211:5] - [213:20]       6/9/2006    Zipes, Douglas (Barnett)

page 211
5        Q    Let's talk about the Alzheimer's study or
6   studies.  Okay?
7        A    Yes.
8        Q    And your reliance on Dr. Kronmal Kronmal.
9        A    Yes.
10       Q    Can you tell me what you're relying on from
11  Dr. Kronmal Kronmal's analysis to support your view that
12  there is an increased cardiovascular risk shown in the
13  Alzheimer's trials?
14       A    Yes.
15       Q    Are you looking at the first five pages of
16  Exhibit 2, again?
17       A    I am.  Those are three studies that were
18  analyzed by Dr. Kronmal:  078, 091, and 126.
19       Q    And can you show me what page you are on?
20       A    I am on Page 2.
21       Q    Okay.
22       A    And as you see on the bottom right, I have put
23  down numbers that -- to the best of my recollection, I
24  have taken from Dr. Kronmal's report.
25       And as you see, there was certainly an increase
page 212
1   in mortality.  I don't think anybody argues that.  The
2   relative risk of myocardial infarct was 1.52 and not
3   statistically significant.
4        However, Dr. Kronmal makes the very important
5   point that in studies such as this, where someone may
6   have a sudden death due to infarct, but not be called an
7   infarct, they just had sudden death, that you lose that
8   population that might have had infarct.
9        So that the hard cardiovascular endpoint is MI,
10  plus sudden cardiac death.  And, indeed, he makes the

**Exhibit B - Zipes Deposition Excerpts**

• Zipes Motion

```
11  point that in the 4S trial done by Merck, that was the
12  endpoint that they used, so --
13      Q    Go ahead.
14      A    So the second line then is the combined
15  endpoint of myocardial infarction and sudden cardiac
16  death with a relative risk of 1.89, which was
17  statistically significant.
18      Q    Did you combine heart attacks and sudden
19  cardiac death events when you were analyzing the VIGOR
20  study?
21      A    I did not.  I mean, the VIGOR study, I think,
22  stands alone with infarct versus noninfarct.  It is a
23  different population.
24          One of the issues with the Alzheimer's
25  population is patients having an infarct chest pain or
page 213
1   whatever, and not being able to recognize it because of
2   the obvious unsettling CNS, central nervous system,
3   issues with the Alzheimer's population.
4       Q    Why would that be expected to occur anymore
5   frequently in the Vioxx group than in the placebo group
6   in the Alzheimer's trials?
7       A    I'm sorry.  Why would what occur more
8   frequently?
9       Q    You said it is important to include sudden
10  cardiac death as part of your endpoint in analyzing the
11  Alzheimer's trials because there might be people who
12  don't recognize that they are having a heart attack?
13      A    Right.  But I think you can make that argument
14  for any trial.
15          That the combination might show more
16  statistically significant data in VIGOR.  It was clear
17  that the number of infarcts, which were readily
18  identified in VIGOR, were so much greater than placebo
19  that Naproxen that the 5 to 1 difference then was
20  clearly statistically significant.
```

[231:22] - [232:6]       6/9/2006     Zipes, Douglas (Barnett)

```
page 231
22      Q    Do you know if Dr. Kronmal made any errors in
23  his analysis of the APPROVe off-drug events?
24      A    I think there was a miscalculation of 16 versus
25  17.  I read it quite some time ago, and I don't remember
page 232
1   precisely, but I think there was one error that I saw in
2   total numbers, but I am very hazy about that.
3       Q    Is it fair to say that you did not assess
4   Dr. Kronmal's analysis to see whether or not he made any
5   errors; true?
6       A    That's absolutely true.
```

[268:1] - [268:21]       6/9/2006     Zipes, Douglas (Barnett)

```
page 268
1           I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3           That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11          I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
```

**Exhibit B - Zipes Deposition Excerpts**

**• Zipes Motion**

```
14            IN WITNESS WHEREOF, I have this date
15    subscribed my name.
16
17
              Dated: _____
18
19                   _____
                             Diana Janniere
20                           CSR No. 10034
21
```