UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO: | |
| | Judge Eldon E. Fallon |
| *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379 | Magistrate Judge Daniel E. Knowles, III |

### PLAINTIFF ROBERT GARRY SMITH'S THIRD AMENDED DESIGNATION OF EXPERTS AND LAY WITNESSES

Plaintiff, by and through its undersigned counsel, hereby designates the following experts whom Plaintiff may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Plaintiff would seek to introduce a counter-designation of prior deposition testimony if Defendant seeks to introduce prior deposition testimony from the same witness.

Plaintiff reserves the right the right to supplement or amend based upon any ruling of the Court that affect the scope of evidence in this trial. Plaintiff also reserves the right to call, live or by deposition, any witness (i) identified by defendant in this or any other Vioxx case, (ii) for which defendant designates deposition testimony, (iii) who has not yet been deposed, or (iv) as may be called consistent with applicable law.

Plaintiff anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

Plaintiff reserves the right to supplement this witness list with and/or call records custodians if a stipulation of business records cannot be agreed upon, Merck sales representatives who

have not yet been deposed in this case, and any witnesses whose identify becomes known as discovery continues.

Plaintiff also reserves the right to designate witnesses in rebuttal to defendant's designation.

By identifying the witnesses below, Plaintiff does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

> John Abramson, M.D.
> Clinical Instructor in Ambulatory Care and Prevention
> Harvard Medical School
> 39 Spring Street  An
> Ipswich, MA 01938
> 978-312-1225
> Testimony: Family physician.  Anticipated testimony is reflected in witness' expert report and deposition.
>
> David Anstice
> Merck & Co., Inc.
> One Merck Drive
> Whitehouse Station, NJ 08889
> Testimony: Merck President for Human Health.  Anticipated testimony is reflected in witness' depositions and former testimony.
>
> Jerry Avorn, M.D.
> Professor of Medicine at Harvard Medical School
> Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at Brigham and Women's Hospital.
> 75 Francis Street, Boston, MA 02115, USA
> (617) 732-5500
> Testimony: Epidemiologist.   Anticipated testimony is reflected in witness' expert report and MDL deposition.
>
> Susan Baumgartner
> Current address unknown.
> Testimony: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL deposition.
>
> Mary Blake
> Merck & Co., Inc.
> One Merck Drive
> Whitehouse Station, NJ 08889

Testimony:  Manager of Public Affairs at Merck.  Anticipated testimony is reflected in witness' MDL deposition.

Tom Cannell
Merck & Co., Inc.
One Merck Drive Whitehouse Station, NJ 08889
Testimony:  Former Executive Director of Vioxx Promotion and Sales for Merck, current Vice President of the Western Regional Business Group.  Anticipated testimony is reflected in witness' MDL deposition.

Carolyn Cannuscio
Current address unknown.
Testimony:  Former epidemiologist, Merck & Co., Inc.  Anticipated testimony is reflected in witness' MDL deposition.

J. Martin Carroll
President and CEO
Boehringer Ingelheim Pharmaceuticals, Inc.
900 Ridgebury Road
P.O. Box 368
Ridgefield, CT 06877
(203) 798-9988
Testimony:  Former Executive Vice President, Primary Care Sales & Managed Care, Merck & Co., Inc.  Anticipated testimony is reflected in witness' MDL deposition.

Daniel Courtade, M.D.
900 Medical Village Drive
Edgewood, KY 41017
Testimony: Plaintiff Garry Smith's Cardiologist. Anticipated testimony is reflected in witness' deposition.

Gregory Curfman, M.D.
10 Shattuclc Street
Boston, MA 021 15-6094
Testimony: Executive editor for the *New England Journal of Medicine*. Anticipated testimony is reflected in witness' MDL deposition.

Laura Demopoulos, M.D.
University of Pennsylvania
3451 Walnut Street, Philadelphia, PA 19104
215-898-5000
Testimony:  Former Senior Director of Cardiovascular Research at Merck Laboratories.  Anticipated testimony is reflected in witness' MDL depositions.

