## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                                    *        MDL Docket No. 1657
                                                 *
PRODUCTS LIABILITY LITIGATION   *        SECTION L
                                                 *
                                                 *        JUDGE FALLON
This document relates to               *
Case No. 2:05-CV-04379               *
                                                 *        MAGISTRATE JUDGE KNOWLES
ROBERT G. SMITH,                    *
                                                 *
                                                 *
            Plaintiff,                       *
                                                 *
v.                                              *
                                                 *
MERCK & CO., INC.,                   *
                                                 *
            Defendant.                    *
                                                 *
* * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

            Please take notice that Motion of Merck & Co., Inc. Exclude Certain Testimony

of Richard A. Kronmal, M.D. will be brought on for hearing on the ___ day of _____,

2006, at _____ o'clock a.m., before the Honorable Eldon E. Fallon, Judge, United States

District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

824066v.1

Respectfully submitted,


/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Douglas Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Richard B. Goetz
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

Attorneys for Merck & Co., Inc.

824066v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.

*/s/ Dorothy H. Wimberly*_____

824066v.1