Exhibit A - Ray Humeston Deposition Excerpts

• **Ray Motion**

| | | |
|---|---|---|
| [1:1] - [1:25] | 7/13/2005 | Ray, Wayne - 07-13-05 (Humeston Pltf. Expert) |

```
page 1
1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION:  ATLANTIC COUNTY
2
                    DOCKET NO: ATL-L-2272-03 MT
3
4
5   ---------------------------X
    FREDERICK HUMESTON, et al.
6
7            Plaintiffs,
8            vs.
                                       VIOXX LITIGATION
9
    MERCK & CO., INC.,
10
             Defendants.
11                                     CASE CODE NO. 619
    AND
12
    IN RE: VIOXX LITIGATION
13  ---------------------------X
14
15
16       Deposition of WAYNE A. RAY, Ph.D., taken
17   on behalf of the Defendants, pursuant to the
18   stipulations agreed to herein, before Steve S.
19   Huseby, Registered Professional Reporter and
20   Notary Public, at 3200 West End Avenue, Suite
21   500, Nashville, Tennessee, on the 13th day of
22   July, 2005, commencing at 9:40 a.m.
23
24
25
```

| | | |
|---|---|---|
| [55:4] - [55:18] | 7/13/2005 | Ray, Wayne - 07-13-05 (Humeston Pltf. Expert) |

```
page 55
4       Q.   And do you recall in any of those
5   academic contexts that you've just listed
6   giving or expressing an opinion about the
7   conduct of Merck with respect to Vioxx?
8       A.   Yes, I do.
9       Q.   And what have you said?
10      A.   That their conduct was deplorable.
11      Q.   And what was your basis for that
12  opinion or that statement?
13      A.   The aggressive -- what I consider to
14  be the biased presentation of the VIGOR data
15  and the failure to heed the signal that came
16  out of VIGOR, and the aggressive marketing
17  despite the strong signal of cardiovascular
18  risk.
```

| | | |
|---|---|---|
| [55:20] - [56:7] | 7/13/2005 | Ray, Wayne - 07-13-05 (Humeston Pltf. Expert) |

```
page 55
20      A.   Well, it's hard to open the New York
21  Times or the Wall Street Journal without
22  coming up with another basis for being
23  concerned.  For example, recently there was an
24  article that Merck failed to report cases in
25  the ADVANTAGE study; and had these cases been
page 56
1   reported, then the contention that was by
2   Merck that the ADVANTAGE trial showed no
3   excessive cardiovascular risk would not have
```

Exhibit A - Ray Humeston Deposition Excerpts

• **Ray Motion**

```
                                    4    been correct.  And it appeared to be
                                    5    deliberate withholding of data, deplorable
                                    6    conduct, and I may express that opinion in
                                    7    other settings.
```

[67:9] - [67:23]        7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                                    page 67
                                    9         A.    I think that the ethics of the VIGOR
                                    10   trial were questionable.
                                    11        Q.    And what is your basis for that
                                    12   statement or opinion?
                                    13        A.    Because at the time the VIGOR trial
                                    14   was conducted, there were guidelines that
                                    15   stated that patients at high risk of ulcer
                                    16   disease should not be given an NSAID such as
                                    17   naproxen without concurrent gastroprotection,
                                    18   such as misoprostol, double dose Histamine-2
                                    19   receptor antagonists or a proton pump
                                    20   inhibitor, and I heard a Merck employee
                                    21   characterize the VIGOR study as a human animal
                                    22   study experiment, and I think that expresses
                                    23   my ethical concerns about it.
```

[73:15] - [74:8]        7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                                    page 73
                                    15        Q.    Doctor, are there any other subject
                                    16   areas, and we've been marching through several
                                    17   of them, as to which you have an opinion about
                                    18   Vioxx but it's not contained in your report
                                    19   which is reflected as Exhibit Number 6?
                                    20              MR. BUCHANAN:  And again, that
                                    21   was that he has an opinion?
                                    22              MR. PATRYK:  Yes.
                                    23              THE WITNESS:  So we've spoken
                                    24   about the question of whether or not it should
                                    25   be put back on the market, the question of
                                    page 74
                                    1    Merck's conduct, the question of the ethics of
                                    2    the trials.  I think the other area would be
                                    3    the -- what does Vioxx show about the
                                    4    weaknesses of the present drug regulatory
                                    5    system in the U.S., so I don't know if those
                                    6    are really related to Vioxx or Vioxx as sort
                                    7    of a case study in the functioning of the U.S.
                                    8    regulatory system.
```

