*Report of Wayne A. Ray, Ph.D.*                              *11 January 2006  23*

Jüni and colleagues[73] then tested the hypothesis of whether or not there were any reliable conclusions that could be drawn about whether or not the risk varied according to characteristics of the trials. That is, were there rofecoxib users for whom there was sufficient power to conclude that their risk of myocardial infarctions was higher or lower than the overall estimate of a 2.2-fold increase. They conducted this analysis using a generally accepted test for heterogeneity.[a] They found no evidence that the risk differed according to type of control group, dose, or duration of rofecoxib therapy (Table 6). They did find that studies that had an external endpoints committee were more likely to detect increased risk than were trials without such a committee (Table 6, p = .011).

The authors of the meta-analysis thus concluded:

*"If Merck's statement in their recent press release that 'given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take' was appropriate in September, 2004, then the same statement could and should have been made several years earlier, when the data summarized here first became available. Instead, Merck continued to market the safety of rofecoxib".*

## 3.4 THE APPROVE TRIAL

The APPROVe trial was designed to test the hypothesis that rofecoxib treatment reduced the recurrence of colonic polyps, thus potentially reducing the risk of colorectal cancer. The double-blind study compared 25mg of rofecoxib daily versus placebo and included independent adjudication of cardiovascular events and an independent external data safety monitoring committee. The population studied was considered at relatively low risk of cardiovascular disease.[70]

---

[a] If this test of heterogeneity is statistically significant, then that is strong evidence that the groups differ. When there is a statistically significant finding, the issue of inadequate power is not a factor because power is defined as 1-the probability of concluding an effect is absent when one is truly present. Thus power is only defined for non-significant findings.

M006B06322

*Report of Wayne A. Ray, Ph.D.*                                        *11 January 2006  24*

The final results of the trial became available in February of 2005.[27] The analysis showed that rofecoxib more than doubled the risk of myocardial infarction, increased the risk of serious coronary heart disease (cardiac events) 2.8-fold,  and nearly doubled the risk of serious cardiovascular disease (Table 6). All of these were statistically significant. Although Merck claims the risk was restricted to patients with more than 18 months of use,  this argument is based upon a post-hoc subgroup analysis and is neither scientifically reliable nor consistent with other available data (see §6). Following the preliminary analysis of the trial results in September of 2004, rofecoxib was withdrawn from the market.

**Table 6** APPROVe trial: Key findings.

|  | Placebo | Rofecoxib |
|---|---|---|
| N patients | 1287 | 1299 |
| Person-Years | 3327 | 3059 |
| **Myocardial Infarction** | | |
| N | 12 | 23 |
| Rate/1000 P.Y. | 3.61 | 7.52 |
| Relative Risk | 1 | 2.08 |
| p-value[2] |  | .039 |
| **Serious Coronary Heart Disease** | | |
| N | 12 | 31 |
| Rate/1000 P.Y. | 3.61 | 10.13 |
| Relative Risk | 1 | 2.80 |
| p-value[2] |  | .002 |
| **Serious Cardiovascular Disease** | | |
| N | 26 | 46 |
| Rate/1000 PY | 7.81 | 15.0 |
| Relative Risk | 1 | 1.92 |
| p-value[2] |  | .008 |

Source:  Bresalier *et al*, NEJM 2005;352.
[1]MIs include nonfatal and fatal.
[2]p-values calculated from log(RR)/se(log(RR)), using the standard formula for se.
[3]Same definition as for VIGOR (Table 1).

## 3.5 THE ALZHEIMER'S AND RELATED DISEASE TRIALS

Another indication for which the coxibs were studied was Alzheimer's disease and conditions thought to predispose to this serious illness.[75]  This was based upon the hypothesis that inflammation played a role in the pathogenesis of Alzheimer's and that thus anti-inflammatory agents, such as the coxibs, might either slow the progression of established disease or prevent development of Alzheimer's in high-risk patients.  There were a total of 4 such studies initiated for rofecoxib, 1 conducted independently by Aisen and colleagues[75] and 3 conducted by Merck (protocols 078, 091, 126).  Study 126 was stopped very early because earlier trials indicated no efficacy for rofecoxib and thus there is concern[a] that its data on cardiac outcomes are unreliable.  The other three studies provide data valuable for assessing the risk of serious coronary heart disease conferred by rofecoxib.

---

[a]The 12/18/2004 Interim Review of Villalba (p. 2-3) notes that because of the very early termination of 126, Merck did not provide these data to the FDA for the April 2002 labeling negotiations.

M00 6B06323

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  25*

The study by Aisen and colleagues[75] studied the efficacy of 25mg rofecoxib and naproxen in preventing the progression of established Alzheimer's dementia.  Neither of the active drugs showed a benefit relative to placebo.  As reported by the investigators, there were 3 AMIs in the rofecoxib group versus 1 in the combined naproxen-placebo group (Table 7).  The relative risk for rofecoxib was 5.63 (p=.134).

Protocol 078 studied whether or not 25mg  rofecoxib could reduce the rate of progression to Alzheimer's disease in patients with mild cognitive impairment, a recognized precursor to dementia.[76]  In this placebo-controlled study, there was no benefit for rofecoxib, indeed, there was a 46% greater risk for developing Alzheimer's in this group (p=.011).

