**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE FALLON** |
| **This document relates to:** | **MAGISTRATE JUDGE KNOWLES** |
| **Case No. 2:05-CV-04379** | |
| **Robert G. Smith** | |
| **vs.** | |
| **Merck & Co., Inc.** | |

**PLAINTIFF'S OBJECTIONS, COUNTER-DESIGNATIONS, AND
OPTIONAL-COMPLETENESS DESIGNATIONS TO DEFENDANT'S
AFFIRMATIVE DESIGNATIONS OF DEPOSITION TESTIMONY**

Plaintiff serves these his Objections, Counter-Designations, and Optional-Completeness Designations to Defendant's Affirmative Designations of Deposition Testimony.

**I.  General Objections**

Plaintiff reserves the right to read or play to the jury his affirmative designations of deposition testimony to counter the testimony of the same witness if offered by Merck.

Subject to his general objections and without waiving his right to object to any and all deposition designations proffered by Merck at the time of trial or counter designate additional testimony, Plaintiff objects to the following designations and counter designates the following testimony.

**Witness:**          **Daniel Courtade, M.D.**
**Deposition Date:**          **June 22, 2006**

### Plaintiff's Objections to Merck's Affirmative Designations of Deposition Testimony

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 4:16 | 4:18 | | | |
| 8:5 | 8:9 | 8:5 - 8:22 lack of foundation; calls for expert medical opinion re Vioxx – this witness does not have the appropriate training/experience as determined by the rulings of this court; leading; speculative; hearsay | | |
| 8:11 | 10:7 | 10:1 - 10:5 relevance | | |
| 10:9 | 13:22 | 11:8 - 12:6 cumulative | | |
| 15:4 | 17:5 | 17:3 - 17:13 question is argumentative; assumes facts not in evidence; leading | | |
| 17:7 | 20:1 | 17:14 - 18:7 assumes facts not in evidence; leading; lawyer's "understanding" is not relevant 18:8 - 20:1 relevance | | |
| 21:7 | 21:19 | relevance; hearsay; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 22:19 | 25:7 | 24:10 - 25:3 vague; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete and improper hypothetical | | |
| 25:9 | 28:8 | 25:4 - 25:9 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; leading | | |
| | | 25:10 - 26:1 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical | | |
| 28:10 | 30:17 | 27:22 - 29:12  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; leading; calls for speculation | | |
| | | 29:13 - 30:17  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative | | |
| 30:22 | 31:5 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 31:13 | 35:2 | 31:13 - 32:11  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative<br><br>32:12 - 32:14 hearsay<br><br>32:15 - 33:14  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative<br><br>33:15 - 35:2  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; relevance; incomplete hypothetical | | |
| 37:24 | 40:2 | 37:24 - 38:8  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; incomplete hypothetical<br><br>38:9 - 40:21 cumulative;  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| 40:3 | 40:5 | | | |
| 40:7 | 41:8 | | | |
| 41:9 | 42:18 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 42:18 | 45:12 | 44:15 - 45:7  lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculative | | |
| 45:14 | 46:21 | 45:8 - 46:21 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; assumes facts not in evidence; speculative; incomplete hypothetical | | |
| 47:5 | 47:7 | 47:5 - 47:11 vague; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; leading | | |
| 47:9 | 48:6 | | | |
| 49:14 | 50:1 | | | |
| 51:4 | 55:5 | 53:13 - 53:16 speculative; hearsay; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; *Plaintiff incorporates his Motion in Limine on this subject* | | |
| 55:7 | 55:7 | 54:18 - 55:7 speculative; hearsay; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; *Plaintiff incorporates his Motion in Limine on this subject* | | |
| 57:12 | 57:15 | | | |
| 58:6 | 60:9 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 60:12 | 61:4 | | | |
| 61:6 | 68:5 | 68:4 - 68:22 cumulative; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; leading | | |
| 68:7 | 69:2 | 68:23 - 69:2 leading; argumentative question; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; cumulative | | |
| 69:15 | 69:21 | | | |
| 69:22 | 69:22 | | | |
| 70:3 | 71:23 | 70:3 - 71:12 cumulative; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; improper narrative | | |
| 73:2 | 73:19 | | | |
| 73:20 | 74:15 | 74:13 - 74:15 argumentative | | |
| 74:17 | 75:15 | 74:17 - 75:18 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculative; cumulative | | |
| 75:17 | 77:19 | | | |
| 77:21 | 79:14 | 75:19 - 79:14 hearsay; best evidence | | |
| 79:16 | 79:19 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 83:15 | 83:22 | cumulative; redundant; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| 86:10 | 88:12 | 88:7 - 88:12 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| 88:19 | 89:2 | 89:1 - 89:6 leading; vague | | |
| 89:4 | 90:7 | 89:10 - 90:7 best evidence; speculation; 403 | | |
| 90:15 | 90:24 | | | |
| 91:1 | 91:4 | | | |
| 92:1 | 92:14 | entire answer not designated | | |
| 94:10 | 96:20 | | | |

