| | |
|---|---|
| 53. | Drazen, Jeffrey M., M.D.<br>"COX-2 Inhibitors—A Lesson in Unexpected Problems" |
| 54. | Effects of an Angiotensin-Converting-Enzyme Inhibitor, Ramipril, on Cardiovascular Events in High-Risk Patients.  The Heart Outcomes Prevention Evaluation Study Investigators.  *N Engl J Med* 2000;342:145-53. |
| 55. | Effects of Ramipril on Cardiovascular and Microvascular Outcomes in People with Diabetes Mellitus:  Results of the HOPE Study and MICRO-HOPE Substudy.  Heart Outcomes Prevention Evaluation (HOPE) Study Investigators. *Lancet* 2000;355:253-59. |
| 56. | Efficacy of Perindropil in Reduction of Cardiovascular Events Among Patients with Stable Coronary Heart Disease:  Randomised, Double-Blind, Placebo-Controlled, Multicentre Trial (the EUROPA Study).  The European Trial on Reduction of Cardiac Events with Perindropil in Stable Coronary Artery Disease Investigators.  *Lancet* 2003;362:782-88. |
| 57. | Ehrich EW, Bolognese JA, Watson DJ, Kong SX<br>Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis.<br>Am J Manag Care 2001;7:609-16. |
| 58. | Ehrich EW, Bolognese JA, Watson DJ, Kong SX<br>Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis.<br>Am J Manag Care. 2001;7:609-616. |
| 59. | Ehrich EW, Schnitzer TJ, McIlwain H, et al.<br>Effect of specific COX-2 inhibition in osteoarthritis of the knee:  a 6 week double blind, placebo controlled pilot study of rofecoxib.<br>J Rheumatol 1999;26:2438-47. |
| 60. | Ehrich EW, Schnitzer TJ, McIlwain H, Levy R, Wolfe F. Weisman M, Zeng Q, Morrison B, Bolognese J, Seidenberg B, Gertz BJ<br>Effect of specific COX-2 inhibition in osteoarthritis of the knee.<br>J Rheumatol 1999;26:2438-47. |
| 61. | Emery P, Zeidler H, Kvien TK, Guslandi M, Naudin R, Stead H, Verburg KM, Isakson PC, Hubbard RC, Geis GS<br>Celecoxib versus dicolfenac in long-term management of rheumatoid arthritis: randomized double-blind comparison.<br>Lancet 1999;354:210611. |

M00677574S

| 62. | Epstein M<br>Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and evolving clinical implications.<br>Am J Ther. 2001 Mar-Apr;8(2):81-3. |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 63. | Farquhar JW, Behnke KS, Detels MP, Albright CL.<br>Short and Long-Term Outcomes of a Health Promotion Program in a Small Rural Community. Am J Health Promotion, 11(6):411-414, 1997. |
| 64. | Farquhar JW, Fortmann SP, Flora JA, Taylor CB, Haskell WL, Williams PT, Maccoby N, Wood PD.<br>The Stanford Five-City Project: Effects of Community-Wide Education on Cardiovascular Disease Risk Factors. JAMA. 264:359-365, 1990. |
| 65. | Farquhar JW, Fortmann SP, Flora JH and Maccoby N.<br>Methods of Communication to Influence Behaviour. In: Oxford textbook of public health, 2nd edition Holland WW, Detels R and Knox G (eds). Oxford, London: Oxford University Press, Vol. 2, 1991. |
| 66. | Farquhar JW, Smith RE, and Dempsey ME.<br>The Effect of Beta Sitosterol on the Serum Lipids of Young Men with Arteriosclerotic Heart Disease. Circulation 14:77-82, 1956. |
| 67. | Farquhar JW.<br>Risk Factor Programs in the United States: Goals, Design, and Methods. In: Atherosclerosis Reviews (Vol. 7): Measurement and Control of Cardiovascular Risk Factors, Hegyeli R (ed). New York: Raven Press. pp. 35-48, 1980. |
| 68. | Farquhar JW.<br>The Potential Role of the Media in Public Health, Education, and Health Policy. In: Hamner JE, III & Sax Jacobs BJ (eds), The Media, Communication, and Health Policy. The University of Tennessee Center for Health Sciences, Memphis, TN, pp. 87-101, 1984. |
| 69. | Farquhar JW.<br>Keynote Address: How Health Behavior Relates to Risk Factors. Circulation 88:1376-1380, 1993. |
| 70. | Farquhar JW.<br>The Place of Hypertension Control in Total Cardiovascular Health: Perspectives Outlined by the Victoria Declaration. Clin. and Exper. Hypertension 17(7):1107-1111, 1995. |
| 71. | Farquhar JW.<br>Community-based Interventions for Smokers: The Commit Field Experience – Foreword. Smoking and Tobacco Control Monograph no. 6, pp.iii-vi, 1995. |

| 72. | FDA Advisory Committee Background Information, 2/8/01 |
|---|---|
| 73. | FDA Integrated Review of Safety, Vioxx Safety in RA Efficacy Studies |
| 74. | FDA Medical Officer Review, 12/20/01 |
| 75. | FDA Medical Officer Review, 3/30/01, p.5 |
| 76. | FDA Statement dated November 5, 2004 |
| 77. | FDA's "Data Extract from the Adverse Event Reporting System (AERS)" CD containing 1st Quarter information, from January 1 through March 31, 2004 |
| 78. | FDA's Guidance for Industry "Good Pharmacovigilance Practices and Pharmacoedpidemiologic Assessment" March 2005 Clinical Medical |
| 79. | Fenn CG COX-2 inhibition and thrombotic tendency. Med J Aust. 2002 Jan 21;176(2):88-9; author reply 89. |
| 80. | FitzGerald GA Coxibs and Cardiovascular Disease. N Engl J Med. 2004 Oct 21;351;17 |
| 81. | FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D Cyclo-oxygenase products and atherothrombosis. Ann Med. 2000 Dec;32 Suppl 1:21-6. |
| 82. | FitzGerald GA, Patrono C The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med. 2001 Aug 9;345(6):433-42. |
| 83. | Fleming M Cardiovascular events and COX-2 inhibitors. JAMA. 2001 Dec 12;286(22):2808; author reply 2811-2. |
| 84. | Flora JA and Farquhar JW. Methods of Message Design:  Experiences from the Stanford Five City Project. Scandinavian Journal of Primary Health Care, Supplement. 39-49, 1988. |
| 85. | Flora JA, Maccoby N, Farquhar JW. Communication Campaigns to Prevent Cardiovascular Disease:  The Stanford Studies. In:  Public Communication Campaigns, Rice R and Atkin C (eds). Beverly Hills, CA:  Sage Publications, pp. 223-252, 1989. |
| 86. | Fortmann SP, Haskell WL, Vranizan KM, Brown BW, and Farquhar JW. The Association of Blood Pressure and Dietary Alcohol:  Difference by Age, Sex, and Estrogen Use.  Am J Epidemiol 118:497-507. 1983. |

