IN RE VIOXX PRODUCTS LIABILITY     )    MDL No. 1657
LITIGATION                          )
                                     )

## SUPPLEMENTAL/REBUTTAL EXPERT REPORT
## OF JOHN W. FARQUHAR, M.D.
### THIS DOCUMENT APPLIES TO ALL CASES

### A.    High Risk and Vioxx Interaction in APPROVe.

    1.    The question arose in my deposition of 6/9/06 whether 28 rather than 30 events were correctly assigned to the Vioxx arm of the pre-specified subgroup of "high cardiovascular" risk for analysis of "all thrombotic" events. As predicted, the results using 28 rather than 30 bear out the conclusion stated in my Supplemental Report of 5/26/06 that a significant multiplicative interaction was present between Vioxx use and baseline risk (see ¶¶ 13-15).

    2.    Despite the considerable similarity of these two results, the 30 Vioxx-related events represent a better estimate of events derived from the high-risk subgroup, because (a) the two additional patients were diabetics, who are well-known to be among the highest risk population for CV events; and (2) both of the diabetics had additional risk factors for CV events that met the criteria for Merck's "increased cardiovascular risk" category, which were overlooked by the personnel who entered the data on those patients into the database used by Merck to create the risk subgroups, as follows:

    a.    As to patient 91512, the record of 2/9/01 shows a "PmHx" (Past Medical History) of "↑ BP" (High Blood Pressure), p. MRK-AHC0004347; also, the pre-study clinical exam recorded a blood pressure of 140/85, which meets the threshold of 140 systolic for high blood pressure under prevailing professional guidelines. For either or both of these reasons, Patient 91512 therefore had "two or more risk factors" on the list specified by Merck, *i.e.*, diabetes and hypertension.

      b.     Patient 93522 was qualified for the "increased CV risk" category based on either "two or more risk factors" or "symptomatic atherosclerotic cardiovascular disease." This patient had diabetes diagnosed in 1991 (MRK-AHC0004743); a pre-study blood pressure reading of 154/81, which exceeds the high systolic blood pressure threshold (MRK-AHC0004722); and a "history of retinal artery infarct" (MRK-AHC0004743), suggestive of a symptomatic atherosclerotic condition. This patient was also "aspirin-indicated" due to the retinal infarct and was on low-dose aspirin as of 1999. (MRK-AHC0004714).

      3.     The questioning of defense counsel at my deposition implied some impropriety in reviewing the records of these patients to determine their true medical status. There is nothing improper about performing a thorough review of the records to ascertain and correct the data entry errors that miscategorized the risk status of those patients. On the contrary, placing them in the proper category based on documentary evidence confirms that all patients included in the analysis of high-risk patients in my Supplemental Report belonged in the single subgroup of "increased CV risk" defined by Merck, and provides a more accurate estimate of the effects of high-risk status plus Vioxx.

      4.     I also reaffirm that the high-risk analyses were designed to <u>confirm</u> prior evidence of such an interaction (Bombardier, *et al.*, NEJM 2000). Therefore, this analysis was confirmatory, not exploratory.

**B.    <u>Overall Cumulative Evidence Curves for All Thrombotic Events: Protocol 203.</u>**

      5.     For completeness, at my direction Professor Jewell calculated and I now add the analysis of "all thrombotic events" to the cardiac events analysis reported in my Supplemental Report of 5/26/06 (¶¶ 2-10). Since cardiac events are a major subset of "all thrombotic" events, it is no surprise that closely analogous findings are present (<u>see</u> Figs. 1-8, attached).

6.      Given Mr. Barnett's cardiac diagnoses, the cardiac event analysis (¶¶ 2-10) remains as the most appropriate one to this case.

**C.      Effect of Naproxen on Cardiovascular Outcomes.**

7.      In Dr. Kim's Expert Witness Report, he cited an observational study as support for his belief that his VIGOR findings were explained by naproxen's protective effect. However, a recent meta-analysis of randomized NSAID trials (Kearny, *et al.*, 2006) revealed a Relative Risk = 0.92 (95% CI 0.67-1.26) for naproxen versus placebo. This fails to show a naproxen protective effect.

**D.      Generalizability of APPROVe and Protocol 203 Results.**

8.      I disagree with Dr. Kim's assertion that APPROVe's results cannot be generalized to populations other than those with polyps. First of all, the data were intended to be generalized. Secondly, the Alzheimer's trials were underpowered, thus results were inconclusive (see Jewell @ pp. 8 & 9). Finally, the combined OA and RA population studies by Merck demonstrated a Relative Risk of Vioxx/placebo of 3.4 (95% CI 1.19-10.46, p = 0.01), and the OA trials alone also showed a significant increased risk, RR = 3.03, 95% CI 1.02-12.13, p = 0.03). (See Jewell, p. 10).

9.      Therefore, Vioxx's risk clearly extends to the OA and RA populations.

**E.      Individual Confidence Interval (CI).**

10.      I agree with Professor Jewell's statement that the concept of a CI for an individual is completely inapplicable here, since a potential Vioxx-induced cardiovascular event is a binary outcome, not a continuous outcome. Dr. Kim agreed that he has never seen the "individual confidence interval" concept applied to a binary outcome in the peer-reviewed literature.

**F.      The Data Sets Used for Protocol 203.**

11.      I agree with Professor Jewell that the VICTOR data he used for his

calculation of events in my Supplemental Report of 5/22/06 were appropriate.  If the single event now postulated to be eligible were included, its effect would be inconsequential (see Jewell, p. 12).

_6/22/06_
Date

_John W. Farquhar, M.D._

**ANALYSIS OF VIOXX DATA FROM THE APPROVe, VICTOR & ViP STUDIES---PROTOCOL 203**

The analyses here pool the data from the three studies and consider cardiac events only. There are 71 events recorded after commencement of follow-up. The pooled Kaplan-Meier estimates of the survival curves for the Vioxx and Placebo groups yield cumulative incidence proportions that are plotted against days of follow-up in Figure 9.

The apparent difference between these two curves cannot be attributed to chance variation (p-value = 0.001, using the log rank test). The estimate of the Relative Risk is 2.37 with a 95% confidence interval of (1.43, 3.91). Thus Vioxx patients were exposed to a more than doubling of the risk for a cardiac event over the observed entire time period. This estimate of the Relative Risk is essentially unchanged (RR = 2.36) if we account for different levels of risk in the three studies since there is little difference in proportions of patients on Vioxx in the three studies. As it happens there is no (statistically) significant difference in risk across the three studies, although quantitatively the ViP study shows the highest event rate, with Approve exhibiting only a very slightly smaller rate, and the VICTOR study showing only 79% of the risk as compared to ViP.

