9.    **After Six Months of Intense Negotiations, Merck and FDA Agree on a Label**

159.   After the FDA's October 2001 label proposal, Merck and the agency exchanged numerous communications in the course of their negotiations. Months passed by. During the exchanges, Merck protested FDA's intention to put the VIGOR data in labeling with adverse reactions broken down by body system. [4.1] Such information would have added additional important safety information.

160.   In regard to the FDA's wish to put the cardiovascular information in the *Warning* section, an internal Merck email on November 8, 2001 from Dr. Scolnick to the Merck executives Greene and Goldman, he wrote:

> Twice in my life I have had to say to the FDA, "That label is unacceptable, we will not under any circumstances accept it."

161.   After difficult negotiations, the agency and the company finally came to agreement on April 11, 2002. Merck had prevailed about putting the cardiovascular section in *Precautions* rather than *Warnings* as FDA had wanted. So Dr. Scolnick had his way. [Package Insert 2002]

**10.    Why Did Merck Resist?**

162.   It is important to bear in mind that during the long hiatus between the analysis of the VIGOR data in March 2000 and the completion of labeling negotiations in April 2002, physicians were prescribing Vioxx and their patients were taking the drug without any statements about the risk of heart attacks and cardiovascular thromboses (as demonstrated in VIGOR) in the official product information. Moreover, the information Merck made available to the medical community through the New England Journal of Medicine was misleading in that it did not accurately communicate the number and rate of myocardial infarctions in patients taking Vioxx.

163.   During these two years, millions of patients were taking Vioxx. It is almost certain that some Vioxx patients died before Merck put the VIGOR information in labeling. In all probability, most patients who died had pre-existing risk factors for heart attacks and other CV/T events, and many of them might have been put on less toxic drugs if the company had cooperated and moved more expeditiously to disseminate the information.

164.   Indeed, rather than disseminate the information, there is good evidence that Merck tried to withhold it. In his article in the New England Journal of Medicine, Congressman Henry Waxman discussed some of this evidence (*See* Section IX.). One other relevant document is a Merck sales plan dated March 23, 2001, about a year before labeling negotiations were completed. One page of this PowerPoint document lists

M003376495

"Overall Communication Objectives" for the marketing force. The first bullet states:

- *Do no harm;* refrain from proactively generating coverage that jeopardizes label negotiations and/or links Vioxx to CV adverse events. [Italics in original.]

165.    How cynical that the ancient Hippocratic instruction to do no harm (*Primum non nocere*) was used by Merck – not to prevent harm – but to prevent sales people from proactively alerting doctors about possible heart attacks and other CV/T events due to Vioxx.

166.    In view of the long delay in finalizing labeling, one must ask: When it was a matter of such serious illness – even life and death – for so many patients, why did Merck wait so long? Could it have been the case that Merck's concerns about the market share of Vioxx trumped any concerns the company might have had about the health and lives of so many patients? One cannot know for sure. But two Merck documents show how much money the company thought to be at stake.

- A "2001 Profit Plan for Vioxx" was written in September 2000 [194], about half a year after the VIGOR analysis. On page 38 a table shows the company's "revenue impact" projections for the coming year. One item in the "Potential Downside(s)" section of the table is "VIOXX is unable to neutralize safety/tolerability issues." This impact was estimated at almost half a billion dollars in sales. That was just one year's impact.

- A "U.S. Long Range Operating Plan" [176] written around the same time as the profit plan estimated losses 2001-2006 if a cardiovascular Warning were included in the Vioxx label: $4 billion to $5 billion. The same document estimated that the losses would still be about half that much if the cardiovascular information were put in Precautions.

### VIII.    Recent Developments

### A.    Advisory Committee Votes Unanimously for CV Alert

167.    At the present time, Vioxx remains withdrawn the market, but in February 2005 an FDA advisory committee voted narrowly (17-15) against banning Vioxx completely. Lest it be misunderstood that this advisory opinion meant the advisors believed Vioxx is a safe drug without serious cardiovascular risks, the same committee voted unanimously (32-0) to support the conclusion that "rofecoxib significantly increases the risk of cardiovascular events." Moreover, committee members made several comments that Vioxx is more dangerous than other COX-2 inhibitors:

- The blood pressure effects seen with [Vioxx] are clearly outside the norm and are undesirable.

30

M003376496

⦁    A signal for heart failure is present [for Vioxx] and other NSAIDs have not exhibited the same signal.

⦁    The blood pressure and heart failure data is compelling indicating [Vioxx] is substantially worse than other COX-2s.

⦁    A strong dose relationship is very apparent [for Vioxx in regard to cardiovascular events].

168.    Furthermore, at the same committee meeting, Dr. John K. Jenkins, Director of FDA's Office of New Drugs, said, "We heard the message that the committee thought Vioxx had a cardiovascular risk that was perhaps larger or better documented than the others."

169.    That the FDA agreed with the committee's view is made clear in minutes for a May 3, 2005 meeting with officials from Merck. These minutes stated, "FDA noted that while the magnitude of the cardiovascular risk may not be clearly worse for Vioxx, the evidence for that risk is stronger."

**B.    FDA Memo on the Safety of NSAIDs, April 6, 2005**

170.    About a month before the Merck-FDA meeting (April 6), Dr. Jenkins, along with Dr. Paul J. Seligman, Director of the agency's Office of Pharmacoepidemiology and Statistical Science (the office handing the postmarketing surveillance program) sent a memo to their immediate superior, Dr. Steven Galson, Acting Director of the Center for Drug Evaluation and Research. The memo concerned cardiovascular risks of Vioxx, other COX-2-inhibitor NSAIDs and the nonselective NSAID drugs. In its first bullet point (in the Executive Summary) the memo stated clearly:

●    The three approved COX-2 selective NSAIDs (celecoxib, rofecoxib, and valdecoxib) are associated with an increased risk of serious adverse CV events compared to placebo. The available data do not permit a rank ordering of these drugs with regard to CV risk.

171.    It is important to understand the context of this memo and of the other bullet points that followed this one. Vioxx had been withdrawn from the market about half a year previously. The FDA advisory committee had met to consider Vioxx and other COX-2s two months earlier in February. Huge press coverage and publicity had attended these events, which cast into question the safety of all the marketed NSAIDs, drugs often taken regularly by hundreds of millions of people. The world was wondering what it meant and what to do. Is it safe to continue taking these drugs? What is the FDA's position on this matter?

172.    The memo was written to FDA's director of drug regulation, Dr. Galson, from the two most senior officials responsible for the safety analyses of the drugs. As FDA's drug regulator, Galson is the official probably most often interviewed and questioned about

31

M003376497

drug safety issues. The point of the memo was to provide an official documentary basis for Galson to respond to the public's urgent questions about using available NSAIDs.

