Exhibit A - Barnett Hearing Transcript (Pechmann)

• Smith - Exclude Testimony of Pechmann

[1:] - [2:30]    7/6/2006    Barnett v. Merck Hearing Transcript

• Smith - Exclude Testimony of Pechmann

```
page 1
    ------------------------------------------------ PAGE00001 --------
1                        UNITED STATES DISTRICT COURT
2                        EASTERN DISTRICT OF LOUISIANA
3       ***************************************************************
4       IN RE:  VIOXX PRODUCTS
5          LIABILITY LITIGATION
6                                   MDL DOCKET NO. 1657
7                                   NEW ORLEANS, LOUISIANA
8                                   THURSDAY, JULY 6, 2006, 5:30 P.M.
9       ***************************************************************
10                       TRANSCRIPT OF MOTIONS HEARING
11               HEARD BEFORE THE HONORABLE ELDON E. FALLON
12                       UNITED STATES DISTRICT JUDGE
13      APPEARANCES:
14      FOR THE PLAINTIFF:      HERMAN HERMAN KATZ & COTLAR
15                              BY:  RUSS M. HERMAN, ESQUIRE
16                              201 ST. CHARLES AVENUE, SUITE 4310
17                              NEW ORLEANS, LA 70170
18                              BEASLEY ALLEN CROW METHVIN
19                              PORTIS & MILES
20                              BY:  ANDY D. BIRCHFELD, JR., ESQUIRE
21                                   P. LEIGH O'DELL, ESQUIRE
22                              234 COMMERCE STREET
23                              POST OFFICE BOX 4160
24                              MONTGOMERY, ALABAMA 36103
25                              ROBINSON CALCAGNIE & ROBINSON
26                              BY:  MARK P. ROBINSON, JR., ESQUIRE
27                              620 NEWPORT CENTER DRIVE, 7TH FLOOR
28                              NEWPORT BEACH CA  92660
29                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
30                              BY:  DONALD C. ARBITBLIT, ESQUIRE
31                              EMBARCADERO CENTER WEST
32                              275 BATTERY STREET, SUITE 3000
33                              SAN FRANCISCO, CA  94111-3339
page 2
1                               GAINSBURGH BENJAMIN DAVID MEUNIER AND
2                                    WARSHAUER, LLC
3                               BY:  GERALD E. MEUNIER, ESQUIRE
4                               2800 ENERGY CENTRE
5                               1100 POYDRAS STREET, SUITE 2800
6                               NEW ORLEANS, LOUISIANA  70163-2800
7                               (504)522-2304
8       FOR THE DEFENDANT:      BARTLIT BECK HERMAN
9                               PALENCHAR & SCOTT
10                              BY:  PHILIP S. BECK, ESQUIRE
11                                   ANDREW GOLDMAN, ESQUIRE
12                              54 W. HUBBARD STREET, SUITE 300
13                              CHICAGO, ILLINOIS 60601
14      ALSO PRESENT:           JUSTIN WOODS, ESQUIRE
15                              JEAN PAUL OVERTON, ESQUIRE
16                              DOUG MARVIN, ESQUIRE
17                              ADAM MORTARA, ESQUIRE
18                              KEVIN CALCAGNE, ESQUIRE
19                              LEXI MYER, ESQUIRE
20                              DAWN BARRIOS, ESQUIRE
21                              DREW RANIER, ESQUIRE
22                              TOM KLINE, ESQUIRE
23                              LEONARD DAVIS, ESQUIRE
24                              MONICA GANT MOTON, ESQUIRE
25                              HOLLY WHEELER, ESQUIRE
26                              HAMILTON HILL, ESQUIRE
27      OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
28                                  500 POYDRAS STREET, ROOM B406
29                                  NEW ORLEANS, LOUISIANA 70130
30                                  (504) 589-7779
```

**Exhibit A - Barnett Hearing Transcript (Pechmann)**

**• Smith - Exclude Testimony of Pechmann**
```
             31      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
```

[53:15] - [53:18]   7/6/2006   Barnett v. Merck Hearing Transcript

• Smith - Exclude Testimony of Pechmann

```
page 53
14 adequate warnings that Vioxx posed cardiovascular risks.  That's
15 a real pregnant word, a real complicated word, adequate.  I think
16 for a nonmedical person to say that a medical person was not
17 given adequate warnings, I think that's a reach.  I don't think
18 she's able to testify about that.
19         What Merck knew and when they knew it in a general
```

[54:10] - [54:14]   7/6/2006   Barnett v. Merck Hearing Transcript

• Smith - Exclude Testimony of Pechmann

```
page 54
9  they did it.
10         I think those are fair game, but when she gets into
11 explaining what doctors knew or what warnings should have been
12 given or whether or not they were adequate, even exquisite
13 understanding of the various studies, I don't see her explaining
14 the study; that's out of her field.  So there are some minds that
15 have to be navigated around that testimony, and I'll be receptive
```

