# EXHIBIT B

1

# U.S. Long Range Operating Plan

## Franchise: Analgesic & Anti-Inflammatory

### Products: VIOXX®, Etoricoxib

July, 2001

7/12/01

**P1.1135**

Confidential - Subject To Protective Order

MRK-ABI0008659

2

# Analgesic & Anti-inflammatory Background

## Products in Arthritis Franchise

### US Launch Date

| | US Launch Date |
|---|---|
| *VIOXX®* | 6/99 |
| VIOXX Acute Pain | 6/99 |
| Chronic Pain | 3/04 |
| RA | 1/02 |
| RPD | 6/04 |
| Peri-Op Analgesia | 9/04 |
| Migraine - Acute | 6/04 |
| Migraine - Prophylaxis | 12/04 |
| AD (MCI) | 3/05 |
| Colon Cancer | 6/06 |

OP – Redacted – othe product

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008660



*Analgesic and Anti-inflammatory US Market by Major Classes*

**2000: Total Market:** $4.8 Billion

Growth vs. 99: +37%

CAGR (95/00)

+21.9%   Total Market

N/A   Coxibs

-5.7%   Traditional NSAIDs

Source: IMS/MAT 4Q00/MTA
7/12/01

3

Confidential - Subject To Protective Order

MRK-ABI0008661



*Analgesic and Anti-inflammatory Penetration of Coxibs in the US: Market Share - Patient Days*

| | |
|---|---|
| Coxibs | 59% |
| NSAIDs | 41% |
| CELECOXIB | 31% |
| ROFECOXIB | 28% |

7/12/01
Source: IMS 1Q01/MTA

4

Confidential - Subject To Protective Order

MRK-ABI0008662



VIOXX MONHLY SALES PERFORMANCE
May 99 - May 2001

VIOXX Sales History
(Gross $000)

7/12/01

Confidential – Subject To Protective
Order

MRK-ABI0008663



Confidential - Subject To Protective
Order

MRK-ABI0008664

## *Major Assumptions in the LROP*

### Franchise

– Market expansion will continue (CAGR '06:'01: 6.2%)

– Merck will achieve 44.8% TRX market share of Coxib class in 2006

– Coxibs will achieve 51.6% TRX market share of the A&A market in 2006

– Superior GI safety perception maintained for for all coxibs, even when combined with low dose ASA

– CV class labeling will exist in the precautions section for all Coxibs

– No price competition among coxibs

7/12/01

7

Confidential - Subject To Protective Order

MRK-ABI0008665

## *Major Assumptions in the LROP*

### VIOXX®

– VIOXX® perceived to provide more effective pain relief than Celecoxib

– Perception around HT/edema relative to other Coxibs will not worsen

– Valdecoxib perceived to be no more efficacious than VIOXX®

– Chronic pain filing delayed from 4Q00 to 1Q03; RA 1Q01

– VIGOR label change approved in US 4Q01

7/12/01

8

Confidential - Subject To Protective Order

MRK-ABI0008666



OP – Redacted – other product

6

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008667

## Key Success Factors for Merck

### Franchise

**Increase Penetration into the A&A Market**
- Enhance powerful efficacy image vs NSAIDs
- Effectively communicate CV safety profile
- Continue to communicate NSAID related GI risk

**Grow and defend Merck Coxib Share**
- Promote unsurpassed efficacy and safety
- Aggressively resource the Franchise
- Ensure distinct positioning for Merck Coxibs
- Capitalize on competitors' weaknesses

### VIOXX®

- Enhance perception of VIOXX as a powerful pain reliever superior to Celecoxib
- Manage HT/ Edema issues
- Capitalize on launch of new indications

OP – Redacted – other product



10

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008668



*5 Year Business Plan Forecast*
*U.S. Sales ($ MM)*

| 2001 - 2006 |
| Total Market +6.2% CAGR |
| Coxib Class +9.4%CAGR |
| Merck Coxib Sales +6% CAGR |

