**Exhibit A - 6/09/06 Zipes Deposition Excerpts (Atherosclerosis)**

• **Smith - Atherosclerosis**

[1:1] - [1:24]          6/9/2006      Zipes, Douglas (Barnett)

```
page 1
     0001
 1                     UNITED STATES DISTRICT COURT
 2                     EASTERN DISTRICT OF LOUISIANA
 3
 4       In re:  VIOXX                   )
         PRODUCTS LIABILITY LITIGATION  ) MDL Docket No. 1657
 5                                        )
         This document relates to        ) Section L
 6                                        )
         GERALD BARNETT,                  ) Judge Fallon
 7                                        )
                       Plaintiff,         ) Civil Action No.
 8                                        ) 2:06cv485
                   vs                     )
 9                                        )
         MERCK & CO., INC.,               )
10                                        )
                       Defendant.         )
11       _____)
12
13
14
15             DEPOSITION OF DOUGLAS P. ZIPES, M.D.
16                   Newport Beach, California
17                    Friday, June 9, 2006
18
19
20
21
22       Reported by:
23       DIANA JANNIERE
         CSR NO. 10034
24       LA JOB No. 918528
         PHIL JOB No. 2211
25
```

[85:17] - [86:15]          6/9/2006      Zipes, Douglas (Barnett)

```
page 85
16 he wasn't aware of all of the literature.
17       Q    What studies, sir, do you say demonstrates that
18 Vioxx causes atherosclerosis or acceleration of
19 atherosclerosis?
20            MR. ROBINSON:  Go to your notes.  It is not a
   memory test.
21
22 BY MR. GOLDMAN:
23       Q    I just want you to tell me the studies.  I
24 don't want you to tell me what their findings are.
25            I just want you to tell me what studies in
page 86
 1 animals or in humans you say show that Vioxx causes
 2 atherosclerosis or a progression of atherosclerosis?
 3       A    We can start with two clinical studies that I
 4 think are extremely supportive and those are the
 5 long-term APPROVe and 078 --
 6       Q    What else?
 7       A    -- because they had intention to treat so --
 8 you don't want me to go into that?
 9       Q    Right.  Just identify the studies.
10       A    Okay.  Egan, Rudic, Kobayashi, Grosser, Chang,
11 Bulut -- excuse me, the latter may not relate to
12 artherosclerosis.
13            The one by Bulut relates to the PGI-2 having a
14 vasodilatory effect.
15            Review article by Antman.  Review article by
16 Fitzgerald.  The Rott/Epstein article, an article by
```

**Exhibit A - 6/09/06 Zipes Deposition Excerpts (Atherosclerosis)**

• **Smith - Atherosclerosis**

[87:25] - [88:6]                6/9/2006      Zipes, Douglas (Barnett)

```
page 87
24  they are not, you can tell me.
25          Am I right that one opinion that you plan to
page 88
1   give is that Vioxx causes heart attacks; right?
2       A    Yes.
3       Q    Another is that Vioxx is the only conceivable
4   cause of Mr. Barnett's heart attack by accelerating the
5   progression of his atherosclerosis?
6       A    Yes.
7       Q    Vioxx caused Mr. Barnett you say to suffer
```

[99:15] - [100:2]               6/9/2006      Zipes, Douglas (Barnett)

```
page 99
14      A    I am not.
15      Q    Are you aware of any studies in animals or
16  humans that suggest that Vioxx does not cause
17  atherosclerosis or its progression?
18      A    Yes.
19      Q    Like what?
20      A    One is by Oates.  And they suggested that it
21  may be the timing as well as the duration of COX-2
22  inhibition that might affect the development of
23  atherosclerosis.
24      Q    Are there other animal or human studies, sir,
25  other than Oates that suggests that Vioxx does not cause
page 100
1   atherosclerosis or its progression?
2       A    Yes, I can't really cite them to you, but yes.
3       Q    Did you include those in your report?
```

[102:2] - [102:20]              6/9/2006      Zipes, Douglas (Barnett)

```
page 102
1   BY MR. GOLDMAN:
2       Q    Yes.  What evidence in the VIGOR study actually
3   showed that Vioxx increased the progression of
4   atherosclerosis in the patients of that study?
5       A    They developed infarcts.
6       Q    Is that the only way?
7       A    Well, they did not have serial stress tests or
8   angiograms, so that would be one way.  In that
9   particular trial, they had a 5- to 1 infarct ratio
10  between Vioxx and Naproxen.  So --
11      Q    And you think -- I'm sorry.
12      A    So there is no other explanation really other
13  than there is an increase in atherosclerosis.  And the
14  process that goes on to plaque rupture, thrombosis, et
15  cetera.
16      Q    Are you aware of any article, sir, that
17  interpreted the VIGOR results and said the reason for
18  the difference in heart attacks was because Vioxx
19  increases the progression of atherosclerosis?
20      A    I don't know if they stated it in that fashion.
21      Q    How much of an increased risk for heart attack
```

[104:15] - [108:8]              6/9/2006      Zipes, Douglas (Barnett)

```
page 104
14  indeed had those kinds of blood pressure changes.
15      Q    Is it your opinion that Vioxx continued to
16  accelerate the plaque in Mr. Barnett's arteries after he
17  had his heart attack?
18      A    Absolutely.
19      Q    What is your basis for that?
20      A    At the July '03 stress test, Mr. Barnett had no
21  fixed lesion, no wall motion abnormality, and an area of
```

