Exhibit A - Grefer Deposition Excerpts

• **Smith - Short Term Use Motion**

[1:] - [1:25]        6/29/2006    Grefer, Michael A. (Discovery Deposition)

```
                     page 1
                     ------------------------------------------------------------ PAGE00001 --------
                     1                        UNITED STATES DISTRICT COURT
                     2                        EASTERN DISTRICT OF LOUISIANA
                     3           - - - - - - - - - - - - - - -
                     4           ROBERT G. SMITH               :
                     5                                         :
                     6                    Plaintiff,           :
                     7               vs.                       : Case No. 2:05-CV-04379
                     8                                         :
                     9           MERCK & CO., INC.             :
                    10                                         :   DISCOVERY DEPOSITION
                    11                    Defendant.           :
                    12           - - - - - - - - - - - - - - -
                    13                    Deposition of:  MICHAEL A. GREFER, M.D.
                    14                    Taken:          By the Defendant
                    15                                    Pursuant to notice & subpoena
                    16                    Date:           Thursday, June 29, 2006
                    17                    Time:           Commencing at 9:11 AM
                    18                    Place:          Commonwealth Orthopaedic
                    19                                    Center
                    20                                    200 South Hill Medical Center
                    21                                    525 Alexandria Pike
                    22                                    Southgate, Kentucky  41071
                    23                    Before:         Luke T. Lavin, RDR, CRR
                    24                                    Notary Public - Commonwealth
                    25                                    of Kentucky
```

[44:19] - [44:25]    6/29/2006    Grefer, Michael A. (Discovery Deposition)

```
                     page 44
                    19              Q.    You also noted on 10/2 that samples
                    20    were given.
                    21              A.    Yes.
                    22              Q.    Can you tell us what it says about
                    23    samples?
                    24              A.    It says "Samples Vioxx 50 milligrams,
                    25    Samples Vioxx 25 milligrams."
```

[46:6] - [46:21]     6/29/2006    Grefer, Michael A. (Discovery Deposition)

```
                     page 46
                    6               Q.    Would you -- generally, would this
                    7     generally have been, you know, less than a week's
                    8     supply?
                    9                     MR. WRIGHT:  Object to the form.
                    10              A.    Usually.  Usually, yes, sir.
                    11              Q.    If you'd given more than that, would
                    12    that have been unusual?
                    13                    MR. WRIGHT:  Object to the form.
                    14              A.    Well, actually, what I usually do is I
                    15    go over and I -- and I grab them some, so -- but it's
                    16    usually less than four or five packs.  But it would
                    17    have been unusual had I given him a lot, yes, sir.
                    18              Q.    And do you recall how these came,
                    19    these samples, the 25 milligram?
                    20              A.    I think they were in the two blister
                    21    packs, also.
```

[46:22] - [47:3]     6/29/2006    Grefer, Michael A. (Discovery Deposition)

```
                     page 46
                    22              Q.    Okay.  If you'd go ahead and just look
                    23    down Exhibit Number 3, and can you tell us when else
```

**Exhibit A - Grefer Deposition Excerpts**

- **Smith - Short Term Use Motion**

```
                  24  Vioxx was prescribed or samples given, at least from
                  25  this record?
                  page 47
                  1            A.   It looks like Vioxx was prescribed on
                  2   December the 9th of 2002.  30 were given with one a
                  3   day, no refills.
```

[47:19] - [47:23]         6/29/2006   Grefer, Michael A. (Discovery Deposition)

```
                  page 47
                  19           Q.   And then again on December 9th he
                  20  received another 30-day supply?
                  21           A.   Correct.
                  22           Q.   With no refills?
                  23           A.   Right.
```

[96:1] - [96:26]          6/29/2006   Grefer, Michael A. (Discovery Deposition)

```
                  page 96
                  1             C E R T I F I C A T E
                  2   COMMONWEALTH OF KENTUCKY:
                  3                        SS:
                  4   COUNTY    OF     CAMPBELL:
                  5       I, Luke  T.  Lavin, a duly qualified and commis-
                  6   sioned  notary  public in and for the Commonwealth of
                  7   Kentucky, do hereby certify that prior to the giving
                  8   of  his  deposition, the  within   named Michael  A.
                  9   Grefer, M.D., was  by me first  duly sworn to testify
                  10  the  truth, the  whole  truth, and  nothing but  the
                  11  truth; that the foregoing pages constitute a true and
                  12  correct  transcript of  testimony given  at said time
                  13  and place  by said deponent; that said deposition was
                  14  taken  by me  in stenotypy  and transcribed  under my
                  15  supervision; that  I am  neither a  relative of  nor
                  16  attorney  for any of  the parties to this litigation,
                  17  nor relative of nor employee of any of their counsel,
                  18  and have no interest whatsoever in the result of this
                  19  litigation.
                  20       IN WITNESS WHEREOF, I  hereunto set my hand  and
                  21  official  seal  of office, at  Cincinnati, Ohio, this
                  22  1st day of July 2006.
                  23                        _____
                  24                        Luke T. Lavin, RDR-CRR, Notary
                  25                        Public, Commonwealth of Kentucky
                  26  My commission expires:
```

