Exhibit A - Smith Deposition Excerpts

- **Opposition to Plaintiff's MIL 1**

[2:] - [2:25]         6/15/2006    Smith, Robert

```
page 2
   0001
1                   UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4                              - - -
5
6      ROBERT G. SMITH,            :
7             Plaintiff,           :
8             Vs.                  :   Case No. 2:05-CV-04379
9      MERCK & COMPANY, INC.,      :
10            Defendant.           :
11
12                             - - -
13
14           The deposition of ROBERT G. SMITH, Plaintiff
15      herein, taken as on Cross-Examination by the Defendant,
16      pursuant to the Federal Rules of Civil Procedure, notice
17      and agreement of counsel to take deposition at the Hilton
18      Hotel, 3737 Turfway Road, Florence, Kentucky on Thursday,
19      June 15th, 2006, 9:30 a.m. before Shandy Ehde, a court
20      reporter and Notary Public.
21
22
23
24
25
```

[205:22] - [211:10]   6/15/2006    Smith, Robert

```
page 205
22         Q.    All right.  Before the break I had asked
23  you when was the next time you remembered hearing
24  something about Vioxx and potential cardiovascular
25  issues, and you said you couldn't quite remember.  But
page 206
1   the lawsuit was filed in, I think September 29th of 2005.
2   When in relation to the filing of the lawsuit did you
3   hear something that made you think that there --
4          A.    I seen the advertisement on the TV.  I
5   can't remember when it was --
6          Q.    Okay.
7          A.    -- before that.
8          Q.    And what was the advertisement that you
9   saw?
10         A.    Just about if you took Vioxx and had a
11  heart attack, you know, call this number.
12         Q.    Okay.  And do you know if that was, you
13  know, three months before or --
14         A.    I can't recall exactly how long it was.
15         Q.    -- six months?  Why did you decide to call
16  the number?
17         A.    I just -- Well, I was a perfectly healthy
18  man until I took Vioxx and I had a heart attack.
19         Q.    Who did you talk to when you called?
20         A.    My wife called.  She didn't say who she
21  called.
22         Q.    And do you know how many heart attacks
23  there are a year in the United States?
24         A.    No, sir.
25         Q.    There's several hundred thousand a year.
page 207
1          A.    I don't really know.
2          Q.    Did you know that was true both before
3   Vioxx was ever on the market and since it was voluntarily
```

**Exhibit A - Smith Deposition Excerpts**

- **Opposition to Plaintiff's MIL 1**

```
                   4    withdrawn from the market?
                   5            A.    I don't really know.  You know, I never
                   6    keep up with those kind of numbers.
                   7            Q.    What happened next after your wife made the
                   8    call?
                   9            A.    Let's see.  Someone called me back about it
                  10    and asked me what the circumstances were.
                  11                  MR. WRIGHT:    I'm going to instruct you
                  12            not to talk about anything that was discussed
                  13            in any communications with anybody at any
                  14            attorney's office.  Okay?
                  15            Q.    Okay.
                  16            A.    I can't discuss that.
                  17            Q.    Okay.  Did you pick among a group of
                  18    lawyers to represent you?
                  19                  MR. WRIGHT:    I'm --
                  20            A.    No.
                  21            Q.    No?
                  22            A.    No.
                  23            Q.    Okay.  How did you find out who your
                  24    lawyers were going to be?
                  25                  MR. WRIGHT:    Wait.  I'm going to
                 page 208
                   1            object and instruct you not to answer.
                   2                  THE WITNESS:    Okay.
                   3            Q.    When did you first meet your lawyers?
                   4            A.    I met with them two months ago, I think it
                   5    was.
                   6            Q.    Did you meet with any of your lawyers
                   7    before the complaint was filed in September of 2005?
                   8            A.    I'm not for sure whether it was before or
                   9    after.
                  10            Q.    Did you review a copy of the complaint
                  11    before it was filed?
                  12            A.    I don't recall.
                  13            Q.    Okay.  Did you call more than one number or
                  14    respond to more than one advertisement regarding lawyers
                  15    seeking representing you?
                  16            A.    No, just one.
                  17            Q.    Did you try to find anything out about
                  18    those lawyers that responded to you, about their
                  19    professional reputations?
                  20            A.    No, I didn't.
                  21            Q.    Did you consider hiring anybody locally
                  22    here in the Cincinnati area?
                  23                  MR. WRIGHT:    I'm going to object and
                  24            instruct you not to answer.
                  25                  MR. VAN KIRK:    I'm not going to ask him
                 page 209
                   1            about any communications, I'm asking whether
                   2            he considered hiring anybody in Cincinnati.
                   3            That's not privileged.
                   4                  MR. WRIGHT:    I think it's close enough
                   5            to being privileged to where I'm going to
                   6            instruct him not to answer.
                   7                  MR. VAN KIRK:    Whether he considered
                   8            hiring somebody else?  On what basis is that
                   9            privileged?
                  10                  MR. WRIGHT:    He is seeking legal
                  11            services.  You're asking him what his thought
                  12            process was about who he chose, I guess.  I'm
                  13            assuming.
                  14                  MR. VAN KIRK:    I'm asking him
                  15            factually whether he thought about hiring
                  16            anybody here, is what I'm asking him.  Just
                  17            whether it crossed his mind, I'm not asking
                  18            him for his reasons, at least at this point.
                  19            I'm not asking for his reasons at this point,
```

