# EXHIBIT A

Confidential – Subject to Protective Order

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX LITIGATION:  MDL DOCKET
NO. 1657
------------------------------------------
SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - ATLANTIC COUNTY

- - -

IN RE: VIOXX LITIGATION : CASE NO. 619
------------------------------------------
CROSS NOTICED IN VARIOUS OTHER ACTIONS
------------------------------------------

- - -
CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
- - -
January 24, 2006
- - -

        Videotape deposition of GREGORY D.

CURFMAN, M.D., held in the offices of

Brown Rudnick, Berlack, Israels, LLP, One

Financial Center, Boston, Massachusetts

02111, commencing at 10:20 a.m., on the

above date, before Linda L. Golkow, a

Federally-Approved Registered Diplomate

Reporter and Certified Shorthand

Reporter.

- - -

GOLKOW LITIGATION TECHNOLOGIES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

Golkow Litigation Technologies

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

Confidential - Subject to Protective Order

Page 2

```
 1   A P P E A R A N C E S :
 2
         LIEFF, CABRASER, HEIMANN &
 3       BERNSTEIN, LLP
         BY:  DONALD C. ARBITBLIT, ESQUIRE
 4       Embarcadero Center West
         275 Battery Street - Suite 3000
 5       San Francisco, CA  94111-3339
         (415) 956-1000
 6                    and
         LIEFF, CABRASER, HEIMANN &
 7       BERNSTEIN, LLP
         BY: JENNIFER GROSS, ESQUIRE
 8       48th Floor - 780 Third Avenue
         New York, New York 10017-2024
 9       (212) 355-9500
         Counsel for Plaintiffs
10
11
         BEASLEY, ALLEN, CROW, METHVIN,
12       PORTIS & MILES
         BY:  W. ROGER SMITH, ESQUIRE
13       218 Commerce Street
         Montgomery, Alabama 36103-4160
14       (334) 269-2343
         Counsel for Plaintiffs
15
16
         WILENTZ GOLDMAN & SPITZER
17       BY: ERIC H. WEINBERG, ESQUIRE
         90 Woodbridge Center Drive
18       Woodbridge, New Jersey 07095
         (732) 636-8000
19       Counsel for Plaintiffs
20
21       PHILIP F. MULVEY, JR., Ph.D., J.D.
         536 Main Street
22       Falmouth, Massachusette 02540
         (508) 457-0998
23       Counsel for Plaintiffs
24
                   -  -  -
```

Golkow Litigation Technologies

Confidential – Subject to Protective Order

```
 1    A P P E A R A N C E S:   (CONTINUED)
 2
 3          GOFORTH LEWIS SANFORD LLP
            BY:  MARCUS L. STEVENSON, J.D.,
 4          L.L.M.
            Suite 2200
 5          1111 Bagby
            Houston, Texas 77002
 6          (713) 650-0022
            Counsel for Plaintiffs
 7          (By Telephone)
 8
 9          THE BEASLEY FIRM LLC
            BY:  SCOTT D. LEVENSTEN, ESQUIRE
10          1125 Walnut Street
            Philadelphia, Pennsylvania 19107
11          (215) 592-1000
            Counsel for Plaintiffs
12          (By Telephone)
13
14          BROWN RUDNICK BERLACK ISRAELS LLP
            BY:  PAUL W. SHAW, ESQUIRE
15                      and
                 SETH N. STRATTON, ESQUIRE
16                        and
                 RACHEL A. LIPTON, ESQUIRE
17                        and
                 GREGORY T. ARNOLD, ESQUIRE
18          One Financial Center
            Boston, Massachusetts 02111
19          (617) 856-8200
            Counsel for the New England of
20          Medicine, and the Witness, Gregory
            D. Curfman, M.D.
21
22
23
                      -   -   -
24
```

Golkow Litigation Technologies

Confidential – Subject to Protective Order

```
 1    A P P E A R A N C E S  (CONTINUED)
 2
 3        BARTLIT BECK HERMAN
          BY:  PHILIP S. BECK, ESQUIRE
 4                    and
              CARRIE A. JABLONSKI, ESQUIRE
 5        54 West Hubbard Street
          Chicago, Illinois 60610
 6        (312) 494-4451
          Counsel for Merck and Co., Inc.
 7
 8
          O'BRYAN, BROWN & TONER, PLLC
 9        BY:  DONALD K. BROWN, JR., ESQUIRE
                      and
10            JOSEPH C. KLAUSING, ESQUIRE
          Suite 1500 Starks Building
11        Louisville, Kentucky 40202
          (502) 585-4700
12        Counsel for various Kentucky
          physicians
13
14
          JOHNSON, SPALDING, DOYLE, WEST &
15        TRENT
          BY:  JOHN E. SPALDING, ESQUIRE
16        Suite 1700 - 910 Travis Street
          Houston, Texas 77002
17        (713) 222-2323
          Counsel for various physicians
18
19
          PHILLIPS PARKER ORBERSON & MOORE,
20        P.L.C.
          BY:  SEAN RAGLAND, ESQUIRE
21        Suite 300 - 716 West Main Street
          Louisville, Kentucky 40202
22        (502) 583-9900
          Counsel for AHS Samaritan Hospital
23        LLC d/b/a Samaritan Hospital
          (By Telephone)
24
```

