# EXHIBIT D




**Report of Ronald Marks, Ph.D.**
**July 21, 2006**

## Introduction

I am a professional biostatistician with over 30 years experience in academic research and consultation with industry. I have been retained by Venable LLP, counsel for Merck Inc. to provide an opinion on whether or not the available data on Vioxx shows that Vioxx is a proven risk factor for cardiovascular (CV) thrombotic events, including myocardial infarction (MI). As is discussed in more detail below, my opinion is that the cumulative scientific results do not document an increased risk.

## Professional Qualifications

I have served on the faculty at the University of Florida (UF) from 1974-2004 in the Division of Biostatistics at the Health Sciences Center on campus. I retired from UF at the end of 2004. I received my Master's and Ph.D. degrees in Statistics from UF in 1972 and 1974, respectively. My curriculum vitae is provided in Exhibit A.

I have been involved in the design, conduct, analysis, and reporting of numerous large-scale research studies during my career at UF. I have especially focused in the area of controlled clinical trials for the evaluation of new biomedical products and devices. This work has led to the publication of 136 scientific publications in peer-reviewed journals and participation in numerous National Institutes of Health committees on the review of submitted proposals for research grants. I recently completed service on such a review group for the National Institutes of Dental and Craniofacial Health as well as a Data Safety and Monitoring Board for two major clinical trials being funded by the dental Institute.

For over 25 years, I have taught courses to graduate students, medical residents, and faculty in biomedical colleges at UF on research design and statistical analytical methods. These courses prepare students for the research that they will conduct as part of their graduate training program. In addition, I developed and taught a course on Evidence Based Medicine for the students in the Physicians Assistants Program in the College of Medicine. This course teaches these medical professionals how to read and evaluate published scientific literature. I have also written and published two textbooks on the design and analysis of research methods.

I have consulted with numerous companies on design and analysis issues including Procter and Gamble, Unilever Research, SmithKlineBeecham, Braun Oral Care, and Somerset Pharmaceuticals. I have served on numerous Data Safety and Monitoring Boards (DSMB) both for industry and NIH. I recently completed a seven year commitment serving on the DSMB for the NIH funded Children's Amalgam Trial. This effort was to support two separate funded clinical trials to evaluate the impact of amalgam used in treating children's cavities on numerous characteristics. I also served as Chair on a DSMB from 1993-2000 for SmithKlineBeecham for their international clinical trials being performed to obtain FDA approval for a herpes vaccine. I currently serve (since 2004) as Chair of a DSMB, now called an Independent Data Monitoring Committee, for GlaxoSmithKline for their international clinical trials being conducted for the

evaluation of a human papilloma vaccine to treat cervical cancer. Each of these DSMB groups I have served has had the responsibility to monitor subject safety independently of the study sponsor.

**Compensation**

I am paid $350 an hour for my work in this litigation.

**Materials Reviewed**

A complete list of all published scientific materials reviewed in this litigation is provided in Exhibit B, and a list of all other documents reviewed is provided in Exhibit C.

**Methodology for Review**

I have been asked to provide an opinion on whether or not there is sufficient evidence to conclude that Vioxx is a proven risk factor for CV thrombotic events, including MI. To answer this question requires a complete review of available scientific information, and application of appropriate scientific methods to evaluate the totality of information. The available scientific information I reviewed regarding Vioxx includes the results from the Vioxx clinical trials, including peer-review published prospective clinical trials, and epidemiological studies. I also include relevant published results for naproxen in my review as those studies relate information important to Vioxx.

Randomized clinical trials (RCTs) are considered the most reliable form of clinical research for answering a research question. The reason for this higher accord given to RCTs is that they provide the most control of bias that may influence study outcomes by balancing two study groups on important characteristics so that the only real difference between the groups should be the study drug (or treatment) they receive. This type of study generally provides the most definitive information about the comparability of the drugs (or treatments) being compared.

Epidemiological studies are more common than RCTs in the published scientific literature as they are usually easier and less expensive to conduct, but are also less rigorous and have more potential for bias to be an explanation of findings rather then a true drug difference. Retrospective studies, retrospective cohort and case-control studies, are especially prone to bias which may explain study findings. Findings from such studies are generally considered as hypothesis generating for future studies, hopefully prospective, to confirm their findings. Epidemiological studies should be reviewed as part of the overall evidence to see if they provide consistent results along with other available information.

