In my analyses, I have also included as a hard CHD and heart disease death endpoint, three subjects who were recorded as having unknown (or 'insufficient data') as the cause of death and had an adverse event of MI noted for the hospitalization at which the death occurred. Merck did not count these events in any of their analyses as cardiac events. The relative risk of hard CHD was 1.89 (p < 0.05). The relative risk for fatal heart disease was 4.61 (p < 0.002). These findings cannot be interpreted as being "reassuring" with respect to the CHD risk associated with rofecoxib.

| Table 2. Relative Risks for Alzheimer's Studies | | | |
|---|---|---|---|
| Endpoint | Relative Risk | Confidence Interval | p-value |
| MI | 1.52 | 0.78  2.94 | 0.21 |
| Hard CHD (MI + Sudden Cardiac Death) | 1.89 | 1.08  3.33 | <0.05 |
| Heart Disease Mortality | 4.61 | 1.73  12.23 | <0.002 |
| All Cause Mortality | 2.13 | 1.36  3.33 | <0.001 |

In addition, treatment with rofecoxib was associated with statistically significant excess total mortality in the rofecoxib group, indicating that treatment shortened life in this patient population. For deaths from all causes, the relative risk of death for rofecoxib treatment was 2.13 (p < 0.001) In January 2001, in an email addressed to other Merck scientists, Shapiro (a Merck statistician) discusses the possibility of doing an ITT analysis of mortality for all of the rofecoxib studies. In the memo she states about the Alzheimer's deaths that, "But the count not excluding late deaths was 30 rofe to 10 placebo."

The time-to-event curves, Figures 6, 7 and 8, show the cumulative event rates for hard CHD, heart disease deaths, and total mortality, respectively. The over four-fold excess risk for CHD death and two-fold excess risk of total mortality in those taking rofecoxib compared to those on placebo was striking and the finding robust.

MRK-0647008

Figure 6.



Hard CHD Event Rate by Treatment in Alzheimers Studies

Figure 7.



Heart Disease Death Rate by Treatment in Alzheimers Studies

-26-

M00864/7039

Figure 8



In a search of the files provided by Merck I was able to locate a file that included mortality data from all of the studies included in the published meta-analyses. This file was among the files in a folder entitled "meta-analysis." I did an analysis of all-cause mortality (information on the cause of death was not included in the file). There were 56 deaths in subjects taking rofecoxib and 26 in subjects taking the comparator agents, giving a RR = 1.73 (p<0.025). The Alzheimer's studies deaths agreed with what was presented in the Shapiro email.

In addition, in March 1, 2001 a report was written that presented a cataloging of the causes of the deaths in the Alzheimer's studies by three Merck physicians, Dr. Chodakewitz, Dr. Beck and Dr. Barr (MRK-AAX000696- MRK-AAX000705). The table 2 below is reproduced from this report. Note that there are 8 rofecoxib and 2 placebo cardiovascular deaths, a four fold difference. In addition, among the deaths classified in the table as other/unknown, 7 rofecoxib and 3 placebo deaths were listed with cardiovascular causes in appendix 2 of the document.

-27-

M006647040

Table 2:  Deaths on drug (including 14 days after discontinuation of drug) in MK-0966 studies 078, 091 and 126 based on secondary categorization

| Category of Death | Study | MK-0966 | Placebo |
|---|---|---|---|
| Cardiovascular[1] | 078 | 3 | 0 |
| | 091 | 3 | 1 |
| | 126 | 2 | 1 |
| | Total | 8 | 2 |
| Respiratory[1,2] | 078 | 1 | 0 |
| | 091 | 4 | 0 |
| | 126 | 0 | 0 |
| | Total | 5 | 0 |
| Cancer | 078 | 1 | 4 |
| | 091 | 0 | 0 |
| | 126 | 0 | 1 |
| | Total | 1 | 5 |
| Other/Unknown | 078 | 8 | 3 |
| | 091 | 2 | 1 |
| | 126 | 1 | 1 |
| | Total | 11 | 5 |
| | Overall Total | 25 | 12 |

Deaths listed for study 091 occurred during month 0-12,
study 078 is ongoing, study 126 is currently being discontinued, deaths listed for both
studies are as of 2/01
[1] based on blinded assessment by Eliav Barr, MD
[2] based on blinded assessment of deaths due to pneumonia Jeff Chodakewitz, MD

Thus, as early as January of 2001, Merck scientists were aware of the excess mortality associated with rofecoxib across all of their studies and that much of this excess was due to cardiovascular causes. These results were not presented in any of the published meta-analyses nor were they presented to the FDA. On the contrary, in the July 2001 SUR (page 101), it is stated that, "Therefore, review of the deaths does not identify a specific increased risk with rofecoxib." This statement is false.

