38.    Deposition Transcript of Deborah Shapiro  1/25/05

39.    Deposition Transcript of Jennifer Ng 1/21/05

40.    Draft of "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma Chemoprevention Trial" (MRK-AFO0286559-0286584)

41.    APPROVe ESMB Closed Session Meeting Minutes-1/23/02 (MRK-AFV0056013-14)

42.    MRK-ZAI0001267

43.    MRK-ZAI0001268

44.    MRK-ZAI0001269

45.    MRK-ZAI0001270

46.    MRK-ZAI0001271

47.    MRK-ZAI0001272

48.    MRK-ZAI0001273

49.    APPROVe ESMB Meeting Minutes 11/23/03 (MRK-AFF0000116-0000118)

50.    Memorandum from T. Simon, dated 3/6/02 re: Minutes of Teleconference Conference of ESMB (MRK-0373841-0373845)

51.    Presentation-Data Analysis Plan-ESMB-1/23/02 (MRK-ABS0369134-0369141)

52.    ESMB Presentation-11/26/02 (MRK-ABS0449542-0449554)

53.    Study Status Update Presentation (MRK-ABS0458093-0458101)

54.    Study Update Presentation 9/17/04- (MRK-ABS0038612-0038621)

55.    ESMB Meeting Presentation 11/7/01 (MRK-AFO0113936-0113948)

56.    Dataset for Study 122

57.    "Antithrombotic Therapy in Hypertension: a Cochrane Schematic Review" by DC Felmeden et al  *J Human Hypertension* (2005) 19, 185-196

58.    "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Events" by Fadia Shaya et al *Arch Intern Med* 2005;165:181-186

3

59. November 21, 1996 Memorandum from T. Musliner (MRK-AAX0002413)

60. December 9, 1997 Project Team Minutes Attachments

61. "High Dose Statins in Acute Coronary Syndrome" *JAMA* 293;1

62. APPROVe ESMB Minutes 11/26/02 (MRK-AFF0000091-0000093)

63. APPROVe ESMB Minutes 5/15/03 (MRK-AFF0000112-0000114)

64. APPROVe ESMB Minutes 9/17/04 (MRK-ABD0054391-0054392)

65. "Rofecoxib, Merck and the FDA" by Peter Kim et al  *N Engl J Med* 351;27

66. Vioxx Label (MRK-LBL0000031-0000034)

67. Vioxx Label (MRK-LBL0000035-0000038)

68. Vioxx Label (MRK-LBL0000039-0000042)

69. Vioxx Label (MRK-LBL0000047-0000050)

70. Vioxx Label (MRK-LBL0000051-0000054)

71. Vioxx Label (MRK-LBL0000055-0000058)

72. Vioxx Label (MRK-LBL0000059-0000062)

73. Vioxx Label (MRK-LBL0000063-0000066)

74. Vioxx Label (MRK-LBL0000240-0000243)

75. Vioxx Label (MRK-LBL0000258-0000261)

76. April 6, 2005 memorandum from Jenkins and Sigelman re: Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk

77. "Risk of myocardial infarction in patients taking cyclo-oxygenase 2 inhibitors or conventional non-steroidal anti-inflammatory drugs; population based nested case control analysis" *BMJ* 2005;330:1336

78. "NSAID use and BP in treated hypertensives: a retrospective controlled observational study" *J Human Hypertension* 10 March 2005

79. Merck's Recall of Rofecoxib-A Strategic Perspective" by Gee et al *N Eng J Med* 351;21

4

N00569S0790

80.   Email from Eric Mortensen re: FW: John Baron's Feedback (MRK–ABS0212130-0212132)

81.   Email from R. Bain re: CV Analysis for Alzheimer's Protocols (MRK-NJ0186457-0186565)

82.   November 5, 2001 letter from R. Silverman to Jonca Bull (MRK-01420163678-01420163680)

83.   Attachment 1-Lists of Deaths by Treatment Group (MRK-01420163683-01420163695)

84.   "Increased Unrecognized Coronary Heart Disease and Sudden Deaths in Rheumatoid Arthritis" by Cynthia Crowson et al *Arthritis and Rheumatism* 52;2:402-411

85.   "Cardiovascular Toxicity of Valdecoxib" by Wayne Ray et al *N Engl J Med* 351;26

86.   American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shapiro, RS Sperling, E Barr, Q Yu appeared on pp. 204-209 of volume 89.

87.   Neurology - "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62.

88.   "Cyclooxygenase Inhibition and Cardiovascular Risk" by Antman et al *Circulation* 2005;112:759-770

89.   "The Impact of Non-Steroidal Anti-Inflammatory Drugs on Blood Pressure, with an Emphasis on Newer Agents" by Edwards Armstrong et al Excerpta Medica 2003

90.   Safety Update for APPROVe-2/12/04 (MRK-AFF0000370-0000416)

91.   Safety Update for APPROVe-8/2/02 (MRK-AFF0000279-0000317)

92.   Safety Update for APPROVe-11/20/02 (MRK-AFF0000233-0000278)

93.   Safety Update for APPROVe-5/9/02 (MRK-AFF0000318-0000352)

94.   Safety Update for APPROVe-9/13/04 (MRK-AFQ0000461-0000522)

95.   APPROVe SAS Programs (MRK-AFL0015427-0015431)

5

96.    Programmatic Review (MRK-AEI0002734-0002746)

97.    SAS documentation (MRK-AFL0015111-0015112)

98.    Memorandum from T. Simon re: Coversations with Drs. Recin, Neaton and Simon
       (MRK-ABS0398045-0398046)

99.    Memorandum fro T. Simon re: Minutes of Teleconference of ESMB (MRK-
       AFV0043942-0043943)

100.   Statistical Data Analysis Plan (MRK-I2220004239-0004308)

101.   Study Status Update (MRK.-ABS0458333-0458341)

102.   Slides-Summary of Hypertension Incidence

103.   Table E-64 (MRK-ABS0068972)

104.   Table E-64 (MRK-ABS0068986)

105.   VIGOR Endpoint Chart (MRK-NJ0100874)

106.   FDA Advisory Committee VIGOR Slides

107.   MRK-ZAO0000017

108.   MRK-ZAO0000053

109.   MRK-ZAR0001942

110.   MRK-ZAN0000003

111.   MRK-ZAN0000004

112.   MRK-ZAN0000005

113.   MRK-ZAN0000006

114.   MRK-ZAN0000007

115.   MRK-ZAA0000141

116.   MRK-ZAA0000148

117.   MRK-ZAA0000152

6

M006947062

# CURRICULUM VITAE

## Richard A. Kronmal, Ph.D.

*Date of Birth:*    May 3, 1939

*Place of Birth:*    Los Angeles, California

*Education:*    University of California, Los Angeles, California, A.B., 1961
University of California, Los Angeles, California, Ph.D., Biostatistics, 1964

