Richard A. Kronmal                                17                                Bibliography

146. Fried LP, Kronmal RA, Newman AB, et al.: Risk factors for five-year mortality in older adults: the Cardiovascular Health Study. *JAMA* 279(8): 585-592, 1998.

147. Poole JE, White RD, Kanz KG, Hengstenberg F, Jarrard GT, Robinson JC, Santana V; McKenas DK, Rich N, Rosas S, Merritt S, Magnotto L, Gallagher JV 3rd, Gliner BE, Jorgenson DB, Morgan CB, Dillon SM, Kronmal RA, Bardy GH. Low-energy impedance-compensating biphasic waveforms terminate ventricular fibrillation at high rates in victims of out-of-hospital cardiac arrest. LIFE Investigators. J Cardiovasc Electrophysiol 1997 Dec;8(12):1373-85.

148. Howard G, Chambless LE, Kronmal RA. Assessing differences in clinical trials comparing surgical vs nonsurgical therapy: using common (statistical) sense. JAMA 1997 Nov 5;278(17):1432-6

149. Kronmal RA, Hart RG, Manolio TA, Talbert Rl, Beauchamp NJ, Newman A: Aspirin Use and Incident Stroke in the Cardiovascular Health Study. *Stroke* 29: 1998.

150. Barzilay JI; Kronmal RA; Bittner V; Eaker E; Foster ED: Coronary artery disease in diabetic and nondiabetic patients with lower extremity arterial disease: A report from the Coronary Artery Surgery Study Registry. *Am Heart J* 135(6 Pt 1): 1055-62, 1998.

151. Gliner BE, Jorgenson DB, Poole JE, White RD, Kanz KG, Lyster TD, Leyde KW, Powers DJ, , Morgan CB, Kronmal RA, Bardy GH: Treatment of out-of-hospital cardiac arrest with a low-energy impedance-compensating biphasic waveform automatic external defibrillator. The LIFE Investigators. *Biome Instrum Technol* 32(6): 631-44, 1998.

152. Fang XH; Kronmal RA; Li SC; Longstreth WT Jr.; Cheng XM; Wang WZ; Wu S; Du XL; Siscovick D: Prevention of stroke in urban China: a community-based intervention trial. *Stroke* 30(3): 495-501, 1998.

153. Feinberg WM; Kronmal RA; Newman AB; Kraut MA; Bovill EG; Cooper L; Hart RG: Stroke risk in an elderly population with atrial fibrillation. *J Gen Intern Med* 14(1): 56-9, 1999.

154. O'Leary DH; Polak JF; Kronmal RA; Manolio TA; Burke GL; Wolfson SK Jr: Carotid-artery intima and media thickness as a risk factor for myocardial infarction and stroke in older adults. Cardiovascular Health Study Collaborative Research Group. *N Engl J Med* 340(1): 14-22, 1999.

155. Visser M; Langlois J; Guralnik JM; Cauley JA; Kronmal RA; Robbins J; Williamson JD; Harris TB: High body fatness, but not low fat-free mass, predicts disability in older men and women: the Cardiovascular Health Study. Am J Clin Nutr. 68(3): 584-90, 1999.

156. Lin DY, Psaty BM, Kronmal RA: Assessing the sensitivity of regression results to unmeasured confounders in observational studies. *Biometrics* 54(3): 948-63, 1999.

M0058-7079

Case 2:05-md-01657-EEF-DEK   Document 6267-11   Filed 08/14/06   Page 2 of 19

157. Yanez ND III, Kronmal RA, Shemanski LR: The effects of measurement error in response variables and tests of association of explanatory variables in change models. *Stat Med* 17(22): 2597-606, 1999.

158. Grayston JT, Jackson LA, Kennedy WJ, Kronmal RA. Secondary prevention trials for coronary artery disease with antibiotic treatment for Chlamydia pneumoniae: design issues. *Am Heart J* 138(5 Pt 2):S545-9, 1999.

159. Wappner R, Cho S, Kronmal RA, Schoett V, Seashore MR. Management of phenylketonuria for optimal outcome: a review of guidelines for phenylketonuria management and a report of surveys of parents, patients, and clinic directors. *Pediatrics* 104(6):e68, 1999.

160. Hart RG, Halperin JL, McBride R, Benavente O, Man-Son-Hing M, Kronmal RA. Aspirin for the primary prevention of stroke and other major vascular events: meta-analysis and hypotheses. *Arch Neurol* 57(3):326-32, 2000.

161. Rosen H, Muhlestein JB, Bartlett J, Chen S, Chikami G, Corson M, Shah PK, Gurfinkel E, Handsfield H, Jackson L, Knirsch C, Kronmal R, McCutchan JA, Shea S. Collaborative multidisciplinary workshop report: clinical antimicrobial trials for primary and secondary prevention of atherosclerotic cardiovascular disease. *J Infect Dis* 181 Suppl 3:S582-4, 2000.

162. Siscovick DS, Schwartz SM, Corey L, Grayston JT, Ashley R, Wang SP, Psaty BM, Tracy RP, Kuller LH, Kronmal RA. Chlamydia pneumoniae, herpes simplex virus type 1, and cytomegalovirus and incident myocardial infarction and coronary heart disease death in older adults : the cardiovascular health study. *Circulation* 102(19):2335-40, 2000.

163. McClelland RL, Kronmal RA, Bryan RN, Manolio TA, Herskovits E, Kuller LH, O'Leary DH. Neurological Correlates of MRI Infarct Location in the Cardiovascular Health Study. *J Stroke and Cerebrovasc Dis* 9(5):218-228, 2000.

