UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| ROBERT G. SMITH | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv04379 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOINT STIPULATION AND PROPOSED ORDER REGARDING DEPOSITION DESIGNATIONS, EXHIBIT LISTS AND DAUBERT MOTION SCHEDULE

Plaintiff Smith and Defendant Merck ("the Parties") jointly submit this stipulation and Proposed Order regarding deposition designations, exhibits, and Daubert motion schedule.

**Deposition Designations and Objections**

The parties are working together to streamline the deposition designation process in *Smith* as much as possible for the convenience of the Court. The Parties agree to provide the Court with a joint notebook for each relevant witness for whom either side has designated testimony including all designations, objections and counter-designations, to the Court on August 24, 2006 and August 25, 2006.

As the parties are continuing to meet and confer regarding their designations, the Court should wait to rule on any deposition designations until it receives these witness notebooks.

The Parties agree to abide by the scheduling order's remaining deadlines for filing objections with the Court.

**Exhibit List**

The parties have each filed exhibit lists with the Court, including trial exhibit lists and deposition exhibit lists. The parties will not file any objections to these exhibit lists today.

The Parties agree to file pre-admit exhibit lists with the Court on August 22, 2006. The parties will file objections to the pre-admit lists and deposition exhibit lists by August 28, 2006.

**Daubert and Dispositive Motions**

Because certain depositions are taking place past the deadline for Daubert motions in the original scheduling order, the Parties have agreed to the following proposed schedule for Daubert motions:

1. Defendant will file any Daubert motion against Dr. Gary Sander by August 22, 2006. Plaintiff's response will be due August 28, 2006. Any reply will be due August 30, 2006.
2. Plaintiff will file any Daubert motions against Dr. Paul Roach, Dr. Craig Pratt and Dr. Jerome Cohen by August 25, 2006. Defendant's response will be due by August 29, 2006. Any reply will be due by August 30, 2006.

Dated: August 14, 2006

Respectfully submitted,

*Amy Carter/by permission*
Grant Kaiser
Texas Bar No. 11078900
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440

Drew Ranier
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

John Eddie Williams Jr.
Amy M. Carter
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226
ATTORNEYS FOR PLAINTIFFS

*Carrie Jablonski*
Philip S. Beck
Andrew L. Goldman
Carrie A. Jablonski
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLC**
54 W. Hubbard, Suite 300
Chicago, IL 60610
312-494-4400; fax 312-494-4440
ATTORNEYS FOR MERCK

Entered this _____ day of August, 2006

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Stipulation and Proposed Order Regarding Deposition Designations, Exhibit Lists and Daubert Motion Schedule has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of August, 2006.

_____
*Carrie Jablonski*