UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-4379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Joint Stipulation Regarding Deposition Designations, Exhibit Lists and *Daubert* Motion Schedule,

IT IS ORDERED that the parties shall provide the Court with a joint notebook for each relevant witness for whom either side has designated testimony, including all designations, objections and counter-designations, on August 24, 2006 and August 25, 2006.  The Court will wait to rule on any deposition designations until it receives these witness notebooks.

1

824239v.1

IT IS FURTHER ORDERED that the parties shall file pre-admit exhibit lists with the Court on August 22, 2006 and shall file objections to the pre-admit lists and deposition exhibit lists previously filed with the Court by August 28, 2006.

IT IS FURTHER ORDERED that defendant shall file any *Daubert* motion against Dr. Gary Sander by August 22, 2006; that plaintiff shall file any opposition by August 28, 2006; and that defendant shall file any reply by August 30, 2006.

IT IS FURTHER ORDERED that plaintiff shall file any *Daubert* motions against Dr. Paul Roach, Dr. Craig Pratt and Dr. Jerome Cohen by August 25, 2006; that defendant shall file any opposition by August 29, 2006; and that plaintiff shall file any reply by August 30, 2006.

NEW ORLEANS, LOUISIANA, this ____ day of August, 2006.

_____
DISTRICT JUDGE