LAW OFFICES OF

# SHELTON SMITH & ASSOCIATES

*A Professional Corporation*

TEXAS TRIAL LAWYERS

3850 Two Houston Center
909 Fannin at McKinney
Houston, Texas 77010-1003
(713) 659-2727 • Fax (713) 659-2813
Toll Free 1-877-659-2727

SHELTON SMITH, P.C.
RUSSELL W. ENDSLEY
SHAWN P. FOX

ssmith@sheltonsmith.com
rendsley@sheltonsmith.com
sfox@sheltonsmith.com

August 15, 2006

TO ALL COUNSEL OF RECORD:                    *Via Lexis Nexis File and Serve*

Re:   *In Re: Vioxx MDL 1657;* Cause No. 06-4105; *Frank Stramowski and Lucille Stramowski v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5544; *Edmund Wong v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5555; *Yolanda and Oscar Nunez v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 06-2814; *Maria Gomez v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5549; *Linda and James Herman v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5550; *Janice Buchanan v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5551; *Regina Dudley, Individually and as Personal Representative of the Estate of Arimentha Diane Dudley v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 06-1727; *Ronald Dykman v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5548; *Brandy Gibson v. Merck & Co., Inc.;* In the United States  District Court of The Eastern District of Louisiana

Page -2-

Re:   *In Re: Vioxx MDL 1657;* Cause No. 06-0718; *Mark Scott Hutchins, Individually and on Behalf of the Estate of John H. Hutchins and the Estate of Phyllis L. Hutchins v. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5546; *Judith M. Ryan v. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 06-1728; *Bryan Shortnancy v. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-6640; *Valeria Vincenta Verdugo and Angel Ramon Verdugo v. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5545; *Timothy R. Watsonv. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Re:   *In Re: Vioxx MDL 1657;* Cause No. 05-5552; *William and Janice Willams v. Merck & Co., Inc.;* In the United States District Court of The Eastern District of Louisiana

Dear Counsel:

Enclosed please find the following document, which has been filed with the court via ECF/Pacer in the above referenced matters:

1)   Notice of Firm Name Change and Designation of Lead Counsel for Plaintiffs

Should you have any questions or require any additional information please do not hesitate to contact me at the above noted number.

Sincerely,

Nikki Wirt
Legal Assistant to Russell W. Endsley

/nw
Enclosures

cc:   Phillip Wittman via Regular Mail and Email
Russ Herman via Regular Mail and Email

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

FRANK STRAMOWSKI and
LUCILLE STRAMOWSKI

v.

MERCK & CO., INC.;

CIVIL ACTION NO. 2:06-cv-04105

---

In Re: VIOXX
     Products Liability Litigation

This Document Relates to:
     FRANK STRAMOWSKI and
LUCILLE STRAMOWSKI

MDL No. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

---

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE FALLON:

     Russell W. Endsley, Attorney for Plaintiffs, files this Notice of Firm Name Change

and Designation of Lead Counsel for Plaintiffs.

1.     Please take notice the law firm of **SMITH ☆ GIBSON** has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.     The firm address, phone number, fax number and other relevant contact information

has not changed.

---

3.      In addition, please take notice former lead counsel for Plaintiffs, Jason A. Gibson,

is no longer counsel for Plaintiffs in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiffs' counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.      The new lead counsel for Plaintiffs in the above styled case is:

> Russell W. Endsley
> SBOT # 24026824
> **SHELTON SMITH & ASSOCIATES**
> 909 Fannin, Suite 3850
> Houston, Texas 77010
> Tele:(713) 659-2727
> Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele: (713) 659-2727
Fax: (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EDMUND WONG | |
| v. | CIVIL ACTION NO. 05-5544 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    EDMUND WONG | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FIRM NAME CHANGE AND**
**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.    Please take notice the law firm of **SMITH ✫ GIBSON** has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

---

3.    In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ✶ GIBSON.

4.    The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th_ day of August, 2006.


_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

YOLANDA NUNEZ and OSCAR NUNEZ

CIVIL ACTION NO. 05-5555

v.

