UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Denise Davis, et al. v. Merck & Co., Inc.*, **No. 05-4148 (Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel only).**

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Shelley Francis, Ella Rose Gosen, Steven Hoeppner, Bobby Johnson, Sr., Wilma L. Lundry, Jeanette Miller, Judy D. Parman, Margaret F. Spinello, Russell Wall, Bud Wofford on behalf of Kathaleen M. Wofford, and Gary W. Yokel, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE