UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * | |
| This document relates to | * * | JUDGE FALLON |
| GERALD BARNETT | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:06cv485 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING DEPOSITION TESTIMONY OF F. CURTIS BRYAN, M.D.

TO:      Mark P. Robinson, Jr.
             Robinson, Calcagnie & Robinson
             620 Newport Center Drive, 7th Floor
             Newport Beach, CA 92660

             and

             Russ Herman
             Herman, Herman, Katz & Cotlar
             Place St. Charles
             201 St. Charles Avenue, Office 4310
             New Orleans, LA 70170

824279v.1

Defendant Merck & Co., Inc., by and through its attorneys, hereby submit the deposition testimony of **F. Curtis Bryan, M.D.** for filing with the Court.

Respectfully submitted,

/s/ *Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLP
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

824279v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Notice of Filing Deposition Testimony of F. Curtis Bryan, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of August, 2006.

>/s/ Dorothy H. Wimberly
>Dorothy H. Wimberly, 18509
>STONE PIGMAN WALTHER
>WITTMANN L.L.C.
>546 Carondelet Street
>New Orleans, Louisiana  70130
>Phone:  504-581-3200
>Fax:     504-581-3361
>dwimberly@stonepigman.com
>
>Defendants' Liaison Counsel

824279v.1