IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657 |
| This Document Relates to:<br>06-4105, 05-5544, 05-5555,<br>06-2814, 05-5549, 05-5550,<br>05-5551, 06-1727, 05-5548,<br>06-0718, 05-5546, 06-1728,<br>05-6640, 05-5545, 05-5552 | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF FIRM NAME CHANGE

TO THE HONORABLE JUDGE FALLON:

Russell W. Endsley and Shawn P. Fox, Attorneys for Plaintiffs, file this Notice of Firm Name Change.

1.  Please take notice the law firm of SMITH ✯ GIBSON has changed its name to:

SHELTON SMITH & ASSOCIATES
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:(713) 659-2727
Fax:(713) 659-2813

2.  The firm address, phone number, fax number and other relevant contact information has not changed.

3.  In addition, Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of SHELTON SMITH & ASSOCIATES f/k/a SMITH ✯ GIBSON.

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Russell W. Endsley
SBOT # 24026824
Shawn P. Fox
SBOT # 24040926
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The hereby certify that the above and foregoing Motion for Leave to File Second Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th  day of August, 2006.

_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**