IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>  Products Liability Litigation | MDL No. 1657 |
| This Document Relates to:<br>  06-4105, 05-5544, 05-5555,<br>  06-2814, 05-5549, 05-5550,<br>  05-5551, 06-1727, 05-5548,<br>  06-0718, 05-5546, 06-1728,<br>  05-6640, 05-5545, 05-5552 | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE NEW TRIAL ATTORNEY

TO THE HONORABLE JUDGE FALLON:

1.  Plaintiffs in the above referenced causes, file this unopposed motion to designate Russell W. Endsley, as the new Trial Attorney in charge in accordance with Local Rule 11.2.

2.  Russell W. Endsley is a member is good standing with the State Bar of Texas and is admitted to practice before this Court under the applicable MDL rules.

3.  Russell W. Endsley's Texas State Bar number is 24026824 and his office address, telephone, and fax number are as follows:

> Russell W. Endsley
> **SHELTON SMITH & ASSOCIATES**
> 909 Fannin, Suite 3850
> Houston, Texas 77010
> Tele:(713) 659-2727
> Fax:(713) 659-2813

4.      In addition, please take notice former lead counsel for Plaintiff, Jason A. Gibson, is no longer counsel for Plaintiff in any capacity. Mr. Gibson is no longer employed by, affiliated with or associated with Plaintiff's counsel or the law firm of **SHELTON SMITH & ASSOCIATES** f/k/a **SMITH ✶ GIBSON**.

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Russell W. Endsley
SBOT # 24026824
Shawn P. Fox
SBOT # 24040926
Shelton Smith
SBOT #18578500
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Plaintiffs' Unopposed Motion To Designate New Trial Attorney has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of August, 2006.

_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFF**