IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>     Products Liability Litigation<br><br>This Document Relates to:<br>     06-4105, 05-5544, 05-5555,<br>     06-2814, 05-5549, 05-5550,<br>     05-5551, 06-1727, 05-5548,<br>     06-0718, 05-5546, 06-1728,<br>     05-6640, 05-5545, 05-5552 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED
### MOTION TO DESIGNATE NEW TRIAL ATTORNEY

On _____, 2006, the Court considered Plaintiff's Unopposed Motion To Designate New Trial Attorney. After considering the Motion application, the court:

GRANTS Plaintiffs' Unopposed Motion To Designate New Trial Attorney and ORDERS that Russell W. Endsley is the new Trial Attorney in charge in the above referenced causes.

SIGNED on _____ , 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs