IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON<br><br>v.<br><br>MERCK & CO., INC.; | CIVIL ACTION NO. 05-5545 |
| In Re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br>TIM WATSON | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## LEAVE TO FILE AMENDED COMPLAINT

Plaintiff TIMOTHY WATSON's file this unopposed motion for leave of Court to file an Amended Complaint for the purposes of: (1) correcting factual allegations and more particularly pleading allegations in accordance with recently obtained medical records; and (2) correcting typographical errors. Plaintiff would respectfully show this Court the following:

### A.
### FACTUAL BACKGROUND & PROCEDURAL HISTORY

1. On November 10, 2005, Plaintiff Timothy Watson filed an Original Complaint against Merck & Company, Inc. for personal injuries sustained by Mr. Timothy Watson as a result of his use of the prescription medication Vioxx®.

2. Particularly, Mr. Watson suffered a stroke after taking 25 mg Vioxx® for approximately six (6) months (March 2000 to September 2000).

3. Defendant Merck filed its answer On January 10, 2006. Defendant Merck was contacted by Plaintiff's counsel on August 3, 2006, and counsel for Merck consents to the filing of this motion for leave to file an amended complaint.

## B.
## LEAVE SHOULD BE GRANTED

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Walton v. Mental Health Ass'n*, 168 F.3d 661, 665 (3d Cir. 1999).

5. Here, leave to file an amended complaint is unopposed by counsel for Merck. Additionally, counsel for Merck consents to the filing of such motion. LR 7.3E. Further, not withstanding Merck's consent, no prejudice, bad faith, or undue delay exists in allowing Plaintiff to amend his complaint to correct factual allegations and typographical errors, because this suit is in its infancy and none of the proposed changes create any additional hurdles for Merck.

6. Specifically, since the filing of Plaintiff's Original Complaint, new and different facts have been discovered through Plaintiff's acquisition of pertinent medical records and pharmacy records with regard to dates of Plaintiff's Vioxx® useage and the date of his stroke. Accordingly, Plaintiff should be freely granted leave by this court, as justice so requires.

7. Plaintiff is filing his Second Amended Complaint contemporaneously with this motion. The proposed amended pleading is attached as Exhibit A.

## C.
## CONCLUSION

8. For these reasons, Plaintiff asks the Court to grant his leave to file his Second Amended Complaint to change factual allegations and correct typographical errors.

Respectfully submitted,

**SHELTON SMITH & ASSOCIATES**
A PROFESSIONAL CORPORATION

_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele: (713) 659-2727
Fax:  (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE FOR CONSENT MOTION

Pursuant to Local Rule 7.4.1W and 7.6E, I certify that on August 4, 2006, I or someone in my office conferred with Thomas Owen and he is unopposed to Plaintiff's Unopposed Motion For Leave To File An Amended Complaint.

_____
Russell W. Endsley

## CERTIFICATE OF SERVICE

The hereby certify that the above and foregoing Motion for Leave to File Second Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading th same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th  day of August, 2006.

_____
Russell W. Endsley
SBOT # 24026824
rendsley@smith-gibson.com
Shawn P. Fox
SBOT # 24040926
sfox@smith-gibson.com
909 Fannin, Suite 3850
Houston, Texas 77010
Tele:  (713) 659-2727
Fax:   (713) 659-2813

**ATTORNEYS FOR PLAINTIFFS**