IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON | |
| v. | CIVIL ACTION NO. 05-5545 |
| MERCK & CO., INC.; | |
| In Re: VIOXX<br>Products Liability Litigation | MDL No. 1657<br>SECTION: L |
| This Document Relates to:<br>TIM WATSON | JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _____, 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint and ORDERS that Plaintiff has leave to file Plaintiff's Second Amended Complaint.

SIGNED on _____, 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs