UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * MDL No. 1657<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Sol Boorany v. Merck & Co., Inc.,* **Case No. 06-3695.**

## MERCK & CO., INC.'S FIRST MOTION FOR EXTENSION OF TIME

Defendant, Merck & Co., Inc. ("Merck"), appearing solely for the purpose of this motion, with full reservation of all rights, and without waiving any defenses, or objections, respectfully moves the Court for an order granting an extension of time of seven (7) days, or through and until August 22, 2006, within which to respond to the Plaintiff's Complaint. In support of this motion, Merck represents that (1) no previous extension of time has been filed, (2) the date for responding to the Complaint has not expired, and (3) the Plaintiff has not filed in the record and served on Merck an objection to an extension of time.

WHEREFORE, Merck & Co., Inc. respectfully requests that the Court grant its motion for extension of time of seven (7) days, or through and until August 22, 2006, within which to file responsive pleadings.

Dated: August 15, 2006

Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
   Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Ste. 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
   Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing First Motion for Extension of Time of Defendant Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 15th day of August, 2006.

_____