FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -9 PM 12: 02
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BELINDA DANOS, ET AL.** | **CIVIL ACTION NO. 04-3282** |
| **VERSUS** | |
| **MERCK & CO., INC.** | **JUDGE FALLON** |
| | **MAGISTRATE JUDGE KNOWLES** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, comes Stephen B. Murray of the Murray Law Firm (La. Bar Roll No. 9858) who respectfully requests that he be withdrawn as counsel of record in the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

The Murray Law Firm no longer employs Dominick F. Impastato, III or Robert J. Diliberto and Dominick F. Impastato, III and Robert J. Diliberto retained and are independently pursuing the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

The Motion is not intended to have any effect of on the representation of Plaintiff by Dominick F. Impastato, III or Robert J. Diliberto and all future notices regarding <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282, should be forwarded to Dominick F. Impastato, III and Robert J. Diliberto at their registered addresses.



Respectfully submitted,

*[signature]*

**Stephen B. Murray (#9858)**
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112-4000
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties by depositing same in the United States Mail, properly addressed and first class postage prepaid, this 9th day of August, 2006.

*[signature]*

**Stephen B. Murray (#9858)**