UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 11  PM 3: 27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BELINDA DANOS, ET AL. | CIVIL ACTION NO. 04-3282 |
| VERSUS | |
| MERCK & CO., INC. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED,** that Stephen B. Murray of the Murray Law Firm (La. Bar Roll No. 9858) be withdrawn as counsel of record in the case of <u>Belinda Danos, et al. v. Merck & Co., Inc.</u>, United States District Court for the Eastern District of Louisiana Civil Action Number 04-3282.

**NEW ORLEANS, LOUISIANA,** this _10th_ day of _August_, 2006.

**UNITED STATES DISTRICT JUDGE**