**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 15, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Smith v. Merck & Co., Inc.*, 05-4379

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Andy Birchfield, Drew Ranier, Steven Kherkher, Grant Kaiser, and Brett Powers participated on behalf of the Plaintiff. Phil Beck and Andy Goldman participated on behalf of the Defendant. At the conference, the parties discussed the status of the case and issues relating to the upcoming trial.

At the request of the parties, IT IS ORDERED that the Oral Argument on various *Daubert* motions scheduled for August 31, 2006 at 9:00 a.m. is CONTINUED until September 6, 2006, at 1:30 p.m.

-1-

JS10(00:20)