

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®                                          MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                          Section L

This Document Relates To:  Marchelle S.               Judge Fallon
Adams, et al. v. Merck & Co., Inc., et al.
(E.D. La. Index No. 2:05-CV-02351)                     Mag. Judge Knowles
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, John R. Climaco of CLIMACO, LEFKOWITZ, PECA,

WILCOX & GAROFOLI CO., LPA, Ohio local counsel of record for Plaintiff, DANIEL E.

BLEVINS, moves this Court for an order allowing him to withdraw as counsel of record for

Plaintiff, Daniel E. Blevins, in the above-captioned multidistrict litigation.  Mr. Climaco was

serving as local counsel in the United States District Court, Northern District of Ohio and was

inadvertently left off the Motion to Withdraw as Counsel of Record submitted to this Court by

the Provost Umphrey Law Firm; Williams Bailey Law Firm; Ranier, Gayle & Elliot Law Firm;

The Watts Law Firm; and The Kaiser Firm.  That Motion was granted by this Court.  The

Climaco Law firm has been notified by the Kaiser firm that at the time of withdrawal of any

plaintiff, the plaintiff is notified by mail of his/her responsibilities pursuant to pre-trial order 18B

as well as provided him/her with a blank copy of the plaintiff's profile form for their

convenience.

This withdrawal is intended for Plaintiff, Daniel E. Blevins, only and does not affect the

representation of any other Plaintiffs in the Original Complaint.

Written notice of the filing of this Motion was sent via certified mail to Plaintiff's last

known mailing address.  Plaintiff's last known address is 653 Ethel Court, Middletown, OH

45044, (513) 420-2639.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

John R. Climaco (0011456)
CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
1220 Huron Road
Suite 1000
Cleveland, OH 44115
(216) 621-8484

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006 a true copy of the foregoing Motion was served electronically.   Notice of this filing was sent to all parties by operation of the Court's electronic filing system.   In addition, a copy of the foregoing Motion to Withdraw was served upon Daniel E. Blevins, 653 Ethel Court, Middletown, OH 45044, via certified mail, this 4th of August, 2006. Parties may access this filing through the LexisNexis system.

Respectfully Submitted:

John R. Climaco