UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                               MDL NO. 1657
    **PRODUCTS LIABILITY LITIGATION:**

                                                  SECTION: L

                                                  JUDGE FALLON
……………………………………………………..      MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
      2:05-cv-6533

### ORDER

Before the Court is Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s, Motion for Leave to Withdraw as Counsel for Plaintiffs Annie Mitchell and Ralph Wheat ("Mitchell and Wheat"), and will continue to represent all other named Plaintiffs in the above cited case, not previously withdrawn from.  Attorney Seth Sharrock Webb moves the Court for leave to withdraw as counsel for Mitchell and Wheat.  Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that Seth Sharrock Webb, along with Brown & Crouppen, P.C.'s Motion for Leave to Withdraw as Counsel be GRANTED.  This Order applies only to Mitchell and Wheat's actions against Defendant Merck & Co., Inc., all claims of all other plaintiffs in this action remain in full force and effect.  File & Serve shall be updated by Plaintiffs' former attorney, Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

                                         It is So Ordered:_____
                                                       JUDGE

DATE: _____