```
          UNITED STATES DISTRICT COURT
                   FILED
              August 11, 2006
         EASTERN DISTRICT OF LOUISIANA
              Loretta G. Whyte
                   Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

August 11, 2006

GERALD BARNETT                           MDL 1657

VERSUS                                   CIVIL ACTION 06-485

MERCK & CO., INC.                        SECTION:  L

### NOTICE FOR REMOVAL OF EXHIBITS

   Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

   LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case.  The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

   Distributed this 11th day of August, 2006.

                                    GAYLYN M. LAMBERT
                                    CASE MANAGER-SECTION L

   *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBIT

```
____Fee_____
____Process_____
 X  Docket_____
 X  CtRm Dep_____
____Document No.__
```