

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No.  1657 |
| PRACTICES AND PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO: *Mercilia Dulcio, as Personal Representative of the Estate of Moraleme Gelin, Deceased v. Merck & Co., Inc., a foreign corporation,* Case No. 06-3019

## AVOIDANCE OF AFFIRMATIVE DEFENSES

Plaintiff, by and through her undersigned counsel, pursuant to Florida Rules of Civil Procedure 1.100(a)  denies and avoids the Affirmative Defenses heretofore asserted by the Defendant, MERCK & CO., INC., in its Answer dated August 1, 2006, and demands strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Avoidance of Affirmative Defenses has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of August, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
(954) 463-0585 Broward
(954) 767-9461 FAX
jabers@faziodisalvo.com

By:_____
Original Signature on File with Court
JEFF S. ABERS
FB# 300853