MINUTE ENTRY
FALLON, J.
AUGUST 14, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON          MONDAY, AUGUST 14, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert              (continued from 8-11-06)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq., and Andrew Goldman, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Dr. Alise S. Reicin - sworn

Court adjourned at 5:10 pm until Tuesday, August 15, 2006, at 8:30 am.

JS-10:   5:44