MINUTE ENTRY
FALLON, J.
AUGUST 15, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            MDL 1657
       LIABILITY LITIGATION

GERALD BARNETT

VERSUS            REF NO. 06-485

MERCK & CO., INC.            SECTION: L

before JUDGE ELDON E. FALLON       TUESDAY, AUGUST 15, 2006, 8:30 AM
Courtroom Deputy: Gaylyn Lambert       (continued from 8-14-06)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
         Phillip Beck, Esq., Andrew Goldman, Esq. and Brian Currey, Esq. For defendant

JURY TRIAL:

Defendant's Witnesses:

Dr. Foster Curtis Bryan - video deposition resumes. Transcript filed into the record.

Defendant rests.
No rebuttal evidence by the plaintiff.
Jury excused for the day at 10:15 am.

Motion of defendant, Merck & Co., Inc., for Judgment as a Matter of Law - argument - DENIED.

Court adjourned at 10:47 am until Wednesday, August 16, 2006, at 8:30 am.

| JS-10: | 1:47 |
|---|---|