```
                                              U. S. DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA
                                              FILED    8-15-06
                                              LORETTA G. WHYTE
                                                   CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| GERALD BARNETT | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:06cv485 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING DEPOSITION TESTIMONY OF F. CURTIS BRYAN, M.D.

TO:   Mark P. Robinson, Jr.
      Robinson, Calcagnie & Robinson
      620 Newport Center Drive, 7th Floor
      Newport Beach, CA 92660

            and

      Russ Herman
      Herman, Herman, Katz & Cotlar
      Place St. Charles
      201 St. Charles Avenue, Office 4310
      New Orleans, LA 70170

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__
```

Defendant Merck & Co., Inc., by and through its attorneys, hereby submit the deposition testimony of **F. Curtis Bryan, M.D.** for filing with the Court.

Respectfully submitted,

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN LLP
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew L. Goldman
Hamilton H. Hill
Adam K. Mortara
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Notice of Filing Deposition Testimony of F. Curtis Bryan, M.D. has been served on Liaison Counsel Russ Herman by U.S. Mail and e-mail or by hand delivery and e-mail, upon plaintiff's counsel Mark P. Robinson by e-mail, and upon all parties electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 15th day of August 2006.

_____