UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                                              MDL No. 1657
    Products Liability Litigation
                                                           SECTION:  L

This Document Relates to:                                  Judge Fallon
Judith Lynch, et al v. Merck & Co., Inc.                   Mag. Judge Knowles
(2:05-cv-05072-EEF-DEK)


**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs move to amend the Complaint as set forth in the attached Amended Complaint based on the death of Plaintiff, Marjorie Wind.

                                                THE PLAINTIFF,

                                                By_____
                                                MICHAEL A. STRATTON
                                                CT 08166
                                                STRATTON FAXON
                                                59 ELM STREET
                                                NEW HAVEN, CT 06510
                                                TEL: 203-624-9500
                                                FAX: 203-624-9100
                                                mstratton@strattonfaxon.com


## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to all counsel and pro se parties of record as follows:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Rachel Amankulor
Alan Schwartz
Daniel L. Crosby
Kenneth F. Baum
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

_____
Michael A. Stratton