UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
    Product Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co., Inc.
(2:05-cv-05072)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff be granted Motion to amend the complaint based on the death of plaintiff, Marjorie Wind.

GRANTED / DENIED

_____
JUDGE/CLERK