U.S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 1 4 2006

LORETTA G. WHYTE
Clerk

Reginald K. Fears　　　　M.D.L #1657
v.　　　　　　　　　　　　CASE NO. 05-549 L(3)
Merck & Company

## Change of Address

TO: Clerk Loretta D. Whyte

Yes I would appreciate if the Clerk would notify that all mail be forward to the address below. I Hightly Appreciate your Coperation

Thanks,
Sincerely
Reginald K Fears

Address

Reginald K. Fears
9910 W. Loak Dr.
Houston, TX. 77078

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc. No._____

Reginald K. Frals
9910 W. Lomk Dr.
Houston TX 77078

HOUSTON TX 772
10 AUG 2006 PM 6 L

Closed
Acthual

To Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans LA 79130

70130/5555