UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX  
    Product Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:  
Marianne Chambers, et al v. Merck & Co., Inc.  
(2:05-cv-01997)

Judge Fallon  
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff be granted Motion to amend the complaint based on the death of plaintiff, Kay Pesanelli.

GRANTED / DENIED

_____  
JUDGE/CLERK