MINUTE ENTRY
FALLON, J.
AUGUST 16, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
      LIABILITY LITIGATION

MDL 1657

GERALD BARNETT

VERSUS

REF NO. 06-485

MERCK & CO., INC.

SECTION: L

before JUDGE ELDON E. FALLON
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Cathy Pepper/Toni Tusa

WEDNESDAY, AUGUST 16, 2006, 8:10 AM
(continued from 8-15-06)

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
           Phillip Beck, Esq., Andrew Goldman, Esq. And Brian Currey, Esq. For defendant

### JURY TRIAL:

outside jury's presence:
Objections to jury charges on the record. Jury in:

Closing Arguments.
Jury charged and instructed by the Court.
Jury retires for deliberations @ 12:48 pm.
Jury ends deliberations for the day @ 6:00 pm.
Deliberations to resume on Thursday, August 17, 2006, at 8:30 am.

JS-10:   3:15