## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

### JURY INTERROGATORIES

Please answer all questions except Question #3 according to a preponderance of the evidence.

Question #3 should be answered according to clear and convincing evidence.

1.   Do you find that Merck & Co., Inc. failed to adequately warn Gerald Barnett's treating physicians of a known or reasonably scientifically or medically knowable risk associated with Vioxx, and that such failure to adequately warn was a legal cause of an injury to Gerald Barnett?

YES _____          NO _____

(Please proceed to Question #2.)

-1-

2.      Do you find that Merck & Co, Inc. was negligent in failing to adequately warn Gerald Barnett's treating physicians of a known or reasonably scientifically or medically knowable risk associated with Vioxx, and that such negligence was a legal cause of an injury to Gerald Barnett?

YES _____           NO _____

(Please proceed to Question #3.)

3.      Do you find that Merck & Co., Inc. knowingly misrepresented or failed to disclose a material fact to Gerald Barnett's treating physicians in a circumstance where it was required to do so, that Gerald Barnett's treating physicians were entitled to and did rely on that misrepresentation or non-disclosure, and that the misrepresentation or non-disclosure was a legal cause of an injury to Gerald Barnett?

YES _____           NO _____

(If you answered "no" to Questions #1, #2, and #3, please skip all remaining questions, date and sign this verdict form, and inform the Marshall that a verdict has been reached. If you answered "yes" to any of these questions, please proceed to Question #4.)

4.      Do you find that there was negligence on the part of Gerald Barnett that was a legal cause of his injury?

YES _____           NO _____

(Please proceed to Question #5.)

5.      Do you find that there was negligence on the part of Dr. Michael McCaffrey that was a legal
        cause of Gerald Barnett's injury?


        YES _____                          NO _____


(Please proceed to Question #6.)



6.      Do you find that there was negligence on the part of Dr. Michael Mikola that was a legal
        cause of Gerald Barnett's injury?


        YES _____                          NO _____


(Please proceed to Question #7.)



7.      Do you find that there was negligence on the part of Dr. Mark Karavan that was a legal cause
        of Gerald Barnett's injury?


        YES _____                          NO _____


(If you answered "no" to Questions #4, #5, #6, and #7, please skip Question #8, and proceed to
Question #9.  If you answered "yes" to any of these questions, please proceed to Question #8.)

8.      What percentage of fault, if any, do you attribute to Merck & Co., Inc., Gerald Barnett, Dr. Michael McCaffrey, Dr. Michael Mikola, and/or Dr. Mark Karavan?


        Merck & Co., Inc.                                          _____%


        Gerald Barnett                                            _____%


        Dr. Michael McCaffrey                                     _____%


        Dr. Michael Mikola                                        _____%


        Dr. Mark Karavan                                          _____%


(Please proceed to Question #9.)



9.      What amount, if any, do you find will fairly and adequately compensate Gerald Barnett for damages suffered due to his use of Vioxx?


        $ _____


(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)



        New Orleans, Louisiana, this ____ day of _____, 2006.



                                              _____
                                                      JURY FOREPERSON