MINUTE ENTRY
FALLON, J.
AUGUST 17, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| GERALD BARNETT | |
| VERSUS | REF NO. 06-485 |
| MERCK & CO., INC. | SECTION: L |

before JUDGE ELDON E. FALLON                THURSDAY, AUGUST 17, 2006, 9:00 AM
Courtroom Deputy: Gaylyn Lambert            (continued from 8-16-06)
Court Reporter: Toni Tusa

Appearances: Mark Robinson, Esq. & Andrew Birchfield, Esq. For plaintiff
             Phillip Beck, Esq., Andrew Goldman, Esq. And Brian Currey, Esq. For defendant

JURY TRIAL:
Jury returns from deliberation @8:45 am. (Verdict taken @9:00 am.)
VERDICT: In favor of plaintiff. See verdict form attached.
On oral motion of defendant, jury polled; all answer in affirmative.
Jury is advised of the remaining phase of the case: punitive damages. Jury out:
Motion of defendant, Merck & Co., Inc., for Judgment Notwithstanding the Verdict, or for New Trial - argument - TAKEN UNDER SUBMISSION. The defendant is allowed to supplement its argument in writing.
Evidence presented by plaintiff.
Closing Arguments.
Jury retires for deliberation @ 10:45 am.
Motion of defendant, Merck & Co., Inc., for Judgment as a Matter of Law or in the alternative for a Mistrial on the Punitives Issue - TAKEN UNDER SUBMISSION.
Jury returns from deliberation @11:15 am.
VERDICT: In favor of plaintiff. See verdict form attached.
Jury thanked and excused.
The Court orders that the verdicts be entered in the record. The entry of Judgment will be withheld pending disposition of post-trial motions.
Court adjourned @11:16 am.

JS-10:   1:11