UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

........................................................... :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485

## JURY INTERROGATORIES

Please answer all questions except Question #3 according to a preponderance of the evidence.

Question #3 should be answered according to clear and convincing evidence.

1. Do you find that Merck & Co., Inc. failed to adequately warn Gerald Barnett's treating physicians of a known or reasonably scientifically or medically knowable risk associated with Vioxx, and that such failure to adequately warn was a legal cause of an injury to Gerald Barnett?

   YES _____          NO ____✓____

(Please proceed to Question #2.)

-1-

2. Do you find that Merck & Co, Inc. was negligent in failing to adequately warn Gerald Barnett's treating physicians of a known or reasonably scientifically or medically knowable risk associated with Vioxx, and that such negligence was a legal cause of an injury to Gerald Barnett?

YES ___✓___       NO _____

(Please proceed to Question #3.)

3. Do you find that Merck & Co., Inc. knowingly misrepresented or failed to disclose a material fact to Gerald Barnett's treating physicians in a circumstance where it was required to do so, that Gerald Barnett's treating physicians were entitled to and did rely on that misrepresentation or non-disclosure, and that the misrepresentation or non-disclosure was a legal cause of an injury to Gerald Barnett?

YES ___✓___       NO _____

(If you answered "no" to Questions #1, #2, and #3, please skip all remaining questions, date and sign this verdict form, and inform the Marshall that a verdict has been reached. If you answered "yes" to any of these questions, please proceed to Question #4.)

4. Do you find that there was negligence on the part of Gerald Barnett that was a legal cause of his injury?

YES _____       NO ___✓___

(Please proceed to Question #5.)

5. Do you find that there was negligence on the part of Dr. Michael McCaffrey that was a legal cause of Gerald Barnett's injury?

YES _____    NO _____ X _____

(Please proceed to Question #6.)

6. Do you find that there was negligence on the part of Dr. Michael Mikola that was a legal cause of Gerald Barnett's injury?

YES _____    NO _____ X _____

(Please proceed to Question #7.)

7. Do you find that there was negligence on the part of Dr. Mark Karavan that was a legal cause of Gerald Barnett's injury?

YES _____    NO _____ X _____

(If you answered "no" to Questions #4, #5, #6, and #7, please skip Question #8, and proceed to Question #9. If you answered "yes" to any of these questions, please proceed to Question #8.)

-3-

8. What percentage of fault, if any, do you attribute to Merck & Co., Inc., Gerald Barnett, Dr. Michael McCaffrey, Dr. Michael Mikola, and/or Dr. Mark Karavan?

| | |
|---|---|
| Merck & Co., Inc. | _____ % |
| Gerald Barnett | _____ % |
| Dr. Michael McCaffrey | _____ % |
| Dr. Michael Mikola | _____ % |
| Dr. Mark Karavan | _____ % |

(Please proceed to Question #9.)

9. What amount, if any, do you find will fairly and adequately compensate Gerald Barnett for damages suffered due to his use of Vioxx?

$ _50,000,000_  $ Fifty million dollars

(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

New Orleans, Louisiana, this _17_ day of _August_, 2006.

_____
JURY FOREPERSON