UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

............................................................. :

**THIS DOCUMENT RELATES TO**
*Barnett v. Merck & Co., Inc.*, 06-485


### JURY INTERROGATORIES—PUNITIVE DAMAGES

Please answer the following questions:

1. Do you find by clear and convincing evidence that Merck & Co., Inc.'s conduct was willful, wanton, or in reckless disregard of the Plaintiff's rights?

   YES ____✗____                    NO ____0____

(If you answered "yes" to Question #1, please proceed to Question #2. If you answered "no" to Question #1, please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

-1-

2. What amount, if any, do you find will adequately punish Merck & Co., Inc. for its conduct and deter others from engaging in similar conduct?

$ 1,000,000.00   $1 million dollars

(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

New Orleans, Louisiana, this 17 day of August, 2006.

_____
Reginald Harris
JURY FOREPERSON