AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| IN RE: VIOXX Gerald BARNETT | | VS. | Merck & Co., Inc. | | DISTRICT COURT Eastern District of Louisiana |
| PLAINTIFF'S ATTORNEY Mark Robinson Andrew Birchfield | | DEFENDANT'S ATTORNEY Phil Beck Andrew Goldman | | | DOCKET NUMBER MDL-1657 06-485-L TRIAL DATE(S) 8-17-06 |
| PRESIDING JUDGE Eldon E. Fallon | | COURT REPORTER Toni Tusa | | | COURTROOM DEPUTY GAYLYN LAMBERT |

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PUNITIVE DAMAGES |
| 1.1135 | | 8-17-06 | ✓ | ✓ | U.S. Long Range Operating Plan |
| 1.0732 | | " | ✓ | ✓ | MK-966 (Cox 2 Inhibitor) Product Development Plan |
| 1.0009 | | " | ✓ | ✓ | 2001 Profit Plan for Vioxx |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages