MDL-1657 in re Vioxx  
Barnett v. Merck  
Defendant's Trial Exhibit List  
CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0001 | | | 10/27/1994 | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions E1 | | |
| DX 0002 | | MRK-I8940000001-1902 | 12/16/1994 | Letter from MRL to FDA re: L-748,731 | | |
| DX 0003 | | MRK-AAF0000003-04 | 12/28/1994 | Letter from FDA to MRL re: IND 46,894 | | |
| DX 0004 | | | 3/1/1995 | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | | |
| DX 0005 | | MRK-AAU0000001-28 | 10/23/1995 | Medical Affairs Procedures and Policies, Procedure 11: Clinical Study Blinding | | |
| DX 0006 | | MRK-AHW0000001 | 12/18/1995 | Letter from Michael Heisler to Ray Gilmartin | | |
| DX 0007 | | MRK-I8940010074-196 | 5/3/1996 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748, 731) | | |
| DX 0008 | | MRK-I8940009984-10073 | 5/6/1996 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) Protocol Amendment – New Protocol | | |
| DX 0009 | | MRK-I8940011851-925 | 6/3/1996 | Letter from MRL to FDA re: MK-0966, IND 46, 894 (L-748,731) | | |
| DX 0010 | | MRK-I8940011772-850 | 6/5/1996 | Letter from MRL to FDA re: IND 46,894; MK-0966 Protocol Amendment – Change in Protocol | | |
| DX 0011 | | MRK-AAF0000239-41 | 6/11/1996 | Fax from FDA to B. Goldmann | | |
| DX 0012 | | MRK-ABC0001578-99 | 7/2/1996 | MK-966 - Phase III Osteoarthritis Clinical Development Strategy – Update | | |
| DX 0013 | | MRK-AAB0024016-23 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | | |
| DX 0014 | | MRK-ABF0000720-33 | 12/3/1996 | MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes - November 8, 1996 | | |
| DX 0015 | | MRK-I8940015949-64 | 1/16/1997 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748,731) | | 8-11-06 |
| DX 0016 | | MRK-I8940018452-77 | 5/20/1997 | Letter from MRL to FDA re: IND 46, 894; MK-0966 (L-748,731) | | |
| DX 0017 | | MRK-I8940018908-97 | 6/16/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) Protocol Amendment – New Protocol | | |
| DX 0018 | | MRK-I8940020326-93 | 8/22/1997 | Letter from MRL to FDA re: IND 46; MK-0966 (L-748,731) Protocol Amendment - New Protocol | | 8-11-06 |
| DX 0019 | | MRK-I8940021570-2275 | 11/13/1997 | Letter from MRL to FDA re: IND 46,894; MK-0966 (L-748,731) | | |
| DX 0020 | | MRK-NJ0051354-67 | 11/17/1997 | Project team meeting minutes | | |
| DX 0021 | | MRK-ABM0000873 | 1/19/1998 | Memo from J. Schwartz and P. Wong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation | | |
| DX 0022 | Yes | FDA/CDER 011048-49 | 8/11/2004 | Harvey E-mail re cox-2 ispe poster | | |
| DX 0023 | | MRK-NJ0066804-27 | 2/2/1998 | MRL Epidemiology Department Technical Report No. EPR7006.005.98 | | |
| DX 0024 | | MRK-I2690000020-264 | 2/12/1998 | Letter from MRL to FDA re: Original IND; MK-0966 (L-748, 731) | | |
| DX 0025 | | MRK-AAF0000640-42 | 2/20/1998 | Letter from FDA to MRL re: IND 55,269 | | |
| DX 0026 | | MRK-AAC0019509-19 | 4/13/1998 | Project Team Meeting Minutes | | 8-11-06 |
| DX 0027 | | MRK-AEI0002734-46 | 5/1/1998 | Programmatic Review -- VIOXX Program | | 8-5-06 |
| DX 0028 | | | 6/3/1998 | The American Benefactor Letter | | |
| DX 0029 | | MRK-I8940025804-13 | 6/4/1998 | Letter from MRL to FDA re. IND 46,894; MK-0966 (L-748,731) | | |
| DX 0030 | | MRK-ABH0014141-92 | 6/8/1998 | Minutes from May VIOXX Project Team | | 8-11-06 |

1

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0031 | | MRK-ABI0001204 | 6/22/1998 | Email from Scolnick re: VIOXX strategy | | |
| DX 0032 | | MRK-I8940025887-905 | 6/26/1998 | Letter from MRL to FDA re: re: IND 46,894; MK-0996 (L-748,731) Protocol Amendment - Change in Protocol | | |
| DX 0033 | | MRK-ABH0014235-44 | 8/20/1998 | Email from L. Patino to D. Anstice et al. with Background Package for Review Prior to HHPAC Meeting 8/21 | | |
| DX 0034 | | MRK-ACD0082369 | 8/24/1998 | Letter from Robert Silverman to Robert DeLap | | |
| DX 0035 | | MRK-I8940040476-602 | 9/2/1998 | Letter from MRL to FDA re: IND 46,894; MK-0996 (L-748,731) | | |
| DX 0036 | | MRK-AAD0026972-7322 | 9/30/1998 | Clinical Safety Report for Protocol 069 | | |
| DX 0037 | | MRK-AAC0041003-07 | 10/12/1998 | E-mail from A. Nies to T. Baillie re: draft discussion 'Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs'. | | |
| DX 0038 | | MRK-AAC0041008-11 | 10/22/1998 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | | |
| DX 0039 | | MRK-AHW0000003 | 10/26/1998 | Letter from Gro Harlem Brundtland to Raymond Gilmartin | | |
| DX 0040 | | MRK-OS420124072-403 | 10/26/1998 | 'E. Clinical Safety' Vioxx Clinical Documentation | | |
| DX 0041 | | MRK-OS420124400-03 | 10/26/1998 | 2.3.3.4. Thromboembolic Cardiovascular Adverse Experiences | | |
| DX 0042 | | MRK-I8940042547-49 | 10/30/1998 | Fax from FDA to MRL | | |
| DX 0043 | | MRK-OS420000001-166451 | 11/23/1998 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | | 8-11-06 |
| DX 0044 | | MRK-AAR0017417-61 | 12/1/1998 | Policy Letter 128 | | |
| DX 0045 | | MRK-AAR0017511-34 | 12/1/1998 | Policy Letter 140 | | |
| DX 0046 | | MRK-AAR0017330-45 | 12/1/1998 | Policy Letter No. 110 | | |
| DX 0047 | | MRK-AAR0017392-410 | 12/1/1998 | Policy Letter No. 118 | | 8-11-06 |
| DX 0048 | | MRK-I2690000736-881 | 12/10/1998 | Letter from MRL to FDA re: IND# 55,269; MK-0966 Protocol Amendment – New Protocol | | |
| DX 0049 | | MRK-I8940042985-3013 | 12/16/1998 | Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting | | |
| DX 0050 | | MRK-I8940042881-984 | 12/16/1998 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment – New Protocol | | |
| DX 0051 | | MRK-ABC0031705-17 | 11/4/1996 | Minutes from VIOXX Consultants Meeting to Discuss GI Clinical Outcomes | | |
| DX 0052 | | MRK-AAR0000129-660 | 1/1/1999 | Analgesic and Anti-Inflammatory Training Program | | |
| DX 0053 | | MRK-AAR0016467-579 | 1/1/1999 | Rules of the Road | | |
| DX 0054 | | MRK-AAF0001136-38 | 1/11/1999 | FDA facsimile to MRL | | |
| DX 0055 | | MRK-ABM0000911 | 1/26/1999 | Memo from M. Lee to E. Ehrich and B. Daniels re: Effect of MK-0966 on QTc interval (Attachment 1) | | |
| DX 0056 | | MRK-ACK0014359-70 | 2/4/1999 | Memo from E. Ehrich and J. Giuliano to B. Seidenberg et al. | | |
| DX 0057 | | MRK-AAU0000029-94 | 2/16/1999 | Procedure 13 of the Medical Affairs Procedures and Policies entitled, "Adverse Experience Reporting to Worldwide Product Safety and Epidemiology" | | |
| DX 0058 | | MRK-AAA0800014 | 10/24/1997 | Catella-Lawson Letter | | |
| DX 0059 | | MRK-AAC0013130-32 | 3/8/1999 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | | |
| DX 0060 | | MRK-ABC0006396-404 | 3/8/1999 | Memo to Denis Riendeau et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with | | |

