UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | : MDL NO. 1657 |
| IN RE: VIOXX | : |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
|  | : |
|  | : JUDGE FALLON |
|  | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Barnett v. Merck & Co., Inc.*, 06-485

JURY INTERROGATORIES—PUNITIVE DAMAGES

Please answer the following questions:

1. Do you find by clear and convincing evidence that Merck & Co., Inc.'s conduct was willful, wanton, or in reckless disregard of the Plaintiff's rights?

    YES _____          NO _____

(If you answered "yes" to Question #1, please proceed to Question #2. If you answered "no" to Question #1, please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

-1-

2.  What amount, if any, do you find will adequately punish Merck & Co., Inc. for its conduct and deter others from engaging in similar conduct?

    $ _____

(Please date and sign the verdict form, inform the Marshall that a verdict has been reached, and return to the courtroom.)

New Orleans, Louisiana, this ____ day of _____, 2006.


    _____
    JURY FOREPERSON