UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robert G. Smith v. Merck & Co., Inc.*<br>Case No. 2:05-CV-04378 | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

## NOTICE OF HEARING

Please take notice that Plaintiff Robert Garry Smith's Motion to Compel Discovery Responses of Merck & Co., Inc., and Request for Expedited Hearing is set for hearing on the 24th day of August, 2006, at 11:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                                                           Respectfully submitted,

                                                           /s/ Grant Kaiser

| | |
|---|---|
| James L. "Larry" Wright<br>Texas Bar No. 22038500<br>**THE WATTS LAW FIRM LLP**<br>111 Congress Avenue, Suite 1010<br>Austin, Texas 78701<br>(512) 479-0500; fax (512) 473-0328 | Grant Kaiser<br>Texas Bar No. 11078900<br>**THE KAISER FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713)-223-0000; fax (713) 223-0440<br>**ATTORNEY IN CHARGE** |
| Walter Umphrey<br>Texas Bar No. 20380000<br>**PROVOST UMPHREY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>(409) 835-6000; fax (409) 838-8888 | John Eddie Williams, Jr.<br>Texas Bar No. 21600300<br>Amy M. Carter<br>Texas Bar No. 24004580<br>**WILLIAMS BAILEY LAW FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 230-2200; fax (713) 643-6226 |

| | |
|---|---|
| Drew Rainer | Mikal Watts |
| Louisiana Bar No. 8320 | Texas Bar No. 20981820 |
| **RANIER, GAYLE & ELLIOT LLC** | **THE WATTS LAW FIRM LLP** |
| 1419 Ryan Street | Tower II Building, 14th Floor |
| Lake Charles, Louisiana 70601 | 555 North Carancahua Street |
| (337) 494-7171; fax (337) 494-7218 | Corpus Christi, Texas 78478 |
| | (361) 887-0500; fax (361) 887-0055 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of August, 2006.

                                              /s/ Grant
                                              Grant Kaiser
                                              **THE KAISER FIRM LLP**
                                              8441 Gulf Freeway, Suite 600
                                              Houston, Texas 77017
                                              (713) 230-0000; fax (713) 230-0440
                                              gkaiser@thekaiserfirm.com

cc     By email only:

       Robert Van Kirk        rvankirk@wc.com
       **Williams & Connolly LLP**
       725 Twelfth Street Northwest
       Washington, D.C.  20005
       (202) 434-5000; fax (202) 434-5029

       Carrie A. Jablonski       carrie.jablonski@bartlit-beck.com
       **Bartlit, Beck, Herman, Palenchar & Scott LLP**
       54 West Hubbard Street, Suite 300
       Chicago, Illinois 60610
       (312) 494-4400; fax (312) 494-4440