Exhibit A - Graham Depo Excerpts 5/9/06 - Reply to MIL 4

• Smith - Reply to MIL 4

[1:1] - [1:23]     5/9/2006     Graham, David - (MDL)

```
page 1
     0001
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2                      - - -
       IN RE:  VIOXX       :  MDL DOCKET NO.
3      LITIGATION          :  1657
4      -----------------------------------------
       SUPERIOR COURT OF THE STATE OF CALIFORNIA
5              COUNTY OF LOS ANGELES
                 CENTRAL CIVIL WEST
6
       VIOXX CASES         :  JCCP NO. 4247
7                          :  ASSIGNED TO HON
                           :  VICTORIA CHEYNEY
8                      - - -
                    CONFIDENTIAL
9          SUBJECT TO PROTECTIVE ORDER
                       - - -
10                  May 9, 2006
                       - - -
11         Videotape deposition of DAVID J.
12     GRAHAM, M.D., M.P.H, held at The
13     Renaissance Mayflower Hotel, 1127
14     Connecticut Avenue, N.W., Washington,
15     D.C. 20036, commencing at 9:23 a.m., on
16     the above date, before Linda L. Golkow, a
17     Federally-Approved Registered Diplomate
18     Reporter and Certified Shorthand
19     Reporter.
                       - - -
20
21           GOLKOW LITIGATION TECHNOLOGIES
                   Four Penn Center
22         1600 John F. Kennedy Boulevard
                     Suite 1210
23         Philadelphia, Pennsylvania 19103
                    877.DEPS.USA
24
```

[95:22] - [96:1]     5/9/2006     Graham, David - (MDL)

```
page 95
21  feverishly working to get the fourth
22  renewal.  The impact of this in my own
23  experience has been that the preapproval
24  people look for reasons to say yes to a
page 96
1   drug.  So, I've been in internal meetings
2   where a drug company wanted an approval
```

[97:4] - [97:17]     5/9/2006     Graham, David - (MDL)

```
page 97
3   profits.
4             These are remarks that have
5   been passed in internal meetings that I
6   have been present at.  And other
7   colleagues of mine have had similar
8   experiences.  And since I have gone
9   public with my Senate testimony, I have
10  been approached now by probably 10 or 15
11  medical reviewers from different
12  components of CDER with stories of being
13  pressured to change their reviews where
14  they thought a drug should not be
15  approved, but where management was
```

Exhibit A - Graham Depo Excerpts 5/9/06 - Reply to MIL 4

• **Smith - Reply to MIL 4**

```
16  telling them you must now say yes to that
17  drug.
18          There was actually in The
```

[119:1] - [119:22]    5/9/2006    Graham, David - (MDL)

```
page 118
24  the benefit.
page 119
1           A.    Right.  I was trying to get
2   the Senators to understand the statistics
3   of the matter, and I gave the analogy of
4   a gun with 100 chambers.  And I said,
5   let's play Russian roulette.  Now, we're
6   going to put 95 bullets in the gun, so we
7   are 95 percent certain that this drug
8   causes whatever adverse reaction we're
9   talking about.  Let's just say this drug
10  causes liver failure.  This drug causes
11  heart attacks.  We're 95 percent certain.
12          Q.    That's the current test?
13          A.    Right.  So, we put 95
14  bullets in, and we play Russian roulette.
15  And at that point, the FDA says, we
16  believe you, the gun is loaded, the drug
17  isn't safe.  Let's take five bullets out
18  of the chamber.  Now we have 90 bullets
19  in the chamber.  So there's only 90
20  percent chance that when I pull the
21  trigger, a bullet is going to come out of
22  the gun.  FDA says the gun is not loaded.
23  That's the misuse of statistics.
```

[272:5] - [272:19]    5/9/2006    Graham, David - (MDL)

```
page 272
4   that Dr. Ray has said under oath.
5           Q.    You spent a little bit of
6   time on direct examination concerning the
7   approval of Vioxx, as well as a
8   subsequent label change.  And I just
9   wanted to make sure that we were clear on
10  this.
11          Did you have any personal
12  role whatsoever in the FDA's review of
13  the application that led to the approval
14  of Vioxx?
15          A.    No.
16          Q.    And did you have any role
17  whatsoever in reviewing proposed label
18  changes for Vioxx?
19          A.    No.
20          Q.    Now, on the general question
```

[410:1] - [410:23]    5/9/2006    Graham, David - (MDL)

```
page 409
24  Celebrex and between nonuse.
page 410
1           Q.    You indicated before that
2   there were two specific FDA employees
3   that you had suggested as peer reviewers,
4   right?
5           A.    Correct.
6           Q.    And I think it was Dr. Bruce
7   Stadel and Dr. Bob O'Neill?
8           A.    Stadel, yes.
9           Q.    Stadel is how to pronounce
10  it?
11          A.    Yes.
```

