| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | § § § MDL Docket No. 1657 |
| THIS RELATES TO: | § § Plaintiff: <u>Robert G. Smith</u> |
| Civil Action No: | § (Name) |
| 2:05-cv-04379 | § § § § § |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

### I. CASE INFORMATION

A. Name of person completing this form: **Robert G. Smith**

B. If you are completing this questionnaire on behalf of someone else (e.g., a deceased person's estate or a minor), please complete the following:

1. Social Security Number: **N/A**

2. Maiden Or Other Names Used or By Which You Have Been Known: **N/A**

3. Address: **N/A**

4. State the name of the person that you are representing, and in what capacity you are representing that person? **N/A**

5. If you were appointed as a representative by a court, state the:

   Court: **N/A**

   Date of Appointment: **N/A**

6. What is your relationship to the deceased, represented person or person claimed to be injured? **N/A**

7. If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: **N/A**

774182v.1

SmithR-PlProfileForm-    00001

C. Claim Information

1. Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes __X__ No_____

   *If "yes,"*

   a. What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? **Myocardial Infarction**

   b. When do you claim this injury occurred? **2/17/2003**

   c. Who diagnosed the condition? **Dr. Daniel J. Courtade with the St. Elizabeth Medical Center, 200 Medical Village Dr., Edgewood, KY, 41017**

   d. Did you ever suffer this type of injury prior to the date set forth in answer "1-b"? Yes_____ No __X__

   *If "yes,"* when and who diagnosed the condition at that time? **N/A**

   e. Do you claim that your use of VIOXX® worsened a condition that you already had or had in the past? Yes_____ No __X__

   *If "yes,"* state the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any.

   **N/A**

D. Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes __X__ No_____

   *If "yes,"* list each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) that treated you for psychological, psychiatric or emotional problems during the last ten (10) years:

   **I have not sought professional treatment.**

   a. Name and address of each person who treated you: **N/A**

   b. To your understanding, condition for which treated: **N/A**

   c. When treated: **N/A**

   d. Medications prescribed or recommended by provider: **N/A**

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Name: **Robert G. Smith**

B. Maiden or other names used or by which you have been known:

**None**

C. Social Security Number: **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**

D. Address: **1146 MacIntosh Ln., Florence, KY, 41042**

E. Identify each address where you have lived in the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1146 MacIntosh Ln., Florence, KY, 41042 | I have lived at this address more than 10 years. |

F. Driver's License Number and State Issuing License:

Number: **S94408645**   State: **KY**

G. Date of Place and Birth: **6/25/1950; Berea, KY**

H. Sex: Male **X**   Female ____

I. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and any diplomas or degrees that you earned:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Northern Kentucky University | I don't remember the exact dates in 1974. | High School (General) | GED |

J.  Employment Information.

1. Current employer (if not currently employed, list last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Silmar Resins Division of Inter-plastic Chemicals | 3535 Latonia Ave., Covington, KY, 41015 | I don't remember the exact start date in 1987 - Present. | Maintenance Supervisor |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Silmar Resins Division of Inter-plastic Chemicals | 3535 Latonia Ave., Covington, KY, 41015 | I don't remember the exact start date in 1987 - Present. | Maintenance Supervisor |

3. Are you making a wage loss claim for either your present or previous employment? Yes **X** No _____

*If "yes,"* state your **annual income at the time of the injury** alleged in Section I(C): **$60,000**

K. Military Service Information: Have you ever served in the military, including the military reserve or national guard? Yes _____ No **X**

*If "yes,"* were you ever rejected or discharged from military service for any reason relating to your physical, psychiatric or emotional condition? Yes _____ No **N/A**

L. Insurance / Claim Information:

1. Have you ever filed a worker's compensation and/or social security disability (SSI or SSD) claim? Yes **X** No _____

   *If "yes,"* to the best of your knowledge please state:

   a. Year claim was filed: **1993**

   b. Nature of disability (type of injury) : **Worker's Compensation - Severed thumb**

   c. Approximate period of disability: **I don't remember the exact dates in 1993 but it was for 5 months.**

2. Have you ever been out of work for **more than thirty (30) days** for reasons

related to your health (other than pregnancy)? Yes __X__ No ____

*If "yes,"* state when and the reason you missed work: <u>I missed work for about 3 months when I had my heart attack on 2/17/2003. I also missed about 5 months of work in 1993 because of my severed thumb. I don't remember the exact dates.</u>

3. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No __X__

   *If "yes,"* state, to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and a brief description for the claims asserted. <u>N/A</u>

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ____ No __X__

   *If "yes,"* state where, when and what felony and/or crime was committed. <u>N/A</u>

### III. FAMILY INFORMATION

A. List for **each** marriage: the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (e.g., divorce, annulment, death):

**Marriage History-1**

   1. Name of Spouse: **Shelia Smith**

   2. Spouse's DOB: **9/02/1950**

   3. Spouse's Occupation: **Credit Union teller**

   4. Date of Marriage: **05/22/1968**

   5. Date Marriage Ended: **08/26/2005**

   6. How Marriage Ended: **Divorce**

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No __X__

C. To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur,

coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?   Yes _____   No __X__   Don't Know ____

*If "yes,"* identify each such person below and provide the information requested.

