UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX
      Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Judith Lynch, et al v. Merck & Co., Inc.
(2:05-cv-05072-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## PLAINTIFFS' MOTION TO AMEND COMPLAINT WITH INCORPORATED MEMORANDUM

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs move to amend the complaint as set forth in the attached Amended Complaint based on the death of Plaintiff, Marjorie Wind. Alan Wind will be substituted as the Administrator of the Estate of Marjorie Wind. Local opposing counsel has no objections to this request. Defendant's Liaison counsel has been unresponsive.

THE PLAINTIFF,

By_____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to all counsel and pro se parties of record as follows:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130

Rachel Amankulor
Alan Schwartz
Daniel L. Crosby
Kenneth F. Baum
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508

Michael A. Stratton