**Exhibit A - Trial in Barnett 8/14/06**

• **Smith - Oppo - MIL 6**

| | | |
|---|---|---|
| [2221:1] - [2221:25] | 8/14/2006 | Barnett Trial v.11 (pages 2221- ) (Reicin) |

```
page 2221
     2221
1                      UNITED STATES DISTRICT COURT
2                      EASTERN DISTRICT OF LOUISIANA
3
4
5      IN RE: VIOXX PRODUCTS        *    MDL DOCKET NO. 1657
       LIABILITY LITIGATION         *
6                                   *
                                    *
7      THIS DOCUMENT RELATES TO     *    AUGUST 14, 2006, 8:30 A.M.
                                    *
8                                   *
       GERALD BARNETT V. MERCK      *    CASE NO. 06-CV-485-L
9        & CO., INC.                *
       * * * * * * * * * * * * * *
10
11
                            VOLUME XI
12                     JURY TRIAL BEFORE THE
                   HONORABLE ELDON E. FALLON
13                 UNITED STATES DISTRICT JUDGE
14
       APPEARANCES:
15
16     FOR THE PLAINTIFF:         ROBINSON, CALCAGNIE & ROBINSON
                                  BY:  MARK P. ROBINSON JR., ESQ.
17                                620 NEWPORT CENTER DRIVE
                                  NEWPORT BEACH, CALIFORNIA 92660
18
19     FOR THE PLAINTIFF:         BEASLEY ALLEN CROW METHVIN
                                     PORTIS & MILES
20                                BY:  ANDY D. BIRCHFELD JR., ESQ.
                                  234 COMMERCE STREET
21                                POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA 36103
22
23     FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                                     PALENCHAR & SCOTT
24                                BY:  PHILIP S. BECK, ESQ.
                                       ANDREW L. GOLDMAN, ESQ.
25                                54 W. HUBBARD STREET, SUITE 300
                                  CHICAGO, ILLINOIS 60601
page 2222
1
```

| | | |
|---|---|---|
| [2389:9] - [2390:11] | 8/14/2006 | Barnett Trial v.11 (pages 2221- ) (Reicin) |

```
page 2389
8      THE BENCH.)
9               MR. GOLDMAN:  YOUR HONOR, HE IS ABOUT TO GET INTO THE
10     "EXPRESSION OF CONCERN" WHICH YOUR HONOR EXCLUDED FROM THE
11     PLUNKETT TRIAL.
12              MR. ROBINSON:  HE DIDN'T EXCLUDE IT HERE.  IT'S
13     CROSS-EXAMINATION, YOUR HONOR.  I MEAN, I THINK SHE KNEW.  SHE
14     SAW THIS.  IT GOES TO --
15              THE COURT:  NOT SO LOUD.  I CAN HEAR YOU.
16              MR. ROBINSON:  YOUR HONOR, IT SHOWS THAT, BASICALLY,
17     WHAT SHE IS SAYING IS -- SHE JUST SAID, "IT'S OKAY.  IT'S OKAY
18     IF I PUBLISHED THIS BECAUSE OF THE PRE-SPECIFIED POINT."  THEY
19     GO IN THERE AND THEY GO, "NO, THAT'S HER EXCUSE, BUT WE DON'T
20     THINK THAT'S RIGHT.  WE WOULD HAVE ACCEPTED" --
21              MR. GOLDMAN:  JUDGE, THIS IS A HEARSAY DOCUMENT
22     THAT'S PUBLISHED BY THE NEW ENGLAND JOURNAL OF MEDICINE.  IT IS
23     NOT A PEER-REVIEWED ARTICLE.  IT CANNOT BE USED TO IMPEACH HER.
24     IT'S AN OPINION OF DR. CURFMAN AND DR. DRAZEN.  IT IS NOTHING
25     MORE THAN HEARSAY, AND IT DOESN'T GO TO IMPEACH HER AT ALL.
page 2390
```

**Exhibit A - Trial in Barnett 8/14/06**

**• Smith - Oppo - MIL 6**

```
1              THE COURT:  THAT'S A CLOSE ONE, IT HONESTLY IS.  I'LL
2    OVERRULE THE OBJECTION AND ALLOW IT.  IT'S A CLOSE ONE.  I DO
3    IT BECAUSE SHE KNOWS ABOUT IT.  THIS IS SOMETHING THAT SHE HAS
4    GOT TO BE ABLE TO RESPOND TO.
5              MR. BECK:  YOUR HONOR, ARE YOU SAYING HE CAN ASK HER
6    QUESTIONS ABOUT IT?  HE CERTAINLY CANNOT PUT THE DOCUMENT IN.
7              THE COURT:  NO, YOU CAN'T PUT THE DOCUMENT IN.  JUST
8    ASK IF SHE KNOWS --
9              MR. ROBINSON:  CAN I HAVE HER READ THE DOCUMENT?
10             MR. BECK:  ASK HER IF SHE KNOWS IT AND SHE CAN
11   EXPLAIN.
12             (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
```