UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:** *Camellia R. Persica v. Merck & Co., Inc.*, No. 05-1016.

### NOTICE OF DEPOSITION OF DR. ARTHUR NEIL SMITH

To:   Camellia R. Persica, through her attorney of record,
Kathryn Landry
Ieyoub & Landry, LLC
8180 YMCA Plaza, Suite C
Baton Rouge, Louisiana   70810

PLEASE TAKE NOTICE that on September 11, 2006, beginning at 11:30 a.m. and continuing day-to-day until completion, counsel for Defendants will take the deposition upon oral examination of Arthur Neil Smith, M.D., before a notary public or other authorized officer, at Dr. Smith's office located at 2223 Quail Run, Suite D-1, Baton Rouge, Louisiana   70815.

Dr. Smith is directed to bring the copies of the documents listed on Exhibit A (attached) to

1

his deposition.

Dated: August 21, 2006.

Respectfully submitted,

*[signature]*

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
    Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504)523-1580
Facsimile: (504) 524-0069

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
    Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition of Dr. Arthur Neil Smith by Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CMF/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 21st day of August, 2006.

