UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

*********************************************

**THIS DOCUMENT RELATES TO:** *Camellia R. Persica v. Merck & Co., Inc.*, No. 05-1016.

## NOTICE OF DEPOSITION OF DR. RODNEY HILLIS

To: Camellia R. Persica, through her attorney of record,
Kathryn Landry
Ieyoub & Landry, LLC
8180 YMCA Plaza, Suite C
Baton Rouge, Louisiana 70810

PLEASE TAKE NOTICE that on September 13, 2006, beginning at 8:00 a.m. and continuing day-to-day until completion, counsel for Defendants will take the deposition upon oral examination of Rodney Hillis, M.D., before a notary public or other authorized officer, at Dr. Hillis' office located at 10101 Park Rowe Ave., Suite 200, Baton Rouge, Louisiana 70815.

Dr. Hillis is directed to bring the copies of the documents listed on Exhibit A (attached) to

1

his deposition.

Dated: August 21, 2006.

                                Respectfully submitted,

                                _____
                                Richard C. Stanley, 8487
                                Bryan C. Reuter, 23910
                                Thomas P. Owen, Jr., 28181
                                    Of
                                STANLEY, FLANAGAN & REUTER, L.L.C.
                                909 Poydras Street, Suite 2500
                                New Orleans, LA   70112
                                Telephone:   (504)523-1580
                                Facsimile:    (504) 524-0069

                                Phillip A. Wittman, 13625
                                Dorothy H. Wimberly, 18509
                                Carmelite M. Bertaut, 3054
                                    Of
                                STONE PIGMAN WALTHER WITTMANN, L.L.C.
                                546 Carondelet Street
                                New Orleans, LA   70130

                                Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition of Dr. Rodney Hillis by Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CMF/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 21st day of August, 2006.

*[signature]*