UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:** *Camellia R. Persica v. Merck & Co., Inc.*, No. 05-1016.

### NOTICE OF DEPOSITION OF DR. TIMOTHY BELLA

To:  Camellia R. Persica, through her attorney of record,
     Kathryn Landry
     Ieyoub & Landry, LLC
     8180 YMCA Plaza, Suite C
     Baton Rouge, Louisiana  70810

PLEASE TAKE NOTICE that on September 7, 2006, beginning at 4:00 p.m. and continuing day-to-day until completion, counsel for Defendants will take the deposition upon oral examination of Timothy Bella, M.D., before a notary public or other authorized officer, at Dr. Bella's office located at 10127 Florida Boulevard, Baton Rouge, Louisiana  70815.

Dr. Bella is directed to bring the copies of the documents listed on Exhibit A (attached) to

1

his deposition.

Dated: August 21, 2006.

Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
      Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone:     (504)523-1580
Facsimile:     (504) 524-0069

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
      Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA  70130

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition of Dr. Timothy Bella by Merck & Co., Inc. has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CMF/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 21st day of August, 2006.

*[signature]*