**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657** |
| | **Section L** |
| | **Judge Eldon E. Fallon** |
| | **Magistrate Judge Daniel E. Knowles, III** |

**THIS DOCUMENT RELATES TO:**
    *Robert G. Smith v. Merck & Co., Inc.*, **Case No. 2:05-CV-04379**

_____

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANT MERCK & CO., INC.'S MOTION FOR ORDER**
**EXCLUDING TESTIMONY OF GARY SANDER, M.D.**

_____

*(Defendant's Expert Challenge No. 2)*

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to agreement, counsel for Plaintiff reserves Plaintiff's right to file a Memorandum

of Law and/or Opposition to Merck's Daubert challenge of Dr. Sander subsequent to his deposition

on August 15-16, 2006.  Plaintiff will file an opposition to Merck's Motion to Exclude on the date

agreed to previously by parties.

Dated:  August 21, 2006

                                                  Respectfully submitted,


Drew Ranier                                        /s/ Grant Kaiser
Louisiana Bar No. 8320                             Grant Kaiser
**RANIER, GAYLE & ELLIOT LLC**                     Texas Bar No. 11078900
1419 Ryan Street                                   **THE KAISER FIRM LLP**
Lake Charles, Louisiana 70601                      8441 Gulf Freeway, Suite 600
(337) 494-7171; fax (337) 494-7218                 Houston, Texas 77017
                                                   (713) 223-0000; fax (713) 223-0440

Walter Umphrey
Texas Bar No. 20380000
**PROVOST UMPHREY LAW FIRM LLP**
490 Park Street
Beaumont, Texas 77701
(409) 835-6000; fax (409) 838-8888


James L. "Larry" Wright
Texas Bar No. 22038500
**THE WATTS LAW FIRM LLP**
111 Congress Avenue, Suite 1010
Austin, Texas 78701
(512) 479-0500; fax (512) 473-0328

Mikal Watts
Texas Bar No. 20981820
**THE WATTS LAW FIRM LLP**
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478
(361) 887-0500; fax (361) 887-0055


John Eddie Williams, Jr.
Texas Bar No. 21600300
Jim Doyle
Texas Bar No.6094450
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226


ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of August, 2006.


/s/ Grant Kaiser
Grant Kaiser
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com


cc      By email only:

Robert Van Kirk          rvankirk@wc.com
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C.  20005
(202) 434-5000; fax (202) 434-5029

Carrie A. Jablonski          carrie.jablonski@bartlit-beck.com
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440