# EXHIBIT A

# ROFECOXIB AND SERIOUS CORONARY HEART DISEASE

*Report to*

Seeger Weiss LLP

## Wayne A. Ray, Ph.D.

*Professor of Preventive Medicine*
*Director, Division of Pharmacoepidemiology*

*Department of Preventive Medicine*
*Vanderbilt University School of Medicine*
*A 1124 Medical Center North*
*Nashville, TN 37232*

M0006B06300

*Report of Wayne A. Ray, Ph.D.*          *11 January 2006 2*

## A. Qualifications

My name is Wayne A. Ray. I am currently a Professor of Preventive Medicine at Vanderbilt University School of Medicine. I am Director of the Division of Pharmacoepidemiology and of the Master of Public Health Program. Below is a brief summary of my qualifications and experience. Attached is a complete *curriculum vitae* that lists all of my publications, including those within the past ten years.

I have been deposed or given testimony on six occasions in the past 4 years:

Deposition for Baycol, July 2004;

Deposition for Vioxx, Stubblefield, September 2004;

Deposition for Fenphen, February 2005

Deposition for Vioxx, Ernst, March 2005

Deposition for Vioxx, Humeston, July 2005

Testimony for Vioxx, Plunkett, December 2005

My current fee for serving as a consulting or testifying expert is $500 per hour.

I have carried out pharmacoepidemiologic research for thirty years and am actively involved in the design, execution and analysis of numerous pharmacoepidemiologic studies. I am a Fellow of the International Society for Pharmacoepidemiology (ISPE). I am the Principal Investigator for the Vanderbilt Center for Education and Research on Therapeutics, funded by a grant from the federal Agency for Health Care Quality and Research. I am also the Principal Investigator for a Cooperative Agreement with the Food and Drug Administration. In performing my duties, I am continuously required to evaluate and design studies that determine whether or not there is evidence that a medication causes an adverse reaction.

I have published more than 150 manuscripts in the peer reviewed literature. Most of these articles are pharmacoepidemiologic investigations that concern the adverse and beneficial effects of medications. Several of these have been published in *The New England Journal of Medicine*, *The Journal of the American Medical Association*, *The Annals of Internal Medicine*, and *Lancet*.

I review articles for numerous leading medical journals. These include *New England Journal of Medicine*, *Journal of the American Medical Association*, *Lancet*, *Annals of Internal Medicine*, *Science*, *British Medical Journal*, *Circulation*, *American Journal of Medicine*, *American Journal of Epidemiology*, *Journal of Clinical Epidemiology*, *Epidemiology*, *Journal of the American Geriatrics Society*, *Journal of Gerontology: Medical Sciences*, *The Gerontologist*,

M00GB06301

*American Journal of Public Health, Statistics in Medicine, Medical Care, Chest, Bone and Mineral Research,* and *Neuron.*

In my role as Principal Investigator for the Cooperative Agreement with the Food and Drug Administration, I have met regularly with FDA officials from the Center for Drug Studies. My work involves rapid identification and confirmation of adverse medication reactions and assessment of appropriateness of medication use. When potential medication problems develop, I frequently am contacted by the FDA to provide advice or perform studies.

I have served as an *ad hoc* committee member on two occasions for FDA Advisory Committees, providing expertise in study design methodology. I have consulted with the FDA concerning the impact and effect of a "black box" warning on clinical practice.

I have served as a member of several NIH and CDC study section panels in which I was required to carefully evaluate the methodology of studies submitted for potential federal research funding.

I have participated as an expert in the deliberations of numerous national organizations concerned with evaluating research methodology, including the Institute of Medicine.

I have been the Principal Investigator on 31 research grants, funded by the National Institutes of Health, the Centers for Disease Control, the Food and Drug Administration, the Agency for Health Care Quality and Research, non-profit organizations, and pharmaceutical companies. I have been a co-investigator on numerous other grants.

I founded the Masters of Public Health Program at Vanderbilt University and currently am the Program Director. I have consistently taught courses in advanced epidemiology in the MPH program. I have trained numerous students in the use of epidemiologic methods for research and have supervised Master's and Ph.D. theses.

I have conducted several studies of the gastrointestinal and cardiovascular safety of the NSAIDs and coxibs, medications that are of interest in this matter. These have been published in the peer reviewed scientific literature including *The Annals of Internal Medicine* and *The Lancet.*

The basis for my opinions expressed herein is derived from my education, training, research, experience, expertise, and review of the peer-reviewed medical literature and other publicly available documents concerning the treatment of musculoskeletal disorders, the NSAIDs, the coxibs, and cardiovascular illness.

M006B06302

## B. Objectives

Musculoskeletal problems are common and produce pain and inflammation that has adverse clinical, social, and economic consequences. Until 1998, the most common medications to treat these symptoms were the *non-steroidal anti-inflammatory drugs* (NSAIDs), such as naproxen. However, all of the NSAIDs increased the risk of stomach ulcers, which rarely can have serious, life-threatening consequences.

The *coxibs* are a subclass of NSAIDs that were first introduced into clinical practice in 1998. They have efficacy similar to NSAIDs, but were hypothesized to be less likely to cause ulcers. Thus, it was hoped that these medications would provide a safer alternative to the NSAIDs. Rofecoxib (Vioxx), one of the first of these agents, was introduced in the U.S. in 1999. However, widespread concern about rofecoxib's safety was raised in 2000 when the results of the VIGOR clinical trial showed a 5-fold increased risk of myocardial infarctions and a nearly 3-fold increased risk of serious coronary heart disease relative to patients taking naproxen. On September 30 of 2004, it was withdrawn from the market by its manufacturer, Merck & Co., because a second large clinical trial that was placebo-controlled confirmed the increased risk of myocardial infarctions and serious coronary heart disease.[1]

I have been asked to address the following issues in this report:

1. Does rofecoxib increase the risk of myocardial infarctions and serious coronary heart disease?

2. If increased risk is present, what is the magnitude of this risk?

3. If increased risk is present, is it also present for short duration use, defined as that of less than 30 days.

I have based my analysis of these questions on scientifically reliable evidence provided in the peer-reviewed, published scientific literature and other authoritative sources. In evaluating this literature, I have used generally accepted clinical research and epidemiologic methods. The conclusions I offer herein are based on information and methodology that are accurate to a reasonable degree of scientific and medical certainty.

MO06B06303

## C. Analysis and Conclusions

## 1. NSAIDs

### 1.1 History

Musculoskeletal problems and the associated pain and inflammation have been an inevitable part of the human condition. These problems can result from acute trauma (sports injuries, accidents, etc.) or from chronic degenerative diseases such as osteoarthritis or rheumatoid arthritis.

One of the earliest remedies for pain and inflammation came from the bark of the willow tree and other plants. In the 19th century, the active ingredient, *salicin* (a derivative of *salix*, the Latin name for willow and the botanical name of the genus), was isolated. In 1897, the German chemist Felix Hoffman, an employee of Bayer Industries, synthesized acetylsalicylic acid, or aspirin,[2] an event considered by some as the dawn of the modern age of pharmacotherapy.

For many decades, aspirin was the leading non-narcotic analgesic. It provided some relief of fever, pain, and inflammation. Although not free of side-effects, it was relatively safe, particularly when compared to the other alternatives for treatment of pain and inflammation. The narcotic analgesics were more potent analgesics, and thus found more use for severe pain. However, these opioid derivatives were addictive and had other undesirable side effects.  In 1951, cortisone was successfully synthesized from soybeans.  This structural relative of the sex hormones, or *corticosteroid*, had more potent anti-inflammatory activity than aspirin, but also had serious side effects which limited its long-term use to patients with the most severe symptoms. Thus, there was a search for aspirin-like drugs that had greater efficacy in pain and inflammation at doses that could be tolerated.

In 1963, indomethacin was introduced for the treatment of rheumatoid arthritis.[3]  This compound was like aspirin in that it relieved pain and inflammation, but did not have the adverse effects of either narcotic analgesics or corticosteroids. At doses that could be tolerated, it had greater potency than aspirin. Soon, the introduction of similar compounds followed, including ibuprofen (1969) and naproxen (1976).   Because of the popularity of these medications, other companies raced to find similar compounds. By 1995, there were more than 20 such drugs on the market.

This class of compounds came to be known as *non-steroidal anti-inflammatory drugs* or NSAIDs. The "anti-inflammatory" refers to one of their major properties, the reduction of inflammation. The "non-steroidal" differentiates them from the corticosteroids, the other commonly used anti-inflammatory drugs. By the early 1990s, these drugs were used by millions of persons in the U.S.,[2,4-6] particularly those 65 years of age and older. At that time,

M0608G06304

approximately 40% of people 65 years or older filled at least one prescription for an NSAID each year, and on any given day, approximately 13% were taking a prescription NSAID.[4,7]

## 1.2 MECHANISM OF ACTION

In 1971, Vane and colleagues discovered that aspirin inhibited the synthesis of prostanoids. These are a class of compounds derived from lipids (fatty substances) that mediate a wide variety of physiologic functions throughout the body. The prostanoids include a group of compounds known as prostaglandins as well as thromboxane $A_2$.[8,9]

There is now considerable evidence[3,10] that among the many functions mediated by prostaglandins is the body's response to pain and inflammation. Injurious stimuli (mechanical, heat, etc.) have been shown to trigger their release. Prostaglandins promote edema and blood flow into the injured region. There is evidence that they are involved in hyperalgesia, or a state in which the injured region becomes more sensitive to pain. Thus, it is now understood that the efficacy of NSAIDs in relieving pain and reducing inflammation is closely related to their suppression of prostaglandin synthesis.

## 1.3 NSAID GASTROPATHY

NSAIDs, although considered relatively safe, had one particularly troublesome adverse effect: an increased risk of serious upper gastrointestinal disease or *gastropathy*, which includes peptic ulcers, upper gastrointestinal bleeding, perforated ulcers, and obstructions.[2] Clinical reports of patients taking aspirin who later had bleeding or perforated ulcers led to the suspicion that aspirin was involved. By the 1940's, there was research demonstrating that aspirin could damage the gastric mucosa, the moist inner lining of the stomach. By the 1970's, data from epidemiologic studies demonstrated that aspirin use definitely increased the risk of gastropathy.[11]

During the 1970s, the use of several non-aspirin NSAIDs became common and use of these far surpassed that of aspirin. For many years, it was controversial as to whether or not these drugs increased gastropathy risk. However, in the 1980s, several epidemiologic studies[4,12-16] demonstrated that they did increase risk. Not only was there increased risk, but the magnitude of that increase was high. The data showed that the NSAIDs increased the risk 4 to 6 times and that this risk increased with the dose of the drug.

This risk was not an important factor for many patients (such as younger persons) because their baseline risk of upper gastrointestinal disease was low.[15,16] However, for elderly patients or other persons with elevated baseline risk, NSAID gastropathy was an important clinical consideration.

The discovery that NSAIDs were potent inhibitors of the synthesis of prostaglandins (see §1.4) led to better understanding of their upper gastrointestinal toxicity.[2] It became known that

M006B09305

prostaglandins are involved in defending the stomach from the potentially harmful effects of gastric acid. Thus, inhibition of prostaglandin synthesis leads to decrease of gastrointestinal mucosa, decrease in mucosal blood flow, and to a decrease in production of bicarbonate, which acts to neutralize gastric acid.[2]

## 1.4 Coxibs

The high rate of upper gastrointestinal side effects of NSAIDs led to a search for agents with similar efficacy that were safer. One approach was the co-administration of another medication to prevent the NSAID side-effect. Misoprostol, a prostaglandin $E_1$ analogue, has been proven effective in preventing NSAID gastropathy.[17,18] Histamine-2 receptor antagonists ($H_2$RA) decrease production of gastric acid and, in adequate doses, can prevent gastric and duodenal ulcers.[18] Proton-pump inhibitors (PPIs), the class of drugs to which omeprazole (Prilosec) belongs, effectively suppress the production of gastric acid[19] and have been shown to be very effective in preventing NSAID gastropathy.[18,19]

Another option is use of acetaminophen (Tylenol), not an NSAID, which provides effective relief for pain.[20,21] However, there is some evidence that certain NSAIDs provide better control for certain symptoms, particularly those related to inflammation.[22] Thus, substantial research was focused upon the development of an NSAID that conferred lower risk of gastropathy.

