UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Case No. 2:05-CV-04379<br><br>Robert G. Smith<br><br>    vs.<br><br>Merck & Co., Inc. | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO MERCK'S OBJECTIONS
AND COUNTER-DESIGNATIONS TO PLAINTIFF'S
AFFIRMATIVE DESIGNATIONS FOR CASE SPECIFIC WITNESSES:
DANIEL COURTADE, M.D. AND MICHAEL GREFER, M.D.**

Plaintiff, Robert G. Smith, by and through his undersigned counsel, hereby files his response to Merck's Objections to Plaintiff's Affirmative Designations for Case Specific Witnesses: Daniel Courtade, M.D. and Michael Grefer, M.D.

**Witness:    Daniel Courtade, M.D.**

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 85:6 | 85:7 | Incomplete designation of the question; assumes facts not in evidence | withdrawn |
| 85:11 | 86:1 | Lacks foundation; improper opinion testimony (602, 701) | witness is testifying to his inability to give opinion testimony rather than giving opinion testimony |
| 113:9 | 113:19 | Improper designation as no question is identified and answer is incomplete | withdrawn |
| 114:5 | 114:5 | improper designation | withdrawn |
| 114:10 | 114:10 | improper designation | withdrawn |
| 120:15 | 121:3 | lacks foundation; improper opinion testimony (602, 701); hearsay | withdrawn |
| 122:22 | 122:22 | improper designation | withdrawn |
| 123:8 | 123:9 | improper designation | withdrawn |
| 125:8 | 125:8 | improper designation | withdrawn |
| 125:14 | 125:14 | improper designation | withdrawn |
| 127:13 | 127:13 | improper designation | withdrawn |
| 127:20 | 127:20 | improper designation | withdrawn |
| 128:1 | 128:1 | improper designation | withdrawn |
| 128:7 | 128:7 | improper designation | withdrawn |
| 128:10 | 128:10 | improper designation | withdrawn |
| 128:18 | 128:21 | improper designation | withdrawn |
| 129:8 | 130:10 | sidebar; improper designation | withdrawn |
| 132:5 | 132:5 | improper designation | withdrawn |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 133:2 | 133:4 | improper designation; no question asked of witness and no testimony elicited | withdrawn |
| 133:7 | 133:8 | statement by counsel; improper question | withdrawn |
| 133:22 | 133:24 | calls for speculation; leading (611) | question does not suggest correct answer and, therefore, is not leading; objections to leading and the form of questions are waived under FRCP32(d)(3)(B); witness gives his impression so is not speculating |
| 134:5 | 135:3 | calls for speculation; lack of personal knowledge | witness gives his impression of Mr. Smith's condition at the time of his treatment of the Plaintiff and, therefore, is not speculating |
| 135:12 | 135:19 | leading (611) | objections to leading and the form of questions are waived under FRCP32(d)(3)(B) |
| 135:20 | 136:14 | calls for speculation; improper opinion testimony; lack of foundation (602, 701) | witness gives his impression of Mr. Smith's condition gained through his treatment of the Plaintiff |
| 136:18 | 137:11 | leading (611); calls for speculation | witness gives his impression of Mr. Smith's condition gained through his treatment of the Plaintiff; objections to leading and the form of questions are waived under FRCP32(d)(3)(B) |
| 137:12 | 138:23 | lack of foundation; improper opinion testimony (602, 701); calls for speculation | witness gives his impression of Mr. Smith's condition gained through his treatment of the Plaintiff |

3

| Plaintiff's Affirmative ||  Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 149:2 | 149:22 | leading (611) | objections to leading and the form of questions are waived under FRCP32(d)(3)(B) |
| 151:5 | 151:9 | leading (611); calls for speculation | witness gives his impression of Mr. Smith's condition gained through his treatment of the Plaintiff; objections to leading and the form of questions are waived under FRCP32(d)(3)(B) |

| Defendant's Counter-Designation || Plaintiff's Objection |
|---|---|---|
| *Start* | *Stop* | |
| 81:14 | 81:18 | leading |
| 81:19 | 82:13 | relevance (the doctor did not prescribe Vioxx to the patient); leading; foundation |
| 82:15 | 83:2 | non-responsive answer; leading |
| 83:2 | 84:2 | foundation |
| 84:4 | 84:6 | leading; foundation; calls for expert opinion; lack of personal knowledge; non-responsive; 403; hearsay |
| 84:8 | 84:17 | leading; foundation; calls for expert opinion; lack of personal knowledge; non-responsive; 403; hearsay |
| 84:19 | 85:7 | foundation; calls for expert opinion; 403; hearsay |
| 86:2 | 86:9 | assumes facts not in evidence (the witness testified that he had nor reviewed the literature); misleading; foundation; calls for an expert opinion; 403 |

| Defendant's Counter-Designation || Plaintiff's Objection |
| --- | --- | --- |
| *Start* | *Stop* | |
| 112:11 | 113:2 | foundation – calls for expert opinion |
| 149:23 | 150:24 | relevance; foundation; calls for expert opinion; 403 |

