



Figure C9
ITT Population
Deaths
October 31, 2005 Censoring
Kaplan-Meier Plot



Figure C10
ITT Population
Deaths
October 31, 2005 Censoring
Hazard Rate

Updated 5/26/2006

Restricted
Confidential
R Limited access

72

Test of Proportionality: Treatment*LOG(Time) p-Value=0.622; Treatment*Time p-Value=0.879
Death
All Patients (ITT Population) and censored at 31-Oct-2005

M007C22066



Restricted Confidential limited access

Updated 5/26/2006

Table C18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2373 | 1.26 (0.85, 1.80) | 22/2212 | 0.99 (0.62, 1.51) | 0.27 (-0.34, 0.88) | 1.30 (0.75, 2.26) | 0.35 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1126 | 5/447 | 1.12 (0.36, 2.61) | 1131 | 2/438 | 0.46 (0.06, 1.65) | 2.45 (0.40, 25.68) |
| > 18 Months | 699 | 7/735 | 0.95 (0.38, 1.96) | 668 | 6/572 | 1.05 (0.38, 2.28) | 0.96 (0.32, 2.85) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is ratio of rates.

73



Updated 5/26/2006

Restricted
Confidential
Limited access

74



Figure C11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot





Figure C12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Rofecoxib 25 mg
Placebo

Hazard Function

Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.926; Treatment*Time p-Value=0.818
Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006

Restricted
Confidential
Limited access

75

M007C22069


Restricted Confidential limited access

Updated 5/26/2006

76

Table D1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[2] (95% CI) | n(%)[1] | PY-Rate[2] (95% CI) |
| **Total number of patients with events** | 77 (5.98) | 1.49 (1.18, 1.86) | 50 (3.85) | 0.94 (0.70, 1.24) |
| **Cardiac Events** | 50 (3.89) | 0.96 (0.71, 1.26) | 33 (2.54) | 0.62 (0.42, 0.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.30) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.11 (0.04, 0.25) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 5 (0.38) | 0.09 (0.03, 0.22) |
| **Cerebrovascular Events** | 24 (1.86) | 0.46 (0.29, 0.68) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.13) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1]: Crude Incidence (n/Nx100)
[2]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.



Restricted Confidential — limited access
Updated 5/26/2006

Table D2
Analysis of Confirmed [CV SAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate[§] (95% CI) | Events/Patient-Years[†] | PY-Rate[§] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 77/5168 | 1.49 (1.18, 1.86) | 50/5321 | 0.94 (0.70, 1.24) | 0.55 (0.13, 0.97) | 1.59 (1.11, 2.36) | 0.0111 |
| Cardiac Events | 50/5214 | 0.96 (0.71, 1.26) | 33/5336 | 0.62 (0.42, 0.87) | 0.34 (0.00, 0.68) | 1.56 (1.00, 2.41) | 0.0488 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Peripheral Vascular Events | 6/5363 | 0.11 (0.04, 0.25) | 9/5370 | 0.17 (0.08, 0.32) | -0.05 (-0.20, 0.09) | 0.68 (0.24, 1.91) | 0.4665 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5269 | 0.06 (0.01, 0.17) | 2/5380 | 0.04 (0.00, 0.13) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.34) | 0.9805 |
| Cerebrovascular Events | 24/5235 | 0.46 (0.29, 0.68) | 9/5371 | 0.17 (0.08, 0.32) | 0.29 (0.08, 0.50) | 2.74 (1.27, 5.89) | 0.0100 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |

[†] Patient-years at risk.
[§] Patients with events per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of events is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

77

M007C22071

MDL00720722

Updated 5/26/2006



Restricted Confidential Limited access

Table D3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.63 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006   Restricted Confidential   limited access   R

79



Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot





Figure D2
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebd

Test of Proportionality: Treatment*LOG(Time) p-Value=0.671; Treatment*Time p-Value=0.870
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006

Restricted
Confidential
Audited access

80

M007C22074

M007C22075

Updated 5/26/2006

Restricted Confidential
Limited Access

Table D5
Summary of Confirmed TCVSAE* Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| **Cardiac Events** | 21 (1.94) | 0.97 (1.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.69) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| **Cerebrovascular Events** | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
*: Crude incidence(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Updated 5/26/2006

M00C22C076

Table D6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| Cardiac Events | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| Peripheral Vascular Events | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, ∞) | 0.2757 |
| Cerebrovascular Events | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 – 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 – 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 – 18 Months | 1006 | 3/421 | 0.71 (0.15, 2.08) | 1032 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

* Patient-years at risk.


