**EXHIBIT B**

Confidential-Subject to Protective Order

```
                                                                   Page 1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

       In re:  VIOXX                  *   MDL Docket No. 1657
                                      *
       PRODUCTS LIABILITY LITIGATION  *   SECTION L
                                      *
                                      *   JUDGE FALLON
       EVELYN IRVIN PLUNKETT, as      *
       Personal Representative of the *   MAGISTRATE JUDGE
       Estate of RICHARD IRVIN, JR.,  *       KNOWLES
                                      *
                    Plaintiff,        *   CASE NO. 2:05CV4046
                                      *
            vs.                       *
                                      *
       MERCK & CO., INC.,             *
                                      *
                    Defendant.        *



            VIDEOTAPED DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.
                           October 28, 2005
                              9:49 a.m.
                        Bean & Associates, Inc.
                        119 E. Marcy, Suite 110
                      Santa Fe, New Mexico  87501


              PURSUANT TO THE FEDERAL RULES OF CIVIL
       PROCEDURE, this deposition was:

       TAKEN BY:  MR. BERT BLACK
                  Attorney for the Plaintiff




       REPORTED BY:  Jan A. Williams, RPR, CCR 14
                     Bean & Associates, Inc.
                     Professional Court Reporting Service
                     500 Marquette, Northwest, Suite 280
                     Albuquerque, New Mexico  87102

       (3144M)  JAW
```

Confidential-Subject to Protective Order

Page 314

1  Did I read that correctly?
2  A. I think you did, yes.
3  Q. Okay. And the authors of this article were
4  Mukherjee, correct?
5  A. Yes.
6  Q. Nissen again, correct?
7  A. Yes
8  Q. And Topol, correct?
9  A. Yes
10  MR. BLACK: Let's go off the record for a
11  minute.
12  THE VIDEOGRAPHER: We are off the record.
13  The time now is 7:32 p.m. Mountain time.
14  (Recess.)
15  THE VIDEOGRAPHER: We are back on the record.
16  The time now is 7:50 p.m. Mountain time.
17  (Exhibit No. 36 was marked.)
18  BY MR. BLACK:
19  Q. Okay. Doctor, I am handing you what's been
20  marked as Exhibit 36 which is a copy of the U.S.
21  Long Range Operating Plan Franchise: Analgesic &
22  Anti-Inflammatory Products: Vioxx, Etoricoxib, July
23  2001. Is that what this document says in the front?
24  A. That's what it says.
25  Q. Okay. I would call your attention, Doctor,

Page 315

1  to page 17 of the document. And there's a graph on
2  page 17 that gives sales in dollars for Vioxx based on
3  three different assumptions; is that correct?
4  A. Okay.
5  Q. And the top curve which is the highest sales
6  numbers, that's called the upside. And that says CV
7  Labeling Milder; No Prothrombotic language. Did I
8  read that correct?
9  A. Yes, you did.
10  Q. And the base is a Class CV Label Precaution.
11  Did I read that correctly?
12  A. That's what it says, yes.
13  Q. And the downside is CV Label is Warning/Not
14  Precaution. Did I read that correctly?
15  A. Yes, you did.
16  Q. So this is the projections of what the sales
17  are going to be for Vioxx depending on what the Vioxx
18  label says; is that a fair characterization of the
19  document?
20  A. I think that's what it's supposed to be,
21  yeah.
22  Q. Okay. And, if you'll take a look over in
23  2006, it looks like the difference in sales is about a
24  billion dollars; would that be about right?
25  A. Let's see. In millions.

Page 316

1  Q. It looks like it's about 1,000 million
2  difference to me, if you take a look at the scale.
3  A. I think that's about right, yes.
4  Q. And that would be true in 2005 as well, about
5  a billion dollars difference, the upside and from the
6  downside?
7  A. Yes, I think that's what they're -- that they
8  forecast, yeah.
9  Q. Okay. And the same would be true in 2004,
10  about a billion dollars difference, right?
11  A. Well, I don't know. I think it looks a
12  little narrower in 2004.
13  Q. Okay. But there's also some difference in
14  the prior years too, correct, not quite the same
15  magnitude. But also some difference for the years
16  going back all the way to 2001, correct?
17  A. In 2001 is when it starts. But 2002, 2003,
18  yes, there are differences in each of those.
19  Q. Fair to say that based on --
20  A. In each of those upside, downside, base
21  estimates, that's correct.
22  Q. Fair to say that, over the period covered by
23  the graph, that the difference in sales from the top
24  side to the bottom side would probably sum to more
25  than $3 billion; is that correct?

Page 317

1  A. What are you talking about? I'm sorry.
2  What?
3  Q. If you took a look at the total difference in
4  sales for the period covered by the graph, it would
5  come to more than $3 billion; isn't that right,
6  Doctor?
7  A. I mean these are -- it looks to me as though
8  they're expecting the total revenue to go down over
9  time from 2000 -- in mid 2001 down to 2006. I mean I
10  don't know how to add those up. Maybe that's correct.
11  I don't know.
12  (Exhibit No. 37 was marked.)
13  BY MR. BLACK:
14  Q. Okay. All right. I'm handing you now -- I
15  only have one copy of this. So I guess there's going
16  to have to be one copy of this exhibit. Exhibit 37.
17  And, since I'm not going to have it in front of me, I
18  want to call your attention to page 5 of Exhibit 37
19  which is a Medical Officer Review document. Would
20  that be correct, Doctor?
21  A. Well, I think I need to look at it first.
22  Q. Yeah.
23  A. Yes, this is the review.
24  Q. Okay. If you'll take a look at page 5 of
25  that document --

80 (Pages 314 to 317)

ESQUIRE DEPOSITION SERVICES         (205) 458-1360

6f399c8e-b4c8-452c-a5e2-9bd13ccf00fb