**EXHIBIT C**

```
                                                          Page 1
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2                  -   -   -
    IN RE:  VIOXX         :  MDL DOCKET NO.
 3  LITIGATION            :  1657

 4  ------------------------------------------
    SUPERIOR COURT OF THE STATE OF CALIFORNIA
 5           COUNTY OF LOS ANGELES
                CENTRAL CIVIL WEST
 6
    VIOXX CASES           :  JCCP NO. 4247
 7                        :  ASSIGNED TO HON
                          :  VICTORIA CHEYNEY
 8                  -   -   -
                   CONFIDENTIAL
 9        SUBJECT TO PROTECTIVE ORDER
                    -   -   -
10                May 9, 2006
                    -   -   -
11        Videotape deposition of DAVID J.

12  GRAHAM, M.D., M.P.H, held at The

13  Renaissance Mayflower Hotel, 1127

14  Connecticut Avenue, N.W., Washington,

15  D.C. 20036, commencing at 9:23 a.m., on

16  the above date, before Linda L. Golkow, a

17  Federally-Approved Registered Diplomate

18  Reporter and Certified Shorthand

19  Reporter.
                    -   -   -
20

21        GOLKOW LITIGATION TECHNOLOGIES
                 Four Penn Center
22       1600 John F. Kennedy Boulevard
                   Suite 1210
23       Philadelphia, Pennsylvania 19103
                  877.DEPS.USA
24
```

Page 104

1  into it.

2          Now a problem crops up with
3  their drug. They've signed their name on
4  the line, this drug is safe and
5  effective. It's gone to the division
6  director. It's gone to the office
7  director. It's gone to the super office
8  director. It's gone to the Center
9  director. They all have signed on it
10 saying this drug is safe and effective.
11 And now you come up with this problem
12 that says, no, it isn't.

13         And then what happens? What
14 happens is delay. Delay, delay, delay.
15 And as a result -- you can see it. You
16 can see it with rofecoxib, with Vioxx,
17 that we have the results of the VIGOR
18 study showing a five-fold increased risk
19 of heart attack with Vioxx compared to
20 naproxen at the high dose, and it takes
21 almost two years for FDA to come up with
22 the label, a label, by the way, that in
23 my estimation, accomplished nothing of
24 utility to the public health.