**Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001; 161:1897-1902.**

Antibiotic use has long been an area in need of physician education, but suboptimal use continues to be a problem. In hospital settings, a particularly important issue is the overuse of broad-spectrum agents, which can encourage the development of bacterial resistance. With the creation of the Division of Pharmacoepidemiology and Pharmacoeconomics at BWH, I had the opportunity to further develop the educational outreach approach described above, and to apply it to a new prescribing area (inpatient antibiotic use) in a different clinical setting (the teaching hospital). With other faculty and staff in my division, we developed an algorithm that used the hospital's clinical information system that began with identification of all orders for two often-overused broad-spectrum antibiotics (ceftazidime and levofloxacin) as soon as they were written. We then developed a set of decision rules with colleagues from the Infectious Diseases Division to define situations in which such use might be inappropriate. Information on the order was then sent to an ID physician or specially trained clinical pharmacist for review of the primary medical record. If the order still appeared unnecessary, the responsible house officer was contacted for an on-the-spot interactive educational session on rational antibiotic use, usually within 24 hours of the original order. The program was modeled on my earlier "academic detailing" work (NEJM 1983 and NEJM 1992), modified for use in an academic in-patient setting.

To evaluate the effect of the intervention, we randomly allocated 17 teams on the medical services at BWH to receive the new intervention or to serve as controls. We used the hospital's computer system to track all use of the two broad-spectrum antibiotics on each service. We showed that over an 18-week study period, the services randomized to the intervention group had 41% fewer days of unnecessary antibiotic use than did the control teams ($P < .001$). No adverse clinical events were found. As a result of this study, this approach has been adopted for use as an ongoing quality-improvement program at BWH.

Confidential-Subject to Protective Order

**Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.**

In a previous paper in JAMA (see above, ref. 90), we had demonstrated poor compliance with statin use among indigent patients in the U.S. and in the entire elderly population of Quebec. The present paper, produced by Dr. Benner as part of his doctoral dissertation work under my mentorship, extended those findings by following up a larger U.S. cohort for a period of ten years. In defining the medication use behavior of 34,501 patients, it became the largest and longest-duration study of statin use in the literature, and one of the largest studies of compliance published for any drug. We found that only 26% of patients begun on a statin were still compliant after five years, with most of the drop-off occurring in the first 12 months of therapy. We then identified several predictors of poor compliance that can be used by physicians and health care systems to target patients at particularly high risk of stopping use of this important class of medications. These included nonwhite race, poverty (even though all patients studied had full drug coverage), older age, depression, and impaired cognitive function. Of particular relevance to clinical education programs, the analysis also found that non-compliance was likeliest in patients with less severe cardiovascular morbidity at the time of initiation of therapy, and in patients who had ischemic coronary events while on treatment. These findings will next be integrated into compliance-enhancing interventions that will focus on patients identified as being at highest risk.

Confidential-Subject to Protective Order

**Morris CA, Avorn J.  Internet marketing of herbal products. JAMA 2003; 290; 1505 – 1509.**

Communication with physicians about therapies has become more complicated with the proliferation of direct-to-consumer promotion of treatments of all kinds, and the increase in patients' use of alternative medicine approaches. Both developments have important implications for prescribing, and for how doctors can be taught to work with their patients in this intense new environment. Dr. Morris is a junior faculty member in the division of Pharmaco-epidemiology with an interest in medical education, working under my direct supervision. To systematically define the content and quality of facts about herbally-derived medications that are disseminated through the internet, we employed the five most commonly used search engines to evaluate the information provided about the eight herbal supplement products most widely used for medical purposes. Regulation of statements made in medicinal promotion of all kinds is a key aspect of information-transfer, and one goal of this study was to assess the enforcement of rules that govern the claims made in such advertising to patients and to doctors.

We identified 443 informational web sites for analysis; three quarters of these were retail sites. Of these, 81% made therapeutic claims that frequently violated federal regulations concerning promised clinical effects. Half of the sites that made health claims failed to include the legally required disclaimer that the products had not been reviewed by FDA, and did not purport to treat or prevent any disease.

In the present environment, educating physicians about rational therapy also requires educating them about the alternative treatments their patients may be taking, and about the accuracy of the information they and their patients are exposed to. An editorial written by the editors of JAMA to accompany our paper cited it as evidence of the need for regulatory reforms to require alternative medicine products to meet the same standards of efficacy and safety currently required for prescription drugs.

Confidential-Subject to Protective Order

## BIBLIOGRAPHY

## BOOK:

Avorn, J. Powerful Medicines: the Benefits, Risks, and Costs of Prescription Drugs. New York, Knopf, 2004.

## ORIGINAL ARTICLES:

1. Lieff J, Avorn J, Caddell H, Anderson H, Gorlin P, Kennedy S, Goodwin V, Verlenden L. Attitudes of the medical profession toward drug abuse. Amer J Publ Health 1973; 63:1035-1039.

2. Avorn J, Soumerai S. Demarketing strategies in prescription drug use. Ann World Assn Med Informatics 1981; 1:13-16.

3. Avorn J, Soumerai S. Use of computer-based Medicaid drug data to analyze and correct inappropriate medication use. J Med Systems 1982; 6:377-386.

4. Avorn J, Langer E. Induced disability in nursing home patients: A controlled trial. J Am Geriat Soc 1982; 30:397-400.

5. Avorn J, Chen M, Hartley R. Scientific vs. commercial sources of influence on physician prescribing behavior. Am J Med 1982; 73:4-8.

6. Soumerai S, Avorn J. Perceived health status, morale, and activity in urban retirees: A randomized controlled trial of part-time employment. J Gerontol 1983; 38(3):356-362.

