26. Avorn J, Soumerai SB, Salem SR, Popovsky M. Documenting and correcting inappropriate use of blood products. In: Kurtz SA, Summers S. eds. Improving Transfusion Practice. Arlington, VA: American Association of Blood Banks, 1989:21-30.

27. Avorn J. Detection and prevention of drug-induced illness. J Clin Res Drug Dev 1989; 3:5-13.

28. Avorn J, Gurwitz J. Principles of pharmacology. In: Cassel C, Riesenberg D, eds. Geriatric Medicine (2nd edition). New York: Springer-Verlag, 1990.

29. Everitt DE, Avorn J. Systemic effects of medications used to treat glaucoma. Ann Intern Med 1990; 112:120-125.

30. Gurwitz J, Avorn J. Old age: Is it a risk for adverse drug reactions? Agents and Actions (Supplement) 1990; 13-25.

31. Gurwitz J, Soumerai SB, Avorn J. Improving medication prescribing and utilization in the nursing home. J Am Geriat Soc 1990; 38:542-552.

32. Avorn J. Clinical geriatrics and life care: Ethical and health policy considerations. In: Chellis RD, Grayson PJ, eds. Life care: A long-term solution? Lexington, Mass: D.C. Heath, 1990.

33. Soumerai SB, McLaughlin TJ, Avorn J. Quality assurance for drug prescribing. Qual Assur Hlth Care 1990; 2:37-58.

34. Avorn J. The elderly and drug policy: Coming of age. Health Affairs 1990; 9:6-19.

35. Avorn J. The role of medications. In: Berg R, Cassell J, eds. Health promotion and disability prevention in the second fifty: Report of a Committee of the Institute of Medicine. Washington, D.C.: National Academy Press, 1990.

36. Avorn J. Claims data as a resource for pharmaco-epidemiology (editorial). Epidemiology 1990; 1:98-100.

37. Avorn J. Reporting drug side effects: signals and noise (editorial). JAMA 1990; 1:98-100.

38. Avorn J. Epidemiology in Plato's cave: Claims data and clinical reality (editorial). J Clin Epi 1991; 44:867-869.

39. Avorn J et al. Intervention: The use of drug utilization review outcomes. Clin Pharmacol Therap 1991; 50:633-635.

Confidential-Subject to Protective Order

40. Avorn J.  Pedagogic interventions in medication use. In: Wessling A (ed).  Auditing drug therapy.  Stockholm: Apoteksbolaget, 1992.

41. Avorn J, Monane M.  Documenting, understanding, and fixing psychoactive drug use in the nursing home.  Annu Rev Gerontol Geriat 1992; 12:163-82.

42. Avorn J.  Improving the quality and cost-effectiveness of prescribing.  Pharmacoeconomics 1992; Suppl 1:45-48.

43. Monane M, Gurwitz JH, Monane S, Avorn J.  Compliance issues in medical practice.  Hosp Phys 1993: 29(4):35-39

44. Monane M, Gurwitz JH, Avorn J.  Pharmacotherapy with psychoactive medications in the long-term care setting: Challenges, management, and future directions. In: Smyer M, ed.  Mental Health and Aging. New York: Springer Publishing Company, 1993.

45. Bohn RL, Avorn J.  Cost-effectiveness - can it be measured? Semin Hematol 1993; 30 (3) suppl 2:20-23.

46. Kalish S, Gurwitz JH, Avorn J.  Anticoagulant therapy in the elderly.  Primary Cardiology 1993; 19:34-42.

47. Ray W, Griffin M, Avorn J.  Evaluating drugs after approval for clinical use.  N Engl J Med 1993; 329:2029-2032.

48. Gurwitz JH, Monane M, Avorn J.  Polypharmacy and appropriate prescribing.  In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition.  New York: American Geriatrics Society, 1993.

49. Gurwitz JH, Monane M, Avorn J.  Principles of pharmacology. In: Reuben DB, Yoshikawa TT, eds.  Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, second edition. New York: American Geriatrics Society, 1993.

50. Avorn J.  Comparative data on the effectiveness of drugs and devices: A pressing need of doctors, patients, and payors.  Testimony before the House Subcommittee on Regulation, Business Opportunities, and Technology.  In: The Congressional Record. Washington, D.C.: Government Printing Office, 1993.

