# The NEW ENGLAND JOURNAL of MEDICINE

| HOME | SUBSCRIBE | SEARCH | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | HELP |

Please sign in for full text and personal services

**An Expression of Concern has been published: Curfman et al., N Engl J Med 2005;353 (26):2813-2814.**

ORIGINAL ARTICLE

◄ Previous     Volume 343:1520-1528     November 23, 2000     Number 21     Next ►

# Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis

Claire Bombardier, M.D., Loren Laine, M.D., Alise Reicin, M.D., Deborah Shapiro, Dr.P.H., Ruben Burgos-Vargas, M.D., Barry Davis, M.D., Ph.D., Richard Day, M.D., Marcos Bosi Ferraz, M.D., Ph.D., Christopher J. Hawkey, M.D., Marc C. Hochberg, M.D., Tore K. Kvien, M.D., Thomas J. Schnitzer, M.D., Ph.D., for The VIGOR Study Group

## ABSTRACT

*Background* Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis.

*Methods* We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers).

*Results* Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow-up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years

**THIS ARTICLE**
- Abstract
- PDF
- Supplementary Disclosure

COMMENTARY
- Editorial
  by Curfman, G. D.

TOOLS & SERVICES
- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited

MORE INFORMATION
- Find Similar Articles
- PubMed Citation

occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001). The respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years and 1.4 per 100 patient-years (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005). The incidence of myocardial infarction was lower among patients in the naproxen group than among those in the rofecoxib group (0.1 percent vs. 0.4 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7); the overall mortality rate and the rate of death from cardiovascular causes were similar in the two groups.

*Conclusions* In patients with rheumatoid arthritis, treatment with rofecoxib, a selective inhibitor of cyclooxygenase-2, is associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen, a nonselective inhibitor.

---

Nonsteroidal antiinflammatory drugs (NSAIDs) are among the most commonly used medications in the world.[1] A major factor limiting their use is gastrointestinal toxicity. Although endoscopic studies reveal that gastric or duodenal ulcers develop in 15 to 30 percent of patients who regularly take NSAIDs,[2] the chief concern is clinically important gastrointestinal problems, such as bleeding. It has been estimated that more than 100,000 patients are hospitalized and 16,500 die each year in the United States as a result of NSAID-associated gastrointestinal events.[3,4]

Most NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2, isoenzymes involved in the synthesis of prostaglandins.[5] Cyclooxygenase-1 is constitutively expressed and generates prostanoids involved in the maintenance of the integrity of gastrointestinal mucosa and platelet aggregation,[6] whereas at sites of inflammation, cyclooxygenase-2 is induced to generate prostaglandins that mediate inflammation and pain.[7] The antiinflammatory effects of nonselective NSAIDs (those that inhibit both cyclooxygenase-1 and cyclooxygenase-2) therefore appear to be mediated through the inhibition of cyclooxygenase-2,[8] whereas their harmful effects in the gastrointestinal tract as well as their antiplatelet effects are believed to occur primarily through the inhibition of cyclooxygenase-1.[5]

Agents that selectively inhibit cyclooxygenase-2 have antiinflammatory and analgesic effects that are similar to those of nonselective NSAIDs,[9,10,11,12] but they induced significantly fewer ulcers in endoscopic trials.[12,13,14,15] Whether such a decrease in the number of ulcers translates into a similar decrease in the number of clinical gastrointestinal events is a matter of controversy. We performed a prospective, randomized, double-blind comparison of rofecoxib and naproxen in more than 8000 patients with rheumatoid arthritis.

## Methods

### Study Population

Patients with rheumatoid arthritis who were at least 50 years old (or at least 40 years old and receiving long-term glucocorticoid therapy) and who were expected to require NSAIDs for at least one year were

eligible. Patients were excluded if they had a history of another type of inflammatory arthritis, upper gastrointestinal surgery, or inflammatory bowel disease; an estimated creatinine clearance of 30 ml or less per minute; a positive test for fecal occult blood (this test was performed at base line in all patients); an unstable medical condition; a history of cancer or alcohol or drug abuse in the five years before the study; a history of cerebrovascular events in the two years before the study; or a history of myocardial infarction or coronary bypass in the year before the study. Patients with morbid obesity and those who required or who had been receiving treatment with aspirin, ticlopidine, anticoagulants, cyclosporine, misoprostol, sucralfate, or proton-pump inhibitors or treatment with histamine $H_2$-receptor antagonists in prescription-strength doses were also excluded from the study. Patients enrolled in the study were not thought to require the use of these agents by their treating physicians.

**Study Design**

The study was conducted at 301 centers in 22 countries. Three to 14 days after discontinuing NSAIDs, eligible patients were randomly assigned to receive either 50 mg of rofecoxib (Vioxx, Merck, Whitehouse Station, N.J.) once daily or 500 mg of naproxen (Novopharm Biotech, Toronto) twice daily. The groups were stratified according to the presence or absence of a history of gastroduodenal ulcer, upper gastrointestinal bleeding, and gastroduodenal perforation. Blinding was achieved through the use of a matching placebo for each study medication.

Patients were permitted to take acetaminophen, non-NSAID analgesic medications, glucocorticoids, and disease-modifying drugs (e.g., methotrexate) to control their rheumatoid arthritis. Patients were also allowed to take antacids and $H_2$-receptor antagonists in the following maximal doses: ranitidine, 150 mg daily; famotidine, 20 mg daily; cimetidine, 400 mg daily; and nizatidine, 150 mg daily. Nonstudy NSAIDs were not allowed. After randomization, the patients returned to the clinic at six weeks and at four months and every four months thereafter until the end of the study. Patients were contacted by telephone at week 10 and every four months thereafter. Compliance was assessed by pill counts at clinic visits and by questioning of patients during the scheduled telephone calls. Serum was obtained from all patients for *Helicobacter pylori* testing (HM-CAP, Enteric Products, Stonybrook, N.Y.). Investigators were not informed of the results of these tests during the study.

The institutional review board or ethics review committee at each center approved the protocol, and all patients gave written informed consent. A steering committee oversaw the study design, conduct of the trial, analyses of data, and drafting of this report. This committee was composed of 14 members, 2 of whom were employees of the sponsoring pharmaceutical company. An independent data and safety monitoring board monitored the patients' safety. An independent, external (end-point) committee whose members were unaware of the patients' treatment assignments reviewed the data to determine which patients had reached the study end points. Because highly selective cyclooxygenase-2 inhibitors do not inhibit platelet aggregation, which is mediated by cyclooxygenase-1, there was a possibility that the incidence of thrombotic cardiovascular events would be lower among patients treated with nonselective cyclooxygenase inhibitors than among those treated with cyclooxygenase-2–selective inhibitors. Therefore, cardiovascular events were also assessed for a future meta-analysis by independent

committees whose members were unaware of the patients' treatment assignments. A separate analysis of these events, however, was not specified in the study design.

