# EXHIBIT C

## Curriculum Vitae

updated: June, 2006

Name:              Jerome L. Avorn

Office Address:    Division of Pharmacoepidemiology and Pharmacoeconomics
                   Brigham and Women's Hospital
                   1620 Tremont Street, suite 3030
                   Boston, MA  02120

Home Address:      5 Circuit Road
                   Chestnut Hill, MA 02467

Place of Birth:    New York, New York

Education:

    1969 A.B.    Columbia University, New York
    1974 M.D.    Harvard Medical School, Boston

Postdoctoral Training:

    1972-74    Fellow in Social Studies (Medical Sociology), Harvard College
    1974-75    Intern in Medicine, The Cambridge Hospital, Cambridge, Massachusetts
    1974-77    Clinical Fellow in Medicine, Harvard Medical School
    1975-77    Resident in Internal Medicine, Beth Israel Hospital, Boston, Massachusetts

Licensure and Certification:

    1974    National Board of Medical Examiners
    1974    Massachusetts License Registration
    1977    Diplomate, American Board of Internal Medicine
    1988    Certification in Geriatric Medicine, American Board of Internal Medicine

Academic Appointments:

    1977-79      Instructor in Preventive and Social Medicine, Harvard Medical School
    1979-85      Assistant Professor of Social Medicine and Health Policy, Harvard Medical
                 School
    1985-90      Associate Professor of Social Medicine, Harvard Medical School
    1990-2004    Associate Professor of Medicine, Harvard Medical School
    2004-present Professor of Medicine, Harvard Medical School

Hospital Appointments:

Beth Israel Hospital

    1977-84    Assistant in Medicine, Department of Medicine
    1984-87    Assistant Physician, Department of Medicine
    1987-89    Associate Physician, Department of Medicine
    1989-94    Physician, Department of Medicine

Brigham and Women's Hospital

    1986-1992    Associate Physician, Department of Medicine
    1992-present  Physician, Department of Medicine

Hospital Clinical Responsibilities:

    1977-1981    Attending physician (General Internal Medicine), Beth Israel Hospital
    1981-1992    Attending physician (Geriatrics and Internal Medicine), Beth Israel Hospital
    1992-1998    Attending physician (Geriatrics and General Medicine), Brigham and Women's Hospital
    1998-present  Attending physician (General Medicine Service), Brigham and Women's Hospital

Major Administrative Responsibilities:

    1978-1980    Director, Division of Geriatrics, Harvard School of Public Health
    1978-1980    Program Director, Geriatric Curriculum Development Project, Harvard School of Public Health
    1982-1983    Director, Geriatric Drug Education Program, Department of Public Health, Commonwealth of Massachusetts
    1982-1984    Director, Program in Ethics and Geriatrics, a joint project of The Hastings Center and Harvard Medical School
    1985-1987    Chair, Task Force on Determinants of Antibiotic Utilization, National Institutes of Health
    1979-1980    Director, Harvard Medical School Long-Term Care Gerontology Center Program
    1986-present  Director, Program for the Analysis of Clinical Strategies
    1990-1995    Harvard Geriatric Research and Training Center: Director of Epidemiology, Data Management, and Health Services Research Core
    1998-present  Chief, Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital.

Major Committee Assignments and Other Positions:

    National and Regional

    1978-81    Professional Advisory Committee, Department of Elder Affairs, Commonwealth of Massachusetts
    1979    Study section on long-term care gerontology centers, Administration on Aging, Department of Health, Education and Welfare
    1982-83    Advisor on drug utilization studies, National Center for Health Services Research, National Institutes of Health
    1983-84    Peer reviewer, Robert Wood Johnson Foundation, Program for Hospital Initiatives in Long-term Care
    1983-85    Working group on "The Aging Society," The Carnegie Corporation
    1985-93    Peer reviewer for Medications and Aging program, The John A. Hartford Foundation

| 1989 | Peer reviewer, Gerontology and Geriatrics Review Group, National Institute on Aging, National Institutes of Health |
| 1989-91 | U.S. Congress, Office of Technology Assessment: Advisory Panel on Government Policy and Pharmaceutical Research and Development |
| 1990-94 | Advisory Panel on Geriatrics, U.S. Pharmacopeia |
| 1997-99 | Advisory Panel on Outcomes and Cost-Effectiveness, U.S. Pharmacopeia |
| 2000- | Consultant in Pharmacoepidemiology, Food and Drug Administration |
| 2002-03 | Member, National Committee for Quality Assurance (NCQA) Advisory Panel on Medication Management in the Elderly |

