Jerry Avorn, M.D.

Page 310

1 could review that part of the CV SOP. I
2 recall having seen that.
3 Q. Do you remember that the plan to
4 review adverse events, sir, that Merck had
5 before VIGOR came out was to monitor those
6 events that occurred during the course of
7 its clinical trials and 14 days
8 thereafter?
9 A. That's my recollection.
10 Q. And that's a responsible plan,
11 isn't it?
12        MR. TISI: Objection.
13        BY MR. GOLDMAN:
14 Q. Give me something --
15        MR. TISI: No, no, no.
16 Seriously. He's -- I know you want to
17 give --
18 A. No, no. We're talking about life
19 and death here. So I think it's worth more
20 than a yes-no answer.
21        It's plausible as a first
22 assumption, but when there's an increase
23 in mortality in a given study, it becomes
24 not so appropriate to ignore all the

Page 311

1 people after they've stopped drugs, because
2 people can have problems that occur more
3 than 14 days after they've stop the drug.
4 Q. You're talking there about the
5 Alzheimer's trial?
6 A. Among others, yes.
7 Q. What others?
8 A. Well, any -- once -- all right. I
9 will grant that initially it was plausible
10 to say that an analysis would look at
11 adverse events that occur on drug and 14
12 days afterwards.
13        I think when there becomes evidence
14 that there is an increase incidence of,
15 let's say, MI, that it then becomes more
16 responsible, or it -- what is responsible
17 then becomes going to an intention to
18 create analysis.
19        Even if there was a prespecified
20 prior analysis, I think one needs to do
21 both, because of the emergence of
22 additional information that comes over
23 time.
24 Q. We'll talk about intention and

Page 312

1 treat analyses later, okay?
2 A. Okay.
3        (Off the record at 3:27 p.m.)
4        (Brief break).
5        (On the record at 3:35 p.m.)
6        BY MR. GOLDMAN:
7 Q. Sir, if the imbalance theory were
8 accurate, would you expect to see an
9 increase in strokes because of Vioxx?
10 A. Probably.
11 Q. Would you expect to see an increase
12 in unstable angina and sudden cardiac
13 death if the imbalance theory were
14 accurate?
15 A. Perhaps.
16 Q. You agree, sir, that it was
17 reasonable for Merck to analyze thrombotic
18 events as a combined end point, given the
19 nature of the imbalance theory?
20        MR. TISI: Objection.
21 A. It depends on whether -- on what
22 thrombotic events were included. For
23 example, I would not include venous
24 thrombotic events in that category.

Page 313

1 Q. Other than venous thrombotic
2 events, do you agree that it was
3 reasonable for Merck to include the other
4 thrombotic events that were part of a
5 combined end point?
6        MR. TISI: Again, is your
7 question presuming that the imbalance was
8 the theory --
9        MR. GOLDMAN: Mm-hmm.
10        MR. TISI: -- was the only
11 theory? Okay.
12 A. Right. What I would say is that
13 yes, that's plausible, but given the major
14 magnitude of the health problems we're
15 talking about, it was also reasonable to
16 do additional analyses of just MI or just
17 cardiovascular thrombotic -- just cardiac
18 thrombotic events as well.
19 Q. You're not critical of Merck's
20 decision to analyze a combined end point
21 that included unstable angina, heart attack
22 and strokes, right?
23 A. Correct.
24 Q. As to the -- And you wouldn't say

79 (Pages 310 to 313)

Jerry Avorn, M.D.

Page 314

1 that analyzing heart attacks and sudden
2 cardiac death alone is a better end point
3 to analyze than all thrombotic events,
4 true?
5   A. It's better and -- It's worse and
6 it's better. It's worse in that you'll get
7 a smaller end. It's better if for some
8 reason the drug is causing heart attacks
9 and sudden cardiac deaths but for some
10 reason not causing the others.
11   Q. Do you agree it was reasonable for
12 Merck to use the APTC endpoint in
13 analyzing cardiac events --
14         MR. TISI: Objection.
15         BY MR. GOLDMAN:
16   Q. -- in its trials?
17         MR. TISI: It's vague.
18   A. Okay. That would have everything
19 to do with what exactly we mean by the
20 APTC endpoint.
21   Q. Do you know what APTC endpoint was
22 used in the Vioxx trials?
23   A. It seems to me that I recall seeing
24 various definitions of that, so we could

Page 315

1 look at the specifics definitions, and I
2 could indicate whether I think that was
3 acceptable or not.
4   Q. You haven't criticized the --
5 Merck's analysis of the APTC endpoint,
6 have you, sir, in your report?
7   A. Have I -- In other words, have I
8 specifically --
9   Q. Mm-hmm.
10   A. In the report, no. But I do have
11 a problem with using venous outcomes.
12   Q. How would the venous outcomes
13 affect the analysis of whether Vioxx
14 causes cardiovascular events?
15   A. Well, in principle, it could dilute
16 an effect if the principle problem is
17 arterial thrombosis and not venous
18 thrombosis.
19   Q. And it is your understanding that
20 the principle theory of it was being
21 advanced about why Vioxx could be
22 prothrombotic involve arterial thrombosis
23 not venous, correct?
24         MR. TISI: Objection.

Page 316

1 Assumes facts not in evidence.
2   A. Well, that was the main assumption.
3   Q. How many venous events occurred on
4 Vioxx in the clinical trials?
5   A. I can't answer that question off
6 the top of my head.
7   Q. How many venous events occurred on
8 non-Naproxen NSAIDs?
9   A. I can't answer that off the top of
10 my head.
11   Q. Do you know if Merck had excluded
12 the venous events, how that would affect
13 the analysis of whether Vioxx increases
14 cardiovascular risk?
15   A. I know that in one table I looked
16 at there actually were more venous events
17 in the placebo group than the Vioxx group.
18 So it's not about how the numbers would
19 have come out, it's about what's the most
20 plausible way to do it.
21   Q. So you criticize Merck for
22 including venous events in the analysis,
23 but you recognize that by including it
24 that didn't dilute the results when it

Page 317

1 came to analyzing cardiovascular effects,
2 true?
3   A. Correct.
4   Q. Do you know how many -- Well,
5 withdrawn.
6         Under the imbalance theory, Dr.
7 Avorn, if patients take aspirin and Vioxx
8 together, you would agree that there
9 wouldn't be an imbalance?
10   A. I have two problems with the
11 question. One is that it kind of presumes
12 that everything is guided by the imbalance
13 theory, and I, as a scientist, would say
14 that while that's an important hypothesis,
15 it should not be the only foundation for
16 all clinical trials.
17         And secondly, I don't think that
18 anyone -- and even Garret FitzGerald --
19 understands all the ins and outs of COX-1,
20 COX-2, thromboxane, prostacyclin, to be
21 able to predict with certainty how aspirin
22 yes, aspirin no would play itself out.
23   Q. In theory, Dr. Avorn, because
24 aspirin is primarily a COX-1 inhibitor, if

80 (Pages 314 to 317)

Jerry Avorn, M.D.

Page 318

1  patients take low dose aspirin and Vioxx,
2  which is a selective COX-2 inhibitor, at
3  the same time, then you would expect that
4  there would be a balance between
5  prostacyclin and thromboxane, right?
6        MR. GRAND: Objection.
7        MR. TISI: Objection.
8    A.  No. I think that runs counter to
9  what I just said, which is, I certainly
10 don't claim to understand enough about
11 COX-1 and COX-2 to be able to make
12 predictions about that.
13   Q.  Do you know enough about the
14 imbalance theory to know that if that were
15 the mechanism that caused increased
16 cardiovascular events, then you would not
17 see increased cardiovascular events after
18 patients stopped using Vioxx?
19   A.  Again, I think the problem here is
20 assuming that everything is kind of
21 reduced to this balance. And it also
22 assumes that the whole
23 thromboxane/prostacyclin relationship is
24 about clot, but there is also evidence

Page 319

1  about the beneficial effects of
2  prostacyclin in relation to endothelial
3  function, plaque stability, blood pressure,
4  and other things which I am not an expert
5  in, that it's not just about clotting.
6    Q.  I'm talking about the imbalance
7  theory, okay?
8    A.  Yes. No. What I'm saying is,
9  that even within the imbalance theory,
10 it's not just about clotting.
11   Q.  Do you know of any evidence, sir,
12 that any imbalance that might occur
13 because of COX-2 inhibition persists after
14 patients stop taking Vioxx?
15   A.  Just repeat that question one more
16 time.
17   Q.  Are you aware of any evidence
18 suggesting that whatever imbalance might
19 exist because of COX-2 inhibition goes
20 away when patients stop using Vioxx?
21   A.  Okay. There is reason to be
22 concerned that problems which occur as a
23 result of the imbalance while one is
24 taking Vioxx, which may or may not only be

