Jerry Avorn, M.D.

Page 546

1  gastrointestinal toxicity between Vioxx
2  with low dose aspirin compared to the
3  comparator.
4      And so what I'm saying to you,
5  Counsel, is that they had their initial
6  results in November of 2001, when the,
7  quote, final, unquote, results, quote, came
8  to their attention, unquote, is completely
9  a function of when they made them come to
10 their attention.
11 Q.  Well, aren't there independent
12 investigators who conduct the study?
13 A.  I am aware that studies progress at
14 a pace that has a great deal to do with
15 the speed with which the sponsor wants
16 those studies to progress.
17 Q.  What was my question, Dr. Avorn? I
18 didn't ask anything about that.
19 A.  Your question had two very
20 problematic phrases. One was final
21 results --
22 Q.  Doctor --
23 A.  I'm speaking now. One was "final
24 results" and one was "came to their

Page 547

1  attention." Both of those are deceptive
2  aspects of the question.
3       MR. GOLDMAN: If this
4  continues, I'm going to call Judge Fallon.
5       MR. TISI: Fine.
6       BY MR. GOLDMAN:
7  Q.  My question, Dr. Avorn, was --
8  A.  When did the final results of Study
9  136 come to Merck's attention? And I was
10 refusing to answer on the basis that
11 "final" and "come to their attention" are
12 both deceptive aspects of the question.
13 Q.  My question was: Aren't there
14 independent investigators who conduct
15 studies like Study 136?
16 A.  Studies like 136 or Study 136?
17 Q.  Were there independent investigators
18 who were involved in Study 136?
19 A.  I expect that there were.
20 Q.  Is it your position that the
21 cardiovascular risks that you believe are
22 associated with Vioxx occur in the short
23 term when patients use Vioxx?
24 A.  I think there is evidence of early

Page 548

1  cardiovascular risk with Vioxx.
2  Q.  Is it therefore your position that
3  the cardiovascular risks that you believe
4  are associated with Vioxx occur in the
5  short term?
6  A.  You'd need to define short term.
7  Q.  Less than six months.
8  A.  Yes.
9  Q.  Less than two months?
10 A.  Probably.
11 Q.  Less than one month?
12 A.  As the number approaches zero, the
13 data points are fewer, and if we believe
14 that this is a platelet effect, it could
15 be immediate.
16 Q.  Well, there were several
17 hypothetical statements in what you just
18 said, right?
19 A.  I believe that it is a platelet
20 effect, at least in part, and therefore
21 that provides grounds for expecting that
22 the results could be very early, almost
23 immediate.
24 Q.  What is your basis, sir, for your

Page 549

1  opinion that the cardiovascular risks
2  associated with Vioxx increase immediately
3  after patients start using Vioxx?
4  A.  The curves in VIGOR diverge very
5  early on in the trial.
6  Q.  Immediately?
7  A.  Again, this is a statistical
8  concept in that if you look at the
9  Kaplan-Meyer curves in VIGOR, the curves
10 begin to diverge nearly at the start of
11 the study.
12      Our own observational studies, and
13 those of others, have found an increase in
14 risk within the first several months of
15 use, within -- within 90 days, as a matter
16 of fact. And so combining that with the
17 expectation that the drug's mechanism of
18 harm may be prothrombotic leads to the --
19      I'm sorry. I've got a frog in my
20 throat.
21 Q.  Mm-hmm.
22 A.  Let me just get some more water.
23      -- leads to the expectation that
24 the effect could well be immediate.

Jerry Avorn, M.D.

Page 550

1  Q. So it's your testimony that the
2  combination of the curve, KM curves in
3  VIGOR with the possible mechanism of harm
4  being the imbalance theory, that that
5  leads to the expectation that the
6  cardiovascular effect could be immediate?
7  A. No. I said, "And also the
8  observational studies, including our own --
9  Q. Okay.
10 A. -- which detected a difference very
11 early on.
12 Q. So based on the KM curve in VIGOR,
13 the observational studies that you did,
14 which you say showed an increased
15 cardiovascular risk within 90 days, and
16 the theory that Vioxx might be
17 prothrombotic, it's your opinion that Vioxx
18 could increase the cardiovascular risk
19 immediately?
20 A. When you restate my responses, you
21 somehow contract them so that they do not
22 adequately represent what I said. I said
23 "our observational studies and those of
24 others."

Page 551

1  Q. Okay.
2  A. There have been other groups. And
3  if we're trying to get a comprehensive
4  listing here -- which was not what I
5  recall being asked -- there also is
6  clinical trial data indicating a rise in
7  hypertension that occurs -- or a rise in
8  blood pressure that occurs also early on
9  in the course of use of Vioxx as well.
10 Q. Have you done any analysis, sir, to
11 determine whether or not the cardiovascular
12 risk with Vioxx occurs immediately?
13 A. Well, I just said that we performed
14 an observational study in which we found
15 an effect that occurred within 90 days.
16 Q. And what did that study show about
17 the cardiovascular risks of Vioxx after 90
18 days?
19 A. We did not see the effect
20 persisting after 90 days.
21     MR. TISI: I'm going to ask
22 him to take a look at the study if you're
23 going to ask him questions about it.
24 ///

Page 552

1     BY MR. GOLDMAN:
2  Q. Sir, other than the study that you
3  performed, which was an observational study
4  that you say showed an increase in
5  cardiovascular risk with Vioxx within 90
6  days, am I right that you haven't done any
7  other analysis to determine whether or not
8  the cardiovascular risk associated with
9  Vioxx is immediate?
10 A. Well, are you asking about the
11 studies I've performed myself, or my
12 review of the literature, the work that
13 other people have done?
14 Q. Let's start with studies that
15 you've performed yourself.
16 A. Our studies -- in addition to the
17 study that was in Circulation in 2004, Dr.
18 Solomon and I, and others in our group,
19 had a paper that appeared in Arthritis and
20 Rheumatism in the last month or so. And
21 if you want, we can refer to that as well
22 and discuss these -- the time course of
23 the -- of the findings.
24 Q. Is that what your -- one of the

Page 553

1  things that you did to try to show that
2  there was an increased risk immediately
3  with Vioxx?
4  A. We weren't trying to show anything.
5  We were trying to get the truth.
6  Q. Okay. So it's your testimony, Dr.
7  Avorn, that the day that a patient uses
8  Vioxx, their cardiovascular risk --
9  Withdrawn.
10    It's your testimony, Dr. Avorn,
11 that the day that a patient uses Vioxx,
12 they are then at increased risk of having
13 a cardiovascular event?
14 A. Right, with the risk increasing
15 over time.
16 Q. How much does the risk increase
17 over time?
18    (Interruption).
19    MR. TISI: I'm sorry. Is
20 that mine?
21    THE WITNESS: Oh, that's me.
22 Excuse me for one second.
23    (Off the record at 10:47
24 a.m.)

Jerry Avorn, M.D.

Page 554

1  (Recess taken).
2  (Back on the record at 10:47
3  a.m.)
4      BY MR. GOLDMAN:
5  Q. The question was: How much does
6  the risk occur over time?
7  A. Increase over time?
8  Q. Yeah. Yeah. Let me ask the
9  question again.
10  A. Yeah.
11  Q. It's your testimony that patients
12  who use Vioxx for one day are at an
13  increased cardiovascular risk because of
14  Vioxx.
15  A. I believe that the risk begins with
16  the first use of the drug and grows over
17  time, and I cannot put a number to the
18  rate of increase of risk.
19  Q. Can you cite to me any study or
20  article that concludes that the risks --
21  the cardiovascular risks associated with
22  Vioxx occur the first day that a patient
23  uses it?
24  A. The statistics involved makes that

Page 555

1  virtually impossible to demonstrate.
2  Q. So you cannot, sir, cite me any
3  study or any article that says that the
4  cardiovascular risks associated with Vioxx
5  begin the first day that a patient uses
6  the medicine, true?
7  A. I think that's not a -- a fair
8  question, in that we know that the risk is
9  seen immediately. Whether one can
10  document that on day one there is that
11  risk from published studies is an almost
12  impossible demand.
13  Q. I'm going to ask one more time.
14  See if you can answer yes or no.
15  Am I right, Dr. Avorn, that you are
16  not aware of a single study or article
17  that says that Vioxx increases the
18  cardiovascular risk in a patient who uses
19  the medicine for one day?
20  A. That's correct.
21  Q. In fact, you can't point me to a
22  study or article that says that Vioxx
23  increases the cardiovascular risk in
24  patients who use Vioxx for one month?

