IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>           Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS TO<br>PLAINTIFF'S COUNTER-<br>DESIGNATIONS FOR<br>DANIEL J. COURTADE** |

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections and Optional Completeness Designations to Plaintiff's Counter-Designations for Dr. Daniel J. Courtade. Merck also reserves the right to supplement or amend its Objections and Optional Completeness Designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*. Merck reserves the right to also counter designate any testimony designated by plaintiff in the event it is not offered by plaintiff.

### Objections to Plaintiff's Daniel J. Courtade Counter-Designations

| Plaintiff's Counter-Designations | Merck's Objections |
|---|---|
| 48:15 – 49:13 | Irrelevant; explanation of typical treatment not relevant to testimony concerning what actually happened to plaintiff |
| 55:8 – 55:19 | Optional completeness 55:20 – 55:22 |
| 92:15 – 94:9 | No longer necessary; defendant's designation withdrawn (92:1-14) |
| 103:19 – 105:1 | Irrelevant; witness states that elevated supine blood pressure readings are not relevant to a diagnosis of high blood pressure |
| 112:9 – 112:10 | |
| 113:3 – 113:24 | Optional completeness 112:11 – 113:2 |
| 121:13 – 122:14 | |
| 142:18 – 142:22 | |

In preparing its Objections and Optional Completeness Designations, Merck attempted to respond to the testimony designated by Plaintiff even though it may be inadmissible, objectionable and/or pertain to topics that will be ultimately excluded from evidence at trial. By so designating, Merck does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.

Dated: August 21, 2006

Respectfully submitted,

By: _/s/ Carrie Jablonski_
Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Phone: 202-434-5000
Fax:    202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR &
    SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Counter-Designations for Daniel J. Courtade has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel