IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>     Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>     Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS TO**<br>**PLAINTIFF'S COUNTER-**<br>**DESIGNATIONS FOR**<br>**DR. STEPHEN EPSTEIN** |

  Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's Counter-Designations for Dr. Stephen Epstein:

### Merck's Objections to Plaintiff's Counter-Designations for Dr. Stephen Epstein

  Merck objects to all of Plaintiff Smith's counter-designations of the testimony of Dr. Epstein that violate the parties' joint stipulation regarding the scope of permissible deposition designations in the *Smith* case. Specifically, the parties agreed: "Neither side will add designations in addition to the *Barnett* designations (either in the form of affirmatives or counters), unless by agreement of the parties." *See* August 1, 2006 Stipulation at ¶1. Many of the counter-designations submitted by Plaintiff were not previously designated in the *Barnett* case. Accordingly, they violate the parties' stipulation and should not be permitted.

  To the extent that Plaintiff's counter-designations do not violate the parties' stipulation, they are duplicative of the Plaintiff's affirmative designations of Dr. Epstein's testimony. Merck hereby

1

renews its prior objections made in *Barnett* to this testimony, and specifically directs the Court's attention to the following two areas:

(1) 120:13–120:23 – Any probative value of the witness's testimony in response to counsel's question regarding a "yellow flag" is substantially outweighed by the danger of prejudice. The question is also compound, and calls for speculation regarding Merck's state of mind.

(2) 210:8–212:5 – Witness's answer is non-responsive to counsel's question. The question asks about atherosclerotic lesion development, and the answer does not contain any reference to atherosclerotic lesion development.

In accordance with the foregoing objections, Merck offers the following specific objections to this testimony:

| Plaintiff's Counter-Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|
| 13:12 - 13:13 | |
| 28:21 - 28:24 | |
| 29:8 - 29:18 | |
| 30:2 - 30:2 | |
| 30:4 - 30:12 | |
| 31:15 - 32:8 | |
| 33:20 - 33:24 | |
| 36:12 - 37:3 | |
| 38:3 - 38:13 | |
| 41:17 - 41:24 | |
| 55:14 (beginning with "this...") - 56:1 | 55:17 – 56:1: Not designated in Barnett; violates parties' stipulation. |
| 58:17 - 59:24 | 58:17 – 59:2: Not designated in Barnett; violates parties' stipulation. |
| 60:4 - 60:8 | Not designated in Barnett; violates parties' stipulation. |
| 60:10 - 61:3 | |
| 61:9 - 61:12 | Not designated in Barnett; violates parties' stipulation. |
| 61:14 - 61:17 | 61:16 – 61:17: Not designated in Barnett; violates parties' stipulation. |
| 62:1 - 62:15 | 62:1 – 62:6: Not designated in Barnett; violates parties' stipulation. |
| 65:8 - 67:17 | |
| 68:9 - 68:20 | |
| 69:12 - 69:23 | |

2

| Plaintiff's Counter-Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|
| 70:10 - 70:14 | |
| 72:2 - 73:10 | |
| 74:15 - 74:18 | Not designated in Barnett; violates parties' stipulation. |
| 74:21 - 74:21 | Not designated in Barnett; violates parties' stipulation. |
| 75:2 - 75:14 | Not designated in Barnett; violates parties' stipulation. |
| 75:16 - 76:22 | |
| 76:24 - 77:3 | Not designated in Barnett; violates parties' stipulation. |
| 77:15 - 78:10 | 77:24 – 78:10: Not designated in Barnett; violates parties' stipulation. |
| 79:2 - 79:17 | Not designated in Barnett; violates parties' stipulation. |
| 84:2 - 84:17 | Not designated in Barnett; violates parties' stipulation. |
| 85:1 - 87:1 | 85:3 – 85:3: Not designated in Barnett; violates parties' stipulation. |
| 88:12 - 88:15 | |
| 88:17 - 89:10 | |
| 89:12 - 89:23 | |
| 90:4 - 90:8 | Not designated in Barnett; violates parties' stipulation. |
| 90:10 - 91:14 | Not designated in Barnett; violates parties' stipulation. |
| 93:10 - 93:13 | |
| 93:17 - 93:17 | |
| 94:7 - 94:11 | Not designated in Barnett; violates parties' stipulation. |
| 94:16 - 94:24 | Not designated in Barnett; violates parties' stipulation. |
| 95:12 - 95:13 | Not designated in Barnett; violates parties' stipulation. |
| 95:20 - 96:17 | Not designated in Barnett; violates parties' stipulation. |
| 97:10 - 97:15 | |
| 97:20 - 98:2 | Not designated in Barnett; violates parties' stipulation. |
| 99:3 - 99:6 | Not designated in Barnett; violates parties' stipulation. |
| 100:4 - 100:8 | |
| 100:10 - 100:23 | . |
| 103:6 - 104:4 | Not designated in Barnett; violates parties' stipulation. |
| 108:8 - 108:14 | 108:10 – 108:14: Not designated in Barnett; violates parties' stipulation. |
| 108:16 - 108:23 | |
| 112:22 - 113:9 | |
| 115:6 (beginning with "One...") - 115:9 | Not designated in Barnett; violates parties' stipulation. |
| 115:11 - 115:22 | |
| 116:8 - 116:9 (ending with "... Doctor.") | |
| 116:14 - 117:14 | |
| 117:16 - 119:3 | |

