IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S "COUNTER-DESIGNATIONS" AND OBJECTIONS FOR DR. LAURA DEMOPOULOS** |

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections and Responses to Plaintiff's Objections and "Counter Designations" to Merck's Counter-Designations for Dr. Demopoulos:

### General Objection to Plaintiff's "Counter-Designations"

Merck objects to all of Plaintiff Smith's so-called "counter-designations" of the testimony of Dr. Laura Demopoulos because this newly designated testimony violates the parties' joint stipulation regarding the scope of permissible deposition designations in the *Smith* case. Specifically, the parties agreed: "Neither side will add designations in addition to the *Barnett* designations (either in the form of affirmatives or counters), unless by agreement of the parties." *See* August 1, 2006 Stipulation at ¶1. None of the "counter designations" submitted by plaintiff were previously designated in the *Barnett* case. Accordingly, they violate the parties' stipulation and should not be permitted.

1

Without waiving the foregoing general objection, Merck offers the following specific objections to this new testimony:

## Specific Objections to Plaintiff's Counter-Designations for Laura Demopoulos

| Plaintiff's Designations | Merck's Objections |
|---|---|
| 475:20-476:20; 476:22-478:12 | Relevance. argumentative, sarcasm and sarcastic tone (Lanier).<br><br>477:22-24 – same; also lack of foundation. |
| 481:15-483:7 | Irrelevant; argumentative. Same question asked and answered repeatedly. |
| 483:9-25 | Irrelevant; argumentative, harassing and sarcastic. This entire line of questions is simply designed to badger and harass the witness. |
| 484:3-485:19 | Irrelevant; argumentative, harassing and sarcastic. This entire line of questions is simply designed to badger and harass the witness. |
| 487:24-489:3 | Exceeds scope of testimony designated by defendant. Hearsay; argumentative.<br><br>488:19-24 – same; also lack of foundation. |
| 489:5-489:17 | Argumentative; sarcastic. |
| 504:2-15 | Lack of foundation; mischaracterizes testimony. |
| 505:4-25 | Asked and answered; harassing.<br><br>505:16-25 – lawyer speech; sarcastic; harassing. |
| 506:2-507:10 | Irrelevant; exceeds scope of counter-designations; sarcastic tone. |
| 514:24-515:1 | Irrelevant; outside scope of counter-designations; sarcastic tone. |

## Responses to Plaintiff's Objections to Merck's Counter-Designations

| Plaintiff's Objections | Merck's Responses |
|---|---|
| 452:3-20 -- relevance; outside the scope of plaintiff's designation; | Basic background on the witness; needed for jury to place the witness and her testimony in context. |
| 453:25 - 454:17 -- relevance; outside the scope of plaintiff's designation; | Basic background on the witness; needed for jury to place the witness and her testimony in context. |

| | |
|---|---|
| 455:1-19 -- relevance; outside the scope of plaintiff's designation; | Basic background on the witness; needed for jury to place the witness and her testimony in context. |
| 465:4-14 -- foundation; hearsay; | Non-hearsay – witness is testifying to simply fact that debate occurred, not to the truth of any position/statement asserted. Moreover, witness would have knowledge of the existence of the debated as a member of the scientific community. |
| 465:19-467:2 -- hearsay; relevance; 403; outside the scope of plaintiff's designation; plaintiff refers to his previously-filed motion in limine on personal use of Vioxx; | Proper rebuttal. Plaintiffs accuse witness of lying and/or otherwise challenge her sincerity regarding her beliefs in the cardio safety of Vioxx at the time she was making the VNRs. These outtakes clearly demonstrate that she is not lying when she says that she believed in the safety profile of Vioxx at the time she filmed the VNRs. |
| 467:6-468:4 -- hearsay; relevance; 403; outside the scope of plaintiff's designation; plaintiff refers to his previously-filed motion in limine on personal use of Vioxx; lack of foundation; assumes facts not in evidence; | Non-hearsay; goes to belief, state of mind, and motive. |
| 474:3-6 -- relevance; calls for expert opinion testimony | Goes to her state of mind at the time she filmed the VNRs. |

Merck reserves the right to supplement or amend its Objections and Counter-Designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*.

3

Dated: August 21, 2006

Respectfully submitted,

By: /s/ Douglas R. Marvin

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR &
    SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections and Responses to Plaintiff's "Counter-Designations" and Objections for Dr. Laura Demopoulos has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel