IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>            Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>            Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS AND<br>COUNTER-DESIGNATIONS TO<br>PLAINTIFF'S AMENDED<br>DESIGNATIONS FOR<br>DR. NED BRAUNSTEIN** |

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections and Counter-Designations to Plaintiff's Amended Deposition Designations for Dr. Ned Braunstein.

### General Objections to Plaintiff's Ned Braunstein Designations

Merck objects to all of Plaintiff Smith's designations of the testimony of Dr. Ned Braunstein because that deposition has not yet been completed and remains open. Dr. Braunstein's deposition commenced a few weeks ago on July 18 and 19. This was the first time that Dr. Braunstein (formerly an executive in Merck's regulatory department) had ever been deposed in Vioxx litigation. At the end of the second day, plaintiffs' counsel for the MDL had not yet concluded his examination of Dr. Braunstein; nor had plaintiffs' counsel from other jurisdictions been offered the opportunity to

1

question. Furthermore, defense counsel has not had an opportunity to conduct any examination of Dr. Braunstein. At this point, plaintiffs have requested at least an additional two days of deposition testimony from Dr. Braunstein. It would be extremely unfair to permit plaintiff to designate testimony from a partial, incomplete deposition. The witness has not yet had the opportunity to provide full and complete testimony, and thus these partial designations would be misleading and prejudicial. Moreover, because Merck has not yet had an opportunity to conduct its own examination of Dr. Braunstein, it lacks a full and fair opportunity to provide adequate cross-designations. Indeed, the bulk of the plaintiff's designations consists of plaintiff's counsel only asking the witness to read from a document with no substantive questioning and no opportunity afforded to explain the contents of the document.

## Specific Objections to Plaintiff's Amended Ned Braunstein Designations[1]

| Plaintiff's Designations | Merck's Objections |
| --- | --- |
| 33:24 | Question designated without any answer |
| 34:4 – 34:7 | Question designated without any answer |
| 35:6-7 | Question designated without any answer |
| 35:11-12 | Lack of foundation |
| 511:13-513:4; 513:15-516:9; 521:8-522:3 | Hearsay; speculation; improper attempt to bolster testimony of David Graham; more prejudicial than probative. |

---

[1] To the extent that plaintiff continues to rely in any part on his original Ned Braunstein designations, Merck expressly renews and incorporates by reference the original objections submitted in response to those designations on August 14, 2006.

2

## Partial Counter-Designations to Plaintiff's Amended Ned Braunstein Designations

| Merck's Counter-Designations | |
|---|---|
| | |
| 17:13-14 | |
| 20:5 - 21:23 | |
| 34:1-3 | |
| 34:10-20 | |
| 516:10 - 517:4 | |
| | |

Merck also reserves the right to supplement or amend its Objections and Counter-Designations to Plaintiff's Designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*. Merck reserves the right to also counter designate any testimony designated by plaintiff in the event it is not offered by plaintiff.

Merck reserves the right to make additional completeness designations upon receipt of any Plaintiff's final designations or counter-designations.

Finally, Merck reserves the right to make counter-designations once the deposition is actually compete.

3

Dated: August 21, 2006

Respectfully submitted,

By: /s/ Douglas R. Marvin

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Philip S. Beck
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR &
  SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax: 312-494-4440

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections and Counter-Designations to Plaintiff's Amended Designations for Dr. Ned Braunstein has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel