IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S OBJECTIONS TO<br>PLAINTIFF'S COUNTER-<br>DESIGNATIONS FOR<br>DR. MICHAEL GREFER** |

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections and Optional Completeness Designations to Plaintiff's Counter-Designations for Dr. Michael Grefer. Merck also reserves the right to supplement or amend its Objections and Optional Completeness Designations based upon any ruling of the Court or any other court decisions that affect the scope of evidence in this trial, including rulings on its motions *in limine*. Merck reserves the right to also counter designate any testimony designated by plaintiff in the event it is not offered by plaintiff.

## Objections to Plaintiff's Dr. Michael Grefer Counter-Designations

| Plaintiff's Counter-Designations | Merck's Objections |
|---|---|
| *June 9, 2006* ||
| 8:1 – 8:16 | |
| 34:20 – 36:17 | For 36:5-7 only: non-responsive; 403 |
| 36:23 – 37:21 | |
| 39:20 – 40:3 | Improper designation – answer without a question; witness speculating; 403 |
| 72:23 – 73:18 | |
| 74:14 – 75:10 | . |
| 85:13 – 86:4 | |
| *July 27, 2006* ||
| 114:11 - 114:21 | |
| 127:18 – 132:11[1] | Merck objects to this designation as an improper counter-designation. Plaintiff has countered with its entire redirect, and Merck therefore reserves the right to designate the remaining portions of its re-cross.<br><br>In addition, Merck has the following objections:<br>127:18-128:4: leading a non-hostile witness; counsel testifying "[reps] that come to you to sell you or convince you to buy their drugs…"; 403<br><br>128:5-129:14: Counsel testifying; multiple questions; leading a non-hostile witness; assumes facts not in evidence; 403<br><br>129:25 – 130:23: Counsel testifying; Lack of foundation (Warning Letter); Leading<br><br>130:24 – 131:12: Leading<br><br>Optional completeness:<br>132:18-133:1; 133:7-13 |

---

[1] Plaintiff has designated its entire redirect as a counter. Plaintiff previously designated testimony from much this section in its affirmatives and Merck incorporates its objections previously filed to these affirmatives here as well.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Counter-Designations for Dr. Michael Grefer has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

804313v.1