since the only RCT showing higher cardiac event rates for Celebrex compared to placebo involved Celebrex doses that exceeded standard therapy for osteoarthritis by 2 to 4 times. Solomon, et al , "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention," NEJM 2005; 352 (online version, 2/15/05).

**Vioxx was shown to be unsafe for both high-risk and low-risk patients.**

100   The APPROVe population consisted of both high-risk and relatively low-risk subjects, and there was an excess risk of CV disease in the Vioxx group in both risk categories. Thus, the danger cannot be limited to high-risk populations. This fact again distinguishes APPROVe from VIGOR, in which Merck has attempted to blame the excess risk of CV disease on the predisposition of rheumatoid arthritis (RA) patients.

**Exceptionally high RRs were shown for high-risk patients.**

101.   The RRs for Vioxx in two particularly high-risk populations were exceptionally high:  **9.59 (95% CI 1.36, 416)** for those with "symptomatic atherosclerotic cardiovascular disease," and **6.10 (95% CI 1.36, 56.1)** for diabetics. Bresalier, NEJM 352: 1096-97. While the confidence intervals were wide due to small numbers, the magnitude of the effect was so great that the results were nevertheless statistically significant, and it is a generally accepted principle of epidemiology that the "point estimates" within those intervals, i.e., 9.59 and 6.10, are most likely to represent the true risk of exposure.

102.   RRs of this magnitude are rare in clinical trials, and they indicate both a clear cause-and-effect relationship and an exceptionally high degree of toxicity. Indeed, the Vioxx RR of 9.59 equates to an attributable proportion of risk of approximately 90%, which is comparable to the RR for lung cancer among cigarette smokers versus nonsmokers. See, e.g., "Women and Smoking:  A Report of the

Surgeon General, Executive Summary, 8/30/02, p.51 RR12:1-30. ("About 90 percent of all lung cancers among U.S. women smokers are attributable to smoking.")[6].

103.    No other NSAID has been reported to have RRs approaching those found for Vioxx and CV disease among high risk patients in APPROVe, at standard doses, again distinguishing Vioxx as the most dangerous drug in its class.

104.    Finally, a reviewer for NEJM told the APPROVe authors that it would be appropriate to include CHF endpoints in the "primary composite outcome," rather than peripheral venous endpoints. 2005 NEJM 000272. The APPROVe authors did not provide a composite, but in fact Merck had done this analysis in September 2004, which showed early visual separation of the incidence curves, and a doubling of risk within 6 months, as displayed below (MRK-AAD0357814):



Figure 4a
K-M Plot

○ Treatment A     ＊ Treatment B

---

    [6] http://www.cdc.gov/mmwr/preview/mmwrhtml/rr5112a4.htm, last accessed 7/19/05.

**B.     The Vigor Study Showed Excessive Cardiovascular Disease Caused
By Vioxx, For Both Short And Long-Term Use.**

105.    *Project Description.* VIGOR was a trial in patients with
rheumatoid arthritis designed to determine if rofexcoxib at 50 mg/d would result in less
bleeding from the gastrointestinal tract than would use of 1000 mg/d of the commonly
used "non-selective" NSAID—naproxen. See para 10, Bombardier, et al. Patients were
predominantly female of mean age 59. Rofecoxib and naproxen exposures were both
approximately 2700 pt-yrs. The study was of reasonably short duration—a mean of 8
months. See FDA Memorandum, of Dr. Targum, 2/1/2001, at 7.

106.    *Cardiac events, the main deleterious outcome of interest.* As
compared to records submitted to the FDA, the VIGOR publication was neither complete
nor accurate in its description of the impact of rofecoxib on CVD. The inaccuracy
stemmed, in part, from a report of only 16 myocardial infarct (MI) events in the
Bombardier, et al. article, whereas 20 such events were submitted to the FDA. See
Targum memo, 2/1/2001, at 13. Incompleteness was evident from omission of data on
differences between rofecoxib and naproxen in total deaths, fatal MIs, congestive heart
failure (CHF) and hypertension—always in excess in the rofecoxib group. The accurate
RR for rofecoxib vs naproxen for MI was **5.0, (p < 0.003)**. See Targum at 13. The RR
listed by Targum is reported as Naproxen rate/Rofecoxib rate as 0.2 with a confidence
interval demonstrating statistical significance. The reciprocal of 0.2 is **5.0**, which gives
the more appropriate comparison of Rofecoxib rate/Naproxen rate. This RR
demonstrates a very large magnitude of effect. In the broader definition of serious heart
disease (adding fatal MIs and unstable angina) the number of events for rofecoxib was 28
and for naproxen 10, giving an RR for rofecoxib vs naproxen which remained high at
**2.82 (p < 0.005)**.

