**EXHIBIT 4**

MK-0966 CV Outcomes Data Analysis Plan

# Statistical Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

(Study 203)

Prepared by

Jennifer Ng – Clinical Biostatistics

Jim Bolognese – Clinical Biostatistics

CONFIDENTIAL, PROPRIETARY PROPERTY OF
MERCK & CO., INC.

RA404.DOC  VERSION 10.1 APPROVED                                    09-Jan-2004
Restricted ⊖ Confidential – Limited Access

Confidential – Subject To Protective Order                         MRK-AFL0015451

MK-0966 CV Outcomes Data Analysis Plan

# Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

### (Study 203)

### TABLE OF CONTENTS

PAGE

I. INTRODUCTION .................................................................................................. 1
   A. Objective of the Data Analysis Plan ............................................................. 1
   B. Description of the Studies and Objectives/Hypotheses ................................ 1
      1. Study Summaries ..................................................................................... 1
      2. Objective of the Combined Analysis ...................................................... 3
      3. Hypotheses for the Combined Analysis .................................................. 3
II. STUDY PARTICIPANTS CHARACTERISTICS .............................................. 4
III. SAFETY ANALYSES ........................................................................................... 4
   A. Endpoints for Analysis .................................................................................. 4
   B. Populations for Analysis ............................................................................... 5
      1. Per-Protocol ............................................................................................. 6
      2. Modified Intention-to-Treat (mITT) ...................................................... 6
   C. Approaches to Safety Analysis ..................................................................... 6
      1. Approach to the Analysis of Non-Inferiority of Rofecoxib
         to Placebo (Primary Hypothesis) ............................................................ 6
      2. Approach to the Analysis of Superiority of Rofecoxib to
         Placebo (Secondary Hypothesis) ............................................................ 7
   D. Definition of Compliance Measure ............................................................... 7
IV. STATISTICAL TECHNICAL ISSUES ............................................................... 8
   A. Planned Statistical Power and Sample Size .................................................. 8
   B. Planned Analyses and Early Decisions ......................................................... 9
      1. Early Decision for Inferiority ................................................................ 10
      2. Early Decision for Noninferiority ......................................................... 11
      3. Early Decision for Superiority .............................................................. 12
      4. Roles and Responsibilities of the ESMB ............................................. 14
   C. Blinding/Unblinding .................................................................................... 14
   D. Statistical Methods ...................................................................................... 16
      1. General Approaches .............................................................................. 16
      2. Check of Model Assumptions ............................................................... 17
      3. Sensitivity and Dropout Analyses ......................................................... 18
         a. Sensitivity Analyses ......................................................................... 18

MK-0966 CV Outcomes Data Analysis Plan

# TABLE OF CONTENTS

|  |  | PAGE |
|---|---|---|
|  | b. Dropouts | 19 |
|  | 4. Dissemination of Results | 19 |
|  | E. Multiplicity | 19 |
|  | F. Subgroup Analysis | 20 |
| V. | GROUND RULES FOR ANALYSIS | 21 |
|  | A. Time of Censoring for Patients Without Events | 22 |
|  | B. Definition of Baseline Value and Treatment Period | 22 |
|  | C. Description of Data Handling Procedures Prior to Analysis | 22 |
| VI. | PRESENTATION AND FORMAT OF RESULTS | 23 |
|  | A. Data Format | 23 |
|  | B. Sample CSR Tables and Graphs | 23 |
| VII. | DATASETS/PROGRAMS/VARIABLES | 23 |
|  | A. Naming and Storage Conventions of Datasets, Programs, and Variables | 23 |
|  | B. Documentation/Validation of Programs | 24 |
| VIII. | REFERENCES | 25 |
| IX. | APPENDICES | 27 |

Confidential - Subject To Protective Order                    MRK-AFL0015453

MK-0966 CV Outcomes Data Analysis Plan                                                                           i

## EXECUTIVE SUMMARY

### Background

This Data Analysis Plan addresses issues and provides details pertaining to the statistical methods that will be used to address the objectives stated in VIOXX™[1] Protocol 203 for the combined analysis of thrombotic cardiovascular events in 3 placebo-controlled trials of VIOXX™: "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment With MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas" (Protocol 122; APPROVe); "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer" (Protocol 201; ViP); and "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime" (Protocol 145; VICTOR). APPROVe and ViP are being conducted by Merck and Co., Inc.; VICTOR is being conducted by Oxford University and sponsored by Merck.

