outlined in this section are therefore intended to define decision threshold guidelines for the analysis.

A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information). Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB). After the primary analysis, further "update" analyses will be performed after each additional ~25% of events and again after the conclusion of ViP and of VICTOR, but these analyses will be for the purpose of more precise estimation rather than hypothesis testing and therefore will not be included in the $\alpha$-adjustment for the interim analyses.

The planned interim analyses are described in more detail in the *External Safety Monitoring Board Guidelines for Interim Monitoring* in Appendix 1. The CIs associated with all of the early decision rules at interim analysis described below are derived from $\alpha$-spending rules using the $\alpha$-spending function proposed by Hwang et al. [2], with $\gamma=-4$. Since this spending function depends only on past and current information times, not future information times, it will be adjusted based on the actual analysis times determined by the ESMB.

The early decision rules are to be applied only to the primary endpoint, confirmed thrombotic cardiovascular SAEs. A schematic diagram of these early decision guidelines is presented in Figure 1.

For completeness, a primary analysis of 611 confirmed events using the early decision guidelines is provided in the following sections. However, the actual primary analysis of 611 confirmed events will be based on the criteria specified in the primary and secondary hypotheses, namely overall $\alpha$-level of 0.025, one-sided.

1. **Early Decision for Inferiority**

    An early decision/conclusion for inferiority would require the lower limit of a CI for HR >1.0 (overall $\alpha=0.025$) and observed HR >1.30. The rationale for proposing overall $\alpha=0.025$ (one-sided) as a minimum criteria for an inferiority early decision is that it is equivalent to the conventional 2-sided $\alpha=0.050$, used for typical safety analyses in clinical trials. Table 3 illustrates the $\alpha$-spending function of Hwang et al. with $\gamma=-4$ and overall $\alpha=0.025$ based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

RA404.DOC  VERSION 10.1 APPROVED                                                09-Jan-2004
Restricted ⊘ Confidential – Limited Access

Confidential - Subject To Protective Order                                           MRK-AFL0015468

MK-0966 CV Outcomes Data Analysis Plan                                                                         11

Table 3

Hwang et al., α-Spending Function α(-4,t) for Overall 1-Sided α=0.025

| Time of Analysis | Fraction of Event Time | Cumulative one-sided α | One-sided α at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|
| May-2004 | 0.249 | 0.0007856 | 0.0007774 | 3.164 | 99.844 | 105 | 47 |
| Nov-2004 | 0.386 | 0.0017185 | 0.0011781 | 3.041 | 99.764 | 145 | 91 |
| May-2005 | 0.635 | 0.0054327 | 0.0043443 | 2.624 | 99.131 | 221 | 167 |
| Nov-2005 | 0.807 | 0.0112741 | 0.0088790 | 2.371 | 98.224 | 279 | 214 |
| May-2006 | 1.000 | 0.0249668 | 0.0212646 | 2.028 | 95.747 | 346 | 265 |

## 2. Early Decision for Noninferiority

An early decision to conclude noninferiority requires the upper limit of a CI <1.20 at overall one-sided α=0.001. Estimated hazard ratios which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if the study is to stop early for noninferiority, the level of rigor should be similar to that proposed for early stopping for superiority.

Table 4 displays borderline scenarios for noninferiority using the same α-spending function at an overall one-sided α-level of 0.001 and requiring the CI to be <1.20, to be more conservative than 1.30. The probability of such splits does not become non-negligible (>0.01) until at least the third look.

Table 4

Examples of Interim Results Meeting Minimum Early Decision Criteria for
Non-Inferiority Hwang et al., α(-4,t) Spending Function
(Overall α=0.001, One-sided)

| Case | Estimated HR | Lower CL | Upper CL | Confidence Level | Lower 95% CL | Upper 95% CL | Number Events on Rofecoxib | Number Events on PBO | Total Patient Years |
|---|---|---|---|---|---|---|---|---|---|
| May-2004 | 0.434 | 0.159 | 1.188 | 99.9939 | 0.265 | 0.710 | 46 | 106 | 8963 |
| Nov-2004 | 0.674 | 0.379 | 1.199 | 99.9915 | 0.505 | 0.898 | 95 | 141 | 13714 |
| May-2005 | 0.813 | 0.555 | 1.191 | 99.9676 | 0.660 | 1.001 | 174 | 214 | 22632 |
| Nov-2005 | 0.867 | 0.629 | 1.196 | 99.9374 | 0.722 | 1.043 | 229 | 264 | 29126 |
| May-2006 | 0.909 | 0.694 | 1.192 | 99.8500 | 0.770 | 1.075 | 291 | 320 | 38428 |

