**EXHIBIT 8**

Kyungmann Kim, Ph.D.

In re: VIOXX                    MDL DOCKET NO. 1657
PRODUCTS LIABILITY
LITIGATION              SECTION L
                JUDGE FALLON

This document relates to
                MAGISTRATE JUDGE KNOWLES
GERALD BARNETT,,
        Plaintiff,
   -vs-
MERCK & CO., INC.,
        Defendant.
   Civil Action No. 2:06CV485

= = = = = = = = = = = = = = = = = = = = = = = = = = =

CROSS NOTICED IN VARIOUS OTHER ACTIONS
        * * *
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
        * * *


                Deposition of:
                KYUNGMANN KIM, PH.D.
                Madison, Wisconsin
                June 12, 2006


        Reported by:  Taunia Northouse, RDR, CRR

Kyungmann Kim, Ph.D.

1   ever seen the statistical analysis and power
2   calculations for Study 203?
3 A I may have.
4 Q Do you know how many events were anticipated to be
5   collected during Study 203 for statistical
6   analysis?
7 A I cannot answer that question unless I see the
8   original document.
9 Q Please take a look at page "ii" of the executive
10  summary.
11 A Yes.
12 Q Do you see under Statistical Analysis and Power
13  that it was anticipated that approximately 611
14  confirmed thrombotic cardiovascular SAEs need to
15  be observed to provide 90 percent power to yield
16  an upper limit of a 95 percent CI for HR less than
17  1.30"?
18 A Well, let me read through the -- yes, uh-huh.
19 Q Now, are you aware of any other Merck study of
20  Vioxx that provided a statistical analysis and
21  power calculation for thrombotic cardiovascular
22  events?
23 A I don't think I have.
24 Q Do you intend to perform a statistical analysis of
25  the data for Protocol 203?

Kyungmann Kim, Ph.D.

| | | |
|---|---|---|
| 1 | A | No, I have no plans. |
| 2 | Q | Did you discuss doing that with Merck's lawyers? |
| 3 | A | No, I have not. |
| 4 | Q | Did they tell you that they don't want you to do it? |
| 6 | A | No. |
| 7 | Q | Do you have an intellectual curiosity as to what those results would show? |
| 9 | A | Well, ultimately, yes. |
| 10 | Q | And do you know -- I see in your report you make the statement that you believe the VICTOR study, which is one part of Protocol 203, has recently become final. That's at page 26? |
| 14 | A | Yes. |
| 15 | Q | Did Merck's lawyers tell you that VICTOR recently became final? |
| 17 | A | I believe so. |
| 18 | Q | And did the Merck lawyers tell you when they had the data on the adverse events that occurred in VICTOR? |
| 21 | A | I don't recall. |
| 22 | Q | Do you know what it was that happened in May 2006 that was any different from the data necessary to analyze the relative risk of thrombotic events in Protocol 203 in November 2005, for example? |

Kyungmann Kim, Ph.D.

1     the relative risk, APPROVe relative risk was 3.5.

2  Q  And have you ever seen the Kaplan-Meier cumulative

3     incidence curve of the events in the VICTOR trial?

4  A  I may have, but I don't recall.

5  Q  Now, with respect to Professor Jewell's analysis

6     of Vioxx data from the APPROVe, VICTOR, and VIP

7     studies Protocol 203 marked as Kim Exhibit 6, do

8     you have any knowledge as to whether Dr. Jewell

9     used something other than the final adverse event

10     data?

11  A  First of all, I find the document very difficult

12     to comprehend, and then I noted when I was

13     reviewing the document that this study does not

14     provide the primary analysis result.  What I see

15     is a snippet of various risks from the stated

16     cardiovascular endpoints of the Study 203.  So I

17     see this report as very incomplete.

18           MR. ARBITBLIT:  I'll move to strike

19      as nonresponsive.

20  Q  Do you know whether Dr. Jewell had the final

21     adverse event data when he prepared the analysis

22     in Exhibit 6?

23  A  I cannot answer that question affirmatively or

24     negatively.

25  Q  Do you know whether all confirmed cardiac events

Kyungmann Kim, Ph.D.

1    was a prespecified endpoint in the Study 203 data

2    analysis plan?

3  A  According to the Exhibit 7 you showed me, that

4    appears to be the primary endpoint.

5          MR. MORTARA: I now object to the

6    form of the question. I think it was

7    confusing, Don.

