**EXHIBIT 9**

Protocol 145 (VICTOR) Memo

MRK-I8940096438

## MRL MEMO

SUBJECT:   Overview of Cardiovascular Events in the VICTOR Study
(Reports Received by Merck as of 31-May-2005)

Attached please find a tabulation of cardiovascular events from the VICTOR study. All events reported to Merck Research Laboratories (MRL) by Oxford University as of 31-May-2005 that qualified for adjudication under the Cardiovascular Standard Operating Procedure are included in this tabulation. One additional event reported by Oxford since that time is not included in the analysis but will be included in any final analyses. It should be noted that the design of the study calls for visits at yearly intervals. Thus, there is potential for additional events to be reported for the on-drug portion of the study, as yearly follow-up for the primary endpoint of mortality is continuing.

Due to the voluntary withdrawal of VIOXX® from the market, investigators were instructed to terminate dosing in the study on 30-Sept-2004. Investigators were unblinded to treatment assignment on 1-Oct-2004.

Based on relatively few events, there was a difference in the rates of confirmed thrombotic and APTC events in favor of placebo, consistent with the summary of events based on the data available in February 2005. Because the study was unblinded in October 2004, there is potential for differential reporting of events. It is notable, in this regard, that the 4 events reported after 1-Oct-2004 occurred in patients treated with rofecoxib. It is not possible to draw scientifically meaningful conclusions based on these small amounts of data from a prematurely terminated study.

MRL MEMO

SUBJECT:   Summary of Cardiovascular Events in the VICTOR Study
(VIOXX Protocol 145)

**Objective:** This memo summarizes the cardiovascular (CV) safety data from the VICTOR Study (VIOXX Protocol 145) that were reported by Oxford University to Merck Research Laboratory (MRL) on or before May 31, 2005.

**Study Design:** This was an international, multicentre, Phase III, randomised, double-blind, placebo-controlled trial of VIOXX® 25 mg versus placebo. The study was designed to have patients randomized to VIOXX® 25 mg with either 2 years or 5 years treatment duration, and placebo with 2 years or 5 years treatment duration of therapy with randomization in equal proportions.

**Data and Populations:** Due to the voluntary withdrawal of VIOXX® from the market in September 2004, dosing in this study was terminated early. The study was unblinded on October 1, 2004. As confirmed by the University of Oxford, at the time of study termination, 2434 patients had been randomized into the study (1217 patients to placebo and 1217 patients to rofecoxib 25 mg) out of 7000 planned (See memo in Appendix 1). All CV events recorded by University of Oxford and received by MRL as of May 31, 2005 are reported in this memo.

**Endpoints:**

- Thrombotic Cardiovascular Serious Adverse Experience (TCVSAE)
- Antiplatelet Trialists' Collaboration (APTC) combined endpoint

**Results:**

The proportions of patients with TCVSAE and APTC events while on treatment or within 14 days after the last dose of study medication are tabulated in Table 1 and Table 2, respectively. The details of all investigator-reported potentially thrombotic CV events reported by Oxford University to MRL prior to and after the study unblinding date, October 1, 2004, and up to May 31, 2005 are listed in Table 3.

1
Final, July 28, 2005


## Table 1

### Summary of Confirmed Thrombotic Cardiovascular Serious AEs by Class of Terms
### Rofecoxib 25 mg vs. Placebo
### Events on Treatment or Within 14 Days After Last Dose of Study Medication

| Category | Placebo (N=1217) n (%)[†] | Rofecoxib 25 mg (N=1217) n (%)[†] |
|---|---|---|
| Total number of patients with TCVSAE[*] Endpoint | 4 (0.33) | 14 (1.15) |
| Cardiac Events | 2 (0.16) | 8 (0.66) |
| Acute myocardial infarction | 0 (0.00) | 3 (0.25) |
| Fatal acute myocardial infarction | 0 (0.00) | 3 (0.25) |
| Unstable angina pectoris | 1 (0.08) | 1 (0.08) |
| Sudden cardiac death | 1 (0.08) | 1 (0.08) |
| Peripheral Vascular Events | 1 (0.08) | 2 (0.16) |
| Pulmonary embolism | 1 (0.08) | 1 (0.08) |
| Peripheral venous thrombosis | 0 (0.00) | 1 (0.08) |
| Cerebrovascular Events | 1 (0.08) | 5 (0.41) |
| Ischemic cerebrovascular stroke | 1 (0.08) | 3 (0.25) |
| Transient ischemic attack | 0 (0.00) | 2 (0.16) |

