# EXHIBIT 10

1

UNITED STATES OF AMERICA

+ + + + +

DEPARTMENT OF HEALTH AND HUMAN SERVICES

+ + + + +

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

ARTHRITIS ADVISORY COMMITTEE

+ + + + +

REVIEW OF NDA #21-042

VIOXX™ (ROFECOXIB) MERCK RESEARCH LABORATORIES

+ + + + +

TUESDAY

APRIL 20, 1999

The meeting was held in the Whetstone Room at the Holiday Inn Gaithersburg, 2 Montgomery Village Avenue, Gaithersburg, Maryland, at 8:00 a.m., Dr. Steven Abramson, Chair of the Committee, presiding.

PRESENT:

STEVEN B. ABRAMSON, M.D.          Chair

DANIEL J. LOVELL, M.D.,Ph.D.      Member

JANET D. ELASHOFF, Ph.D.          Member

LEONA M. MALONE                   Member

FRANK PUCINO, Jr., Pharm.D.       Member

DR. JOHNSON:  Yes, and there were at least six non-steroidals discussed at that point.  And this data came from pooled analyses of NDA trials.  They only had 3-month on placebo, and they had up to six to 12 months on whatever non-steroidal it was.

And they were typically people who fulfilled a -- there was not a heavy-duty use of endoscopy at that point in time.  These were clinical diagnoses, in general.  And there were confidence intervals for the cumulative risks at six months and 12 months and there was a substantial amount of overlap, which is what led to the writing of the label in the first place.  Unfortunately, I think it's a different era.

CHAIRMAN ABRAMSON:  All right.

DR. LANGMAN:  Michael Langman, Birmingham, England.  I think the importance of this analysis is that without doing it and without the combination, you get no data.  Secondly, an effort was made to exclude surveyance ulcers -- deliberate effort was made to get rid of them.

Now, it may not have been successful or it may have been successful, but that was pre-specified.  And an attempt was then made to concentrate on those who had symptomatic ulcer and complications because of

awareness that there were problems through a series of sensitivity analyses; which happened to come up with the same answer.

Why does one concentrate on this?  Well, in my country there are hundreds of deaths a year, in you all's there are thousands, from NSAIDs complication.  It is the critical issue and if we have information that bears upon it, I have a feeling as of somebody with an interest in public health, it's our duty to make it known by some appropriate means.

If we don't believe the information is any good that's different.  I happen to believe it is.

DR. GOLDMAN:   Dr. Abramson, just for clarification, NSAID -- I think the agency said this, but -- the NSAID warning has to do with ulcers, not obstructions.  So what was always on the label in the template is perforations, ulcers, or bleeds.

Only recently has it been requested that you also look at obstructions which are very difficult to, obviously because they're so rare -- as defined as complications.  So the template and the numbers you see are all reference to PUBs, not POBs.

CHAIRMAN ABRAMSON:   I'll need some help from Dr. Delap, but as I recall when last we discussed this, both in an advisory meeting not over a drug, and