John W. Farquhar, M.D.

1  MR. ARBITBLIT: Object to form.
2  THE WITNESS: I'm trying to elevate the
3  respect for Professor Jewell.
4  BY MR. MORTARA:
5  Q   Dr. Farquhar, do you agree or disagree
6  that "Post hoc subgroup analyses undertaken because
7  of an intriguing trend seen in the results or
8  selective reporting of certain subgroup analyses can
9  be especially misleading"?
10  MR. ARBITBLIT: Object to form.
11  THE WITNESS: I propose that that question
12  be asked for Professor Jewell and put into the
13  context of the APPROVe study and the specific
14  analyses that he and I performed.
15  BY MR. MORTARA:
16  Q   You can't answer that question, correct?
17  MR. ARBITBLIT: Object to form. Asked and
18  answered many times.
19  BY MR. MORTARA:
20  Q   You propose that I ask that question of
21  Professor Jewell at trial in front of the jury,
22  correct?
23  MR. ARBITBLIT: Object to form.
24  THE WITNESS: I don't have any proposals
25  for what happens at a jury trial.

John W. Farquhar, M.D.

1  BY MR. MORTARA:

2     Q    Do you understand Professor Lagakos'
3  essay?

4         MR. ARBITBLIT:  Object to form.  Asked and
5  answered.

6         THE WITNESS:  Boy.  I've given you my
7  answers about Lagakos and Jewell.

8  BY MR. MORTARA:

9     Q    Are you qualified to read and interpret
10 what Professor Lagakos has written here about p for
11 significant interaction?

12    A    I've answered that.  Professor Jewell
13 would need to read this article in the context of
14 the APPROVe study and the analyses that he has done.

15    Q    Can you --

16    A    I don't -- I do not plan to give any more
17 opinions about Lagakos.  Lagakos is trumped by
18 Jewell.

19    Q    Do you have any basis for why Lagakos is
20 trumped by Jewell, other than your esteem for
21 Professor Jewell?

22        MR. ARBITBLIT:  Object to form.

23        THE WITNESS:  Well, I don't have the
24 details, but it was last year or the year before
25 that Jewell was given an honor by the American

John W. Farquhar, M.D.

1    Statistical Society or some similar group, and
2    whatever that honor was, it's an honor that I
3    presume that Lagakos has not had, and to answer your
4    question, I have great esteem for Jewell.
5           You know, there's competition between
6    Stanford and UC Berkeley, but occasionally we find
7    somebody at Berkeley who is held in very high
8    esteem, and that's where I hold Jewell.
9        Q   You agree, at least, that Professor Jewell
10   and Professor Lagakos appear to you to disagree on
11   the issue of the proper p-value to set for
12   interaction in subgroup analysis?
13          MR. ARBITBLIT: Object to form.
14          THE WITNESS: No, I really can't answer
15   that, because I've said that this article has to be
16   seen in the context of the specific analyses that
17   we've done on the APPROVe study. And unless that is
18   done, it's just -- you can't draw any conclusions
19   about the Lagakos article in respect to what we have
20   done.
21   BY MR. MORTARA:
22       Q   Dr. Farquhar, could you go back to Exhibit
23   7. Turn to the first page.
24       A   Mm-hmm.
25       Q   Earlier you said that you believe

Page 152

Golkow Litigation Technologies - 1.877.DEPS.USA

John W. Farquhar, M.D.

1  naproxen to COX-2 inhibitors?
2          MR. ARBITBLIT: Object to form.
3          THE WITNESS: "Randomized control trials,
4  recent meta-analyses implying the presence of more
5  than one such randomized trial comparing naproxen to
6  all other NSAIDs or only to COX-2" --
7  BY MR. MORTARA:
8      Q    Any COX-2 inhibitor.
9      A    I haven't seen any recent meta-analyses of
10 that sort.
11         MR. MORTARA: We'll take a break.
12         THE VIDEOGRAPHER: This concludes Tape 2.
13 We're going off the record. The time is 2:14.
14                (A brief recess was taken.)
15         THE VIDEOGRAPHER: Here begins Tape 3 in
16 the deposition of John W. Farquhar. On the record,
17 the time is 2:30.
18 BY MR. MORTARA:
19     Q    Dr. Farquhar, you've brought some
20 documents. Do you have something to say?
21     A    Yes. During the break, we had a memory
22 jog episode, and namely, I was reminded that I have
23 in fact seen the adverse event report. And I don't
24 know whether to have any weak excuses or just to say
25 I forgot that I had them.

