**EXHIBIT A**

Scientific Advisors' Meeting May 3-May 6, 1998

## PROGRAMMATIC REVIEW
### Vioxx Program

**Background:**

MRL has proceeded expeditiously and effectively to elucidate the human pharmacology of Vioxx, to establish efficacy in arthritis and acute pain, and to examine the potential for gastrointestinal, renal, and other short-term adverse effects. The relationship between dose and the key clinical endpoints of efficacy and adverse effects has been defined with precision. This information should permit selection of an effective dose that minimizes adverse effects, which could yield a competitive advantage. These investigations position the drug well for an NDA. The prospect of an effective drug for osteoarthritis that does not produce the severe and fatal complications of peptic ulcers is an attractive one. The high degree of selectivity, the potency, and the long half-life that permit once daily administration are all considerable assets that distinguish Vioxx from the competition.

The future claim for rheumatoid arthritis is intended, and studies to address efficacy in this disease have been designed with recognition that the does in rheumatoid arthritis may not be predicted from that which is effective in osteoarthritis. Accordingly, dose-response studies that include doses greater than those required for osteoarthritis are appropriate for the short- and medium-term investigations that will define the dose producing maximal efficacy in rheumatoid arthritis. However, caution should be taken to avoid the use of doses that are greatly supramaximal in the long-term trials in rheumatoid arthritis.

The Board notes that the freedom from gastrointestinal toxicity that provides such an advantage to Vioxx could lead to the use of doses that inhibit COX-2 to a greater degree than seen with current NSAIDs, and that this could

9

P1.0386

Confidential - Subject To Protective Order

MRK-AEI0002734

Scientific Advisors' Meeting May 3-May 6, 1998

lead to adverse effects of inhibiting COX-2 that are not predictable based on experience with current NSAIDs.

## The Gastrointestinal Tract:

Information was provided regarding the gastrointestinal safety of Vioxx that was in accord with the drug's anticipated and verified mechanism of action. The safety of Vioxx on the gastrointestinal tract was supported by studies demonstrating reduced chromium-labeled red blood cell loss from the gut when compared with a COX-1/COX-2 comparator (ibuprofen) as well as favorable intestinal permeability characteristics of Vioxx contrasted with indomethacin. Short-term (7-day) upper endoscopy studies confirmed anticipated similarity of results to those with placebo, as opposed to frequency of ulcers erosion with aspirin and with ibuprofen —even though performed using doses of Vioxx ten to twenty times the anticipated therapeutic dose. Longer term (3-month and 6-month) studies are anticipated to affirm comparative safety prior to presentation to the FDA.

One safety issue presented for consideration is based on data that ulcer healing in animals can be delayed with NSAIDs and with selective COX-2 inhibitors. MRL is encouraged to pursue the studies planned to examine potential delay of healing of ulcers in dogs at doses of Vioxx comparable to those to be used in the treatment of patients with osteoarthritis or rheumatoid arthritis. In view of the fact that more ulcers in humans are produced by *H. pylori*, it is important that *H. pylori* status be confirmed in patients under study with Vioxx because of potential influences on ulcer healing and the effects on mucosal reparative regeneration. This recognizes the importance of reduced mucosal defense properties associated with *H. pylori* infection.

10

Confidential - Subject To Protective Order

MRK-AEI0002735

Scientific Advisors' Meeting May 3-May 6, 1998

Cardiovascular Pathophysiology:

The Board addressed the potential for either benefits or adverse consequences of selective inhibition of COX-2 on coronary heart disease. The possible effects of COX-2 inhibition on three separate components of the process leading to coronary ischemic events were considered. These are:

1. The development of lipid-rich coronary plaques
2. The destabilization of the cap of these plaques by inflammatory cells, making them "rupture prone," and
3. The thromobotic occlusion of the vessel at the site of plaque rupture with ensuing consequences of ischemia.

