# EXHIBIT EE

| | |
|---|---|
| To: | Melin, Jeffrey M |
| From: | Rodger, Ian W. |
| Cc | |
| Bcc: | |
| Date: | 2002-02-27 19 15 56 |
| Subject | RE: CRP and coxibs |

Jeff,
Apparently MRL has conducted a very thorough review of CRP as a marker of inflammation etc according to Phil Davies and its really based upon his comments that the Minute is written as it is (both yesterday's and that from the January meeting where we dumped the Tzivoni proposal). The Committtee members were unimpressed by the Tzivoni CRP/IL-6 study that was reviewed last month. It was regarded as extremely risky to extend the study as they wished to. Indeed, many thought that Tzivoni was perhaps very fortunate to see the reduction in CRP his CAD patients. Personally I do not doubt that CRP will be useful at some juncture but at the present moment there is no real consensus that compels folks to work it through  I guess al;so at the back of people's mind yesterday was the fact that it was a rabbit study and that the relevance to man was tangential at best.

If you want more on the CRP issue I would recommend that you contact Phil - his inflammation group are probably at the forefront of the discussions and debate.

regards,

Ian
Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax# (908) 423-1797
E-mail: ian_rodger@merck.com

-----Original Message-----
From:   Melin, Jeffrey M
Sent:   Wednesday, February 27, 2002 10:32 AM
To:     Rodger, Ian W.
Subject:        CRP and coxibs
Importance:     High

The principal concern with this animal model resides in its clinical applicability and whether NSAIDs/Coxibs are used in this patient population. Additionally it is a prophylactic protocol and presumably much less relevant than a therapeutic one  If the infection in man is primarily associated with surgical intervention then the direct installation into a healthy knee seems somewhat inappropriate. The study also utilizes histological criteria that clearly will not be feasible in the human setting  Finally, the Committee reemphasized its view that CRP is not a relevant clinical readout for a Coxib. This is based upon MRL's consensus view and the theoretical possibility that NSAIDs/Coxibs may well drive up the levels of CRP via removal of a pool of beneficial eicosanoids. A further concern of the Committee was the possibility of a significant downside result in that rofecoxib might well prolong the infection in a manner analogous to that reported with ibuprofen (an effect mediated via modulation of neutrophil function)

Hi Ian

Sorry I could not attend yesterday's meeting. I was going over the notes and am still confused about the committee's position on CRP and coxibs  CRP is a major area of discussion in the CV literature, especially in light of the epidemiologic data from Ridker, and this literature also applies to the antiinflammatory role that coxibs may eventually play in atherosclerotic cardiovascular disease.

why do the CAD studies with rofecoxib with or without a statin post angioplasty result in decreased levels of CRP (and IL-6) compared with statins alone? two studies (abstracts) from 2 different groups in 2 different parts of the

MRK-AHO0171272

world.
The RA studies do not show a decrease in CRP levels with VIOXX but 60% of patients are on prednisone.
What is the data for NSAIDs increasing CRP levels
Lastly, CRP levels did decline in the celebrex RA study published 1999 in Lancet

thanks,

Jeff
<< File: Melin, Jeffrey M.vcf >>

MRK AHO0171273