

subgroup analysis of patients who were also taking aspirin was conducted, and the number of patients with acute myocardial infarction was the same in the two groups. Given the very limited number of events in this analysis, it remains unknown whether aspirin mitigates the risk and requires further analyses in other data sets.

Supplementary analyses of blood pressure did not demonstrate a consistent relationship between hypertension and the cardiovascular safety findings in APPROVe, nor did modeling based on the Framingham data suggest that the magnitude of the effect be explained by the mean blood pressure change observed in APPROVe, although a relationship cannot be excluded.

Few long-term studies on the prevention of recurrence of colorectal adenomas have been performed. A prior placebo-controlled trial assessing recurrent adenoma risk with two different doses of low-dose aspirin, found that there were numerically more cardiovascular SAEs associated with aspirin therapy than with placebo. Recently published data from the Adenoma Prevention with Celecoxib Trial revealed that the risk of fatal or nonfatal cardiovascular events was increased in patients randomly assigned to receive celecoxib therapy as compared with those who were assigned to receive placebo.

Based on the celecoxib data above it appears that the increase in cardiovascular risk demonstrated with rofecoxib in the APPROVe study, represents a class effect. It is possible that conventional NSAIDs may have similar effects but long-term trials have not been done to address this question.

As per protocol, patient follow up will occur for one year following the cessation of study therapy in the base study in order to assess any evidence of either "rebound" rate of occurrence of colon polyps as well as to evaluate CV risk to the extent possible.

## 9. Conclusions

1. An increased risk of thrombotic cardiovascular events beginning after approximately 18 months following initiation of study therapy is associated with rofecoxib compared to placebo

2. The mechanism for the increased risk of thrombotic cardiovascular events is uncertain. Post-hoc analyses do not suggest a consistent relationship between blood pressure effects and an increase in thrombotic CV events.

### Reference

Guess HA, Lydick EG, Small RD and Miller LP. Epidemiologic programs for computers and calculators: exact binomial confidence intervals for the relative risk in follow-up studies with sparsely stratified incidence density data. *American Journal of Epidemiology*, 125, 340-347, 1987.

MRK-AFV0426413

## Supplemental Tables and Figures

Table 33
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | AN | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 70043 | 909 | Rofecoxib 25 mg | 03/17/03 | 1106 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 2 | 90111 | 463 | Rofecoxib 25 mg | 10/16/00 | 110 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 3 | 90114 | 951 | Rofecoxib 25 mg | 02/11/03 | 1050 | | Transient ischemic attack, Carotid artery stenosis | Transient ischemic attack[1] |
| 4 | 90132 | 476 | Rofecoxib 25 mg | 04/23/03 | 1070 | | Ventricular fibrillation | Acute myocardial infarction[1,2] |
| 5 | 50149 | 829 | Rofecoxib 25 mg | 07/22/01 | 321 | 07/22/01 | Sudden cardiac death | Sudden cardiac death[1,2] |
| 6 | 90151 | 814 | Rofecoxib 25 mg | 08/22/02 | 363 | | Transient ischemic attack, Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 7 | 90161 | 686 | Rofecoxib 25 mg | 03/06/01 | 209 | | Coronary artery disease | Unstable angina pectoris[1] |
| 8 | 90165 | 820 | Rofecoxib 25 mg | 05/11/02 | 564 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 9 | 90181 | 970 | Rofecoxib 25 mg | 08/11/03 | 1014 | | Intestinal ischaemia | Peripheral arterial thrombosis[1] |
| 10 | 90310 | 722 | Rofecoxib 25 mg | 10/28/01 | 334 | | Angina pectoris, Myocardial infarction | Acute myocardial infarction[1,2] |
| 11 | 90324 | 672 | Rofecoxib 25 mg | 06/21/01 | 39 | | Angina Pectoris, Coronary artery occlusion | Unstable angina pectoris[1] |
| 12 | 90422 | 703 | Rofecoxib 25 mg | 03/21/01 | 409 | | Coronary artery disease | Unstable angina pectoris[1] |
| 13 | 90619 | 874 | Rofecoxib 25 mg | 07/25/02 | 875 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 14 | 90639 | 911 | Rofecoxib 25 mg | 07/25/02 | 675 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 15 | 90826 | 845 | Rofecoxib 25 mg | 06/13/02 | 610 | | Myocardial infarction | Acute myocardial infarction[1,2] |

Data Source: [4.4.1; 4.7]

MK-0966, Reference P.
APPROVe Trial Cardiovascular Safety Report
Appendix 2.1.3 (Cont.)

