**EXHIBIT GG**

Confidential - Subject to Protective Order

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF LOUISIANA

3              - - -

4  IN RE:  VIOXX            :MDL DOCKET NO.
   PRODUCTS LIABILITY       :1657
5  LITIGAION                :Case:
                            :2:06-cv-00485-EEF-DK
6                           :Section L
   THIS DOCUMENT RELATES :
7  TO: GERALD BARNETT V. :
   MERCK                 :
8              - - -

9         May 30, 2006

10             - - -

11    Videotape deposition of STEPHEN E.

12  EPSTEIN, M.D., held in the offices of

13  Zuckerman Spaeder, LLP, 1800 M Street,

14  NW, Washington, D.C. 20036-5802,

15  commencing at 9:10 a.m., on the above

16  date, before Denise D. Bach, a Federally

17  Approved Reporter for the United States

18  District Court and a Certified Shorthand

19  Reporter, License No. 30X10009330.

20             - - -

21

22       GOLKOW LITIGATION TECHNOLOGIES
          Four Penn Center, Suite 1210
23        1600 John F. Kennedy Boulevard
         Philadelphia, Pennsylvania 19103
24              (877) DEPS-USA

```
 1   complications that were totally
 2   unexpected.  On the other hand, as we
 3   tried to emphasize in our paper, our
 4   results in mice, using our particular
 5   experimental conditions, may not be at
 6   all relevant to what happens clinically.
 7   I'm therefore very pleased to have
 8   learned that Merck is planning to meet
 9   this head-on and is planning to consider
10   some definitive clinical study.  I would
11   be happy to work with you in any way that
12   would be helpful to such a project.
13              "Thanks for your help.
14              "Steve."
15        Q.    Thank you, Doctor.
16              Now, if I may break this
17   down, the first sentence of the second
18   paragraph says, "I'm sorry that we didn't
19   get the results we thought we would - but
20   it's better to know about this now than
21   to be blind-sided in one or two years by
22   complications that were totally
23   unexpected."
24              What did you mean by that,
```

Page 118

1  Doctor?
2      A.   Well, our initial proposal
3  to Merck had the hypotheses that Vioxx
4  would be protective against viral
5  infection and protective against the
6  development of atherosclerosis, and we
7  found just the opposite.  And, you know,
8  I was in -- I'm not sure what I meant by
9  being sorry, but, you know, those were
10 the results.
11          And my feeling was that
12 this, although an animal study in mice in
13 a particular model, should serve as a
14 yellow flag so that being aware of the
15 potential for such an adverse effect,
16 albeit in mice, we don't know if it
17 applies to humans, but being aware of
18 that potential, it would be important for
19 Merck to help fund additional studies to
20 define this in a more definitive way.
21     Q.   Is it fair to say, then,
22 Doctor, that you were pleased that this
23 potential adverse effect of Vioxx was
24 discovered at this point in time and not