# EXHIBIT I

To: ian_rodger@merck.com
From: Stephen.Epstein@medstar.net
Cc: peter_dibattiste@merck.com
Bcc:
Date: 2001-10-12 16:15:46
Subject: Selective COX-2 inhibition and atherogenesis paper

---

Ian,
Attached is the paper on the effects of selective COX-2 inhibition on susceptibility to CMV infection and to atherogenesis. We plan to send it to Circulation in 30 days. I would be most interested in your comments and suggestions.

I'm sorry that we didn't get the results we thought we would--but it's better to know about this now than to be blind-sided in one or two years by complications that were totally unexpected. On the other hand, as we tried to emphasize in our paper, our results in mice, using our particular experimental conditions, may not be at all relevant to what happens clinically. I'm therefore very pleased to have learned that Merck is planning to meet this head-on and is planning to consider some definitive clinical study. I would be happy to work with you in any way that would be helpful to such a project.

Thanks for your help.

Steve

(See attached file: COX-2_CMV_Athero-10.MSF doc)

---

Attachments:

Mac Word 3.0

COX-2_CMV_Athero-10 MSF
October 12, 2001

# Effects of MF-Tricyclic, a Selective COX-2 Inhibitor, on Atherosclerosis Progression and Susceptiblility to CMV Replication in ApoE Knockout Mice

David Rott MD, Jianhui Zhu MD PhD, Mary Susan Burnett PhD, Yi Fu Zhou MD, Alexandra Ganley BS, Jibike Ogunmakinwa BS, and Stephen E Epstein MD

From the Cardiovascular Research Institute, Medstar Research Institute, Washington Hospital Center, Washington DC

Rott et al COX-2 inhibition, atherogenesis and CMV replication

Corresponding Author Stephen E Epstein, M D
Cardiovascular Research Institute
Washington Hospital Center
110 Irving St NW
Washington DC 20010
E-mail: sxe2@mhg edu
Phone 202 877-5977
Fax 202 877-2715

This work was supported in part by a grant from Merck Pharmaceuticals

**Abstract**

**Background:** Inflammation plays a central role in atherogenesis. Evidence suggests cytomegalovirus (CMV) infection contributes to atherosclerosis and that this occurs in part through inflammatory mechanisms. Cyclooxygenase-2 (COX-2) inhibitors are not only potent anti-inflammatory agents, they also inhibit CMV replication in vitro. Thus, our objective was to determine, in a mouse model, whether selective COX-2 inhibition reduces CMV replication and diminishes CMV-induced atherogenesis. We also determined whether COX-2 anti-inflammatory activity leads to decreased atherosclerosis, independent of infection.

**Methods and Results:** ApoE deficient mice were either treated or not treated with a selective COX-2 inhibitor, and either infected or not infected with CMV. Viral DNA load in salivary glands was determined by quantitative PCR. Atherosclerotic lesion analysis was performed by standard methods. In vivo COX-2 inhibition, unexpectedly, *increased* viral load: in the CMV infected animals viral load was 2.58±1.0 in the non-treated group, 4.74±1.38 in the group treated with 12 mg/kg MF-tricyclic, and 6.51±1.64 in the group treated with 24 mg/kg (P trend = 0.050). This increased viral load was paralleled by increased anti-CMV antibody titers. Although CMV infection had no effect on lesion size in the presence or absence of drug (presumably because of the brief 3-wk time period between infection and sacrifice), most surprisingly, COX-2 inhibition significantly *increased* atherosclerotic lesion area, by 84% in the non-infected group, and by 70 % and by 80% in the CMV-infected low dose and high dose MF-tricyclic-treated groups respectively.

**Conclusion**. Unlike the effects observed in vitro, selective inhibition of COX-2 in vivo *increases viral load*, suggesting that inhibition of the innate immune response by high doses of a COX-2 inhibitor overrides the mechanisms operative in cell-culture that inhibit CMV replication. In addition, inhibition of COX-2 *increases atherosclerosis development* in apoE deficient mice, suggesting that this enzyme exerts anti-atherosclerosis activity, at least in this model.

