**EXHIBIT J**

From: Nies, Alan S
To: Gertz, Barry J.; Morrison, Briggs
Subject: FW: cox2
Date: Friday, October 24, 1997 6:06PM

fyi
alan

From: Garret A. FitzGerald
To: Nies, Alan S
Cc: Dr. Francesca Catella-Lawson
Subject: cox2
Date: Friday, October 24, 1997 5:36PM

hi alan,

here are suggestions of things that we would like to do ( with your help )
to investigate the cox2 pgi phenomenom;

( i ) patients with pvd have elevated tx and pgi metabolites . the pgi is
thought to be a response to plt vascular interactions . randomize to low dose
aspirin or the cox2 inhibitor. asa should shut off tx metabolites ; pgi may
fall if it is a seconbdary event. the cox2 inhibitor wont shut off the
platelet stimulus but will depress the pgi increment if it is deriving from
a vascular source. this would nail the site of drug impact on pgi as cleanly
as you can hope to do in a patient population.

( ii ) rerecruit our old patients from the original study. randomize them to
2 or 3 doses of your inhibitor or placebo and look at pgi metabolite and
flow dependent vasodilation ( fdvd ). which we can measure here this would
give you dose response data in an un - salt restricted population of elderly
and a functional correlate of vascular function which is thought to relate
to some clinical outcomes  nsaids also modify fdvd

( iii )cross our IP deficient mice with apoE def mice and evaluate the
effects of pgi on atherogenesis.

( iv ) we can measure pgi metabolites in mouse urine; see if it is elevated
during atherogenesis in apoE defs ; see if it is depressed by your
inhibitors ( dosing already established for mice in the min mouse study in
cell ) and look for cox2 ( and pgi synthase ) by in situ in the vascular
involved vs uninvolved areas during atherogenesis we have cloned the mouse
pgi synthase.

( v ) characterize the effects of laminar and disordered flow dynamics on
expression of COX2. PGIS and the IP again we have the system with scott
diamond of the ime and the constructs to do it.

( vi ) integrate urine collections for pgim into existing clinical protocols
in a way that makes sense . this is easily done , but i cant make rational
suggestions without knoing the protocols in detail.

i hope this helps as you discuss things within merck. for obvious reasons ,
i would be grateful if you did not share these particular thoughts with our
academic competitors

hope all goes well.

P1.0477

MRK-NJ0051533

kind regards,

garret.
=================================
Garret A. FitzGerald
tel: (215)898-1185
fax: (215)573-9135
e-mail: garret@spirit.gcrc.upenn.edu

MRK-NJ0051534