# EXHIBIT L

# MEMO

**TO:** MSGP Review Committee for VIOXX™

**FROM:** Dr. Ian W. Rodger

**SUBJECT:** VIOXX™: MSGP RC Mtg. Minutes – Oct. 26, 1999     **DATE** Revised 11/10/99

**Present:**
Meztli Arguello (MA), Greg Bell (GB), Emilie Beskar (EB), Brian Daniels (BD), Ceylan Ergun (CE), Jilly Evans (JE), Elizabeth Kwong (EK), Heidi Lange (HL), Maureen McNamara (MN), Martino Laurenzi (ML), Briggs Morrison (BM), Eric Mortensen (EM), Ian Rodger (IR), Robert Silverman (RS), Adrienne Dixon (AD)

**New Members:** IR welcomed Adrienne Dixon, the new secretary to the Committee and Eric Mortensen and Briggs Morrison who have joined the committee as full members.

**Apologies for absence were received from:** Elliott Ehrich, Phil Davies, and Darryl Patrick

### 1. Minutes of MSGP Meeting Held September 24, 1999
The minutes of the meeting were approved.

### 2. Matters Arising From The Minutes

A. The flowchart attached to minutes of 24 September 1999 was received by all members.
B. Use of Vioxx in chronic dosing studies in animals. We may need some preclinical information with Vioxx if we seek non-Merck supported studies, for example, NIH. BD will take this issue to the project team, seeking their views and guidance. BD will also contact Rick Sax of the Cozaar MSGP for their experiences.

### 3. Review of Proposals

*Proposal #104*
*(SOI)*
*Diwan, Sudhir,*
*USA*

*A Double-Blind, Randomized, Placebo-Controlled, multi-dose study of the opioid and NSAID-sparing effectiveness and the analgesic efficacy and safety of rofecoxib 50mg Vs placebo administered orally for the pre-emptive treatment of post-operative pain (Reviewer: GB)*

**Comments:** Interesting area for use of Vioxx. Considerable discussion ensued regarding the study design, duration of dosing pre- and post-

Confidential - Subject To Protective Order

MRK-AEH0016357

operatively and the primary endpoints. Additional concern is that CDP is setting up a study like this in 2000.

*Outcome: Clarify with GG our position regarding CDP studies concerning pre- and post-operative pain relief. Consider involving this investigator in our studies if we are unable to support this proposal because of the conflict with our own CDP trials. GG to communicate with investigator.*

*POST MEETING NOTE: Investigator to be asked to submit a full proposal concentrating on a plastic surgery model in which to evaluate the analgesic activity of Vioxx.*

*Proposal #107*
*(SOI)*
Noris, Marina
Italy

*To assess the role of COX-2 inhibition in maximizing the antiproteinuric effect of an ace inhibitor in patients with chronic renal disease and heavy proteinuria (Reviewer: ML)*

**Comments:** This is a well written proposal from well qualified investigators. It is a simple exploratory study. However, it focuses on a critical area for Vioxx - the renal system. Budget is out of line with MSGP guidelines. Anxiety was expressed about COX-2 inhibition having a *positive* benefit in patients with chronic renal disease and this message being at odds with our cautionary statements about use of Vioxx in patients with renal dysfunction.

*Outcome: The cautious route would be to encourage further preclinical studies from this group and defer any support for this type of clinical investigation until there is more compelling evidence from such animal work. IR will communicate this to the field and request a preclinical proposal that we could support.*

*Proposal # 108*
*(SOI)*
Snyderman, Michael
USA

*Treatment of Cancer with Lovastatin and a selective cyclooxygenase-2 COX-2 inhibitor as single agents and in combination (Reviewer: BM)*

**Comments:** There is a very poor rationale for this study. Once our own cancer studies are underway, we could consider proposals like one.

*Outcome: SOI Rejected. Defer consideration of this type of study until future dates. GG to communicate with investigator.*

Confidential - Subject To Protective Order

| | |
|---|---|
| *Proposal #109* (SOI) Snyderman, Michael USA | *Use of a COX-2 inhibitor to lower morbidity and mortality in patients with unstable angina (Reviewer: GG)* **Comments:** Very similar to #113. The same comments pertain. *Outcome: SOI rejected ex-committee after discussion with GG. GG to communicate with investigator.* |
| *Proposal #110* *Full* Ploth, David W. USA | *Role of the COX-2 in the Regulation of Renal Hemodynamics, and Solute and Water Excretion (Reviewer: EE)* **Comments:** We already know a significant amount about what happens in rats. Also, COX-2 localization in rats is very different than humans. The effects in man are what we need to know more about, particularly, the clinical impact. *Outcome: Proposal Rejected. GG to communicate with the investigator.* |
| *Proposal #111* *Full* Bjarnason UK | *Effect of NSAID's on intestinal inflammation in patients with inflamatory bowel disease (Reviewer: EM)* **Comments:** This is a pilot study essentially validating the use of calprotectin concentrations in stools as a marker for inflammation in IBD. EM elaborated five areas of concern with this proposal. Nonetheless, this is an interesting proposal, which if properly conducted, might be very helpful in mounting a similar study using Vioxx. IBD is an important area that needs to be addressed. *Outcome: IR will communicate with MSD UK [Nick Deaney and John Young] to indicate our interest in this area and recommend that they, along with the investigator, contact Eric Mortensen and Tom Simon to address EM's concerns. Proposal approved, subject to resolution of the concerns raised by EM.* |
| *Proposal #112* *Full* Altman, Roy D., USA | *Effectiveness of rofecoxib compared with Naproxen in Patients with Acute Gout (Reviewer: GG)* **Comments:** This was not discussed in Committee due to GG's indisposition. It will be considered by the Committee offline to enable a decision before the December meeting. |

Confidential - Subject To Protective Order

MRK-AEH0016359

Proposal #113
(SOI)
Kaski, Juan Carlos,
UK

Role of COX-2 Inhibitors in patients with unstable angina and non-Q wave myocardial infarction (Reviewer: BD)

**Comments:** This study would occur in very sick patients. The plaque is now generally regarded as a chronic inflammatory state and not an acute event. We should be wary going into this type of population. The opinion of the Committee as a whole was very negative to this type of study.

