# EXHIBIT M

# M E M O

TO:        MSGP Review Committee for VIOXX™          DATE:     January 23, 2000

FROM:    Dr Ian W. Rodger

SUBJECT:   <u>VIOXX™ MSGP RC Mtg. Minutes – Jan. 19, 2000</u>

### <u>Present</u>:
Meztli Arguello (MA), Susan Baumgartner (SB), Emilie Beskar (EB), Brian Daniels (BD), Phil Davies (PD), Elliot Ehrich (EE), Ceylan Ergun (CE), Jilly Evans (JE), Greg Geba (GG), Bill Griffing (BG), Elizabeth Kwong (EK) Martino Laurenzi (ML), Briggs Morrison (BM). Eric Mortensen (EM), Darryl Patick (DP), Tim Ruel (TR), Ian Rodger (JR), Robert Young (RY), Adrienne Dixon (AD)

**Apologies for absence:** Greg Bell, Greg Kylish, Maureen McNamara, Robert Silverman

1. <u>**Minutes of MSGP Meeting Held  December 20, 1999**</u>
   The minutes of the meeting were approved with the following emendation:  Martino Laurenzi's name was added to **Apologies for absence.**

2. <u>**Matters Arising From The Minutes**</u>

   A. **Chronic dosing in animals studies**
   The Chemoprevention Subcommittee of the MSGP will be responsible for advice in relation to this subject

   B. **Bjarnasson (#111) Proposal**
   EM still working on this proposal with the United Kingdom.

   C. **Premptive Analgesia**
   MSGP has the "green light" to consider funding of proposals that deal with this issue

   D. **Stevenson (#106) Proposal**
   This proposal has been put on **"*indefinite hold*"** pending the outcome of the Szczeklik study in AIA   GG and IWR have spoken with Stevenson and explained the situation.

   E. **Guidelines and Template for Submission of Proposals**
   The Guidelines have received Legal approval and *can* be issued to prospective applicants.  The Template is *__not__* approved for distribution.

**F.  Chung (#138) Proposal**

Resolution of the potential patent position is still pending.  IWR will continue to address this issue.

**G.  Reuben (#144) Proposal**

A revised proposal has been received that appears to address all of the issues that were raised  If BD, GG, GB and IWR are all satisfied with the revisions, then the proposal will be accepted on behalf of the Committee and approved for funding.

**H.  Gallinger (#145) Proposal**

EM and DP have discharged their responsibilities.  We await a response from Gallinger.

## 3.  <u>Review of Proposals</u>

| | |
|---|---|
| *Proposal #124*<br>*(SOI)*<br>*Chimenti/Italy* | *Use of a selective cyclooxygenase-2 inhibitor in psoriatic arthritis (Reviewer: ML)* |

**Comments:** This is a poorly written proposal with many deficiencies but in an important area that is worthy of support.  We need a much improved protocol and experimental design with adequate powering to try and ensure a definitive outcome.

*Outcome:  ML to investigate the stature of the investigator in this area. If he is an appropriate person, then an improved protocol and trial design will be pursued.  ML is charged with these responsibilities and with informing MSD Italy of the Committee's decision.*

| | |
|---|---|
| *Proposal #142*<br>*(SOI)*<br>*Argarwal/USA* | *Lovastatin augments the chemopreventive effect of celecoxib in colon cancer (Reviewer: BM)* |

**Comments:** A very difficult combo-type study with high concentrations of drug.  Mechanistic aspects are problematic  The Committee expressed no enthusiasm for pursuing this approach.

*Outcome:  SOI rejected.  GG to communicate with the investigator.*

| | |
|---|---|
| *Proposal #143*<br>*(SOI)*<br>*Stevenson/USA* | *Treatment of aspirin sensitive respiratory disease with rofecoxib (Vioxx) (Reviewer: IR)* |

**Comments:**  Proposal cannot proceed until the Szezeklik study completes.

*Outcome: Proposal is placed on " indefinite hold."*

Confidential  - Subject To Protective Order

**Proposal 146**
**(FULL)**
**Mervaala/Finland**

*Effects of specific COX-2 inhibitor on perivascular inflammation and cell proliferation (Reviewer: PD)*

**Comments:** Concern was expressed about the models outlined. For example, is there any evidence for involvement of COX-2 in their models? What does a dual COX-1/COX-2 inhibitor do in their models? There needs to be a more compelling rationale for the work before the Committee would consider supporting it.

