# EXHIBIT N

# MEMO

**TO:** MSGP Review Committee for VIOXX™      **DATE:** May 24, 2000

**FROM:** Dr. Ian W. Rodger

**SUBJECT:** <u>VIOXX™ MSGP RC Mtg. Minutes – May 19, 2000</u>

**Present:** Greg Bell (GB), E.B. Brakewood (EBB), David Chang (DC), Brian Daniels (BD), Phil Davies (PD), Elliot Ehrich (EE), Jilly Evans (JE), Greg Geba (GG), Elizabeth Kwong (EW), Pauline Luk (PL), Sandra Morris (SM), Eric Mortensen (EM), Phyllis Stone (PS), Ian Rodger (IR), Adrienne Dixon (AD)

**Apologies for absence:** Susan Baumgartner, Ceylan Ergun

<u>Welcome:</u>

The Chairman welcomed E.B. Brakewood to membership of the Vioxx MSGP Committee and, in their absence, extended a formal welcome to Riad El-Dada and Jeff Melin who also joined the Committee and will be at future meetings.

## VIOXX MSGP PROCEDURES

### 1. Moratorium

The moratorium on submissions to the Vioxx MSGP was officially removed on Friday, May 12, 2000

### 2. Revised MSGP Review Procedures

The revised MSGP review procedures are officially in place and will be rigorously enforced.
The USA Assessment Team will comprise: GG [Chair], GB, JE/PD, RE, DC, and/or EBB.
The Rest of the World Assessment Team will comprise: IWR [Chair], Andreas Moan and one of the marketing team WG, JK or GK.

The next meeting of the MSGP review committee will be the first to consider only "**FULL**" proposals.

### 3. MAPP 36

The MAPP 36 states categorically only *"investigator-initiated studies"* can be considered for support. Proposals/SOI's are not acceptable if they come in from HSA's as opposed to investigators themselves. All submissions must be accompanied by a letter from the investigator on official institutional-headed paper and be signed by the investigator proposing the work. This is a ruling to which we must adhere. In future, any submissions that do not follow this procedure will be returned to the HSA for proper processing.

1. **Minutes of the VIOXX MSGP RC Meeting held on April 19, 2000**

   The minutes were approved.

2. **Matters Arising From The Minutes**

   a) **Bekker [#190]**
   This protocol is finalized and now approved for funding.

   b) **Pasinetti [#206]**
   EB continues to coordinate the revision associated with this submission.

3. **The minutes of the Vioxx MSGP Cancer Subcommittee**

   The minutes from the April and May meetings of the Cancer Subcommittee were received and duly noted. Several proposals/SOI's are still undergoing revisions and revamping.

4. **Review of New Proposals**

   *Proposal #213*
   *Epstein/USA*
   *FULL*

   *Effects of a specific COX-2 inhibitor on cytomegalovirus replicaton and atherosclerosis progression in apoE knockout mice (Reviewer: JE)*

   **Comments:** There is no compelling evidence that NSAIDS are antiviral. However, there was certain interest in supporting Aims A1, A2, and B1 -- but no others. The Committee expressed the view that there was no real likelihood of a downside result with these experiments.

   *Outcome: Proposal accepted – support Aims A1, A2 and B1 only. The total support for this work will be $25,000 U.S. Supply MF-Tricyclic [not rofecoxib]. GG to communicate with the investigator.*

   *Proposal #226*
   *Liu/USA*
   *(SOI)*

   *COX-2 Inhibitors in the Treatment of Acute Cholecystitis, a Double-blinded Prospective Trial (Reviewer: GG)*

   **Comments:** This is an underpowered study with a low likelihood of a positive outcome/endpoint. There was little enthusiasm for support of this study. Also, there were certain concerns about a potential downside result.

   *Outcome: SOI rejected. GG to communicate with investigator.*

   *Proposal #227 [146]*
   *Mervaala/Finland*
   *(FULL)*

   *The Effects of Specific COX-2 Inhibitor on Perivascular Inflammation and Cell Proliferation (Reviewer: PD)*

   **Comments:** This is a revised, updated re-submission. The hypothesis remains speculative but, scientifically, quite interesting. The Committee did not think that there was a significant downside to the work described.

