**EXHIBIT O**

# MEMO

*[Handwritten at top:] Chris/Mark — 6/21/00 One of my most significant contributions to the MSG program was to advise the company's risk by recommending substituting MF-Tricyclic for either Vioxx or 663 and in general, raising awareness of the commercial risk range*

**TO:** MSGP Review Committee for VIOXX™     **DATE:** June 16, 2000

**FROM:** Dr. Ian W. Rodger

**SUBJECT:** VIOXX™ MSGP RC Meeting Minutes – June 16, 2000

**Present:** Susan Baumgartner (SB), Greg Bell (GB), Emilie Beskar (EB), E.B. Brakewood (EBB), David Chang (DC), Phil Davies (PD), Jilly Evans (JE), Greg Geba (GG), Heidi Lange (HL), Elizabeth Kwong (EW), Pauline Luk (PL), Maureen McNamara (MM), Eric Mortensen (EM), Ian Rodger (IR), Zafer Ozturk (ZO), Adrienne Dixon (AD)

*[Handwritten: David Ho Judy — E.B. (see next page)]*

**Apologies for absence:** Ceylan Ergun, Jens Kasperzik, Jeff Melin

**Welcome:** The Chairman intimated that RickRoberts would be joining the Committee as a replacement for Caroline Yarbrough.

1. **Minutes of the Vioxx MSGP RC Meeting Held on May 19, 2000**

   The minutes were approved.

2. **Matters Arising From The Minutes**

   a) Sabers [#229] – GB has ascertained that only drug is required for this study. No futher MSGP action is required.

   b) Proposal [#251] – The search for a U.S. investigator for the HO study continues.

3. **The Minutes of the Vioxx MSGP Cancer Subcommittee**

   The Minutes from the June 6, 2000 meeting of the Cancer Subcommittee were received and duly noted.

   *Required Action:*

   a) Hursting/Fischer [#211] – MF-Tricyclic has been successfully incorporated into the special diet that is required for this study.

   b) Recommendations

   *The following proposals were recommended for support:*

   Proposal #263 (Sheehan/Ireland)
   Proposal #264 (Miehlke/Germany)
   Proposal #265 (Hull/UK)

Confidential - Subject To Protective Order                                                                                    MRK-ADF0010826

| | |
|---|---|
| *Proposal #261*<br>*[SOI #178]*<br>*Pepeu/Italy* | *An in vivo Evaluation of the anti-inflammatory and neuroprotective actions of Rofecoxib in models of Alzheimer's Disease*<br>*(Reviewers: Beck/IWR)* |

**Comments:** Klaus Beck's expert comments on this proposal were sought in advance of the meeting. These were relayed to the Committee. They are:

Pepeu is a highly-regarded, international authority who has been pursuing this type of experimentation for ten to fifteen years. While the actual science may be of limited interest, it is a study that is worthy of support and is good value for money. There is no obvious downside risk. The decision on whether rofecoxib or MK-663 should be supplied was deferred to Darryl Patrick.

*Outcome: Proposal accepted for support. IWR to communicate with the field once input from DP has been received.*

*POST MEETING NOTE: DP recommended against the use of MK-0663. Only rofecoxib will be supplied.*

| | |
|---|---|
| *Proposal #270*<br>*FitzGerald/USA* | *A biochemically selective dose of rofecoxib retards atherogenesis in the DKO mouse (Reviewer: GG)* |

**Comments:** There was a very extensive debate on this topic. Scientifically this is a sound prospective study in an animal model of atherogenesis that has a distinct relevance to the human disease. The investigator's group is very highly regarded and an international authority in eicosanoid research.

Issues:

a) The science merits support.
b) There is a commercial/marketing anxiety about a possible downside risk that enhanced mortality may occur in the rofecoxib-treated animals from cardiovascular complications that is mechanism based. This may attach to the cardiovascular events from VIGOR.
c) Any anti-atherogenic activity of rofecoxib would be of very significant potential impact.
d) How significant, and relevant, are observations in a double knock-out mouse model to those occurring in man? Is there any real risk?
e) There is senior management impetus to try and support Garrett's research effort.

