**EXHIBIT Q**

| | |
|---|---|
| To | Finestone, Irwin; Borsanyi, Jean-Pierre; Prior, Jennifer |
| From | Luk, Pauline |
| Cc: | Young, Robert; Kwong, Elizabeth |
| Bcc | |
| Received Date | 2001 07 20 16:56:54 |
| Subject | RE: MSGP #346 (Frank) |

Dear Dr. Finestone,

I am attaching a copy of the procedure for the preparation of the methocel suspension. I will also send a copy of the MF tricyclic information package to you and Jennifer Prior by internal mail. If there is any additional information you may need, please do not hesitate to contact me directly.

Sincere regards,

Pauline Luk

Pharmaceutical Research & Development - Merck Frosst Canada & Co.
Tel: (514) 428-3674
Fax. (514) 428-2677
E-mail: pauline_luk@merck.com

-----Original Message-----
From: Finestone, Irwin
Sent: Friday, July 20, 2001 11:40 AM
To: Borsanyi, Jean-Pierre; Kwong, Elizabeth
Cc: Luk, Pauline; Prior, Jennifer; Young, Robert
Subject: RE: MSGP #346 (Frank)
Importance: High

Elizabeth,

I am the MSG coordinator for VIOXX and etoricoxib. For now, can you expedite all information packages, including the preparationn of dosing on MF tricyclic to Jennifer Prior - WH04 and please copy me as well. In the mean time we'll contact the investigator to assess any other needs.

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co.
Tel/FAX: (519)-850-0673
cell    PRIVACY
e-mail  irwin_finestone@merck.com
VMX.    5006

-----
From: Kwong, Elizabeth
Sent: Friday, July 20, 2001 10:16 AM
To: Borsanyi, Jean-Pierre; Finestone, Irwin
Cc: Luk, Pauline
Subject: FW MSGP #346 (Frank)

Confidential  Subject To Protective Order                                         MRK AEH0016614

we have the MF tricyclic package for the investigator if they need this. We can also analyze the serum samples for the investigator. They need to contact us to let us know how many samples and when they will be shipped. By the way did they figure out what dose to go with? Do they need a procedure to dose the MF tricyclic in methocel? We also can supply them with MF tricyclic in chow if they want

-----Original Message----
From:     Young, Robert
Sent:     Friday, July 20, 2001 9:12 AM
To:       Finestone, Irwin
Cc:       Borsanyi, Jean-Pierre; Gold, Nancy; Kwong, Elizabeth
Subject:  RE: MSGP #346 (Frank)

Dear Irwin,
           Re these questions I can offer the following
1 MFT is not a controlled substance
2 Serum assay: I can ask my colleague, Dr Elizabeth Kwong, to provide details of the HPLC conditions for analysis of MF-T in serum or plasma. These are minimal details and require the researcher to establish his own assay using these or comparable conditions
           Hope this is helpful
Bob
-----Original Message-----
From:     Finestone, Irwin
Sent:     Wednesday, July 18, 2001 4:26 PM
To:       Young, Robert
Cc:       Borsanyi, Jean-Pierre; Gold, Nancy
Subject:  RE: MSGP #346 (Frank)

Dr Young,

I hank you for your reply. Dr Bitting and Dr Frank still have some unanswered questions which I'm hoping that you may have the answer to or may be able to obtain the answer from others at MRL.

•   Is MF-Tricyclic a controlled substance? If so they will need a permit or special approval for its use in this project

•   They are planning on ensuring appropriate serum drug levels by testing the animals via phlembotomy at 10, 21, 31, and 42 days. Does Merck Frosst have a serum assay to check for drug levels?

Thanks


Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX: (519)-850-0673
cell:     PRIVACY
e mail    irwin_finestone@merck.com
VMX       5006



-----
From    Young, Robert
Sent:   Tuesday, July 03, 2001 4 54 PM
To:     Finestone, Irwin
Subject FW  MSGP #346 (Frank)

Confidential - Subject To Protective Order

MRK-AFH0016615

Irwin,

There's no real synopsis of data on MF-Tricyclic. Its properties are very similar to Vioxx. The dosing, potency and bioavailabilities and half lives are all very close to those of Vioxx. Dosing oral is done in suspension at 5-10 ml/kg volumes of 0.5 - 1% methocil. Solubilities in aqueous vehicles are very small, 10 to 20 mircograms/ml. The researcher should refer to papers on Vioxx for guidance see JPET, 290, 551-560 (1999)
Bob

-----Original Message-----
From:    Bowen, Susan
Sent:    Wednesday, June 27, 2001 10:44 AM
To:      Young, Robert
Subject: RE: MSGP #346 (Frank)

Bob,
The file I have on MF Tricyclic does not contain a data package, so I cannot provide any information to Dr Borsanyi.

