# EXHIBIT S

| | |
|---|---|
| To: | Baumgartner, Susan L; Mills, Tracy L |
| From: | Alberti, Peter M |
| Cc | |
| Bcc: | |
| Date: | 2001-07-27 15:06:16 |
| Subject: | Please review: MSGP abstract/atherosclerosis/Epstein #213 abstract |

Info coming out of Medical School Grants related to CMV atherosclerotic lesions in mice treated with MF-tricyclic. The investigator submitted a follow-up grant which the committee rejected.

PMA

-----Original Message-----
From: Evans, Jilly
Sent: Friday, July 27, 2001 9:46 AM
To: Rodger, Ian W ; COXIB MSGP COMMITTEE
Subject: RE: Epstein #213 abstract

Dear Ian,
He is clearly angry with us for not continuing his study. However his atherosclerotic conclusion in the abstract contradicts the data he sent you in Rodger exciting results that I copy here. He should say that in the presence of CMV atherosclerotic lesions increased and MF-tricyclic decreased the enhanced atherosclerosis. I don't see where he looked at MF-tricyclic in the non CMV treated mouse so he is misinterpreting the data. I would ask him to explain this and also insist the the word MF-tricyclic go in the title of the abstract (softens it so people know it wasn't rofecoxib)

-----Original Message-----
From: Rodger, Ian W
Sent: Friday, July 27, 2001 9:13 AM
To: COXIB MSGP COMMITTEE
Subject: Epstein #213 abstract
Importance: High

All,
I have received the attached abstract from Steve Epstein regarding his work on cytomegalovirus etc. I cannot say that I like the conclusions COX-2 inhibitors are imunosuppressive and atherogenetic. Doubt that I can really reject the abstract for presentation but before I respond to him I would like comments from the Committee. NOTE: We supplied him with MF tricyclic and not rofecoxib for his work. In any reply I would probably insist that he cite MF tricyclic in his abstract so that the impression is not given to readers that he has used rofecoxib
Please respond ASAP.
Thanks
<< File: Epstein #213 abstract pdf >>

Ian
Ian W Rodger,
Senior Medical Director,
Mail Drop WS2BC-05
Tel# (908) 423-4110
Fax#.(908) 423-1797
E-mail ian_rodger@merck.com

Attachments:

Rodger-exciting results 6 6 01.doc

Confidential - Subject To Protective Order                                                               MRK-AFI0118752