# EXHIBIT U

To:        Evans, Jilly; Rodger, Ian W , COXIB MSGP COMMITTEE
From:
Cc
Bcc:
Date:      2001-10-12 18:34:57
Subject:   RE Epstein #213 manuscript

Jilly, I believe the metaanal you cite showed no increase in events when compared to pbo or non-naproxen nsaids. See my edits below

-----Original Message-----
From:     Evans, Jilly
Sent:     Friday, October 12, 2001 1:45 PM
To:       Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject:      RE Epstein #213 manuscript

Dear Ian et al,

This is not good news! Major criticism is that the results seemed to have changed from the first graphs he sent us. Then the 24 mg/kg dose had less lesions than the 12 mg/kg. Now he has about the same-has he done a recount on the data?

Minor corrections mice eat 3.6 g chow a day NOT 3.6 mg. Neutrophils or neutrophils not neutrophiles!

I am really concerned about the way he has written the whole section I have copied below from the conclusions. Can we not try to rewrite this and send him our version?
The potential deleterious effects of selective COX-2 inhibition on the course of atherosclerosis in humans was suggested by the [Silverman, Robert E (MRL)] unexpected finding in a study of RA patients, designed to compare the rates of clinically significant adverse GI events, [Silverman, Robert E. (MRL)] that rofecoxib. a selective COX-2 inhibitor, was associated with a higher number of acute coronary events than occurred in patients treated with naproxen, a non-selective COX inhibitor. That was shown by a meta-analysis exploring the role of selective COX-2 inhibition on acute cardiovascular events [36]. [Silverman, Robert E (MRL)] [meta analysis showed that there was [Silverman, Robert E. (MRL)] [Silverman, Robert E. (MRL)] not an increase an increase in studies vs. pbo or non-naprxen nsaids!]
    The mechanisms responsible for precipitation of acute events in patients with coronary artery disease are generally thought to be due to plaque rupture, resulting in acute thrombus formation. Selective COX-2 inhibition may predispose to thrombotic coronary occlusion, first, by inducing plaque instability. Thus, inhibition of COX-2 could retard the resolution of inflammatory processes, resulting in persistance or increase in activated macrophages which, through secretion of metalloproteinases and other enzymes, could induce plaque rupture. The highly thrombogenic plaque core would then be exposed to circulating blood within the vessel lumen, resulting in platelet aggregation and thrombus formation [14]. This latter process would be enhanced by the second mechanism by which COX-2 inhibition could predispose to thrombotic coronary occlusion-inhibition of of COX-2-mediated expression of the highly anti-thrombotic PGI2, without concomitent reduction of the COX-1-mediated expression of the highly thrombotic thromboxane A2 [36].
    Thus, the potential deleterious effects of selective COX-2 inhibitors on the course of atherosclerosis could theorectically involve two separate processes: acceleration of the atherogenesis per se, and predisposition to acute coronary syndromes The probable mechanism responsible for first process would involve interference with resolution of inflammation, and for the second process would involve actions favoring a pro-coagulant state

Jilly

-----Original Message-----
From:    Rodger, Ian W.
Sent:    Friday, October 12, 2001 12:56 PM
To:      COXIB MSGP COMMITTEE
Subject:     Epstein #213 manuscript

Confidential - Subject To Protective Order

All,

Attached is the manuscript that Stephen Epstein intends to submit for publication. He seeks my approval to proceed with the submission. We have 30 days in which to respond. I'd appreciate your comments, if any. As you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with respect to his abstract.

<< File: Epstein #213 ms.doc >>

Ian

Ian W. Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

Confidential  Subject To Protective Order

MRK-ACD0005141