# EXHIBIT V

To:      Geba, Greg P; Silverman, Robert E. (MRL); Rodger, Ian W
From:    Morrison, Briggs W
Cc       Reicin, Alise S.
Bcc:
Date:    2001-10-12 20 39.45
Subject  RE Epstein #213 manuscript

I think alise should be reviewing every manuscript - wether MSGP or whatever in the COXIB franchise

-----Original Message-----
From:    Geba, Greg P
Sent     Friday, October 12, 2001 2:55 PM
To       Silverman, Robert E. (MRL); Rodger, Ian W.; COXIB MSGP COMMITTEE
Subject: RE Epstein #213 manuscript

Ian: I agree with the comments made by Jilly and Bob How reliable are the results? Need to be careful about translating to humans.

-----Original Message-----
From:    Silverman, Robert E (MRL)
Sent:    Friday, October 12, 2001 2:46 PM
To:      Rodger, Ian W , COXIB MSGP COMMITTEE
Subject: RE Epstein #213 manuscript
Importance: High

The discussion end, when he refers to VIGOR and the Topol paper in JAMA, is woefully incomplete. He makes the VIGOR study sound like it was designed to assess CV events He is being very generous to characterize the Topol article as a metaanalysis. He should be given the true metaanalysis that will be published in Circulation (next week in the ejournal and early Nov in print) to balance the discussion, atleast somewhat -Bob

-----Original Message-----
From:    Rodger, Ian W
Sent:    Friday, October 12, 2001 12:56 PM
To:      COXIB MSGP COMMITTEE
Subject: Epstein #213 manuscript

All,
Attached is the manuscript that Stephen Epstein intends to submit for publication. He seeks my approval to proceed with the submission We have 30 days in which to respond. I'd appreciate your comments, if any. As you will see he has incorporated some of the comments that I/we fed back to him on an earlier occasion with respect to his abstract
<< File: Epstein #213 ms.doc >>

Ian
Ian W Rodger,
Senior Medical Director,
Mail Drop WS3D-18
Tel#: (908) 423-4110
Fax#:(908) 423-1797
E-mail: ian_rodger@merck.com

MRK-NJ0335046