Wendy Dixon
Merck & Co., Inc.

One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Former Senior Pharmaceutical representative at Merck.  Anticipated testimony is reflected in witness' MDL deposition.

Yves Ducharme
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

James Dunn
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Stephen Epstein, M.D.
c/o William Schultz
Zuckerman Spaeder LLP
1800 M Street, NW 10th Floor
Washington, DC 20036-5802
Testimony: Studies and general knowledge of Vioxx, COX-2 inhibitors, and atherosclerosis progression.  Anticipated testimony is reflected in witness' MDL deposition.

John W. Farquhar, M.D., PhD.
Professor Emeritus (Active) of Medicine
300 Pasteur Drive
Stanford, CA 94305
Testimony: Cardiologist, Epidemiologist.  Anticipated testimony is reflected in witness' expert reports and depositions.

Mark I. Furman, MD, FACC, FAHA
Department of Medicine, Division of Cardiovascular Medicine
University Campus
55 Lake Avenue North
Worcester, MA 0165
Testimony: Cardiologist.  Anticipated testimony is reflected in his expert report and in his MDL deposition.

Barry Gertz, M.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' deposition and former testimony.

Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP

- 5 -

Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former CEO of Merck & Co., Inc. Anticipated testimony is reflected in witness' depositions and former testimony.

David Graham, M.D.
FDA
5600 Fishers Lane
Rockville, Maryland 20857
Testimony: Anticipated testimony is reflected in witness' MDL deposition.

Michael A. Grefer, M.D.
Commonwealth Orthopaedic Center, P.S.C.
340 Thomas More Parkway,
Suite 260
Crestview Hills, KY 41017
859-341-6440
Testimony:  Garry Smith's Vioxx prescribing doctor.  Anticipated testimony is reflected in witness' MDL deposition.

Forest T. Heis, M.D.
Commonwealth Orthopaedic Center, P.S.C.
340 Thomas More Parkway,
Suite 260
Crestview Hills, KY 41017
859-341-6440
Testimony:  Garry Smith's Vioxx prescribing doctor.  Anticipated testimony is reflected in witness' deposition.

Jo Jerman
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Pharmaceutical representative for Merck.  Anticipated testimony is reflected in witness' MDL deposition.

Richard M. Kapit, M.D., MPH
P.O. Box 1
Garrett Park, MD, 20896
Testimony: FDA Expert.  Anticipated testimony is reflected in witness' MDL deposition.

Peter Kim
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: President, Merck Research Laboratories.  Anticipated testimony is reflected in witness' deposition.

Richard A. Kronmal
University of Washington at Seattle
Seattle, WA  98195
(206) 543-2100
Testimony: Biostatistician and Professor, Department of Biostatistics.  Anticipated testimony is reflected in witness' MDL deposition.

Dr. Briggs Morrison
Merck & Co., Inc.

One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Research at Merck
Research Laboratories.

Lemuel Moye, III, M.D.
University of Texas School of Public Heath
Division of Biostatistics
1200 Pressler Drive
Houston, TX 77030
Testimony:  Biostatistics, epidemiology, warnings, testing and FDA expert.  Anticipated testimony is reflected in witness' expert report and MDL deposition.

Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

Connie Pechman
University of California, Irvine
The Paul Merage School of Business
Irvine, CA  92697-3125
Testimony:  Marketing expert.  Anticipated testimony is reflected in her expert report and MDL deposition.

Wayne Ray, Ph.D.
Professor of Preventive Medicine
Vanderbilt Univ. School of Medicine
A-1106A Medical Center North 37232-2637
(615) 322 2017
Anticipated testimony is reflected in his expert report, depositions and former testimony.

Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Research at Merck Research Laboratories. Anticipated testimony is reflected in witness' MDL deposition and former testimony.