[114:18] - [114:24]     7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                                    page 114
                                    18        Q.    I'm going to ask some questions that
                                    19   may save us a lot of time then.  You mentioned
                                    20   in your answer that you don't intend to give
                                    21   opinions about the mechanisms by which Vioxx
                                    22   may increase cardiovascular risk, is that
                                    23   correct?
                                    24        A.    Yes, that's correct.
```

[119:14] - [120:8]      7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                                    page 119
                                    14        Q.    Doctor, if I could just circle you
                                    15   back to the answer that preceded all of this,
                                    16   you were talking about whether or not you
                                    17   could say that any one of these mechanisms
                                    18   that you've just described, so the FitzGerald
                                    19   mechanism that you talk about first in this
                                    20   paragraph and then this blood pressure
                                    21   mechanism that you talk about in the last
```

Exhibit A - Ray Humeston Deposition Excerpts

• **Ray Motion**

```
                              22    sentence; my question is are you able to say
                              23    or do you have an opinion as to whether or not
                              24    any one of these potential mechanisms is more
                              25    likely than the other?
                              page 120
                              1          A.   I think my opinion is that several
                              2    methods are plausible.  They are plausible
                              3    enough to -- that they require taking very
                              4    seriously any evidence of increased
                              5    cardiovascular risk, but I haven't read
                              6    studies and don't know enough to distinguish
                              7    between the various competing mechanisms, so
                              8    I'm not going to favor one over another.
```

[126:5] - [126:23]            7/13/2005      Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                              page 126
                              5          Q.   Whomever you associate it with, let's
                              6    remove that from the question.  Are you,
                              7    starting at the bottom of page 10 and the top
                              8    of page 11, saying that you believe that this
                              9    imbalance between prostacyclin and thromboxane
                              10   is the leading -- is the most plausible
                              11   explanation for any increased risk associated
                              12   with Vioxx for cardiovascular events?
                              13         A.   No, I'm not saying it is the most
                              14   plausible.
                              15         Q.   Okay.  Are you saying it is more
                              16   plausible than any other potential theory or
                              17   mechanism?
                              18         A.   I'm saying that it's highly
                              19   plausible.
                              20         Q.   Are there other theories that are
                              21   highly plausible, other potential mechanisms?
                              22         A.   I think that the hypertension is also
                              23   highly plausible.
```

[155:4] - [155:10]            7/13/2005      Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                              page 155
                              4          Q.   Doctor, are there any studies that
                              5    you're aware of that demonstrate that use of a
                              6    PPI with naproxen, or any NSAIDs for that
                              7    matter, would reduce the risk of lower
                              8    gastrointestinal bleeding, lower tract
                              9    gastrointestinal bleeding?
                              10         A.   I'm not aware of any such studies.
```