This large study provided an excellent opportunity to study the cardiac effects of rofecoxib with a placebo control.  Unfortunately, the publication of this Merck-conducted trial did not provide the information necessary to do this.  There were three problems.  First, the formal analysis presented in the publication[76] uses the endpoint "serious thrombotic vascular events", which include deep-vein thrombosis (DVT).  These have a different etiology than serious coronary heart disease and thus might be expected to be influenced differently by coxibs and NSAIDs.  For example, air travel is a recognized risk factor for DVT,[77] whereas it is not for myocardial infarction.  Second, it is not possible from the data presented in the publication to determine the precise number of patients who had either a cardiac death or AMI, which is essential to study of serious coronary heart disease.  Third, safety followup for patients was stopped 14 days after drug use ceased, which is contrary to the intention-to-treat principle.  It seems an apparent contradiction that Merck argued for the APPROVe trial that cardiac risk takes a minimum of 18 months to develop, but, in this and other studies,  used procedures based on the assumption that such risk would dissipate in 14 days.

These data were thus analyzed using the Merck pre-defined endpoint of serious coronary heart disease and the intention-to-treat principle.  The data files that Merck submitted to the FDA were used for this analysis[a].  This analysis (Table 7) demonstrated  a 2.26-fold increased risk of serious coronary heart disease in the rofecoxib group (p=.012).

Protocol 091 was another study of the efficacy of 25mg rofecoxib in slowing progression of established Alzheimer's disease.[74]  No benefit of rofecoxib was observed.  An analysis of these data, following the same procedures as for protocol 078, found no increased risk of serious coronary heart disease.

A pooled analysis of the Alzheimer's trials was conducted to determine the risk of serious coronary heart disease conferred by rofecoxib in these placebo-controlled trials (Table 7).  Standard meta-analysis techniques were used.[63]  There was a 1.95-fold increased risk (95% CI 1.11-3.44) that was statistically significant (p=.020).

---

[a]These files were obtained from Dr. Richard Kronmal, at the University of Washington.

M00EB06324

*Report of Wayne A. Ray, Ph.D.*                    *11 January 2006  26*

**Table 7**  Rofecoxib Trials for Alzheimer's and Related Disorders and Risk of Serious Coronary Heart Disease

| Trial | Placebo | | | Rofecoxib | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PY | Events | Rate/1000 | PY | Events | Rate/1000 | RR | 95% CI | p |
| Aisen[1] | 229 | 1 | 4.37 | 122 | 3 | 24.59 | 5.63 | 0.59-54.1 | .134 |
| 078[2] | 1809.13 | 14 | 7.74 | 1660.99 | 29 | 17.46 | 2.26 | 1.19-4.27 | .012 |
| 091[2] | 384.59 | 5 | 13.00 | 371.98 | 3 | 8.06 | 0.62 | 0.14-2.60 | .513 |
| Pooled | | | | | | | 1.95 | 1.11-3.44 | .020 |

[1]The comparator group included both placebo and naproxen.  Events were AMIs.
[2]The comparator group was placebo.  Events were cardiac events, as defined by Merck.

## 3.6 VICTOR AND VIP

When rofecoxib was withdrawn from the market, there were two additional cancer chemoprevention trials in progress, VICTOR and VIP.  VICTOR was a trial of the efficacy of 25mg rofecoxib in the prevention of colorectal cancer recurrence with approximately 1200 persons randomized to rofecoxib and placebo groups.  VIP studied the effects of 25mg rofecoxib for prostate cancer chemoprevention with approximately 2300 persons in each arm.

The results of both trials (Table 8) are consistent with an increased risk for rofecoxib.

**Table 8**  Rofecoxib Trials for Cancer with Preliminary Analysis:  VICTOR and VIP

| Trial | Placebo | | | Rofecoxib | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | Events | Risk /1000 | N | Events | Risk /1000 | RR | 95% CI | p |
| VICTOR[1] | 1169 | 5 | 4.28 | 1172 | 14 | 11.95 | 2.79 | 1.01-7.75 | .049 |
| VIP[2] | 2300 | 8 | 3.48 | 2300 | 10 | 4.35 | 1.25 | 0.49-3.17 | .638 |

[1]Sources, Farquhar report, p. 56 and Rayburn report p. 19 (14 cases serious CV disease in rofecoxib arm versus 5 in placebo arm).  The endpoint is "thrombotic events"; for cardiac events there were 8 in the rofecoxib group and 2 in the placebo group (RR = 3.99).
[2]Sources, Farquhar report, p. 57; endpoint is "cardiac events"

## 3.7 ALL RANDOMIZED CLINICAL TRIALS

Table 9 shows a pooled analysis of the rofecoxib RCTs, which summarizes the totality of the evidence from randomized controlled trials of this coxib's cardiovascular safety.  The trials include those for chronic pain/musculoskeletal disorders, the indication for which rofecoxib was approved, as well as those for the experimental indications cancer chemoprevention and

M006B06325

Alzheimer's disease.  These latter studies include doses of 25mg and placebo comparators.  The pooling was conducted using standard techniques for meta-analysis.[63]

The findings from the pooled analysis (Table 9) demonstrate that rofecoxib increases the risk of serious coronary heart disease 2.16-fold (95% CI, 1.58-2.94).  The p value is .000001, or a 1 in one million probability that the finding is due to chance.  There is strong consistency between the individual groups of studies, with the relative risks ranging from 1.25 to 2.80.

**Table 9**  Pooled Analysis of Randomized Controlled Trials:  Rofecoxib and Serious Coronary Heart Disease

| Trial | Dose, mg | Comparator | N Patients[1] | Rofecoxib Relative Risk | 95% CI | p |
|---|---|---|---|---|---|---|
| Musculoskeletal | 12.5/25/50 | Various | 25,273 | 2.24 | 1.24-4.02 | .007 |
| Alzheimer's | 25 | Placebo[2] | 1307/1193 | 1.95 | 1.11-3.44 | .020 |
| APPROVe | 25 | Placebo | 1299/1287 | 2.80 | 1.44-5.45 | .002 |
| VICTOR | 25 | Placebo | 1172/1169 | 2.79 | 1.01-7.75 | .049 |
| VIP | 25 | Placebo | 2300/2300 | 1.25 | 0.49-3.17 | .638 |
| Pooled | | | | 2.16 | 1.58-2.94 | .000001 |

[1] Rofecoxib/ Comparator.  [2] Includes 118 patients assigned to take naproxen.