7

| **PAGE:LINE** | **PAGE:LINE** | **OBJECTION** | **SUSTAINED** | **OVERRULED** |
|---|---|---|---|---|
| 96:22 | 98:15 | 96:23 - 97:1 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| | | 97:2 - 92:7 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculative; *Plaintiff refers to previously-filed Motion in Limine* | | |
| | | 92:24 - 98:15 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation | | |
| 98:16 | 99:25 | 98:22 - 99:24 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 99:25 | 102:16 | 99:25 - 100:5 hearsay; best evidence; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| | | 100:17 - 100:23 hearsay; best evidence; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| | | 100:24 - 102:16 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; hearsay; best evidence | | |
| 102:20 | 103:11 | 102:20 - 103:4 403; misleading | | |
| | | 103:5 - 103:11 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; 403; optional completeness | | |
| 105:2 | 105:11 | 105:2 - 107:25 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; 403; optional completeness | | |
| 105:13 | 107:3 | | | |
| 107:13 | 107:22 | | | |
| 107:24 | 107:25 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 108:2 | 108:4 | 108:2 - 108:6 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; cumulative | | |
| 108:6 | 110:2 | 108:7 - 108:16 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; assumes facts not in evidence; 403; cumulative | | |
| 110:20 | 112:8 | 108:17 - 109:22 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; best evidence | | |
| | | 109:23 - 112:8 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; assumes facts not in evidence; speculation; 403 | | |
| 114:3 | 114:4 | 114:3 - 114:9 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; assumes facts not in evidence; speculation; 403 | | |
| 114:6 | 114:9 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 114:11 | 120:11 | 114:21 - 114:25 cumulative<br><br>115:1 - 115:19 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; assumes facts not in evidence; hearsay; 403<br><br>116:16 - 117:10 cumulative; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith<br><br>118:10 - 120:11 hearsay; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; best evidence | | |
| 121:4 | 121:12 | 403; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; *Plaintiff refers to previously-filed Motion in Limine* | | |
| 122:15 | 122:21 | 403; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; *Plaintiff refers to previously-filed Motion in Limine* | | |
| 122:23 | 123:7 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 123:10 | 124:25 | 123:10 - 125:9 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; hearsay | | |
| 125:5 | 125:7 | 125:10 - 125:12 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; this witness does not have the appropriate training/experience determined by the rulings of this court; speculation; cumulative | | |
| 125:9 | 125:12 | | | |
| 125:15 | 127:22 | 125:15 - 125:22 403; speculation; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; cumulative | | |
| 127:14 | 127:19 | | | |
| 127:21 | 127:25 | 127:22 - 127:25 lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; cumulative | | |
| 128:2 | 128:6 | lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; 403; cumulative | | |
| 128:8 | 128:9 | | | |
| 128:11 | 128:17 | | | |
| 128:19 | 128:20 | | | |
| 128:22 | 129:5 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 130:11 | 132:4 | 130:11 - 138:18 relevance; cumulative; speculation; incomplete hypothetical; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith | | |
| 132:6 | 133:1 | | | |
| 139:18 | 140:4 | cumulative | | |
| 151:14 | 151:19 | lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; cumulative | | |
| 151:21 | 152:25 | | | |
| 153:4 | 153:12 | 153:4 - 153:21 relevance; 403 | | |
| 153:14 | 154:3 | | | |

| COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY |
|---|
| 48:15 - 49:13 |
| 55:8 - 55:19 |
| 92:15 - 94:9 |
| 103:19 - 105:1 |
| 112:9 - 112:10 |
| 113:3 - 113:24 |
| 121:13 - 122:14 |
| 142:18 - 142:22 |

**Witness:** Michael Grefer, M.D.
**Deposition Date:** June 29, 2006

### Plaintiff's Objections to Merck's Affirmative Designations of Deposition Testimony

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 4:9 | 5:1 | 4:15 - 5:1 relevance | | |
| 6:11 | 6:17 | | | |
| 7:4 | 7:25 | | | |
| 8:17 | 9:3 | | | |
| 11:17 | 11:22 | | | |
| 14:15 | 15:8 | | | |
| 15:10 | 16:16 | | | |
| 16:20 | 16:22 | 16:20 - 17:5 misleading; speculative | | |
| 16:24 | 17:21 | | | |
| 17:23 | 17:23 | 17:18 - 17:23 misleading; speculative | | |
| 18:13 | 19:25 | 18:21 - 19:25 relevance; 403; outside the scope of direct | | |
| 20:7 | 22:7 | 20:7 - 21:12 relevance; 403; outside the scope of direct<br><br>21:13 - 22:7 relevance; 403; outside the scope of direct | | |
| 22:17 | 24:16 | 23:12 - 24:16 cumulative | | |
| 24:24 | 26:14 | | | |
| 26:19 | 27:6 | | | |
| 27:14 | 28:11 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 28:21 | 30:14 | 28:25 - 29:15 foundation; calls for expert medical opinion outside the scope of the witness' treatment of Mr. Smith; cumulative | | |
| | | 29:22 - 30:14 foundation; calls for expert medical opinion outside the scope of the witness' treatment of Mr. Smith; cumulative; speculation | | |
| 31:4 | 33:9 | 31:4 - 31:24 cumulative | | |
| | | 31:25 - 32:12 cumulative; foundation; calls for expert medical opinion outside the scope of the witness' treatment of Mr. Smith | | |
| 33:12 | 34:19 | 32:13 - 33:12 foundation; calls for expert medical opinion outside the scope of the witness' treatment of Mr. Smith | | |
| | | 34:5 - 34:19 403; confusing; misleading | | |
| 36:18 | 36:22 | | | |
| 38:23 | 39:1 | assumes facts not in evidence; misleading; 403; relevance | | |
| 39:3 | 39:6 | | | |
| 41:1 | 42:11 | 41:1 - 41:6 cumulative | | |
| 42:19 | 43:23 | | | |
| 44:3 | 44:3 | | | |
| 44:7 | 46:4 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 46:6 | 46:8 | 46:6 - 46:17 speculation; cumulative | | |
| 46:10 | 46:12 | | | |
| 46:14 | 47:12 | | | |
| 47:14 | 48:4 | 47:14 - 47:18 mischaracterizes previous testimony | | |
| 50:7 | 56:9 | 51:15 - 51:20 misleading; 403; speculation | | |
| 56:11 | 60:19 | 52:8 - 52:17 misleading; vague as to time; micharacterizes previous testimony; 403 | | |
| | | 56:4 - 56:12 speculation | | |
| 64:4 | 64:9 | | | |
| 64:19 | 67:10 | | | |
| 67:21 | 68:16 | | | |
| 69:15 | 69:19 | | | |
| 70:14 | 72:22 | 70:21 - 70:24 outside the scope of direct; 403; relevance | | |
| 74:4 | 74:13 | | | |
| 75:11 | 75:14 | | | |
| 75:16 | 76:11 | | | |
| 76:13 | 77:7 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 78:6 | 82:2 | 78:6 - 81:5 foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; speculation; hearsay | | |
| 82:4 | 82:15 | | | |
| 82:17 | 82:25 | 81:24 - 82:4 speculation | | |
| 83:2 | 83:3 | 82:12 - 83:3 assumes facts not in evidence; incomplete hypothetical; 403 | | |
| 83:11 | 83:14 | assumes facts not in evidence; incomplete hypothetical; 403 | | |
| 83:16 | 83:21 | | | |
| 83:23 | 83:23 | | | |
| 84:3 | 85:12 | hearsay; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; 403; relevance; *Plaintiff refers to his Motion in Limine filed on this issue* | | |
| 87:6 | 88:21 | hearsay; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; 403; relevance; *Plaintiff refers to his Motion in Limine filed on this issue* | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 89:23 | 91:7 | 89:23 - 91:11 hearsay; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; 403; relevance; *Plaintiff refers to his Motion in Limine filed on this issue* | | |
| 91:9 | 92:9 | 91:12 - 92:9 hearsay; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; 403; relevance; *Plaintiff refers to his Motion in Limine filed on this issue* | | |

| COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY |
|---|
| 8:1 - 8:16 |
| 34:20 - 36:17 |
| 36:23 - 37:21 |
| 39:20 - 40:3 |
| 72:23 - 73:18 |
| 74:14 - 75:10 |
| 85:13 - 86:4 |

19

**Witness:**          **Michael Grefer, M.D.**
**Deposition Date:**     **July 27, 2006**

**Plaintiff's Objections to Merck's Affirmative Designations of Deposition Testimony**

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 93:25 | 94:9 | | | |
| 94:11 | 94:16 | | | |
| 94:18 | 95:3 | | | |
| 95:5 | 95:11 | | | |
| 95:13 | 95:14 | | | |
| 95:16 | 95:23 | | | |
| 95:25 | 96:4 | | | |
| 96:6 | 96:8 | | | |
| 98:3 | 99:20 | 98:20 - 98:25 mischaracterizes previous testimony; misleading; 403 | | |
| 111:6 | 111:18 | 111:14 - 111:23 mischaracterizes previous testimony; misleading; 403 | | |
| 111:20 | 112:3 | | | |
| 112:5 | 112:12 | | | |
| 114:8 | 114:10 | misleading; 403; speculation; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; relevance; assumes facts not in evidence | | |
| 114:22 | 115:17 | misleading; 403; speculation; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; relevance; assumes facts not in evidence | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 116:4 | 118:8 | misleading; 403; speculation; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; relevance; assumes facts not in evidence | | |
| 118:11 | 119:8 | | | |
| 119:11 | 120:1 | misleading; 403; speculation; foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith; relevance; assumes facts not in evidence | | |
| 120:3 | 120:7 | | | |
| 120:10 | 120:14 | relevance; misleading; 403 | | |
| 120:17 | 120:18 | | | |
| 120:20 | 120:22 | | | |
| 120:24 | 121:3 | | | |
| 121:11 | 122:21 | | | |
| 133:20 | 134:4 | | | |
| 134:6 | 134:9 | | | |
| 134:11 | 134:23 | 134:11 - 134:15 foundation; calls for an improper expert medical opinion outside the scope of the witness' treatment of Mr. Smith | | |

| COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY |
|---|
| 114:11 - 114:21 |

21

| **COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY** |
|---|
| 127:18 - 132:11 |