| 87. | Fortmann SP, Sallis JF, Magnus PM, Farquhar JW. Attitudes and Practices of Physicians Regarding Hypertension and Smoking: The Stanford Five City Project. Prev Med 14:70-80, 1985. |
|-----|---|
| 88. | Frank E, Winkleby M, Fortmann SP, Farquhar JW: Cardiovascular Disease Risk Factors: Improvements in Knowledge and Behavior in the 1980s. Am J Public Health 83:590-593, 1993. |
| 89. | Frankish H Why do COX-2 inhibitors increase risk of cardiovascular events? Lancet. 2002 Apr 20;359(9315):1410. |
| 90. | Fried LP, et al. The Cardiovascular Health Study: Design and Rationale. Ann Epidemiol 1991;1:263-276. |
| 91. | Gabriel SE, Jaakkimainen L, Bombardier C Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. Annals of Internal Medicine. 1991;115:787-796. |
| 92. | Gabriel SE, Jaakkimainen L, Bombardier C Risk for serious gastrointestinal complications related to the use of non-steroidal anti-inflammatory drugs: a meta-analysis. Ann Intern Med 1991;115:787-96. |
| 93. | Geba G, Polis A, Dixon M, Storms W, Weaver A Onset of efficacy and patient assessment of clinical response in osteoarthritis. Abstract. AGS 2001 Annual Meeting. |
| 94. | Geba GP, Polis AB, Najarian DK, Dixon ME, Storms WW, Weaver AL Onset of efficacy and patient assessment of clinical response in osteoarthritis (OA): comparison of rofecoxib to nabumetone. J Am Geriatr Soc 2001;49:S126. |
| 95. | Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin. 2002;18(2):82-91. |
| 96. | Geusens PP, Truitt K, Sfikakis P, et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002;31:230-38. |

| 97. | Geusens PP, Truitt K, Sfikakis P, Zhao PL, DeTora L, Shingo S, Lau CS, Kalla A, Tate G.<br>A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis.<br>Scand J Rheumatol. 2002;31:230-8. |
|---|---|
| 98. | Girardin F, Siegenthaler M, De Moerloose P, Desmeules J<br>Rofecoxib interaction with oral anticoagulant acenocoumarol.<br>Eur J Clin Pharmacol. 2003 Sep;59(5-6):489-90. Epub 2003 Jul 25. |
| 99. | Gladding<br>"Potentially Fatal Interaction between Diltiazem and Statins" |
| 100. | Gotlieb D<br>Celecoxib-- the debate ranges on.<br>S Afr Med J. 2001 Jun;91(6):446-7. |
| 101. | Graham DJ, Campen DH, Cheetham C, Hui R, Spence M, Ray WA<br>Risk of Acute Myocardial Infarction and Sudden Cardiac Death with Use of COX-2 Selective and Non-Selective NSAIDs.<br><br>FDA Report, September 30, 2004. |
| 102. | Graham, David J.<br>"Risk of Acute Myocardial Infarction and Sudden Cardiac Death with Use of COX-2 Selective and non-Selective NSAIDs." |
| 103. | Graham, David J., Campen, David, Hi, Rita, Spence, Michele, Cheetham, Craig, Levy, Gerald, Shoor, Stanford, Ray, Wayne A.<br>"Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs:  nested case-control study" |
| 104. | Green, Freedman and Gordis, "Reference Guide on Epidemiology, at 351-352 |
| 105. | Greenlund KJ, Croft JB, Mensah GA<br>Prevalence of heart disease and stroke risk factors in persons with hypertension in the U.S., 1999-2000.<br>Arch Intern Med. 2004;164:2113-2118. |
| 106. | Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA<br>High frequency of use of rofecoxib at greater than recommended doses: cause for concern.<br>Pharmacoepidemiol Drug Saf. 2004 Jun;13(6):339-43. |

M006775749

| 107. | Grimm V, Rakoski J, Ring J<br>Urticaria and angioedema induced by COX-2 inhibitors.<br>J Allergy Clin Immunol. 2002 Feb;109(2):370. |
|------|---|
| 108. | Haan, Mary N. DrPH, Selby, Joseph V., MD, Rice, Dorothy P., ScD, Quesenberry, Charles P., Jr., PhD, Schofield, MA, Liu, Jennifer, MS, and Fireman, Bruce H., MS<br>"Trends in Cardiovascular Disease Incidence and Survival in the Elderly" |
| 109. | Haan, Mary N. DrPH, Selby, Joseph V., MD, Rice, Dorothy P., ScD, Quesenberry, Charles P., Jr., PhD, Schofield, MA, Liu, Jennifer, MS, and Fireman, Bruce H., MS<br>"Trends in Cardiovascular Disease Incidence and Survival in the Elderly" |
| 110. | Hansson.<br>"Inflammation, Atherosclerosis, and Coronary Artery Disease."<br>N Engl J Med 2005;352:1685-95. |
| 111. | Harley C, Wagner S<br>The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care.<br>Clin Ther. 2003 Jan;25(1):139-49. |
| 112. | Hartner A, Cordasic N, Goppelt-Struebe M, Veelken R, Hilgers KF<br>Role of macula densa cyclooxygenase-2 in renovascular hypertension.<br>Am J Physiol Renal Physiol. 2003 Mar;284(3):F498-502. Epub 2002 Nov 12. |
| 113. | Haskell WL, Alderman EL, Fair JM, MaronDJ, Mackey SF, Superko HR, Williams PT, Johnstone IM, Champagne MA, Krauss RM, Farquhar JW:<br>The Effects of Intensive Multiple Risk Factor Reduction on Coronary Atherosclerosis and Clinical Cardiac Events in Men and Women with Coronary Atherosclerosis: The Stanford Coronary Risk Intervention Project (SCRIP).<br>Circulation 89(3):975-90, 1994. |
| 114. | Hawkey C, Laine L, Simon T, Beaulieu A, et al.<br>Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen and placebo on the gastroduodenal mucosa of patients with osteoarthritis.<br>Arthritis & Rheumatism. 2000 Feb;43(2):370-77. |
| 115. | Hawkey C, Laine L, Simon T, et al.<br>Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo of the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial.<br>Arthritis Rheum 2000;43:370-77. |