We can consider different periods of follow-up in looking at the cumulative incidence plots or Relative Risk estimates. In particular, for different periods of follow-up the estimated Relative Risks (with 95% confidence intervals) are:

From 0 to 1 month (30 days—Figure 1):  RR = 2.68 (0.71, 10.12)

From 0 to 2 months (60 days—Figure 2):  RR = 3.36 (0.92, 12.21)

From 0 to 4 months (120 days—Figure 3):  RR = 1.42 (0.63, 3.19)

From 0 to 6 months (180 days—Figure 4):  RR = 1.35 (0.64, 2.86)

From 0 to 1 year (365 days—Figure 5):  RR = 1.51 (0.82, 2.80)

From 0 to 1½ years (540 days—Figure 6):  RR = 1.76 (1.01, 3.06)

From 0 to 2 years (730 days—Figure 7):  RR = 2.08 (1.22, 3.56)

From 0 to 3 years (1095 days—Figure 8):  RR = 2.33 (1.41, 3.85)

M003394232

Finally, the overall Relative Risk "averages" the Relative Risks over sub-intervals although the number of events in smaller time periods is associated with much greater variability. However, for reference, the estimated Relative Risk (with 95% confidence intervals) for different time intervals are as follows:

From 0 to 1 month (11 events): RR = 2.68 (0.71, 10.12)

From 1+ to 6 months (17 events): RR = 0.91  (0.35, 2.36)

From 6+ to 12 months (14 events): RR = 1.91  (0.64, 5.71)

From 12+ to 24 months (18 events): RR = 5.50 (1.59, 18.99)

From 24+ to 36 months (11 events): RR = 5.02  (1.08, 23.24)    (No ViP data)

As can be seen and allowing for high variability, there is a reasonably consistent Relative Risk, reflecting consistently higher risk in the Vioxx patients over time. In addition, statistically the data is somewhat compatible with a constant Relative Risk over the five different time intervals (p-value = 0.13 when testing null hypothesis of constant Relative Risks against time varying Relative Risks).

Focusing on the first 18 months, the Relative Risk 1.76, significantly greater than 1.0, as noted above, indicating strong evidence of a considerably higher risk in the Vioxx patients.  Carrying out a similar test of constant Relative Risk over four time intervals over the first 18 months (0--1 month, 1—6 months, 6—12 months, and 12—18 months) gives a p-value of 0.36. Thus the data shows significantly higher risk in the first 18 months, associated with exposure to Vioxx, and supports the fact that this elevated risk is consistently higher over this entire time period.

M003394233

**FIGURE 1**

**Protocol 203 Cardiac Events: 0—30 days of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.68 (0.71, 10.12)

3

M003394234

**FIGURE 2**

**Protocol 203 Cardiac Events: 0—60 days of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 3.36 (0.71, 10.12)

4

M003394235

**FIGURE 3**

**Protocol 203 Cardiac Events: 0—120 days of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.42 (0.63, 3.19)

M00339423e

**FIGURE 4**

**Protocol 203 Cardiac Events: 0—6 months of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.35 (0.64, 2.86)

6

M003394237

**FIGURE 5**

**Protocol 203 Cardiac Events: 0—1 year of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.51 (0.82, 2.80)

7

M003394238

**FIGURE 6**

**Protocol 203 Cardiac Events: 0—18 months of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 1.76 (1.01, 3.06) (p-value = 0.04)

M003394239

**FIGURE 7**

**Protocol 203 Cardiac Events: 0—2 years of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.08 (1.22, 3.56) (p-value = 0.007)

9

M003394240

**FIGURE 8**

**Protocol 203 Cardiac Events: 0—3 years of Follow-up**



Relative Risk, comparing Vioxx to Placebo patients (95% CI) = 2.33 (1.41, 3.85) (p=value = 0.001)

M003394241

**FIGURE 9**

**Protocol 203 Cardiac Events—All Follow-up Data**



Relative Risk, comparing Vioxx to Placebo patients (95% CI ) = 2.37 (1.43, 3.91) (p-value = 0.001)

11

M003394242

**Exhibit E - Motion to Exclude Farquhar**

• **Smith - Order Excluding Testimony - Farquhar**

[1:1] - [1:25]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 1
1                       UNITED STATES DISTRICT COURT
2                       EASTERN DISTRICT OF LOUISIANA
3
4    IN RE:  VIOXX                  )
                                    )
5    PRODUCTS LIABILITY LITIGATION )
                                    ) MDL No. 1657
6    _____)
     _____)
7
8
9
10
11
12
13
14
15                         DEPOSITION OF:
16                      JOHN W. FARQUHAR, M.D.
17                     MONDAY, OCTOBER 10, 2005
18
19
20
21
22
23
24   Reported by:  MARK I. BRICKMAN, CSR, RPR
                    License No. 5527
25
page 2
1                       A P P E A R A N C E S
```

[16:5] - [17:9]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 16
4               MR. ARBITBLIT:  Object to form.
5           THE WITNESS:  Yes.  I certainly can't argue
6    against that.  I think the question I suppose could come
7    up on -- on what is -- I'll put it -- let me answer that
8    in -- in a way where I say I would pass judgment on the
9    relevance of different kinds of data for the topic at
10   hand, and expand on that briefly.
11              Anything that is involved in observational
12   epidemiology has less relevance to the causality question
13   than the data that comes out of the randomized control
14   trials, and within randomized control trials, there is a
15   value judgment which one can assign as to the nature of
16   the trial, how well it was put together, its size and
17   other attributes of that that lead you toward a value
18   judgment of quality of -- of a study.
19              So I -- I'm giving you a more complex answer
20   because I think that the scientist has an obligation to
21   look at all of the data, but to assess the data in a
22   manner which recognizes the possibility of a higher degree
23   of relevance of data to the topic at hand from one body
24   data as compared to another.
25              MR. PARKER:  Q.  But by the same token,
page 17
1    would you agree that good scientific method does not -- is
2    not demonstrated by a scientist selectively ignoring
3    relevant quality data because it doesn't support his or
4    her hypothesis?
5               MR. ARBITBLIT:  Object to form.
6           THE WITNESS:  You know, as I hear the
7    question, it's almost asking me is -- did I ignore
8    scientifically relevant data because I wanted the answer
9    to come out in a certain way.
```