173.    The first bullet answers the question: Do COX-2 inhibitors carry CV risk. The answer was clearly yes. However, the *available evidence* does not permit a statement that one is more dangerous than another. This statement should not be taken to mean that the FDA considers Vioxx as safe as the other. Other FDA statements make clear that the agency does not think so. Rather the statement said that information is lacking, and at the present time there is not enough information to officially rank the drugs in order of dangerousness.

174.    Many of the bullets in the Executive Summary make similar statements, namely, that sufficient data to address all safety questions are not available, with the implication that at some future time additional information may answer some questions. In contrast, however, one bullet (number 5) does not say that information is lacking, and indeed it asserts that some drugs are safe for certain usages. It is important to see what bullet number 5 actually means:

- Short-term use of use of NSAIDs to relieve acute pain, particularly at low-doses, does not appear to confer an increased risk of serious CV events (with the exception of valdecoxib in hospitalized patients immediately post-operative from coronary bypass (CABG) surgery).

175.    This bullet does not concern Vioxx. In particular, it does not imply that Vioxx is safe in short-term use at low dose. This bullet concerns all the hundreds of millions of people taking available NSAIDs each day, and it is intended to support Galson in providing an answer to their urgent question, "Is it OK for me to continue to use these drugs when I have pain?"

176.    Vioxx is not now and was not on the market at the time the memo was written. Consumer use of Vioxx is not now and was not then an issue. Not every bullet in the Executive Summary concerned Vioxx. Moreover, not every bullet concerned COX-2s. Certain bullets addressed other issues. This bullet concerned everyday use of NSAIDs by consumers, and it was intended to reassure them. The answer to their question is that it's OK to take these drugs for acute pain, at the ordinary low dose, as long as they don't take the drugs for more than several days. Under those circumstances, any increased CV risk is minimal, if it exists at all.

177.    This intention of bullet number 5 is confirmed by a paragraph on page 13 where almost the same words as in the bullet are used: "low-dose, short-term use . . . for relief of acute pain." The first sentence of the paragraph reads, "Several non-selective NSAIDs are currently available to consumers without a prescription (e.g. ibuprofen, naproxen, ketoprofen)." This use was the focus of concern of the bullet.

M003376498

C.     **Analysis of Protocol 203 Data**

178.    In 2003, about a year before Merck withdrew Vioxx in the wake of the results of the APPROVe study, the company planned a definitive analysis of the CV risks of Vioxx. The analysis, detailed in Protocol 203 dated June 11, 2003, described a meta-analysis of three ongoing or planned studies of Vioxx: APPROVe, a colon polyp recurrence study; VICTOR, a colon cancer therapy study; and VIP, a prostate cancer prevention study.

179.    Merck did not perform the analysis. Vioxx was withdrawn and from the company's viewpoint, the analysis apparently was moot. Still, if the results had been favorable to Vioxx, the company would have had a reason to do it.

180.    However, the data on a sufficient number of patients – treated in these studies before drug withdrawal – has been made available to the plaintiffs in this litigation, and a statistician and an epidemiologist retained by the plaintiffs, both experts in their fields, have analyzed the Protocol 203 data.

181.    Graphical displays of the results of their analysis have been made available to me. The analysis spans 1095 days of Vioxx treatment and shows that excess CV risk attributable to Vioxx, in comparison to placebo, emerges at 10 days of Vioxx treatment. Throughout the rest of the treatment period, the relative hazard due to Vioxx was greater than placebo. Between 10 days and two months, the risk for Vioxx was 2-3 times placebo. At 18 months the risk difference between Vioxx and placebo became statistically significant ($p < 0.05$) and remained significant for the rest of the study.

182.    However, that concept of statistical significance refers to the probability being less than 5% that the results could be due to random chance rather than the treatment. So the absence of significance prior to 18 months does NOT mean that the excess CV risk attributable to Vioxx was absent before 18 months. Indeed, the graphical display, which shows the elevated risk of Vioxx emerging at 10 days and remaining elevated throughout the rest of the study period, implies that the onset of Vioxx risk occurs early in treatment. A recent article in the Canadian Medical Association Journal also suggests early onset of risk. [143]

183.    The FDA did not have the results of the above-described Protocol 203 analysis when the April 6, 2005 memo was written. Indeed, to this day, the agency does not have an analysis of the Protocol 203 data.

D.     **Editorial in *Circulation* May 9, 2006**

184.    In May 2006, Dr. Jerry Avorn, a professor of medicine at Harvard Medical School, published an editorial in the American Heart Association journal *Circulation*. The purpose of the editorial was to contribute to what the author described as a "discussion about how to repair the drug evaluation process." Dr. Avorn commented

M00337649

specifically on the Vioxx case in the editorial. What he wrote in one comment is particularly noteworthy:

> In the case of rofecoxib . . . [t]here were already ample signals in preapproval studies of possibly increased cardiovascular risk and even a documented (and statistically significant) 5-fold increase in myocardial infarctions rates in a trial published soon after marketing began. The problem was not that these risks were not detected early enough; it was that they were not acted on appropriately, by the manufacturer or by the FDA, once they were noted.

## IX.    Conclusions

185.    In June 2005, the New England Journal of Medicine published a commentary by Congressman Henry Waxman, whose committee in Congress held hearings prompted by the history of Vioxx into the occurrence of serious safety issues in association with approved medicines. [18]

186.    Mr. Waxman began by noting that in 2000 the VIGOR study had shown that Vioxx was associated with four times as many myocardial infarctions as naproxen. Yet Vioxx remained on the market for four more years with robust sales eventually exceeding 100 million prescriptions. The committee wanted to understand how this could have happened.

187.    In the commentary, Mr. Waxman focused on marketing practices of pharmaceutical companies and Merck, in particular, which directed its "sales force to provide clinicians with a distorted picture of the relevant scientific evidence."

188.    Merck told sales people not to discuss the VIGOR trial when physicians inquired about it. It created a "Cardiovascular Card" which provided a misleading picture of the evidence on Vioxx.

189.    It required sales representatives to show doctors only scientific study results that provide "solid evidence as to why [doctors] should prescribe Merck products." The company hired medical opinion leaders to speak at medical education meetings to provide favorable views of Merck products. It counseled sales people to use subliminal sales techniques on doctors.

190.    In reviewing documents for my report, I saw examples of the practices Mr. Waxman described. Repeatedly Merck's scientific presentations and press releases distorted the causation of myocardial infarctions and other cardiovascular/thrombotic events, asserting that they were reduced by naproxen rather than caused by Vioxx.

191.    In the end, Merck withdrew Vioxx from the market. A second clinical trial was halted before completion because the data showed an increased risk of serious cardiovascular events, including heart attacks and strokes, in patients taking Vioxx." [17]

M003376500

192.    Prior to the withdrawal, Vioxx's huge sales numbers had shown that the Merck sales force had been successful. The company's effort to convince doctors that Vioxx was safe succeeded. In consequence, it is certain that many patients suffered severe cardiovascular thromboses unnecessarily, and many of those patients died. [16, 0.1, 86]

The opinions herein are expressed to a reasonable degree of certainty, based on generally accepted principles of drug safety, evaluation, and review. As further information becomes available to me, I will revise and add to my opinions as appropriate.