[55:11] - [56:24]   7/6/2006   Barnett v. Merck Hearing Transcript

• Smith - Exclude Testimony of Pechmann

```
page 55
10 Merck.
11         THE COURT:  I think that's problematic.
12         MR. BECK:  And all of this stuff about how everything
13 they said was misleading because that's what every single one of
14 the subheadings has, Merck's misleading integrated marketing
15 campaign falsely stated so and so.  So it's one thing if she
16 says, here were the pieces of campaign, they had
17 direct-to-consumer marketing, they had this, they had that, they
18 had the other thing, they kept track.  It's another thing for her
19 to draw the conclusion about what was true and what was false.
20         THE COURT:  I basically agree with that.  I think that
21 that may be admissible from the standpoint of other witnesses.
22 But as to whether or not they were told whether or not they were
23 adequately advised, I think those doctors have to say they
24 weren't adequately advised.  And if they had been adequately
25 advised, they would have done something or other.  I'm not
page 56
1  comfortable with her saying this doctor was not adequately
2  advised.  And I'm not sure about whether she could say this is,
3  this is misleading or not misleading.  She seems to be an expert
4  in misleading advertising, but I don't know whether that, I'm
5  having difficulty taking it out of context and giving you some
6  guidance on it, because it may well be significant in a certain
7  context and not significant in another context.
8          MR. ROBINSON:  Maybe when we call her as a witness, Your
9  Honor, before you and Mr. Beck, what area that I want to get into
10 with misleading.  There are some areas but I don't want to do it
11 now.  We have three more motions.  But I will before putting her
12 on make sure we're all in agreement as to, I understand what the
13 Court is saying.  She can't, you don't want her to get into a
14 state of mind of Dr. Mikola or McCaffrey but I do think there is
15 some, she needs to explain to the jury, you know, why this is
16 misleading marketing.  So I think that there is a balance.
17         THE COURT:  I'll be heads up on the misleading part.  I
18 think I understand what the problem is and I'll focus on it.
19 It's going to be hard for me to address that in writing because I
20 do see it as more of a contextual.
21         MR. BECK:  I don't need it Your Honor, as long as you're
22 alert to it, we don't need it.
```

**Exhibit A - Barnett Hearing Transcript (Pechmann)**

**• Smith - Exclude Testimony of Pechmann**

```
23          THE COURT:  I will focus on it and I will be conscious
24   of it.  I have flagged that.
25          Let's talk about what is it, Moye?
```

[86:1] - [86:10]            7/6/2006      Barnett v. Merck Hearing Transcript

• Smith - Exclude Testimony of Pechmann

```
page 85
24                          *   *
page 86
1                    REPORTER'S CERTIFICATE
2       I, Cathy Pepper, Certified Realtime Reporter, Registered
3    Professional Reporter, Certified Court Reporter, Official Court
4    Reporter, United States District Court, Eastern District of
5    Louisiana, do hereby certify that the foregoing is a true and
6    correct transcript, to the best of my ability and understanding,
7    from the record of the proceedings in the above-entitled and
8    numbered matter.
9                                Cathy Pepper, CCR, RPR, CRR
10                               Official Court Reporter
```

**Exhibit B - 6/26/2006 Grossberg Trial Transcript**

• Smith - Exclude Testimony of Pechmann

| | | |
|---|---|---|
| [:] - [:] | 6/26/2006 | Grossberg Trial - (p. 0565-0651) Hearing (PM) |

```
                         page
                                 SUPERIOR COURT OF THE STATE OF CALIFORNIA
                                        FOR THE COUNTY OF LOS ANGELES
                          DEPARTMENT 324              HON. VICTORIA G. CHANEY, JUDGE
                         COORDINATED PROCEEDING SPECIAL TITLE,)
                         [RULE 1550 (B)]                      ) SUPERIOR COURT
                                                              ) CASE NO. JCCP 4247
                         IN RE VIOXX CASES                    )
                         _____)
                                                              )
                                                              )
                                                              ) CASE NO. BC 327729
                         STEWART GROSSBERG VS.                )
                         MERCK & COMPANY, ET AL.              )
                         _____)
                                   REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS
                                              JUNE 26, 2006
                                               P.M. SESSION
                                    PAGES 565 THROUGH 651, INCLUSIVE
                         APPEARANCES:
                          (AS NOTED ON THE FOLLOWING PAGE.)
                                         LINDA BICHÉ, CSR NO. 3359, RMR, CRR
                                              OFFICIAL REPORTER
                         APPEARANCES:
```

| | | |
|---|---|---|
| [594:27] - [595:15] | 6/26/2006 | Grossberg Trial - (p. 0565-0651) Hearing (PM) |

```
                         page 594
                         26                   FOLLOWING RESERVATIONS.
                         27                       NUMBER ONE, SHE UNDER NO CIRCUMSTANCES IS TO BE
                         28                   ASKED ABOUT POSSIBLE REASONS, MOTIVES, OR THOUGHT PROCESSES
                         page 595
                         1                    WHY MERCK MAY HAVE DONE SOMETHING.
                         2                        I THINK, MR. GIRARDI, AS YOU POINTED OUT, IF YOU
                         3                    CAN'T AT THIS STAGE IN YOUR CAREER CONVINCE A JURY OF THAT,
                         4                    YOU OUGHT TO GO GET ANOTHER JOB, AND I DON'T THINK THAT'S THE
                         5                    CASE.  I SUSPECT YOU CAN.
                         6                        YOU MAY ASK HER IN NEUTRAL TERMS ABOUT MARKETING
                         7                    STRATEGIES EMPLOYED BY MERCK.  GENERAL THEORETICAL MARKETING
                         8                    STRATEGIES, AND THEN TAKE THOSE FROM THERE.
                         9                        YOU CAN ASK HER HYPOTHETICALS.  FOR EXAMPLE, IF
                         10                   YOU WANTED TO MARKET X, Y, Z PRODUCT -- I DON'T MEAN JUST
                         11                   DRUGS, BUT PRODUCT AND YOU KNEW YOU HAD THESE PROBLEMS WITH
                         12                   IT -- AND I ASSUME YOU'RE GOING TO HAVE THAT IN THE
                         13                   EVIDENCE -- HOW WOULD YOU GO ABOUT DOING THAT?
                         14                       AND I THINK THAT WILL GIVE YOU ALL THE
                         15                   INFORMATION THAT YOU NEED TO GET TO A JURY TO GO FROM THERE.
                         16                          MR. GIRARDI:  I UNDERSTAND.
```