12

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008669



5 Year Forecast (TRX)

TRx Shares 2006 Coxib class

Merck Coxibs:
VIOXX: 27.4%

Pharmacia Coxibs:
Coxib class: 45%
Celebrex: 24.4%
Valdecoxib: 20.6%

Novartis: 10.2%

13

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008670



OP – Redacted – other product

14

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008671

# Analgesic & Anti-inflammatory
## 5 Year Business Plan Forecast
### Sales & Growth for VIOXX®

U.S. Sales (Constant $ MM) - Growth vs. Previous Year

| | _Sales_ | _Sales Growth_ | _%_ |
|---|---|---|---|
| 2001 | $2,500 | $ 756 | + 43% |
| 2002 | $2,766 | $ 266 | + 11% |
| 2003 | $2,676 | $- 90 | - 3% |
| 2004 | $2,287 | $-389 | - 15% |
| 2005 | $2,181 | $-106 | - 5% |
| 2006 | $1,988 | $-193 | - 9% |

7/12/01

15

Confidential - Subject To Protective Order

MRK-ABI0008672

OP – Redacted – other product

16

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008673



*Analgesic & Anti-Inflammatory*
*Key Sensitivities*
*Upside/Downside Sales Forecast*
*(Constant $ millions)*
VIOXX®

Upside 25% in '06
• CV Labeling Milder;
No Prothrombotic
language +25%

Base
• Class CV Label
Precaution

Downside -50% in'06
• CV Label is
Warning/Not
Precaution -50%

17

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008674



OP – Redacted – other product

18

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008675

*Analgesic & Anti-Inflammatory*
*5 year Forecast Merck Coxib Sales*
*Franchise Gap Analysis*



__Gap Analysis, $-1.5 ('05)__
Market Growth, $-0.3 Bn:
CAGR 9.4% Mayflower vs 6.2% BP

Coxib Penetration, $-1.4 Bn:
81% Mayflower vs 52% BP

Merck Coxib Share, $+.2 Bn:
40% Mayflower vs 45% BP

19

7/12/01

Confidential – Subject To Protective Order

MRK-ABI0008676

Penetration Rate of Coxibs Into the A&A Market Influenced by Patients at CV Risk, Impact of VIGOR and CLASS, and Managed Care Actions

Confidential - Subject To Protective Order

MRK-ABI0008677



# Analgesic & Anti-Inflammatory
## 5 year Forecast
### VIOXX Gap Analysis

**Gap Analysis, +0.5 Bn, cumulative**

- Higher VIOXX Trend/Weaker Etoricoxib Analogy in BP vs Mayflower, cumulative impact (estimate), $+2.7 Bn