**Exhibit A - 6/09/06 Zipes Deposition Excerpts (Atherosclerosis)**

• **Smith - Atherosclerosis**

```
22   apical or mild lateral decrease in the fusion.
23        On May 2nd, 2006, Mr. Barnett now has an area
24   of fixed defect with anterior wall ischemia, wall motion
25   abnormalities.  And by echo -- which is the first echo
page 105
1    that he has had, so we don't have comparisons -- he has
2    got significant scar and wall motion abnormalities.
3         He has got left atrial enlargement.  He has got
4    a right ventricular pressure that is borderline
5    elevated.  He has got right ventricular systolic
6    dysfunction.  And by the CT angiogram and occluded
7    graft -- vein graft and new lesions in his right
8    coronary artery, that were not seen in the
9    catheterization on September 9, 2002, so he has
10   significantly advanced coronary atherosclerosis with
11   mild cardial scar since his heart attack -- since his Q
12   wave heart attack.
13       Q    Have you finished telling me the basis for why
14   you think Mr. Barnett -- Mr. Barnett's atherosclerosis
15   progressed because of Vioxx after his heart attack?
16       A    No, I am not finished.
17        He has reduced exercise tolerance in that he
18   walks 9 1/2 minutes versus the 14 and 15 minutes he was
19   able to do on prior stress tests.
20        He has abnormal left ventricular relaxation
21   which is diastolic dysfunction by echo.  So the echo
22   report shows left circumflex wall motion abnormalities,
23   right coronary wall motion abnormalities; abnormal left
24   ventricular diastolic dysfunction; left atrial
25   enlargement; right ventricular systolic pressure 30- to
page 106
1    35, that I mentioned earlier; and then the significant
2    wall motion abnormalities of hypokinesia in the
3    mid-lateral and basal lateral left ventricle, severe
4    hypokinesia in the basal posterior and basal anterior
5    walls of his ventricle.
6         So he has significant myocardial and coronary
7    disease that has advanced from his myocardial infarction
8    in September of '02.
9        Q    Are you finished now telling me the basis?
10       A    I think so.
11       Q    Why do you think that Vioxx caused all of what
12   you just described and how is it that Vioxx would have
13   done that between July of 2003 and May of 2006?
14       A    We need to start back in January of 2000.
15   Because in January of 2000 -- January 24 -- Mr. Barnett
16   has a stress test and he walked 15 minutes on that
17   stress test.  He has by Cardiolite a mild area of
18   lateral ischemia.
19        And that is his only abnormality.  He has no
20   chest pain.  He has no ECG changes.  He has excellent
21   exercise tolerance.  He has normal blood pressure and
22   heart rate response, which tells me that he has mild
23   atherosclerosis and a risk assessment at that time by
24   multiple parameters.
25        And there are several equations that I actually
page 107
1    plugged him into, which showed that he has a risk of
2    myocardial infarction of 4 to 6 percent over 10 years.
3    So, at that time, he has got mild coronary disease
4    probably affecting one vessel.
5         In 32 months, he ends up with six vessel
6    coronary atherosclerosis and mild cardial infarction.
7    And from that time until May of '06, he now has
8    significant wall motion abnormalities -- all of the
9    things that I just told you -- and that is accelerated
10   atherosclerosis.
11        In an individual, who has total lipid control
12   from the time he starts Lipitor, which is his major risk
13   factor -- we can argue about family history and whether
14   it played a role or not -- but his major risk factor is
15   elevated lipids and that is under total control.  There
```

Exhibit A - 6/09/06 Zipes Deposition Excerpts (Atherosclerosis)

• Smith - Atherosclerosis

```
16  is no other explanation for his accelerated
17  atherosclerosis than Vioxx.
18          Now, he stops Vioxx in September of '04.  We
19  now know from the APPROVe trial follow-up and from 078,
20  that article, that individuals exposed to Vioxx continue
21  to be at risk following cessation of Vioxx.
22          The only way to explain that which was
23  suggested by Merck's consultant Fitzgerald, who said you
24  ought to look at the follow up of the APPROVe trial, is
25  to say that Vioxx has anatomically altered the coronary
page 108
1   arteries by causing atherosclerosis.
2           And therefore, even stopping the drug, if it
3   indeed does do what Fitzgerald suggested, would show
4   increased risk following stopping the drug.
5           And then, in addition, Mr. Barnett takes Vioxx
6   for two years after his mild cardioinfarction.  This, to
7   me, is absolute proof that Vioxx has caused the
8   accelerated atherosclerosis.
9       Q   Did Mr. Barnett during the time he took Vioxx
```

[268:1] - [268:20]          6/9/2006          Zipes, Douglas (Barnett)

```
page 267
25
page 268
1           I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3           That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11          I further certify that I am neither
12  financially interested in the action nor a relative or
13  employee of any attorney of any of the parties.
14          IN WITNESS WHEREOF, I have this date
15  subscribed my name.
16
17
            Dated:  _____
18
19              _____
                    Diana Janniere
20                  CSR No. 10034
21
```

*GARY E SANDER, M.D., PH.D., F.A.C.C., F.A.H.A.*
*CARDIOVASCULAR DISEASES*

1237 BEVERLY GARDEN DRIVE
METAIRIE, LA 70002
504-835-7019(F), 504-458-5717 (C)
gsande3@cox.net

July 10, 2006

Mr. James L. Wright
Attorney at Law
Watts Law Firm
One Congress Plaza
111 Congress, Suite 1010
Austin, TX 78701

RE:  *Robert Garry Smith*

Dear Mr. Wright:

I am board certified by the American Board of Internal Medicine in Internal Medicine and Cardiovascular Diseases as well. I hold fellowship status with the American College of Physicians, American College of Cardiology, the American College of Chest Physicians, and the American Heart Association, and membership in such related organizations as the American Society of Hypertension, the Heart Failure Society of America, the Southern Society of Clinical Investigation, and the American Society of Pharmacology and Experimental Therapeutics. I am also designated as a Specialist in Clinical Hypertension by the American Society of Hypertension. I serve as a Physician Advisor for the Louisiana Health Care Review, Inc, which is the peer review organization for CMS in Louisiana. In my present positions as Professor of Medicine in the Sections of Cardiology at Louisiana State University Health Sciences Center and Adjunct Professor at Tulane University Health Sciences Center in New Orleans, I supervise medicine house staff and cardiology fellows in the practice of cardiology. I also maintain

Medical Report Robert Garry Smith
July 10, 2006

a private cardiology practice with Canal Street Cardiology Associates in New Orleans. I have authored over 100 publications dealing with various aspects of Cardiovascular Medicine, and have taught and lectured extensively in these areas as well.   My qualifications and experience are more specifically listed in the attached curriculum vitae. My knowledge, training, and experience have made me extremely familiar with the issues concerning use and toxicity of NSAID and COX-2 drugs; I estimate that I have spent over 100 hours, not specifically related to VIOXX litigation cases, reviewing, writing, and presenting topics related to these issues. A comprehensive list of articles and materials that I have reviewed is attached.  I am also very familiar with medicolegal proceedings; a list of my depositions and court appearances is also attached.