Exhibit B - Smith Deposition Excerpts

• **Smith - Short Term Use Motion**

[2:] - [2:25]         6/15/2006   Smith, Robert

```
page 2
    0001
1                        UNITED STATES DISTRICT COURT
2                        EASTERN DISTRICT OF LOUISIANA
3
4                                 - - -
5
6       ROBERT G. SMITH,           :
7               Plaintiff,         :
8               Vs.                :  Case No. 2:05-CV-04379
9       MERCK & COMPANY, INC.,     :
10              Defendant.         :
11
12                                 - - -
13
14          The deposition of ROBERT G. SMITH, Plaintiff
15      herein, taken as on Cross-Examination by the Defendant,
16      pursuant to the Federal Rules of Civil Procedure, notice
17      and agreement of counsel to take deposition at the Hilton
18      Hotel, 3737 Turfway Road, Florence, Kentucky on Thursday,
19      June 15th, 2006, 9:30 a.m. before Shandy Ehde, a court
20      reporter and Notary Public.
21
22
23
24
25
```

[149:11] - [152:1]    6/15/2006   Smith, Robert

```
page 149
11              MR. VAN KIRK:   Let's mark this.
12                       (Exhibit No. 17 was marked
13                        for identification.)
14        Q.    Exhibit 17 is a medical record from Dr.
15   Grefer.  Bates number is SmithR-GreatCinOrthMR-0008.
16   This is a medical chart of various medications, and if
17   you look under 10/2/02 you'll see, samples Vioxx, 50
18   milligrams; samples Vioxx, 25 milligrams and RX Vioxx, 25
19   milligrams by 30 and QD refill.
20              Do you see that?
21        A.    Yes, sir.
22        Q.    And we've already discussed the samples,
23   but do you recall getting a prescription of Vioxx from
24   Dr. Grefer on October 2nd, 2002?
25        A.    I don't recall when he give it to me.
page 150
1         Q.    And do you recall when you filled the
2    prescription?
3         A.    No, sir, I don't.
4         Q.    Or when you got the refill of the
5    prescription?
6         A.    No, sir, I don't.
7         Q.    Do you know whether you got a refill?
8         A.    I did get them, but I don't recall a date.
9         Q.    Then if you look further down, on December
10   9, 2002, there's a reference to Vioxx, 25 milligrams,
11   number sign 30?
12        A.    Yes, sir.
13        Q.    TQD and a zero, do you see that?
14        A.    Yes, sir.
15        Q.    Do you recall getting any -- Do you recall
16   getting that prescription?
17        A.    No, I don't recall the date.  I'm sure I
18   got it.
```

**Exhibit B - Smith Deposition Excerpts**

• **Smith - Short Term Use Motion**

```
                            19         Q.    And would you have filled that prescription
                            20  shortly thereafter?
                            21         A.    Yes.
                            22         Q.    Okay.  In the ordinary course would you
                            23  have filled that prescription at or around the time where
                            24  medications were running out?
                            25               MR. WRIGHT:    Object to the form.
                            page 151
                            1          A.    I'm not for sure.
                            2          Q.    Would that be consistent with your
                            3   practice?
                            4          A.    It may have.
                            5          Q.    Okay.  Do you recall whether or not you
                            6   took -- Do you recall how many, whether you took only one
                            7   Vioxx a day or whether you ever took two Vioxx a day?
                            8          A.    One a day was all that was prescribed.
                            9          Q.    Okay.  So you would not have taken two?
                            10         A.    No.
                            11         Q.    Do you know whether you took one every day
                            12  or whether you took one as needed?
                            13         A.    To the best of my recollection I took one
                            14  every day.
                            15         Q.    Do you recall specifically whether or not
                            16  you did or didn't, or is that --
                            17         A.    I did, yes.
                            18         Q.    And that's throughout this time period?
                            19         A.    If he prescribed it, I took it.
                            20         Q.    Okay.  Can we take five minutes?
                            21         A.    Sure.
                            22                              (Short recess.)
                            23         Q.    Mr. Smith, the last entry for Vioxx
                            24  prescription is dated December 9th, 2002.  Did you
                            25  receive any prescriptions after that date?
                            page 152
                            1          A.    Not that I recall.
```

[:1] - [:25]              6/15/2006   Smith, Robert

```
                            page
                            1                       CERTIFICATE
                            2   STATE OF OHIO    :
                            3                    : SS
                            4   COUNTY OF CLERMONT:
                            5         I, Shandy Ehde, court reporter and Notary Public in
                            6   and for the State of Ohio, do certify that before the
                            7   giving of his deposition, Robert Smith was by me first
                            8   duly sworn to depose the truth, the whole truth, nothing
                            9   but the truth; that the foregoing deposition was given at
                            10  said time and place by notice and agreement of counsel,
                            11  that said deposition was taken in stenotypy and
                            12  transcribed by computer under my supervision, and
                            13  submission to the witness for signature was expressly
                            14  required.
                            15        I certify that I am neither a relative of, nor
                            16  attorney for any of the parties to this cause, nor
                            17  relative or employee of any of their counsel, and have no
                            18  interest whatever in the result of this action.
                            19        IN WITNESS WHEREOF, I have set my hand and seal at
                            20  Cincinnati, Ohio this 16th day of June, 2006.
                            21
                            22                              Shandy Ehde
                            23                         Notary Public - State of Ohio
                            24  My Commission Expires:
                            25  August 27, 2007
```