**Exhibit A - Smith Deposition Excerpts**

• **Opposition to Plaintiff's MIL 1**

```
                20          I'm just asking whether he thought about it.
                21                MR. WRIGHT:   Well, again, I think
                22          it's -- I don't think it's discoverable.  I
                23          think it's attempting to invade the
                24          attorney-client privilege, but you can answer
                25          that one question that he's asking and that's
        page 210
        1           as far as I'll let it go.
        2                 Did you consider, is what his question
        3           was.
        4           A.    No.
        5           Q.    Let's mark this as Exhibit 27.
        6                       (Exhibit No. 27 was marked
        7                        for identification.)
        8           Q.    Exhibit 27 is a document, Bates number
        9    Smith R, dash, Great Cin Orth, MR, dash, 00033, and it's
        10   a fax cover sheet from Commonwealth Orthopaedic Centers
        11   to a Norma at Johnson, Burnett and Chang.  Do you know,
        12   have you ever heard of an organization called Johnson,
        13   Burnett and Chang?
        14          A.    No, sir, never heard of them.
        15          Q.    Is that a law firm you may have contacted
        16   regarding representation in this litigation?
        17          A.    No, sir.
        18          Q.    Do you recall authorizing their release of
        19   your medical records to that law firm?
        20          A.    No, sir.
        21          Q.    Did you decide to file a lawsuit before or
        22   after your divorce was finalized?
        23          A.    After, I believe.
        24          Q.    Before -- Did you decide to file a lawsuit
        25   before or after you were separated from your wife?
        page 211
        1           A.    After, I believe.
        2           Q.    Okay.  Is there a provision in the divorce
        3    agreement between the two of you regarding anything you
        4    may recover from this lawsuit?
        5           A.    No, there's not.
        6           Q.    Is there a reason why your wife made the
        7    call to the 800 number rather than you?
        8           A.    I asked her to.
        9           Q.    Did she report back what she heard?
        10          A.    I can't recall what she told me.
```

[:1] - [:25]       6/15/2006   Smith, Robert

```
        page
        1                        CERTIFICATE
        2    STATE OF OHIO      :
        3                       : SS
        4    COUNTY OF CLERMONT:
        5          I, Shandy Ehde, court reporter and Notary Public in
        6    and for the State of Ohio, do certify that before the
        7    giving of his deposition, Robert Smith was by me first
        8    duly sworn to depose the truth, the whole truth, nothing
        9    but the truth; that the foregoing deposition was given at
        10   said time and place by notice and agreement of counsel,
        11   that said deposition was taken in stenotypy and
        12   transcribed by computer under my supervision, and
        13   submission to the witness for signature was expressly
        14   required.
        15         I certify that I am neither a relative of, nor
        16   attorney for any of the parties to this cause, nor
        17   relative or employee of any of their counsel, and have no
        18   interest whatever in the result of this action.
        19         IN WITNESS WHEREOF, I have set my hand and seal at
        20   Cincinnati, Ohio this 16th day of June, 2006.
        21
```

**Exhibit A - Smith Deposition Excerpts**

- **Opposition to Plaintiff's MIL 1**

```
22                          Shandy Ehde
23                Notary Public - State of Ohio
24  My Commission Expires:
25  August 27, 2007
```