Golkow Litigation Technologies

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

Confidential – Subject to Protective Order

```
1   A P P E A R A N C E S:   (CONTINUED)
2
3           STINNETT THIEBAUD & REMINGTON LLP
            BY:  MATTHEW R. FILPI, ESQUIRE
4           Suite 2500
            1445 Ross Avenue
5           Dallas, Texas 75202
            (214) 954-2200
6           Counsel for Texas physicians
            (By Telephone)
7
8
            EVANS & ROWE
9           BY:  NATHAN KETTERLING, ESQUIRE
            Suite 900
10          10101 Reunion Place
            San Antonio, Texas 78216
11          (210) 340-6555
            Counsel for Texas physicians
12          (By Telephone)
13
14          DARBY AND GAZAK, P.S.C.
            BY:  JAMES E. SMITH, ESQUIRE
15          Suite 226
            10400 Linn Station Road
16          Louisville, Kentucky 40223
            (502) 412-5020
17          Counsel for physicians
            (By Telephone)
18
19
            JENKINS PISACANO ROBINSON & BAILEY
20          BY:  TONYA CONNER RAGER, ESQUIRE
            Suite 100, Court Square Building
21          269 West Main Street
            Lexington, Kentucky 40507
22          (859) 225-9625
            Counsel for Physicians
23          (By Telephone)
24                  -  -  -
```

Golkow Litigation Technologies

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

Confidential - Subject to Protective Order

Page 6

1    A P P E A R A N C E S: (CONTINUED)
2
            PORTER, SCHMITT, BANKS & BALDWIN
3           BY:  MICHAEL J. SCHMITT, ESQUIRE
            327 Main Street
4           Paintsville, Kentucky 41240
            (606) 789-3747
5           Counsel for Raghu Sundaram, M.D.
            (By Telephone)
6
7
            WHONSETLER & JOHNSON PLLC
8           BY:  CRAIG L. JOHNSON, ESQUIRE
            Suite E
9           6011 Brownsboro Park Boulevard
            Louisville, Kentucky 40207
10          (502) 895-2297
            Counsel for Dr. Nadar
11          (By Telephone)
12
13          PAM MAY LAW FIRM P.S.C.
            BY:  ERICH BLACKBURN, ESQUIRE
14          3rd Floor, U.S. Bank Building
            131 Main Street
15          Pikeville, Kentucky 41502
            (606) 432-0400
16          Counsel for Appalachian Regional
            Healthcare, Inc. and Drs.
17          Sanford Weiler and George Bellamy
            (By Telephone)
18
19
            HOLE & ALVAREZ
20          BY:  CHERYL D. HOLE, ESQUIRE
            Suite 370
21          612 W. Nolana
            Mcallen, Texas 78504
22          (956-631-2891
            Counsel for Dr. Posada and Dr.
23          Evans
            (By Telephone)
24
                    -   -   -

Golkow Litigation Technologies

1227360a-cb9d-4ab7-bc2e-6ca430e14cf7

Confidential - Subject to Protective Order

1   A P P E A R A N C E S:  (CONTINUED)

2

3          TRIONA CALDERHEAD & LOCKEMEYER
           BY:   JOEL L. PESCHKE, ESQUIRE
4          200 Techne Center Drive
           Milford, Ohio 45150-2790
5          (513) 576-1060
           Counsel for Dr. Gregory DiLorenzo
6          (By Telephone)

7

8
                    -   -   -
9

    A L S O   P R E S E N T:
10

11         JOSEPH M. APPEL, ESQUIRE
           Massachusetts Medical Society
12         860 Winter Street
           Waltham, Massachusetts 02451-1411
13         (781) 434-7604

14
           STEPHEN MORRISSEY, Ph.D.
15         The New England Journal of
           Medicine
16         10 Shattuck Street
           Boston, Massachusetts 02115
17