Each published study provides results from their data analysis along with appropriate measures of confidence in each result. A commonly reported measure of confidence is the statistical significance for the test of no association between the potential risk factor being evaluated and the outcome of interest. Typically, statistical significance is reported as a probability, or p-value, of observing the resulting data if the assumption of no association is true. Generally, $p \leq .05$ indicates proof of an association for a specific analysis conducted (rejecting the assumption of no

association), and $p > .05$ indicates lack of proof of an association. No single analysis and, in fact, no single study is generally accepted as proof of causation. Rather, statistically significant results identify a statistical association, and proof of causation results when well accepted criteria, such as those established by Bradford Hill (1965), are met across the totality of available scientific information. The nine specific criteria initially suggested by Dr. Hill were strength of association, consistency of association, specificity, temporality, biological gradient (or dose response), biological plausibility, coherence, experiment, and analogy. Especially important criteria for proof of association are strength of association, consistency of findings across multiple studies (replication), and dose response to document that the higher dose or longer duration of use of a potential risk factor increases the incidence of serious outcomes.

This report will review the published scientific literature and Merck reports to the FDA and evaluate the evidence of proof that exists showing whether or not Vioxx is a proven risk factor for either CV thrombotic events or MIs.

**Summary of Conclusions**

Based on my review of the published scientific information and Vioxx clinical trial results submitted to the FDA by Merck, I conclude that there is insufficient evidence demonstrating that Vioxx causes CV thrombotic events, including MI.

**RCT Results as of May 1999**

Merck's original new drug application (NDA) to the FDA for Vioxx included CV thrombotic results from eight double-blind, placebo-controlled and active comparator RCTs in osteoarthritis (OA) patients. These RCTs included approximately 5,400 patients. Results from that submission regarding CV thrombotic events and MI are reported in Table 1[1], taken from Tables 8 and 9 on pages 72-73 of the Merck Rofecoxib FDA Advisory Committee Background Information report, dated January 21, 2005.

These results show no increased risk for CV thrombotic events on Vioxx compared to traditional NSAIDs or placebo. Note that none of the nonselective NSAIDs used in these studies included naproxen. Based on Merck's NDA submission, the FDA approved Vioxx as safe and effective for OA and other conditions. These CV results from the OA trials were later published by Reicin et al (2002).

[1] Note that throughout this report, Vioxx and its compound name rofecoxib are used interchangeably.

Table 1. CV results from OA trials submitted to FDA in Vioxx NDA.

| | Rofecoxib N = 2,253 | | Placebo N = 711 | | |
|---|---|---|---|---|---|
| | Number | Rate* | Number | Rate* | RR (95% CI)# |
| CV thrombotic | 14 | 2.7 | 4 | 2.6 | 1.06 (0.34 – 3.23) |
| MI | 3 | 0.6 | 2 | 1.3 | |
| | **Rofecoxib N = 3,357** | | **Nonselective NSAIDs N = 1,564** | | |
| | Number | Rate* | Number | Rate* | RR (95% CI)# |
| CV thrombotic | 34 | 2.1 | 16 | 2.3 | 0.92 (0.50 – 1.67) |
| Acute MI | 3 | 0.2 | 0 | 0.0 | |
| MI | 5 | 0.3 | 3 | 0.4 | |

* - Events per 100 patient years
\# - RR = Relative Risk; CI = Confidence Interval

**VIGOR**

The first post-approval clinical trial relevant to the CV issues regarding Vioxx is the VIGOR study whose results were published by Bombardier et al (2000). VIGOR was an RCT assigning approximately 4,000 subjects each to either Vioxx or naproxen. Note that the Vioxx dose used in VIGOR was 50 mg, twice the approved dose. This dose was used to evaluate the impact of "dosing creepage", that is, patients using higher than approved doses. The key CV finding in this study was a statistically significant four-fold increase (later shown to be five-fold) as measured by relative risk (RR) for MI for Vioxx compared to naproxen.

VIGOR was the first Merck clinical trial to identify a signal for a potential CV effect. To further evaluate this signal, a more complete review of additional Merck RCTs and their CV results when compared to placebo and other NSAIDs was warranted. Such a review of Merck clinical trials by the VIGOR authors found no difference in rates of MI between Vioxx and comparator groups. In addition, Merck had available results from two ongoing placebo-controlled RCTs in Alzheimer's patients, shown in Table 2, taken from Tables 17 and 18 on pages 87-88 of the Merck Rofecoxib FDA Advisory Committee Background Information report, dated January 21, 2005.

Results from the Alzheimer studies did not indicate an increased risk for CV thrombotic events or MI for Vioxx when compared to placebo.