Merck submitted a Clinical Safety Report (CSR) to the FDA in November 2003 on the results from study 078 (MRK-12690007833)  In addition, Merck summarizes the mortality and cardiovascular risk results from the Alzheimer's studies in their background document for the FDA Advisory Committee in February 2005.  Finally, Merck and the investigators for studies 078 and 091 present the Alzheimer's results in

-28-

M006947041

journal articles (Reines et al., Neurology 2004 and Thal et al.,
Neuropsychopharmacology 2005). The publication of the results of this trial, however,
was incomplete and inaccurate.

In Merck's summary document for the 2003 CSR (MRK-AHP0085928) the
following statement is made concerning the results of study 078: "There were no
unexpected safety results in this study compared to what is in the current label ...." This
statement is selective and misleading. This pattern of basing statements about the safety
of rofecoxib on the on-drug data and not mentioning the full ITT results is repeated in all
of Merck's presentations and publications. In the CSR (page 212), Merck states that "All
deaths were adjudicated, whether they occurred on or off of study medication, ....
Statistical analyses of all-cause mortality and thrombotic cardiovascular mortality were
performed only for patients on-drug ... ." Even when Merck does statistical analyses for
the on-drug period they fail to present the survival curves or the Cox model RR's and
associated statistical tests. Instead they present incidence rates and confidence intervals
but not the statistical tests for differences in the rates (page 187). The one time that they
do a statistical test for the on-drug death rates, they state it is not statistically significant
(page 127). They come to this conclusion by computing the test based on the proportion
of patients in each group who died rather than on the incidence rates (which accounts for
exposure time). This is not the correct test to use for data of this type.

On page 130 of the SUR, Merck presents the proportion of patients who died for
the ITT population; however they don't present the incidence rates, survival curves, or
RRs. They do a test of the proportions and do indicate that it is statistically significant but
otherwise ignore this finding. In the final section of the CSR, Merck states that
"Rofecoxib 25mg was generally well tolerated in patients with MCI."

The Company's submissions and presentations in connection with the 2005
Advisory Committee concerning the data from these trials did not reflect the substantial
CHD and all-cause mortality risk associated with rofecoxib as determined by the trials.
Once again Merck failed to present an ITT analysis. In Table 25 of Merck's Advisory
Committee Briefing Document (page 117, MRK-AFK 02235712), the cardiovascular and
mortality risk of rofecoxib is understated by omitting the events that occurred off-
treatment. Table 3 shows the results for the ITT data compared to the results in Table 25

-29-

MO06847042

of the 2005 FDA report. In spite of the results from the ITT mortality and CHD events analyses, Merck continued to assert that the Alzheimer's studies demonstrate the cardiovascular safety of rofecoxib.

| Table 3. Comparison of Results from Alzheimer's Data File to Results in FDA Presentation | | | | |
|---|---|---|---|---|
| Adjudicated Event Category | ITT Results from Data File | | Results Presented to FDA | |
| | Placebo | rofecoxib | Placebo | rofecoxib |
| Acute myocardial infarction | 14 | 15* | 14 | 14 |
| Fatal acute myocardial infarction | 1 | 6 | 1 | 2 |
| Sudden cardiac death | 4** | 12* | 4 | 8 |
| Total Hard CHD Events | 19 | 32 | 19 | 24 |

*One acute myocardial infarction occurred on the same day as a sudden cardiac death and is included in both rows (but only once in the total hard CHD row).
**Two of the sudden cardiac deaths included here are deaths that the adjudication committee listed as 'respiratory arrest'. In my analyses in table 2, I did not include them as CHD events.