### Positions:

Programmer, Nortronics Company, El Segundo, California, Summer 1960
US Public Health Graduate Fellow in Biostatistics, UCLA, Los Angeles, California, 1961-64
Programmer, Department of Preventive Medicine and Public Health, UCLA; Los Angeles, California, Summer 1961
Instructor, Preventive Medicine, University of Washington, Seattle, Washington, 1964-66
Assistant Professor, Preventive Medicine, University of Washington, Seattle, Washington, 1966-70
Associate Professor, Department of Biostatistics, University of Washington, Seattle, Washington, 1970-75
Adjunct Associate Professor, Computer Science, University of Washington, Seattle, Washington, 1973-74
Chairman, Biomathematics Group, University of Washington, Seattle, Washington, 1973-85
Professor, Department of Statistics, University of Washington, Seattle, Washington, 1987-present
Professor, Department of Biostatistics, University of Washington, Seattle, Washington, 1975-present

### Appointments:

Consultant, Bureau of Vital Health Statistics, Department of Public Health, State of California, 1963
Consultant, Bureau of Chronic Diseases, Department of Public Health, State of California, 1963
Consultant, US Navy Medical Research Unit #2, Taipei, Taiwan, 1968-69
Consultant, Pan American Health Organization-World Health Organization, Guatemala, 1971-75
Consultant for the Collaborative Study of Phenylketonuria (PKU), 1975-84

M00664706.3

Richard A. Kronmal                                    Curriculum Vitae

*Appointments (cont.):*

Consultant to the National Heart and Lung Institute, 1976-77
Consultant, Institute of Investigator for Health, Costa Rica, 1976-80
Consultant, National Institute of Child Health and Human Development, 1973-89
Member, Food and Drug Administration Advisory Committee on Cardiovascular and
    Renal Diseases, 1979-83 (Chairman, 1983)
Consultant, AID, 1981
Member, Clinical Applications and Prevention Advisory Committee, National Heart,
    Lung and Blood Institute, 1982-84
Consultant, Maternal PKU Project, 1984-1987
Member, Epidemiology and Disease Control Study Section, NIH, 1984-88
Associate Editor, *Journal of Statistical Computation and Simulation*, 1986-89
Member, Advisory Board, *Screening* (Official Journal of the International Society for
    Neonatal Screening) 1995-1997.
Member, Editorial Advisory Board, Statistical Methods in Medical Research; Associate
    Editor, 1997-
Statistical Consultant and DSMB member,  Syntex Ticlopidine Studies, 1981-1990.
Statistical Consultant and DSMB Chairman, Genentec TPA in Stroke Studies, 1990-1998
Statistical Consultant to HeartStream, studies of defibrillator, 1996-1999.
Statistical Consultant and DSMB member for Weyeth Ayherst Stroke Study, 1996-1998
Statistical Consultant and DSMB member for Bristol-Meyers Squibb Studies of
Pravastatin for CHD prevention, 1986-1995
Statistical Consultant for NeoRex, 1998
Statistical Consultant and Chairman, DSMB Knoll Studies of Ancrod in Stroke, 1991-
    1999
Statistical Consultant for DuPont, 1999 – 2000
Statistical Consultant and DSMB member,  ICOS, 1998-2000
Statistical Consultant and DSMB member,  Intrabiotics Corp. 1999 – 2001.
Member of DSMB, Bristol Meyers Squibb OPERA Study, 1999 –2002.
Chair of DSMB, Genome Corporation, RAVE study, 2002-2004.
Chair of DSMB, Human Genome Sciences, WHO4 study, 2002-2004.
Chair of DSMB, Intrabiotics Corp., VAP Study, 2002-2004.
Member of DSMB, Fred Hutchinson Cancer Research Center, Cellular Immunotherapy
    Study, 2004-present
Chair of DSMB, Corcept Corp. C-1073 Studies, 2003-Present
Statistical Consultant, Northstar Corp. 2004-Present

*Honors:*

U.S. Public Health Fellowship, 1961-63
Research Career Development Award, Public Health Service, 1968-72
Elected Fellow of the American Statistical Association, 1981

*University Appointments:*

MOO08447004

Richard A. Kronmal                                                    Curriculum Vitae

Executive Committee, School of Public Health and Community Medicine, 1979-83
Graduate School Executive Committee, 1980-83
Faculty Senate, September 1980-September 1982
Graduate Faculty Council, 1980-84
Chair, Committee to Review the Radiological Sciences Program, 1994-95
Faculty Research Council, 1995-2000

*Societies:*

American Statistical Association
Biometric Society (Western North American Region)

M0008470S5

Richard A. Kronmal                                                    Curriculum Vitae