164. Fang, XH, Longstreth WT Jr, Kronmal RA, Li SC, Cheng XM, Wang WZ, Wu S, Du XL, Dai XY. Longitudinal Study of Blood Pressure and Stroke in over 37,000 People in China. *Cerebrovasc Dis:* 11(3):225-9, 2001.

165. de Simone G, McClelland R, Gottdiener JS, Celentano A, Kronmal RA, Gardin JM. Relation of hemodynamics and risk factors to ventricular-vascular interactions in the elderly: the Cardiovascular Health Study. *J Hypertens* 19(10):1893-903, 2001.

M0069047080

Richard A. Kronmal                    19                         Bibliography

166. Rautaharju PM, Nelson JC, Kronmal RA, Zhang AM, Robbins J, Gottdiener J, Furberg C, Manolio T, Fried L. Usefulness of T-axis deviation as an independent risk indicator for incident cardiac events in older men and women free from coronary heart disease (the Cardiovascular Health Study). *Am J Cardiol.* 88(2):118-23, 2001.

167. Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL. Hypertension, heart rate, use of antihypertensives, and incident prostate cancer. *Ann Epidemiol.* 11(8):534-42, 2001.

168. Yanez ND, Warnes G, Kronmal RA. A measurement error model for longitudinal change. Communications in Statistics. 30(2):279-287, 2001.

169. Yanez ND 3rd, Kronmal RA, Shemanski LR, Psaty BM. A regression model for longitudinal change in the presence of measurement error. *Ann Epidemiol.* 12(1):34-8, 2002.

170. Lumley T, Kronmal RA, Cushman M, Manolio TA, Goldstein S. A stroke prediction score in the elderly: validation and Web-based application. *J Clin Epidemiol.* 55(2):129-36, 2002.

171. Smith NL, Barzilay JI, Shaffer D, Savage PJ, Heckbert SR, Kuller LH, Kronmal RA, Resnick HE, Psaty BM. Fasting and 2-hour postchallenge serum glucose measures and risk of incident cardiovascular events in the elderly: the Cardiovascular Health Study. *Arch Intern Med.* 162(2):209-16, 2002.

172. McClelland RL, Kronmal RA. Regression-based variable clustering for data reduction. *Stat Med.* 21(6):921-41, 2002.

173. Yanez ND, Kronmal RA, Nelson JC, Alonzo TA. Analyzing change in clinical trials using quasi-likelihoods. *J. Applied Stat.* 29(8): 1135-1145, 2002.

174. Lemaitre RN, Psaty BM, Heckbert SR, Kronmal RA, Newman AB, Burke GL. Therapy with hydroxymethylglutaryl coenzyme a reductase inhibitors (statins) and associated risk of incident cardiovascular events in older adults: evidence from the Cardiovascular Health Study. *Arch Intern Med.* 162(12):1395-400, 2002.

175. Kuller L, Arnold A, Tracy R, Otvos J, Burke G, Psaty B, Siscovick D, Freedman DS, Kronmal R. Nuclear magnetic resonance spectroscopy of lipoproteins and risk of coronary heart disease in the cardiovascular health study. *Arterioscler Thromb Vasc Biol.* 22(7):1175-80, 2002.

176. Green D, Ropper A, Kronmal R, Psaty B, Burke G. Serum potassium level and dietary potassium intake as risk factors for stroke. *Neurology.* 59(3):314-20, 2002.

177. Wong TY, Hubbard LD, Klein R, Marino EK, Kronmal R, Sharrett AR, Siscovick DS, Burke G, Tielsch JM. Retinal microvascular abnormalities and blood pressure in older people: the Cardiovascular Health Study. *Br J Ophthalmol.* 86(9):1007-13, 2002.

178. Newman AB, Naydeck BL, Sutton-Tyrrell K, Edmundowicz D, O'Leary D, Kronmal RA, Burke G, Kuller LH. Relationship between coronary artery calcification and other measures of subclinical cardiovascular disease in older adults. *Arterioscler Thromb Vasc Biol.* 22(10):1674-9, 2002.

179. Bild DE, Bluemke DA, Burke GL, Detrano R, Diez Roux AV, Folsom AR, Greenland P, Jacob DR Jr, Kronmal R, Liu K, Nelson JC, O'Leary D, Saad MF, Shea S, Szklo M, Tracy RP. Multi-ethnic study of atherosclerosis: objectives and design. *Am J Epidemiol* 156(9):871-81, 2002

180. Hindorff LA, Heckbert SR, Tracy R, Tang Z, Psaty BM, Edwards KL, Siscovick DS, Kronmal RA, and Nazar-Stewart V. Angiotensin II Type 1 Receptor Polymorphisms in the Cardiovascular Health Study: Relation to Blood Pressure, Ethnicity, and Cardiovascular Events. *Am J Hypertens.* 15:1050–1056, 2002.

181. Goss, CH, Mayer-Hamblett, N, Kronmal, RA, and Ramsey, BW. The Cystic Fibrosis Therapeutics Development Network (CF TDN): A paradigm of a clinical trials network for genetic and orphan diseases. *Adv Drug Deliv Rev.* 54(11):1505-28, 2002.

182. Arnold A., Kronmal RA. Multiple imputation of baseline data in the Cardiovascular Health Study. *Am J of Epidemiol.* 157:74-84, 2003

183. Fried LF, Shlipak MG, Crump C, Bleyer AJ, Gottdiener JS, Kronmal RA, Kuller LH, Newman AB. Renal insufficiency as a predictor of cardiovascular outcomes and mortality in elderly individuals. *J Am Coll Cardiol.* 41(8):1364-72 2003.