MERCK & CO., INC.;

---

In Re: VIOXX
    Products Liability Litigation

This Document Relates to:
    Yolanda Nunez and Oscar Nunez

MDL No. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

---

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE FALLON:

    Russell W. Endsley, Attorney for Plaintiffs, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiffs.

1.    Please take notice the law firm of SMITH ☆ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

---

3.    In addition, please take notice former lead counsel for Plaintiffs, Jason A. Gibson, is no longer counsel for Plaintiffs in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiffs' counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.    The new lead counsel for Plaintiffs in the above styled case is:

Russell W. Endsley
SBOT # 24026824
SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

SHELTON SMITH & ASSOCIATES
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARIA GOMEZ | |
| v. | CIVIL ACTION NO. 06-2814 |
| MERCK & CO., INC., ET AL. | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. MC MDL-1657<br><br>SECTION: L |
| This Document Relates to:<br>        MARIA GOMEZ | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GOMEZ | |
| v. | CIVIL ACTION NO. 1:06-CV-0055 |
| MERCK & CO., INC., ET AL. | |

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing,<br>        Sales Practices and Products<br>        Liability Litigation | MDL  No. M:05-cv-01699 |
| This Document Relates to:<br>        MARIA GOMEZ | |

**NOTICE OF FIRM NAME CHANGE AND**
**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and

Designation of Lead Counsel for Plaintiff.

1.     Please take notice the law firm of SMITH ✮ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.     The firm address, phone number, fax number and other relevant contact information

has not changed.

3.     In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is

no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ✮ GIBSON.

4.     The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Name Change and Designation of Lead Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana and the Northern District of California by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 and MDL 1699 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele: (713) 659-2727
Fax: (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA HERMAN and JAMES HERMAN | |
| v. | CIVIL ACTION NO.05-5549 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    LINDA and JAMES HERMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### NOTICE OF FIRM NAME CHANGE AND
### DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiffs, files this Notice of Firm Name Change

and Designation of Lead Counsel for Plaintiffs.

1.    Please take notice the law firm of SMITH ☆ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information

has not changed.

3.    In addition, please take notice former lead counsel for Plaintiffs, Jason A. Gibson, is no longer counsel for Plaintiffs in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiffs' counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.    The new lead counsel for Plaintiffs in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813


Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:  (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE BUCHANAN | |
| v. | CIVIL ACTION NO. 05-5550 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    JANICE BUCHANAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FIRM NAME CHANGE AND
DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.    Please take notice the law firm of SMITH ✭ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

3.    In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is

no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ✯ GIBSON.

4.    The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of <u>August</u>, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA DUDLEY, Individually and as Personal Representative of the Estate of ARIMENTHA DIANE DUDLEY | CIVIL ACTION NO. 05-5551 |
| v. | JURY |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to: REGINA DUDLEY | JUDGE FALLON MAG. JUDGE KNOWLES |

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.    Please take notice the law firm of SMITH ✶ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

---

3.     In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is

no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ✰ GIBSON.

4.     The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RONALD J. DYKMAN | |
| v. | CIVIL ACTION NO. 06-1727 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    RONALD J. DYKMAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FIRM NAME CHANGE AND**
**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and

Designation of Lead Counsel for Plaintiff.

1.      Please take notice the law firm of SMITH ✳ GIBSON has changed its name to:

SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.      The firm address, phone number, fax number and other relevant contact information

has not changed.

---

3.  In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity. Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ⋆ GIBSON.

4.  The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813


Respectfully submitted,

SHELTON SMITH & ASSOCIATES
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th  day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDY GIBSON | |
| v. | CIVIL ACTION NO. 05-5548 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>        Products Liability Litigation | MDL No. 1657 |
| | SECTION: L |
| This Document Relates to:<br>        BRANDY GIBSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.    Please take notice the law firm of SMITH ✶ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

3.    In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity.   Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.    The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

SHELTON SMITH & ASSOCIATES
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK SCOTT HUTCHINS, Individually and on Behalf of the ESTATE OF JOHN H. HUTCHINS and the ESTATE OF PHYLLIS L. HUTCHINS | CIVIL ACTION NO. 06-0718 |
| v. | |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX Products Liability Litigation | MDL No. 1657 SECTION: L |
| This Document Relates to: MARK SCOTT HUTCHINS | JUDGE FALLON MAG. JUDGE KNOWLES |