DX 43-378
DX 43-434

Protocol - 002
Protocol - 023

8-11-06
8-11-06

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0061 | | MRK-994200050094-10778 | 3/23/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX Tablets NDA 21-052: VIOXX Oral Suspension (Rofecoxib) Safety Update Report | | |
| DX 0062 | | MRK-1894004621-311 | 3/23/1999 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment - New Protocol | | |
| DX 0063 | | MRK-CAI420045705-6233; MRK-OS4200470066-472250 | 2/24/1998 | Protocol 010 | | |
| DX 0064 | | MRK-ACD0055835-39 | 3/31/1999 | Letter from Robert Silverman to Robert DeLapp re: NDA 21-042 | | |
| DX 0065 | | MRK-AAP0000649-788 | 4/20/1999 | Arthritis Advisory Committee meeting, Silverman's Slides | | |
| DX 0066 | | MRK-AFT0002227-430 | 4/20/1999 | "NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999" | | |
| DX 0067 | | MRK-LBL0000027-30 | 5/20/1999 | PI 9183800 | | |
| DX 0068 | | MRK-AAF0002010-29 | 5/7/1999 | Fax from FDA to MRL | | |
| DX 0069 | | MRK-994200192261-308 | 5/10/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets, Response to FDA Request | | |
| DX 0070 | | MRK-ACD0004278-94 | 5/13/1999 | Email from S. Cook to MRL Regulatory Liaison re: Draft | | |
| DX 0071 | | MRK-AAF0002054-77 | 5/15/1999 | Fax from FDA to MRL | | |
| DX 0072 | | MRK-ACD002571-612 | 5/19/1999 | Email from MRL Regulatory Liaison - Domestic to Sandra Cook re: NDA 21- | | |
| DX 0073 | | MRK-994200214111-34 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 | | 8-11-06 |
| DX 0074 | | MRK-AAF0006267-69 | 5/20/1999 | Fax from MRL to FDA re: Press Materials for VIOXX | | |
| DX 0075 | | MRK-AFL0000899-903 | 12/22/1999 | Memorandum from Weinblatt to Bjorkman et al. re: VIGOR | | |
| DX 0076 | | MRK-994200214335-49 | 5/26/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets | | |
| DX 0077 | | MRK-AEG0015642-44 | 6/7/1999 | Memo from Denis Riendeau | | |
| DX 0078 | | MRK-9942000215011-930 | 7/15/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application 50 mg Tablets | | |
| DX 0079 | | MRK-AAB0029224-73 | 8/30/1999 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of | | |
| DX 0080 | | MRK-LBL0000031-34 | 9/1/1999 | PI 9183801 | | |
| DX 0081 | | MRK-1894005387-972 | 9/2/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment – Clinical, Data Analysis Plan for Protocol 088 | | |
| DX 0082 | Yes | FDACDER 006056-58 | 8/12/2004 | Hertz E-mail re cox-2 ispe poster | | |
| DX 0083 | | MRK-99420022188-22033 | 9/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Refecoxib) | | |
| DX 0084 | Yes | FDACDER 021810-11 | 8/26/2004 | Villalba E-mail re "interesting reading" | | |
| DX 0085 | | MRK-AEH0010263-70 | 3/16/1999 | Wong E-mail re rabbit aorta prostacyclin study | | |
| DX 0086 | | MRK-1894054833-990 | 9/22/1999 | Letter from MRL to FDA re: IND 46,894 Protocol Amendment – Change in | | |
| DX 0087 | | MRK-99420022962-3354 | 9/30/1999 | Letter from MRL to FDA | | |
| DX 0088 | | MRK-99420023355-462 | 10/6/1999 | NDA 21-042: Vioxx (rofecoxib tablets) Special Supplement - Changes Being | | |
| DX 0089 | | MRK-AAR0008337-696 | 10/18/1999 | Bulletin COX 00-079 Reference Binder for VIOXX | | |
| DX 0090 | | MRK-ABK0342879-48 | 3/31/1999 | Atherosclerosis Consultants' Meeting | | |
| DX 0091 | | MRK-99420023527-28 | 10/28/1999 | Letter from FDA to MRL re: NDA 21-042/S-003 | | |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0092 | | MRK-ACD0078935-39 | 10/28/1999 | FDA Letter to MRL re sNDA -- May 26, 1999 | | |
| DX 0093 | | MRK-LBL0000035-38 | 5/1/2000 | PI 9183802 | | |
| DX 0094 | | MRK-I2220000003-268 | 11/5/1999 | Letter from MRL to FDA re: Rofecoxib (L-748731; MK-0966) Initial Investigational New Drug Application | | |
| DX 0095 | | MRK-AAF0002436-38 | 11/17/1999 | Letter from FDA to MRL re: IND 59,222 | | |
| DX 0096 | | MRK-I8940056348-50 | 11/30/1999 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General | | |
| DX 0097 | | MRK-I8940056345-47 | 11/30/1999 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, Rheumatoid Arthritis | | |
| DX 0098 | | MRK-9942002357683 | 12/14/1999 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | | |
| DX 0099 | | MRK-9942002358484838 | 12/17/1999 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0100 | | MRK-0042009110309 | 1/1/2000 | Physician's Desk Reference -- Reference 80 | | |
| DX 0101 | | | 1/1/2000 | PDR -- Genuine Bayer Professional Labeling | | |
| DX 0102 | | MRK-I8940047467629 | 5/11/1999 | MRL submits Protocol Amendment to Protocol 088 | | |
| DX 0103 | | MRK-PRL000006971 | 5/21/1999 | Press Release | | |
| DX 0104 | | MRK-I2690001556681 | 2/7/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment -- New Protocol | | |
| DX 0105 | | MRK-AAF000264445 | 2/25/2000 | Letter from FDA to MRL | | |
| DX 0106 | | MRK-LBL000003942 | 5/1/2000 | PI 9183804 | | |
| DX 0107 | | MRK-ACI000887172 | 7/30/1999 | Merck Response to 7/16/99 DDMAC Letter | | |
| DX 0108 | | MRK-I8940059581667 | 3/7/2000 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Information | | |
| DX 0109 | | MRK-0042000382414 | 3/8/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (Rofecoxib) Response to FDA Request for Information | | |
| DX 0110 | | MRK-0042000448679 | 3/10/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Background Package for April 10, 2000 Pre-sNDA Meeting VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | | |
| DX 0111 | | MRK-004200018280-83 | 3/13/2000 | Memo from Gruer to Reicin | | |
| DX 0112 | | MRK-AAF000271921 | 3/17/2000 | Fax from FDA to MRL | | |
| DX 0113 | | MRK-004200080168 | 3/21/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0114 | | MRK-ABH001755051 | 3/22/2000 | E-mail from Reicin, Alise to Scolnick, Ed et al. | | 8-14-06 |
| DX 0115 | | MRK-AAB000051213 | 11/18/1999 | Memo from Weinblatt to Bjorkman et al., Interim Non-Endpoint Safety Analysis of VIGOR - Unblinded Minutes | | |
| DX 0116 | | MRK-I8940060171238 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | | 8-14-06 |
| DX 0117 | | MRK-ABH001794-96 | 3/26/2000 | Dear Investigator Letter | | |
| DX 0118 | | MRK-AAR000726588 | 3/27/2000 | Bulletin COX 00-019 | | |
| DX 0119 | | MRK-PRL000011415 | 3/27/2000 | Press release re preliminary results of GI outcomes study | | |
| DX 0120 | | MRK-I8940060167244 | 3/27/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) General | | |
| DX 0121 | | MRK-0042000287439-49 | 3/28/2000 | Letter from MRL to FDA | | |
| DX 0122 | | MRK-ABK029007-0 | 3/28/2000 | Email from Alise Reicin to Alan Nies, Barry Gertz | | |