**Exhibit A - Graham Depo Excerpts 5/9/06 - Reply to MIL 4**

• **Smith - Reply to MIL 4**

```
12        Q.   And they, in fact, looked at
13   your manuscript, the one that had the
14   27,000 number in it, Vioxx versus
15   Celebrex, as part of their peer review,
16   right?
17        A.   Correct.
18        Q.   And they told you, as part
19   of the people that you suggested as peer
20   reviewers, they told you that they didn't
21   think you should include that comparison
22   as a matter of sound science, right?
23        A.   That's correct.  And in the
24   manuscript that we submitted to the
```

[425:1] - [425:14]          5/9/2006        Graham, David - (MDL)

```
page 424
24        A.   Yes.
page 425
1         Q.   And what you said before is
2    the normal population not taking any
3    medicine at all, the background rate that
4    you used was 7.9 heart attacks per
5    thousand person years, right?
6         A.   Yes.  And the patients
7    enrolled in the VIGOR study were selected
8    to be patients who were unlikely to have
9    cardiovascular disease.  So, there were a
10   number of exclusions that would exclude
11   patients who were at higher risk of
12   having myocardial infarction.  Those
13   patients weren't excluded from the CLASS
14   study.
15        Q.   So, I just want to make sure
```

[428:13] - [428:19]          5/9/2006        Graham, David - (MDL)

```
page 428
12        A.   I'll trust your arithmetic.
13        Q.   And, again, the real life
14   heart attack rate in both VIGOR and
15   APPROVe was lower than what you say is
16   the normal background rate for people who
17   are not taking any medicine at all,
18   right?
19        A.   That's correct.  But
20   background rates vary from study to
```

[429:24] - [430:3]          5/9/2006        Graham, David - (MDL)

```
page 429
23   come up with the background rate.
24             But background rates are
page 430
1    important because at the end of the day,
2    the background rate is what drives what
3    that actual estimate of numbers is.
4    Regardless of what background rate you
```

[430:6] - [430:15]          5/9/2006        Graham, David - (MDL)

```
page 430
5    use, however, you still end up with a lot
6    of affected bodies.  And we put a number
7    in our paper, and what we were more
8    concerned with was the public health
9    impact of Vioxx exposure than we were
10   with what were the particular numbers,
11   recognizing that the particular numbers
12   could be different than the range that we
```

Exhibit A - Graham Depo Excerpts 5/9/06 - Reply to MIL 4

**• Smith - Reply to MIL 4**

```
                        13  gave, but that was our best estimate at
                        14  what we thought was likely to be the
                        15  case.
                        16       Q.   Now, the patients involved
```

[430:16] - [431:11]     5/9/2006     Graham, David - (MDL)

```
                        page 430
                        15  case.
                        16       Q.   Now, the patients involved
                        17  in the VIGOR study, these were rheumatoid
                        18  arthritis patients, right?
                        19       A.   Yes.
                        20       Q.   And rheumatoid arthritis
                        21  patients have a higher risk of heart
                        22  attack, all other things being equal,
                        23  than people who don't have rheumatoid
                        24  arthritis, right?
                        page 431
                        1        A.   Some studies have found
                        2   that, and other studies have found that
                        3   there's no increase in risk.
                        4        Q.   Now, you mentioned that
                        5   CLASS was one of the studies that you
                        6   used to come up with your range.  Those
                        7   people had osteoarthritis, right?
                        8        A.   That's correct.
                        9        Q.   And that is not associated
                        10  with a higher heart attack risk, right?
                        11       A.   Not that we're aware of.
                        12       Q.   And the other study that you
```

[432:22] - [433:1]      5/9/2006     Graham, David - (MDL)

```
                        page 432
                        21  a heart attack.
                        22       Q.   But even with all of that,
                        23  VIGOR and APPROVe both had lower rates
                        24  than your background rates, correct?
                        page 433
                        1        A.   Yes.
                        2        Q.   I want to move on then to
```

[566:1] - [566:22]      5/9/2006     Graham, David - (MDL)

```
                        page 565
                        24
                        page 566
                        1              C E R T I F I C A T E
                        2
                        3            I, LINDA L. GOLKOW, a Notary
                            Public and Certified Shorthand Reporter
                        4   of the State of New Jersey, do hereby
                            certify that prior to the commencement of
                        5   the examination, DAVID J. GRAHAM, M.D.,
                            MPH was duly sworn by me to testify to
                        6   the truth, the whole truth and nothing
                            but the truth.
                        7
                        8            I DO FURTHER CERTIFY that the
                            foregoing is a verbatim transcript of the
                        9   testimony as taken stenographically by
                            and before me at the time, place and on
                        10  the date hereinbefore set forth, to the
                            best of my ability.
                        11
                        12           I DO FURTHER CERTIFY that I am
                            neither a relative nor employee nor
                        13  attorney nor counsel of any of the
                            parties to this action, and that I am
```

**Exhibit A - Graham Depo Excerpts 5/9/06 - Reply to MIL 4**

• **Smith - Reply to MIL 4**

```
14  neither a relative nor employee of such
    attorney or counsel, and that I am not
15  financially interested in the action.
16
17
18
19      _____
        LINDA L. GOLKOW, CSR
20      Notary Number:  1060147
        Notary Expiration:  1-2-08
21      CSR Number:  30XI176200
        Dated:  May 16, 2006
22
23
```