D. If applicable, for each of your children, list his/her name, age and address:

   **Child-1**

   1. Name: **Robin Burger**

   2. Age: **37**

   3. Address: **3714 Huntington Ave., Covington, KY, 41015**

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent.  **N/A**

## IV.   VIOXX® PRESCRIPTION INFORMATION

A. Who prescribed VIOXX® for you?   **Dr. Michael Grefer, 340 Thomas Moore Pkwy., Crestview Hills, KY, 41017**

B. On which dates did you **begin and stop** taking VIOXX®?  **10/12/2002 to 02/17/2003**

C. Did you take VIOXX® continuously during that period?
   Yes __X__   No _____   Don't Recall _____

D. To your understanding, for what condition were you prescribed VIOXX®?  **Arthritis**

E. Did you renew your prescription for VIOXX®?
   Yes __X__   No _____   Don't Recall ____

F. If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided:  **I don't remember if I received samples.**

G. Which form of VIOXX® did you take (check all that apply)?
   _____   12.5 mg Tablet (round, cream, MRK 74)
   _____   12.5 mg Oral Suspension
   __X__   25 mg Tablet (round, yellow, MRK 110)
   _____   25 mg Oral Suspension
   __X__   50 mg Tablet (round, orange, MRK 114)

H. How many times per day did you take VIOXX®?  **Once a day**

I. Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No __X__ Don't Recall _____

J. Instructions or Warnings:

1. Did you receive any written or oral information about VIOXX® before you took it? Yes __X__ No _____ Don't Recall _____

2. Did you receive any written or oral information about VIOXX® while you took it? Yes __X__ No _____ Don't Recall _____

3. *If "yes,"*

    a. When did you receive that information? **Before Taking Vioxx**

    b. From whom did you receive it? **Walmart, Dr. Michael Grefer**

    c. What information did you receive? **Information with Prescription**

K. What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? **None**

## V. MEDICAL BACKGROUND

A. Height: **6'0"**

B. Current Weight: **225 lbs.**
Weight at the time of the injury, illness, or disability described in Section I(C): **225 lbs.**

C. Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

__X__ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

_____ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

   a. Date on which smoking/tobacco use ceased: _____

   b. Amount smoked or used: on average _ per day for  years.

_____ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   a. Amount smoked or used: on average _ per day for years.

_____ Smoked different amounts at different times.

D. Drinking History. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)? Yes _____ No __X__

*If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time

that you sustained the injuries alleged in the complaint:

__N/A__ drinks per week,

__N/A__ drinks per month,

__N/A__ drinks per year, *or*

Other (describe): __N/A__

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind **within one (1) year before, or any time after**, you first experienced your alleged VIOXX®-related injury?" Yes _____ No __X__ Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it.

__N/A__

F. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Vascular Surgery | Blocked artery | 2/17/2003 | Dr. Daniel Courtade | St. Elizabeth Medical Center |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| Vascular surgery | 2/17/2003 | Dr. Daniel Courtade | St. Elizabeth Medical Center |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor? Yes __X__ No _____ Don't Recall _____

*If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Heart Angiocardiogram | 2/17/2003 | Dr. Daniel Courtade | St. Elizabeth Medical Center | Vascular surgery preparation |

### VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form.  Yes **X**   No _____

B. Deceased person's death certificate (if applicable).  Yes _____   No _____

C. Report of autopsy of deceased person (if applicable).  Yes _____   No _____

### VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A. Your **current** family and/or primary care physician:

| Name | Address |
|---|---|
| Patient's First | 7766 Hewing Blvd., Lawrenceburg, KY, 41042 |

B. To the best of your ability, identify each of your **primary care physicians** for the **last ten (10) years**.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Michael Grefer | 340 Thomas Moore Pkwy., Crestview Hills, KY, 41017 | I don't remember the start date – I don't remember the exact date in February of 2003. |

C. Each hospital, clinic, or healthcare facility where you have received **inpatient treatment or been admitted as a patient during the last ten (10) years.**

774182v.1

SmithR-PlProfileForm-    00009

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St. Elizabeth Medical Center | 200 Medical Village Dr., Edgewood, KY, 41017 | 2/17/2003 - I don't remember the discharge date. | Heart attack |

D. Each hospital, clinic, or healthcare facility where you have received **outpatient treatment (including treatment in an emergency room) during the last ten (10) years.**

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| St. Elizabeth Medical Center | 200 Medical Village Dr., Edgewood, KY, 41017 | I don't remember the exact date in October of 2002. | Knee surgery to rebuild my right knee. |

E. **Each physician** or healthcare provider from whom you have received treatment in the **last ten (10) years**.

| Name | Address | Dates of Treatment |
|---|---|---|
| Patient's First | 7766 Hewing Blvd., Lawrenceburg, KY, 41042 | I don't remember the exact date in February of 2003 – Present. |
| Dr. Michael Grefer | 340 Thomas Moore Pkwy., Crestview Hills, KY, 41017 | I don't remember the start date – I don't remember the exact date in February of 2003. |
| St. Elizabeth Medical Center | 200 Medical Village Dr., Edgewood, KY, 41017 | 2/17/2003 - I don't remember the discharge date. I don't remember the exact date in October of 2002. |

F. Each **pharmacy** that has dispensed medication to you in the **last ten (10) years**.

| Name | Address |
|---|---|
| Wal-Mart | 4999 Houston Rd., Florence, KY, 41042 |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| None | N/A |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Silmar Resins Division of Interplastic Chemicals | 3835 Latonia Ave., Covington, KY, 41015 |

CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Robert G. Smith_      ROBERT G SMITH     11-23-05
Signature     Print Name     Date

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff Profile Form was served on the parties in this action on this ___9___ day of December, 2005:

<u>Via United States mail</u>

Wilfred P. Coronato
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
*Counsel for Defendant*


<u>Via electronic mail</u>
Wilfred P. Coronato at Hughes Hubbard & Reed
Phillip A. Wittmann at Stone Pigman, et al
Aretha D. Davis at Dechert, LLP


(Service by Lexis Nexis attempted but plaintiff not yet entered into **Lexis Nexis system**)

_____
Grant Kaiser