This research led to the class of medications now known as the *coxibs*. All prostanoid synthesis relies on an intermediate enzyme, known as *cyclooxygenase*,[3,9] abbreviated as COX. This enzyme is inhibited by NSAIDs, which is thought to be responsible for both their therapeutic and adverse effects. The key discovery in the development of coxibs was that there were at least two types of COX, COX-1 and COX-2, each of which could catalyze prostanoid synthesis (Figure 1).

MDG06060306

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  8*

COX-1 is thought to be primarily involved in routine cell functioning (some references refer to COX-1 as "housekeeping"), partly because the COX-1 enzyme is usually present ("constitutive") in cells. It is involved, among other functions, in protecting the stomach lining.[29] In contrast, COX-2 is thought to be produced as part of the physiologic response to unusual events ("inducible"). Thus, it is believed that COX-2 is part of the mechanism that produces pain and inflammation in response to injury.

This discovery led to the synthesis of compounds that were much stronger inhibitors of COX-2 than COX-1. The hypothesis was that these would retain the NSAID effect of relieving pain and inflammation (due to their inhibition of COX-2), but would not cause gastrointestinal disease (because they were weak inhibitors of COX-1). These new compounds were known as coxibs, which distinguished them from the older NSAIDs.



Figure 1 NSAIDs/coxibs and the synthesis of prostanoids. Sources, Fitzgerald and Patrono, 2001; Sanderson *et al* 2005; Wolfe, 1999.

## 1.5 ROFECOXIB

Rofecoxib was one of the first two coxibs developed and was approved by the FDA in May of 1999. Another coxib, celecoxib (Celebrex), had been approved in December of 1998. At present, there are 4 other coxibs in clinical use: valdecoxib (Bextra, now with marketing suspended), parecoxib (Dynastat, an injectable pro-drug for valdecoxib, not approved in the U.S.), etoricoxib (Arcoxia, not yet approved in U.S.), and lumiracoxib (Prexige, not yet approved in U.S.).

The primary uses of rofecoxib include two broad classes of disorders that cause pain/inflammation: acute conditions (such as dental surgery or dysmenorrhea) where the therapeutic objective is short-term relief of symptoms, and chronic musculoskeletal disorders (particularly osteoarthritis, rheumatoid arthritis, and low back pain) where the goal is control of

M006806307

symptoms over longer periods.   For both acute[23] and chronic[22-26]indications, rofecoxib has an efficacy that is generally equivalent to that of NSAIDs such as ibuprofen and naproxen.

Rofecoxib was available in three doses, 12.5mg, 25mg, and 50mg. Clinical trials demonstrated that the 25mg dose has greater efficacy than that of 12.5mg.  However, the data from published studies[24-26] reported that the doses higher than 25mg are no more effective than 25mg, although for acute pain (such as post-dental surgery), the onset of analgesia may be more rapid with the 50mg dose.

In September of 2004, an interim analysis was performed in the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, a randomized, double-blind, placebo-controlled study of 25mg of rofecoxib for cancer chemoprevention.  Patients on rofecoxib had a nearly three-fold increased risk of serious coronary heart disease (CHD), which includes myocardial infarctions, sudden cardiac death, and unstable angina[a].[27]  On September 30, Merck withdrew the drug from the market.  Given rofecoxib's widespread use, Graham and colleagues estimated that it caused as many as 100,000 excess myocardial infarctions, including up to 40,000 deaths.[28]

Even prior to rofecoxib's withdrawal, serious questions were raised about its safety.  The primary issue has been the potential for increased risk of serious coronary heart disease and other adverse cardiovascular effects, which ultimately led to the removal from the market.  There were 3 lines of evidence that rofecoxib could increase risk of serious coronary heart disease:

1.  Pharmacologic properties of the drug;

2.  Clinical trials that included serious coronary heart disease and other cardiovascular disease as endpoints;

3.  Epidemiologic investigations of rofecoxib's safety.

Each of these is reviewed in detail in the following sections.

## 2.  Pharmacologic Properties and Risk of Serious CHD

There is considerable interest in the pharmacologic mechanisms by which rofecoxib increases the risk of serious coronary heart disease.  The leading candidate mechanisms are related to the creation of an imbalance by differentially suppressing the synthesis of two

---

[a]Coronary heart disease refers to diseases related to the narrowing or obstruction of the coronary arteries, which supply blood to the myocardium, or muscle of the heart.  Among the most serious manifestations of coronary heart disease are myocardial infarction, sudden cardiac death, and unstable angina.  Because these share the same underlying mechanism, it is standard practice in clinical trials and epidemiologic studies to use serious coronary heart disease as an endpoint.  In many studies, this endpoint is defined as myocardial infarction and sudden cardiac death.

M006B06308

prostanoids (Figure 1): thromboxane $A_2$ ($TXA_2$) and prostacyclin ($PGI_2$).[29] However, other plausible mechanisms have been proposed, which may vary according to the individual coxib.[30]

## 2.1 THROMBOXANE A₂

The efficacy of low-dose aspirin for preventing myocardial infarctions and other serious coronary heart disease is currently understood to be due to an important anti-thrombotic effect of inhibition of prostanoid synthesis.[31] $TXA_2$ is part of the body's mechanism for response to excess bleeding, which includes promoting clotting activity through the aggregation of platelets and constricting blood vessels. $TXA_2$ also can promote the proliferation of vascular smooth muscle cells.[29] As part of this process, platelets utilize endogenous COX-1 to synthesize $TXA_2$ in response to physiologic stimuli.

In an irreversible chemical reaction, aspirin inactivates the platelet's supply of COX-1. Because platelets cannot manufacture COX-1, this inhibits the capacity of platelets to synthesize $TXA_2$ for the 8-10 day life of the platelet. This occurs even with very low-doses of aspirin, lower than those generally effective for relief of pain or inflammation. Thus, even though the half-life (the time for the body to eliminate one-half of a drug's dose) of aspirin is only a few hours, platelet aggregation is inhibited for several days.

This property of aspirin is the leading explanation of its efficacy for secondary prevention of coronary heart disease.[32] In contrast, other NSAIDs, such as ibuprofen and naproxen, only reduce $TXA_2$ synthesis while they are present in the blood and the magnitude of the reduction is related to their dose. Because there is not a linear relationship between $TXA_2$ synthesis and platelet aggregation, the magnitude and duration of the anti-thrombotic effect of non-aspirin NSAIDs is controversial.[9]

Platelets are not thought to contain material amounts of COX-2. Thus, the suppression of platelet $TXA_2$ synthesis has not been demonstrated to occur with coxibs.[29,33]

## 2.2 PROSTACYCLIN

In the vascular endothelium, prostacyclin ($PGI_2$) opposes the action of $TXA_2$. Thus, it inhibits platelet aggregation, causes vasodilation, and prevents the proliferation of smooth-muscle cells.[29] Initially, the synthesis of endothelial $PGI_2$ was thought to be dependent upon COX-1, which is expressed constitutively in the endothelium. However, in the mid-1990s it became known that COX-2 was the dominant source of $PGI_2$[29] and published investigations demonstrated that coxibs inhibited synthesis of $PGI_2$.[34] This finding later was confirmed for several individual coxibs, including rofecoxib.[35]

If COX-2 is not constitutively present in the vascular endothelium, how can a coxib affect endothelial synthesis of $PGI_2$? The work of Fitzgerald and colleagues suggests that transient

M006806309

hemodynamic factors, such as shear stress, favor the endothelial production of COX-2.[29]

Thus, a leading explanation for the increased risk of serious coronary heart disease conferred by rofecoxib is the creation of an imbalance by differential suppression of the synthesis of $TXA_2$ and $PGI_2$. Coxibs suppress the latter, but not the former. This would tend to favor the thrombogenesis in the coronary arteries, increase the risk of hypertension, and promote atherosclerosis. Any one of these effects, alone or in combination, would tend to increase the risk of serious coronary heart disease. As Fitzgerald notes:[29]

> *"Thus, a single mechanism, depression of prostaglandin $I_2$ formation, might be expected to elevate blood pressure, accelerate atherogenesis, and predispose patients receiving coxibs to an exaggerated thrombotic response to the rupture of an atherosclerotic plaque."*

## 3. Clinical Trials

The gold standard for evaluation of medications is the randomized controlled trial, or RCT. This involves random assignment of patients to the study groups. These will consist of the drug under study and one or more comparison groups, which may include either an alternative drug for treatment of the same medical condition, or an inactive compound known as placebo. If properly conducted, any differences in outcomes between the treatment conditions reflects differences between the treatments per se; randomization produces groups that are comparable with respect to other patient factors. Furthermore, clinical trials collect data on both beneficial and adverse effects of the medication. This permits an assessment of whether the benefits of a medication outweigh any risks. Thus, properly conducted RCTs provide the best evidence for whether or not a drug has a net beneficial effect.[36]

Data from clinical trials must be analyzed according to the *intention to treat* principle.[37] This means that data must be analyzed according to the groups into which patients were initially placed and for the entire followup period, regardless of what happens to the treatment assignment during the trial. When patients change treatments in a trial—for example, switching from one drug to another or stopping treatment—it might seem attractive to analyze that patient according to their current treatment status. However, it now is known that switching groups or stopping treatment often is a marker for patients at high or low risk and that not preserving the original assignment will introduce bias, removing the advantage of an RCT.[36]

A major limitation of clinical trials is related to the concept of *statistical power*.[36] Power refers to the capacity of a study to detect an adverse effect, given that a drug confers excess risk for that effect. Power thus is defined as the probability that the analysis will detect a true effect[a].

---

[a]The formal definition of power is 1-Probability[Type II error], or 1-β. Type II error is defined as concluding that an effect does not exist, given that it truly does. Thus, power is only defined prior to when a study is conducted and for non-significant findings. If a finding is statistically significant, then the concern is Type I error, or stating that an effect is present when it is not.

M006806310

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  12*

Power is expressed as a percentage from 0% to 100%; 0% means that a study can never be statistically significant (as in a study with 1 person in each group) and 100% means that a study will always detect a true effect. It is a generally accepted precept of clinical research that reliable analyses should have a power of at least 80% or better.[36-38] That is, given that an effect exists, the study will detect it at least 4 times out of 5.

The power of a study depends upon the background frequency, or *incidence*, of an adverse effect, the magnitude of the excess risk conferred by the drug, the sample size of the study, both in terms of numbers of patients and length of followup, and the level of statistical significance used to decide whether or not a finding is due to chance. Power must be considered when a study reports a finding of no statistically significant difference between the treatments. That finding could be due to either lack of a true difference or insufficient statistical power. In an extreme case, a study with two persons, one assigned to each treatment, would never report a statistically significant difference between the treatments, regardless of how different they actually were.

We now can review the totality of the RCT data for rofecoxib. Apart from very short-term trials early in drug development or for acute pain indications, these trials include:

1. The VIGOR trial in rheumatoid arthritis (§3.1);

2. The ADVANTAGE trial in osteoarthritis  (§3.2);

3. The totality of the trials for chronic musculoskeletal problems and pain  (§3.3);

4. The APPROVe trial for preventing colonic polyps  (§3.4);

5. The trials in Alzheimer's disease and related conditions  (§3.5);

6. The recently terminated cancer chemoprevention trials, VICTOR and VIP  (§3.6).

This review will provide the best evidence, from the totality of the data, of whether or not rofecoxib increases the risk of serious coronary heart disease. It also will provide the best estimate of the magnitude of rofecoxib's effect on this disease.

## 3.1 THE VIGOR TRIAL

### 3.1.1 Rationale

The entire rationale for the development and marketing of the coxibs was to provide patients with medications that were safer than the NSAIDs. Neither the theory underlying their

M00GB06311

development nor the clinical trials of their efficacy provided evidence that these drugs were more effective than NSAIDs. Thus, the primary justification for the use of a coxib would be that it conferred lower risk of gastropathy than an NSAID.