**Witness:     Michael Grefer, M.D.**

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 15:24 | 16:23 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | This document was produced by Merck in response to a request for production of Merck's call notes recording the sales representatives visits with Dr. Grefer. |
| 18:1 | 18:15 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | The document being shown to Dr. Grefer is not hearsay because it is an admission by party opponent 801(d)(2); 803(1); present sense impression; and a business record 803(6). |
| 18:19 | 19:10 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |
| 19:14 | 19:16 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); speculation; lacks foundation; hearsay | Plaintiff withdraws designation. |
| 19:23 | 20:14 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 21:2 | 21:11 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); leading (611) | The question is not leading as the witness could answer in the affirmative or negative, and the question does not suggest the correct answer. |
| 21:25 | 23:8 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); counsel testifying; leading | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |
| 23:11 | 24:4 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |
| 24:9 | 24:23 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |
| 25:12 | 25:15 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); leading | question is not leading |
| 25:16 | 26:11 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2) | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 35:15 | 37:20 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); leading; foundation | admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6); questions are not leading |
| 37:21 | 37:23 | hearsay; leading; witness speculating; foundation | Plaintiff withdraws designation. |
| 37:24 | 38:2 | mischaracterizes the document as a Merck document, which it is not; hearsay (802); foundation (Plaintiff's Exhibit 2); leading | question is not leading and leading objection is waived under FRCP 32(d)(3)(B) |
| 39:8 | 39:23 | mischaracterizes prior testimony; counsel testifying; leading | Plaintiff will provide the proper predicate to the question through the testimony of Mr. Smith; therefore, the question is proper and should be allowed; question is not leading and leading objection waived under FRCP 32(d)(3)(B) |
| 39:24 | 40:14 | leading (611); witness speculating | question is not leading; witness is stating his common practice and is, therefore, not speculating |
| 41:22 | 42:21 | hearsay; foundation | admission by party opponent; present sense impression 803(1); and a business record 803(6) |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 49-24 | 50:17 | improper question; multiple questions; leading | attorney is defining terms in his question – not asking multiple questions; question is not leading and the leading objection is waived under FRCP32(d)(3)(B) |
| 53:17 | 53:18 | assumes facts not in evidence; hearsay | Dr. Grefer's CV concern is evidenced at 42:13-17; admission by party opponent 801(d)(2); present sense impression 803(1); and a business record 803(6) |
| 53:21 | 53:22 | counsel sidebar | Plaintiff withdraws designation. |
| 54:4 | 54:15 | leading (611); lack of foundation (602); speculation; assumes facts not in evidence; incomplete hypothetical | question is not leading; witness is being asked about his own actions and reactions and, therefore, is not speculating; facts predicating the question will be presented by Plaintiff's expert witnesses |
| 56:2 | 56:12 | mischaracterizes prior testimony; mischaracterizes the evidence; lack of foundation (602) | Plaintiff withdraws designation. |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 56:16 | 58:11 | The document is irrelevant to any specific issue to be addressed by the witness; no personal knowledge of the document by the witness (602); lack of foundation (602); hearsay (802). | Document is relevant to the Plaintiff's case and the witness' testimony because Dr. Grefer previously testified that his understanding from Merck's sales representatives was Naproxen could explain the Vigor results (see 44:12-45:8); Dr. Grefer's lack of personal knowledge regarding the document is relevant evidence; the document is not being used to prove the truth of the matter asserted, but instead, it is used to show Merck's understanding of the FDA's position at the time. |
| 60:8 | 61:5 | mischaracterizes facts, documents and evidence; assumes facts not in evidence; speculation; improper question/ hypothetical that includes inaccurate assumptions | Plaintiff withdraws designation. |
| 63:23 | 64:5 | assumes facts not in evidence; leading | predicate facts will be established by Plaintiff's expert witnesses; question is not leading and the leading objection is waived under FRCP 32(d)(3)(B) |
| 64:6 | 64:13 | leading; vague (403); assumes facts not in evidence; incomplete hypothetical; cherry-picks conclusions | objections to leading and vague are waived under FRCP32(d)(3)(B) |

| Plaintiff's Affirmative ||  Defendant's Objection | Plaintiff's Response |
| --- | --- | --- | --- |
| *Start* | *Stop* | | |
| 64:14 | 64:21 | lack of foundation (602) speculation; leading | witness is being asked about his own actions and reactions and, therefore, is not speculating; question is not leading and leading objection is waived under FRCP32(d)(3)(B) |
| 65:17 | 66:1 | leading; assumes facts not in evidence | question is not leading; predicate facts are established in witness' later testimony (see page 84) |
| 84:25 | 85:4 | leading | question is not leading |
| 85:21 | 86:6 | leading; assumes facts not in evidence; vague and misleading (403); cherry-picks conclusions | objections to leading and the form of questions are waived under FRCP32(d)(3)(B); predicate facts will be established by Plaintiff's experts |
| 86:24 | 87:7 | leading; lack of foundation (602, 403); misleading; cherry-picks conclusions | question is not leading; objections to leading and the form of questions are waived under FRCP32(d)(3)(B) |
| 88:9 | 89:1 | leading; lack of foundation (602); calls for speculation; incomplete hypothetical | question is not leading; witness' own actions and reactions to information are not speculation |
| 89:2 | 89:5 | leading; incomplete hypothetical | question is not leading; objections as to the form of question are waived under FRCP32(d)(3)(B) |
| 89:9 | 89:18 | vague; leading and based on an incomplete hypothetical (see previous Q&A) | objections as to the form of questions are waived under FRCP32(d)(3)(B) |