Restricted Confidential
Limited access

M007C22077

* Patients with events Per 100 Patient-Years.
† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006

Restricted
Confidential
limited access

83

M007C22078

Figure D3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



Updated 5/26/2006



M00TC22079

Figure D4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.295; Treatment*Time p-Value=0.178
Confirmed CV SAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

Updated 5/26/2006

85

Updated 5/26/2006

Restricted Confidential Limited access

Table D8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| Cardiac Events | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cerebrovascular Events | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
† : Crude Incidence(n/Nx100)
* : Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-C22080

86

M007C22081

Updated 5/26/2006

Restricted Confidential — Limited Access 

Table D9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 69/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.32, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-C02C02682

Updated 5/26/2006



Restricted Confidential limited access

Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1230 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.21) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 42/2385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22083

Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot



Cumulative Incidence (%)
with 95% CI

Months

Placebo

Rofecoxib 25 mg

Patients at Risk

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 | 602 | 201 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 | 607 | 204 |



Updated 5/26/2006

Restricted
Confidential
limited access

MOW02C02084

Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

Updated 5/26/2006



M007C22085

Updated 5/26/2006

Restricted Confidential Method access

Table D12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate (95% CI) | n(%)[†] | PY-Rate (95% CI) |
| Total number of patients with events | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| Cardiac Events | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cerebrovascular Events | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

[†]: Crude Incidence(n/Nx100)
[††]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Updated 5/26/2006



Restricted Confidential - Limited access

Table D13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) Events/Patient-Years[§] | PY-Rate[†] (95% CI) | Placebo (N=1097) Events/Patient-Years[§] | PY-Rate[†] (95% CI) | Comparison Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.32 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.08 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

§ Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | Placebo (N=1097) Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1010 | 2/433 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-07208087

Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot





Updated 5/26/2006

Restricted Confidential Limited Access

Figure D8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Updated 5/26/2006

Restricted
Confidential
Limited Access

Test of Proportionality: Treatment*LOG(Time) p-Value=0.146; Treatment*Time p-Value=0.088
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

Confirmed APTC Endpoint

94

M007C22088

M007C22098

Updated 5/26/2006 
Restricted
Confidential
MRLINE access

Table D15
Analysis of Death
All Patients (ITT Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[*] | PY-Rate[†] (95% CI) | Events/Patient -Years[*] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 36/5554 | 0.65 (0.45, 0.90) | 29/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.340 |

[*] Patient-years at risk.
[†] Patients with death Per 100 Patient-Years.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

06002CJ00W

Updated 5/26/2006

 Restricted Confidential / limited access

Table D.16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†](95% CI) | |
| 0 - 6 Months | 1387 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1222 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.53 (0.54, 4.27) |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D.17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1387 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot

Updated 5/26/2006

Restricted
Confidential
Limited access

M007C22092

Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate



*Hazard Function*

Rofecoxib 25 mg
Placebo

*Months (bandwidth= 6.00)*

Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.663
All Patients (ITT Population) Death, and censored at last day at risk

Updated 5/26/2006



Updated 5/26/2006



Restricted Confidential

## Table D18
### Analysis of Death
### During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[‡] (95% CI) | Events/Patient-Years | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2466 | 1.22 (0.82, 1.74) | 23/2300 | 1.00 (0.63, 1.50) | 0.22 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

[†] Patient-years at risk.

[‡] Patients with death Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

## Table D19
### Summary of Death by Time Interval
### During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.38) | 0.82 (0.29, 2.34) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-ACO021093

MRK007C22094

Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot





Restricted
Confidential
Medical access

Updated 5/26/2006

100



Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

Hazard Function

Test of Proportionality: Treatment*LOG(Time) p-Value=0.785; Treatment*Time p-Value=0.609
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk



Updated 5/26/2006

MRK-02226095

Updated 5/26/2006 

Restricted Confidential Limited access

Table E1
Analysis of Confirmed TC/VSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| Cardiac Events | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.26) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Peripheral Vascular Events | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Cerebrovascular Events | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | - (0.46, ∞) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Updated 5/26/2006



Table F2
Analysis of Confirmed TCVSAE+ Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment (for 150 weeks or more and Censored at 31-Oct-2005)

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| Cardiac Events | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5129 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Peripheral Vascular Events | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | (0.03, ∞) | 0.9473 |
| Cerebrovascular Events | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | (0.21, ∞) | 0.4489 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK02729097

MRK-02220786

Updated 5/26/2006



Restricted
Confidential
Limited access

Table E3

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Comparison | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient -Years[§] | PY-Rate[†] (95% CI) | | Events/Patient -Years[§] | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 19/1270 | 1.50 (0.90, 2.34) | | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| Cardiac Events | 15/1271 | 1.18 (0.66, 1.95) | | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Peripheral Vascular Events | 1/1276 | 0.08 (0.00, 0.44) | | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.20, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| Cerebrovascular Events | 3/1276 | 0.24 (0.05, 0.69) | | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[§] Patient-years at risk.