7. Avorn J, Soumerai SB. Improving drug-therapy decisions through educational outreach: A randomized controlled trial of academically based "detailing." N Engl J Med 1983; 308:1457-1463.

8. Avorn J. Drug policy in the aging society. Health Affairs 1983; 2:23-32.

9. Avorn J. Benefit and cost analysis in geriatric care. N Engl J Med 1984; 310: 1294-1301.

10. Soumerai SB, Avorn J. Efficacy and cost-containment in hospital pharmacotherapy. Milbank Mem Fund Quart 1984; 62:447-474.

11. Soumerai SB, Avorn J. Economic and policy analysis of university-based drug "detailing." Med Care 1986; 24:313-331.

12. Avorn J, Everitt DE, Weiss S. Increased antidepressant use in patients prescribed beta-blockers. JAMA 1986; 225:357-360.

Confidential-Subject to Protective Order

13. Cleary PD, Rogers TF, Singer E, Avorn J, et al. Health education about AIDS among seropositive blood donors. Hlth Educ Quart 1986; 13:317-329.

14. Avorn J, Niessen LC. Relationship of long bone fractures and water fluoridation. Gerodont 1986; 2:175-9.

15. Avorn J. Drug innovation and public policy. Hlth Affairs 1986; 5(2):124-127.

16. Soumerai SB, Avorn J. Predictors of physician prescribing change in an educational experiment to improve medication use. Med Care 1987; 25:210-221.

17. Pindyck J, Avorn J, Kurian M, Reed M, Iqbal MJ, Levine SJ. Blood donation by the elderly. JAMA 1987; 257:1186-1188.

18. Campion EW, Avorn J, Reder VA, Olins NJ. Overmedication of the low weight elderly. Arch Int Med 1987; 147:945-947.

19. Sherman DS, Avorn J, Campion EW. Cimetidine use in nursing homes: Prolonged therapy and excessive doses. J Am Geriat Soc 1987; 35:1023-1027.

20. Soumerai SB, Avorn J, Gortmaker S, Ross-Degnan D. Payment restrictions for prescription drugs in Medicaid: Effects on therapy, cost, and equity. New Engl J Med 1987; 317:550-556.

21. Soumerai SB, Avorn J, Gortmaker S, Hawley S. Effect of government warnings on propoxyphene use and overdose deaths. Am J Publ Health 1987; 77:1518-1523.

22. Avorn J, Soumerai SB, Taylor W, Wessels M, Janousek J, Weiner M. Reduction of incorrect antibiotic use through a structured antibiotic order form. Arch Int Med 1988; 148:1720-1724.

23. Beers M, Avorn J, Soumerai SB, Everitt DE, Sherman DS, Salem S. Psychoactive medication use in intermediate-care facility residents. JAMA 1988; 260:3016-3020.

24. Cleary P, Singer E, Rogers T, Avorn J, Vandevanter N, Soumerai SB, Perry S, Pindyck J. Sociodemographic and behavioral characteristics of HIV antibody-positive blood donors. Am J Publ Hlth 1988; 78:953-7.

25. Avorn J, Dreyer P, Connelly K, Soumerai SB. Use of psychoactive medication and the quality of care in rest homes: Findings and policy implications of a state-wide study. N Engl J Med 1989; 320:227-32.

26. Schwartz RK, Soumerai SB, Avorn J. Physician motivations for non-scientific drug prescribing. Soc Sci & Med 1989; 28:577-582.

Confidential-Subject to Protective Order

27. Soumerai SB, McLaughlin T, Avorn J. Improving drug prescribing in primary care: A critical analysis of the experimental literature. Milbank Quart 1989; 67:268-317.

28. Buchwald D, Soumerai SB, Vandevanter N, Wessels MR, Avorn J. Effect of hospital-wide change in clindamycin dosing schedule on clinical outcomes. Rev Infec Dis 1989; 11:619-624.

29. Bright RA, Avorn J, Everitt DE. Medicaid data as a resource for epidemiologic studies: strengths and limitations. J Clin Epi 1989; 42:937-945.

30. Soumerai SB, Ross-Degnan D, Gortmaker S, Avorn J. Withdrawing payment for non-scientific drug therapy: Intended and unexpected effects of a large-scale natural experiment. JAMA 1990; 263:831-839.

31. Everitt DE, Avorn J, Baker MW. Clinical decisionmaking in the evaluation and treatment of insomnia. Am J Med 1990; 89:357-362.

32. Learman, LA, Avorn J, Everitt DE, Rosenthal R. Pygmalion in the nursing home: The effects of caregiver expectation on patient outcomes. J Am Geriat Soc 1990; 38:797-803.

33. Gurwitz J, Avorn J, Ross-Degnan D, Lipsitz LA. Nonsteroidal anti-inflammatory drug-associated azotemia in the very old. JAMA 1990; 264:471-475.

34. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of clinical knowledge, organizational context, and practice style on transfusion decision making. JAMA 1990; 264:476-483.

35. Everitt DE, Soumerai S, Avorn J, Klapholz H, Wessels M. Changing antimicrobial prophylaxis through education aimed at senior department leaders. Infec Control Hosp Epidem 1990; 11:578-583.

36. Soumerai SB, Avorn J. Principles of educational outreach ("academic detailing") to improve clinical decisionmaking. JAMA 1990; 263:549-556.

37. Avorn J, Everitt DE, Baker MW. The neglected medical history and therapeutic choices for abdominal pain. Arch Int Med 1991; 51:694-698.

38. Everitt DE, Fields D, Avorn J, Soumerai S. Resident behavior and staff distress in the nursing home. J Am Geriatrics Soc 1991; 39:792-798.