51. Avorn, J.  Balancing costs, efficacy, and side effects.  PharmacoEconomics 1994; 6:63-66.

52. Bohn RL, Avorn J.  Reimbursement for hemophilia care in the United States: Current policies and future considerations.  Semin Hematol 1994; 31 (2) suppl 2:26-28.

Confidential-Subject to Protective Order

53. Monane M, Gurwitz JH, Avorn J. Medication use and the elderly (review). The Gerontologist 1994; 34:272-274.

54. Avorn J. Medications and the elderly: current status and opportunities. Health Affairs 1995; 14:276-278.

55. Avorn J. Bringing science to the bedside: A prerequisite for quality of care and cost containment in treating the nation's elderly. Testimony before the Select Committee on Aging, U.S. Senate. Washington, DC: Government Printing Office, 1995.

56. Monette J, Gurwitz JH, Avorn J. Epidemiology of adverse drug events in the nursing home setting. Drugs and Aging 1995; 7:203-211.

57. Avorn J. The prescription as final common pathway. Intl J Technol Assess Hlth Care 1995; 11(3):384-390.

58. Avorn J. Drug regulation and drug information -- Who should do what to whom? (editorial) Am J Publ Hlth 1995; 85:18-19.

59. Avorn J. Are we treating people well? [Outcomes research, cost-effectiveness, and the federal health budget] (op-ed article) The Washington Post, May 28, 1995.

60. Avorn J. Practice-based outcomes research: crucial, feasible, and neglected (editorial). Pediatrics 1996; 97:113-114.

61. Avorn J, Gurwitz JH. Principles of pharmacology. In: Geriatric Medicine, Third Edition. Cassel CK, Cohen G, Larsen E, et al (eds.) New York: Springer-Verlag 1996.

62. Avorn J. Drug use in academic medical centers in an era of ferment. Pharmacoeconomics 1996; 10:124-129.

63. Avorn J. The effect of cranberry juice on the presence of bacteria and white blood cells in the urine of elderly women. What is the role of bacterial adhesion? Adv Exp Med Biol 1996; 408:185-186.

64. Andrews EB, Avorn J, Bortnichak EA, et al. Guidelines for good epidemiology practices for drug, device, and vaccine research in the United States. Pharmacoepidem Drug Safety 1996; 5:333-338).

65. Gurwitz JH, Monane M, Monane S, Avorn J. Polypharmacy. In: Quality Care for the Nursing Home Resident. Lipsitz L, Morris JN (eds.); Mosby Lifeline, Hanover, MD, 1996.

Confidential-Subject to Protective Order

66. Monane M, Avorn J. Medications and falls; causation, correlation, and prevention. Clinics in Geriatric Medicine 1996; 12:847-858.

67. Avorn J. Putting adverse drug events into perspective (editorial). JAMA 1997; 277:341-342.

68. Avorn J, Salzman C. Prescribing of psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman C, (ed.) Clinical Geriatric Psychopharmacology, 3rd Edition. New York: McGraw Hill 1977.

69. Gurwitz JH, Rochon P, Avorn J. Optimizing drug therapy in the elderly. P & T 1997; 331-347.

70. Agretelis J, Avorn J, Blatt CM, et al. For our patients, not for profits: A call to action. JAMA 1997;278:1733-1738.

71. Avorn J. Including the elderly in clinical trials (editorial). Brit Med J 1997; 315:1033-1034.

72. Avorn J. Depression in the elderly -- falls and pitfalls (editorial). N Engl J Med 1998; 339: 918-920.

73. Knight EL, Avorn J. Use and abuse of drugs in older persons. The Gerontologist 1999; 39:109-111.

74. Knight E, Avorn J. Urinary tract infections in the elderly. In: UTIs in the female. Stanton W (ed.). London: Martin Dunitz Publishers, 2000.

75. Avorn J. Post-modern drug evaluation and the deconstruction of evidence-based regulation. Pharmaco-economics 2000; 18 suppl 1: 15-20.

76. Avorn J, Barrett JF, Davey PG, McEwen SA, O'Brien TF, Levy SB. World Health Organization Global Strategy for Containment of Antimicrobial Resistance: Synthesis of Recommendations by Expert Policy Groups. Geneva: World Health Organization, 2001.