**Study End Points**

Patients who had potential clinical upper gastrointestinal events were evaluated and treated according to the standard practice of the physicians who were caring for them. Patients who stopped taking the study medication before the study ended were followed until the end of the study to determine whether an upper gastrointestinal event had occurred. Only events that were confirmed by the end-point committee according to prespecified criteria (Table 1) and that occurred during treatment or within 14 days after the discontinuation of treatment were included in the primary analysis.

**View this table:** Table 1. Criteria for Gastrointestinal Events.
[in this window]
[in a new window]

In addition, the protocol called for the analysis of all episodes of gastrointestinal bleeding, including confirmed and unconfirmed episodes of upper gastrointestinal bleeding, and bleeding from a site beyond the duodenum that resulted in hospitalization, discontinuation of treatment, or a decrease in the hemoglobin level of at least 2 g per deciliter.

**Assessment of Efficacy**

For each patient both the investigator and the patient answered a Global Assessment of Disease Activity question at base line (after the discontinuation of prestudy NSAIDs), 6 weeks, 4 months, and 12 months and at the end of the study or when treatment was discontinued. The score can range from 0 ("very well") to 4 ("very poor"), and higher scores indicate more disease activity. The Modified Health Assessment questionnaire was administered only to patients enrolled at centers in the United States at base line, at six weeks, and at the end of the study or when treatment was discontinued. This questionnaire evaluates the extent of functional disability in eight types of tasks performed on a daily basis. The level of effort required to perform each task is assessed on a 4-point scale on which a score of 0 indicates no difficulty in performing the task and a score of 3 indicates an inability to perform the task.[16] Higher scores indicate more severe disability.

**Statistical Analysis**

The primary hypothesis was that the risk of confirmed upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers) would be lower among patients who were taking rofecoxib than among those who were taking naproxen. Secondary hypotheses were that the risk of confirmed complicated events (perforation, obstruction, and severe upper gastrointestinal bleeding) and the risk of both confirmed and unconfirmed upper gastrointestinal events would be lower among patients who were taking rofecoxib.

Cox proportional-hazards analysis was used to compare the effect of treatment; the presence or absence of a history of gastrointestinal events was a stratification factor in the analysis.[17,18] The scores for the Global Assessment of Disease Activity question and Modified Health Assessment questionnaire were analyzed in terms of the mean change from base line during the treatment period. The primary population for analysis comprised all randomized patients. Subgroup analyses were conducted with use of Cox regression analysis.[17,18] Interactions between treatments and subgroups were assessed to determine whether the effect of rofecoxib as compared with that of naproxen was consistent in the subgroups. We assessed data on general safety by evaluating 95 percent confidence intervals of the differences in the proportions of the treatment groups with each adverse event.[19] All statistical tests were two-sided.

## Results

### Characteristics of the Patients

Between January 1999 and July 1999, we screened 9539 patients and enrolled 8076; 4047 were randomly assigned to receive rofecoxib, and 4029 to receive naproxen. The major reasons for exclusion were a contraindication to prolonged NSAID therapy (in the case of 246 patients), a positive test for fecal occult blood (203 patients), and a failure to meet inclusion criteria (355 patients). The median follow-up was 9.0 months in both treatment groups (range, 0.5 to 13). A total of 5742 patients (71.1 percent) continued to take their assigned medication until the end of the study. Rates of discontinuation were similar in the two groups: 29.3 percent in the rofecoxib group (16.4 percent because of adverse events, 6.3 percent because of a lack of efficacy, and 6.6 percent for other reasons) and 28.5 percent in the naproxen group (16.1 percent because of adverse events, 6.5 percent because of a lack of efficacy, and 5.9 percent for other reasons). Ninety-nine percent of the patients in both groups took their medication on at least 75 percent of the study days. The base-line characteristics were similar in the two groups (Table 2).

> **View this table:** Table 2. Base-Line Characteristics of the Patients.
> [in this window]
> [in a new window]

### Efficacy

Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis (Table 3). In addition, the rates of discontinuation of treatment owing to a lack of efficacy were low in both groups (6.3 percent in the rofecoxib group and 6.5 percent in the naproxen group).

> **View this table:** Table 3. Effectiveness of Rofecoxib and Naproxen for Rheumatoid Arthritis.
> [in this window]
> [in a new window]

**Adverse Gastrointestinal Events**

Confirmed upper gastrointestinal events occurred in 177 patients. In 53 of these patients the event was complicated. An additional 13 patients had events that were reported by investigators but that were judged by the end-point committee to be unconfirmed.

The time to the development of a confirmed upper gastrointestinal event is shown in Figure 1. The rates per 100 patient-years and incidences of the prespecified clinical events are shown in Table 4 and Table 5, respectively. The relative risk of confirmed upper gastrointestinal events for patients in the rofecoxib group as compared with those in the naproxen group was 0.5 (95 percent confidence interval, 0.3 to 0.6; P<0.001), whereas the relative risk of complicated confirmed upper gastrointestinal events was 0.4 (95 percent confidence interval, 0.2 to 0.8; P=0.005). The relative risk of complicated upper gastrointestinal bleeding for patients in the rofecoxib group as compared with those in the naproxen group was 0.4 (95 percent confidence interval, 0.2 to 0.7; P= 0.004), whereas the relative risk of bleeding beyond the duodenum was 0.5 (95 percent confidence interval, 0.2 to 0.9; P=0.03).



**Figure 1.** Cumulative Incidence of the Primary End Point of a Confirmed Upper Gastrointestinal Event among All Randomized Patients.

**View larger version** (7K):
[in this window]
[in a new window]

**View this table:**   Table 4. Incidence of Gastrointestinal Events in the Treatment Groups.
[in this window]
[in a new window]

**View this table:**   Table 5. Incidence of Confirmed Upper Gastrointestinal Events.
[in this window]
[in a new window]

A per-protocol analysis of the 7925 patients without substantial protocol violations demonstrated relative risks of confirmed upper gastrointestinal events and complicated confirmed events of 0.4 (95 percent confidence interval, 0.3 to 0.6; P<0.001) and 0.4 (95 percent confidence interval, 0.2 to 0.7; P= 0.003), respectively. The results of an intention-to-treat analysis of all confirmed upper gastrointestinal events throughout the study, including those that occurred at any time after the discontinuation of

treatment, were similar and remained statistically significant (data not shown).

Subgroup analyses showed the following relative risks of clinical gastrointestinal events among the patients in the rofecoxib group as compared with those in the naproxen group: patients with no prior gastrointestinal events (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.7), patients with prior gastrointestinal events (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8), patients with no glucocorticoid therapy at base line (relative risk, 0.7; 95 percent confidence interval, 0.4 to 1.2), and patients with glucocorticoid therapy at base line (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.6). The relative risks in these subgroups and the other prespecified subgroups (defined according to sex, race or ethnic group, and location of study center) were not significantly different, indicating that there was no significant interaction between the treatments and the subgroups.

Treatment with rofecoxib was associated with a significantly lower incidence of clinical gastrointestinal events regardless of the results of serologic tests for *H. pylori*. However, the relative risks of clinical events among *H. pylori*–negative patients and *H. pylori*–positive patients were significantly different (P=0.04, data not shown). Finally, the relative risk of gastrointestinal events remained significantly lower (0.1; 95 percent confidence interval, 0.02 to 1.0) in the rofecoxib group than in the naproxen group even in a subgroup at very low risk (i.e., patients who were younger than 65 years, who were negative for *H. pylori,* who had no history of a clinical gastrointestinal event, and who were not taking glucocorticoids at base line).