Harvard Medical School

| 1977-80 | Committee on Geriatrics |
| 1978-80 | Teaching Committee, Department of Preventive and Social Medicine |
| 1980-88 | Executive Committee, Division on Aging |
| 1980-84 | Malpractice consultant, Harvard Risk Management Foundation |
| 1981-88 | Working Group on Health Policy and Aging, Division of Health Policy Research and Education |
| 1986-88 | Faculty Council |
| 1997-98 | Faculty Advisor, William Bosworth Castle Society |
| 1997-98 | Member, Geriatrics Interest Group, Francis Weld Peabody Society |
| 1998-2002 | Subcommittee on Teaching Evidence-Based Medicine and Therapeutics |
| 2001-02 | Committee on development of new postdoctoral course in clinical pharmacology (responsible for pharmacoepidemiology component) |
| 2003- | Search committee for a faculty appointment in pharmacoepidemiology, Harvard School of Public Health |

Beth Israel Hospital

| 1976-77 | Committee on House Officer Education, Department of Medicine |
| 1980-81 | Chair, Committee on Medical Research, Division of General Medicine |
| 1983-92 | Pharmacy and Therapeutics Committee |
| 1986-87 | Laboratory Board |
| 1986-92 | Transfusion Committee |
| 1987-92 | Chair, Pharmacy and Therapeutics Committee |

Brigham and Women's Hospital

| 1992-present | Pharmacy and Therapeutics Committee |
| 1993-98 | Chair, Medication Education and Management Committee |
| 1993-95 | Chair, Technology Assessment Committee |
| 1994-95 | Chair, Drug Therapy Cost Reduction Committee, Partners Healthcare System |
| 1996-97 | Clinical Practice Standards Committee |
| 1996-2000 | Order Entry Clinical Advisory Group / Clinical Software Oversight Committee |
| 1998-2000 | Clinical Executive Committee |
| 1998-2002 | Advisory Committee, Department of Medicine |
| 1999-present | Education Council |
| 2002-present | Faculty Standing Committee on Resident Research |
| 2002-present | Executive Committee, Department of Medicine |

Professional Society Involvement:

| | |
|---|---|
| 1978-94 | Gerontological Society of America (clinical medicine section) |
| 1979-81 | Research Group on Ethics and Health Policy of the Institute of Society, Ethics, and the Life Sciences (The Hastings Center) |
| 1981-82 | Public Policy Committee, The Gerontological Society of America |
| 1981-82 | Task Force on Ethical Issues and Medical Technology, The Hastings Center |
| 1982- | American Geriatrics Society |
| 1984-89 | Fellow, The Hastings Center |
| 1988-89 | Institute of Medicine, Forum on Drug Development and Regulation: Working Group on Geriatric Pharmacology |
| 1988-90 | Institute of Medicine, Committee on Health Promotion and Disability Prevention in Aging |
| 1990-91 | Chair, panel on Drug Utilization Review Interventions, American Society for Clinical Pharmacology and Therapeutics |
| 1994-98 | Board of Advisors, Center for the Study of Drug Development, Tufts University |
| 1998 | Advisory Panel on Methodology in Pharmacoeconomics, International Society for Pharmacoeconomics and Outcomes Research |
| 2002 | Invited opening plenary presentation, International Society for Pharmacoeconomics and Outcomes Research |

International Society for Pharmaco-Epidemiology:

| | |
|---|---|
| 1995-98 | Board of Directors |
| 1995-97 | Task Force on Standards for Research Methods in the Epidemiologic Evaluation of Drugs |
| 1995-97 | Program Chair, XIII International Conference on Pharmaco-Epidemiology |
| 1996-99 | Ad Hoc Committee on Privacy and Epidemiologic Research |
| 1997-98 | President of the Society |
| 1998-99 | Chair, Nominating Committee |
| 2002- | Fellow of the Society |
| 2002 | Invited opening plenary presentation |

Other National and International Contributions:

| | |
|---|---|
| 1981-85 | Board of Directors, The Harvard Public Interest Health Foundation |
| 1982-83 | Director, Curriculum Development Project in social medicine, The Aga Khan Medical College, Karachi, Pakistan |
| 1982-88 | Consultant in geriatric medicine and epidemiology, The Greater New York Blood Program |
| 1983-91 | Physician advisor and program evaluator (geriatric pharmacology and policy), American Association of Retired Persons |
| 1985-86 | Expert Panel on Prescription Drug Use, Blue Cross of Massachusetts |
| 1988-89 | Member, Massachusetts Drug Formulary Commission |