Page 320

1  about the coagulation story, may affect
2  endothelial function and plaque and other
3  aspects of cardiovascular system that could
4  well persist after the drug itself is
5  stopped.
6        So that, for example, if there were
7  more endothelial damage or more disruption
8  of plaque, that would persist even after
9  the drug stops.
10   Q.  Do you have any evidence that that
11 happens?
12   A.  Well, there -- there -- To jump
13 ahead to the APPROVe follow-up study,
14 there was worrisome evidence of a
15 statistically significant increase in the
16 rate of stroke in people post Vioxx
17 compared to post placebo.
18   Q.  Is there a statistically
19 significant increase in the follow-up
20 period for APPROVe for heart attacks?
21   A.  I don't think there is.
22   Q.  Is there an increased
23 cardiovascular risk after patients stopped
24 using Vioxx in the APPROVe study for

Page 321

1  thrombotic cardiovascular events when
2  looked at as a whole?
3    A.  I don't think there is.
4    Q.  Is there an increased
5  cardiovascular risk in the follow-up period
6  after APPROVe for cardiac events?
7    A.  I'd want to look at the data to be
8  certain, but I don't recall that there
9  was.
10   Q.  Is there an increased risk for
11 death, all cause or cardiovascular death,
12 in the follow-up period after APPROVe --
13       MR. TISI: Why don't we --
14       BY MR. GOLDMAN:
15   Q.  -- between Vioxx and placebo?
16       MR. TISI: If you're going
17 to ask him a lot of questions about it,
18 why don't we look at the --
19   A.  If we could pull out the numbers,
20 it would be much easier.
21   Q.  You don't remember?
22   A.  I don't -- I don't recall all of
23 those things that you just said --
24   Q.  We'll get to that in a minute.

81 (Pages 318 to 321)

Jerry Avorn, M.D.

Page 322

1    Are you aware of any scientific
2    evidence, sir, that the imbalance that
3    people say -- Withdrawn.
4        Are you aware of any scientific
5    evidence, sir, that suggests that the
6    imbalance theory that the plaintiffs use
7    in these cases --
8        MR. TISI: Objection. That
9    totally mischaracterizes what plaintiffs --
10   plaintiffs are using at any particular
11   theory. Why don't you just ask him a
12   question, Counsel?
13       BY MR. GOLDMAN:
14   Q.   Under the balance theory, sir,
15   focusing on prostacyclin and thromboxane
16   alone, do you know of any scientific
17   evidence suggesting that an imbalance
18   exists after patients stop using Vioxx?
19   A.   No.
20   Q.   On Page 7 of your report, you make
21   a statement that you are not aware that
22   Merck communicated the risks identified by
23   the Board of Scientific Advisors to the
24   FDA before approval.

Page 323

1    A.   Correct.
2    Q.   Do you remember --
3    A.   Correct.
4    Q.   -- saying that?
5        What's your basis for that
6    statement?
7    A.   I see no reflection of that in the
8    FDA's analysis of the NDA data that would
9    indicate they have been made aware of
10   that. If there was communication to FDA
11   that I haven't seen, I'd be happy to take
12   a look.
13   Q.   Have you read the integrated
14   summary of safety for the NDA for Vioxx?
15   A.   I believe I have.
16   Q.   Do you think that Merck withheld
17   from the FDA the theory that Vioxx could
18   potentially be prothrombotic?
19   A.   Most of the safety discussions that
20   I remember reading in the FDA's summary
21   were about platelet function, I think,
22   rather than about the other issues that
23   the Scientific Board raised.
24   Q.   Before you were to conclude that

Page 324

1    Merck withheld information about potential
2    thrombotic effects of Vioxx, would you
3    want to review the material that Merck
4    submitted to the FDA?
5        MR. GRAND: Objection.
6    Misstates his testimony.
7    A.   Right. I want to be clear that
8    I'm not accusing Merck of withholding
9    information. I'm saying I'm not aware
10   that the issues that were raised very
11   clearly in the Scientific Advisory Board
12   report were communicated, because I did
13   not see them reflected in the FDA's
14   statement.
15   Q.   You are not aware, Dr. Avorn, one
16   way or the other, whether Merck informed
17   the FDA about the theory that Vioxx and
18   COX-2 inhibition could potentially lead to
19   increased risk of heart attack, true?
20   A.   That's what my statement says.
21   Q.   Do you know whether the FDA was
22   aware of the FitzGerald and Catella-Lawson
23   urine study before Vioxx was approved?
24   A.   I don't know.

Page 325

1    Q.   Do you know whether Merck gave the
2    FDA a copy of the Catella-Lawson
3    FitzGerald urine study?
4    A.   I don't know.
5    Q.   If Merck gave a copy of the
6    FitzGerald urine study and referenced it
7    in its integrated summary of safety, would
8    you agree that that would be a responsible
9    thing to do? I have to repeat that
10   because, it didn't make sense. Withdrawn.
11       If Merck gave the FDA a copy of
12   the FitzGerald urine study and referenced
13   it in its integrated summary of safety,
14   would you agree that that would be a
15   responsible thing for Merck to have done?
16   A.   That would have been responsible,
17   but I come back to my statement in the
18   report that I am not aware that the issues
19   raised by the scientific advisory committee
20   were communicated to Merck -- to FDA
21   fully.
22   Q.   Well, did Merck communicate to the
23   FDA that the Board of Scientific Advisors
24   felt that Vioxx could potentially help the

Jerry Avorn, M.D.

Page 326

1 heart?
2    A.  I don't know that they communicated
3 either the positive or the negative fully.
4         I think FDA would have -- I can
5 tell you that FDA would have had no
6 interest in theoretical benefits that were
7 apart from the indication being reviewed,
8 but they would have had great interest in
9 theoretical harms as something for them to
10 at least be aware of.
11   Q.  My question was: Did Merck
12 communicate to the FDA that the Board of
13 Scientific Advisors felt that Vioxx could
14 potentially help the heart?
15   A.  Right. And my answer was that FDA
16 does not and should not consider
17 theoretical statements of potential benefit
18 for an indication other than the
19 indication being considered, but that it's
20 not symmetrical. FDA would be concerned
21 with theoretical reasons for potential
22 harms.
23   Q.  Have you ever worked for the FDA as
24 an employee?

Page 327

1    A.  I've been on advisory committees,
2 but I've not been an employee.
3    Q.  I'm not asking about what the FDA
4 would consider important or what they
5 should or should not consider, okay?
6    A.  Okay.
7    Q.  Did Merck communicate to the FDA
8 the Board of Scientific Advisors's theory
9 that Vioxx could potentially help the
10 heart?
11   A.  I don't believe they did.
12   Q.  Do you know whether the FDA was
13 aware of the theoretical risk of
14 thrombotic events from Vioxx before it
15 approved Vioxx?
16   A.  I know that there were statements
17 about the theoretical concern about
18 selective inhibition of COX-2, yes.
19   Q.  How do you define hypertension?
20   A.  It changes every month these days,
21 but...
22   Q.  How was it defined while Vioxx was
23 on the market?
24   A.  I think in those years, 140 over

Page 328

1 90.
2    Q.  Do you agree, sir, that if a
3 patient has one elevation of blood
4 pressure to 140 over 90, that doesn't mean
5 that he or she has hypertension?
6    A.  You mean on one occasion?
7    Q.  Mm-hmm.
8    A.  And it's normal on other occasions?
9    Q.  Mm-hmm.
10   A.  Correct.
11   Q.  And even if a patient has
12 intermittent spikes in blood pressure above
13 140 over 90, that doesn't necessarily mean
14 the patient has hypertension, true?
15   A.  It depends how frequent.
16   Q.  In order to know whether a patient
17 has hypertension, you would want to look
18 at the average blood pressure during a
19 particular period, rather than just
20 selecting certain intermittent spikes,
21 true?
22        MR. TISI: Objection.
23   A.  No. The clinical definition is
24 that if on three readings they have levels

Page 329

1 above that, then that would be considered
2 grounds for treatment, either with diet or
3 drugs. In other words, it's not as if
4 one would average in the low blood
5 pressures as well.
6    Q.  Three readings in a row, or don't
7 you know?
8    A.  On three occasions.
9         MR. TISI: Can I ask a
10 clarification question? This is not a --
11 Are you talking about people who are not
12 being treated for hypertension? In other
13 words, people who are not on drugs for
14 hypertension?
15        MR. GOLDMAN: I'm talking
16 about just the diagnosis of hypertension,
17 yes, without being on blood pressure meds.
18        MR. TISI: All right.
19        BY MR. GOLDMAN:
20   Q.  Is it your testimony that you would
21 diagnose a patient with hypertension if
22 they had three elevated blood pressure
23 readings over the course of two years?
24   A.  If those were the only -- If they

83 (Pages 326 to 329)

Jerry Avorn, M.D.