Page 556

1  A. I disagree. I think that the
2  studies looking at risk increasing from
3  the moment of starting therapy and
4  progressing upward to a
5  pharmacoepidemiologist indicate that the
6  risk does begin at inception and increases
7  thereafter. I think our study in
8  Circulation demonstrates that.
9  Q. Your study in Circulation also
10  demonstrated that there is no increased
11  cardiovascular risk after 90 days, true?
12      MR. TISI: I'm going to --
13  I'm going to have to put his article in
14  front of him. I'm tired of --
15      MR. GOLDMAN: Go ahead. He
16  did the study, so ...
17      MR. TISI: Well, no. I
18  understand that. But you keep doing that.
19  You keep running -- I mean, I understand
20  we're trying to get out of here --
21      MR. GOLDMAN: Stop. You
22  know, it's --
23      MR. TISI: Well, no. Don't
24  tell me to stop. I want him to see his

Page 557

1  study.
2      MR. GOLDMAN: Chris, it's
3  not up to you what documents he looks at.
4  If he wants to look at a document --
5      MR. TISI: No. It is up to
6  you, if you're going to ask questions, to
7  refer the witness to a document.
8      BY MR. GOLDMAN:
9  Q. Dr. Avorn, did you conduct a study
10  in 2004 that you said on several occasions
11  showed an increased cardiovascular risk
12  within 90 days?
13  A. Well, it was conducted in 2003. It
14  was published in 2004.
15  Q. And did that study also show that
16  there was no difference in cardiovascular
17  risk between Vioxx and a comparator after
18  90 days?
19  A. That's incorrect.
20  Q. Okay. Did your study in
21  Circulation in 2004 show that there was no
22  statistically significant increased risk of
23  cardiovascular events after 90 days of
24  use?

32 (Pages 554 to 557)

Jerry Avorn, M.D.

Page 558

1  A. Correct.
2  Q. Can you cite me a study or article
3  that specifically says, sir, that the risk
4  of Vioxx -- Withdrawn.
5      Can you cite me a study that shows
6  that the increased risk of Vioxx, if any,
7  occurs after two months of use of Vioxx?
8  A. Do you mean as early as two months?
9  Q. Yes.
10 A. I think any reasonable person in
11 the field would look at a study that finds
12 an increase in the first three months and
13 expect that what that means is that there
14 is a risk at two months.
15 Q. What is the study that you're
16 relying on that shows a statistically
17 significant increased cardiovascular risk
18 with Vioxx at three months?
19 A. Ours.
20 Q. Anything else? And by yours, you
21 mean your observational study --
22 A. Yes.
23 Q. -- in Circulation in 2004, right?
24 A. Correct.

Page 559

1  Q. Are you relying on anything else?
2  A. I think the VIGOR -- the fact that
3  the VIGOR curves diverged as early as they
4  did, and that that whole exposure was only
5  for nine months, indicates to a person
6  experienced in looking at such data that
7  the risk is -- begins right away.
8      And I think the problem with your
9  line of questioning is that when there is
10 a modest number of events in Group A
11 versus Group B, the statistical
12 significance may not be achieved until
13 there's enough events to demonstrate that.
14 But that is quite different to say
15 therefore there's no risk before that
16 happens.
17 Q. Was there a statistically
18 significant difference in cardiovascular
19 events between Vioxx and Naproxen in the
20 VIGOR study at three months?
21 A. I don't believe that question was
22 even asked in the VIGOR study.
23 Q. Based on your observations, sir,
24 and your reading of the VIGOR study, are

Page 560

1  you able to say that the cardiovascular
2  risk associated with Vioxx begin at three
3  months or earlier?
4  A. Yes. I think that in the absence
5  of -- Yes. That's a yes.
6  Q. Okay. Then your answer is yes. I
7  don't need the whole explanation.
8  A. Well, I think you do.
9  Q. No, I don't. I really don't.
10     MR. TISI: I know you
11 don't, but he does, and he's entitled to.
12     BY MR. GOLDMAN:
13 Q. If you can answer my question yes
14 or no and then if you want to explain,
15 you can ask me, and if I think we have
16 time, I'll let you, okay?
17     MR. TISI: No, not --
18     BY MR. GOLDMAN:
19 Q. If not, then your lawyer can
20 object.
21     MR. TISI: Absolutely --
22 Absolutely not. He's entitled to give an
23 answer.
24 ///

Page 561

1      BY MR. GOLDMAN:
2  Q. Did you notice, Dr. Avorn, whether
3  there was a significantly --
4      MR. TISI: Were you finished
5  with that answer? For the record, were
6  you finished with your answer?
7      THE WITNESS: I think his
8  next question will give me the opportunity
9  to give a more complete answer.
10     BY MR. GOLDMAN:
11 Q. Can you answer this question yes or
12 no: When you --
13     MR. TISI: Apparently not.
14     BY MR. GOLDMAN:
15 Q. -- look at the VIGOR study, does it
16 show a statistically significant increase
17 in cardiovascular risk with Vioxx at three
18 months of use?
19 A. That analysis was not performed.
20 Q. In the APPROVe study, you say that
21 the study showed a doubling of the risk of
22 thrombotic events for Vioxx, right?
23 A. Right.
24 Q. And that was in colon polyp

33 (Pages 558 to 561)

Jerry Avorn, M.D.

Page 562

1  patients, right?
2  A. Right.
3  Q. Are you aware of any
4  placebo-controlled study, prior to APPROVe,
5  that showed a statistically significant
6  increased risk for cardiac events with
7  Vioxx?
8       MR. TISI: Objection. Asked
9  and answered. That's what this deposition
10 has been about.
11 A. Haven't we talked about the
12 ADVANTAGE study before?
13 Q. Is that a placebo-controlled study?
14      MR. TISI: You didn't say
15 placebo-controlled study in your trial --
16      MR. GOLDMAN: Yes, I did.
17 Yes, I did. I'll restate and say it
18 again.
19      (Reporter interruption).
20      MR. GOLDMAN: Stop objecting
21 and giving speeches.
22      MR. TISI: Let me put it
23 this way, I've been very patient. If
24 you're -- if your question did not specify

Page 563

1  placebo-controlled, then I apologize. But
2  if it did -- I mean, if it did, I
3  apologize; if it didn't, we've been doing
4  this for a day and a half, which is more
5  than you've gotten for most of these
6  depositions.
7       BY MR. GOLDMAN:
8  Q. Dr. Avorn, can you identify a
9  placebo-controlled study that demonstrated
10 a statistically significant increase in
11 cardiovascular risk with Vioxx prior to
12 APPROVe?
13 A. (Witness viewing documents). I'm
14 looking for a Study 090 to be able to
15 refer to that. It may take a minute.
16 Q. Mm-hmm.
17 A. Okay. Protocol 090, in comparison
18 with placebo and Nabumetone, or Nabumetone,
19 found significantly higher rates with Vioxx
20 in a variety of categories, including
21 serious adverse experiences, study
22 discontinuation for an adverse experience.
23      If your question was, did it reveal
24 -- When you only look at the placebo

Page 564

1  comparator, and if you limit it to
2  cardiovascular thrombotic events, was there
3  a significant difference, the answer is
4  no.
5  Q. Am I right, Dr. Avorn, that you're
6  not aware of any placebo-controlled study
7  for Vioxx that showed an increased
8  cardiovascular risk compared to placebo
9  prior to APPROVe?
10 A. Why don't you ask that question
11 again, because -- Get to the point.
12 Q. Am I right, Dr. Avorn, that you
13 don't know of any placebo-controlled study,
14 prior to APPROVe, that showed a
15 statistically significant increased risk of
16 thrombotic cardiovascular events with
17 Vioxx?
18 A. Let me just take a moment before I
19 answer.
20 Q. Mm-hmm.
21 A. (Witness viewing document). If you
22 restrict the question to placebo comparison
23 studies and to outcomes that are
24 cardiovascular thrombotic events, and the