| Plaintiff's Counter-Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|
| 120:13 - 120:20 | Rule 403. Any probative value substantially outweighed by danger of prejudice; compound; calls for speculation re: Merck's state of mind. |
| 120:23 - 120:23 | Rule 403. Any probative value substantially outweighed by danger of prejudice; compound; calls for speculation re: Merck's state of mind. |
| 123:11 - 123:16 | Not designated in Barnett; violates parties' stipulation. |
| 123:18 - 123:23 | |
| 124:12 - 124:16 | |
| 124:19 - 125:5 | |
| 125:7 - 125:9 | |
| 125:17 - 125:22 | |
| 126:1 - 126:2 | |
| 126:5 - 126:10 | |
| 170:19 - 173:5 | Not designated in Barnett; violates parties' stipulation. |
| 173:16 - 173:20 | Not designated in Barnett; violates parties' stipulation. |
| 178:14 - 179:8 | Not designated in Barnett; violates parties' stipulation. |
| 210:8 - 213:5 | 210:8 – 212:5: Non-responsive answer.<br><br>212:6 – 213:5: Not designated in Barnett; violates parties' stipulation. |
| 218:10 - 219:6 | Not designated in Barnett; violates parties' stipulation. |
| 220:24 - 222:21 | Not designated in Barnett; violates parties' stipulation. |
| 228:7 - 228:20 | |
| 230:12 - 230:16 | |
| 230:21 - 231:4 | |
| 237:20 - 238:19 | |
| 264:20 - 266:2 | 265:19 – 266:2: Not designated in Barnett; violates parties' stipulation. |
| 266:11 - 266:14 | |
| 226:19 - 267:18 | |
| 267:21 - 267:22 | |
| 267:24 - 268:3 | Not designated in Barnett; violates parties' stipulation. |
| 269:6 (beginning with "when...") - 269:10 | Not designated in Barnett; violates parties' stipulation. |
| 269:16 - 269:22 | Not designated in Barnett; violates parties' stipulation. |
| 270:1 - 270:2 | Not designated in Barnett; violates parties' stipulation. |
| 270:8 - 270:12 | Not designated in Barnett; violates parties' stipulation. |
| 270:14 - 270:19 | Not designated in Barnett; violates parties' stipulation. |
| 270:22 - 271:6 | Not designated in Barnett; violates parties' stipulation. |
| 271:15 - 272:24 | Not designated in Barnett; violates parties' stipulation. |
| 273:15 - 274:14 | Not designated in Barnett; violates parties' stipulation. |
| 276:11 - 276:18 | Not designated in Barnett; violates parties' stipulation. |

| Plaintiff's Counter-Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|
| 277:3 - 277:18 | Not designated in <u>Barnett</u>; violates parties' stipulation. |
| 278:7 - 279:8 | Not designated in <u>Barnett</u>; violates parties' stipulation. |
| 290:13 - 290:16 | Not designated in <u>Barnett</u>; violates parties' stipulation. |
| 291:3 - 291:8 | |

Merck reserves the right to supplement or amend its Objections based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*.

Dated: August 21, 2006

Respectfully submitted,

By: /s/ M. Marvin

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR &
    SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:   312-494-4440

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Counter-Designations for Dr. Stephen Epstein has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1