107.    The published VIGOR study incorrectly states that ischemic
cerebral vascular events occurred in 0.2% of the patients in each group, suggesting that

- 43 -

there was no difference in the rate of such events. However, the Targum memorandum (p. 18) shows that there were 11 confirmed ischemic cerebral vascular events for Vioxx versus 8 for placebo. Further, for investigator-reported events, there are 17 in the Vioxx arm versus 9 for placebo. When combined with data from related RA studies, there was a borderline statistically significant increased risk of stroke for Vioxx compared to naproxen. (See § V.C, below.)

108.    The VIGOR study demonstrated that Vioxx was far more toxic than the comparator NSAID, in this case naproxen, with respect to hypertension, edema and congestive heart failure. The published article fails to mention these events at all. The Targum memorandum (p. 10) reports that there were 28 discontinuations in the Vioxx group due to hypertension-related adverse events, versus only 6 in the naproxen group, for a statistically significant relative risk of **4.67 (p < 0.001 95% CI 1.93, 11.28)**. In addition, there were 19 versus 9, and 25 versus 13 discontinuations for congestive heart failure (CHF) and edema adverse events, in the Vioxx and naproxen groups, respectively, and both results were borderline significant **(CHF:  p=0.005, 95% CI 0.96, 4.67; Edema:  p=0.057, 95% CI 0.98, 3.75)**. Thus, there were a total of 72 versus 28 discontinuations for these cardiovascular-related adverse events. None of these events or elevated risks were reported in the published article.

109.    With regard to hypertension, the published VIGOR study offers only the misleading assertion that there was no association between hypertension and myocardial infarction, on the basis that "only a single patient (in the rofecoxib group) had both hypertension and a myocardial infarction as adverse events." However, the authors failed to report the findings in the Targum memo table entitled "Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in Patients With and Without Hypertension-related Adverse Experiences." (p. 23.) These data show that there was a strong relative risk of **3.96** among Vioxx patients who suffered both a

hypertension-related adverse experience and a confirmed thrombotic cardiovascular adverse event, compared to patients in the naproxen group.  This tends to support a likely multiplicative, synergistic effect of hypertension and Vioxx, since naproxen patients with hypertensive adverse events had a much lower rate of thrombotic events. In addition, as discussed previously, a very similar elevated relative risk of **3.82** for thrombotic events following a "spike" in blood pressure was found in the APPROVe study (see discussion at ¶  75), and such consistency supports the probability of a cause and effect relationship between Vioxx, hypertension and thrombotic events such as heart attack and stroke.  In short, the data show that patients on Vioxx are approximately twice as likely to develop hypertension, and that those Vioxx patients with hypertension are almost four times more likely to develop serious heart disease.

110.    Additional important conclusions follow from the high rate of hypertension in the Vioxx group in VIGOR.  First, the hypertensive patients are clearly at increased risk for the cardiovascular toxicity of Vioxx.  Therefore, as in APPROVe, the disproportionate early withdrawal of patients from the study due to hypertensive events artificially lowers the relative risk that would have been observed if such patients had continued on Vioxx.  In the real world of clinical practice, blood pressure monitoring is not as frequent as in a clinical trial, nor were physicians warned not to give Vioxx to hypertensive patients.  Therefore, such patients would have continued taking the drug and would have suffered an even higher relative risk of heart attack and stroke than reported in the VIGOR study.  Second, because hypertension is a serious cardiovascular condition that is strongly associated with MI, stroke, and CHF, hypertension adverse event rates should have been reported along with data for the thrombotic events in the published article.  Third, as in the pre-marketing trials that compared Vioxx to other (non-naproxen) NSAIDs, the rate of hypertension was

significantly higher for Vioxx, showing either that such events are not due to a class effect of all NSAIDs, or that Vioxx is more toxic than other members of the class.

111.    The VIGOR Kaplan-Meier curve, reproduced below, shows that early separation was apparent for thrombotic events after only 4 to 6 weeks following exposure. (Targum Memo at 17.)  This is consistent with the APPROVe high-risk patient data and investigator-reported results, demonstrating that the risk of Vioxx exposure begins very early and persists throughout the period of exposure.  The statistically-significant increased relative risks for MI (5.0, see ¶ 105, above), serious heart disease (**2.82**; id.), and all "confirmed thrombotic events" (**2.37**, see ¶ 111, below), were all demonstrated in a study with a mean duration of approximately 8 months, adding further strong evidence refuting Merck's contention that there is "no effect" in the first 18 months of exposure.

**Figure 3**

Thrombotic Cardiovascular Serious Adverse Experiences Referred for
Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data



(Source: 10/13/00 Safety Update: Figure 3: pdf. page 41)

112.    The data submitted to the FDA show that there was an exceptionally high risk of thrombotic events, including serious heart disease, among those with high underlying risk. Thus, for the "low-dose-aspirin-indicated" subgroup, consisting of subjects with prior symptomatic atherosclerotic conditions, the **RR was 4.89 (p=0.012, 95% CI 1.44, 16.88), compared to the overall RR of 2.37 (p=0.0016, 95% CI 1.39, 4.06)**. (FDA Medical Officer Review, 3/30/01, p. 5; see also Targum Memo at p. 21.) These data support the conclusion, also found in APPROVe, that the likelihood of serious heart disease is greatly multiplied after exposure to Vioxx, for those who were at higher background risk. (Id.)