Previous studies with rofecoxib showed a difference in the incidence of thrombotic cardiovascular events versus naproxen but no difference from other NSAIDs or from placebo. The combined analysis of thrombotic cardiovascular serious adverse experiences (SAEs) described in this DAP has been proposed to provide increased precision on estimates of the comparability between rofecoxib and placebo on the incidence of thrombotic cardiovascular SAEs. A placebo-controlled study can assess the effects of selective COX-2 inhibition, in contrast to an active-controlled study which assesses relative risk to a comparator agent. Data from 3 large placebo-controlled studies are being combined because of the rarity of these events. Rofecoxib is indicated for patients with osteoarthritis and rheumatoid arthritis. However, the chronic nature of these diseases and the need for chronic therapy limits the duration of placebo-controlled studies in these populations. Rofecoxib is also being studied for the suppression of neoplastic cell growth in various indications. Accordingly, this combined analysis is based on data from 3 large placebo-controlled studies of rofecoxib in patients at risk of recurrent sporadic adenomatous colon polyps, recurrent colon cancer, or prostate cancer. All 3 studies allow the use of low-dose aspirin (75 to 100 mg/day) for chronic vascular protection in patients with a past medical history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass grafting, or percutaneous coronary interventions. It is anticipated that 10 to 20% of patients in the 3 studies combined will be taking low-dose aspirin cardiovascular prophylaxis, allowing for an assessment in patients with a spectrum of cardiovascular risk. Furthermore, patients in these studies will be comparable in age to patients with osteoarthritis or rheumatoid arthritis, allowing generalization of the results of this analysis to other populations, including those with osteoarthritis or rheumatoid arthritis.

---

[1] VIOXX is a trademark of Merck Co., Inc., Whitehouse Station, New Jersey, U.S.A.

RA404 DOC VERSION 10.1 APPROVED                                                                    09-Jan-2004
Restricted ◊ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015454

The objective of the study (Protocol 203) is to compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomous colon polyps, recurrent colon cancer, or prostate cancer. The primary hypothesis of the study is that rofecoxib 25 mg will be non-inferior to placebo in the risk of developing a confirmed thrombotic SAE (i.e., upper limit of a 95% confidence interval [CI] for the hazard ratio [HR, rofecoxib/placebo], will be less than 1.30). In addition, because some data suggest that COX-2 inhibition might reduce the risk of a thrombotic event by an anti-inflammatory effect on atheroma formation and rupture, the possibility that rofecoxib might reduce the risk of such events will also be examined. The secondary hypothesis of the study is that patients treated with rofecoxib 25 mg once daily will have decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper limit of a 95% CI on the HR <1.0 and lower limit <0.77). This hypothesis will be evaluated in a stepwise fashion if non-inferiority is first established. Investigator-reported cardiovascular events are categorized according to the Standard Operating Procedure (SOP) for surveillance, monitoring, and adjudication of acute thromboembolic vascular events in clinical trials of COX-2 inhibitors [1].

## Statistical Analyses and Power

Non-inferiority will be established if the upper limit of a 95% CI for hazard ratio is less than 1.30. Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic cardiovascular SAEs need to be observed to provide 90% power to yield an upper limit of a 95% CI for HR <1.30. With 611 observed events and approximately 38,000 patient-years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of a 95% CI <1.30.

The primary analysis population to address the primary hypothesis of non-inferiority will be per-protocol. In the per-protocol approach, patients with clinically important deviations will be excluded from the analysis. The primary analysis population to address the secondary hypothesis of superiority will be modified intention-to-treat, i.e., all patients randomized who took at least one dose of study drug. Events that occur after randomization and within 14 days of the last dose of study medication will be included in both populations. Sensitivity analyses will be performed by including reports of confirmed thrombotic cardiovascular SAEs up to 28 days after the last dose of study medication.