RA404.DOC VERSION 10.1 APPROVED                                                                  09-Jan-2004
Restricted ⊖ Confidential – Limited Access

Confidential - Subject To Protective Order                                                   MRK-AFL0015469

Although there are no plans for an early decision of noninferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, and there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

### 3. Early Decision for Superiority

An early decision for superiority requires the upper limit of a CI <1.0 (overall $\alpha=0.001$, one-sided). The rationale for an $\alpha=0.001$ is that for stopping for superiority should be held to a standard similar to that of replicate trials ($0.050 \times 0.050 = 0.0025$, two-sided >0.001 one-sided). The observed HRs that satisfy this rule are all <0.77, which is the inverse of 1.30, the non-inferiority bound. Table 5 illustrates the $\alpha$-spending function of Hwang et al. with $\gamma=-4$ and overall $\alpha=0.001$ based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

Table 5

Hwang et al., $\alpha$-spending function $\alpha(-4,t)$ for overall 1-sided $\alpha=0.001$

| One-sided overall $\alpha$ | Time of Analysis | Fraction of Event Time | Cumulative one-sided $\alpha$ | One-sided $\alpha$ at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|---|
| 0.001 | May-2004 | 0.249 | 0.0000315 | 0.0000307 | 4.007 | 99.994 | 39 | 113 |
|  | Nov-2004 | 0.386 | 0.0000688 | 0.0000426 | 3.929 | 99.991 | 84 | 152 |
|  | May-2005 | 0.635 | 0.0002179 | 0.0001621 | 3.595 | 99.968 | 156 | 232 |
|  | Nov-2005 | 0.807 | 0.0004507 | 0.0003132 | 3.420 | 99.937 | 206 | 287 |
|  | May-2006 | 1.000 | 0.0009975 | 0.0007498 | 3.175 | 99.850 | 264 | 347 |

Any early decisions made by the ESMB for Protocol 203 regarding the CV safety of rofecoxib will be conveyed to the ESMB for VICTOR. The ESMB for Protocol 203 and the ESMB for VICTOR will need to consider the benefit-risk with respect to each individual study's respective primary chemoprevention endpoint when evaluating potential early stopping of any of the studies.

RA404.DOC VERSION 10.1 APPROVED                                          09-Jan-2004
Restricted ⊖ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015470

MK-0966 CV Outcomes Data Analysis Plan 13

Figure 1

Schematic Presentation of Early Decision Rules for the Primary Endpoint



† It is recommended that there be at least 6000 rofecoxib patients with at least 1.5 years of exposure prior to any early decision.

RA404 DOC VERSION 10.1 APPROVED 09-Jan-2004
Restricted ۞ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015471

MK-0966 CV Outcomes Data Analysis Plan                                          14

### 4. Roles and Responsibilities of the ESMB

The roles and responsibilities of the ESMB are more fully outlined in Appendix 1, *External Safety Monitoring Board Guidelines for Interim Monitoring*. As stated in these guidelines, a recommendation to modify/stop studies or make early decisions for CV analyses will not be based solely on statistical grounds. Note that early decision creates problems of interpretation of the subgroup analyses and rarer events, e.g., myocardial infarction, because the chances of numerically large hazard ratios are non-trivial because of small numbers of events. It is also important to consider whether sufficient patient-years of experience have been collected in order to assess potential differences in risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment, e.g., look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results. The combined clinical and statistical expertise of ESMB members is required for interpretation of the study data.

Appendix 2 contains a list of the members of the Steering Committee, ESMB and other committees.

### C. Blinding/Unblinding

Each of the studies is monitored by an independent ESMB. The ESMB members for APPROVe also serve on the ESMB for ViP. Hui Quan is the unblinded Merck statistician for APPROVe; Jennifer Ng is the unblinded Merck statistician for ViP and this combined CV outcomes analysis. VICTOR has a separate ESMB; no Merck statisticians interact with this ESMB.