8          MR. ARBITBLIT: Keep your objection

9    in your pocket, counsel.

10         MR. MORTARA: This is exactly like

11    the APPROVe extension, so please come to me

12    on this one. There's a confusion on the

13    question. I just want you to get it right.

14    I won't tell you what I think the confusion

15    is. Just get it right.

16         MR. ARBITBLIT: All right, okay.

17  Q  Doctor, take a look at page 5 of Exhibit 7, the

18    Protocol 203 data analysis plan. Do you see the

19    list of other endpoints there?

20  A  Yes. I see a sort of laundry list of endpoints.

21  Q  And do you see that they all fall under the

22    heading on page 4, Endpoints for Analysis?

23  A  Yes. But it states that, "The primary endpoint

24    will be confirmed thrombotic cardiovascular

25    adverse experience as defined by the CGO

Kyungmann Kim, Ph.D.

1      publication SOP."

2   Q   And you'd like to see that analysis, wouldn't you?

3   A   I would like to see that.

4   Q   But you don't plan to do it yourself?

5   A   When I signed up to work with Mr. Mortara, data

6       analysis is not in the picture. I have no time

7       for that. And I trust the people who does

8       analysis.

9               MR. MORTARA: Mr. Arbitblit, I have

10          a delayed argumentative objection to "and

11          you'd like to see that analysis, wouldn't

12          you"?

13  Q   Now, you trust the people who do the analysis?

14  A   Right.

15  Q   But they haven't done the analysis, have they?

16  A   Why hasn't Dr. Jewell done the analysis? I'm

17      curious. He appears to have access to the data.

18  Q   Would you like to see the analysis of the full

19      data, Doctor?

20  A   Well, my question is why Dr. Jewell did not

21      produce the entire analysis, just sort of a --

22      parts of the endpoints. That was my question when

23      I looked at this report.

24  Q   Now, do you agree that endpoints for analysis as

25      listed at page 4 going over to page 5 of the

Kyungmann Kim, Ph.D.

|   |   |   |
|---|---|---|
| 1 |   | Protocol 203 data analysis plan includes all |
| 2 |   | confirmed cardiac events? |
| 3 | A | It states so. |
| 4 | Q | And does Dr. Jewell's analysis state that it |
| 5 |   | considers the cardiac events? |
| 6 | A | Let me take a look at them. It states that it |
| 7 |   | includes only cardiac events. |
| 8 | Q | Now, do you see that the Kaplan-Meier plots of |
| 9 |   | cumulative rates over time will be compared? |
| 10 |   | Language appears at page 17 of the Protocol 203 |
| 11 |   | analysis. |
| 12 | A | Would you please be more specific about the |
| 13 |   | clause. |
| 14 | Q | Page 17 at the top. |
| 15 | A | At the top. |
| 16 | Q | Of the Protocol 203 data analysis plan states that |
| 17 |   | Kaplan-Meier plots of cumulative rates over time |
| 18 |   | will be compared. Do you see that? |
| 19 | A | Yes, I do. |
| 20 | Q | To the best of your knowledge, has Merck ever |
| 21 |   | prepared Kaplan-Meier plots of cumulative rates |
| 22 |   | over time for any endpoint prespecified in |
| 23 |   | Study 203? |
| 24 |   | MR. MORTARA: Object to the form of |
| 25 |   | the question, calculation for speculation. |

Kyungmann Kim, Ph.D.

1  Q  I asked for your knowledge, sir.

2         MR. MORTARA:  I'll withdraw the

3     objection, Don.

4  A  I haven't seen one yet.  But as my report

5     indicates -- where is that -- I read from page 26

6     of my report regarding VICTOR study, and "I

7     understand that the study data has recently become

8     final and I will update my report as necessary to

9     reflect the final data."  And I have yet to see

10    the final data.

11 Q  And what do you mean by updating your report as

12    necessary to reflect the final data?

13 A  My understanding is that this report to the FDA

14    was a preliminary.

15 Q  Well, do you mean to say that you plan to update

16    your report to include the Kaplan-Meier plots of

17    cumulative rates over time for the primary

18    endpoint of thrombotic events in Protocol 203?

19 A  Not specifically for Kaplan-Meier, but general

20    information about the cardiovascular safety

21    adverse events.

22 Q  Now, take a look at page "iii" of the Protocol 203

23    data analysis plan.

24 A  Yes.

25 Q  The third paragraph where it says, "Analytical and