Note: Patients with multiple events may be counted more than once in different categories but only once within a category.
[*] TCVSAE = Confirmed Thrombotic Cardiovascular Serious Adverse Experience.
[†] Crude incidence (n/N×100)

MRK-I6940096441

Table 2

Summary of APTC by Class of Terms
Rofecoxib 25 mg vs. Placebo
Events on Treatment or Within 14 Days After Last Dose of Study Medication

| Category | Placebo (N=1217) n (%)[†] | Rofecoxib 25 mg (N=1217) n (%)[†] |
|---|---|---|
| Total number of patients with APTC[*] Endpoint | 3 (0.25) | 9 (0.74) |
| Cardiac Events | 1 (0.08) | 7 (0.58) |
| Acute myocardial infarction | 0 (0.00) | 3 (0.25) |
| Fatal acute myocardial infarction | 0 (0.00) | 3 (0.25) |
| Sudden cardiac death | 1 (0.08) | 1 (0.08) |
| Cerebrovascular Events | 1 (0.08) | 3 (0.25) |
| Ischemic cerebrovascular stroke | 1 (0.08) | 3 (0.25) |
| Other Events | 1 (0.08) | 0 (0.00) |
| Fatal vascular rupture | 1 (0.08) | 0 (0.00) |

Note: Patients with multiple events may be counted more than once in different categories but only once within a category.
[*] APTC = Antiplatelet Trialists' Collaboration.
[†] Crude incidence (n/N×100)



3
Final, July 28, 2005

MRK-I8940096442

Table 3

Listing of All Investigator-Reported Potentially Thrombotic CV Events Provided to MRL by 31-May-2005

| Case ID | AN | Treatment | Date of Randomization | Date of Event | Relday of Event | Date Reported | CV Event Term | APTC Event | TCVSAE Event |
|---|---|---|---|---|---|---|---|---|---|
| Events Reported Prior to Study Unblinding, October 1, 2004 | | | | | | | | | |
| 949 | 10416 | Placebo | 01/24/2003 | 05/05/2003 | 102 | 06/09/2003 | Unstable angina pectoris | N | Y |
| 4015 | 10597 | Placebo | 04/03/2003 | 09/03/2004 | 520 | 09/10/2004 | Ischemic cerebrovascular stroke | Y | Y |
| 3642 | 11065 | Placebo | 09/17/2003 | 03/17/2004 | 183 | 03/19/2004 | Sudden cardiac death | Y | Y |
| 3969 | 11366 | Placebo | 12/15/2003 | 07/02/2004 | 201 | 07/02/2004 | Loss of consciousness, Disorientation, Vomiting, Syncope | N | N |
| 4073 | 12042 | Placebo | 06/15/2004 | 09/07/2004 | 85 | 09/30/2004 | Pulmonary embolism | N | Y |
| 3997 | 12094 | Placebo | 07/02/2004 | 08/26/2004 | 56 | 09/01/2004 | Other event | Y | N |
| 979 | 10021 | Rofecoxib 25 mg | 05/22/2002 | 11/14/2003 | 542 | 11/17/2003 | Fatal acute myocardial infarction | Y | Y |
| 902 | 10125 | Rofecoxib 25 mg | 08/19/2002 | 01/17/2003 | 152 | 01/24/2003 | Myocardial ischemia | N | N |
| 967 | 10137 | Rofecoxib 25 mg | 09/02/2002 | 08/24/2003 | 357 | 09/04/2003 | Acute myocardial infarction | Y | Y |
| 961 | 10141 | Rofecoxib 25 mg | 09/03/2002 | 08/14/2003 | 346 | 08/15/2003 | Acute myocardial infarction | Y | Y |
| 4336 | 10165 | Rofecoxib 25 mg | 09/16/2002 | 11/10/2003 | 421 | 11/18/2003 | Oesophageal carcinoma | N | N |
| 4422 | | Rofecoxib 25 mg | 09/16/2002 | 12/09/2003 | 450 | 11/19/2003 | Fatal acute myocardial infarction | Y | Y |
| 978 | 10216 | Rofecoxib 25 mg | 10/21/2002 | 10/30/2003 | 375 | 11/04/2003 | Transient ischemic attack | N | Y |
| 3971 | 10399 | Rofecoxib 25 mg | 01/21/2003 | 08/08/2004 | 566 | 08/10/2004 | Myocardial ischaemia | N | N |
| 3677 | 10560 | Rofecoxib 25 mg | 03/21/2003 | 10/16/2003 | 210 | 03/31/2004 | Alveolitis fibrosing | N | N |
| 971 | 10635 | Rofecoxib 25 mg | 04/15/2003 | 09/08/2003 | 147 | 09/30/2003 | Peripheral venous thrombosis | N | Y |
| 974 | 10904 | Rofecoxib 25 mg | 07/24/2003 | 10/07/2003 | 76 | 10/14/2003 | Pulmonary embolism | N | Y |
| 3580 | 11364 | Rofecoxib 25 mg | 12/15/2003 | 01/31/2004 | 48 | 02/19/2004 | Transient ischaemic attack | N | N |
| 991 | 11369 | Rofecoxib 25 mg | 12/16/2003 | 01/11/2004 | 27 | 01/15/2004 | Ischemic cerebrovascular stroke | Y | Y |
| 4143 | 11481 | Rofecoxib 25 mg | 01/20/2004 | 07/05/2004 | 168 | 07/26/2004 | Transient ischaemic attack | N | N |