John W. Farquhar, M.D.

1  In a certain sense, I guess I was thrown
2  off because this was a new creation, but
3  Mr. Arbitblit is very assiduous in showing me
4  everything that has appeared on the record, and so
5  what I've done is retrieved the two hypertensives.
6  And I also want to add that we can
7  recalculate at 28 if that's, you know, the final
8  opinion. And we'll end up with very closely similar
9  results.
10  Q   It's now your testimony that these two
11  patients did not, in fact, have baseline
12  hypertension, correct?
13        MR. ARBITBLIT: Object to form.
14        THE WITNESS: No. No. I'm testifying
15  that one of them was aspirin-indicated, which means
16  that baseline -- that person had whatever you need
17  to become aspirin-indicated, so that could have been
18  hypertension plus something else, or it could have
19  been evidence of prior heart attack. That, I can't
20  tell from the record. But I take ASA-indicated to
21  mean a baseline risk factor.
22  BY MR. MORTARA:
23  Q   You testified earlier that
24  aspirin-indicated was the same, the exact same, as
25  history of symptomatic ASCVD. Do you remember that?

John W. Farquhar, M.D.

1   MR. ARBITBLIT: Objection to form.
2   Mischaracterizes the testimony. He said within the
3   APPROVe definitions, Counsel.
4   BY MR. MORTARA:
5       Q   With that clarification, you testified
6   earlier that within the APPROVe definitions, history
7   of symptomatic ASCVD is exactly the same as
8   aspirin-indicated, correct?
9       A   Yes, that's what I understand from what
10  happened in APPROVe. They first called it
11  aspirin-indicated and then changed it to increased
12  cardiovascular risk.
13          MR. MORTARA: I'm going to mark these two
14  adverse event reports as Exhibits 9 and 10 and ask
15  you to point out on Exhibit 9 what it is that makes
16  patient 91512 having two or more cardiovascular risk
17  factors.
18                  (Exhibit Nos. 9 and 10 were
19                  marked for identification.)
20  BY MR. MORTARA:
21      Q   Understanding the patient has diabetes,
22  please point out what other risk factor the person
23  had at baseline.
24      A   The basis for that, in reading the entire
25  record, the individual had congestive heart failure

Page 167

Golkow Litigation Technologies - 1.877.DEPS.USA

John W. Farquhar, M.D.

1   and he had a -- he had an age-indeterminant
2   myocardial infarction and -- well, just to pause,
3   I'm going to mention another thing.
4           Having congestive heart failure is, as the
5   Framingham study has shown, the result either of one
6   or more previous heart attacks earlier in the
7   patient's life or long-standing hypertension.
8           In fact, the most common cause of
9   congestive failure was long-standing previous
10  hypertension not found at the time that they are
11  diagnosed with congestive failure.
12          So there's another note here about blood
13  pressure being 150 over 70, and it was called
14  normal, but I don't consider that, and most people
15  don't consider 150 to be normal. The diastolic was.
16          So I guess I will highlight the congestive
17  heart failure and the age-indeterminant myocardial
18  infarction. So what I'm doing with this diabetic is
19  saying an age-indeterminant myocardial infarction, a
20  blood pressure reading of 150 over 70, and
21  congestive heart failure, was more than enough to
22  convince me that he has an additional risk factor
23  over and above diabetes, for the reasons that I
24  gave.
25          Congestive heart failure usually means

John W. Farquhar, M.D.

1  years of antecedent hypertension. So that's that
2  one.
3    Q    Nevertheless, this patient was not
4  recorded as having baseline hypertension in the
5  APPROVe study, was he?
6    A    Well, give that back.
7        MR. ARBITBLIT:  I have a copy for you,
8  Counsel.
9        THE WITNESS:  I'm afraid that --
10       MR. MORTARA:  91512.  Can I have the other
11  one as well, please.
12       MR. ARBITBLIT:  Sure.
13       THE WITNESS:  So returning to this
14  gentleman, I do not, from this record, have evidence
15  that he had baseline hypertension, other than
16  knowing that he has congestive failure tells me that
17  he has had antecedent determinants of congestive
18  heart failure and that those take quite some time to
19  result in congestive failure.  Congestive failure is
20  in hypertensives, you know, may require 20 or 30
21  years of hypertension.
22       The second is the age-determinant
23  myocardial infarction.  Now, if it were
24  age-determined, one could exclude that the
25  myocardial infarction happened after Vioxx, but I

John W. Farquhar, M.D.