The Development of Lipid-rich Coronary Plaques:

The formation of foam cells is central to the process of atherogenesis. The development of foam cells is modulated at numerous steps, known and unknown, including adherence of the monocyte precursor to the vessel wall, its migration into the vessel wall, and the uptake, export, and peroxidation of lipids that occur during the process of differentiation into a lipid-laden foam cell. This process involves an inflammatory cell type that is the prototype for regulation of COX-2. There is a growing body of evidence indicating that inflammatory disease is a risk factor for myocardial infarction, and such inflammatory processes almost certainly are accompanied by the release of cytokines that affect cells in the monocytic series in general, and COX-2 expression in particular. Accordingly, it is appropriate to ask whether COX-2 expression in monocyte-macrophage-foam cell development regulates the progression of the atherosclerosis that accompanies dyslipidemias, either positively or negatively. If this were the case, then inhibition of COX-2 might be expected to alter the process of plaque formation.

11

Confidential - Subject To Protective Order

MRK AEI0002736

### Scientific Advisors' Meeting May 3-May 6, 1998

### *Destabilization of the Cap of an Atheromatous Plaque:*

Recent evidence indicates that inflammatory cells are present in the region of the thinned-out cap that covers atheromatous plaques, and it is thought that these inflammatory cells contribute to thinning the plaque at its margin that is the frequent site of plaque rupture. As the critical cells in this process are inflammatory cells, the possibility exists that the products of COX-2 could regulate thinning the cap of plaques and render them rupture-prone.

### *Events Following Plaque Rupture:*

After the rupture of a coronary plaque, factors which regulate thrombus formation and which regulate the occurrence of ischemic ventricular fibrillation are critical to the clinical outcome. The initial thrombus at the site of plaque-rupture is platelet-rich and is labile. Accordingly, it is susceptible to any anti-aggregatory influences, as is illustrated by the effectiveness of GPIIb-IIIa antagonist. Prostacyclin is the most potent endogenous inhibitor of platelet aggregation, and studies in animal models indicate that its participation in inhibiting platelet activation is substantial. This is further supported by the thrombotic events occurring in the IP receptor knockout mouse. Not only does prostacyclin inhibit platelet activation, but it also potently inhibits the development of ischemic ventricular fibrillation in the canine model of myocardial infarction. With *in situ* hybridization, the vessel wall is the predominant site of prostacylin synthase, which is also abundant in the uterus. Cell culture experiments demonstrate a high degree of prostacyclin biosynthesis capacity in both endothelial cells and in the vessel wall as a whole.

All of this indicates that the vessel wall is a primary site of prostacyclin biosynthesis in the body, a localization that coincides with function. Is the prostaglandin endoperoxide substrate for the prostacyclin synthase provided

12

Confidential - Subject To Protective Order

MRK-AEI0002737

## Scientific Advisors' Meeting May 3-May 6, 1998

by COX-1, COX-2 or both? The answer to this question, as it relates to normal human vasculature and the vasculature in the foam cell environment, is not clear: a highly specific antibody for COX-2 has not yet been employed in the appropriate studies in human vessels. In the rat, following vascular injury, the increase in prostanoid biosynthesis is mediated in large part by increases in COX-2. COX-2 is also upregulated in endothelial cell cultures by shear stress, several cytokines, and hypoxia.

On this background of information regarding the anti-platelet and anti-fibrillatory effects of prostacyclin and its vascular localization, it has been found that Vioxx reduces the urinary excretion of the prostacyclin metabolite, 2,3-dinor-6-keto-$PGF_{1\alpha}$. This is important data but it is not a basis for any conclusion. Rather, it should be taken as a basis for hypotheses that should be actively pursued.

One hypothesis would be that the excretion of the prostacyclin metabolite, 2,3-dinor-6-keto-$PGF\alpha$, does not reflect systemic/vascular prostacyclin biosynthesis. An alternative hypothesis is that prostacyclin biosynthesis in the vasculature is inhibited by Vioxx (without blocking production of thromboxane $A_2$ by the platelet). By removing this potent inhibitor of platelet aggregation, the probability that a coronary plaque rupture would lead to myocardial infarction or ischemic ventricular fibrillation is enhanced.

More information is clearly needed to address these hypotheses and the other questions related to the possible influences of a COX-2 inhibitor on coronary morbidity and mortality.