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Rikkey | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 50811 | 4012 | Rofecoxib 25 mg | 01/02/01 | 184 | 08/02/01 | Death | Fatal acute myocardial infarction[1] |
| 17 | 90891 | 141 | Rofecoxib 25 mg | 06/04/01 | 58 | | Deep vein thrombosis | Peripheral venous thrombosis[a] |
| 18 | 91017 | 140 | Rofecoxib 25 mg | 07/23/02 | 550 | | Coronary artery occlusion | Unstable angina pectoris[a] |
| 19 | 91093 | 943 | Rofecoxib 25 mg | 05/01/03 | 756 | | Ischaemic stroke NOS | Ischaemic cerebrovascular stroke[1,2] |
| 20 | 91097 | 962 | Rofecoxib 25 mg | 07/13/03 | 829 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 21 | 91273 | 590 | Rofecoxib 25 mg | 12/31/03 | 1043 | | Transient ischaemic attack | Transient ischaemic attack[a] |
| 22 | 91334 | 775 | Rofecoxib 25 mg | 02/22/02 | 545 | | Age indeterminate myocardial infarction, Coronary artery disease NOS | Acute myocardial infarction[1,2] |
| 23 | 91354 | 946 | Rofecoxib 25 mg | 05/23/03 | 1000 | | Coronary artery disease | Acute myocardial infarction[1,2] |
| 24 | 91361 | 792 | Rofecoxib 25 mg | 03/18/02 | 524 | | Venous thrombosis NOS | Peripheral venous thrombosis[a] |
| 25 | 91435 | 737 | Rofecoxib 25 mg | 11/04/01 | 345 | | Intracranial haemorrhage | Hemorrhagic stroke[a] |
| 26 | 91512 | 709 | Rofecoxib 25 mg | 05/28/01 | 200 | | Age indeterminate myocardial infarction | Acute myocardial infarction[1,2] |
| 27 | 91534 | 950 | Rofecoxib 25 mg | 06/07/03 | 767 | 06/04/03 | Myocardial infarction, Metastatic carcinoma | Fatal acute myocardial infarction[1,2] |
| 28 | 91631 | 790 | Rofecoxib 25 mg | 03/20/02 | 548 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 29 | 91737 | 859 | Rofecoxib 25 mg | 10/17/02 | 495 | | Angina unstable | Unstable angina pectoris[a] |
| 30 | 1773 | 954 | Rofecoxib 25 mg | 02/30/03 | 774 | | Transient ischaemic attack | Transient ischaemic attack[a] |
| 31 | 91779 | 827 | Rofecoxib 25 mg | 04/21/02 | 301 | | Myocardial ischaemia | Unstable angina pectoris[a] |

Data Source: [4.4.1; 4.2.1]



APPROVe Trial Cardiovascular Safety Report
MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

61

292

MRK-AFV0426415

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy



| N  | An    | Case ID | Treatment      | Chart Date | Relday | Death Date | Term                                                          | Adjudication Outcome                         |
|----|-------|---------|----------------|------------|--------|------------|---------------------------------------------------------------|----------------------------------------------|
| 32 | 91815 | 964     | Rofecoxib 25 mg| 09/02/03   | 1028   | 09/02/03   | Sudden Death, Myocardial infarction                           | Sudden cardiac death[1,2]                    |
| 33 | 91843 | 771     | Rofecoxib 25 mg| 01/05/02   | 435    |            | Myocardial infarction                                         | Acute myocardial infarction[1,2]             |
| 34 | 92040 | 743     | Rofecoxib 25 mg| 12/15/03   | 459    | 12/15/03   | Cardiac arrest                                                | Sudden cardiac death[1,2]                    |
| 35 | 92064 | 975     | Rofecoxib 25 mg| 10/12/03   | 837    | 10/21/03   | Cerebellar infarction                                         | Fatal ischemic cerebrovascular stroke[1,2]   |
| 36 | 92131 | 3570    | Rofecoxib 25 mg| 02/12/04   | 972    |            | Acute coronary syndrome                                       | Acute myocardial infarction[1,2]             |
| 37 | 92314 | 570     | Rofecoxib 25 mg| 07/13/02   | 175    |            | Transient ischemic attack                                     | Transient ischemic attack[1]                 |
| 38 | 92391 | 903     | Rofecoxib 25 mg| 12/01/02   | 377    |            | Cortical infarction                                           | Ischemic cerebrovascular stroke[1,2]         |
| 39 | 92541 | 566     | Rofecoxib 25 mg| 04/03/03   | 430    |            | Brain stem infarction                                         | Ischemic cerebrovascular stroke[1,2]         |
| 40 | 92591 | 3652    | Rofecoxib 25 mg| 02/16/04   | 1019   |            | Transient ischemic attack                                     | Transient ischemic attack[1]                 |
| 41 | 92603 | 938     | Rofecoxib 25 mg| 03/03/03   | 1009   |            | Acute myocardial infarction, Coronary artery disease NOS      | Acute myocardial infarction[1,2]             |
| 42 | 92734 | 981     | Rofecoxib 25 mg| 11/07/03   | 900    |            | Myocardial infarction                                         | Acute myocardial infarction[1,2]             |
| 43 | 92879 | 794     | Rofecoxib 25 mg| 01/11/02   | 124    |            | Age indeterminate myocardial infarction, Coronary artery disease | Acute myocardial infarction[1,2]          |
| 44 | 93023 | 969     | Rofecoxib 25 mg| 09/22/03   | 739    |            | Transient ischemic attack                                     | Ischemic cerebrovascular stroke[1,2]         |
| 45 | 93193 | 646     | Rofecoxib 25 mg| 04/06/03   | 9      |            | Myocardial infarction, Coronary artery disease                | Acute myocardial infarction[1,2]             |
| 46 | 93369 | 732     | Rofecoxib 25 mg| 11/07/01   | 77     |            | Non-Q wave myocardial infarction; Ventricular tachycardia     | Acute myocardial infarction[1,2]             |
| 47 | 93522 | 3694    | Rofecoxib 25 mg| 02/10/04   | 913    |            | Coronary artery disease, Myocardial infarction                | Acute myocardial infarction[1,2]             |

Data Source: [4.4.1; 4.7.1]

APPROVe Trial Cardiovascular Safety Report  MK-0966, Reference P  Appendix 2.1.3 (Cont.)