**Key Words:** Atherosclerosis, Drugs, Infection, Inflammation

**Condensed Abstract**

Inflammation plays a central role in atherogenesis Cytomegalovirus (CMV) also appears to have a role Cyclooxygenase-2 (COX-2) inhibitors, which are potent anti-inflammatory agents, inhibit CMV replication in vitro We used apoE deficient mice in an attempt to determine whether selective COX-2 inhibition reduces CMV replication and diminishes CMV-induced atherogenesis, and whether it leads to decreased atherosclerosis independent of infection In vivo COX-2 inhibition, paradoxically, *increased* viral load Parallel increase in antibody titer was noted In addition, COX-2 inhibition significantly *increased atherosclerotic lesion area*, suggesting that, in this model, COX-2 activity exerts anti-atherosclerosis effects and COX-2 inhibition exacerbates atherosclerosis

## Introduction

Evidence suggests infection with any of several pathogens, including cytomegalovirus (CMV), contributes to atherosclerosis [1-5] and that this occurs in part through inflammatory mechanisms [1]. Strong evidence suggesting a causal role of CMV in atherogenesis is provided by the demonstration that CMV infection causes atherosclerosis progression in a murine model of atherosclerosis [6-8]. Given the probable atherogenic role of CMV, studies have been undertaken to identify potential virus-related therapeutic targets.

Upon infection of primary human coronary artery smooth muscle cells (SMCs), CMV rapidly induces the development of reactive oxygen species (ROS) in the infected cell [9]. This is undoubtedly part of the host's defense response, as ROS are essential for activitation of NFκB and for its translocation to the cell nucleus, where it transactivates many of the genes involved in inflammatory and immune responses [10]. However, CMV also requires NFκB for transactivating its own genes. Its major immediate early promotor has 4 NFκB binding sites that, when activated by NFκB, initiate expression of the down-stream viral genes, a cascade essential for viral replication [11].

Studies from this laboratory showed that cyclooxygenase-2 (COX-2) inhibition, either with the non-selective COX-1/COX-2 inhibitors, aspirin and indomethecin (in milimolar concentrations), or with the selective COX-2 inhibitor NS-398 (in micromolar concentrations), diminishes CMV-induced generation of reactive oxygen species, thereby preventing NFkB activation [12]. Given these effects we predicted, and found, that aspirin prevented in vitro CMV replication in human coronary artery SMCs [12]. On this basis we proposed that COX-2 might be a therapeutic target, that its inhibition would diminish viral replication in vivo, thereby inhibiting any contribution of the virus to atherogenesis.

COX-2 inhibitory drugs are also considered potent anti-inflammatory agents [13]. Because inflammation plays a central role in atherogenesis [14], a compelling case can be made for the potential of such drugs to inhibit atherosclerosis progression, independent of any anti-viral effect. However, little is known about the possible anti-atherogenesis activity of selective COX-2 inhibitors.

The purpose of the present investigation was to determine in a mouse model of atherosclerosis the validity of two hypotheses.

1) *Selective COX-2 inhibition, through the mechanisms responsible for its in vitro anti-viral effects, reduces CMV replication in vivo and thereby diminishes CMV-induced increase in atherosclerosis development.*
2) *Selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection.*

## Methods

*Animals, virus and Study Design*

The study protocol was approved by the Medstar Research Institute-Animal Care and Use Committee, in accordance with the Guide for the care and use of laboratory animals (NIH publication No. 85-23 revised 1996).

ApoE deficient mice were purchased from the Jackson Laboratory (Bar Harbor, ME). All mice were housed in microisolator cages in a pathogen free facility, and allocated into 6 groups (Table-1). Eight week-old apoE deficient mice (groups 3-6 only) were

injected intraperitonealy (IP) either with $5 \cdot 10^4$ PFU mouse CMV (Smith strain, VR-1399, ATCC, Manassas, VA), or with the supernatant of uninfected SC-1 cells (ATCC). The injections were given 48h after the initiation of the feeding protocol (e.g. drug administration: see below). Mice allocated to groups 1 and 2 did not receive any injection. At 11 weeks of age salivary glands, spleens and blood were collected, and serum was obtained. Serum and organ samples were placed in individual tubes and stored at -80°C until tested.

*Drug*

The drug used in this study was a selective COX-2 inhibitor [MF-Tricyclic; 3-(3,4-difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone] This drug has no significant anti-COX-1 activity at clinically effective concentrations [15].

Sterile mixture of drug in mouse chow obtained from Merck Pharmaceuticals research laboratories (Merck Frosst Canada & Co., Kirkland, Quebec, Canada) in 2 drug concentrations: w/0.01334% and w/0.0067%. Drug free chow (control chow) was obtained from Merck as well. Chow stocks were kept at $4^0$C in the dark. Fresh chow was administered to the mice daily.