*Outcome: Proposal rejected. IR will communicate with the field.*

Proposal #114
(SOI)
Williams, Anwen
UK

*Does liposomally conjugated Methotrexate have therapeutic potential in the treatment of human inflammatory joint disease (Reviewer: EE)*

**Comments:** This is an interesting idea but lies outwith the remit of the MSGP.

*Outcome: Proposal Rejected. IR will communicate with the field.*

Proposal #115
(SOI)
Kim, Ho Youn
Korea

*Impacts of COX-2 on the Rheumatoid Synovium: The Effects of rofecoxib on the Regulation of Cellular Homeostasis in Synovium (Reviewer: PD)*

**Comments:** This is an important opinion leader and is on our AP Advisory Board. The objectives of the proposal are worthwhile. It is an interesting proposal.

*Outcome: Request a full proposal from the investigator. IR will communicate with the field.*

Proposal #116
(SOI)
Cravioto, Sergio
Mexico

*A New Anti-inflammatory agent in the Treatment of the Pericardiotomy Syndrome (Reviewer: BD)*

**Comments:** This is a very uncommon syndrome now and not a big clinical issue. It is a low priority from a US marketing standpoint. The proposal has significant design problems and is well above budget.

*Outcome: Proposal Reject. IR will communicate with the field.*

*Proposal #117*
*(SOI)*
Thompson, Eric/
USA

*In vitro study: Determination if rofecoxib suppresses certain characteristics of malignant cells (Reviewer: JE)*

**Comments:** The scientific rationale for this type of study is very reasonable. Cannot tell if this is a request for just drug or for funding as well. How long would the *in vivo* study last? Worthwhile to request a full proposal.

***Outcome:** GG to communicate with the investigator to resolve the questions above. To request a full proposal if funding is required. MF-Tricyclic would be supplied for both parts of the proposed work.*

*{Proposal #118*
*Full}*
*{Proposal #119*
*Full}*

Davidson, Terence,
USA

⇒ *Double-blind, randomized study of refecoxib vs. Tylenol with codeine for post-surgical analgesia in endoscopic sinus surgery*
→ *Double-blind, randomized study of rofecoxib vs Tylenol with codeine for post-surgical analgesia in uvulopalatopharyngoplasty (Reviewer: GB)*

**Comments:** CDP will compare Vioxx versus T3. We should get our own program in place before we entertain studies like this.

***Outcome:** Find out what CDP wants to do and then see if we can accommodate Davidson., et. al., without impeding our own studies. IR and GG to discuss and report back to the Committee.*

**POST MEETING NOTE:** Comparison of the analgesic effects of Vioxx vs tylenol/codeine in a well designed ENT study involving a specific surgical procedure could be of interest.

*Proposal #120*
*(SOI)*
Dreskin, Stephen,
USA

*Combination of VIOXX and Singulair in addition to a non-sedating $H_1$ blocker in chronic idiopathic urticaria (Reviewers: ML)*

**Comments:** This is a two part proposal. Part 1 is a laboratory study that is worthy of support. Part 2 is a clinical study that is too far-fetched to merit support. We need to check with Patent regarding our position were Part 2 of this proposal ever to be advanced. IR will investigate.

***Outcome:** Funding approved for Part 1. [Subject to overhead being reduced to MSGPs 20% maximum]. We are not interested in Part 2 and the investigator should be in no doubt that support of Part 1 does not imply later support of the clinical study. GG to communicate this to the investigator.*

Confidential - Subject To Protective Order

MRK-AEH0016361

| | |
|---|---|
| *Proposal #121*<br>*(SOI)*<br>Ettinger, Mark P.<br>USA | *The prophylactic Use of VIOXX for the Prevention of Red Wine Headaches (Reviewer: IR)*<br><br>**Comments:** *In accordance with previously agreed procedure, this proposal has been passed to the Maxalt MSGP RC for their consideration. This is the agreed avenue for dealing with all proposals relating to migraine and/or headache.* |
| *Proposal #122*<br>*(SOI)*<br>Randall, David A.<br>USA | *Double-blind Placebo controlled study using VIOXX for post-operative tonsillectomy and UPPP patients (Reviewer: GB)*<br><br>**Comments:** This is very similar to #119 – similar commentary and caveats as for 118/119.<br><br>*Outcome: BD will raise the pre- and post-operative analgesia issue with the CST to provide guidance to the MSGP RC. We need to have a coordinated approach that compliments the CDP programs and helps foster advocate development. A decision on this proposal is dependent on these discussions.*<br><br>*POST MEETING NOTE: The WAAB at its recent meeting recommended against examination of Vioxx in tonsillectomy.* |
| 4. **Administrative Issues** | A. Provisional dates of MSGP meetings in 2000 were circulated. Members are requested to pass comments to AD as soon as possible.<br>B. On our e-mail system a global address list of the committee members is now available under "VIOXX MSGP COMMITTEE." |
| 5. **Next Meeting** | Date of the next meeting: Tuesday, December 14, 1999 is now problematic for many members due to the FDA Advisory Committee on Celebrex in FAP being held on this date. AD will reschedule a three hour meeting of the MSGP RC for earlier in December. |

Confidential - Subject To Protective Order

MRK-AEH0016362