*Outcome: Proposal rejected as it stands. The investigators will be invited to provide more data to support their submission. Final decision will be dependent upon the quality of their input. IWR will communicate with the field.*

**Proposal #147**
**(FULL)**
**Frieri/USA**

*Role of rofecoxib (Vioxx) on type 1 collagen-stimulated mononuclear cell production of cytokines and nitric oxide in patients with rheumatoid arthritis (Reviewer: GG)*

**Comments:** This is a potentially interesting area of work but it is a weak proposal that is poorly focused. The study does not adequately address anti-inflammatory mechanistic aspects of COX-2 inhibition.

*Outcome: Proposal Rejected. GG to communicate with the investigator.*

**Proposal #148**
**(FULL)**
**Gurfinkel/Argentine**

*Modulating inflammation in symptomatic atherosclerosis: safety and efficacy of rofecoxib in acute coronary syndrome (Reviewer: BD)*

**Comments:** This is an "at risk" patient population. We have already rejected two recent proposals [#109 and #113] in this area. The consultants' meeting last year expressed a view that it would be undesirable to pursue VIOXX in this patient population.

*Outcome: Proposal rejected. IWR will communicate with the field.*

Confidential -- Subject To Protective Order

MRK-AEH0016403

**Proposal #151**
**(FULL)**
**Del Tacca/Italy**

*Effects of rofecoxib on endogenous mechanisms of gastroprotection*
*(Reviewer: BM)*

**Comments:** This animal model, and results in it, could potentially take us back into problematic issues of gastrointestinal lesions, healing, etc. We have clinical data with definitive endpoints that provide us with a compelling message of the gastrointestinal safety of VIOXX. The animal data was argued as being of little real value vis-à-vis our human data. The relevance of the nitrate/nitric oxide measurements was regarded as questionable. The Committee was generally unenthusiastic about this proposal.

*Outcome:  Proposal Rejected.  IWR will communicate with the field*

**Proposal #152**
**(FULL)**
**Del Tacca/Italy**

*Evaluation of antiproliferative and apoptosis-inducing activity of selective COX-2 inhibition alone or in combination with retinoids on cancer cells derived from oral mucosa, lung, breast and colon-rectum (Reviewer:  JE)*

**Comments:** This is a poorly written proposal. This is another additive/combo-type study which is problematic from a mechanism of action standpoint. The investigators are trying to cover too much and their rationale for doing so is nonexistent. Their approach is very superficial. There is no real evidence of particular expertise in this group.

*Outcome: Proposal Rejected.  IWR will communicate with the field.*

**Proposal #153**
**SOI**
**Cutolo/Italy**

*Effects of MK-0966 on the activation of synovial macrophages of patients with rheumatoid arthritis:  Valuations in vitro (Reviewer: IR )*

**Comments:** This is an extremely difficult proposal to assess. It has no real merit. We already know the answers to the questions being asked. There are no redeeming features of this proposal that would allow us to express any interest.

*Outcome:  Proposal Rejected.  IWR will communicate with the field.*

Confidential -- Subject To Protective Order

MRK-AEH0016404

**Proposal #154**
**(SOI)**
**McCarthy/USA**

*The effect of selective COX-2 inhibitors on BCP crystal-induction of MMP-1 transcription and mitogenesis, as well as on COX expression, in the model system of HF, synovial fibroblasts and chondrocytes. (Reviewer: PD)*

**Comments**: This proposal is of very limited interest. It does not advance the understanding of an anti-inflammatory mechanism of action of COX-2 inhibitors. Schumacher's proposal [#17; already funded and nearing completion] is of much greater significance in this area.

*Outcome: SOI Rejected. IWR will communicate with the field.*

**Proposal #155**
**(SOI)**
**Fitzgerald/Ireland**

*Effect of Rofecoxib on cyclooxygenase 1 and 2 expression and related prostanoid formation at the synovial level in patients suffering acute inflammatory arthritis in comparison to diclofenac; a single dose, double blind, double dummy, parallel group study. (Reviewer: EE )*

**Comments:** MRL has already performed this type of study with Carlo Patrono and with a superior study design. Efficacy data in patients is more relevant. Committee expressed a view that it would not be sure what to do with the data from joint fluid cells or how it would help us to understand what is going on in synovial tissue which is much more important. There are potential risks and downsides to supporting this work.