   *Outcome: Proposal accepted. MF-Tricyclic and Sulindac will be supplied in Chow. IWR will communicate with the field.*

Confidential - Subject To Protective Order

MRK-EAI0002560

*Proposal #228*
*Banes/USA*
*(FULL)*

*Novel mRNAs Expressed In Inflamed Achilles Tendons With or Without the COX-II Inhibitor (Reviewer: JE)*

**Comments:** This is an interesting proposal with applicability to sports injury. There is little likelihood of a downside risk. The investigators are keen to work with Merck. The animal model seems reasonable for induction of an acute tendonitis.

*Outcome: Proposal accepted for support. Rofecoxib will be supplied in chow. [Dosage to be 15 mg/ kg/day]. GG to communicate with the investigator.*

*Proposal #229*
*Sabers/USA*
*(SOI)*

*Evaluation of Non-Operative Treatment Efficacy for Patients with Symptomatic Lumbar Central Spinal Stenosis Seen in Tertiary Referral Spine Center (Reviewer: GB)*

**Comments:** This is an observational study with request for drug only. The writeup is poor. Since it is not a comparative study with placebo, there appears to be no real downside risk.

*Outcome: A copy of the investigator's IRB submission should be requested. If only drug is required, this can be supplied by the field since there is no reason for this to go through the MSGP process. Greg Bell took the assignment to follow up with the investigator and clarify the details. If blinded samples are requested (i.e. for a placebo comparison study,) then the proposal would not be supported via the MSGP.*

*Proposal #230*
*Minchew/USA*
*(SOI)*

*The Effect of COX-II Inhibitors on Spinal Fusion (Reviewer: IR)*

**Comments:** This is an almost exact duplicate of the Lane study (#158) that we are already supporting. There is no justification for supporting a duplicate study in this model.

*Outcome: SOI rejected. GG to communicate with the investigator.*

*Proposal #231*
*Minchew/USA*
*(SOI)*

*The Effect of Mechanical Loading and Cell Stimulation on COX-2 Expression in Intervertebral Disc Cells in Vitro (Reviewer: GB)*

**Comments:** This is an interesting area worthy of pursuit. It was suggested that both mRNA and protein should be examined in the study. There are no obvious downside results that are anticipated.

*Outcome: SOI accepted. Greg Bell will communicate with the investigators and request a fully detailed proposal with a substantiated hypothesis.*

Confidential - Subject To Protective Order

MRK-EAI0002561

*Proposal #233*
*Goldfischer/USA*
*(SOI)*

*The Use of VIOXX to Control Surgical Pain (Reviewer: BD)*

**Comments:** This is a very interesting model of pain and its relief. It is to be conducted in a young, healthy population of adults; a reproducible pain will be generated by defined procedures. The pain is associated with inflammation but there is very little bleeding that accompanies vasectomy.

*Outcome: SOI accepted. A full proposal should be requested. GG to communicate with the investigators.*

*Proposal #234*
*Goldfischer/USA*
*(SOI)*

*The Use of VIOXX to Control Pain Secondary to Kidney Stones (Reviewer: EE)*

**Comments:** This proposal is another model of severe acute pain. However, using Vioxx after Toradol is *not* acceptable. Furthermore, CDP is mounting a comparative study of Vioxx versus Toradol.

*Outcome: SOI rejected. However, we should try to get Goldfischer involved in the CDP study as a consultant and/or participant. GG to communicate with the investigator.*

*Proposal #235*
*Pohle/Germany*
*(SOI)*

*Evaluation of the Effects of So-called Selective COX-1 and COX-2 Inhibition on Gastric Epithelial Cells (Cell Culture Model) (Reviewer: EM)*

**Comments:** This proposal addresses injury and healing issues. The scientific rationale for the study is very thin/poor. The Committee expressed concern regarding a wound healing study in a tissue culture setting, being cognizant of the Nature Medicine article that was published earlier this year.