[handwritten: pretty good → thing to worry about!]

*Outcome: The Committee was not prepared to make a decision on supporting the proposed work without input from MRL and its senior Management. The proposal, with a brief review of the MSGP discussion points, was to be forwarded to Brian Daniels (for Project Team/ CST input) and Alan Nies for their comments. IWR undertook this assignment.*

Confidential - Subject To Protective Order

MRK-ADF0010627

*Decision:*

*The Committee approved support of proposals #263, #264 and #265. IWR will communicate with the Field.*

Based in large part to my input, MRL senior management was asked to approve this study for MF-T and not Vioxx or 663. There was significant pressure to approve this study.

4. **Review of New Proposals**

| | |
|---|---|
| *Proposal #240* | *Prospective, Randomized, Placebo Controlled Study to Determine the* |
| *[SOI #210]* | *Utility of Rofecoxib as a Preemptive Analgesic and Adjuvant Following* |
| *Buvanendran/USA* | *Total Knee Arthroplasty (Reviewer: GB)* |

Comments: This is a well-written proposal from strong advocates of Merck and Vioxx. The Committee complimented the investigators on the comprehensive and well-developed study protocol. Two modifications to the protocol were recommended.

a) Two doses of Vioxx [50 mg] to be given prior to surgery [one dose 24 hrs before and the second approximately 4 hrs before surgery].

b) Baseline pain assessment should be ascertained before surgery.

*Outcome: Proposal accepted for funding, conditional upon the above two points being incorporated into the revised protocol. GB to communicate with the investigators and ensure that a revised protocol is received.*

| | |
|---|---|
| *Proposal #248* | *COX-2 mediated angiogenesis in rheumatoid arthritis (Reviewer: PD)* |
| *Koch/USA)* | |

Comments: This submission, from a significant investigator, was favorably received. It addresses an important area of interest and the proposed experiments were logically elaborated. Both Specific Aims were regarded as appropriate, with particular interest expressed in Aim #2. There was no perceived downside risk of using rofecoxib in these *in vitro* experiments. The budget proposed is excessive with respect to salary support.

*Outcome: The proposal was approved for support subject to a revision of the budget to significantly reduce the salary support component. GG to communicate with the investigator.*

Confidential   Subject To Protective Order

MRK ADF0010828

5. **Other Business**   a) Stevenson (#106)

    This proposal to examine Vioxx in aspirin-sensitive asthmatic patients has been on *"hold"* since last December. The favorable results of Szczeklik's study with Vioxx in this patient population now permit us to proceed with Stevenson's study. The A&A WBST approves of this initiative.

    *Outcome: The Committee approved funding of $50K for proposal #106. GG to communicate with the investigator.*

    b) **Supplies of MF-Tricyclic**

    The amount of MF-Tricyclic is dwindling to the extent that we will run out of the compound by the end of this year. MF-Tricyclic has been a pivotal plank in the VIOXX MSGP strategy of supporting investigators with the best alternative compound when it has been deemed inadvisable to supply rofecoxib. Switching to a different COX-2 inhibitor at this stage was neither desirable nor supportable.

    *Decision: IWR to contact RY with a priority request to have more MF-tricyclic (L-748,706) manufactured to support both new and ongoing MSGP studies.*

    c) **Budget:**

    The budget allocation for the Vioxx MSGP in 2000 is $1.1 million. To date we have committed a total of $1.48 million. Thus, we are overspent at this juncture.

    *NOTE*
- The carry-over from last year was very small.
- To date, we have allocated approximately $250K to chemoprevention studies (6 worldwide; 1 US).
- The VIOXX MSGP has approved 66 proposals in total since its inception two years ago. Since January 2000, 34 proposals have been approved.
- Judicious carryover of support into 2001 could free up approximately $400K for the remainder of this year. This, however, impacts significantly on the level of support requested for the MSGP in 2001.
- Careful prioritization of new proposals is essential given our current budgetary position.

5. **Next Meeting**   DATE: MONDAY, AUGUST 21, 2000 [2:00 PM – 4:00 PM]

Confidential - Subject To Protective Order

MRK ADF0010829