Susan X3249

-----Original Message-----
From:    Young, Robert
Sent:    Tuesday, June 26, 2001 6:08 PM
To:      Bowen, Susan
Subject: FW: MSGP #346 (Frank)

Susan,
 Can you provide this person with the data package for MF tricyclic (L-748,706)?
Thanks
Bob

-----Original Message-----
From:    Finestone, Irwin
Sent:    Thursday, June 21, 2001 1:33 PM
To:      Young, Robert
Subject: FW: MSGP #346 (Frank)

Hello Dr Young,

As per the communications below, would you be able to provide me with info on MF-tricyclic and its pharmacokinetics. This is for an approved Medical School Grant. The committee has requested that MF-tricyclic be used instead of rofecoxib

Thanks,

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX  (519)-850-0673
cell     PRIVACY
e-mail   irwin_finestone@merck.com
VMX      5006


From:   Gold, Nancy
Sent:   Thursday, June 21, 2001 11:49 AM
To:     Finestone, Irwin

Confidential  Subject To Protective Order                                                    MRK AEH0016616

Subject:       FW: MSGP #346 (Frank)

Irwin,
Please see note below from Dr. Borsanyi and as he suggests you may want to contact Bob Young
Regards,
Nancy

-----Original Message-----
From:    Borsanyi, Jean-Pierre
Sent:    Thursday, June 21, 2001 11:00 AM
To:      Gold, Nancy
Cc:      Hudgin, Roger
Subject: RE: MSGP #346 (Frank)

Hello Nancy,
No, I do not have any information on this molecule. It is probably on of the back-up molecule for VIOXX that was used during the development. Bob Young could probably give you more information on this or indicate someone in the basic research lab who could
The reason why we cannot use VIOXX is that if any unwanted effect or side effect is found in the animal model whic is related to the limitation of the animal model, the study design or method, we do not want these results to be extrapolated to VIOXX and its clinical use
Let me know if you need more information
JP

-----Original Message-----
From:    Gold, Nancy
Sent:    Thursday, June 21, 2001 9:37 AM
To:      Borsanyi, Jean-Pierre
Subject: FW: MSGP #346 (Frank)

Jean-Pierre,
Do you have any of the information Jennifer is looking for or to whom can I send this for response?

-----Original Message-----
From:    Finestone, Irwin
Sent:    Wednesday, June 20, 2001 9:55 AM
To:      Gold, Nancy
Cc:      Borsanyi, Jean-Pierre
Subject: RE: MSGP #346 (Frank)

Jennifer Prior has requested on behalf of Dr. Frank, information on MF-tricyclic and it pharmacokinetics. Could you please provide all relevant information on MF-tricyclic and also why it is preferred over VIOXX for this study
Please send your answer to me and I'll be glad to forward it to Jennifer or send it to Jennifer Prior directly, but please copy me as well

Thanks,

Irwin Finestone
Irwin Finestone
Health Science Associate - Musculoskeletal Group
Merck Frosst Canada & Co
Tel/FAX (519)-850-0673
cell:    PRIVACY
e-mail   irwin_finestone@merck.com
VMX:     5006

Confidential - Subject To Protective Order

MRK AEH0016617

From: Gold, Nancy
Sent: Friday, June 01, 2001 5:03 PM
To: Finestone, Irwin
Cc: Borsanyi, Jean Pierre
Subject: FW: MSGP #346 (Frank)

FYI

From: Patrick, Darryl H.
Sent: Friday, May 25, 2001 8:33 AM
To: Rodger, Ian W
Subject: RE: MSGP #346 (Frank)

Ian,

Sorry to take so long to get back to you. I have been busy getting the preclinical portion of the etoricoxib NDA/MMA finished > I can finally see the light at the end of the tunnel! In regards to your question about dose, I am afraid I cannot be much help since I would not have a clue as to what dose would inhibit COX-2 in rabbits. I would suggest that a dose of 30 mg/kg/day would not produce any significant adverse effects if administered for a period of 14 days or less. I have no data in rabbits for any longer duration.

Darryl

-----Original Message-----
From: Rodger, Ian W
Sent: Wednesday, May 23, 2001 9:40 AM
To: Patrick, Darryl H
Cc: Pearly, Helen; Rodger, Ian W.
Subject: MSGP #346 (Frank)
Importance: High

Darryl,
At the Coxib MSGP Committee meeting yesterday we decided, in principle, to support the study from Cyril Frank in Calgary on the effects of rofecoxib on ligament healing. Certain revisions are required and your advice is sought with regard to the dose of MF-tricyclic that should be used in these experiments in NZW rabbits. The relevant extract from the Minutes is below

#346 Frank/Canada "The effects of rofecoxib on ligament healing: a mechanical, morphological and biochemical assessment"
Comments
This is a proposal to examine COX-2 inhibition in a rabbit model of ligamentous injury (surgical disruption of the medial collateral ligament). The question posed is rational and the endpoints described are well-defined, for example mechanical load and stress testing. The proposal is one that is reasonable to support in some form since it has clinical applicability. However the study should NOT be undertaken with rofecoxib. MF-tricyclic should be provided. A non-selective NSAID comparator should be included as a control arm in the experiments (three arms in the study would probably suffice, placebo, MF-tricyclic and NSAID). Darryl Patrick should be asked for advice on the dose of MF-tricyclic that should be used

Decision:
Proposal approved subject to revision of the proposal to incorporate the above comments

Assignment:
IWR will clarify the dose of MF-tricyclic to be used in the rabbit model (with DP) prior to communicating with the field

I would appreciate if you could advise me on the most suitable dose of MFT so that I can communicate with the investigator etc and get the project moving

I appreciate your sage advice as always
regards,

Confidential   Subject To Protective Order

MRK-AEH0016618

Ian
Ian W Rodger,
Senior Medical Director
Mail Drop WS2BC-05
Tel# (908) 423-4110
Fax# (908) 423-1797
E-mail: ian_rodger@merck.com

Attachments:

SOP_preparation of drug in methocel_0.5%.doc

Confidential - Subject To Protective Order                                                                MRK-AEH0016619