Gary Edward Sander
Gulf Regional Research & Educational Services, LLC
500 Mariner's Plaza, Suite 509
Mandeville, LA  70448
985-951-8583
Testimony:  Cardiologist.  Anticipated testimony is reflected in his expert report and MDL deposition.

Mark Sander, M.D.
Patient First Physician Group
525 Alexandria Pike, Suite 300
Southgate, KY 41071
Testimony:  Plaintiff's treating physician.

Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Director of Epidemiology at Merck. Anticipated testimony is reflected in her depositions and former testimony.

Adam Schechter
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President and General Manager of Merck/Schering-Plough Pharmaceutical.  Anticipated testimony is reflected in his MDL deposition.

Dr. Edward Scolnick
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Former President of Merck Research Laboratories. Anticipated testimony is reflected in his MDL deposition.

Deborah Shapiro
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

Testimony: Biostatistician in the Clinical Biostatistics and Research Decisions Sciences Department at Merck.  Anticipated testimony is reflected in her MDL deposition.

Louis Sherwood
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony:  Former Senior Vice President of Medical Affairs at Merck.  Anticipated testimony is reflected in his MDL deposition.

Robert Silverman, M.D. (documents only)
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony:  Senior Director of Regulatory Affairs at Merck.  Anticipated testimony is reflected in his MDL deposition.

Thomas Simon, M.D. (documents only)
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Vice President of Clinical Sciences Operations Group at Merck.  Anticipated testimony regarding Vioxx.

Eric Topol
c/o Mintz Levin Cohn Ferris Glovsky and Poppeo, P.C.
One Financial Center
Boston, MA 02111
Testimony: Cardiologist.  Anticipated testimony is reflected in the witness' MDL deposition.

Douglas Watson, Ph.D.
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889

Jan Weiner
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
Testimony: Executive Director of Public Affairs at Merck.  Anticipated testimony is reflected in the witness' MDL deposition.

Ellen Westrick
c/o Bartlit Beck Herman Palenchar & Scott LLP

Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
Testimony: Former Merck & Co., Inc., employee in Office of Medical-legal.  Anticipated testimony is reflected in her MDL deposition.

Douglas P. Zipes, M.D.,
Emeritus Director of the Cardiology Division
Indiana University School of Medicine
M200 1001 West 10th Street
Indianapolis, IN 46202
Testimony:  Cardiologist.  Anticipated testimony is reflected in his expert report and MDL deposition.

**Custodians of Records:**

Custodian of medical
and billing records
Northern Kentucky Heart, PSC
380 Centre View Blvd.
Crestview Hills, KY  41017
859-341-3015

Custodian of medical
and billing records
St. Elizabeth's Medical Center
One Medical Village Drive
Edgewood, KY 41017
859-301-2000

Custodian of medical
and billing records
Commonwealth Orthopedic
Centers, P.S.C.
340 Thomas More Parkway
Crestview, KY 41071
859-341-6440

David Allen, D.O.
Custodian of medical
and billing records
St. Luke's Hospital – West
7380 Turfway Road
Florence, KY 41042

Custodian of pharmaceutical

and billing records
Wal-Mart Pharmacy
Legal Department
702 S.W. 8th Street
Bentonville, Arkansas 72716
479-277-0241

Custodian of medical
and billing records
Hand Surgery Specialists of
Northern Kentucky
10700 Montgomery road, Suite 150
Cincinnati, Ohio 45242
513-961-4263

Custodian of employment and salary records
Silmar Resins Division of
Inter-plastic Chemicals
3535 Latonia Ave.
Covington, KY 41015

**Merck Sales Representatives:**

Amy Block
Kristen Keller
Shannon Wallace
Helene Cissell
Holly Biss
Timothy Powers
Tom Schatzman
Shannon Wallace
Melisa Shelburne
Shunda Darby
Merck & Co.
One Merck Drive
Whitehouse Station, NJ 08889

**Lay Witnesses:**

Robert Garry Smith
14 East Lakeside Avenue
Lakeside Park, KY  41017
Testimony: Plaintiff.  Anticipated testimony is reflected in witness' deposition.