[155:21] - [156:10]           7/13/2005      Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
                              page 155
                              21   disease in the rofecoxib arm.  According to
                              22   generally accepted practice, the risk ratios
                              23   should have been calculated in the same manner
                              24   for serious coronary heart disease and
                              25   myocardial infarctions.
                              page 156
                              1          Doctor, with respect to that last sentence
                              2    that I just read you, which begins with
                              3    according to generally accepted practice, what
                              4    is the basis for your statement?
                              5          A.   My more than 25 years experience as
                              6    an epidemiological researcher.
                              7          Q.   Can you point me to peer reviewed
                              8    literature or treatises that make the
                              9    statement you make, in words or substance?
                              10         A.   I cannot.
```

Exhibit A - Ray Humeston Deposition Excerpts

**• Ray Motion**

[166:5] - [167:12]     7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
page 166
 5       Q.   Are you suggesting, apart from Juni,
 6   are you suggesting in separating out the
 7   studies that were funded by Merck or which you
 8   say have funding from Merck, are you
 9   suggesting that those studies are somehow
10   biased or tainted because of the presence of
11   funding from the company, from Merck?
12       A.   I'm suggesting that's a possibility
13   that must be considered.
14       Q.   Do you have personal knowledge, sir,
15   or do you have any knowledge that Dr. Kimmel,
16   the lead author on one of the studies listed
17   on your chart was in any way biased in favor
18   of Merck in conducting the study which is
19   reflected on your chart?
20       A.   The study analysis is biased in a way
21   that would favor the naproxen hypothesis, and
22   that's explained in a subsequent section of my
23   report, so whether that bias was a result of
24   Merck funding or other factors, I don't know,
25   but the bias is there and it favors the
page 167
 1   naproxen hypothesis supported by Merck.
 2       Q.   Same question for Dr. Rahme?
 3       A.   Same answer.
 4       Q.   How about Dr. Watson, his staff, is
 5   it your testimony that the funding of that
 6   study by Merck improperly influenced the
 7   results?
 8       A.   I have reservations about some of the
 9   methods of that study.  To the extent to which
10   that was influenced by the funding source, I
11   have no personal knowledge, but I do have
12   reservations about the methods.
```

[169:1] - [169:5]     7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
page 169
 1       A.   What I'm saying is this.  There is a
 2   bias in the study that favors the naproxen
 3   hypothesis promoted by Merck, and that the
 4   study was partially funded by Merck, so that's
 5   what I'm saying.
```

[241:9] - [242:13]     7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
page 241
 9       Q.   Doctor, do you intend to offer any
10   opinions in this case with respect to whether
11   or not Vioxx was a contributing cause, the
12   sole cause, or any cause of the cardiovascular
13   events suffered by any individual plaintiff in
14   the New Jersey litigation?
15            MR. BUCHANAN:  Object.  The
16   doctor will obviously answer any questions
17   that are presented to him if the court allows
18   him.
19            MR. PATRYK:  I'm going to object
20   to that coaching, but -- that was a coach, but
21   Doctor, please answer the question.
22            MR. BUCHANAN:  Well, I think
23   you're asking him whether he intends to offer
24   opinions, but it really depends on the
25   questions he's asked and the court allows him
page 242
 1   to answer.  If you can rephrase your question
 2   or --
 3            MR. PATRYK:  Good, why don't you
```

**Exhibit A - Ray Humeston Deposition Excerpts**

• **Ray Motion**

```
         4    try that one.
         5              THE WITNESS:  I believe I may
         6    offer the opinion that, for any individual
         7    patient, the best data we have showed this is
         8    the probability that an event was caused by
         9    rofecoxib, but that will be based upon
        10    statistical and epidemiologic calculations
        11    from available studies, it won't be based upon
        12    an analysis of any clinical information on the
        13    individual patient.
```

[252:1] - [252:23]     7/13/2005     Ray, Wayne - 07-13-05 (Humeston Pltf. Expert)

```
page 252
 1                 CERTIFICATE OF REPORTER
 2
       STATE OF TENNESSEE
 3
 4
 5         I, Steve S. Huseby, the officer before
 6    whom the foregoing deposition was taken, do
 7    hereby certify that the witness whose
 8    testimony appears in the foregoing deposition
 9    was duly sworn by me; that the testimony of
10    said witness was taken by me to the best of my
11    ability and thereafter reduced to typewriting
12    under my direction; that I am neither counsel
13    for, related to, nor employed by any of the
14    parties to the action in which this deposition
15    was taken, and further that I am not a
16    relative or employee of any attorney or
17    counsel employed by the parties thereto, nor
18    financially or otherwise interested in the
19    outcome of the action.
20
21              _____
22                   STEVE S. HUSEBY
23                   Registered Professional Reporter
```