## 3.8 PATIENTS WITH OTHER RISK FACTORS FOR CORONARY HEART DISEASE

Is risk changed for patients who take rofecoxib and who also have other risk factors for coronary heart disease?  Analyses of high-risk groups of patients have been reported for some of the clinical trials (Table 10).  These suggest that the risk of serious coronary heart disease is increased even further in patients who take rofecoxib.

**Table 10**  Rofecoxib and serious coronary heart disease in patients with established risk factors for myocardial infarction

| | Rofecoxib Relative Risk |
|---|---|
| VIGOR:  Patients who meet FDA criteria for aspirin propylaxis | 4.89 (p=.01) |
| APPROVE:  Patients with heart disease symptoms | 9.59 (p=.02) |
| APPROVE:  Patients with diabetes | 6.10 (p=.02) |

Sources:  FDA, Villalba memo 28 November 2001, Appendix 5; Bresalier *et al* NEJM 2005; 352:1092.

## 3.9 CONCLUSION

The clinical trials clearly and consistently show that rofecoxib substantially increases the risk of serious coronary heart disease.  This finding occurs for trials of both the 25 and 50 mg doses

of rofecoxib and for placebo as well as naproxen comparators.  To date, there is no reliable evidence from the clinical trials that suggests this risk is absent for any particular type of patient. Indeed, the available data suggest the risk may even greater for patients with high baseline risk of myocardial infarction.

# 4  Epidemiologic Studies

Eight epidemiologic studies have been published of the association between rofecoxib and acute myocardial infarction (Table 11).[28,54,56,60-62,78,79] Five of these were conducted in large automated databases[80] and one was an interview-based case-control investigation.  Six[28,54,56,60-62] were funded independently of the pharmaceutical industry and two[78,79] included funding from Merck.

**Table 11**  Epidemiologic studies of rofecoxib and serious coronary heart disease

| | | N AMI/ SCHD | Rofecoxib | | |
|---|---|---|---|---|---|
| | | | All | ≤25 mg | >25 mg |
| Ray, 2002[1] | Database, Tennessee | 5316 | | 1.02 (0.76-1.37) | 1.93 (1.09-3.42) |
| Mamdani, 2002 | Database, Manitoba | 701 | 1.0 (0.8-1.4) | | |
| Solomon, 2004[2] | Database, Medicare | 10895 | 1.24 (1.05-1.46) | 1.21 (1.01-1.44) | 1.70 (1.07-2.71) |
| Graham, 2005[1,2] | Database, California | 8143 | 1.59 (1.10-2.32) | 1.47 (0.99-2.17) | 3.58 (1.27-10.11) |
| Kimmel, 2005[2,3] | Case-Control | 1718 | 2.72 (1.24-5.95) | 2.7 (p=.008)[4] | |
| Levesque, 2005 | Database, Quebec | 2844 | 1.24 (1.05-1.46) | 1.21 (1.02-1.43) | 1.73 (1.09-2.76) |
| Hippisley-Cox, 2005[1] | UK general practices | 9218 | 1.32 (1.09-1.61) | | |
| Johnson, 2005 | Denmark | 10280 | 1.80 (1.47-2.21) | | |
| Pooled analysis | | | 1.33 (1.23-1.44) | 1.22 (1.10-1.36) | 1.86 (1.41-2.45) |

AMI = Acute myocardial infarction; SCHD = serious coronary heart disease, which includes AMI and sudden cardiac death. [1]Includes sudden cardiac deaths. [2]Reference group is celecoxib. [3]Does not include fatal myocardial infarctions. [4]Kimmel *et al* note: "After exclusion of the 7 total participants reporting use of 50 mg of rofecoxib per day (the highest dosage), the results of the comparison between celecoxib and rofecoxib were unchanged (p = .008)."

The studies consistently reported an increased risk associated with rofecoxib (Table 11).  The estimated relative risks ranged between 1.0 and 2.7.  In six of the seven studies that conducted a pooled analysis of all rofecoxib doses, this was statistically significant.  There was a strong

M006B06327

suggestion of a dose-response relationship; in the four studies that separately assessed doses >25mg, the risk for higher doses was greater than that for lower doses. The risk estimates ranged between 1.7 and 3.6; all were statistically significant.

Three of the studies used celecoxib as a reference group in order to control for difficult-to-measure factors associated with using a coxib.[a] This raises the theoretical possibility that the adverse effect attributed to rofecoxib could be a protective effect of celecoxib and indeed, some of the publications discuss this point.[79] However, subsequent to the preparation of these manuscripts, the results of the APC trial of celecoxib for chemoprevention of cancer became available.[81] These demonstrated that celecoxib, in the 400mg and 800mg doses studied in the trial, has no cardioprotective effects but rather confers increased risk of serious coronary heart disease.

The results of several of these epidemiologic studies were available to Merck prior to the decision to withdraw rofecoxib. These investigations confirmed the findings of the randomized controlled trials, demonstrating that rofecoxib is associated with increased risk of serious coronary heart disease.