**Witness:**            **Stephen Epstein, M. D.**
**Deposition Date:**      **May 30, 2006**

**Plaintiff's Objections to Merck's Affirmative Designations of Deposition Testimony**

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 13:5 | 13:7 | | | |
| 13:14 | 13:21 | | | |
| 14:12 | 15:24 | | | |
| 16:2 | 16:18 | | | |
| 20:15 | 21:6 | | | |
| 23:9 | 24:12 | | | |
| 25:12 | 26:9 | | | |
| 37:5 | 37:23 | | | |
| 42:1 | 42:19 | | | |
| 43:1 | 43:12 | | | |
| 43:15 | 43:15 | | | |
| 48:7 | 48:17 | | | |
| 48:22 | 49:11 | | | |
| 49:14 | 49:21 | | | |
| 54:2 | 54:7 | | | |
| 54:11 | 54:16 | | | |
| 55:11 | 55:12 | | | |
| 67:20 | 68:20 | | | |
| 104:18 | 104:23 | | | |
| 105:7 | 106:11 | | | |
| 106:13 | 107:5 | | | |
| 107:24 | 108:7 | | | |
| 134:4 | 134:9 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 135:19 | 136:2 | Rule 401, 402. | | |
| 136:8 | 136:12 | Rule 401, 402. | | |
| 136:15 | 136:15 | Rule 401, 402. | | |
| 137:1 | 137:11 | | | |
| 138:3 | 138:10 | | | |
| 138:13 | 140:3 | | | |
| 140:18 | 141:16 | | | |
| 141:19 | 142:19 | | | |
| 142:22 | 143:3 | Rule 401, 402, 403. Incomplete hypothetical. Calls for speculation. | | |
| 143:17 | 143:24 | | | |
| 144:12 | 144:14 | | | |
| 144:17 | 144:17 | | | |
| 144:22 | 145:5 | 145:2 - 145:5: Rule 401, 402, 403.  Lack of foundation. Incomplete hypothetical. | | |
| 145:8 | 145:8 | Rule 401, 402, 403. Lack of foundation. Incomplete hypothetical. | | |
| 145:19 | 150:11 | 145:19 - 146:2:  Rule 401, 402, 403.  Lack of foundation. Incomplete hypothetical. | | |
| 150:16 | 152:16 | 152:5 - 152:16:  Rule 401, 402, 403.  Lack of foundation. Incomplete hypothetical.  Vague and ambiguous.  Compound question. | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 152:20 | 153:17 | 152:20 - 153:5: Rule 401, 402, 403.  Lack of foundation.  Vague and ambiguous. | | |
| | | 153:6 - 153:17: Rule 401, 402, 403.  Lack of foundation. | | |
| 155:8 | 159:2 | 157:2 - 157:11: Rule 401, 402, 403.  Lack of foundation.  Asked and answered. | | |
| | | 157:12 - 157:18:  Rule 401, 402, 403.  Lack of foundation.  Vague and ambiguous.  Calls for speculation. | | |
| | | 158:11 - 159:2:  Rule 401, 402, 403.  Lack of foundation.  Vague and ambiguous. | | |
| 160:16 | 160:21 | Rule 401, 402, 403.  Lack of foundation.  Vague and ambiguous. | | |
| 161:3 | 161:3 | Rule 401, 402, 403.  Lack of foundation.  Vague and ambiguous. | | |
| 161:16 | 161:21 | Rule 401, 402, 403.  Incomplete hypothetical.  Vague and ambiguous. | | |
| 161:24 | 162:1 | Rule 401, 402, 403.  Incomplete hypothetical.  Vague and ambiguous. | | |
| 162:11 | 163:2 | 162:11 - 162:20:  Rule 401, 402, 403.  Lack of foundation. | | |
| 163:7 | 164:23 | 164:20 - 164:23:  Rule 401, 402, 403.  Vague and ambiguous.  Calls for speculation. | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 165:2 | 168:12 | 165:2 - 165:7:  Rule 401, 402, 403.  Vague and ambiguous.  Calls for speculation. | | |
| | | 165:9 - 165:18:  Rule 401, 402, 403.  Vague and ambiguous.  Calls for speculation. | | |
| | | 166:6 - 166:23:  Rule 401, 402, 403.  Lack of foundation.  Asked and answered. | | |
| | | 166:24 - 168:12: Rule 401, 402, 403. | | |
| 170:19 | 173:5 | | | |
| 173:16 | 173:20 | | | |
| 175:1 | 175:7 | Rule 401, 402, 403.  Lack of foundation.  Calls for speculation. | | |
| 175:19 | 176:11 | Rule 401, 402, 403.  Lack of foundation.  Calls for speculation. | | |