M006775750

| 116. | Hawkey CJ<br>Cyclooxygenase inhibition: between the devil and the deep blue sea.<br>Gut. 2002 May;50 Suppl 3:III25-30. |
|------|-----------|
| 117. | Hawkey CJ<br>NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials?<br>The gastroenterologist's perspective.<br>Clin Exp Rheumatol. 2001 Nov-Dec;19(6 Suppl 25):S23-30. |
| 118. | Hawkey CJ, Laine L, Simon T, Quah H, Shingo S, Evans J<br>Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen or placebo.<br>Gut 2003;52:820-826. |
| 119. | Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J<br>Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo:  a multicentre, randomized, double blind study.<br>Gut 2003;52:820-26. |
| 120. | Hay E, Derazon H, Bukish N, Katz L, Kruglyakov I, Armoni M<br>Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet.<br>J Emerg Med. 2002 May;22(4):349-52. |
| 121. | Hermann M, Camici G, Fratton A, Hurlimann D, Tanner FC, Hellermann JP, Fiedler M, Thiery J, Neidl M, Gay RE, Gay S, Luscher TF, Ruschitzka F<br>Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension.<br>Circulation. 2003 Nov 11;108(19):2308-11. Epub 2003 Nov 03. |
| 122. | Hernandez MR, Tonda R, Pino M, Serradell M, Arderiu G, Escolar G<br>Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood.<br>Eur J Clin Invest. 2004 Apr;34(4):297-302. |
| 123. | Higgins JPT, Thompson SG, Deeks JJ, Altman DG<br>Measuring inconsistency in meta-analyses.<br>BMJ. 2003 Sep;327:557-60. |
| 124. | Hippisley-Cox, Julia; Coupland, Carol<br>Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs:  population based nested case-control analysis<br>BMJ. Vol. 330 11 June 2005 bmj.com |
| 125. | Ho<br>"Simvastatin-Induced Rhabdomyolysis" |

| 126. | Hochberg MC<br>What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective.<br>Clin Exp Rheumatol. 2001 Nov-Dec;19(6 Suppl 25):S15-22. |
|------|---|
| 127. | Hochberg MC<br>Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients.<br>Arthritis Res Ther. 2003;5:28-31. |
| 128. | Hocherl K, Dreher F, Kurtz A, Bucher M<br>Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure.<br>Hypertension. 2002 Dec;40(6):947-53. |
| 129. | Hoffman T<br>Ginko, Vioxx and excessive bleeding--possible drug-herb interactions: case report.<br>Hawaii Med J. 2001 Nov;60(11):290. |
| 130. | Horton R<br>Vioxx, the implosion of Merck, and aftershocks at the FDA.<br>The Lancet. online Nov. 5, 2004. |
| 131. | Horton R<br>The information wars.<br>The Lancet. 1999 Jan;353:164-165. |
| 132. | Howard Expert Report |
| 133. | Howes LG, Krum H<br>Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link?<br>Drug Saf. 2002;25(12):829-35. |
| 134. | Hypertension Detection and Follow-up Program Cooperative Group<br>Effect of stepped care treatment on the incidence of myocardial infarction and angina pectoris.<br>Hypertension 1984;6:I198-I206. |
| 135. | Ives DG, et al.<br>Surveillance and Ascertainment of Cardiovascular Events.<br>Ann Epidemiol 1995;5:278-285. |
| 136. | Jacob RG, Fortmann SP, Kraemer HC, Farquhar JW, and Agras WS.<br>Combining Behavioral Treatments to Reduce Blood Pressure – A Controlled Outcome Study. Behav Modification 9:32-53, 1985. |

M006775752

| 137. | Jaeschke R, Gajewski P, Brozek J<br>Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib.<br>Circulation. 2002 Jul 30;106(5):e18. |
|---|---|
| 138. | Jamal<br>"Rhabdomyolysis Associated with Hydroxymethylglutaryl-Coenzyme A Reductase Inhibitors" |
| 139. | James MJ, Cleland LG<br>Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib.<br>J Med Ethics. 2004 Apr;30(2):182-4. |
| 140. | Jamil<br>"Rhabdomyolysis Induced by a Single Dose of a Statin" |
| 141. | Jenkins, John K, M.D., and Seligman, Paul J., M.D., M.P.H. 04/06/05 Memo re "Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk" |
| 142. | Jick S<br>The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam.<br>Pharmacotherapy 2000;20(7):741-744. |
| 143. | Johnsen, Soren P., et al.<br>Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs<br>Arch Intern Med. 2005;165:978-984 |
| 144. | Johnson AG, Nguyen TV, Day RO<br>Do nonsteroidal anti-inflammatory drugs affect blood pressure?  A meta-analysis.<br>Annals of Internal Medicine. 1994 Aug 15;121(4):289-300. |
| 145. | Johnson DL, Hisel TM, Phillips BB<br>Effect of cyclooxygenase-2 inhibitors on blood pressure.<br>Ann Pharmacother. 2003 Mar;37(3):442-6. |
| 146. | Joint Meeting of the Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee, Vol. I, 2/16/05 |
| 147. | Josefson D<br>FDA warns Merck over its promotion of rofecoxib.<br>BMJ. 2001 Oct 6;323(7316):767. |
| 148. | Juni P, Dieppe P, Egger M<br>NSAID-sensitive patients tolerate rofecoxib.<br>Allergy. 2002 Dec;57(12):1214-5. |

M006775753

| 149. | Juni P, Dieppe P, Egger M<br>Risk of myocardial infarction associated with selective COX-2 inhibitors.<br>Arch Intern Med. 2002 Dec;162:2639-40. |
|------|---|
| 150. | Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe P, Egger M<br>Risk of cardiovascular events and rofecoxib:  cumulative meta-analysis.<br>The Lancet. Online Nov. 5, 2004. |
| 151. | Katz N, Rodgers DB, Krupa D, Reicin A<br>Onset of pain relief with rofecoxib in chronic low back pain:  results of two four-week, randomized, placebo-controlled trials.<br>Curr Med Res Opin 2004;20:651-58. |
| 152. | Katz N, Rodgers DB, Krupa D, Reicin A<br>Onset of pain relief with rofecoxib in chronic low back pain.<br>Current Medical Research and Opinion. 2004;20(5):651-658. |
| 153. | Kelkar PS, Butterfield JH, Teaford HG<br>Urticaria and angioedema from cyclooxygenase-2 inhibitors.<br>J Rheumatol. 2001 Nov;28(11):2553-4. |
| 154. | Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL<br>The effects of nonselective non-aspirin non-steroidal anti-inflammatory mediations on the risk of nonfatal myocardial infarction and their interaction with aspirin.<br>J Am Coll Cardiol 2004;43:985-90. |
| 155. | Kivitz A, Greenwald MW, Cohen SB, Polis AB, Najarian DK, Dixon ME, Moidel RA, Green JA, Baraf HSB, Petruschke RA, Matsumoto AK, Geba GP<br>Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1000 mg in patients with osteoarthritis of the knee.<br>J Am Geriatr Soc 52:666-674, 2004. |
| 156. | Kivitz AJ, Greenwald MW, Cohen SB, et al.<br>Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee:  a randomized controlled trial.<br>J Am Geriatr Soc 2004;52:666-74. |
| 157. | Kivitz, A., Schnitzer, T., Greenwald, M., Fleischmann, R., Matzura-Wolfe, D., Polis, A., Dixon, M., Dobbins, T., Geba, G.<br>"Rofecoxib Provided Superior Relief of Symptoms of Osteoarthritis (OA) Compared to Celecoxib." |
| 158. | Konstam MA<br>Matters of the heart: assessing the cardiovascular safety of new drugs.<br>Am Heart J. 2003 Oct;146(4):561-2. |