**Exhibit E - Motion to Exclude Farquhar**

• **Smith - Order Excluding Testimony - Farquhar**

```
                        10              MR. PARKER:   It's not directed to you, sir,
```

[56:3] - [57:3]        10/10/2005   Farquhar, John (Irvin-Plunkett)

```
                        page 56
                        2   and I still do.
                        3              MR. PARKER:   Q.   Doctor, you, in addition
                        4   to reviewing the published literature, in addition to
                        5   reviewing with your colleagues the SAS files, also
                        6   included a review of some of the internal Merck documents;
                        7   is that correct?
                        8       A.      Right, yes.
                        9       Q.      Did you also review any deposition testimony
                        10  taken in this litigation?
                        11      A.      Yes.
                        12              Is it possible for someone to provide me
                        13  with a list of all of the things that I've seen so that I
                        14  can jog my memory when you ask me question like this?
                        15              Yes, I have looked at some depositions.
                        16      Q.      Do you know which depositions you've looked
                        17  at?
                        18      A.      That's why I want to have the -- so all
                        19  right.  Depositions that I've looked at.  There was a
                        20  Skulnick deposition which was very thick (Indicating).
                        21  I didn't read it all.
                        22              There was a deposition of Cromwell and I
                        23  read that.  There was a deposition -- well, I wouldn't
                        24  mind looking at that document to see --
                        25      Q.      If you have it, sir, by all means pull it
                        page 57
                        1   out.
                        2       A.      I don't have it in front of me, but, you
                        3   know --
                        4              MR. ARBITBLIT:   It's been provided to you,
```

[58:13] - [59:15]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
                        page 58
                        12  objection to that, no.
                        13              MR. PARKER:   Q.   Okay.  Doctor, does the
                        14  term "Fitzgerald hypothesis" have any meaning to you?
                        15      A.      I'm going to give you a fairly long answer
                        16  on that.
                        17      Q.      The first question is yes or no.
                        18      A.      Yes.  It has a lot of meaning to me.
                        19      Q.      All right.
                        20      A.      I think the main point I want to get across
                        21  as an epidemiologist, I need not spend a lot of time on
                        22  the question of the internal mechanisms by which a
                        23  thrombus appears.
                        24              It isn't -- it isn't part of the data that
                        25  I'm examining to -- examining to draw conclusions that are
                        page 59
                        1   relevant to -- to Vioxx.
                        2              I -- I have great respect for Dr.
                        3   Fitzgerald.  I -- I agree with the proposition that there
                        4   is very likely a propensity for thrombosis induced by
                        5   Vioxx, but just to make the -- the point clear,
                        6   cardiologists when they think about coronary artery
                        7   disease and its complications, they don't start with the
                        8   word thrombosis, thrombogenesis.
                        9              They start with the atherosclerosis and
                        10  atherosclerotic plaques and hemorrhage into such plaques
                        11  or erosion of such plaques with the idea that thrombus
                        12  formation is secondary to the primary event.
                        13              So the data I have in front of me has to do
                        14  with principally the appearance of serious heart disease
                        15  and its complications.
                        16              MR. PARKER:   Move to strike the non-
```

Exhibit E - Motion to Exclude Farquhar

**• Smith - Order Excluding Testimony - Farquhar**

[63:1] - [63:4]    10/10/2005 Farquhar, John (Irvin-Plunkett)

```
page 62
25            MR. PARKER:   Hypertension?  Okay.
page 63
1       Q.        Doctor, you do not consider yourself to be
2  an expert on the issue of prostacyclin-thromboxane
3  imbalance; do you?
4       A.        No, I don't.
5       Q.        Doctor, have you -- and I'm going to come to
```

[66:25] - [67:7]   10/10/2005 Farquhar, John (Irvin-Plunkett)

```
page 66
24  article that is relevant to that.
25            MR. PARKER:   And Doctor, I'll move on if
page 67
1  you're prepared to tell me that you do not hold yourself
2  out as having any particular expertise in understanding or
3  explaining the scientific evidence in this theory.
4       Q.        Are you prepared to do that?
5            MR. ARBITBLIT:   Object to form.
6            THE WITNESS:   I am not prepared to examine
7  the scientific evidence in support of that theory.
8            MR. PARKER:   Q.   Okay.  Doctor, if
```

[98:4] - [98:20]   10/10/2005 Farquhar, John (Irvin-Plunkett)

```
page 98
3  characteristics.
4       Q.        And if looking at the baseline
5  characteristics of the people who participated in the
6  Vigor trial would help you refine those estimates, please
7  do so.
8            What I'm asking you, Doctor, is:  Looking at
9  the actual baseline characteristics of the people who
10  participated in Vigor, can you give me either as a group
11  or by gender the per year incident rate of heart attacks
12  in the period of 1999 to 2000?
13            MR. ARBITBLIT:   Object to form.
14            THE WITNESS:   There -- there's a great deal
15  of information that is not here that would change the
16  answer a great deal.
17            The presence of rheumatoid arthritis is
18  commonly considered as something that increases risk.  I
19  haven't looked into that particular relationship to any
20  extent, but I don't see a lot of the risk factors listed.
21            Perhaps -- is there another table?
```

[125:23] - [126:18]  10/10/2005 Farquhar, John (Irvin-Plunkett)

```
page 125
22       A.        For MI is .74.  For Naproxen is .15.
23       Q.        Doctor, in the course of your review of the
24  Vioxx literature, have you looked at the reported annual
25  incident rate for heart attacks in the Celebrex studies to
page 126
1  see whether they're comparable?
2            MR. ARBITBLIT:   Object to form.
3            THE WITNESS:   I haven't looked at Celebrex
4  studies with any degree of completeness.
5            MR. PARKER:   Q.   Doctor, earlier today we
6  talked about the fact that people with rheumatoid
7  arthritis are thought to be at higher risk for heart
8  attacks and other cardiovascular diseases than the general
9  population without rheumatoid arthritis; correct?
10       A.        That is often said.  My view of randomized
11  trials is that one needs to compare the two groups without
12  spending much time to try and decide whether either group
13  is representative of the group from which they're derived,
```

Exhibit E - Motion to Exclude Farquhar

• **Smith - Order Excluding Testimony - Farquhar**