Richard M. Kapit, M.D.

35

M003376501

# APPENDIX -- ENDNOTE REFERENCES

M003376502

# APPENDIX- ENDNOTE REFERENCES

| End Note No. | Document | Author/Source | Date |
|---|---|---|---|
| 0.1 | Timeline: Sequence of events with Vioxx since opening of IND | FDA for Adv Cmte. 2005 | |
| 1.0 | Summary of Benefits and Risks | Merck | 3/26/99 |
| 2.0 | NDA 21-042 Vioxx Osteoarthritis Medical Officers Review EXCERPTS ONLY | M. Villalba, MD, FDA | 5/30/99 |
| 4.1 | Merck to J Bull, Act. Dir, DAAODP | Merck | |
| 5.0 | Cardio-Renal (HFD-110) consult on rofecoxib | S. Targum, MD, HFD-110 | 2/01/01 |
| 6.4 | Cardio-Renal review for package | FDA- S. Targum, MD, HFD-110 | 2/08/01 |
| 7.0 | Warning Letter from FDA to Merck re advertising | FDA- T. W. Abrams, Director, DDMAC | 9/17/01 |
| 15.0 | Interim Review of NDA 21-042 re Alzheimer studies | L. Villalba, MD, FDA | 12/18/04 |
| 16.0 | Article: Risk of acute myocardial infarction and sudden cardiac death wth Use of Cox-2 selective and nonselective NSAIDS | Graham et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. | 2/5/05 |
| 17.0 | Public Health Advisory on W/D of Vioxx | FDA | 9/30/04 |
| 18.0 | The Lessons of Vioxx - Drug Safety and Sales | Henry A Waxman, JD, D.-Calif., in NEJM | 6/23/05 |
| 52.0 | Merck's rejection of FDA label changes | | 11/06/01 |
| 54 | FDA information request re: NDA 21-042/S-007 | NDA 21-042/S-007 VIGOR (Amendment for Labeling) | 11/27/00 |
| 55.0 | FDA information request re: NDA 21-042/S-007 | | 2/14/01 |
| 56.0 | FDA information request re: NDA 21-042/S-007 | | 2/28/01 |
| 57.0 | FDA information request re: NDA 21-042/S-007 | | 3/30/01 |
| 58.0 | Approvable letter for S-007 | | 4/06/01 |
| 59.0 | Email Scolnick->Gilmartin (Merck) | | 1/31/01 |
| 60.0 | Email Reicin -> Nies (Merck) | | 3/28/00 |
| 63.0 | Press Release - Favorable cardiovascular safety profile of | | 5/22/01 |

M003376503

# APPENDIX- ENDNOTE REFERENCES

| End Note No. | Document | Author/Source | Date |
|---|---|---|---|
| | Vioxx | | |
| 71.0 | Tab 78 - Red # 71 on disk | | 8/30/01 |
| 76.0 | Press release of preliminary results of VIGOR | | 3/27/00 |
| 78.0 | Prepared statement of Gilmartin to Senate Cmte on Finance | | 11/18/04 |
| 82.0 | Vioxx: A Scientific Review | E. Scolnick, Vioxx project director at Merck | 1/01/05 |
| 84.0 | Press Release - Merck stands behind the cardiovascular safety profile of Vioxx. | | 8/21/01 |
| Reg 1 | Guidance: Changes to an Approved NDA | FDA CDER | 11/1/99 |
| Reg 2 | Guidance: Changes to an Approved NDA | FDA CDER | 4/1/04 |
| 142.0 | NDA Vol. 1.94 Clinical Sections | Merck | 11/23/98 |
| 145.0 | Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids | Catella-Lawson, F, et al. | 5/1/99 |
| 146.0 | Study 023 CSR, of urinary sodium excretion and other renal parameters. NDA vol 1.115 | Merck | 11/23/98 |
| 158a | Label Proposal | Merck | 3/16/01 |
| 176 | U.S. Long Range Operating Plan | Merck | 7/12/01 |
| 194 | 2001 Profit Plan for Vioxx | Merck | 9/1/00 |

M003376504

# ATTACHMENT A -- CURRICULUM VITAE

M003376505

# CURRICULUM VITAE

*Name:* **Richard M. Kapit, M. D.**
Company: **MD-Writer®, LLC**
*Address:* **P.O. Box 1, Garrett Park, MD 20896**

## CHRONOLOGY OF PROFESSIONAL EXPERIENCE AND EDUCATION

2002-Present    President, MD-Writer, LLC: Research, preparation, and composition of medical and scientific articles for newspapers, magazines, and other publishers; consulting on matters related to pharmaceuticals and their adverse effects.

Consultation on pharmaceutical-associated risks and adverse drug reactions to physicians, lawyers, and companies. Forensic testimony. Consultation and deposition in Baycol litigation, Paxil litigation, Zoloft litigation, and consultation and testimony in South Carolina v. Pittman, North Carolina v. Hall.

1991-2002    Division of Epidemiology, Office of Biostatistics and Epidemiology, Center for Biologics Evaluation and Research, Food and Drug Administration, Rockville, MD 20852

*Medical Officer, GS-15, Therapeutics and Blood Safety Branch: Evaluation and analysis of adverse drug reactions of licensed biological medicines and vaccines.*

Adverse events are received through the MedWatch program and the Vaccine Adverse Event Reporting System (VAERS), the Center's Office of Compliance, the Center's product and clinical reviewers, and the scientific literature. I have reviewed adverse reactions related to interferons, thrombolytics, immunoglobulins, and monoclonal antibodies. For several years, I supervised the work of three adverse event reviewers who analyzed several thousand non-vaccine adverse event reports each year. My work related to vaccines included analysis of adverse events associated with DTP, DTPH, and lot-specific reporting patterns.

Major initiatives:
- Developed system for monitoring and reviewing non-vaccine adverse events, and created and led for three years a team of reviewers for these adverse events.
- Developed system for monitoring lot-specific reporting rates for vaccines.
- Developed methods for comparing adverse event reporting rates among vaccines and completed comparison of DTP and DTPH vaccines.
- Developed vaccine-related tables and procedures for estimating lot consumption.
- Initiated program to develop reference tables describing the Vaccine Adverse Event Reporting System.

M003376506

2

- Developed Quarterly Reports to keep clinical reviewers aware of adverse events reporting in association with their products.
- CBER representative (1995-96) to the International Conference on Harmonization of Requirements for Registration of Pharmaceuticals for Human Use, topic E2. Negotiated with representatives of the European Union and Japan on harmonizing postmarketing surveillance of adverse events related to drugs and biologics.
- Member of CBER's Fraud Policy Working Group (1991-92), I participated in investigations of problematic biologic licensing applications.