- All coxibs have a prothrombotic precaution in the label, cumulative, $-2.6 Bn

- Delay in etoricoxib launch, $+0.4 Bn

21

—♦— 2001 BP
—■— 2000 Mayflower

3000
2500
2000
1500
1000
500
0

2001  2002  2003  2004  2005  2006

7/12/01

Confidential - Subject To Protective Order

MRK-ABI0008678



OP – Redacted – other product

22

7/12/01

Confidential - Subject To Protective
Order

MRK-ABI0008679



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008680

# Product Contribution
## VIOXX®

| Constant | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | 1,615.3 | 2,233.0 | 2,444.9 | 2,516.6 | 1,944.2 | 1,924.6 | 1,664.6 |
| Product Sales | 1,764.6 | 2,496.0 | 2,758.0 | 2,676.8 | 2,217.3 | 2,161.0 | 1,897.0 |
| Medco Utility / Rebates | (16.0) | (16.4) | (16.0) | (22.7) | (23.6) | (26.8) | (24.9) |
| Mall/Retail Uplift | (1.0) | 14.6 | 16.0 | 13.1 | 11.7 | 11.2 | 6.6 |
| Genl Rebates | (16.1) | (30.0) | (31.0) | (35.0) | (35.0) | (30.0) | (45.4) |
| Rebates/Discounts : | | | | | | | |
| Cash Discounts | (111.6) | (228.6) | (305.2) | (335.9) | (319.4) | (329.7) | (314.2) |
| Rebates/Chargebacks | (27.0) | (59.1) | (42.4) | (40.0) | (33.4) | (31.5) | (20.7) |
| | (83.9) | (169.4) | (262.8) | (296.0) | (286.0) | (298.2) | (307.6) |
| Other Revenue : | | | | | | | |
| **Product Cost** | | | | | | | |
| Standard Cost | 28.6 | 49.3 | 54.6 | 50.7 | 45.1 | 49.8 | 42.6 |
| Royalty Expense | 21.6 | 26.4 | 29.0 | 27.4 | 23.6 | 22.8 | 21.3 |
| Medco Pharmacy Markup | | | | | | | |
| Other | 7.1 | 23.0 | 25.6 | 23.3 | 21.4 | 20.0 | 21.2 |
| **Total Expenses** | 872.0 | 924.3 | 975.7 | 797.0 | 713.3 | 690.4 | 596.5 |
| PSG Budget : | | | | | | | |
| Promotion Related | 347.9 | 309.4 | 390.3 | 357.0 | 339.0 | 316.0 | 269.9 |
| Medical Education | 341.6 | 302.4 | 203.0 | 305.0 | 320.0 | 305.0 | 270.0 |
| Samples | 74.7 | 92.0 | 45.1 | 60.6 | 79.7 | 76.9 | 73.6 |
| DTC | 30.9 | 24.9 | 28.0 | 27.0 | 21.6 | 21.6 | 10.7 |
| Clinical Development | 120.1 | 111.0 | 106.0 | 134.0 | 100.3 | 99.9 | 91.9 |
| All Other | 31.3 | 11.7 | 12.0 | 22.7 | 20.4 | 19.7 | 15.2 |
| External Alliances | 60.5 | 62.5 | 91.9 | 63.7 | 69.3 | 60.1 | 77.0 |
| Business Groups | 2.6 | 0.2 | 4.3 | 5.2 | 6.1 | 7.1 | 8.0 |
| Telerx Expenses | 2.6 | 3.6 | 3.9 | 3.0 | 3.9 | 3.9 | 3.9 |
| Other PSG Budget | | | | | | | |
| **Controllable Income** | 1,239.0 | 1,073.3 | 2,099.8 | 1,899.1 | 1,559.1 | 1,454.0 | 1,054.3 |
| MC Direct Admin Fees | 0.6 | 15.3 | 25.4 | 26.0 | 29.5 | 33.0 | 30.0 |
| Sales and Managed Care | 263.6 | 317.9 | 329.0 | 318.0 | 321.7 | 307.9 | 344.9 |
| OER Billing | 190.1 | 312.0 | 244.0 | 216.6 | 260.3 | 244.0 | 286.6 |
| Specialty Sales Group | 17.4 | 32.0 | 13.8 | 13.6 | 13.8 | 13.6 | 13.7 |
| National HSAs | 5.3 | 12.0 | 7.3 | 4.4 | 3.7 | 3.7 | 3.7 |
| Sales/MC Support & Training | 54.2 | 61.0 | 60.3 | 52.3 | 51.0 | 45.5 | 48.6 |
| Sales and Managed Care Indirect | 0.6 | | | | | | |
| Total Vertical Specialty Sales Force | | | | | | | |
| Total Hospital Sales Force | | | | | | | |
| Medas | 30.7 | 30.1 | 20.1 | 21.1 | 20.6 | 20.6 | 20.6 |
| Marketing Services | 10.8 | 11.1 | 9.2 | 4.1 | 7.1 | 9.4 | 11.7 |
| General Admin | 2.7 | 2.5 | 2.4 | 2.4 | 2.0 | 0.4 | 2.4 |
| Unidentified Cuts | 0.4 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Appraisal Unidentified | | | | | | | |
| Miscellaneous Credits | | | | | | | |
| **Operating Income** | 915.9 | 1,466.0 | 1,714.3 | 1,559.1 | 1,185.7 | 1,060.4 | 895.6 |

Confidential - Subject To Protective Order

7/12/01

MRK-ABI0008681



OP – Redacted – other product

Confidential - Subject To Protective
Order

MRK-ABI0008682

# Analgesic & Anti-Inflammatory
## Summary/Conclusions

In 2006, USHH will achieve $3.3 billion in sales with a TRX market share of 44.8% provided that we:

### Franchise

- Continue to establish the efficacy of Coxibs
- Manage CV issues
- Minimize the impact of new competition

### VIOXX®

- Achieve VIOXX 2001 EA sales target
- Defend/grow VIOXX share vs celecoxib
- Manage HT/edema issue
- Minimize cannibalization by Etoricoxib
- Launch new indications

OP – Redacted – other product

Confidential – Subject To Protective Order

MRK-ABI0008683