It is well established that heart disease represents a very major epidemiological problem in the United States, such that the NIH as well as the pharmaceutical industry have expended billions of dollars in an attempt to better understand the pathophysiological mechanisms driving these cardiovascular events and trying to develop more effective treatments and prevention measures.   While much of the causation of cardiovascular events can be related to the presence of risk factors including dsylipidemias, cigarette smoking, hypertension, and diabetes, it is clear that additional factors, including increases in blood pressure and increases in the activation and aggregation of blood platelets, together with impairment of the cardiovascular system's ability for autoregulation and defense, can play substantial roles in the development of cardiovascular events. One of the major breakthroughs in clinical pharmacology has been the demonstration of the effectiveness of aspirin in both preventing as well as reducing

2

Medical Report Robert Garry Smith
July 10, 2006

the severity of ongoing cardiovascular events, especially myocardial infarction. Aspirin produces its effects by interfering with the activation and aggregation of blood platelets, an event that occurs in response to vascular tissue injury and in turn results in activation of blood clotting factors and then clot formation, often leading to vascular obstruction and tissue injury, such as myocardial infarction. This has highlighted the importance of blood platelets in modulating the extent of tissue injury and repair, and led to the development of additional drugs, such as Plavix and GpIIb-IIIa inhibitors, as even better platelet inhibitors and therapeutic agents. Thus it is not surprising that drugs that increase platelet aggregation, such as the potent COX-2 inhibitor VIOXX, have been demonstrated to increase the number of cardiovascular events; nor should it be surprising that this increase in events would be more apparent in patients with pre-existing atherosclerosis, who already have vascular obstructive disease and are at greater risk for subsequent events augmented by platelet aggregation.

The cyclooxygenase (COX) system functions to produce a family of prostanoids, including $PGD_2$, $PGE_2$, $PGF_{2\alpha}$ (prostacyclin), and $TxA_2$ (thromboxane), which modulate a variety of biological functions. In this system arachidonic acid is generated from membrane-bound phospholipids by the enzyme phospholipase $A_2$. Cyclooxygenase–1 (COX-1) is a constitutive (present normally) enzyme that produces prostaglandins that mediate gastrointestinal mucosal integrity, platelet aggregation, and renal function. Cyclooxygenase-2 (COX-2) is an inducible enzyme that contributes to inflammatory responses and carcinogenesis. However, COX-2 is constitutive in kidney and brain, and both COX-1 and COX-2 are expressed at sites inflammation. COX-2 is unregulated in

3

Medical Report Robert Garry Smith
July 10, 2006

high renin states, such as salt depletion, ACE inhibition and angiotensin receptor blockade, and renovascular hypertension. Importantly, COX-1 catalyzes the conversion of arachidonic acid to $TxA_2$ and $PGI_2$, prostaglandins that play a critical role in platelet–vessel wall interactions. $TxA_2$, the major product of blood platelet COX-1, is a vasoconstrictor and plays an important role in platelet aggregation. $PGI_2$, mainly produced by the endothelium, is a potent vasodilator and antiplatelet factor; an increase in the concentration of $TxA_2$ relative to that of $PGI_2$ results in a prothrombotic of hypercoaguable state.

Aspirin acetylates and irreversibly inhibits COX-1; nonsteroidal anti-inflammatory drugs (NSAIDs) variably and reversibly inhibit both COX-1 and COX-2 activity. COXIBS are relatively selective COX-2 inhibitors, with rofecoxib more selective than celecoxib. Although it was previously thought that COX-1 was responsible for $PGI_2$ production in normal endothelial cells it is now apparent that COX-2 also contributes significantly to $PGI_2$ biosynthesis in humans. COX-2 inhibitors, by selectively reducing endothelial $PGI_2$ production, appear to cause unopposed $TxA_2$ activity and thus lead to a prothrombotic state. Furthermore, at least in certain animal models, interruption of $PGI_2$ accelerates the development and progression of atherosclerosis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between $TxA_2$ and $PGI_2$ and thus increase the risk of atherosclerosis, thrombogenesis, and the risk of cardiovascular complications. This critically important interaction between platelet activation and aggregation, represented by $TxA_2$, and the integrity of vascular defense mechanisms, represented by $PGI_2$, is

4

Medical Report Robert Garry Smith
July 10, 2006

illustrated in the attached figure from Dr. Antman's peer-reviewed and published article. (*Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation2005;112(5):759 - 70.*)

Mechanisms within the kidney are also vitally important.   Prostaglandins modulate microvascular hemodynamics, tubular salt and water reabsorption, and renin release.  $PGE_2$ decreases tubular $Na^+$ reabsorption. $PGI_2$ stimulates renin release, in turn stimulating aldosterone secretion and an increased $K^+$ secretion at the distal nephron. $PGI_2$ is also a potent vasodilator that preserves renal perfusion in conditions associated with decreased actual or effective circulating volume.  Reduction in $PGI_2$ may lead to hyperkalemia and even acute renal failure. Under physiologic conditions COX-2 appears to be the dominant contributor to $Na^+$, $Cl^-$, and water homeostasis. Thus a reduction in renal production of $PGE_2$ may result in $Na^+$ and water retention with resultant edema, increase in blood pressure, and potentially congestive heart failure.

Thus potent COX-2 inhibitors such as VIOXX can increase blood pressure and blood coagulability; the increased blood pressure will increase shear stress forces in such blood vessels as the coronary arteries, thus increasing the risk of vulnerable plaque rupture, then increasing the likelihood of platelet activation and aggregation (clumping), leading to activation of blood protein coagulation factors, blood clot formation, arterial obstruction, and finally acute coronary syndromes including stroke and myocardial infarction.