18         BARTLIT BECK HERMAN PALENCHAR &
           SCOTT LLP
19         Toni Alford, Legal Assistant

20

21                  -   -   -

22

23

24

Golkow Litigation Technologies

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

Confidential – Subject to Protective Order

1      THE WITNESS:  The truth of
2   the matter is that we released the
3   Expression of Concern when we had
4   all of the data assembled, when we
5   had deliberated, we had the facts
6   in hand.  We very carefully
7   deliberated.  The editors had come
8   together, reviewed all the
9   information that we had, including
10  information that we obtained on
11  November 21st, 2005.  We made our
12  best judgment as editors of the
13  New England Journal of Medicine
14  with many years of experience
15  collectively, and we sat down and
16  wrote the document, the Expression
17  of Concern.  We worked very hard
18  on every word of that document.
19  Every word was a focus.
20      We then had the document
21  peer reviewed by someone who we
22  have a lot of respect for and who
23  is very good with numbers and
24  statistical analysis, who went

Golkow Litigation Technologies

Confidential - Subject to Protective Order

1    over things for us.  And when we
2    finally reached what we considered
3    to be a final version after going
4    through many versions of the
5    Expression of Concern we released
6    it, which is our responsibility as
7    editors under the uniform
8    requirements of the International
9    Committee of Medical Journal
10   Editors.  And that's what we did.
11   We followed the standard protocol
12   that we've followed in the past,
13   and we released the information
14   when we had it ready in order to
15   inform the medical community that
16   we had some concerns about this
17   work and had referred these
18   concerns to the authors of the
19   article for a response.
20        MR. BECK:  Now, again, I got
21   a two-page answer or statement
22   that does not answer my question,
23   which was, were you asked why from
24   the media you released the

Confidential - Subject to Protective Order

1              C E R T I F I C A T E
2
3          I, LINDA L. GOLKOW, a Notary
   Public and Certified Shorthand Reporter
4  of the State of New Jersey, do hereby
   certify that prior to the commencement of
5  the examination, GREGORY D. CURFMAN, M.D.
   was duly sworn by me to testify to the
6  truth, the whole truth and nothing but
   the truth.
7
8          I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
9  testimony as taken stenographically by
   and before me at the time, place and on
10 the date hereinbefore set forth, to the
   best of my ability.
11
12         I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor
13 attorney nor counsel of any of the
   parties to this action, and that I am
14 neither a relative nor employee of such
   attorney or counsel, and that I am not
15 financially interested in the action.
16
17
18
19    _____
      LINDA L. GOLKOW, CSR
20    Notary Number:  1060147
      Notary Expiration:  1-2-08
21    CSR Number:  30XI176200
      Dated:  January 29, 2006
22
23
24

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

Confidential - Subject to Protective Order

1               ACKNOWLEDGMENT OF DEPONENT

2

3          I,_____, do
    hereby certify that I have read the
4   foregoing pages,  1 - 331 , and that the
    same is a correct transcription of the
5   answers given by me to the questions
    therein propounded, except for the
6   corrections or changes in form or
    substance, if any, noted in the attached
7   Errata Sheet.

8

9

10

11   _____
     GREGORY D. CURFMAN, M.D.          DATE
12

13

14

15   Subscribed and sworn
     to before me this
16        day of            , 20    .

17

18
     My commission expires:
19

20

21

22   Notary Public

23

24

1227360a-cb9d-4ab7-be2e-6ca430e14cf7

EDITORIALS

# Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8.

Gregory D. Curfman, M.D., Stephen Morrissey, Ph.D., and Jeffrey M. Drazen, M.D.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al.[1] that raise concern about certain conclusions in the article.

The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were not included in the data submitted to the *Journal*. The editors first became aware of the additional myocardial infarctions in 2001 when updated data were made public by the Food and Drug Administration.

Until the end of November 2005, we believed that these late events that were not known to the authors in time to be included in the article published in the *Journal* on November 23, 2000. It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the *Journal*, that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 4½ months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article.

The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the *Journal* article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions.

Lack of inclusion of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib). It

also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

In addition, the memorandum of July 5, 2000,

**Table 1. Data on Myocardial Infarctions Omitting the Three Events.\***

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2315 | 17 | 4.25 | 1.39 to 17.37 |
| Naproxen | 2316 | 4 | | |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | | 1.65 to |
| Naproxen | 92 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63 to 10.02 |
| Naproxen | 2224 | 4 | | |

\* The numbers of person-years of exposure as of February 10, 2000, have been estimated. Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

**Table 2. Data on Myocardial Infarctions Including the Three Events.\***

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68 to 20.13 |
| Naproxen | 2699 | 4 | | |
| Aspirin indicated | | | | |
| Rofecoxib | 102 | 8 | ∞ | 1.68 to |
| Naproxen | 102 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | | |

\* Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

NEJM 000374



EXHIBIT NO. 3
1-24-06
L. GOLKOW

contained other data on cardiovascular adverse events that we believe would have been relevant to the article. We determined from a computer diskette that some of these data were deleted from the VIGOR manuscript two days before it was initially submitted to the *Journal* on May 18, 2000.

Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article. We have asked the authors to submit a correction to the *Journal.*

1.   Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

*Copyright © 2005 Massachusetts Medical Society.*

NEJM 000375