Table 2. Merck available placebo controlled CV thrombotic results from two ongoing Alzheimer clinical trials as of September 2000.

| | Rofecoxib N = 1,041 | | Placebo N = 1,050 | | |
|---|---|---|---|---|---|
| | Number | Rate* | Number | Rate* | RR (95% CI)# |
| Thrombotic CV | 32 | 2.8 | 40 | 3.3 | 0.85 (0.53 – 1.35) |
| MI | 2 | 0.17 | 3 | 0.25 | |

* - Events per 100 patient years
\# - RR = Relative Risk; CI = Confidence Interval

Sanmuganathan (2001) reported the non-aspirin control group MI rate from four aspirin primary prevention trials. The MI rate for Vioxx in VIGOR was quite similar to the control group MI rate in those aspirin trials, as shown by Strand (2002). Also, the MI rate for naproxen in VIGOR was considerably lower than the background MI rates in both the control and aspirin arms of the primary prevention trials as shown by Howes (2002). Howes also compared these results to those from the Celebrex Long-Term Arthritis Safety Study (CLASS), a parallel study to VIGOR for Pfizer's competitive product Celebrex (also referred to by its compound name celecoxib). The relevant rates for comparison are shown in Table 3.

Table 3. Results reported by Howes (2002) comparing study results for MI rates. All reported rates are number of MIs per 100 patient years exposure.

| | | |
|---|---|---|
| Bombardier (2000) | Vioxx | 0.74 |
| | Naproxen | 0.15 |
| Silverstein (2000) | Celebrex | 0.80 |
| | Ibuprofen/diclofenac | 0.62 |
| Sanmuganathan (2001) | No aspirin use | 0.52 |
| | Aspirin use | 0.36 |

These results indicate that the Vioxx MI rate in VIGOR was quite similar to that for Celebrex and for the non-naproxen NSAIDs used as the comparator group in CLASS. This information showed that the importance of the CV thrombotic results from VIGOR was not an elevated rate of MI on Vioxx, but instead was the unexpectedly low MI rate in the naproxen group. The naproxen rate for VIGOR (0.15) was even considerably lower than that observed for aspirin users (0.36) reported by Howes (2002) and Sanmuganathan (2001). This extremely low naproxen MI rate adds support to the conclusion that naproxen in VIGOR was cardioprotective and that it was the naproxen cardioprotective property that explains the difference in MI rates in the two arms of VIGOR.

Finally, note that the observed CV mortality rate in VIGOR was 0.2% in both the Vioxx and naproxen groups. Also note that Bomdardier (2000) reported only one VIGOR study subject assigned to Vioxx had hypertension and an MI.

Given this information, the most likely explanation for the difference in MI rates in the Vioxx and naproxen arms of VIGOR was a cardioprotective effect of naproxen.

**Konstam Pooled Analysis**

Konstam et al (2001) followed next with a pooled analysis of 23 Merck Phase IIb to V clinical trial results for Vioxx compared to placebo, naproxen, and non-naproxen NSAIDs. The analysis focused on the combined APTC endpoint (CV hemorrhagic, and unknown deaths; non-fatal MI; and non-fatal strokes). Konstam also reported results separately for the comparator groups of placebo, non-naproxen NSAIDs, and naproxen. An analysis of the data separately by comparator group would be the most informative, as Merck and the scientific community were interested in potential effects of each type of comparator indirectly compared to each other and directly to Vioxx. A summary of the key findings of the study are shown in Table 4.[2]

The results for both APTC and MI showed no statistically significant difference for Vioxx when compared to either non-naproxen NSAIDs or placebo, as determined by a 95% confidence interval (CI) containing the RR of 1.0. The pooled analysis did show a statistically significant difference between Vioxx and naproxen. Note that the lowest incidence rates reported for both APTC and MI are for the naproxen group (0.72 for APTC, 0.16 for MI). These facts together add further support to the conclusion that the VIGOR CV results were the result of a cardioprotective effect of naproxen.

The analysis presented by Konstam was later updated in a publication by Weir et al (2003), including a large increase in patient-exposure-years for analysis. The results and conclusions from the updated analysis did not change from the Konstam conclusions.

[2] The Konstam analysis included Merck study 090; contrary to Topol (*NEJM* 2004;351:2877-2888), 090 did not identify an excessive risk of heart attacks and strokes.