The results of study 091 were published in Neurology in 2004. Seven of the eight authors of the paper were Merck employees (the non-employee was a Merck paid consultant). The only mortality data presented were the number of deaths while on-drug, 9 on rofecoxib and 2 on placebo. No statistical tests were done. In the Chen memo based on the same on-drug data reported in Neurology, Chen reports that the RR for rofecoxib was 4.68, p<0.05. Further, the ITT analyses produced by Chen showed a RR for rofecoxib of 4.43 (p<0.01). The failure of the authors to include these analyses in the paper is consistent with Merck's failure to include essential information in the publication of its earlier VIGOR trial.

The paper describing the results of study 078, published in Neuropsychopharmacology in 2005, for which 8 of the 11 authors were employees of Merck, is very troubling in its presentation. The authors interpreted the results for the primary endpoint of the study, which is the progression from mild cognitive impairment (MCI) to Alzheimer's, in a very troubling manner. The RR for the progression to Alzheimer's for rofecoxib compared to placebo was 1.46, p=0.011. The study was planned so that a RR of 0.7 in favor of rofecoxib would be detectable (i.e., in planning the trial, the investigators believed that a 30% or greater reduction in the risk of Alzheimer's due to the use of rofecoxib would be an important medical difference). Had Merck observed a RR of 0.7 for the primary endpoint, it would have strongly supported

-30-

M00084704043

Merck's hypothesis that rofecoxib delayed the onset of Alzheimer's disease. One would think that having observed a RR of 1.46 (a forty-six percent *increase* in conversion to Alzheimers), Merck would have concluded that it was likely (although not certain) that the use of rofecoxib increased the progression from MCI to Alzheimer's. Instead, Merck concluded that, "The results from this MCI study did not support the hypothesis that rofecoxib would delay a diagnosis of Alzheimer's Disease..."

In the discussion section of the paper they state that, "The possibility that rofecoxib might be inferior to placebo was also not supported by data from two large previous AD treatment studies... and found that rofecoxib had no significant effect on progression of cognitive or functional decline (Aisen et al, 2003; Raines et al, 2004)." This statement is not correct. The Aisen paper (JAMA; 289, 21, 2003) shows a statistically significant difference between rofecoxib and placebo ($p=0.044$), favoring placebo. That is, in this study, the decline in intellectual functioning in the rofecoxib patients was statistically significantly greater than in the placebo group. The authors of the paper interpreted this difference as non-significant because they made an adjustment for the fact that they were also testing the hypothesis that naproxen was equal to placebo. However, for the purposes of whether or not the results of this study supported a possible harmful effect on progression of cognitive decline, the more appropriate p-value to use is the unadjusted one.

It is also important to note that the higher proportion of patients progressing to Alzheimer's on Vioxx verses placebo appeared after only four months in the study (Thal et al, page 1209, table 2). This difference persisted over the entire course of the study. Unfortunately, this study did not have a DSMB and, as a result, the patients on Vioxx unknowingly remained at increased risk of progressing to Alzheimer's Disease throughout the entire course of the study.

The inaccurate and misleading reporting of trial results in the medical literature is again present in the reporting and discussion of the mortality findings. The 091 publication first reports the proportion of patients who died on-treatment in the two arms of the study. It does not report the incidence rates, RR's, or any tests of significance. In this respect, the approach taken is identical to that in the FDA CSR report. While Merck does list the deaths that occur in the off-drug period, they provide no analyses concerning

M00664704

the difference in the RR for total mortality or for heart disease mortality. Instead they state:

> "The total number of deaths and causes of death on–drug were consistent with expectation for an elderly population, and there was no specific pattern as to cause of death in either treatment group. The off-drug mortality data are difficult to assess since follow-up information was available for less than half of the patients, there was an imbalance in the extent of follow-up between the two groups, and the majority of the deaths occurred more than 48 weeks after the treatment had been discontinued."

This statement is both inaccurate and invites a misunderstanding of the importance of the mortality findings. Below are the critical facts:

- There was a statistically significant excess of mortality during the on-drug period, which continued into the off-drug period
- An ITT analysis that includes all of the deaths is likely to be biased towards a reduced difference between the treatments. This is due to the fact that with longer follow-up deaths will occur due to "natural causes" – that is, deaths that are not related to the treatments used in the trials. Thus, the observation of a statistically significant difference for the ITT population should have been of great concern.
- The difference in the extent of follow-up was due to the higher rate of Alzheimers and of discontinuation due to side effects in rofecoxib patients than in placebo patients. Both of these would likely bias the results towards a smaller RR rather than a larger one, because Alzheimer's disease and side effects are themselves risk factors for subsequent mortality.
- Rather than there being "… no specific pattern as to cause of death in either treatment group," the majority of the difference in the risk of death was due to heart disease deaths. The number of cancer deaths, for example, was identical in the rofecoxib patients and placebo patients. There were also 5 deaths in the rofecoxib patients that were classified as accidental deaths (there were none in placebo patients). For several of these the adjudications could not rule out