*Grants and Contracts Awarded:*

Coordinating Center for Collaborative Studies in Coronary Artery Surgery, National
   Heart, Lung and Blood Institute, 1973-77
Computer Data and Related Services, Guatemala Project, Institute of Nutrition of Central
   America and Panama, 1972-75
Computer System Conversion, National Institutes of Health, 1973
Efficient Generation of Random Variables from an Arbitrary Probability Distribution,
   National Science Foundation, Principal Co-Investigator with AV Peterson, Jr.,
   1980-83
Stroke Prevention and Atrial Fibrillation Statistical Center, Coordinating Center, National
   Institutes of Health, 1987-97
Further Analysis of Growth Data in PKU, National Institutes of Health, 1987-89
A Case-control Study of Vasectomy and Urolithiasis, 1989-92
Coronary Heart Disease and Stroke in People Aged 65 to 84 Years, Coordinating Center,
   National Institutes of Health, 1988-2005
Calcium Channel Blockers and the risk of breast Cancer, National Cancer Institute, 1998-
   1999
Multi-Ethnic Study of Atherosclerosis (MESA), Coordinating Center, National Institutes
   of Health, 1999-2008
   Cystic Fibrosis Therapeutic Development Coordinating Center, National Institutes
   of Health and the Cystic Fibrosis Foundation, Co-PI with Bonnie Ramsey, MD
   1999-2005
Ginko Evaluation of Memory Study (GEMS), Coordinating Center, National Institutes of
   Health, 2000-2006
Cardiovascular Biostatistics Training, National Institutes of Health, 2001-2006
Fat Redistribution and Metabolic Change in HIV Infection (FRAM-2), Data Management
   Center, National Institutes of Health, 2003 – 2007,
MESA Family Study, Coordinating Center, National Institutes of Health, 2003 – 2008,
Epidemiology of Vascular Inflammation and Atherosclerosis, Data Management Center,
   National Institutes of Health, 2004 – 2009
MESA – Air Pollution Study, Coordinating Center, EPA, 2004 - 2013


Articles in Refereed Journals

1.   Kronmal RA:  Evaluation of a pseudorandom normal number generator.  *J Asso Comput
     Mch* 11:357-63, 1964.

2.   Dixon WJ, Kronmal RA:  The choice of origin and scale for graphs.  *J Asso Comput Mch*
     12:259-61, 1965.

3.   Alexander ER, Foy HM, Kenny GE, Kronmal RA, McMahan R, Clark ER, MacColl WA,
     Grayston JT:  Pneumonia due to Mycoplasma pneumonia.  *N Engl J Med* 275:131-33,
     1966.

M000647096

Richard A. Kronmal                      S                              Bibliography

4.   Grayston JT, Kenny GE, Foy HM, Kronmal RA, Alexander ER:  Epidemiological studies
     of Mycoplasma pneumonia infections in civilians.  Ann New York Acad Sci 143:436-46,
     1967.

5.   Kogan A, Kronmal RA, Peterson DR:  The relationship between infectious hepatitis and
     Down's Syndrome.  Am J Public Health 58:305-11, 1968.

6.   Kronmal RA, Tarter ME:  The estimation of probability densities and cumulatives by
     Fourier series methods.  JASA 63:925-52, 1968.

7.   Kronmal RA, Bender L, Mortensen J:  A conversational statistical system for medical
     records.  JRSS 19:82-92, 1970.

8.   Tarter ME, Kronmal RA:  On multivariate density estimates based on orthogonal
     expansions.  Ann Math Stat 41:718-22, 1970.

9.   Bryant JI, Emanuel I, Huang S, Kronmal RA, Lo J:  Dermatoglyphs of Chinese children
     with Down's Syndrome.  J Med Gen 7:338-44, 1970.

10.  Strickland GT, Costell DO, Kronmal RA:  Prolonged observations on the liver function
     tests in infectious hepatitis.  Am J Gastroent 55:257-64, 1971.

11.  Fox JP, Hall CE, Cooney MK, Luce RE, Kronmal RA:  The Seattle virus watch.  II.
     Objectives, study population and its observation, data processing and summary of
     illnesses.  Am J Epidemiol 96:270-85, 1972.

12.  Kronmal RA:  Letter to the editors:  Symptom diagnosis using Bahadur's distribution.  Int
     J Biomed Comput 3(4):313-315, 1972.

13.  Foltz EL, Kronmal RA, Shurtleff DB:  To treat or not treat:  A neurosurgeon's perspective
     of myelomeningocele  Clin Neurosurg 20:147-63, 1973.

14.  Foltz EL, Kronmal R, Shurtleff DB:  Chapter 10.  To treat or not to treat:  A
     Neurosurgeon's perspective of myelomeningocele.  Clin Neurosurg 20:147-163, 1973.

15.  Shurtleff DB, Kronmal RA:  Myelodysplasia:  Decision for death or disability.  N Engl J
     Med 291:1005-11, 1974.

16.  Mata LJ, Urrutia JJ, Kronmal RA, Joplin C:  Survival and physical growth in infancy and
     early childhood by birth weight and gestation age:  Study in a Guatemalan Indian village.
     Am J Dis Child 129:561-66, 1975.

17.  Shurtleff DB, Kronmal RA, Foltz EL:  Follow-up comparison of hydrocephalus with and
     without myelomeningocele.  J Neurosurg 42:61-88, 1975.

18.  Ott J, Kronmal R:  Some classification procedures for multivariate binary data using
     orthogonal function.  JASA 71:391-99, 1976.

M00884708

Richard A. Kronmal                    6                          Bibliography

2.    Mata LJ, Kronmal RA, Urrutia JJ, Garcia B: Antenatal events and postnatal growth and
      survival of children in a rural Guatemalan village. *Ann Human Biol* 3:303-15, 1976.

20.   Tarter ME, Kronmal RA:  An introduction to the implementation and theory of
      nonparametric density estimation. *Am Stat* 30:105-12, 1976.

21.   Mata LJ, Kronmal RA, Urrutia JJ, Garcia B:  Effect of infection on food intake and the
      nutritional state:  Perspectives as viewed from the village.  *Am J Clin Nutr* 30:1215-27,
      1977.

22.   Wahl PW, Kronmal RA:  Discriminant functions when covariances are unequal and
      sample sizes are moderate. *Biometrics* 33:479-84, 1977.

23.   Kronmal RA, Davis K, Fisher LD, Jones R, Gillespie MJ:  Data management for a large
      cooperative clinical trial (CASS).  *Comput Biomed Res* 11:533-66, 1978.