184. Hart RG, Halperin JL, Pearce LA, Anderson DC, Kronmal RA, McBride R, Nasco E, Sherman DG, Talbert RL, Marler JR; Stroke Prevention in Atrial Fibrillation Investigators. Lessons from the Stroke Prevention in Atrial Fibrillation trials. *Ann Intern Med.* 138(10):831-8. Review 2003.

185. Smith NL, Psaty BM, Rutan GH, Lumley T, Yanez D, Chaves PH, Kronmal RA. The association between time since last meal and blood pressure in older adults: the cardiovascular health study. *J Am Geriatr Soc* 51(6):824-8 2003.

186. Heckbert SR, Hindorff LA, Edwards KL, Psaty BM, Lumley T, Siscovick DS, Tang Z, Kronmal RA, Tracy RP. Beta-2 adrenergic receptor polymorphisms and risk of incident cardiovascular events in the elderly. *Circulation* 107(15):2021-4. Epub 2003.

187. Mukamal KJ, Kronmal RA, Mittleman MA, O'Leary DH, Polak JF, Cushman M, Siscovick DS. Alcohol consumption and carotid atherosclerosis in older adults: the Cardiovascular Health Study. *Arterioscler Thromb Vasc Biol.* (12):2252-9 2003.

188. Aviles RJ, Martin DO, Apperson-Hansen C, Houghtaling PL, Rautaharju P, Kronmal RA, Tracy RP, Van Wagoner DR, Psaty BM, Lauer MS, Chung MK. Inflammation as a risk factor for atrial fibrillation. *Circulation*. 108(24):3006-10 2003.

189. Mukamal KJ, Kronmal RA, Tracy RP, Cushman M, Siscovick DS. Traditional and novel risk factors in older adults: cardiovascular risk assessment late in life. *Am J Geriatr. Cardiol.* 13(2):69-80 2004

190. Barzilay JI, Kronmal RA, Gottdiener JS, Smith NL, Burke GL, Tracy R, Savage PJ, Carlson M. The association of fasting glucose levels with congestive heart failure in diabetic adults > or =65 years: the Cardiovascular Health Study. *J Am Coll Cardiol.* 43(12):2236-41 2004.

191. Kronmal RA, Barzilay JI, Tracy RP, Savage PJ, Orchard TJ, Burke GL. The relationship of fasting serum radioimmune insulin levels to incident coronary heart disease in an insulin-treated diabetic cohort. *J Clin Endocrinol Metab.* 89(6):2852-8 2004.

192. Manolio TA, Cushman M, Gottdiener JS, Dobs A, Kuller LH, Kronmal RA; CHS Collaborative Research Group. Predictors of falling cholesterol levels in older adults: the Cardiovascular Health Study. *Ann Epidemiol.* 14(5):325-31 2004

193. Psaty BM, Anderson M, Kronmal RA, Tracy RP, Orchard T, Fried LP, Lumley T, Robbins J, Burke G, Newman AB, Furberg CD. The association between lipid levels and the risks of incident myocardial infarction, stroke, and total mortality: The Cardiovascular Health Study. *J Am Geriatr Soc.* 52(10):1639-47 2004.

194. Han C, Kronmal R. Box-Cox transformation of left-censored data with application of coronary artery calcication and pharmacokinetic data to the analysis. *Statist. Med.* 23:3671-3679 2004.

195. Arnold AM, Psaty BM, Kuller LH, Burke GL, Manolio TA, Fried LP, Robbins JA, Kronmal R. Incidence of cardiovascular disease in older Americans: the Cardiovascular Health Study. *Am Geriatr Soc.* 53(2):211-8 2005.

196. Han C, Kronmal RA. Box-Cox transformation of left-censored data with application to the analysis of coronary artery calcification and pharmacokinetic data. Stat Med. 23(23):3671-9 2005

In Press

1. Stein PK, Yanez D, Domitrovich PP, Gottdiener J, Chaves P, Kronmal R, Rautaharu P. Heart Rate Variability is Confounded By the Presence of Erratic Sinus Rhythm. Computers in Cardiology.

2. Mayer-Hamblett N, Kronmal RA, Yunker AM. Improving estimation of change in pulmonary function in cystic fibrosis clinical trials. Clinical Trials.

In Preparation or Submitted

1. Kronmal RA, et al.: Prediction of left ventricular mass from body size.

2. Siscovick D, Kronmal RA, et al.: The relationship of TWAR antibody with carotid artery wall thickness in the elderly.

3. DeMoor C, Kronmal R: Adaptive testing in clinical trials.

4. DeMoor C, Kronmal R: Adaptive estimation and confidence intervals.

5. Kronmal R, DeMoor C: Adaptive sample size determination in clinical trials.

6. O'Leary D, Kronmal RA, Polak J. Does the addition of carotid wall thickness to the Framingham risk score variables improve prediction of CHD events in the Elderly. A report from CHS.

7. Howard G, Burke GL, Chambless LE, Folson AR, Kronmal RA, Wagenknecht LE, Williams OD, and Morgan T. Could a decrease in correlation between cardiovascular risk factors underlie their apparent smaller estimated magnitude of impact on heart disease in the elderly?

8. Caps MT, Siscovick DS, Schwartz SM, Grayston JT, Wang SP, Wolfson SK, Koepsell TD, Kuller LH, Kronmal RA. Association of antibody to cytomegalovirus and herpes simplex virus (type I) with abdominal aortic aneurysm: The Cardiovascular Health Study.