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.    Please take notice the law firm of SMITH ☆ GIBSON has changed its name to:

SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

---

PLAINTIFF'S NOTICE OF FIRM NAME CHANGE AND DESIGNATION OF LEAD COUNSEL          PAGE 1

3.    In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is

no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.    The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th  day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUDITH M. RYAN | |
| v. | CIVIL ACTION NO. 05-5546 |
| MERCK & CO., INC. | |

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>JUDITH M. RYAN | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FIRM NAME CHANGE AND**
**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.     Please take notice the law firm of SMITH ☆ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.     The firm address, phone number, fax number and other relevant contact information has not changed.

---

3.      In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.      The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th  day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN SHORTNANCY | |
| v. | CIVIL ACTION NO. 06-1728 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>          Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>     BRYAN SHORTNANCY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.     Please take notice the law firm of SMITH ✶ GIBSON has changed its name to:

SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.     The firm address, phone number, fax number and other relevant contact information has not changed.

3.      In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ✯ GIBSON.

4.      The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

VALERIA VINCENTA VERDUGO and
ANGEL RAMON VERDUGO

v.

CIVIL ACTION NO. 05-6640

MERCK & CO., INC.;

---

In Re: VIOXX
      Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
      VALERIE and ANGEL VERDUGO

JUDGE FALLON
MAG. JUDGE KNOWLES

---

## NOTICE OF FIRM NAME CHANGE AND
## DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiffs, files this Notice of Firm Name Change

and Designation of Lead Counsel for Plaintiffs.

1.     Please take notice the law firm of SMITH ✻ GIBSON has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.     The firm address, phone number, fax number and other relevant contact information

has not changed.

---

3.    In addition, please take notice former lead counsel for Plaintiffs, Jason A. Gibson, is no longer counsel for Plaintiffs in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiffs' counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.    The new lead counsel for Plaintiffs in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813


Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION


_____
Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:   (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| v. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>      Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>      TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

### NOTICE OF FIRM NAME CHANGE AND
### DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE FALLON:

      Russell W. Endsley, Attorney for Plaintiff, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiff.

1.      Please take notice the law firm of **SMITH ⭑ GIBSON** has changed its name to:

**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.      The firm address, phone number, fax number and other relevant contact information has not changed.

---

PLAINTIFF'S NOTICE OF FIRM NAME CHANGE AND DESIGNATION OF LEAD COUNSEL     PAGE 1

3.      In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is

no longer counsel for Plaintiff in any capacity.  Mr. Gibson is no longer employed by,

affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH &

ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.      The new lead counsel for Plaintiff in the above styled case is:

Russell W. Endsley
SBOT # 24026824
**SHELTON SMITH & ASSOCIATES**
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiff has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

_____

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WILLIAM and JANICE WILLIAMS | |
| v. | CIVIL ACTION NO. 05-5552 |
| MERCK & CO., INC.; | |

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br><br>SECTION: L |
| This Document Relates to:<br>    WILLIAM and JANICE WILLIAMS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**NOTICE OF FIRM NAME CHANGE AND**
**DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS**

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley, Attorney for Plaintiffs, files this Notice of Firm Name Change and Designation of Lead Counsel for Plaintiffs.

1.    Please take notice the law firm of SMITH ✶ GIBSON has changed its name to:

SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.    The firm address, phone number, fax number and other relevant contact information has not changed.

3.      In addition, please take notice former lead counsel for Plaintiffs, Jason A. Gibson, is no longer counsel for Plaintiffs in any capacity.  Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiffs' counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ☆ GIBSON.

4.      The new lead counsel for Plaintiffs in the above styled case is:

Russell W. Endsley
SBOT # 24026824
SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

Respectfully submitted,

SHELTON SMITH & ASSOCIATES
A PROFESSIONAL CORPORATION

Shawn P. Fox
SBOT # 24040926
Russell W. Endsley
SBOT # 24026824
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Notice of Firm Change and Designation of Lead Counsel for Plaintiffs has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:    (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**