4

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0154 | | MRK-00420027807-14 | 9/29/2000 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement | | |
| DX 0155 | | MRK-00420027869-981 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIGOR VIOXX Gastrointestinal Outcomes Research | | 8-15-2 |
| DX 0156 | | MRK-I26900003180-91 | 11/16/2000 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | | |
| DX 0157 | | MRK-00420028062-66 | 11/27/2000 | Fax from FDA to MRL | | |
| DX 0158 | | MRK-AAR0016829-51 | 12/1/2000 | Policy Letter 140 | | |
| DX 0159 | | MRK-AAR0012196-214 | 12/1/2000 | Orientation and Welcome | | |
| DX 0160 | | MRK-OS420047245 | 12/11/1999 | Chart from Protocol 010 | | |
| DX 0161 | | MRK-00420033120-42 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0162 | | MRK-00420029716-33063 | 12/20/2000 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0163 | | MRK-ACF0012016-77 | 12/21/2000 | Barr Report on VIGOR CV Data | | |
| DX 0164 | | MRK-00420033153-63 | 12/21/2000 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0165 | | MRK-14190000001-419 | 12/21/2000 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): VIOXX (rofecoxib) - Treatment of Migraine | | |
| DX 0166 | | MRK-AAF0003185-86 | 12/29/2000 | Fax from FDA to MRL | | |
| DX 0167 | | MRK-AAR0028370-87 | 1/1/2001 | Merck Culture, Leader's Guide | | |
| DX 0168 | | MRK-AAR0016692-704 | 1/1/2001 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives | | |
| DX 0169 | | MRK-AAR0016737-47 | 1/1/2001 | Policy Letter No. 118: Pharmaceutical Information to Physicians, Pharmacists, and Other Health Care Professional | | |
| DX 0170 | | MRK-AAR0019804-74 | 1/1/2001 | Basic Training Orientation | | |
| DX 0171 | | MRK-AAR0016852-56 | 1/1/2001 | Policy Letter 141 | | |
| DX 0172 | | MRK-AAR0030548-610 | 10/12/2001 | District Implementation Meeting | | |
| DX 0173 | | MRK-I8940064922-5038 | 1/8/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | | |
| DX 0174 | | MRK-I8940064858-921 | 1/8/2001 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical | | |
| DX 0175 | | MRK-I8940065088-186 | 1/11/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) - General | | |
| DX 0176 | | MRK-0142001949-99 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0177 | | MRK-01420019506-10 | 1/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0178 | | MRK-01420019520-27 | 1/17/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Request for Agency Meeting | | |
| DX 0179 | | MRK-NJ02293423-78 | 6/29/2000 | FDA ACM Background Package | | |
| DX 0180 | | MRK-01420019618-55 | 1/19/2001 | Letter from MRL to FDA Letter from MRL to FDA re: NDA 21-042/S-007 | | |

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0181 | | MRK-0142019528-617 | 1/19/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0182 | | MRK-AFT0001740-45 | 1/26/2001 | Memo from D. Shapiro to R. Silverman | | |
| DX 0183 | | MRK-AAF0003409-11 | 1/31/2001 | Minutes to Pre-Advisory Cmte Meeting | | |
| DX 0184 | | MRK-ADO0003772-78 | 2/1/2001 | DDMAC Warning Letter to Pharmacia | | |
| DX 0185 | | MRK-ABO0002821-24 | 2/2/2001 | DDMAC Letter to McMillen | | |
| DX 0186 | | MRK-ACT0009918 | 2/4/2001 | Email from Harry Guess to Rhodes, Watson, et al. | | 8-3-06 |
| DX 0187 | | MRK-AAP0000407-648 | 2/8/2001 | FDA Advisory Committee Hearing, Transcript | | |
| DX 0188 | | MRK-ABR0000214-349 | 2/8/2001 | Merck Slide Show Presentation to FDA Advisory Committee | | 8-14-06 |
| DX 0189 | | MRK-PRL0000170-72 | 2/8/2001 | Press Release | | |
| DX 0190 | | MRK-0142003188-231 | 2/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) General Correspondence - Request for Meeting | | |
| DX 0191 | | MRK-0142003265-68 | 2/28/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | | |
| DX 0192 | | MRK-N0520004437-45 | 2/28/2001 | Letter from MRL to FDA re: NDA 21-052: VIOXX (rofecoxib tablets) Supplemental New Drug Application Rheumatoid Arthritis | | |
| DX 0193 | | MRK-LBL0000051-54 | 7/1/2001 | PI 9183807 | | |
| DX 0194 | Yes | MRK-AAR0012290-309 | | Selling Clinics Leader's Guide | | |
| DX 0195 | | MRK-AAC0020867-77 | 7/4/2000 | Fax from Bombardier to Reicin, Re: New England Journal of Medicine | | |
| DX 0196 | | MRK-ACD0003158-85; MRK-N0520006109-63 | 3/2/2001 | NDA 21-042/S007: VIOXX (rofecoxib tablets) - Amendment to Supplemental New Drug Application | | |
| DX 0197 | | MRK-1269003347-60 | 3/7/2001 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment - Change in Protocol | | 8-14-06 |
| DX 0198 | | MRK-AAF0003963-65 | 3/8/2001 | Regulatory Liaison FDA Conversation Record | | |
| DX 0199 | | MRK-0142090753-58 | 3/15/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0200 | | MRK-ADF0006157-67 | 3/20/2001 | Animal Model of Thrombosis | | |
| DX 0201 | | MRK-0142090989-3073 | 3/22/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0202 | | MRK-0142093081-4329 | 3/22/2001 | Letter from MRL to FDA | | |
| DX 0203 | | MRK-0142094336-8951 | 3/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0204 | | RICH00196-97 | 4/1/2001 | Celebrex DDMAC letter | | |
| DX 0205 | | MRK-AAF0003835-36 | 4/2/2001 | Email from R. Silverman to S. Folkendt re: VIOXX | | |
| DX 0206 | | MRK-0142098953-60 | 4/5/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Oral Suspension) Special Supplement – Changes Being Effected | | |
| DX 0207 | | MRK-0142099056-59 | 4/6/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | | |
| DX 0208 | | MRK-0142099071-109 | 4/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | | |
| DX 0209 | | MRK-AAF0003926-27 | 4/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information | | |
| DX 0210 | | MRK-LBL0000055-58 | 5/1/2001 | PI 9183808 | | |