Initially, this hypothesis was tested using endoscopy to identify ulcers. These studies demonstrated that the occurrence of gastroduodenal ulcers detected by endoscopy was less frequent among patients taking rofecoxib than among patients receiving certain NSAIDs.[39,40]

However, the clinical importance of these "endoscopic ulcers" was controversial. Many of these ulcers, which often are small and asymptomatic, might heal spontaneously and never cause the patient problems. Furthermore, one of the effects of COX-2 inhibition is interference with wound healing.[41,42] This suggested that rofecoxib could inhibit the healing of small, asymptomatic lesions, which in turn could increase incidence of gastropathy.

Thus, the rofecoxib label was required to contain standard language warning of the risks of NSAID-gastropathy until a clinical trial was conducted that demonstrated rofecoxib users had a lower rate of clinically important gastropathy.[a] This led Merck to design and conduct a trial intended to demonstrate a clinically meaningful safety advantage for rofecoxib.

### 3.1.2 Design

The VIOXX Gastrointestinal Outcomes Research Study (VIGOR)[43] trial recruited patients with rheumatoid arthritis who were expected to receive NSAID therapy for up to 1 year. Patients were randomized to receive either 50mg of rofecoxib or 1000mg of naproxen daily. There was no acetaminophen arm, often recommended for patients with chronic musculoskeletal disease who are at high risk of NSAID gastropathy.[44]

The trial sought to exclude patients who were taking other drugs that might dilute the possible gastrointestinal benefits of rofecoxib *vis a vis* naproxen. Patients were not allowed to take aspirin. Because even the low doses used for preventing serious coronary heart disease cause gastropathy,[2] allowing these patients in the trial would have increased the rate of gastropathy among rofecoxib users. Similarly, use of other drugs that can cause gastropathy, including anticoagulants, ticlopidine, and cyclosporin, was not allowed. Patients also were not allowed to take drugs that would have reduced the risk of gastropathy in the naproxen arm. These included misoprostol, PPIs, and $H_2$RAs in gastroprotective doses. Patients at high risk of cardiovascular disease, based upon history of cerebrovascular events, myocardial infarction, or coronary bypass, also were excluded from the trial.

---

[a] See U.S. Food and Drug Administration. Approved product label for VIOXX (rofecoxib tablets and oral suspension) May 20, 1999.

M006B06312

*Report of Wayne A. Ray, Ph.D.*                                     *11 January 2006  14*

### 3.1.3 Efficacy and Gastrointestinal Safety

Both rofecoxib and naproxen showed similar efficacy in controlling the symptoms associated with rheumatoid arthritis. Using the Global Disease Activity Score, the patient's assessment of the severity of the symptoms, there was a reduction (meaning fewer symptoms) of 0.51 for rofecoxib vs 0.53 for naproxen.

Rofecoxib users also had a lower incidence of clinically diagnosed adverse gastrointestinal effects. These patients had 2.1 confirmed adverse gastrointestinal effects per 100 patient years of followup versus 4.5 per 100 for naproxen users (p<.001). The reduced risk was present for the serious events, which were those classified as perforation, obstruction, or severe bleeding by a committee of experts unaware of the patient's treatment assignment. There were 0.6 events per 100 patient-years for rofecoxib users versus 1.4 per 100 patient-years for naproxen users (p=.005).

### 3.1.4 Serious Coronary Heart Disease

An important finding of VIGOR was a substantially increased risk of serious coronary heart and cardiovascular disease in the rofecoxib group (Table 1). Several types of disease were assessed. These included fatal and nonfatal myocardial infarctions, serious coronary heart disease, and serious

Table 1 VIGOR:  Myocardial infarctions, serious coronary heart disease, and serious cardiovascular disease

|  | Naproxen | Rofecoxib |
|---|---|---|
| N patients | 4029 | 4027 |
| Person-Years[1] | 2714 | 2694 |
| **Myocardial Infarctions** | | |
| N[3] | 4 | 20 |
| Rate/1000 P.Y. | 1.47 | 7.42 |
| Relative Risk | 1 | 5.04 |
| p-value[4] | | .003 |
| **Serious Coronary Heart Disease** | | |
| N[3] | 10 | 28 |
| Rate/1000 P.Y. | 3.68 | 10.39 |
| Relative Risk | 1 | 2.82 |
| p-value[4] | | .005 |
| **Serious Cardiovascular Disease** | | |
| N[6] | 20 | 45 |
| Rate/1000 PY | 7.4 | 16.8 |
| Relative Risk | 1 | 2.27 |
| p-value[4] | | .002 |

[1]Source: Calculated from data presented by Weir *et al, Am Heart J* 2003;146:591.
[2]Includes fatal MIs, see Targum review 1 Feb 2001.
[3]Source: ibid
[4]Method: z-statistic using large-sample formula for the standard error of the log of the rate-ratio.
[5]Source: Targum review 1 Feb 2001. Includes MIs, sudden death, and unstable angina.
[6]Source: Mukhjerjee *et al. JAMA* 2001;286:954

M006B06313

cardiovascular disease[a].

Among rofecoxib users, there were 20 myocardial infarctions whereas there were 4 for naproxen users. The relative risk was 5.04 (p=.003); that is, rofecoxib 50mg users were more than 5 times as likely to have a myocardial infarction as were naproxen users.

Serious coronary heart disease[b] included the myocardial infarctions, sudden cardiac death, and unstable angina. In the rofecoxib group there were 28 cases of serious coronary heart disease versus 10 in the naproxen group (Table 1). The relative risk for rofecoxib patients was 2.82 (p=.005).

Serious cardiovascular disease was a broader endpoint that included a variety of conditions. In addition to serious coronary heart disease, it included cerebrovascular disease (primarily ischemic strokes) as well as peripheral vascular disease (such as deep-vein thrombosis). The latter is somewhat controversial since the etiology of these may be different from that of coronary and cerebrovascular events.

There were 45 patients[c] in the rofecoxib and 20 patients in the naproxen groups with serious cardiovascular events (Table 1). Thus, rofecoxib conferred a relative risk of 2.27 (p=.002) for these events.

### 3.1.5 The Naproxen Hypothesis

The VIGOR study demonstrated that when rofecoxib (at least in the 50mg dose) was compared to naproxen, the former produced a 2.8-fold increased risk of serious coronary heart disease and a 5-fold increased risk of acute myocardial infarction. Merck attributed these findings to a pronounced protective effect of naproxen. The VIGOR trial publication[43] obscured the risk associated with rofecoxib. For gastrointestinal outcomes, the relative risk ratios used rofecoxib as the numerator and naproxen as the denominator, resulting in ratios less than 1 indicating the expected lower rate of gastrointestinal disease in the rofecoxib arm. According to generally accepted practice, the risk ratios should have been calculated in the same manner for serious coronary heart disease and myocardial infarctions. Had this been done, they would have

---

[a]The data presented here are for cardiovascular events that were confirmed by adjudication. There were many events not confirmed by adjudication. For example, the Targum (FDA) memo of 1 February 2001 notes that there were a total of 65 and 33 serious cardiovascular events for rofecoxib and naproxen, respectively, referred to adjudication, of which 46 (45 patients) and 20 were confirmed. To the extent that failure to adjudicate an event was based upon incomplete information, often the case in large clinical trials, this will cause the rates of adjudicated cases of cardiovascular disease to underestimate the true rates.

[b]The publication of Bombardier *et al* presenting the VIGOR results did not included information on serious coronary heart disease. The data here were obtained from the Targum (FDA) memo of 1 February 2001 in which serious coronary heart disease is referred to as "cardiac events".

[c]These patients had 46 events, which is the number listed in Targum's 1 February 2001 memo.

shown, for example, the 5-fold increased risk[a]. Instead, the risk ratios were inverted, with naproxen as the numerator and rofecoxib as the denominator. This yielded a number less than 1, with the finding described as a protective effect of naproxen.

Subsequent publications with funding from Merck,[35,45,46] proffered the interpretation that the VIGOR findings were due to a cardio-protective effect of naproxen. Merck continued this practice until rofecoxib was withdrawn from the market and, even following withdrawal, continued to support the "naproxen hypothesis" in some publications.[47,48]

Following publication of the VIGOR results, the hypothesis of whether or not naproxen prevented myocardial infarctions and serious coronary heart disease was tested in epidemiologic studies. A protective effect of a magnitude sufficient to explain the VIGOR findings would be manifested as relative risks of 0.20 and 0.35 for myocardial infarctions and serious coronary heart disease, respectively. This is a much more pronounced effect than that of aspirin,[32] which was seen in epidemiologic studies long before clinical trials were conducted.[49] Thus, if naproxen had a cardio-protective effect of sufficient magnitude to explain the VIGOR findings, epidemiologic studies would be capable of detecting it.

In January of 2002, we published the findings of a large epidemiologic investigation of naproxen in *The Lancet*.[50] This study, with 6362 cases of serious coronary heart disease (myocardial infarction or sudden cardiac death), reported no protective effect of naproxen (Table 2, relative risk of 0.95, not statistically significant). Thus, more than two years before rofecoxib was withdrawn from the market, a large, published study provided data that raised substantial doubt about the "naproxen hypothesis".

There now are 14 published epidemiologic studies[b] assessing the cardio-protective effect of naproxen (Table 2).[28,50-62] Using standard meta-analysis techniques,[63] the pooled estimate of the relative risk is 0.97 (95% CI, 0.91-1.03, p = .33), showing that naproxen is not cardioprotective.

---

[a]Actually the VIGOR publication would have only shown a 4-fold increased risk because 3 myocardial infarctions, all in the VIOXX group, were not reported, even though Merck was aware of these while the publication was being revised (see *New England Journal of Medicine*, 29 December 2005, p 2813).

[b]The study of Graham *et al* was published after APPROVe but its findings were presented at an international scientific meeting (International Conference on Pharmacopepidemiology) in August of 2004.

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  17*

Table 2  Epidemiologic studies of naproxen and serious coronary heart disease

| Study | Setting | Dates | Endpoint[1] | N | Relative Risk | 95% CI | | |
|---|---|---|---|---|---|---|---|---|
| Watson, 2002 | UK GPRD | 01/88-12/99 | AMI | 435 | 0.57 | 0.31 | - | 1.06 |
| Rhame, 2002 | Quebec | 01/92-12/94 | AMI | 14163 | 0.79 | 0.63 | - | 0.99 |
| Kimmel, 2004 | Philadelphia | 05/98-04/01 | AMI[2] | 1055 | 0.48 | 0.28 | - | 0.82 |
| Jick, 2000 | UK GPRD | 01/96-12/98 | AMI | 27 | 1.00 | 0.30 | - | 3.30 |
| Ray, 2002a | Tennessee | 01/87-12/98 | SCHD | 6362 | 0.95 | 0.82 | - | 1.09 |
| Solomon, 2002 | New Jersey | 01/91-12/95 | AMI | 4425 | 0.84 | 0.72 | - | 0.98 |
| Schlienger, 2002 | UK GPRD | 01/92-08/97 | AMI | 3319 | 0.68 | 0.42 | - | 1.13 |
| Ray, 2002b | Tennessee | 01/99-06/01 | SCHD | 5316 | 0.92 | 0.73 | - | 1.16 |
| Mamdani, 2003 | Ontario | 04/98-3/01 | AMI | 701 | 1.00 | 0.60 | - | 1.70 |
| García Rodríguez, 2004 | UK GPRD | 01/97-12/00 | SCHD | 4975 | 0.89 | 0.64 | - | 1.24 |
| Graham, 2005 | California | 01/99-12/01 | SCHD | 8143 | 1.14 | 1.00 | - | 1.30 |
| Levesque, 2005 | Quebec | 1/99-6/02 | AMI | 2844 | 1.17 | 0.75 | - | 1.84 |
| Hippisley-Cox, 2005 | UK general practices | 08/00-07/04 | SCHD[3] | 9218 | 1.27 | 1.01 | - | 1.60 |
| Johnson, 2005 | Denmark | 1/00-12/03 | AMI | 10280 | 1.50 | 0.99 | - | 2.29 |
| *Pooled Estimate* | | | | | 0.97 | 0.91 | - | 1.03 |

[1]AMI = Acute myocardial infarction, SCHD = Serious coronary heart disease, which is AMI and sudden cardiac death.
[2]Includes only non-fatal AMIs.
[3]Includes out-of-hospital deaths if these were coded as due to AMI

Further confirmation of the lack of a naproxen protective effect was provided by data recently released from an ongoing NIA randomized placebo-controlled trial of celecoxib and naproxen in Alzheimer's disease (ADAPT). Although detailed data are not yet available, there was no cardioprotective effect for the naproxen arm; indeed, these patients were reported to have an increased rate of cardiovascular events relative to patients receiving placebo.[a]

### 3.1.6  Do VIOXX Cardiovascular Risks Outweigh Ulcer Benefits?

The VIGOR data showed that increased occurrence of serious cardiovascular disease in users of rofecoxib more than offset the reductions in serious gastrointestinal disease (Table 3). In the rofecoxib group, there were 9.4 excess cases of serious cardiovascular disease per 1000 person-years versus a reduction of 7.8 cases of serious gastrointestinal disease. Thus, these patients

---

[a]See NIH press release of 20 December 2004 (http://www.nih.gov/news/pr/dec2004/od-20.htm). The release notes " In addition, however, data from the ADAPT trial indicated an apparent increase in cardiovascular and cerebrovascular events among the participants taking naproxen when compared with those on placebo".