| Plaintiff's Affirmative | | Defendant's Objection | Plaintiff's Response |
|---|---|---|---|
| *Start* | *Stop* | | |
| 90:6 | 90:12 | improper designation of question without an answer; lack of foundation and no personal knowledge by witness of document (602) | Beginning statement is to explain what document is referenced in following questions; the witness' lack of personal knowledge of the document is relevant; question is not leading and all other objections to form are waived under FRCP32(d)(3)(B). |
| 90:21 | 91:2 | lack of foundation; no personal knowledge | |
| 92:13 | 92:24 | lack of foundation (602); leading | witness' lack of personal knowledge is relevant; question is not leading |
| 92:25 | 93:8 | leading; lack of foundation (602, 403); Q/A comes after a series of misleading and speculative questions; and questions re Merck internal documents | question is not leading; witness has personal knowledge of his own actions and reactions; question does not incorporate any of the previous testimony |
| 93:21 | 93:23 | sidebar | statement is a signal of a new subject to help the jury |
| 128:5 | 128:24 | leading | question is not leading |
| 129:16 | 129:23 | leading; multifarious question | question is not leading or multifarious and objections to leading or form of question are waived under FRCP32(d)(3)(B) |
| 131:13 | 132:11 | leading; lack of foundation (602); calls for speculation | question is not leading; witness' own actions and reactions to information are not speculation |

| Defendant's Counter-Designation ||  Plaintiff's Objection |
| --- | --- | --- |
| *Start* | *Stop* | |
| **TRIAL DEPOSITION** | | |
| 8+19 | 8+23 | relevance |
| 9+9 | 9+20 | relevance |
| 58+12 | 59+14 | relevance |
| 101+9 | 113+16 | incomplete hypothetical; relevance – Plaintiff has withdrawn any designation of Mr. Wright's questions regarding Dr. Patrono or Merck consultants; therefore, any designation responding to these questions is outside the scope of Plaintiff's designation; improper and irrelevant |
| **DISCOVERY DEPOSITION** | | |
| 10+7 | 10+12 | relevance; 403 – waste of time |
| 11+23 | 12+11 | relevance; 403 – waste of time |
| 13+4 | 13+21 | relevance; 403 – waste of time |
| 17+24 | 18+7 | relevance; 403 – waste of time and cumulative |
| 18+9 | 18+9 | relevance; 403 – waste of time and cumulative |
| 35+8 | 36+2 | relevance; 403 – misleading, confusing and waste of time |

Dated: August 21, 2006

                                    Respectfully submitted,

| | |
|---|---|
| Drew Ranier<br>Louisiana Bar No. 8320<br>**RANIER, GAYLE & ELLIOT LLC**<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>(337) 494-7171; fax (337) 494-7218 | /s/ Grant Kaiser<br>Grant Kaiser<br>Texas Bar No. 11078900<br>**THE KAISER FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 223-0000; fax (713) 223-0440 |
| Walter Umphrey<br>Texas Bar No. 20380000<br>**PROVOST UMPHREY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>(409) 835-6000; fax (409) 838-8888 | Mikal Watts<br>Texas Bar No. 20981820<br>**THE WATTS LAW FIRM LLP**<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>(361) 887-0500; fax (361) 887-0055 |
| James L. "Larry" Wright<br>Texas Bar No. 22038500<br>**THE WATTS LAW FIRM LLP**<br>111 Congress Avenue, Suite 1010<br>Austin, Texas 78701<br>(512) 479-0500; fax (512) 473-0328 | John Eddie Williams, Jr.<br>Texas Bar No. 21600300<br>Jim Doyle<br>Texas Bar No.60944500<br>**WILLIAMS BAILEY LAW FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 230-2200; fax (713) 643-6226 |

                            ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of August, 2006.

               /s/ Grant Kaiser
               Grant Kaiser
               **THE KAISER FIRM LLP**
               8441 Gulf Freeway, Suite 600
               Houston, Texas 77017
               (713) 230-0000; fax (713) 230-0440
               gkaiser@thekaiserfirm.com

cc  By email only:

  Robert Van Kirk    rvankirk@wc.com
  **Williams & Connolly LLP**
  725 Twelfth Street Northwest
  Washington, D.C.  20005
  (202) 434-5000; fax (202) 434-5029

  Carrie A. Jablonski    carrie.jablonski@bartlit-beck.com
  **Bartlit, Beck, Herman, Palenchar & Scott LLP**
  54 West Hubbard Street, Suite 300
  Chicago, Illinois 60610
  (312) 494-4400; fax (312) 494-4440