[†] Patients with events per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-02772099

Updated 5/26/2006



Restricted Confidential
Limited Access

Table E4
Summary of Confirmed TCV/SAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | - |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E5
Summary of Confirmed TCV/SAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22100

Updated 5/26/2005



Restricted
Confidential
Red: Science

Table E6
Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 754 | 2/296 | 0.68 (0.08, 2.44) | 838 | 2/327 | 0.61 (0.07, 2.21) | 1.11 (0.08, 15.26) |
| > 18 Months | 430 | 2/166 | 1.21 (0.15, 4.36) | 472 | 4/184 | 2.17 (0.59, 5.56) | 0.56 (0.05, 3.88) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006



Restricted Confidential
Merck Access

Table E7
Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[1] (95% CI) | Events/Patient-Years[*] | PY-Rate[1] (95% CI) | Difference (95% CI) | Relative Risk[2] (95% CI) | p-Value |
| **Total number of patients with events** | 12/803 | 1.49 (0.77, 2.61) | 6/886 | 0.68 (0.25, 1.47) | 0.82 (-0.19, 1.82) | 2.22 (0.83, 5.91) | 0.1113 |
| **Cardiac Events** | 10/803 | 1.25 (0.60, 2.29) | 5/886 | 0.56 (0.18, 1.32) | 0.68 (-0.24, 1.60) | 2.22 (0.76, 6.49) | 0.1461 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| **Cerebrovascular Events** | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| **Hemorrhagic Events** | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |

[*] Patient-years at risk.
[1] Patient-years per 100 Patient-Years.
[2] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MDL2221061

MRK0072122102

Updated 5/26/2006



Restricted Confidential Limited Access

Table E8
Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 15/1204 | 1.25 (0.70, 2.05) | 9/1337 | 0.67 (0.31, 1.28) | 0.57 (-0.20, 1.34) | 1.85 (0.81, 4.23) | 0.1437 |
| Cardiac Events | 13/1205 | 1.08 (0.57, 1.85) | 8/1338 | 0.60 (0.26, 1.18) | 0.48 (-0.24, 1.20) | 1.81 (0.75, 4.36) | 0.1873 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Cerebrovascular Events | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Hemorrhagic Events | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22103

Updated 5/26/2006



Restricted Confidential
Limited access

## Table E9
### Analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Class of Terms
### Patients on treatment for 150 weeks or more and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=831) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years | PY-Rate[‡] (95% CI) | Events/Patient -Years | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 16/1271 | 1.26(0.72, 2.04) | 11/1406 | 0.78(0.39, 1.40) | 0.48(-0.29, 1.25) | 1.62(0.75, 3.48) | 0.2209 |
| Cardiac Events | 14/1272 | 1.10(0.60, 1.85) | 8/1407 | 0.57(0.25, 1.12) | 0.53(-0.17, 1.23) | 1.94(0.81, 4.62) | 0.1360 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94(0.49, 1.65) | 6/1407 | 0.43(0.16, 0.93) | 0.52(-0.12, 1.15) | 2.22(0.83, 5.90) | 0.1117 |
| Cerebrovascular Events | 2/1276 | 0.16(0.02, 0.57) | 2/1412 | 0.14(0.02, 0.51) | 0.02(-0.28, 0.31) | 1.11(0.08, 15.27) | >0.9999 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16(0.02, 0.57) | 2/1412 | 0.14(0.02, 0.51) | 0.02(-0.28, 0.31) | 1.11(0.08, 15.27) | >0.9999 |
| Hemorrhagic Events | 0/1276 | 0.00(0.00, 0.29) | 1/1411 | 0.07(0.00, 0.39) | -0.07(-0.21, 0.07) | 0.00(0.00, 43.12) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1276 | 0.00(0.00, 0.29) | 1/1411 | 0.07(0.00, 0.39) | -0.07(-0.21, 0.07) | 0.00(0.00, 43.12) | >0.9999 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M007C22104