39. Soumerai SB, Ross-Degnan D, Avorn J, McLaughlin TJ. Effects of Medicaid drug-payment limits on admission to hospitals and nursing homes. N Engl J Med 1991; 325:1072-1077.

Confidential-Subject to Protective Order

40. JH, Avorn J. The ambiguous relationship between aging and adverse drug reactions. Ann Intern Med 1991; 114:956-966.

41. Avorn J, Soumerai SB, Everitt DE, Ross-Degnan D, Beers MH, Sherman D, Salem-Schatz SR, Fields D. A randomized trial of a program to reduce the use of psychoactive drugs in nursing homes. N Engl J Med 1992; 327:168-173.

42. Kuchel GA, Avorn J, Reed MJ, Fields D. Cardiovascular responses to phlebotomy and sitting in middle-aged and elderly subjects. Arch Int Med 1992; 152:366-70.

43. Gurwitz JH, Col N, Avorn J. Exclusion of elderly and women from clinical trials in acute myocardial infarction. JAMA 1992; 268:1417-1422.

44. Gurwitz JH, Avorn J, Ross-Degnan D, Choodnovskiy I, Ansell J. Aging and the anticoagulant response to warfarin. Ann Intern Med 1992; 116:901-904.

45. Beers MH, Avorn J, Soumerai S, Hawley, SL, Drobnyk G. Computer-assisted drug data collection. J Med Syst 1992; 16:1-6.

46. Gurwitz JH, Bohn R, Glynn RJ, Avorn J. Antihypertensive drug therapy and initiation of treatment for diabetes mellitus. Ann Intern Med 1992; 118:273-278.

47. Monane M, Avorn J, Beers MH, Everitt DE. Anticholinergic drug use and bowel function in nursing home patients. Arch Int Med 1993; 153:633-638.

48. Cleary PD, Van Devanter N, Rogers TF, Singer E, Shipton-Levy R, Steilen M, Stuart A, Avorn J, Pindyck J. Depressive symptoms in blood donors notified of HIV infection. Am J Publ Health 1993; 83:534-539.

49. Gurwitz JH, Glynn R, Monane M, Everitt DE, Gilden D, Smith N, Avorn J. Treatment for glaucoma: Adherence by the elderly. Am J Publ Health 1993; 83:711-716.

50. Avorn J, Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Everitt DE, Gilden D, Choodnovskiy I. Adverse pulmonary effects of topical ʊΩ''ΥΖblockers used in the treatment of glaucoma. J Glaucoma 1993; 2:158-165.

51. Soumerai SB, Salem-Schatz S, Avorn J, Casteris CS, Ross-Degnan D, Popovsky MA. A controlled trial of educational outreach to improve blood transfusion practice. JAMA 1993; 270:961-966.

52. Salem-Schatz SR, Avorn J, Soumerai SB. Influence of knowledge and attitudes on the quality of physicians' transfusion practice. Med Care 1993; 31:868-78.

53. Soumerai S, Avorn J, Taylor W, Wessels M, Maher D, Hawley S. Improving choice of prescribed antibiotics through concurrent reminders in an educational order form.

Confidential-Subject to Protective Order

Med Care 1993; 31:552-8.

54. Glynn RJ, Gurwitz JH, Bohn RL, Monane M, Choodnovskiy I, Avorn J. Old age and race as determinants of initiation of glaucoma therapy. Am J Epidemiol 1993; 138:395-406.

55. Gurwitz JH, Bohn RL, Glynn RJ, Monane M, Mogun H, Avorn J. Glucocorticoids and the risk for initiation of hypoglycemic therapy. Arch Int Med 1994; 154:97-101.

56. Avorn J, Monane M, Gurwitz JH, Glynn RJ, Choodnovskiy I, Lipsitz LA. Reduction of bacteriuria and pyuria after ingestion of cranberry juice. JAMA 1994; 271:751-754.

57. Pickering TD, Gurwitz JH, Zaleznik D, Noonan JP, Avorn J. The appropriateness of oral fluoroquinolone prescribing in the long-term care setting. J Am Geriatr Soc 1994; 42:28-32.

58. Monane M, Bohn RL, Gurwitz JH, Glynn R, Avorn J. Non-compliance with congestive heart failure therapy in the elderly. Arch Int Med 1994; 154:433-437.

59. Avorn J, Monane M, Everitt DE, Beers MH, Fields D. Clinical assessment of extra-pyramidal signs in nursing home patients given antipsychotic medication. Arch Int Med 1994; 154:1113-7.

60. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Choodnovskiy I, Avorn J. Topical glaucoma medications and cardiovascular risk in the elderly. Clin Pharmacol Ther 1994; 55:76-83.

61. Harari D, Gurwitz JH, Avorn J, Choodnovskiy I, Minaker KL. Constipation: assessment and management in an institutionalized elderly population. J Am Geriatr Soc 1994; 42:947-952.

62. Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272:781-6.

63. Glickman L, Bruce EA, Caro FG, Avorn J. Physicians' knowledge of drug costs for the elderly. J Am Geriatr Soc 1994; 42:992-6.

64. Gurwitz JH, Field TS, Glynn RJ, Manson JE, Avorn J, Taylor JO, Hennekens CH. Risk factors for non-insulin-dependent diabetes mellitus requiring treatment in the elderly. J Am Geriatr Soc 1994; 42:1235-1240.

65. Avorn J, Bohn R, Mogun H, Gurwitz J, Monane M, Everitt D, Walker A. Neuroleptic drug exposure and treatment of parkinsonism in the elderly: a case-

Confidential-Subject to Protective Order

control study. Am J Med 1995; 99:48-54.