77. Avorn J. Unhealthy aging: Functional and socioeconomic impact. Eur Heart J 2001; 3 suppl N:N3-5.

78. Avorn J. Improving medication use in the elderly: Getting to the next level (editorial). JAMA 2001; 286:2866-2868.

79. Avorn J. Drug risks. In: Drug Benefits and Risks, ed. C.J. van Boxtel. Sussex (England): John Wiley & Sons, 2001.

80. Partridge AH, Avorn J, Wang PS, Winer EP. Adherence to therapy with oral antineoplastic agents. J Natl Cancer Inst 2002; 94:652-661.

Confidential-Subject to Protective Order

81. Wang PS, Walker AM, Avorn J.  The pharmacoepidemiology of psychiatric medications.  In:  Tsuang MT, Tohen M, eds.  Textbook of psychiatric epidemiology, second edition.  Wiley, New York, 2002.

82. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: Time for refinements. Can Med Assoc J 2002; 167:1250-1251.

83. Avorn J. Balancing the cost and value of medications: the dilemma facing clinicians. Pharmacoeconomics 2002; 20 suppl 3: 67-72.

84. Schneeweiss S, Maclure M, Dormuth C, Avorn J: Pharmaceutical cost containment with reference pricing: time for refinements. Can Med Assoc J 2002;167:1250-1251.

85. Avorn J, Gurwitz JH, Rochon P.  Principles of pharmacology.  In:  Geriatric Medicine, 4th edition.  Cassel C et al, eds.  New York:  Springer, 2003, pp. 65 – 81.

86. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Safety 2003; 12: 67-70.

87. Avorn J, Wang PS. Prescribing psychotropic drugs for the elderly: Epidemiologic and policy considerations. In: Salzman, C, ed. Clinical Geriatric Psychopharmacology, 4th edition. New York: McGraw-Hill (in press).

88. LeLorier J, Vander Stichele RH, Avorn J, Beard K, Hallas J, Henry DA. Bringing epidemiology into drug utilization research. Pharmacoepidemiol Drug Saf 2003; 12: 153-156.

89. Wang PS, Schneeweiss S, Avorn J: Recent developments in psychopharmacoepidemiology. Curr Opin Psychiat 2003 (in press).

90. Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12: 67-70.

91. Solomon DH, Avorn J. Pharmacoepidemiology and rheumatic diseases. Curr Opin Rheumatol 2003; 15: 122-126.

92. Avorn J. Advertising and prescription drugs: promotion, education, and the public's health. Health Affairs 2003; W3:104-108.

Confidential-Subject to Protective Order

**CORRESPONDENCE:**

1. Avorn J, Soumerai SB. Changing patterns of drug prescription. N Engl J Med 1983.

2. Soumerai SB, Avorn J. Physician education and cost containment. JAMA 1985; 253:13.

3. Avorn J, Everitt DE. Beta-blockers and depression. JAMA 1986; 255:3249-3250.

4. Soumerai SB, Avorn J. Changing prescribing practices through individual continuing education. JAMA 1987; 257:487.

5. Avorn J, Soumerai SB. Psychoactive medication in rest homes. N Engl J Med 1989; 321:54-55.

6. Avorn J. Use of psychoactive drugs in nursing homes. N Engl J Med 1992; 327:1392-3.

7. Avorn J, Monane M, Gurwitz, JH, Glynn RJ, Choodnovskiy I, Lipsitz LA. Reduction of bacteriuria and pyuria using cranberry juice. JAMA 1994; 272:589.

8. Monane M, Bohn RL, Gurwitz JH, Glynn RJ, Avorn J. Heart failure and noncompliance in the elderly. Arch Int Med 1994; 154:2109-10.

9. Dillon K, Putnam K, Avorn J. Death from irreversible pulmonary hypertension associated with short-term use of fenfluramine and phentermine. JAMA 1997; 278:1320.