**General Safety**

The safety of both rofecoxib and naproxen was similar to that reported in previous studies.[20,21] The mortality rate was 0.5 percent in the rofecoxib group and 0.4 percent in the naproxen group. The rate of death from cardiovascular causes was 0.2 percent in both groups. Ischemic cerebrovascular events occurred in 0.2 percent of the patients in each group. Myocardial infarctions were less common in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent; 95 percent confidence interval for the difference, 0.1 to 0.6 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7). Four percent of the study subjects met the criteria of the Food and Drug Administration (FDA) for the use of aspirin for secondary cardiovascular prophylaxis (presence of a history of myocardial infarction, angina, cerebrovascular accident, transient ischemic attack, angioplasty, or coronary bypass)[22] but were not taking low-dose aspirin therapy. These patients accounted for 38 percent of the patients in the study who had myocardial infarctions. In the other patients the difference in the rate of myocardial infarction between groups was not significant (0.2 percent in the rofecoxib group and 0.1 percent in the naproxen group). When the data showing a reduction in the rate of myocardial infarction in the naproxen group became available after the completion of this trial, Merck, the manufacturer of rofecoxib, notified all investigators in ongoing studies of a change in the exclusion criteria to allow patients to use low-dose aspirin. There was no association between hypertension and myocardial infarction; only a single patient (in the rofecoxib group) had both hypertension and a myocardial infarction as adverse events.

The most common adverse events leading to discontinuation of treatment, excluding the gastrointestinal end points, were dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn. In the

rofecoxib group, significantly fewer patients discontinued treatment as a result of any one of these five upper gastrointestinal symptoms than in the naproxen group (3.5 percent vs. 4.9 percent). The rates of discontinuation for any gastrointestinal events, including gastrointestinal end points, were also significantly lower in the rofecoxib group than in the naproxen group (7.8 percent vs. 10.6 percent). The incidence of adverse effects related to renal function was low and was similar in the two groups (1.2 percent in the rofecoxib group and 0.9 percent in the naproxen group); only 0.2 percent of patients in each group discontinued treatment because of these adverse effects.

## Discussion

We found that, in patients with rheumatoid arthritis, treatment with rofecoxib at twice the maximal dose approved by the FDA for long-term use resulted in significantly lower rates of clinically important upper gastrointestinal events and complicated upper gastrointestinal events than did treatment with a standard dose (1000 mg per day) of naproxen. We also found that the incidence of complicated upper gastrointestinal bleeding and bleeding from beyond the duodenum was significantly lower among patients who received rofecoxib. Only 41 patients would need to be treated with rofecoxib rather than naproxen to avert one clinical upper gastrointestinal event in a one-year period. Although the optimal dose of rofecoxib for the treatment of rheumatoid arthritis has yet to be determined, data from a prior study indicate that maximal efficacy is achieved at a daily dose of 25 mg.[23]

A prospective study that compared NSAIDs alone with NSAIDs plus misoprostol reported that 0.95 percent of patients with rheumatoid arthritis who were taking an NSAID alone had upper gastrointestinal complications over a period of six months,[24] with a relative reduction in the risk of such complications with combination treatment of 40 percent during this period. These results are similar to our finding of a cumulative incidence of serious upper gastrointestinal events over a six-month period of 0.75 percent in the naproxen group and a relative reduction in risk of 67 percent in the rofecoxib group (data not shown). A 50 percent reduction in the incidence of clinically important upper gastrointestinal events with rofecoxib as compared with a nonselective NSAID was also found in a prespecified combined analysis of eight double-blind studies that included 4921 patients with osteoarthritis, none of whom received glucocorticoids.[25] Patients with rheumatoid arthritis have a higher risk of upper gastrointestinal events than do patients with osteoarthritis.[4] Thus, the results of our study extend the results of the combined analysis to a group of patients at higher risk of bleeding.

The results of a randomized, double-blind comparison of the cyclooxygenase-2–selective inhibitor celecoxib and the nonselective NSAIDs ibuprofen and diclofenac were recently published.[26] In this trial of 7968 patients, 73 percent of whom had osteoarthritis and 27 percent of whom had rheumatoid arthritis, data were reported from the first 6 months of a study period that extended for up to 13 months. Treatment with celecoxib was associated with a nonsignificant (P=0.09) trend toward a decrease in the incidence of the primary end point (complicated ulcers and erosions) and a significant decrease (P=0.02) in the incidence of the secondary end point (complicated and symptomatic ulcers).

The incidence of clinically important gastrointestinal events was lower in the rofecoxib group than in the naproxen group in all subgroups we examined. Concomitant glucocorticoid and NSAID therapy has

been reported to be associated with a higher risk of a clinical gastrointestinal event than is NSAID therapy alone.[4] Therefore, a larger reduction in the incidence of events might have been expected in the subgroup that received both an NSAID and glucocorticoids. There was a greater reduction in the relative risk of events in the subgroup of patients who were taking glucocorticoids at base line than in the subgroup of patients who were not taking glucocorticoids at base line, but the difference between the groups was not significant.

Whether ulcers identified by endoscopic examination are markers of a clinical gastrointestinal event has been a matter of controversy. The relative reduction in the risk of such ulcers in two identical studies that compared 50 mg of rofecoxib daily with 800 mg of ibuprofen three times a day was 71 percent at six months.[13,14] Thus, our findings support the concept that the results of endoscopic studies of ulcers can be extrapolated to clinical gastrointestinal events.

In prior endoscopic studies, the frequency of ulcers was similar in patients taking rofecoxib and those taking placebo.[13,14] We could not include a placebo group, and no studies have yet assessed whether a cyclooxygenase-2–selective inhibitor or the combination of nonselective NSAIDs plus gastroprotective drugs (such as misoprostol and proton-pump inhibitors) will achieve similar results.

Gastrointestinal symptoms are extremely common with NSAID therapy, as demonstrated by the fact that, in our study, the five most common adverse events leading to the discontinuation of treatment were upper gastrointestinal symptoms. Although gastrointestinal symptoms are poorly correlated with endoscopic findings of ulcers or clinical gastrointestinal events,[27] significantly fewer patients in the rofecoxib group than in the naproxen group discontinued treatment because of gastrointestinal symptoms.

The overall mortality rate was similar in the two groups, as were the rates of death from gastrointestinal events and from cardiovascular causes. The rate of myocardial infarction was significantly lower in the naproxen group than in the rofecoxib group (0.1 percent vs. 0.4 percent). This difference was primarily accounted for by the high rate of myocardial infarction among the 4 percent of the study population with the highest risk of a myocardial infarction, for whom low-dose aspirin is indicated.[22] The difference in the rates of myocardial infarction between the rofecoxib and naproxen groups was not significant among the patients without indications for aspirin therapy as secondary prophylaxis.