| 1988-90 | Advisor to the Inspector General, U.S. Department of Health and Human Services, on drug coverage and quality assurance in federal programs |
| 1989-1994 | Clinical Director, Optimal Therapeutics Program, Blue Cross-Blue Shield of Massachusetts |
| 1992 | Advisor to President Clinton's transition team on prescription medication policy |
| 1997-1998 | Chair, National Collaborative on Improving Prescribing Practices, Institute for Healthcare Improvement |
| 1997-2000 | Co-Founder and Board of Directors member, The Ad Hoc Committee to Defend Health Care [Massachusetts] |
| 1999-2000 | Steering committee, Massachusetts Citizens' Initiative Petition to Reform Health Care |
| 2000-2001 | Expert Advisor on antibiotic prescribing and bacterial resistance, World Health Organization (WHO) Global Strategy for Containment of Antimicrobial Resistance |
| 2001-present | Member, Technical Advisory Group, State of Pennsylvania Department of Aging, Pharmaceutical Assistance Contract for the Elderly |

:

Editorial Boards and Editorships:

| 1981-84 | Journal of Gerontology (Editorial Board) |
| 1990-99 | UPDATE, A Quarterly Review of Geriatric Pharmacology (Editor) |
| 1992-1996 | Journal of Gerontology (Associate Editor, Clinical Medicine) |

Journal Reviewer:

| 1985-present | New England Journal of Medicine (ad hoc reviewer) |
| 1987-present | Journal of the American Medical Association (ad hoc reviewer) |

Awards and Honors:

| 2002: | Highly Cited Researcher: Identified by Institute for Scientific Information based on Medline citations as one of the most frequently cited investigators within the category of Social Science and Medicine during the period 1981 – 1999 (top one-half of 1% of all published researchers). |

## TEACHING, CLINICAL, AND RESEARCH CONTRIBUTIONS

With accelerating progress in new drug development and rising pressures to contain the costs of health care, educating physicians about appropriate prescribing decisions has become increasingly important. The focus of my work has been on defining patterns of medication use by physicians and patients; quantifying the benefits, risks, and costs of specific drugs to help build an evidence-base for rational prescribing; and developing, implementing, and rigorously testing innovative educational approaches to improve prescribing practices.

I have addressed these problems in several complementary ways, including: (1.) creating new approaches to teaching physicians about optimal drug use, and then testing these approaches in randomized controlled multi-site studies; (2.) developing new methods for computer-assisted analysis of large population databases to measure patterns and predictors of physician prescribing practices, as well as to study adverse drug events and patient non-compliance; (3.) measuring the effect of changes in reimbursement policies on physician prescribing and patient outcomes; and (4.) conducting cost-effectiveness analyses of specific medications. Together, these studies have resulted in new ways to improve drug use and clinical outcomes. Programs based on this work have been implemented locally, nationally, and internationally.

One method I developed, known as "academic detailing," uses medical-school-based educational outreach to improve physician prescribing and reduce drug use that is not pharmacologically optimal or cost-effective. This intervention merges evidence-based analysis of appropriate drug use with the effective adult-learning and behavior-change strategies that have been used by pharmaceutical companies to change physicians' prescribing practices. My colleagues and I have evaluated its effectiveness in several randomized controlled trials involving physicians in primary care practice in four states, doctors and other caregivers in nursing homes, general practitioners in Europe, and house officers at the BWH. These studies have shown that the approach is effective in educating clinicians about rational prescribing and improving medication use. My work in this area has been a synthesis of teaching and research. It has now been widely replicated and adopted by large health care systems, drug benefit managers, governmental health services in Great Britain, Canada, and Australia, and in the developing world.

Teaching has been a central focus of my career since my first year as a student at HMS, when I developed a student-initiated course in some of these areas, described below. In the more than 30 years since I have worked in several domains to develop teaching programs at HMS and its affiliated institutions. I created new courses on health care delivery at Harvard College (medical sociology; aging and society), the Harvard School of Public Health (geriatrics and health policy), and HMS (forerunners to the "Patient-Doctor" and "Clinical Commons" courses). I continue to teach at HMS (pharmacology, geriatrics), HSPH (epidemiology), the Harvard Program in Clinical Effectiveness (health policy, pharmaco-epidemiology), and BWH (while serving as Attending Physician on the General Medicine Service and as described further below).