Page 330

1  came in only every eight months, and every
2  time you saw them, it was, you know, 160
3  over 95, yeah.
4      Q.  What if a patient actually had
5  mostly normal readings of blood pressure
6  during the period of time that he was on
7  Vioxx, but had some elevated blood
8  pressure spikes?  Would you consider that
9  to be hypertension?
10     A.  No.
11     Q.  Is it true, sir, that the medical
12 community knew long before Vioxx came to
13 the market that all NSAIDs could increase
14 hypertension?
15         MR. TISI:  Objection.  Are
16 you talking about magnitude?  Frequency?
17 Severity?  What are you talking about?
18     A.  It was known -- What the medical
19 community knew is harder to state.  We did
20 some of those original studies
21 demonstrating it with Ibuprofen.  So it
22 was known, yes.
23     Q.  Is it also well known in the
24 medical community that hypertension can

Page 331

1  increase the risk of heart attack and
2  stroke?
3          MR. TISI:  Objection.
4  Vague.
5      A.  That I would say is well known.
6      Q.  Do you know that the FDA was aware,
7  before it approved Vioxx and thereafter,
8  that Vioxx could potentially cause
9  hypertension?
10         MR. TISI:  Objection.
11         MR. GRAND:  Objection.
12     A.  I would think that any nonsteroidal
13 would be expected to cause hypertension --
14     Q.  So the answer is yes?
15     A.  -- although the question is whether
16 it does more than comparable drugs.  But
17 that would seem to me to be a relevant
18 question for FDA to be concerned with.
19     Q.  Based on your review of the
20 materials, Dr. Avorn, isn't it true that
21 the FDA was fully aware that Vioxx could
22 cause hypertension?
23     A.  Yes.
24     Q.  And the FDA was also fully aware,

Page 332

1  prior to approval and thereafter, that
2  Vioxx, in some studies, increased blood
3  pressure and hypertension more than
4  comparator NSAIDs, right?
5      A.  I believe they were aware of that.
6      Q.  Are you aware of studies, sir,
7  showing that there's actually no difference
8  in risk of hypertension between Vioxx and
9  comparator NSAIDs?
10     A.  I'm aware of studies that come to
11 the opposite conclusion.
12     Q.  Mm-hmm.  I'm sure you are.
13     A.  I would be happy to look at a
14 study that found no difference.
15     Q.  Are you aware, one way or the
16 other, of whether there are studies that
17 indicate that Vioxx does not increase
18 hypertension more than comparator NSAIDs?
19     A.  I know that the literature is
20 mixed.  My sense of the literature is that
21 more studies show an increase compared to
22 other drugs than not, but that there are
23 some studies, though fewer, that come to
24 another conclusion.

Page 333

1      Q.  Isn't it true, sir, that Vioxx's
2  label from day one indicated that Vioxx
3  could increase hypertension?
4          MR. TISI:  Objection.
5      A.  I could look at the label and
6  confirm that, but if you stipulate that
7  that's the case, I am not surprised.
8      Q.  Let me see if I can find it.
9          Why wouldn't you be surprised if
10 Vioxx's label indicated that Vioxx could
11 increase the risk of the hypertension?
12     A.  Because all nonsteroidals increase
13 the risk of hypertension.
14     Q.  Do you know also that --
15         MR. GOLDMAN:  I'll mark the
16 original label for Vioxx, albeit a poor
17 copy, as Exhibit 9.
18         (Exhibit-9, Original Vioxx Label,
19 marked for identification).
20 BY MR. GOLDMAN:
21     Q.  And I want to direct your
22 attention, Dr. Avorn, to a table on the
23 last page.
24     A.  Mm-hmm.

Jerry Avorn, M.D.

Page 334

1  Q. Do you see, sir, that there is a
2  table that indicates clinical adverse
3  experiences occurring in greater than or
4  equal to two percent of patients treated
5  with Vioxx?
6  A. (Witness viewing document). Yes.
7  Q. And do you see that there's an
8  entry there for cardiovascular system?
9  A. (Witness viewing document). Yes.
10 Q. What does it reference?
11 A. Hypertension.
12 Q. And do you see how there is an
13 indication here that 1.3 percent of
14 patients in the placebo arm in the
15 clinical trials that predated this label,
16 and 3.5 percent of patients in the Vioxx
17 arm had hypertension, 3 percent in the
18 Ibuprofen arm, and 1.6 percent in the
19 Diclofenac arm.
20 A. Right.
21 Q. Do you agree, sir, that the Vioxx
22 label, on its face, indicates that Vioxx
23 increased hypertension more than Ibuprofen,
24 Diclofenac and placebo?

Page 335

1  A. I don't think I could conclude from
2  the data in this table that it is
3  meaningfully more than Ibuprofen, because
4  it may just be the play of chance that
5  it's 3.5 versus 3.0.
6  Q. You don't have any reason to doubt
7  the accuracy of the percentages in this
8  table, do you, sir?
9  A. No.
10 Q. So just based on the numbers
11 themselves, putting aside the question of
12 statistical significance, the numbers
13 themselves indicate that Vioxx increases
14 hypertension more than placebo, Diclofenac
15 and Ibuprofen, right?
16 A. No. As I said, I don't think that
17 it would be a plausible conclusion, and
18 specifically within relation to Ibuprofen,
19 to say that 3.5 is meaningfully more or
20 less than 3.0 or 4.0.
21     And the other important point is
22 that they characterize hypertension as
23 yes-no, which is one way to do it. But
24 of greater importance is, you know, what

Page 336

1  if the people with hypertension from one
2  of the drugs had a mean blood pressure of
3  180 over 110, and the others with
4  hypertension had a mean blood pressure of
5  150 over 92. It's -- Hypertension is not a
6  yes-no disease.
7      So while this is interesting, it's
8  very limited as to what it tells you about
9  the magnitude of the hypertension and the
10 meaningfulness of those differences.
11 Q. Do you know of any other package
12 insert for any NSAID or COX-2 inhibitor
13 that actually describes the magnitude of
14 the increase in blood pressure for that
15 particular drug versus comparator drugs?
16 A. I know I've seen it -- I can't
17 recall if it was in clinical trials or in
18 package inserts -- something like the mean
19 blood pressure in people in a given drug
20 group versus placebo as opposed to just
21 hypertension, yes, no. That -- That I
22 would find to be more helpful.
23 Q. Putting aside what you would find
24 to be more helpful, Dr. Avorn, do you

Page 337

1  agree, sir, that the table in the first
2  package insert for Vioxx indicates that
3  Vioxx can cause hypertension?
4  A. Yes.
5  Q. And do you also see, on the
6  previous page, under Precautions down by
7  fluid retention and edema --
8  A. Is that Column 1 or Column 2?
9  Q. Column 1, third to the top, it says
10 that --
11 A. Column 1, third to the top.
12 Q. I'm sorry. Third from the bottom.
13 "Fluid retention and edema have been
14 observed in some patients taking Vioxx.
15 Vioxx should be used with caution and
16 should be introduced at the lowest
17 recommended dose in patients with fluid
18 retention, hypertension, or heart failure."
19 Do you see that, sir?
20 A. (Witness viewing document). Yes.
21 Q. So Merck and the FDA wasn't keeping
22 it a secret that Vioxx might cause
23 hypertension and that patients might want
24 to be careful if they have it and they

85 (Pages 334 to 337)

Jerry Avorn, M.D.

Page 338

1  take Vioxx?
2  A. Well, it does -- doesn't speak to
3  what the patients may or may not want,
4  because this is written for physicians.
5  Q. You agree, Dr. Avorn, that Merck
6  and the FDA didn't keep it a secret that
7  Vioxx could potentially increase
8  hypertension and that doctors ought to be
9  careful in prescribing Vioxx to patients
10 who have hypertension?
11      MR. TISI: Objection to the
12 state of Merck and the FDA. You can
13 answer.
14 A. Actually, I wouldn't agree, because
15 I think your wording was Vioxx can
16 increase hypertension. Is that --
17 Q. Cause.
18 A. Cause. Could you read back --
19 Q. I'll ask it again.
20     Do you agree, sir, that Merck and
21 the FDA-approved package insert for Vioxx
22 made it clear to doctors that Vioxx ought
23 to be used with caution in patients who
24 have hypertension?

Page 339

1  A. That's what it says.
2  Q. And you've never criticized that
3  label before, have you, sir?
4      MR. TISI: On that basis?
5      MR. GOLDMAN: Yeah.
6  A. I've criticized labels in general,
7  most recently in the New England Journal
8  about a week ago, for being so packed with
9  tiny print words as to be irrelevant to
10 most physicians.
11     So in the sense that having
12 something in four point type in a multi
13 thousand word document constitutes a fair
14 warning, I've gone on record as saying I
15 don't believe that that's generally the
16 case.
17 Q. You've never, during the time Vioxx
18 was on the market, said that Vioxx does
19 not contain an adequate warning for
20 hypertension, right?
21 A. I've never said that.
22 Q. And it's true, sir, that you
23 actually think very few doctors pay
24 attention to package inserts, right?