Page 565

1  conventional P.05 level of significance, I
2  don't, at the moment, recall such studies.
3       But I need to add that there were
4  many other pieces of information in which
5  other comparator drugs were used or other
6  cardiovascular outcomes were looked at,
7  which did reveal significant risks.
8  Q. I've heard the explanation, okay?
9  A. Okay.
10 Q. Am I right, sir, that you don't
11 know of any placebo-controlled study, prior
12 to APPROVe, that showed a statistically
13 significant increased risk of thrombotic
14 cardiovascular events with Vioxx?
15      MR. TISI: Objection. He
16 just answered that. Go ahead.
17 A. Yes.
18 Q. And you said, sir, that -- When you
19 said yes, you agreed with me, correct?
20 A. Correct.
21      MR. TISI: The beginning of
22 that question, and you said, sir, that.
23 Okay.
24 ///

Jerry Avorn, M.D.

Page 566

1  BY MR. GOLDMAN:
2  Q. Dr. Avorn, let me ask you this
3  question on Study 090, okay?
4  A. 090, yes.
5  Q. Isn't it true, sir, that there was
6  no statistically significant difference
7  between cardiovascular events on Vioxx and
8  cardiovascular events on Nabumetone?
9  A. I'd need to go back and look at
10 that. But if -- if there were two
11 reference groups or two comparison groups,
12 and you ignore one of them, that could
13 make the significance go away.
14 Q. Would you agree, sir, that
15 assessment of a drug's safety is best done
16 by considering all randomized clinical
17 trial data available, regardless of the
18 underlying purpose of the study?
19 A. Yes, so long as you don't restrict
20 it to only controlled trial data. I think
21 observational studies play an important
22 role, too.
23 Q. And do you agree that pooling of
24 trial data and doing meta-analyses are

Page 567

1  also a pillar of post-marketing
2  surveillance?
3         MR. TISI: Objection to the
4  form.
5  A. Only if they're done appropriately.
6  Q. Do you agree that if they're done
7  appropriately, meta-analyses of clinical
8  trials can provide meaningful information
9  about the risks of drugs?
10 A. If they're well done.
11 Q. You attach in your report -- I'm
12 sorry. Withdrawn.
13        You refer in Materials Considered
14 to the Ingenix study?
15 A. Yes.
16 Q. What do you want to say about that,
17 in your trial deposition?
18        MR. TISI: Objection. He
19 has no way of knowing what I'm going to
20 ask him.
21        BY MR. GOLDMAN:
22 Q. What is the significance to you,
23 Dr. Avorn, of the Ingenix study to your
24 opinions?

Page 568

1  A. It was another observational study
2  similar to ours that was funded by Merck
3  to look at the rate of cardiovascular
4  adverse events in Vioxx. And it somehow
5  was not submitted for publication until
6  the drug was withdrawn from the market.
7  Q. So your criticism of Merck
8  concerning the Ingenix study concerns your
9  opinion about when Merck submitted the
10 Ingenix study for publication?
11 A. I didn't say that.
12 Q. Do you criticize Merck for not
13 submitting the Ingenix study earlier for
14 publication?
15 A. I think that when there's a
16 potentially life threatening side effect of
17 a drug, a responsible company will do
18 everything it can to speed up the
19 publication of a study, and I don't think
20 that was done in that case.
21 Q. Do you know the circumstances
22 around when and why the Ingenix study was
23 not published earlier?
24 A. The circumstances?

Page 569

1  Q. Mm-hmm.
2  A. I know that there was a great deal
3  of back and forth with the company. But
4  other circumstances, I don't know what
5  you're talking about.
6  Q. You don't have any personal
7  knowledge about the circumstances behind
8  when Merck had the Ingenix study
9  published, correct?
10 A. The circumstances? No.
11 Q. Your only knowledge about the
12 publication of the Ingenix study is based
13 on your review of the documents that the
14 plaintiffs' lawyers gave you, true?
15 A. And other -- just awareness of the
16 peer review process that -- that the drug
17 -- that the paper was associated with.
18 Q. In terms of your knowledge of the
19 timing of the publication of the Ingenix
20 study, that is based on your review of the
21 internal Merck documents that the
22 plaintiffs' lawyers gave you, right?
23        MR. TISI: Objection. Asked
24 and answered. He said it was other

35 (Pages 566 to 569)


Jerry Avorn, M.D.

**Page 570**

1  things. Go ahead.
2  A. I'm also aware of its being --
3  apart from anything related to this case
4  -- I'm aware of when it was submitted for
5  peer review through other channels.
6  Q. What other channels?
7  A. Colleagues to whom it was sent for
8  peer review.
9  Q. Have you spoken with colleagues
10 about the Ingenix study?
11 A. Yes.
12 Q. And that was for the purpose of
13 determining when Merck submitted the
14 Ingenix study?
15 A. No. It was in the course of my
16 normal work.
17 Q. Okay. You're not applying any
18 expertise in coming to your opinion that
19 Merck did not publish the Ingenix study
20 early enough, are you, sir?
21     MR. TISI: Objection.
22 A. Yes, I am. And let me explain.
23 Q. No. All you have to do is say
24 yes.

**Page 571**

1  A. Yes, I am.
2      MR. TISI: That's fine.
3      BY MR. GOLDMAN:
4  Q. The VALOR study, can we talk about
5  that?
6  A. Sure.
7  Q. Actually, let's go back to Ingenix
8  for a minute, okay?
9  A. Yes.
10 Q. You were sent two documents, three
11 documents about Ingenix, and I read
12 through these last night. They were in
13 your binders. Actually, they were in the
14 loose material.
15     MR. GOLDMAN: I'll mark
16 these as Exhibit 15, 16 and 17.
17     (Exhibit-15, Ingenix
18 Epidemiology, Cardiovascular Risk of COX-2
19 Inhibitors and Other NANSAIDs, Draft
20 Manuscript dated February 27, 2004;
21 Exhibit-16, Draft Manuscript; Exhibit-17,
22 Ingenix Epidemiology, Cardiovascular Risk
23 of COX-2 Inhibitors and Other NANSAIDs,
24 Draft Manuscript dated September 27, 2004,

**Page 572**

1  marked for identification).
2      BY MR. GOLDMAN:
3  Q. They are draft manuscripts and
4  revisions to the Ingenix publication, okay?
5  A. Okay.
6  Q. Have you reviewed those documents,
7  sir?
8  A. (Witness viewing exhibits). Yes.
9  Q. How are they significant in your
10 opinion here in the case --
11 A. Let me just arrange them in --
12 Q. -- because you don't address them
13 in your report?
14 A. Right. February, September. Okay.
15 Okay.
16     The most important -- one of the
17 most important aspects of it was that
18 their conclusion about the risk of Vioxx
19 was very similar to our own conclusion --
20 Q. Mm-hmm.
21 A. -- of an increase of -- an odds
22 ratio of -- a relative risk of 1.35 for
23 Rofecoxib compared to other drugs --
24 Q. Mm-hmm.

**Page 573**

1  A. -- specifically Ibuprofen and
2  Diclofenac, D-I-C-L-O-F-E-N-A-C, and the
3  risk was not associated with timing or
4  dose. I think the most important aspect
5  of the paper is that finding.
6  Q. Mm-hmm.
7  A. Another interesting aspect of it
8  was that, as far as I can tell, this
9  paper was funded by Merck at about the
10 same time as our own study was, and yet
11 did not make it into the literature until
12 substantially later, even though the work
13 appears to have begun at the same time
14 ours did, and Ingenix has an impressive
15 capacity for generating results quickly.
16 Q. Any other testimony you intend to
17 give about the drafts of the Ingenix
18 study?
19     MR. TISI: Objection to the
20 testimony he's going to give. His
21 testimony is a function of what I'll ask
22 him, Counsel.
23 A. I -- I may be asked to comment on
24 -- on changes that were made in the

Jerry Avorn, M.D.