113.    The published VIGOR study includes a misleading and incomplete description of the reasons why cardiovascular events were studied. The authors state, "Because highly selective cyclooxygenase-2 inhibitors do not inhibit platelet aggregation, which is mediated by cyclooxygenase-1, there was a possibility that the incidence of thrombotic cardiovascular events would be lower among patients treated with non-selective cyclo-oxygenase inhibitors than among those treated with cyclooxygenase-2-selective inhibitors. Therefore, cardiovascular events were also assessed for a future meta-analysis by independent committees whose members were unaware of the patients' treatment assignments. A separate analysis of these events, however, was not specified in the study design." Bombardier, 343 NEJM at 1521. However, the records I have reviewed show that CV events were studied because Merck had been aware since 1997 that patients taking Vioxx had a decline in the levels of prostacycline, which inhibits platelet aggregation and clotting; the same study (Protocol 023) showed that Vioxx-exposed subjects experienced a significant increase in the levels of serum thromboxane which promotes clotting, by Day 14. (MRK-OS420022612.) Therefore, it was predicted that Vioxx could promote thrombotic events, whereas Merck's VIGOR publication attempts to explain the excess events by

reference to a lack of "protective" effect of Vioxx in <u>reducing</u> heart attack risks by anti-platelet activity. (MRK-ABS0037039, Final Plan, 12/30/97.) This difference between <u>promoting</u> heart attacks, as opposed to merely not <u>protecting</u> against them, was very important and should have been disclosed. Further, the Data Safety Monitoring Board (DSMB) for the VIGOR study had directed Merck to conduct an analysis of the CV adverse event rates specific to the VIGOR study, because an excess of such events was seen in the Vioxx treatment group. (MRK-AAX0002759-760.)

114. The VIGOR article also states that significant risk of MI was limited to those with high-risk backgrounds who were not taking aspirin for cardiovascular protection. Bombardier, 343 NEJM at 1523. However, the Merck update dated October 13, 2000, 6 weeks <u>before</u> VIGOR was published, shows that the adjudicated thrombotic event rate was <u>statistically significantly higher for Vioxx than naproxen, even for the lower-risk, non-aspirin-indicated group</u>. (Targum Memo at 21.)

115. These are important inaccuracies and omissions. Practitioners expect peer-reviewed literature to provide accurate information about the risks and benefits of medications that they prescribe to their patients. The published VIGOR study deprived practitioners of the facts known to Merck concerning the excess of several categories of CV events, the statistically significant excess in both low and high risk patient groups, and the biologically plausible mechanism by which Vioxx could have caused the excess. Instead of providing such facts, Merck offered a self-serving hypothesis that the excess MIs in the Vioxx group were attributable to a cardioprotective effect of naproxen, comparable to the effects of aspirin.

116. There was no scientific support for the claim that naproxen was cardioprotective. To this day, there has never been a randomized clinical trial of naproxen compared to placebo, which would have been necessary to demonstrate a protective effect of naproxen. In contrast, the cardioprotective effects of aspirin were

demonstrated by extensive clinical trials in large populations after years of study. Even

then, such studies found that aspirin offers a protective effect of only about 25-33%, or

in one study, 44%. Thus, even if naproxen had a similar effect, one would reasonably

expect a difference of five or six heart attacks in the Vioxx group versus four heart

attacks in the naproxen group. Instead, the actual results showed a difference of twenty

heart attacks in the Vioxx group versus four in the naproxen group, and a 500%

increased risk of MI in the Vioxx group cannot reasonably be attributed to a

hypothetical 25-44% protective effect of naproxen. As noted by reviewer for the NEJM

in 2005:

> The authors refer to the hypothesis of the "protective effect
> of naproxen" in VIGOR (page 15). This claim seems a
> stretch. The protective effect of naproxen is not a credible
> explanation for the increase in risk associated with
> rofecoxib in VIGOR. Naproxen would have to be several
> times more effective than aspirin to eliminate such an
> elevated risk.

(2005 NEJM 000274.)