Based on these design specifications, the combined analysis for formal primary assessment of the primary hypothesis will be performed after observing the first 611 confirmed events from the 3 studies that satisfy the per-protocol definition. Current timelines predict that the complete results from one of the studies (APPROVe) will be available before the accrual of 611 confirmed events and that 2 of the studies (VICTOR, ViP) will still be ongoing when the 611 events have been accrued. However, the primary assessment will be based on the first analysis, as soon as feasible after the first

611 confirmed thrombotic cardiovascular SAEs that satisfy the per-protocol definition are observed. Subsequent analyses to obtain later estimates of HR with 95% CI will be obtained after every approximately 25% increase in events and again after the conclusion of ViP and of VICTOR. APPROVe is estimated to contribute approximately 130 events (less than 22% of the total number of events); thus, its completion prior to the primary analysis will have little influence on the ultimate results.

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to first event during the study period. The analysis will be based on a Cox proportional hazards model to compare survival curves between treatment groups. The model will include the following factors: treatment (rofecoxib/placebo), chronic low-dose aspirin use (yes/no), and protocol (122, 145, or 201). Note that chronic low-dose aspirin is assessed at randomization. Interactions will be explored as sensitivity analyses. The hazard ratio between the 2 treatment groups (rofecoxib/placebo) will be estimated and the corresponding CI, adjusted for interim analyses, will be computed and compared to 1.30 to assess the primary hypothesis. The 95% CIs around the estimated HR along with event rates per 100 person years will be presented. Sensitivity analysis will be performed by including confirmed cardiovascular events that are reported within 28 days of study drug discontinuation.

Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance ($p>0.050$) of this factor implies proportionality, i.e., constancy of treatment effect over time. Additionally, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log hazard ratio within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR. If these approaches indicate issues that warrant further assessment, additional analyses will be undertaken to investigate the causes of nonproportionality.

Finally, Kaplan-Meier plots of cumulative rates over time and nonparametric methods such as the log-rank test will be utilized to compare the survival curves.

### Interim Analyses

The cardiovascular data from the 3 contributing studies are monitored by an independent External Data and Safety Monitoring Board (ESMB). The same ESMB is also responsible for the monitoring of overall study data from 2 of the studies contributing to this analysis, ViP and APPROVe. Overall study data from the third study, VICTOR (Protocol 145), is monitored by a separate ESMB. It is anticipated that there will be numerous (at least twice yearly) looks at cardiovascular safety. All study personnel (with the exception of the ESMBs for each study and the designated unblinded MRL statisticians for Protocols 122 and 201) will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). As

Confidential - Subject To Protective Order                                       MRK-AFL0015456

with any monitored study, the ESMB may consider an early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined analysis, the 3 individual studies may continue in order to assess risk-benefit in each respective indication based on the ESMB assessment. A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information), i.e., 4 interim analyses plus the primary analysis. Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB).

The $\alpha$-spending function proposed by Hwang et al. [2] with $\gamma=-4$ will be used at the interim analyses to preserve the overall Type I error. This gamma family of the $\alpha$-spending rate function provides conservative boundaries at the initial interim analyses. At each analysis, the CIs will be constructed by using the early decision/stopping boundaries obtained at the time when actual analysis is performed. There are no prespecified plans to stop the trial due to non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses. However, if the ESMB should decide to make an early decision due to the importance of study patients' safety, the early decision rules described below will be considered when making a decision regarding the conduct of this trial.

<u>Early Decision for Inferiority</u>: An early decision/conclusion for inferiority would require the lower limit of a CI >1.0 at overall one-sided $\alpha=0.025$ and an observed HR >1.30.

<u>Early Decision for Superiority</u>: An early decision/conclusion for superiority requires the upper limit of a CI <1.0 at overall $\alpha=0.001$, one-sided. This is a stringent criterion and the probability of crossing the stopping boundaries for superiority is negligible. This level of stringency is desirable when the intent of the trial is to provide compelling results of safety and/or efficacy. There are no plans for an early decision to conclude superiority.