The designated unblinded Merck statisticians will serve as non-voting members of their respective ESMBs, and for purposes of providing blinded results as requested, as consultants to their Advisory Committees. For each study, the unblinded statistician participates in making decisions about the conduct of the study and changes to the DAP prior to the first unblinding. In addition, there are blinded statisticians for each study who serve on the respective studies' Steering Committees. These individuals also participate in making decisions regarding conduct of the study and changes to the DAP after the first study unblinding. All such changes require MRL management and Steering Committee approval and will be fully documented.

The ESMBs will review and provide input to protocol amendments prior to implementation. The chairmen of the ESMBs will determine if the

RA404.DOC VERSION 10.1 APPROVED                                                    09-Jan-2004
Restricted ⊙ Confidential – Limited Access

Confidential - Subject To Protective Order

MRK-AFL0015472

amendment requires full ESMB review. Any protocol changes in which an unblinded ESMB could be biased by knowledge of study data will not be reviewed by the ESMB. Decisions will be made by the Steering Committee on a case-by-case basis.

To control for confounding by extraneous factors, patients are randomized into each treatment group using computer-generated random allocation schedules. In APPROVe, patients are stratified by chronic low-dose aspirin use (yes/no). In ViP, patients are stratified by baseline PSA level ($\leq 4$ ng/mL, $>4$ ng/mL) and chronic low-dose aspirin use (yes/no). In VICTOR, patients are stratified on trial group (2 or 5 years treatment), age of patient, site of disease (colon or rectum), disease stage (B or C), chemotherapy (yes/no), and chemotherapy type.

Treatment assignments will be merged into the analysis programs by the unblinded statistician; the database for each study will not be unblinded until its respective study completion. The results from the combined analysis will be shared with the ESMB for each of the 3 protocols. While information such as demographics, selected secondary diagnoses and prior therapies, concomitant aspirin therapy data, patient status, prime therapy records, and outcomes of CV adjudication for all potential thrombotic events will be revealed to the unblinded statistician for Protocol 203, the primary endpoint data from APPROVe (colon polyps) will be kept blinded to the statistician for this combined safety analysis (prior to the official unblinding of APPROVe).

Each of the protocols will follow the in-house blinding procedures. Study personnel, with the exception of the ESMBs and the designated unblinded MRL statisticians described above, will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). Further details on blinding and the preparation of unblinded interim analyses can be found in Appendix 1. When 611 confirmed events in patients who meet the PP criteria have been identified, the data from the 3 studies will be blinded to Merck Research personnel until in-house review of the data is complete, and all corrections relevant to the analysis have been made to the database. Any additional identification of criteria to be used to exclude patients or data points from the per-protocol analysis not included in this DAP will be made by blinded staff. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of unblinding and at each subsequent analysis, the data used for analyses may be frozen in order to insure that analyses in response to regulatory queries can be performed on the same datasets as that which was used for any regulatory submission. Unblinding of any individuals except those described here is strongly discouraged; should unblinding of additional person(s) occur, it will

Confidential – Subject To Protective Order

MRK-AFL0015473

MK-0966 CV Outcomes Data Analysis Plan                                                          16

be documented and handled according to Merck guidelines. In particular, unblinded personnel will not be permitted to provide input on patients' care or to make decisions about data cleanup and exclusion criteria, or make changes to analysis strategies.

### D. Statistical Methods

#### 1. General Approaches

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to event during the study period. These analyses will be based primarily on a Cox proportional hazards (PH) model [8] to compare survival curves between treatment groups. This model is semi-parametric and in particular assumes no parametric form for the baseline hazard; hazard functions of interest are obtained multiplicatively by covariates (including treatment group indicator). It also assumes that the predictors have the same effect on the hazard function at all time points under consideration. When the inference is mainly centered on the proportional factors (say, among treatment groups) of the hazard function, and not the baseline hazard, this model provides a more powerful approach than a full parametric model. The assumptions of proportional hazard will be verified prior to use of this model (see Section D.2.). Relative risk (i.e., the hazard rate ratio) and associated CI, will be used as the primary measure for estimating the comparative effects between treatment groups.