4
Final, July 28, 2005

MRK-I8940096443

| 3653 | 11563 | Rofecoxib 25 mg | 02/06/2004 | 02/24/2004 | 19 | 03/23/2004 | Ischemic cerebrovascular stroke | Y | Y |
|---|---|---|---|---|---|---|---|---|---|
| 3654 | | Rofecoxib 25 mg | 02/06/2004 | 02/28/2004 | 23 | 03/23/2004 | Fatal acute myocardial infarction | Y* | Y* |
| 3861 | 11783 | Rofecoxib 25 mg | 04/07/2004 | 04/28/2004 | 22 | 06/28/2004 | Unstable angina pectoris | N | Y |
| 3973 | 12082 | Rofecoxib 25 mg | 06/28/2004 | 07/30/2004 | 33 | 08/17/2004 | Sudden cardiac death | Y | Y |
| Events Reported After Study Unblinding, October 1, 2004 | | | | | | | | | |
| 4605 | 10275 | Rofecoxib 25 mg | 11/20/2002 | 10/07/2004 | 688* | 05/09/2005 | Cardiac arrest | N | N |
| 4587 | 10384 | Rofecoxib 25 mg | 01/15/2003 | 05/11/2004 | 483 | 04/22/2005 | Acute myocardial infarction | Y | Y |
| 4183 | 11962 | Rofecoxib 25 mg | 05/27/2004 | 08/27/2004 | 93 | 11/03/2004 | Transient ischemic attack | N | Y |
| 4095 | 12049 | Rofecoxib 25 mg | 06/16/2004 | 10/04/2004 | 111 | 10/05/2004 | Ischemic cerebrovascular stroke | Y | Y |

* Both events for this patient are reflected in Tables 1 and 2.
§ Relday = days on study medication since the start of study.

5
Final, July 28, 2005

MRK-18940096444

Appendix



Oncology Clinical Trials Office

# Memorandum

To: Maureen Kashuba                    From: Francesca Duchesne

Date: 27-Apr-2005


Dear Maureen,

Please accept this memo as confirmation that the total number of patients randomised to the VICTOR Trial is 2434. There were 1217 patients randomised into the placebo arm, and 1217 Patients randomised into the Rofecoxib/Vioxx arm.

Kind regards,


Francesca Duchesne

(Clinical Trials Administrator)

6
Final, July 28, 2005

MRK-18940096445