1   BY MR. MORTARA:
2       Q    Dr. Farquhar, since your October 2005
3   deposition, have you given any testimony in trial?
4       A    I have not.
5            MR. MORTARA:  No more questions.
6
7                         EXAMINATION
8   BY MR. ARBITBLIT:
9       Q    Dr. Farquhar, I have just a couple of
10  questions for you.  With regard to Table 28 and
11  looking at the heading of Table 28 in the
12  Cardiovascular Safety Report that's been marked
13  as -- what exhibit is that?
14           MR. MORTARA:  Seventeen.
15  BY MR. ARBITBLIT:
16      Q    Exhibit 17, can you just read that title
17  into the record?
18      A    "List of Cardiovascular Adverse
19  Experiences or Deaths Eligible for Adjudication and
20  the Adjudication Outcome Events 28 Days After the
21  Last Dose of Study Therapy."
22      Q    Does the word "more than 28 days" appear
23  in that title?
24      A    No.
25      Q    When you looked at that table, did you

John W. Farquhar, M.D.

1  understand the events you were looking at to be, to
2  have occurred less than 28 days --
3      A    Yes.
4      Q    And did you subsequently review documents
5  showing that the events had occurred more than 28
6  days after stopping the drug?
7      A    Yes.
8      Q    And is that the reason why you withdrew
9  paragraphs 32 and 33 from your report?
10     A    Yes. What I'd said is the modified ITT
11 and the uncertainty of the duration of that was new
12 information and it was sufficient to want to have
13 those paragraphs removed.
14          And for the record, I would like that to
15 be accepted as my statement and that one is allowed
16 to remove paragraphs and have the new modified
17 supplement to be considered the important supplement
18 that represents my views.
19     Q    Now, Doctor, is it correct that an
20 intention to treat analysis does consider events
21 that happen off drug and on drug?
22     A    Yes, it does.
23     Q    And were the events listed in Table 28
24 available to Merck in February 2005?
25     A    The date of the Cardiac Safety Report is

John W. Farquhar, M.D.

1  not given.

2  Q    If those data were available to Merck in
3  January 2005, is it correct that a true intention to
4  treat analysis would have included the six events
5  that you mentioned in paragraphs 32 and 33 of your
6  May 22nd report?

7  A    That should include all of these events,
8  yes.

9  Q    And would an ITT analysis, as of that
10 time, have shown four additional events that had
11 occurred less than 18 months after the study's start
12 as you stated in Paragraph 33 of your May 22nd, 2006
13 report?

14 A    Yes.

15 Q    Would those four events have contributed
16 to an earlier separation of the incidence curve for
17 Vioxx being above placebo during the first 18 months
18 if an ITT analysis had been presented in
19 February 2005 with those data?

20 A    It is likely, and that's one of the
21 reasons that the modified figure that was presented
22 as part of the -- excuse me -- as part of the
23 continuation study showed earlier separation and a
24 different -- a different result of looking for
25 proportionality.

John W. Farquhar, M.D.

1    So the whole question of events, when they
2    occurred and when they were counted, is germane and
3    this is something that still needs more inspection.
4    Q    Now, Doctor, please take a look at your
5    September 26th, 2005 report.
6         Did you testify earlier that you were not
7    familiar with randomized clinical trial evidence
8    comparing Vioxx to ibuprofen?
9         MR. MORTARA:   Objection.  Misstates his
10   prior testimony.
11   BY MR. ARBITBLIT:
12   Q    Do you recall that testimony?
13   A    If someone tells me that benazepril is
14   ibuprofen, then I'm in trouble.
15   Q    Doctor, could you please -- I'll withdraw
16   the question.
17   A    Okay.
18   Q    Looking at Paragraph 138 of your expert
19   report of September 26th, 2005, did you report on
20   Protocol 54, the ACE inhibitor study conducted by
21   Merck between July 1997 and February 1998?
22   A    Oh, yes, I did.
23   Q    And did that study -- was that a
24   randomized clinical trial?
25   A    Yes, it was.