13

Confidential - Subject To Protective Order

MRK-AEI0002738

## Scientific Advisors' Meeting May 3-May 6, 1998

### *Recommendations:*

*Systemic examination of coronary ischemic events in the clinical trials with Vioxx and other MRL COX-2 inhibitors:*

It is unlikely that any of the individual trials with Vioxx will have sufficient power to determine whether coronary events are increased or decreased by COX-2 inhibition. It is therefore proposed that coronary events be predetermined endpoints in all future controlled trials with Vioxx and the "back-up" COX-2 inhibitors. Furthermore, it is proposed that these endpoints be assessed by a uniform set of criteria so that meta-analysis of coronary and cerebrovascular events from all of these trials can be performed. Thus, uniform criteria for characterization of myocardial infarction, sudden cardiac death, and stroke should be established, and the vents ascertained in a blinded manner to enhance their validity.

Because of the increased probability of these events in the patient population enrolled in the rheumatoid arthritis and Alzheimer's trials, a sufficient number of events may be accrued to permit meta-analysis Such data would address whether the net effect of the COX-2 inhibitors on coronary ischemic events and stroke are favorable or adverse. Knowledge that this plan is in place should be reassuring to the FDA as they consider the prostacyclin biosynthesis question.

*Does Vioxx decrease systemic prostacyclin biosynthesis?*

The reduced urinary excretion of the prostacyclin metabolite, 2,3-dinor-6-keto-PGF$\alpha$, theoretically could result from inhibition by Vioxx of the beta oxidation of the precursor 6-keto-PGF a. The plan to assess the effect of Vioxx on the beta-oxidation of 6-keto-PGF$_1\alpha$ is a rational and feasible approach to excluding altered metabolism as an explanation of the decrease in the urinary excretion of this prostacyclin metabolite. 6-keto-PGF $\alpha$ itself is a nonenzymatic

14

Confidential - Subject To Protective Order

MRK-AEI0002739

Scientific Advisors' Meeting, May 3-May 6, 1998

hydrolysis product of prostacyclin, not a "metabolite," and available evidence does not support the use of this compound as an indicator of systemic prostacyclin biosynthesis.

A second question that could be asked about the reduction in the excretion of 2,3-dinor-6-keto-PGFα by Vioxx is whether this metabolite is derived predominantly from prostacyclin synthesis throughout the body, including the vasculature, or whether it is derived principally from the kidney itself. It is known that when prostacyclin is infused in the human, 2,3-dinor-6-keto-PGFα is a metabolite excreted in the urine that accounts for about 20% of the infused prostacyclin. This clearly indicates that 2,3-dinor-6-keto-PGFα is derived from the metabolism of any prostacyclin that is released into the systemic circulation, and the data from *in situ* hybridization with a prostacyclin synthase message suggest that the predominant source of prostacyclin entering the systemic circulation is from the vasculature in males, and also from the uterus in females. Could the urinary 2,3-dinor-6-keto-PGFα be derived predominantly from prostacyclin formed in the kidney? Renal beta-oxidation of prostacyclin does occur. However, the *in situ* hybridization localization of prostacyclin synthase message in the kidney demonstrates that this enzyme is predominantly in the renal vasculature rather than in the nephron. All this together argues against the predominant amount of the urinary 2,3-dinor-6-keto-PGFα being derived from nonvascular sites in the kidney.

If there is a question about the origin of this monoenzymatically-derived prostacyclin metabolite, then the measurement of the prostacyclin metabolite, 9,11-dihydroxy,6,15-diketo-2,3-dinor-prostane-1,20-dioic acid could instead be measured as an indicator of systemic prostacyclin biosynthesis. This metabolite is derived from beta-oxidation, omega-oxidation, 15-

15

Confidential - Subject To Protective Order

MRK-AEI0002740

Scientific Advisors' Meeting May 3-May 6, 1998

dehydrogenation, and 13,14 reduction, a series of metabolic steps that are unlikely to reflect prostacyclin synthesized predominantly in the nephron. To measure this metabolite, a synthetic deuterium-labeled standard would have to be synthesized either by MRL or via contract. This is recommended in order to enable measurement of a marker that reflects with more certainty prostacyclin biosynthesis throughout the body.