293

MRK AFV0426416

APPROVe Trial Cardiovascular Safety Report



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 48 | 71966 | 730 | Rofecoxib 25 mg | 11/13/01 | 170 | | Cardiovascular accident | Ischemic cerebrovascular stroke[a] |
| 49 | 74767 | 848 | Rofecoxib 25 mg | 12/16/02 | 513 | | Myocardial ischemia | Unstable angina pectoris[a] |
| 50 | 94493 | 982 | Rofecoxib 25 mg | 12/03/03 | 983 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[a] |
| 51 | 94542 | 1107 | Rofecoxib 25 mg | 05/29/04 | 951 | | Myocardial infarction, Cardiac arrest | Acute myocardial infarction[a] |
| 52 | 94712 | 931 | Rofecoxib 25 mg | 03/16/03 | 544 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[a] |
| 53 | 94728 | 3728 | Rofecoxib 25 mg | 04/16/04 | 970 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[a] |
| 54 | 50163 | 677 | Rofecoxib 25 mg | 06/24/01 | 342 | | Coronary artery disease | |
| 55 | 96231 | 3929 | Rofecoxib 25 mg | 11/23/03 | 1140 | | Peripheral vascular disorder | |
|   | 4... | 1045 | Rofecoxib 25 mg | 02/04/02 | 404 | | Coronary artery disease | |
|   | ... | 721 | Rofecoxib 25 mg | 09/21/01 | 457 | | Shock | |
|   |   | 372 | Rofecoxib 25 mg | 02/03/02 | 721 | 11/04/02 | AMI (8/3/02), Neutropenia, Septic shock (11/04/02) | |
|   | ... | 944 | Rofecoxib 25 mg | 03/06/03 | 650 | | Coronary artery stenosis | |
|   | 90591 | 765 | Rofecoxib 25 mg | 12/06/01 | 324 | | Coronary artery disease | |
|   | ... | 306 | Rofecoxib 25 mg | 12/06/01 | 324 | | Carotid artery stenosis | |
|   |   |   | Rofecoxib 25 mg | 12/05/00 | 71 | | Cerebral ischemia | |
|   | ... | 948 | Rofecoxib 25 mg | 05/04/03 | 943 | | Coronary artery atherosclerosis | |

Data Source: [4.4.1; 4.23]

63

294

MRK-0968, Reference P122, Appendix 2.1.3 (Cont.)

MRK-AFV0426417

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Relday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 64 | 91969 | 578 | Rofecoxib 25 mg | 11/03/02 | 393 | | Coronary artery stenosis | |
| 65 | 91113 | 577 | Rofecoxib 25 mg | 11/08/02 | 619 | 11/15/02 | Lung cancer metastatic | |
| 66 | 91301 | 4173 | Rofecoxib 25 mg | 03/07/04 | 1082 | | Oedema peripheral, Pain in extremity | |
| 67 | 91375 | 560 | Rofecoxib 25 mg | 10/16/01 | 393 | | Coronary artery disease | |
| 68 | 91390 | 671 | Rofecoxib 25 mg | 03/21/01 | 87 | | Phlebitis NOS | |
| 69 | 91516 | 703 | Rofecoxib 25 mg | 09/05/01 | 224 | | Ischemic heart disease | |
| 70 | 91602 | 810 | Rofecoxib 25 mg | 04/03/02 | 467 | 04/28/02 | Lung cancer stage unspecified (excl small cell), Bone neoplasm malignant | |
| 71 | 91647 | 4991 | Rofecoxib 25 mg | 10/03/03 | 721 | 06/01/04 | Renal tamponade | |
| 72 | 91651 | 973 | Rofecoxib 25 mg | 10/14/03 | 384 | | Coronary artery disease NOS | |
| 73 | 91206 | 912 | Rofecoxib 25 mg | 03/03/03 | 223 | | Myocardial ischemia, Coronary artery disease NOS | |
| 74 | 91717 | 603 | Rofecoxib 25 mg | 05/20/01 | 296 | | cardiac catheter complication | |
| 75 | 91828 | 3651 | Rofecoxib 25 mg | 06/09/01 | 142 | | Cardiac disorder | |
| 76 | 92121 | 3819 | Rofecoxib 25 mg | 03/17/04 | 1066 | | Myocardial ischemia | |
| 77 | 92211 | 3970 | Rofecoxib 25 mg | 03/11/04 | 946 | | Cardiac failure congestive, Acute pulmonary oedema, Haemohypernatremia | |
| 78 | 92213 | 349 | Rofecoxib 25 mg | 10/01/02 | 434 | | Coronary artery occlusion | |
| 79 | 92555 | 622 | Rofecoxib 25 mg | 05/17/01 | 4 | | Transient ischemic attack | |

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report
MK-0966, Reference P
Appendix 2.1.3 (Cont.)

64

MRK-AFV0426418

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| Tr | An | Case ID | Treatment | Onset Date | Halday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 70 | 93739 | 986 | Rofecoxib 25 mg | 12/01/03 | 897 | | Angina unstable | |
| 81 | 93832 | 883 | Rofecoxib 25 mg | 12/12/03 | 642 | | Angina pectoris, Coronary artery disease NOS | |
| 82 | 93849 | 834 | Rofecoxib 25 mg | 11/71/02 | 478 | | Coronary artery stenosis | |
| 83 | 92919 | 739 | Rofecoxib 25 mg | 01/27/03 | 614 | | Subdural haematoma | |
| 84 | 93264 | 3583 | Rofecoxib 25 mg | 02/16/04 | 951 | | Coronary artery disease | |
| 85 | 93317 | 942 | Rofecoxib 25 mg | 05/04/03 | 661 | | Transient ischemic attack | |
| 86 | 93602 | 4372 | Rofecoxib 25 mg | 02/30/04 | 1044 | | Myocardial ischemia | |
| 87 | 94273 | 937 | Rofecoxib 25 mg | 11/01/03 | 783 | | Myocardial infarction | |
| 88 | 94388 | 724 | Rofecoxib 25 mg | 07/18/01 | 162 | | Ischemic heart disease | |
| 89 | 94494 | 719 | Rofecoxib 25 mg | 12/72/01 | 46 | | Angina pectoris | |
| 90 | 54500 | 951 | Rofecoxib 25 mg | 09/01/02 | 181 | | Intermittent claudication | |
| 91 | 54615 | 914 | Rofecoxib 25 mg | 03/01/03 | 467 | | Angina pectoris | |
| 92 | 54678 | 815 | Rofecoxib 25 mg | 04/24/02 | 283 | | Deep venous thrombosis NOS | |
| 93 | 50016 | 723 | Placebo | 10/13/01 | 542 | | Transient ischemic attack | Transient ischemic attack[1] |
| 94 | 50254 | 509 | Placebo | 12/11/00 | 35 | | Peripheral vascular disorder | Peripheral arterial thrombosis[1] |
| 95 | 50294 | 815 | Placebo | 11/04/02 | 818 | | Acute myocardial infarction | Acute myocardial infarction[2,3] |