The mice were fed ad lib with drug-containing chow or control chow. Mice of all 6 groups were started on this feeding protocol simultaneously. The feeding protocol was continued for 3 weeks, than the mice were sacrificed. Food intake and body weight were monitored every week and the actual drug doses were calculated accordingly.

Serum samples from all groups were shipped to Merck research laboratories for drug levels testing.

*PCR analysis*

Samples were coded so that the analysis was done blindly as to the source of the sample.

*Genomic DNA extraction*. DNA was isolated from mouse salivary glands by using a puregene extraction kit (Gentra Systems Minneapolis, MN). The protocol is available online at www.Gentra.com. DNA concentrations were standardized to 100 ng/µl and 1 µl was used in the TaqMan reactions.

*TaqMan Analysis*: Target gene: Mouse CMV IE1 exon 4, accession number M11788. TaqMan probe and primers were selected using Primer Express software (PerkinElmer Life Sciences, Inc. Beltsville, MD) and were synthesized at BioServe Biotechnologies, Ltd. Laurel, MD. Primer and probe optimizations were performed at 60°C. Mouse CMV (TET-labeled probe) and ApoB (6FAM-labeled probe) constitutive gene were analyzed alone. All TaqMan reactions were performed in 15 µl volumes using 2X Universal Master Mix (PerkinElmer), 6.25 pmol of each primer, 6.25 pmol of mouse CMV probe and 1 µl of 100 ng/µl DNA. The "real time" amplification program consisted of 50°C for 2 min (AmpErase UNG cleavage step), 95°C for 10 min (activation of AmpliTaq Gold step) and then 40 cycles of 95°C for 15 sec followed by 60°C for 1 min.

A standard curve was generated using 10 fold dilutions of SC-1 cells (ATCC) infected with mouse CMV. The upper limited of DNA concentration used was 100 ng/µl and the lower limit was 100 fg/µl. These concentrations represent total DNA template input into the reaction.

*Serology*

Anti-Mouse CMV Antibody titer in mouse serum was determined by using a commercially available ELISA kit (mouse anti-Mouse CMV IgG ELISA, Charles River Laboratories Wilmington, MA). All assays were performed in quadruplicate (2 CMV wells and 2 tissue control wells) according to manufacturer instructions. The OD value of each sample was converted by a formula according to manufacturer instructions, and a calculated value of 3.0 was the threshold for a positive result. Five serum dilutions were tested: 1:60, 1:500, 1:1000, 1:2000 and 1:3000.

*Cytokine concentrations*

Interferon γ (IFNγ), tumor necrosis factor α (TNFα) and interleukin-6 (IL-6) concentrations in mouse serum were determined by using mouse IFNγ, TNFα and IL-6 ELISA kits (Biosource International, Camarillo, CA). All assays were performed in duplicate according to manufacturer instructions. Cytokine levels were determined by comparing the OD results to standard curves using recombinant cytokines, provided by the manufacturer.

The minimal detectable levels of IL-6, IFNγ and TNFα using the appropriate Biosource ELISA kit are (pg/ml): <3.0, <1.0 and <3.0 respectively.

*Quantification of Atherosclerotic Lesions*

Hearts were coded so that the analysis was performed blindly as to the source of the heart. Lesion analysis was performed as previously described [16]. Briefly, hearts were fixed in 10% buffered formalin, embedded in 5%, 10%, and, then, 25% gelatin. Frozen sections of the aortic sinus, 10-µm each, were cut using a cryostat, and every second slice was collected. Sections were stained using oil red O and hematoxylin and counterstained with light green. Five sections per mouse were analyzed for lesions. Area analysis was completed using Spot Image Pro Driver software (Diagnostic Instruments).

*Cholesterol levels*

Serum samples, collected at the time of killing, were individually evaluated for cholesterol by Cholesterol-SL-Assay, a 4-aminoantipyrine-based enzymatic assay (Diagnostic Chemical Limited, Oxford, CT). All assays were performed according to the manufacturers instructions.

**Statistical Analysis**

Data are given as mean±SEM. Comparisons between multiple experimental groups were made by one-way ANOVA. Comparisons between two experimental groups were made by Student's *t* test (two- tailed). P values of ≤0.05 were considered statistically significant. PCR results underwent square root transformation prior to statistical analysis.