*Outcome: SOI Rejected. IWR will communicate with the field.*

**Proposal #156**
**(SOI/FULL)**
**Nickel/Canada**

*A pilot Phase II safety and efficacy study evaluating the role of rofecoxib for the treatment of interstitial cystitis (Reviewer: BM )*

**Comments:** This is a very interesting proposal from a well-established investigator and is clearly of interest to us. We need feedback from epidemiology [Doug Watson/Jay Pearson] on the validity of the instruments to be used in the evaluation. Joanne Waldstreicher should also be contacted regarding the overall approach. Powering of the study and statistical aspects need to be developed. Budget is required.

*Outcome: The Committee expressed interest in this SOI. IWR will request input from Doug Watson/Jay Pearson and Joanne Waldstreicher prior to communicating with the field and the investigator.*

| | |
|---|---|
| Proposal #157<br>(FULL)<br>Helfet/USA | *The effect of indomethacin and rofecoxib on the development of heterotopic ossification in a rabbit model (Reviewer: GB )* |

**Comments:** This is an important study from a very highly regarded laboratory. The question addressed is of important clinical significance to orthopedists and rheumatologists. Concern was expressed about whether the investigators have the experience with the rabbit model that they intend to use. Do NSAIDS work in this model? An NSAID competitor arm, e.g., indomethacin, should be included in the study design. The doses suggested for use need to be carefully considered. Presently, they are too high. There is no obvious downside to this investigaton; it is basically of a good study design.

*Outcome: Proposal Accepted [in principle]. Gideon Rodan to be asked for his input. GG and IWR will work with the investigator to iron out some of the above issues including budget. The study will be conducted with MF-Tricyclic.*

| | |
|---|---|
| Proposal #158<br>(FULL)<br>Lane/USA | *The effect of a COX-2 inhibitor on spinal fusion in rats (Reviewer: GG )* |

**Comments:** This is another important proposal from the same group as #157. This is a sound proposal that is well designed with realistic endpoints. This was regarded as a good study to support. The study should be conducted with MF-Tricyclic. There is no need for chow since the investigators will use gavage techniques.

*Outcome: Proposal Accepted [in principle]. Gideon Rodan's input is awaited. GG and IWR will work with the investigators to iron out the budget issue. Study will use MF-Tricyclic.*

| | |
|---|---|
| Proposal #159<br>(SOI- drug only)<br>Reber/USA | *The effect of selective COX-2 blockade by rofecoxib on pancreatic cancer in-vitro and in-vivo (Reviewer: BM )* |

**Comments:** The *in vitro* part of this study is reasonable. The investigator needs to establish that the cell lines express COX-2 before one could reasonably expect an *in vivo* study to proceed. There is a potential downside to supplying a large quantity of MF-Tricyclic for the *in vivo* study without the *in vitro* information.

*Outcome: Supply MF-Tricyclic for the in vitro study only. Provision of MF-Tricyclic for the in vivo component of the work would be dependent on the outcome of the in vitro work. IWR to communicate with the investigator.*

Confidential -- Subject To Protective Order

| | |
|---|---|
| *Proposal #164*<br>*(FULL)*<br>*Greenberg/USA* | *1) Evaluate celecoxib pharmacokinetics in a single subject with CYP2C9 deficiency and 2) Investigate the impact of CYP2C9 genotype on the metabolism of phenytoin (Reviewer: BD)* |

**Comments:** This is a two-part clinical pharmacology study. The first part will simply confirm what we already know about the metabolism of celecoxib via 2C9. The second part does not add anything strategically for us. The use of historical controls for Part 1 was also questioned. The Committee expressed the view vigorously that it should not be supporting studies to investigate celecoxib to create a negative marketing image for that product. The scientific need for performing this work was seriously questioned.

*Outcome: The proposal was placed on hold. The views of the Committee will be sent back to the Working Group /Commercialization Subteam for VIOXX for their consideration. BD and Jules Schwartz should be involved in these discussions at WG/CST. IWR will communicate this decision to Beth Seidenberg.*

| | |
|---|---|
| *Proposal #171*<br>*(FULL)*<br>*DuBois/USA* | *Antineoplastic effects of selective COX-2 inhibitor, Vioxx, in cell culture (Reviewer: BM)* |

**Comments:** This proposal comes from a strategically important opinion leader. It is a cut down, *in vitro*-focused version of one submitted on an earlier occasion. In essence, the work is a repeat using rofecoxib of studies that he has already performed with celecoxib. This *in vitro* work is a potential prelude to more important pre-clinical *in vivo* studies.

*Outcome: Proposal Accepted. IWR will communicate with the investigator.*

4.   Next Meeting          Tuesday 22 February, 2000 [10.00 – Noon]

Confidential -- Subject To Protective Order          MRK-AEH0016407