*Outcome: SOI rejected. IWR will communicate with the field.*

*Proposal #237*
*Lovasz/Hungary*
*(SOI)*

*The Use of VIOXX for Postoperative Analgesia After Total Hip Replacement (Reviewer: BD)*

**Comments:** This is a study that MRL is intending to mount and, as such, falls outwith the remit of the MSGP.

*Outcome: SOI rejected. IWR will communicate with the field.*

Confidential Subject To Protective Order

MRK-EAI0002562

*Proposal #238*
*Stauss/USA*
*(FULL)*

*The Efficacy of COX2 Inhibition in Recovery of Function Following Moderate to Severe Traumatic Brain Injury in the Rat (Reviewer: JE)*

**Comments:** This is a study in a very troubling traumatic brain injury model system. Some preliminary data was presented with DFU that is none too convincing. The Committee viewed the proposal as being of low priority. To a large extent, the mechanism of action has been addressed through use of DFU.

*Outcome: Proposal rejected. If the investigator wishes more DFU to complete the dose-response relationship in his experiments, then this could be supplied. GG to communicate with the investigator.*

*Proposal #239*
*Sledge/USA*
*(SOI)*

*Evaluation of VIOXX in Total Hip Arthroplasty (Reviewer: BD)*

**Comments:** This proposal is very similar to #237. This is an important investigator in the USA who should be involved in the MRL studies.

*Outcome: SOI rejected. Brian Daniels will contact the investigator with the view to getting him involved in the MRL study (as was done with Robbins #225).*

*Proposal #241*
*Sibell/USA*
*(SOI)*

*Perioperative Hemostasis in Sinus Surgery: A Pilot Study Investigating the Safety of Rofecoxib (Reviewer: GG)*

**Comments:** This is an interesting pilot study. It would be important to incorporate a pain relief endpoint in the final protocol.

*Outcome: SOI accepted. GG to communicate with the investigator and request a full proposal incorporating a satisfactory pain endpoint.*

Confidential - Subject To Protective Order

MRK-EAI0002563

| | |
|---|---|
| *Proposal #242*<br>*Henke/Switzerland*<br>*(FULL)* | *Preclinical Neuropsychological and Neurophysiological Markers for Alzheimer's Disease (Reviewer: IR)*<br><br>**Comments:** This proposal has the support of Gil Block and Scott Reines. Gil Block's comments on the proposal are as follows:<br><br>1. The genetic defects in the patients need to be clearly defined.<br>2. There should be ApoE genotyping<br>3. Serum levels of amyloid $\beta_{1-40}$ and $\beta_{1-42}$ should be measured in the patients.<br>4. Complete family trees should be documented<br><br>The Committee was generally supportive of the proposal.<br><br>***Outcome: Proposal accepted for support. The maximum support for this study via the Vioxx MSGP will be $50,000. The balance of the support will have to come from MSD Switzerland.*** |
| *Proposal #243*<br>*Ledger/USA*<br>*(SOI)* | *The Use of VIOXX in Women with Vulvar Vestibulitis (Reviewer: BD)*<br><br>**Comments:** There needs to be a sound clinical rationale for going forward with this proposal. For example, is COX-2 involved in the syndrome such that a COX-2 inhibitor would provide benefit?<br><br>***Outcome: Request a full proposal but only if there is a clinical/mechanism of action justification that would warrant a submission. GG to communicate with the investigator.*** |
| *Proposal #251*<br>*Wanivenhaus/*<br>*Austria*<br>*(SOI)* | *Effect of VIOXX on heterotopic ossification after hip replacement (Reviewer: GG)*<br><br>**Comments:** To date the MSGP has not supported clinical studies in this area. However, there is a continuing interest in doing so within the orthopedic community. This is an important opinion leader in Austria. The preferred design for the heterotopic ossification study would be a double-blind, placebo and active comparator study. The design of the study is very important. The Committee expressed the view that a suitable template for HO studies should be developed such that this European and a parallel USA study could be supported and follow the same protocol outline. This was regarded as being of significant importance. The CST/Working Group input should also be sought in this area<br><br>***Outcome:***<br>***A) The SOI was accepted in principle. IWR will communicate with field.***<br>***B) GG will search the submissions from the USA on this subject area and assess who might be the most suitable investigator to support*** |
| 5. **Next Meeting** | DATE OF NEXT MEETING: JUNE 16, 2000 [9:00 AM – 11:00 AM] |

Confidential - Subject To Protective Order

MRK-EAI0002564