David Smith
14 East Lakeside Avenue

Lakeside Park, KY 41017
Testimony: Plaintiff's brother.  Anticipated testimony is reflected in witness' deposition.

Yvonne Adkins
4411 Huntington Ave
Covington, KY 41015
859-630-9812
Testimony:  Plaintiff's former wife.  Anticipated testimony will be the facts and circumstances surrounding Plaintiff's heart attack and its affect on him.

Robyn Berger
4413 Huntington Ave
Covington, KY 41015
859-291-9551
Testimony: Daughter of Plaintiff.  Anticipated testimony will be the facts and circumstances surrounding her father's heart attack and its affect on him.

Melissa Lemming
Jack Lemming
13400 Ridgeview, CT
Butler, KY 41006
859-635-1952
Testimony:  Friends of Plaintiff.  Anticipated testimony will be the facts and circumstances surrounding Plaintiff's heart attack and its affect on him.

Any custodian of records or representative of any party, agency, department, business, insurer, and/or medical provider necessary to authenticate any document, record, business entry or payment.

Any witness identified as Merck's corporate representative.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Respectfully submitted,

_____ /s/ Grant Kaiser _____

| | |
|---|---|
| James L. "Larry" Wright | Grant Kaiser |
| Texas Bar No. 22038500 | Texas Bar No. 11078900 |
| **THE WATTS LAW FIRM LLP** | **THE KAISER FIRM LLP** |
| 111 Congress Avenue, Suite 1010 | 8441 Gulf Freeway, Suite 600 |
| Austin, Texas 78701 | Houston, Texas 77017 |
| (512) 479-0500; fax (512) 473-0328 | (713)-223-0000; fax (713) 223-0440 |
| | gkaiser@thekaiserfirm.com |
| | |
| Walter Umphrey | John Eddie Williams, Jr. |
| Texas Bar No. 20380000 | Texas Bar No. 21600300 |
| **PROVOST UMPHREY LAW FIRM LLP** | Amy M. Carter |
| 490 Park Street | Texas Bar No. 24004580 |
| Beaumont, Texas 77701 | **WILLIAMS BAILEY LAW FIRM LLP** |
| (409) 835-6000; fax (409) 838-8888 | 8441 Gulf Freeway, Suite 600 |
| | Houston, Texas 77017 |
| | (713) 230-2200; fax (713) 643-6226 |
| | |
| Drew Rainer | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| **RANIER, GAYLE & ELLIOT LLC** | **THE WATTS LAW FIRM LLP** |
| 1419 Ryan Street | Tower II Building, 14th Floor |
| Lake Charles, Louisiana 70601 | 555 North Carancahua Street |
| (337) 494-7171; fax (337) 494-7218 | Corpus Christi, Texas 78478 |
| | (361) 887-0500; fax (361) 887-0055 |

**ATTORNEYS FOR PLAINITFF**

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.

                                       /s/ Grant Kaiser  
                                       Grant Kaiser  
                                       Texas Bar No. 11078900  
                                       Attorney for Plaintiff  
                                       The Kaiser Firm, L.L.P.  
                                       8441 Gulf Freeway, Suite 600  
                                       Houston, Texas 77017  
                                       713-223-0000  
                                       713-223-0440 (fax)  
                                       gkaiser@thekaiserfirm.com

cc     By email only:

      Robert Van Kirk           rvankirk@wc.com  
      **Williams & Connolly LLP**  
      725 Twelfth Street Northwest  
      Washington, D.C. 20005  
      (202) 434-5000; fax (202) 434-5029

      Carrie A. Jablonski       carrie.jablonski@bartlit-beck.com  
      **Bartlit, Beck, Herman, Palenchar & Scott LLP**  
      54 West Hubbard Street, Suite 300  
      Chicago, Illinois 60610  
      (312) 494-4400; fax (312) 494-4440