## 5   Attributable Proportion of Increased Risk

It is now known that rofecoxib increases the risk of serious coronary heart and cardiovascular disease. What do these data mean for the individual patient? That is, given that a patient was taking rofecoxib and experienced serious coronary heart disease, what is the likelihood that rofecoxib was the cause of the disease? A generally accepted method of answering this question is to calculate the *attributable proportion*. This is computed as the quantity (RR-1)/RR, where RR is the relative risk (see Rothman, 1st Edition,[82] p 38).[b]

---

[a]In some of the studies the reference group for rofecoxib could be either non/former users of NSAIDs/coxibs or celecoxib. The analysis here uses the one preferred by the authors as most valid, as evidenced by which was placed in the abstract. In the Kimmel *et al* article, the celecoxib reference group is used because it controls for nonparticipation and recall bias, to which the nonuser reference analysis is highly susceptible. As Kimmel *et al* note

    *" Most important, the difference between rofecoxib and celecoxib is less likely to be biased by nonparticipation, uncontrolled confounding, or recall bias."*

The accompanying editorial notes,

    *"While case–control studies are prone to various selection biases, such as recall and nonparticipation bias, these should have applied equally to both rofecoxib and celecoxib."*

[b]This quantity is also known as the attributable fraction, the attributable risk, and the etiologic fraction. The derivation is as follows. Let $I_1$ be the incidence, or rate, of cases in the group exposed to rofecoxib 50mg. Let $I_0$ be the rate in the reference group (§3.1). Then, the relative risk (RR) is calculated as $I_1/I_0$. Let N be the number of patients in the rofecoxib group. The number of excess cases in the exposed group is $N^*( I_1-I_0)$. Thus, the excess

M006B06328

These calculations can be performed for rofecoxib. The relative risk is taken from the pooled analysis for all of the rofecoxib clinical trials, the totality of the data. That is because the properly conducted and analyzed, adequately powered RCT provides the most reliable estimate of the magnitude of a drug's effect.[36] Given a relative risk of 2.16, the attributable proportion is 54%.

These calculations are illustrated for a hypothetical patient. The National Cholesterol Education Program provides data on the incidence of AMI, using data from the Framingham cohort study. For a patient who is male, 53 years of age, has a cholesterol/HDL of 170/50, a systolic blood pressure of 130, is a non-smoker, and has no treated hypertension, the baseline risk is 4/1000 per year. Rofecoxib increases this risk 2.16 fold, to 8.64/1000. The excess risk caused by rofecoxib is thus 8.64-4/1000 or 4.64/1000, which is 54% of the total risk.

Do the attributable proportion calculations apply to patients with other risk factors for coronary heart disease? That is, persons who smoke, who are sedentary, who have a family history of serious coronary heart disease, had past cardiovascular disease, or who have other medical conditions such as hypertension, elevated lipids or diabetes. The answer to this question is that they do. A generally accepted principle of clinical research is that the findings of a study apply to all the patients studied, unless there is strong evidence to the contrary.[83]

To date there is no evidence from clinical trials or epidemiologic studies published in the refereed literature that there are patients whose cardiovascular disease risk is not affected by rofecoxib. Both clinical trials[27,43] and epidemiologic studies[28,56,60-62,78,79] have reported the increased risk for rofecoxib in a variety of populations.

## 6. Short Duration

Merck has now recognized that rofecoxib increases the risk of serious coronary heart disease. However, Merck asserts that the increased risk was confined to persons who used rofecoxib for more than 18 months.[47,48] This claim is based on a post-hoc analysis of the subgroup of APPROVe patients who had used rofecoxib for no more than 18 months. Since the risk of myocardial infarction can be influenced by short-term or even transient factors (e.g. aspirin use), the scientific basis for Merck's "18 month hypothesis" is unclear.

Indeed, there are 4 lines of evidence that Merck's assertion is incorrect and that the risk of serious coronary heart disease is increased for patients with shorter duration of use. These are:

1. Biological plausibility;

---

proportion of cases in the exposed group is $N*(I_1-I_0)/(N*I_1) = (I_1-I_0)/*I_1$. Mathematically, this is $1-I_0/I_1 = 1-1/RR = (RR-1)/RR$. This last formula is often most convenient because some study designs (case-control) can estimate RR but not $I_1$ and $I_0$.

M00GB06329

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  31*

2.   Short-term studies of other coxibs;

3.   Data from clinical trials of rofecoxib for shorter periods of use;

4.   Data from epidemiologic studies for shorter periods of use.

## 6.1 BIOLOGICAL PLAUSIBILITY

A leading explanation for the cardiotoxicity of rofecoxib is unopposed inhibition of $PGI_2$ (see §2). As discussed by Fitzgerald, this is likely to increase the likelihood of an exaggerated thrombotic response to the rupture of an atherosclerotic plaque, because of a decrease in $PGI_2$-mediated inhibition of platelet activation. This effect would be expected to coincide with the decrease in $PGI_2$ caused by rofecoxib. Since this is one of the pharmacologic properties of the drug, it would be expected to occur within hours of drug ingestion.

Studies conducted in Fitzgerald's laboratory confirm the rapid effect of coxibs on $PGI_2$. Urinary excretion of a metabolite of $PGI_2$ was significantly decreased within 4-6 hours of ingestion for celecoxib[84] and within 14 days for rofecoxib.[85] Thus, these mechanistic studies suggest that the risk of serious coronary heart disease conferred by rofecoxib would be present within hours after taking the drug.

In legal briefs[a], Merck has argued that coxibs don't necessarily affect arterial prostacyclin, given that the studies cited above assayed metabolites of $PGI_2$ in the urine. However, recent studies confirm that the effect of rofecoxib is on arterial prostacyclin. A recent publication from Fitzgerald's laboratory demonstrates that COX-2 derived prostacylin modulates vascular remodeling.[86] A recent review by Patrono and colleagues[87] also notes

*"Although $TXA_2$ is a prostanoid largely derived from COX-1 (mostly from platelets) and its biosynthesis is highly sensitive to inhibition by aspirin, vascular $PGI_2$ is derived predominantly from COX-2"*

## 6.2 SHORT-TERM STUDIES OF OTHER COXIBS

It now is evident that the suppression of $PGI_2$ synthesis is a class effect of the coxibs.[29] Recent data from clinical trials of celecoxib[81], lumiracoxib,[88] and valdecoxib/parecoxib[41,42] demonstrate that there also is a class effect with regard to increased risk of serious cardiovascular disease.