| 176:13 | 176:16 | Rule 401, 402, 403. | | |
| 177:8 | 178:12 | Rule 401, 402, 403. | | |
| 180:3 | 181:7 | | | |
| 182:3 | 182:15 | 182:3 - 183:9: Rule 401, 402, 403.  Calls for speculation. | | |
| 183:10 | 184:21 | 184:12 - 184:18:  Rule 401, 402, 403. | | |
| 186:3 | 187:3 | | | |
| 187:16 | 189:9 | 188:24 - 189:9:  Rule 401, 402, 403.  Hearsay.  Lack of foundation. | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 190:6 | 190:12 | Rule 401, 402, 403. Lack of foundation. Calls for speculation. | | |
| 190:22 | 191:6 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 191:19 | 193:8 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 193:11 | 193:16 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 193:22 | 194:7 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 194:9 | 194:19 | Rule 401, 402, 403. Calls for speculation. | | |
| 194:22 | 196:6 | | | |
| 196:18 | 197:2 | Rule 401, 402, 403. Calls for speculation. | | |
| 197:8 | 197:10 | Rule 401, 402, 403. Calls for speculation. | | |
| 197:12 | 197:21 | Rule 401, 402, 403. Lack of foundation. Vague and ambiguous. | | |
| 197:22 | 198:5 | Rule 401, 402, 403. | | |
| 198:9 | 199:19 | Rule 401, 402, 403. Hearsay. | | |
| 200:13 | 200:14 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 201:3 | 203:11 | 201:11 - 201:16: Calls for speculation. | | |
| | | 202:4 - 203:6: Rule 401, 402, 403.  Hearsay.  Lack of foundation. | | |
| | | 203:7 - 203:11:  Rule 401, 402, 403.  Incomplete hypothetical.  Calls for speculation. | | |
| 203:17 | 203:18 | Rule 401, 402, 403.  Incomplete hypothetical.  Calls for speculation. | | |
| 203:20 | 205:24 | 203:20 - 204:11:  Rule 401, 402, 403.  Hearsay.  Lack of foundation. | | |
| | | 205:11 - 205:24:  Rule 401, 402, 403.  Hearsay.  Lack of foundation. | | |
| 206:20 | 207:1 | | | |
| 207:17 | 208:15 | | | |
| 212:6 | 213:12 | 213:6 - 213:12: Rule 401, 402, 403. | | |
| 213:16 | 214:6 | Rule 401, 402, 403. | | |
| 214:9 | 214:11 | Rule 401, 402, 403. | | |
| 216:6 | 216:10 | | | |
| 220:3 | 222:1 | 220:3 - 220:23: Rule 401, 402, 403. | | |
| 223:15 | 224:2 | Rule 401, 402, 403. | | |
| 226:7 | 226:23 | Rule 401, 402, 403. | | |
| 227:17 | 228:6 | Rule 401, 402, 403.  Calls for speculation. | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|---|
| 231:15 | 231:19 | | | |
| 232:5 | 232:14 | | | |
| 234:21 | 236:21 | 235:12 - 235:15: Calls for speculation. | | |
| | | 236:17 - 236:21: Rule 401, 402, 403.  Hearsay.  Lack of foundation. | | |
| 237:4 | 237:8 | Rule 401, 402, 403.  Calls for speculation. | | |
| 243:19 | 244:19 | Rule 401, 402, 403. | | |
| 247:7 | 248:16 | | | |
| 249:4 | 249:9 | Rule 401, 402, 403.  Calls for speculation. | | |
| 249:12 | 249:13 | Rule 401, 402, 403.  Calls for speculation. | | |
| 249:15 | 249:19 | | | |
| 251:23 | 252:10 | | | |
| 253:1 | 255:3 | 253:20 - 255:3: Rule 401, 402, 403.  Hearsay.  Lack of foundation.  Calls for speculation. | | |
| 255:9 | 255:21 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 255:24 | 256:7 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 256:16 | 258:5 | Rule 401, 402, 403. Hearsay. Lack of foundation. Calls for speculation. | | |
| 258:23 | 260:17 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 261:1 | 261:13 | | | |
| 261:19 | 262:7 | | | |
| 262:10 | 262:11 | | | |
| 288:10 | 288:23 | 288:17 - 288:23: Rule 401, 402, 403. | | |