M00677S7754

| 159. | Konstam MA, Weir MR<br>Current perspective on the cardiovascular effects of coxibs.<br>Cleve Clin J Med. 2002;69 Suppl 1:SI47-52. |
|------|---|
| 160. | Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ<br>Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib.<br>Circulation. 2001 Nov 6;104(19):2280-8. |
| 161. | Konstantinopoulos, Panagiotis A., MD, and Lehmann, David F., PharmD, MD, FCP<br>"The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts, and Aspirin Confounding" |
| 162. | Konturek SJ, Brzozowski T, Pajdo R, Konturek PC, Kwiecien S, Sliwowski Z, Pawlik M, Ptak A, Drozdowicz D, Hahn EG<br>Gastric preconditioning induced by short ischemia: the role of prostaglandins, nitric oxide and adenosine.<br>Med Sci Monit. 2001 Jul-Aug;7(4):610-21. |
| 163. | Koumis<br>"Strategies for the Prevention and Treatment of Statin-Induced Myopathy: Is There a Role for Ubiquinone Supplementation?" |
| 164. | Kronmal, Richard A. expert report re Vioxx Litigation, April 8, 2005, at 17-20 |
| 165. | Krum H, Liew D, Aw J, Haas S<br>Cardiovascular effects of selective cyclooxygenase-2 inhibitors.<br>Expert Rev Cardiovasc Ther. 2004 Mar;2(2):265-70. |
| 166. | Krymchantowski AV, Barbosa JS<br>Rizatriptan combined with rofecoxib vs. rizatriptan for the acute treatment of migraine: an open label pilot study.<br>Cephalalgia. 2002 May;22(4):309-12. |
| 167. | Krymchantowski AV, Bigal ME<br>Rizatriptan versus rizatriptan plus rofecoxib versus rizatriptan plus tolfenamic acid in the acute treatment of migraine.<br>BMC Neurol. 2004 Jun 28;4(1):10. |
| 168. | Kumar NP, Wild G, Ramasamy KA, Snape J<br>Fatal haemorrhagic pulmonary oedema and associated angioedema after the ingestion of rofecoxib.<br>Postgrad Med J. 2002 Jul;78(921):439-40. |
| 169. | Laine L, Harper S, Simon T, et al.<br>A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.<br>Gastroenterology 1999;117:776-83. |

M006775755

| 170. | Lamarque D<br>[Safety of selective inhibitors of inducible cyclooxygenase-2 taken for a long period]<br>Bull Cancer. 2004 May;91 Spec No:S117-24. French. |
|------|---|
| 171. | LaPointe MC, Mendez M, Leung A, Tao Z, Yang XP<br>Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse.<br>Am J Physiol Heart Circ Physiol. 2004 Apr;286(4):H1416-24. Epub 2003 Dec 11. |
| 172. | Layton D, Heeley E, Hughes K, Shakir SA<br>Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data.<br>Rheumatology (Oxford). 2003 Nov;42(11):1342-53. Epub 2003 Jun 27. |
| 173. | Lévesque, et al.<br>"The Risk of Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults" |
| 174. | Lilicrap MS, Merry P<br>Cutaneous vasculitis associated with rofecoxib.<br>Rheumatology (Oxford). 2003 Oct;42(10):1267-8. |
| 175. | Linder JD, Monkemuller KE, Davis JV, Wilcox CM<br>Cyclooxygenase-2 inhibitor celecoxib: a possible cause of gastropathy and hypoprothrombinemia.<br>South Med J. 2000 Sep;93(9):930-2. |
| 176. | Lisotto C, Maggioni F, Mainardi F, Zanchin G<br>Rofecoxib for the treatment of chronic paroxysmal hemicrania.<br>Cephalalgia. 2003 May;23(4):318-20. |
| 177. | Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS, Dixon ME, Polis AB, Mollen AJ, Geba GP; ADVANTAGE Study Group.<br> Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial.<br>Ann Intern Med. 2003 Oct 7;139(7):539-46. |
| 178. | Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS, Dixon ME, Polis AB, Mollen AJ, Geba GP<br>Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis.<br>Ann Intern Med. 2003;139:539-546. |

MDL0677S7756

| 179. | Lucas CP, Dayanandan M, Ocobock RW, Holzwarth GJ, Stern MP, Wood PD, Haskell WL, and Farquhar JW.<br>Role of Renin in Essential Hypertension. <u>The Univ of Michigan Medical Center Journal</u> 40(4):181-184, 1974. |
|------|------|
| 180. | Lucas CP, Holzwarth G, Ocobock R, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW.<br>Renin Activity, Reactivity and Concentration in a Population Survey. Relationship to Blood Pressure. <u>Angiology</u> 26:31-41, 1975. |
| 181. | Lucas CP, Holzwarth GJ, Ocobock RW, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW.<br>Disturbed Relationship of Plasma-Renin to Blood Pressure in Hypertension. <u>Lancet</u> 2:1337-1339, 1974. |
| 182. | Maccoby N and Farquhar JW.<br>Communication for Health:  Unselling Heart Disease. <u>J of Communication</u> 25:114-136, 1975. |
| 183. | MacMahon S, Peto R, Cutler J, Collins R, Sorlie P, Neaton J, Abbott R, Godwin J, Dyer A, Stamler J.<br>Blood pressure, stroke and coronary heart disease.<br>Lancet. 1990;335:765-74. |
| 184. | MacMahon S, Peto R, Cutler J, et al.<br>Blood pressure, stroke, and coronary heart disease (Pt. 1):  prolonged differences in blood pressure:  prospective observational studies corrected for the regression dilution bias.<br>Lancet 1990;335:765-74. |
| 185. | Major Cardiovascular Events in Hypertensive Patients Randomized to Doxasosin vs Chlorthalidone.  The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. *JAMA* 2000;283:1967-1975. |
| 186. | Mamdani M, Juurlink DN, Lee DS, Rochon PA, Kopp A, Naglie G, Austin PC, Laupacis A, Stukel TA<br>Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study.<br>Lancet. 2004 May 29;363(9423):1751-6. |
| 187. | Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, Austin PC, Laupacis A<br>Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly.<br>Arch Intern Med. 2003 Feb 24;163(4):481-6. |