```
              14  because now after randomization, the -- the quest of the
              15  investigators to see how those two groups differ.
              16               It is not to confirm or deny their
              17  comparability to the -- as I say, the groups from which
              18  they are derived in the general population.
              19       Q.     Doctor, can you identify for me any other
```

[131:16] - [132:6]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
              page 131
              15       A.     Yes, I'm familiar with this.
              16       Q.     And do you have any criticisms of the
              17  methodology used by Dr. Graham and his colleagues in this
              18  paper?
              19       A.     I have a generic -- excuse me.  A generic
              20  criticism of this study and any others that derive data
              21  from health insurance companies and do as they did a
              22  retrospective analysis of events.
              23               Their observational studies are not
              24  randomized clinical trials.  They are subject to
              25  confounding that doesn't allow you to conclude with the
              page 132
              1   same agree of assurance that one can in a randomized
              2   trial.
              3               So I put this in the same category of
              4   general disapproval of those methods of trying to seek
              5   evidence for harm or protection from pharmaceutical
              6   agents.
              7       Q.     Do I understand, then, Doctor, that you do
```

[189:24] - [190:6]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
              page 189
              23       A.     Yes.
              24       Q.     -- will you agree that there is no
              25  statistically significant separation of those events
              page 190
              1   between Vioxx and placebo within the first eighteen
              2   months?
              3               MR. ARBITBLIT:  Object to form.
              4               THE WITNESS:  Well, Mr. Parker, there's no
              5   statistically significant difference, but there is a
              6   difference, and the relative risk is 1.18 at six months.
              7               There was a curious phenomenon when one
```

[194:15] - [197:3]      10/10/2005   Farquhar, John (Irvin-Plunkett)

```
              page 194
              14  the question.
              15       Q.     Do you have any evidence, based upon your
              16  review of the adjudicated data, that there was a
              17  statistically significant increased risk for MI, MI at two
              18  months use of Vioxx or less?
              19               MR. ARBITBLIT:  Object to form.
              20               THE WITNESS:  So you're going to persist on
              21  two months?
              22               MR. PARKER:  It happens to be the facts in
              23  this case, Doctor.
              24               MR. ARBITBLIT:  Object to form.
              25               THE WITNESS:  I see.  Well --
              page 195
              1               MR. ARBITBLIT:  Mischaracterizes the record
              2   and the scientific evidence.  Well, I would draw your
              3               THE WITNESS:  Well, I would draw your
              4   attention to the high risk group (Indicating), and out of
              5   eighteen events, eleven -- let's see.  One, two, three,
              6   four, five, six, seven, eight, nine, ten, eleven, twelve
              7   or 13 of those eighteen events occurred in the first
              8   eighteen months, and if you look at that in the first two
              9   months, there are a couple.  There are none in the
```

Exhibit E - Motion to Exclude Farquhar

• **Smith - Order Excluding Testimony - Farquhar**

```
10  Approve.
11          Now, are we going to use this high-risk data
12  to prove that two months is all you need?
13          Well, we don't have a clinical trial that is
14  designed to answer the question in two months, but if
15  we're going to draw inferences from data available, we
16  would certainly look at this as well as the eleven out of
17  seventeen congestive failure events that occurred in the
18  first eighteen months and say that a lot's happening soon.
19          MR. PARKER:   Q.   Are you done, sir?
20      A.      Okay.  Just getting warmed up.  Well, I'm --
21  you know.  I'm done.
22      Q.      Done with respect to answering my question?
23      A.      I'm done.  I think you had a question about
24  two months and I --
25      Q.      Yes, sir, I did.
page 196
1       A.      And I'm trying to say that -- well, I can't
2   ask you any questions, but I know that no study has been
3   designed to answer statistically what is going on in two
4   months.
5               But there's a generalization that when you
6   end up with a relative risk at the end of the trial, you
7   assume it applies throughout.
8       Q.      Well, Doctor, let me take on that -- that
9   statement you just made, but first let me go back and
10  confirm something.
11              Whether or not you believe it should have
12  been done, wasn't done, you're -- sitting here right now,
13  you are not aware of any evidence that shows a
14  statistically significant increased relative risk between
15  Vioxx and placebo at 25 milligrams of use two months or
16  less?  Is that not correct, sir?
17      A.      That's not correct, and the reason it's not
18  correct is because this high-risk (Indicating) analysis
19  which is significant at eighteen months, that at eighteen
20  months, one assumes the relative risk you have that
21  applies for that entire eighteen months.
22              Therefore, there was a significant
23  difference at earlier times -- excuse me -- because the
24  relative risk is the same, and your assumption -- if the
25  relative risk is the same throughout the course of the
page 197
1   trial, you have to assume that -- well, in this case, if
2   you'd had a large enough sample size, you could find its
3   significance at two months.
4       Q.      Doctor, what you have been calling high risk
```

[270:7] - [270:23]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 270
6   comparison, however.
7       Q.      Doctor, just so I understand, in your
8   analysis in which you focused on MI, sudden death,
9   unstable angina, you did not find a statistically
10  significant difference between the rates for those three
11  end points until close to three years?
12              MR. ARBITBLIT:   Object to form.
13              THE WITNESS:   Well, as I've explained,
14  that's the case for most of the comparisons.  Nothing
15  surprising.
16              I hope that I've also made it clear that the
17  statisticians will warn us not to look only at the visual
18  appearance of confidence intervals.  They will find
19  instances where the point estimates are statistically
20  different whereas the confidence intervals make it appear
21  that they're not.
22              Is that -- have I made that point clearly
23  enough?
24              MR. PARKER:   Well, yes.
```

Exhibit E - Motion to Exclude Farquhar

• **Smith - Order Excluding Testimony - Farquhar**

[289:10] - [289:12]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 289
 9         Q.      If you can answer my question, I'll move on.
10         A.      I'm just -- I'm not interested in being
11 pinned down on observational epidemiology.  It's not
12 important part of my total report.
13         Q.      Well, Doctor, you went on and discussed your
```

[295:12] - [296:11]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 295
11 and then we're done.
12            MR. PARKER:   Q.   If you combine all of the
13 thrombotic CV end points as you wont to have done that
14 were included in Merck's CV SOP, the Advantage trial does
15 not report out an increased relative risk with a combined
16 CV thrombotic end points?  Isn't that correct?
17            MR. ARBITBLIT:    Objection.  That's asked
18 and answered; mischaracterized --
19            MR. PARKER:   What is the answer because I
20 haven't heard it?
21            MR. ARBITBLIT:   Mischaracterized the
22 testimony and he did not say he wanted to lump all the
23 thrombotic events.  You want to get a fifth way at his
24 answering it.  You're not even asking the same question.
25 You're mischaracterizing his testimony.
page 296
 1            MR. PARKER:   Counsel, you just used two
 2 minutes.
 3            Doctor, please answer my question.
 4            MR. ARBITBLIT:   If you can answer it, you
 5 can, and this is the last answer and then we're done.  If
 6 you've given your answer, that's all you can do.
 7            THE WITNESS:   I'm sorry, but all I have in
 8 here is the medical officer review which I would want to
 9 review myself.  It says: "There was a trend of excess in
10 serious cardiac thrombotic events ten and three
11 respectively."
12            MR. PARKER:   Q.   Do you know what the ten
```