<u>1990-1991</u>     Medication Development Division; National Institute on Drug Abuse; Alcohol, Drug Abuse and Mental Health Administration, Rockville, MD 20857.

*Medical Officer, GS-15, Clinical Trials Branch: Development of medications to treat substance abuse.*

- Project officer for the development of buprenorphine, a new opiate-agonist substitution treatment for opiate addiction. Planned buprenorphine development program, designed two clinical trials, including a 400-subject multicenter potentially pivotal dose-comparison efficacy and safety study. Coordinated the work of pharmaceutical manufacturers, investigators, and NIDA staff in executing this project.
- Initiated plans to study a bupropion as a new treatment for cocaine abuse, including allocation of clinical trial resources, and development of clinical trial design.
- Negotiations with several pharmaceutical manufacturers to study proprietary compounds for cocaine abuse.
- Project officer on other contracts and interagency agreements for executing clinical trials of pharmacological agents intended to treat patients with substance abuse disorders.
- Participated in design and initiation of drug abuse research units at the Washington VA Medical Center and at other VA medical facilities.
- Established relationship with Polish medical authorities as part of initiative to establish cooperative research relationships in the drug abuse field with governments of Eastern Europe and the Soviet Union.
- Project officer on survey of U.S. pharmaceutical manufacturers to ascertain nature and amount of research into drugs to treat mental illnesses.

<u>1984-1989</u>     Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, MD 20857.

*Clinical Reviewer, GS-15, Psychopharmacology Group: Medical review of new drug applications.*

Reviewed applications to FDA for new antidepressants, antimanics, neuroleptics, antianxiety

M003376507

agents, and hypnotics. Work included review of new drug applications (NDAs), investigational new drug applications (INDs), and adverse drug experiences.

Reviewed more than 100 IND applications, and regulated the investigational development and/or post-marketing experience of about 50 drugs.

- Medical reviewer of Prozac, first of a new class of antidepressants, the serotonin selective re-uptake blockers.
- Medical reviewer of Clozaril, the first antischizophrenic neuroleptic drug considered uniquely superior in the treatment of chronic schizophrenia.
- Medical reviewer of estazolam, a hypnotic agent. This NDA review was used as a model for new reviewers in the Center for Drug Evaluation and Research.

<u>1980-1984</u>      Forensic psychiatry, private practice, Washington DC and Maryland.

<u>1979-1984</u>      Bureau of forensic psychiatry, Department of Human Services, Government of the District of Columbia, Washington DC 20001.
*Staff Psychiatrist, GS-15: Forensic evaluation and psychiatric treatment.* Performed psychiatric evaluation and treatment of persons involved in the federal and local criminal courts in the District of Columbia.

- Evaluated competency and criminal responsibility of defendants in local and federal criminal trials.
- Evaluated and treated defendants, prisoners, parolees, and probationers.
- Consultation to local board of parole.
- Testified in federal and local courts more than 100 times.

<u>1977-1980</u>      Psychiatrist, in private practice in Northern Virginia.
- Inpatient treatment of psychiatric patients at Fairfax Hospital, Arlington Hospital, and the Dominion Psychiatric Treatment Center.
- Outpatient office in McLean, VA.

<u>1975-1977</u>      Psychiatry Service, Washington Veterans Administration Medical Center, Washington, DC 20457.
*Staff Psychiatrist, GS-15.* Medical officer in charge of inpatient psychiatric unit. Work included charge of an inpatient psychiatric unit, and teaching of residents and medical students from Georgetown, Howard and George Washington Universities.

<u>1975-1977</u>      Department of Psychiatry, Georgetown University School of Medicine, and Department of Psychiatry, George Washington University Medical School Department of Psychiatry.
*Clinical Instructor.* Supervised and taught residents and medical students rotating throught the VA Hospital.

<u>1972-1975</u>      National Institute of Mental Health, Overholser Division of Training and Research, St. Elizabeths Hospital, Washington, DC 20032.
*Resident in Psychiatry.* Training for 3 years in inpatient and outpatient psychiatry, child psychiatry,

M003376508

4

and community mental health. As senior resident, I was in charge of an acute admissions psychiatric service, and supervised 3 first year residents.

<u>1972-1973</u>    National Institute of Mental Health, Overholser Division of Training and Research, St. Elizabeths Hospital, Washington, DC 20032 *Intern.* Medicine, neurology and psychiatry.

<u>1967-1972</u>    New York University School of Medicine, New York, NY 10016. MD degree.

<u>1963-1967</u>    Columbia College, Columbia University, New York, NY 10027. B.A. degree. Major and minor subjects were chemistry and mathematics.

AWARDS
1994 FDA Cash Award
1994 FDA Commendable Service Award
1995 FDA Group Recognition Award for MedWatch

EPIDEMIOLOGY
1994-1996    Johns Hopkins University School of Hygiene and Public Health, Master of Public Health program: Courses in epidemiology, public health, and statistics. 40 credits.

OTHER EDUCATION
2003-2004    University of Maryland, communications major (journalism).
1984-1989    George Washington and American Universities and the Foundation for Advanced Education in the Sciences. Biology, mathematics, statistics and physics.
1977-1979    Washington Psychoanalytic Institute. Psychoanalysis and training analysis.

LICENSE:    Maryland, licensed to practice medicine current and in good standing.

CERTIFICATION:    National Board of Psychiatry and Neurology, 1978.

PROFESSIONAL SOCIETIES:
American Academy of Pharmaceutical Physicians
American College of Clinical Pharmacology
International Society of Pharmacovigilance
International Society of Pharmacoepidemiolgy
Crohn's and Colitis Foundation of America
American Medical Writers Association
D.C. Science Writers Association
FDA Alumni Association

COMMUNITY ORGANIZATIONS:
Past President, Garrett Park Citizens Association; member, Garrett Park Oral History Project; referee, Montgomery County Swim League; member, The Writer's Center, Bethesda, MD.

M003376509

PUBLICATIONS AND PRESENTATIONS

1        Joh TH, Kapit R, Goldstein M. A kinetic study of bovine adrenal tyrosine hydroxylase, *Biochim. Biophys. Acta*, 171:378-80, 11 Feb 1969, Cit. no. 3523766

2        Kapit RM. Schizophrenia and Tardive Dyskinesia: Is schizophrenia also a denervation hypersensitivity?, *Medical Hypotheses*, 3:207-210, Sep-Oct, 1977

3        Shapiro T, Kapit R. Linguistic Negation in Autistic and Normal Children, *J. Psycholing. Research*, 7:337-51, Sep 1978

4        Kapit R. Corporal Punishment and the Court, *Am. J. Orthopsychiatry*, 48:185-86, Jan 1978

5        Prandoni JR, James GC, Kapit RM, Jones JM, Ridley BA. The use of an Interagency Team Approach and Mental Health Referral Criteria to Improve the Effectiveness of Pre-Parole Mental Health Evaluations, *J. Offender Counseling, Services, and Rehabilitation*, 9:5-18, 1985