Clinical data now clearly indicate that these mechanisms are operative in increasing the rate of cardiovascular events in humans; recognition of these data has led

5

Medical Report Robert Garry Smith
July 10, 2006

Merck to withdraw VIOXX from the market. Examination of clinical trials such as Merck 090, VIGOR, and ADVANTAGE have demonstrated that cardiovascular event rates can increase at least as early as 4 to 6 weeks after initiating VIOXX treatment. The APPROVe Trial was a long-term, multi-center, randomized, placebo-controlled, double blind trial designed to determine the effect of three years of treatment with rofecoxib (25 mg daily) on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colonic adenomas but no cardiac history. A total of 46 rofecoxib patients had a confirmed thrombotic event (1.50 events per 100 patient-years), compared to 0.78 events per 100 patient-years on placebo, representing a relative risk for thrombotic events of 1.92 (95% CI 1.19 to 3.11, p=0.008). Although it was this trial that led to the withdrawal of VIOXX, several other trials and combined or meta-analyses have indicated an even higher relative risk. Although Merck's position from APPROVe was that the relative risk of VIOXX-induced events only became apparent after 18 months of therapy, further data analysis now indicates that the risk appears to have occurred throughout the trial. Interestingly,  the cumulative incidence of thrombotic events and the cumulative incidence of congestive heart failure, pulmonary edema, or cardiac failure began to separate as early as 6 months into the trial (rofecoxib vs placebo p = 0.004). Thus time on drug no longer seems to be an issue in the causation of cardiovascular events.

I have reviewed the following medical records detailing Mr. Smith's claims that VIOXX contributed substantially to his myocardial infarction:

1.  Robert G.Smith's deposition, dated June 15, 2006;

2.  Dr. Daniel J. Courtade's deposition, dated June 22, 2006;

6

Medical Report Robert Garry Smith
July 10, 2006

3.  Amended Plaintiff Profile Form;

4.  Medical chronology;

5.  Dr. Daniel J. Courtade's records ;

6.  St. Luke's Hospital records for MI treatment;

7.  St. Elizabeth's Medical Center MI treatment records;

8.  St. Elizabeth's Medical Center comprehensive treatment records;

9.  Patient First Physicians Group records;

10. Hand Surgery Specialists Northern Kentucky records;

11. CVS Pharmacy records;

12. Wal-Mart records;

13. Greater Cincinnati Orthopedic records;

14. Dr. Michael A. Grefer/Commonwealth Orthopedic Center records;

15. Dr. Courtade's angiograms including ventriculogram and stenting (CD-ROM).

By way of brief review of Mr. Smith's medical history, he was free of clinical evidence of cardiovascular disease until the time of his myocardial infarction on February 17, 2003. Treatment with VIOXX had been initiated on October 2, 2002. Although it is unclear as to the exact number of tablets that he had received, it is documented on the St. Elizabeth Interdisciplinary Data Base Form that was completed by nursing staff on February 17, 2003, that he had taken VIOXX on the day of his presentation with acute myocardial infarction. It is important to note that Mr. Smith was not aware of the possible adverse effects of VIOXX at this time. Mr. Smith suffered an acute inferoposterolateral and probable right ventricular myocardial infarction, documented

7

Medical Report Robert Garry Smith
July 10, 2006

both by electrocardiogram and elevation of cardiac enzyme levels in his blood.
Fortunately, he received early thrombolytic treatment at St. Luke's Hospital, followed by
emergency angioplasty at St. Elizabeth's Hospital, thus limiting the extent of myocardial
damage. Dr. Courtade did document a wall motion abnormality by ventriculography.
Although he classified this myocardial infarction as non-transmural, in fact an
electrocardiogram recorded on March 11, 2004, at Patient First over one year after his
myocardial infarction, showed marked left axis deviation together with tall R and T
waves in lead $V_1$, indicative of an inferoposterior transmural scar. I find no
documentation of any cardiac imaging performed since February 2003 that would suggest
that this electrocardiographic finding does not represent transmural myocardial scarring.
Thus, Mr. Smith has suffered a myocardial infarction, the residual of which is **at least** an
increased risk of future cardiovascular events and the psychological burden of having
suffered a heart attack.

There is clinical evidence to suggest that Mr. Smith may have had pre-existing
cardiovascular disease, thus putting him at even greater risk for VIOXX-related
cardiovascular complications. Dr. Sommerkamp, a hand surgeon, evaluated Mr. Smith on
September 6, 2000, for hand osteoarthritis. In his medical record, he states that X-rays of
Mr. Smith's hands revealed vascular wall calcifications in his left radial and right radial
and ulnar arteries. Dr. Sommerkamp proceeded to recommend that Mr. Smith be
screened for cardiovascular risks factors. The subsequent screening yielded evidence of
increased body mass index and a mild dyslipidemia, with HDL of 39 mg/dL, LDL of 140
mg/dL, and triglycerides of 219 mg/dL. The target HDL should have been greater than 40

8

Medical Report Robert Garry Smith
July 10, 2006

mg/dL, the triglycerides less than 150 mg/dL, and the LDL probably less than 130 mg/dL.
Blood pressures were quite variable, which I believe indicates lack of precision in the way
that these pressures were recorded.   As an example, the two recorded pressures
immediately prior to initiation of VIOXX were 120/82 mm Hg on May 1, 2002, and
120/92 mm Hg on August 26, 2002, with no reason for a 12 mm Hg difference in
diastolic blood pressure other than lack of appropriate precision in recordings.  In fact,
sitting blood pressure recordings for the previous two years had been 136/84 mm Hg,
130/90 mm Hg, 136/90 mm Hg, 120/70 mm Hg, and 130/92 mm Hg.  Mr. Smith also
took medication for erectile dysfunction; erectile dysfunction is often indicative of
cardiovascular disease.  He did have a family of history of ischemic heart disease in a
paternal uncle and a younger brother, but it is difficult to fully understand the significance
of this particular risk factor without further information about these individuals (cigarette
smoking, etc).  Very importantly, Mr. Smith had no evidence of diabetes or even glucose
intolerance and no cigarette smoking history, and had maintained a very active lifestyle,
including aerobic workouts.  Such activity was ultimately limited by his knee pain, but he
was at least walking and playing golf until the time of knee surgery on October 30, 2002.