Table 4. Results comparing Vioxx to placebo, non-naproxen NSAIDs, and naproxen on APTC from the Konstam analysis, *Circulation* 2001;104:2285.

| | Rofecoxib N = 6,290 | | Placebo N = 3,482 | | |
|---|---|---|---|---|---|
| | Number | Rate* | Number | Rate | RR (95% CI)# |
| APTC | 33 | 1.51 | 32 | 1.91 | 0.84 (0.51 – 1.38) |
| MI | 21 | 0.96 | 12 | 0.71 | 1.40 (0.68 – 2.89) |
| | **Rofecoxib N = 4,549** | | **Nonselective NSAIDs N = 2,755** | | |
| | Number | Rate | Number | Rate | RR (95% CI) |
| APTC | 21 | 1.09 | 14 | 1.42 | 0.79 (0.40 – 1.55) |
| MI | 13 | 0.67 | 7 | 0.71 | 1.01 (0.40 – 2.53) |
| | **Rofecoxib N = 9,083** | | **Naproxen N = 7,870** | | |
| | Number | Rate | Number | Rate | RR (95% CI) |
| APTC | 57 | 1.23 | 27 | 0.72 | 1.69 (1.07 – 2.69) |
| MI | 31 | 0.67 | 6 | 0.16 | 4.15 (1.73 – 9.98) |

* - Events per 100 patient years
# - RR = Relative Risk; CI = Confidence Interval

**Alzheimer Study Results**

Final results from the two ongoing Alzheimer placebo-controlled clinical trials were available to Merck in June 2003. These patients were considerably older than those in previous studies, so expected to be at greater risk of serious vascular events. The two studies combined results are presented in Table 5, taken from Tables 24 and 25 on page 114 of the Merck Rofecoxib FDA Advisory Committee Background Information report, dated January 21, 2005. The results were also published by Reines et al (2004) and Thal et al (2005). These results clearly indicate no excess CV thrombotic events or MIs in the Vioxx group, as compared to placebo.

Table 5. Merck final results from two Alzheimer clinical trials.

| | Rofecoxib N = 1,069 | | Placebo N = 1,074 | | |
|---|---|---|---|---|---|
| | Number | Rate* | Number | Rate* | RR (95% CI)# |
| Thrombotic CV | 42 | 2.5 | 48 | 2.5 | 1.01 (0.67 – 1.53) |
| Acute MI | 14 | 0.8 | 14 | 0.7 | |
| Fatal acute MI | 2 | 0.2 | 1 | 0.1 | |

* - Events per 100 patient years
\# - RR = Relative Risk; CI = Confidence Interval

**Additional 2003 MI Event Rate Published Scientific Information**

Two published papers in 2003 shed additional light on the MI event rates for comparator groups for COX2 inhibitor studies. These publications were by White and Baron, and relevant MI event rates are shown in Table 6.

Table 6. Results reported by White and Baron comparing study results for MI rates. All reported rates are number of MIs per 100 patient years exposure.

| | | |
|---|---|---|
| White (2003) | Celebrex | 0.78 |
| | Placebo | 1.00 |
| | Non-naproxen NSAIDs | 0.47 |
| | Naproxen | 0.50 |
| Baron (2003) | Placebo | 0.10 |
| | Aspirin use | 0.34 |

The results by White provide summary MI event rates across the spectrum of 15 studies conducted to evaluate Celebrex compared to different comparators. Pertinent information from these results is that the cumulative MI event rate for Celebrex across all studies is 0.78, similar (slightly higher) to the Vioxx MI rate from VIGOR. This result is pertinent because Celebrex was widely considered safe at this time by the cardiology community. The naproxen MI rate is more than three times higher than that observed in VIGOR, providing further evidence that the 0.15 naproxen MI rate in VIGOR was exceptionally low and the reason for the statistically significant findings.

The Baron study provided further documentation of an aspirin MI rate (0.34) similar to that reported by Howes (0.36) in Table 3. Also relevant here is the extraordinarily low observed placebo MI rate of only 0.10, lower than that reported in any COX2 inhibitor study. The Baron

result identifies the possibility for placebo groups to provide better results than expected, and yet would not lead to the conclusion that placebo is superior to aspirin at preventing MIs.

**APPROVe**

APPROVe was an RCT assigning approximately 2,600 patients with a history of colorectal polyps to either Vioxx or placebo. This study was originally designed for the primary purpose of evaluating the efficacy of Vioxx in preventing the reoccurrence of colorectal polyps. The Bresalier (2004) publication of results, instead, focused on two CV endpoints, CV thrombotic events and APTC. Results were also presented for MI and a few additional categories. The key finding reported in this study is a statistically significant difference between Vioxx and placebo in risk of CV thrombotic adverse events (RR = 1.92, 95% CI 1.19 – 3.11) and in the APTC endpoint (RR = 2.06, 95% CI 1.16 – 3.64). The APPROVe findings do not support a conclusion that Vioxx causes CV thrombotic events or MI for two reasons.