-32-

MRK-AFV0408

that the accidents that resulted in the death of the patient might have been due to a heart attack or stroke. If some of these 'accidents' were heart attacks, then the observed RR for rofecoxib underestimated the true risk.

- Study 091 also observed an excess of mortality both on-drug and ITT.

An accurate and complete discussion of the findings of this study would have made the points I've outlined above and reported that there was a highly statistically significant excess of mortality associated with the use of rofecoxib.

In conclusion, as early as January of 2001, when Shapiro reported that there were 30 deaths in the rofecoxib patients and 10 in placebo patients in the Alzheimer's studies, Merck was aware that there might be a serious mortality risk in the elderly associated with taking rofecoxib. That information should have been presented to FDA and its Advisory Committee at that point in time. The report in March 2001 and the April 2001 analyses by Chen further supported this mortality concern. At that point in time, study 078 should have been halted and the data should have been disclosed to the medical community. This was not done. The findings after the completion of study 078 provided further compelling evidence that rofecoxib was unsafe for use in the elderly. It also showed that rofecoxib might increase the deterioration of mental functioning in the elderly. Much of this information remains unknown to the scientific and medical communities to this day.

### Protocol 122 Colon Polyps Study (APPROVe)

Protocol 122 enrolled 2586 patients with recently-removed colorectal adenomas to receive 25 mg of rofecoxib or placebo. They completed approximately 3 years of treatment before the trial was halted for safety reasons by the external data safety monitoring board. The study's intended endpoint was the recurrence of colorectal adenomas, but in addition it was among a group of clinical trials included in a plan established in 2003 to monitor and adjudicate certain cardiovascular endpoints. As in the Alzheimer's studies, follow up was continued in some patients after completion or discontinuation of drug treatment.

The SAS data files, tables, program code, variable and value labels provided by the company and used in this analysis were similar to those described in previous

-33-

M00964 7046

sections. The relative risks of an MI and CHD were calculated with a Cox proportional
hazard model using the same event definitions as in the Alzheimer's protocols.

The relative risk of rofecoxib for an MI was 2.07 (p=0.05, 95% CI=(1.00, 4.29)).
The relative risk of hard CHD was 2.17 (p<0.025, 95% CI=(1.12, 4.23)). The excess
risk of MI or CHD with rofecoxib was statistically significant and consistent with those
observed in the previous three analyses. A test of the hypothesis of a constant hazard
ratio (no differences in relative risk over time) found no statistically significant evidence
of either increased or decreased risk over time. The time-to-event curves for MI and CHD
are shown below in Figures 8 and 9.

-34-

MRK00647047

Figure 8.



MI by Treatment in APPROVE

Figure 9.



CHD by Treatment in APPROVE

-35-

MXX060470-8

The withdrawal of rofecoxib in September 2004 was publicly attributed to the results of the APPROVe trial. With respect to the APPROVe data, Merck has stated that the data demonstrated "an increased cardiovascular risk in patients using rofecoxib beginning after 18 months of continuous use . . ." The statement above is misleading because—as Merck did in its presentation of its meta-analysis and Alzheimer's data—it has failed to provide a separate analysis of the previously signaled cardiovascular events; particularly MI events and hard CHD. Further, the CSR for the APPROVe trial reveals that the investigator reported cardiovascular events, which were a secondary endpoint in the trial, separated early and remained separate over the duration of the trial: "The curve of the rofecoxib treatment group was above the curve of the placebo treatment group during the entire study." The publication of the APPROVe trial failed to reveal this information, which was contrary to the Company's public position. This was not proper.