24.   Frank R, Brain JD, Knudson DE, Kronmal RA:  Ozone exposure, adaptation, and changes
      in lung elasticity. *Environ Res* 19:449-59, 1979.

25.   Holm VA, Kronmal RA, Williamson M, Roche AF:  Physical growth in phenylketonuria.
      II.  Growth of treated children in the PKU Collaborative Study from birth to four years of
      age. *Pediatrics* 63:700-07, 1979.

26.   Kronmal RA, Peterson AV Jr:  On the alias method for generating random variables from
      a discrete distribution. *Am Stat* 33:71-83, 1979.

27.   Vlietstra RE, Frye RL, Kronmal RA, Sim DA, Tristani FE, Killip T, Participants in the
      Coronary Artery Surgery Study (CASS): RISk factors and angiographic coronaryartery
      disease: A report from the CASS study (CASS). *Circulation* 62:254-61, 1980.

28.   Peterson AV Jr, Kronmal RA:  A representation for discrete distribution by equiprobable
      mixture.  *J Appl Prob* 17:102-11, 1980.

29.   Kronmal RA, Peterson AV Jr:  A variant of the acceptance-rejection method for computer
      generation of random variables. *JASA* 76:446-51, 1981.

30.   Kronmal RA, *et al.*:  National Heart, Lung and Blood Institute Coronary Artery Surgery
      Study (T Killip, LD Fisher and MB Mock, eds.). *Circulation (Supplement)* 63(6):1-81,
      1981.

31.   Vlietstra RE, Kronmal RA, Frye RL, Seth AK, Tristani FE, Killip T:  Factors affecting
      the extent and severity of coronary artery disease in patients enrolled in the Coronary
      Artery Surgery Study (CASS). *Arteriosclerosis* 2:208-15, 1982

32.   Vlietstra RE, Kronmal RA, Seth AK, Frye RL:  Correlation of the coronary heart disease
      risk factors and coronary angiographic data.  *Kardiologiia* 22(2):67-72, 1982.

M008647068

Richard A. Kronmal                    7                         Bibliography

33.  Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal RA, Gillespie MJ:  C2: A database management system developed for the Coronary Artery Surgery Study (CASS) and other clinical studies. *J Med Syst* 6(5):501-518, 1982.

34.  Peterson AV Jr, Kronmal RA:  On mixture methods for the computer generation of random variables. *Am Stat* 36:184-82, 1982.

35.  White JE, Kronmal R, Acosta PB:  Excess weight among children with phenylketonuria. *J Am Coll Nutr* 1:293-303, 1982.

36.  Gersh B, Kronmal RA, Frye R, Schaff HV, Ryan TJ, Gosselin AJ, Kaiser GC, Killip T, Participants in the Coronary Artery Surgery Study:  Coronary arteriography and coronary artery bypass surgery:  Morbidity and mortality in patients ages 65 years or older.  A report from the Coronary Artery Surgery Study (CASS). *Circulation* 67:483-91, 1983.

37.  Gersh B, Kronmal RA, Schaff H, Frye R, Ryan TJ, Myers WO, Athearn M, Gosselin AJ, Kaiser GC, Participants in the Coronary Artery Surgery Study:  Long-term (5-year) results of coronary bypass surgery in patients aged 65 years or older.  A report from the Coronary Artery Surgery Study (CASS). *Circulation* 68(Supplement II):II-190-99, 1983.

38.  Mata L, Simhon A, Urrutia JJ, Kronmal RA:  Natural history of rotavirus infection in the children of Santa Maria Cauque. *Prog Food Nutr Sci* 7:167-77, 1983.

39.  Russek E, Kronmal R, Fisher L:  The effect of assuming independence in applying Bayes' Theorem to risk estimation and classification in diagnosis. *Comput Biomed Res* 16:537-52, 1983.

40.  CASS Principal Investigators and their Associates:  Myocardial infarction and mortality in the Coronary Artery Surgery Study (CASS) randomized trial. *N Engl J Med* 310:750-58, 1984.

41.  CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS):  A randomized trial of coronary artery bypass surgery.  Survival data. *Circulation* 68:939-50, 1983.

42.  CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS): A randomized trial of coronary artery bypass surgery.  Quality of life in patients randomly assigned to treatment groups. *Circulation* 68:939-50, 1983.

43.  CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS): A randomized trial of coronary artery bypass surgery.  Comparability of entry characteristics and survival in randomized patients and nonrandomized patients meeting randomization criteria. *J Am Coll Cardiol* 3:114-28, 1984.

Richard A. Kronmal                         8                         Bibliography

44.  Peterson AV Jr, Kronmal RA: Analytic comparison of three general-purpose methods for the computer generation of discrete random variables. *Appl Stat JRSS (C)* 32:276-86, 1983.

45.  Mata L, Kronmal RA, *et al*: Epidemiology of rotaviruses in a cohort of 45 Guatemalan Mayan Indian children observed from birth to three years of age. *J Infect Dis* 148:452-61, 1983.

46.  Kronmal RA, Peters AV Jr: An acceptance-complement variant of the mixture-plus-acceptance-rejection method. *Trans Math Software* 10:271-81, 1984.

47.  Gersh BJ, Schaff HV, Kronmal RA: Bypass for the elderly: A CASS registry update. *Cardiovasc Med* 897-901, 1984.

48.  Kronmal RA: Commentary on the published results of the Lipid Research Clinics Coronary Primary Prevention Trial. *JAMA* 253:2091-93, 1985.

49.  Butler WJ, Kronmal RA: Discrimination with polychotomous predictor variables using orthogonal functions. *JASA* 80:443-48, 1985.

50.  Kronmal RA: Commentaire sur les resultats d l'essai de prevention primaire de la maladie coronarienne par abaissement du taux de cholesterol (LRC-CPPT). *JAMA (French Edition)* 10:841-44, 1985 (French translation of #44).