9. Han C, Kronmal R. Two-Part Models for Analysis of Agatston Scores with Possible Proportionality Constraints.

10. Han C, Kronmal R. Using Regression to Estimate the Relative Risk

M006647084

Richard A. Kronmal                                                                 Teaching

Other Published Scholarly Papers (proceedings, policy papers and reviews, book chapters)

1. Kronmal RA, Tarter ME: Cumulative polygon address calculation sorting. In: Proc Assoc Comput Mch Natl Conf, 1965, pp. 376-85.

2. Yarnall SR, Kronmal RA: Computer aids to medical diagnosis: Problems and progress. In: Proc Assoc Comput Mch National Conference, 1966, pp. 269-74.

3. Tarter ME, Kronmal RA: Non-uniform key distribution and address calculation sorting. In: Proc Assoc Comput Mch Natl Conf, 1966, pp. 331-37.

4. Tarter ME, Holcomb RL, Kronmal RA: After the histogram what? A description of new computer methods for estimating the population density. In: Proc Assoc Comput Mch Natl Conf, 1966, pp. 511-19.

5. Yarnall SR, Kronmal RA: Mathematical assessment of clinical data for diagnosis and prognosis. In: Biometric Society VI International Conference Handbook, Sydney, Australia, 1967, pp. 4.82-4.93.

6. Kronmal RA, Yarnall SR: A conversational mode computer system for statistical analysis. In: Biometric Society VI International Conference Handbook, Sydney, Australia, 1967, pp. 6.66-6.79.

7. Tarter ME, Kronmal RA: Estimation of the cumulative by Fourier series methods and application to the insertion problem. In: Proc Assoc Comput Mch Natl Conf, 1968, pp. 491-97.

8. Foltz EL, Kronmal RA, Shurtleff DB: Hydrocephalus and hydrocephalus-myelomeningocele: Thirteen year survival of 401 patients. Neurosur Rev, Cassette, 1972.

9. Kronmal RA: Organization of large, complex data files for analysis. In: Proc Comp Sci & Stat, 6th Annual Symposium on the Interface, University of California, Berkeley, CA, October 1972, pp. 161-63.

10. Kronmal RA, Tarter ME: The use of density estimates based on orthogonal expansions. In: Exploring Data Analysis, the Computer Revolution in Statistics, 6th Annual Symposium on the Interface (WJ Dixon and WL Nicholson, eds.). University of California Press, 1973, pp. 365-400.

11. Mata LJ, Urrutia JJ, Garcia B, Kronmal RA, Trent F, Cruz JR: Determinantes ambientales de la salud, la enfermedad y el crecimiento de la poblacion. Boletin de la Oficine Sanitaria Panamericana, November 1974.

12. Mata LJ, Kronmal RA, Urrutia JJ, Garcia B: Antenatal events and postnatal growth and survival of children: Prospective observation in a rural Guatemalan village. In: Western Hemisphere Nutrition Congress IV, Condensed (PL White and N Selvey, eds.). Miami: RD Publishing Sciences Group Inc., 1975.

MI0000470B5



Richard A. Kronmal                                                                 Teaching

13.  Fisher LD, Kronmal RA, Diehr P: Mathematical aids to medical decision-making. In: Operations Research in Health Care: A Critical Analysis (LJ Shuman, RD Speas and JP Young, eds.). Baltimore: Johns Hopkins University Press, 1976, pp. 365-402.

14.  Mata LJ, Kronmal RA, Garcia B, Butler W, Urrutia JJ, Murillo S: Breast-feeding, weaning and the diarrhoeal syndrome in a Guatemalan Indian village. London: Ciba Foundation Symposium, 1976, pp. 311.

15.  Mata L, Kronmal RA: Processing and analysis of data (Chapter 7); Feeding practices (Chapter 15); Multivariate analysis of physical growth (Chapter 19). In: The Children of Santa Maria Cauque: A Prospective Field Study of Health and Growth. Cambridge: MIT Press, 1978.

16.  Kronmal RA, Peterson AV Jr, Lundberg ED: The alias-rejection-mixture method for generating random variables from continuous distributions. In: Proceedings of the Joint Statistical Meetings of the American Statistical Association, Statistical Computing Section, 1978, pp. 106-10.

17.  Kronmal RA, Peterson AV Jr: The alias and alias-rejection-mixture methods for generating random variables from probability distributions (a review). IEEE Winter Simulation Conference, San Diego, CA, 1979, pp. 269-80.

18.  Kronmal RA, Peterson AV Jr: Generating normal random variables using the uniform alias-rejection-mixture method. Proceedings of the ASA Computing Section, 1979 Annual Meeting, Washington DC, 1980.

19.  Mata L, Kronmal RA, Villegas H: Diarrheal disease: A leading world health problem. Nobel Symposium 43.

20.  Fisher LD, Lundberg ED, McBride R, Kronmal R, Mauritsen R, Ormond TH, Rawson TE, Gillespie MJ: The design of a database management system, C2, for research use in the Coronary Artery Surgery Study (CASS). In: Proceedings of the Fifteenth Hawaii International Conference on System Sciences, Volume II, Medical Information Processing (B Shriver, TM Walker and TH Sprague, eds.). North Hollywood: Western Periodicals Co., 1982, pp. 468-83.

21.  Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal RA, Gillespie MJ: C2: A database management system developed for the Coronary Artery Surgery Study (CASS) and other clinical studies. In: Proceedings of the Fifteenth Hawaii International Conference on System Sciences, 1982, Volume II, Medical Information Processing (B Shriver, TM Walker TM and TH Sprague, eds.). North Hollywood: Western Periodicals Co., 1982, pp. 468-83.