MDL-1657 in re Vioxx | Barnett v. Merck
Defendant's Trial Exhibit List | CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0211 | | MRK-01420139549-54 | 5/16/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/ Request for FDA Comment | | |
| DX 0212 | | MRK-01420139568-69 | 5/18/2001 | Fax from FDA to MRL | | |
| DX 0213 | | MRK-N0520006102-63 | 5/21/2001 | Letter from MRL to FDA re: NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | | |
| DX 0214 | | MRK-01420139576-93 | 5/25/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Response to FDA Request for Information/Request for FDA Comment | | |
| DX 0215 | | MRK-AAB0004998-5007 | 5/29/2001 | Memo from D. Shapiro and S. Mukhopadhyay to R. Silverman and A. Reicin | | |
| DX 0216 | | MRK-I2690004499-511 | 6/1/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | | |
| DX 0217 | | MRK-I2690004512-644 | 6/8/2001 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | | |
| DX 0218 | | MRK-AAF0004005-08 | 6/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 (Rofecoxib Tablets) Minutes to April 11, 2001 FDA/MRL Meeting | | |
| DX 0219 | | MRK-PRL0000202-04 | 6/13/2001 | Merck Press Release | | |
| DX 0220 | | MRK-01420139624-845 | 6/14/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information | | |
| DX 0221 | | MRK-01420139856-42171 | 6/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0222 | | MRK-01420139856-42171 | 6/20/2001 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): Rofecoxib – Adjuvant Therapy for Patients with Prostate | | |
| DX 0223 | | MRK-AAF0004045 | 6/22/2001 | Fax from FDA to MRL re: 21-042 S-007 Exclusion from SUR | | |
| DX 0224 | | MRK-I7680000271-73 | 6/22/2001 | Letter from FDA to MRL re: IND 62,768 | | |
| DX 0225 | | MRK-01420142209-5815 | 6/27/2001 | Letter from MRL to FDA re: NDA 21-042/S-012: VIOXX (Rofecoxib Tablets) Safety Update Report Rheumatoid Arthritis | | |
| DX 0226 | | MRK-AAR0029230-65 | 7/1/2001 | Training module for sales reps (revised) | | |
| DX 0227 | | MRK-LBL0000059-62 | 12/1/2001 | PI 9183809 | | |
| DX 0228 | | MRK-AAF0004093 | 7/5/2001 | Fax from FDA to MRL re: NDA21-042/s007 Advantage, FDA April 6, 2001 Approvable letter | | |
| DX 0229 | | MRK-AAF0004157-59 | 7/6/2001 | Teleconference between R. Silverman and L. Goldkind re. 21-042/21-052 | | |
| DX 0230 | | MRK-01420145843-54245 | 7/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | | |
| DX 0231 | | MRK-01420159554-658 | 7/30/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 2) | | |
| DX 0232 | | MRK-01420159659-86 | 8/3/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report No. 3) | | |
| DX 0233 | | MRK-AAF0004145-46 | 8/8/2001 | Fax from FDA to MRL re: NDA 21-042 Clinical Information Request | | |
| DX 0234 | | MRK-01420159781-62347 | 9/19/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets VIOXX (rofecoxib) | | |
| DX 0235 | | MRK-01420162364-3562 | 10/1/2001 | Letter from MRL to FDA | | |
| DX 0236 | Yes | MRK-AAF0007803-53 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | | 8-14-06 |