M06806316

actually had more cases of serious disease (either cardiovascular or gastrointestinal) than did naproxen users. Furthermore, cardiovascular disease such as myocardial infarction usually has much more serious long-term consequences than gastrointestinal disease such as a peptic ulcer. Indeed, a published decision analysis shows that users of rofecoxib 50mg have lower life expectancy than do users of naproxen 1000mg.[64] Thus, the data from this large randomized trial, considered the best form of evidence upon which to base clinical practice,[36] demonstrate the inferior overall safety of rofecoxib compared to naproxen.

This was recognized by a comment from an FDA reviewer, Dr. Targum, who noted that the overall findings of VIGOR point to naproxen as the "preferred drug", in spite of its recognized risk of peptic ulcer disease [a]. Furthermore, the risk of ulcers in NSAID users is substantially reduced by concurrent use of misoprostol, PPIs, or adequate-dose H₂RAs, all very safe medications.[18,44,65,66] Thus, given the findings of the VIGOR study, a much less risky strategy for patients would be to use naproxen with a drug such as a PPI. The PPI should substantially reduce gastrointestinal disease (patients were not allowed to take these in the VIGOR trial), further tipping the overall balance of benefit versus risk in favor of naproxen.

Apart from VIGOR, there is no other study that has demonstrated a benefit of rofecoxib versus an NSAID with regard to serious, clinically important upper gastrointestinal disease. As recognized by all

**Table 3** VIGOR trial: Comparison of serious gastrointestinal and cardiovascular disease, per 1000 patient years of followup

|  | Naproxen | Rofecoxib |
|---|---|---|
| N patients | 4029 | 4027 |
| Person-Years[1] | 2714 | 2694 |
| *Serious Cardiovascular Disease* | | |
| N[2] | 20 | 45 |
| Rate/1000 PY | 7.4 | 16.8 |
| Excess cases/1000 PY | 0 | 9.4 |
| *Serious Gastrointestinal Disease* | | |
| N[3] | 37 | 16 |
| Rate/1000 PY | 13.7 | 5.9 |
| Excess cases/1000 PY | 0 | -7.8 |
| [1]Source: Calculated from data presented by Weir et al, *Am Heart J* 2003;146:591. [2]Source: Mukhjerjee *et al*, *JAMA* 2001;286:954 [3]Source: Bombardier *et al*, *NEJM* 2000;343:1520 | | |

parties, this is the only generally accepted proof of the better gastrointestinal safety profile of a coxib[b]. One might speculate that rofecoxib was safer than an NSAID in populations different

---

[a]Memo of 1 February 2001, p. 35.

[b]See Merck Memorandum Regarding VIOXX Science Issues, 21 October 2005, p20, in which it is stated *"Only Vioxx is clinically proven to reduce serious GI bleeding. As a group, coxibs reduce the incidence of GI ulcers as compared to traditional NSAIDs but only Vioxx has been shown to reduce the risk of serious GI bleeding as compared to traditional NSAIDs"*

M00B06317

from that of the VIGOR trial, such as persons at high risk of upper gastrointestinal disease and low risk of cardiovascular disease. However, there have been no definitive trials in such populations. Thus, according to generally accepted scientific standards, the best evidence to date is that naproxen is a safer drug than rofecoxib[e].

### 3.1.7 The 25mg Dose

The efficacy of rofecoxib is due to inhibition of the synthesis of prostanoids (§1.4). Mechanistic studies indicate that a leading explanation for the cardiotoxicity of rofecoxib is a consequence of this same property (§2). This information was known by Merck scientists, at least in part, at the time the VIGOR findings were released.[46] Thus, it was quite possible that doses that suppressed prostanoid synthesis sufficiently to be efficacious also were toxic. The efficacy studies in arthritis patients had found that the anti-inflammatory/analgesic effect of the 25mg dose is similar to that of the 50mg dose (see §1.5). This thus raised a strong signal, or basis for concern, that the lower doses were cardiotoxic. This concern was buttressed by the fact that PGI$_2$, involved in the possible mechanisms for cardiotoxicity, also is one of the prostaglandins that mediates inflammation.[67]

Given these data, after the VIGOR trial results became known, a prudent course of action would have been to consider that all clinically efficacious doses had the same effect as the 50mg dose. This would have entailed severely curtailing the use of all doses. If there was a reasonable scientific basis for assuming the lower doses were safe, then urgent studies could have been mounted to confirm its safety. As the editor of *The New England Journal of Medicine* states in a 2005 editorial:[68]

> *"However, when these clinical trials showed an increased risk of myocardial infarction, rather than consider this finding a major danger signal, the manufacturers designed trials to show efficacy for other indications and enhanced the cardiovascular safety monitoring in these subsequent trials. It is a sobering thought that although the number of deaths and cardiovascular events attributable to COX-2 inhibitors remains in dispute, had trials designed to test the question of cardiovascular toxicity directly been launched in 1999 and executed with urgency, substantial morbidity and perhaps a substantial number of deaths could have been prevented."*

---

[e] A post hoc analysis of the VIGOR data has been published (Gastroenterology 2003;124:288–292)showing that the rofecoxib arm had lower rates of lower gastrointestinal disease than did the naproxen arm. However, this post hoc analysis, while suitable for hypothesis generation, does not confirm a benefit of rofecoxib for this endpoint. As the authors themselves note: *"this was a post hoc analysis of a prospective double-blind trial; the trial was not designed specifically to evaluate lower GI events. For this reason, a large prospective outcomes study designed to examine lower GI events will be required to confirm our findings."*

MOD6B06316

Report of Wayne A. Ray, Ph.D.                                    11 January 2006  20

### 3.1.8 Conclusion

When the VIGOR findings were revealed, the most prudent interpretation of the data was that rofecoxib increased the risk of serious coronary heart disease. At that time, there were no published clinical trials or epidemiologic studies showing a cardioprotective effect of naproxen and the theoretical basis for such an effect was limited at best. Thus, a 2.8-fold excess of serious coronary heart disease in patients taking rofecoxib logically would suggest that rofecoxib increased the risk of this serious adverse effect. Even if this had not been proven conclusively at the time the VIGOR findings were released, the principle of acting conservatively to protect patient health[a] would require assuming rofecoxib had potential adverse cardiovascular effects until reliable data demonstrated otherwise. As noted by the editor of *The New England Journal of Medicine* in an editorial accompanying the publication of the APPROVe trial results,[68]

> *"As we apply new science to develop new medicines, we must not forget that our first job is to do no harm."*

There now is substantial evidence that naproxen has no material cardioprotective effect. However, the question does remain whether, prior to the APPROVe trial report, the naproxen hypothesis had sufficient scientific credibility to confidently assume that it explained the VIGOR findings.

At its inception, the naproxen hypothesis was speculative and controversial. Naproxen had been available for nearly 25 years and used by many millions of patients. However, there were no published studies showing that it reduced risk of serious coronary heart disease. A further basis for skepticism was that the argument advanced by Merck, based upon studies of platelet aggregation,[35] logically implied that naproxen was at best as cardioprotective as low-dose aspirin.[9] However, studies of aspirin [32,48] have demonstrated only a 20-25% reduction in serious coronary heart disease[b], not the 65-80% reduction required to explain the VIGOR trial

---

[a] A reasonable doubt about medication safety often is the basis for public health action. This can include withdrawal of the drug or restriction of use until more definitive data are available. The specific action depends upon the severity of the adverse effect, the ultimate benefit of the drug to the patient, and the availability of alternative therapies. See for example, Dr. Leo Lutwak's statement at the 28 September 1995 meeting of the FDA Endocrinologic and Metabolic Drugs Advisory Committee Hearing that reviewed dexfenfluramine.

*"Now for proof of efficacy, we demand very strict criteria: placebo-controlled, double-blind studies conducted under very careful conditions for long periods of time. Safety data generally are much softer. If evidence of lack of safety, suspicion is often enough to raise questions "* p233-234

[b] The 20%-25% reduction is for "secondary prevention", that is patients who have high risk of cardiovascular disease because they have already experienced an event. As Patrono et al (2004) note:

*"Long-term aspirin therapy confers a conclusive net benefit on the risk of subsequent MI, stroke, or vascular death among subjects with an intermediate-to-high risk of vascular complications. These include patients with chronic stable angina, patients with prior MI, patients with unstable angina and patients with TIA or minor stroke as well as other high-risk categories. The proportional effects of long-term aspirin therapy on vascular events in these different clinical settings are rather homogenous, ranging between a 20% and a 25% odds reduction based on an overview of*

M006806319

*Report of Wayne A. Ray, Ph.D.*                                        *11 January 2006  21*

findings.[69] As Topol notes:[48]

> *"the magnitude of the effect would be unlikely to exceed that of aspirin, at a 25 percent reduction of heart attacks. Instead, in the VIGOR trial, there was a 500 percent increase in heart attacks. This makes any "naproxen hypothesis" of cardioprotection mathematically indefensible."*

Trials could have been rapidly initiated in patients at high risk of cardiovascular disease to clarify this matter.   These could have included trials of rofecoxib vs acetaminophen in arthritis patients at high risk of heart disease or rofecoxib vs naproxen+PPI in such patients[a].   Indeed, prominent experts suggested these types of studies.[69,70]  Following the "first do no harm" principle, rofecoxib use should have been severely curtailed while these studies were being conducted.

## 2.2 THE ADVANTAGE Trial

The  ADVANTAGE study (Table 4) was a Merck-sponsored 12 week trial of 25 mg rofecoxib vs 1000 mg naproxen in patients with osteoarthritis.[71,72] The average duration of the study was 69 days.  In the initial publication of the study,[71] there were 5 AMIs in the rofecoxib group and 1 in the naproxen group.  However, this article did not mention the sudden cardiac deaths.  Furthermore, there was controversy concerning the way in which Merck had classified these deaths, with

Table 4 ADVANTAGE Trial, Serious Coronary Heart Disease

|  | Naproxen | Rofecoxib |
|---|---|---|
| N patients | 2772 | 2785 |
| *Serious Coronary Heart Disease* | | |
| N | 3 | 10 |
| Risk/1000 | 1.08 | 3.59 |
| Relative Risk | 1 | 3.32 |
| p-value[1] | | .07 |

[1]Calculated with z-statistic using large-sample formula for the standard error of the log of the risk-ratio

*all randomized trials".*

However, many patients in the VIGOR trial would be considered as a lower risk, or "primary prevention" population.  The cardio-protective effects of aspirin may be lower in this population; indeed, a recent large placebo controlled trial in women found no protective effect for myocardial infarctions or cardiovascular deaths (NEJM 2005;352:1293).  Thus, the protective effect of aspirin (and by Merck's reasoning, naproxen)  for serious coronary heart disease in the VIGOR population, of whom 54% had no history of cardiac disease (see Targum memo) and 80% were female, should be less than the generally accepted 20%-25% reduction.