Updated 5/26/2006 

Table E10
Summary of Confirmed APTC Endpoint During Follow-up (≥ 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/387 | 1.29 (0.42, 3.01) | 897 | 4/430 | 0.93 (0.25, 2.38) | 1.39 (0.30, 7.00) |
| 12 - 18 Months | 247 | 0/7 | 0.00 (0.00, 54.17) | 297 | 0/6 | 0.00 (0.00, 57.22) | - |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E11
Summary of Confirmed APTC Endpoint During Follow-up (≥ 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 756 | 2/270 | 0.74 (0.09, 2.67) | 839 | 2/301 | 0.67 (0.08, 2.40) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 404 | 1/143 | 0.70 (0.02, 3.90) | 1.14 (0.01, 89.87) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006



Restricted Confidential
Limited Access

Table E112
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 757 | 2/296 | 0.67 (0.08, 2.44) | 840 | 2/328 | 0.61 (0.07, 2.20) | 1.11 (0.08, 15.26) |
| > 18 Months | 431 | 2/166 | 1.21 (0.15, 4.36) | 474 | 3/185 | 1.62 (0.33, 4.74) | 0.74 (0.06, 6.50) |

[*] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22105

Updated 5/26/2006



Restricted Confidential

**Table E13**
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 5/818 | 0.61 (0.20, 1.43) | 4/908 | 0.44 (0.12, 1.13) | 0.17 (-0.52, 0.86) | 1.39 (0.30, 6.99) | 0.873 |

[†] Patients-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

**Table E14**
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1226 | 0.82 (0.39, 1.50) | 7/1366 | 0.51 (0.21, 1.06) | 0.30 (-0.33, 0.94) | 1.59 (0.61, 4.19) | 0.345 |

[†] Patients-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

**Table E15**
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 0.49 (0.20, 1.00) | 0.29 (-0.31, 0.88) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patients-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-02272306

MRK-02222570

Updated 5/26/2006



Restricted Confidential limited access

Table E16
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk‡ (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/396 | 0.76 (0.16, 2.22) | 917 | 1/441 | 0.23 (0.01, 1.26) | 3.34 (0.27, 175.50) |
| 12 - 18 Months | 251 | 0/7 | 0.00 (0.00, 53.31) | 304 | 0/7 | 0.00 (0.00, 54.86) | - |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years
‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E17
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk§ (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years‡ | PY-Rate†(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 773 | 4/275 | 1.46 (0.40, 3.73) | 854 | 1/305 | 0.33 (0.01, 1.83) | 4.44 (0.44, 218.65) |
| > 18 Months | 361 | 1/126 | 0.79 (0.02, 4.41) | 412 | 2/146 | 1.37 (0.17, 4.95) | 0.58 (0.01, 11.10) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22108

Updated 5/26/2006



Restricted
Confidential
Limited access

Table E118
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 774 | 4/302 | 1.32 (0.36, 3.39) | 855 | 1/333 | 0.30 (0.01, 1.67) | 4.41 (0.44, 216.97) |
| > 18 Months | 438 | 1/168 | 0.60 (0.02, 3.32) | 482 | 2/189 | 1.06 (0.13, 3.82) | 0.56 (0.01, 10.81) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-00172209

Updated 5/26/2006



Restricted Confidential
Limited Access

Table F1
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | N | Rofecoxib 25 mg (N=1081) | | N | Placebo (N=1097) | | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | | |
| 1 - 183 Days | 99 | 6/359 | 1.67 (0.61, 3.64) | 53 | 3/197 | 1.53 (0.31, 4.46) | 1.10 (0.23, 6.77) | 1.000 |
| 184 - 1049 Days | 161 | 7/374 | 1.87 (0.75, 3.86) | 144 | 4/320 | 1.25 (0.34, 3.20) | 1.54 (0.45, 5.25) | 0.493 |
| >= 1050 Days | 821 | 15/802 | 1.87 (1.05, 3.08) | 900 | 9/885 | 1.02 (0.47, 1.93) | 1.85 (0.81, 4.22) | 0.146 |

[*] Patient-years at risk.