66. Monane M, Gurwitz JH, Lipsitz LA, Glynn RJ, Avorn J. Epidemiologic and diagnostic aspects of bacteriuria: a longitudinal study in elderly women. J Am Geriat Soc 1995; 43:618-922.

67. Monane M, Glynn RJ, Gurwitz JH, Bohn RL, Levin R, Avorn J. Trends in medication choices for hypertension in the elderly: the decline of the thiazides. Hypertension 1995; 125:1045-1051.

68. Ross-Degnan D, Soumerai S, Avorn J, Bohn RL, Bright R, Aledort LM. Hemophilia home treatment: Economic analysis and implications for health policy. Intl J of Technol Assess Hlth Care 1995; 11:327-344.

69. Kalish S, Gurwitz JH, Krumholz H, Avorn J. A cost-effectiveness model of thrombolytic therapy for acute myocardial infarction. J Gen Intern Med 1995; 10:321-330.

70. Kalish SC, Bohn RL, Mogun H, Glynn RJ, Gurwitz JH, Avorn J. Antipsychotic prescribing patterns and the treatment of extrapyramidal symptoms in older people. J Am Geriat Soc 1995; 43:967-973.

71. Avorn J, Gurwitz JH, Bohn RL, Mogun H, Monane M, Walker A. Increased incidence of L-dopa therapy following metoclopramide use. JAMA 1995; 274:1780-1782.

72. Harari D, Gurwitz JH, Choodnovskiy I, Avorn J, Minaker KL. Correlates of regular laxative use in frail elderly persons. Am J Med 1995; 99:513-518.

73. Avorn J, Gurwitz JH. Drug use in the nursing home. Ann Intern Med 1995; 123:195-204.

74. Cleary PD, VanDevanter N, Steilen M, Stuart A, Shipton-Levy R, McMullen W, Rogers TF, Singer E, Avorn J, Pindyck J. A randomized trial of an education and support program for HIV-infected individuals. AIDS Rsch 1995; 9:1271-1278.

75. Monane M, Glynn R, Avorn J. The effect of sedative-hypnotic use on sleep symptoms in elderly nursing home residents. Clin Pharmacol Ther 1996; 59:83-92.

76. Gurwitz JH, Everitt DE, Monane M, Glynn RJ, Choodnovskiy I, Beaudet MP, Avorn J. The impact of ibuprofen on the efficacy of antihypertensive treatment with hydrochlorothiazide in elderly persons. J Gerontol: Med Sci 1996; 51A:M74-M79.

77. Harari D, Gurwitz JH, Avorn J, Bohn RL, Minaker KL. Bowel habit in relation to age and gender: findings from the National Health Interview Survey and clinical

39

Confidential-Subject to Protective Order

implications. Arch Int Med 1996; 156:315-320.

78. Monane M, Kanter DS, Glynn RJ, Avorn J. Variability in length of hospitalization for stroke: the role of managed care in an elderly population. Arch Neurol 1996; 53:875-880.

79. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J. Compliance with antihypertensive therapy: the role of age, gender, and race. Am J Public Health 1996; 86:1805-1808.

80. Kalish S, Bohn RL, Avorn J. Policy analysis of the conversion of histamine-2 antagonists to over-the-counter use. Med Care 1997; 35:32-48.

81. Monane M, Gurwitz JH, Bohn RL, Glynn RJ, Levin R, Monette J, Avorn J. The impact of thiazide diuretics on the initiation of lipid-reducing agents in older people: a population-based analysis. J Am Geriatr Soc 1997; 45:71-75.

82. Harari D, Avorn J, Bohn RL, Mogun H, Minaker K. How do older persons define constipation? Implications for therapeutic management. J Gen Intern Med 1997; 12:63-66 .

83. Gurwitz JH, Monette J, Rochon PA, Eckler MA, Avorn J. Atrial fibrillation and stroke prevention with warfarin in the long-term care setting. Arch Intern Med 1997; 157:978-984.

84. Huttin C, Avorn J. Drug expenditures for hypertension: an empirical test of an economic model in a French population. Cah Sociol Demogr Med 1997; 37:33-52.

85. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Levin R, Avorn J. The effects of initial drug choice and comorbidity on antihypertensive therapy compliance: results from a population-based study in the elderly. Am J Hypertens 1997; 10:697-704.

86. Gurwitz JH, Bohn RL, Glynn RJ, Avorn J. Thiazide diuretics and the initiation of anti-gout therapy. J Clin Epidemiol 1997; 8:953-959.

87. Monette J, Gurwitz JH, Rochon PA, Avorn J. Physician attitudes concerning warfarin for stroke prevention in atrial fibrillation: results of a survey of long-term care paractitioners. J Am Geriatr Soc 1997; 45:1060-1065.

88. Monette J, Mogun H, Bohn RL, Avorn J. Concurrent use of antiulcerative agents. J Clin Gastroenterol 1997; 24:207-213.

89. Gurwitz JH, Yeomans SM, Glynn RJ, Lewis BE, Levin R, Avorn J. Noncompliance in the managed care setting: the case of medical therapy for glaucoma. Med Care 1998;36:357-369.

Confidential-Subject to Protective Order

90. Avorn J, Monette J, Lacour A, Monane M, Mogun H, Bohn RL, LeLorier J. Persistence of use of lipid-lowering medications: a cross-national study. JAMA 1998;279:1458-1462.

91. Bohn RL, Avorn J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic use of factor VIII: an economic evaluation. Thromb Haemost 1998;79:932-937.