10. Avorn J. Acetaminophen toxicity in an urban county hospital. N Engl J Med 1998; 338:543-544.

11. Avorn J. Drug use and the elderly. Wall Street Journal, July 2001.

12. Solomon DH, Glynn RJ, Avorn J. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360: 90.

13. Solomon DH, Avorn J. Do gastroprotective drugs prevent NSAID toxicity? J Rheumatol 2003; 30:203.

14. Winkelmayer W, Avorn J. Stable creatinine clearance using large-dose hetastarch versus reduced GFR. Kidney Int 2000; 65: 1111-1112.

15. Solomon DH, LaValley MP, Wang PS, Avorn J. What are the real effects of the arthritis self-management program on pain and disability? (reply) Arthritis Rheum 2004;50:1012-1013.

Confidential-Subject to Protective Order

Confidential-Subject to Protective Order

## EDUCATIONAL MATERIALS AND CLINICAL COMMUNICATIONS

*The following physician education materials ("unadvertisements") were created*
*as part of the first randomized controlled study of "academic detailing" (NEJM 1983).*
*They have been widely disseminated since.*

"Vasodilators and intermittent claudication"

"Cerebral blood flow and senile dementia"

"The limited analgesic effects of Darvon"

"Rational management of uncomplicated urinary tract infection"

"Cost implications of commonly used antibiotics"

*As part of that program, educational materials for laypersons were also produced, for*
*physicians to distribute to their patients instead of unnecessary prescriptions. These too*
*have had widespread distribution nationally in programs designed to reduce unnecessary*
*medication use:*

"Common sense about the common cold"

"Exercise and 'bad circulation'"

"Why your doctor recommended 'plain aspirin'"

"Improving mental function in the elderly"

*The following materials were written for the Beth Israel Hospital drug information*
*program during the period 1982-1990, with the assistance of other BI faculty. The effect*
*on prescribing of the structured antibiotic order form and the educational materials used*
*with it is described in Avorn et al, Arch Int Med 1988.*

Structured antibiotic order form with information on drug choice, bacterial sensitivities,
and pharmacokinetics

"Clindamycin: Proper use of the hospital's costliest drug"

"Oral metronidazole: A first consideration in anaerobic infections"

"The vancomycin avalanche: Improving utilization of a crucial drug"

"Ciprofloxacin: A potent new oral antibiotic"

"Triazolam: A forgettable drug?"

58

Confidential-Subject to Protective Order

"Cefazolin: A Q8H antibiotic"

"I.V. $H_2$ blockers: Too much of a good thing?"

*Nursing Home Psychoactive Drug Education Project: These materials were written for the randomized controlled trial of academic detailing in long-term care facilities, described in Avorn et al, NEJM 1992. Since then, they have been distributed as part of educational programs in geriatric psychopharmacology throughout the country.*

Antipsychotic medications, tardive dyskinesina, and Parkinson's disease

Sedative-hypnotic use and sleep in the elderly

Anticholinergic side effects and tricyclic antidepressants

Medications as a cause of urinary incontinence

Unwanted sedation with neuroleptic use

Side effects of sedatives in the elderly: confusion, letharghy, falls, and disorientation

*The following booklets were produced through the BWH Medication Education and Management Committee, with the participation of other faculty at BWH. Dr. Avorn defined the topic and overall content of each booklet, and edited each:*

"$H_2$ blockers" (1993)

"Ketorolac: Novel analgesic or just another NSAID?" (1994)

"Ofloxacin: BWH's new fluoroquinolone" (1995)

"Rational use of second and third generation cephalosporins" (1995)

"Treating supraventricular tachyarrhythmias" (1995)

"Neuromuscular blocking agents in the intensive care unit" (1995)

"Anti-secretory agents" (1997)

*From 1998 to the present, initiated and served as series editor for the following materials produced with BWH faculty for the Hospital's Medication Education Program. Most of these are also posted on the Partners Handbook website.*

Glycoprotein IIb/IIIa inhibitors and low-molecular weight heparin: a rational approach to new treatment for ischemic heart disease (December 1998)

Confidential-Subject to Protective Order

GCSF does not improve patient outcomes in febrile neutropenia (January 1999, rev. June 2002)

Reassessing albumin use (June 1999, rev. February 2002), including a clinical algorithm flowsheet.