Naproxen inhibits the production of thromboxane by 95 percent and inhibits platelet aggregation by 88 percent, and this effect is maintained throughout the dosing interval[28]; therefore, the effects of regular use of naproxen may be similar to those of aspirin. Flurbiprofen, another NSAID that is a potent inhibitor of platelet-derived thromboxane, led to a 70 percent reduction in the rate of reinfarction as compared with placebo among patients in whom acute myocardial infarction was successfully treated with thrombolysis, angioplasty, or both.[29]

Analyses of 7535 patients in double-blind trials comparing rofecoxib with placebo and other NSAIDs (diclofenac, ibuprofen, and nabumetone) that do not produce sustained, maximal inhibition of platelet aggregation revealed similar rates of myocardial infarction in all groups[30] (and unpublished data). Thus,

our results are consistent with the theory that naproxen has a coronary protective effect and highlight the fact that rofecoxib does not provide this type of protection owing to its selective inhibition of cyclooxygenase-2 at its therapeutic dose and at higher doses. The finding that naproxen therapy was associated with a lower rate of myocardial infarction needs further confirmation in larger studies.

In summary, the use of the cyclooxygenase-2–selective inhibitor rofecoxib resulted in significantly fewer clinically important upper gastrointestinal events than did treatment with naproxen, a nonselective NSAID. The two drugs had similar rates of clinical effectiveness.

Supported by a grant from Merck.

We are indebted to Christopher T. Brett, Dayna Carroll, Russell Cender, Edward Chafart, Laurine Connors, Gary Gartenberg, Nicole Gillies, Richard Holmes, Paige Reagan, Douglas J. Watson, Debora P.L. Weiss, and Qinfen Yu for their substantial contributions.

*Editor's note:* Our policy requires authors of Original Articles to disclose all financial ties with companies that make the products under study or competing products. In this case, the large number of authors and their varied and extensive financial associations with relevant companies make a detailed listing here impractical. Readers should know, however, that 11 of the 13 principal authors (C.B., L.L., R.B.-V., B.D., R.D., M.B.F., C.J.H., M.C.H., T.K.K., T.J.S., A.W.) have had financial associations with Merck — which sponsored the study — and, in most cases, with many other companies. The associations include consultancies, receipt of research grants and honorariums, and participation on advisory boards. The other two principal authors (A.R., D.S.) are employees of Merck. Details are included as part of the article on the *Journal*'s Web site (http://www.nejm.org).

## Source Information

From the Institute for Work and Health, Mount Sinai Hospital, and the University Health Network, Toronto (C.B.); the Gastrointestinal Division, Department of Medicine, University of Southern California School of Medicine, Los Angeles (L.L.); Merck, Rahway, N.J. (A.R., D.S.); the Faculty of Medicine and Research Division, Universidad Nacional Autonoma de Mexico, and Hospital General de Mexico, Mexico City, Mexico (R.B.-V.); University of Texas–Houston School of Public Health, Houston (B.D.); the Department of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); the Division of Rheumatology, Department of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, São Paulo, Brazil (M.B.F.); the Division of Gastroenterology, School of Medical and Surgical Sciences, University Hospital, Nottingham, United Kingdom (C.J.H.); the Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore (M.C.H.); Oslo City Department of Rheumatology, and Diakonhjemmet Hospital, Oslo, Norway (T.K.K.); and the Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago (T.J.S.). Arthur Weaver, M.D., Arthritis Center of Nebraska, Lincoln, was another author.

Address reprint requests to Dr. Bombardier at the Institute for Work and Health, 250 Bloor St. E., Suite 702, Toronto, ON M4W 1E6, Canada, or at claire.bombardier@utoronto.ca.

## References

1. Misoprostol for co-prescription with NSAIDs. Drug Ther Bull 1990;28:25-26.[Medline]
2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996;6:489-504.[Medline]
3. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999;340:1888-1899. [Erratum, N Engl J Med 1999;341:548.][Full Text]
4. Singh G, Rosen Ramey D. NSAID induced gastrointestinal complications: the ARAMIS perspective -- 1997. J Rheumatol Suppl 1998;51:8-16.[Medline]

5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology/diagnosis/management. 6th ed. Vol. 1. Philadelphia: W.B. Saunders, 1998:343-57.
6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isoenzymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-6614.[Abstract/Full Text]
7. Fosslein E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.[Abstract]
8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993;90:11693-11697.[Abstract]
9. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;160:1781-1787.[Abstract/Full Text]
10. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000;43:978-987. [CrossRef][Medline]
11. Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26:2438-2447.[Medline]
12. Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999;282:1921-1928. [Abstract/Full Text]
13. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999;117:776-783.[Medline]
14. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-377.[CrossRef] [Medline]
15. Emery P, Zeidler H, Kvien KT, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999;354:2106-2111. [CrossRef][Medline]
16. Pincus T, Summey JA, Soraci SA Jr, Wallston KA, Hummon NP. Assessment of patient satisfaction in activities of daily living using a modified Stanford Health Assessment Questionnaire. Arthritis Rheum 1983;26:1346-1353.[Medline]
17. Cox DR. Regression models and life-tables. J Stat Soc [B] 1972;34:187-220.
18. Cox DR. Partial likelihood. Biometrika 1975;62:269-276.
19. Fleiss JL. Statistical methods for rates and proportions. 2nd ed. New York: John Wiley, 1981.
20. Vioxx (rofecoxib tablets and oral suspension). Whitehouse Station, N.J.: Merck, 1999 (package insert).
21. Naproxen. Nutley, N.J.: Roche Laboratories, 1999 (package insert).
22. Genuine Bayer aspirin. Morristown, N.J.: Bayer Consumer Care Division, 1999 (package insert).
23. Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clin Ther 1999;21:1688-1702. [CrossRef][Medline]
24. Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241-249.

[Abstract/Full Text]
25. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-1933.[Abstract/Full Text]
26. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS Study: a randomized controlled trial. JAMA 2000;284:1247-1255.[Abstract/Full Text]
27. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis: a prospective observational cohort study. Arch Intern Med 1996;156:1530-1536.[Abstract]
28. VanHecken A, Schwartz JI, Depré M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000;40:1109-1120.[Abstract/Full Text]
29. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction: the Flurbiprofen French Trial. Eur Heart J 1993;14:951-957.[Abstract]
30. Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials. Arthritis Rheum 1999;42:Suppl:S143-S143.abstract