In 1998 my teaching, clinical, and research activities came together when I was asked to establish a Division of Pharmacoepidemiology and Pharmacoeconomics within the Department

6

of Medicine at BWH. In this role, I developed several new programs to teach physicians and medical students about appropriate and cost-effective prescribing, including: (1.) implementing a new curriculum of lectures and monthly teaching rounds for interns and residents on proper medication use and drug cost-effectiveness analysis; (2.) using the hospital's automated order-entry system to produce interactive computer guidelines that improve drug use decisions at the time they are being made; (3.) establishing and editing a new series of publications to teach house officers and medical students about evidence-based medication choices; (4.) developing a program that supports fellows in Infectious Diseases to serve as "academic detailers" who are deployed to provide "just-in-time" education when problematic antibiotic orders are written; (5.) creating a new system for evaluating the benefits, risks, and costs of drugs proposed for hospital formulary inclusion; (6.) conducting epidemiologically rigorous assessment of current in-patient drug use practices and identifying areas in need of educational intervention. The Division is coming to be viewed as a model for integrating evidence-based medication use and cost-effective prescribing into the teaching programs and clinical activities of academic departments of medicine.

**SELECTED FUNDING INFORMATION:**

**National Institutes of Health:**

| | | |
|---|---|---|
| 1979-1981 | NIH / NCHSR / R01<br>Demarketing and administrative strategies in drug prescribing. | PI |
| 1983-1985 | NIH / AHCPR / R01<br>Analysis of a successful strategy to improve prescribing. | PI |
| 1985-1990 | NIH / AHCPR / R01<br>Improving the accuracy of transfusion decisionmaking. | PI |
| 1986-1988 | NIH / NIA / R01<br>Medication use as a risk factor for falls in the elderly. | PI |
| 1986-1988 | NIH / AHCPR / R01<br>Impact of payment restrictions on physician decisions. | Co-Investigator |
| 1986-1988 | NIH / NIMH / R01<br>Staff expectation as a mediator of functional status in nursing homes. | PI |
| 1988-1991 | NIH / FDA / R01<br>Population-based surveillance of adverse drug reactions. | PI |
| 1988-1991 | NIH / AHCPR / R01<br>Unintended outcomes of health care cost containment. | Co-Investigator |
| 1989-1991 | NIH / NEI / R01<br>Epidemiology of topical beta-blocker side effects in elderly. | PI |
| 1990-1995 | NIH / NIA / P01<br>Geriatric Research and Training Center: Data Management and<br>Epidemiology Core. | Project Director |
| 1992-1993 | NIH / NIA / R01<br>Drug-induced parkinsonian symptoms. | PI |
| 1994-1995 | NIH / NIA / PO1<br>Geriatric Research and Training Center-Research & Development Core:<br>Effects of benzodiazepine and other CNS-active drugs on hospitalized<br>patients | Co-Investigator |

8

| | | |
|---|---|---|
| 1993-1997 | NIH / NIA / R01 | Co-Investigator |
| | Missing and mismeasured data in studies of the elderly. | |
| 1994-1998 | NIH / NIA / K08 | Sponsor |
| | Clinical Investigator Award; Antihypertensives and the elderly. (M. Monane, M.D., M.P.H.) | |
| 1995-1996 | NIH / NIA / PO1 | Co-Investigator |
| | Older Americans Independence Center-Research & Development Core: Clinical trial of outcomes of anti-hypertensive medication reduction. | |
| 1995-1999 | NIH / NIA / T32 | Co-Program Director |
| | Training program in epidemiologic research on aging. | |
| 1996-1998 | NIH / AHCPR / R01 | Co-PI |
| | Prevention of adverse drug effects in the nursing home setting. | |
| 1996-1999 | NIH / NIDA / R01 | PI |
| | Risky geriatric benzodiazepine use: Predictors and trends. | |
| 1996-1999 | NIH / AHCPR / R01 | PI |
| | Nephrologist care and outcomes in renal insufficiency. | |
| 1991-1996 | NIH / NIA / K08 | Sponsor |
| | Clinical Investigator Award; Drug-induced illness in the elderly: NSAIDs as a model. (J. Gurwitz, M.D.) | |
| 1999-2004 | NIH / NIMH / KO1 | Sponsor |
| | Clinical Investigator Award: Appropriateness and compliance in depression treatment (P. Wang, M.D., Dr.P.H.). | |
| 2000-2004 | NIH / NIA / T32 | Program co-Director |
| | Training Program in Epidemiologic Research on Aging. | |
| 2000-2002 | NIH / AHRQ / RO1 | co-Investigator |
| | Consequences of drug cost-sharing in the elderly. | |
| 2000-2001 | NIH / NIA / RO3 | PI |
| | Drugs and aging: Demographic, clinical, and cost data. | |
| 2000-2001 | NIH / NIA / RO1 | co-PI |
| | Evaluating drug benefit policy changes in geriatric practice. | |
| 2002-2006 | NIH / NIMH / R01 | PI |
| | Outreach and treatment for depression in the labor force  (subcontract) | |