Page 340

1  A. Correct. And it's not just what I
2  think. It's what the literature shows.
3  Q. So from your perspective, most
4  doctors don't read the package inserts,
5  and it really doesn't matter what's in
6  them?
7      MR. TISI: Objection;
8  mischaracterizes.
9  A. I think the first part of the
10 sentence is true. The second part is not.
11     It is true that most doctors don't
12 read them. I don't think that means it
13 doesn't matter what's in them. But the
14 relevance here is that whether or not
15 words appear in the package insert does
16 not necessarily constitute appropriate
17 warning.
18 Q. And that's your personal opinion,
19 right?
20     MR. TISI: Objection.
21 A. No. That's based on the
22 literature, which we cited a couple of
23 those papers in the June 8th New England
24 Journal, documenting that warnings, and

Page 341

1  even black box warnings that appear in the
2  labels do not influence physicians'
3  behavior. So that's not just my personal
4  opinion.
5  Q. Is it your testimony, sir, that you
6  have held the opinion and you've expressed
7  the opinion that black box warnings in
8  package inserts do not affect prescribing
9  behavior?
10     MR. TISI: Objection;
11 mischaracterizes.
12 A. In last week's New England Journal,
13 I published a piece with Dr. Shrank
14 indicating that, and citing a paper by Dr.
15 Lasser, L-A-S-S-E-R, that appeared I
16 believe in JAMA, in the last year or two,
17 looking at the effect of black box
18 warnings on physician prescribing, and in
19 which she reported, based on data and not
20 based on my opinion, that even black box
21 warnings are an inadequate driver of
22 physicians' prescribing practices.
23 Q. Have you also said, sir, that less
24 than one percent of physicians, in your

86 (Pages 338 to 341)

Jerry Avorn, M.D.

Page 342

1  view, have seen a label in the last year?
2  A. If you can show me where I said
3  that.
4  Q. Okay. I won't ask you that. I
5  won't show you it, because I don't have
6  it.
7  A. Okay.
8  Q. Do you believe, sir, that less than
9  one percent of doctors have even seen a
10 label for a pharmaceutical drug in the
11 last year?
12 A. I don't think I would have put that
13 number to it, because doctors do
14 frequently use the PDR, which is
15 essentially a collection of labels. So
16 that seems like something I would not have
17 said, that number.
18 Q. Do you believe that a low
19 percentage of doctors are aware of the --
20 of package inserts in the PDR?
21 A. I think -- Well, I'm not sure what
22 you mean by "aware of." They know they're
23 there.
24 Q. You testified a minute ago that you

Page 343

1  recently published something saying that
2  even black box warnings in package inserts
3  don't change prescribing behavior, right?
4         MR. TISI: Objection.
5  A. Have a limited effect on
6  prescribing behavior. What I said was that
7  even black box warnings have a limited
8  effect on physician prescribing behavior.
9  Q. Have you also expressed the opinion
10 that printed warnings in package inserts
11 in the PDR -- Withdrawn.
12        Have you also said, sir, that
13 physicians frequently prescribe drugs,
14 despite important contraindications in
15 black box warnings?
16 A. Yes.
17 Q. And that is true whether or not the
18 label is handed to the doctor or whether
19 or not it's in the PDR?
20 A. Correct.
21 Q. Now, you don't know, sir --
22 Withdrawn.
23        Did you ever say at any point while
24 Vioxx was on the market that a black box

Page 344

1  warning should be added for cardiovascular
2  risk?
3  A. No.
4  Q. Did you ever say at any point when
5  Vioxx was on the market that the statement
6  about cardiovascular risk should be in the
7  warning section and not in the precaution
8  section?
9  A. No.
10 Q. I'm going to hand you, sir, a
11 document --
12        MR. TISI: Would you please
13 read that last question back again? I'm
14 sorry.
15        (Record partially read).
16        MR. TISI: That's all I
17 need.
18        (Exhibit-10, Table included in a
19 Medical Study, marked for identification).
20        BY MR. GOLDMAN:
21 Q. Let me hand you, sir, what I've
22 marked as Exhibit 10.
23        MR. TISI: I've haven't seen
24 this exhibit before, and I'm going to

Page 345

1  object to its use if you don't identify
2  where it is.
3         BY MR. GOLDMAN:
4  Q. I'm going to represent to you, sir,
5  that this exhibit is a table from a study
6  that's published in a reputable journal.
7  And I'm going to represent to you that the
8  data that's reflected in this study has
9  not been changed and is reported in a peer
10 review journal. Okay?
11 A. Okay.
12 Q. And this is a table that compared
13 various adverse effects for placebo and
14 two different doses of the same NSAID.
15 Are you with me?
16 A. Mm-hmm.
17 Q. Yes?
18 A. Yes. Is Dose 2 higher than Dose
19 1?
20 Q. Yes.
21 A. Okay.
22 Q. The study involved patients who had
23 colorectal adenomas. Okay? Are you with
24 me?

87 (Pages 342 to 345)

Jerry Avorn, M.D.

Page 346

1   A. Yes.
2   Q. Do you see, sir, how in this
3 study --
4       MR. TISI: Let me just
5 place an objection to the use of the
6 document when you've clearly not identified
7 the comparators, and you have not
8 identified the study and all the
9 circumstances surrounding it. So I will
10 ask for a continuing objection to this.
11       MR. GOLDMAN: You have it.
12       MR. TISI: Thank you.
13 BY MR. GOLDMAN:
14   Q. Dr. Avorn, do you see that if you
15 look at MI, myocardial infarction, and you
16 look at the placebo arm, there was one MI
17 in this study. Do you see that, sir?
18   A. (Witness viewing document). Yes.
19   Q. And then there were two MIs in the
20 low dose of this particular NSAID, and
21 five MIs in the high dose. Okay?
22   A. Right.
23   Q. Would you be concerned if you saw
24 this table and saw a 7 to 1 difference in

Page 347

1 heart attacks between the NSAID and
2 placebo?
3       MR. TISI: And let me ask
4 you, is this in the abstract, or is there
5 other information, other studies, biologic
6 mechanisms, et cetera, et cetera?
7       MR. GOLDMAN: Can you just
8 object in a legitimate fashion?
9       MR. TISI: Well, I am
10 objecting -- Well, that is a legitimate
11 fashion. That's an incomplete
12 hypothetical. You don't --
13       MR. GOLDMAN: Chris, then
14 just object that way.
15       MR. TISI: Okay. Incomplete
16 hypothetical. Objection.
17   A. First of all, you're totally
18 incorrect in calling that a 7 to 1. You
19 can't just add the 5 and the 2 and get 7.
20   Q. Okay.
21   A. The only appropriate way to do that
22 would be to get the average of the 5 and
23 2, which would be 3 and a half.
24   Q. Mm-hmm.

Page 348

1   A. So even if this was a ratio that
2 we would take seriously, it's a 3 and a
3 half to one, rather than a 7 to 1
4 difference.
5   Q. Mm-hmm.
6   A. And what I would say about that is
7 that these are very, very, very small
8 numbers. It's interesting. And I
9 wouldn't know what to make of it if this
10 was the only information that I had about
11 this unnamed drug.
12   Q. What is the importance of the small
13 numbers here when you're looking at five
14 heart attacks in the high dose NSAID and
15 two in the low dose versus one placebo?
16   A. Well, taken in isolation, one study
17 out of context of any other studies or any
18 known biology or pharmacology, which, of
19 course, is never the case. In the real
20 world, you never look at one table with
21 the drug names obscured and say what do
22 you think of it.
23   Q. Mm-hmm.
24   A. But in this exercise, I would say

Page 349

1 that knowing nothing else about the drug
2 and having no other information about it,
3 I would say that's interesting, somebody
4 should look into this further.
5   Q. Do you agree that based on this
6 table alone, that if you look at strokes
7 and you take the average, now you have 3
8 and a half to zero in the placebo arm,
9 right?
10   A. Right.
11   Q. And if you just look at the high
12 dose for the NSAID, it's 5 to zero right?
13   A. Right.
14   Q. Do you view it as a signal of a
15 potential cardiovascular problem with the
16 NSAID?
17       MR. TISI: Objection.
18   A. In isolation, I would say that's
19 interesting, somebody should look into this
20 further and see if this is a pattern that
21 is replicated.
22   Q. If you combine heart attack and
23 stroke, do you see that then you have, for
24 any dose, 14 events to 1 on placebo, and

88 (Pages 346 to 349)

Golkow Litigation Technologies - 1.877.DEPS.USA

Jerry Avorn, M.D.