**Page 574**

1  editing process.
2  Q. Did -- Okay.
3  Am I right, Dr. Avorn, that you
4  didn't identify any changes that were made
5  in the editing process of Ingenix your
6  study -- I'm sorry -- in your expert
7  report?
8  MR. TISI: Actually,
9  objection. It's inaccurate, but go ahead.
10  MR. GOLDMAN: Don't listen
11  to the -- Please don't listen --
12  MR. TISI: It's
13  inaccurate --
14  MR. GOLDMAN: -- to your
15  counsel coaching you.
16  MR. TISI: There's no
17  coaching, Counsel.
18  BY MR. GOLDMAN:
19  Q. Doctor --
20  MR. TISI: You're making a
21  statement -- You're making a statement
22  that is factually incorrect.
23  BY MR. GOLDMAN:
24  Q. Dr. Avorn?

**Page 575**

1  A. Yes.
2  Q. Am I right, sir, that in your
3  expert report you do not analyze the
4  different versions of the Ingenix study?
5  MR. TISI: That's a
6  different question. You may answer.
7  A. I do not analyze the different
8  versions of the Ingenix study in my
9  report.
10  Q. Nor do you give an opinion on
11  whether or not -- whatever changes were
12  made in the Ingenix study were appropriate
13  or inappropriate, true?
14  A. That's right. Not in the report.
15  Q. In the VALOR study -- You talk
16  about that in your report, right?
17  A. Yes.
18  Q. Are you critical of Merck for not
19  conducting a VALOR study?
20  A. Yes, I am.
21  Q. Is it true that you cannot conduct
22  a clinical trial if it does not offer a
23  potential benefit to patients?
24  A. Yes.

**Page 576**

1  Q. You can't just conduct a clinical
2  study to see whether or not a drug causes
3  heart attacks, right?
4  A. If that -- You -- Right.
5  Q. And you understood that the VALOR
6  study contemplated the use of a placebo as
7  well as Vioxx, right?
8  A. Right.
9  Q. Do you remember that the population
10  that was considered for the VALOR study
11  was a population at high risk of
12  cardiovascular events?
13  A. (Witness viewing documents).
14  Q. Do you know without looking at your
15  report?
16  A. Yes. No. That's my recollection.
17  Q. Okay. You have no personal
18  knowledge about the reasons why Merck
19  decided not to pursue the VALOR study,
20  right, Doctor?
21  A. That's right.
22  Q. And your understanding of the VALOR
23  study and why Merck decided not to go
24  forward with it is based on your review of

**Page 577**

1  the documents the plaintiffs' lawyers gave
2  you, right?
3  A. I have no specific reasons that I
4  have seen in writing about why they
5  decided not to go forward.
6  Q. The fact that Merck decided not to
7  go forward with the VALOR study and the
8  discussions internally at Merck about that,
9  you know of based on the documents that
10  plaintiffs' lawyers gave you, true?
11  A. That's my only access to internal
12  Merck documents.
13  Q. What patient population do you
14  think should have been used in a
15  cardiovascular outcome study to test the
16  cardiovascular safety of Vioxx?
17  A. I think that it would have been
18  appropriate to do a study of patients who
19  required a nonsteroidal anti-inflammatory
20  drug --
21  Q. Mm-hmm.
22  A. -- for relief of pain, probably
23  arthritis pain, and who were at
24  particularly high risk of gastrointestinal

Jerry Avorn, M.D.

Page 578

1  bleeding.
2  Q. Mm-hmm.
3  A. So that ethically one could have
4  said that the potential for harm that may
5  have been there for -- for cardiovascular
6  harm -- which at the time Merck was
7  denying existed -- would have been
8  balanced by a potential benefit to those
9  patients, because they would have been
10 patients who required the extra degree of
11 gastroprotection that the company said the
12 drug provided.
13 Q. So in your proposed cardiovascular
14 outcome study, the patients who participate
15 would need to be on an NSAID to relieve
16 their pain, right?
17 A. Right.
18 Q. So it would be unethical to conduct
19 that study and use a placebo, true?
20 A. It would have also been unpragmatic
21 in that patients would have probably
22 dropped out.
23 Q. So your contemplated cardiovascular
24 outcome study would involve the use of

Page 579

1  Vioxx and the use of a comparator NSAID in
2  a population of people that would need to
3  take an NSAID, right?
4  A. Or as Dr. Scolnick proposed,
5  Tylenol.
6  Q. You agree, sir, that it would be
7  unethical to just put patients on placebo
8  if they needed to use a pain reliever for
9  their pain, true?
10 A. Right.
11 Q. Do you consider Protocol 203 to be
12 an outcome study?
13 A. What is Protocol 203?
14 Q. Protocol 203 is the combination of
15 cancer studies that Merck analyzed to
16 assess cardiovascular risk, among other
17 things?
18 A  Do you mean including APPROVe?
19 Q. Yes.
20 A. Okay.
21 Q. So Protocol 203 involved three
22 different studies involving cancer
23 patients, okay?
24 A. Yes.

Page 580

1  Q. Do you consider Protocol 203 to be
2  a cardiovascular outcome study?
3  A. No. In -- Well, yes. I need to
4  say yes and no.
5  Q. Okay. Why yes?
6  A. Yes in that it was -- Well, it was
7  not a study. I think we should be clear
8  on the fact that it was a means of
9  analyzing data from other studies designed
10 for a different purpose.
11 Q. Mm-hmm.
12 A. And I'll need to give you both the
13 yes and the no. The yes was that it was
14 designed to look at cardiovascular
15 outcomes; no in that it was not -- these
16 studies were not designed to study
17 cardiovascular outcomes.
18 Q. Was it a responsible thing for
19 Merck to attempt to develop a protocol to
20 analyze whether there was an increased
21 risk -- a cardiovascular risk associated
22 with Vioxx that -- that -- Withdrawn.
23      Do you agree, sir, that it was
24 responsible for Merck to develop a

Page 581

1  Protocol 203 to assess the cardiovascular
2  safety of Vioxx?
3  A. Not if that's all that they did,
4  no.
5  Q. Let's assume that's not all they
6  did, okay? Can you possibly assume that
7  with me?
8  A. We can stipulate -- If they had
9  done that, along with other targeted
10 clinical trials, then this would have been
11 a useful thing to do as well.
12 Q. Do you agree, sir, that it was
13 responsible for Merck to develop Protocol
14 203 to assess the cardiovascular safety of
15 Vioxx?
16 A. No.
17 Q. Why not?
18 A. Because it was attempting to look
19 at a cardiovascular outcome in a group of
20 patients who were preselected to not have
21 cardiac disease.
22 Q. You think that the patients in the
23 Alzheimer's -- sorry. Withdrawn.
24      Do you think the patients in the

38 (Pages 578 to 581)

Jerry Avorn, M.D.

**Page 582**

1 cancer trials for Vioxx did not have high
2 risk for cardiac disease?
3  A. The patients in APPROVe were of an
4 age -- and I believe the mean age was 59
5 -- that was much lower than one would have
6 recruited if the real goal was to find out
7 about cardiovascular outcomes.
8  Q. Mm-hmm.
9  A. And there was an exclusion for
10 patients with active cardiac ischemia or
11 recent cardiovascular disease that also, in
12 addition to the age selection, served to
13 reduce the likelihood of cardiac events
14 being discerned.
15  Q. What percentage of patients in the
16 Protocol 203 had hypertension?
17  A. I don't know that number off the
18 top of my head.
19  Q. What percentage of patients in
20 Protocol 203 had diabetes?
21  A. The same answer.
22  Q. What percentage of patients in
23 Protocol 203 had risk factors for heart
24 attacks?