117. Since the VIGOR study, a number of observational studies have

been conducted to investigate the hypothesized protective effect of naproxen. I have

reviewed the published literature on this subject, including the articles sponsored by

Merck and the meta-analysis of Juni, et al. (Juni et al. Lancet 364; 2021-29, 2004). I

agree with Juni's conclusion that there is little or no cardioprotective effect of naproxen,

and that the excess in risk of heart attacks and other CV events is due to the toxic effects

of Vioxx. Indeed, rather than being cardioprotective, naproxen may have a small

cardiotoxic effect of its own, particularly in relation to its known effect in increasing

blood pressure, albeit to a much lesser degree than Vioxx. (See also FDA Medical

Officer's comments rejecting the naproxen cardioprotection theory in the context of the

ADVANTAGE study, at § V.D, below.)[7]

---

[7] Of note, a reviewer for NEJM criticized Merck for reiterating the "discredited

**C.**   **The Rheumatoid Arthritis Supplemental Marketing Application Studies Support the Conclusion that Vioxx Caused Excess Risk of CV Disease**

118.   On February 28, 2001, Merck submitted to the FDA a supplemental marketing application (SMA) for rheumatoid arthritis (RA), which was based upon Merck studies 068, 096, 097 and 98/103. Safety updates were submitted in June and August, 2001. These studies exposed approximately 2,000 patients to Vioxx, 550 patients to naproxen, and 1,000 patients to placebo. It was Merck's initial plan to combine the CV event data from these RA studies with the VIGOR study of RA population, and that plan was changed because of the VIGOR DSMB's demand for a prompt, separate analysis of VIGOR data. (MRK-NJ0120262; MRK-AAX-0002760.) The data from the Supplemental RA studies support the conclusions of the VIGOR study. In particular, there was an excess of MI and stroke in the Vioxx group versus naproxen, as follows:

a.   MI:  14 events/1528 patient years of exposure (Vioxx) versus 2 events/503 patient years of exposure (naproxen), **RR = 2.3**. When combined with the MI data from VIGOR, the **RR = 4.29, P<0.0002, 95% CI 1.78-12.51**. The significant result is consistent with APPROVe and is due to the cardiotoxic effect of Vioxx.

b.   Stroke/TIA: 8/1528 patient years of exposure (Vioxx) versus 0/503 patient years of exposure (Naproxen). The relative risk is infinite because the naproxen arm had zero events. When the Supplemental RA data are combined with the investigator-reported data from VIGOR (17 v 9 events), the result for stroke/TIA is **RR = 2.1, p<0.057, 95 CI 0.95, 5.12**. This result is borderline statistically significant, and there is only about a 1 in 18 possibility that the result is due to chance.

---

theory" that naproxen explained the VIGOR results (2005 NEJM 000270).

c.    CHF: 8 events/1528 patient years of exposure (Vioxx) versus 0 events/503 patient years of exposure (naproxen) when the supplemental RA data are combined with the investigator-reported data from VIGOR (19 v. 9 events), the result for CHF is **RR = 2.27, p<0.03, 95% CI 1.04, 5.49.** This result is statistically significant, consistent with APPROVe data, and indicative of the strong cardiotoxic effects of Vioxx.

119.    As in VIGOR, the Supplemental RA database showed a substantially greater incidence of hypertension in the Vioxx group. Hypertension-related events were observed "two to three times more often in each of the rofecoxib arms, as compared to the naproxen arm or placebo. A higher percentage of patients presented important increases of blood pressure and required concomitant medication in the rofecoxib treatment groups compared to the naproxen group. More patients discontinued due to HTN-related events from each of the rofecoxib groups as compared to the naproxen group." (FDA Integrated Review of Safety, Vioxx Safety in RA Efficacy Studies, paragraph 7.3.) The reviewer commented that the difference with naproxen regarding hypertension was "observed early, even during the three-month placebo-controlled phase." (Id.) It is medically probable that the increase in hypertension contributed to the excess in MI and stroke, and that the relative risk of CV events would have been higher if the subjects with hypertension adverse events had continued in the study.

120.    I am aware of Merck's statements that the APPROVe study, terminated in September 2004, provided the first evidence of Vioxx CV toxicity compared to placebo. However, the 2001 data from VIGOR combined with the Supplemental RA data showed an increased risk of Vioxx compared to placebo, in that there were 34 MIs in 4227 patient years in the Vioxx arm, compared to zero events in 183 patient years on placebo. Although the sample size is too small to reach statistical

significance, the excess MI's for Vioxx constitute another worrisome signal of cardiotoxicity.

121.     The Supplemental RA data also show no significant difference between the CV event rates for the naproxen group versus placebo. For MI, the placebo rate was 0 events/183 PYR, versus 2 events/503 PYR for naproxen. Thus, the MI rate for placebo was actually lower than the rate of MI for naproxen. For MI plus cerebrovascular events, the placebo rate was 1 event/183 PYR, versus 2 events/503 PYR for naproxen, an insignificant difference. These data, while based on small samples, do not support the claim that naproxen has a cardioprotective effect.

122.     In summary, the safety database for the RA application in 2001 showed a high degree of CV toxicity of Vioxx; failed to support the claim of a cardioprotective effect of naproxen; and when combined with the VIGOR data, showed statistically significant increased risk of CHF and borderline significant increased stroke and TIA, and suggested an excess of MI compared to placebo.

### D.     The ADVANTAGE Study Showed A Similar Excess Risk Of MI For Vioxx Compared To Naproxen, Despite The Brief 12-Week Duration Of The Study.