<u>Early Decision for Noninferiority</u>: An early decision/conclusion for noninferiority requires upper limit of a CI <1.20 at overall one-sided $\alpha=0.001$. Estimated HRs which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if there is to be an early decision for non-inferiority, the level of rigor should be similar to that proposed for early decision for superiority.

Although there are no plans for an early decision to conclude non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs

MK-0966 CV Outcomes Data Analysis Plan                                                                    v

based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, *and* there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

Note that an early decision for noninferiority would not cause any of the 3 component trials to be stopped. Thus the effect of this decision would only be to communicate results early, and in that regard, they must be considered robust. A recommendation for an early decision, modification, or discontinuation of the trial will not be based solely on statistical grounds. Note that early decision creates problems of interpretation of the subgroup analyses and rarer events, e.g., myocardial infarctions, because the chances of numerically large HRs are nontrivial because of small numbers of events. It is also important to consider whether sufficient patient-years of experience have been collected in order to assess potential differences in risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment, e.g., look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results. The combined clinical and statistical expertise of ESMB members is required for interpretation of the study data.

# I. INTRODUCTION

### A. Objective of the Data Analysis Plan

This Data Analysis Plan (DAP) describes in detail the strategy, rationale, and statistical techniques that will be used to assess cardiovascular safety from the combined analysis of 3 placebo-controlled studies of rofecoxib (MK-0966, VIOXX™):

- Protocol 122 (APPROVe): "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas"

- Protocol 145 (VICTOR): "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime"

- Protocol 201 (ViP): "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer"

Also included are the standard operating procedures for the interim analysis.

### B. Description of the Studies and Objectives/Hypotheses

#### 1. Study Summaries

Protocol 122 (APPROVe) is a multicenter (~100 sites worldwide), randomized, placebo-controlled, double-blind study with in-house blinding, conducted by Merck, to determine the effect of 156 weeks (3 years) of treatment with rofecoxib on the recurrence of neoplastic polyps of the large bowel in patients with a history of colorectal adenomas. Patients are at least 40 years of age who have had removal of at least 1 histologically-confirmed large bowel adenoma within 12 weeks of study entry (all large bowel polyps must have been removed prior to study entry). Only patients who are not anticipated to need chronic NSAID therapy (including analgesic doses of aspirin) during the trial will be entered into the study. Up to 20% of patients may require low-dose aspirin therapy when they enter the study. After a 6-week placebo run-in period, 2612 patients were randomized to either rofecoxib 25 mg or placebo in a 1:1 fashion (stratified by low-dose aspirin use (yes/no)). In all patients, colonoscopies are performed at Week 52 and Week 156 or at the time of discontinuation. Patients who have completed Visit 13 (poststudy follow-up visit), have undergone a complete colonoscopy along

with colonoscopic removal of all polyps identified at Visit 12, and who consent to participate in a study extension, are taken off study therapy and undergo a colonoscopy at the end of 1 year to evaluate the potential for accelerated adenomatous polyp recurrence. (During the extension, all investigators and patients remain blinded to the base study treatment assignments.) The primary endpoint is the incidence of colorectal adenoma, defined as a polyp with confirmed premalignant neoplastic changes by histologic examination at either time point by a study pathologist. Fourteen days after study drug discontinuation, all patients have a poststudy visit that includes the collection of adverse experience information. Additionally, investigators are asked to report all SAEs that they consider possibly, probably, or definitely related to study drug that occur outside the 14-day window. The study is ongoing. An interim analysis of safety for the ESMB is planned after all patients have completed colonoscopy following 1 year of treatment. The study is scheduled to be completed in 2005.