For the primary and secondary endpoints of confirmed thrombotic cardiovascular serious adverse events, investigator-reported cardiovascular events and confirmed myocardial infarctions, between-treatment ratios of relative risk with 95% CIs will be calculated from a Cox PH model with factors for treatment, chronic low-dose aspirin use (yes/no), and protocol. Note that chronic low-dose aspirin is assessed at randomization. Study center will not be included in the model because the number of events is expected to be very small compared to the number of patients and the number of study centers. Note that due to the lower incidence rate for individual endpoints that contribute to the primary endpoint, the 95% CIs for HR may not fall below 1.30, the noninferiority bound for the primary hypothesis. That is, consistency of the numeric HR estimates is expected; however, the associated 95% CIs falling below 1.30 are not.

Treatment effects for the primary, secondary, and other endpoints will be estimated within each protocol. The crude incidence and event rate per 100 person-years will be provided. Note that event rates per 100 person-years are not meaningful if the rate over time is not relatively constant.

Kaplan-Meier plots of cumulative rates over time will be compared and non-parametric methods such as the log-rank test will be utilized to compare the survival curves. If appropriate, i.e., if consistent results are seen across studies and not dependent on time, then the combined (across studies) survival plots will be produced. It should be noted that the Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of the study. Given the large size of this trial, sufficient numbers of patients are expected to be at risk at the end of the trial. However, in the case that there are less than 1000 patients left at risk in either the rofecoxib or placebo group, then the graphical displays and cumulative incidence estimates will be truncated at the time point at which there are still at least 1000 patients left at risk in each of the treatment groups. This pooling and truncation will not affect statistical analysis or the Cox models.

Nonparametric methods such as the log-rank test [9] will be also utilized to compare the survival curves.

Event rates will be summarized by number per 100 person-years (equivalent to percent per year) and associated 95% CIs. Time-to-first-occurrence will be used. Between-treatment differences in event rates will also be tabulated. Note that rates per 100 person years are not meaningful if the rate is not relatively constant over time.

Homogeneity of results across studies and between users and non-users of low dose aspirin will be assessed via tests of interaction in the Cox PH model. If there are significant ($p \leq 0.050$) interactions with treatment, then the nature of the interactions (qualitative versus quantitative) will be examined. Only in the event of a significant qualitative interaction (i.e., treatment effects in opposite directions) will the data be deemed not combinable. In the event of a nonsignificant qualitative interaction or a quantitative interaction of any type (significant or nonsignificant), the main treatment effect is reasonably interpreted as the effect averaged over protocol. It is anticipated that approximately 70% of the 611 events will be derived from ViP. Therefore the power to detect significant treatment-by-protocol interaction is limited.

2. **Check of Model Assumptions**

    Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance ($p > 0.050$) of this factor is not inconsistent with proportionality, i.e., constancy of treatment effect over time. The semi-parametric nature of the proportional hazards model does not require other distributional assumptions.

RA404.DOC VERSION 10.1 APPROVED                                  09-Jan-2004
Restricted ◊ Confidential – Limited Access

Confidential - Subject To Protective Order                              MRK-AFL0015475

MK-0966 CV Outcomes Data Analysis Plan                                       18

Further, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log HR within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR.

Additional diagnostic steps based on residuals and HR will be performed to examine model fitting if the previously described analyses indicate issues that warrant further assessment. For instance, assessment of the log HR over time may also be made using Schoenfeld's partial residuals [10] with respect to each covariate in the fitted model. Visual and test diagnostics of scaled Schoenfeld residuals [11; 12; 13] may be used here to study the PH assumption for the model covariates. Schoenfeld residuals are defined at event times and compute the difference between the observed covariate (treatment group indicator) and its conditional expectation from the fitted Cox PH model. If the PH assumption holds for a covariate in the Cox model, these scaled residuals when plotted over time should be randomly distributed to either side of "zero" line and should not have any discernible trend/pattern over time. Constancy of relative treatment effect over time may also be assessed for each covariate (discrete or continuous) by using the $zph$ test [13]. A $zph$ test of treatment effect (based on log-transformation) is essentially the same as testing the significance of adding treatment*log(time) as a time-dependent covariate ([13], pp. 144). Thus, a nonsignificant $zph$ test may also be used to validate proportionality assumption for associated covariate.