John W. Farquhar, M.D.

1   Q    Was Vioxx worse for hypertension than
2   Indomethacin in Protocol 54?
3   A    Yes.
4   Q    Now, please take a look at Paragraph 141,
5   at page 61 of your September 26th, 2005 report. Did
6   you analyze -- did you review the data from Protocol
7   029-30/40 in your September 26th, 2005 report?
8   A    Yes, I did.
9   Q    Was that a randomized clinical trial?
10  A    Yes, it was.
11  Q    And was hypertension worse for Vioxx than
12  for diclofenac in Protocol 029-30/40?
13  A    It was.
14  Q    Please take a look at Paragraph 142 on the
15  next page.
16       Did you review the results of Protocol 045
17  in your report?
18  A    Yes, I did.
19  Q    And was --
20  A    Ibuprofen.
21  Q    Was Vioxx worse than ibuprofen for
22  hypertension in Protocol 045?
23  A    Yes. Two to four times the rate.
24  Q    And that 25-milligram dose was the life
25  table rate for Vioxx 10.5 percent versus 3.9 percent

John W. Farquhar, M.D.

1  for ibuprofen?

2      A   Yes. And at 50, it was higher.

3      Q   Please take a look at Paragraph 150 of
4  your report. At page 67. Did you review the
5  results of Protocol 112 which are referred to in
6  that paragraph?

7      A   Yes.

8      Q   And in 2001, did Merck conduct a
9  head-to-head trial of Vioxx versus celebrex and
10 placebo known as Protocol 112?

11     A   Yes.

12     Q   And did Vioxx have statistically
13 significantly worse hypertension exceeding
14 predefined limits of change than Celebrex in that
15 study?

16     A   Yes, it did.

17     Q   Were the doses used in that study 12.5
18 milligrams and 25 milligrams of Vioxx?

19     A   Correct.

20     (Reporter interruption.)

21 BY MR. ARBITBLIT:

22     Q   12.5 and 25 milligrams of Vioxx versus
23 Celebrex, 200 milligrams?

24     A   Yes.

25     Q   Look at 148 and 149 of your report at

John W. Farquhar, M.D.

1  pages 66 and 67. Did you review an article by
2  Sowers, S-o-w-e-r-s?
3      A    Yes, Sowers, comparing celebrex and
4  naproxen to Vioxx, yes.
5      Q    And was Vioxx worse than celebrex and
6  naproxen for hypertension in the Sowers study?
7      A    It was.
8      Q    Please take a look at Paragraph 146 of
9  your report at page 64, and underneath the figure,
10 Figure 4, could you read the statement that you
11 wrote at that time?
12     A    "Perhaps the most striking evidence of the
13 hypertension" --
14     Q    I'm sorry. I was referring to underneath
15 the figure.
16     A    Oh, "Vioxx appears to be the most
17 hypertensive drug ever marketed for patients with
18 chronic disease, and its effects on blood pressure
19 contributed to the excess MIs and strokes that it
20 caused. It is also plausible that the excess
21 hypertension caused damage to cerebral blood
22 vessels, which may have contributed to the
23 significant increases in Alzheimer's disease among
24 the Vioxx patients in these studies."
25          I had mentioned that earlier as far as

John W. Farquhar, M.D.

1  vascular dementia.

2      Q   With respect to the first sentence that
3  you read, you state that "Vioxx appears to be the
4  most hypertensive drug ever marketed for patients
5  with chronic disease"; is that right?

6      A   That is right. And I stated my belief
7  that that was the case, but I was incomplete in
8  citing the evidence for it.

9      Q   Does the evidence that you've cited in
10 your September 26th, 2005 report concerning
11 Indomethacin, diclofenac, ibuprofen and Celecoxib
12 support the statement that you made here that Vioxx
13 appears to be the most hypertensive drug ever
14 marketed for patients with chronic disease?

15     A   Yes. And it's relevant to the question of
16 the whole array of NSAIDs that have been studied or
17 might be studied and where do we stand now is that
18 the present evidence would say that Vioxx has more
19 evidence of being hypertensogenic than any of them
20 studied to date.

21         MR. ARBITBLIT:  No further questions.

22

23                 FURTHER EXAMINATION
24 BY MR. MORTARA:

25     Q   Dr. Farquhar, did you look at any clinical