*Information from animal models:*

The Folts canine model of cyclic flow reduction in the coronary reflects the pathophysiology of coronary plaque rupture, with formation of platelet thrombus on injured endothelium being the central event in this model. Coronary occlusion in this model is prostacyclin-dependent. MRL has employed the Folts model in the Aggrastat program, and its application to this question is feasible. An alternative model is that developed by Ben Luchesi in which clot is engendered in the coronary circulation by injury of the vessel wall with an electrical current.

To address the hypothesis that a COX-2 inhibitor might - reduce the process of atherosclerosis, an animal model of atherogenesis could be examined for the effects of the drug on both gross and microscopic quantity of atherosclerosis — if that information is not already in hand at MRL. The apo E knockout mouse is one model that has features resembling human atherosclerosis.

Evaluation of possible effect of COX-2 inhibition on the stability of lipid-rich atheromatous plaques presents more of an experimental challenge, and we are not sure whether animal models exist that would provide robust evidence regarding the effect of COX-2 inhibition of plaque rupture (See Lee, R.T. and Libby, P., Atherosclerosis, Thrombosis, and Vascular Biology 17:1859, 1997).

16

Confidential - Subject To Protective Order

MRK-AEI0002741

## Scientific Advisors' Meeting May 3-May 6, 1998

*The effect of COX-2 inhibitors in pathologic states of platelet activation in humans:*

Sustained *in vivo* activation of platelets and a resulting increase in systemic biosynthesis of thromboxane $A_2$ occur in a number of conditions associated with vessel wall disease in humans, including hypercholesterolemia, cigarette smoking, scleroderma, and ischemic limb disease. Prostacyclin biosynthesis is also increased in these conditions, suggesting that COX-2 may be induced. Assessment of the effect of COX-2 inhibition on *in vivo* platelet activation in one of these vessel wall diseases would provide valuable information on the consequence of loss of prostacyclin in a condition of increased platelet activation. If this does occur, MRL should be the first to know, and thereby be able to take the lead in developing the obvious strategy of the combination of very low-dose aspirin (30-40 mg daily) with a COX-2 inhibitor.

The above considerations regarding hypothetical adverse effects and potential unexpected therapeutic benefits of Vioxx are part of the scientific intelligence gathering appropriate to the development of any truly novel pharmacological entity, and should be addressed in parallel with the conclusion of the process of acquisition and analysis of the data that will place this drug in the hands of patients. The gain in safety achieved by the elimination of serious and fatal gastrointestinal toxicity will free patients from one of the most serious adverse effects in current drug therapy. Thus, there is a strong mandate for introduction of Vioxx into medical practice as soon as is feasible.

Prevention of Colon Cancer is a Potentially Attractive Target for Vioxx:

17

### Scientific Advisors' Meeting May 3-May 6, 1998

About 15% of colon cancers occur in individuals who could be identified as being at high risk. Only 4% have FAP or HNPCC, causing a familial genetic predisposition. The rest have a history of sporadic polyps, or a positive family history not attributable to the above well-defined generic defects.

Data on sulindac in reducing colon cancers is relevant, but it should be noted that this drug inhibits COX-1 as well as COX-2. A pure COX-2 inhibitor from Searle is undergoing clinical investigation. Because of reduced side effects, a pure COX-2 inhibitor would be preferable if as effective as the NSAID drugs, but this would require clinical testing. It is suggested that the NCI might be willing to sponsor a comparative trial to settle this issue.

Bone Metabolism

Attention has been directed to the potential effects of Vioxx on bone metabolism. Available information suggests there would be a mild antiresorptive effect, but there is also evidence for a role of COX-2/PGE2 in mediation of bone formation. There has been no evidence that this has resulted in clinical problems for NSAIDs or COX-2 inhibitors. A current clinical trial of Vioxx in osteoarthritis includes measurements of bone mineral density and bone resorption and formation markers over one year. One would expect antiresorptive effects to dominate over the course of the trial, so no adverse effect on bone mass is expected. If there is to be an extension to the study, additional useful information could be obtained from further bone density measurement after 1 year. Suppression of bone resorption typically results in a secondary decrease in formation markers, which will not be distinguishable from direct effects on osteoblasts. It may well be the case that the superior tolerability of Vioxx would allow it to be used at doses producing greater COX-2 suppression than current NSAID therapy. It is important that this study include a sufficient number of postmenopausal women for that higher-risk

18

Scientific Advisors' Meeting May 3-May 6, 1998

group to be analyzed separately. Vioxx may also be used as a steroid-sparing agent (in RA, for example). Although current animal models do not perfectly mimic human steroid osteoporosis, it may be feasible to test for major superimposed adverse drug effects in steroid-treated animals, specifically addressing bone formation. It seems unlikely that Vioxx will significantly interfere with fracture healing, but should that issue arise, demonstration of intact fracture repair in animals may provide some reassurance regarding safety of high doses.