Data Source: [4.4.1; 4.21]

APPROV: Tri Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

65

296

MRK-AFV0426419



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Event Date | RelDay | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 96 | 90700 | 557 | Placebo | 02/14/01 | 93 | | Myocardial infarction | Acute myocardial infarction[1] |
| 97 | 90728 | 781 | Placebo | 01/17/02 | 492 | | Pulmonary embolism | Pulmonary embolism[1] |
| 98 | 90907 | 872 | Placebo | 07/23/02 | 202 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 99 | 91003 | 905 | Placebo | 01/24/01 | 245 | | Transient ischemic attack | Transient ischemic attack[1] |
| 100 | 91103 | 976 | Placebo | 01/03/03 | 247 | | Ischemic stroke NOS | Ischemic cerebrovascular stroke[1,2] |
| 101 | 91173 | 230 | Placebo | 10/12/01 | 181 | | Cardiac arrest, Myocardial infarction | Acute myocardial infarction[1,2] |
| 102 | 91383 | 71 F | Placebo | 09/19/01 | 152 | | Myocardial infarction | Acute myocardial infarction[1,2] |
| 103 | 91583 | 800 | Placebo | 04/19/02 | 374 | 04/29/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 104 | 91583 | 832 | Placebo | 04/18/02 | 355 | | Angina unstable | Unstable angina pectoris[1] |
| 105 | 92073 | 830 | Placebo | 13/14/02 | 432 | | Coronary artery disease NOS | Unstable angina pectoris[1] |
| 106 | 92073 | 578 | Placebo | 11/21/02 | 465 | | Acute myocardial infarction | Acute myocardial infarction[1,2] |
| 107 | 92701 | 637 | Placebo | 03/06/01 | 69 | | Angina pectoris | Unstable angina pectoris[1] |
| 108 | 92354 | 729 | Placebo | 11/06/01 | 119 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[1,2] |
| 109 | 92351 | 841 | Placebo | 04/04/02 | 359 | 08/04/02 | Cardiac arrest | Sudden cardiac death[1,2] |
| 110 | 92455 | 534 | Placebo | 10/07/02 | 603 | | Phlebitis NOS | Peripheral venous thrombosis[1] |
| 111 | 92400 | 787 | Placebo | 07/15/02 | 310 | | Pulmonary embolism | Pulmonary embolism[1] |

Data Source: [4.4.1; 4.2.1]

APPROVe Fnl Cardiovascular Safety Report

MK-0966, Reference P'

Appendix 2.1.3 (Cont.)

66

297

MRK-AFV0426420



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | Age | Case ID | Treatment | Onset Date | Rel day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 112 | 92748 | 870 | Placebo | 11/14/02 | 525 | 12/10/02 | Cerebrovascular accident | Fatal hemorrhagic stroke[?] |
| 113 | 92839 | 920 | Placebo | 03/15/03 | 621 | | Deep vein thrombosis | Peripheral venous thrombosis[?] |
| 114 | 92838 | 761 | Placebo | 01/09/03[?] | 265 | 01/09/03[?] | Acute myocardial infarction; Cardio-respiratory arrest; Coronary artery thrombosis | Fatal acute myocardial infarction[?] |
| 115 | 93260 | 930 | Placebo | 02/13/03 | 308 | | Deep vein thrombosis | Peripheral venous thrombosis[?] |
| 116 | 93267 | 948 | Placebo | 05/21/03 | 307 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[?] |
| 117 | 93371 | 634 | Placebo | 01/31/01 | 6 | | Acute myocardial infarction | Acute myocardial infarction[?] |
| 118 | 93573 | 799 | Placebo | 04/16/02 | 189 | | Deep venous thrombosis NOS | Peripheral venous thrombosis[?] |
| 119 | 93616 | 3121 | Placebo | 07/23/04 | 1047 | | Cerebral haemorrhage | Hemorrhagic stroke[?] |
| 120 | 94319 | 871 | Placebo | 01/13/03 | 457 | 02/01/03 | Myocardial infarction; Coronary artery disease NOS | Fatal acute myocardial infarction[?] |
| 121 | 94336 | 3735 | Placebo | 04/16/04 | 917 | | Myocardial infarction | Acute myocardial infarction[?] |
| 122 | 94364 | 819 | Placebo | 06/15/02 | 484 | | Cerebral infarction | Ischemic cerebrovascular stroke[?] |
| 123 | 94405 | 874 | Placebo | 06/23/02 | 304 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[?] |
| 124 | 94430 | 759 | Placebo | 01/21/02 | 185 | | Cerebral infarction | Ischemic cerebrovascular stroke[?] |
| 125 | 90364 | 852 | Placebo | 05/31/03 | 986 | | Angina unstable | |
| 126 | 90342 | 476 | Placebo | 10/13/03 | 55 | | Coronary artery disease; Unstable angina | |
| 127 | 90406 | 540 | Placebo | 07/31/03 | 835 | | Gangrene NOS | |

[?] The correct date should be 1/8/02. However, 1/9/02 was what in the data set for the analysis. This error had no impact on analysis results.