**Results**

*Drug consumption and serum level measurements*

Average weight of a mouse was 20 gm, and the average amount of chow consumed by a mouse was 3.6 mg/day. Hence the doses consumed by the mice were 24 mg/kg/day for group 6 and 12 mg/kg/day for groups 2 and 5. The corresponding average

serum drug levels (µg/ml) were 2.09±0.09 vs 1.03±0.15 ($p<0.001$) in these groups respectively. Sera of mice from untreated groups were negative for the drug.

*Cholesterol levels*

The total serum cholesterol levels did not differ significantly among the 6 groups. The average cholesterol levels (mg/dl) were: 365.9 ± 21.0, 421.8 + 32.0, 451.9 ± 35.6, 390.1 ± 41.2, 436.9 ± 79.1 and 480.8 ± 23.1 in groups 1 to 6 respectively.

*PCR analysis*

The analysis included samples from all mice of groups 3-6 (n=17 in each group, Table 1). The average mouse CMV DNA load (square root of ng/ml) in salivary glands, a PCR-derived index of the number of viral particles present in the tissue, was: 2.58±1.0 in the CMV infected/no drug group, 4.74±1.38 in the infected/12 mg/kg dose group, and 6.51±1.64 in the infected/24 mg/kg dose group (P trend = 0.050; Fig. 1). The results show a dose response curve, with the highest drug level associated with the highest viral load. All mice from the sham-infected group were negative for CMV DNA. All positive and negative controls worked as expected, and all samples were positive when entered into a PCR with primers for the apoB gene, indicating adequate quality of DNA.

*Mouse CMV Serology*

The analysis included serum samples from all mice of groups 3-6 (n=17 in each group; Table 1). The average anti-mouse CMV IgG titers in serum were: 602.4±93.4 in the CMV infected/no drug group, 1,031.3±154.6 in the infected/12 mg/kg dose group, and 1,264.7±232.7 in the infected/24 mg/kg dose group (P trend – 0.025, Fig. 2). All mice from the sham-infected group (group 3) were negative for anti-CMV IgG.

*Quantification of Atherosclerotic Lesions*

The analysis included 11-12 samples from each of the 6 groups (Table 1). The average lesion area (µm$^2$) was: 6,096.5±1,837 in the non-infected/no drug group, 11,215.8±1369 in the non-infected/12 mg/kg dose group, 6,036.5±154 in the sham infected/no drug group, 6,947.8±1,166 in the CMV infected/no drug group, 11,785.7±1,512 in the infected/12 mg/kg dose group and 12,514.2±1,252 in the infected/24 mg/kg dose group (P trend <0.001; Fig. 3). Drug treatment consistently increased lesion size by 84% in the non-infected group, and by 70 % and by 80% in the CMV-infected low dose and high dose groups respectively. Thus, significant differences were detected between each individual drug-treated group (2, 5 or 6 see Table I) when compared to each individual non-treated group (1, 3 or 4. Fig. 4). In this study, infection with CMV did not increase lesion size.

Figure 4 shows typical aortic sections of a treated mouse (group 2) and an untreated mouse (group 1). in the absence of infection.

*Cytokine concentrations*

IFNγ, TNFα and IL-6 were undetectable in the serum of all 6 groups (Data not shown). However all controls worked as expected, indicating adequate test quality.

**Discussion**

Previous investigations from our laboratory demonstrated that CMV infection of coronary SMCs generates intracellular reactive oxygen species (ROS) within minutes of infection, and that the resulting ROS contibute to NFκB activation [9]. NFκB stimulates the expression of many cellular genes, including those encoding cytokines and adhesion molecules, which are involved in immune and inflammatory responses (10) The CMV major immediate early promoter (MIEP) has four NFκB binding sites—therefore activation of NFκB is also critical for MIEP activation and eventual expression of all of the viral gene products [9]

We also attempted in previous studies to explore the pathway by which ROS are generated by CMV infection. We found that CMV activates a pertussis toxin-sensitive G-protein-coupled cascade, leading to a COX-2-dependent increase in ROS through stimulation of arachidonic acid (AA) release and metabolism via MAP kinase-dependent stimulation of phospholipase $A_2$ [17]. These prior studies also confirmed the importance of the cyclooxygenase system in the viral pathway of cell activation by examining the effects of inhibiting these enzymes. We demonstrated that the non-selective COX-1/COX-2 inhibitors. aspirin and indomethecin, prevented CMV-induced ROS generation, an effect also demonstrated by the experimental selective COX-2 inhibitor, NS-398 These studies also showed. importantly, that aspirin inhibited in vitro CMV replication in coronary artery SMCs