---

[a]See filing of 10 November 2005 in Plunkett case, p. 33.

MODEB06330

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006 32*

   Parecoxib is a pro-drug for valdecoxib that is available (in Europe) for administration by injection. Its primary clinical use is as an analgesic for post-surgical pain. There have been two placebo-controlled trials of parecoxib, in conjunction with valdecoxib, for periods of 10-14 days in patients undergoing coronary artery bypass graft surgery.[41,42] In each of these studies there was an approximately 3-fold increased risk of serious cardiovascular disease (myocardial infarctions and strokes) in the parecoxib/valdecoxib group (Table 12). These data conclusively demonstrate that the increased risk of serious cardiovascular disease conferred by a coxib can occur with very short duration of use, consistent with the probable mechanism for this effect.

**Table 12**   Valdecoxib and Serious Cardiovascular Disease

| | Number Patients | | Cardiovascular Events | | | |
|---|---|---|---|---|---|---|
| | Valdecoxib | Placebo | Valdecoxib | Placebo | RR | 95% CI |
| Ott et al | 311 | 151 | 14 | 2 | 3.40 | 0.82-13.98 |
| Nussemier et al | 1088 | 548 | 17 | 3 | 2.85 | 0.81-10.02 |
| Meta-analytic RR | | | | | 3.08 | 1.20-7.87 |

Source: Furberg *et al, Circulation* 2005 111:249. "Valdecoxib" indicates valdecoxib alone or in combination with parecoxib. Meta-analytic P=.019, P heterogeneity=0.86. Cardiovascular events include coronary and cerebrovascular events.

## 6.3 DATA FROM CLINICAL TRIALS

### 6.3.1 VIGOR

   The 18 month hypothesis is inconsistent with the findings of the VIGOR study (§3.1).[43] The median duration of rofecoxib therapy was 9 months and the maximum duration was 13 months. Thus, according to Merck's 18 month hypothesis, there should have been no increased risk of myocardial infarctions. That there was a profoundly increased risk of myocardial infarction and serious coronary heart disease (Table 1) demonstrates that shorter durations cause these adverse events.

   Further evidence that very short durations confers elevated risk is provided review of the time-to-event curves (Figure 2). These diverged within two months; from that point on the risk for rofecoxib was greater than that for naproxen.



| | | | | |
|---|---|---|---|---|
| 4047 | 3643 | 3405 | 3177 | 2806 |

**Figure 2**  Time-to-event curves for VIGOR. JAMA 2001; 286:954

M00EB06331

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  33*

**6.3.2 ADVANTAGE**

The ADVANTAGE trial had a maximum duration of 12 weeks and the mean duration was 69 days.  The increased risk for rofecoxib was manifested within this short time period.

**6.3.3 APPROVe, Serious Thrombotic Events**

The only basis of support for Merck's 18 month hypothesis comes from a post-hoc subgroup analysis in the APPROVe trial of "serious thrombotic events", which suggests that the event curves do not begin to separate prior to 18 months.

The Merck analysis by duration is a *post hoc* subgroup analysis, particularly susceptible to misleading interpretations.  In a seminal article that addressed this topic,[83] Yusuf and colleagues note:

*"Generally, trials adequate for detecting an overall treatment effect cannot be expected to detect effects within even relatively large subgroups."*

They note that this is because the subgroup analyses often

*"lead to comparisons concerning individual subgroups that are woefully lacking in power".*

Analyses that have low power often will make the error of finding that no effect is present when one actually is (see §3).  Thus, they are considered unreliable.[37]

The analysis of patients who had less than 18 months of rofecoxib use in the APPROVe study is an example of an underpowered subgroup analysis.  Jüni and colleagues[47] note that this subgroup analysis had only 20% power to detect an increased risk of acute myocardial infarctions of 2 or greater.  A power of 20% implies that, given that there was a true effect, a study would have only a 1 in 5 chance of detecting it.  The 20% power of APPROVe for the duration analysis thus is far below the generally accepted minimum power of 80% for a reliable analysis.[37]

Yusuf and colleagues also provide a compelling example of a misleading subgroup analysis, taken from a large randomized clinical trial of aspirin following heart attacks:

*"The Second International Study of Infarct Survival (ISIS-2) presented results by the astrological sign under which patients were born.  Aspirin was clearly beneficial overall and for persons born under all signs except Libra and Gemini, for which apparent harmful effects were observed".*

If subgroup analyses were taken at face value, use of aspirin, a recognized therapy following heart attacks, should be determined by the patient's zodiac sign.

MOO6B06332

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  34*

Thus, absence of an effect in a particular subgroup, as was the case for rofecoxib use of duration no more than 18 months in APPROVe,  almost never is a sufficient basis to conclude that a drug has no effect within that subgroup.  As Yusuf and colleagues note,

> *"the overall 'average' result of a randomized clinical trial is usually a more reliable estimate of treatment effect in the various subgroups examined than are the observed effects in individual subgroups".*

### 6.3.4 APPROVe, Myocardial Infarctions

The analysis of serious thrombotic events presented in the APPROVe publication had another major limitation.  It included deep vein thromboses, a procedure which, as described in §3.5, would inappropriately obscure the risk of myocardial infarctions.