**Plaintiff's Objections to Merck's Conditional Designations of Deposition Testimony**

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 30:14 | 30:19 | Rule 401, 402, 403. Lack of foundation. | | |
| 31:7 | 31:12 | Rule 401, 402, 403. Lack of foundation. | | |
| 33:10 | 33:19 | Rule 401, 402, 403. Lack of foundation. | | |
| 58:17 | 59:12 | | | |
| 63:6 | 63:16 | | | |
| 80:2 | 83:3 | | | |
| 91:15 | 91:21 | | | |
| 92:22 | 93:9 | | | |
| 93:20 | 94:5 | | | |
| 98:3 | 99:1 | | | |
| 122:9 | 122:13 | Rule 401, 402, 403. Vague and ambiguous. | | |
| 123:24 | 124:9 | | | |
| 126:11 | 126:16 | | | |
| 127:9 | 127:13 | | | |
| 174:7 | 174:24 | | | |

| PAGE:LINE | PAGE:LINE | OBJECTION | SUSTAINED | OVERRULED |
|-----------|-----------|-----------|-----------|-----------|
| 179:9 | 179:24 | 179:21 - 179:24: Rule 401, 402, 403. | | |
| 216:22 | 219:6 | 217:19 - 217:21: Rule 401, 402, 403.  Vague and ambiguous. | | |
| 219:13 | 220:2 | | | |
| 228:21 | 229:15 | 229:3 - 229:15: Rule 401, 402, 403. | | |
| 230:3 | 230:11 | Rule 401, 402, 403. | | |
| 231:8 | 231:14 | | | |
| 239:6 | 239:10 | Lack of foundation. Vague and ambiguous. | | |
| 241:5 | 241:7 | Lack of foundation. Vague and ambiguous. | | |
| 242:16 | 243:4 | | | |
| 243:7 | 243:8 | | | |
| 244:20 | 245:14 | | | |
| 245:23 | 247:6 | 246:16 - 247:6: Rule 401, 402, 403.  Leading. | | |
| 258:6 | 258:12 | Rule 401, 402, 403.  Leading. | | |
| 288:24 | 289:1 | | | |
| 289:4 | 289:6 | | | |
| 289:16 | 290:7 | Rule 401, 402, 403. Improper attorney sidebar. Argumentative. | | |
| 291:15 | 291:22 | | | |
| 293:24 | 294:16 | 293:24 - 294:6: Rule 401, 402, 403.  Argumentative.  Vague and ambiguous. | | |
| 294:19 | 295:11 | | | |

| **COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY** |
| --- |
| 13:12 - 13:13 |
| 28:21 - 28:24 |
| 29:8 - 29:18 |
| 30:2 - 30:2 |
| 30:4 - 30:12 |
| 31:15 - 32:8 |
| 33:20 - 33:24 |
| 36:12 - 37:3 |
| 38:3 - 38:13 |
| 41:17 - 41:24 |
| 55:14 (beginning with "this...") - 56:1 |
| 58:17 - 59:24 |
| 60:4 - 60:8 |
| 60:10 - 61:3 |
| 61:9 - 61:12 |
| 61:14 - 61:17 |
| 62:1 - 62:15 |
| 65:8 - 67:17 |
| 68:9 - 68:20 |
| 69:12 - 69:23 |
| 70:10 - 70:14 |

| COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY |
| --- |
| 72:2 - 73:10 |
| 74:15 - 74:18 |
| 74:21 - 74:21 |
| 75:2 - 75:14 |
| 75:16 - 76:22 |
| 76:24 - 77:3 |
| 77:15 - 78:10 |
| 79:2 - 79:17 |
| 84:2 - 84:17 |
| 85:1 - 87:1 |
| 88:12 - 88:15 |
| 88:17 - 89:10 |
| 89:12 - 89:23 |
| 90:4 - 90:8 |
| 90:10 - 91:14 |
| 93:10 - 93:13 |
| 93:17 - 93:17 |
| 94:7 - 94:11 |
| 94:16 - 94:24 |
| 95:12 - 95:13 |
| 95:20 - 96:17 |
| 97:10 - 97:15 |

| **COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY** |
|---|
| 97:20 - 98:2 |
| 99:3 - 99:6 |
| 100:4 - 100:8 |
| 100:10 - 100:23 |
| 103:6 - 104:4 |
| 108:8 - 108:14 |
| 108:16 - 108:23 |
| 112:22 - 113:9 |
| 115:6 (beginning with "One..." - 115:9 |
| 115:11 - 115:22 |
| 116:8 - 116:9 (ending with "... Doctor." |
| 116:14 - 117:14 |
| 117:16 - 119:3 |
| 120:13 - 120:20 |
| 120:23 - 120:23 |
| 123:11 - 123:16 |
| 123:18 - 123:23 |
| 124:12 - 124:16 |
| 124:19 - 125:5 |
| 125:7 - 125:9 |
| 125:17 - 125:22 |

| **COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY** |
| --- |
| 126:1 - 126:2 |
| 126:5 - 126:10 |
| 170:19 - 173:5 |
| 173:16 - 173:20 |
| 178:14 - 179:8 |
| 210:8 - 213:5 |
| 218:10 - 219:6 |
| 220:24 - 222:21 |
| 228:7 - 228:20 |
| 230:12 - 230:16 |
| 230:21 - 231:4 |
| 237:20 - 238:19 |
| 264:20 - 266:2 |
| 266:11 - 266:14 |
| 226:19 - 267:18 |
| 267:21 - 267:22 |
| 267:24 - 268:3 |
| 269:6 (beginning with "when..." - 269:10 |
| 269:16 - 269:22 |
| 270:1 - 270:2 |
| 270:8 - 270:12 |

| COUNTER DESIGNATIONS TO DEFENDANT'S AFFIRMATIVE AND CONDITIONAL DESIGNATIONS OF DEPOSITION TESTIMONY |
| --- |
| 270:14 - 270:19 |
| 270:22 - 271:6 |
| 271:15 - 272:24 |
| 273:15 - 274:14 |
| 276:11 - 276:18 |
| 277:3 - 277:18 |
| 278:7 - 279:8 |
| 290:13 - 290:16 |
| 291:3 - 291:8 |

As per the parties previous stipulation, Plaintiff hereby adopts and incorporates, as if stated herein fully, all objections made by Plaintiff to Defendant's deposition designations in *Corrine Barnett v. Merck & Co.*  Plaintiff is not able to make additional objections at this time, as Plaintiff has not yet received copies of said objections.

Dated: August 14, 2006

Respectfully submitted,

Drew Ranier
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

/s/ Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440

Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055

James L. "Larry" Wright
Texas Bar No. 22038500
**THE WATTS LAW FIRM LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

John Eddie Williams, Jr.
Texas Bar No. 21600300
Jim Doyle
Texas Bar No.6094450**WILLIAMS
BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226

ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.

/s/ Grant Kaiser
Grant Kaiser
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com

cc   By email only:

Robert Van Kirk          rvankirk@wc.com
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C.  20005
(202) 434-5000; fax (202) 434-5029

Carrie A. Jablonski          carrie.jablonski@bartlit-beck.com
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440