| 188. | Marrugat, *et al.*<br>"An Adaptation of the Framingham Coronary Heart Disease Risk Function to European Mediterranean Areas" |
|------|----------------------------------------------------------------------------------------------------------|
| 189. | McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA<br>Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2.<br>Proc. Natl. Acad. Sci. USA. 1999 Jan;96:272-277. |
| 190. | Medical Officer Review for review period ending 11/28/01, Table 24. |
| 191. | Meyer C, Gahler R<br>Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib.<br>Lancet. 2002 Oct 5;360(9339):1100. |
| 192. | Miller Q, Losken A, Harre JG, Bird ME<br>Rofecoxib does not adversely affect skin graft survival in a rat model.<br>Curr Surg. 2004 Mar-Apr;61(2):227-30. |
| 193. | Mittelmark MB, et al.<br>Prevalence of Cardiovascular Diseases Among Older Adults.<br>Am J Epidemiol 1993;137:311-17. |
| 194. | Monakier D, Mates M, Klutstein MW, Balkin JA, Rudensky B, Meerkin D, Tzivoni D<br>Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes.<br>Chest. 2004 May;125(5):1610-5. |
| 195. | Monson, "Occupational Epidemiology" (2 ed. 1990) |
| 196. | Moppett JK, Davies JA, Mahajan RP<br>Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion.<br>Br J Anaesth. 2003 Sep;91(3):353-6. |
| 197. | Morera<br>"Early Detection of Drug Interactions Utilizing a Computerized Drug Prescription Handling System – Focus on Cerivastatin-Gemfibrozil" |
| 198. | MRC/BHF Heart Protection Study of Cholesterol Lowering with Simvastatin in 20 536 High-Risk Individuals: A Randomised Placebo-Controlled Trial. Heart Protection Study Collaborative Group. *Lancet* 2002;360:7-22. |
| 199. | Mukherjee D<br>Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events.<br>Biochem Pharmacol. 2002 Mar 1;63(5):817-21. |

M006775758

| 200. | Mukherjee D, Nissen SE, Topol EJ<br>Risk of cardiovascular events associated with selective COX-2 inhibitors.<br>JAMA. 2001 Aug 22-29;286(8):954-9. Review.Summary for patients in: Can Fam Physician. 2002 Sep;48;1449-51. |
|---|---|
| 201. | NEJM Subpoena Responses.<br>2005 NEJM 000013-14; 0270-85; 000008; 000147; 152-154; 192-194; 211-16; 221-223; 080; 100; 000026-57; 000224-262. |
| 202. | New York Times: Discussion of death in Vioxx test haunts Merck 4/24/05 |
| 203. | Niccoli L, Bellino S, Cantini F<br>Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis.<br>Clinical and Experimental Rheumatology 2002;20:201-207. |
| 204. | Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ.<br>Comparison of changes in blood pressure measurements and antihypertensive therapy in older, hypertensive, ambulatory care patients prescribed celecoxib or rofecoxib.<br>Pharmacotherapy. 2003 Nov;23(11):1416-23. |
| 205. | Nussmeier, Nancy A., M.D., Whelton, Andrew A., M.D., Brown, Mark T., M.D., Langford, Richard M., F.R.C.A., Hoeft, Andreas, M.D., Parlow, Joel L., M.D., Boyce, Steven W., M.D., and Verburg, Kenneth M., Ph.D.<br>"Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery" |
| 206. | Ofran Y, Bursztyn M, Ackerman Z.<br>Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure.<br>Am J Gastroenterol. 2001 Jun;96(6):1941. |
| 207. | Olsson<br>"Safety and Efficacy of Rosuvastatin" |
| 208. | Osterhaus JT, Burke TA, May C, Wentworth C, Whelton A, Bristol S.<br>Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension.<br>Clin Ther. 2002 Jun;24(6):969-89. |
| 209. | Pajdo R, Brzozowski T, Konturek PC, Kwiecien S, Konturek SJ, Sliwowski Z, Pawlik M, Ptak A, Drozdowicz D, Hahn EG.<br>Ischemic preconditioning, the most effective gastroprotective intervention: involvement of prostaglandins, nitric oxide, adenosine and sensory nerves.<br>Eur J Pharmacol. 2001 Sep 21;427(3):263-76. |

M006775759

| 210. | Palop-Larrea V, Melchor-Penella MA, Ortega-Monzo C, Martinez-Mir I. Leukocytoclastic vasculitis related to rofecoxib. Ann Pharmacother. 2003 Nov;37(11):1731-2. |
|---|---|
| 211. | Patrono C, Patrignani P, Garcia Rodriguez LA. Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs. J Clin Invest. 2001 Jul;108(1):7-13. |
| 212. | Peres MF, Silberstein SD. Hemicrania continua responds to cyclooxygenase-2 inhibitors. Headache. 2002 Jun;42(6):530-1. |
| 213. | Peres MF, Zukerman E. Hemicrania continua responsive to rofecoxib. Cephalalgia. 2000 Mar;20(2):130-1. |
| 214. | Petitti D Commentary: Hormone replacement therapy and coronary heart disease: four lessons. Intl J Epidemiol. 2004;33:461-463. |
| 215. | Pope JE, Anderson JJ, Felson DT A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153:477-84. |
| 216. | Psaty BM, et al. Methods of Assessing Prevalent Cardiovascular Disease in the Cardiovascular Health Study. Ann Epidemiol 1995;5:270-277. |
| 217. | Psaty, Bruce M., M.D., Ph.D., and Furberg, Curt D., M.D., Ph.D. "COX-2 Inhibitors—Lessons in Drug Safety" |
| 218. | Rahme E, Pilote L, LeLorier J Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med. 2002;162:1111-1115. |
| 219. | Rando "Successful Reintroduction of Statin Therapy after Myositis: Was There Another Cause?" |
| 220. | Randomised Trial of a Perindopril-Based Blood-Pressure-Lowering Regimen Among 6105 Individuals with Previous Stroke or Transient Ischaemic Attack. PROGRESS Collaborative Group. *Lancet* 2001;358:1033-41. |

M006775760

| 221. | Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J.<br>COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease.<br>Pharmacoepidemiol Drug Saf. 2003 Jan-Feb;12(1):67-70. |
|------|------|
| 222. | Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR.<br>COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease.<br>Lancet. 2002 Oct 5;360(9339):1071-3. |
| 223. | Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR<br>Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study.<br>Lancet 2002;359:118-23. |
| 224. | Ray, Wayne A.<br>"Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease: An Observational Cohort Study" |
| 225. | Ray, Wayne A., expert report |
| 226. | Ready<br>"Despite Hype, Not All Statins are the Same, Experts Say" |
| 227. | Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q.<br>Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone).<br>Am J Cardiol. 2002 Jan 15;89(2):204-9. |
| 228. | Reitblat T, Zamir D, Estis L, Priluk R, Drogenikov T, Viskoper JR.<br>The different patterns of blood pressure elevation by rofecoxib and nabumetone.<br>J Hum Hypertens. 2002 Jun;16(6):431-4. |
| 229. | Rennert MP, Telch MJ, Farquhar JW, and Killen JD.<br>Single Versus Multiple Risk Factor Interventions.  Integration of Risk Factor Interventions.  DHHS (PHS), Office of Disease Prevention and Health Promotion, Monograph Series, November 1986. |
| 230. | Response to article by June et al. published in The Lancet on Nov. 5. |
| 231. | Rodriguez LAG, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A<br>Nonsteroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population. |
| 232. | Rofecoxib for osteoarthritis and pain.<br>Med Lett Drugs Ther. 1999 Jul 2;41(1056):59-61. |