[298:1] - [298:25]          10/10/2005   Farquhar, John (Irvin-Plunkett)

```
page 297
25 this _____ day of _____, 2005.
page 298
 1 STATE OF CALIFORNIA        )
 2 COUNTY OF SAN FRANCISCO    )
 3          I, the undersigned, hereby certify that the
 4 witness in the foregoing deposition was by me duly sworn
 5 to testify the truth, the whole truth and nothing but the
 6 truth in the within-entitled cause; that said deposition
 7 was taken at the time and place therein stated; that the
 8 foregoing is at the time and place therein stated; that
 9 the foregoing is a full, true and complete record of said
10 testimony; and that the witness was given an opportunity
11 to read and correct said deposition and to subscribe the
12 same.  Should the signature of the witness not be affixed
13 to the deposition, the witness shall not have availed
14 himself/herself of the opportunity to sign or the
15 signature has been waived.
16          I further certify that I am not of counsel or
17 attorney for either or any of the parties in the foregoing
18 deposition and caption names, or in any way interested in
19 the outcome of the cause names in said action.
20
21          IN WITNESS WHEREOF I have hereunto set my hand
22 this _____day of _____, 2005.
23
24
                              _____
```

**Exhibit E - Motion to Exclude Farquhar**

• **Smith - Order Excluding Testimony - Farquhar**
25                                                    MARK I. BRICKMAN CSR 5527

coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?  Yes _____  No **_X_**  Don't Know _____

*If "yes,"* identify each such person below and provide the information requested.

D.  If applicable, for each of your children, list his/her name, age and address:

**Child-1**

> 1. Name: **Robin Burger**

> 2. Age: **37**

> 3. Address: **3714 Huntington Ave., Covington, KY, 41015**

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.  **N/A**

## IV.   VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you?  **Dr. Michael Grefer, 340 Thomas Moore Pkwy., Crestview Hills, KY, 41017**

B.  On which dates did you **begin and stop** taking, VIOXX®?  **10/12/2002 to 02/17/2003**

C.  Did you take VIOXX® continuously during that period?  Yes **_X_**  No _____  Don't Recall _____

D.  To your understanding, for what condition were you prescribed VIOXX®?  **Arthritis**

E.  Did you renew your prescription for VIOXX®?

Yes **_X_**  No _____  Don't Recall _____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:  **I don't remember if I received samples.**

G.  Which form of VIOXX® did you take (check all that apply)?

| | |
|---|---|
| _____ | 12.5 mg Tablet (round, cream, MRK 74) |
| _____ | 12.5 mg Oral Suspension |
| **X** | 25 mg Tablet (round, yellow, MRK 110) |
| _____ | 25 mg Oral Suspension |
| **X** | 50 mg Tablet (round, orange, MRK 114) |

H.  How many times per day did you take VIOXX®?  **Once a day**

774182v.1

SmithR-PlProfileForm-        00006

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __**X**__ Don't Recall ____

J.  Instructions or Warnings:

    1.  Did you receive any written or oral information about VIOXX® before you took it? Yes __**X**__ No _____ Don't Recall _____

    2.  Did you receive any written or oral information about VIOXX® while you took it? Yes __**X**__ No _____ Don't Recall ____

    3.  *If "yes,"*

        a.  When did you receive that information?  **Before Taking Vioxx**

        b.  From whom did you receive it?  **Walmart, Dr. Michael Grefer**

        c.  What information did you receive? **Information with Prescription**

K.  What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **None**

## V.  MEDICAL BACKGROUND

A.  Height: **6'0"**

B.  Current Weight: **225 lbs.**
Weight at the time of the injury, illness, or disability described in Section I(C): **225 lbs.**

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

    __**X**__  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    _____  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

        a.  Date on which smoking/tobacco use ceased: ____

        b.  Amount smoked or used: on average _ per day for years.

    _____  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

        a.  Amount smoked or used: on average _ per day for years.

    _____  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No __**X**__

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time

774182v.1

SmithR-PlProfileForm-        00007

08/24/2005 12:34 FAX 859 341 6445          GCOC                    ☑002/006

## CONTINUATION SHEET

Name _Robert B. Smith_                                    Doctor _Gregu_

| Date | Entry |
|---|---|
| 5/6/02 | Not. Pt. Known   Y N Ret. Dis. Working Student |
|  | *[illegible]* |
|  | *[illegible]* |
| 9-17-02 | SENT REFERRAL |
| 10/1/02 | Rev   Y N Ret. Dis. Working Student |
|  | MRI ® Knee BCOC r/o tear 10.9.02 |
|  | Samples Vioxx 50mg |
|  | Samples Vioxx 25mg |
|  | Rx Vioxx 25mg #30 qd + Refill |
| 10/14/02 | Rev   Y N Ret. Dis. Working Student |
|  | *[illegible]* |
| 10-21-02 | Rev   Y N Ret. Dis. Working Student |
|  | Rx Act. Pad |
|  | Dps See 10-9-02 ® Knee FLM scope Act |
|  | *[illegible]* |
| 10-21-02 | SENT REFERRAL |
| 10-28-02 | ACLES   800-5??-00?H   ??? 2?5??? |
|  | Spoke c *[redacted]* |
|  | Benefits *[redacted]* |
| 10-31-02 | *[illegible]*   T B.d |
| 11-1-02 | Y N Ret. Dis. Working Student |
| 11-4-02 | *[redacted]* |
| 11-6-02 | Rev   Y N Ret. Dis. Working Student |
| 11-13-02 | Rev   Y N Ret. Dis. Working Student   *[illegible]* |
| 11-27-02 | Vicodin ES #30 + Ref paid Ø 282-8833 |
| 12-6-02 | Rev   Y N Ret. Dis. Working Student |
| 12-9-02 | Vioxx 25mg #30 Tab 8. 282-8360 |
| 12-31-02 | *[illegible]* Ø 282-8360 |
| 1-10-03 | Rev   Y N Ret. Dis. Working Student |
| 1-21-03 | Vicodin ES #30 ??? Ø 282-8360 |
| 2-21-03 | Rev   Y N Ret. Dis. Working Student |



ROBERT G. SMITH                         DR. GREFER                    181565
Page One

**09-11-02  SGT  RIGHT KNEE**
Robert Smith:  He was playing softball and injured his right knee.  The pain in along the medial jointline and under the kneecap.  He lacks two to three degrees of extension.  He flexes to 120 degrees.  There is no gross ligamentous instability.  Medially and laterally he is stable.  We saw him back in 1988.  He had some ligament type of problems then.  For the last few years his knee has been doing fine.  Every once in a while it will give way on him.