6        Scribner CL, Kapit RM, Phillips ET, Rickels NM, Aseptic Meningitis and Intravenous Immunoglobulin Therapy, *Annals of Internal Medicine*, 121(4): 305-306 (15 August 1994)

7        Gaines A, Varricchio F, Kapit R, Pierce L. Renal Insufficiency and Failure Associated with Immune Globulin Intravenous Therapy -- United States, 1985-1998, *MMWR Weekly*, 48(24):518-521 (June 25, 1999)

8        Epstein JS, Gaines A, Kapit R, Pierce R, Potter R, Varricchio F. Important Drug Information: Immune Globulin Intravenous (Human), *International Journal of Trauma Nursing*, 5:139-40 (October-December 1999)

Presentations

Phase I Trials: Is It Better to Use Patients or Normal Volunteers? Presented at Joint Meeting, Society for Clinical Trials and International Society for Clinical Biostatistics, Brussels, Belgium, July 8-12, 1991

Association of Thrombolytic Agents and Adverse Embolic Events: A review and evaluation of adverse biologic experience reports. Presented at Annual Meeting, FDA Chapter Sigma Xi, Bethesda, MD, May 21-22, 1992

Components of FDA Monitoring of Adverse Events Reported to the Vaccine Adverse Event Reporting System (VAERS): Quantitative assessment of lot-specific reporting rates at weekly meetings, and monthly scientific meetings. Presented at the Vaccine and Related Biologic Products Advisory Committee, meeting at Rockville, MD, August 24, 1994; and at the Advisory Committee on Childhood Vaccines Meeting at Rockville, MD on September 28, 1994.

Tracking and Evaluating Post-Marketing Adverse Biologic Event Reports at CBER. Presented at PhRMA Education and Research Institute Meeting at Bethesda, MD, October 18, 1994.

Biologic Adverse Event Reporting Programs. Presented at Regulatory Affairs Professionals Society Meeting at Washington, DC, October 24, 1994.

New Developments in Vaccine Safety Monitoring. Presented at the 29th National Immunization Conference, Los Angeles, May 18, 1995.
CBERⅡs New Regulations for Postmarketing Adverse Event Reports. Presented at the PhRMA Education and Research Institute, Washington, DC, June 13, 1995
CBERⅡs Final Rule for Adverse Experience Reporting. A satellite video teleconference sponsored by The Food and Drug Law Institute, Washington, DC, June 15, 1995.

6

Procedures and Plans for Non-Vaccine Adverse Event Review at CBER, at the FDA Epidemiology Workshop: Surveillance Systems & Strategies at FDA, January 23 and 24, 1996, Rockville, MD.

International Conference on Harmonisation (ICH) Initiatives in Postmarketing Surveillance, at the FDA Epidemiology Workshop: Surveillance Systems & Strategies at FDA, January 23 and 24, 1996, Rockville, MD.

International Conference on Harmonisation (ICH) Initiatives in Postmarketing Surveillance, presented at World Health Organization, Annual Meeting of National Pharmacovigilance Centres, September 15-18, 1996, Lisbon, Portugal.

M003376511

# ATTACHMENT B -- RESUME

M003376512

# RESUME OF MEDICAL AND SCIENTIFIC WRITING

Richard M. Kapit, M. D.
MD-Writer®, LLC
P.O. Box 1, Garrett Park, MD 20896
(301) 530-3602
(301) 530-3603 (fax)
kapit@md-writer.com

MD-Writer:

> Freelance medical/science writing since 1997: Research, preparation, and composition of medical and scientific articles for newspapers, magazines, and other publishers; consulting on matters related to pharmaceuticals and their adverse effects.

Remunerated writing (> 20 articles published):

> • More than a dozen news articles on medical developments in the U.S. published in *Australian Doctor*, a newspaper for Australian physicians.

> • *Best Practice of Medicine Report* on treatment of acute psychosis, for Praxis Press.

> • Articles on individual scientists at the National Institute of Arthritis, Muscle, and Skin (NIH), done for the NIAMS website.

> • Articles for the Gale Encyclopedia of Mental Disorders, and the Gale reference Drugs and Controlled Substances: Information for Students.

Clinical reviewer at the U.S. Food and Drug Administration, 1984-2002:

> Author of numerous reports on medical subjects, including analyses of adverse effects of licensed drugs and biological agents. In the late 1980s, I reviewed the New Drug Applications for Prozac, Clozaril, and Prosom, and I authored the Safety Reviews of these drugs.

University of Maryland University College, Communications Major (Journalism), 2003-2005

Memberships in writing organizations:

> American Medical Writers Association
> D.C. Science Writer's Association
> The Writer's Center

M00337651 3

# ATTACHMENT C –
# LIST OF DOCUMENTS REVIEWED

M003376514

## List of Documents Reviewed

| |
|---|
| MRK-ABS0029247 |
| MRK-ABI0003291-ABI0003293 |
| MRK-AAF0002787-AAF0002788 & ACD0085388 -ACD0085390 |
| MRK-ABA0004148-BA0004184 |
| MRK-ABT0003727; ABT0003730-ABT0003865 |
| MRK-ABI0003139 – ABI0003147 |
| MRK-ABW0008822 |
| MRK-AAB0082114 |
| MRK-AAB0082120 |
| MRK-AAX0006209-AAX0006210 |
| MRK-NJ0235253-NJ0235254 |
| MRK-ACV0042342 |
| MRK-NJ0066804-NJ0066827 |
| MRK-ACD011895-ACD011896 |
| MRK-ACD0107518-ACD0107520 |
| MRK-ACD0107514-ACD017517 |
| MRK-ACD006834 |
| MRK-ABX0002309-ABX0002332 |
| MRK-ABW0018150-ABW0018165 |
| MRK-ABS0386009-ABS0386010 |
| MRK-ABI0002269-ABI0002309 |
| MRK-02420000398-02420000403 |
| MRK-ACM0000585-ACM0000593 |
| MRK-AAX0008561-AAX0008581 |
| MRK-GUE0056973-GUE0056981 |
| MRK-GUE0008582-GUE0008583 |
| MRK-ACT0018064 |
| MRK-ACR0009297 |
| MRK-AFJ0001537 |
| MRK-GUE0055263 |
| MRK-ABH0017814 |
| MRK-GUE0003399 |
| MRK-GUE0056507 |
| MRK-ABW0004799 |
| MRK-AAB0082113-AAB0082114 |
| MRK-AAB0082116-AAB0082117 |
| MRK-AAB0082119-AAB0082121 |
| MRK-ABW0001267-ABW0001269 |
| MRK-ABI0003228-ABI0003230 |
| MRK-ABW0000270-ABW0000273 |
| MRK-ABW0001202-ABW0001244 |
| MRK-ABW0001245-ABW0001248 |
| MRK-ABW0001249-ABW0001250 |
| MRK-AFI0000028, AFI0000090, AFI0000099, AFI0000104, AFI0000106, AFI0000112, AFI0000113, AFI0000115, AFI0000130, AFI0000140, AFI0000144, AFI0000145, AFI0000152, AFI0000153, AFI0000154, AFI0000157, AFI0000162, AFI0000170, AFI0000173, AFI0000175, AFI0000176, AFI0000181, AFI0000183, AFI0000184 |
| MRK-ABA0003277-ABA0003284 |