Mr. Smith's myocardial infarction occurred in the context of unusually intense
physical exertion – shoveling snow in freezing temperatures, followed by a shower.  In
my opinion, Mr. Smith's clinical situation was one in which VIOXX would be expected
to substantially contribute to the final myocardial event.  The issues at play here are not
only the stress of physical exertion, but also the confounding effects of vasoconstriction
due to cold, followed by vasodilatation during the shower.  This combination would result

9

Medical Report Robert Garry Smith
July 10, 2006

in increased blood pressure (superimposed upon his baseline at least borderline hypertensive state) and coronary blood flow, **markedly** increasing shear stress in his coronary arteries and leading to rupture of a previously non-hemodynamically significant atherosclerotic plaque with resultant platelet aggregation and clot formation. This interaction then produced coronary artery occlusion and acute myocardial infarction; in fact, a clot was visible in the right coronary artery during angiography. In such circumstances the **normally protective** effect of $PGI_2$ in antagonizing platelet aggregation would be reduced or absent due to VIOXX effect, and the both the likelihood of plaque rupture and the extent of clot formation leading to coronary occlusion would be greatly enhanced.

In further support of this pathophysiological mechanism, the medical records do suggest that Mr. Smith's blood pressures, particularly his systolic blood pressure, did increase after starting VIOXX, as evidenced by systolic blood pressure recordings of 154 mm Hg on October 30, 2002, 148-160 mm Hg in the PACU after knee arthroplasty on the same date, and 167 mm Hg at presentation on February 17, 2002. Importantly, further data analysis from APPROVe has suggested that any systolic blood pressure excursion above 160 mm Hg is associated with an even greater increase in myocardial infarction rate relative to placebo control. It is critical to understand that it is the systolic blood pressure that is more closely related to cardiovascular events than is the diastolic blood pressure. At the time of his discharge from the hospital, Mr. Smith was specifically instructed as to "No VIOXX;" his lipid status was assessed during hospitalization and not felt to require specific pharmacologic treatment.

10

Medical Report Robert Garry Smith
July 10, 2006

It is my opinion, that, more likely than not, VIOXX contributed substantially to the development of Mr. Smith's coronary occlusion and myocardial infarction on February 17, 2002, principally by inhibiting the potential protective effects of $PGI_2$ generation in antagonizing the platelet aggregating effect of unopposed $TxA_2$ in a clinical situation of increased risk of a myocardial event; again I would refer to Dr. Antman's diagram in explaining this interaction. VIOXX induced increases in blood pressure, superimposed upon already borderline hypertension, contributed to increased coronary artery sheer stress and plaque rupture. Furthermore, VIOXX may well have also contributed to the progression of atherosclerosis at the right coronary site.

Please feel free to contact me if you will need further information from me concerning this report. Thank you.

Sincerely,

Gary E. Sander, M.D., Ph.D., F.A.C.C., F.A.H.A.
Adjunct Professor of Medicine, Section of Cardiology
Tulane University Health Sciences Center

11

Medical Report Robert Garry Smith
July 10, 2006



Illustration 1. The consequences of COX-2 inhibition upon the levels of the thrombotic thromboxane $TXA_2$ and the protective prostacyclin $PGI_2$. From Antman EM, DeMets D, Loscalzo J. *Cyclooxygenase inhibition and cardiovascular risk.* Circulation 2005; 112(5):759-70.

Exhibit C - 02/16/06 Plunkett Trial Transcript (Atherosclerosis)

• Smith - Atherosclerosis

[2056:1] - [2057:1]      2/16/2006      Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler

```
page 2056
       2056
1                      UNITED STATES DISTRICT COURT
2                      EASTERN DISTRICT OF LOUISIANA
3
4
5
       IN RE: VIOXX PRODUCTS        *
6      LIABILITY LITIGATION         *    MDL DOCKET NO. 1657
                                     *
7                                    *
       THIS DOCUMENT RELATES TO      *    NEW ORLEANS, LOUISIANA
8      CASE NO. 05-4046:             *
                                     *
9      EVELYN IRVIN PLUNKETT, ET AL  *    FEBRUARY 16, 2006
                                     *
10     VERSUS                        *
                                     *    8:30 A.M.
11     MERCK & CO., INC.             *
       * * * * * * * * * * * * * *
12
13
                      VOLUME IX - DAILY COPY
14                     JURY TRIAL BEFORE THE
                      HONORABLE ELDON E. FALLON
15                  UNITED STATES DISTRICT JUDGE
16
17     APPEARANCES:
18
       FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
19                                     PORTIS & MILES
                                   BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                      LEIGH O'DELL, ESQ.
                                   234 COMMERCE STREET
21                                 POST OFFICE BOX 4160
                                   MONTGOMERY, ALABAMA 36103
22
23     FOR THE PLAINTIFF:           LEVIN, PAPANTONIO, THOMAS,
                                     MITCHELL, ECHSNER & PROCTOR
24                                 BY:  TROY RAFFERTY, ESQ.
                                   316 SOUTH BAYLEN STREET, SUITE 600
25                                 PENSACOLA, FLORIDA 32502
page 2057
1      APPEARANCES, (CONTINUED):
2
```