First, the placebo event rates for CV thrombotic and APTC events are low, as shown in Table 7. Sanmuganathan (2001) documented that control group MI rates from previous clinical trials ranged from 0.36 to 1.33 per 100 patient years exposure. The placebo rates in Table 7 for both CV thrombotic events and APTC are both in the lower half of those control group MI rates, even though the outcome includes additional CV adverse events beyond MI. The reported Vioxx incidence rate for APTC is also in that control group MI rate and the CV thrombotic event rate is not much higher than the upper limit of the MI range.

Table 7. Incidence of CV thrombotic adverse events and APTC from Bresalier, *New England Journal of Medicine* 2005;352:1092-1102.

| | Rofecoxib N = 1,287 | Placebo N = 1,299 | |
|---|---|---|---|
| | Rate* | Rate | Hazard ratio (95% CI) |
| Thrombotic | 1.50 | 0.78 | 1.92 (1.19 – 3.11) |
| APTC | 1.11 | 0.54 | 2.06 (1.16 – 3.64) |

* - Rate/100 patient years

Although not computed in the publication, similar rates for MI alone, derived from Table 2 in the Bresalier publication, are:

| Adverse event | Rofecoxib | Placebo | Hazard ratio (95% CI) |
|---|---|---|---|
| MI | 0.69* | 0.27 | 2.56 (1.07 – 5.34) |

* - Rate/100 patient years

These results indicate a placebo rate (0.27) lower than that reported for aspirin users (0.36). The Vioxx rate of 0.69 is also similar to the background MI rates shown in Table 3. As with VIGOR,

the results of APPROVe are more attributable to an extremely low rate of MI for placebo rather than an increased rate for Vioxx.

Second, and more important, the statistically significant difference in CV events does not occur until the second half of the study. Those results are shown in Table 8. The average age of study participants is 59 years for both groups at study initiation. It is expected that risk of CV thrombotic events and APTC would be higher in both the Vioxx and placebo groups during the last 18 months of the study, as the study participants have all aged, so that the average age at the beginning of the second half of the study is now 60.5 years. Note the Vioxx group shows an increased risk for CV thrombotic, APTC, and MI endpoints in the second 18 months of the study, as expected. However, the placebo group shows a much lower incidence rate of all three endpoints in the second 18 months as compared to the first 18 months. The placebo group incidence rate for CV thrombotic events in the second 18 months of the study (0.38%) is only one-third the rate for the first 18 months of the study (1.13%). Similarly, for APTC, the placebo group incidence rate for the second half of the study is almost one half that for the first half of the study (0.68% vs 0.38%). For MI, the placebo group incidence rate in the second 18 months (0.13%) is also one-third the rate for the first 18 months (0.34%). This result for the placebo group across all three CV endpoints of interest is surprising and unrealistic, and has led to the statistically significant findings after 18 months. As with the VIGOR study, the statistical significance in APPROVe is clearly due to an uncharacteristically low overall CV thrombotic event rate for the placebo group, as well as unexpected and abnormally low placebo event rates during the second half of the study.

Table 8. Incidence of CV thrombotic adverse events and APTC by time from Table 3 in Bresalier, *New England Journal of Medicine* 2005;352:1092-1102. MI results are computed from Merbk provided dataset.

| | | Rofecoxib | Placebo | Hazard ratio (95% CI) |
|---|---|---|---|---|
| Thrombotic – total | | | | |
| | 0 – 18 months | 1.33* | 1.13 | 1.18 (0.64 – 2.15) |
| | 19 – 36 months | 1.71 | 0.38 | 4.45 (1.77 – 13.32) |
| APTC | | | | |
| | 0 – 18 months | 0.84 | 0.68 | 1.25 (0.58 – 2.69) |
| | 19 – 36 months | 1.42 | 0.38 | 3.69 (1.43 – 11.24) |
| MI | 0 – 18 months | 0.54 | 0.34 | 1.60 (0.51 – 5.46) |
| | 19 – 36 months | 0.71 | 0.13 | 5.57 (1.19 – 52.24) |

* - Rate/100 patient years

This reported analysis was based on the cutpoint of 18 months. This choice of cutpoint was made following an *a priori* planned analysis to test for proportional hazards in the event rates over time. Such an analysis is conducted comparing the shape of the resulting Kaplan-Meier curves to see if they are parallel or not. This analysis produced statistically significant results,

thereby rejecting the assumption of proportional hazards. This result would lead to a second analysis required to explain the difference in the Kaplan-Meier curves. Such an analysis could take numerous forms, but would have to be based on a review of the observed data. A review of the data from Figure 2 of the Bresalier (2004) publication indicates the curves are quite similar from month 0-18, and clearly separate at and after 18 months. Such a data pattern clearly supports the analysis chosen before and after the 18 month cutpoint.