As noted above, the relative risk for MI from a Cox model is 2.07 (p=0.05, 95% CI=(1.00, 4.29)). For CHD (MI & sudden cardiac death), the relative risk is 2.17 (p<0.025, 95% CI=(1.12, 4.23)). Both of these are consistent with the risks observed in my previous analyses for VIGOR, Alzheimer's, and the meta-analysis. It is also worth noting that, as is shown in Figures 8 & 9, the cumulative event rate curves appear to separate early and thus do not show the same degree of early similar risk and later increasing risk of rofecoxib compared to placebo shown for the APTC endpoint. Such findings are contrary to Merck's public assertions that in the APPROVe trial, an increased risk of cardiovascular events was not evident until after 18 months of continuous use.

An additional year of off therapy follow-up is nearing completion for the APPROVe study. I have examined an incomplete dataset of the data from this follow-up, but understand that a final data set will be promptly forthcoming. I intend to analyze this follow-up data upon receipt.

### Protocol 203 Pooled Analyses

In January of 2004, Merck produced a document entitled "Statistical Data Analysis Plan – A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib (Study 203)." The report was authored by Jennifer Ng and Jim Bolognese, both members of the Merck Clinical Biostatistics unit.

-36-

MRK-00804704

The report lays out the analysis plan for an analysis of CV events based on the data from pooling the data from three studies of rofecoxib, APPROVe, VIP, and VICTOR. The planned analyses would be presented on a periodic basis to an unblinded independent DSMB referred to by Merck as the External Safety Monitoring Board (ESMB). The thrombotic endpoint is defined as a confirmed acute MI, unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus, pulmonary embolism, ischemic cerebrovascular stroke, cerebrovascular venous thrombosis and transient ischemic attack. The report lays out a detailed sequential analysis plan that was never implemented because of the slow accrual to the VIP and VIGOR trials. Thus ESMB review focused on the APPROVe trial which was recommended for termination by them in September of 2004 based on the excess CV events in the rofecoxib group compared to the placebo group.

I have received data files from all three studies which I have combined for the pooled analyses reported here. I provide results for the analysis of three endpoints, thrombotic events, MI and hard CHD. I am only including the thrombotic endpoint because it was pre-specified in the protocol 203. My view on the use of this composite endpoint is the same as for the APTC endpoint; namely that it mixes disparate events that have differing etiologies and is thus likely to mask the evidence of the increased MI risk associated with rofecoxib that was seen in VIGOR.

The results for the three endpoints are shown in Table 3. Note that there is a highly statistically and medically significant excess risk associated with rofecoxib use compared to placebo for each endpoint. For MI the RR is 2.45, for hard CHD it is 2.31 and for the thrombotic endpoint it is 1.75 (p-value<0.005 for all of the endpoints).

-37-

MRK0668470050

| Table 4. Relative risks for Protocol 203 pooled analyses | | | | |
|---|---|---|---|---|
| Endpoint | Relative Risk | 95% Confidence Interval | | p-value |
| MI | 2.43 | 1.30 | 4.56 | <0.005 |
| Hard CHD (MI + Sudden Cardiac Death) | 2.32 | 1.30 | 4.12 | <0.004 |
| Thrombotic Events | 1.76 | 1.22 | 2.53 | <0.003 |

Figures 10, 11 and 12 show the cumulative event curves for MI, hard CHD and thrombotic events, respectively. It is apparent from the curves for MI and hard CHD that the excess risk from Rofecoxib starts soon after beginning therapy and continues throughout the follow-up. For the thrombotic endpoint, the curves similarly separate early, with the rofecoxib curve remaining above the placebo curve during the entire period.

Figure 10



-38-

MO0064/0051

Figure 11



Hard CHD by Treatment in Protocol 203

Figure 12



Thrombotic Events by Treatment in Protocol 203

-39-

M006947052

### Pooled MI analysis of all Merck Trials

In this section I describe the results of a pooled analysis for MI of all of the Merck trials discussed in this report. Using a Cox proportional hazards analyses, I stratified the analyses into two study populations as was done in the section on the "Pooled-Analysis of OA, RA, Alzheimer's and Low Back Pain Trials". Table 5 summarizes the results of this analysis. The RR estimate is 2.09, which is highly statistically significant at the p=0.00002 level. This provides overwhelming evidence that rofecoxib causes MI's. A test of the hypothesis that the RR's are equal in the two study populations is not rejected (p=0.71). This indicates that we have no statistical evidence that the RR for rofecoxib is different in the arthritis and non-arthritis populations that were included in the rofecoxib clinical trial program.