51.  Gersh BJ, Kronmal RA, Schaff HV, Frye RL, Ryan TJ, Mock MB, Myers WO, Athearn MW, Gosselin AJ, Kaiser GC, Bourassa MG, Killip T: Comparison of coronary artery bypass surgery and medical therapy in patients 65 years of age or older. *N Engl J Med* 313:217-24, 1985.

52.  McCormick JR, Schick EC, McCabe C, Kronmal RA, Ryan TJ: Determinants of operative mortality and long-term survival in patients with unstable angina: The CASS experience. *J Thorac Cardiovasc Surg* 89:683-88, 1985.

53.  Kronmal RA: Kommentar zu den veroffentlichten Ergebnissen der Lipidstudie zur Prevention koronarer Herzkrankheiten. *JAMA (German Edition)* 7:8468-73, 1985

54.  Farthing MJG, Mata L, Urrutia JJ, Kronmal RA: Natural history of Giardia infection of infants and children in rural Guatemala and its impact on physical growth. *Am J Clin Nutr* 43:395-405, 1986.

55.  Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T: Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease. *JAMA* 255:1023-27, 1986.

56.  Kemp HG, Kronmal RA, Vlietstra RE, Frye RL: Seven year survival of patients with normal or near normal coronary arteriograms: A CASS registry study. *J Am Coll Cardiol* 7:479-83, 1986.

MO0847070

Richard A. Kronmal          9          Bibliography

57. Holtzman T, Kronmal RA, van Doorninck W, Azen C, Koch R: Effect of age at loss of dietary control on intellectual performance and behavior of children with phenylketonuria. *N Engl J Med* 314:593-98, 1986.

58. Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T: Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease. *JAMA (Southeast Asia Version)* 2:21-26, 1986 (Reprint of #51).

59. Teitz C, Hermanson B, Kronmal R, Diehr P: Evaluation of the use of braces to prevent injury to the knee in collegiate football players. *J Bone Joint Surg (A)* 69:2-9, 1987.

60. Thigpen JT, Kronmal R, Vogel S, Hynes HE, Nahhas W, Belt RJ, Balcerzak SP, Epstein RB, Costanzi JJ: A phase II trial of vinblastine in patients with advanced or recurrent endometrial carcinoma. *Am J Clin Oncol* (CCT) 10(5):429-431, 1987.

61. Alberts DS, Kronmal R, Baker LA, Stock-Novack DL, Surwit EA, Boutselis JG, Hannigan EB: Phase II randomized trial of cisplatin chemotherapy regimens in the treatment of recurrent or metastatic squamous cell cancer of the cervix: A Southwest Oncology Group study. *J Clin Oncol* 5(11):1791-1795, 1987.

62. Von-Hoff DD, Kronmal R, O'Toole RV, Surwit EA, Hutton JJ, Alberts DS: Phase II study of fludarabine phosphate (NSC-312887) in patients with advanced ovarian cancer. A Southwest Oncology Group study. *Am J Clin Oncol* 11:146-148, 1988.

63. Cameron A, Schwartz MJ, Kronmal RA, Kosinski A: The prevalence and significance of atrial fibrillation in chronic coronary artery disease (CASS registry). *Am J Cardiol* 61(10):714-717, 1988.

64. Kronmal RA, Alderman E, Krieger JN, Killip T, Kennedy JW, Athearn MW: Vasectomy and urolithiasis. *Lancet* 1:22-23, 1988.

65. Hermanson B, Omenn GS, Kronmal RA, Gersh BJ, Participants in the Coronary Artery Surgery Study: Beneficial six-year outcome of smoking cessation in older men and women with coronary artery disease: Results from the Coronary Artery Surgery study registry. *N Engl J Med* 319:1365, 1988.

66. Eaker E, Kronmal RA, Davis KB, Kennedy JW: Comparison of the long-term, post-surgical survival of women and men in the Coronary Artery Surgery Study (CASS). *Am Heart J* 117:71-81, 1989.

67. Click R, Holmes Dr, Vlietstra RE, Kosinski A, Kronmal RA: Anomalous coronary arteries: Location, degree of atherosclerosis, and effect on survival: A report from the Coronary Artery Surgery Study. *J Am Coll Cardiol* 13:531-537, 1989.

68. Sherry B, Smith AL, Kronmal RA: Anemia associated with *Haemophilus influenzae* meningitis: Lack of effect of chloramphenicol. *Dev Pharmacol Ther* 12:188-190, 1989.

M00684707I

Richard A. Kronmal                    10                    Bibliography

69.   Sherry B,  Weber A, Williams-Warren J, Char L, Smith AL, Kronmal RA:  The impact of
      Haemophilus influenzae meningitis on nutritional status.  *Am J Clin Nutr* 50:425-434,
      1989.

70.   Sherry B, Emanuel I, Kronmal RA, Smith AL, Char L, Gale J, Walkley E:  Interannual
      variation of the incidence of Haemophilus influenzae type b meningitis.  *JAMA*
      261(13):1924-1929, 1989.

71.   Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit
      EA, Eyre HJ, Baker LH:  Randomized phase III trial of chemoimmunotherapy in patients
      with previously untreated stages III and IV suboptimal disease ovarian cancer:  A
      Southwest Oncology Group study. *Gynecol Oncol* 32:8-15, 1989.

72.   Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit
      EA, Eyre HJ, Baker LH:  Randomized phase III trial of chemoimmunotherapy in patients
      with previously untreated stage III, optimal disease ovarian cancer:  A Southwest
      Oncology Group Study. *Gynecol Oncol* 32:16-21, 1989.

73.   SPAF Investigators:    Warfarin compared to aspirin for prevention of arterial
      thromboembolism in atrial fibrillation: Design and patient characteristics of the SPAF II
      Study. *Lancet* 1(8639):670, 1989.

74    Kronmal RA, Kosinski AS, Mock MB:  The relationship between cholesterol level and
      myocardial infarction or mortality risk in patients with coronary artery disease.  A report
      from the Coronary Artery Surgery Study (CASS) registry.  *J Thorac Cardiol Surg*
      97(4):487-95, 1989.