22.  Vlietstra RE, Kronmal RA, Seth AK, Frye RL: Correlation of risk factors for coronary artery disease with coronary angiography findings. In: Ischemic Heart Disease: Second US-USSR Symposium. NIH Publication No. 82-1965, 1982, pp. 1-14.

MRK-AAZ0006547097

Richard A. Kronmal                                                                 Teaching

23. Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB: Distributed data entry in a large collaborative medical study (CASS): Seven years experience. In: Proceedings Computer Networks, Compcon 1982. Silver Spring: IEEE Computer Society Press, 1982, pp. 627-34.

24. Kronmal RA: Book review of R Y Rubinstein's Simulation and the Monte Carlo Method. Am J Math Manage Sci, 1982.

25. Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB: Distributed data entry in the Coronary Artery Surgery Study (CASS). In: Workshop on the Role of Computers in Cancer Clinical Trials (BK Edwards, ed.), NIH Publication No. 83-2627, 1983, pp. 97-104.

26. Kronmal RA, Peterson AV: Marsaglia's table method. In: Encyclopedia of Statistical Sciences, Vol. 5 (S Kotz and NL Johnson, eds.). New York: Wiley & Sons, 1985, pp. 275-76.

27. Peterson AV, Kronmal RA: Mixture method. In: Encyclopedia of Statistical Sciences, Vol. 5 (S Kotz and NL Johnson, eds.) New York: Wiley & Sons, 1985, pp. 579-83.

28. Farthing MJG, Mata LJ, Urrutia JJ, Kronmal RA: Giardiasis: Impact on child growth. In: Diarrhoea and Malnutrition in Childhood (JA Walker-Smith and AS McNeish, eds.). London: Butterworths, 1986, pp. 68-78.

29. Kronmal RA, Rutan GH, Borhani NO, Manolio TA, Furberg CD: Potential problems with random zero sphygmomanometer. Letter to the editor. Lancet 335:360, 1990.

30. Psaty B, Siscovick D, Wahl P, Kronmal R: Cardiovascular events in the elderly. Wash Public Health 8(1):40-42, 1990.

31. Alberts DS, Mason-Liddil N, Surwit EA, O'Toole RV, Kronmal R, Slymen DJ, Salmon SB: Stage III, optimal disease ovarian cancer relatively resistant to adjuvant cisplatin chemotherapy in-vitro and in-vivo. In: Adjuvant Therapy of Cancer, Vol. V (SE Salmon, ed.). Orlando: Grune & Stratton, Inc.

32. Kronmal RA: Blood cholesterol and mortality risk in the elderly. In: Nutrition Personnes Agee Publie par le CERIN Paris, France: 219-230, 1997.

M006847088

Richard A. Kronmal                                            Teaching

## Formal Teaching

| Course | Title | Quarter |
| --- | --- | --- |
| BIOST 511 | Medical Biometry I | Autumn 1978 |
|  |  | Autumn 1979 |
|  |  | Autumn 1987 |
|  |  | Autumn 1990 |
|  |  | Autumn 1992 |
|  |  | Autumn 1993 |
| BIOST 512 | Medical Biometry II | Winter 1993 |
| BIOST 513 | Medical Biometry III | Spring 1986 |
|  |  | Spring 1987 |
| BIOST 514 | Biostatistics | Autumn 1994 |
|  |  | Autumn 1995 |
|  |  | Autumn 1996 |
| BIOST 515 | Biostatistics II | Winter 1988 |
|  |  | Winter 1990 |
|  |  | Winter 1994 |
|  |  | Winter 1995 |
|  |  | Winter 1996 |
|  |  | Winter 1997 |
| BIOST 524 | Design of Medical Studies | Autumn 1980 |
|  |  | Winter 1983 |
|  |  | Winter 1985 |
|  |  | Autumn 1986 |
|  |  | Winter 1991 |
| BIOST 574 | Statistical Computing | Summer 1981 |
|  |  | Autumn 1983 |
| BIOST 578 | Special Topics in Advanced Biostatistics | Summer 1980 |
| BIOST 580 | Seminar | Spring 1983 |
|  |  | Winter 1984 |
|  |  | Autumn 1985 |

Richard A. Krommal						Teaching

## Independent Study, Master's Thesis, and Doctoral Dissertation Advisees

BIOST 600 - Independent Study
Whitney (1987), Voegele (1987), Hermanson (1987), Athearn (1987), McBurnie (1988), Pierce (1988), Anderson (1988), Cai (1989, 1990), Myles (1989), Wortley (1989), Lynch (1990, 1991, 1992), Moe (1990, 1991), Wang (1991), McBurnie (1991), Krone (1991), Yang (Spring 1993), Lymp (Summer 1993, Winter 1994), Jacobsen (1994), Hawkins (Autumn 1993, Winter-Spring 1994), Anderson (Autumn 1993, Winter-Spring 1994), Arbogast (Autumn 1993), Lovejoy (Winter-Spring 1994)

BIOST 700 - Master's Thesis
Athearn (1987), Voegele (1987), McBurnie (1988), Hermanson (1987), Jacobson (Summer 1993, Winter-Spring 1994), Hawkins (Autumn 1993, Spring 1994)

BIOST 800 - Doctoral Dissertation
Stone (1986), Greer (1986, Statistics), Whitney (1989), de Moor (Summer-Autumn 1993, Winter-Spring 1994), McClelland (2001)

M006847090

Richard A. Kronmal                                                                                    Teaching