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0237 | | MRK-01420163595-604 | 10/2/2001 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | | |
| DX 0238 | | MRK-ADM0024906-12 | 10/3/2001 | E-mail from A. Moan to S. Kornowski and S. Nichtberger | | |
| DX 0239 | | MRK-01420163606-15 | 10/3/2001 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | | |
| DX 0240 | | MRK-AAB0004788-803 | 10/8/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | | |
| DX 0241 | | MRK-AAF0004389-410 | 10/15/2001 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | | |
| DX 0242 | | MRK-ADM0023362-66 | 11/5/2001 | Letter from MRL to FDA re NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | | |
| DX 0243 | | MRK-01420163696-805 | 11/6/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | | |
| DX 0244 | | MRK-AAD0111414 | 11/7/2001 | Email from E. Scolnick to A. Reicin | | |
| DX 0245 | | MRK-ABG00000024-25 | 1/23/2001 | Letter from Gilmartin to Fries | | 8-3-06 |
| DX 0246 | | MRK-AAF0004696-725 | 11/16/2001 | Email from Robert E. Silverman (MRL) to B. Gould re: NDA 21-042/S-007: information relevant to VIGOR label negotiations | | |
| DX 0247 | | MRK-ADM0092006-09 | 11/28/2001 | Email from S. Duffy-Cyr to B. Biehn et al.: Newsedge-web.com summary | | |
| DX 0248 | | MRK-ABH0002230-31 | 11/28/2001 | COX-2 Conference Call | | |
| DX 0249 | | MRK-01420167105-73 | 12/5/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | | |
| DX 0250 | | MRK-ABI0007170-73 | 1/23/2001 | Memo from L. Sherwood to D. Anstice re: Academic Interactions | | |
| DX 0251 | | MRK-N0520007792-830 | 12/20/2001 | Letter from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) | | |
| DX 0252 | | MRK-AAF0005093-97 | 12/21/2001 | Fax from MRL to FDA re: NDA 21-042/S-012 AE Letter | | |
| DX 0253 | | MRK-AAF0005071-92 | 12/21/2001 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | | 8-14-06 |
| DX 0254 | | MRK-AAR0020540-66 | 1/1/2002 | Our Values and Standards: The Basis of Our Success | | |
| DX 0255 | | MRK-02420000006-83 | 1/7/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) | | |
| DX 0256 | | MRK-N0520007910-13 | 1/11/2002 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 AE | | |
| DX 0257 | | MRK-02420000100-95 | 1/21/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib and Cardiovascular Events) | | |
| DX 0258 | | MRK-ABI0007291-92 | 1/28/2001 | Emails re: Dr. Singh (VISN 22 Follow up) | | |
| DX 0259 | | MRK-AAF0005350-69 | 1/29/2001 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label | | |
| DX 0260 | | MRK-02420000216-66 | 2/5/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | | |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0261 | | MRK-02420000239-98 | 2/19/2002 | Letter from R. Silverman to L. Simon re: NDA 21-042/S-007: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug | | |
| DX 0262 | | MRK-AAF0005515 | 2/19/2002 | FDA Request for Information | | |
| DX 0263 | | MRK-AAF0005536-38 | 2/20/2002 | E-mail from Robert E. Silverman to B. Gould re: VIGOR label negations | | |
| DX 0264 | | MRK-ABI0007169 | 2/16/2001 | Letter from Anstice to Fries | | |
| DX 0265 | | MRK-ACD0024047-106 | 2/25/2002 | E-mail from R Silverman to B Gould re: NDA 21-042/ S-007 | | |
| DX 0266 | | MRK-02420000369-84 | 2/25/2002 | MRL Response to FDA Request for Information | | |
| DX 0267 | | MRK-AAU0000133-72 | 3/1/2002 | Worldwide Product Safety & Epidemiology Standard Operating Procedure SOP | | |
| DX 0268 | | | 3/12/2002 | Memo to file -- NDA 21-042/s007 (rofecoxib) | | |
| DX 0269 | | MRK-AFN01066618-85 | 3/15/2005 | APPROVe Trial Cardiovasular Safety Report | | 8-14-06 |
| DX 0270 | | | 7/31/2003 | Amicus Curiae Brief of the United States of America in Support of Defendants/Respondents SmithKline Beecham Consumer Healthcase LP, et al. in Dowhal v. SmithKline Beecham | | |
| DX 0271 | | MRK-AAR0020669-76 | 3/27/2002 | Our Values and Standards in Action, USHH Field Sales Version, Scenarios and Tables; NDA 21-052 VIOXX (rofecoxib) Oral Suspension | | |
| DX 0272 | | MRK-LBL0000067-70 | 6/1/2002 | PI 9183811 | | |
| DX 0273 | | MRK-LBL0000063-66 | 4/11/2002 | PI 9183810 | | |
| DX 0274 | | MRK-02420002560-620 | 4/3/2002 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment | | |
| DX 0275 | | MRK-AAF0008019-95 | 4/8/2002 | Letter from T. Casola to L. Governale re: NDA 21-042 VIOXX (rofecoxib) | | |
| DX 0276 | | MRK-02420002635-87 | 4/10/2002 | NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment (Complete Response) | | |
| DX 0277 | | MRK-AAF0005922-42 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | | 8-14-06 |
| DX 0278 | | MRK-AAR0021560-721 | 4/11/2002 | Bulletin COX 02-027 | | |
| DX 0279 | | MRK-AAF0008099-101 | 4/11/2002 | Letter from T. Casola of Merck to FDA | | |
| DX 0280 | | MRK-AAU0000095-132 | 4/15/2002 | Merck Medical Affairs Procedures and Policies; Procedure 13 Addendum, "Clarification of Adverse Experience Reporting for Clinical Studies and | | |
| DX 0281 | | MRK-AAR0021884-95 | 4/18/2002 | Bulletin COX 02-038 | | |
| DX 0282 | | MRK-AAR0021896-909 | 4/18/2002 | Bulletin COX 02-039 | | |
| DX 0283 | | MRK-02420002709-19 | 4/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Final Printed Labeling For Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 | | |
| DX 0284 | | MRK-02420002720-829 | 4/23/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement -- Changes Being Effected | | |
| DX 0285 | | MRK-S0420000029-74 | 5/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | | |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0309 | | MRK-S0420030917-2315 | 9/23/2003 | Letter from MRL to P. Seligman | | |
| DX 0310 | | MRK-ADC0003251-57 | 10/1/2003 | Fax from D. Solomon to C. Cannuscio | | |
| DX 0311 | | MRK-I8940078826-29 | 11/11/2003 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Amendment to Request for Meeting/Teleconference (Rofecoxib Protocol 203 VIOXX CV | | |
| DX 0312 | | MRK-ABI0007187 | 3/22/2001 | Letter from R. Gilmartin to J. Fries | | |
| DX 0313 | | MRK-AAF0015091-96 | 12/5/2003 | sNDA -- NDA 21-052: VIOXX | | |
| DX 0314 | | MRK-I2690007514-8935 | 12/17/2003 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | | 8-15-06 |
| DX 0315 | | MRK-YNG0061569-70 | 2/22/2004 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting | | |
| DX 0316 | | MRK-LBL0000244-47 | 2/1/2004 | PI 9556414 | | |
| DX 0317 | | MRK-LBL0000248-51 | 3/1/2004 | PI 9556415 | | |
| DX 0318 | | MRK-LBL0000252-55 | 3/1/2004 | PI 9556416 | | |
| DX 0319 | | MRK-I8940080062-133 | 3/22/2004 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - | | |
| DX 0320 | | MRK-S0420042249-3175 | 3/25/2004 | Letter from MRL to P. Seligman | | |
| DX 0321 | | MRK-AAF0015434-36 | 3/26/2004 | Letter from FDA to Merck | | |
| DX 0322 | | MRK-N0520018572-621 | 3/30/2004 | sNDA 21-052 (rofecoxib oral suspension) | | |
| DX 0323 | | MRK-ADI0010978-85 | 8/20/2001 | Email regarding Media coverage of Vioxx, including quotes from Garrett Fitzgerald in Barron's article | | |
| DX 0324 | | MRK-AAF0017139-68 | 8/19/2004 | Letter from FDA to MRL re: NDA 21-042 | | 8-14-06 |
| DX 0325 | | MRK-AGO0007435-535 | 9/1/2004 | Quan Safety Update for APPROVe | | 8-14-06 |
| DX 0326 | | MRK-AFF0000212-15 | 9/30/2004 | VIOXX Timeline | | |
| DX 0327 | | MRK-AFF0000202-03 | 9/30/2004 | FDA Press Release | | |
| DX 0328 | | MRK-AAR0020233-34; MRK-ACI0012982-84 | 10/1/2001 | Reminder Bulletins re: Appropriate Conduct as to Speakers and VIGOR | | |
| DX 0329 | | MRK-AFF0000053-55 | 9/30/2004 | Dear Healthcare Provider Letter re: Merck Announce Voluntary Worldwide Withdrawal of VIOXX | | |
| DX 0330 | | MRK-S0420049485-50344 | 10/4/2004 | Letter from MRL to P. Seligman | | |
| DX 0331 | | MRK-AAF0017698-99 | 10/12/2004 | Letter from Diane Louie, MD to Brian Harvey, MD re: IND 46,894 | | |
| DX 0332 | | MRK-AFF0000179-201 | 10/18/2004 | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study | | |
| DX 0333 | | MRK-ABY0185401-11 | 1/1/2005 | Braunstein's "Cox-2 FDA Advisory Committee Meeting 2005" | | |
| DX 0334 | | MRK-S0420050740-920 | 1/24/2005 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Advisory Committee Background Package (Revised) | | |
| DX 0335 | | MRK-I8940081443-95877 | 2/3/2005 | Letter from MRL to FDA re: IND 46,894 VIOXX: General Correspondence | | |
| DX 0336 | | | 3/1/2005 | U.S. Department of Health and Human Services: Guidance for Industry: Premarketing Assessment | | |
| DX 0337 | | | 12/6/2001 | Fitzgerald, Response to Rich Letter to Editor | | |
| DX 0338 | | | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, | | 8-14-06 |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0339 | | MRK-AAX0002759 | 12/20/1999 | Letter from Weinblatt to Reicin | | |