[a]One might ask what would be different about this than VIGOR.  One element of Merck's explanation for the VIGOR findings was that the trial prohibited aspirin use and sought to exclude patients for whom aspirin was indicated.  However, a substantial number of aspirin-eligible patients enrolled in the trial.  Thus, the reasoning was that  naproxen "replaced" aspirin in that arm of the trial and the protective effect emerged.  In a trial of high-risk cardiovascular disease patients, all would be using aspirin, so, according to the Merck interpretation, the putative anti-platelet effects of naproxen would be irrelevant.

M006B06320

*Report of Wayne A. Ray, Ph.D.*                              *11 January 2006  22*

evidence of under-reporting[a].

Table 4 shows the data for the ADVANTAGE trial, with the cases of serious coronary heart disease as determined by the FDA[b]. The patients in the rofecoxib group have a 3.32 fold increased risk (p=.07).

### 3.3 ALL TRIALS FOR CHRONIC MUSCULOSKELETAL DISORDERS AND PAIN

Jüni and colleagues conducted a meta-analysis of rofecoxib trials, with a particular focus on acute myocardial infarction. The analysis was conducted by independent researchers and was published in *The Lancet* on 4 December 2004.[73]

The meta-analysis identified all randomized controlled trials with publically available data in adult patients with chronic musculoskeletal disorders (the only approved indication for non-short-term use of rofecoxib) that compared rofecoxib in doses of 12.5 to 50 mg with placebo or other NSAID. This thus excluded trials for acute pain indications, which are typically of very short duration, and other diseases in which NSAID/coxib therapy was experimental, such as Alzheimer's[74] and cancer chemoprevention. Ultimately, 18 randomized controlled trials with 25,273 patients met the study criteria.

The findings demonstrated that rofecoxib produced a 2.24-fold increased risk of acute myocardial infarction (p=.007). This finding was evident by mid-2000, when the relative risk for rofecoxib became statistically significant.

Table 5 Meta-analysis of rofecoxib clinical trials for chronic musculoskeletal disorders.

| | Relative Risk (95% CI) | p, hetero-geneity |
|---|---|---|
| All comparisons | 2.24 (1.24-4.02) | |
| Type of Control | | |
| Placebo | 1.04 (0.34-3.12) | 0.41 |
| Naproxen | 2.93 (1.36-6.33) | |
| Other NSAID | 1.55 (0.55-4.36) | |
| Daily Dose of Rofecoxib | | |
| 12.5 mg | 2.71 (0.99-7.44) | 0.69 |
| 25 mg | 1.37 (0.52-3.61) | |
| 50 mg | 2.83 (1.24-6.43) | |
| Duration of Trial | | |
| 6+ months | 2.17 (1.03-4.59) | 0.82 |
| <6 months | 2.33 (0.90-6.03) | |
| External Endpoints Committee | | |
| Yes | 3.88 (1.88-8.02) | 0.011 |
| No/unclear | 0.79 (0.29-2.13) | |
| Source: Jüni *et al*, *Lancet* 364:2021 | | |

---

[a]As reported in the New York Times, 24 April 2005, one of the sudden cardiac deaths was reported by Merck as a death of unknown cause. Initially, a Merck scientist classified the death as due to a myocardial infarction; however, after senior Merck officials objected to this classification, it was listed as an "unknown" cause. An FDA reviewer later reclassified this case as a sudden cardiac death.

[b]Villalba memo, End of Review November 28, 2001, cases adjudicated as serious coronary heart disease

M006B06321

Jūni and colleagues[73] then tested the hypothesis of whether or not there were any reliable conclusions that could be drawn about whether or not the risk varied according to characteristics of the trials. That is, were there rofecoxib users for whom there was sufficient power to conclude that their risk of myocardial infarctions was higher or lower than the overall estimate of a 2.2-fold increase.  They conducted this analysis using a generally accepted test for heterogeneity.[a] They found no evidence that the risk differed according to type of control group, dose, or duration of rofecoxib therapy (Table 6).  They did find that studies that had an external endpoints committee were more likely to detect increased risk than were trials without such a committee (Table 6, p = .011).

The authors of the meta-analysis thus concluded:

> "*If Merck's statement in their recent press release that 'given the availability of alternative therapies and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take' was appropriate in September, 2004, then the same statement could and should have been made several years earlier, when the data summarized here first became available.  Instead, Merck continued to market the safety of rofecoxib*".

## 3.4  THE APPROVE TRIAL

The APPROVe trial was designed to test the hypothesis that rofecoxib treatment reduced the recurrence of colonic polyps, thus potentially reducing the risk of colorectal cancer.  The double-blind study compared 25mg of rofecoxib daily versus placebo and included independent adjudication of cardiovascular events and an independent external data safety monitoring committee.  The population studied was considered at relatively low risk of cardiovascular disease.[70]

---

[a]If this test of heterogeneity is statistically significant, then that is strong evidence that the groups differ. When there is a statistically significant finding, the issue of inadequate power is not a factor because power is defined as 1-the probability of concluding an effect is absent when one is truly present. Thus power is only defined for non-significant findings.

M006B06322

*Report of Wayne A. Ray, Ph.D.*                           *11 January 2006  24*

The final results of the trial became available in February of 2005.[27] The analysis showed that rofecoxib more than doubled the risk of myocardial infarction, increased the risk of serious coronary heart disease (cardiac events) 2.8-fold,  and nearly doubled the risk of serious cardiovascular disease (Table 6). All of these were statistically significant. Although Merck claims the risk was restricted to patients with more than 18 months of use,  this argument is based upon a post-hoc subgroup analysis and is neither scientifically reliable nor consistent with other available data (see §6). Following the preliminary analysis of the trial results in September of 2004, rofecoxib was withdrawn from the market.

**Table 6 APPROVe trial: Key findings.**

|  | Placebo | Rofecoxib |
|---|---|---|
| N patients | 1287 | 1299 |
| Person-Years | 3327 | 3059 |
| **Myocardial Infarction[1]** | | |
| N | 12 | 23 |
| Rate/1000 P.Y. | 3.61 | 7.52 |
| Relative Risk | 1 | 2.08 |
| p-value[2] |  | .039 |
| **Serious Coronary Heart Disease** | | |
| N | 12 | 31 |
| Rate/1000 P.Y. | 3.61 | 10.13 |
| Relative Risk | 1 | 2.80 |
| p-value[2] |  | .002 |
| **Serious Cardiovascular Disease[3]** | | |
| N | 26 | 46 |
| Rate/1000 PY | 7.81 | 15.0 |
| Relative Risk | 1 | 1.92 |
| p-value[2] |  | .008 |

Source: Bresalier *et al*, NEJM 2005;352.
[1]MIs include nonfatal and fatal.
[2]p-values calculated from log(RR)/se(log(RR)), using the standard formula for se.
[3]Same definition as for VIGOR (Table 1).

## 3.5 THE ALZHEIMER'S AND RELATED DISEASE TRIALS

Another indication for which the coxibs were studied was Alzheimer's disease and conditions thought to predispose to this serious illness.[75]  This was based upon the hypothesis that inflammation played a role in the pathogenesis of Alzheimer's and that thus anti-inflammatory agents, such as the coxibs, might either slow the progression of established disease or prevent development of Alzheimer's in high-risk patients.  There were a total of 4 such studies initiated for rofecoxib, 1 conducted independently by Aisen and colleagues[75] and 3 conducted by Merck (protocols 078, 091, 126). Study 126 was stopped very early because earlier trials indicated no efficacy for rofecoxib and thus there is concern[a] that its data on cardiac outcomes are unreliable.  The other three studies provide data valuable for assessing the risk of serious coronary heart disease conferred by rofecoxib.

---

[a]The 12/18/2004 Interim Review of Villalba (p. 2-3) notes that because of the very early termination of 126, Merck did not provide these data to the FDA for the April 2002 labeling negotiations.

M006B06323

The study by Aisen and colleagues[75] studied the efficacy of 25mg rofecoxib and naproxen in preventing the progression of established Alzheimer's dementia. Neither of the active drugs showed a benefit relative to placebo. As reported by the investigators, there were 3 AMIs in the rofecoxib group versus 1 in the combined naproxen-placebo group (Table 7). The relative risk for rofecoxib was 5.63 (p=.134).

Protocol 078 studied whether or not 25mg rofecoxib could reduce the rate of progression to Alzheimer's disease in patients with mild cognitive impairment, a recognized precursor to dementia.[76] In this placebo-controlled study, there was no benefit for rofecoxib, indeed, there was a 46% greater risk for developing Alzheimer's in this group (p=.011).

This large study provided an excellent opportunity to study the cardiac effects of rofecoxib with a placebo control. Unfortunately, the publication of this Merck-conducted trial did not provide the information necessary to do this. There were three problems. First, the formal analysis presented in the publication[76] uses the endpoint "serious thrombotic vascular events", which include deep-vein thrombosis (DVT). These have a different etiology than serious coronary heart disease and thus might be expected to be influenced differently by coxibs and NSAIDs. For example, air travel is a recognized risk factor for DVT,[77] whereas it is not for myocardial infarction. Second, it is not possible from the data presented in the publication to determine the precise number of patients who had either a cardiac death or AMI, which is essential to study of serious coronary heart disease. Third, safety followup for patients was stopped 14 days after drug use ceased, which is contrary to the intention-to-treat principle. It seems an apparent contradiction that Merck argued for the APPROVe trial that cardiac risk takes a minimum of 18 months to develop, but, in this and other studies, used procedures based on the assumption that such risk would dissipate in 14 days.

These data were thus analyzed using the Merck pre-defined endpoint of serious coronary heart disease and the intention-to-treat principle. The data files that Merck submitted to the FDA were used for this analysis[a]. This analysis (Table 7) demonstrated a 2.26-fold increased risk of serious coronary heart disease in the rofecoxib group (p=.012).

Protocol 091 was another study of the efficacy of 25mg rofecoxib in slowing progression of established Alzheimer's disease.[74] No benefit of rofecoxib was observed. An analysis of these data, following the same procedures as for protocol 078, found no increased risk of serious coronary heart disease.

A pooled analysis of the Alzheimer's trials was conducted to determine the risk of serious coronary heart disease conferred by rofecoxib in these placebo-controlled trials (Table 7). Standard meta-analysis techniques were used.[63] There was a 1.95-fold increased risk (95% CI 1.11-3.44) that was statistically significant (p=.020).

---

[a]These files were obtained from Dr. Richard Kronmal, at the University of Washington.

**Table 7**  Rofecoxib Trials for Alzheimer's and Related Disorders and Risk of Serious Coronary Heart Disease

| Trial | Placebo | | | Rofecoxib | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PY | Events | Rate/1000 | PY | Events | Rate/1000 | RR | 95% CI | p |
| Aisen[1] | 229 | 1 | 4.37 | 122 | 3 | 24.59 | 5.63 | 0.59-54.1 | .134 |
| 078[2] | 1809.13 | 14 | 7.74 | 1660.99 | 29 | 17.46 | 2.26 | 1.19-4.27 | .012 |
| 091[2] | 384.59 | 5 | 13.00 | 371.98 | 3 | 8.06 | 0.62 | 0.14-2.60 | .513 |
| Pooled | | | | | | | 1.95 | 1.11-3.44 | .020 |

[1]The comparator group included both placebo and naproxen.  Events were AMIs.
[2]The comparator group was placebo.  Events were cardiac events, as defined by Merck.

## 3.6  VICTOR AND VIP

When rofecoxib was withdrawn from the market, there were two additional cancer chemoprevention trials in progress, VICTOR and VIP.  VICTOR was a trial of the efficacy of 25mg rofecoxib in the prevention of colorectal cancer recurrence with approximately 1200 persons randomized to rofecoxib and placebo groups.  VIP studied the effects of 25mg rofecoxib for prostate cancer chemoprevention with approximately 2300 persons in each arm.

The results of both trials (Table 8) are consistent with an increased risk for rofecoxib.