[†] Patients with events Per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F2
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | N | Rofecoxib 25 mg (N=1081) | | N | Placebo (N=1097) | | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | | |
| 1 - 183 Days | 99 | 7/414 | 1.69 (0.68, 3.49) | 53 | 3/228 | 1.32 (0.27, 3.84) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/456 | 1.75 (0.76, 3.46) | 144 | 5/388 | 1.29 (0.42, 3.01) | 1.38 (0.45, 4.23) | 0.570 |
| >= 1050 Days | 821 | 18/1203 | 1.50 (0.89, 2.37) | 900 | 12/1334 | 0.90 (0.46, 1.57) | 1.66 (0.80, 3.45) | 0.172 |

[*] Patient-years at risk.

[†] Patients with events Per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22110

Updated 5/26/2006

Restricted Confidential — Limited access

Table F3
Subgroup analysis of Confirmed TC/VS/AE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[‡] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | N | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | | |
| 1 - 183 Days | 99 | 7/423 | 1.65 (0.67, 3.41) | 53 | 3/233 | 1.29 (0.27, 3.76) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/470 | 1.70 (0.74, 3.36) | 144 | 6/400 | 1.50 (0.55, 3.26) | 1.15 (0.40, 3.32) | 0.795 |
| >= 1050 Days | 821 | 19/1270 | 1.50 (0.90, 2.34) | 900 | 15/1403 | 1.07 (0.60, 1.76) | 1.40 (0.71, 2.76) | 0.326 |

[*] Patient-years at risk.
[†] Patients with events Per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



116

Updated 5/26/2006



Restricted
Confidential
limited access

Table F4
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk‡ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 98 | 4/359 | 1.11 (0.30, 2.85) | 53 | 3/197 | 1.53 (0.31, 4.46) | 0.73 (0.12, 4.99) | 0.954 |
| 184 - 1049 Days | 161 | 5/376 | 1.33 (0.43, 3.10) | 144 | 3/323 | 0.93 (0.19, 2.71) | 1.43 (0.28, 9.22) | 0.898 |
| >= 1050 Days | 821 | 12/803 | 1.49 (0.77, 2.61) | 900 | 6/886 | 0.68 (0.25, 1.47) | 2.22 (0.83, 5.91) | 0.111 |

* Patient-years at risk.

† Patients with events Per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F5
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 98 | 5/414 | 1.21 (0.39, 2.82) | 53 | 3/238 | 1.32 (0.27, 3.84) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/459 | 1.31 (0.48, 2.84) | 144 | 4/392 | 1.02 (0.28, 2.62) | 1.28 (0.30, 6.16) | 0.956 |
| >= 1050 Days | 821 | 15/1204 | 1.25 (0.70, 2.05) | 900 | 9/1337 | 0.67 (0.31, 1.28) | 1.85 (0.81, 4.23) | 0.144 |

* Patient-years at risk.

† Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-AAF0022111

M007C22112

Updated 5/26/2006



Restricted Confidential
Limited access

Table F6
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§(95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 1 - 183 Days | 98 | 5/424 | 1.18 (0.38, 2.75) | 53 | 3/233 | 1.29 (0.27, 3.76) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/473 | 1.27 (0.47, 2.76) | 144 | 5/404 | 1.24 (0.40, 2.89) | 1.03 (0.31, 3.37) | 0.964 |
| >= 1050 Days | 821 | 16/1271 | 1.26 (0.72, 2.04) | 900 | 11/1406 | 0.78 (0.39, 1.40) | 1.62 (0.75, 3.48) | 0.221 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M00W213752273

Updated 5/26/2006



Restricted Confidential limited access

Table F7
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | |
| 1 - 183 Days | 152 | 8/505 | 1.59 (0.68, 3.12) | 94 | 5/320 | 1.56 (0.51, 3.65) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 11/495 | 2.22 (1.11, 3.97) | 207 | 10/421 | 2.37 (1.14, 4.37) | 0.96 (0.41, 2.26) | 0.921 |
| >= 1050 Days | 843 | 5/818 | 0.61 (0.20, 1.43) | 929 | 4/908 | 0.44 (0.12, 1.13) | 1.39 (0.30, 6.99) | 0.873 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F8
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | |
| 1 - 183 Days | 152 | 8/563 | 1.42 (0.61, 2.80) | 94 | 5/352 | 1.42 (0.46, 3.31) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/584 | 2.06 (1.06, 3.59) | 207 | 10/493 | 2.03 (0.97, 3.73) | 1.05 (0.45, 2.43) | 0.912 |
| >= 1050 Days | 843 | 10/1226 | 0.82 (0.39, 1.50) | 939 | 7/1366 | 0.51 (0.21, 1.06) | 1.59 (0.61, 4.19) | 0.345 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22114