92. Brown NJ, Griffin MR, Ray WA, Meredith S, Beers MH, Marren J, Robles M, Stergachis A, Wood AJ, Avorn J. A model for improving medication use in home health care patients. J Am Pharm Assoc 1998;38:696-702.

93. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy, Avorn J. Agreement between drug treatment and a discharge diagnosis of diabetes mellitus in the elderly. Amer J Epi 1999;149:541-549.

94. Solomon DH, Katz JN, Bohn RL, Mogun H, Avorn J. Non-occupational risk factors for carpal tunnel syndrome. J Gen Intern Med 1999;14:310-314.

95. Pan CX, Glynn RJ, Mogun H, Choodnovskiy I, Avorn J. Definition of race and ethnicity in the elderly in Medicare and Medicaid. J Am Geriatr Soc 1999;47:730-733.

96. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy I, Avorn J. Aging, comorbidity, and reduced rates of drug treatment for diabetes mellitus. J Clin Epi 1999;52:781-790.

97. Knight EL, Glynn RJ, McIntyre KM, Mogun H, Avorn J. Predictors of decreased renal function in patients with CHF during ACE inhibitor therapy. Amer Heart J 1999;138:849-855.

98. Bohn RL, Colowick AB, Avorn J. Probabilities, costs, and outcomes: methodologic issues in modeling hemophilia treatment. Haemophilia 1999;5:374-378.

99. Bohn RL, Gurwitz JH, Yeomans SM, Glynn RJ, Pasquale LR, Walker AM, Avorn J. Which patients are treated for glaucoma? An observational analysis. J Glauc 2000; 9:38-44.

100. Ganz DA, Kuntz KM, Jacobson GA, Avorn J. Cost-effectiveness of HMG Co-A reductase inhibitors in older patients with prior myocardial infarction. Ann Intern Med 2000; 132:780-787.

101. Bérard A, Solomon DH, Avorn J. Patterns of drug use in rheumatoid arthritis. J

Confidential-Subject to Protective Order

Rheum 2000;96:1648-55.

102. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Strategies for improving comorbidity measures based on Medicare and Medicaid claims data. J Clin Epi 2000; 53:571-578.

103. Avorn J, Solomon DH. Cultural and economic factors that (mis)shape antibiotic utilization: the non-pharmacologic basis of therapeutics. Ann Intern Med 2000; 133:128-35.

104. Knight EL, Glynn RJ, Levin R, Ganz DA, Avorn J. Failure of evidence-based medicine in the treatment of hypertension in older patients. J Gen Intern Med 2000; 133:128-35.

105. Colowick AB, Bohn RL, Avorn J, Ewenstein B. Immune tolerance induction in hemophilia patients with inhibitors: Costly can be cheaper. Blood 2000; 96:1698-702.

106. Ganz DA, Glynn RJ, Mogun H, Knight EL, Bohn RL, Avorn J. Adherence to guidelines for oral anticoagulation after venous thrombosis and pulmonary embolism. J Gen Intern Med 2000; 15: 776-781.

107. Wang PS, Solomon DH, Mogun H, Avorn J. HMG-CoA reductase inhibitors and the risk of hip fractures in elderly patients. JAMA 2000; 283:3211-3216.

108. Gurwitz JH, Field TS, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Edmondson AC, Bates DW. Incidence and preventability of adverse drug events in nursing homes. Am J Med 2000; 109:87-94.

109. Van Eijk ME, Bahri P, Dekker G, Herings RM, Porsius A, Avorn J, De Boer A. Use of prevalence and incidence measures to describe age-related prescribing of antidepressants with and without anticholinergic effects. J Clin Epi 2000; 53:645-51.

110. Fields TS, Gurwitz JH, Avorn J, McCormick D, Jain S, Eckler M, Benser M, Bates DW. Risk factors for adverse drug events among nursing home residents. Arch of Intern Med 2001; 161:1629-34.

111. Van Eijk ME, Krist LF, Avorn J, Porsius A, de Boer A. Do the research goal and databases match? A checklist for systematic approach. Health Policy 2001; 58: 263-74.

112. Solomon DH, Stone PH, Glynn RJ, Ganz DA, Gibson CM, Terry R, Avorn J. Use of risk stratification to identify patients with unstable angina likeliest to benefit from an invasive versus conservative management strategy. J Amer Coll Cardiol

Confidential-Subject to Protective Order

2001; 38:969-976.

113. Wang PS, Walker AM, Tsuang MT, Orav EJ, Levin RL, Avorn J. Antidepressant use and the risk of breast cancer. J Clin Epi 2001; 54:728-734.

114. Knight E, Bohn R, Wang P, Glynn RJ, Mogun H, Avorn J. Predictors of uncontrolled hypertension in ambulatory patients. Hypertension 2001; 38:809-814.

115. Van Eijk ME, Avorn J, Porsius AJ, De Boer A. Reducing prescribing of highly anticholinergic antidepressants for elderly people: a randomised trial of group versus individual academic detailing. BMJ 2001; 322: 654-657.

116. Wang PS, Walker A, Tsuang M, Orav EJ, Levin R, Avorn J. Finding incident breast cancer cases through U.S. claims data and a state cancer registry. Cancer Causes and Control 2001; 12:257-265.

117. Knight EL, Avorn J. Quality indicators for appropriate medication use in the care of the vulnerable elderly. Ann Intern Med 2001;135:703-710.

118. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Hazardous benzodiazepine regimens in the elderly: effects of half-life, dosage, and duration on risk of hip fracture. Amer J Psychiat 2001;158:892-898.