COX-2 inhibitors: Who *really* needs them? (March 2001, rev. April 2003)

The emerging threat of bacterial resistance (July 2001, rev. October 2002)

When p.o. is just as good as i.v. (July 1999)

H2 Blockers and proton pump inhibitors: reducing acid rationally (August 1999)

Optimal fluconazole use: Coping with the ambiguity of fungal culture results (February 2001, rev. February 2003)

Oral hypoglycemic agents (January 2000)

Drugs and the elderly: Wielding the double-edge sword (September 2001)

Linezolid (Zyvox): a new antibiotic class to treat resistant Gram-positive organisms (June 2000)

Digesting the new data on acid reduction: a neutral view (September 2000, rev. July 2002)

Rational management of agitation in the elderly and acutely ill: a brief orientation (October 2000)

Boosting the 'crit: Optimal use of erythropoietin (January 200, rev. 2003)

A new perspective on severe sepsis  (April 2001)

Getting the straight DOPE on drugs at the Brigham: *D*ata *O*n *P*rescribing *E*ffectively, from the *D*ivision *O*f *P*harmaco-*E*pidemiology (June 2001)

Saving vancomycin (September 2001, rev. November 2002)

Levofloxacin: too broad-spectrum? (September 2001)

Ceftazidime's limited uses (September 2001, rev. October 2002)

New treatment for severe septic shock: Promising benefits, important risks (Nov 2001)

First-line antibiotic therapy (May 2002)

Transfusion guidelines: Proper use of a precious resource (June 2003)

Managing diabetes in hospitalized patients (June 2003)

Confidential-Subject to Protective Order

Antifungal therapy: Phases of treatment (August 2003)

Confidential-Subject to Protective Order

# EXHIBIT B

Exhibit B - Avorn Deposition Excerpts

• Smith - Avorn Motion

[433:1] - [433:23]     6/16/2006   Avorn, Jerry (Barnett)

page 433
1                                   UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA
2                                    MDL DOCKET NUMBER:   1657
                                            SECTION L
3
         In re:  VIOXX PRODUCTS LIABILITY LITIGATION
4     GERALD BARNETT AND CORRINE BARNETT,
5                      Plaintiffs,
6          VS                                    CIVIL ACTION NUMBER:
                                                 2:06cv485
7     MERCK & CO., INC.,
8                  Defendant.
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
9
                                    CONTINUING DEPOSITION OF
10
                                    JERRY AVORN, M.D.
11
                                       VOLUME II
12
                                    June 16, 2006
13                                    8:38 a.m.
14                               Sheraton Boston Hotel
                                   39 Dalton Street
15                               Boston, Massachusetts
16        Laurie J. Driggers, Notary Public, Certified Shorthand Reporter, Realtime
      Professional Reporter
17        and Certified Realtime Reporter within and for the Commonwealth of Massachuset
18
19
20
21
22
23

[453:12] - [453:23]     6/16/2006   Avorn, Jerry (Barnett)

page 453
12    Q.   Dr. Avorn, you remember yesterday
13    we were talking about a number of
14    documents written by Dr. Scolnick or Dr.
15    Musliner or Dr. Reicin, internal Merck
16    documents that you're relying on for your
17    opinions, right?
18    A.   Yes.
19    Q.   Am I right, sir, that you don't
20    have any personal knowledge of the facts
21    described in those documents; you're just
22    relying on those documents, true?
23    A.   Correct.

[454:10] - [455:4]     6/16/2006   Avorn, Jerry (Barnett)

page 454
10    A.   I have, indeed, read Dr. Ray's
11    report --
12    Q.   Mm-hmm.
13    A.   -- and been impressed by it.  And
14    I believe that my awareness of Dr.
15    Kronmal's analysis of the Alzheimer's data
16    was as it was reported in Dr. Ray's
17    report, as well as -- I think that was my
18    primary awareness of Dr. Kronmal's data.