## Appendix

The following persons participated in the study: International Steering Committee: C. Bombardier (chair), L. Laine (cochair), A. Reicin, M. Hochberg, R. Day, T. Capizzi, P. Brooks, R. Burgos-Vargas, B. Davis, M. Ferraz, C. Hawkey, T.K. Kvien, T. Schnitzer, A. Weaver; Data Safety Board: M. Weinblatt (chair); D. Bjorkman, J. Neaton, A. Silman, R. Sturrock; End-Point Adjudication Committee: M. Griffin (chair), D. Jensen, M. Langman; Investigators: Argentina: E. DiGiorgio, H. Laborde, O. Messina, A. Strusberg; Australia: J. Bertouch, R. Day, G. McColl, P. Ryan, S. Sharma; Brazil: R. Bonfiglioli, C. Borges, J. Brenol, N. da Silva, M. Ferraz, F. Lima, C. Moreira, G. Novaes, A. Pessoa, F. Petean, S. Radominski, A. Samara, B. Souza; Canada: T. Anastassiades, M. Atkinson, A. Beaulieu, M. Bell, M. Camerlain, J. Canvin, M. Cohen, J. Hanly, J. Karsh, T. McCarthy, W. Olszynski, P. Patel, Y. Pesant, W. Pruzanski, K. Siminovitch, J. Thome, V. Verdejo-Aguilar; Chile: L. Barria, C. Fuentealba, L. Massardo, P. Riedemann, L. Roca, H. Rossi; China (Hong Kong): C. Lau; Colombia: M. Abello, P. Chalem, M. Jannault, J. Molina; Costa Rica: R. Alpizar, H. Garcia-Sancho; Czech Republic: L. Konecna, K. Pavelka, M. Sealackova, J. Vitova, R. Ahora; Ecuador: R. Villacis; Finland: M. Hakala, P. Hannonen, T. Helve, M. Nissila; Germany: R. Alten, M. Gaubitz, E. Gromnica-Ihle, H. Hantzschel, G. Hein, M. Keysser, R. Kurthen, B. Lang, F. Mielke, U. Muller-Ladner, C. Richter, M. Schattenkirchner, M. Schneider, H. Sorenson, E. Waldorf-Bolten, H. Watnatz, S. Wassenberg; Guatemala: E. Julian, R. Palomo; Israel: D. Buskila, A. Nahir, I. Rosner; Malaysia: S. Yeap; Mexico: R. Burgos, I. Garcia de la Torre, F. Irazoque, J. Arozco Alcala; New Zealand: P. Jones, L. McLean, C. Rajapakse; Norway: H. Gulseth, K. Helgetveit, A. Johannessen, C. Kaufmann, O. Knudsrod, T. Kvien, K. Mikkelsen, B. Rossebo, G. Sidenwall; Peru: A. Calvo Quioz, M. Gustavo, A. Hilgado, L. Portocarrero, E. Vera Bejar; Poland: J. Badurski, J. Brzezicki, M. Bykowska, I. Fiedorowicz-Fabrycy, J. Gaweda, P. Gluszki, B. Konieczna, S. Mackiewicz, J. Pazdur, L. Szczepanski, J. Szechinski; South Africa: I. Anderson, D. Gotlieb, A. Jacovides, A. Lubbe, G. Mody, M. Tikly; United States: Alabama: G. Divititorio, S. Fallahi, D. McLaine, W. Shergy, M.S. Touger, G. Williams; Arizona: B. Harris, P. Howard, D. Michel, L. Taber, J. Tesser, M. Maricic; California: E. Boiling, M. Brandon, G. Dolan, R. Dore, M. Greenwald, D.

Haselwood, M. Keller, K. Kolba, C. Multz, R. Reid, D. Stanton, C. Weidmann, S. Weiner, J. Higashida; Colorado: S. Kassan, R. Lapidus, D. Scott, J. Thompson, C. Van Kerchov; Connecticut: E. Feinglass, J. Green, R. Schoen; Florida: M. Beilian, C. Chappel, J. Forstot, P. Freeman, N. Gaylis, B. Germain, M. Guttierrez, M. Heier, T. Johnson, M. Kaufman, R. Levin, M. Lowenstein, A. Marcadis, M. Mass, S. Matthews, H. McIlwain, J. Miller, M. Nunez, H. Offenberg, J. Popp, A. Reddy, W. Riskin, A. Rosen, Y. Sherrer, K. Stark, A. Torres; Georgia: J. Lieberman; Iowa: M. Brooks; Idaho: F. Dega, C. Scoville, C. Wiesenhutter; Illinois: F. Dietz, I. Fenton, M. Pick, R. Trapp, J. Zuzga, M. Ellman, G. Liang; Indiana: C. Arsever, R. Khairi, M. Stack, R. Fife; Kansas: N. Becker, P. Ginder, R. Lies; Louisiana: W. Eversmeyer, P. Sedrish, L. Serebro; Maine: L. Anderson, S. Block; Maryland: R. Marcus, D. McGinnis, N. Wei, T. Zizic, M. Hochberg; Massachusetts: C. Birbara, A. Dahdul, S. Helfgott, J. Hosey, S. Miller, R. Rapoport; Michigan: P. Coleman, R. Roschmann, H. Uhl, J. Taborn; Missouri: T. Weiss; Montana: S. English; Nebraska: W. Palmer, A. Weaver; Nevada: S. Miller; New Hampshire: B. Samuels, J. Trice; New Jersey: S. Golombek, H. Hassman, R. Hymowitz, C. Knee, D. Macpeek, R. Marcus, G. Rihacek, J. Rohlf, D. Worth; New Mexico: K. Bordenave; New York: P. Chatpar, M. Farber, A. Kaell, A. Porges, P. Riccardi, C. Ritchlin; North Carolina: G. Arnold, W. Chmelewski, G. Collins, W. Harperm, R. Harrell, T. Littlejohn, G. Schimizzi, R. Senter, A. Kashif; Ohio: T. Isakov, B. Long, D. Mandel, B. Rothschild, D. Schumacher, R. Sievers, S. Wolfe, K. Hackshaw, M. Hooper, R. Rothenberg; Oklahoma: C. Codding, R. Hynd, J. McKay, L. Jacobs; Pennsylvania: R. Kimelheim, A. Kivitz, W. Makarowski, G. McLaughlin, J. McMillen, R. Reese, J. Weisberg; Rhode Island: J. Scott; South Carolina: C. Barfiels, M. Brabham, K. Flint; Tennessee: C. Arkin, R. Gupta, R. Krause, H. Marker, T. Namey, L. Robinson, P. Wheeler, B. Tanner; Texas: A. Brodsky, F. Burch, W. Chase, A. Chubick, D. Halter, J. Rutstein; Utah: J. Booth; Virginia: C. Fisher, A. Goldstein; Washington: W. Eider, R. Ettlinger, R. Levy; Wisconsin: M. Pearson, G. Fiocco.

## This article has been cited by other articles:

- Smith, R. (2006). Lapses at the New England Journal of Medicine. *J R Soc Med* 99: 380-382 [Full Text]
- DeAngelis, C. D. (2006). The Influence of Money on Medical Science. *JAMA* 0: 296.8.jed60051-3 [Full Text]
- Borgdorff, P., Tangelder, G. J., Paulus, W. J. (2006). Cyclooxygenase-2 Inhibitors Enhance Shear Stress-Induced Platelet Aggregation. *JACC* 48: 817-823 [Abstract] [Full Text]
- Lippi, G, Franchini, M, Guidi, G C, Kean, W F (2006). Non-steroidal anti-inflammatory drugs in athletes * Commentary. *Br J Sports Med* 40: 661-663 [Full Text]
- Qi, Z., Cai, H., Morrow, J. D., Breyer, M. D. (2006). Differentiation of Cyclooxygenase 1- and 2-Derived Prostanoids in Mouse Kidney and Aorta. *Hypertension* 48: 323-328 [Abstract] [Full Text]
- Oitate, M., Hirota, T., Koyama, K., Inoue, S.-i., Kawai, K., Ikeda, T. (2006). COVALENT BINDING OF RADIOACTIVITY FROM [14C]ROFECOXIB, BUT NOT [14C]CELECOXIB OR [14C]CS-706, TO THE ARTERIAL ELASTIN OF RATS. *Drug Metab Dispos.* 34: 1417-1422 [Abstract] [Full Text]

THIS ARTICLE
- Abstract
- PDF
- Supplementary Disclosure

COMMENTARY
- Editorial by Curfman, G. D.