9

| 2002-2005 | NIH / NIA / R01 | co-PI |
|---|---|---|

Medication use, comorbidity, and outcomes in older people.

| 2002-2007 | NIH / NIAMS / K 23 | sponsor |
|---|---|---|

A randomized, controlled trial of an intervention to improve the management of osteoporosis. (Dan Solomon, M.D., M.P.H.)

| 2002-2005 | NIH / NIDA / R01 | co-PI |
|---|---|---|

Pain medication use and risk factors for opioid dependency

| 2002 -- 2004 | NIH / NIAMS / R55 | co-PI |
|---|---|---|

Why is cardiac risk increased in rheumatoid arthritis?

| 2003 - 2007 | NIH / NIA / R01 | co-PI |
|---|---|---|

Effects of income-based drug charges on older patients

| 2003 – 2007 | NIH / AHRQ / R01 | co-PI |
|---|---|---|

Consequences of drug cost sharing: A new randomized trial

**Other Federal Support:**

| 1978-1980 | Administration on Aging | Program Director |
|---|---|---|

Curriculum development in aging and public health

| 1984-1985 | HCFA | Co-Investigator |
|---|---|---|

Economic and clinical consequences of three drug cost containment strategies in Medicaid.

| 1985-1987 | Veterans Administration | Co-Investigator |
|---|---|---|

Central nervous system effects of beta-blockade in the elderly.

| 1988-1991 | Veterans Administration | Co-Investigator |
|---|---|---|

Systemic effects of beta-blocking medications used for glaucoma.

**Foundation Support:**

| 1982 | Robert Wood Johnson Foundation | PI |
|---|---|---|

Medication-induced disability: Its nature, extent and prevention.

| 1982-1984 | Blue Cross of Massachusetts Foundation | PI |
|---|---|---|

Preventing inappropriate medication use in hospitals: A demonstration

10

1983-1984     AARP-Andrus Foundation               PI
              Clinical effects of medication use in the elderly.

1983-1986     The Commonwealth Fund                 Project Director
              Diagnosis and drug treatment of incontinence in the elderly: Epidemiology
              and health services research.

1985-1988     John A. Hartford Foundation           PI
              Clinical and economic consequences of improving the use of medications
              in nursing homes.

1988-1991     John A. Hartford Foundation           PI
              Medications and aging: Research and education in geriatric pharmacology.

1988-1995     American Federation for Aging Research   Program Director
              Fellowship program in geriatric clinical pharmacology.

1992-1993     John A. Hartford Foundation           PI
              Improving medication use in the nation's elderly

1998-2000     The Medical Foundation                Sponsor
              Faculty development award in clinical epidemiology
              (E. Knight, M.D., M.P.H.)

2002 – 2007   The Arthritis Foundation              co-PI
              Improving osteoporosis care: Development and randomized controlled
              testing of patient and physician educational interventions

2003 – 2007   The Arthritis Foundation              co-PI
              Biologic therapies and DMARDs in rheumatoid arthritis:  Ensuring their
              safe and appropriate use

**Other Support:**

1989-1991     Alcon Laboratories                    PI
              Population-based study of adverse systemic effects in patients treated for
              glaucoma.

1989-1992     Ocean Spray Cranberries               PI
              Prevention of urinary tract infections in nursing home residents.

1992-1993     Johnson & Johnson - Merck             PI
              Clinical and policy analysis of over-the-counter use of histamine
              antagonists.

11

| 1993 | Kabi Pharmacia | PI |
| | Cost-effectiveness of thrombolytic therapy in acute myocardial infarction. | |

| 1993 | Armour Pharmaceuticals | PI |
| | Cost-effectiveness analysis of prophylactic treatment for hemophilia. | |

| 1995 | Dupont | Co-Investigator |
| | Risk management issues in medication use in the elderly. | |

| 1993-1997 | Ocean Spray Cranberries | PI |
| | Preventing recurrent urinary tract infections. | |

| 1994-1997 | American Heart Association | Preceptor |
| | Patterns and outcomes of antihypertensive therapy in the elderly. | |

| 1996-1997 | Searle | PI |
| | Health care utilization among NSAID users. | |

| 1996-1999 | Bristol-Myers Squibb | PI |
| | Hypertension and medication use: Defining the patient's perspective. | |

| 1996-1999 | Baxter International | PI |
| | Cost of inhibitor development in hemophilia. | |

| 1997-1999 | Eli Lilly | PI |
| | Racial differences in antidepressant use. | |

| 1997-2000 | Bristol-Meyers Squibb | PI |
| | Cardiac functional status and health care utilization following thrombolysis for acute myocardial infarction. | |