Page 350

1  if you take the average, then you would
2  have 7 thrombotic events, compared to 1
3  for placebo. Do you see that?
4  A. (Witness viewing document). Yes.
5  Q. Would that generate a potential
6  signal to you that this NSAID was
7  potentially harmful to the heart?
8  A. I would say, as before, that's very
9  interesting, let's look at other studies,
10 pharmacology of the drug, what is the
11 drug, what else is known about it, and it
12 would certainly make me want to learn
13 more. But I would -- it's not prima
14 facie evidence of -- of a problem in
15 isolation.
16 Q. Would you be worried, sir, if you
17 saw this in isolation, and you saw that
18 there was a 7 to 1 difference in
19 thrombotic events, if you take the average
20 of the two different doses of NSAIDs?
21 A. Isn't that what we just said?
22 Q. I had a slightly different
23 question.
24 A. Okay. I think it's what I answered

Page 351

1  before, but I would give the same answer,
2  saying this is interesting, it should be
3  looked into further.
4  Q. If you look at heart attack, stroke
5  and death, then you have 21 to 4, if you
6  look at the NSAIDs combined, the doses,
7  versus placebo, right?
8  A. No. You can't --
9  Q. Okay. You can't combine them?
10 A. -- combine them for that reason.
11 Q. If you take the average of the two
12 NSAIDs, you would have 10 and a half,
13 round up to 11, to 4 when you look at MI,
14 stroke and death, right?
15 A. Right.
16 Q. And would you also find that to be
17 an interesting finding that you think
18 ought to be looked into further because
19 there's the potential that this NSAID
20 could cause heart attacks?
21 A. Well, when I say look into further,
22 I'd want to see the rest of the experience
23 in relation to this drug.
24 Q. Mm-hmm.

Page 352

1  A. I -- Yes.
2  Q. Okay. Dr. Kronmal, sir, testified
3  that he would actually be worried if he
4  saw results like this. Would you?
5      MR. TISI: Objection.
6      BY MR. GOLDMAN:
7  Q. Let me ask a --
8      MR. TISI: Please show him
9  the testimony.
10     BY MR. GOLDMAN:
11 Q. Would you be worried, sir, if you
12 saw results like this about the potential
13 for this NSAID to cause heart attacks?
14     MR. TISI: Objection. Asked
15 and answered several times now. Go ahead.
16 A. I think "worried" is not a helpful
17 word here. I think -- I mean, that
18 speaks to my emotional state.
19     I think the answer is the same I
20 gave before. I would say this is
21 interesting. It may or may not be
22 important. Let's look at other available
23 information about this drug.
24 Q. Could it be the case that this

Page 353

1  particular drug shows an increased
2  incidence of cardiac events or death in
3  the particular population that was studied
4  here in this study and it wouldn't show an
5  increased risk in another population?
6  A. Given that I don't know what this
7  population is, that's very hard to answer.
8  But yes, drugs show different effects and,
9  you know, could show different effects in
10 a different population.
11     (Off the record at 4:17 p.m.)
12     (Recess taken).
13     (On the record at 4:29 p.m.)
14     BY MR. GOLDMAN:
15 Q. In the portion of your expert
16 report starting on Page .7, sir, through
17 Page .14, you talk about the VIGOR trial.
18 A. Right.
19 Q. Okay? So I want to talk about
20 that.
21     The vast majority of your analysis
22 here concerning VIGOR appears to be based
23 on your interpretation of Merck's internal
24 documents; is that true?

Jerry Avorn, M.D.

Page 354

1   A. My reading of them, yes.
2   Q. And you're basically trying to put
3   together here a chronology, based on the
4   documents the plaintiffs' lawyers gave you,
5   of Merck's internal documents to try to
6   show what they knew about the VIGOR trial,
7   right?
8   A. Right.
9   Q. The VIGOR trial involved Vioxx and
10  Naproxen, right?
11  A. Right.
12  Q. Placebo was not involved in that
13  study, was it?
14  A. Correct.
15  Q. And what's the significance of not
16  having placebo arm in a study like VIGOR?
17  A. I'm not sure what you mean.
18  Q. Is it easier to interpret the
19  significance of a particular result in a
20  study when you have a drug versus placebo
21  versus -- as opposed to a drug versus
22  another drug?
23  A. I think that depends on whether
24  you're looking at efficacy, where it is

Page 355

1   more challenging to demonstrate equivalence
2   than it is to demonstrate that a drug is
3   better than a sugar pill.
4       The problems are less difficult in
5   an adverse event if the comparator drug is
6   not expected to cause the adverse event.
7   Q. If there's evidence that the
8   comparator drug in a study could prevent a
9   particular event, do you agree that that
10  type of a study is harder to interpret
11  than a study involving a drug and a
12  placebo?
13  A. It depends on the magnitude of that
14  protection.
15  Q. The dose involved in the VIGOR
16  trial was 50 milligrams?
17  A. Correct.
18  Q. That was twice the maximum dose
19  that was approved by the FDA at the time,
20  true?
21  A. Correct.
22  Q. And it was twice --
23      MR. TISI: Well, wait a
24  second. Can you read that back again?

Page 356

1   Twice the maximum dose or twice the
2   standard dose?
3       MR. GOLDMAN: I'll get to
4   the standard in a minute.
5       MR. TISI: Well, can we
6   read the question back? Are you telling
7   me 50 milligrams was not approved by the
8   FDA?
9       MR. GOLDMAN: No. That's
10  not what I'm telling you.
11      MR. TISI: Then I
12  misunderstood the question.
13      BY MR. GOLDMAN:
14  Q. Was the 50 milligram dose of Vioxx
15  twice the recommended dose for treatment
16  of OA?
17  A. That's my recollection.
18  Q. And was the average duration of use
19  in the VIGOR study nine months?
20  A. That's correct.
21  Q. And that was not an approved period
22  of time for chronic use of 50 milligrams,
23  right?
24  A. That's my recollection, too.

Page 357

1   Q. In the VIGOR trial, was there a
2   finding that Vioxx significantly reduced
3   the incidence of perforations, ulcers and
4   bleeds?
5   A. Yes.
6   Q. Was there also a significant
7   reduction in serious complicated
8   gastrointestinal problems in the Vioxx arm
9   versus Naproxen?
10  A. Yes.
11  Q. You agree, sir, that even using
12  twice the chronic dose of Vioxx, there's
13  no doubt that the VIGOR trial showed that
14  from a GI perspective, Vioxx was superior
15  to Naproxen?
16      MR. TISI: Objection.
17  A. In patients not taking aspirin,
18  yes.
19  Q. In your report on Page 10, you
20  indicate that -- in the last paragraph,
21  third sentence, "There was a fivefold
22  increase in cardiac events in the patients
23  given Vioxx." Do you see that?
24  A. (Witness viewing document). I

90 (Pages 354 to 357)

Jerry Avorn, M.D.

Page 358

1 probably should. If I didn't have so much
2 jet lag I would find it. Okay.
3  Q. Do you see that, sir?
4  A. (Witness viewing document). Yes.
5  Q. What cardiac events are you talking
6 about there?
7  A. All right. Let me just pull the
8 VIGOR paper, so we can have it.
9     MR. TISI: I've got an easy
10 -- If you don't mind me giving it to him.
11    MR. GOLDMAN: No. Please.
12  A. Okay. They were myocardial
13 infarctions, as I recall.
14  Q. So the reference that you're
15 referring to here as a five times increase
16 was actually nonfatal heart attacks, right?
17    MR. TISI: Well, actually
18 within a fourfold increase as reported in
19 the arm --
20  A. Right, which then turned out to be
21 a later -- to be a --
22    MR. GOLDMAN: I'm talking
23 about his report. Stop coaching the
24 witness.

Page 359

1    MR. TISI: No. You're now
2 talking referring to the article, which is
3 different, as you know.
4  A. In VIGOR, there was a fivefold
5 increase. In the paper, it was a fourfold
6 increase. And they were myocardial
7 infarctions, and I'm just trying to see
8 whether they were characterized as nonfatal
9 or fatal plus nonfatal. But we could
10 speed things up if you want to remind me
11 whether it was fatal alone or not -- I
12 mean, not fatal alone.
13  Q. That's actually not that important.
14  A. Okay.
15  Q. Do you know that there was no
16 difference in sudden cardiac death in the
17 VIGOR trial between Vioxx and Naproxen?
18    MR. GRAND: Objection.
19  A. That sounds reasonable.
20  Q. In the abstract of the VIGOR trial,
21 do you see that the relative risk is
22 reported as .2 --
23  A. Yes.
24  Q. -- for heart attacks --

Page 360

1  A. Yes.
2  Q. -- right? And you understood that
3 .2 is the same thing as one fifth,
4 correct?
5  A. Yes.
6  Q. And you understood, from reading
7 the abstract, sir, that therefore there
8 were five times the number of heart
9 attacks in the Naproxen arm -- Withdrawn.
10    You understood, from reading the
11 results here in the abstract, that there
12 were five times the number of heart
13 attacks in the Vioxx arm than in the
14 Naproxen arm, right?
15    MR. TISI: Objection.
16  A. Right.
17  Q. During the time that Vioxx was on
18 the market, sir, you never criticized the
19 way that Merck or the non-Merck authors
20 described the data of the VIGOR trial, did
21 you?
22  A. No. That's not true. In
23 discussing it with residents, other faculty
24 members, medical students before the drug

Page 361

1 was withdrawn, a number of us commented on
2 the unusual way that it was presented as a
3 reduction in the Naproxen arm compared to
4 the -- to an increase in the Vioxx arm.
5 I never wrote a paper saying that, but I
6 certainly made comments about it.
7  Q. Back at the time that the VIGOR
8 study was published, did you ever, in any
9 of your subsequent articles, say that you
10 felt that the way the data was presented
11 was misleading in the VIGOR trial?
12  A. Right. No. We commented on the
13 cardiovascular risk of Vioxx in papers,
14 but we never specifically talked about how
15 that was conveyed in the paper.
16  Q. Did the VIGOR study have a DSMB?
17  A. Yes.
18  Q. Do you know what the DSMB believed
19 was causing the difference that they saw
20 in the VIGOR trial?
21  A. I can't speak to what they
22 believed.
23  Q. Do you know from reading the
24 documents that the DSMB observed that one

Jerry Avorn, M.D.