**Page 583**

1  A. Same answer. I don't know in my
2 head.
3  Q. You answered my previous question
4 by referring to APPROVe, and I was talking
5 about Protocol 203 in its entirety, okay?
6  A. Right.
7  Q. Do you agree, sir, that -- putting
8 aside everything else you think about
9 Merck in this case -- that it was a
10 responsible thing for Merck to develop
11 Protocol 203 to assess the cardiovascular
12 safety of Vioxx?
13  A. No. And I'll explain why again.
14  Q. You don't need to.
15  A. Okay. That's fine.
16  Q. Do you know that the FDA approved
17 Protocol 203?
18  A. I expect that they did.
19  Q. Do you think it was a responsible
20 thing for the FDA to approve Protocol 203
21 to assess the cardiovascular safety of
22 Vioxx?
23       MR. TISI: Objection.
24 Mischaracterizes. Go ahead.

**Page 584**

1  A. I think it's understandable they
2 would not have said, "Don't do it."
3  Q. Was it responsible conduct by the
4 FDA to approve Protocol 203 to assess the
5 cardiovascular safety of Vioxx?
6       MR. TISI: Objection.
7 Misstates.
8  A. No. Because it was an inadequate
9 assessment.
10  Q. Did the results of Protocol 203
11 ultimately lead to the withdrawal of
12 Vioxx?
13  A. With the results of APPROVe study
14 it did.
15  Q. You don't design clinical trials
16 for a living, do you, sir?
17  A. Not for a living. No.
18  Q. Do you ever design clinical trials?
19  A. I've -- No. But I -- I review
20 clinical trials for journals.
21  Q. Do you ever design clinical trials?
22  A. No.
23  Q. What are the, would you say, three
24 leading textbooks in the field of

**Page 585**

1 pharmacoepidemiology?
2  A. I would say Brian Strom's. There
3 is another text for which Hugh Tilson is a
4 co-editor. And there's another one, which
5 may be the same as Tilson, for which Bram
6 Hartzema is an editor. And there's a --
7 I think those would be the ones, the main
8 ones.
9  Q. Can you just tell me the names
10 rather than just the authors?
11  A. Yes. Strom's is called
12 Pharmacoepidemiology, and the others have
13 similar titles that involve words like
14 that, like Study of Adverse Events or
15 Risks and Benefits or something like that.
16  Q. How many paragraphs in your expert
17 report talk about observational studies?
18  A. I believe it was just one. Let me
19 take a look. I believe you're right.
20       (Witness viewing document). Yup.
21 One.
22  Q. Do you agree, sir, that
23 observational studies are generally
24 inferior to clinical trials?

Jerry Avorn, M.D.

Page 586

1  A. No.
2  Q. Do you think observational studies
3  are as meaningful in determining causation
4  as clinical trials that are well
5  controlled?
6  A. They can be more or less
7  meaningful, depending upon what is being
8  studied and how. And I could explain that
9  further if you want.
10 Q. Is it true that observational
11 studies are generally inferior to clinical
12 trials for purposes of determining
13 causation?
14 A. Do you mean --
15     MR. TISI: Objection.
16 A. -- the causation of efficacy, or
17 causation of adverse events?
18 Q. Adverse events.
19 A. I do not agree with that statement.
20 Q. How about efficacy?
21 A. They are inferior for demonstrating
22 efficacy.
23 Q. Have you ever written anywhere that
24 you think observational studies are -- I'm

Page 587

1  sorry. Withdrawn.
2      Are observational studies subject
3  to uncontrolled and uncontrollable biases
4  that reduce the reliability of their
5  results?
6  A. They can be.
7  Q. Do you agree that when you're doing
8  an observational study, the users and the
9  nonusers who are studied -- of a
10 particular drug -- may have substantially
11 different risk factors?
12 A. They might.
13 Q. Is it true that the use of pain
14 medications -- Withdrawn.
15     Is it true that patients who are
16 studied in observational studies who use
17 pain medications are generally in worse
18 health than those who do not use pain
19 medications?
20 A. That's not correct.
21 Q. Is it true that users of NSAIDs
22 have generally been found to have
23 increased arthrosclerosis relative to
24 nonusers of NSAIDs?

Page 588

1  A. I'd want to review what you believe
2  indicates that.
3  Q. So you don't think that's true?
4  A. Not necessarily. No.
5  Q. Do medical claims databases often
6  not contain important information about
7  risk factors for cardiovascular disease?
8      MR. TISI: Objection.
9  A. That is possible.
10 Q. It's also possible that medical
11 claims-based studies do not contain
12 important information about tobacco use or
13 family history, true?
14 A. That's correct.
15 Q. And the lack of information like
16 that can be important when determining the
17 significance of an observational study,
18 right?
19 A. Wrong. Shall I explain?
20 Q. Let me ask you a follow-up
21 question, because I think I know why you
22 answered that the way you did.
23     Before you can draw conclusions
24 about causation, based on an observational

Page 589

1  study, do you agree that one needs to
2  consider the variables that observational
3  studies are unable to control?
4  A. Yes.
5  Q. Is there a minimum relative risk
6  that you think you need to see in an
7  observational study before determining that
8  an association is strong between the drug
9  and an effect?
10     MR. TISI: Objection to the
11 word strong.
12 A. There's no magic number.
13 Q. Do you have a number in mind?
14 A. It has everything to do with both
15 the confidence interval and the importance
16 of the outcome.
17 Q. Is it true that the smaller the
18 relative risk and the narrower the
19 confidence interval the less meaningful an
20 observational study is for purposes of
21 determining causation?
22 A. No.
23 Q. Have you heard, sir, that there are
24 people who think that a relative risk of

40 (Pages 586 to 589)

Jerry Avorn, M.D.

Page 590

1  less than two in an observational study is
2  considered a very weak association?
3           MR. TISI: Objection.
4     A.  I have -- I have heard that.
5     Q.  Do you agree with it?
6     A.  I do not.
7     Q.  Why not?
8     A.  Because, for example, if a study
9  showed a clear-cut -- If a well-designed
10 study showed a clear-cut increase, let's
11 say, of 80 percent in the risk of a given
12 outcome, with very tight confidence
13 intervals around that --
14    Q.  Mm-hmm.
15    A.  -- and no reason to worry about
16 confounding or other methodological
17 problems, I would say that increasing the
18 risk of a serious outcome by 80 percent is
19 an important finding, and that if it's a
20 well done study, that's very meaningful.
21    Q.  Is it true, Dr. Avorn, that if you
22 have a relative risk of less than two that
23 people ought to be hesitant about drawing
24 conclusions about causation?

Page 591

1     A.  No.
2     Q.  Have you heard respected scientists
3  say that if a relative risk in an
4  observational study isn't at least three,
5  then the observational study really doesn't
6  have much meaning in terms of determining
7  causation?
8     A.  I've not heard that stated or
9  written. I bet there are people who
10 believe it, but I think they're wrong.
11    Q.  What would you say about a study,
12 sir, that showed a relative risk of, let's
13 say, 1.14 and a confidence interval of
14 1.01 to 1.29?
15    A.  I would want to look at it in
16 context. I'd want to know what was it a
17 risk of.
18    Q.  Let's say cardiovascular events.
19    A.  Yeah. I would say that that could
20 be important.
21    Q.  Would you say that a relative risk
22 of 1.14 with a confidence interval of 1.02
23 to 1.28 establishes causation between the
24 drug and the cardiovascular event that was

Page 592

1  studied?
2     A.  In isolation, no one study is
3  likely to be able to do that.
4     Q.  So it's your testimony that a
5  relative risk of less than two in an
6  observational study -- Withdrawn.
7         Am I right, Dr. Avorn, then, that
8  you are disputing the notion that a
9  relative risk of less than two in an
10 observational study is a weak association?
11    A.  You are correct.
12    Q.  Do you think that observational
13 studies are most helpful when they show a
14 consistent relative risk of at least two
15 or three?
16    A.  Well, that's more compelling than a
17 lower relative risk would be.
18    Q.  And do you at least agree that
19 observational studies with relative risks
20 under two, even if they're statistically
21 significant, are difficult to interpret
22 because of confounding bias?
23    A.  No.
24    Q.  Do you think --

Page 593

1     A.  It depends on the study.
2     Q.  Do you think that observational
3  studies are primarily for the purpose of
4  developing and generating hypotheses?
5     A.  No.
6     Q.  Do you think that observational
7  studies are important to try to develop
8  hypotheses to later test?
9     A.  Yes.
10    Q.  Would you agree that observational
11 studies provide clues as to whether
12 randomized clinical trials should be done
13 but they never establish causation?
14          MR. TISI: Objection.
15    A.  The only evidence that we have, and
16 have had for decades, that smoking causes
17 lung cancer comes from observational
18 studies. And I think everyone agrees that
19 that's a true causal relationship.
20    Q.  Okay. Well, let me ask it
21 differently. Okay?
22    A.  Yes.
23          MR. TISI: You can ask what
24 you want. You don't need his permission.