123.     ADVANTAGE was a double blind, randomized, 12-week controlled study with a mean duration of exposure of only 69 days, which compared Vioxx 25 mg/day to naproxen 1000 mg/day in patients with osteoarthritis. Approximately 2700 patients were randomized into each treatment arm. According to the FDA Medical Officer Review dated December 20, 2001, "Rofecoxib 25 mg—the dose approved for chronic use—showed no overall safety advantage over naproxen 500 mg twice daily, as measured by the total number of deaths, serious adverse events (AE's), discontinuations due to clinical/laboratory AEs compared to naproxen. This is somewhat striking, given the theoretical assumptions of the COX-2 hypothesis and

literature publications suggesting that COX-2 selectivity would provide superior safety than non-selective NSAIDs." (Id. at page 10.)

      124.   The Medical Officer Review found, "Consistent with VIGOR, there was a trend of excess in serious cardiac thrombotic events in the rofecoxib 25 mg group, compared to the naproxen group (10 and 3 events, respectively, as per FDA review)." (Id.) The Vioxx group outnumbered naproxen by 8 to 1 with respect to myocardial infarction and sudden death (which is typically cardiac in nature). Consistent with VIGOR, twice the number of patients discontinued due to cardiovascular adverse events, including hypertension (15 versus 7) and congestive heart failure (11 versus 6) in the Vioxx group compared to naproxen. (Id.) There were 2 and 5 ischemic cerebrovascular events in the Vioxx and naproxen groups, respectively; two of the four CVAs on the naproxen were also on concomitant estrogen therapy (id.), which can increase stroke risk.

      125.   The reviewers concluded, "The findings of the ADVANTAGE study are consistent with those of VIGOR and the RA efficacy databases. The CV findings are of concern because this is only a 12-week study, the dose of rofecoxib used in this study is 25 mg/day (half of the dose used in VIGOR), this was a different population of patients (OA instead of RA) and patients were allowed to use aspirin if indicated for cardiovascular prophylaxis." (Id. at 11, ¶ f.)

      126.   Of note, the FDA Medical Officer Review stated, "if the cardiovascular findings in VIGOR were all explained by naproxen anti-platelet effect, a difference would not be expected between naproxen and rofecoxib in ADVANTAGE, when patients at risk in both treatment groups were already maximally protected by ASA [aspirin]." (Id. at 11.)

      127.   In 2003, the Annals of Internal Medicine published a Merck-sponsored article concerning the ADVANTAGE study. In May 2005, the editors of the

journal announced that they may publish a correction to the original article to show the drug had a higher risk of heart attacks than originally stated. The original study listed 5 heart attacks, but 3 additional cardiac deaths in the Vioxx group were not mentioned, including 1 in which company officials may have pressured a researcher to change his opinion about the likely cause of death, according to a New York Times article reported on April 24, 2005. According to the New York Times article, Merck overruled a suggestion by one of its researchers that a 73-year-old woman participating in the study probably died of a heart attack, and ultimately listed the cause of death as "unknown."

128.    In summary, the ADVANTAGE RCT shows early onset of an excess risk of MI, in a study of only 2.3 months' average duration of exposure, and the patients' use of aspirin for cardioprotection during the study contradicts the notion that the results were due to "protective" qualities of naproxen.

### E.    The VICTOR Study Shows a Statistically Significant Increased Risk of Thrombotic Events, With Early Visually Evident Separation of the Incidence Curves

129.    VICTOR was an RCT of Vioxx versus placebo in another study designed to investigate Vioxx's effects on intestinal polyps and their malignant transformation. The study was terminated in 2004, after withdrawal of Vioxx from the market. The final confirmed thrombotic event data show that there were 14 thrombotic events in the Vioxx population versus 4 in the placebo group, including 8 versus 2 cardiac events. (MRK-18940096441) The difference is statistically significant. A Kaplan-Meier cumulative incidence curve shows that the event rate for Vioxx was above placebo throughout the period of the study:



Kaplan Meier Plot of Time to Confirmed Thrombotic CV Events for Protocol 145

| # Patients at Risk | | | | | |
|---|---|---|---|---|---|
| Placebo | 1172 | 759 | 411 | 218 | 62 |
| Rofecoxib 25 mg | 1169 | 724 | 386 | 185 | 57 |
| # Cumulative Events | | | | | |
| Placebo | 0 | 3 | 3 | 4 | 4 |
| Rofecoxib 25 mg | 0 | 8 | 10 | 12 | 12 |

Events Within 14 Days After Last Dose
Plots were truncated when the risk size in any arm is < 50.
No event occurred after the truncation point.

(MRK-AFK0190651.)[8]  Four thrombotic events occurred among patients exposed to
Vioxx for 27 days or less, and there were seven such events among patients exposed to
Vioxx for 76 days or less.  (MRK-18940096443-44.)  There were no thrombotic events
whatsoever in the placebo group until the 56th day after exposure, and only three events
within the first six months.  (Id.)  These data support the early onset of cardiovascular
risk due to Vioxx.