Protocol 145 (VICTOR) is a multicenter (~250 sites worldwide), randomized, double-blind, placebo-controlled study, conducted by Oxford University and sponsored by Merck, of VIOXX™ in colorectal cancer patients following potentially curative therapy. Patients are at least 18 years of age with histologically proven Duke's B or C colorectal carcinoma that has been completely resected without gross or microscopic evidence of residual disease. Patients are within 12 weeks of completing potentially curative therapy (surgery alone or surgery plus radiotherapy and/or chemotherapy), and patients using low-dose aspirin are permitted to enter the study. Patients are randomized to receive either rofecoxib 25 mg or placebo for either 2 years (1750 patients in each group) or 5 years (1750 patients in each group); low-dose aspirin use is not a stratification factor. Overall survival (mortality) rate is the primary endpoint. All patients who discontinue are contacted by telephone 14 days after the last dose of blinded study medication for AE ascertainment. It is expected that enrollment will be completed in 2007, and study completion is expected in 2012. Two analyses of the 2-year cohort are planned: at the end of recruitment and a final analysis after all patients have 2 years' follow-up. Two analyses of the 5-year cohort are planned: at the end of the 2-year follow-up for all rofecoxib patients and after all rofecoxib patients have 5 years' follow-up. The study is ongoing.

Protocol 201 (ViP) is a multicenter (~450 sites worldwide) double-blind, randomized, placebo-controlled study, conducted by Merck, to evaluate the effect of rofecoxib in decreasing the risk of prostate cancer. Male patients ≥50 years of age with prostate-specific antigen (PSA) >2.5 ng/mL and ≤10 ng/mL will be enrolled. Men with PSA >4 ng/mL must have both a normal biopsy within 1 year of screening. All patients must have a

digital rectal examination not suspicious of prostate cancer within 4 weeks of screening (Visit 1). Patients taking low-dose aspirin (75 to 100 mg per day) for cardioprotective benefit are allowed to participate in the study. After a 3-week placebo run-in period, patients are randomized to either rofecoxib 25 mg or placebo for a 6-year treatment period (15,000 patients total, randomized in a 1:1 ratio stratified on low-dose aspirin use [yes/no] and baseline PSA [$\leq 4$, $>4$ ng/mL]). Prostate biopsies are performed at 3 and 6 years of treatment if either (1) the patient has baseline PSA $>4$ ng/mL or (2) the patient has baseline PSA $\leq 4$ ng/mL and his PSA level rises above 4 ng/mL during the active treatment period. Biopsies may also be obtained at any time if clinically indicated, and all patients receive a biopsy at study discontinuation or end of study. Patients who withdraw or are discontinued from blinded study drug continue to have regularly scheduled telephone contacts every 6 months after discontinuing study drug for a total duration of up to 72 months to assess for potential study endpoints (i.e., prostate cancer or cardiovascular event). All patients receive a poststudy telephone call 14 days following completion of the study or within 14 days following the discontinuation visit to collect SAEs and prostate cancer information. The primary endpoint is cumulative percentage of patients with prostate cancer. Enrollment is anticipated to take 18 months starting in May-2003, and study completion is expected in 2012.

Overall, approximately 24,000 patients will be enrolled in these 3 studies, with approximately equal numbers of patients randomized to rofecoxib or placebo. Ten to 20% of patients are anticipated to be on low-dose aspirin, allowing for assessment in patients with a spectrum of cardiovascular risk. SAEs from all 3 studies will be recorded in the Merck Worldwide Adverse Experience (WAES) database and reviewed according to the Merck standard operating procedure (SOP) for evaluation and adjudication of acute potentially thrombotic vascular SAEs [1].

## 2. Objective of the Combined Analysis

To compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomous colon polyps, recurrent colon cancer, or prostate cancer based on a combined analysis of data from 3 studies: APPROVe (Protocol 122), VICTOR (Protocol 145), and ViP (Protocol 201).

## 3. Hypotheses for the Combined Analysis

a. Primary: Rofecoxib 25 mg once daily will be noninferior to placebo in the risk of developing a confirmed thrombotic cardiovascular SAE (i.e., the upper limit of the 95% CI will be less than 1.30).

MK-0966 CV Outcomes Data Analysis Plan 4

  b. Secondary: Patients treated with rofecoxib 25 mg once daily will have a decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper 95% confidence limit on HR <1.0 and lower limit <0.77).

## II. STUDY PARTICIPANTS CHARACTERISTICS

Demographic and baseline characteristics of the patients will be summarized by protocol (122, 145, 201, and combined [203]). No formal statistical testing will be performed.