If the nonproportionality is large and real, various approaches may be explored to investigate the causes of nonproportionality: stratification of covariates, partition of the time axis [14; 15; 16], adding a time-dependent covariate, or using a different model. Some of these approaches are discussed with illustrations in the book by Therneau and Grambsch [13] (Sections 6.5 and Chapter 7). The choice of a non-proportional hazard model, such as a piecewise exponential model, that will be a good fit to the data may be assessed from some of the above diagnostic measures.

3. **Sensitivity and Dropout Analyses**

   Several types of sensitivity analyses will be performed as described below.

   a. **Sensitivity Analyses**

      Sensitivity analysis will be performed to assess the impact on the primary endpoint of excluding events that occur more than 14 days after study drug discontinuation from per-protocol/mITT analyses. In particular, all confirmed CV events reported within 28 days of study

RA404.DOC VERSION 10.1 APPROVED                              09-Jan-2004
Restricted ⊖ Confidential – Limited Access

Confidential – Subject To Protective Order                              MRK-AFL0015476

MK-0966 CV Outcomes Data Analysis Plan 19

drug discontinuation will be included in a sensitivity analysis. Both PP and mITT analysis will be performed by including all adjudicated events that occurred after study randomization and within 28 days of discontinuation.

If the results are not consistent with the primary analysis, then further exploratory analyses will be undertaken to understand the inconsistency.

### b. Dropouts

Since the presence of informative dropouts may cause bias in the analysis, evaluation of the dropout rates will be examined to investigate such biases. In addition to the evaluation of crude rates of discontinuation due to an AE or for any reason, survival analysis techniques will be used to assess the differences between treatment groups with respect to dropouts due to any reason other than a CV event.

The proportional hazard model as described for the primary endpoint will be used for this evaluation, i.e., treatment will be the explanatory variable and low-dose aspirin user and protocol will be the stratification variables. Survival plots for time-to-dropout by treatment will be produced.

Other exploratory sensitivity analyses may be performed if necessary. A positive outcome for a sensitivity analysis is one that yields numerical trends that do not contradict the primary analysis results. That is, 95% CIs of sensitivity analyses do not need to be less than 1.30 to demonstrate positive sensitivity analysis results. Attention should be given primarily to consistency of the magnitude of the summary statistics.

### 4. Dissemination of Results

Every effort will be made to limit the number of individuals who are unblinded prior to the public dissemination of results. Other than the ESMB, anyone who is unblinded will not be involved in any decision affecting the future conduct of the study or in decisions involving specifics of patient data. All individuals who are unblinded prematurely will be identified and sign a confidentiality agreement indicating such.

### E. Multiplicity

As noted in Section 4.A., a closed testing procedure will be employed to test noninferiority of rofecoxib to placebo and then superiority of rofecoxib to

MK-0966 CV Outcomes Data Analysis Plan                                            20

placebo with respect to confirmed, thrombotic cardiovascular SAEs. Therefore, no α-adjustment is required for multiple hypotheses. There is only one primary endpoint, confirmed thrombotic cardiovascular SAEs, and it is evaluated using an α-spending function to control for multiple looks, so no adjustment for multiple endpoints is required. Additional endpoints derived from the primary endpoint are tabulated for information purposes. There is one primary time point, the time at which 611 confirmed events, are accrued across the 3 studies combined. Formal analyses will be conducted after every approximately 25% increase in events and when each study has been completed, to obtain improved estimates of precision.

F. **Subgroup Analysis**

For selected baseline patient characteristics in which subgroups are prespecified, whether or not the effect of rofecoxib compared to placebo is consistent in the subgroups will be explored.

- Age (<65, ≥65).

- Gender (male, female): Note that since it is expected that approximately 70% of patients for the analysis will come from Protocol 201, the majority of patients in the analysis will be men.

- Aspirin indicated, or with 2 or more cardiac risk factors (prior history of hypertension, diabetes, or dyslipidemia, family history of cardiovascular disease, or current/past tobacco user) (yes/no).

- Chronic low-dose aspirin use at randomization (yes, no).

- Ethnic Group (White, Black, Asian, Other).

- Study Population (122, 145, 201).

- Study Region (U.S./Canada, Europe, Latin America, Asia, Other).