Asthma

There is good evidence that COX-2 is induced in the bronchial epithelium, smooth muscle and myofibroblasts with enhanced production of PGE2 in asthma. PGE2 exerts competing effects on cell targets in the airways. By inhalation, it is an irritant on one hand and yet a powerful inhibitor of allergen- and exercise-induced bronchoconstriction on the other (including during the late phase response). PGE2 is an inhibitor of IL-12 production by dendritic cells and has been suggested to be an important factor that encourages T-cell maturation along the pro-allergic/asthmatic TH-2 pathway. Finally, in the subset of asthma provoked by aspirin and other NSAIDs, bronchoconstriction is considered to result from over-production of cysteinyl leukotrienes (possibly by enhanced expression of LTC4 synthase) from mast cells and eosinophils. NSAID intolerance occurs in 10-15% of patients with asthma. The mechanism whereby removing the PGE2 brake on cysteinyl leukotriene production leads to deterioration in asthma is unknown. After "desensitizing" some patients with aspirin-induced asthma to aspirin, it is possible to treat them with NSAIDs -- yielding substantial benefit to their upper airway disease and some improvement in asthma. However, their GI

19

Confidential - Subject To Protective Order

MRK-AEI0002744

### Scientific Advisors' Meeting May 3-May 6, 1998

intolerance to NSAIDs frequently limits the use of this seemingly paradoxical but effective therapeutic approach.

For these reasons, the research portfolio for a COX-2 inhibitor might contain studies in asthma, particularly aspirin-induced asthma, looking especially for adverse effects, and, depending on these results, considering the use of Vioxx in treatment.

Renal:

The potential problems associated with renal actions of Vioxx were (again) considered. This class of drugs causes reversible changes in renal function due to inhibition of renal vasodilating prostaglandins, and this can be clinically important against a setting of a stimulated renin-angiotension system — for example when in elderly patients with volume depletion due to overuse of diuretics. Against a background of normal or near-normal renal function, their acute effects are reversible. More problematic is whether or to what extent NSAIDs cause irreversible renal damage (e.g. papillary necrosis), and what effects NSAIDs have on the progression of preexisting renal disease. While epidemiological data link analgesic nephropathy with various compound analgesics, there is little (and contradictory) evidence bearing on the question of whether analgesic nephropathy is caused by single NSAID overuse (for review, see deBroe and Elseviers, N. Engl. J. Med. 335:446, 1998).

Estimates of the contribution that analgesic nephropathy makes to development of end-stage renal failure (ESRF) are provided by Registry data — about 3% in Europe and 7% in Australia, with end-stage renal disease itself occurring in around 80 million population/annum. The problem is that of a (potentially) rare compilation which will only be revealed, if ever, through extensive post-marketing surveillance. The only caveat is that the lack of COX-1 type side effects of Vioxx may encourage its use at much higher doses than

20

## Scientific Advisors' Meeting-May 3-May 6, 1998

hitherto experienced with non-selective NSAIDs, and this aspect will need to be monitored. In view of the uncertainties surrounding the epidemiology and the likely reality of the use of Vioxx in a clinical setting where there will be background renal or renovascular disease, it would be an advantageous to MRL to convene a small group of nephrologists to synthesize present knowledge of interstitial nephritis and to consider the merit of examining the effects of COX-2 inhibitors in experimental settings mimicking chronic renal disease, e.g. in remnant kidney models of chronic renal failure. (Drs. Saulo Klahr, Washington Univ, St. Louis and Eric Nielson, Vanderbilt University, are among those who might be consulted as well as someone knowledgeable about the renal pathology in the COX-2 knockout mouse.)