Data Source: [4.4.1; 4.21]

APPROVe Final Cardiovascular Safety Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

47

298

MRK-AFV0426421

Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Rel day | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 128 | 50406 | 977 | Placebo | 01/01/03 | 833 | 05/27/03 | Pneumonia NOS | |
| 129 | 50481 | 991 | Placebo | 04/02/03 | 763 | | Carotid artery occlusion | |
| 130 | 90179 | 983 | Placebo | 11/20/03 | 802 | | Coronary artery occlusion | |
| 131 | 91335 | 957 | Placebo | 04/30/03 | 934 | | Myocardial ischemia | |
| 132 | 91632 | 843 | Placebo | 03/23/02 | 339 | | Cerebrovascular disorder NOS | |
| 133 | 91704 | 4003 | Placebo | 06/19/03 | 1016 | 12/18/03 | Metastatic renal cell carcinoma | |
| 134 | 91724 | 817 | Placebo | 05/20/02 | 517 | | Subdural hematoma | |
| 135 | 91964 | 335 | Placebo | 11/21/01 | 463 | | Coronary artery disease | |
| 136 | 92046 | 330 | Placebo | 02/12/02 | 447 | | Myocardial ischemia | |
| 137 | 92163 | 791 | Placebo | 01/02/02 | 242 | | Coronary artery disease NOS | |
| 138 | 92301 | 664 | Placebo | 06/07/01 | 101 | | Angina pectoris | |
| 139 | 72532 | 815 | Placebo | 05/20/02 | 309 | | Angina unstable | |
| 140 | 72814 | 906 | Placebo | 01/17/03 | 664 | | Carotid artery stenosis | |
| 141 | 92857 | 702 | Placebo | 12/27/01 | 146 | | Coronary artery stenosis | |
| 142 | 91260 | 907 | Placebo | 02/21/03 | 516 | 02/21/03 | Brain death, Sepsis NOS | |
| 143 | 95760 | 954 | Placebo | 02/17/03 | 517 | | Cerebrovascular accident | |

Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report   MK-0966, Reference P: ppendix 2.1.3 (Cont.)

68

299

MRK-AFV0426422



Table 33 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events on Treatment through 14 Days After the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Rtlday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 144 | 93392 | 4079 | Placebo | 09/27/04 | 1126 | 10/16/04 | Hepatic failure, Renal failure acute, Disseminated intravascular coagulation | |
| 145 | 93601 | 3729 | Placebo | 12/29/03 | 792 | | Coronary artery disease | |
| 146 | 94059 | 963 | Placebo | 03/23/03 | 718 | | Vertebrobasilar insufficiency | |
| 147 | 94403 | 835 | Placebo | 03/10/02 | 439 | | Carotid artery stenosis | |
| 148 | 94737 | 4219 | Placebo | 07/09/03 | 263 | 12/31/03 | Gastric cancer NOS | |

Note: * Confirmed TCVSAE event, † Confirmed APTC event
Data Source: [4.4.1; 4.21]

Table 34
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events between 15 Days and 28 Days after the Last Dose of Study Therapy

| N | An | Case ID | Treatment | Onset Date | Rtlday | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90356 | 683 | Rofecoxib 25 mg | 05/01/03 | 275 | 05/13/03 | Metastases complex of unknown primary | |
| 2 | 94718 | 852 | Rofecoxib 25 mg | 06/07/02 | 304 | 07/09/02 | Pulmonary tuberculosis | |
| 3 | 90577 | 754 | Placebo | 12/18/03 | 383 | 12/23/03 | Sub Wound, Completed suicide | |

Note: * Confirmed TCVSAE event, † Confirmed APTC event
Data Source: [4.4.1; 4.21]

APPROVe Trial Cardiovascular Safety Report
MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

69

300

MRK-AFV0426423



Table 35
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after the Last Dose of Study Therapy

| N | Aa | Case ID | Treatment | Onset Date | RelDay | Death Date | Term | Adjudicated Outcome |
|---|---|---|---|---|---|---|---|---|
| 1 | 90070 | 4146 | Rofecoxib 25 mg | 02/15/01 | 331 | 02/15/01 | Death | Sudden cardiac death[17] |
| 2 | 50310 | 4182 | Rofecoxib 25 mg | 01/24/02 | 413 | | Coronary artery disease | Unstable angina pectoris[1] |
| 3 | 90712 | 756 | Rofecoxib 25 mg | 07/03/01 | 364 | | Cerebrovascular accident | Ischemic cerebrovascular stroke[13] |
| 4 | 91241 | 714 | Rofecoxib 25 mg | 03/17/01 | 86 | 06/18/01 | Thromboembolic stroke, Carotid artery obstruction, Cerebral infarction | Fatal ischemic cerebrovascular stroke[13] |
| 5 | 92711 | 725 | Rofecoxib 25 mg | 11/09/03 | 203 | 11/09/01 | sudden death | Sudden cardiac death[18] |
| 6 | 94012 | 933 | Rofecoxib 25 mg | 04/09/03 | 779 | | Pulmonary embolism | Pulmonary embolism[1] |
| 7 | 90310 | 4255 | Rofecoxib 25 mg | 01/14/02 | 411 | 08/29/02 | CRC split, death due to post-op complications | |
| 8 | 90324 | 4181 | Rofecoxib 25 mg | 01/04/04 | 959 | 01/04/04 | Hepatic neoplasm malignant | |
| 9 | 90673 | 4061 | Rofecoxib 25 mg | 01/02/02 | 1473 | 01/02/02 | Dementia Alzheimer's type | |
| 10 | 91843 | 4171 | Rofecoxib 25 mg | 10/77/03 | 2664 | 10/27/03 | Cerebrovascular accident | |
| 11 | 92708 | 4126 | Rofecoxib 25 mg | 09/21/01 | 306 | 10/10/01 | Hepatic cancer metastatic | |
| 12 | 93335 | 4145 | Rofecoxib 25 mg | 02/22/02 | 282 | 05/07/04 | Breast cancer metastatic | |
| 13 | 94192 | 4122 | Rofecoxib 25 mg | 02/02/02 | 492 | 02/02/02 | Aspiration | |
| 14 | 91501 | 913 | Rofecoxib 25 mg | 12/11/03 | 435 | 04/22/03 | Lung cancer metastatic | |
| 15 | 96873 | 4179 | Placebo | 02/15/03 | 837 | 02/15/03 | Death | Sudden cardiac death[12] |

Data Source: [4.4.1, 4.21]

APPROVe Trial Cardiovascular Safety Report

MK-0966, Reference P1, Appendix 2.1.3 (Cont.)