COX-2, one of two isoforms of cyclooxygenase [18], is induced by mitogens, cytokines, certain inflammatory agents [19], and even by one of the immediate early gene products of CMV [12] It is the isoform thought to promote inflammation COX-1 is constitutively expressed in most tissues and has been suggested to serve as the "housekeeping" isoform; its presence in platelets leads to platelet aggregation via the COX-1-mediated production of thromboxane $A_2$ [19-21]

Because of the critical role of CMV-induced ROS generation in both viral and cellular gene expression, and because inflammation plays a critical role in atherogenesis, we considered that COX-2 might constitute a potential therapeutic target whereby its inhibition would decrease CMV replication in vivo, and inhibit inflammatory changes that might contribute to atherogenesis The present investigation was therefore initiated to determine the validity of two hypotheses: 1) *Selective COX-2 inhibition, through the mechanisms responsible for its in vitro anti-viral effects. reduces CMV replication in vivo and thereby diminishes CMV-induced increase in atherosclerosis development And 2) Selective COX-2 inhibition, through its anti-inflammatory activity, decreases atherosclerosis development independent of infection*

To our surprise, however, we found just the opposite Regarding the first hypothesis. selective COX-2 inhibition with MF tricyclic *increased* viral load in a dose-dependent fashion. with the highest dose increasing viral load by about 50% (Fig 1) We also found a parallel dose-response effect of MF-tricyclic on anti-CMV antibody titers (Fig 2), suggesting that the increase in viral load found in the treated animals represented a biologically relevant change

In the experimental design we employed for this investigation, CMV infection itself had no effect on lesion size Therefore we were unable to adequately test the second part of this hypothesis that *selective COX-2 inhibition diminishes CMV-induced*

*increase in atherosclerosis development* In this regard we have published two separate studies each of which demonstrated that CMV infection increases lesion development in apo-E knockout mice [6,8] The explanation for the differences between this and the prior publications is undoubtedly due to the fact that in the present study we employed a brief 3-wk time period between infection and sacrifice, whereas in the previous studies sacrifice occurred 14 wks after infection Three weeks appears to be too brief a time for any pro-atherosclerotic effects of CMV to become manifest

The result of the study exploring the validity of the second hypothesis we examined was also unexpected Lesion analysis showed that selective COX-2 inhibition with MF-tricyclyic *increases* atherosclerotic lesion area (Fig. 3).

*Selective COX-2 Inhibition and CMV replication*

Although initially surprising to us, upon further reflection the contrast between in vitro and in vivo COX-2 inhibition effects should have been anticipated The in vitro experiment consists of a very simple system--one cell type and only 2 variables virus and drug treatment. In this system drug-induced selective COX-2 inhibition exerted a significant anti-viral effect. The putative mechanisms, relating to inhibition of ROS generation, have been discussed in detail The in vivo situation, however, is infinitely more complex, with multiple possible consequences of drug activity. For instance, COX-2 inhibition has, in vivo, potent anti-inflammatory effects These effects include hindering recruitment of neutrophiles to sites of injury [22], and interfering with monocyte recruitment [23] Both neutrophiles and monocytes, components of the innate immune response, function as the initial host defense response to the invading pathogen and contain the infection until the more efficient but slower adaptive immune response develops COX-2 inhibition of the innate immune response probably importantly contributed to increasing the in vivo susceptibility to viral infection.

We are not familiar with any evidence that COX-2 inhibition alters the cellular component of the adaptive immune response And our results suggest that COX-2 inhibition probably does not interfere with the humoral component, as we observed higher anti-CMV IgG titers of the mice treated the COX-2 inhibitor, which paralleled their higher viral load

*Selective COX-2 Inhibition and atherosclerosis*

The second unanticipated finding of our study was that in contrast to our hypothesis, selective COX-2 inhibition with MF-Tricyclic actually *increased* atherosclerotic lesion area in the apoE knockout mice. This raises a major conundrum--why should an anti-inflammatory drug *accelerate* atherosclerosis, a disease recognized as have a major inflammatory component?