Thus, an analysis was performed of the APPROVe data with serious coronary heart disease as the endpoint, using the files provided by Merck.[a]  These demonstrate separation of the event curves within 6 months (Figure 3).



**Figure 3  APPROVe time-to-event**

### 6.3.5 Merck Alzheimer's Trials

Analysis of the data from the Merck Alzheimer's trials also demonstrates that the risk begins early in therapy.  Figure 4 shows the time-to-event curves for protocol 078 and 091, looking at the first year of followup.  The increased risk conferred by rofecoxib was apparent by 2 months.



**Figure 4** Time-to-event curves in Merck Alzheimer's trials (Protocols 078 and 091)

---

[a]Data provided by Dr. Richard Kronmal.

**6.3.6 VICTOR**

The time-to-event curve for VICTOR was calculated by Merck from preliminary data in early 2005[a]. These data show early separation, with increased risk for rofecoxib evident in the first three months of use (Figure 5).

**6.3.7  Power of RCTs for 1-30 Day Analysis**

Why have *none* of the individual RCTs reported a statistically significant increased risk for the period 1-30 days? This relates to the concept of statistical power, which is the probability that a significant effect will be observed in the trial, given that a true effect exists (see §6.1.3).



**Figure 5** VICTOR time-to-event curves

Power depends upon the number of persons in a clinical trial and the length of time they are followed up. For example, a trial with 2 persons (one in each group), will never report a statistically significant finding, no matter how large the effect. Similarly, trials with short time periods are challenging because they effectively reduce the background incidence. For example, consider a study that was adequately powered for 12 months of followup. An equivalent study with the same power to detect a risk with 1 month of followup would require 12 times as many persons.

Table 13 shows the power of several of the individual rofecoxib trials to detect an increased risk within 1-30 days. This analysis shows that all of these studies were severely underpowered and thus would not be expected to report a statistically significant risk.

**Table 13**  Power of rofecoxib trials to detect doubling of relative risk for serious coronary heart disease in 1-30 days

| Study | Power |
|-------|-------|
| VIGOR | 19% |
| ADVANTAGE | 20% |
| APPROVe | 9% |
| Alzheimer's | 11% |
| VICTOR | 10% |

---

[a]Source: email from Jennifer Ng of 1 February 2005.

M006B06334

*Report of Wayne A. Ray, Ph.D.*                                                    *11 January 2006  36*

## 6.4 DATA FROM EPIDEMIOLOGIC STUDIES

Two of the epidemiologic studies had sufficient sample size to assess duration of rofecoxib use.[61,78] Solomon and colleagues noted that the risk associated with use of 1-30 days (relative risk estimate = 1.40, p=.005) and 31-90 days (relative risk estimate = 1.38, p=.003) was significantly greater than that for longer duration use. Johnsen and colleagues reported that the risk for new users, those with 1-30 days of exposure, was 2.52 (1.74-3.64). These findings provide strong evidence that the increased risk for rofecoxib is not limited to durations longer than 18 months. Three of the other studies provide further evidence that the risk is present for short-term users. Kimmel *et al* conducted an analysis that excluded persons with >12 months of use and found "the difference between celecoxib and rofecoxib was unchanged... (p=.01)". Both Graham *et al* and Levesque *et al* calculated the mean duration of rofecoxib use, which was 113 days and 5.3 prescriptions, respectively. Both studies note this short duration is consistent with a risk that requires only short periods of exposure.

## 6.5 CONCLUSION

There now are sufficient data to assess whether or not short-term use of rofecoxib increases the risk of serious coronary heart disease. An effect that begins within hours of taking the drug is biologically plausible. Short-term studies of parecoxib/valdecoxib, which probably cause cardiovascular disease by the same mechanism as rofecoxib, show that as little as 10 days of exposure produces a three-fold increased risk of serious cardiovascular disease. Merck-sponsored clinical trials demonstrate that the increased risk of serious coronary heart disease is present within 1-3 months of use. Epidemiologic studies demosntrate an increased risk of myocardial infarctions in the first 30 days of use. Thus, to a reasonable degree of scientific certainty, short-term use of rofecoxib increases the risk of serious coronary heart disease.

# 7. Conclusion

It is now clear that rofecoxib increases the risk of myocardial infarctions and serious coronary heart disease. Following the APPROVe trial findings, Merck acknowledged this and thus subsequently withdrew the drug from the market. The fact that this effect was seen in randomized controlled trials, was confirmed in epidemiologic studies, and is highly plausible given the drug's pharmacologic properties, establishes that rofecoxib is capable of causing myocardial infarctions and serious coronary heart disease in humans.

There is no evidence, according to generally accepted clinical research principles, that this risk is limited to any group of patients. There has been speculation that some subgroups, such as those using the drug for shorter durations, may have lower risk. However, the totality of the data demonstrate to a reasonable degree of scientific certainty that short-term use, even use of under 30 days, confers increased risk. Thus, the best presently available evidence is that the cardiotoxicity of rofecoxib is present for all users.

M00BB06335

*Report of Wayne A. Ray, Ph.D.*                                          *11 January 2006  37*

    The best estimate of the magnitude of the  increased risk comes from the totality of the data from randomized controlled clinical trials.  For serious coronary heart disease, including myocardial infarctions, sudden cardiac death, and unstable angina, there is a 2.16-fold increased risk for rofecoxib, implying that 54% of cases of serious coronary heart disease in rofecoxib users are attributable to the drug.

Respectfully submitted by Wayne A. Ray, Ph.D.

*Wayne A. Ray*

11 January 2006

*Reference List*

1.  Martinez B, Mathews AW, Lublin JS, Winslow R. Expiration Date.  Merck pulls Vioxx from market after link to heart problems. Wall Street Journal 2004;A1.