M006775761

| 233. | Roldan CA, et al.  An Echocardiographic Study of Valvular Heart Disease Associated with Systemic Lupus Erythematosus.  *N Engl J Med* 1996;335:1424-30. |
|------|------|
| 234. | Rosenson<br>"Current Overview of Statin-Induced Myopathy" |
| 235. | Roten<br>"Rhabdomyolysis in Association with Simvastatin and Amiodarone" |
| 236. | Rubins HB, et al.  Gemfibrozil for the Secondary Prevention of Coronary Heart Disease in Men with Low Levels of High-Density Population Cholesterol.  *N Engl J Med* 1999;341:410-8. |
| 237. | Saag K, van der Heijde D, Fisher C, et al.<br>Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs:  a 6-week and a 1-year trial in patients with osteoarthritis.<br>Arch Fam Med 2000;9:1124-34. |
| 238. | Saag K, van der Heijde D, Fisher C, Samara A, DeTora L, Bolognese J, Sperling R, Daniels B<br>Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs.<br>Arch Fam Med.2000;1124-1134. |
| 239. | Sacks FM, et al.  The Effect of Pravastatin on Coronary Events after Myocardial Infarction in Patients with Average Cholesterol Levels.  *N Engl J Med* 1996;335:1001-9. |
| 240. | Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE<br>Aspirin for primary prevention of coronary heart disease:  safety and absolute benefit related to coronary risk derived from meta-analysis of randomized trials.<br>Heart 2001;85:265-271. |
| 241. | Schaefer<br>"Evaluation of Ubiquinone Concentration and Mitochondrial Function Relative to Cerivastatin-Induced Skeletal Myopathy in Rats" |
| 242. | Schlienger RG, Jick H, Meier CR<br>Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction.<br>Br J Clin Pharmacol. 2002;54:327-332. |
| 243. | Schneck<br>"The Effect of Gemfibrozil on the Pharmacokinetics of Rosuvastatin" |
| 244. | Schnitzer at #95 for Vioxx Binder, Vol. I |

| 245. | Schnitzer TJ, Truitt K, Fleischmann R, Dalgin P, Block J, Zeng Q, Bolognese J, Seidenberg B, Ehrich EW<br>The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis.<br>Clin Ther. 1999;21(10):1688-1703. |
|------|---|
| 246. | Schnitzer TJ, Truitt K, Fleischmann R, et al.<br>The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis.<br>Clin Ther 1999;21:1688-702. |
| 247. | Schnitzer TJ.<br> Is concern about cardiovascular events with the new coxib class of drugs justified?<br>Medscape Womens Health. 2001 Oct;6(5):8. |
| 248. | Schooler C, Flora JA, Farquhar JW.<br>Moving Toward Synergy:  Media Supplementation in the Stanford Five-City Project. Communication Research 20(4):587-610, 1993. |
| 249. | Schroeder DR<br>Statistics:  detecting a rare adverse drug reaction using spontaneous reports.<br>Regional Anesthesia and Pain Medicine 1998;23(6) Suppl 2:183-89. |
| 250. | Scolnick, Dr.<br>deposition transcript dated May 17, 2005 |
| 251. | Scott<br>"Rosuvastatin:  A Review of Its Use in the Management of Dyslipidemia" |
| 252. | Senna G, Bilo MB, Antonicelli L, Schiappoli M, Crivellaro MA, Bonadonna P, Dama AR.<br> Tolerability of three selective cyclo-oxygenase-2 inhibitors, meloxicam, celecoxib and rofecoxib in NSAID-sensitive patients.<br>Allerg Immunol (Paris). 2004 Jun;36(6):215-8. |
| 253. | Sever PS, et al. Prevention of Coronary and Stroke Events with Atorvastatin in Hypertensive Patients who have Average or Lower-Than-Average Cholesterol Concentrations, in the Anglo-Scandanavian Cardiac Outcomes Trial – Lipid Lowering Arm (ASCOT-LLA):  A Multicentre Randomised Controlled Trial. Lancet 2003;361:1149-58. |
| 254. | Shapiro<br>October 18, 2000 presentation of "Vioxx Preliminary Cardiovascular Meta-Analysis," |

M006775763

| 255. | Sharma RA.<br> Translational medicine: targetting cyclo-oxygenase isozymes to prevent cancer.<br>QJM. 2002 May;95(5):267-73. |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 256. | SHEP Cooperative Research Group<br>Prevention of stroke by antihypertensive drug treatment in older persons with isolated systolic hypertension.<br>JAMA 1991;265:3255-3264. |
| 257. | Shepherd J, et al.  Prevention of Coronary Heart Disease with Pravastatin in Men with Hypercholesterolemia.  *N Engl J Med* 1995;333:1301-7. |
| 258. | Silberstein S, Tepper S, Brandes J, Diamond M, Goldstein J, Winner P, Venkatraman S, Vrijens F, Malbecq W, Lines C, Visser WH, Reines S, Yuen E.  Randomized, placebo-controlled trial of rofecoxib in the acute treatment of migraine.<br>Neurology. 2004 May 11;62(9):1552-7. |
| 259. | Singh at #101 for Vioxx Binder, Vol. I |
| 260. | Singh D.<br> Merck withdraws arthritis drug worldwide.<br>BMJ. 2004 Oct 9;329(7470):816. |
| 261. | Singh, G., et al.  OP0091 Both Selective Cox-2 Inhibitors and Non-Selective NSAIDs Increase the Risk of Acute Myocardial Infarction in Patients with Arthritis:  Selectivity is with the Patient, Not the Drug Class. |
| 262. | Siow HC.<br> Seasonal episodic paroxysmal hemicrania responding to cyclooxygenase-2 inhibitors.<br>Cephalalgia. 2004 May;24(5):414-5. |
| 263. | Slaughter at #52 for Vioxx Binder, Vol. II |
| 264. | Slaughter D, Takenaga N, Lu P, et al.<br>Metabolism of Rofecoxib in Vitro Using Human Liver Subcellular Fractions.<br>DMD 31:1398-1408, 2003. |
| 265. | Smith, Edward F., III, Ph.D., and Lefer, Allan M., Ph.D., *Philadelphia, Pa.*<br>"Stabilization of Cardiac Lysosomal and Cellular Membranes in Protection of Ischemic Myocardium Due to Coronary Occlusion:  Efficacy of the Nonsteroidal Anti-Inflammatory Agent, Naproxen" |
| 266. | Solomon DH, Glynn RJ, Levin R, Avorn J<br>Nonsteroidal anti-inflammatory drug use and acute myocardial infarction.<br>Arch Intern Med. 2002;162:1099-1104. |