He has grinding and crepitus.  He says that his knee feels like it wants to fall apart on him.  He has a positive Lachman test.  There is mild instability.  There is a mild anterior drawer.  It is not a pivot shift.  It is difficult to assess.  He has decreased mobility.  He has a mildly positive medial McMurray sign.  We will take an x-ray.

He has findings suggestive of an ACL deficient knee.  He has degenerative disease.  He has narrowing of the medial joint space.  He has more pain than anything.  It is a catching type of thing going on.  Steps are a killer for him.

He is on Diclofenac and says that it does help his knee.  I will have him continue to take that.  He has internal derangement.  He might need an MRI.  I will get him a genutrain brace, start him on some therapy, have him modify his activities.  I will see him back in three weeks.                                    MAG/cjb

**10-02-02  SGT  RIGHT KNEE**
Robert Smith:  He is primarily a supervisor.  He doesn't have to do as much as he had to do.  He says that he was doing pretty well until Monday.  He got down under a piece of equipment.

He does have pain in the medial joint line and he does have a suprapatellar effusion on that right side, laterally.  He is diffusely mild inflammation.  He has mild laxity.  It does look like he has more meniscus pathology now.  He does have these ongoing findings, medially.  I am still concerned about some meniscus problems going on here.

The iontophoresis seems to help him.  He is taking this Diclofenac and he is taking the Allopurinol.  I am going to start him on some Vioxx.  I will give him 50 mg for four days, then 25 mg a day.  He is to keep up with the therapy.  Because he is having increasing symptoms and a positive McMurray's sign, we will <u>GET A MRI</u>.       MAG/khc

**10-14-02  SGT  RIGHT KNEE**
Robert Smith:  He does have chondromalacia of all three compartments of his knee.  He does have his cruciate ligament disruption, torn posterior horn and the body of the medial meniscus.  He did hurt his ACL and he has an old ACL injury.  His symptoms are notably worse during the day.  He doesn't have a lot of problems with giving way.  He does have a lot of problems with pain.  He does have problems with his medial tibial plateau.  He does work, he is a maintenance supervisor.

I am going to have him see Dr. Heis about the MRI.  I will let him continue to work, continue with his medications, and stay with his therapy.  I will see him back after he sees Dr. Heis                                             MAG/khc

**10-21-02  SGT  RIGHT KNEE**
Robert Smith:  Mr. Smith is a patient of Dr. Grefer who presents to me for surgical evaluation.  The patient states that he has had quite a bit of pain with his knee especially going up and down stairs.  His ACL has been deficient since 1988.  He has tried multiple conservative therapies which have all failed at this point.  He is having a great deal of pain with all activity as well as instability symptoms.  He does not report any frank giving way episodes.

                        _____
                        Michael A. Grefer, M.D.

Store #: 1510
Report Date: 05/30/2006

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1510**
**Medical Expenses Summary**

**Patient:**   SMITH***!, ROBERT G.
1146 MACINTOSH LN
FLORENCE KY-41042

**Birthdate:**   6/25/1950

Below is a list of your Pharmacy Orders for the date range of: 01/01/1999 to 05/30/2006

| Date Filled<br>Date Written | Rx #<br>Fill ID | Drug Name<br>NDC | Prescriber | Qty<br>Refill # | Days<br>Supply | Dispense<br>As Written | Patient Paid<br>TP Ref # |
|---|---|---|---|---|---|---|---|
| 06/21/2002 | 1530122 | 52544-0339-01 | | 1 | | | |
| 09/04/2002<br>12/27/2001 | 6834001<br>1533224 | ALLOPURINOL 300MG TAB<br>00591-5544-05 | SCHRAND,JAMES R. | 30<br>6 | 30 | 0 | $8.49  GNT |
| 09/30/2002<br>09/30/2002 | 6850277<br>1536886 | DICLOFENAC 75MG EC TAB<br>00781-1789-01 | SANDER,MARK D. | 60<br>0 | 30 | 0 | $10.00  GNT |
| 10/02/2002<br>12/27/2001 | 6834001<br>1537445 | ALLOPURINOL 300MG TAB<br>00591-5544-05 | SCHRAND,JAMES R. | 30<br>7 | 30 | 0 | $7.74  GNT |
| 10/12/2002<br>10/12/2002 | 6851055<br>1539039 | VIOXX 25MG TAB<br>00006-0110-68 | HOBLITZELL,RICHARD | 30<br>0 | 30 | 0 | $15.10  GNT |
| 10/30/2002<br>10/30/2002 | 6852161<br>1541809 | PROMETHAZINE 25MG TAB<br>00781-1830-01 | HEIS,FOREST | 20<br>0 | 5 | 0 | $9.40  GNT |
| 10/30/2002<br>10/30/2002 | 6852160<br>1541808 | CEPHALEXIN 500MG CAP<br>00093-3147-05 | HEIS,FOREST | 40<br>0 | 10 | 0 | $10.00  GNT |
| 10/30/2002<br>10/30/2002 | 2205443<br>1541810 | OXYCODONE 5MG CAP<br>58177-0041-04 | HEIS,FOREST | 50<br>0 | 6 | 0 | $10.00  GNT |
| 10/31/2002<br>10/31/2002 | 6852184<br>1541872 | AMOXI/CLAV 875-125 TAB<br>00781-1852-20 | HEIS,FOREST | 20<br>0 | 10 | 0 | $16.51  GNT |
| 10/31/2002<br>12/27/2001 | 6834001<br>1541919 | ALLOPURINOL 300MG TAB<br>00591-5544-05 | SCHRAND,JAMES R. | 30<br>8 | 30 | 0 | $7.74  GNT |
| 10/31/2002<br>05/01/2002 | 6841792<br>1541920 | CLOBETASOL 0.05% CRE<br>51672-1258-01 | SANDER,MARK D. | 15<br>2 | 5 | 0 | $0.00  GNT |
| 11/08/2002<br>10/12/2002 | 6851055<br>1543328 | VIOXX 25MG TAB<br>00006-0110-68 | HOBLITZELL,RICHARD | 30<br>1 | 30 | 0 | $15.10  GNT |
| 11/29/2002<br>11/29/2002 | 4439914<br>1546572 | HYDROCO/APAP 7.5-750TAB<br>00406-0360-01 | HEIS,FOREST | 30<br>0 | 10 | 0 | $0.00  GNT |
| 12/04/2002<br>12/27/2001 | 6834001<br>1547399 | ALLOPURINOL 300MG TAB<br>00591-5544-05 | SCHRAND,JAMES R. | 30<br>9 | 30 | 0 | $7.74  GNT |
| 12/11/2002<br>12/11/2002 | 6854611<br>1547774 | VIOXX 25MG TAB<br>00006-0110-68 | HOBLITZELL,RICHARD | 30<br>0 | 30 | 0 | $15.10  GNT |