M003376515

## List of Documents Reviewed

| |
|---|
| MRK-NJ0189508-NJ0189509 |
| MRK-ABI0005912-ABI0005915 |
| MRK-AAR0021110 |
| MRK-NJ0209457-NJ0209478 |
| MRK-ABH0015570 |
| MRK-AFJ001537 |
| MRK-ABG0001226-ABG0001243 |
| MRK-NJ0265620-NJ0265656 |
| MRK-ABI0003479-ABI0003481 |
| MRK-AAR0009943-AAR0009963 |
| MRK-NJ0267715-NJ0267777 |
| MRK-ABH0019975 |
| MRK-ABH0019999-ABH0020020 |
| MRK-ACD0078494-ACD0078517 |
| MRK-ABO0000441-ABO0000445 |
| MRK-ACT0009918 |
| MRK-AAD0041209-AAD0041324 |
| MRK-ABT0015886 |
| MRK-ADB0009726-ADB0009728 |
| MRK-ABH0002230-AABH0002231 |
| MRK-ABH0002262-ABH0002266 |
| MRK-AAD0111414 |
| MRK-01420145847-01420145961 |
| MRK-I8940078840-I8940078932 |
| MRK-00420027870-00420027981 |
| MRK-ABS0027177-ABS0027179 |
| MRK-AAF0003685-AAF0003686 |
| MRK-AAF0003723-AAF0003726 |
| MRK-AAF0003831-AAF0003832 |
| MRK-0142099056-01420099059 |
| MRK-ACR0008985 |
| MRK-AFI0020394 |
| MRK-AGZ20672955-AGZ20672956 (hard to read bates numbers, may be wrong) |
| MRK-ABO0001807 |
| MRK-AGZ0026032-AGZ0026038 |
| MRK-ADH0013038 |
| MRK-ABW0003236-ABW0003344 |
| MRK-AAF0004367-AAF0004388 |
| MRK-AFV0041602-AFV0041623 |
| MRK-AFO0048433 |
| MRK-AAF0004103-AAF0004104 |
| The Vioxx Chronicles by J. Paul Sizemore/Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Vioxx (rofecoxib tablets and oral suspension) Label<br>NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014<br>NDA 21-052/S-004, S-005, S-006, S007, S-008, S-009 |
| VIOXX - Excerpts from primary review of NDA 21-042 – Osteoarthritis<br>Vioxx NDA 21-042/21-052 |
| FDA correspondence to Merck (4/11/2002) |
| FDA Standards -- Good Enough for Government Work? by Jerry Avorn, M.D.; N Eng J Med 353;10 |

M003376516

## List of Documents Reviewed

| |
|---|
| U.S. Senate Health and Education Committee Video; http://help.senate.gov/bills/hlh_66_bill.html |
| Review of NDA 21042/s030 (Update of Cardiovascular thrombotic events in Alzheimer's studies 078 and 091) |
| FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product (9/30/04) (www.fda.gov/cder/drug/infopage/vioxx/defau;t.htm) |
| The Lessons of Vioxx – Drug Safety and Sales; The New England Journal of Medicine, Vol. 352:2576, June 23, 2005, Number 25 |
| Title 21-Food and Drugs Chapter 1-Food and Drug Administration Department of Health and Human Services Subchapter C – Drugs: General |
| Depo Cut 10-22-02; 165: 1-15 |
| FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product; 9-30-04 (2pgs) |
| The Merck Manual Excerpts, Sixteenth Edition |
| The Merck Manual Excerpts, Seventeenth Edition |
| Summary of Prepared Testimony Raymond V. Gilmartin November 18, 2004 Before the United States Senate Committee on Finance |
| Merck VIOXX Timeline 1993-2011; Key dates for VIGOR and Long-term, Placebo-conrolled Studies Implemented to Provide Cardiovascular Safety Data; prepared by Merck. |
| Merck Timeline of Epidemiological Studies Involving VIOXX or NSAIDs Jan 2002-August 2004; prepared by Merck |
| Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with VIOXX; Jan Weiner; Mary Elizabeth Basaman; Laura Jordan |
| Medical Officer Review; Division of Anti-inflammatory Analgesic and Ophthalmic Drug; VIOXX (5/19/99) |
| Package Insert 1999; VIOXX (rofecoxib tablets and oral suspension) |
| Package Insert 2002; VIOXX (rofecoxib tablets and oral suspension) |
| Videotaped Confidential Deposition of Edward M. Scolnick (1/30/2003) (hard copy); Circuit Court for Montgomery County, Alabama, Case No. CV 022842-MC |
| Videotaped Deposition of Edward M. Scolnick, M.D. (3/22/05) (hard copy); Carol Ernst, et al v. Merck Co., Inc., et al; Brazoria County, Texas |
| Videotaped Deposition of Edward M. Scolnick, M.D. (4/29/05) (hard copy); Superior Court of New Jersey, Atlantic County, In Re: VIOXX Litigation: Case No. 619, Philip & Cynthia Dipietro, v. Merck & Co., Inc., et al. |
| Continued Videotaped Deposition of Edward M. Scolnick, M.D. (5/17/05) (hard copy); Superior Court of New Jersey, Atlantic County, In Re: VIOXX Litigation: Case No. 619, Philip & Cynthia Dipietro, v. Merck & Co., Inc., et al. |
| Continued Videotaped Deposition of Edward M. Scolnick, M.D. (6/1/05) (hard copy); Superior Court of New Jersey, Atlantic County, In Re: VIOXX Litigation: Case No. 619, Philip & Cynthia Dipietro, v. Merck & Co., Inc., et al. |
| Evaluation for flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction; European Heart Journal (1993) 14, 951-957 |
| Medical Officer Review; Re: Complete Response to Approvable letter for 21-042/S 007 and 21-052/S 004; (End of review date 11/28/01) |
| Sequence of Events with Vioxx, since opening of IND; 12/20/94 – 9/30/04 |
| Warning Letter; 6/27/00; correspondence to Benard J. Kelly/Merck |
| Correspondence to Ellen R. Westrick/Merck; 7/16/99 |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Safety Update report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Amendment to Supplemental New Drug Application, 10/6/00 (1 pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for |