[2262:11] - [2263:2]      2/16/2006      Plunkett II Trial - v.09 - Reicin, A-Lowe, SchirmerA, Wheeler

```
page 2262
10     HAVE GONE IN A BAG AND THEY WOULD HAVE STAYED IN HIS DESK.
11           MR. BECK:  YOUR HONOR, AT THIS TIME WE HAVE A
12     STIPULATION, IF YOUR HONOR COULD EXPLAIN WHAT THAT IS TO THE
13     JURY BEFORE I DO.
14           THE COURT:  OFTENTIMES, MEMBERS OF THE JURY, IN ORDER
15     TO SHORTEN THE TRIAL FOR YOU, RATHER THAN PUT ON EVIDENCE OR
16     RATHER THAN DISCUSS ISSUES WHICH ARE NOT PART OF THE CASE, THE
17     PARTIES WILL GET TOGETHER AND AGREE THAT IF A WITNESS WAS
18     CALLED THIS IS WHAT THEY WOULD SAY, OR AN ISSUE IS NO LONGER
19     RELEVANT IN THE CASE OR IS NOT IN THE CASE.  THAT'S A
20     STIPULATION.  YOU ARE TO ASSUME THAT THAT IS A FACT.  ONCE IT'S
21     STIPULATED TO BY AND BETWEEN COUNSEL, YOU ASSUME THAT IS A
22     FACT.
23           MR. BECK:  YOUR HONOR, THE STIPULATION IS THAT THE
24     PARTIES HAVE AGREED THAT VIOXX DID NOT CAUSE PLAQUE FORMATION
25     IN MR. IRVIN.
page 2263
1            THE COURT:  ARE YOU AGREEABLE WITH THAT STIPULATION?
2            MR. BIRCHFIELD:  YES.
```

**Exhibit C - 02/16/06 Plunkett Trial Transcript (Atherosclerosis)**

**• Smith - Atherosclerosis**

```
          3                    MR. BECK:  YOUR HONOR, OUR NEXT AND LAST WITNESS IS
```

Exhibit D - 03/14/06 Cona-McDarby Transcript (Atherosclerosis)

• Smith - Atherosclerosis

[1024:1] - [1024:25]      3/14/2006      Cona-McDarby Trial

```
page 1024
     1024
  1                              SUPERIOR COURT OF NEW JERSEY
                                 ATLANTIC COUNTY/CIVIL DIVISION
  2        ----------------------------x
           THOMAS CONA AND JOYCE CONA,    DOCKET NO. ATL-L-3553-05MT
  3                    PLAINTIFFS,
                    VS.
  4        MERCK & CO.,INC.,
                    DEFENDANT.
  5        ----------------------------x
           JOHN MCDARBY,              DOCKET NO. ATL-L-1296-05MT
  6                    PLAINTIFF,
                    VS.
  7        MERCK & CO., INC.,              - TRIAL -
                    DEFENDANT.
  8        --------------------------x
                    PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
  9                         1201 BACHARACH BOULEVARD
                            ATLANTIC CITY, NJ 08401
 10
                    DATE:   March 14, 2006
 11
           B E F O R E:
 12            THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
 13        TRANSCRIPT ORDERED BY:
               W. MARK LANIER, ESQUIRE
 14            CHRISTY D. JONES, ESQUIRE
           A P P E A R A N C E S:
 15
               W. MARK LANIER, ESQUIRE
 16            THE LANIER FIRM
               JERRY KRISTAL, ESQUIRE
 17            ROBERT GORDON, ESQUIRE
               WEITZ & LUXENBERG
 18                ATTORNEYS FOR PLAINTIFFS CONA & McDARBY
 19            CHRISTY D. JONES, ESQUIRE
               BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
 20            KEVIN J. DUNNE, ESQUIRE
               SEDGWICK, DETERT, MORAN & ARNOLD, LLP
 21            MICHAEL BROCK, ESQUIRE
               HOPE FRIEWALD, ESQUIRE
 22            DECHERT, LLP
                   ATTORNEYS FOR THE DEFENDANT
 23            *       *       *       *       *       *       *
                            REGINA A. TELL, CSR-CRR-RPR
 24                         OFFICIAL COURT REPORTER
                            1201 BACHARACH BOULEVARD
 25                         ATLANTIC CITY, NJ  08401
page 1025
  1
```

[1182:13] - [1183:14]      3/14/2006      Cona-McDarby Trial

```
page 1182
 12   about atherosclerosis.
 13            And the reason I'm not allowing it is because
 14   there is basically a prejudicial versus probative
 15   analysis, and even though it is probative on supporting
 16   his opinion, it could I think, be admissible for that,
 17   I think it would be extremely prejudicial to allow him
 18   to say that it is possible that it has increased
 19   atherosclerosis because it doesn't carry that position
 20   because on damages that would suggest -- could suggest
 21   to the jury if they accepted that or believed that that
 22   somehow they could use it to determine that, in fact,
 23   VIOXX caused atherosclerosis as opposed to causing a
 24   heart attack, and that there is an atherosclerotic
```

**Exhibit D - 03/14/06 Cona-McDarby Transcript (Atherosclerosis)**

• **Smith - Atherosclerosis**

```
            25   condition that Mr. Cona now has which was either -- and
     page 1183
             1   counsel for plaintiff has assured me they weren't, he
             2   wasn't going to say it was only from that -- but it had
             3   been increased or worsened as a result of the taking of
             4   VIOXX.  And I'm not going to allow that testimony.  I
             5   think that would be extremely prejudicial and I think
             6   it would be not something that I could deal with a
             7   curative instruction.  Not a curative instruction, but
             8   an instruction that it is being admitted for one
             9   purpose and not the other.
            10            Therefore, I'm not going to allow the
            11   testimony by the expert, and I'm instructing him not to
            12   speak about that it is possible or biologically
            13   plausible that VIOXX can be, in fact, causing
            14   atherosclerosis.  All right?
            15            We'll proceed.  You have talked to your
```

[1270:1] - [1270:25]        3/14/2006    Cona-McDarby Trial

```
     page 1269
            25
     page 1270
             1              C E R T I F I C A T I O N
             2
             3
             4      I, REGINA A. TELL, C.S.R., R.P.R., C.R.R., License
             5   Number 30X100161000, an Official Court Reporter in and
             6   for the State of New Jersey, do hereby certify the
             7   foregoing to be prepared in full compliance with the
             8
             9   current Transcript Format for Judicial Proceedings and
            10
            11   is a true and accurate compressed transcript to the
            12
            13   best of my knowledge and ability.
            14
            15
            16
            17
            18
            19
            20
            21   _____03-15-06
            22   Regina A. Tell, CSR-RPR-CRR
            23   Official Court Reporter
            24   Atlantic County Courthouse
            25   Mays Landing, New Jersey
```