**Additional 2004 MI Event Rate Published Scientific Information**

Farkouh published results from the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET) of the COX2 inhibitor lumiracoxib are shown in Table 9. Of interest is the low naproxen MI rate (0.28), yet which is still twice the rate observed in VIGOR (0.15). This result provides additional information regarding the cardioprotection provided by naproxen and that the statistically significant result from VIGOR was due to the low MI event rate in the naproxen group.

Table 9. Results reported by Farkouh providing TARGET study results for MI rates. All reported rates are number of MIs per 100 patient years exposure.

| | | |
|---|---|---|
| Farkouh (2004) | Lumiracoxib | 0.33 |
| | Ibuprofen | 0.23 |
| | Naproxen | 0.28 |

**APPROVe Extension Analysis**

Results have recently become available from following APPROVe study participants for approximately one year after the study was stopped in September 2004 (MRK-S0420112195-331). An off treatment study extension protocol was completed in 2003 for the purpose of evaluating the potential efficacy of Vioxx in preventing colorectal polyps for one year after ending treatment. This extension study protocol was updated in 2005 to collect and assess thrombotic CV outcome and death data during the follow-up period. CV results are presented for many combinations of results, including results from combined study and follow-up times, as well as just post-study times. The post-study follow-up data is collected in an environment quite different than on-study conduct, since no study drugs are provided in the post-study period nor are patients constrained by whatever drugs they take. In addition, 16% of study subjects were lost for this additional follow-up period. Following in Table 11 are the results for the post-study period.

Table 11. Results reported by Merck providing APPROVe post-study follow-up results for MI rates (MRK-S0420112195-331). All reported rates are number of MIs per 100 patient years exposure.

| | | | |
|---|---|---|---|
| CV thrombotic | Vioxx | 1.82 | p < .12 |
| | Placebo | 1.14 | |
| APTC | Vioxx | 1.37 | p < .18 |
| | Placebo | 0.85 | |
| MI | Vioxx | 0.65 | p < .33 |
| | Placebo | 0.43 | |

None of these results reach statistical significance, although this is possibly due to the smaller sample size from the fewer subjects and shorter duration of follow-up. The results do indicate a trend in each CV endpoint in favor of placebo. As there was originally no plans for early study termination or continued post-study follow-up, these results must be viewed as tentative and would need interpretation by cardiovascular and pharmacologic experts.

**Juni Pooled Analysis**

Juni et al (2004) published a pooled analysis that concludes "Our cumulative meta-analysis of randomized controlled trials indicates that an increased risk of MI was evident from 2000 onwards. At the end of 2000, the effect was both substantial and unlikely to be a chance finding." However, Juni's analysis is flawed. Juni combined Vioxx trials that included a naproxen arm with Vioxx trials that included placebo arms and non-naproxen NSAID arms. In addition, Juni excluded results from the Alzheimer's studies. Juni's choice of studies to include in the pooled analysis provides an excellent example of the common criticism of pooled analyses (meta-analysis) when studies are "cherry-picked" to provide a particular answer rather than a predetermined objective method for choosing studies to include in the analysis. Further, it is clear from a review of Figure 3 in the Juni publication that the overall results are driven by VIGOR results. Thus, Juni's analysis does not support the conclusion that Vioxx increases the risk for CV thrombotic events compared to non-naproxen NSAIDs or no NSAID. Further, Juni's exclusion of clearly relevant and available results (that were favorable to Merck) makes Juni's scientific approach and conclusions highly questionable.

Juni also provided a meta-analysis of 11 retrospective studies to evaluate the effect of naproxen on MI. Juni showed the risk ratio for naproxen was 0.86 (95% CI 0.75 – 0.99), yet concluded "if a protective effect of naproxen exists, it is probably small". Juni determined that Vioxx was a risk factor for MI by the end of 2000 when the confidence interval for its risk was completely on the side of favoring its comparator, even though seven point estimates favored Vioxx and eight favored control (with one apparent tie). In the Juni naproxen meta-analysis, 10 of the 11 point estimates favor naproxen and the result is highly significant, yet Juni did not conclude naproxen

is cardioprotective. The two different conclusions from two similar analyses and results are puzzling and not consistent with objective science.