Table 6. Relative Risk of MI by Study Population

| Study Population | Relative Risk | 95% Confidence Interval | | p-value |
|---|---|---|---|---|
| Arthritis | 2.24 | 1.31 | 3.84 | 0.003 |
| Non-Arthritis | 1.99 | 1.39 | 3.05 | 0.003 |
| Overall Estimate (stratified) | 2.09 | 1.48 | 2.95 | 0.00002 |

Figure 13 shows the cumulative MI event rates for rofecoxib versus all control agents  A test of proportional hazards is not rejected (p=0.61) indicating no statistical support for the hypothesis that the RR varies with time. Again it is clear from the figure that there is an immediate separation of the curves, with a clear linear trend separation in the cumulative event rates in both the rofecoxib and control groups.

-40-

M000847053

**Figure 13**



**Cardiovascular Data in Rofecoxib Product Label**

It is my understanding that pharmaceutical labels "shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved." 21 CFR Section 201.57(e). The phrase "reasonable evidence of an association" is a statistical concept that is well within my area of expertise.

As expressed in this report, by early 2000, there was reasonable evidence of an association between rofecoxib and the development of a spectrum of cardiovascular disease, including MI, hard CHD, CHF, and hypertension. Similarly, the Alzheimer's trials provided reasonable evidence of an association between rofecoxib and total mortality, cardiovascular mortality, and the conversion to Alzheimer's disease. The clinical trials provided evidence of the frequency, character, and severity of these serious hazards. It is my opinion that both the 2000 and 2002 labels for rofecoxib failed to accurately portray the statistical data that reflected these serious health risks.

In particular, prior to 2002, the rofecoxib label did not contain any reference to the statistical evidence of the marked increased risk of myocardial infarction that should

-41-

M00684700S4

have been evident to Merck at least as early as the spring of 2000. It is my opinion that without this clinical trial data, the label was inaccurate and incomplete. In 2002, the label was amended to include references to *select* VIGOR data and data from the meta-analysis. As presented in the label, this statistical information misstates the consistent findings seen across clinical trials concerning the frequency, character, severity, and spectrum of cardiovascular adverse events seen in the rofecoxib clinical trials. It also refers to the meta-analysis and Alzheimer's data, even though there were many methodological and substantive flaws in that analysis and presentation. Finally, the label failed to disclose the strong evidence of an association of rofecoxib with increased mortality and progression to Alzheimer's disease seen in the Alzheimer's studies.

-42-

MO06547055

## IV.   CONCLUSION

In conclusion, I have reviewed and analyzed Merck clinical trials data files that were sufficient in number to provide a comprehensive overview of the scientific evidence available to the Company about the cardiac and cardiovascular risks of rofecoxib. The significant risks of rofecoxib to the heart and cardiovascular system were apparent in the spring of 2000 and confirmed and reinforced by data that became available in succeeding years. In addition, the evidence of significant mortality risk seen in the Alzheimer's trials should have been reported to the medical community. In my opinion, Merck did not accurately present the adverse effects of rofecoxib seen in these data in published articles, presentations to the FDA, and the product labeling.

Richard A. Kronmal

-43-

M0095470S6

Reliance Material of Dr. Richard Kronmal

1. "Comparision of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" By Claire Bombardier et al *New Engl J Med* 2000;343:1520-8

2. "Comparative Overview of randomized trials of antiplatlet therapy Prevention of death, myocardial infarction, and stroke by prolonged antiplatlet therapy in various categories of patients" *BMJ* 1994;308:81-106

3. Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-ABA0019599-0019655)

4. Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-AFV0347592-0347663)

5. FDA Advisory Committee Background Information (21 January 2005)

6. "Risk of Cardiovascular Events and Rofecoxib: A Cumulative Meta-Analysis by Peter Juni et al *The Lancet* 11/5/2004 (MRK-ABG0004394-0004402)

7. "Cardiovascular Thrombotic Events in Controlled Clinical Trials of Rofecoxib" by Marvin Konstam et al (MRK-ABA0001310-0001318)

8. July 12, 2001 FDA Medical Officer Review

9. APPROVe ESMB Minutes 1/23/2002 (MRK-AFF0000095-0000098)

10. "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared to NSAIDs" By Michael Langeman et al *JAMA* Vol. 282 No. 20, 11/24/99