75.   Psaty B, Siscovick D, Wahl P, Kronmal R:  Cardiovascular events in the elderly.  *Wash
      Public Health*, Winter 1990.

76.   SPAF Investigators:  Special Report, Preliminary report of the stroke prevention in atrial
      fibrillation study.  *N Engl J Med* 322:863-868, (March 22) 1990.

77.   SPAF Investigators:  Design of a multicenter randomized trial for the stroke prevention in
      atrial fibrillation study.  *Stroke* 21(4):538-545, 1990.

78.   Hermanson B, Vlietstra RE, Kronmal RA, Bersh BJ, Omenn GS, Participants in the
      Coronary Artery Surgery Study:  Quitting smoking:  Effect on survival of patients with
      proven coronary artery disease. *Cardiol Board Rev* 7(4):111-121, 1990.

79.   Psaty BM, Koepsell TD, Manolio TA, Longstreth WT Jr., Wagner EH, Wahl PW,
      Kronmal RA:  Risk ratios and risk differences in estimating the effect of risk factors for
      cardiovascular disease in the elderly. *J Clin Epidemiol* 43(9):961-970, 1990.

80.   Chaitman BR, Ryan TJ, Kronmal RA, Foster ED, Frommer PL, Killip T, CASS
      Investigators:   Coronary Artery Surgery Study (CASS):  Comparability of 10 year

M0068470072

Richard A. Kronmal                    11                        Bibliography

survival in randomized and randomizable patients. *J Am Coll Cardiol* 16(5):1071-1078, 1990.

81.  Omenn GS, Anderson KW, Kronmal RA, Vlietstra RE:  The temporal pattern of reduction of mortality risk after smoking cessation. A CASS registry report. *Am J Prev Med* 6(5):251-57, 1990.

82.  Kronmal RA, Whitney CW, Mumford SD:  The intrauterine device and pelvic inflammatory disease:  The women's health study reanalyzed.  *J Clin Epidemiol* 44(2):109-122, 1991.

83.  Thom DH, Wang S-P, Grayston JT, Siscovick DS, Stewart DK, Kronmal RA, Weiss NS:  Chlamydia pneumoniae strain TWAR antibody and angiographically demonstrated coronary artery disease. *Arterioscler Thromb* 11(3):547-551, 1991.

84.  SPAF Investigators:  The stroke prevention in atrial fibrillation study:  Final results. *Circulation* 84:527-539, 1991.

85.  Langholz B, Kronmal R:  Tests of distributional hypotheses with nuisance parameters using Fourier series methods. *JASA* 10(3):473-85, 1991.

86.  Von Hoff DD, Alberts DS, Kronmal R, Salmon SE, Turner J, Green JB, Bonorris JS, Moorhead EL, Hynes HE, Pugh RE, Belt RJ:  A Southwest Oncology Group Study of the use of a human tumor cloning assay for predicting response in patients with ovarian cancer. *Cancer* 67(1):20-27, 1991.

87.  McBurnie MA, Kronmal RA, Schuett VE, Koch R, Azeng CG:  Physical growth of children with phenylketonuria. *Ann Human Biol* 18(4):357-68, 1991.

MDC9847073

Richard A. Kronmal                    12                          Bibliography

88.    Fried LP, Borhani NO, Enright P, Furberg CD, Gardin JM, Kronmal RA, Kuller LH, Manolio TA, Mittelmark MB, Newman A, O'Leary DH, Psaty B, Rautaharju P, Tracy RP, Weiler PG:  The Cardiovascular Health Study:   Design and rationale (for CHS Collaborative Research Group). *Ann Epidemiol* 1(3):263-76, 1991.

89.    SPAF Investigators:  Predictors of thromboembolism in atrial fibrillation.  I.  Clinical features of patients at risk. *Ann Int Med* 116:1-5, 1992.

90.    SPAF Investigators:   Predictors of thromboembolism in atrial fibrillation.   II. Echocardiographic features of patients at risk. *Ann Int Med* 116:6-12, 1992.

91     Cain KC, Kronmal RA, Kosinski AS:  Analyzing the relationship between change in a risk factor and risk of disease. *Stat Med* 11:783-797, 1992.

92.    Flaker GC, Blacksbear J, McBride R, Kronmal RA, Halperin JL, Hart RG: Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation.   *J Am Coll Cardiol* 20:527-532, 1992.

93.    Frye RL, Kronmal RA, Schaff HV, Myers WO, Gersh BJ, Participants in the Coronary Artery Surgery Study (CASS).  Stroke in coronary artery bypass graft surgery:  Analysis of the CASS experience. *Int J Cardiol* 36:213-221, 1992.

94.    Kadel NJ, Teitz CC, Kronmal RA:  Stress fractures in ballet dancers. *Am J Sports Med* 20(4):445-449, 1992.

95.    Oleary DH, Polak JF, Kronmal RA, Kittner SJ, Bond MG, Wolfson SK, Bommer W, Price TR, Gardin JM, Savage PJ: Distribution and correlates of sonographically detected carotid artery disease in the cardiovascular health study. *Stroke* 23 (12):1752-1760, 1992.

96.    SPAF Investigators:   Warfarin compared to aspirin for prevention of arterial thromboembolism in atrial fibrillation:  Design and patient characteristics of the SPAF II study. *Cerebrovasc Dis* 2:332-341, 1992.

97.    Kronmal RA, Kosinski AS, Mock MB:  The relationship between cholesterol level and myocardial infarction or mortality risk in patients with coronary artery disease.  A report from the Coronary Artery Surgery Study (CASS) registry. *Ann Epidemiol* 2:129-136, 1992.

98.    Kronmal RA, Cain, Ye, Omenn:  Total serum cholesterol level and mortality:  Risk as a function of age.  A report based on the Framingham data. *Arch Intern Med* 153:1065-1073, 1993.

99.    Enright PL, Kronmal RA, Higgins M, Schenker M, Haponik EF:  Spirometry reference values for men and women ages 65-85: Cardiovascular health study. *Am Rev Respir Dis* 147:125-133, 1993.