### Academic Advisees

#### Past

Gary Anderson, PhD 1974; Marion Athearn, MS 1987; Jacqueline Benedetti, PhD 1974; Douglas Bolgiano, MS 1986; William Butler, PhD 1980; Loveday Conquest, PhD 1975; Kathryn Davis, PhD. 1974; Carl de Moor, PhD. 1994; Hollie Ellis, MS 1976; Lindy Friedlander, PhD 1980; Greer, PHD, 1986; Natalie Hawkins, MS, 1995; Bonnie Hermanson, MS; Daniel Kimura, PhD 1972; Bryan Langholz, PhD 1984; Mary Larsen, MS 1982; Jack Lemonik, MS 1973; McClelland 2001, Elizabeth Noonan, MS 1984; Jurg Ott, MS 1972; Brian Plikaytis, MS 1977; Estelle Russek, PhD 1979; Roslyn Stone, PhD 1986; Ronald Thomas, PhD 1983; Kajo Vesanan, MS 1979; Keith Voogele, MS 1987; Patricia Wahl, PhD 1971; Joan White, MS 1979; Coralyn Whitney, PhD, 1989.

M006647091

Exhibit D – Humeston Trial Transcript Excerpts

• Barnett Expert Motions

[1443:] - [1444:]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

page 1443

```
                                                         1443
                        SUPERIOR COURT OF NEW JERSEY
                        ATLANTIC COUNTY/CIVIL DIVISION
                        DOCKET NO. ATL-L-2272-02MT
        ---------------------------------x
        FREDERICK HUMESTON, et al.,
                    PLAINTIFFS,
                VS.                STENOGRAPHIC TRANSCRIPT
                                   OF:
        MERCK & CO., INC.,
                                   - TRIAL -
                    DEFENDANT
        ---------------------------------x
                PLACE: ATLANTIC COUNTY CIVIL COURTHOUSE
                       1201 BACHARACH BOULEVARD
                       ATLANTIC CITY, NJ 08401
                DATE:  SEPTEMBER 22, 2005
        B E F O R E:
            THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
        TRANSCRIPT ORDERED BY:
            DIANE P. SULLIVAN, ESQUIRE
            DAVID R. BUCHANAN, ESQUIRE
        A P P E A R A N C E S:
            DAVID BUCHANAN, ESQUIRE
            CHRISTOPHER SEEGER, ESQUIRE
            SEEGER, WEISS, LLC
              ATTORNEYS FOR THE PLAINTIFFS
            DIANE SULLIVAN, ESQUIRE
            DECHERT, LLP
            STEPHEN D. RABER, ESQUIRE
            WILLIAMS AND CONNOLLY, LLP
            CHRISTY D. JONES, ESQUIRE
            BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
              ATTORNEYS FOR THE DEFENDANT
                *    *    *    *    *    *
                        CAROL A. FARRELL, CSR-CCR-RMR
                        OFFICIAL COURT REPORTER
                        1201 BACHARACH BOULEVARD
                        ATLANTIC CITY, NJ 08401
page 1444
                                                         1444
```

[1493:8] - [1493:20]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

page 1493

```
8    Q    Well, after that initial information, before
9  the clinical trial starts, after that initial
10 information is given by the sponsor to the DSMB or the
11 IRBs, if new information is learned by the sponsor,
12 does the sponsor have an obligation to provide that
13 information to the DSMBs and IRBs?
14   A    Absolutely, because for the same reason. If --
15 particularly during -- before the trial, you obviously
16 don't know what's going to happen. Once the trial is
17 underway, if there is an observation of an excess risk
18 for any kind of end point that's important to the
19 health and welfare of the patients, that has to be
20 communicated to the DSMB.
```

[1510:19] - [1514:2]    9/22/2005    Humeston Trial - Kronmal Direct and Cross

page 1510

```
19           I want to know, sir, based on your number
20 crunching you did on these data files you looked at, do
21 you have an opinion as to whether VIOXX can cause
22 serious heart injury?
```

EXHIBIT D

8/16/2006 7:46 AM

Exhibit D - Humeston Trial Transcript Excerpts

• Barnett Expert Motions

23  A   Based on the analysis I've done, I think there is
24  little doubt that VIOXX can cause heart injury.
25      Q   What types of heart injury, sir, based on the
page 1511
1   analysis that you did?
2   A   Well, very specifically, there is strong evidence
3   that VIOXX can cause myocardial infarctions. It's
4   basically what is generally called a heart attack.
5       It can cause what is called sudden death,
6   which is where the heart actually goes into an
7   arrhythmia, where it just -- the whole heart,
8   basically, the big chamber that pumps the blood to the
9   body, instead of pumping, just sort of wiggles, and
10  that goes on for a few minutes, and the person dies,
11  basically. That's called sudden death.
12      It's called sudden death because it's usually
13  not observed, or if it's observed, there is no one
14  right around the person. They just drop dead right in
15  their sleep or they are found dead on the floor
16  someplace.
17      There is little doubt that there is evidence
18  that, from the data, that it can cause both of those
19  events.
20      There is also very little doubt that it can
21  cause congestive heart failure, which I know is not a
22  specific end point that's involved in this particular
23  litigation, but which is a very serious disease where
24  the heart muscle basically stops having the ability to
25  pump sufficiently, so it becomes weaker and weaker, and
page 1512
1   can't pump the blood to the body, and ultimately
2   results in death. And there is no doubt in my mind
3   that there is substantial evidence that it can cause
4   congestive heart failure.
5       Finally, although it's not heart disease, per
6   se, it can cause hypertension, which is another serious
7   medical condition of high blood pressure that, in
8   itself, can lead to heart disease, heart attack,
9   stroke, and a variety of other conditions.
10      Q   Let me just catch up to you, Doctor.
11  A   That?
12      Q   Let me just catch up to you.
13  A   Okay.
14      Q   Did you say congestive heart failure?
15  A   Yes, I did.
16      Q   Can we call that CHF?
17  A   Yes.
18      Q   I think you also said heart attacks, right?
19  A   Well, I talked about sudden death.
20      Q   I wrote down MIs. Is that the same thing as
21  a heart attack?
22  A   Yes, it is.
23      Q   Okay.
24  A   A heart attack is actually a broader term than
25  just MIs. People can suffer what's called angina,
page 1513
1   where they get chest pain because the vessels are
2   narrowed, or there may be clots that are forming that
3   are small that are narrowing it even further, the
4   vessels, and then the heart doesn't get enough blood.
5   If it doesn't get enough blood, the person experiences
6   pain. There may be even some death to some of the
7   heart muscle. And that's called angina. And that's
8   CHD as well.
9       I didn't specifically look at angina in the
10  studies because it was not part of the data that was
11  readily available to me at the time.
12      Q   Okay. All these items have in your list, MI,
13  congestive heart failure, hypertension, and sudden
14  death, are those serious?
15  A   All of them are serious.
16      Q   Sudden death, obviously.