| DX 0340 | | | 4/7/2005 | FDA Public Health Advisory | | |
| DX 0341 | | | 6/15/2005 | FDA Release re COX-2 and non-selective NSAIDs | | |
| DX 0342 | | | 6/15/2005 | FDA -- New CV Language for NSAIDs | | |
| DX 0343 | | MRK-AFH0092246-321 | 7/28/2005 | Merck, Cardiac Event Documentation Inventory, Allocation No. 10385 | | |
| DX 0344 | | MRK-I8940096388-445 | 8/22/2005 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment -- Clinical, and attachment | | |
| DX 0345 | | MRK-I8940096446-100730 | 9/7/2005 | Clinical Study Report (CSR) Protocol 201 | | |
| DX 0346 | | MRK-ADW0042083 | 2/7/2002 | Email from R. Griffing to A. Schechter, et al. | | |
| DX 0347 | | MRK-AHW0000004 | | Certificate of Appreciation | | |
| DX 0348 | | MRK-GAR0001724-43 | 12/1/1999 | Appendix to SOP | | |
| DX 0349 | | | 6/9/2005 | Report of the Expert Advisory Panel on the Safety of Cox-2 Selective Non-steroidal Anti-Inflammatory Drugs (NSAIDS) | | |
| DX 0350 | | MRK-NJ0315784-838 | 2/25/1997 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly | | 8-11-06 |
| DX 0351 | | | 2/16/2005 | Transcript of Joint Meeting of the FDA Advisory Committees | | |
| DX 0352 | | MRK-AEH0009025-93 | 7/10/1998 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | | |
| DX 0353 | | MRK-AFX0019242-402; MRK-0042002955O | 1/4/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | | 8-14-06 |
| DX 0354 | | | 2/8/2001 | FDA -- CDER -- AAC Draft Questions | | |
| DX 0355 | | | 4/20/1999 | Transcript of Arthritis Advisory Committee Meeting | | |
| DX 0356 | | OATES 001412-15 | 10/30/2000 | Prostaglandins Consultants Meeting | | |
| DX 0357 | Yes | MRK-ABA0009274 | 4/20/2001 | Email re Follow up to meeting | | |
| DX 0358 | | TOPIPRO0000285-311 | 6/20/2001 | Email re: COX-2 manuscript | | |
| DX 0359 | Yes | MRK-AAF0007894-95 | 1/2/2002 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | | 8-14-06 |
| DX 0360 | | | | | | |
| DX 0361 | | MRK-AAX0002761-66 | 2/7/2000 | Letter from Reicin to Weinblatt | | |
| DX 0362 | | MRK-AAX0002768-850 | 3/2/2000 | Statistical Data Analysis Plan | | |
| DX 0363 | | MRK-ABC0022825-78 | 4/27/2000 | Board of Advisors -- Alan S. Nies, MD | | |
| DX 0364 | | MRK-ABX0002367-404 | 2/1/2001 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | | |
| DX 0365 | | | 4/7/2002 | FDA "Questions and Answers - FDA Regulatory Actions for the COX-2 Selective and Non-Selective Non-Steroidal Anti-inflammatory drugs (NSAIDs)" | | |
| DX 0366 | | MRK-NJ0189508-09 | 3/28/2000 | Emails re: Carlo Patrono on VIGOR | | |
| DX 0367 | | MRK-ADS0000216-33 | 4/11/2002 | Vioxx Label Change - Question and Answers | | |
| DX 0368 | | MRK-AHR0009546 | 10/27/1997 | Memo re P023 Data | | |
| DX 0369 | | MRK-AAC0100438 | 4/12/2002 | Schechter E-mail | | |
| DX 0370 | Yes | MRK-0042001401 7-261 | 9/3/1999 | MK-0966 - Protocol / Amendment No. 088-04 | | |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0918 | Yes | FDACDER 022789 | 10/29/2004 | Horton E-mail re need to talk | | |
| DX 0919 | | MRK-NJ0120246-247 | 12/21/1999 | Changes to the Vigor Data Analysis Plan | | |
| DX 0920 | | MRK-NJ0071309 | 1/24/2000 | Memo from Shapiro to Bjorkman re: Merck Management Requests | | |
| DX 0921 | | | 12/15/2005 | Open Letter from Merck | | |
| DX 0922 | | | 12/8/2005 | Merck & Co., Inc. Response to an Editorial Posted on the New England Journal of Medicine Web Site | | |
| DX 0923 | Yes | NEJM 0008849-851 | 12/7/2005 | Email from Cafasso re: Downloads for EOC | | |
| DX 0924 | Yes | NEJM 000531 | 12/7/2005 | Email from Pederson re: Update on Expression of Concern | | |
| DX 0925 | Yes | NEJM 000445 | 1/3/2006 | Email re: Washington Post editorial | | |
| DX 0926 | Yes | NEJM 0005339-540 | 12/9/2005 | Email re: Next Steps | | |
| DX 0927 | Yes | NEJM 000303-304 | 12/8/2005 | Email re: Statement for the press | | |
| DX 0928 | Yes | MRK-ABC0023052-544 | 2/28/2000 | "Vigor Pre-Unblinding" Background Review Meeting | | |
| DX 0929 | Yes | KP 001136-38 | 11/14/2004 | Graham E-mail re "Paper" | | |
| DX 0930 | Yes | MRK-AKT0720077-80 | 2/28/2001 | Letter re: Request for Information to Dr. Robinette | | |
| DX 0931 | | MRK-AKT0753835-838 | 2/28/2001 | Letter re: Request for Information to Dr. Larsen | | |
| DX 0932 | | MRK-AKT0736861-864 | 2/28/2001 | Letter re: Request for Information to Dr. Bower | | |
| DX 0933 | | | 10/8/2002 | Letter re: Request for Information to Rosenbaum | | |
| DX 0934 | | MRK-AKT1418003-8004 | 3/25/2004 | Letter re: Request for Information to Tetrokalashvili | | |
| DX 0935 | Yes | FDACDER 022247-49 | 11/15/2004 | Graham E-mail re: "response to Dr. Trontell's comments re: our COX-2 study" | | |
| DX 0936 | Yes | EJT 000207 | 11/1/2004 | Graham E-mail re 60 Minutes | | |
| DX 0937 | Yes | FDACDER 022681 | 10/6/2004 | Graham E-mail re COX-2 AMI study | | |
| DX 0938 | Yes | FDACDER 005940 | | Incidence rate chart | | |
| DX 0939 | | MRK-ABC0023147 | 2/17/2000 | Memo re: Vigor Pre-Unblinding | | |
| DX 0940 | | MRK-0042001417-603 | 3/15/2000 | Statistical Data Analysis Plan - Amendment No. 1 | | |
| DX 0941 | | MRK-AFI0153487-501 | 4/11/2001 | Email re: Market Research Report | | |
| DX 0942 | Yes | KP 002315 | 10/23/2004 | Cheetham E-mail re Recoding Vioxx | | |
| DX 0943 | | FDACDER 022369-88 | 9/30/2004 | Graham Memo re Risk of acute MI and SCD in patients treated with COX-2 selective and non-selective NSAIDs | | |
| DX 0944 | | | 11/1/1999 | Guidance for Industry - Changes to an Approved NDA or ANDA | | |
| DX 0945 | | Public | 4/11/2002 | VIOXX Label | | |
| DX 0946 | Yes | FDACDER 022409 | 10/22/2004 | Graham E-mail re cox-2 manuscript | | 8-14-06 |
| DX 0947 | Yes | KP 001133-33X | 11/1/2004 | Graham E-mail re revised cox-2 manuscript | | |
| DX 0948 | | MRK-ABC0006432-35 | 2/21/1999 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | | |
| DX 0949 | | MRK-AAF0007803-10 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | | |
| DX 0950 | | MRK-AHC0008096 | 10/6/2004 | Bacon E-mail re APPROVe Safety Paper | | |
| DX 0951 | | MRK-S0420050996-3185 | 6/6/2005 | Submission of Protocol 122 CSR | | |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 0952 | | FRI0000023 - FRI0000024 | 2/1/2000 | Letter from Dr. Naides to Dr. Sherwood re faculty appointment of Dr. McMillen at The Pennsylvania State University College of Medicine | | |
| DX 0953 | | M007701502 - M007701504 | 6/5/2005 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" | | |
| DX 0954 | | MRK-ABO0002861 - MRK-ABO000262 | 10/20/2000 | E-mail from Dr. Harris to Louis Sherwood re comments made by Dr. Singh | | |
| DX 0955 | | FRI0000033 | | Philadelphia | | |
| DX 0956 | | FRI0000015 | | Telephone message re following up on letter to Gilmartin | | |
| DX 0957 | | 2000 NEJM 000317-18 | 7/19/2001 | Letter re: recent letter to the editor | | |
| DX 0958 | | 2000 NEJM 000320-24 | 6/20/2001 | Letter to the NEJM Editor | | |
| DX 0959 | | Public | 5/5/1999 | Division of gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review | | |
| DX 0960 | | MRK-AAX0006209 - MRK-AAX0006210 | 4/11/2002 | FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx | | |
| DX 0961 | | MRK-S04200S1232 - MRK-S042005133O | 3/15/2005 | APPROVe Trial Cardiovascular Safety Report | | |
| DX 0962 | | MRK-ACD0078494 - MRK-ACD0078517 | 5/20/1999 | Letter re; new drug application | | 8-3-06 |
| DX 0963 | | MRK-18940075710-12; MRK-18940075864-74 | 2/13/2003 | Annual IND report attaching CSR synopsis for P 112-01 | | |
| DX 2001 | | | 00/00/2001 | PDR Label for Augmentin, 2001 | | |
| DX 2002 | | | 00/00/1999 | PDR Label for Claritin, 1999 | | |
| DX 2003 | | | 00/00/2000 | PDR Label for Claritin, 2000 | | |
| DX 2004 | | | 00/00/1999 | PDR Label for Claritin-D 24-Hour, 1999 | | |
| DX 2005 | | | 00/00/1999 | PDR Label for Claritin-D, 12-Hour, 1999 | | |
| DX 2006 | | | 00/00/2000 | PDR Label for Claritin-D, 12-Hour, 2000 | | |
| DX 2007 | | | 00/00/2006 | PDR Label for Claritin-D, 12-Hour, 2006 | | |
| DX 2008 | | | 00/00/1999 | PDR Label for Feldene, 1999 | | |
| DX 2009 | | | 03/00/2006 | Feldene Label, 2006 | | |
| DX 2010 | | | 00/00/2006 | PDR Label for Mobic, 2006 | | |
| DX 2011 | | | 08/10/2005 | Mobic Label, 2005 | | 8-5-06 |
| DX 2012 | | | 00/00/2002 | PDR Label for Sporanox, 2002 | | 8-8-06 |
| DX 2013 | | | | Celebrex Label | | |
| DX 2014 | | | 00/00/2006 | PDR Label for Celebrex, 2006 | | |
| DX 2015 | | | 01/00/2006 | Motrin label, 2006 | | |
| DX 2016 | | | 00/00/2000 | PDR Label for Motrin, 2000 | | |
| DX 2017 | | | 00/00/2006 | PDR Label for Motrin, 2006 | | |