**Table 8**  Rofecoxib Trials for Cancer with Preliminary Analysis:  VICTOR and VIP

| Trial | Placebo | | | Rofecoxib | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | Events | Risk /1000 | N | Events | Risk /1000 | RR | 95% CI | p |
| VICTOR[1] | 1169 | 5 | 4.28 | 1172 | 14 | 11.95 | 2.79 | 1.01-7.75 | .049 |
| VIP[2] | 2300 | 8 | 3.48 | 2300 | 10 | 4.35 | 1.25 | 0.49-3.17 | .638 |

[1]Sources, Farquhar report, p. 56 and Rayburn report p. 19 (14 cases serious CV disease in rofecoxib arm versus 5 in placebo arm).  The endpoint is "thrombotic events"; for cardiac events there were 8 in the rofecoxib group and 2 in the placebo group (RR = 3.99).
[2]Sources, Farquhar report, p. 57; endpoint is "cardiac events"

## 3.7  ALL RANDOMIZED CLINICAL TRIALS

Table 9 shows a pooled analysis of the rofecoxib RCTs, which summarizes the totality of the evidence from randomized controlled trials of this coxib's cardiovascular safety.  The trials include those for chronic pain/musculoskeletal disorders, the indication for which rofecoxib was approved, as well as those for the experimental indications cancer chemoprevention and

M006806325

*Report of Wayne A. Ray, Ph.D.*                                    *11 January 2006  27*

Alzheimer's disease.  These latter studies include doses of 25mg and placebo comparators.  The pooling was conducted using standard techniques for meta-analysis.[63]

The findings from the pooled analysis (Table 9) demonstrate that rofecoxib increases the risk of serious coronary heart disease 2.16-fold (95% CI, 1.58-2.94).  The p value is .000001, or a 1 in one million probability that the finding is due to chance.  There is strong consistency between the individual groups of studies, with the relative risks ranging from 1.25 to 2.80.

**Table 9**  Pooled Analysis of Randomized Controlled Trials:  Rofecoxib and Serious Coronary Heart Disease

| Trial | Dose, mg | Comparator | N Patients[1] | Rofecoxib Relative Risk | 95% CI | p |
|---|---|---|---|---|---|---|
| Musculoskeletal | 12.5/25/50 | Various | 25,273 | 2.24 | 1.24-4.02 | .007 |
| Alzheimer's | 25 | Placebo[2] | 1307/1193 | 1.95 | 1.11-3.44 | .020 |
| APPROVe | 25 | Placebo | 1299/1287 | 2.80 | 1.44-5.45 | .002 |
| VICTOR | 25 | Placebo | 1172/1169 | 2.79 | 1.01-7.75 | .049 |
| VIP | 25 | Placebo | 2300/2300 | 1.25 | 0.49-3.17 | .638 |
| Pooled | | | | 2.16 | 1.58-2.94 | .000001 |

[1] Rofecoxib/ Comparator.  [2] Includes 118 patients assigned to take naproxen.

## 3.8 Patients with Other Risk Factors for Coronary Heart Disease

Is risk changed for patients who take rofecoxib and who also have other risk factors for coronary heart disease?  Analyses of high-risk groups of patients have been reported for some of the clinical trials (Table 10).  These suggest that the risk of serious coronary heart disease is increased even further in patients who take rofecoxib.

**Table 10**  Rofecoxib and serious coronary heart disease in patients with established risk factors for myocardial infarction

| | Rofecoxib Relative Risk |
|---|---|
| VIGOR: Patients who meet FDA criteria for aspirin propylaxis | 4.89 (p=.01) |
| APPROVE: Patients with heart disease symptoms | 9.59 (p=.02) |
| APPROVE: Patients with diabetes | 6.10 (p=.02) |

Sources: FDA, Villalba memo 28 November 2001, Appendix 5; Bresalier *et al* NEJM 2005; 352:1092.

## 3.9 Conclusion

The clinical trials clearly and consistently show that rofecoxib substantially increases the risk of serious coronary heart disease.  This finding occurs for trials of both the 25 and 50 mg doses

M00680326

of rofecoxib and for placebo as well as naproxen comparators. To date, there is no reliable evidence from the clinical trials that suggests this risk is absent for any particular type of patient. Indeed, the available data suggest the risk may even greater for patients with high baseline risk of myocardial infarction.

# 4 Epidemiologic Studies

Eight epidemiologic studies have been published of the association between rofecoxib and acute myocardial infarction (Table 11).[28,54,56,60-62,78,79] Five of these were conducted in large automated databases[80] and one was an interview-based case-control investigation. Six[28,54,56,60-62] were funded independently of the pharmaceutical industry and two[78,79] included funding from Merck.

**Table 11**  Epidemiologic studies of rofecoxib and serious coronary heart disease

| | | N AMI/ SCHD | Rofecoxib | | |
|---|---|---|---|---|---|
| | | | All | ≤25 mg | >25 mg |
| Ray, 2002[1] | Database, Tennessee | 5316 | | 1.02 (0.76-1.37) | 1.93 (1.09-3.42) |
| Mamdani, 2002 | Database, Manitoba | 701 | 1.0 (0.8-1.4) | | |
| Solomon, 2004[2] | Database, Medicare | 10895 | 1.24 (1.05-1.46) | 1.21 (1.01-1.44) | 1.70 (1.07-2.71) |
| Graham, 2005[12] | Database, California | 8143 | 1.59 (1.10-2.32) | 1.47 (0.99-2.17) | 3.58 (1.27-10.11) |
| Kimmel, 2005[23] | Case-Control | 1718 | 2.72 (1.24-5.95) | 2.7 (p=.008)[4] | |
| Levesque, 2005 | Database, Quebec | 2844 | 1.24 (1.05-1.46) | 1.21 (1.02-1.43) | 1.73 (1.09-2.76) |
| Hippisley-Cox, 2005[1] | UK general practices | 9218 | 1.32 (1.09-1.61) | | |
| Johnson, 2005 | Denmark | 10280 | 1.80 (1.47-2.21) | | |
| Pooled analysis | | | 1.33 (1.23-1.44) | 1.22 (1.10-1.36) | 1.86 (1.41-2.45) |

AMI = Acute myocardial infarction; SCHD = serious coronary heart disease, which includes AMI and sudden cardiac death. [1]Includes sudden cardiac deaths. [2]Reference group is celecoxib. [3]Does not include fatal myocardial infarctions. [4]Kimmel *et al* note: "After exclusion of the 7 total participants reporting use of 50 mg of rofecoxib per day (the highest dosage), the results of the comparison between celecoxib and rofecoxib were unchanged (p = .008)."

The studies consistently reported an increased risk associated with rofecoxib (Table 11). The estimated relative risks ranged between 1.0 and 2.7. In six of the seven studies that conducted a pooled analysis of all rofecoxib doses, this was statistically significant. There was a strong

M006B06327

suggestion of a dose-response relationship; in the four studies that separately assessed doses >25mg, the risk for higher doses was greater than that for lower doses. The risk estimates ranged between 1.7 and 3.6; all were statistically significant.

Three of the studies used celecoxib as a reference group in order to control for difficult-to-measure factors associated with using a coxib.[a] This raises the theoretical possibility that the adverse effect attributed to rofecoxib could be a protective effect of celecoxib and indeed, some of the publications discuss this point.[79] However, subsequent to the preparation of these manuscripts, the results of the APC trial of celecoxib for chemoprevention of cancer became available.[81] These demonstrated that celecoxib, in the 400mg and 800mg doses studied in the trial, has no cardioprotective effects but rather confers increased risk of serious coronary heart disease.

The results of several of these epidemiologic studies were available to Merck prior to the decision to withdraw rofecoxib. These investigations confirmed the findings of the randomized controlled trials, demonstrating that rofecoxib is associated with increased risk of serious coronary heart disease.

## 5. Attributable Proportion of Increased Risk

It is now known that rofecoxib increases the risk of serious coronary heart and cardiovascular disease. What do these data mean for the individual patient? That is, given that a patient was taking rofecoxib and experienced serious coronary heart disease, what is the likelihood that rofecoxib was the cause of the disease? A generally accepted method of answering this question is to calculate the *attributable proportion*. This is computed as the quantity (RR-1)/RR, where RR is the relative risk (see Rothman, 1st Edition,[82] p 38).[b]

---

[a]In some of the studies the reference group for rofecoxib could be either non/former users of NSAIDs/coxibs or celecoxib. The analysis here uses the one preferred by the authors as most valid, as evidenced by which was placed in the abstract. In the Kimmel *et al* article, the celecoxib reference group is used because it controls for nonparticipation and recall bias, to which the nonuser reference analysis is highly susceptible. As Kimmel *et al* note

*" Most important, the difference between rofecoxib and celecoxib is less likely to be biased by nonparticipation, uncontrolled confounding, or recall bias."*

The accompanying editorial notes,

*"While case– control studies are prone to various selection biases, such as recall and nonparticipation bias, these should have applied equally to both rofecoxib and celecoxib."*

[b]This quantity is also known as the attributable fraction, the attributable risk, and the etiologic fraction. The derivation is as follows. Let $I_1$ be the incidence, or rate, of cases in the group exposed to rofecoxib 50mg. Let $I_0$ be the rate in the reference group (§3.1). Then, the relative risk (RR) is calculated as $I_1/I_0$. Let N be the number of patients in the rofecoxib group. The number of excess cases in the exposed group is $N*(I_1-I_0)$. Thus, the excess

M006B06328

These calculations can be performed for rofecoxib. The relative risk is taken from the pooled analysis for all of the rofecoxib clinical trials, the totality of the data. That is because the properly conducted and analyzed, adequately powered RCT provides the most reliable estimate of the magnitude of a drug's effect.[36] Given a relative risk of 2.16, the attributable proportion is 54%.

These calculations are illustrated for a hypothetical patient. The National Cholesterol Education Program provides data on the incidence of AMI, using data from the Framingham cohort study. For a patient who is male, 53 years of age, has a cholesterol/HDL of 170/50, a systolic blood pressure of 130, is a non-smoker, and has no treated hypertension, the baseline risk is 4/1000 per year. Rofecoxib increases this risk 2.16 fold, to 8.64/1000. The excess risk caused by rofecoxib is thus 8.64-4/1000 or 4.64/1000, which is 54% of the total risk.

Do the attributable proportion calculations apply to patients with other risk factors for coronary heart disease? That is, persons who smoke, who are sedentary, who have a family history of serious coronary heart disease, had past cardiovascular disease, or who have other medical conditions such as hypertension, elevated lipids or diabetes. The answer to this question is that they do. A generally accepted principle of clinical research is that the findings of a study apply to all the patients studied, unless there is strong evidence to the contrary.[83]

To date there is no evidence from clinical trials or epidemiologic studies published in the refereed literature that there are patients whose cardiovascular disease risk is not affected by rofecoxib. Both clinical trials[27,43] and epidemiologic studies[28,56,60-62,78,79] have reported the increased risk for rofecoxib in a variety of populations.

## 6. Short Duration

Merck has now recognized that rofecoxib increases the risk of serious coronary heart disease. However, Merck asserts that the increased risk was confined to persons who used rofecoxib for more than 18 months.[47,48] This claim is based on a post-hoc analysis of the subgroup of APPROVe patients who had used rofecoxib for no more than 18 months. Since the risk of myocardial infarction can be influenced by short-term or even transient factors (e.g. aspirin use), the scientific basis for Merck's "18 month hypothesis" is unclear.

Indeed, there are 4 lines of evidence that Merck's assertion is incorrect and that the risk of serious coronary heart disease is increased for patients with shorter duration of use. These are:

1. Biological plausibility;

---

proportion of cases in the exposed group is $N*(I_1-I_0)/(N*I_1) = (I_1-I_0)/*I_1$. Mathematically, this is $1- I_0/I_1 = 1-1/RR = (RR-1)/RR$. This last formula is often most convenient because some study designs (case-control) can estimate RR but not $I_1$ and $I_0$.