Updated 5/26/2006



Table F9
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 152 | 8/574 | 1.39 (0.60, 2.75) | 94 | 5/358 | 1.40 (0.45, 3.26) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/598 | 2.01 (1.04, 3.51) | 207 | 11/506 | 2.18 (1.09, 3.89) | 0.95 (0.42, 2.15) | 0.900 |
| >= 1050 Days | 843 | 10/1295 | 0.77 (0.37, 1.42) | 929 | 7/1437 | 0.49 (0.20, 1.00) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

120

Updated 5/26/2006 

Table F10
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | N | Rofecoxib 25 mg (N=1081) | | | N | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | | |
| 0 - 18 Months | 174 | 8/581 | 1.38 (0.59, 2.71) | | 118 | 5/382 | 1.31 (0.42, 3.05) | | 1.04 (0.34, 3.19) | 0.941 |
| > 18 Months | 907 | 20/953 | 2.10 (1.28, 3.24) | | 979 | 11/1019 | 1.08 (0.54, 1.93) | | 1.93 (0.92, 4.03) | 0.080 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F11
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | N | Rofecoxib 25 mg (N=1081) | | | N | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | | |
| 0 - 18 Months | 174 | 9/674 | 1.33 (0.61, 2.53) | | 118 | 5/447 | 1.12 (0.36, 2.61) | | 1.18 (0.40, 3.53) | 0.763 |
| > 18 Months | 907 | 24/1398 | 1.72 (1.10, 2.55) | | 979 | 15/1503 | 1.00 (0.56, 1.65) | | 1.70 (0.89, 3.24) | 0.107 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22115

Updated 5/26/2006



Table F12
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1081) | | | Placebo   (N=1097) | | | | |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[a] | PY-Rate[b](95% CI) | N | Events/Patient-Years[a] | PY-Rate[b](95% CI) | Relative Risk[c] (95% CI) | p-Value |
| 0 - 18 Months | 174 | 9/690 | 1.30 (0.60, 2.48) | 118 | 5/459 | 1.09 (0.35, 2.54) | 1.20 (0.40, 3.59) | 0.742 |
| > 18 Months | 907 | 25/1472 | 1.70 (1.10, 2.51) | 979 | 19/1578 | 1.20 (0.73, 1.88) | 1.39 (0.77, 2.53) | 0.279 |

[a] Patient-years at risk.
[b] Patients with events Per 100 Patient-Years.
[c] Patients with events Per 100 Patient-Years.
[d] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

122

M007C22116

M007C22117

Restricted Confidential Limited Access

Updated 5/26/2006

**Table F13**
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg  (N=1080) | | | Placebo  (N=1097) | | | Relative Risk[3] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | N | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | | |
| 0 - 18 Months | 173 | 6/581 | 1.03 (0.38, 2.25) | 118 | 4/385 | 1.04 (0.28, 2.66) | 0.99 (0.24, 4.79) | 1.000 |
| > 18 Months | 907 | 15/957 | 1.57 (0.88, 2.59) | 979 | 8/1021 | 0.78 (0.34, 1.54) | 1.99 (0.84, 4.69) | 0.117 |

[1] Patients-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

**Table F14**
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg  (N=1080) | | | Placebo  (N=1097) | | | Relative Risk[3] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | N | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | | |
| 0 - 18 Months | 173 | 7/675 | 1.04 (0.42, 2.14) | 118 | 4/451 | 0.89 (0.24, 2.27) | 1.15 (0.34, 3.95) | 0.819 |
| > 18 Months | 907 | 19/1403 | 1.35 (0.82, 2.1) | 979 | 12/1506 | 0.80 (0.41, 1.39) | 1.67 (0.81, 3.44) | 0.165 |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



123

M007C22118

Updated 5/26/2006 
Restricted Confidential
Limited Access

Table F15
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1080) | | | Placebo   (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
|---|---|---|---|---|---|---|---|---|
| 0 - 18 Months | 173 | 7/690 | 1.01 (0.41, 2.09) | 118 | 4/462 | 0.87 (0.24, 2.22) | 1.14 (0.33, 3.92) | 0.830 |
| > 18 Months | 907 | 20/1477 | 1.35 (0.83, 2.09) | 979 | 15/1581 | 0.95 (0.53, 1.56) | 1.40 (0.71, 2.73) | 0.329 |

[*] Patient-years at risk.

[†] Patients with events Per 100 Patient-Years.