119. Solomon DH, van Houten L, Glynn RJ, Baden L, Curtis K, Schrager H, Avorn J. Academic detailing to improve use of broad-spectrum antibiotics at an academic medical center. Arch Intern Med 2001;161:1897-1902.

120. Wang PS, Bohn RL, Glynn RJ, Mogun H, Avorn J. Zolpidem use and hip fractures in the elderly. J Amer Geriat Soc 2001; 49:1685-1690.

121. Schneeweiss S, Seeger J, Maclure M, Wang P, Avorn, J, Glynn RJ: Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001; 154: 854-64.

122. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J: Late referral and modality choice in end-stage renal disease. Kidney Int 2001; 60:1547-1554.

123. Glynn RJ, Knight EL, Levin R, Avorn J. Paradoxical relations of drug treatment with mortality in older persons. Epidemiol 2001;12:682-689.

124. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. Am J Epidemiol 2001;154:854-64.

125. Winkelmayer WC, Glynn RJ, Levin R, Owen W, Avorn J. Determinants of delayed nephrologist referral in patients with chronic kidney disease. Am J Kidney Dis 2001; 38:1178-1184.

Confidential-Subject to Protective Order

126. Wang PS, Glynn RJ, Ganz DA, Schneeweiss S, Levin R, Avorn J. Clozapine use and the risk of diabetes mellitus. J Clin Psychopharm 2002; 22:236-243.

127. Ewenstein BM, Avorn J, Putnam KG, Bohn RL. Porcine factor VIII: Pharmacoeconomics of inhibitor therapy. Haemophilia 2002; 8 suppl 1: 13-16.

128. Wang PS, Bohn RL, Knight E, Glynn RJ, Mogun H, Avorn J. Noncompliance with antihypertensive medications: the impact of depressive symptoms and psychosocial factors. J Gen Intern Med 2002; 17:504-511.

129. Wang PS, Levin R, Zhao SZ, Avorn J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in elderly patients. J Amer Geriat Soc 2002; 50: 117-124.

130. Solomon DH, Ganz DA, Avorn J, Knight EL, Glynn RJ, Gibson CM, Stone PH. Which patients with unstable angina or non-Q-wave myocardial infarction should have immediate cardiac catheterization? A clinical decision rule for predicting who will fail medical therapy. J Clin Epi 2002; 55:121-128.

131. Avorn J, Benner J, Ford I, Ganz DA, Gaw A, Glynn RJ, Jackson J, Lagaay AM, Schneeweiss S, Walley T, Wang PS. Measuring the cost-effectiveness of lipid-lowering drugs in the elderly: the outcomes research and economic analysis components of the prosper trial. Controlled Clin Trials 2002; 23: 757-773.

132. Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162:1099-1104.

133. Winkelmayer WC, Glynn RJ, Levin R, Mittleman MA, Pliskin JS, Avorn J. Late nephrologist referral and access to renal transplantation. Transplantation 2002; 73:1918-1923.

134. Avorn J, Winkelmayer WC, Bohn RL, Levin R, Glynn RJ, Levy E, Owen W. Delayed nephrologist referral and inadequate vascular access in patients with advanced kidney failure. J Clin Epi 2002; 55:711-716.

135. Winkelmayer WC, Owen W, Glynn RJ, Levin R, Avorn J. Preventive health care measures before and after start of renal replacement therapy. J Gen Int Med 2002; 17:588-595.

136. Wang PS, Walker AM, Tsuang MT, Orav EJ, Glynn RJ, Levin RL, Avorn J. Dopamine antagonists and the development of breast cancer. Arch Gen Psychiatry 2002; 59:1147-1154.

137. Schneeweiss S, Hasford J, Göttler M, Hoffmann A, Riethling A-K, Avorn J: Hospital admissions caused by adverse drug reactions: A longitudinal population-based study. Euro J Clin Pharm 2002; 58:285-291.

Confidential-Subject to Protective Order

138. Avorn J, Bohn RL, Levy E, Levin R, Owen WF, Winkelmayer WC, Glynn RJ: Nephrologist care and mortality in patients with chronic renal insufficiency. Arch Intern Med 2002; 162:2002-2006.

139. Benner JS, Glynn RJ, Mogun H, Neumann PJ, Weinstein MC, Avorn J. Long-term persistence in use of statin therapy in elderly patients. JAMA 2002; 288:455-461.

140. Winkelmayer WC, Glynn RJ, Mittleman MA, Pliskin JS, Levin R, Avorn J: Comparing mortality of elderly patients on hemodialysis versus peritoneal dialysis: a propensity score approach. J Am Soc Nephrol 2002; 13:2353-2362.

141. Mantel-Teeuwisse AK, Verschuren WMM, Klungel OH, Kromhout D, Lendeman AD, Avorn J, Porsius AJ, de Boer A. Undertreatment of hypercholesterolaemia: a population-based study. Br J Clin Pharmacol 2003; 55: 389-397.

142. Winkelmayer WC, Owen WF, Levin R, Avorn J: A propensity analysis of late vs. early nephrologist referral and mortality on dialysis. J Am Soc Nephrol; 2003; 14:486-492.

143. Partridge A, Wang P, Winer E, Avorn J. Non-adherence to adjuvant tamoxifen therapy in women with primary breast cancer. J Clin Oncol 2003; 21: 602-606.

144. Winkelmayer WC, Levin R, Avorn J: The nephrologist's role in the management of calcium-phosphorus metabolism in patients with chronic kidney disease. Kidney Int 2003; 63:1836-1842.

145. Winkelmayer WC, Glynn RJ, Levin R, Avorn J: Hydroxyethyl starch and change in renal function in patients undergoing coronary artery bypass graft surgery. Kidney Int 2003; 64:1046-1049.