Exhibit B - Avorn Deposition Excerpts

• Smith - Avorn Motion

```
19        So, yes, I did read it.  I did
20   take it seriously, and it did inform me
21   about the Kronmal evaluation of the
22   Alzheimer data.
23   Q.   As I understand your testimony, Dr.
24   Avorn, you are relying on a portion of Dr.
page 455
1    Ray's expert report where he describes an
2    analysis that was conducted by another
3    plaintiff's expert witness, Dr. Kronmal?
4    A.   That's correct.
```

[455:5] - [455:21]        6/16/2006   Avorn, Jerry (Barnett)

```
page 455
5    Q.   I'm right, though, sir, that you
6    don't identify and the plaintiffs' lawyers
7    in this case didn't identify either Dr.
8    Ray's report or Dr. Kronmal's report on
9    the list of materials you considered in
10   forming your opinions?
11   A.   Okay.  The list was prepared by
12   plaintiffs' counsel, and --
13   Q.   I can represent to you I've looked
14   at it, and there's no reference to Dr. Ray
15   or Dr. Kronmal.
16   A.   No, I understand that.  But I'm
17   saying having not prepared this list, I'm
18   telling you that I did read and believe
19   Dr. Ray's expert testimony.  And if it was
20   not listed as a report transmitted to me,
21   I think that was an omission by counsel.
```

[504:21] - [505:7]        6/16/2006   Avorn, Jerry (Barnett)

```
page 504
21   Q.   What are you relying on for your
22   opinion that there was an increase in
23   mortality between Vioxx and placebo in the
24   Alzheimer's trials, sir?
page 505
1    A.   I honestly can't remember what the
2    source was, but I believe that they were
3    sources apart from Dr. Ray and Dr. Kronmal
4    in the reporting of the mortality data
5    from the Alzheimer's studies.  And I
6    simply can't remember where I got that
7    from.
```

[678:5] - [678:10]        6/16/2006   Avorn, Jerry (Barnett)

```
page 678
5    Q.   Have you ever approved a label as
6    an FDA employee, sir?
7    A.   No.
8    Q.   Have you ever prepared a label as
9    an employee of a pharmaceutical company?
10   A.   No.  Thank goodness.
```

[696:8] - [696:18]        6/16/2006   Avorn, Jerry (Barnett)

```
page 696
8    Q.   And you don't know the
9    circumstances about why Merck decided that
10   the cardiovascular information is more
11   properly in the precaution section, right?
12   A.   Do I know why Merck made a given
```

Exhibit B - Avorn Deposition Excerpts

• Smith - Avorn Motion

```
13  decision?
14  Q.    Mm-hmm.
15  A.    I have my opinion about that, but I
16  do not have personal experience from
17  having been in the company when the
18  decision was made.
```

[758:13] - [759:7]          6/16/2006  Avorn, Jerry (Barnett)

```
page 758
13  Q.    Have you done any research studying
14  the reasons why doctors who prescribe
15  Vioxx made a decision to prescribe it?
16  A.    No.
17  Q.    And you can't say, sir, for any
18  given doctor in any of the Vioxx cases in
19  which your deposition might be played
20  whether the doctors who prescribed the
21  plaintiffs Vioxx did so because of
22  interactions they had with sales
23  representatives or advertisements that
24  Merck prepared, true?
page 759
1   A.    I have done research and published
2   a paper on doctors' influences in terms of
3   scientific versus commercial influences,
4   and demonstrated that commercial influences
5   are important drivers of what doctors
6   prescribe.  It did not involve Vioxx as a
7   drug.
```

[771:1] - [771:24]          6/16/2006  Avorn, Jerry (Barnett)

```
page 771
1           COMMONWEALTH OF MASSACHUSETTS
2
3    I, LAURIE J. DRIGGERS, a Certified
4   Shorthand Reporter and Notary Public in
5   and for the Commonwealth of Massachusetts,
6   do hereby certify that the witness whose
7   deposition is hereinbefore set forth, was
8   duly sworn and that such deposition is a
9   true record of the testimony given by the
10  witness.
11   I further certify that I am neither
12  related to or employed by any of the
13  parties in or counsel to this action, nor
14  am I financially interested in the outcome
15  of this action.
16   In witness whereof, I have hereunto set
17  my hand and seal this    day of
18  2006.
19
20
21
22    Laurie J. Driggers, CSR, RPR, CRR
23  Notary Public
24  My commission expires October 16, 2009
```