TOOLS & SERVICES
- Add to Personal Archive
- Add to Citation Manager
- Notify a Friend
- E-mail When Cited

MORE INFORMATION
- Find Similar Articles
- PubMed Citation

- Schneeweiss, S., Solomon, D. H. (2006). Not-so-surprising findings. *Can Med Assoc J* 175: 171-172 [Full Text]
- Andersohn, F., Schade, R., Suissa, S., Garbe, E. (2006). Cyclooxygenase-2 Selective Nonsteroidal Anti-Inflammatory Drugs and the Risk of Ischemic Stroke: A Nested Case-Control Study. *Stroke* 37: 1725-1730 [Abstract] [Full Text]
- Kesselheim, A. S., Fischer, M. A., Avorn, J. (2006). The Rise And Fall Of Natrecor For Congestive Heart Failure: Implications For Drug Policy. *Health Aff* 25: 1095-1102 [Abstract] [Full Text]
- Rahme, E., Toubouti, Y., Hunsche, E. (2006). Therapy switching and associated costs in elderly patients receiving COX-2 selective inhibitors or non-selective non-steroidal anti-inflammatory drugs in Quebec, Canada. *Rheumatology* 45: 903-910 [Abstract] [Full Text]
- Gislason, G. H., Jacobsen, S., Rasmussen, J. N., Rasmussen, S., Buch, P., Friberg, J., Schramm, T. K., Abildstrom, S. Z., Kober, L., Madsen, M., Torp-Pedersen, C. (2006). Risk of Death or Reinfarction Associated With the Use of Selective Cyclooxygenase-2 Inhibitors and Nonselective Nonsteroidal Antiinflammatory Drugs After Acute Myocardial Infarction. *Circulation* 113: 2906-2913 [Abstract] [Full Text]
- Hur, C., Chan, A. T., Tramontano, A. C, Gazelle, G S. (2006). Coxibs Versus Combination NSAID and PPI Therapy for Chronic Pain: An Exploration of the Risks, Benefits, and Costs. *Ann Pharmacother* 40: 1052-1063 [Abstract] [Full Text]
- Kearney, P. M, Baigent, C., Godwin, J., Halls, H., Emberson, J. R, Patrono, C. (2006). Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. *BMJ* 332: 1302-1308 [Abstract] [Full Text]
- Grosch, S., Maier, T. J., Schiffmann, S., Geisslinger, G. (2006). Cyclooxygenase-2 (COX-2)-Independent Anticarcinogenic Effects of Selective COX-2 Inhibitors. *J Natl Cancer Inst* 98: 736-747 [Abstract] [Full Text]
- Pocock, S. J (2006). The simplest statistical test: how to check for a difference between treatments. *BMJ* 332: 1256-1258 [Full Text]
- Smith, R. (2006). Conflicts of interest: how money clouds objectivity. *J R Soc Med* 99: 292-297 [Full Text]
- Weatherall, M., Aldington, S., Caldwell, B., Beasley, R. (2006). Inconsistencies in cardiovascular data from COX-2 inhibitor trials--is it a class effect?. *J R Soc Med* 99: 275-276 [Full Text]
- Dieppe, P. (2006). Complicity theory: an explanation for the `coxib problem'?. *J R Soc Med* 99: 273-274 [Full Text]
- Armstrong, P. W. (2006). Balancing the cyclooxygenase portfolio. *Can Med Assoc J* 174: 1581-1582 [Full Text]
- Levesque, L. E., Brophy, J. M., Zhang, B. (2006). Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. *Can Med Assoc J* 174: 1563-1569 [Abstract] [Full Text]
- Chan, A.-W., Upshur, R., Singh, J. A, Ghersi, D., Chapuis, F., Altman, D. G (2006). Waiving confidentiality for the greater good. *BMJ* 332: 1086-1089 [Full Text]
- Haglund, J., McGrath, P., Turner, M., Affonso, A., Fudin, J., Rivera, W. (2001). Letters to the editor. *AM J HOSP PALLIAT CARE* 18: 429-431
- Roth-Cline, M. D. (2006). Clinical Trials in the Wake of Vioxx: Requiring Statistically Extreme Evidence of Benefit to Ensure the Safety of New Drugs. *Circulation* 113: 2253-2259 [Full Text]
- Avorn, J. (2006). Evaluating Drug Effects in the Post-Vioxx World: There Must Be a Better Way. *Circulation* 113: 2173-2176 [Full Text]
- Elliott, R. A., Hooper, L., Payne, K., Brown, T. J., Roberts, C., Symmons, D. (2006). Preventing non-steroidal anti-inflammatory drug-induced gastrointestinal toxicity: are older strategies more cost-effective in the general population?. *Rheumatology* 45: 606-613 [Abstract] [Full Text]
- Tanne, J. H. (2006). Court awards claimant $13.5m in rofecoxib lawsuit. *BMJ* 332: 927-927