| 1997-2003 | Bristol-Meyers Squibb | PI |
| | Pravastatin as primary prevention in elderly subjects: cost-effectiveness analysis and outcomes research. | |

| 1999-2000 | Speywood Pharmaceuticals | PI |
| | A pharmacoeconomic analysis of the treatment of patients with inhibitors to factor VIII. | |

| 1999-2000 | Pharmacia | PI |
| | Adverse cardiac and CNS effects of anticholinergic drugs used for incontinence in the elderly. | |

| 2000-2001 | Pharmacia | PI |
| | Excessive sedation and accidents in patients with Parkinson's Disease. | |

| 2001-2002 | Pfizer | co-PI |
| | Epidemiology of COX-2 inhibitor use and hypertension | |

| 2001-2002 | Novo-Nordisk | PI |
| | Cost-effectiveness analysis of recombinant factor VII in the treatment of bleeding disorders. | |

| 2001-2002 | Pfizer | PI |
| | Adverse events in hospitalized patients receiving systemic anti-fungal medication. | |

| 2002-2004 | Merck | co-PI |
| | Risk of acute myocardial infarction in patients taking COX-2 inhibitors and conventional NSAIDs. | |

| 2003 – 2006 | GlaxoSmithKline | PI |
| | Post-marketing surveillance and risk management of alosetron in older patients. | |

**REPORT OF TEACHING:**

**Harvard College**

1972-1974    Tutor in Medical Sociology (Social Relations)

In collaboration with Paul Starr (then a graduate student in sociology at Harvard), developed a new offering for Harvard college students in the Social Relations Program. Topics covered included the social and political organization of the health care delivery system, the sick role, and the aging patient.

*8 undergraduates; 3 hours/week preparation, 3 contact hours/week*

1979-1980    Our Future Selves: Aging in Society

While director of the Division of Geriatrics at the Harvard School of Public Health (see below), developed and taught a new course for Harvard and Radcliffe undergraduates dealing with the social, cultural, and political aspects of aging in western societies.

*15-20 undergraduates; 2 hours/week preparation, 2 contact hours/week*

**Harvard Medical School**

1969-1971    Course director, student-initiated Curriculum in Social Medicine

As an HMS I student, developed a first-year course to introduce students to aspects of medicine which were not at that time covered in the HMS curriculum. Topics covered included health economics and policy, epidemiology, medical ethics, and legal medicine. Lectures by visiting faculty were coordinated with the biomedical content of the curriculum; course became integrated into the standard HMS I "core" curriculum.

*175 medical students; 2 hours/week preparation, 1 contact hour/week*

A second course, offered in the HMS II year in conjunction with the introduction to clinical medicine course, covered aspects of patient care and the doctor-patient relationship that were not part of the standard ICM curriculum. These included lectures by visiting faculty on physician-patient communication, alcoholism and drug abuse, human sexuality, and death and dying.

*30 medical students; 2 hours/week preparation, 1 contact hours/week*

1977-1980    Preventive and Social Medicine 724a.0: Social Theory, Human Values, and their Relation to Medical Care

14

Designed and taught this introductory course, which for several years was the main introductory course in the Department of Preventive and Social Medicine at HMS. Topics covered included: health policy, culture and disease, history of medicine, and societal aspects of medication use.

*25 medical students, 4 hours/week preparation, 2 contact hours/week*

1983-1984    Member, New Pathway Life Cycle Curriculum Design Group

1983-1984    Member, New Pathway Educational Methods Committee

1985-present  Annual teaching in the Division on Aging Continuing Medical Education course in geriatric medicine (pharmacotherapy in the elderly)

*200-300 practicing physicians, 1 hour preparation, 1 contact hour annually*

1996- 2001    Core lecture to HMS I on Geriatric Medicine

*100-150 medical students, 1 hour preparation, 1.5  contact hours annually*

1996- 2002    Core lecture to HMS III on Appropriate Prescribing (Patient-Doctor III)

*100-150 medical students, 1 hour presentation, 1.5 contact hours annually*

1998- 2002    Member, Subcommittee on Evidence-Based Medicine and Therapeutics

1998-present  Lecture on Geriatric Pharmacology in HMS I Principles of Pharmacology course

*100-150 medical students; 3 hours preparation, 1 contact hour [nominated as best lecture in course]*

2002-         Day-long module on pharmaco-epidemiology and pharmacoeconomics in new course, "Pharmacology for the Clinical Investigator."