Page 362

1  drug in Group B was likely
2  cardioprotective as opposed to concluding
3  that Group A drug was harmful to the
4  heart?
5  A. I can't recall seeing a statement
6  by the DSMB about that.
7  Q. That wouldn't surprise you if they
8  reached that conclusion, would it, sir?
9     MR. TISI: Objection.
10 A. Since I don't know what they wrote,
11 I can't say whether it would or would not
12 have surprised me.
13 Q. Back in 2000-2001 time frame, sir,
14 did you agree that there were several
15 plausible explanations for the difference
16 in heart attacks seen in the VIGOR trial?
17    MR. TISI: Objection.
18 A. In 2000-2001, as I said before, I
19 recall saying to Dr. Sherwood that it
20 seemed implausible to conclude that the
21 obvious explanation was that Naproxen was
22 responsible for the difference in rates.
23 Q. Did you ever write an article in
24 2000 and 2001 or 2002, where you said that

Page 363

1  it would be an implausible interpretation
2  of the VIGOR trial for one to say that
3  the difference in heart attacks was due to
4  Naproxen?
5  A. Yes. I remember writing something,
6  and I can't tell you precisely what year,
7  but it was definitely while Vioxx was
8  still on the market, that said that the
9  rate of cardioprotection that would be
10 required for Naproxen to explain this
11 difference would be so high as to -- I
12 don't remember whether I used the word
13 implausible -- but I remember saying that
14 this is far more than anyone has ever
15 demonstrated, even for aspirin, and that
16 seemed an implausible explanation.
17   I could try to find that citation.
18 But I know I said that in writing during
19 the time the drug was on the market.
20 Q. Back in 2002, Dr. Avorn, did you
21 believe that the MI difference in the
22 VIGOR trial could have resulted from a
23 protective effect of Naproxen?
24 A. No.

Page 364

1  Q. Did you believe that there were
2  three different interpretations of the
3  VIGOR study, if you just look at the VIGOR
4  study alone? One was that Naproxen was
5  cardioprotective, two was that Vioxx caused
6  heart attacks, and three was both?
7  A. I think you're referring to a paper
8  that I wrote with Dr. Graham and Dr. Ray
9  and Dr. McDonald and some others that was
10 a symposium that we had of the pharmacoepi
11 meetings. And in that symposium, we kind
12 of laid out all the possible alternatives.
13   But I would think it would be
14 mischaracterizing it to say that we gave
15 them all equivalent weight. It was more a
16 matter of saying what could have caused
17 this. It could have been lower rates with
18 Naproxen, it could have been higher rates
19 with Vioxx, it could have been both.
20   But we then go on to say -- and we
21 can look at the document together if you
22 want -- that to believe that it was the
23 result of Naproxen would require assuming
24 that Naproxen had a cardioprotective effect

Page 365

1  that was unreasonably high and way better
2  than aspirin, which was implausible.
3  Q. And your testimony is that you've
4  actually taken the position you just
5  stated, that it was implausible to think
6  that Naproxen explained the difference in
7  MIs in the VIGOR study, because for that
8  to be true, Naproxen would have to have a
9  cardioprotective effect that was
10 unreasonably high?
11 A. Right. And I think what's
12 important is to understand that in laying
13 out the possible explanations of the data,
14 as I did in that ISPE, I-S-P-E, symposium,
15 and I think on Science Friday on NPR, I
16 stated that there was the possibility that
17 Naproxen was the cause, and that that
18 might have been plausible except for the
19 fact that it would require a rate of
20 cardioprotection for Naproxen that was
21 higher than was seen.
22 Q. When did you say that in the
23 Science Friday? And what is Science
24 Friday?

92 (Pages 362 to 365)

Jerry Avorn, M.D.

Page 366

1  A. It was some radio show. And so I
2  think --
3  Q. What station?
4  A. BUR, here. And I think a number
5  of us have said, as you just outlined, it
6  might have been the Naproxen, it might
7  have been the Vioxx, it could have been
8  both, but usually that was in the context
9  of -- but that would require assuming --
10  and the second piece is very important --
11  that Naproxen was this wonder drug that
12  prevents heart attacks.
13  Q. Was it your view, sir, even in
14  2004, that looking at the VIGOR study
15  alone, you could not discern the extent to
16  which the difference in acute myocardial
17  infarctions could be explained by a
18  protective effect of Naproxen or an
19  increased risk with Vioxx?
20  A. And just help me with -- What was
21  the beginning of the question? In 2000 --
22  Q. Mm-hmm. Four.
23  A. I'm sorry. In 2004 did I say --
24  Q. In 2004, sir, did you believe that

Page 367

1  if you look at the VIGOR study, you could
2  not discern the extent to which the
3  difference in heart attacks could be
4  explained by the protective effect of
5  Naproxen or an increased cardiovascular
6  risk with Vioxx?
7  A. I don't recall saying that, because
8  in 2003 and in 2002, I had said that
9  Vioxx increases the risk of MI.
10  So I -- If you have a place where
11  I said that, I would love to see it.
12  Q. Do you recall what paper in 2002
13  you wrote that Vioxx increases the risk of
14  MI?
15  A. There was that pharmacoepi
16  symposium with Dr. Ray and Dr. Graham, and
17  I could try to dig that out.
18  There was also a paper that I wrote
19  Dr. Solomon, in which I remember we
20  referred to Dr. Ray's Lancet paper. I
21  think it was -- It was -- There was one
22  in the Archives of Internal Medicine, and
23  we can try to dig that out -- or perhaps
24  you might even have that there -- in which

Page 368

1  I made that statement.
2  Q. Did you ever conduct an
3  epidemiologic study NSAIDs, including
4  Naproxen, and conclude that the data that
5  you saw was consistent with a possible
6  protective effect of Naproxen?
7  A. Yes. A very modest protective
8  effect of about 15 percent.
9  Q. And did you indicate that you felt
10  that the Naproxen cardioprotection was not
11  enough to explain the difference in heart
12  attacks in VIGOR?
13  A. Correct.
14  Q. Did you think, sir, back in the
15  2002 time frame, that Naproxen was
16  associated with a reduced rate of heart
17  attack which was suggested by the VIGOR
18  study?
19  A. I don't believe --
20  MR. TISI: Let me just
21  state an objection. I don't understand
22  the question. But go ahead, if you can.
23  A. I don't believe that I ever cited
24  the VIGOR study as evidence for the

Page 369

1  cardioprotective effect of Naproxen.
2  Q. Did you find, in your epidemiologic
3  study of NSAIDs, that Naproxen was
4  cardioprotective but other NSAIDs were not?
5  A. Correct.
6  Q. And what was your conclusion, as
7  best you can recall, sir, after conducting
8  that epidemiologic study concerning the
9  potential cardiovascular effects of Vioxx?
10  MR. TISI: I have a copy of
11  the study. Do you want to put it in
12  front of him, or do you want him to do it
13  from memory?
14  MR. GOLDMAN: Feel free.
15  A. There were really two studies,
16  while he's looking.
17  Q. Mm-hmm.
18  A. The first one was actually related
19  directly to the Vioxx -- the VIGOR
20  findings in that it was an attempt to see
21  whether patients taking Naproxen had a
22  dramatically lower rate of cardiovascular
23  effects, and Dr. Solomon was the first
24  author. I think that was the one in the

Jerry Avorn, M.D.