Jerry Avorn, M.D.

Page 594

BY MR. GOLDMAN:
Q. Is it true, Dr. Avorn, that observational studies generally provide clues as to what randomized clinical trials should be done, but they never establish causation?
A. I don't agree with that.
Q. Do you know whether the FDA has conclude -- Well, withdrawn.
Do you agree, sir, that during the time Vioxx was on the market observational studies about Vioxx and any potential cardiovascular risk provided conflicting data about whether the risk existed?
A. I would not characterize it that way. No.
Q. Would you agree that -- Well, how would you characterize it?
A. I would characterize the main impression from the observational studies as overall a fairly consistent depiction of increased risk with Vioxx.
Q. For all doses?
A. That the risk -- Let me finish,

Page 595

please.
Q. I'm sorry.
A. That the risk is higher at higher doses, and that within that broad overview, there have been differences in -- from one study to another about the details of that increased risk.
Q. Okay. Would you at least agree, Dr. Avorn, that the vast majority of observational studies that were done on Vioxx did not show an increased cardiovascular risk with the 25 milligram dose of Vioxx?
A. I -- I would not agree with that.
Q. Would you agree that observational studies that were done when Vioxx was on the market provided conflicting information about whether there was an increased cardiovascular risk associated with the 25 milligram dose of Vioxx?
A. My overview of the literature is that it generally depicted an increased risk, although some studies do not find that increased risk.

Page 596

And so it depends how -- whether you would characterize that as conflicting or not.
Q. Is it true that some observational studies that were done during the time Vioxx was on the market show that there was no increased cardiovascular risk associated with the 25 milligram dose of Vioxx?
A. There were some studies that did not find that.
Q. There were some studies that found no increased cardiovascular risk associated with the 25 milligram dose of Vioxx, right?
A. Right.
Q. Your report mentions eight observational studies. They don't -- It doesn't mention the study by name, but you refer to eight observational studies that were done on Vioxx.
A. Right.
Q. I know about your 2004 study in Circulation. Can just tell me the names

Page 597

of the other seven?
A. Sure. There was Mamdani. Wayne Ray had one and -- Let me just pull them for you, so we don't have to --
Q. Let me ask you -- I'll throw out the names, and I think I'm missing one or two.
A. That's fine. That's fine.
Q. When you say there are eight observation --
MR. TISI: Can I maybe help you? There is an index to the observational studies on Vioxx that we've provided you, actually.
MR. GOLDMAN: Okay. That might help, but I'm not going to go over it right now. Thank you.
MR. TISI: Okay.
BY MR. GOLDMAN:
Q. As to the eight studies that you mentioned and are relying on your report, sir --
A. Yes.
Q. -- do they include the Ray study?

42 (Pages 594 to 597)
Golkow Litigation Technologies - 877.DEPS.USA

Jerry Avorn, M.D.

Page 598

1  A.  Yes. Lancet --
2  Q.  Mamdani?
3  A.  -- 2002. Mamdani 2002.
4  Q.  Or 2003. Solomon 2004?
5  A.  That's ours.
6  Q.  Graham 2005?
7  A.  David's, yes.
8  Q.  Levesque 2005?
9  A.  The Canadian one, yes.
10 Q.  Kimmel 2004?
11 A.  Pennsylvania, right.
12 Q.  And there are two others. What are
13 they?
14 A.  Okay. Let's see.
15 Q.  If you remember.
16     MR. TISI: Let me help you.
17 A.  (Witness viewing documents).
18 Q.  Are you talking about Ingenix in
19 this --
20 A.  I believe I'm not, because we were
21 talking about published ones.
22 Q.  Okay. Go ahead.
23 A.  Okay. You may have considered --
24 may not have considered the Juni

Page 599

1  meta-analysis in your list. And that was
2  the one that was in the Lancet in 2004.
3      MR. TISI: I have seven
4  here
5      BY MR. GOLDMAN:
6  Q.  Mm-hmm.
7  A.  But let's just -- okay. So that
8  doesn't --
9      MR. TISI: And it does
10 include Ingenix.
11     BY MR. GOLDMAN:
12 Q.  Okay. I think we've got them
13 covered.
14 A.  Okay. So we've got Juni.
15 Q.  So Juni is not on the list?
16 A.  Right.
17 Q.  Juni was not an observational
18 study?
19 A.  No. It's a meta-analysis of
20 observational studies.
21 Q.  It's a meta-analysis of --
22 A.  Of --
23 Q.  Let me just finish the question,
24 okay, Doctor?

Page 600

1  A.  Okay. I'm sorry.
2  Q.  The Juni article is not an
3  observational study.
4  A.  You're right.
5  Q.  That is not one of the eight
6  observational studies that you're relying
7  on in your report, right?
8  A.  (Witness viewing document). Right.
9  Q.  And you don't discuss Juni at all
10 in your report?
11 A.  Right. No. No. I agree.
12 Q.  And you don't discuss Juni because,
13 frankly, you don't think meta-analyses are
14 very compelling evidence, true?
15 A.  I never said that.
16     MR. TISI: Objection. Nice
17 try.
18     BY MR. GOLDMAN:
19 Q.  I have to be clearer. My question
20 was poor. Withdrawn.
21     Dr. Avorn, am I right that you're
22 not relying on the Juni meta-analysis?
23     MR. TISI: Objection. It's
24 on his reliance list.

Page 601

1  A.  Not as an observational study, but
2  as a meta-analysis.
3  Q.  Do you discuss anywhere -- and I
4  think you've already said no -- the Juni
5  analysis in your report?
6  A.  Not as a meta-analysis, but I --
7  but I discuss the component studies, which
8  went into the Juni analysis. But do I
9  discuss the Juni meta-analysis per se?
10 No.
11 Q.  Do you rely on Dr. Konstam's
12 meta-analysis in 2002?
13 A.  The one in Circulation?
14 Q.  Yes.
15 A.  No.
16 Q.  Why do you rely on Dr. Juni's
17 meta-analysis but not Dr. Konstam's?
18 A.  I think Dr. Juni's was more recent.
19 I think it was 2004 versus 2002.
20 Q.  In terms of meta-analyses that were
21 done while Vioxx was on the market, do you
22 agree that Dr. Konstam's analysis was
23 meaningful?
24 A.  I can't characterize that as yes or

Jerry Avorn, M.D.