130.    In an undated memo concerning VICTOR reports received by
Merck as of May 31, 2005, Merck suggests that "it is not possible to draw scientifically
meaningful conclusions based on the small amounts of data from a prematurely
terminated study."  (MRK-18940096439.)  However, despite the small numbers, the

_____

[8] This curve, based on 12 versus 3 events as of February, 2005, would not have
changed significantly with the "final" confirmed event totals (14 versus 4).

magnitude of effect was sufficient to yield a statistically significant increased rate of thrombotic cardiovascular events. Such evidence would have been sufficient for the Data Safety Monitoring Board (DSMB) to terminate the VICTOR study early, regardless of the prior termination of the APPROVe study. The statistical significance of the data means that the result was highly unlikely to be due to chance, and was instead due to the toxic effects of Vioxx. This is a scientifically meaningful conclusion, consistent with other data.

### F.   ViP Shows Slight Increased Rate of Serious CHD

131.   A third study known as ViP comparing Vioxx to placebo was in progress when the drug was withdrawn. There were approximately 2300 patients in each arm of the trial. The purpose of the study was to determine the risk of prostate cancer over six years of treatment with Vioxx 25 mg/d compared to placebo. When the study was terminated on September 30, 2004, the average time on treatment was about five months, out of a planned 72-month blinded treatment protocol. Although there was no statistical difference between the rates of confirmed thrombotic cardiovascular events, there was a numerical increase in cardiac events (10 versus 8, RR = 1.25) in the Vioxx group. The APPROVe Data Analysis Plan indicates that it was Merck's intention to combine the data from APPROVe, VICTOR and ViP. (MRK-AFL0015454). When the cardiac events for those three studies are combined, the result **is RR = 2.34, P = 0.0008, 95% CI 1.39, 4.07**. Thus, the data combined in the way that Merck intended confirm a highly statistically significant excess risk of cardiac thrombotic events, including MI.

### G.   Trials Testing Rofecoxib's Effects on Alzheimer's Disease

132.   *Project description.* Merck conducted three studies of populations of approximately 1,450 patients on Vioxx, and a similar number on placebo, with

possible or probable Alzheimer's disease (AD), Protocols 091, 078 and 126, described below:

          a.      Protocol 091 was a placebo-controlled study to evaluate the efficacy and safety of Vioxx 25 mg to slow the progression of symptoms of AD. Patients were required to be over 50 years of age and were randomized to Vioxx or placebo for 12 months, followed by an additional three months treatment phase in which 90% of the patients initially assigned to Vioxx were treated with placebo while the other patients remained on their initial treatment.

          b.      Protocol 078 was a placebo-controlled study to evaluate the effects of Vioxx 25 mg on the prevention of AD and cognitive decline in patients at least 65 years of age with mild cognitive impairment. Eligible patients were randomized to receive Vioxx 25 mg or placebo for two years or until 220 cases of clinically diagnosed probable or possible AD were observed, whichever came later.

          c.      Study 126 was similar in size and design to study 091.

          133.   *Major Trial Outcomes.* In a recent article, the Merck-sponsored authors reported that there was a statistically significant increase in diagnosis of AD in the Vioxx-exposed population versus placebo, supporting the conclusion that Vioxx promoted rather than prevented progression of AD. See Thal, "A Randomized, Double-Blind Study of Rofecoxib in Patients with Mild Cognitive Impairment," Neuropsychopharmacology, 2005; online edition, 1-12. The results that I have summarized showing that Vioxx causes vascular "damage," including increased MI and stroke, suggest that the more rapid progression of AD in Vioxx patients could be caused by analogous vascular damage to cerebral blood vessels. Other significant data from the AD trials include the following observations with respect to cardiovascular toxicity and mortality:

a.      For the end point of CHD (MI plus Sudden Cardiac Death) there was a statistically significant increased risk for Vioxx versus placebo, **RR=2.04, p<0.025, 95% CI 1.16, 3.59**. (Report of Richard A. Kronmal, April 8, 2005, page 18, Table 2.) MI alone represented a smaller data set which was consistent in the direction of elevated RR **(1.63)**, but not a large enough sample size to reach statistical significance in itself. (Id.)

b.      For CHD mortality, there was a statistically significant increased risk for Vioxx versus placebo, **RR=4.33, p<0.005, 95% CI 1.161, 11.68**. (Id.)

c.      For all cause mortality, there was a statistically significant increased risk for Vioxx versus placebo, **RR=2.42, p<0.001, 95% CI 1.55, 3.77**. (Id.)

134.    I have reviewed the report of George Howard, which responded to Dr. Kronmal's April 8, 2005 report. Dr. Howard does not suggest any errors in the counts or calculations of events made by Dr. Kronmal from Merck's own database of the AD trials. This supports the reliability of Dr. Kronmal's analysis. Of note, the actual event counts in the Merck database for MI and sudden cardiac death were greater than those presented to the FDA in 2005. (Id.)