- Summary statistics (sample size and proportion) will be provided, by protocol and treatment group, for the following variables: gender (male/female), chronic low-dose aspirin user at randomization (yes/no), study region (US/Canada, Europe, Latin America, Asia, Other), age (<65, ≥65), race (white/black/asian/other), history of cardiovascular disease (MI, stroke, TIA, CABG, PTCA or angina; yes/no), *family history of cardiovascular disease (yes/no/unknown), tobacco use (current user, ex-user, never smoked), history of diabetes (yes/no), history of dyslipidemia (yes/no/unknown), history of hypertension (yes/no)*, prior NSAID use (yes/no), and prior statin use (yes/no/unknown). The proportion of patients with the cardiac risk factors (≥2, <2) in italics above will also be tabulated. Age will also be summarized as a continuous variable (sample size, mean, median, standard deviation, range).

Total and mean time on therapy (patient years) will also be provided by protocol and treatment group.

## III. SAFETY ANALYSES

### A. Endpoints for Analysis

The primary endpoint will be confirmed thrombotic cardiovascular adverse experiences as defined by the CV adjudication SOP [1]. Events that are in the SOP definition for confirmed events include: acute MI (fatal or nonfatal), unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus, pulmonary embolism (fatal or nonfatal), peripheral arterial or venous thrombosis (fatal or nonfatal), ischemic cerebrovascular stroke (fatal or nonfatal), cerebrovascular venous thrombosis (fatal or nonfatal), and transient ischemic attack.

Secondary endpoints are:

- Investigator-reported Cardiovascular Events, i.e., all those submitted for adjudication.

RA404.DOC VERSION 10.1 APPROVED    09-Jan-2004
Restricted ⊙ Confidential – Limited Access

Confidential - Subject To Protective Order    MRK-AFL0015462

MK-0966 CV Outcomes Data Analysis Plan                                                                 5

- Confirmed APTC (Anti-Platelet Trialists' Collaboration) combined endpoint, defined as the occurrence of any cerebrovascular accident, myocardial infarction, or cardiovascular death (including hemorrhagic, sudden, and/or unexplained death).

Within confirmed thrombotic cardiovascular adverse experiences, other endpoints will be summarized (i.e., counts, crude incidence, and event rates per 100 person years) for informational purposes.

Other endpoints include:

- Confirmed Myocardial Infarctions.

- All Confirmed Cardiac Events (Acute MI (fatal or nonfatal), Unstable Angina Pectoris, Sudden and/or Unexplained Death, Resuscitated Cardiac Arrest, or Cardiac Thrombus).

- All Confirmed Cerebrovascular Events: Ischemic Cerebrovascular Stroke (fatal or non-fatal), Cerebrovascular Venous Thrombosis (fatal or nonfatal), Transient Ischemic Attack.

- All Confirmed Peripheral Vascular Events: Pulmonary Embolism (fatal or nonfatal), Peripheral Arterial Thrombosis (fatal or nonfatal), and Peripheral Venous Thrombosis.

- Confirmed Thrombotic Cardiovascular Deaths (including confirmed sudden or unexplained death).

- Confirmed Stroke (Ischemic and Hemorrhagic).

As noted in the adjudication SOP, sudden and/or unexplained death is defined as witnessed instantaneous or near-instantaneous death that occurs without warning or within-in 1 hour of nondiagnostic symptoms, or as an unwitnessed, unexpected death in which criteria for a fatal coronary or cerebrovascular event are not met.

Note that overall mortality will not be assessed since it is confounded with the primary endpoint in VICTOR.

Additional analyses may be performed as needed. Note that event rates per 100 person years will need to be interpreted cautiously if the rates are not relatively constant over time.

### B. Populations for Analysis

Two analysis sets are defined, per-protocol and modified intention-to-treat. These sets differ in the manner in which protocol deviations and dropouts are handled.