For each subgroup variable listed above, a Cox regression model will be performed for the primary endpoint and will include treatment, subgroup, and treatment-by-subgroup interaction, and stratification factors for protocol and chronic low-dose aspirin use (when not the subgroup factor of interest). It is recognized that the power to detect an interaction will be limited. For each specific comparison, it is also understood that carrying out many subgroup analyses may produce false positive results. Significant interactions will be further explored to determine whether they are qualitative or not and also whether they are consistent with other findings and make clinical sense.

It is expected that treatment efficacy should be generally similar in the subgroups indicated above; these analyses are intended to verify that. However, since many subgroups will be examined for multiple endpoints, and multiple statistical tests will be performed, results from subgroup analyses should be reviewed with great caution: It is possible that one or more "negative" (or discrepant) results will occur. In addition, when sample sizes for subgroups are small, treatment effect comparisons will not be estimated precisely: the CIs are usually much wider. It should also be noted that quantitative interactions are to be expected, and the extent of such interactions may be artifacts of the specific analysis model of treatment effects. These quantitative interactions may not be clinically important. If the test of interaction is significant, then consistency of results within logical splits of the data (such as subgroup by protocol) will be examined to assist in determining if the observed interaction is spurious.

In the event of a significant qualitative interaction, i.e., treatment effects are in opposite directions, the treatment effect will be estimated within each level of the subgroup factor and further analyses will be performed to explore the cause of the qualitative interaction. In the event of a nonsignificant qualitative or quantitative interaction of any type (significant or nonsignificant), the main treatment effect is interpreted reasonably as the effect averaged over the different levels of the subgroup factor. The significance level of 0.050 was chosen instead of any larger level for tests of interaction in order to lessen the chance of spurious results due to the large number of tests that will be performed.

Summary statistics (cases, patient years-at-risk, incidence rates, relative risk and 95% confidence interval for relative risk) will be presented within the subgroups for the primary endpoint. The subgroup analyses will be performed on the per-protocol population based on the combined data from the 3 studies. If superiority is demonstrated, then the subgroup analyses will also be performed on the mITT population.

## V. GROUND RULES FOR ANALYSIS

This section contains the list of ground rules and data handling conventions that will be used to carry out the statistical analyses. An attempt is made to anticipate possible data concerns and to pre-specify data handling conventions. It is recognized that this DAP may not have covered all possible data concerns. Blinded data reviews will be performed, and data queries found through such reviews will be handled according to the principles outlined in this DAP and will be properly documented. Data concerns found after unblinding will be handled in the same way and will be clearly noted in the study reports.

Confidential - Subject To Protective Order

MRK-AFL0015479

### A. Time of Censoring for Patients Without Events

As a rule, the primary time frame for analysis of confirmed events will include up to 14 days past study drug discontinuation. Patients lost to follow-up during this time period will be assumed event free. For interim reports to the ESMBs, the data cutoff dates will be established by the Steering Committee for Protocol 203; all patients randomized who take at least one dose of study medication and all serious thrombotic cardiovascular events adjudicated prior to these dates will be included in the analysis. The same rules will apply to additional endpoints.

### B. Definition of Baseline Value and Treatment Period

For the study endpoints that are defined as time-to-first-event, baseline value definition is not relevant. In general, baseline values for other endpoints are the last measurements obtained prior to randomization. In the calculation of event rates, the number of person-years contributed by each patient will be the number of years measured from the data of randomization to the earliest of: (1) the first occurrence of the endpoint in question or (2) the date of censoring. A year will be defined as 365¼ days.

The treatment period is defined as data collected after the randomization visit and prior to and including 14 days post end-of-study or discontinuation visit, whichever comes last.

### C. Description of Data Handling Procedures Prior to Analysis

Data will be screened before they are unblinded. Any additional identification of criteria to be used to exclude patients or data points from analyses not included in this data analysis plan will be made prior to unblinding of the official Merck database or by blinded persons. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of the official unblinding, the database will be frozen in order to ensure that analyses of data in response to regulatory queries will be performed on the same data set as that which will be used for the regulatory submission.

The unblinded Merck statistician will not be involved in data handling after her unblinding of patients' treatment assignments in order to perform the interim safety analyses for the ESMB.

Confidential - Subject To Protective Order

MRK-AFL0015480

## VI. PRESENTATION AND FORMAT OF RESULTS

### A. Data Format

1. Two decimal points for safety and efficacy responses except percentages which will be rounded to the nearest tenth. Hazard ratios and incidence rates will be reported to 2 decimal places.