70

301

MRK-AFV0426424

Table 35 (Continued)
List of Cardiovascular Adverse Experiences or Deaths Eligible for Adjudication and the Adjudication Outcome
Events 28 Days after Last Dose of Study Therapy



| N | An | Cons ID | Treatment | Onset Date | Kidney | Death Date | Term | Adjudication Outcome |
|---|---|---|---|---|---|---|---|---|
| 16 | 92455 | 2219 | Placebo | 12/02/02 | 645 | 12/06/02 | Myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 17 | 92991 | 6073 | Placebo | 05/15/03 | 717 | 05/15/03 | Acute myocardial infarction | Fatal acute myocardial infarction[1,2] |
| 18 | 50217 | 589 | Placebo | 10/07/03 | 1044 | 10/23/03 | Hepatic failure | |
| 19 | 90243 | 4120 | Placebo | 05/25/02 | 376 | 05/25/02 | Lung neoplasm malignant | |
| 20 | 90916 | 260 | Placebo | 11/12/01 | 229 | 11/12/01 | Injury NOS | |
| 21 | 91365 | 947 | Placebo | 04/16/03 | 595 | 04/16/03 | Circulatory collapse | |

Note: [1] Confirmed TCVSAE event; [2] Confirmed APTC event

Data Source: [4.4 T; 4.21]

APPROVe Trial Cardiovascular Study Report

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)

71

302

MRK AFV0426425

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   303

APPROVe Trial Cardiovascular Safety Report



### Table 36
### Confirmed Thrombotic Events by Equally Sized Subgroup of Baseline Creatinine Clearance
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Baseline Creatinine Clearance[1] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3056, 1286 | 1.51 (1.10, 2.01) | 26/3327, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| <69.4 | 22/987, 430 | 2.23 (1.40, 3.38) | 10/1113, 432 | 0.90 (0.43, 1.65) | 2.48 (1.13, 5.67) |
| 69.4 to 87.6 | 12/1031, 423 | 1.16 (0.60, 2.03) | 6/1138, 440 | 0.53 (0.19, 1.15) | 2.21 (0.77, 7.17) |
| >87.6 | 12/1038, 433 | 1.16 (0.60, 2.02) | 10/1076, 427 | 0.93 (0.45, 1.71) | 1.24 (0.49, 3.21) |

[1] Events per 100 Patient-Years
[1] Creatinine Clearance (Male)=[(140-age in years)x(body weight in kg)]/(72x serum creatinine in mg/dl). Creatinine Clearance (Female) =[(140-age in years)x(body weight in kg)]/(72x serum creatinine in mg/dl) x 0.85
P-value for Baseline Creatinine Clearance effect: 0.093, p-value for subgroup-by-treatment interaction: 0.462

Data Source: [4.2; 4.4.1]

### Table 37
### Confirmed Thrombotic Events by Subgroup of Number of Risk Factors for Coronary Artery Disease
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Number of risk factors for Coronary Artery Disease[1] | Rofecoxib 25 mg | | Placebo | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | Events/Patient-Years[1], N | PY-Rate[1] (95% CI) | |
| Overall | 46/3059, 1287 | 1.50 (1.10, 2.01) | 26/3327, 1299 | 0.78 (0.51, 1.15) | 1.92 (1.19, 3.11) |
| 0 | 9/1095, 448 | 0.82 (0.38, 1.56) | 6/1250, 478 | 0.48 (0.18, 1.04) | 1.71 (0.54, 5.85) |
| 1 | 14/1246, 521 | 1.12 (0.61, 1.89) | 10/1383, 532 | 0.72 (0.35, 1.33) | 1.55 (0.64, 3.91) |
| 2 | 14/564, 250 | 2.48 (1.36, 4.17) | 7/541, 224 | 1.29 (0.52, 2.67) | 1.92 (0.72, 5.61) |
| 3 | 7/138, 62 | 5.06 (2.04, 10.43) | 3/146, 60 | 2.06 (0.43, 6.02) | 2.46 (0.36, 14.72) |
| 4 | 2/15, 6 | 13.15 (1.59, 47.50) | 0/7, 5 | 0.00 (0.00, 49.99) | (0.09, .) |

[1] Events per 100 Patient-Years
[1] Risk Factors Including History of diabetes, History of Hypercholesterolemia, History of Hypertension, Current Cigarette Use
P-value for the effect of the number of risk factors for Coronary Artery Disease: <0.001, p-value for subgroup-by-treatment interaction: 0.860

Data Source: [4.1; 4.4.1]

MRK-AFV0426426

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)     304

APPROVe Trial Cardiovascular Safety Report



Table 38
Concomitant Therapies for Hypertension
Patients With and Without Confirmed Thrombotic Events

|  | Patients Without Events | | | | Patients With Events | | | |
|---|---|---|---|---|---|---|---|---|
|  | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
|  | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more concomitant therapies | 631 | (50.8) | 558 | (43.8) | 39 | (84.8) | 21 | (80.8) |
| Agents Acting On The Renin Angiotensin System | 349 | (28.1) | 295 | (23.2) | 28 | (60.9) | 13 | (50.0) |
| Antihypertensives | 89 | (7.2) | 72 | (5.7) | 3 | (6.5) | 1 | (3.8) |
| Beta Blocking Agents | 249 | (20.1) | 204 | (16.0) | 23 | (50.0) | 13 | (50.0) |
| Calcium Channel Blockers | 193 | (15.6) | 164 | (12.9) | 18 | (39.1) | 8 | (30.8) |
| Diuretics | 278 | (22.4) | 197 | (15.5) | 22 | (47.8) | 7 | (26.9) |