Recent studies have demonstrated a complex role for COX-2 in inflammation, in that the enzyme appears to possess not only its well-known inflammatory activity, but also *anti-inflammatory* properties [24-26] This latter activity resides in a previously unrecognized role of COX-2 in the resolution phase of the inflammatory response Reuter et al [27], using a model of colitis in rats, demonstrated that the disease process is exacerbated by the administration of the selective COX-2 inhibitor etodolac. Consistent with these findings were those of Mizuno et al [28], who demonstrated delayed resolution of gastric ulcers in mice treated with the selective COX-2 inhibitor NS-398 These studies

are supported by two other reports demonstrating that selective COX-2 inhibitors can delay gastric ulcer healing in rats [29-30]. In addition, Wallace et al [31] investigated inflammatory responses in COX-2 deficient mice using a carrageen-induced paw inflammation model. Lymphocyte infiltration and swelling *persisted* in the COX-2 deficient mice compared with the parental strain.

Some mechanistic insight relevant to these studies is provided by the investigation of Gilroy et al [32]. They showed in a rat model of inflammation that there are two phases of COX-2 expression. There is an early peak of expression that is associated with high levels of prostaglandin E2 ($PGE_2$) synthesis, and a later second peak in COX-2 expression that, paradoxically, coincides with inflammatory *resolution*. This second peak is associated with minimal $PGE_2$ synthesis and high levels of both prostaglandin D2 ($PGD_2$) and prostaglandin J2 ($PGJ_2$).

Compatible with this concept of dual time-delayed peaks of COX-2, which exert opposite effects on inflammation, are the findings that the selective COX-2 inhibitor NS-398, and the COX-1/COX-2 inhibitor indomethacin, inhibit inflammation when given at the early phase of inflammation, but exacerbate inflammation when given at the late phase [33]. This study also demonstrated that COX-1 is primarily responsible for the maintenance of the inflammatory response in the time period between the two peaks of COX-2 expression. On the basis of these results, Colville-Nash and Gilroy [34] suggested that COX-2 is pro-inflammatory during the early phase of inflammation, an effect mediated by $PGE_2$ production, but facilitates inflammatory resolution during the later phase of inflammation, an effect modulated by the anti-inflammatory prostaglandins, $PGD_2$ and $PGJ_2$.

This concept can explain the unexpected results of our investigation. ApoE deficient mice develop spontaneous atherosclerosis. Significant inflammatory changes in the aorta (e.g. transendothelial migration of monocytes) are detected at 5-6 weeks of age [35]. At 8 weeks of age (the age of our mice at the beginning of the study) there is well-established inflammation of the arterial wall. We initiated selective COX-2 inhibition at a time of ongoing vessel wall inflammation, a time that COX-2, according to this concept, is anti-inflammatory and therefore when its inhibition would exacerbate atherogenesis.

The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the demonstration in patients with rheumatoid arthritis that rofecoxib, a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non selective COX inhibitor. That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36].

The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability. Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture. The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second

mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion– inhibition of of COX-2-mediated expression of the highly anti-thrombotic $PGI_2$ without concomitent reduction of the COX-1-mediated expression of the highly thrombotic thromboxane $A_2$ [36]

Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theorectically involve two separate processes acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes The probable mechanism responsible for first process would involve interference with resolution of inflammation, and for the second process would involve actions favoring a pro-coagulant state.

Of additional relevance is the finding that indomethacin, a non-selective COX inhibitor, significantly *reduced* the extent of atherosclerosis in mice [37] Indomethacin is 60 times more potent in inhibiting COX-1 compared to COX-2 [38] The data therefore, taken in their entirely, suggest that COX-1 has pro-atherosclerotic activity, whereas COX-2 is not pro-atherosclerotic and may even have a protective effect, conversely, inhibitors of COX-1 appear to protect against atherosclerosis, and selective inhibitors of COX-2 may have deleterious consequences.

It should be emphasized that the results of the above quoted meta-analysis [36] cannot as yet be considered definitive, and our results in a mouse model of atherosclerosis may be model and drug specific For example, Pratico et al used an LDL receptor knockout mouse, employed the selective COX-2 inhibitor nimesulide, and sacrificed mice at 26 weeks of age compared to our 11 weeks of age- -they found the COX-2 inhibitor exerted no effect on the rate of atherogenesis [37]

*Conclusions*

The results of this investigation raise disturbing questions about possible adverse effects deriving from chronic use of selective COX-2 inhibitors on susceptibility to viral infection and on atherosclerosis lesion development However, it must be stressed that extrapolation of our results obtained in a mice model to humans taking COX-2 inhibitors may not necessarily be valid Moreover, the doses given to the mice resulted in serum levels that were at least 4 times higher (using the low dose of the COX-2 inhibitor--12 mg/kg/day), on a molar basis, than those seen in patients receiving the usual clinical dose of rofecoxib (25 mg once daily) [39]