2.  Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340(24):1888-1899.

3.  Morrow JD, Roberts LJ. Lipid-Derived Autacoids.  Eicosanoids and Platelet-Activating Factor. In: Hardman JG, Limbird LE, editors. The Pharmacological Basis of Therapeutics. New York: McGraw-Hill, 2001: 669-685.

4.  Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114:257-263.

5.  Somerville K, Faulkner G, Langmen M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986; 1:462-4.

6.  Chrischilles EA, Lemke JH, Wallace RB, Drube GA. Prevalence and characteristics of multiple analgesic drug use in an elderly study group. J Am Geriatr Soc 1990; 38:979-984.

7.  Ray WA, Griffin MR, Shorr RI. Adverse drug reactions and the elderly. Health Aff (Millwood) 1990; 9:114-122.

8.  Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane $A_2$ formation. N Engl J Med 1988; 319:689-698.

9.  FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(6):433-442.

10.  Roberts LJ, Morrow JD.  Analgesic-antipyretic and antiinflammatory agents and drugs employed in the treatment of gout. In: Hardman JG, Limbird LE, editors. The Pharmacological Basis of Therapeutics. New York: McGraw-Hill, 2001: 687-730.

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  38*

11. Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy:  The second hundred years. Gastroenterol 1997; 112:1000-1016.

12. Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109:359-363.

13. Garcia Rodriguez LA, Walker AM, Gutthann SP. Nonsteroidal Antiinflammatory Drugs and Gastrointestinal Hospitalizations in Saskatchewan: A Cohort Study. Epidemiology 1992; 3:337-342.

14. Henry D, L-Y Lim L, Garcia Rodriguez LA, Gutthann SP, Carson J, Griffin MR et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs:  results of a collaborative meta-analysis. Br Med J 1996; 312:1563-1566.

15. Tarone RE, Blot WJ, McLaughlin JK. Nonselective nonaspirin nonsteroidal anti-inflammatory drugs and gastrointestinal bleeding:  Relative and absolute risk estimates from recent epidemiologic studies. Am J Therap 2004; 11:17-25.

16. Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110(3A):20S-27S.

17. Silverstein FE, Graham DY, Senior JR, Wyn Davies H, Struthers BJ, Bittman RM et al. Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rhematoid Arthritis Recieving Nonsteroidal Anti-inflammatory Drugs: A Randomized, Double-Blind, Placebo-Controlled Trial. Ann Intern Med 1995; 123(4):241-249.

18. Rostom A, Wells G, Tugwell P, Welch V, Dube C, McGowan J. Prevention of NSAID-induced gastroduodenal ulcers. Cochrane Database of Systematic Reviews 2001;(1).

19. Hawkey CJ, Karrasch JA, Szczepanski L, Walker DG, Barkun A, Swannell AJ et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. New England Journal of Medicine 1998 Mar 12 338:727-734.

20. Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan S. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325:87-91.

21. Puett DW, Griffin MR. Published trials of nonmedicinal and noninvasive therapies for hip and knee osteoarthritis. Ann Intern Med 1994; 121:133-140.

22. Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee.  A randomized trial. JAMA 2002; 287:64-71.

23. Matheson AJ, Figgitt DP. Rofecoxib.  A review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.

24. Katz N, Ju WD, Krupa DA, Sperling RS, Rodgers DB, Gertz BJ et al. Efficacy and safety of rofecoxib in patients with chronic low back pain. Spine 2003; 28:851-859.

25. Geusens PP, Truitt K, Sfikakis P, Zhao PL, DeTora L, Shingo S et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31:230-238.

MOO6B06337

Report of Wayne A. Ray, Ph.D.                                    11 January 2006  39

26.  Ehrich EW, Schnitzer TJ, McIlwain H, Levy R, Wolfe F, Weisman M et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee:  A 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999; 26:2438-2447.

27.  Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Eng J Med 2005; 352:1-11.

28.  Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs:  nested case-control study. Lancet 2005; 365:475-481.

29.  FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

30.  Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or = 65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

31.  Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review:  Aspirin resistance and its clinical implications. Ann Intern Med 2005; 142:370-380.

32.  Patrono C, Coller B, Dalen JE, FitzGerald GA, Fuster V, Gent M et al. Platelet-active drugs.  The relationships among dose, effectiveness, and side effects. Chest 2001; 119:39S-63S.

33.  Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallob A, Tanaka W et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40:1109-1120.

34.  Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by Nimesulide in man. J Pharm Exp Therapeutics 1998; 287:578-582.

35.  Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects:  a review of the rofecoxib development program. Am Heart J 2003; 146:591-604.

36.  Sackett DL, Haynes RB, Tugwell P. Clinical Epidemiology:  A Basic Science for Clinical Medicine. 2nd ed. Boston: Little, Brown and Company, 1991.

37.  Friedman LM, Furberg CD, DeMets DL. Fundamentals of Clinical Trials. Boston: John Wright & Sons, 1983.

38.  Hulley SB, Cummings SR, Browner WS, Grady D, Hearst N, Newman TB. Designing clinical research. 2nd ed. Philadelphia: Lippincott Williams & Wilkins, 2001.

39.  Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterol 1999; 117:776-783.

40.  Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E et al. Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. Arthritis Rheum 2000; 43(2):370-377.

41.  Ott E, Nussmeier NA, Duke PC, Feneck RO, Alston RP, Snabes MC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Surg 2003; 125:1481-1492.

M00EB06338

42. Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(1):11.

43. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343:1520-1528.

44. Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. Arthritis Rheum 2000; 43(9):1905-1915.

45. Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89:204-209.

46. Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104:2280-2288.