MC06775764

| 267. | Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation. 2004 May 4;109(17):2068-73. Epub 2004 Apr 19. |
|---|---|
| 268. | Solomon DH, Schneeweiss S, Levin R, Avorn J Relationship between COX-2 specific inhibitors and hypertension. Hypertension. 2004;44:140-145. |
| 269. | Solomon, Daniel H., MD, MPH, Avorn, Jerry, MD "Coxibs, Science, and the Public Trust" (editorial) |
| 270. | Solomon, Daniel H., MD, MPH, Avorn, Jerry, MD "Coxibs, Science, and the Public Trust" (editorial), Vol. 165 No. 2, January 24, 2005 |
| 271. | Solomon, Scott D., M.D., McMurray, Jon J. V., M.D., Pfeffer, Marc A., M.D., Ph.D., Wittes, Janet, Ph.D., Fowler, Robert, M.S., Finn, Peter, M.D., Anderson, Willliam F., M.D., M.P.H., Zauber, Ann, Ph. D., Hawk, Ernest, M.D., M.P.H., and Bertagnolli, Monica, M.D., for the Adenoma Prevention with Celecoxib (APC) Study Investigators "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention" |
| 272. | Sonnenblick EH. Differences between COX-2-specific inhibitors: clinical and economic implications. Am J Manag Care. 2002 Oct;8(15 Suppl):S428-30. |
| 273. | SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation. 2004 May 4;109(17):e9039-40. |
| 274. | Sowers, James R., MD; White, William B., MD; Pitt, Bertram, MD; Whelton, Andrew, MD; Simon, Lee S., MD; Winer, Nathaniel, MD; Kivitz, Alan, MD, van Ingen, Hein, MD; Brabant, Thomas, MD; Fort, John g., MD; for the Celecoxib Rofecoxib Efficacy and Safety in Comorbidities Evaluation Trial (CRESCENT) Investigators "The Effects of Cycloxygenase-2 Inhibitors and Nonsteroidal Anti-inflammatory Therapy on 24-Hour Blood Pressure in Patients with Hypertension, Osteoarthritis, and Type 2 Diabetes Mellitus" |
| 275. | Spiegel BM, Targownik L, Dulai GS, Gralnek IM. The cost-effectiveness of cyclooxygenase-2 selective inhibitors in the management of chronic arthritis. Ann Intern Med. 2003 May 20;138(10):795-806. Review.Summary for patients in: Ann Intern Med. 2003 May 20;138(10):139. |

M006775765

| 276. | Staessen JA, Fagard R, Thijs L, et al.<br>Randomised double-blind comparison of placebo and active treatment for older patients with isolated systolic hypertension.<br>Lancet 1997;350:757-764. |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 277. | Staessen JA, Gasowski J, Wang JG, et al.<br>Risks of untreated and treated isolated systolic hypertension in the elderly.<br>Lancet 2000;355:865-872. |
| 278. | Stienburg KL.<br> Rofecoxib (Vioxx): a year in review.<br>CMAJ. 2001 Apr 3;164(7):1039-41, 1043-5.  English, French. |
| 279. | Strand V, Hochberg MC.<br> The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors.<br>Arthritis Rheum. 2002 Aug15;47(4):349-55. |
| 280. | Summaries for patients. Gastrointestinal side effects of rofecoxib and naproxen.<br>Ann Intern Med. 2003 Oct 7;139(7):I29. |
| 281. | Swan SK, Rudy DW, Lasseter KC, et al.<br>Effect of cyclo-oxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet.<br>Ann Intern Med. 2000;133:1-9. |
| 282. | Targum, Shari L., M.D., Medical Officer<br>December 8, 2000 Memo re Consultation NDA 21-042, S-007, Review of cardiovascular safety database |
| 283. | Tell GS, et al.<br>Recruitment of Adults 65 Years and Older as Participants in the Cardiovascular Health Study.<br>Ann Epidemiol 1993;3:358-366. |
| 284. | Thal, et al., "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment." |
| 285. | The LRCP Coronary Primary Prevention Trial |
| 286. | The Sixth Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure.<br>Arch Intern Med. 1997;157:2413-2446. |

M006775766

| 287. | Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA.<br>Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease.<br>J Am Coll Cardiol. 2003 Nov 19;42(10):1747-53. |
|---|---|
| 288. | Topol E.<br>Failing the Public Health – Rofecoxib, Merck, and the FDA.<br>N Engl J Med. 2004 Oct21;351:17. |
| 289. | Truitt KE, Lee M, DeTora LM, Anderson M, Zhao Rahway PL<br>Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12.5 and 25 mg in adult patients with rheumatoid arthritis (RA).<br>Arthritis Rheum 2001;44:S369. |
| 290. | Truitt KE, Sperling RS, Ettinger WH Jr., et al.<br>A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability and effectiveness of rofecoxib in advanced elderly patients with osteoarthritis.<br>Aging Clin Exp Res 2001;13:112-21. |
| 291. | Truitt KE, Sperling RS, Ettinger WH, Greenwald, et al.<br>A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability and efficacy of rofecoxib in advanced elderly patients with osteoarthritis.<br>Aging Clin. Exp. Res. 2001;13:112-121. |
| 292. | Tubert P, Begaud B, Pere J-C, Haramburu F, Lellouch J<br>Power and weakness of spontaneous reporting: a probabalistic approach.<br>J Clin Epidemiol 1992;45(3):283-86. |
| 293. | Valero A, Baltasar M, Enrique E, Pau L, Dordal MT, Cistero A, Marti E, Picado C.<br>NSAID-sensitive patients tolerate rofecoxib.<br>Allergy. 2002 Dec;57(12):1214-5. |
| 294. | Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, et al.<br>Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. |
| 295. | Vane JR.<br>Biomedicine. Back to an aspirin a day?<br>Science. 2002 Apr 19;296(5567):474-5. |
| 296. | Verrico at #115 for Vioxx Binder, Vol. I |

M006775767

| 297. | Verrico MM, Weber RJ, McKaveney TP, Ansani NT, Towers AL. Adverse Drug Events Involving COX-2 Inhibitors. Ann Pharmacother. 2003 Sep;37(9):1203-13. |
|------|------|
| 298. | Villalba M Medical officer review of overall safety in the VIGOR trial (see Vioxx review posted 7/25/02, part 5, pages 8-53, tables 7 and 19) [online]. Available from URL: http://www.fda.gov/cder/foi/inda/index.htm [Accessed 2004 Mar 25] |
| 299. | Vioxx: an unequal partnership between safety and efficacy. The Lancet. 2004 Oct;364:1287-88. |
| 300. | Von Scheidt "Interaction of Statins with Clopidogrel" (German) |
| 301. | Von Seggern RL, Mannix LK, Adelman JU. Rofecoxib in the prevention of perimenstrual migraine: an open-label pilot trial. Headache. 2004 Feb;44(2):160-5. |
| 302. | Wardle EN. Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding. Lancet. 2001 Nov 3;358(9292):1550. |
| 303. | Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity. Proc. Natl. Acad. Sci. USA. 1999 Jun;96:7563-7568. |
| 304. | Watson DJ, Rhodes T, Cai B, Guess HA Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med. 2002;162:1105-1110. |
| 305. | Watson, DJ, et al. The Upper Gastrointestinal Safety of Rofecoxib vs. NSAIDs: An Updated Combined Analysis." Current Medical Research and Opinion, Vol. 20, No. 10, 2004, 1539-1548. |
| 306. | Watson, Doug. Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis Clinical Trails, 2/2/98. |
| 307. | Weaver A, Alderman M, Sperling R. Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis. Am J Cardiol. 2003 May 15;91(10):1291-2. |