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

**Exhibit G - Farquhar Depo 6.8.06 Motion to Exclude Farquhar**

• **Smith - Order Excluding Testimony - Farquhar**

[1:1] - [1:25]          6/8/2006      Farquhar, John (Barnett)

                  • Smith - Order Excluding Testimony - Farquhar

```
page 1
    0001
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    In re:  VIOXX
     PRODUCTS LIABILITY
5    LITIGATION
6
7    GERALD BARNETT and CORRINE        )
     BARNETT,                          )
8                                      )MDL Docket No. 1657
            Plaintiffs,                )
9                                      )
     vs.                               )
10                                     )
     MERCK & CO., INC.,                )
11                                     )
            Defendant.                 )
12   _____  )

13
14
15
16      VIDEOTAPED DEPOSITION OF JOHN W. FARQUHAR, M.D.
17              San Francisco, California
18                  June 8, 2006
19
20
21
22
23
24   Reported by:
     DARCY J. BROKAW
25   RPR, CRR, CSR No. 12584
     Job No. 69492
page 2
1                    UNITED STATES DISTRICT COURT
```

[37:12] - [38:12]          6/8/2006      Farquhar, John (Barnett)

                  • Smith - Order Excluding Testimony - Farquhar

```
page 37
11 BY MR. MORTARA:
12      Q    How do you determine for yourself,
13 Dr. Farquhar, when you're reading the literature,
14 whether a relative risk is statistically significant
15 or not?
16      A    Well, generally speaking, scientists and
17 physicians and people who are involved in these
18 issues would ask for a statistically significant
19 result.  And generally speaking, that would be
20 something with a confidence interval with the lower
21 bounds just slightly above one or a p-value of less
22 than .05, and those two work together.  And -- but
23 the topic of significance -- well, I'll just leave
24 it at that for the moment.
25      Q    One way that you would determine whether a
page 38
1 relative risk was statistically significant is if
2 the lower bound of the confidence interval is above
3 one, correct?
4      A    One or above.
5      Q    You determine whether a relative risk is
6 statistically significant by looking at the lower
```

**Exhibit G - Farquhar Depo 6.8.06 Motion to Exclude Farquhar**

• **Smith - Order Excluding Testimony - Farquhar**

```
 7   bound of the confidence interval and seeing if it's
 8   one or above, correct?
 9       A     That's correct.  Excuse me.
10       Q     What does a p-value of .05 mean?
11       A     Less than one chance in 20 that the
12   finding could be due to chance.
13       Q     Did you leave anything out in that answer?
```

[212:4] - [212:18]        6/8/2006      Farquhar, John (Barnett)

• Smith - Order Excluding Testimony - Farquhar

```
page 212
 3   BY MR. MORTARA:
 4       Q     Do you agree that the Alzheimer studies in
 5   Vioxx did not replicate the APPROVe findings on
 6   adverse cardiovascular events?
 7       A     I don't agree at all with that.
 8       Q     Would you agree that two long-term,
 9   placebo-controlled trials in patients with early
10   Alzheimer's disease, including up to four years'
11   treatment in a small number of patients, did not
12   show a significant difference in CV events between
13   rofecoxib 25 milligrams once daily and placebo?
14       A     I don't agree with that.  And I can give
15   you the basis for that disagreement if you want it.
16       Q     You rely on Dr. Kronmal as the basis for
17   your disagreement with that?
18       A     Correct, I do.  In my September -- I'll
19   wait for a question.  I'm sorry.
```

[217:7] - [217:10]        6/8/2006      Farquhar, John (Barnett)

• Smith - Order Excluding Testimony - Farquhar

```
page 217
 6   events, didn't it?
 7       A     At this point, I have to say that my
 8   conclusions about Alzheimer's are based on Kronmal.
 9   I didn't put time into assessing the literature
10   beyond what Kronmal had.
11       Q     You looked at Dr. Kronmal's report, but
```

[244:18] - [246:14]       6/8/2006      Farquhar, John (Barnett)

• Smith - Order Excluding Testimony - Farquhar

```
page 244
17   as a hypertensogenic NSAID.
18       Q     If you don't know whether ibuprofen causes
19   hypertension, how can you know whether Vioxx stands
20   out amongst NSAIDs?
21       A     Well, I start an answer to that with
22   greater certainty that against placebo and against
23   naproxen that Vioxx stands out.  The rest of it, I
24   have to take the data that exists, and I come up
25   with a suspicion that Vioxx is a special case
page 245
 1   amongst the NSAIDs.
 2       Q     On what basis do you form a suspicion that
 3   Vioxx is a special case if you have not looked at
 4   data on ibuprofen, diclofenac and other NSAIDs?
 5           MR. ARBITBLIT:  Objection to form.
 6           THE WITNESS:  So I wasn't able to deflect
 7   the questions on this.
 8           All right.  I'll try again.
 9           I have assessed the information largely
10   from observational epidemiologic studies, and I come
11   up with a reaffirmation of my belief that Vioxx
12   stands out.
13           But I also have a caveat that a lot of
```