M003376517

## List of Documents Reviewed

| |
|---|
| Information; 12/20/00 (1 pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 12/21/00 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/12/01 (1pg); (Patient Accounting Table) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D /Merck; Response to FDA Request for Information; 1/12/01; providing Interim Cardiovascular Meta-Analysis that was submitted 1/8/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/12/01; Number  (%) of Patients with Serum Creatinine Increase > 25% above baseline (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/12/01; Analysis of LFT Values Exceeding the Limits of Change (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck ; Response to FDA Request for Information; 1/15/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/17/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; Request for Teleconference; 1/19/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/19/01 (1pg), Final response to the agency's request for information from November 27, 2000 |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/19/01 (1pg) (provide cause of protocol deviation for each patient) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/19/01 (1pg) (providing narratives for patients in the ADVANTAGE study who had APTC events) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/23/01 (1pg); (Summary of Pre-Study Glucocorticoid Use in VIGOR) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/25/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; VIOXX Gastrointestinal Outcomes Research Study (VIGOR); Advisory Committee Background Package; Available for Public Disclosure without Redaction; 1/25/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/30/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 1/29/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D , Ph.D./Merck; VIOXX Gastrointestinal Outcomes Research Study (VIGOR); Advisory Committee Background Package; MRL's Main Presentation Slides; 1/30/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; VIOXX Gastrointestinal Outcomes Research Study (VIGOR); Response to FDA Request for Information; 2/1/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; VIOXX Gastrointestinal Outcomes Research Study (VIGOR); Response to FDA Request for Information; 2/2/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D., Ph.D./Merck; Response to FDA Request for Information; 2/1/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D , Ph.D./Merck; VIOXX Gastrointestinal Outcomes Research Study (VIGOR); Response to FDA Request for Information; 2/5/01 (1pg) |
| Correspondence to FDA from Robert E. Silverman, M.D , Ph.D./Merck; Response to FDA Request for Information; 2/6/01 (1pg) |
| MK-0966 CIB; E-37; E. Effects in Humans; 28-Sep-1994; R 09-Dec-1999 |
| Correspondence to physicians; 5/24/00 (4 pgs) |
| Correspondence to David Egilman, M.D.; 8/28/01 (4 pgs) |

M00337651B

## List of Documents Reviewed

| |
|---|
| Cardiovascular Events Associated with Rofecoxib in a Colorectal Chemoprevention Trial (The New England Journal of Medicine 2005; 352) |
| VIOXX: A Scientific Review by Merck (35pgs) |
| Memorandum; April 6, 2005; Subject: Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk |
| FDA Advisory Committee Briefing Document (February 8, 2001) (NDA 21-042, s007 Vioxx Gastrointestinal Safety) |
| Fink and Byrns, 2004. Annals of Family Medicine, 2: 488-93 |
| |
| Deposition and Exhibits of Janet Arrowsmith-Lowe |
| February 16, 17 & 18, 2005 transcripts of the FDA Advisory Committee |
| |
| FDA Advisory Committee background information for February 16, 17 & 18, 2005.  Dated January 13, 2005 and January 21, 2005 |
| |
| Protocol 203 |
| |
| Dr. John Farquhar's report in the Plunkett case |
| April 6, 2005 Memorandum and the FDA Advisory Committee Background Information |
| FDACDER 034122- FDACDER034128 |
| MRK-NJ0000862 - MRK-NJ0000869 |
| MRK-ABC0048699 -- MRK-ABC0048706 |
| MRK-AAX0002413 - MRK-AAX0002420 |
| MRK-NJ0315892 - MRK-NJ0315892 |
| MRK-AHR0009546 |
| MRK-NJ0051533 - MRK-NJ0051534 |
| MRK-NJ0152620 -- MRK-NJ0152623 |
| MRK-ABC0002150 |
| MRK-AE10002734 - MRK-AE10002746 |
| MRK-ABS0113930 -- MRK-ABS0113930 |
| MRK-ABC0002199 - MRK-ABC0002200 |
| MRK-ABK0311068 |
| MRK-ABS0066396 - MRK-ABS0067019 |
| MRK-00420000725 - MRK-00420000767 |
| MRK-ANK0031333 -- MRK-ANK0031334 |
| MRK-I2690002707 to MRK-I2690002759 |
| MRK-AH00126891 |
| MRK-AKC0019753 -- MRK-AKC0019752 |
| MRK-AAO0000073 - MRK-AAO0000118 |
| MRK-ADL0060602 -- MRK-ADL0060607 |
| MRK-NJ0070364 to 0070416 |
| MRK-ACW0002234 --MRK-ACW0002243 |
| MRK-NJ0281966 -- MRK-NJ0281968 |
| MRK-ACD0089129 |
| MRK-AHY0263588 -- MRK-AHY0263615 |
| MRK-AHY0263622 -- MRK-AHY0263624 |
| MRK-AHY0263616 |
| MRK-AGV0113870 --MRK-AGV0113880 |
| MRK-ADG0014840 -- MRK-ADG0014842 |

M003376519

## List of Documents Reviewed

| |
|---|
| MRK-AF10148946 -- MRK-AF10148947 |
| FDACDER 001257 - FDACDER 001267 |
| MRK-ADW0043438 |
| MRK-ADW0043439 -- MRK-ADW0043441 |
| MRK-AF10276232 -- MRK-AF10278250 |
| MRK-01420031266--MRK-01420031268 |
| MRK-AGV0057297 - MRK-AGV0057311 |
| MRK-ACC0011057 -- MRK-ACC0011058 |
| MRK-AF10276232 |
| MRK-AAF0003775 -- MRK-AAF0003776 |
| MRK-NJ0265337 -- MRK-NJ0265337 |
| MRK-ADJ0020162- MRK-ADJ0020183 |
| MRK-AH00167042 --MRK-AH00167044 |
| MRK-AFV0341796 - MRK-AFV0341881 |
| MRK-AAX0000725 to 0000751 |
| MRK-AAX0000752 to 0000776 |
| MRK-AAX0000710 to MRK-AAX0000724 |
| MRK-ACR0009151 - MRK-ACR0009152 |
| MRK-01420099060-MRK-01420099061 |
| MRK-ADB0019480 -- MRK-ADB0019532 |
| MRK-ADO0040848 |
| MRK-ACZ0087205 -- MRK-ACZ0087206 |
| MRK-ABY0030000 to 0030030 |
| MRK-AFI0136847 -- MRK-AFI10136831 |
| MRK-AFI0134945 -- MRK-AFI0134948 |
| MRK-AAF0003986 - MRK-AAF0003988 |
| MRK-NJ0194681-MRKNJ0194682 |
| MRK-AAF0003997 - MRK-AAF0003998 |
| MRK-AAF0004013-  MRK-AAF0004014 |
| MRK-AAF0004045 |
| MRK-AJAO152274 --MRK-AJA0152275 |
| MRK-ACD0075472 -MRK-ACD0075473 |
| MRK-NJ0199449 -- MRK-NJ0199450 |
| MRK-NJ0199459 -- MRK-NJ0199460 |
| MRK-AAF0004126- MRK-AAF0004129 |
| MRK-AGU0006035 -- MRK-AGU0006086 |
| MRK-AAF0004134 -- MRK-AAF0004135 |
| MRK-ADW0003691- MRK-ADW0003703 |
| MRK-AFI0177179 -- MRK-AFI0177237 |
| MRK-ABW0008489 |
| MRK-AAF0004250 |
| MRK-AAF0004251 |
| FDAWEB000637 |
| MRK-AFV0341732 -- MRK-AFV0341732 |
| MRK-AFV0341576 - MRK-AFV0341576 |
| MRK-AAX0009235 - MRK-AAX0009257 |
| MRK-ABW0005449 - MRK-ABW0005475 |
| MRK-01420159561- MRK-01420159658 |
| MRK-ABW0008657 |