Exhibit E - 8/05/06 Barnett Trial Transcript (Atherosclerosis)


• Smith - Atherosclerosis


[1149:1] - [1150:1]        8/5/2006        Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
page 1149
      1149
 1                        UNITED STATES DISTRICT COURT
 2                        EASTERN DISTRICT OF LOUISIANA
 3
 4
 5        IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
          LIABILITY LITIGATION         *
 6                                      *
                                        *
 7        THIS DOCUMENT RELATES TO      *   AUGUST 5, 2006, 8:30 A.M.
                                        *
 8                                      *
          GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
 9          & CO., INC.                 *
          * * * * * * * * * * * * * *
10
11
                          VOLUME VI
12                   JURY TRIAL BEFORE THE
                    HONORABLE ELDON E. FALLON
13                UNITED STATES DISTRICT JUDGE
14
          APPEARANCES:
15
16        FOR THE PLAINTIFF:           ROBINSON, CALCAGNIE & ROBINSON
                                       BY:  MARK P. ROBINSON JR., ESQ.
17                                     620 NEWPORT CENTER DRIVE
                                       NEWPORT BEACH, CALIFORNIA 92660
18
19        FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                                         PORTIS & MILES
20                                     BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                       234 COMMERCE STREET
21                                     POST OFFICE BOX 4160
                                       MONTGOMERY, ALABAMA 36103
22
23        FOR THE DEFENDANT:           BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
24                                     BY:  PHILIP S. BECK, ESQ.
                                             ANDREW L. GOLDMAN, ESQ.
25                                     54 W. HUBBARD STREET, SUITE 300
                                       CHICAGO, ILLINOIS 60601
page 1150
 1
          OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
```


[1224:9] - [1225:14]        8/5/2006        Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
page 1224
 8        A.   I GOT IT.
 9        Q.   YOU SAY, "MOREOVER, OUR RESULTS MAY BE MODEL, THERAPY
10   DURATION, AND DRUG-SPECIFIC."  LET'S STOP THERE.  WHAT DO YOU
11   MEAN WHEN YOU SAY THE RESULTS IN YOUR STUDY MIGHT BE
12   MODEL-SPECIFIC?
13        A.   WELL, AS WE'VE TALKED ALL ALONG, A MOUSE PROVIDES
14   IMPORTANT CLUES AND IMPORTANT EVIDENCE OF CONCEPTS, BUT IT
15   DOESN'T PROVIDE PROOF, IT'S CONCEIVABLE THAT WHAT WE FIND IN A
16   GIVEN MOUSE MODEL MAY NOT BE APPLICABLE TO PATIENTS.
17        Q.   IS IT ALSO TRUE THAT WHAT YOU FIND IN ONE PARTICULAR MOUSE
18   MODEL MAY NOT BE FOUND IN ANOTHER TYPE OF MOUSE MODEL?
19        A.   THAT'S CORRECT.
20        Q.   OR A DIFFERENT TYPE OF ANIMAL MODEL?
21        A.   THAT'S CORRECT.
22        Q.   WHAT DO YOU MEAN BY, "OUR RESULTS MAY BE THERAPY
23   DURATION-SPECIFIC"?
24        A.   WELL, IF YOU GIVE THE DRUG FOR A DAY OR IF YOU GIVE IT FOR
25   A YEAR, THE EFFECTS MAY BE VERY DIFFERENT AND EVERYTHING IN
```

**Exhibit E - 8/05/06 Barnett Trial Transcript (Atherosclerosis)**

• **Smith - Atherosclerosis**

page 1225

1    BETWEEN.  I MEAN, IT'S SPECULATION, AND ANYTHING MIGHT BE
2    POSSIBLE.
3    Q.   ARE YOU AWARE OF OTHER MICE STUDIES THAT DID STUDY THE
4    EFFECT OF MF-TRICYCLIC AND VIOXX AND OTHER COX-2 INHIBITORS FOR
5    A LONGER PERIOD OF TIME THAN YOUR STUDY AND FOUND EITHER THAT
6    THERE WAS NO EFFECT ON THE SIZE OF THE ATHEROSCLEROTIC PLAQUE
7    OR THAT THE COX-2 INHIBITOR ACTUALLY REDUCED THE SIZE OF THE
8    PLAQUE?
9    A.   YES.
10   Q.   I THINK YOUR STATEMENT ABOUT "OUR RESULTS MAY BE
11   DRUG-SPECIFIC" IS SELF-EXPLANATORY.  I ASSUME THAT MEANS THAT
12   WHAT YOU SEE WITH MF-TRICYCLIC MAY NOT BE SEEN WITH CELEBREX OR
13   VIOXX OR ANOTHER MOLECULE?
14   A.   RIGHT.
15   Q.   THEN YOU TALK ABOUT THE PRATICO ARTICLE.  *FOR EXAMPLE,

[1232:5] - [1232:21]   8/5/2006   Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

page 1232

4    ATHEROSCLEROSIS.
5    Q.   IS IT FAIR TO SAY, DR. EPSTEIN, THAT THE FINDINGS OF YOUR
6    STUDY, WHILE THEY MAY BE RELEVANT TO MICE IN THE EARLY STAGES
7    OF ATHEROSCLEROSIS, MAY NOT BE RELEVANT WHEN YOU'RE TALKING
8    ABOUT ADVANCED ATHEROSCLEROSIS?
9    A.   THAT'S ABSOLUTELY TRUE.
10   Q.   JUST BECAUSE, IN YOUR STUDY, THERE WAS A FINDING OF MICE
11   AFTER THREE WEEKS OF DOSING THAT MF-TRICYCLIC INCREASED THE
12   SIZE OF THE ATHEROSCLEROTIC PLAQUE DOESN'T MEAN THAT
13   MF-TRICYCLIC, OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER,
14   NECESSARILY ACCELERATES THE PROGRESSION OF EXISTING
15   ATHEROSCLEROSIS?
16   A.   THAT'S CORRECT.
17   Q.   NOR DO THE FINDINGS IN YOUR STUDY MEAN THAT MF-TRICYCLIC,
18   OR ANY OTHER COX-2 INHIBITOR, FOR THAT MATTER, INCREASED THE
19   LIKELIHOOD OF PLAQUE RUPTURE AT THAT STAGE OF ATHEROSCLEROSIS;
20   TRUE?
21   A.   THIS STUDY DOES NOT INVESTIGATE THAT PARTICULAR POINT.
22   Q.   YOU DIDN'T SUGGEST IN THIS PAPER AT ALL THAT, BECAUSE OF