Juni also noted that "there was little evidence that relative risks differed depending on the dose of rofecoxib". Results supporting this statement are provided in Table 2 from that paper, with those results reported here in Table 12. A key criterion for proving causation is having dose response, that is, if Vioxx is a proven risk factor for CV thrombotic events or MI, it must be that higher doses and longer duration of use of Vioxx produce a higher risk, until a threshold is reached. Feinstein (1988) stated "In a 'confirmatory dose-response curve', the occurrence rates of the outcome event progress in a rising monotonic pattern as the amount of exposure progressively increases in dose, duration, or both." Results from the Juni pooled analysis do not come close to showing a dose response effect, with the low and high doses having virtually equal risk, and the middle dose showing substantially lower risk.

Table 12. Dose response findings reported by Juni et al, *Lancet* 2004;363:p 2024.

| Daily dose | Relative Risk | 95% CI |
|---|---|---|
| 12.5 mg | 2.71 | 0.99 – 7.44 |
| 25 mg | 1.37 | 0.52 – 3.61 |
| 50 mg | 2.83 | 1.24 – 6.43 |

I would like to make one final point regarding the Juni publication. Juni comments "In some instances, important discrepancies were noted between published data and figures in FDA files. For example, the VIGOR Study Group reported a four-fold increased risk of MI, whereas the figures available from FDA files indicated a five-fold increase in risk." There is a clear and logical explanation for this finding, and it is not inconsistent. Clinical trials have "data lock" times at which time the data set is frozen for final review of that data and an analysis that will be used for some purpose, such as publication or FDA submission. During this time, additional data continues to accumulate in the trial and build in a separate database, but is not included in this focused analysis. This additional data is included in the next lock period for analysis. The example to which Juni refers here occurred when the data was locked for analysis (and publication), and the later data producing slightly different results (as expected in a follow up analysis) were also reported (to the FDA). There is nothing unusual about this occurrence at all, it is typical clinical trial procedure to ensure clean, complete, and correct data is being reported. It would have been helpful for Juni to have reported on other discrepancies noted to see if they have as simple an explanation as this example.

**Epidemiological Studies**

In the four years following the VIGOR publication, numerous retrospective observational studies were conducted looking at the potential prothrombotic effect of Vioxx. My review of these studies included publications in 2002 by Rahme, Ray, Solomon, and Watson; in 2003 by Layton and Mamdani; in 2004 by Garcia-Rodriguez, Kimmel, Mamdani, and Solomon; in 2005 by

Graham, Harrison-Woolrych, Hippisley-Cox, Johnsen, Kimmel, Shaya, and Velentgas; and in 2006 by Levesque and Solomon.

It is well accepted that the scientific community only considers as relevant statistically significant ORs of at least 3.0 (or less than 0.33) from retrospective studies. This consensus was noted in Taubes (1995) by *New England Journal of Medicine* Editor Marcia Angell and FDA's Robert Temple. Sir Richard Doll, a world renowned epidemiologist, goes further and expects the lower bound of the 95% confidence interval to exceed 3.0. Harvard epidemiologist Dimitrios Trichopoulos goes still further and expects the lower bound of the confidence interval to be at least 4.0. These views have existed for some time as noted by Wynder (1987) in quoting Jerome Cornfield, a well respected statistician, "Cornfield's view that any relative risk of under 3 might be considered weak is reasonable." These views illustrate the difficulty for a retrospective study to produce results accepted as documenting a reasonable association of a relationship, because of the potential for bias to be the true reason for the statistically significant finding. For the purposes of this review, I will use the least conservative of these criteria, accepting statistically significant findings with risk ratio point estimates of at least 3.0.

From my review of the published epidemiological studies, only three findings were consistent with the above stated criterion. Two of those findings are from the 16 analyses reported in the Graham study (2005), and both findings are for Vioxx dose greater than the approved 25 mg. The third finding is from the Kimmel (2005) study in which at least 27 analyses were performed, and the comparator group was naproxen. All three findings have wide confidence intervals with lower limits slightly above one, indicating these results would become statistically non-significant if any adjustment were made for the multiple comparisons conducted in these studies.