11. "Blood Pressure in Native Americans Switched from Celecoxib to Rofecoxib" by Jefferson Fredy et al *Ann Pharmacother* 2005:39

12. MRK-ZAI0001252

13. MRK-ZAI0001253

14. MRK-ZAI0001254

15. MRK-ZAI0001255

16. MRK-ZAI0001256

17. MRK-ZAI0001257

18. MRK-ZAI0001258

M006647057

19.   MRK-ZAI0001259

20.   MRK-ZAI0001260

21.   MRK-ZAI0001261

22.   MRK-ZAI0001262

23.   MRK-ZAI0001263

24.   "Meta-Analyisis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood Pressure" by Tai-Juan Aw et al *Arch Intern Med* 2005;165:1-7

25.   "The Effect of Cyclooxygenase-2 Inhibitors and Nonsteriodal Anti-Inflammatory Therapy on 24 Hour Blood Pressure in Patients with Hypertension, Osteoarthritis and Type 2 Diabetes Melittus by James Sowers et al *Arch Intern Med* 2005;165:161-168

26.   "Cardiovascular Complications of Cocaine Use" by Richard Lange et al *New Engl J Med* 345;5:351-358

27.   APPROVe Study ESMB Committee Meeting Minutes (MRK-ABS0200367-0200388)

28.   F01398 KW SAS Inventory

29.   F01399 Quan SAS Inventory

30.   F01400 Vigor SAS Inventory

31.   "Relationship Between Cox-2 Specific Inhibitors and Hypertension by Daniel Solomon et al *Hypertension* 2004;44:140-145

32.   "Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in outcomes in elderly patients: a populations based cohort study" by Muhammed Mamdami et al *Lancet* 2004;363:1751-56

33.   MRK-ZAI0001264

34.   MRK-ZAI0001378

35.   MRK-ZAI0001379

36.   MRK-ZAI0001265

37.   MRK-ZAI0001266

MX00554T059

38. Deposition Transcript of Deborah Shapiro  1/25/05

39. Deposition Transcript of Jennifer Ng 1/21/05

40. Draft of "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" (MRK-AFO0286559-0286584)

41. APPROVe ESMB Closed Session Meeting Minutes-1/23/02 (MRK-AFV0056013-14)

42. MRK-ZAI0001267

43. MRK-ZAI0001268

44. MRK-ZAI0001269

45. MRK-ZAI0001270

46. MRK-ZAI0001271

47. MRK-ZAI0001272

48. MRK-ZAI0001273

49 APPROVe ESMB Meeting Minutes 11/23/03 (MRK-AFF0000116-0000118)

50. Memorandum from T. Simon, dated 3/6/02 re: Minutes of Teleconference Conference of ESMB (MRK-0373841-0373845)

51. Presentation-Data Analysis Plan-ESMB-1/23/02 (MRK-ABS0369134-0369141)

52 ESMB Presentation-11/26/02 (MRK-ABS0449542-0449554)

53. Study Status Update Presentation (MRK-ABS0458093-0458101)

54. Study Update Presentation 9/17/04- (MRK-ABS0038612-0038621)

55. ESMB Meeting Presentation 11/7/01 (MRK-AFO0113936-0113948)

56. Dataset for Study 122

57. "Antithrombotic Therapy in Hypertension: a Cochrane Schematic Review" by DC Felmeden et al  *J Human Hypertension* (2005) 19, 185-196

58. "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Events" by Fadia Shaya et al *Arch Intern Med* 2005;165:181-186