100.   Kronmal RA, Rutan GH, Manolio TA, Borhani NO:  Properties of the random zero sphygmomanometer. *Hypertension* 21(5):632-637, 1993.

M000S47074

Richard A. Kronmal 13 Bibliography

101. Higgins MW, Enright PL, Kronmal RA, Schenker MB, Anton-Culver H, Lyles M: Smoking and lung function in eldery men and women: The Cardiovascular Health study. *JAMA* 269(21):2741-2748; 1993.

102. Krohn MA, Hillier SL, Bell TA, Kronmal RA, Grayston JT, the Eye Prophlaxis Study Group: The bacterial etiology of conjunctivitis in early infancy. *Am J Epidemiol* 138(5):326-332, 1993.

103. Kronmal RA: Spurious correlation and the fallacy of the ratio standard revisited. *J Roy Stat Soc (A)* 156(Part III):379-392, 1993.

104. Polak JF, O'Leary DH, Kronmal RA, Wolfson SK, Bond MG, Tracy RP, Gardin JM, Kittner SJ, Price TR, Savage PJ: Sonographic evaluation of carotid artery atherosclerosis in the elderly: Relationship of disease severity to stroke and transient ischemic attack. *Cardiovasc Radiol* 188:363-370, 1993.

105. SPAF Investigators: A differential effect of aspirin on prevention of stroke in atrial fibrillation. *J Stroke Cerebrovasc Dis* 3:181-188, 1993.

106. Bell TA, Grayston JT, Krohn MA, Kronmal RA, The Eye Prophylaxis Study Group: Randomized trial of silver nitrate, erythromycin, and no eye prophylaxis for the prevention of conjunctivitis among newborns not at risk for gonococcal ophthalmitis. *Pediatrics* 92(6):755-760, 1993.

107. Sherry B, Smith A, Kronmal RA: A case-control assessment of risk factors for Haemophilus influenzae type b meningitis. *Eur J Public Health* 3(4):290-91, 1993.

108. Flaker GC, Blackshear JL, Kronmal RA, McBride R, Halperin JL, Hart RG (for the Stroke Prevention in Atrial Fibrillation Investigators): Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation. *Cardiol Board Rev* 10:28-37, 1993.

109. Cohen M, Adams PC, Parry G, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Chesebro JH, Strain J, Keller C, Kelly A, Lancaster G, Ali J, Kronmal R, Puster V, The Antithrombotic Therapy in Acute Coronary Syndromes Research Group: Combination antithrombotic therapy in unstable rest angina and on-q-wave infarction in nonprior aspirin users: Primary end points analysis from the ATACS trial. *Circulation* 89(1):81-88, 1994.

110. Kronmal RA, *et al*: Niveles sericos de colesterol total y riesgo de mortalidad como funcion de la edad. *Lipid Digest* 3:7-8, 1994 (also in *Arch Intern Med* 153:1065-1073, 1993).

111. Enright PL, Kronmal RA, Manolio TA, Schenker MB, Hyatt RE: Respiratory muscle strength in the elderly: Correlates and reference values. *Am J Respir Crit Care Med* 149:430-438, 1994.

MO0864/075

Richard A. Kronmal                    14                    Bibliography

112.   The SPAF Investigators: Warfarin versus aspirin for prevention of thromboembolism in atrial fibrillation: Stroke Prevention in Atrial Fibrillation (SPAF) II Study. *Lancet* 343:687-693, 1994.

113.   Hoffman RM, Psaty B, Kronmal RA: Modifiable risk factors for incident heart failure in the coronary artery surgery study. *Arch Intern Med* 154:417-423, 1994.

114.   Laupacis A, Boysen G, Kronmal R, *et al*: Risk factors for stroke and efficacy of anti-thrombotic therapy in atrial fibrillation: Analysis of pooled data from five randomized controlled trials. *Arch Intern Med* 154(13):1449-1457, 1994.

115.   Tell G, Rutan G, Kronmal RA: Correlates of blood pressure in community-dwelling older adults: The Cardiovascular Health Study. *Hypertension* 23:59-67, 1994.

116.   Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association: Guidelines for the management of transient ischemic attacks. *Circulation* 89(6):2950-2965, 1994.

117.   Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association: Review: Guidelines for the management of transient ischemic attacks. *Stroke* 25:1320-1335, 1994.

118.   Cohen M, Parry G, Adams PC, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Kronmal RA, Fuster V: Prospective evaluation of a prostacyclin-sparing aspirin formulation and heparin/warfarin in aspirin users with unstable angina or non-Q wave myocardial infarction at rest. *European Heart Journal* 15(9):1196-1203, 1994.

119.   Enright PL, Kronmal RA, Higgins MW, Schenker MB and Haponik EP: Prevalence and correlates of respiratory symptoms and disease in the elderly. *Chest* 106(3):827-834, 1994.

120.   Barzilay J, Kronmal R, Bittner V, Eaker E, Evans C, Foster ED: Coronary artery disease and coronary artery bypass grafting in diabetic patients aged ≥65 years. *Am J Card* 74(4):334-339, 1994.

121.   Manolio TA, Kronmal RA, Burke GL, Poirier V, O'Leary DH, Gardin JM, Fried LP, Steinberg EP, Bryan RN (for the CHS Collaborative Research Group): Magnetic resonance abnormalities and cardiovascular disease in older adults: The Cardiovascular Health Study. *Stroke* 25(2):318-327, 1994.

122.   Schulz R, Mittelmark M, Kronmal R, Polak JF, Hirsch CH, Germain P, Bookwala J: Predictors of Perceived Health Status in Elderly Men and Women. *Journal of Aging and Health*, 6(4):419-447, 1994.

123.   Bryan RN, Manolio TA Schertz LD, Jungreis C, Poirier VC, Elster AD, Kronmal RA: A method for using MR to evaluate the effects of cardiovascular disease on the brain: the Cardiovascular Health Study. *Am J Neuroradiol* 15(9):1625-1633, 1994.