6/16/2006 7:46 AM

2

Exhibit D - Humeston Trial Transcript Excerpts

- Barnett Expert Motions

```
17  A    Yes.
18  Q    How about congestive heart failure?
19  A    Congestive heart failure is a terrible disease.
20  It leads to substantial hospitalization, becoming
21  ultimately bedridden, short of breath because fluids
22  accumulate in the lungs, and ultimately, will lead to
23  death.
24            The average survival of someone with
25  congestive failure is about five years. It is an
page 1514
1   extraordinarily serious disease. It's one of the major
2   causes of death of the elderly.
```

[1525:4] - [1525:7]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1525
4   A    That it clearly is a drug that has severe effects
5   on the vascular system. What the mechanism is by which
6   it causes hypertension, I don't know and I don't think
7   anyone does, but it clearly does that.
```

[1525:8] - [1527:6]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1525
8   Q    Well, to be clear, sir, the VIGOR trial was
9   comparing VIOXX to another NSAID, right?
10  A    That's correct.
11  Q    Okay. And VIOXX showed more hypertension
12  compared to traditional NSAIDs?
13  A    Than Naproxen, yes, that's correct.
14  Q    Okay. Any other things you saw from a
15  cardiovascular perspective in your analysis of the
16  data?
17  A    Yes. There was an excess of congestive heart
18  failure in the VIGOR trial in the VIOXX group. Very
19  specifically -- I will refer to my notes here -- there
20  were 19 cases of CHF in the VIOXX arm compared to nine
21  in the Naproxen arm, a relative risk of slightly bigger
22  than two. That did not quite reach statistical
23  significance, that is, the p-value was at the .065.
24  Statistical significance is usually at the 05 level.
25  It was close, but it didn't reach statistical
page 1526
1   significance.
2            However, of the -- of those 28 cases of
3   congestive heart failure, 15 were judged by the
4   investigators to be severe adverse events. And a
5   severe adverse event in congestive failures will be
6   typically hospitalization for the congestive failure.
7   That is, the person was so sick they had to be
8   hospitalized.
9            For the 15 that were severe, 12 of them were
10  in the VIOXX group and three were in the placebo -- in
11  the Naproxen group, which is a relative risk of
12  approximately four. They were about four times as
13  likely to have a severe congestive heart failure if
14  they were taking VIOXX than if they were taking
15  Naproxen.
16            As I mentioned earlier, congestive failure is
17  an extraordinarily serious disease with very poor
18  prognosis.
19  Q    Okay. So just so we are clear on this, and
20  it's starting to slant down, I don't know if you can
21  read this, you said there were 19 cases of congestive
22  heart failure on VIOXX and nine on Naproxen in the
23  VIGOR trial, right?
24  A    That's right.
25  Q    You said even though it's a little more than
page 1527
1   two times as many, it wasn't statistically significant?
2   A    That's correct.
```

Exhibit D - Humeston Trial Transcript Excerpts

• Barnett Expert Motions

```
 3     Q   So that, as a statistician, by traditional
 4   measures, you couldn't rule out that that was just a
 5   chance effect?
 6   A   That's correct. You could not rule it out.
```