34

MDL-1657 *in re Vioxx*

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 2018 | | | 00/00/2000 | PDR Label for Tylenol, 2000 | | |
| DX 2019 | | PlProfileForm-00001-PlProfileForm-00018 | | Gerald Barnett Plaintiff Profile Form | | 8-8-06 |
| DX 2020 | | FirstAmProfile-00001-FirstAmProfile-00017 | | Gerald Barnett First Amended Plaintiff Profile Form | | |
| DX 2021 | | BiLoPhar-00001-BiLoPhar-00004 | | Gerald Barnett Medical Records from Bi-Lo Pharmacy | | |
| DX 2022 | | BryanFMD-00001-BryanFMD-00035 | | Gerald Barnett Medical Records from Dr. Curtis Bryan | | |
| DX 2023 | | CardioGasAssoc-00001-CardioGasAssoc-00060 | | Gerald Barnett Medical Records from *Cardiology Gastroenterology Associates* | | 8-8-06 |
| DX 2024 | | | | Gerald Barnett Nuclear Stress Test from 1/23/00 and 7/18/03 from Cardiology Gastroenterology Associates (Optical Disk) | | |
| DX 2025 | | FBIMRDept-00001-FBIMRDept-00184 | | Gerald Barnett Medical Records from the Federal Bureau of Investigations (FBI) | | |
| DX 2026 | β | GrandStrandRMC-00001-GrandStrandRMC-00400 | | Gerald Barnett Medical Records from Grand Strand Regional Medical Center | | 8-8-06 |
| DX 2027 | | GrandStrandRMR-00001-GrandStrandRMR-00023 | | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Medical Records Department | | |
| DX 2028 | | GrandStrandRPB-00001-GrandStrandRPB-00010 | | Gerald Barnett Medical Records from Grand Strand Regional Medical Center - Patient Billing | | |
| DX 2029 | | | | Gerald Barnett Cath Films from Grand Strand Regional Medical Center (CD) | | |
| DX 2030 | | | | Gerald Barnett X-Ray Films from Grand Strand Regional Medical Center | | |
| DX 2031 | | HubertyCMD-00001-HubertyCMD-00064 | | Gerald Barnett Medical Records from Dr. Chad Huberty | | 8-15-06 |
| DX 2032 | | LifeLineScreen-00001-LifeLineScreen-00008 | | Gerald Barnett Medical Records from Life Line Screening | | |
| DX 2033 | | McCaffreyMD-00001-McCaffreyMD-00038 | | Gerald Barnett Medical Records from Dr. Michael McCaffrey | | |
| DX 2034 | | MerckMedcoRXSvc-00001-MerckMedcoRXSvc-00027 | | Gerald Barnett Medical Records from Merck Medco Prescription Services | | 8-15-06 |
| DX 2035 | | MillerCDDC-00001-MillerCDDC-00039 | | Gerald Barnett Medical Records from Dr. Miller | | |
| DX 2036 | | NtlPnlRecCtr-00001-NtlPnlRecCtr-00145 | | Gerald Barnett Medical Records from National Personnel Records Center | | |
| DX 2037 | | NicholsonGBMD-00001-NicholsonGBMD-00006 | | Gerald Barnett Medical Records from Dr. Nicholson | | |
| DX 2038 | | PPR-00001-PPR-02443 | | Gerald Barnett Medical Records provided by patient | | |
| DX 2039 | | | | Gerald Barnett Medical Records provided in response to Merck request for production, 6/5/2006 | | |

MDL-1657 in re Vioxx  
Barnett v. Merck  
Defendant's Trial Exhibit List  
CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 2040 | | *UnivOfLouisville-00001-UnivOfLouisville-00005* | | Gerald Barnett Records from University of Louisville | | |
| DX 2041 | | *WilliamsLuDr-00001-WilliamsLuDr-00025* | | Gerald Barnett Medical Records from Dr. Luther Williams | | |
| DX 2042 | | ZipesDr-00001-ZipesDr-00011 | | Gerald Barnett Medical Records from Dr. Douglas Zipes | | |
| DX 2043 | | | | Gerald Barnett Medical Records from 5/2/06 Exam from Dr. Douglas Zipes | | |
| DX 2044 | | | | Gerald Barnett Medical Records from 5/2/06 Exam from Dr. Douglas Zipes | | |
| DX 2045 | | 88158 KARAVAN 024-88158 KARAVAN 024 | 01/24/2000 | Cardiology/Gastroenterology Associates Report for Gerald Barnett | | 8-5-06 |
| DX 2046 | | 88158 GSRMC 0024-88158 GSRMC 0025 | 09/06/2002 | Grand Strand Regional Medical Center Medical Report for Gerald Barnett | | 8-5-06 |
| DX 2047 | | 88158 GSRMC 0061-88158 GSRMC 0061 | 09/07/2002 | Progress Notes for Gerald Barnett | | 8-5-06 |
| DX 2048 | | 88158 GSRMC 030-88158 GSRMC 032 | 09/10/2002 | Operative Report for Gerald Barnett | | 8-5-06 |
| DX 2049 | | 88158 GSRMC 021-88158 GSRMC 022 | 09/14/2002 | Discharge Summary for Gerald Barnett | | 8-5-06 |
| DX 2050 | | 88158 KARAVAN 019-88158 KARAVAN 019 | 03/14/2003 | Cardiology/Gastroenterology Associates Medical Report for Gerald Barnett | | 8-5-06 |
| DX 2051 | | GrandStrandRMC- 00069-GrandStrandRMC- 00070 | 09/06/2002 | ER Report for Gerald Barnett | | 8-5-06 |
| DX 2052 | | CardioGasAssoc- 00028-CardioGasAssoc- 00029 | 09/17/1997 | Medical Report for Gerald Barnett | | 8-5-06 |
| DX 2053 | | | 02/04/1993 | Letter re: Health examination | | 8-5-06 |
| DX 2054 | | GrandStrandRMC- 00064-GrandStrandRMC- 00065 | 10/13/2002 | Discharge Summary for Gerald Barnett | | 8-5-06 |
| DX 2055 | | CardioGasAssoc- 00054-CardioGasAssoc- 00054 | 07/18/2003 | Medical Report for Gerald Barnett | | 8-5-06 |
| DX 2056 | | | 00/00/1999 | Article entitled: Comparison of Ramp Versus Step Protocols for Exercise Testing in Patients 60 Years of Age | | |
| DX 2057 | | | 03/26/1998 | Medical Report for Gerald Barnett | | |
| DX 2058 | | | 03/31/1998 | Medical Report for Gerald Barnett | | |
| DX 2059 | | | 04/06/1998 | Medical Report for Gerald Barnett | | |
| DX 2060 | | | 12/30/1999 | Medical Report for Gerald Barnett | | |
| DX 2061 | Yes | MRK-MPF0173678-MRK-MPF0173681 | 11/12/2001 | Speaker/Moderator Agreement Letter | | |
| DX 2062 | | MRK-P0003302-MRK-P0003312 | 04/00/2002 | Changes to the current Prescribing Information and Patient Product Information for Vioxx | | 8-5-06 |