M006B06329

2.  Short-term studies of other coxibs;

3.  Data from clinical trials of rofecoxib for shorter periods of use;

4.  Data from epidemiologic studies for shorter periods of use.

## 6.1 BIOLOGICAL PLAUSIBILITY

A leading explanation for the cardiotoxicity of rofecoxib is unopposed inhibition of $PGI_2$ (see §2). As discussed by Fitzgerald, this is likely to increase the likelihood of an exaggerated thrombotic response to the rupture of an atherosclerotic plaque, because of a decrease in $PGI_2$-mediated inhibition of platelet activation. This effect would be expected to coincide with the decrease in $PGI_2$ caused by rofecoxib. Since this is one of the pharmacologic properties of the drug, it would be expected to occur within hours of drug ingestion.

Studies conducted in Fitzgerald's laboratory confirm the rapid effect of coxibs on $PGI_2$. Urinary excretion of a metabolite of $PGI_2$ was significantly decreased within 4-6 hours of ingestion for celecoxib[54] and within 14 days for rofecoxib.[55] Thus, these mechanistic studies suggest that the risk of serious coronary heart disease conferred by rofecoxib would be present within hours after taking the drug.

In legal briefs[a], Merck has argued that coxibs don't necessarily affect arterial prostacyclin, given that the studies cited above assayed metabolites of $PGI_2$ in the urine. However, recent studies confirm that the effect of rofecoxib is on arterial prostacyclin. A recent publication from Fitzgerald's laboratory demonstrates that COX-2 derived prostacyclin modulates vascular remodeling.[56] A recent review by Patrono and colleagues[57] also notes

*"Although TXA₂ is a prostanoid largely derived from COX-1 (mostly from platelets) and its biosynthesis is highly sensitive to inhibition by aspirin, vascular PGI₂ is derived predominantly from COX-2"*

## 6.2 SHORT-TERM STUDIES OF OTHER COXIBS

It now is evident that the suppression of $PGI_2$ synthesis is a class effect of the coxibs.[29] Recent data from clinical trials of celecoxib,[81] lumiracoxib,[85] and valdecoxib/parecoxib[41,42] demonstrate that there also is a class effect with regard to increased risk of serious cardiovascular disease.

---

[a]See filing of 10 November 2005 in Plunkett case, p. 33.

MODSB06330

       *11 January 2006 32*

Parecoxib is a pro-drug for valdecoxib that is available (in Europe) for administration by injection. Its primary clinical use is as an analgesic for post-surgical pain. There have been two placebo-controlled trials of parecoxib, in conjunction with valdecoxib, for periods of 10-14 days in patients undergoing coronary artery bypass graft surgery.[41,42] In each of these studies there was an approximately 3-fold increased risk of serious cardiovascular disease (myocardial infarctions and strokes) in the parecoxib/valdecoxib group (Table 12). These data conclusively demonstrate that the increased risk of serious cardiovascular disease conferred by a coxib can occur with very short duration of use, consistent with the probable mechanism for this effect.

**Table 12**  Valdecoxib and Serious Cardiovascular Disease

|  | Number Patients | | Cardiovascular Events | | | |
|---|---|---|---|---|---|---|
|  | Valdecoxib | Placebo | Valdecoxib | Placebo | RR | 95% CI |
| Ott et al | 311 | 151 | 14 | 2 | 3.40 | 0.82-13.98 |
| Nussemier et al | 1088 | 548 | 17 | 3 | 2.85 | 0.81-10.02 |
| Meta-analytic RR |  |  |  |  | 3.08 | 1.20-7.87 |

Source: Furberg *et al*, *Circulation* 2005 111:249. "Valdecoxib" indicates valdecoxib alone or in combination with parecoxib. Meta-analytic P=.019, P heterogeneity=0.86. Cardiovascular events include coronary and cerebrovascular events.

## 6.3 DATA FROM CLINICAL TRIALS

### 6.3.1 VIGOR

The 18 month hypothesis is inconsistent with the findings of the VIGOR study (§3.1).[43] The median duration of rofecoxib therapy was 9 months and the maximum duration was 13 months. Thus, according to Merck's 18 month hypothesis, there should have been no increased risk of myocardial infarctions. That there was a profoundly increased risk of myocardial infarction and serious coronary heart disease (Table 1) demonstrates that shorter durations cause these adverse events.

Further evidence that very short durations confers elevated risk is provided review of the time-to-event curves (Figure 2). These diverged within two months; from that point on the risk for rofecoxib was greater than that for naproxen.



| 4047 | 3643 | 3405 | 3177 | 2806 |

**Figure 2**  Time-to-event curves for VIGOR. JAMA 2001; 286:954

M00SB06331

## 6.3.2  ADVANTAGE

The ADVANTAGE trial had a maximum duration of 12 weeks and the mean duration was 69 days. The increased risk for rofecoxib was manifested within this short time period.

### 6.3.3  APPROVe, Serious Thrombotic Events

The only basis of support for Merck's 18 month hypothesis comes from a post-hoc subgroup analysis in the APPROVe trial of "serious thrombotic events", which suggests that the event curves do not begin to separate prior to 18 months.

The Merck analysis by duration is a *post hoc* subgroup analysis, particularly susceptible to misleading interpretations. In a seminal article that addressed this topic,[83] Yusuf and colleagues note:

*"Generally, trials adequate for detecting an overall treatment effect cannot be expected to detect effects within even relatively large subgroups."*

They note that this is because the subgroup analyses often

*"lead to comparisons concerning individual subgroups that are woefully lacking in power".*

Analyses that have low power often will make the error of finding that no effect is present when one actually is (see §3). Thus, they are considered unreliable.[37]

The analysis of patients who had less than 18 months of rofecoxib use in the APPROVe study is an example of an underpowered subgroup analysis. Jüni and colleagues[47] note that this subgroup analysis had only 20% power to detect an increased risk of acute myocardial infarctions of 2 or greater. A power of 20% implies that, given that there was a true effect, a study would have only a 1 in 5 chance of detecting it. The 20% power of APPROVe for the duration analysis thus is far below the generally accepted minimum power of 80% for a reliable analysis.[37]

Yusuf and colleagues also provide a compelling example of a misleading subgroup analysis, taken from a large randomized clinical trial of aspirin following heart attacks:

*"The Second International Study of Infarct Survival (ISIS-2) presented results by the astrological sign under which patients were born. Aspirin was clearly beneficial overall and for persons born under all signs except Libra and Gemini, for which apparent harmful effects were observed".*

If subgroup analyses were taken at face value, use of aspirin, a recognized therapy following heart attacks, should be determined by the patient's zodiac sign.

MO06B06332

Thus, absence of an effect in a particular subgroup, as was the case for rofecoxib use of duration no more than 18 months in APPROVe, almost never is a sufficient basis to conclude that a drug has no effect within that subgroup. As Yusuf and colleagues note,

*"the overall 'average' result of a randomized clinical trial is usually a more reliable estimate of treatment effect in the various subgroups examined than are the observed effects in individual subgroups".*

### 6.3.4 APPROVe, Myocardial Infarctions

The analysis of serious thrombotic events presented in the APPROVe publication had another major limitation. It included deep vein thromboses, a procedure which, as described in §3.5, would inappropriately obscure the risk of myocardial infarctions.

Thus, an analysis was performed of the APPROVe data with serious coronary heart disease as the endpoint, using the files provided by Merck.[a] These demonstrate separation of the event curves within 6 months (Figure 3).



Figure 3  APPROVe time-to-event

### 6.3.5 Merck Alzheimer's Trials

Analysis of the data from the Merck Alzheimer's trials also demonstrates that the risk begins early in therapy. Figure 4 shows the time-to-event curves for protocol 078 and 091, looking at the first year of followup. The increased risk conferred by rofecoxib was apparent by 2 months.



Figure 4  Time-to-event curves in Merck Alzheimer's trials (Protocols 078 and 091)

---

[a] Data provided by Dr. Richard Kronmal.

MDD6806333

### 6.3.6 VICTOR

The time-to-event curve for VICTOR was calculated by Merck from preliminary data in early 2005[a]. These data show early separation, with increased risk for rofecoxib evident in the first three months of use (Figure 5).

### 6.3.7 Power of RCTs for 1-30 Day Analysis

Why have none of the individual RCTs reported a statistically significant increased risk for the period 1-30 days? This relates to the concept of statistical power, which is the probability that a significant effect will be observed in the trial, given that a true effect exists (see §6.1.3).



**Figure 5** VICTOR time-to-event curves

Power depends upon the number of persons in a clinical trial and the length of time they are followed up. For example, a trial with 2 persons (one in each group), will never report a statistically significant finding, no matter how large the effect. Similarly, trials with short time periods are challenging because they effectively reduce the background incidence. For example, consider a study that was adequately powered for 12 months of followup. An equivalent study with the same power to detect a risk with 1 month of followup would require 12 times as many persons.

Table 13 shows the power of several of the individual rofecoxib trials to detect an increased risk within 1-30 days. This analysis shows that all of these studies were severely underpowered and thus would not be expected to report a statistically significant risk.

**Table 13** Power of rofecoxib trials to detect doubling of relative risk for serious coronary heart disease in 1-30 days

| Study | Power |
|-------|-------|
| VIGOR | 19% |
| ADVANTAGE | 20% |
| APPROVe | 9% |
| Alzheimer's | 11% |
| VICTOR | 10% |

---

[a]Source: email from Jennifer Ng of 1 February 2005.

MD06B06334

## 6.4 DATA FROM EPIDEMIOLOGIC STUDIES

Two of the epidemiologic studies had sufficient sample size to assess duration of rofecoxib use.[61,78] Solomon and colleagues noted that the risk associated with use of 1-30 days (relative risk estimate = 1.40, p=.005) and 31-90 days (relative risk estimate = 1.38, p=.003) was significantly greater than that for longer duration use. Johnsen and colleagues reported that the risk for new users, those with 1-30 days of exposure, was 2.52 (1.74-3.64). These findings provide strong evidence that the increased risk for rofecoxib is not limited to durations longer than 18 months. Three of the other studies provide further evidence that the risk is present for short-term users. Kimmel *et al* conducted an analysis that excluded persons with >12 months of use and found "the difference between celecoxib and rofecoxib was unchanged... (p=.01)". Both Graham *et al* and Levesque *et al* calculated the mean duration of rofecoxib use, which was 113 days and 5.3 prescriptions, respectively. Both studies note this short duration is consistent with a risk that requires only short periods of exposure.

## 6.5 CONCLUSION

There now are sufficient data to assess whether or not short-term use of rofecoxib increases the risk of serious coronary heart disease. An effect that begins within hours of taking the drug is biologically plausible. Short-term studies of parecoxib/valdecoxib, which probably cause cardiovascular disease by the same mechanism as rofecoxib, show that as little as 10 days of exposure produces a three-fold increased risk of serious cardiovascular disease. Merck-sponsored clinical trials demonstrate that the increased risk of serious coronary heart disease is present within 1-3 months of use. Epidemiologic studies demosntrate an increased risk of myocardial infarctions in the first 30 days of use. Thus, to a reasonable degree of scientific certainty, short-term use of rofecoxib increases the risk of serious coronary heart disease.

## 7. Conclusion

It is now clear that rofecoxib increases the risk of myocardial infarctions and serious coronary heart disease. Following the APPROVe trial findings, Merck acknowledged this and thus subsequently withdrew the drug from the market. The fact that this effect was seen in randomized controlled trials, was confirmed in epidemiologic studies, and is highly plausible given the drug's pharmacologic properties, establishes that rofecoxib is capable of causing myocardial infarctions and serious coronary heart disease in humans.

There is no evidence, according to generally accepted clinical research principles, that this risk is limited to any group of patients. There has been speculation that some subgroups, such as those using the drug for shorter durations, may have lower risk. However, the totality of the data demonstrate to a reasonable degree of scientific certainty that short-term use, even use of under 30 days, confers increased risk. Thus, the best presently available evidence is that the cardiotoxicity of rofecoxib is present for all users.