[‡] Patients-years at risk.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

124

M007C22119

Updated 5/26/2006



Restricted Confidential

Table F16
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1238) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | |
| 0 - 18 Months | 270 | 16/817 | 1.96 (1.12, 3.18) | 192 | 8/577 | 1.39 (0.60, 2.73) | 1.42 (0.61, 3.32) | 0.416 |
| > 18 Months | 958 | 8/1001 | 0.80 (0.35, 1.57) | 1038 | 11/1071 | 1.03 (0.51, 1.84) | 0.77 (0.31, 1.92) | 0.575 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F17
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1238) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | |
| 0 - 18 Months | 270 | 16/917 | 1.75 (1.00, 2.83) | 192 | 8/646 | 1.24 (0.53, 2.44) | 1.44 (0.62, 3.36) | 0.401 |
| > 18 Months | 958 | 14/1456 | 0.96 (0.53, 1.61) | 1038 | 14/1566 | 0.89 (0.49, 1.50) | 1.08 (0.51, 2.27) | 0.839 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007C22120

Updated 5/26/2006



Table F18
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1228) | | | Placebo   (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡ (95% CI) | N | Events/Patient-Years† | PY-Rate‡ (95% CI) | | |
| 0 - 18 Months | 270 | 16/934 | 1.71 (0.98, 2.78) | 192 | 8/658 | 1.22 (0.52, 2.40) | 1.44 (0.62, 3.37) | 0.399 |
| > 18 Months | 958 | 14/1533 | 0.91 (0.50, 1.53) | 1038 | 15/1642 | 0.91 (0.51, 1.51) | 1.00 (0.48, 2.07) | 0.996 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

126

Updated 5/26/2006

M007C22121



Restricted
Confidential
Limited access

Table G1
Summary of Confirmed TCVSAE* Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | |
|---|---|---|---|---|
| | n(%)‡ | PY-Rate†(95% CI) | n(%)‡ | PY-Rate†(95% CI) |
| Total number of patients with events | 24 (2.28) | 1.60 (1.03, 2.38) | 15 (1.39) | 1.09 (0.61, 1.81) |
| Cardiac Events | 13 (1.22) | 0.85 (0.45, 1.46) | 16 (1.47) | 1.15 (0.66, 1.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral Vascular Events | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Cerebrovascular Events | 8 (0.75) | 0.52 (0.23, 1.03) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude incidence(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-00212122

Updated 5/26/2006



Restricted Confidential
Limited access

Table G2
Analysis of Confirmed TCV/SAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCV/SAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Events/Patient -Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 24/1500 | 1.60 (1.03, 2.38) | 15/1370 | 1.09 (0.61, 1.81) | 0.51 (-0.34, 1.35) | 1.50 (0.79, 2.87) | 0.2177 |
| Cardiac Events | 13/1526 | 0.85 (0.45, 1.46) | 16/1390 | 1.15 (0.66, 1.87) | -0.30 (-1.03, 0.43) | 0.77 (0.37, 1.60) | 0.4812 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Peripheral Vascular Events | 3/1541 | 0.19 (0.04, 0.57) | 0/1389 | 0.00 (0.00, 0.27) | 0.19 (-0.03, 0.42) | -- (0.37, ∞) | 0.2908 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1396 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | -- (0.37, ∞) | 0.2898 |
| Cerebrovascular Events | 8/1526 | 0.52 (0.23, 1.03) | 0/1392 | 0.00 (0.00, 0.27) | 0.52 (0.16, 0.89) | -- (1.56, ∞) | 0.0112 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G3
Summary of Confirmed TCV/SAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCV/SAE Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1053) | | | Placebo (N=1079) | | | Relative Risk[§] (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | |
| 0 - 6 Months | 1053 | 10/523 | 1.91 (0.92, 3.51) | 1079 | 4/538 | 0.74 (0.20, 1.90) | 2.57 (0.81, 8.20) |
| 6 - 12 Months | 1037 | 10/501 | 2.00 (0.96, 3.67) | 1074 | 7/518 | 1.35 (0.54, 2.79) | 1.48 (0.56, 3.88) |
| 12 - 18 Months | 482 | 1/123 | 0.82 (0.02, 4.55) | 477 | 0/92 | 0.00 (0.00, 4.00) | -- (0.02, ∞) |
| > 18 Months | 221 | 3/352 | 0.85 (0.18, 2.49) | 157 | 4/222 | 1.81 (0.49, 4.62) | 0.47 (0.07, 2.79) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MOW02C22123