146. Fischer MA, Solomon DS, Teich JM, Avorn J. Conversion from intravenous to oral medications: assessment of a computerized intervention for hospitalized patients. Arch Intern Med 2003; (in press).

147. Winkelmayer WC, Levin R, Avorn J: Chronic kidney disease as a risk factor for bleeding complications after coronary artery bypass surgery. Am J Kidney Dis 2003; 41:84-89.

148. Fischer MA, Avorn J. Economic consequences of under-use of generic drugs: evidence from Medicaid and implications for prescription drug benefit plans. Health Serv Res 2003; 38: 1051-1063.

149. Solomon DH, Katz JN, Carrino JL, Schaffer JL, Bohn RL, Mogun H, Avorn J. Trends in knee magnetic resonance imaging: 1991-1995. Med Care 2003; 41: 687-692.

150. Schneeweiss S, Wang PS, Avorn J, Glynn RJ: Improved comorbidity adjustment for predicting mortality in Medicare populations. Health Serv Res 2003; 38: 1103-20.

Confidential-Subject to Protective Order

151. Desai AS, Solomon DH, Stone PH, Avorn J. Economic consequences of routine coronary angiography in low and intermediate risk patients with unstable angina. Amer J Cardiol 2003; 92: 363-367.

152. Wang PS, Benner JS, Glynn RJ, Winkelmayer WC, Mogun H, Avorn J. How well do patients report non-compliance with antihypertensive medications? a comparison of self-report vs. filled prescriptions. Pharmacoepidemiol Drug Safety 2003; (in press).

153. Fischer MA, Avorn J. Potential savings from increased use of generic drugs in the elderly: What the experience of Medicaid and other insurance programs means for a Medicare drug benefit. Pharmacoepidemiol Drug Safety 2003; (in press).

154. Solomon DH, Glynn RJ, Levin R, Bohn R, Avorn J. The hidden costs of NSAIDs in older patients. J Rheumatol 2003;30:792-780.

155. Warsi A, LaValley MP, Wang PS, Avorn J, Solomon DH. Arthritis self-management education programs: a meta-analysis of the effect on pain and disablty. Arthritis Rheum 2003; 48: 2207-2213.

156. Solomon DH, Avorn J, Warsi A, et al. Which patients with knee problems are likely to benefit from surgery? Development of a clinical prediction rule. Arch Intern Med 2003 (in press).

157. Solomon DH, Finkelstein JS, Katz JN, Mogun H, Avorn J. Underuse of osteoporosis medications in elderly patients with fractures. Am J Med 2003;15:398-400.

158. Avorn J, Patel M, Levin R, Winkelmayer WC: Hetastarch and bleeding complications after coronary artery surgery. Chest 2003; 124:1437-1442.

159. Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ: Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. health care utilization data. J Gen Intern Med 2003 (in press)

160. Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J: Determinants of selective COX-2 inhibitor prescribing: Are patient or physician characteristics more important? Am J Med 2003; 115: 715-720.

161. Wang PS, Schneeweiss S, Glynn RJ, Mogun H, Avorn J. Use of the case-crossover design to study prolonged drug exposures and insidious outcomes. Ann Epidemiol 2003 (in press).

162. Warsi A, Wang PS, LaValley, Avorn J, Solomon DH. Self-management education programs in chronic disease. Arch Intern Med 2004; 164:1641-1649.

Confidential-Subject to Protective Order

163. Parr KG, Patel MA, Dekker R, Levin R, Glynn R, Avorn J, Morse DS. Multivariate predictors of blood product use in cardiac surgery. J Cardiothorac Vasc Anesth 2003; 17:176-181.

164. Morris CA, Avorn J. Internet marketing of herbal products. JAMA 2003; 290:1505-9.

165. Gilligan T, Wang PS, Levin R, Kantoff PW, Avorn J. Racial differences in screening for prostate cancer in the elderly. Arch Intern Med (in press).

166. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Cannuscio CC, Levin R, Mogun H, Avorn J. The relationship between selective COX-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004 (in press).

167. Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Mogun H, Avorn J. The economic impact of factor VIII inhibitors in patients with haemophilia. Haemophilia 2004; 10: 1-6.

168. Morris, CA, Cabral D, Cheng H, Katz JN, Finkelstein JS, Avorn J, Solomon DH. Patterns of bone mineral density testing: current guidelines, testing rates and interventions. J Gen Intern Med 2004 (in press).

169. Avorn J, Schneeweiss S, Knight E, Ganz DA. Therapeutic delay and reduced functional status six months after thrombolysis for acute myocardial infarction. Amer J Cardiol 2004 (in press).

170. Solomon DH, Schneeweiss S, Levin R, Avorn J. the relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 2004; 44:140-145.

171. Avorn J, Schneeweiss S, Sudarsky LR, Benner J, Kiyota Y, Levin R, Glynn RJ. Sudden uncontrollable somnolence and medication use in Parkinson's disease. Arch Neurol 2004 (in press).

172. Higashi T, Shekelle PG, Solomon DH, Knight EL, Roth C, Chang JT, Kamberg CJ, MacLean C, Young RT, Adams J, Reuben DB, Avorn J, Wenger NS. The Quality of Pharmacological Care for Community-Dwelling Vulnerable Older Patients in Managed Care Organizations. Ann Intern Med 2004 (in press).

173. Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH: Assessment of bias by unmeasured confounders in pharmacoepidemiologic claims data studies using external data. Epidemiology 2004 (in press).