# EXHIBIT C

Exhibit C - Avorn Deposition Excerpts

• Smith - Avorn Motion

[1:] - [1:24]        6/15/2006   Avorn, Jerry (Barnett)

    page 1
       0001
    1                     UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
    2              MDL DOCKET NUMBER:  1657
                        SECTION L
    3
        In re:  VIOXX PRODUCTS LIABILITY LITIGATION
    4   GERALD BARNETT AND CORRINE BARNETT,
    5         Plaintiffs,
    6      VS.               CIVIL ACTION NUMBER:
                        2:06cv485
    7   MERCK & CO., INC.,
    8        Defendant.
       --------------------------------
    9
                      DEPOSITION OF
    10
                  JERRY AVORN, M.D.
    11
                  June 15, 2006
    12                8:36 a.m.
    13            Sheraton Boston Hotel
                39 Dalton Street
    14          Boston, Massachusetts 02199
    15  Susan A. Romano, Notary Public, Register Merit Reporter and Certified
        Realtime Reporter within and for the Commonwealth of Massachusetts
      15
    16
    17
    18
    19
    20
    21
    22
    23
    24

[24:14] - [24:24]        6/15/2006   Avorn, Jerry (Barnett)

    page 24
    14   Q.   What expert reports have you read,
    15  sir, that the plaintiffs' lawyers gave you
    16  to read?
    17   A.   Okay.  To the best of my
    18  recollection, there was one from Dr. Ray,
    19  there was one from Dr. Kromholz.  I've
    20  seen material from Dr. Kronmal.  I don't
    21  know that it was in the form of his
    22  report per se, but I'm aware of his work
    23  in this case.  I've seen the testimony of
    24  Dr. Curfman.

[25:23] - [26:12]        6/15/2006   Avorn, Jerry (Barnett)

    page 25
    23   Q.   Which expert reports have you
    24  reviewed in the Vioxx litigation, Doctor?
    page 26
    1   A.   Okay.
    2       MR. TISI:  Reviewed or
    3  presented?  Your original question was,
    4  were you sent any, and then your next
    5  question was which ones you have reviewed.

Exhibit C - Avorn Deposition Excerpts

• Smith - Avorn Motion

```
6    He may not have reviewed all we sent him.
7         BY MR. GOLDMAN:
8    Q.   Reviewed.
9    A.   Right.  Reviewed Dr. Ray's,
10   reviewed Dr. Kromholz's, and reviewed
11   material from Dr. Kronmal, but not -- I
12   don't believe the report itself.
```

[31:8] - [31:21]        6/15/2006   Avorn, Jerry (Barnett)

```
page 31
8    Q.   What material of Dr. Kronmal's did
9    you review?
10   A.   Analyses of data, as I recall,
11   particularly related to the Alzheimer's
12   study, in terms of the outcomes in that
13   trial -- in those trials.
14   Q.   Are you relying on anything Dr.
15   Kronmal prepared in your opinions?
16   A.   Yes.
17   Q.   What are you relying on?
18   A.   The analyses.  And they were the
19   most -- they were reflected in Dr. Ray's
20   expert opinion as well of Dr. Kronmal's
21   analyses of the Alzheimer's data.
```

[56:22] - [57:1]        6/15/2006   Avorn, Jerry (Barnett)

```
page 56
22   Q.   You wouldn't consider yourself to
23   be an expert in the state of mind of a
24   pharmaceutical company, right?
page 57
1    A.   Right.
```

[59:13] - [60:12]        6/15/2006   Avorn, Jerry (Barnett)

```
page 59
13   Q.   So I take that to mean you don't
14   consider yourself an expert in determining
15   pharmaceutical companies' intent?
16   A.   Well, I think that's a very
17   problematic question for a lot of ways.
18   One is there are no standards for
19   determining expertise, and it's not like
20   you're board certified in pharmaceutical
21   company intent.
22        Secondly, the concept of intent
23   implies knowing something about the
24   intrapsychic processes of a company, and
page 60
1    companies don't have intrapsychic
2    processes.
3        So I think one can look at
4    behaviors of individuals in companies, and
5    one can make very plausible conclusions
6    about the goals that those behaviors were
7    designed to achieve.
8        But the way you phrased it, since
9    nobody can get inside the head of a
10   company, since companies don't have heads,
11   no one can be an expert in that, the way
12   you phrased the question.
```

[164:20] - [165:4]        6/15/2006   Avorn, Jerry (Barnett)

```
page 164
```

Exhibit C - Avorn Deposition Excerpts

• Smith - Avorn Motion

20  Q.  Can you say, sir, under oath, that
21  you are aware of what the doctors who are
22  treating -- were treating the patients in
23  the Vioxx litigation knew, actually knew,
24  about the potential cardiovascular effects
page 165
1  of Vioxx?
2           MR. TISI:  Objection.
3     A.  Of course I can't get into the head
4  of a given doctor that I've never met.