[Full Text]
- Andersohn, F., Suissa, S., Garbe, E. (2006). Use of First- and Second-Generation Cyclooxygenase-2-Selective Nonsteroidal Antiinflammatory Drugs and Risk of Acute Myocardial Infarction. *Circulation* 113: 1950-1957 [Abstract] [Full Text]
- Bishop-Bailey, D., Mitchell, J. A., Warner, T. D. (2006). COX-2 in Cardiovascular Disease. *Arterioscler Thromb Vasc Biol* 26: 956-958 [Full Text]
- Vonkeman, H. E, Brouwers, J. R B J, van de Laar, M. A F J (2006). Understanding the NSAID related risk of vascular events. *BMJ* 332: 895-898 [Full Text]
- Schror, K., Mehta, P., Mehta, J. L. (2005). Cardiovascular Risk of Selective Cyclooxygenase-2 Inhibitors. *J CARDIOVASC PHARMACOL THER* 10: 95-101 [Abstract]
- Sooriakumaran, P (2006). COX-2 inhibitors and the heart: are all coxibs the same?. *Postgrad Med J* 82: 242-245 [Abstract] [Full Text]
- Hermann, M., Ruschitzka, F. (2006). Novel anti-inflammatory drugs in hypertension. *Nephrol Dial Transplant* 21: 859-864 [Full Text]
- Rocca, B. (2006). Targeting PGE2 Receptor Subtypes Rather Than Cyclooxygenases: A Bridge Over Troubled Water?. *Mol Interv* 6: 68-73 [Abstract] [Full Text]
- Wallace, J. L. (2006). Commonality of Defensive Roles of COX-2 in the Lung and Gut. *Am J Pathol* 168: 1060-1063 [Full Text]
- Mastbergen, S. C., Marijnissen, A. C., Vianen, M. E., Zoer, B., van Roermund, P. M., Bijlsma, J. W., Lafeber, F. P. (2006). Inhibition of COX-2 by celecoxib in the canine groove model of osteoarthritis. *Rheumatology* 45: 405-413 [Abstract] [Full Text]
- Berner, E. S., Houston, T. K., Ray, M. N., Allison, J. J., Heudebert, G. R., Chatham, W. W., Kennedy, J. I. Jr., Glandon, G. L., Norton, P. A., Crawford, M. A., Maisiak, R. S. (2006). Improving Ambulatory Prescribing Safety with a Handheld Decision Support System: A Randomized Controlled Trial. *J. Am. Med. Inform. Assoc.* 13: 171-179 [Abstract] [Full Text]
- Bombardier, C., Laine, L., Burgos-Vargas, R., Davis, B., Day, R., Ferraz, M. B., Hawkey, C. J., Hochberg, M. C., Kvien, T. K., Schnitzer, T. J., Weaver, A., Reicin, A., Shapiro, D. (2006). Response to Expression of Concern Regarding VIGOR Study. *NEJM* 354: 1196-1199 [Full Text]
- Curfman, G. D., Morrissey, S., Drazen, J. M. (2006). Expression of Concern Reaffirmed. *NEJM* 354: 1193-1193 [Full Text]
- Tanne, J. H. (2006). NEJM stands by its criticism of Vioxx study. *BMJ* 332: 505-505 [Full Text]
- Adebayo, D, Bjarnason, I (2006). Is non-steroidal anti-inflammaory drug (NSAID) enteropathy clinically more important than NSAID gastropathy?. *Postgrad Med J* 82: 186-191 [Abstract] [Full Text]
- Blankfield, R. P. (2006). Can Natriuretic Peptide Levels Predict the Cardiovascular Complications of COX-2 Inhibitors and Nonsteroidal Anti-inflammatory Drugs?. *J Am Board Fam Med* 19: 178-182 [Abstract] [Full Text]
- Harris, R. C., Breyer, M. D. (2006). Update on Cyclooxygenase-2 Inhibitors. *CJASN* 1: 236-245 [Abstract] [Full Text]
- Caldwell, B., Aldington, S., Weatherall, M., Shirtcliffe, P., Beasley, R. (2006). Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis. *J R Soc Med* 99: 132-140 [Abstract] [Full Text]
- Honda, T., Segi-Nishida, E., Miyachi, Y., Narumiya, S. (2006). Prostacyclin-IP signaling and prostaglandin E2-EP2/EP4 signaling both mediate joint inflammation in mouse collagen-induced arthritis. *J. Exp. Med.* 203: 325-335 [Abstract] [Full Text]
- (2006). Les journaux font-ils assez d'efforts pour prevenir la publication fraudulense?. *Can Med Assoc J* 174: 433-433 [Full Text]
- (2006). Are journals doing enough to prevent fraudulent publication?. *Can Med Assoc J* 174: 431-431 [Full Text]
- Tanne, J. H. (2006). NEJM editor gives pretrial evidence in Vioxx case. *BMJ* 332: 255-255 [Full Text]

- Lev-Ari, S., Strier, L., Kazanov, D., Elkayam, O., Lichtenberg, D., Caspi, D., Arber, N. (2006). Curcumin synergistically potentiates the growth-inhibitory and pro-apoptotic effects of celecoxib in osteoarthritis synovial adherent cells. *Rheumatology* 45: 171-177 [Abstract] [Full Text]
- Fontanarosa, P. B, DeAngelis, C. D (2006). JAMA's policy on industry sponsored studies. *BMJ* 332: 177-177 [Full Text]
- Ray, W. A., Stein, C. M. (2006). Reform of Drug Regulation -- Beyond an Independent Drug-Safety Board. *NEJM* 354: 194-201 [Full Text]
- Grosser, T., Fries, S., FitzGerald, G. A. (2006). Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. *J. Clin. Invest.* 116: 4-15 [Abstract] [Full Text]
- Curfman, G. D., Morrissey, S., Drazen, J. M. (2005). Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8. *NEJM* 353: 2813-2814 [Full Text]
- Tanne, J. H. (2005). Journal criticises Vioxx study for omitting three heart attacks. *BMJ* 331: 1423-1423 [Full Text]
- Wang, D, DuBois, R N (2006). PROSTAGLANDINS AND CANCER. *Gut* 55: 115-122 [Full Text]
- GORDON, S. M., DIONNE, R. A. (2005). The integration of clinical research into dental therapeutics: Making treatment decisions. *Journal of the American Dental Association* 136: 1701-1708 [Abstract] [Full Text]
- Bolten, W W (2006). Problem of the atherothrombotic potential of non-steroidal anti-inflammatory drugs. *Ann Rheum Dis* 65: 7-13 [Abstract] [Full Text]
- Brinker, A. D., Bonnel, R. A., Feight, A. G., Nourjah, P. (2001). CELECOXIB AND ROFECOXIB. *Journal of the American Dental Association* 132: 1501-1502 [Full Text]
- SPINK, M., BAHN, S., GLICKMAN, R. (2005). Clinical implications of cyclo-oxygenase-2 inhibitors for acute dental pain management: Benefits and risks. *Journal of the American Dental Association* 136: 1439-1448 [Abstract] [Full Text]
- JESKE, A. H. (2002). Selecting new drugs for pain control: Evidence-based decisions or clinical impressions? *Journal of the American Dental Association* 133: 1052-1056 [Abstract] [Full Text]
- Fontanarosa, P. B., DeAngelis, C. D. (2005). Conflicts of Interest and Independent Data Analysis in Industry-Funded Studies--Reply. *JAMA* 294: 2576-2577 [Full Text]
- Fries, S., Grosser, T. (2005). The Cardiovascular Pharmacology of COX-2 Inhibition. *Hematology* 2005: 445-451 [Abstract] [Full Text]
- Fosslien, E. (2005). Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. *Ann Clin Lab Sci* 35: 347-385 [Abstract] [Full Text]
- Zhao, S.-p., Deng, P., Huang, H.-g., Xu, Z.-m., Dai, H.-y., Hong, S.-c., Yang, J., Zhou, H.-n. (2005). Expression of COX-2 mRNA in Peripheral Blood Monocytes from Patients with Acute Myocardial Infarction and Its Significance. *Clin Chem* 51: 2170-2173 [Full Text]
- Hawkey, C J (2005). COX-2 chronology. *Gut* 54: 1509-1514 [Abstract] [Full Text]
- Spitz, B., Abramson, J. (2005). When Health Policy Is the Problem: A Report from the Field. *Journal of Health Politics, Policy and Law* 30: 327-366 [Abstract]
- Mazhar, D., Gillmore, R., Waxman, J. (2005). COX and cancer. *QJM* 98: 711-718 [Full Text]
- Spence, M. M., Teleki, S. S., Cheetham, T. C., Schweitzer, S. O., Millares, M. (2005). Direct-to-Consumer Advertising of COX-2 Inhibitors: Effect on Appropriateness of Prescribing. *Med Care Res Rev* 62: 544-559 [Abstract]
- Vakily, M., Amer, F., Kukulka, M. J., Andhivarothai, N. (2005). Coadministration of Lansoprazole and Naproxen Does Not Affect the Pharmacokinetic Profile of Methotrexate in Adult Patients With Rheumatoid Arthritis. *J Clin Pharmacol* 45: 1179-1186 [Abstract] [Full Text]
- Abramson, J., Starfield, B. (2005). The Effect of Conflict of Interest on Biomedical Research and Clinical Practice Guidelines: Can We Trust the Evidence in Evidence-Based Medicine?. *J Am*