*40 clinical and research fellows; 8 hours preparation, 7 contact hours*

**Harvard School of Public Health**

1979-1981    Health Policy and Management 213a, Issues in Geriatric Health Care

In developing the Division of Geriatrics at HSPH, established a curriculum on health care for the elderly for the Department of Health Policy and Management. This course provided an

overview of the impact of changing demography on the age distribution and health care needs of the population, and an introduction to aspects of health policy most relevant to care of the elderly (Medicaid, Medicare, long-term care, etc.).

*10-25 graduate students, 4 hours/week preparation, 2 contact hours/week*

1979-1980    Health Policy and Management 214b, Ethics and Geriatric Policy

Developed and taught this course with Professor Norman Daniels of the Philosophy Department at Tufts University. It addressed the ethical issues surrounding care of the elderly, including: determination of competency to refuse care, the "right to die," informed consent in a demented patient, ethical aspects of benefit-cost analysis and cost-containment, and intergenerational distribution of health care resources.

*8-12 graduate students, 3 hours/week preparation, 2 contact hours/week*

1978-80   Director, Geriatric Curriculum Development Project, Harvard School of Public Health

Was responsible for the conceptualization, development and dissemination of a series of free-standing case studies to bring concepts in geriatric care into the curricula of schools of public health and medicine in the U.S. Working with faculty and staff at HSPH, prepared case studies on issues including hospice care, quality-based reimbursement incentives, epidemiologic and economic aspects of screening for disease in the elderly, geriatric foster care programs, the role of the courts in maintaining quality standards in nursing homes, use of nurse-practitioners in geriatric delivery systems, mental health coverage under Medicare, and quality assurance in prescribing for the elderly.

1994-1996    Health Policy and Management 267c: Health and Medical Care in an Aging Population

Overview of geriatrics and health care delivery (developed and taught with Drs. John Delfs and Mark Monane) covering policy issues in Medicare and Medicaid, nursing home regulation, capitation, demographic changes, and pharmaco-epidemiology. Course received a "perfect" evaluation by students in 1995-96 academic year.

*7-22 graduate students; 1 hour/week preparation, 2 contact hours/week*

2000-present   Epidemiology of Aging

Quantitative analysis of patterns of medication use, effectiveness, and adverse events in the elderly.

*14 – 20 graduate students; 1 hour preparation, 2 contact hours*

16

2001-present   Epidemiology 235d. Health Services Epidemiology

Application of epidemiologic methods to health services research and to intervention trials designed to improve the quality of physician prescribing practices.

*14-20 graduate students; 1 hour preparation, 2 contact hours. [Lecture received highest student evaluation in course]*


**Beth Israel Hospital**

1978-1982   Preventive and Social Medicine 724b 0: The Doctor-Patient Relationship

An extension of the earlier student-initiated course designed to supplement the HMS Introduction to Clinical Medicine curriculum, this course became a required component of ICM for all students taking this rotation at the Beth Israel Hospital. Prepared and delivered lectures on topics including compliance, confidentiality, the clinical interview, care of the elderly patient, and functioning as part of a health care team. The course was consistently one of the highest-rated components of Beth Israel ICM course. Many aspects of this course were later integrated into the New Pathway curriculum at HMS.

*20-30 medical students; 3 hours/week preparation, 1 hour/week contact time*

1982-1992   Director, Beth Israel Hospital Drug Information Program

Established and led a program for assembling and disseminating current information on selected topics in drug therapy. Brief monographs were prepared with BI faculty covering the indications for and rationale use of clindamycin, histamine antagonists, vancomycin, cefazolin, triazolam, metronidazole, and other drugs. Also developed a new structured antibiotic order form to improve the prescribing of parenteral antibiotic therapy throughout the hospital. The effect of this intervention was tested in a time-series analysis (see reference 19 in bibliography); form has been replicated in numerous institutions throughout the country.


**Brigham and Women's Hospital**

1992-present   Director, Medication Education and Management Program (1992-1997) / Director of educational activities of the Division of Pharmacoepidemiology and Pharmacoeconomics (1998 – present)

On coming to BWH I established a program to educate house officers, fellows, and attending physicians on evidence-based and cost-effective pharmacotherapy. Through work with local clinical experts, the program assesses new drugs proposed for formulary inclusion, develops guidelines for medication use, and prepares educational materials to explain the

17

pharmacology, pathophysiology, and clinical trial evidence behind these recommendations. Since 1998, this work has continued through the Division of Pharmacoepidemiology and Pharmacoeconomics. Monographs have been produced on: diltiazam for tachyarrhythmia; indications for histamine₂ receptor antagonists; ketorolac in post-operative analgesia; neuromuscular blocking agents in intensive care; and proper use of second and third generation cephalosporins. I also developed and edit a series of original eduational materials for house officers and staff on current topics in pharmacotherapy; a complete list of the 20 titles developed so far appears at the end of the bibliography. These are distributed to house officers and faculty throughout the hospital and are also disseminated electronically on the Partners Handbook.