### Page 370

1 Archives of Internal Medicine.
2     (Witness viewing document). Yeah.
3 Here it is. That was published in May of
4 2002.
5     Q. Mm-hmm.
6     A. And we reported a very modest 16
7 percent reduction in the risk of heart
8 attack in users of Naproxen. And --
9     MR. TISI: Here's a clean
10 copy. I mean, this is a clean copy so
11 you don't --
12     THE WITNESS: Okay.
13     BY MR. GOLDMAN:
14     Q. Go ahead.
15     A. All right. And then in the
16 discussion section of that paper, we said
17 -- in fact, we even cited the Vioxx --
18 the VIGOR study, and we pointed out that
19 in VIGOR, the rates of an AMI at that
20 point we said fourfold higher in patients
21 taking Vioxx. And again, in the matter
22 that I described a minute ago, we stated
23 that in kind of a logical possibilities,
24 that it could have been that Naproxen

### Page 371

1 lowered the risk, Vioxx increased the
2 risk, or both.
3     Q. Mm-hmm.
4     A. And then we go on to say, to put
5 this in context, the reductions seen with
6 Naproxen in our study was not compatible
7 with the idea that it was responsible for
8 the difference in the rates in the VIGOR
9 study, because all we found was a 15
10 percent reduction, and you need to have an
11 80 percent reduction to achieve the
12 magnitude of reduction that was seen in
13 VIGOR.
14     Q. How much of a reduction in -- I'm
15 going to talk about the extent of
16 Naproxen's cardioprotection in a minute.
17 Okay?
18     A. Mm-hmm.
19     Q. While Vioxx was on the market, were
20 there reputable scientists who wrote
21 articles saying that Vioxx -- Sorry.
22 Withdrawn.
23     During the time that Vioxx was on
24 the market, sir, were there reputable

### Page 372

1 scientists who wrote articles saying that
2 the VIGOR results and the difference in
3 heart attacks could be explained by
4 Naproxen?
5     A. Yes.
6     Q. And do you know, sir, that there
7 was actually much controversy in the
8 medical community about whether the VIGOR
9 study could be explained by Naproxen or
10 Vioxx or both, right?
11     A. Actually, no. By reputable
12 scientists, I'm thinking of the editorial
13 that accompanied our paper, but it was
14 editorial without actual data of its own.
15     I cannot think a single study with
16 data -- cite a real study based on data
17 that reported evidence that Naproxen was
18 cardioprotective to the extent that would
19 have explained the difference in rates in
20 VIGOR. So if there were such a study, I
21 would like to see it. I don't think such
22 studies ever were written.
23     Q. Do you remember, sir, whether or
24 not reputable scientists expressed their

### Page 373

1 opinion in articles, peer- reviewed
2 articles, that they believed that Naproxen
3 could explain the difference in heart
4 attacks seen in the VIGOR trial?
5     MR. TISI: Objection.
6     A. I recall that -- I think it was
7 Dr. Dalen, who is the editor of the
8 Archives, wrote an editorial to that
9 effect. How peer reviewed it was, I don't
10 know, since editorials are sometimes not,
11 and he was the editor who might have peer
12 reviewed himself.
13     So I'm aware of that, and I
14 remember being struck at the time with how
15 it didn't make sense to me that he could
16 argue that. And I'm -- I can't think of
17 other reputable authors, certainly with any
18 data, that wrote that. But there may have
19 been such people.
20     Q. Do you agree, sir, that there was
21 much debate and controversy in the medical
22 community about whether the VIGOR study
23 could be explained? And what I mean --
24 Withdrawn.

94 (Pages 370 to 373)

Jerry Avorn, M.D.

| Page 374 | Page 376 |
|---|---|
| 1  Do you remember a debate in the<br>2  medical community and controversy about<br>3  whether the difference in heart attacks<br>4  seen in the VIGOR study was caused by<br>5  Vioxx or a cardioprotective effect of<br>6  Naproxen?<br>7      MR. TISI: Objection; asked<br>8  and answered.<br>9    A. Well, to tell you the truth, I<br>10  can't recall any vigorous debate. I<br>11  recall most people that I spoke to saying,<br>12  how can you take a drug with either --<br>13  with both no evidence from clinical trials<br>14  that it is cardioprotective, that is<br>15  Naproxen, and with the only evidence from<br>16  an epidemiologic study showing a very<br>17  modest, around 15 percent, reduction, and<br>18  claim that that explains a four- or<br>19  fivefold difference in heart attack.<br>20      So I guess I don't recall that<br>21  there was all this so-called controversy<br>22  or debate.<br>23    Q. Do you think it was fairly obvious<br>24  from the VIGOR study alone, sir, that | 1  VIGOR trial and this increase in heart<br>2  attacks seen in the Vioxx arm in the lay<br>3  press?<br>4    A. Was there controversy in the lay<br>5  press?<br>6    Q. Mm-hmm.<br>7    A. I don't know.<br>8    Q. Was there discussion in the lay<br>9  press in the 2000, 2001, 2002 time frame<br>10  about the VIGOR trial and whether or not<br>11  Vioxx causes heart attacks?<br>12    A. Yes. And I know that Merck was<br>13  putting out a lot of information depicting<br>14  it as an Naproxen effect, and to the<br>15  extent that there was quote, controversy,<br>16  unquote, that would have been the sole<br>17  source of the controversy, to my<br>18  knowledge.<br>19    Q. Was there a discussion in the lay<br>20  press, such as the New York Times and Wall<br>21  Street Journal, in the 2000 and 2002 time<br>22  frame, about whether Vioxx causes heart<br>23  attacks?<br>24    A. Yes. |
| Page 375 | Page 377 |
| 1  Naproxen could not account for the<br>2  difference in heart attacks?<br>3      MR. TISI: Objection to<br>4  form.<br>5    A. I think it was fairly obvious from<br>6  the absence of any corroborating evidence<br>7  of any kind on the planet that Naproxen<br>8  was a majorly-cardioprotective drug.<br>9    Q. So it's your testimony that it was<br>10  obvious, by reading the VIGOR study, that<br>11  Vioxx was harmful to the heart and<br>12  explained the difference in heart attacks<br>13  in that study, as opposed to Naproxen<br>14  being cardioprotective?<br>15      MR. TISI: Objection.<br>16    A. No. That is not -- That is not<br>17  what I said.<br>18      What I said was, the data in VIGOR,<br>19  combined with the absence of any evidence<br>20  that Naproxen was cardioprotective to that<br>21  extent, in combination, made the contention<br>22  that this is all about Naproxen<br>23  implausible.<br>24    Q. Was there discussion about the | 1    Q. Do you know that there was an<br>2  advisory committee meeting held in February<br>3  of 2001 to investigate the question about<br>4  what explained the difference in heart<br>5  attacks in the VIGOR trial?<br>6    A. Yes.<br>7      MR. TISI: Objection.<br>8  Mischaracterizes the scope.<br>9      BY MR. GOLDMAN:<br>10    Q. Did you participate in the advisory<br>11  committee in February of 2001?<br>12    A. No.<br>13    Q. Were you invited to participate?<br>14    A. No.<br>15    Q. Are you aware that respected<br>16  doctors came to advise the FDA and review<br>17  the literature to make a recommendation<br>18  about what should be said about the VIGOR<br>19  trial?<br>20    A. To advise the FDA about what should<br>21  be said about the VIGOR --<br>22      MR. GRAND: Objection.<br>23      MR. TISI: Objection;<br>24  misstates. |

Jerry Avorn, M.D.

Page 378

1  BY MR. GOLDMAN:
2  Q. Do you agree there were respected
3  scientists and doctors who participated in
4  the advisory committee meeting in February
5  of 2001?
6  A. Yes.
7  Q. Have you reviewed the transcript
8  and the conclusion -- Withdrawn.
9     Have you reviewed the transcript
10 from the 2001 advisory committee meeting?
11 A. Yes. I know that I've --
12 transcript. Yes.
13 Q. Do you know what the advisory
14 committee suggested to the FDA about what
15 to do in response to the VIGOR trial?
16    MR. GRAND: Objection.
17 A. I don't recall off the top of my
18 head.
19 Q. Do you remember what the advisory
20 committee suggested about what Merck should
21 put in the package insert for Vioxx to
22 describe the VIGOR trial?
23 A. Yes. I remember --
24    MR. GRAND: Objection.