**Page 602**

1  no in terms meaningful.
2  Q.  How would you describe the
3  significance of Dr. Konstam's meta-analysis
4  to your opinion, sir?
5  A.  My concern is that it dealt with
6  outcomes which may not have been
7  completely available to him at the time,
8  in terms of adjudication and in terms of
9  information that was available.
10  Q.  How do you know that?
11  A.  Well, my -- my belief is that it
12  was based on studies for which there were
13  -- through no fault of his -- questions
14  later about whether a given outcome was --
15      For example, in -- in I believe
16  ADVANTAGE was -- was in one of his -- was
17  one of the studies that he analyzed, and
18  we've discussed previously that there were
19  some concerns about the adjudication of
20  outcomes in ADVANTAGE.
21  Q.  Putting aside the questions you
22  have about the integrity of the data in
23  the ADVANTAGE study, do you agree that Dr.
24  Konstam's analysis was reliable and

**Page 603**

1  meaningful?
2  A.  I think there were problems with
3  completeness in it.
4  Q.  So the answer to my question is no,
5  you don't think it was reliable and
6  meaningful?
7  A.  Right.
8      MR. TISI:  That question
9  doesn't make sense.
10     BY MR. GOLDMAN:
11  Q.  Is it true, sir, that you don't
12  consider Dr. Konstam's meta-analysis to be
13  reliable and meaningful?
14  A.  Didn't we just answer that?
15  Q.  My question referred to "it," so it
16  was not clear --
17  A.  Okay.
18  Q.  -- so let me ask the question
19  again.
20  A.  That is -- That is correct.
21  Q.  Isn't it true, sir, that Dr.
22  Konstam's meta-analysis, in your view, was
23  not reliable and not meaningful?
24  A.  It was problematic. I think not

**Page 604**

1  meaningful is -- is dismissive of -- of it
2  in a harsh way.  I would say that there
3  were problems with it.
4  Q.  You know Dr. Konstam, don't you?
5  A.  I do not.
6  Q.  Any reason to think that he's not a
7  reputable, honest scientist?
8  A.  No such reason.
9  Q.  There's no reason to think that Dr.
10  Konstam would author a meta-analysis that
11  wasn't accurate, right?
12  A.  Not intentionally.
13  Q.  Just briefly, I want to go through
14  the observational studies on Vioxx.  If
15  you need to see any, please ask, and I'm
16  happy to give them to you.
17      MR. TISI:  They're all in
18  one place.
19  A.  Yeah. I got them here.
20  Q.  But I have a feeling you know the
21  questions and the answers.
22  A.  Okay.
23  Q.  Dr. Ray's Study 2002.
24  A.  Right.

**Page 605**

1  Q.  Isn't it true that in that
2  observational study there was no evidence
3  of an increased cardiovascular risk with
4  the 25 milligram dose of Vioxx?
5  A.  Right.
6      And I'm going to want to refer to
7  them as we speak.
8      MR. TISI:  And I think they
9  start --
10     THE WITNESS:  They start
11  right around here.  Ray's passed.  I got
12  it. I got it. I got it.
13     BY MR. GOLDMAN:
14  Q.  Isn't it true, Dr. Avorn, that
15  Ray's study in 2002 indicated that there
16  was no evidence of an increased
17  cardiovascular risk associated with Vioxx
18  at the 25 milligram dose?
19  A.  All right.  And just give me a
20  moment to review the tables before
21  answering.
22      (Witness viewing documents).
23      MR. TISI:  We've been going
24  about an hour.  While he's doing that, can

Jerry Avorn, M.D.

Page 606

1 we take a quick one?
2 A. I can -- Just to resolve this --
3     MR. TISI: Oh, I know he's
4 in mid question. Go ahead.
5 A. No. I can answer that by saying I
6 agree.
7 Q. I have to ask it again, because
8 there's a lot of disruption.
9     MR. TISI: I'm sorry. You
10 can take out the disruption out of there.
11     BY MR. GOLDMAN:
12 Q. Do you agree, Dr. Avorn, that Ray's
13 2002 study showed no evidence of an
14 increased cardiovascular risk for the 25
15 milligram dose of Vioxx?
16 A. I agree.
17 Q. And isn't it true that, as of the
18 end of 2002, there was no observational
19 study showing that there was an increased
20 risk for patients who used 25 milligrams
21 of Vioxx?
22 A. That is probably true.
23 Q. The only conclusion that Dr. Ray
24 came to, based on his observational study,

Page 607

1 was that chronic use of 50 milligrams of
2 Vioxx probably should be avoided, right?
3 A. (Witness viewing document). Yes.
4 Q. And you understand that Merck's and
5 the FDA's package insert for Vioxx always
6 limited 50 milligram dose to five days,
7 true?
8 A. If you indicate that, I can -- We
9 can go back and look at the label, but
10 I'm willing to agree if you say that
11 that's the case.
12 Q. Mamdani?
13 A. Yes.
14 Q. Is it true, sir, that Mamdani's
15 study in 2003 showed no increased risk of
16 heart attack for Vioxx against the control
17 group?
18 A. All right. Let me just pull that.
19     (Witness viewing document) Okay.
20 Here it is. Archives 2003.
21     MR. TISI: It's a lot
22 easier the way that I've organized it. It
23 may be easier.
24     THE WITNESS: No. That's

Page 608

1 okay. I'm doing fine here.
2     MR. TISI: Okay.
3 A. As I indicate in my report, we had
4 a big problem with that study because it
5 excluded people who were not using the
6 drug for, as I recall, more than one month
7 or two months. And because of that, a
8 lot of the risk period was deleted from
9 the study.
10     And so while you are correct that
11 that's what he concluded, it's my opinion
12 that that study had a big methodological
13 problem.
14 Q. You're not suggesting that Merck or
15 anybody intentionally deleted data from
16 Mamdani's study, are you, sir?
17 A. Definitely not.
18 Q. Okay. That study wasn't set up to
19 do what you just said it should do, right?
20 A. Correct.
21 Q. Okay.
22 A. These -- Yeah. These are hard
23 studies to get.
24 Q. Am I right, sir, that the Mamdani

Page 609

1 study in 2003 showed no increased risk of
2 heart attack for Vioxx against the control
3 group?
4 A. Correct.
5 Q. And whatever criticisms you now
6 have about the Mamdani study, you didn't
7 articulate back when Vioxx was on the
8 market, did you?
9 A. Definitely we discussed those
10 within a week of the publication in the
11 Archives of Internal Medicine, and we
12 considered writing a letter to the editor
13 expressing concern about the methodological
14 issue.
15     And I don't recall that we did.
16 But this was not a -- a recent insight
17 that we had.
18 Q. You didn't write a letter to the
19 editor criticizing Mamdani's study in 2003,
20 did you, sir?
21 A. Correct.
22 Q. Nor did you write an article say
23 that the Mamdani study is unreliable
24 because it excluded certain patients,

Jerry Avorn, M.D.

Page 610

1 right?
2 A. I don't know whether Dr. Solomon
3 and I may or maintained have written
4 something about that in passing in our
5 various writings about this.
6 Q. Who is Laurie LaRusso?
7 A. I don't know.
8 Q. In April of 2003, Dr. Avorn, do you
9 remember that you had a view about what
10 patients should use COX-2 inhibitors and
11 what patients should not?
12 A. In April of 20 -- Can you remind
13 me what you're describing?
14 Q. It's this article.
15 A. (Witness viewing document). Okay.
16 Oh, that you -- Wait a minute. Hold it
17 just out of my reach.
18 Q. Is this --
19 A. Okay. This is the document that we
20 had talked about --
21     MR. TISI: Can you mark it?
22 A. -- our providing you with
23 yesterday. This is the educational piece
24 that we put together for --

Page 611

1 Q. Oh.
2     MR. TISI: I was going to
3 ask you whether he ever provided that.
4 This is the --
5 A. No. This is my --
6     MR. TISI: -- the one you
7 have already?
8     MR. GOLDMAN: Let me mark
9 it just for the record. Good. That
10 saves you the trip. Hold on.
11     BY MR. GOLDMAN:
12 Q. I'm marking as Exhibit 18 what is
13 the educational pamphlet --
14 A. Right.
15 Q. -- that you provided to your
16 residents and interns concerning what
17 patients should use COX-2 inhibitors?
18 A. Right. And I should point out that
19 if it's dated 2003, there was an earlier
20 version that we had prepared that I'm
21 still meaning to get to you that was --
22 that was at the time that the drugs were
23 introduced.
24 Q. I do need you to get me that.