135.    The Vioxx arm had substantially greater incidence of hypertension, edema and congestive heart failure-related adverse events, as follows:

- HTN-related: 65 (8.7%) versus 19 (2.6%).
- Edema-related: 21 (2.9%) versus 6 (0.8%).
- CHF-related: 16 (2.2%) versus 6 (0.8%).

(See Medical Officer Review for review period ending November 28, 2001, Table 24.)

136.    It is noteworthy that there were 22 patients for whom insufficient records were available for adjudication, and that of those, 18 were receiving Vioxx and four were receiving placebo. Based upon the confirmation rates I have observed in other Vioxx studies, approximately 60% of the investigator-reported events were likely to have

been confirmed if sufficient data had been available, which would have resulted in approximately an additional 12 Vioxx events versus two to three placebo events. These would have further increased the calculated relative risks of Vioxx.

137.   In summary, the AD studies are consistent with the data referenced above, showing increased risk of cardiovascular toxicity for Vioxx versus placebo.

## VI.   RCTs SHOW EXCESS RISK OF HYPERTENSION AND EDEMA CAUSED BY VIOXX

### A.   Excess Hypertension and Edema Were Demonstrated in the Vioxx Trials Before and After Marketing Compared to Placebo and Other NSAIDs

138.   *Protocol 054.   The ACE Inhibitor Study.* From July 1997 to February 1998, Merck conducted Protocol 054, a study of patients with mild to moderate hypertension controlled by the antihypertensive drug benazepril (10 to 40 mg/day), an ACE inhibitor. Patients were randomized to Vioxx 25 mg, 75 mg sustained release indomethacin, or placebo, taken with benazepril for three sequential four-week treatment periods. End points were monitored on the last day (Day 28) of each four-week treatment period. Despite patients' use of an ACE inhibitor, Vioxx 25 mg raised 24-hour mean systolic blood pressure by 4.5 mm Hg over placebo (90% CI, 2.2, 6.8), substantially more than did the nonselective NSAID indomethacin, which increased 24-hour mean systolic blood pressure 2.0 mm Hg over placebo (90% CI, -0.3, 4.4). Vioxx increased mean diastolic blood pressure 1.9 mm Hg over placebo (90% CI, 0.3, 3.6 mm Hg), compared to 1.1 mm Hg for indomethacin (90% CI, -0.5, 2.8). (MRK-OS420014787-88)

139.   Blood pressure changes of the shown for the Vioxx population in Protocol 054 are clinically significant and contribute to excess risk of heart attack, stroke and CHF. Merck incorrectly selected a *diastolic* blood pressure increase of 5 mm Hg as the predefined "clinically meaningful" effect, when in fact increases in *systolic* blood

pressure have been demonstrated to be more important indicators of cardiovascular risk. The systolic blood pressure increases in this study clearly result in substantial excess risk.

140.    *The Six-Week Osteoarthritis Trials.* On November 23, 1998, Merck filed its initial New Drug Application (NDA) for Vioxx for treatment of osteoarthritis. Protocol 010 was Merck's first osteoarthritis study of Vioxx, a six-week dose-ranging pilot study undertaken from July 1995 to February 1996. In this study, **13.9 percent (10/72)** of patients on Vioxx 25 mg had systolic blood pressure increases of over 20 mm Hg and absolute levels over 140 mm Hg, thereby exceeding predefined limits of change. The rate of such adverse events was twice as high for Vioxx subjects as for placebo. (MRK-ABS0016466). For subjects who received the 125 mg dose, a remarkable 32.9% (24/73) exceeded the predefined limits. (*Id.*) While the 125 mg dose was never marketed, these results are relevant because they show a clear *dose-response relationship*, one of the hallmarks of cause and effect between exposure and disease.

141.    The incidence of reported hypertension-related events was substantially greater in extended pre-marketing RCTs. For example, in Protocol 029-30/40, BP was measured among 211 subjects given 3 different dosages of Vioxx, or diclofenac 150 mg. Hypertension-related events were reported for 14.9%, 14.5%, 22.2%, and 8.3% of patients on Vioxx 12.5 mg, Vioxx 25 mg, Vioxx 50 mg and diclofenac 150 mg, respectively. (MRK-0ACD0111202.) Substantial percentages of Vioxx patients required addition or increased dose of antihypertensive medication (12.8%, Vioxx 12.5 mg; 12.9%, Vioxx 25 mg; and 18.5%, Vioxx 50/25 mg), compared to a single diclofenac patient who required additional medication. Only 2 Vioxx patients' increased blood pressure resolved while on study treatment (MRK-ACD0111202, Table 37), showing that patients suffered continuous effects of chronic hypertension while on Vioxx.