Confidential - Subject To Protective Order                                              MRK-AFL0015463

1. **Per-Protocol**

   The per-protocol population excludes patients with clinically important deviations from protocol-specified criteria. It is not a repetition of the inclusion and exclusion criteria from the studies, but a clinical assessment of important deviations that may either affect or confound the CV safety results. Only randomized patients who take at least one dose of study drug are included.

   Patients meeting either one of the following criteria will be excluded from the PP analysis:

   - Patients with less than 75% compliance during the study period. As defined in Section III.C., study period is defined as the number of days between randomization and the last day of study drug discontinuation. Compliance will be assessed by the percentage of tablets taken compared to the number that should have been taken during the study period. Tablet counts are not collected in VICTOR. Therefore for that study only, no patients will be excluded from the per-protocol analysis based on this criteria.

   - Patients taking non-protocol NSAIDs, aspirin (at anti-inflammatory doses), or products containing these more than 10% of the time on study.

2. **Modified Intention-to-Treat (mITT)**

   The mITT analysis set includes all randomized patients according to their randomized treatment assignment. Only randomized patients who take at least one dose of study drug are included.

   Evaluation will include events that occurred after randomization and within 14 days of study drug discontinuation for both the PP and mITT analyses. As a sensitivity analysis, reports of confirmed events that occur after randomization and within 28 days of study drug discontinuation will also be examined.

C. **Approaches to Safety Analysis**

   1. **Approach to the Analysis of Non-Inferiority of Rofecoxib to Placebo (Primary Hypothesis)**

      The primary hypothesis concerns noninferiority, and factors such as noncompliance with study medication and observed events after discontinuation of study medication could dampen any difference between treatments. The ICH guidelines [3] and others [4; 5; 6] mention that the

Confidential - Subject To Protective Order                                    MRK-AFL0015464

full analysis set tends to reduce differences between treatment groups and is generally not considered conservative when the objective of the study is to show no difference between treatments. Therefore, the per-protocol set is chosen as the primary approach for evaluating the hypothesis of noninferiority since the full analysis set is likely biased towards equivalence. Although the per-protocol set is primary, it is important to note that there are limitations using a per-protocol analysis in the face of a very high dropout rate. Thus, both the per-protocol and mITT analyses will be considered when interpreting the results. If differing conclusions arise, then further analyses will be conducted to try to understand the reason for the difference and which analyses are most appropriate.

The mITT approach will be a secondary approach for the assessment of non-inferiority of rofecoxib compared to placebo for confirmed thrombotic cardiovascular SAEs.

Note that the interim analyses of the primary endpoint that are provided to the ESMB will be based on the mITT approach for logistical reasons. However, should the ESMB consider making an early decision for any reason, then the PP analysis will be provided prior to any recommendation.

### 2. Approach to the Analysis of Superiority of Rofecoxib to Placebo (Secondary Hypothesis)

The secondary hypothesis concerns superiority. Thus, consistent with ICH guidelines, the mITT approach described above will be the primary approach for the assessment of superiority of rofecoxib to placebo in confirmed thrombotic cardiovascular SAEs, and the per-protocol approach described above will be secondary.

### D. Definition of Compliance Measure

For Merck Protocols 122 and 201, prime therapy records are obtained throughout the study. Therefore, compliance can be computed for each patient as:

100 x (number of tablets taken)/(number of tablets that should have been taken during the study period).

In VICTOR (Protocol 145), which was designed by Oxford University, no information on prime therapy is collected. Therefore, for the per-protocol analysis, it will be assumed that all patients were sufficiently compliant with therapy to be included in the analysis.

RA404.DOC VERSION 10.1 APPROVED 09-Jan-2004
Restricted ⊙ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015465

MK-0966 CV Outcomes Data Analysis Plan 8

The study period is defined as the number of days between the randomization visit and the last day of study drug discontinuation. Compliance will be summarized in categories, e.g., <75%, 75 to 84%, 85 to 94%, ≥95%. For each compliance category, summary statistics (number, percent) will be provided by treatment group.

## IV. STATISTICAL TECHNICAL ISSUES

### A. Planned Statistical Power and Sample Size

The null statistical hypothesis is that the HR (rofecoxib versus placebo) of confirmed thrombotic events is greater than 1.30. The alternative hypothesis is that the HR is less than 1.30. The alternative hypothesis will be considered proven if the upper 95% confidence limit for the HR (rofecoxib/placebo) of confirmed thrombotic events is less than 1.30.

Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic events need to be observed to provide 90% power to yield the upper limit of the 95% CI for HR <1.30. To address the hypothesis, the data from rofecoxib Protocols 122 (APPROVe), 145 (VICTOR), and 201 (ViP) will be combined. The combined analysis for formal primary assessment of the primary hypothesis will be performed when the total number of confirmed thrombotic cardiovascular events that satisfy the per-protocol definition reaches 611 in the 3 trials combined. It is anticipated that the 611 confirmed thrombotic events will be reached in early 2006, which is after study completion of APPROVe and prior to study completion of VICTOR and ViP. The required event number was calculated using the Lachin-Foulkes method [7]. With 611 observed events and approximately 38,000 patient years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of the 95% CI <1.30.

Table 1 gives power for various departures from a true underlying HR of 1.0 if 611 events are available for analysis.

Table 1

Power for Various True Underlying HRs (Rofecoxib/Placebo)

| True HR | 1.00 | 1.01 | 1.02 | 1.03 | 1.04 | 1.05 | 1.10 |
|---|---|---|---|---|---|---|---|
| Power for 611 events[†] | 90% | 88% | 86% | 84% | 82% | 79% | 62% |

[†] To yield the upper limit of the 95% CI <1.30.

RA404.DOC VERSION 10.1 APPROVED    09-Jan-2004
Restricted ✥ Confidential – Limited Access

Confidential - Subject To Protective Order    MRK-AFL0015466

MK-0966 CV Outcomes Data Analysis Plan 9

These calculations assumed exponential distributions of time to event, uniform time to discontinuation, noninformative discontinuations, and uniform patient entry. An overall event rate of 1.6%/year for confirmed thrombotic events and equal event rates in the rofecoxib and placebo groups were assumed.

Because of the desire to have definitive results both for the primary and secondary hypotheses, a closed testing procedure will be employed as follows: *if* the primary hypothesis of noninferiority is satisfied (p≤0.025, one-sided), *then* the secondary hypothesis of superiority will be tested. No α-adjustment is required for the secondary hypothesis test since a closed testing procedure is employed.

In order to demonstrate the precision of the study design to address the primary hypothesis, Table 2 displays the observed HRs based on the primary analysis of 611 confirmed events. Note that the maximum observed HR which will yield a 95% CI <1.30 is approximately 1.12. The associated difference in rates is less than 0.2% per year (1.7%/yr versus 1.5%/yr).

Table 2

Example Outcome CIs for the Combined Analysis of 611 Confirmed Events

| Observed HR | 95% CI | Rofecoxib Rate (%/yr) | Placebo Rate (%/yr) | Number of Rofecoxib Events | Number of Placebo Events |
|---|---|---|---|---|---|
| 0.9967 | (0.8630, 1.1511) | 1.6053 | 1.6105 | 305 | 306 |
| 1.0099 | (0.8744, 1.1663) | 1.6158 | 1.6000 | 307 | 304 |
| 1.0367 | (0.8976, 1.1973) | 1.6368 | 1.5789 | 311 | 300 |
| 1.0997 | (0.9520, 1.2702) | 1.6842 | 1.5316 | 320 | 291 |
| 1.1215 | (0.9709, 1.2955) | 1.7000 | 1.5158 | 323 | 288 |
| 1.1289 | (0.9773, 1.3041) | 1.7053 | 1.5105 | 324 | 287 |
| 1.1514 | (0.9966, 1.3302) | 1.7211 | 1.4947 | 327 | 284 |

### B. Planned Analyses and Early Decisions

It is anticipated that the ESMB for Protocol 203 will conduct numerous (approximately twice yearly) interim analyses to monitor safety, which afford potential for consideration of early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined study analysis, the 3 individual studies may continue in order to assess risk-benefit in each indication based on the ESMB assessment. The considerations

Confidential - Subject To Protective Order                        MRK-AFL0015467