2. Three decimal points for all p-values.

3. One decimal point for demographic characteristics.

4. No rounding in any intermediate data steps or analysis steps (unless it is to the, e.g., tenth decimal point for SAS computing reasons); formatting will be used in the tables.

### B. Sample CSR Tables and Graphs

Data summary displays for the major information are presented in Appendix 5. They are meant to indicate the type of information that will be presented; the exact formats and labeling conventions will be decided upon when the prototype CSR is developed.

All tables and figures will be modified according to the protocol specifics (for example appropriate time points).

## VII. DATASETS/PROGRAMS/VARIABLES

### A. Naming and Storage Conventions of Datasets, Programs, and Variables

The directory structure that will be used for storage of the data manipulation programs, data analysis programs, output tables, graphical displays, and analysis datasets is given in Table 6.

MK-0966 CV Outcomes Data Analysis Plan                                            24

Table 6

Names and Descriptions of Directories to be Used

| Folder | Description |
|---|---|
| data_analysis | Contains the data sets prepared for analysis |
| data_raw | Contains the raw data sets extracted from the database |
| macro_lib | Contains SAS macros to setup and analyze data, generate CSR tables and graphs |
| out_graphics | Contains all output graphs |
| out_listings | Contains all output listing files |
| out_logs | Contains all output log files |
| out_tables | Contains all output .rtf tables |
| pgm_adhoc | Contains SAS exploratory analysis programs |
| study_files | Contains study documentation |
| validate | Contains the validation programs, output, logs, and documents |
| utility | Contains SAS utility macro programs |

### B. Documentation/Validation of Programs

The programs for the analysis of this study will be developed according to the guidelines for good programming practices and validated following the BARDS validation SOP.

Confidential - Subject To Protective Order                                    MRK-AFL0015482

MK-0966 CV Outcomes Data Analysis Plan 25

## VIII. REFERENCES

1. Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors.

2. Hwang IK, Shih WJ, and DeCani JS. Group sequential designs using a family of Type I error probability spending functions. Stat Med 1990;9:1439-45.

3. ICH E9 Section 5.2.3.

4. Temple R, Ellenberg SS. Placebo-controlled trials and active-control trials in the evaluation of new treatments. Part 1: Ethical and Scientific Issues. Ann Intern Med 2000;133(6):459.

5. Jones B, Jarvis P, Lewis JA, Ebbutt AF. Trials to assess equivalence: the importance of rigorous methods. BMJ 1996;313:36-9.

6. Pledger G, Hall DB. Active control equivalence studies: do they address the efficacy issue? In: Peace KE, ed. Statistical Issues in Drug Research and Development. New York: Marcel Dekker. 1990;226-38.

7. Lachin JM and Foulkes MA. Evaluation of sample size and power for analyses of survival with allowance for nonuniform patient entry, losses to follow-up, noncompliance, and stratification. Biometrics 1986;42:507-19.

8. Cox DR. Regression models and life tables (with discussion). J R Stat Soc 1972;34:187-220.

9. Harrington DP and Fleming TR (1982). A class of rank test procedures for censored survival data. Biometrika 1982;69:553-66.

10. Schoenfeld D. Partial residuals for the proportional hazard regression model. Biometrika 1982;69:239-41.

11. Venables WN and Ripley BD. Modern applied statistics with S-Plus, Springer-Verlag Inc (Berlin; New York). 1994.

12. Hess K. Graphical methods for assessing violations of the proportional hazards assumption in Cox regression. Statistics in Medicine 1995;14:1707-23.

13. Therneau TM and Grambsch PM. Modeling survival data: extending the cox model. Springer, New York 2000.

14. Martink DO and Austin H. Exact estimates of a rate ratio. Epidemiology 1996;7:29-33.

Confidential - Subject To Protective Order

MRK-AFL0015483

MK-0966 CV Outcomes Data Analysis Plan 26

15. Martin DO and Austin H. An exact method for meta-analysis of case-control and follow-up studies. Epidemiology 2000;11:255-60.

16. Zelen M. The analysis of several 2x2 contingency tables. Biometrika 1971;58:129-37.

17. Wilson EB. Probable inference, the law of succession, and statistical inference. J Am Stat Assoc 1927;22:209-12.