Data Source: [4.1; 4.4.1]

73

MRK-AFV0426427

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)   305

APPROVe Trial Cardiovascular Safety Report



### Table 39
### Concomitant Therapies for Diabetes (Partial List)
### Patients With and Without Confirmed Thrombotic Events

| | Patients without events | | | | Patients with events | | | |
|---|---|---|---|---|---|---|---|---|
| | Rofecoxib 25 mg (N = 1241) | | Placebo (N = 1273) | | Rofecoxib 25 mg (N = 46) | | Placebo (N = 26) | |
| | n | (%) | n | (%) | n | (%) | n | (%) |
| Patients with one or more concomitant therapies | 95 | (7.7) | 93 | (7.3) | 11 | (23.9) | 1 | (3.8) |
| Glyburide | 23 | (1.9) | 18 | (1.4) | 3 | (6.5) | 1 | (3.8) |
| Glyburide (+) Metformin Hydrochloride | 4 | (0.3) | 5 | (0.4) | 1 | (2.2) | 0 | (0.0) |
| Metformin | 28 | (2.3) | 26 | (2.0) | 2 | (4.3) | 0 | (0.0) |
| Metformin Hydrochloride | 27 | (2.2) | 27 | (2.2) | 3 | (6.5) | 1 | (3.8) |
| Insulin | 11 | (0.9) | 9 | (0.7) | 3 | (6.5) | 0 | (0.0) |
| Pioglitazone Hydrochloride | 5 | (0.4) | 7 | (0.5) | 4 | (8.7) | 1 | (3.8) |
| Rosiglitazone Maleate | 11 | (0.9) | 13 | (1.0) | 1 | (2.2) | 0 | (0.0) |

Data Source [4.1; 4.4.1]

MRK-AFV0426428

MK-0966, Reference P122, Appendix 2.1.3 (Cont.)    306

APPROVe Trial Cardiovascular Safety Report



**Table 40**
**Blood Pressure and Confirmed Thrombotic Events**
**(Events on Treatment through 14 Days After the Last Dose of Study Therapy)**

| Effect | Relative Risk (95% CI) | P-Value |
|---|---|---|
| Covariate was on-treatment maximum SBP (mmHg) prior to CV event | | |
| Treatment | 1.89 (1.15, 3.09) | 0.012 |
| Covariate | 1.01 (1.00, 1.02) | 0.186 |
| Treatment*Covariate Interaction | 1.01 (0.98, 1.04) | 0.473 |

Data Source: [4.2; 4.4.1]

75

MRK-AFV0426429

APPROVe Trial Cardiovascular Safety Report



Table 41
Summary Statistics: Diastolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|---|---|---|---|---|---|---|
| Baseline[1] | | | | | | |
| | Rofecoxib | 1287 | 79.33(0.25) | ( 78.85, 79.82) | 80.00 | (40.00, 113.00) |
| | Placebo | 1299 | 79.31(0.25) | ( 78.82, 79.79) | 80.00 | (45.00, 120.00) |
| Change from Baseline | | | | | | |
| Week 4 | Rofecoxib | 1244 | 1.06(0.23) | ( 0.60, 1.52) | 0.00 | (-28.00, 35.00) |
| | Placebo | 1271 | -0.64(0.23) | ( -1.09, -0.18) | 0.00 | (-34.00, 26.00) |
| Week 17 | Rofecoxib | 1168 | 1.37(0.27) | ( 0.85, 1.89) | 0.00 | (30.00, 38.00) |
| | Placebo | 1212 | -0.86(0.26) | ( -1.37, -0.34) | 0.00 | (37.00, 30.00) |
| Week 35 | Rofecoxib | 1095 | 1.02(0.29) | ( 0.45, 1.59) | 0.00 | (45.00, 50.00) |
| | Placebo | 1176 | -0.47(0.27) | ( -1.00, 0.06) | 0.00 | (-38.00, 40.00) |
| Week 52 | Rofecoxib | 1049 | 0.46(0.31) | ( -0.15, 1.08) | 0.00 | (-38.00, 40.00) |
| | Placebo | 1143 | -0.66(0.30) | ( -1.25, -0.08) | 0.00 | (-44.00, 38.00) |
| Week 69 | Rofecoxib | 1084 | 0.51(0.30) | ( -0.08, 1.11) | 0.00 | (-33.00, 38.00) |
| | Placebo | 1102 | -0.89(0.29) | ( -1.45, -0.32) | 0.00 | (-40.00, 40.00) |
| Week 86 | Rofecoxib | 969 | 1.28(0.32) | ( 0.65, 1.91) | 0.00 | (-30.00, 40.00) |
| | Placebo | 1061 | -1.06(0.31) | ( -1.66, -0.45) | 0.00 | (-47.00, 30.00) |
| Week 104 | Rofecoxib | 935 | 0.90(0.32) | ( 0.27, 1.53) | 0.00 | (-37.00, 35.00) |
| | Placebo | 1031 | -0.95(0.31) | ( -1.57, -0.34) | 0.00 | (-82.00, 36.00) |
| Week 121 | Rofecoxib | 904 | 0.36(0.33) | ( -0.29, 1.01) | 0.00 | (-30.00, 32.00) |
| | Placebo | 1003 | 0.86(0.31) | ( -1.47, -0.26) | 0.00 | (-40.00, 38.00) |
| Week 138 | Rofecoxib | 890 | 0.24(0.34) | ( 0.43, 0.90) | 0.00 | (-30.00, 31.00) |
| | Placebo | 990 | -1.09(0.32) | ( -1.72, -0.46) | 0.00 | (-33.00, 34.00) |
| Week 156 | Rofecoxib | 269 | -0.97(0.61) | ( -2.17, 0.24) | 0.00 | (-28.00, 25.00) |
| | Placebo | 296 | -1.43(0.67) | ( -2.75, -0.11) | -2.00 | (-45.00, 31.00) |
| Overall | Rofecoxib | 1246 | 0.90(0.21) | ( 0.49, 1.32) | 0.44 | (-26.00, 30.00) |
| | Placebo | 1278 | -0.79(0.20) | ( -1.18, -0.39) | -0.87 | (-31.80, 26.00) |