Because of the importance of the implications of the conclusions deriving from our investigation, and because of the intrinsic limitations of an animal model outlined above, the conclusions must be regarded as tentative and hypothesis generating, rather than definitive and hypothesis validating As a hypothesis-generating set of conclusions, our results emphasize the critical need for more information regarding the relative biologic roles of both COX isoforms, and in particular their roles in inflammation, in resistance to infection, and in atherogenesis

**References**

1 Zhu J, Quyyumi AA, Norman JE, Csako G, Epstein SE Cytomegalovirus in the pathogenesis of atherosclerosis: the role of inflammation as reflected by elevated C-reactive protein levels J Am Coll Cardiol 1999;34:1738-1743

2 Adam E, Melnick JL, Probtsfield JL, Petrie BL, Burek J, Bailey KR, McCollum CH, DeBakey ME High levels of cytomegalovirus antibody in patients requiring vascular surgery for atherosclerosis Lancet 1987,2(8554) 291-293

3 Thom DM, Grayston JT, Siscovitch DS, Wang SP, Weiss NS, Daling JR Association of prior infection with *Chlamydia pneumoniae* and angiographically demonstrated coronary artery disease JAMA 1992,268 68 72

4 Mendall MA. Goggin PM, Molineaux N, Levy J, Toosy T, Strachan D, Camm AJ, Northfield TC Relation of *Helicobacter pylori* infection and coronary heart disease Br Heart J 1994,71:437 439.

5 Epstein SE. Zhou YF, Zhu J Infection and Atherosclerosis- Emerging Mechanistic Paradigms Circulation 1999,100 20-28

6 Burnett MS, Gaydos CA, Madico GE, Glad SM, Paigen B, Quinn TC, Epstein SE Atherosclerosis in apoE knockout mice infected with multiple pathogens J Infect Dis 2001;183 226-231.

7 Berencsi K, Endresz V, Klurfeld D, Kari L Early atherosclerotic plaques in the aorta following cytomegalovirus infection of mice Cell Adhes Commun 1998,5 39-47

8 Hsich E, Zhou YF, Paigen B, Johnson TM, Burnett MS, Epstein SE Cytomegalovirus infection increases development of atherosclerosis in Apolipoprotein-E knockout mice Atherosclerosis 2001;156:23-28

9 Speir E, Shibutani T, Yu ZX, Ferrans V, Epstein SE Role of reactive oxygen intermediates in cytomegalovirus gene expression and in response of human smooth muscle cells to viral infection Circ Res 1996;79 1143-1152

10 Schreck R, Rieber P, Baeuerle PA. Reactive oxigen intermrdiates as apparently widely used messengers in the activation of the NF-kappa B transcription factor and HIV-1 EMBO J 1991,10:2247-2258

11. Sambucetti LC, Cherrington JM, Wilokinson GW. Mocarski ES NF-kappa B activationof the cytomegalovirus enhancer is mediated by a viral transactivator and by T cell stimulation EMBO J 1998;8 4251-4258.

12 Speir E, Yu ZX, Ferrans VJ. Huang ES. Epstein SE Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells Circ Res 1998, 83 210-216.

13 Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications Am J Med 1999;106 43S-50S

14 Ross R Atherosclerosis an Inflammatory disease. N Engl J Med 1999,340:115-126

15 Black SC, Brideau C. Cirino M. Belley M, Bosquet J, Chan CC. Rodger IW Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs J Cardiovasc Pharmacol 1998,32 686-694

16 Paigen B, Morrow A. Holmes PA, Mitchell D, Williams RA Quantitative assessment of atherosclerotic lesions in mice Atherosclerosis 1987,68 231-240

17 Shibutani T, Johnson TM, Yu ZU, Ferrans V Moss J, Epstein SE Pertusis toxin-sensitive G proteins as mediatoers of the signal transduction pathways activated by cytomegalovirus infection of smooth muscle cells J Clin Inv 1997;100 2054-2061

18 Smith WL, Garavito RM, DeWitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996,271:33157-33160

19. Smith WL. Dewitt DL. Prostaglandin endoperoxide H synthases-1 and -2. Adv Immunol 1996,62 167-215

20 Vane J. Towards a better aspirin. Nature 1994 Jan 20,367(6460) 215-216.

21. Pennisi E. Building a better aspirin. Science 1998 May 22;280(5367) 1191-1192.

22. Wilgus TA, Ross MS, Parrett ML, Oberyszyn TM. Topical application of a selective cyclooxygenase inhibitor suppresses UVB mediated cutaneous inflammation. Prostaglandins Other Lipid Mediat 2000,62:367-384

23 Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58.1237-1246

24 Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice models for elucidating isoform-specific functions. Biochem Pharmacol 1999;58:1237-1246.