47. Discontinuation of Vioxx. Lancet 2005; 365(January 1):23-28.

48. Rofecoxib, Merck, and the FDA. N Engl J Med 2005; 351(27):2875-2878.

49. Jick H, Miettinen OS. Regular aspirin use and myocardial infarction. BMJ 1976; 1(6017):1057.

50. Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease. Lancet 2002; 359:118-123.

51. Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Non-steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109:3000-3006.

52. Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, maproxen, and piroxicam. Pharmcother 2000; 20(7):741-744.

53. Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interation with aspirin. J Am Coll Cardiol 2004; 43:985-990.

54. Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163:481-486.

55. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162:1111-1115.

56. Ray WA, Stein M, Daugherty JR, Hall K, Arbogast P., Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360:1071-1073.

57. Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmac 2004; 54:327-332.

58. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162:1099-1104.

59. Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with

M00GB06339

*Report of Wayne A. Ray, Ph.D.*                                   *11 January 2006  41*

*naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162:1105-1110.*

60.  *Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: A population study of elderly adults. Ann Intern Med 2005; 142:1-5.*

61.  *Johnsen SP, Larsson H, Tarone RE, McLaughllin JK, Norgard B, Friis S et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs. Arch Int Med 2005; 165:978-984.*

62.  *Hippisley-Cox J. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs:  population based nested case-control analysis. BMJ 2005; 330:1366-1372.*

63.  *Sutton AJ, Abrams KR, Jones DR, Sheldon TA, Song F. Methods for meta-analysis in medical research. New York, NY: John Wiley and Sons, 2000.*

64.  *Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis:  A decision analysis. Am J Med 2004; 11:621-629.*

65.  *Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998; 93(11):2037-2046.*

66.  *Hawkey CJ, Karrasch JA, Szczepanski L, Walker DG, Barkun A, Swannell AJ. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs.  Omeprazole versus misoprostol for NSAID-induced ulcer management. New Engl J Med 1998; 338(11):727-734.*

67.  *Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA et al. Cyclooxygenases, thromboxane, and atherosclerosis.  Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111:334-342.*

68.  *Drazen JM. COX-2 inhibitors- A lesson in unexpected problems. N Engl J Med 2005; 352(1):2.*

69.  *Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.*

70.  *Topol EJ. Failing the public health - Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351:1707-1709.*

71.  *Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. Ann Intern Med 2003; 139:539-546.*

72.  *Braunstein N. Report of specific cardiovascular outcomes of the ADVANTAGE Trial. Ann Intern Med 2005; 143:158-159.*

73.  *Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib:  cumulative meta-analysis. Lancet 2004; 364:2021-2029.*

74.  *Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR et al. No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neuro 2004; 62:66-71.*

75.  *Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL et al. Effects of rofecoxib or naproxen vs placebo on alzheimer disease progression. JAMA 2003; 289:2819-2826.*

M00GB06340

*Report of Wayne A. Ray, Ph.D.*                                          *11 January 2006  42*

76. Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharm 2005; 30:1204-1215.

77. Lapostolle F, Surget V, Borron SW, Desmaizieres M, Sordelet D, Lapandry C et al. Severe pulmonary embolism associated with air travel. N Engl J Med 2001; 345(11):779-783.

78. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.

79. Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142:1-9.

80. Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349:1592-1594.

81. Solomon SD, McMurray JJV, Pfeffer MA, Witts J, Fowler R, Finn P et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352:1-10.

82. Rothman KJ. Modern Epidemiology. 1 ed. Boston: Little, Brown and Company, 1986.

83. Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991; 266:93-98.

84. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX) 2-: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci 1999; 96:272-277.

85. Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharm Exp Therapeutics 1999; 289:735-741.

86. Rudic RD, Brinster D, Cheng Y, Fries S, Song WL, Austin S et al. COX-2-Derived prostacyclin modulates vascular remodeling. Circ Res 2005; 96:1240-1247.

87. Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of atherothrombosis. N Engl J Med 2005; 353:2373-2383.

88. Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheught FWA, Schnitzer TJ et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364:675-684.

M006B06341

Additional Reliance Material of Dr. Wayne Ray

1.  "Merck Pulls Vioxx From Market After Link to Heart Problems" *Wall Street Journal* 10/1/04, by Barbara Martinez
2.  "Gastrointestinal Toxicity of Nonsteroidal Anti-Inflammatory Drugs" by Michael Wolfe, M.D. et al; *N Eng J Med* June 17, 1999
3.  Lipid-Derived Antacoids-Eicosanoids and Platelet-Activating Factors
4.  "Nonsteroidal Anti-Inflammatory Drug Use and Increased Risk for Peptic Ulcer Disease in Elderly Persons" by Marie Griffin   *Ann Intern Med* 114:4; 2/15/91
5.  "Non-Steroidal Anti-Inflammatory Drugs and Bleeding Peptic Ulcer" by Kevin Sommerville  *The Lancet* 3/1/86- 462-464
6.  "Clinical Implications of Prostaglandin and Thromboxane $A_2$ Formation" by John A. Oates  *New Engl J Med* 319:11; 689
7.  "The Coxibs, Selective Inhibitors of Cyclooxygenase-2" by Garrett Fitzgerald/Carlo Patrono  *New Engl J Med* 345;9 8/9/01
8.  "Analgesic-Antipyretic and Anti-inflammatory Agents and Drugs Employed in the Treatment of Gout" by Jackson Roberts II et al
9.  "Non-Steroidal Anti-Inflammatory Drugs and Gastroenteropathy; The Second Hundred Years" By John Wallace  *Gastroenterology* 1997;112: 1000-1016
10. "Nonsteroidal Anti-inflammatory Drugs and Gastrointestinal Hospitalizations in Saskatchewan: A Cohort Study"

M006B06342