M00677576B

| 308. | Weber JCP<br>Epidemiology of adverse reactions to nonsteroidal anti-inflammatory drugs.<br>In: Rainsford KD, Velo GP, editors. Advances in inflammation research. Vol. 6.<br>New York: Raven Press, 1984:1-7. |
|------|---|
| 309. | Weir MR, Sperling RS, Reicin A, Gertz BJ.<br>Selective COX-2 inhibition and cardiovascular effects: a review of the<br>rofecoxib development program.<br>Am Heart J. 2003 Oct;146(4):591-604. |
| 310. | Whelton A<br>Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations<br>and clinical implications.<br>Am J Med. 1999;106:13S-24S. |
| 311. | Whelton A<br>Renal aspects of treatment with conventional NSAIDs versus COX-2-specific<br>inhibitors.<br>Am J Med 2001, in press. |
| 312. | Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM;<br>SUCCESS VI<br>Study Group.<br>Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized,<br>controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis<br>patients.<br>Am J Ther. 2001 Mar-Apr;8(2):85-95.Erratum in: Am J Ther 2001 May-<br>Jun;8(3):220. |
| 313. | Whelton A, Schulman G, Wallemark C, et al.<br>Effects of celecoxib and naproxen on renal function in the elderly.<br>Arch Intern Med 2000;160:1465-1470. |
| 314. | Whelton A, White WB, Bello AE, Puma JA, Fort JG; SUCCESS-VII<br>Investigators.<br>Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or<br>=65 years of age with systemic hypertension and osteoarthritis.<br>Am J Cardiol. 2002 Nov 1;90(9):959-63. |
| 315. | Whelton A.<br>COX-2-specific inhibitors and the kidney: effect on hypertension and oedema.<br>J Hypertens. 2002 Sep;20 Suppl 6:S31-5. |
| 316. | White WB. Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A<br>Effects of celecoxib on ambulatory blood pressure in hypertensive patients no<br>ACE inhibitors.<br>Hypertension. 2002 April. |

M00677S769

| 317. | White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002;39:929-34. |
|------|---|
| 318. | Wilson, *et al.* "Prediction of Coronary Heart Disease Using Risk Factor Categories" |
| 319. | Wolfe "Dangers of Rosuvastatin Identified Before and After FDA Approval" |
| 320. | Wolfe F, Zhao S, Pettitt D. Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective nonsteroidal antiinflammatory drugs (NSAID) and nonusers of NSAID receiving ordinary clinical care. J Rheumatol. 2004 Jun;31(6):1143-51. |
| 321. | Wooltorton E. What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). CMAJ. 2002 Jun 25;166(13):1692-3. |
| 322. | Yusuf S, Sleight P, Pogue J, Bosch J, Davies R, Dagenais G, for the Heart Outcomes Prevention Evaluation Study Investigators. Effects of an angiotensin-converting-enzyme inhibitor, ramipril, on cardiovascular events in high-risk patients. N Engl J Med. 2000;342:145-153. |
| 323. | Zeidler H. [New study of selective COX-2 inhibitors. Protecting the stomach while risking the heart? (interview by Dr. Beate Schumacher)] MMW Fortschr Med. 2001 Sep 6;143(35-36):14.  German. |
| 324. | Zhao SZ, Burke TA, Whelton A, von Allmen H, Henderson SC. Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real-life practice. Am J Manag Care. 2002 Oct;8(15 Suppl):S392-400. |
| 325. | Zhao SZ, Burke TA, Whelton A, von Allmen H, Henderson SC. Cost of heart failure among hypertensive users of nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care. 2002 Oct;8(15 Suppl):S414-27. |
| 326. | Zhao SZ, Reynolds MW, Lejkowith J, Whelton A, Arellano FM. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther. 2001 Sep;23(9):1478-91. |

M00677577D

**B.**     <u>**Bates Stamped Documents**</u>

| | |
|---|---|
| 327. | MRK-01420031582-85 |
| 328. | MRK-01420142352-57; 380-385. |
| 329. | MRK-0S420085537 |
| 330. | MRK-AAD 0357791-843 |
| 331. | MRK-AAX0002413-20 |
| 332. | MRK-AAX0002759-60 |
| 333. | MRK-ABC0009946-61 |
| 334. | MRK-ABP0002675-96 |
| 335. | MRK-ABS 0001713 |
| 336. | MRK-ABS 0016466 |
| 337. | MRK-ABS 0027726-28 |
| 338. | MRK-ABS 0037036-48 |
| 339. | MRK-ABS 0057147-150 |
| 340. | MRK-ABS 0067016-19 |
| 341. | MRK-ABS 0067186-95 |
| 342. | MRK-ABS 0067370-84 |
| 343. | MRK-ABS 0067370-84 |
| 344. | MRK-ABS 0072950-51 |
| 345. | MRK-ABS 0329466-73 |
| 346. | MRK-ABS0037009-19 |
| 347. | MRK-ABS0037036-48 |

| 348. | MRK-ABS0210824-43 |
|------|-------------------|
| 349. | MRK-ABT0014774-97 |
| 350. | MRK-ABY0199805-06 |
| 351. | MRK-ABY0199807-08 |
| 352. | MRK-ABY0199809-10 |
| 353. | MRK-ACD 0111201-03 |
| 354. | MRK-ACV0020385-86 |
| 355. | MRK-AFK 0190651 |
| 356. | MRK-AFL0015454-58 |
| 357. | MRK-AFO0023318 |
| 358. | MRK-AFV0426392 |
| 359. | MRK-AFV0426394 |
| 360. | MRK-AHD 0000061 |
| 361. | MRK-AHD 0000061-82 |
| 362. | MRK-AHD 0066959-94 |
| 363. | MRK-AHD0075697-99 |
| 364. | MRK-AIN0001235-41; 1275-85; 11416-1419; 1609 |
| 365. | MRK-GUE0051402-25 |
| 366. | MRK-I8940077723-883) |
| 367. | MRK-I8940077737 |
| 368. | MRK-18940080876 |
| 369. | MRK-18940096392-6445 |
| 370. | MRK-NJ0018455-62 |

M006775772

| 371. | MRK-NJ0066804-27 |
|------|------------------|
| 372. | MRK-NJ0120258-66 |
| 373. | MRK-NJ0220553-87 |
| 374. | MRK-OS40014785-91 |
| 375. | MRK-OS420022606-12 |
| 376. | MRK-OS420085325-6 |
| 377. | MRK-OS420085469 |
| 378. | MRK-OS42008555-7 |
| 379. | MRK-OS420085604 |

M00677577

**In re Vioxx MDL 1657**
**Expert Witness Report of John W. Farquhar, M.D.**

### Exhibit C

### Statement of Prior Testimony in Last 4 Years and Hourly Rates

Prior Testimony

1.     Baycol MDL Deposition, 2003.

2.     Fen-Phen deposition, Oklahoma case, 2004.

Hourly Rate:   $500.00

M006775774