Exhibit G - Farquhar Depo 6.8.06 Motion to Exclude Farquhar

• **Smith - Order Excluding Testimony - Farquhar**

```
14  those comparisons are not done in the manner that I
15  would like, a randomized trial.  So my -- what I'm
16  trying to say is that at the moment, I'm certain
17  that Vioxx is worse than placebo, worse than
18  naproxen.  And to be true to trusting randomized
19  trials more than observational epidemiologic
20  studies, I'd say I have greater confidence in that
21  than I would on other assertions.
22          The observational epidemiologic studies
23  give varying results, but they -- they add a
24  certain -- well, the observational studies are
25  admittedly imperfect.  At the moment, I suspect that
page 246
1   Vioxx stands out among all the NSAIDs in its blood
2   pressure effect.  But at the moment, I cannot be
3   certain whether valdecoxib and a few others might be
4   similarly disposed.
5           But you know, here we are, Vioxx is
6   removed from the market, and that's good.  The FDA
7   is struggling with labels and what to say about
8   other NSAIDs.  There's a lot of uncertainty in their
9   mind.
10          So when I say I'm certain of certain
11  aspects of Vioxx and blood pressure, I mean that.
12  When I say I suspect that Vioxx is among the
13  greatest offenders in raising blood pressure, that's
14  based on less convincing data.
15  BY MR. MORTARA:
```

[245:25] - [246:4]        6/8/2006      Farquhar, John (Barnett)

• **Smith - Order Excluding Testimony - Farquhar**

```
page 245
24  certain -- well, the observational studies are
25  admittedly imperfect.  At the moment, I suspect that
page 246
1   Vioxx stands out among all the NSAIDs in its blood
2   pressure effect.  But at the moment, I cannot be
3   certain whether valdecoxib and a few others might be
4   similarly disposed.
5           But you know, here we are, Vioxx is
```

[289:25] - [292:23]       6/8/2006      Farquhar, John (Barnett)

• **Smith - Order Excluding Testimony - Farquhar**

```
page 289
24  BY MR. MORTARA:
25      Q    Dr. Farquhar, did you look at any clinical
page 290
1   studies that compared Vioxx to diflunisal for
2   hypertension?
3       A    I've never heard the word diflunisal.
4       Q    Did you look at any clinical studies that
5   compared Vioxx to etodolac for hypertension?
6       A    No, I have not.
7       Q    Did you look at any clinical studies that
8   compared Vioxx to fenoprofen for hypertension?
9       A    I have not.
10      Q    Did you look at any clinical studies that
11  compared Vioxx to fenoprofen for hypertension?
12      A    No.  And may I ask if these are all
13  randomized control trials with a sufficient size to
14  draw conclusions?
15      Q    Any clinical studies of any kind.
16           Did you look at any clinical studies of
17  any kind comparing Vioxx to flurbiprofen for
18  hypertension?
19      A    I have not.
20      Q    Did you look at any clinical studies
```

Exhibit G - Farquhar Depo 6.8.06 Motion to Exclude Farquhar

• Smith - Order Excluding Testimony - Farquhar

```
21    comparing Vioxx to ketoprofen for hypertension?
22        A    I have not.  But again, I ask -- I'm not
23    allowed to ask, but I would want to know in all of
24    these that you're citing, how many of them are
25    randomized clinical trials with a sufficient sample
page 291
 1    size to allow conclusions to be drawn.
 2        Q    Any clinical trials of any kind.  Did you
 3    look at any clinical trials comparing mefanamic acid
 4    to Vioxx for hypertension?
 5            MR. ARBITBLIT:  Object to form.
 6            THE WITNESS:  Mefanamic acid is a
 7    substance that I don't know about, and I would
 8    prefer to answer questions about NSAIDs that are
 9    currently widely available in the United States.
10            And at the moment, I still submit that
11    Vioxx appears to be the most hypertensive drug ever
12    marketed for chronic disease.  And I've, you know,
13    cited the evidence for that.  You're now bringing up
14    drugs that, to the best of my knowledge, are not
15    widely available as NSAIDs in this country.
16    BY MR. MORTARA:
17        Q    Have you ever reviewed any clinical study
18    of any kind comparing meloxicam or Mobic to Vioxx
19    for hypertension?
20        A    I haven't seen any randomized clinical
21    trial comparing Vioxx to Mobic.
22        Q    Have you ever reviewed any clinical study
23    of any kind comparing nabumetone or Relafen to Vioxx
24    for hypertension?
25        A    There's a nabumetone study somewhere that
page 292
 1    I would need to look up, but at the moment I would
 2    say I have not seen a randomized clinical trial on
 3    nabumetone.
 4        Q    Have you ever reviewed a randomized
 5    clinical trial or any clinical trial comparing
 6    oxaprozin or Daypro to Vioxx for hypertension?
 7        A    Oxaprozin or Daypro to Vioxx in a
 8    randomized clinical trial, no.
 9        Q    Have you ever reviewed any clinical study
10    of any kind comparing piroxicam or Feldene to Vioxx
11    for hypertension?
12        A    I have not reviewed a randomized clinical
13    trial comparing Vioxx to Feldene.
14        Q    Have you ever reviewed any clinical trial
15    of any kind comparing sulindac or Clinoril to Vioxx
16    for hypertension?
17        A    I have not reviewed a randomized clinical
18    trial comparing sulindac to Vioxx.
19        Q    Have you ever reviewed any clinical trial
20    comparing tolmetin to Vioxx for hypertension?
21        A    I have never reviewed a randomized
22    clinical trial comparing tolmetin to Vioxx in
23    respect to hypertension.
24        Q    You understand that the FDA has concluded
```

[298:1] - [298:21]        6/8/2006     Farquhar, John (Barnett)

• Smith - Order Excluding Testimony - Farquhar

```
page 297
25
page 298
 1    STATE OF CALIFORNIA        )
 2    : ss
 3    COUNTY OF SAN FRANCISCO  )
 4
 5    I, the undersigned, a Certified Shorthand Reporter of the
 6    State of California, do hereby certify:  That the foregoing
 7    proceedings were taken before me at the time and place
```

Exhibit G - Farquhar Depo 6.8.06 Motion to Exclude Farquhar

• **Smith - Order Excluding Testimony - Farquhar**

```
8    herein set forth; that any witnesses in the foregoing
9    proceedings, prior to testifying, were placed under oath;
10   that a verbatim record of the proceedings was made by me
11   using machine shorthand which was thereafter transcribed
12   under my direction; further, that the foregoing is an
13   accurate transcription thereof.
14   I further certify that I am neither financially interested
15   in the action nor a relative or employee of any attorney of
16   any of the parties.  IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18        Dated: _____
19
20        _____
21             DARCY J. BROKAW, CSR No. 12584
22
```