M003376520

## List of Documents Reviewed

| |
|---|
| FDACDER 002364 - FDACDER 002385 |
| MRK-ABW0003742 |
| MRK-ABK0493629-MRK-ABK0493649 |
| MRK-AAF0008508 - MRK-AAF0008529 |
| MRK-ADF0048420 - MRK-ADF0048423 |
| MRK-ADY0004501 - MRK-ADY0004513 |
| MRK-ADY0004514 - MRK-ADY0004522 |
| MRK-ADY0004523 - MRK-ADY0004536 |
| MRK-I2690006161 to 0006223 |
| MRK-ABY0121832 - MRK-ABY0121833 |
| MRK-ADM0167791 -- MRK-ADM0167797 |
| MRK-AAD0268576 |
| MRK-AGI0000395 |
| MRK-AF00262446 |
| MRK-ADY0006737, MRK-ANK0001606 |
| MRK-AO0262422 - MRK-AFO0262423 |
| MRK-AF00262435 |
| MRK-ANR0011510 - MRK-ANR0011514 |
| FDACDER 023000 |
| MRK-AJA0097087 - MRK-AJA0097094 |
| MRK-S0420111978 -- MRK-SO420111985 |
| MRK-AFK04246360 |
| MRK-S0420112006 -- MRK-S0420112013 |
| 6 page Merck marketing document " Cardiovascular system : Clinical profile in Osteoarthritis Studies " |
| Appendix A to Defendant's Answers to Interrogatories -- Relates to Interrogatory Nos. 40 (a), et al |
| Selected excerpts from Vols. 1.1, 1.3, 1.53, 1.93, 1.94, 1.115, 1.116 and 1.120 of Vioxx NDA |
| Catella-Lawson et al, Effects of Specific Inhibition of Cyclooxygenase-2 on Sodium Balance, Hemodynamics, and Vasoactive Eicosanoids, 289 JPET 735 (1999) |
| Whelton, Nephrotoxicity of Nonsteroidal Anti-inflammatory Drugs: Physiologic Foundations and Clinical Implications, 106 Am. J. Med. 13S-24S (1999) |
| Whelton, Renal and Related Cardiovascular Effects of Conventional and COX-2 Specific NSAIDs and Non-NSAID Analgesics, 7 Am J. Therap 63 (2000) |
| Curfman et al, Expression of Concern regarding VIGOR article |
| Responses to Expression of Concern Regarding VIGOR study |
| Eular: Osteoarthritis Drug Celebrex (Celecoxib) Less likely to cause increased Pressure than Vioxx (Rofecoxib) -- Article from pslgroup.com |
| June 29, 2000 letter from Dennis Erb to FDA with Attachment |
| ACR: Differentiating Between COX-2 Specific Inhibitors -- Article from pslgroup.com |
| Whelton, Cyclooxygenase-2-Specific Inhibitors and Cardiorenal Function: A Randomized, Controlled Trial of Celecoxib and Rofecoxib in Older Hypertensive Osteoarthritis Patients, 8 Am. J. Therap. 85 |
| White et al, Loss of Blood Pressure Control and Rates of Edema in Older Treated Hypertensive Patients following Administration of the COX-2 Specific Inhibitors Celecoxib vs. Rofecoxib, Poster Session Published in Feb. 2001 J. Am. Coll. Cardiol. |
| Merck Briefing Document for Feb. 2001 Advisory Comm. Mtg. |
| FDA Advisory Committee Background information Presented to Arthritis Advisory Committee (VIGOR Study) in Feb. 2001 |
| MRK AGV0096271 to MRK AGV0096274 |
| Gertz et al, A Comparison of Adverse Renovascular Experiences Among Osteoarthritis Patients Treated with Rofecoxib and Comparator Non-Selective Non-steroidal Anti-inflammatory Agents, 18 Current Med. Res. and |

M00337652T

## List of Documents Reviewed

| |
|---|
| Opinions 82 (2002) |
| Geba et al, Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Osteoarthritis of the Knee - A Randomized Trial, 287 JAMA 64 (2002) |
| White et al, Effects of Celecoxib on Ambulatory Blood pressure in Hypertensive Patients on ACE inhibitors, 39 Hypertension 929 (2002) |
| Frishman et al, Effects of Nonsteriodal Anti-Inflammatory Drug Therapy on Blood Pressure and Peripheral Edema 89 (supp) Am J. Cardiol 18D (2002) |
| Schwartz et al, Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet, 72 Clin. Pharmacol Ther 50 (2002) |
| Qi et al, Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II, 110 J. Clin. Invest. 61 (2002) |
| Whelton, Effects of Celecoxib and Rofecoxib on Blood Pressure and Edema in Patients > or = 65 years of Age with Systematic Hypertention and Osteoarthritis, 90 Am J. Cardiol. 959 (2002) |
| Jan. 31, 2003 Operations Review for Vioxx |
| Department of Health and Human Services regarding "FDA's Review Process for New Drug Applications: A Management Review" |
| November 19, 2004 Deposition Transcript of Dr. Robert E. Silverman |
| Fuster et al, Atherothrombosis and Corornary Artery Disease-2nd Edition (Excerpt) |
| FDA summary minutes for February 16, 17, 18 2005 |
| Background Package for FDA Meeting on the Potential Reintroduction of VIOXX to the US Market -- March 15, 2005 |
| Response of Defendant Merck & Co., Inc. to Plaintiff's Steering Committees First Set of Interrogatories to Defendant Merck & Co., Inc. |
| Excerpt from Anstice Testimony in Humeston trial --Transcript Pages: 1987, 2016, 2017 |
| Excerpt from Reicin Testimony in Humeston trial -- Transcript Pages 3366; 3522-3526 |
| Highlights of Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process Report; www.gao.gov/cgi-bin/getrpt?GAO-06-402 |
| GAO report to Congressional Requesters: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process |
| Curfman et al, Expression of Concern Reaffirmed |
| Trial Testimony of Dr. Alise Reicin in Cona case |
| Lurie et al, Financial Conflict of Interest Disclosure and Voting Patterns at Food and Drug Administration Drug Advisory Committee Meetings, 295 JAMA 1921 (2006). |
| Levesque et al, Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors, 174 CMAJ -- On Line |
| Avorn, Editorial: Evaluating Drug Effects in the Post-Vioxx World : There must be a better Way, 113 Circulation 2173 (2006) |

M003376522