**Exhibit F - 8/08/06 Barnett Trial Transcript (Atherosclerosis)**

• **Smith - Atherosclerosis**

[1571:1] - [1572:1]        8/8/2006        Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1571
       1571
       1                          UNITED STATES DISTRICT COURT
       2                          EASTERN DISTRICT OF LOUISIANA
       3
       4
       5      IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
              LIABILITY LITIGATION          *
       6                                    *
                                            *
       7      THIS DOCUMENT RELATES TO      *   AUGUST 8, 2006, 8:30 A.M.
                                            *
       8                                    *
              GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
       9      & CO., INC.                   *
              * * * * * * * * * * * * * * *
      10
      11
                              VOLUME VIII
      12              JURY TRIAL BEFORE THE
                      HONORABLE ELDON E. FALLON
      13          UNITED STATES DISTRICT JUDGE
      14
              APPEARANCES:
      15
      16      FOR THE PLAINTIFF:           ROBINSON, CALCAGNIE & ROBINSON
                                           BY:  MARK P. ROBINSON JR., ESQ.
      17                                   620 NEWPORT CENTER DRIVE
                                           NEWPORT BEACH, CALIFORNIA 92660
      18
      19      FOR THE PLAINTIFF:           BEASLEY ALLEN CROW METHVIN
                                             PORTIS & MILES
      20                                   BY:  ANDY D. BIRCHFELD JR., ESQ.
                                           234 COMMERCE STREET
      21                                   POST OFFICE BOX 4160
                                           MONTGOMERY, ALABAMA 36103
      22
      23      FOR THE DEFENDANT:           BARTLIT BECK HERMAN
                                             PALENCHAR & SCOTT
      24                                   BY:  PHILIP S. BECK, ESQ.
                                               ANDREW L. GOLDMAN, ESQ.
      25                                   54 W. HUBBARD STREET, SUITE 300
                                           CHICAGO, ILLINOIS 60601
page 1572
       1
              OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
```

[1796:14] - [1796:20]        8/8/2006        Barnett Trial v.08 (pages 1571-1802) (Barnett,G, Zipes)

```
page 1796
      13      ADVISORY PANEL 32-TO-ZERO VOTE THAT --
      14      Q.   I'M GOING TO GET TO THE ADVISORY PANEL, I PROMISE, DOCTOR,
      15      BUT I'M REALLY ASKING YOU ABOUT THIS ARTICLE NOW.  AM I RIGHT
      16      THAT THE ARTICLE THAT YOU CITED SAID THAT, THE MICE STUDIES,
      17      SOME OF THEM SHOW THAT COX-2 INHIBITORS WORSEN THE COURSE OF
      18      ATHEROSCLEROSIS, SOME OF THEM SHOW THAT THEY RETARD THE COURSE,
      19      WHICH MEANS THEY SLOW DOWN THE GROWTH OF PLAQUE --
      20      A.   YES, SIR.
      21      Q.   -- AND SOME OF THEM SAY THEY DON'T MAKE ANY DIFFERENCE AT
```

**Exhibit G - 10/18/05 Benedict Lucchesi Deposition Excerpts**

• **Smith - Atherosclerosis**

[1:1] - [1:24]       10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 1
1               UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF LOUISIANA
3
4    In re:  VIOXX
5    PRODUCTS LIABILITY LITIGATION
6
7    This document relates to
8
9    EVELYN IRVIN PLUNKETT, As Personal
10   Representative of the Estate of RICHARD
11   IRVIN, JR.,
12              Plaintiff,
13     vs.              MDL Docket No. 1657
14                      Section L
15                      JUDGE FALLON
16                      MAGISTRATE JUDGE KNOWLES
17   MERCK & CO., INC.,
18              Defendant,
19                              /
20   PAGE 1 TO 341
21
22
23      THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.,
24           OCTOBER 18, 2005
25
```

[319:15] - [319:18]     10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 319
14  because in animals that are specially treated with high
15  lipid diets to form athero -- atherosclerosis as we see
16  it in animals is not the same as you see it in humans.
17  They don't form the kinds of plaques that humans form,
18  particularly in the coronary vascular bed.  Most of
19  those plaques involve the aorta.  And particularly in a
```

[340:1] - [340:25]     10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 339
25
page 340
1               CERTIFICATE OF NOTARY
2
3    STATE OF MICHIGAN  )
4                      ) SS
5    COUNTY OF OAKLAND  )
6       I, Cynthia Ann Chyla, Certified Shorthand
7    Reporter, a Notary Public in and for the above county
8    and state, do hereby certify that the above deposition
9    was taken before me at the time and place hereinbefore
10   set forth; that the witness was by me first duly sworn
11   to testify to the truth, and nothing but the truth,
12   that the foregoing questions asked and answers made by
13   the witness were duly recorded by me stenographically
14   and reduced to computer transcription; that this is a
15   true, full and correct transcript of my stenographic
16   notes so taken; and that I am not related to, nor of
17   counsel to either party nor interested in the event of
18   this cause.
19
20
21              _____
22              Cynthia Ann Chyla, CSR-0092
23              Notary Public,
24              Oakland County, Michigan
25   My Commission expires:  05-12-2011
```

Exhibit G - 10/18/05 Benedict Lucchesi Deposition Excerpts

**• Smith - Atherosclerosis**

```
page 341
1                         INDEX TO EXAMINATIONS
```