These epidemiological studies of the CV thrombotic effects of Vioxx have been inconsistent and most ORs fail to reach the minimum accepted threshold of 3.0. Thus, the epidemiologic studies do not provide reliable evidence to prove Vioxx causes CV thrombotic events.

**Conclusions for Vioxx Based on Published Science**

Proof that a particular product is a proven cause of some condition requires certain criteria. Three essential criteria in establishing causation are strength of association, consistency of association, and dose response. VIGOR and APPROVe were the only two studies to identify statistically significant results for CV thrombotic events and MI, both negative for Vioxx. The results for VIGOR are clearly explainable by the cardioprotective effect of naproxen in that study. Also of considerable importance is that the dose of Vioxx used in VIGOR was twice the normal dose. If we restrict our study inclusion to those only using normal doses of Vioxx, the first signal of a possible CV risk is not seen until the APPROVe study. The results from APPROVe cannot be considered solid proof of causation as the statistical significance has been shown to be due to an extremely and uncharacteristically low placebo CV thrombotic event rate after 18 months. The CV and specifically MI rates for VIOXX in both VIGOR and APPROVe were right in the middle of the reported background MI rates from other studies. It is important to not equate proof of causation with statistical significance without a more careful review of the complete data.

None of the many additional prospective studies conducted during the history of Vioxx development and beyond identified any clear statistical associations relating Vioxx to CV thrombotic events or MI. It is important to understand that many analyses were reported from each study conducted and it is expected that some number of statistical analyses will produce statistically significant results by chance alone. Thus, it is quite important to review all results from a study and not simply conclude that any single finding or small set of significant results is proof of causation. For these reasons, consistency (or replication) of findings has not been established for Vioxx as a causative factor for CV events.

Dose response is also a critical aspect of proof of causation. The dose response information for Vioxx is quite limited. Juni (2004) reported a dose response analysis, shown in Table 12 in this report, and his results contradicted a dose response effect. Levesque (2006) also recently reported dose response findings, shown in Table 13 in this report. The Levesque dose response analyses are for number of prescriptions filled and for days exposed to Vioxx. Both of these analyses document a consistent trend of reduced OR both as number of Vioxx prescriptions increases and days exposed to Vioxx increases. The Levesque dose response analysis provides results indicating exactly the opposite of a dose response finding, of a protective effect with increased Vioxx exposure. That is the extent of the published dose response results so there is clearly no proven evidence of a dose response effect.

Table 13. Dose response findings reported by Levesque et al, *CMAJ* 2006;174.

| | | OR (95% CI) # |
|---|---|---|
| Prescriptions | 1# | 1.64 (1.20 – 2.23) |
| | 2-4 | 1.24 (0.95 – 1.61) |
| | 5-8 | 1.31 (0.97 – 1.76) |
| | > 8 | 0.96 (0.70 – 1.32) |
| Days Exposed | ≤ 5.8# | 1.70 (1.26 – 2.31) |
| | 5.9 – 20.3 | 1.32 (0.99 – 1.76) |
| | 20.4 – 54.2 | 1.13 (0.84 – 1.51) |
| | > 54.2 | 1.02 (0.75 – 1.38) |

# - OR = Odds Ratio; CI = Confidence Interval

Finally, epidemiological studies should be reviewed to document whether any consistency of findings can be determined. My review in this report of results from the published epidemiological studies shows very few significant findings based on the criteria for epidemiological studies, so there is no consensus showing Vioxx linked to an increase in CV events.

The important criteria of consistency (replication) and dose response have not been close to proven. Strength of association has been shown in two studies, VIGOR and APPROVe, but explanations for these associations other than Vioxx having higher incidence rates for CV events

have been clearly identified. I am confident to a reasonable degree of scientific certainty that the weight of evidence does not demonstrate that Vioxx increases the risk for CV thrombotic events, including MI.

As mentioned earlier, no individual study can prove causation. Similarly, no single study can prove lack of causation. I have shown above how the combined scientific summary of studies to date evaluating Vioxx has failed to prove Vioxx causes CV thrombotic events, including MI. The preponderance of information, taken together across all studies and analyses of Vioxx, both clinical trials and epidemiological in nature, identifies only a small number of statistically significant results that are inconsistent across multiple studies. The conclusion from this totality of information is that it is more likely than not that Vioxx does not cause CV events, including MI.

I reserve the right to update this report if more information is presented from the scientific literature or additional reports from experts or other sources.

Signed: Ronald G. Marks

Ronald G. Marks, Ph.D.
July 21, 2006