3

MO0864705 9

59.   November 21, 1996 Memorandum from T. Musliner (MRK-AAX0002413)

60.   December 9, 1997 Project Team Minutes Attachments

61.   "High Dose Statins in Acute Coronary Syndrome" *JAMA* 293;1

62.   APPROVe ESMB Minutes 11/26/02 (MRK-AFF0000091-0000093)

63.   APPROVe ESMB Minutes 5/15/03 (MRK-AFF0000112-0000114)

64.   APPROVe ESMB Minutes 9/17/04 (MRK-ABD0054391-0054392)

65.   "Rofecoxib, Merck and the FDA" by Peter Kim et al  *N Engl J Med* 351;27

66.   Vioxx Label (MRK-LBL0000031-0000034)

67.   Vioxx Label (MRK-LBL0000035-0000038)

68.   Vioxx Label (MRK-LBL0000039-0000042)

69.   Vioxx Label (MRK-LBL0000047-0000050)

70.   Vioxx Label (MRK-LBL0000051-0000054)

71.   Vioxx Label (MRK-LBL0000055-0000058)

72.   Vioxx Label (MRK-LBL0000059-0000062)

73.   Vioxx Label (MRK-LBL0000063-0000066)

74.   Vioxx Label (MRK-LBL0000240-0000243)

75.   Vioxx Label (MRK-LBL0000258-0000261)

76.   April 6, 2005 memorandum from Jenkins and Sigelman re: Analysis and
      recommendations for Agency action regarding non-steroidal anti-inflammatory
      drugs and cardiovascular risk

77.   "Risk of myocardial infarction in patients taking cyclo-oxygenase 2 inhibitors or
      conventional non-steroidal anti-inflammatory drugs; population based nested case
      control analysis" *BMJ* 2005;330:1336

78.   "NSAID use and BP in treated hypertensives: a retrospective controlled
      observational study" *J Human Hypertension* 10 March 2005

79.   Merck's Recall of Rofecoxib-A Strategic Perspective" by Gee et al *N Eng J Med*
      351;21

80. Email from Eric Mortensen re: FW: John Baron's Feedback (MRK-ABS0212130-0212132)

81. Email from R. Bain re: CV Analysis for Alzheimer's Protocols (MRK-NJ0186457-0186565)

82. November 5, 2001 letter from R. Silverman to Jonca Bull (MRK-01420163678-01420163680)

83. Attachment I-Lists of Deaths by Treatment Group (MRK-01420163683-01420163695)

84. "Increased Unrecognized Coronary Heart Disease and Sudden Deaths in Rheumatoid Arthritis" by Cynthia Crowson et al *Arthritis and Rheumatism* 52;2:402-411

85. "Cardiovascular Toxicity of Valdecoxib" by Wayne Ray et al *N Engl J Med* 351;26

86. American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shapiro, RS Sperling, E Barr, Q Yu appeared on pp. 204-209 of volume 89

87. Neurology - "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62

88. "Cyclooxygenase Inhibition and Cardiovascular Risk" by Antman et al *Circulation* 2005;112:759-770

89. "The Impact of Non-Steroidal Anti-Inflammatory Drugs on Blood Pressure, with an Emphasis on Newer Agents" by Edwards Armstrong et al Excerpta Medica 2003

90. Safety Update for APPROVe-2/12/04 (MRK-AFF0000370-0000416)

91. Safety Update for APPROVe-8/2/02 (MRK-AFF0000279-0000317)

92. Safety Update for APPROVe-11/20/02 (MRK-AFF0000233-0000278)

93. Safety Update for APPROVe-5/9/02 (MRK-AFF0000318-0000352)

94. Safety Update for APPROVe-9/13/04 (MRK-AFQ0000461-0000522)

95. APPROVe SAS Programs (MRK-AFL0015427-0015431)

5

96.  Programmatic Review (MRK–AEI0002734-0002746)

97.  SAS documentation (MRK–AFL0015111-0015112)

98.  Memorandum from T. Simon re: Coversations with Drs. Recin, Neaton and Simon (MRK–ABS0398045-0398046)

99.  Memorandum fro T. Simon re: Minutes of Teleconference of ESMB (MRK–AFV0043942-0043943)

100.  Statistical Data Analysis Plan (MRK–I2220004239-0004308)

101.  Study Status Update (MRK–ABS0458333-0458341)

102.  Slides-Summary of Hypertension Incidence

103.  Table E-64 (MRK–ABS0068972)

104.  Table E-64 (MRK–ABS0068986)

105.  VIGOR Endpoint Chart (MRK–NJ0100874)

106.  FDA Advisory Committee VIGOR Slides

107  MRK–ZAO0000017

108.  MRK–ZAO0000053

109.  MRK–ZAR0001942

110  MRK–ZAN0000003

111.  MRK–ZAN0000004

112  MRK–ZAN0000005

113  MRK–ZAN0000006

114.  MRK–ZAN0000007

115.  MRK–ZAA0000141

116.  MRK–ZAA0000148

117.  MRK–ZAA0000152

6