MOO6647076

Richard A. Kronmal                    15                    Bibliography

124.   Omenn GS, Cain KC, Ye Z, Kronmal RA: Lowering total cholesterol level in the older adult raises serious questions. *Cardiol Board Rev* 11:37-41, 1994.

125.   Enright PL, Kronmal RA, Smith VE, Gardin JM, Schenker MB, Manolio TA: Reduced vital capacity in elderly persons with hypertension, coronary heart disease, or left ventricular hypertrophy. The Cardiovascular Health Study. *Chest* 107(1):6-7, 1995.

126.   Feinberg WM, Blackshear JL, Laupacis A, Kronmal R, Hart RG: Prevalence, age distribution, and gender of patients with atrial fibrillation. Analysis and implications. *Arch Intern Med* 155(5):469-473, 1995.

127.   O'Leary DH, Polak JF, Kronmal RA, Savage PJ, Borhani NO, Kittner SJ, Tracy R, Gardin JM, Price TR, Furberg CD for the Cardiovascular Health Study Collaborative Research Group: Thickening of the carotid wall. A marker for atherosclerosis in the elderly? *Stroke* 27(2):224-231, 1996.

128.   Kronmal RA, Smith VE, O'Leary DH, Polak JF, Gardin JM, Manolio TA: Carotid artery measures are strongly associated with left ventricular mass in older adults (a report from the Cardiovascular Health Study). *Am J Cardiol* 77(8): 628-33 1996.

129.   Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A: Classification Accuracy of Electrocardiographic Criteria for Left Ventricular Hypertrophy in Older Adults: The Cardiovascular Health Study. *Annals of Noninvasive Electrocardiology* 1(2 pt. 1):121-132, 1996.

130.   O'Leary D, Kronmal R, *et al*: Prevalence and determinants of carotid atherosclerosis in the elderly: The Cardiovascular Health Study. *Perfusion*.

131.   Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A: Utility of new electrocardiographic models for left ventricular mass in older adults. *Hypertension* 28:8-15, 1996.

132.   Krieger JN, Kronmal RA, Coxon V, Wortley P, Thompson L, Sherrard DJ: Dietary and behavioral risk factors for urolithiasis: potential implications for prevention. *Am J Kidney Dis* 28(2):195-201, 1996.

133.   Manolio TA, Kronmal RA, Burke GL, O'Leary DH, Price TR: Short-term predictors of incident stroke in older adults. The Cardiovascular Health Study. *Stroke* 27(9):1479-1486, 1996.

134.   Polak JF, Kronmal RA, Tell GS, O'Leary DH, Savage PJ, Gardin JM, Rutan GH, Borhani NO: Compensatory increase in common carotid artery diameter. Relation to blood pressure and artery intima-media thickness in older adults. Cardiovascular Health Study. *Stroke* 27(11):2012-2015, 1996.

M000647077

Richard A. Kronmal                    16                    Bibliography

135.   Bardy GH, Marchlinski FE, Sharma AD, Worley SJ, Luceri RM, Yee R, Halperin BD, Fellows CL, Ahern TS, Chilson DA, Packer DL, Wilber DJ, Mattioni TA, Reddy R, Kronmal RA, Lazzara R: Multicenter comparison of truncated biphasic shocks and standard damped sine wave monophasic shocks for transthoracic ventricular defibrillation. Transthoracic Investigators. *Circulation* <u>94</u>(10):2507-2514, 1996.

136.   Jonas HA, Kronmal RA, Psaty BM, Manolio TA, Meilahn EN, Tell GS, Tracy RP, Robbins JA, Anton-Culver H: Current estrogen-progestin and estrogen replacement therapy in elderly women: association with carotid atherosclerosis. CHS Collaborative Research Group. Cardiovascular Health Study. *Ann Epidemiol* <u>6</u>(4):314-323, 1996.

137.   Kronmal RA, Krieger JN, Coxon V, Wortley P, Thompson L, Sherrard DJ: Vasectomy is associated with an increased risk for urolithiasis. *Am J Kidney Dis* <u>29</u>(2):207-213, 1997.

138.   Price TR, Manolio TA, Kronmal RA, Kittner SJ, Yue NC, Robbins J, AntonCulver H, OLeary DH: Silent brain infarction on magnetic resonance imaging and neurological abnormalities in community-dwelling older adults: The Cardiovascular Health Study. *Stroke* <u>28</u>(6):1158-1164, 1997.

139    Howard G, Chambless LE, Kronmal RA: Assessing differences in clinical trials comparing surgical vs. nonsurgical therapy: using common (statistical) sense. *JAMA* 278(17):1432-1436, 1997.

140.   Psaty BM, Manolio TA, Kuller LH, Kronmal RA, Cushman M, Fried LP, White R, Furberg CD, Rautaharju PM: Incidence of and risk for atrial fibrillation in older adults. *Circulation* 96(7): 2455-2461, 1997.

141.   Barzilay JI, Kronmal RA, Bittner V, Eaker E: Coronary artery disease in diabetic patients with lower extremity arterial disease: characteristics and survival. *Diabetes Care* 20(9): 1381-1387, 1997.

142.   Chambless LE, Hosking JD, Kronmal RA, et al : Clearing up misunderstandings about clinical trial methodology: a reply to Barnett et al.'s commentary on the ACAS Trial. *Neurology* 48(6): 1743-1745; 1997.

143.   Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL: Use of calcium channel blockers and breast cancer in post-menopausal women. *Cancer* 80(8): 1438-1447, 1997.

144.   Volinsky CT, Madigan D, Raftery AE, Kronmal RA: Bayesian model averaging in proportional hazard models: Assessing the risk of a stroke. *Applied Statistics* <u>46</u>(3): 1997.

145.   Gardin JM, Arnold A, Gottdiener JS, Wong ND, Fried LP, Klopfenstein HS, O'Leary DH, Tracy R, Kronmal RA: Left ventricular mass in the elderly. The Cardiovascular Health Study. *Hypertension* 29(5): 1095-1103, 1997.

MDD6847078