[1531:24] - [1533:17]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1531
24    Q   Okay. Let's talk about this. Well, total
25   mortality, that's the term you used, is that an end
page 1532
 1   point that's typically looked at in analyzing clinical
 2   trials?
 3   A   It's always monitored in clinical trials.
 4    Q   All the studies --
 5   A   The first thing you look at is to be sure you are
 6   not killing people. Because obviously, in a trial,
 7   that's the worst thing you can possibly do.
 8    Q   And in your work for the NIH and other people
 9   you do clinical trials for, do you look at total
10   mortality?
11   A   Absolutely, always.
12    Q   Did you look at total mortality in the VIOXX
13   trial?
14   A   Yes, we did.
15    Q   Do you remember what the numbers were?
16   A   I have them here, but I'm having trouble finding
17   them. Just a second.
18       Well, the deaths were 22 in the VIOXX -- in
19   the VIOXX arm, and 15 in the Naproxen arm. That did
20   not obtain statistical significance. It corresponds to
21   a relative risk of 1.46, a 46 percent increase.
22       And by itself, that would not have caused me,
23   if I had been, say, monitoring the trial in the DMB,
24   to be extraordinarily concerned by itself. But when
25   you add to it the extraordinary number of excess MIs,
page 1533
 1   the congestive heart failure, the hypertensions, that
 2   would have been worrisome to me, and should have been
 3   worrisome to the company.
 4    Q   Doctor, we just laid out some numbers here.
 5   When you did your analysis, you actually graphed some
 6   of this out too, didn't you?
 7   A   Yes, I did.
 8    Q   Okay. Let me pass up to you what we are
 9   marking as P5.0004 for identification.
10       Sir, can you tell us what it is I just passed
11   over to you?
12   A   These are what are called mortality curves. And
13   we can go to the blackboard or something or show one, I
14   can explain to you what they are. They are a way of
15   showing not only how many events occurred, but when
16   they occur, the pattern of occurrence of the events
17   across time.
```

[1539:20] - [1540:13]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1539
20       And then overall, the curve for mortality for
21   VIOXX exceeded that for the Naproxen group by a
22   reasonable margin, not statistically significant,
23   admittedly, but certainly very suggestive that there
24   might be a problem.
25       But when it comes to mortality, there is
page 1540
 1   something that really needs to be emphasized, and that
 2   is you don't take risks with people's lives. You don't
 3   need statistical significance to stop a trial based on
 4   mortality. What you need is basically enough evidence
 5   that makes you significantly worried that you may be
 6   causing deaths.
```

Exhibit D - Humeston Trial Transcript Excerpts

- Barnett Expert Motions

```
 7            In this trial, not only did we have the worry
 8   here, but we also had this extraordinary risk for MI of
 9   five-fold. We had a four-fold risk of serious
10   congestive heart failure. We had excessive amounts of
11   hypertension in the VIOXX group compared to the
12   Naproxen group. We had an overall extraordinary
13   picture of a drug that was not safe.
```

[1572:2] - [1573:1]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1572
 2       Q   Did Merck just learn about this mortality
 3   issue in 2005?
 4       A   No. The statis- -- one of the -- the statistician
 5   that was assigned to the Alzheimer's study in April of
 6   2001, did analyses that showed that in both of the
 7   clinical trials that were going on, Study 78 and 79 --
 8   91, that there was a significant excess mortality
 9   associated with the use of VIOXX, and the relative
10   risks were over two for mortality, both statistically
11   significant in both studies. And this was -- this was
12   with only a year of followup -- 91 was complete at the
13   time. 78 was still ongoing. And 78 had another three
14   years to run almost at that time. And yet they had
15   data from two studies, both significant, about the
16   point of 01 level.
17       Q   One in a hundred?
18       A   One in a hundred, for both. Combined, they were
19   less than .001.
20       Q   So that's a one in a thousand chance that the
21   combined number --
22       A   That's correct.
23       Q   -- was a fluke?
24       A   That's correct. And that was in April.
25       Q   April of?
page 1573
 1       A   2001.
```

[1573:5] - [1573:25]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1573
 5       Q   Okay. Could we pull up another slide,
 6   please.
 7       A   Could I make one last comment on this, if it's all
 8   right?
 9            In April of 2001, they should have stopped
10   that trial. It was scientifically, totally wrong not
11   to have stopped that trial. They had evidence that
12   they were potentially killing people, and they let that
13   trial go on for another two years, to 2003.
14            Had there been a DSMB, that trial would have
15   been stopped. There is absolutely no question in my
16   mind.
17            They had an obligation to report that finding
18   to the FDA, and they had an obligation to report it to
19   the IRBs from the individual institutions.
20            They put at risk the people who were still in
21   that trial and the people who stayed in it from then
22   on, as well as tens of thousands of people who were
23   taking the drug who were elderly in the general
24   population. They did not do that.
25            To me, that was scientific misconduct.
```

[1583:24] - [1584:6]   9/22/2005   Humeston Trial - Kronmal Direct and Cross

```
page 1583
24       Q   Okay. Are you able to date your Alzheimer's
25   analysis?
page 1584
 1       A   Well, Alzheimer's was complete in 2003. So,
```

Exhibit D -- Humeston Trial Transcript Excerpts

• Barnett Export Motions

```
2    presumably, that's when the data was generated. But,
3    of course, they knew that they had an excess risk as
4    early as 2001.
5        Q    When in 2001?
6    A    April, 2001.
```

[1691:20] - [1691:25]     9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1691
20       Q    Incidentally, Doctor, do you know how -- what
21   Merck did in terms of their safety studies compared
22   with what FDA requires?
23   A    I don't know what the FDA requirements are
24       Q    You are not an expert in FDA regulations?
25   A    No
```

[1722:20] - [1722:23]     9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1722
20            This label was carefully crafted by Merck to
21   make sure that people did not know what the safety
22   profile of this drug was. The FDA may have approved
23   it, but that wasn't the point.
```

[1737:3] - [1737:16]     9/22/2005    Humeston Trial - Kronmal Direct and Cross

```
page 1737
3                        CERTIFICATION
4
5            I, Carol A. Farrell, CRR, RMR, C.S.R. License
6    Number XI01173, an Official Court Reporter in and for
7    the State of New Jersey, do hereby certify the
8    foregoing to be prepared in full compliance with the
9    current Transcript Format for Judicial Proceedings and
10   is a true and accurate compressed transcript, to the
11   best of my knowledge and ability.
12
13   _____          _____
14   Carol A. Farrell, CRR, RMR, CBR       Date
15   Official Court Reporter
16   Cumberland County Courthouse
```