MDL-1657 in re Vioxx

Barnett v. Merck
Defendant's Trial Exhibit List

CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 2063 | | - | 12/30/1999 | Handwritten Office Visits for Gerald Barnett | | |
| DX 2064 | | 88158 HUB&MIK 0002-88158 HUB&MIK 0011 | 03/08/2006 | Medical Record for Gerald Barnett | | |
| DX 2065 | | - | 09/14/2002 | Schreckengast Discharge Summary for Gerald Barnett | | |
| DX 2066 | | 88158 HUBERTY 010-88158 HUBERTY 003 | 03/24/2003 | Mikola Medical Report for Gerald Barnett | | |
| DX 2067 | | HubertyCMD00001-HubertyCMD00060 | 10/22/1999 | Carolina Health Specialists Medical Records for Gerald Barnett | | 8-5-06 |
| DX 2068 | | GrandStrandRMC00015-GrandStrandRMC00015 | 01/21/2000 | Grand Strand Regional Medical Center record for Gerald Barnett | | 8-5-06 |
| DX 2069 | | GrandStrandRMC00019-GrandStrandRMC00021 | 01/19/2000 | Grand Strand Regional Medical Center record for Gerald Barnett | | |
| DX 2070 | | CardioGasAssoc00051-CardioGasAssoc00051 | 01/24/2000 | Cardiology/Gastroenterology Associates Medical Report by Michael Mikolajczyk and Vaishali Swami | | |
| DX 2071 | | PPR00467-PPR00467 | 01/20/2000 | Physician's Orders | | |
| DX 2072 | | PPR00476-PPR00476 | 01/19/2000 | Medication Administration Record | | |
| DX 2073 | | CardioGasAssoc-00039-CardioGasAssoc-00040 | 02/11/2004 | Medical Report for Gerald Barnett | | |
| DX 2074 | | MRK-P0003308-MRK-P0003312 | 04/00/2002 | Vioxx Package Insert | | 8-5-06 |
| DX 2075 | | CardioGasAssoc-00045-CardioGasAssoc-00045 | 05/17/2005 | Medical Report for Gerald Barnett | | 8-10-06 |
| DX 2076 | | BryanFMD00001-BryanFMD00035 | 09/06/2002 | Progress Notes for Gerald Barnett | | 8-15-06 |
| DX 2077 | | GrandStrandRMC- 00123-GrandStrandRMC- 00123 | 09/07/2002 | PCU Cumulative Study for Gerald Barnett | | 8-15-06 |
| DX 2078 | | 88158 GSRMC 012-88158 GSRMC 012 | 09/07/2002 | Picture of heart with handwritten note re: percentage of blockage for Gerald Barnett | | 8-5-06 |
| DX 2079 | | 88158 KARAVAN 023-88158 KARAVAN 023 | 07/18/2003 | Medical Report for Gerald Barnett | | 8-15-06 |
| DX 2080 | | GrandStrandRMC- 00133-GrandStrandRMC- 00138 | 09/06/2002 | GrandStrand Regional Medical Center Test Results for Gerald Barnett | | 8-15-06 |
| DX 2081 | Yes | | 05/02/2006 | Dr. Zipes Stress Test Report for Gerald Barnett | | |
| DX 2082 | | | 01/26/2000 | Dr. Epstein's materials | | |
| DX 2083 | | | 06/01/2006 | Expert Report of KyungMann Kim, PhD | | |
| DX 2084 | | | 05/31/2006 | Expert Report of Nicholas A. Flavahan, PhD | | |
| DX 2085 | | | 06/01/2006 | Expert Report of Dr. Janet Arrowsmith-Lowe | | |
| DX 2086 | | | 06/02/2006 | Expert Report of Paul Roach, M.D., F.A.C.C. | | |
| DX 2087 | | | 06/02/2006 | Expert Report of Thomas L. DeBauche, M.D., F.A.C.C. | | |

37

MDL-1657 in re Vioxx
Barnett v. Merck
Defendant's Trial Exhibit List
CA-06-485L

| DX # | Conditional DX # | Bates Range | Date | Title | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX 2088 | | | | Medical Records from Mark Karavan | | 8-5-06 |
| DX 3014 | | | 2/10/1999 | E-mail from Hoepfel to F Annegers and L Moye re response to NEJM needed | | 8-3-06 |
| 3607 | | | | E-mail from Douglas Greene to James E. Bruch 4-11-05 | | 8-8-06 |
| 3528 | | | | Follow-up of the APPROVe Study 5-26-06 | | 8-10-06 |

38

Barnett v. Merk
F. Curtis Bryan Deposition Exhibits

Bryan Deposition Exhibits

| Trial Ex. # | Deposition Ex. # | Begin Bates | End Bates | Description Generic | | |
|---|---|---|---|---|---|---|
| | Bryan Ex. 01 | 88158 CCS 0020 | 88158 CCS 0022 | GrandStrand Regional Medical Center Consult Report for Geral Barnett | | 8-15-06 |
| | Bryan Ex. 03 | | | Progress Notes for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 04 | 88158 CCS 0017 | 88158 CCS 0019 | Operative Report for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 05 | 88158 CCS 0015 | 88158 CCS 0016 | Discharge Summary for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 06 | 88158 CCS 0012 | 88158 CCS 0012 | Progress Notes for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 07 | 88158 CCS 0012 | 88158 CCS 0012 | Progress Notes for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 08 | 88158 CCS 0011 | 88158 CCS 0011 | Progress Notes for Gerald Barnett | | 8-15-06 |
| | Bryan Ex. 09 | 88158 CCS 0010 | 88158 CCS 0010 | Letter re: Gerald Barnett follow up | | 8-15-06 |
| DX 2076 | ~~Bryan Ex. 11~~ | BryanFMD00001 | BryanFMD00035 | Progress Notes for Gerald Barnett | | 8-15-06 |
| DX 2077 | ~~Bryan Ex. 12~~ | GrandStrandRMC-00123 | GrandStrandRMC-00123 | PCU Cumulative Study for Gerald Barnett | | 8-15-06 |
| DX 2079 | ~~Bryan Ex. 14~~ | 88158 KARAVAN 023 | 88158 KARAVAN 023 | Medical Report for Gerald Barnett | | 8-15-06 |
| DX 2080 | ~~Bryan Ex. 15~~ | GrandStrandRMC-00133 | GrandStrandRMC-00138 | Grand Strand Regional Medical Center Test Results for Gerald Barnett | | 8-15-06 |

ADMITTED

39