*Report of Wayne A. Ray, Ph.D.*          *11 January 2006  37*

The best estimate of the magnitude of the increased risk comes from the totality of the data from randomized controlled clinical trials. For serious coronary heart disease, including myocardial infarctions, sudden cardiac death, and unstable angina, there is a 2.16-fold increased risk for rofecoxib, implying that 54% of cases of serious coronary heart disease in rofecoxib users are attributable to the drug.

Respectfully submitted by Wayne A. Ray, Ph.D.

Wayne A. Ray

11 January 2006

*Reference List*

1. Martinez B, Mathews AW, Lublin JS, Winslow R. Expiration Date. Merck pulls Vioxx from market after link to heart problems. *Wall Street Journal* 2004;A1.

2. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N. Engl J Med* 1999; 340(24):1888-1899.

3. Morrow JD, Roberts LJ. Lipid-Derived Autacoids. Eicosanoids and Platelet-Activating Factor. In: Hardman JG, Limbird LE, editors. *The Pharmacological Basis of Therapeutics*. New York: McGraw-Hill, 2001: 669-685.

4. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann Intern Med* 1991; 114:257-263.

5. Somerville K, Faulkner G, Langmen M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. *Lancet* 1986; 1:462-4.

6. Chrischilles EA, Lemke JH, Wallace RB, Drube GA. Prevalence and characteristics of multiple analgesic drug use in an elderly study group. *J Am Geriatr Soc* 1990; 38:979-984.

7. Ray WA, Griffin MR, Shorr RI. Adverse drug reactions and the elderly. *Health Aff (Millwood)* 1990; 9:114-122.

8. Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane $A_2$ formation. *N Engl J Med* 1988; 319:689-698.

9. FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. *N Engl J Med* 2001; 345(6):433-442.

10. Roberts LJ, Morrow JD. Analgesic-antipyretic and antiinflammatory agents and drugs employed in the treatment of gout. In: Hardman JG, Limbird LE, editors. *The Pharmacological Basis of Therapeutics*. New York: McGraw-Hill, 2001: 687-730.

11.  *Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy: The second hundred years. Gastroenterol 1997; 112:1000-1016.*

12.  *Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109:359-363.*

13.  *Garcia Rodriguez LA, Walker AM, Gutthann SP. Nonsteroidal Antiinflammatory Drugs and Gastrointestinal Hospitalizations in Saskatchewan: A Cohort Study. Epidemiology 1992; 3:337-342.*

14.  *Henry D, L-Y Lim L, Garcia Rodriguez LA, Gutthann SP, Carson J, Griffin MR et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. Br Med J 1996; 312:1563-1566.*

15.  *Tarone RE, Blot WJ, McLaughlin JK. Nonselective nonaspirin nonsteroidal anti-inflammatory drugs and gastrointestinal bleeding: Relative and absolute risk estimates from recent epidemiologic studies. Am J Therap 2004; 11:17-25.*

16.  *Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110(3A):20S-27S.*

17.  *Silverstein FE, Graham DY, Senior JR, Wyn Davies H, Struthers BJ, Bittman RM et al. Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rhematoid Arthritis Recieving Nonsteroidal Anti-inflammatory Drugs: A Randomized, Double-Blind, Placebo-Controlled Trial. Ann Intern Med 1995; 123(4):241-249.*

18.  *Rostom A, Wells G, Tugwell P, Welch V, Dube C, McGowan J. Prevention of NSAID-induced gastroduodenal ulcers. Cochrane Database of Systematic Reviews 2001;(1).*

19.  *Hawkey CJ, Karrasch JA, Szczepanski L, Walker DG, Barkun A, Swannell AJ et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. New England Journal of Medicine 1998 Mar 12 338:727-734.*

20.  *Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan S. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325:87-91.*

21.  *Puett DW, Griffin MR. Published trials of nonmedicinal and noninvasive therapies for hip and knee osteoarthritis. Ann Intern Med 1994; 121:133-140.*

22.  *Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee. A randomized trial. JAMA 2002; 287:64-71.*

23.  *Matheson AJ, Figgitt DP. Rofecoxib. A review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.*

24.  *Katz N, Ju WD, Krupa DA, Sperling RS, Rodgers DB, Gertz BJ et al. Efficacy and safety of rofecoxib in patients with chronic low back pain. Spine 2003; 28:851-859.*

25.  *Geusens PP, Truitt K, Sfikakis P, Zhao PL, DeTora L, Shingo S et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31:230-238.*

Report of Wayne A. Ray, Ph.D.                    11 January 2006  39

26.  Ehrich EW, Schnitzer TJ, McIlwain H, Levy R, Wolfe F, Weisman M et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee:  A 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999; 26:2438-2447.

27.  Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Eng J Med 2005; 352:1-11.

28.  Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs:  nested case-control study. Lancet 2005; 365:475-481.

29.  FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

30.  Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or = 65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

31.  Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review:  Aspirin resistance and its clinical implications. Ann Intern Med 2005; 142:370-380.

32.  Patrono C, Coller B, Dalen JE, FitzGerald GA, Fuster V, Gent M et al. Platelet-active drugs.  The relationships among dose, effectiveness, and side effects. Chest 2001; 119:39S-63S.

33.  Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallob A, Tanaka W et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and Naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40:1109-1120.

34.  Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by Nimesulide in man. J Pharm Exp Therapeutics 1998; 287:578-582.

35.  Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects:  a review of the rofecoxib development program. Am Heart J 2003; 146:591-604.

36.  Sackett DL, Haynes RB, Tugwell P. Clinical Epidemiology:  A Basic Science for Clinical Medicine. 2nd ed. Boston: Little, Brown and Company, 1991.

37.  Friedman LM, Furberg CD, DeMets DL. Fundamentals of Clinical Trials. Boston: John Wright & Sons, 1983.

38.  Hulley SB, Cummings SR, Browner WS, Grady D, Hearst N, Newman TB. Designing clinical research. 2nd ed. Philadelphia: Lippincott Williams & Wilkins, 2001.

39.  Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterol 1999; 117:776-783.

40.  Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E et al. Comparison of the effect of rofecoxib (A cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. Arthritis Rheum 2000; 43(2):370-377.

41.  Ott E, Nussmeier NA, Duke PC, Feneck RO, Alston RP, Snabes MC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Surg 2003; 125:1481-1492.

M006B06338

42.  Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(1):11.

43.  Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343:1520-1528.

44.  Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. Arthritis Rheum 2000; 43(9):1905-1915.

45.  Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89:204-209.

46.  Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104:2280-2288.

47.  Discontinuation of Vioxx. Lancet 2005; 365(January 1):23-28.

48.  Rofecoxib, Merck, and the FDA. N Engl J Med 2005; 351(27):2875-2878.

49.  Jick H, Miettinen OS. Regular aspirin use and myocardial infarction. BMJ 1976; 1(6017):1057.

50.  Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and the risk of serious coronary heart disease. Lancet 2002; 359:118-123.

51.  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Non-steroidal anti-inflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109:3000-3006.

52.  Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmcother 2000; 20(7):741-744.

53.  Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interation with aspirin. J Am Coll Cardiol 2004; 43:985-990.

54.  Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163:481-486.

55.  Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162:1111-1115.

56.  Ray WA, Stein M, Daugherty JR, Hall K, Arbogast P., Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360:1071-1073.

57.  Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmac 2004; 54:327-332.

58.  Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162:1099-1104.

59.  Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with

M006806339

*naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162:1105-1110.*

60.  *Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: A population study of elderly adults. Ann Intern Med 2005; 142:1-5.*

61.  *Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs. Arch Int Med 2005; 165:978-984.*

62.  *Hippisley-Cox J. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 330:1366-1372.*

63.  *Sutton AJ, Abrams KR, Jones DR, Sheldon TA, Song F. Methods for meta-analysis in medical research. New York, NY: John Wiley and Sons, 2000.*

64.  *Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: A decision analysis. Am J Med 2004; 11:621-629.*

65.  *Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998; 93(11):2037-2046.*

66.  *Hawkey CJ, Karrasch JA, Szczepanski L, Walker DG, Barkun A, Swannell AJ. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus misoprostol for NSAID-induced ulcer management. New Engl J Med 1998; 338(11):727-734.*

67.  *Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA et al. Cyclooxygenases, thromboxane, and atherosclerosis. Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111:334-342.*

68.  *Drazen JM. COX-2 inhibitors- A lesson in unexpected problems. N Engl J Med 2005; 352(1):2.*

69.  *Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.*

70.  *Topol EJ. Failing the public health - Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351:1707-1709.*

71.  *Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis. Ann Intern Med 2003; 139:539-546.*

72.  *Braunstein N. Report of specific cardiovascular outcomes of the ADVANTAGE Trial. Ann Intern Med 2005; 143:158-159.*

73.  *Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364:2021-2029.*

74.  *Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR et al. No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neuro 2004; 62:66-71.*

75.  *Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL et al. Effects of rofecoxib or naproxen vs placebo on alzheimer disease progression. JAMA 2003; 289:2819-2826.*

M006B06340

Report of Wayne A. Ray, Ph.D.                                     11 January 2006  42

76. Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E et al. A randomized, double-blind, study of
    rofecoxib in patients with mild cognitive impairment. Neuropsychopharm 2005; 30:1204-1215.

77. Lapostolle F, Surget V, Borron SW, Desmaizieres M, Sordelet D, Lapandry C et al. Severe pulmonary
    embolism associated with air travel. N Engl J Med 2001; 345(11):779-783.

78. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H et al. Relationship between selective
    cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-
    2073.

79. Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J et al. Patients exposed to rofecoxib and
    celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142:1-9.

80. Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349:1592-1594.

81. Solomon SD, McMurray JJV, Pfeffer MA, Witts J, Fowler R, Finn P et al. Cardiovascular risk associated
    with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352:1-10.

82. Rothman KJ. Modern Epidemiology. 1 ed. Boston: Little, Brown and Company, 1986.

83. Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups
    of patients in randomized clinical trials. JAMA 1991; 266:93-98.

84. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis
    of prostacyclin by cyclooxygenase (COX) 2-: The human pharmacology of a selective inhibitor of COX-2.
    Proc Natl Acad Sci 1999; 96:272-277.

85. Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L et al. Effects of specific
    inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharm
    Exp Therapeutics 1999; 289:735-741.

86. Rudic RD, Brinster D, Cheng Y, Fries S, Song WL, Austin S et al. COX-2-Derived prostacyclin modulates
    vascular remodeling. Circ Res 2005; 96:1240-1247.

87. Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of
    atherothrombosis. N Engl J Med 2005; 353:2373-2383.

88. Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheught FWA, Schnitzer TJ et al. Comparison of
    lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal
    Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364:675-684.

M0O6B06341

Additional Reliance Material of Dr. Wayne Ray

1. "Merck Pulls Vioxx From Market After Link to Heart Problems" *Wall Street Journal* 10/1/04, by Barbara Martinez
2. "Gastrointestinal Toxicity of Nonsteroidal Anti-Inflammatory Drugs" by Michael Wolfe, M.D. et al; *N Eng J Med* June 17, 1999
3. Lipid-Derived Antacoids-Eicosanoids and Platelet-Activating Factors
4. "Nonsteroidal Anti-Inflammatory Drug Use and Increased Risk for Peptic Ulcer Disease in Elderly Persons" by Marie Griffin *Ann Intern Med* 114:4; 2/15/91
5. "Non-Steroidal Anti-Inflammatory Drugs and Bleeding Peptic Ulcer" by Kevin Sommerville *The Lancet* 3/1/86- 462-464
6. "Clinical Implications of Prostaglandin and Thromboxane $A_2$ Formation" by John A. Oates *New Engl J Med* 319:11; 689
7. "The Coxibs, Selective Inhibitors of Cyclooxygenase-2" by Garrett Fitzgerald/Carlo Patrono *New Engl J Med* 345;9 8/9/01
8. "Analgesic-Antipyretic and Anti-inflammatory Agents and Drugs Employed in the Treatment of Gout" by Jackson Roberts II et al
9. "Non-Steroidal Anti-Inflammatory Drugs and Gastroenteropathy; The Second Hundred Years" By John Wallace *Gastroenterology* 1997;112: 1000-1016
10. "Nonsteroidal Anti-inflammatory Drugs and Gastrointestinal Hospitalizations in Saskatchewan: A Cohort Study"

M006B06342