Figure G1
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



Updated 5/26/2006

Restricted
Confidential
limited access

129

M007C22124

Figure G2
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.181
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

Restricted
Confidential
Limited access

Updated 5/26/2006

MRK-00722125

Updated 5/26/2006

Restricted
Confidential
limited access


Table G4
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | |
| --- | --- | --- | --- | --- |
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| **Total number of patients with events** | 19 (1.79) | 1.26 (0.76, 1.96) | 12 (1.10) | 0.86 (0.45, 1.51) |
| **Cardiac Events** | 13 (1.22) | 0.85 (0.45, 1.45) | 11 (1.01) | 0.79 (0.39, 1.41) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| **Cerebrovascular Events** | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incidence(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

M00TC22126

Updated 5/26/2006



Restricted Confidential Limited access

Table G5
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Total number of patients with events | 19/1512 | 1.26 (0.76, 1.96) | 12/1388 | 0.86 (0.45, 1.51) | 0.39 (-0.36, 1.14) | 1.50 (0.73, 3.10) | 0.2723 |
| Cardiac Events | 13/1530 | 0.85 (0.45, 1.45) | 11/1396 | 0.79 (0.39, 1.41) | 0.06 (-0.59, 0.72) | 1.10 (0.49, 2.47) | 0.8128 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Cerebrovascular Events | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Hemorrhagic Events | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |

[*] Patient-years at risk.
[†] Patients with events per 100 Patient-Years.
[‡] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G6
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1061) | | | Placebo (N=1086) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[†] (95% CI) | |
| 0 - 6 Months | 1061 | 10/528 | 1.89 (0.91, 3.48) | 1086 | 3/542 | 0.55 (0.11, 1.62) | 3.43 (0.94, 12.46) |
| 6 - 12 Months | 1045 | 7/506 | 1.38 (0.56, 2.85) | 1082 | 5/522 | 0.96 (0.31, 2.23) | 1.45 (0.46, 4.56) |
| 12 - 18 Months | 488 | 0/124 | 0.00 (0.00, 2.96) | 485 | 0/95 | 0.00 (0.00, 3.88) | - |
| > 18 Months | 225 | 2/354 | 0.56 (0.07, 2.04) | 163 | 4/228 | 1.75 (0.48, 4.48) | 0.32 (0.03, 2.25) |

[*] Patient-years at risk.
[†] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

MRK-AFV0072127

Figure G3
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



Kaplan-Meier Plot

Restricted
Confidential
limited access

Updated 5/26/2006

Figure G4
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.245; Treatment*Time p-Value=0.059
Confirmed APTC Endpoint
During Follow-up (>14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

Updated 5/26/2006

134

Updated 5/26/2006



Restricted — Confidential
Limited access

## Table G7
## Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC in Base Study and Censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1187) | | Placebo (N=1206) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 19/1760 | 1.08 (0.65, 1.69) | 17/1608 | 1.06 (0.62, 1.69) | 0.02 (-0.68, 0.72) | 1.04 (0.54, 2.01) | 0.899 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

## Table G8
## Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1187) | | | Placebo (N=1206) | | | |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | Relative Risk[§] (95% CI) |
| 0 - 6 Months | 1187 | 8/582 | 1.37 (0.59, 2.71) | 1206 | 9/595 | 1.51 (0.69, 2.87) | 0.91 (0.35, 2.35) |
| 6 - 12 Months | 1154 | 7/557 | 1.26 (0.50, 2.59) | 1181 | 3/571 | 0.53 (0.11, 1.54) | 2.39 (0.55, 14.33) |
| 12 - 18 Months | 580 | 1/166 | 0.60 (0.02, 3.36) | 566 | 1/129 | 0.78 (0.02, 4.32) | 0.78 (0.01, 61.06) |
| > 18 Months | 303 | 3/454 | 0.66 (0.14, 1.93) | 227 | 4/313 | 1.28 (0.35, 3.27) | 0.52 (0.08, 3.05) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-00J227229

Left margin: M007C22130

M007C22130

Figure G5
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot





Updated 5/26/2006

136

M007C22131

Figure G6
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



*Hazard Function*

Rofecoxib 25 mg
Placebo

*Months (bandwidth= 6.00)*

Test of Proportionality: Treatment*T.OG(Time) p-Value=0.446; Treatment*Time p-Value=0.321
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210


Updated 5/26/2006
Restricted
Confidential
Limited access