174. Schneeweiss S, Maclure M, Carelton B, Glynn RJ, Avorn J. Clinical and economic consequences of a reimbursement restriction of nebulised respiratory therapy in adults: direct comparison of randomized and observational evaluations. BMJ 2004 (in press).

Confidential-Subject to Protective Order

175. Fischer MA, Avorn J. Economic implications of evidence-based prescribing for hypertension: Can better care cost less?  JAMA 2004; 291: 1850-1856.

176. Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. The relationship between selective cox-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.

177. Schneeweiss S, Wang PS, Avorn J, Maclure M, Levin R, Glynn RJ: Consistency of performance ranking of comorbidity adjustment scores in Canadian and U.S. health care utilization data. J Gen Intern Med 2004;19:444-450.

178. Solomon DH, Finkelstein JS, Wang PS, Avorn J. Statin lipid-lowering drugs and bone mienral density. Pharmacoepi Drug Safety 2004 (in press).

179. Solomon DH, Morris C, Cheng H, Cabral D, Katz JN, Finkelstein JS, Avorn J. Medication use patterns for osteoporosis: an assessment of guidelines, treatment rates, and quality improvement interventions. Mayo Clinic Proc (in press).

Confidential-Subject to Protective Order

REVIEWS, CHAPTERS, EDITORIALS, etc.:

1. Avorn J. Beyond dying: Experiments with drugs in easing the transition from life. Harper's Magazine 1973; 246:54-64.

2. Avorn J. The future of doctoring: Information technology and health care delivery. The Atlantic Monthly 1974; 234:71-79.

3. Avorn J. The role of cocaine in treating intractable pain in terminal disease. In: Jeri R, ed. Cocaine: Proceedings of the Interamerican seminar of medical and sociological aspects of cocoa and cocaine. Lima, Peru: Pan-American Health Organization, 1979: 227-235.

4. Avorn J. Nursing home infections: The context (editorial). N Engl J Med 1981; 305:759-760.

5. Avorn J. Ethics and experts: A physician's perspective. Hastings Center Report 1982; 12(3):11-12.

6. Langer E, Avorn J. Impact of the psychosocial environment of the elderly on behavioral and health outcomes. In: Chellis R, Seagle J, eds. Congregate housing for older people. Lexington, MA: D.C. Heath and Co, 1982.

7. Avorn J. Beyond the bedside: The social context of geriatric practice. In: Rowe J and Besdine R, eds. Health and disease in old age. Boston: Little, Brown and Co., 1982.

8. Avorn J, Lamy P, Vestal R. Prescribing for the elderly. Patient Care 1982; 16(12):14-62.

9. Avorn J. Needs, wants, demands, and interests: Their intersection in medical practice and health policy. In: Bayer R, ed. In search of equity. New York: Plenum Press, 1983.

10. Avorn J. Biomedical and social determinants of cognitive impairment in the elderly. J Am Geriat Soc 1983; 31(3):137-143.

11. Avorn J. Medications and the elderly: Testimony before a joint session of the Committees on Aging of the U.S. Senate and House of Representatives. In: The Congressional Record. Washington, DC: Government Printing Office, 1983; S Hrg 98-392:50-57, 75, 82-84.

12. Avorn J, Soumerai SB. A new approach to reducing sub-optimal drug use (editorial). JAMA 1983; 250:1752-1753.

Confidential-Subject to Protective Order

13. Avorn J. Containing the costs of improper prescribing. Business and Health 1984; 1(4):35-39.

14. Avorn J. Geriatric drug epidemiology and health services research based on large-scale computerized datasets. In: Moore SR, Teal TW, eds. Geriatric drug use: Clinical and social perspectives. New York: Pergamon Press, 1985.

15. Avorn J. Medicine, health, and the geriatric transformation. Daedalus: J Am Acad Art Sci 1986; 115:211-225. Reprinted in: Pifer A and Bronte L, eds. Our aging society: Paradox and promise. New York: W. W. Norton, 1986.

16. Avorn J. The prescribing practices of physicians. In: Maronde R, ed. Clinical pharmacology and therapeutics. New York: Springer Verlag, 1986.

17. Everitt DE, Avorn J. Drug prescribing for the elderly. Arch Int Med 1986; 146:2393-2396.

18. Avorn J. Prescription medication use in geriatrics: Economic considerations. Testimony before the Select Committee on Aging, U.S. House of Representatives. In: The Congressional Record. Washington, D.C.: Government Printing Office, 1986.

19. Pindyck J, Avorn J, Cleary P, et al. Notification of anti-LAV/HTLV-III positive blood donors: Psychosocial, counseling and care issues. In: Petricciana JA, ed. AIDS: The Safety of Blood and Blood Products. New York: John Wiley & Sons, 1987.

20. Avorn J, et al. Information and education as determinants of antibiotic use. Rev Infec Dis 1987; 9(3):S286-S296.

21. Everitt DE, Avorn J. Accidents and therapeutic prescription drugs. Public Health Reports 1987; 102(6):620-622.

22. Avorn J. Pharmacology and geriatric practice. Clin Pharmacol Ther 1987; 42(6):674-676.

23. Soumerai S, Quick J, Avorn J. Changing the unchangeable: Principles and experiences in improving prescribing accuracy. World Pediatrics and Child Care 1987; 3:287-291.

24. Avorn J. Adverse medication reactions, drug epidemiology, and the care of the elderly. Testimony before the Special Committee on Aging, U.S. Senate. In: The Congressional Record. Washington, D.C.: Government Printing Office, 1988.

25. Avorn J. Geriatric pharmacology. In: Rowe JW, Besdine R, ed. Geriatric Medicine. Boston: Little, Brown and Co., 1988.

Confidential-Subject to Protective Order