[180:2] - [180:14]        6/15/2006   Avorn, Jerry (Barnett)

page 180
2          When you say that you were asked to
3  assess the methods by which Merck
4  evaluated and managed the cardiovascular
5  issue during the time that Vioxx was
6  developed and while it was on the market,
7  are you basically offering your opinion
8  about what Merck knew about any potential
9  cardiovascular risks, what Merck did or
10  didn't do in response to what you believe
11  they knew, and whether you believe that
12  Merck's actions or inactions were
13  reasonable?
14  A.  Correct.

[191:7] - [191:15]        6/15/2006   Avorn, Jerry (Barnett)

page 191
7  Q.  What statistics have you applied to
8  demonstrate that Merck's conduct concerning
9  Vioxx was unreasonable?
10  A.  Well, it's not like there's a
11  statistical test for reasonable behavior.
12  But what I mean is that there -- in
13  looking at study results, one needs to
14  know enough statistics to be able to
15  interpret the importance of the findings.

[192:17] - [193:17]        6/15/2006   Avorn, Jerry (Barnett)

page 192
17  Q.  Do you believe that jurors are
18  capable of evaluating Merck's conduct in
19  coming to a conclusion about whether
20  Merck's conduct was reasonable or
21  unreasonable?
22  A.  In some ways yes and in some ways
23  no, and let me explain.  They would not
24  be able to understand what acceptable
page 193
1  standards of behavior in the medical
2  community are because they're not doctors,
3  or about interpreting the meaning of
4  certain findings because they're not
5  pharmacoepidemiologists.  So there are some
6  important technical things which a juror,
7  on his or her own, could not be able to
8  interpret.
9          And then there are other things
10  which any person with common sense can
11  interpret, as in if you saw a particular
12  signal of a problem what would a
13  reasonable company do.  So there's --
14  There's the two kinds.

Exhibit C - Avorn Deposition Excerpts

• Smith - Avorn Motion

15        And the latter I think a juror
16   could handle on their own.  The former, I
17   think, requires some expert interpretation.

[279:6] - [279:15]        6/15/2006   Avorn, Jerry (Barnett)

page 279
6    Q.   Is it your testimony that when
7    Vioxx was on the market, the marketing
8    people believed that Vioxx causes heart
9    attacks?
10   A.   I can't indicate what people
11   believed or didn't believe.  What I can
12   indicate is that there was information
13   available to Merck, because Merck generated
14   most of it, indicating a higher risk of
15   heart attacks in people taking its drug.

[326:23] - [327:2]        6/15/2006   Avorn, Jerry (Barnett)

page 326
23   Q.   Have you ever worked for the FDA as
24   an employee?
page 327
1    A.   I've been on advisory committees,
2    but I've not been an employee.

[428:1] - [429:1]        6/15/2006   Avorn, Jerry (Barnett)

page 428
1                   CERTIFICATE
2          COMMONWEALTH OF MASSACHUSETTS
3                   SUFFOLK SS.
4    I, SUSAN A. ROMANO, Certified Shorthand
5    Reporter No. 119393, Registered Merit
6    Reporter and Notary Public in and for the
7    Commonwealth of Massachusetts, do hereby
8    certify that the witness whose deposition
9    is hereinbefore set forth, was duly sworn
10   and that such deposition is a true record
11   of the testimony given by the witness.
12    I further certify that I am neither
13   related to or employed by any of the
14   parties in or counsel to this action, nor
15   am I financially interested in the outcome
16   of this action.
17    In witness whereof, I have hereunto set
18   my hand and seal this 19TH day of June
19   2006.
20   .
21   .
22
23
24      Susan A. Romano, Notary Public
page 429
1       My commission expires April 21, 2006