*Board Fam Med* 18: 414-418 [Full Text]
- Moreno, J., Krishnan, A. V., Swami, S., Nonn, L., Peehl, D. M., Feldman, D. (2005). Regulation of Prostaglandin Metabolism by Calcitriol Attenuates Growth Stimulation in Prostate Cancer Cells. *Cancer Res* 65: 7917-7925 [Abstract] [Full Text]
- Pratico, D., Dogne, J.-M. (2005). Selective Cyclooxygenase-2 Inhibitors Development in Cardiovascular Medicine. *Circulation* 112: 1073-1079 [Full Text]
- McAdam, B. F., Byrne, D., Morrow, J. D., Oates, J. A. (2005). Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers. *Circulation* 112: 1024-1029 [Abstract] [Full Text]
- Jones, S. F., Power, I. (2005). Editorial I: Postoperative NSAIDs and COX-2 inhibitors: cardiovascular risks and benefits. *Br J Anaesth* 95: 281-284 [Full Text]
- Antman, E. M., DeMets, D., Loscalzo, J. (2005). Cyclooxygenase Inhibition and Cardiovascular Risk. *Circulation* 112: 759-770 [Full Text]
- Juurlink, D. (2005). Celecoxib for colorectal adenomas increased CV events. *Evid Based Med* 10: 107-107 [Full Text]
- Juurlink, D. (2005). Rofecoxib for colorectal adenomas increased thrombotic events. *Evid Based Med* 10: 106-106 [Full Text]
- Dai, W., Kloner, R. A. (2004). Relationship Between Cyclooxygenase-2 Inhibition and Thrombogenesis. *J CARDIOVASC PHARMACOL THER* 9: 51-59 [Abstract]
- Harris, J., Lee, S.-B., Plowman, B. K., Morreale, A. P., Boggie, D. T., DeLattre, M. L. (2005). Identification of patients taking NSAIDs at high risk for GI bleeding. *Am J Health Syst Pharm* 62: 1543-1548 [Full Text]
- Jones, S C. (2005). Relative Thromboembolic Risks Associated with COX-2 Inhibitors. *Ann Pharmacother* 39: 1249-1259 [Abstract] [Full Text]
- Chou, R., Helfand, M. (2005). Challenges in Systematic Reviews That Assess Treatment Harms. *Ann Intern Med* 142: 1090-1099 [Abstract] [Full Text]
- Steinhubl, S. R. (2005). The use of anti-inflammatory analgesics in the patient with cardiovascular disease: What a pain. *JACC* 45: 1302-1303 [Full Text]
- Capone, M. L., Sciulli, M. G., Tacconelli, S., Grana, M., Ricciotti, E., Renda, G., Di Gregorio, P., Merciaro, G., Patrignani, P. (2005). Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. *JACC* 45: 1295-1301 [Abstract] [Full Text]
- DeMaria, A. N. (2004). The fallout from Vioxx. *JACC* 44: 2080-2081 [Full Text]
- Hudson, M., Richard, H., Pilote, L. (2005). Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. *BMJ* 330: 1370- [Abstract] [Full Text]
- Hippisley-Cox, J., Coupland, C. (2005). Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. *BMJ* 330: 1366- [Abstract] [Full Text]
- Konstantinopoulos, P. A., Lehmann, D. F. (2005). The Cardiovascular Toxicity of Selective and Nonselective Cyclooxygenase Inhibitors: Comparisons, Contrasts, and Aspirin Confounding. *J Clin Pharmacol* 45: 742-750 [Abstract] [Full Text]
- Verma, S., Szmitko, P. E. (2003). Coxibs and the endothelium. *JACC* 42: 1754-1756 [Full Text]
- Shinmura, K., Kodani, E., Xuan, Y. u-T., Dawn, B., Tang, X.-L., Bolli, R. (2003). Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. *JACC* 41: 1183-1194 [Abstract] [Full Text]
- Belton, O., Fitzgerald, D. (2003). Cyclooxygenase-2 inhibitors and atherosclerosis. *JACC* 41: 1820-1822 [Full Text]
- White, W. B. (2002). Cyclooxygenase-2 inhibitors and cardiovascular thromboembolic events. *JACC* 40: 577-578 [Full Text]
- Power, I. (2005). Recent advances in postoperative pain therapy. *Br J Anaesth* 95: 43-51 [Full Text]

- Wu, R., Laplante, M.-A., de Champlain, J. (2005). Cyclooxygenase-2 Inhibitors Attenuate Angiotensin II-Induced Oxidative Stress, Hypertension, and Cardiac Hypertrophy in Rats. *Hypertension* 45: 1139-1144 [Abstract] [Full Text]
- Johnsen, S. P., Larsson, H., Tarone, R. E., McLaughlin, J. K., Norgard, B., Friis, S., Sorensen, H. T. (2005). Risk of Hospitalization for Myocardial Infarction Among Users of Rofecoxib, Celecoxib, and Other NSAIDs: A Population-Based Case-Control Study. *Arch Intern Med* 165: 978-984 [Abstract] [Full Text]
- Martina, S. D, Vesta, K. S, Ripley, T. L (2005). Etoricoxib: A Highly Selective COX-2 Inhibitor. *Ann Pharmacother* 39: 854-862 [Abstract] [Full Text]
- Fredy, J., Diggins, D. A Jr, Morrill, G. B (2005). Blood Pressure in Native Americans Switched from Celecoxib to Rofecoxib. *Ann Pharmacother* 39: 797-802 [Abstract] [Full Text]
- Brown, J. R., DuBois, R. N. (2005). COX-2: A Molecular Target for Colorectal Cancer Prevention. *J Clin Oncol* 23: 2840-2855 [Abstract] [Full Text]
- Levesque, L. E., Brophy, J. M., Zhang, B. (2005). The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults. *Ann Intern Med* 142: 481-489 [Abstract] [Full Text]
- Lim, C H, Heatley, R V (2005). Prospective study of acute gastrointestinal bleeding attributable to anti-inflammatory drug ingestion in the Yorkshire region of the United Kingdom. *Postgrad Med J* 81: 252-254 [Abstract] [Full Text]

---

**The New England Journal of Medicine is owned, published, and copyrighted © 2006 Massachusetts Medical Society. All rights reserved.**