In addition, my Division is helps develop the content and implementation of drug-related order entry components in the hospital's on-line order entry system. Computer-based drug interventions have included guidelines on: human growth hormone use in surgical or burn patients; third generation cephalosporins; age-specific dosing for psychoactive medications; intravenous proton-pump inhibitors; COX-2 nonsteroidal anti-inflammatory drugs; fluoroquinolone antibiotics; granulocyte colonoy-stimulating factor; and activated protein C (drotrecogin alfa). Other order-entry work has developed, implemented, and evaluated a set of algorithms to convert intravenous medications to oral use when clinically appropriate for drugs with high bioavailability.

With the Infectious Diseases Division, we developed and periodically update new guidelines for antibiotic use which are disseminated hospital-wide and are also electronically. In 2003, a new program was begun with the BWH Hospitalist Service in which my Division takes responsibility once each month for the combined attending rounds of the four General Medicine Service teams and provides case-specific teaching about a selected topic on appropriate medication use.

1993-present      Annual lectures to house officers on topics in pharmacology

  *25-35 house officers per year, 1.0 hour preparation, 1 contact hour annually*

1995-present      Faculty, Evidence-Based Medicine Journal Club

  *20-25 house officers, 6 hours preparation. 2-3 contact hours annually*

1996-present      Approach to the Geriatric Patient, Introduction to Clinical Medicine course

  *30-40 medical students; 1 hour preparation, 1-2 contact hours annually*

1996-2000      Core faculty, Epidemiology course, Clinical Effectiveness Program

  *30-40 fellows and junior faculty per year, 2-3 hours preparation, 16 contact hours/year*

1996-present     Lectures on pharmacoepidemiology, and on health policy and drug use, Clinical
                 Effectiveness Program

*70-90 fellows and junior faculty per year, 3 hours preparation, 4 contact hours annually*

1998-present     Developed lecture series for house officers on rational prescribing and
                 cost-effectiveness analysis

1999-present     Oversaw design, implementation, and evaluation of academic detailing program
                 to reduce excessive use of broad-spectrum antibiotics in Department of Medicine; the
                 effectiveness of this new program was documented in radomized controlled trial
                 published in *Archives of Internal Medicine* in 2001 (see bibliography). The program has
                 now been implemented on an ongoing, operational basis as an innovative peer-education
                 program. It employs senior residents trained by our Division with input from Infectious
                 Disease consultants, using case-based educational outreach to target inappropriate
                 antibiotic orders as soon as they are written.


**Advisory and supervisory responsibilities**

1977-1992 Clinical supervision of medical students, house officers, and fellows in general
          internal medicine and geriatrics, Beth Israel Hospital

*3-5 medical students, 4-6 house officers, 0-1 fellow per year*

1977-1997 Annual precepting of HMS Introduction to Clinical Medicine students on history and
          physical examination, with emphasis on the geriatric patient

*3-5 medical students, 2 contact hours per year*

1980-present   Dissertation supervision for Harvard doctoral students:

        Health Policy and Management Department, HSPH: 5 *doctoral students*

        Epidemiology Department, HSPH: *2 doctoral students, 4 post-doctoral students*

        Harvard University joint M.D.-Ph.D. program: *2 doctoral students*

1983-1998     Harvard Fellowship Program in Geriatric Medicine

        *served as primary research mentor for 8 fellows*

1988-1989     Preceptor for Patient-Doctor component of New Pathway curriculum

        *6 medical students, 2 hours/week preparation, 2 contact hours/week*

19

1992-present   Supervision of medical students, house officers, and fellows as attending physician on general medicine service, Brigham and Women's Hospital

*1-2 medical students and 3-5 house officers, one month per year*

1992-1997   Supervision of fellows on geriatric consultation service, BWH

*1 fellow, 1-3 months per year*

1993-present   Brigham and Women's Hospital, medical residency program: direct one-on-one research supervision of senior medical residents during 4-6 month research rotation

*2 residents each year for 4-6 months each; 3-6 contact hours per week throughout year*

1996-1998   Faculty preceptor, General Medicine Division, Brigham and Women's Hospital

*Supervised 3-4 house officers per session once a week, 2-3 months/year*

1997-1998   Faculty advisor, Castle Society, Harvard Medical School