Page 379

1  A. I remember that at the advisory
2  committee there was discussion about the
3  fact that it would be inappropriate to
4  depict the results of VIGOR as being
5  primarily a protective effect of Naproxen.
6  I remember some folks said that. I don't
7  think Dr. Nissen was one of the people
8  that made that statement.
9  Q. In fact, the conclusion of the
10 advisory committee was that it's unknown
11 whether Vioxx causes heart attacks,
12 Naproxen prevents them, or a combination
13 of both, when interpreting the VIGOR
14 trial, right?
15    MR. TISI: Objection;
16 mischaracterizes.
17 A. If you would like me to respond to
18 that, I would need to look at the exact
19 statement.
20 Q. There's no reason to think that the
21 advisory committee in February of 2001 was
22 biased in favor of Merck, was there, sir?
23 A. Not to my knowledge.
24 Q. You point out that in 2005, an

Page 380

1  advisory committee voted that Vioxx causes
2  heart attacks. Do you remember that?
3  A. Yes.
4  Q. How many members of the advisory
5  committee in 2005 voted that Vioxx could
6  potentially come back in the market?
7     MR. GRAND: Objection.
8     MR. TISI: Objection.
9  A. I'd need to look at the numbers.
10 I don't have that in my head.
11    But -- But I think the important
12 point there is that virtually none of them
13 said it should come back on the market as
14 it was before, and those who said it
15 should, in general, said that it should
16 come back only with either informed
17 consent by the patient, or a big black box
18 warning, or use in restricted populations.
19 And essentially none of them said yeah,
20 just bring it back like it was. They all
21 had major caveats.
22 Q. You don't remember what the vote
23 was about whether or not Vioxx could be
24 brought back on the market when the

Page 381

1  advisory committee met in 2005?
2  A. I remember that virtually none of
3  them said it should come back without
4  major precautions.
5  Q. Back in 2001, sir, did you read an
6  article that was published by Dr.
7  Mukherjee and Dr. Topol in JAMA?
8  A. Yes.
9  Q. Have you cited that article in
10 several of your own?
11 A. I don't remember.
12 Q. Did you think that Dr. Topol and
13 Dr. Mukherjee did an acceptable analysis
14 of the data that existed back at the time
15 concerning VIGOR?
16 A. I believe they did.
17 Q. Isn't it true, sir, there were many
18 scientists, actually, who questioned the
19 findings of Dr. Topol and Dr. Mukherjee
20 because the rates of acute myocardial
21 infarction from the aspirin studies that
22 Dr. Topol was looking at were
23 exceptionally low?
24    MR. GRAND: Objection.

96 (Pages 378 to 381)

Jerry Avorn, M.D.

### Page 382

1    MR. TISI: I think there's
2  a third author, as well, just to be clear
3  on the record.
4    A. Okay. I don't recall that.
5    Q. Did you ever believe that the acute
6  myocardial infarction rates that were used
7  to compare Vioxx and Celebrex in the Topol
8  article were exceptionally low?
9    A. I can't recall what I believed in
10  2001 about that.
11    Q. In 2002, Dr. Avorn, were there four
12  studies that were published examining
13  whether Naproxen was cardioprotective?
14    A. Well, I know that we published one
15  and -- You mean observational studies?
16    Q. Yes.
17    A. I know we published one, and there
18  were several others around that time.
19    Q. Do you remember that three of the
20  four observational studies that were
21  published in 2002 showed that Naproxen
22  decreased heart attacks by 17 to 39
23  percent versus traditional NSAIDs?
24    A. Well, ours was -- didn't even, I

### Page 383

1  don't think, reach 17 percent, so I don't
2  know where that lower bound came from.
3  Ours was 16 percent. And I don't -- And
4  I know that there were a number of studies
5  that found a very small cardioprotective
6  effect. I don't remember a number as high
7  as 30 something percent, but it's
8  conceivable. I would like to see that
9  paper before commenting on it.
10    Q. Or papers, you mean?
11    A. Well, yeah. You're talking about
12  the upper bound of 30 something percent.
13    Q. But you don't remember, as you sit
14  here today, whether there was a study
15  published by Dr. Watson in 2002 reporting
16  that Naproxen has a 39 percent reduction
17  in heart attacks?
18    MR. TISI: Objection.
19    A. That was Dr. Watson of Merck?
20    Q. No.
21    A. A different Dr. Watson.
22    Q. I believe so.
23    A. Okay. I would like to see such a
24  study.

### Page 384

1    Q. Okay. Maybe we'll look at it
2  later.
3    Did you talk -- Withdrawn.
4    In your epidemiologic study where
5  you said that there was a 16 percent
6  cardioprotective effect of Naproxen, did
7  you control for the dose that was used by
8  the population you studied?
9    MR. TISI: Dose of?
10    MR. GOLDMAN: Naproxen.
11    MR. TISI: Naproxen.
12    A. As I recall, it was an exposed, not
13  exposed analysis, rather than looking at
14  doses.
15    Q. So in your study, when you
16  concluded that Naproxen had a 16 percent
17  cardioprotective effect, you were not
18  looking at patients who took Naproxen 500
19  milligrams twice a day, true?
20    A. We were looking at the dose as it
21  was used in the population.
22    Q. Is my statement true?
23    A. There were people probably on that
24  dose, and there were people on other

### Page 385

1  doses, too. I'm trying to see whether we
2  specified the dose.
3    (Witness viewing document). We did
4  control for dose in that we looked at the
5  potential -- the percent of maximum
6  anti-inflammatory dosage in Table 2, and
7  I'm just -- in an observational study, you
8  just study the doses as they were used.
9  And there were -- there were people on all
10  kinds of doses.
11    Q. And my only point, Dr. Avorn, is
12  that when you analyzed Naproxen in your
13  epidemiologic study, you were not focused
14  solely on Naproxen 500 milligrams twice a
15  day, which was the dose that was used in
16  the VIGOR study, correct?
17    MR. GRAND: Objection.
18    MR. TISI: Objection.
19    A. We focused on all the doses that
20  were -- that were being used. There were
21  some people on that dose and there were
22  people on other doses. We did not
23  distinguish between doses, and we did not
24  limit it to only one dose.

97 (Pages 382 to 385)

Golkow Litigation Technologies - 1.877.DEPS.USA

Jerry Avorn, M.D.

Page 386

1  Q. You never studied a subgroup of the
2  patients who you observed in your
3  epidemiologic study to see of those
4  patients who took 500 milligrams of
5  Naproxen twice a day how much
6  cardioprotection did they get, right?
7  A. Correct.
8  Q. And you've never studied 500
9  milligrams of Naproxen twice a day to
10  determine the amount of cardioprotection it
11  affords, right?
12  A. I'm trying to recall whether in our
13  most recent work, the paper that -- Well,
14  you said never.
15  Q. Okay.
16  A. The paper that Dr. Solomon and I
17  published in Arthritis and Rheumatism just
18  a month or two ago, I know we looked at
19  dose, and so I'd want to look at that
20  paper before saying never.
21  Q. While Vioxx was on the market, Dr.
22  Avorn, did you ever publish any article
23  where you studied the cardioprotective
24  effect of Naproxen 500 milligrams twice a

Page 387

1  day?
2  A. Not specifically.
3  Q. In your study with Dr. Solomon in
4  2002, am I right that you couldn't control
5  for whether or not the patients who you
6  were studying took Naproxen every day?
7  A. Correct.
8  Q. Are you familiar with a study by
9  Van Hencken?
10  A. The name doesn't ring a bell,
11  initially.
12  Q. How about Tuleja? Ever read a
13  study by him?
14  A. Also does not ring a bell.
15  Q. Is it true, sir, that the weight of
16  the evidence and the general pattern of
17  data subjects that Naproxen is good for
18  the heart?
19       MR. TISI: Objection.
20  A. I think a fairer way to say it is
21  that there are a number of studies which
22  depict, in general, a very modest
23  cardioprotective effect, and then there are
24  other studies which do not demonstrate

Page 388

1  that effect, and there are some studies,
2  such as Dr. Graham's, that even indicate
3  an increased risk. I think that's the
4  fairest way of describing the data.
5  Q. Do you deny that the weight of the
6  evidence and the general pattern of data
7  suggests that Naproxen is good for the
8  heart?
9       MR. GRAND: Objection.
10       MR. TISI: Objection to the
11  phrase "good for the heart."
12  A. I think I would -- I think would
13  deny that, because it's a simplification
14  of the data.
15  Q. Is Naproxen good for the heart?
16  A. Not if by that you mean should you
17  take it to help your heart, no. Would I
18  recommend Naproxen to somebody to help
19  their heart? No.
20  Q. Is it true that aspirin reduces the
21  risk of heart attacks to even a greater
22  extent in high risk patients?
23  A. Yes.
24  Q. Do you know, sir, is that there are

Page 389

1  multiple studies showing that aspirin can
2  be 50 to 60 percent cardioprotective in
3  high risk populations?
4  A. That's a slightly higher number
5  than I'm aware of. I think of more 25 to
6  45 percent. But there could be such
7  studies. I don't know.
8  Q. Have you ever calculated, Dr.
9  Avorn, how much of a cardioprotective
10  effect Naproxen 500 milligrams twice a day
11  would need to have in order to make the
12  difference in heart attacks in the VIGOR
13  study not statistically significant?
14  A. No.
15  Q. During the time that Vioxx was on
16  the market, sir, were there reputable
17  scientists who said that Vioxx and COX-2
18  inhibitors in general could protect the
19  heart?
20       MR. TISI: Objection.
21  A. I'm not aware of that, but there
22  could have been.
23  Q. Were you aware of any articles
24  published by reputable scientists while