Page 612

1 A. Okay.
2     (Exhibit-18, Pamphlet
3 entitled "COX-2 Inhibitors: Who Really
4 Needs Them," marked for identification).
5     BY MR. GOLDMAN:
6 Q. Am I right, Dr. Avorn, that your
7 view, in April of 2003, was that there
8 were certain patients who should use COX-2
9 inhibitors and certain who shouldn't?
10 A. Why don't you hand me the exhibit?
11 Q. Sure.
12 A. (Witness viewing document). Right.
13 Q. Okay. And in that article, or
14 educational pamphlet, you're not just
15 talking about Vioxx, you're also talking
16 about Celebrex, right?
17 A. Right.
18 Q. You had the same advice for your
19 interns and residents in that educational
20 piece for Celebrex as you did for Vioxx,
21 true?
22 A. No. What we say on the first page
23 here is, "The VIGOR trial found a fourfold
24 higher rate of MI in patients randomized

Page 613

1 for Rofecoxib," et cetera, et cetera.
2     So let me read what we say about
3 choosing between the two drugs before I
4 respond to your question.
5 Q. Sure. You should read it to
6 yourself, because it's long.
7 A. Yeah. I will read it to myself.
8     (Witness viewing document). Okay.
9 It is not the case that we made the same
10 recommendation for the two drugs.
11 Q. Okay. Can I see it for a second?
12 A. (Witness complied). Yeah.
13 Q. In terms of the criteria for use
14 that you were suggesting to your residents
15 and interns in this educational document,
16 am I right that when you're talking about
17 the criteria for use, you were talking
18 about all COX-2 inhibitors?
19 A. (Witness viewing document). Right.
20 Those bullet points that you're referring
21 to describe patients at high risk of GI
22 bleeds.
23 Q. Mm-hmm.
24 A. Yes.

Jerry Avorn, M.D.

Page 614

1  Q. And the criteria that you're
2  suggesting be used for COX-2 inhibitor use
3  applied to all COX-2 inhibitors, right?
4  A. The criteria for who is at risk of
5  GI bleed is the same for both COX-2
6  inhibitors.
7  Q. So the answer to my question is
8  yes?
9  A. Yes.
10       MR. TISI: Let me see it,
11 please. Are you done? Are you going to
12 ask more questions about this, because I
13 haven't read this. Let's go off the
14 record.
15      MR. GOLDMAN: Yeah. Let's
16 take a break.
17      (Off the record at 11:50
18 a.m.)
19      (Recess taken).
20      (Back on the record at 11:56
21 a.m.)
22      (Exhibit-19, Drs. Avorn and
23 Solomon Study entitled "Relationship
24 Between Selective Cyclooxygenase-2

Page 615

1  Inhibitors and Acute Myocardial Infarction
2  in Older Adults," marked for
3  identification).
4       BY MR. GOLDMAN:
5  Q. I'm marking as Exhibit 19, Dr.
6  Avorn, the study you published in 2004
7  with Dr. Solomon, called Relationship
8  Between Selective COX-2 Inhibitors and
9  Acute Myocardial Infarction in older
10 adults, okay?
11 A. Right.
12 Q. Was the population in this study
13 primarily 81-year-old females?
14 A. That was the mean age.
15 Q. Okay.
16 A. It was people over 65, in general.
17 Q. Did your study find that there was
18 no statistically significant increased
19 cardiovascular risk when it came to Vioxx
20 versus no current use?
21 A. That's not correct.
22 Q. First of all, what does "no current
23 use" mean?
24 A. The -- Okay. I don't want to

Page 616

1  answer this --
2  Q. That's a terrible question. Let me
3  ask it again.
4       What does "no current use" mean as
5  it was used in your 2004 study?
6  A. Right. Right. Right.
7       (Witness viewing document). Those
8  were patients who were not taking either
9  Rofecoxib or Celecoxib or the other older
10 nonsteroidals that we studied.
11 Q. So is it your testimony that there
12 was a statistically significant increased
13 risk of heart attack between Vioxx and the
14 no-use group in your study?
15 A. There is a difference at the level
16 of P.054. And there are some who would
17 argue that because it was .054 and not
18 .050, that renders it a statistically not
19 significant finding. That was the
20 position that Merck took. We did not
21 agree. We felt that it was essentially at
22 the level of P.05, and that it therefore
23 was a meaningful finding.
24 Q. Can reasonable people disagree

Page 617

1  about whether a P-value of .054 is
2  statistically significant or not?
3  A. Yes.
4  Q. Can reasonable people disagree on
5  whether or not a confidence interval that
6  contains the number one reflects an
7  increased risk or not?
8  A. Yes.
9  Q. The study that you did also showed
10 that there was no statistically significant
11 difference in heart attacks when comparing
12 Vioxx to Ibuprofen, correct?
13 A. (Witness viewing document). The
14 point estimate was elevated, but it was
15 not statistically significant.
16 Q. Do you also agree, sir, that there
17 was no statistically significant increase
18 in heart attack rate in your study with
19 Dr. Solomon in 2004 when comparing Vioxx
20 to traditional NSAIDs?
21 A. I think you mean other traditional
22 NSAIDs.
23 Q. Yes.
24 A. Again, the point estimate was

47 (Pages 614 to 617)

Jerry Avorn, M.D.

Page 618

1  elevated, but it missed the test for
2  significance.
3  Q. Is it true, sir, that there was no
4  statistically significant increase in heart
5  attack rate in your study with Dr. Solomon
6  when you look at Vioxx versus other
7  NSAIDs?
8  A. If by "other" you mean non
9  Naproxen, non Ibuprofen NSAIDs, that is
10  the case.
11  Q. Okay. Did your study also find,
12  sir, that there was an increased heart
13  attack rate, according to you and Dr.
14  Solomon, when Vioxx was used for less than
15  90 days but -- Withdrawn.
16      Am I right, sir, that the finding
17  of your study with Dr. Solomon in 2004 was
18  that there was an increased heart attack
19  risk with Vioxx compared to Celebrex when
20  used for less than 90 days, but there was
21  no increased risk after 90 days?
22  A. The main finding was at any
23  duration there was a statistically
24  significant increased risk with Vioxx.

Page 619

1  When -- for all durations studied.
2      When that was separated out into
3  shorter duration versus longer duration,
4  the effect was stronger for the shorter
5  duration than for the longer duration
6  where we did not see an effect.
7  Q. Is it true that you did not see an
8  increased risk of cardiovascular --
9  Withdrawn.
10      Is it true that you did not see an
11  increased heart attack risk for Vioxx when
12  compared to Celebrex in those patients who
13  used Vioxx for more than 90 days?
14  A. Correct.
15  Q. There were certain limitations to
16  your study, right?
17  A. Right.
18  Q. You couldn't control for body mass
19  index, right?
20  A. That's not quite correct, in that
21  we did a -- an analysis that looked at
22  measures that we did not have access to in
23  our database, including body mass index,
24  smoking, aspirin use, and other variables

Page 620

1  that are not in the database.
2  Q. Mm-hmm.
3  A. And we studied those in a database
4  called the Medicare Current Beneficiary
5  study, in which we tried to determine
6  whether there was any important difference
7  in Vioxx users in relation to body mass
8  index, smoking, aspirin use, et cetera.
9  And we then made adjustments for those
10  differences, which tended to be minimal,
11  in our analysis.
12  Q. Did your study show that statins
13  actually increase the risk of heart
14  attack?
15  A. We did not set out -- And I need
16  to explain this carefully. We did not set
17  out to study the effect of statins,
18  because that would have been a foolish
19  thing to do in an observational study. We
20  were merely attempting to control for
21  statin use.
22      We would expect that the effect of
23  statins would create the impression of --
24  would be totally problematic in an

Page 621

1  observational study, because on the one
2  hand, we know that statins prevent MIs --
3  from randomized trials of statins -- and
4  yet we also know is that statin use is a
5  marker of people with high cholesterol.
6      And so it is impossible to predict
7  whether there would be an increase or a
8  decrease in MIs because of statin use.
9  And so this was by no means an attempt to
10  demonstrate the effect of statins, because
11  you can't do that adequately in a study of
12  this kind.
13  Q. Whether or not it was your intent
14  in conducting your observational study with
15  Dr. Solomon, isn't it true that one
16  finding in your study was that statins
17  increase the risk of heart attack?
18  A. That is not true.
19  Q. Is it true, sir, that in your study
20  it was observed that statins do not
21  prevent heart attacks and strokes?
22  A. We did not study strokes, and as I
23  said before, we were not -- the presence
24  of stat -- It is a misunderstanding of why