142.    Excess hypertension in the Vioxx population was reported in numerous pre-marketing RCTs, including the following:

a.    In Protocol 045, a six-month placebo-controlled trial, Vioxx subjects had 2 to 4 times as high a rate of hypertension-related events as those on placebo or ibuprofen. The cumulative "life table" rates, based on the probability that the adverse event occurs by the 18-week time point, were 10.5% and 20.6% for Vioxx 25 mg and Vioxx 50 mg, respectively, compared to 3.9% for ibuprofen 2400 mg. *Id.* (MRK-ABS0057147, 150; Table 75).

b.    In the original Vioxx NDA, Merck pooled data from six months studies of placebo and comparator drugs. Subjects on Vioxx had substantially higher incidence of hypertension adverse events than placebo, ibuprofen, or diclofenac. (MRK-NJ0018456.)

c.    Merck reported that for the first six months of Protocol 034, **16.2%** (37/229) and **17%** (39/229) of patients on Vioxx 12.5 mg and Vioxx 25 mg, respectively exceeded predefined limits of change (*i.e.*, spiked more than 20 mm Hg and exceeded a total of 140 mm Hg), compared to 8.3% (19/229) of diclofenac patients. These "spikes" in BP are important indicators of excess risk of serious thrombotic events. (See § VA, above.) A significantly higher percentage of patients on Vioxx 12.5 mg and Vioxx 25 mg exceeded these limits relative to diclofenac ($p = 0.015$ and $p = 0.007$, respectively). (MRK-ABS0072950-1)

143.    Pre-market clinical trials also showed increased incidence of edema due to Vioxx, including the following:

a.    In the 6-week studies within the OA clinical dose range of 12.5 and 25 mg, the incidence of edema-type adverse experiences was significantly ($p = 0.042$) higher in the 25 mg, but not the 12.5 mg, MK-0966 [Vioxx] group compared with placebo." (MRK-AB50067191.

144.   Pre-market clinical trials also showed increased incidence of edema due to Vioxx, including the following:

a.   "In the 6-week studies within the OA clinical dose range of 12.5 and 25 mg, the incidence of edema-type adverse experiences was significantly (p = 0.042) higher in the 25 mg, but not the 12.5 mg, MK-0966 [Vioxx] group compared with placebo." (MRK-AB50067191.)

b.   Edema-related adverse experiences begin within days of starting Vioxx exposure. Cumulative incidence for both 12.5 and 25 mg doses of Vioxx exceeded the incidence for diclofenac, and visual separation of the incidence curves occurred after about 10 days.

145.   After Vioxx was on the market, further studies continued to show significant excess hypertension and edema compared to naproxen or placebo, including VIGOR, the Supplemental RA studies, and APPROVe, as discussed in §§ VA-C, above.

146.   Perhaps the most striking evidence of the hypertensive effect of Vioxx is the Kaplan-Meier curve for onset of hypertension over time in the Vioxx arm of the Alzheimer's studies. As set forth below, the data show that *over 30%* of the Vioxx population suffered hypertension, the curves separated immediately, and the incidence slope continued to rise as the study period ended:

**Figure 2. Kaplan Meier estimates (95% CI) of time to hypertension (On-drug population)**



Kaplan-Meier Estimates (95% CI) of Time to Hypertension
On-Drug Population

Number of Patients

|  |  | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|---|
| - - - - - | Placebo | 1074 | 913 | 765 | 420 | 342 | 249 | 207 |
| —— | Rofecoxib 25 mg | 1069 | 822 | 612 | 329 | 236 | 160 | 120 |

Source: Figure 4, ISS, s030

Vioxx appears to be the most hypertensive drug ever marketed for patients with chronic disease, and its effects on blood pressure contributed to the excess MIs and strokes that it caused. It is also plausible that the excess hypertension caused damage to cerebral blood vessels, which may have contributed to the significant increases in AD among the Vioxx patients in the studies.

B.      **Head to Head RCTs of Vioxx v. Celebrex and Naproxen Demonstrate
        Excess Hypertension and Edema in the Vioxx Groups**

147.    Two closely similar 6-week randomized clinical trials were done in
patients over the age of 65 with osteoarthritis (OA) that compared the effects on
destabilized blood pressure and peripheral edema of rofecoxib (25mg/d) to celecoxib
(200 mg/d).  Destabilized blood pressure was defined as a rise during the trial of systolic
blood pressure (SBP) of > 20 mm Hg and a SBP > 140 mm Hg, with the latter satisfying
the definition of hypertension.  The results of these two trials were pooled to obtain
summary values for these adverse events.  See Becker, et al. Clinical Therapeutics, 25
(2): 647-662, 2003.  The effects showed a significantly greater development in the
rofecoxib patients of the "edema–only" condition (p < 0.001); and of "destabilized blood
pressure" condition (p< 0.001.  Also, 3 times as many rofecoxib patients had both
adverse events, and the % of patients with any of the three conditions was 21.9 for
rofecoxib and 12.9 for celecoxib.  See Brinker at 654.