[1] Baseline value is the last observed value before or at the randomization visit
Note: Only patients who had a change from baseline value are included in this table.
Data Source: [4.2]

MRK-AFV0426430



Table 42
Summary Statistics: Systolic Blood Pressure (mm Hg)

| Week | Treatment | N | Mean (SE) | 95% CI | Median | Range |
|---|---|---|---|---|---|---|
| Baseline[†] | | | | | | |
| | Rofecoxib | 1287 | 130.70(0.45) | ( 129.82, 131.57) | 130.00 | (88.00, 230.00) |
| | Placebo | 1299 | 130.25(0.43) | ( 129.39, 131.11) | 130.00 | (90.00, 207.00) |
| Change from Baseline (or Response) | | | | | | |
| Week 4 | Rofecoxib | 1244 | 3.23(0.40) | ( 2.45, 4.01) | 2.00 | (-50.00, 100.00) |
| | Placebo | 1272 | -1.41(0.37) | ( -2.14, -0.69) | 0.00 | (-47.00, 60.00) |
| Week 17 | Rofecoxib | 1168 | 3.72(0.43) | ( 2.88, 4.56) | 2.00 | (-45.00, 59.00) |
| | Placebo | 1213 | -0.75(0.42) | ( -1.56, 0.07) | 0.00 | (-53.00, 50.00) |
| Week 35 | Rofecoxib | 1095 | 3.85(0.47) | ( 2.92, 4.78) | 4.00 | (-50.00, 62.00) |
| | Placebo | 1176 | -0.41(0.43) | ( -1.25, 0.43) | 0.00 | (-67.00, 53.00) |
| Week 52 | Rofecoxib | 1049 | 3.17(0.52) | ( 2.15, 4.20) | 2.00 | (-50.00, 60.00) |
| | Placebo | 1143 | 0.67(0.48) | ( -0.27, 1.61) | 0.00 | (-99.00, 56.00) |
| Week 69 | Rofecoxib | 1004 | 3.08(0.50) | ( 2.09, 4.06) | 2.00 | (-58.00, 60.00) |
| | Placebo | 1103 | 0.04(0.46) | ( -0.86, 0.95) | 0.00 | (-59.00, 60.00) |
| Week 86 | Rofecoxib | 969 | 3.74(0.54) | ( 2.69, 4.79) | 3.00 | (-60.00, 84.00) |
| | Placebo | 1061 | -0.09(0.49) | ( -1.05, 0.87) | 0.00 | (-67.00, 78.00) |
| Week 104 | Rofecoxib | 935 | 2.90(0.54) | ( 1.85, 3.96) | 1.00 | (-55.00, 76.00) |
| | Placebo | 1033 | 1.22(0.47) | ( -2.15, -0.30) | 0.00 | (-67.00, 52.00) |
| Week 121 | Rofecoxib | 904 | 2.54(0.53) | ( 1.50, 3.59) | 1.00 | (-64.00, 65.00) |
| | Placebo | 1003 | -0.49(0.50) | ( -1.47, 0.48) | 0.00 | (-67.00, 62.00) |
| Week 138 | Rofecoxib | 891 | 2.11(0.55) | ( 1.04, 3.19) | 0.00 | (-70.00, 52.00) |
| | Placebo | 991 | -0.19(0.51) | ( -1.20, 0.82) | 0.00 | (-57.00, 50.00) |
| Week 156 | Rofecoxib | 269 | 1.42(1.00) | ( 0.54, 3.38) | 0.00 | (-60.00, 55.00) |
| | Placebo | 296 | 0.03(0.98) | ( -1.90, 1.97) | 0.00 | (-67.00, 54.00) |
| Overall | Rofecoxib | 1246 | 3.37(0.35) | ( 2.68, 4.06) | 3.11 | (-50.00, 100.00) |
| | Placebo | 1278 | -0.50(0.32) | ( 1.14, 0.13) | 0.00 | (-58.80, 50.00) |

[†] Baseline value is the last observed value before or at the randomization visit
Note: Only patients who had a change from baseline value are included in this table.

Data Source: [4.2]

MRK-AFV0426431

MK-0966, Reference P122, Appendix 2.1.3 (Cont.) 309

APPROVe Trial Cardiovascular Safety Report



Table 43
Observed Versus Framingham Model Based Expected Cumulative
Incidence (%) of Myocardial Infarction
For Subgroup with SBP>=160 on 1 or more occasions prior to CV Event
(Events on Treatment through 14 Days After the Last Dose of Study Therapy)

| Type | Rofecoxib | | Placebo | |
|---|---|---|---|---|
| | Expected | Observed | Expected | Observed |
| MI incidence through 36 months | 2.46 | 8/383 (2.72) | 2.60 | 2/262 (0.87) |
| MI incidence through 18 months | 1.18 | 1/383 (0.31) | 1.26 | 0/262 (0.00) |
| MI incidence after month 18 and through month 36 | 1.28 | 7/309 (2.41) | 1.34 | 2/242 (0.87) |
| MI incidence from 1st on-drug blood pressure through 36 months | 2.77 | 8/380 (2.72) | 2.54 | 2/260 (0.88) |
| Ratio of 18-36 month MI incidence over 0-18 month MI incidence | 1.09 | 7.75 | 1.06 | |

Data Source: [4.1; 4.2; 4.4.1]

78

MRK-AFV0426432