25 Morteau O. Prostaglandins and inflammation the cyclooxygenase controversy Arch Immunol Ther Exp 2000,48.473-480

26 Smith WL, Langenbach R. Why there are two cyclooxygenase isoenzymes. J Clin Inv 2001.107 1491-1495

27 Reuter BK, Asfaha S, Buret A, Sharkey KA, Wallace JL. Exacerbation of inflammation-associated colonic injury in rat through inhibition of cyclooxygenase-2. J Clin Invest 1996;98 2076-2085

28 Mizuno H, Sakamoto C, Matsuda K, Wada K. Uchida J, Noguchi H, Akamatsu T, Kasuga M. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997;112 645-648

29 Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998,286:1383-1390

30 Nakatsugi S, Terada N, Yoshimura T, Horie Y, Furukawa M. Effects of nimesulide, a preferential cyclooxygenase-2 inhibitor, on carrageenan-induced pleurisy and stress-induced gastric lesions in rats. Prostaglandins Leukot Essent Fatty Acids 1996,55 395-402.

31 Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA. MacNaughton WK Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998,115:101-109

32 Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibitors of cyclooxygenase (cyclooxygenase 1 and cyclooxygenase 2) in acute inflammation Eur J Pharmacol 1998,355 211-217

33. Gilroy DW, Colville-Nash PR. Willis D, Chivers J, Paul-Clark MJ. Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med 1999,5:698-701

34 Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? Prostaglandins Other Lipid Mediat 2000;62:33-43.

35 Breslow JL. Mouse models of atherosclerosis. Science 1996,272:685-688

36. Mukherjee D, Nissen SE, Topol EJ Risk of cardiovascular events associated with selective COX-2 inhibitors JAMA 2001;286 954-959

37. Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice Proc Natl Acad Sci U S A 2001,98:3358-3363

38. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR Selectivity of Nonsteroidal Antiinflammatory Drugs as Inhibitors of Constitutive and Inducible Cyclooxygenase Proc Natl Acd Sci USA 1994,90 11693-11697

39. Depre M, Ehrich E, Van Hecken A, De Lepeleire I, Dallob A, Wong P, Porras A, Gertz BJ, De Schepper PJ Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans Eur J Clin Pharmacol 2000;56 167-174.

Figures Legends

Figure 1 Mouse CMV DNA concentration in mouse salivary glands
* P=0 050.

Figure 2 Anti mouse CMV IgG titer in mice sera * p=0 025, ** p=0 015

Figure 3. Atherosclerotic lesion area in the various mouse groups * p= 0 013, ** p=0 020, *** p=0.022

Figure 4 Oil red O staining of atherosclerotic lesions in the aorta Representative photographs of lesions in A) untreated mouse from group-1 (x2 5 magnification) B) Enlargement of the circled area in A (x25 magnification). C) Treated mouse from group-2 (x2 5 magnification) D) Enlargement of the circled area in C (x25 magnification).

Table-1 Mice allocation

| Group | Inoculum | Drug Dose | N (PCR, Serology) | N (Lesion Analyis) |
|---|---|---|---|---|
| 1 | None | None | 16 | 11 |
| 2 | None | 12 mg/kg | 16 | 11 |
| 3 | Sham | None | 17 | 12 |
| 4 | CMV | None | 17 | 12 |
| 5 | CMV | 12 mg/kg | 17 | 12 |
| 6 | CMV | 24 mg/kg | 17 | 12 |



Figure 1
DNA (ng/µl)
2
4
6
8
*
Drug (mg/kg/day) 0 12 24
CMV + + +
Figure 2
Anti-CMV Ig
50
100
150
*
**
Drug (mg/kg/day) 0 12 24
CMV + + +
Figure 3
Lesion Area (µm²)
400
800
1200
1600
*
**
***
Drug (mg/kg/day) 0 12 0 0 12 24
Inoculum 0 0 Sham CMV CMV CMV