**Figure 11**



**Figure 12**



### Pooled MI analysis of all Merck Trials

In this section I describe the results of a pooled analysis for MI of all of the Merck trials discussed in this report.   Using a Cox proportional hazards analyses, I stratified the analyses into two study populations as was done in the section on the "Pooled-Analysis of OA, RA, Alzheimer's and Low Back Pain Trials". Table 5 summarizes the results of this analysis. The RR estimate is 2.09, which is highly statistically significant at the $p=0.00002$ level. This provides overwhelming evidence that rofecoxib causes MI's. A test of the hypothesis that the RR's are equal in the two study populations is **not** rejected ($p=0.71$). This indicates that we have no statistical evidence that the RR for rofecoxib is different in the arthritis and non-arthritis populations that were included in the rofecoxib clinical trial program.

**Table 5. Relative Risk of MI by Study Population**

| Study Population | Relative Risk | 95% Confidence Interval | | p-value |
|---|---|---|---|---|
| Arthritis | 2.24 | 1.31 | 3.84 | 0.003 |
| Non-Arthritis | 1.99 | 1.39 | 3.05 | 0.003 |
| **Overall Estimate (stratified)** | **2.09** | **1.48** | **2.95** | **0.00002** |

Figure 13 shows the cumulative MI event rates for rofecoxib versus all control agents.   A test of proportional hazards is not rejected ($p=0.61$) indicating no statistical support for the hypothesis that the RR varies with time.   Again it is clear from the figure that there is an immediate separation of the curves, with a clear linear trend separation in the cumulative event rates in both the rofecoxib and control groups.

**Figure 13**



**Cardiovascular Data in Rofecoxib Product Label**

It is my understanding that pharmaceutical labels "shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug: a causal relationship need not have been proved." 21 CFR Section 201.57(e). The phrase "reasonable evidence of an association" is a statistical concept that is well within my area of expertise.

As expressed in this report, by early 2000, there was reasonable evidence of an association between rofecoxib and the development of a spectrum of cardiovascular disease, including MI, hard CHD, CHF, and hypertension. Similarly, the Alzheimer's trials provided reasonable evidence of an association between rofecoxib and total mortality, cardiovascular mortality, and the conversion to Alzheimer's disease. The clinical trials provided evidence of the frequency, character, and severity of these serious hazards. It is my opinion that both the 2000 and 2002 labels for rofecoxib failed to accurately portray the statistical data that reflected these serious health risks.

In particular, prior to 2002, the rofecoxib label did not contain any reference to the statistical evidence of the marked increased risk of myocardial infarction that should

-41-

have been evident to Merck at least as early as the spring of 2000.  It is my opinion that without this clinical trial data, the label was inaccurate and incomplete.  In 2002, the label was amended to include references to *select* VIGOR data and data from the meta-analysis.  As presented in the label, this statistical information misstates the consistent findings seen across clinical trials concerning the frequency, character, severity, and spectrum of cardiovascular adverse events seen in the rofecoxib clinical trials.  It also refers to the meta-analysis and Alzheimer's data, even though there were many methodological and substantive flaws in that analysis and presentation.  Finally, the label failed to disclose the strong evidence of an association of rofecoxib with increased mortality and progression to Alzheimer's disease seen in the Alzheimer's studies.

## IV.    CONCLUSION

In conclusion, I have reviewed and analyzed Merck clinical trials data files that were sufficient in number to provide a comprehensive overview of the scientific evidence available to the Company about the cardiac and cardiovascular risks of rofecoxib. The significant risks of rofecoxib to the heart and cardiovascular system were apparent in the spring of 2000 and confirmed and reinforced by data that became available in succeeding years. In addition, the evidence of significant mortality risk seen in the Alzheimer's trials should have been reported to the medical community. In my opinion, Merck did not accurately present the adverse effects of rofecoxib seen in these data in published articles, presentations to the FDA, and the product labeling.

*Richard A. Kronmal*

Richard A. Kronmal

**Reliance Material of Dr. Richard Kronmal**

1. "Comparision of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" By Claire Bombardier et al  *New Engl J Med* 2000;343:1520-8

2. "Comparative Overview of randomized trials of antiplatlet therapy Prevention of death, myocardial infarction, and stroke by prolonged antiplatlet therapy in various categories of patients" *BMJ* 1994;308:81-106

3. Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-ABA0019599-0019655)

4. Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thrombotic Vascular Events of Cox-2 Specific Inhibitors (MRK-AFV0347592-0347663)

5. FDA Advisory Committee Background Information (21 January 2005)

6. "Risk of Cardiovascular Events and Rofecoxib: A Cumulative Meta-Analysis by Peter Juni et al *The Lancet* 11/5/2004 (MRK-ABG0004394-0004402)

7. "Cardiovascular Thrombotic Events in Controlled Clinical Trials of Rofecoxib" by Marvin Konstam et al (MRK-ABA0001310-0001318)

8. July 12, 2001 FDA Medical Officer Review

9. APPROVe ESMB Minutes 1/23/2002 (MRK-AFF0000095-0000098)

10. "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared to NSAIDs" By Michael Langeman et al *JAMA* Vol. 282 No. 20, 11/24/99

11. "Blood Pressure in Native Americans Switched from Celecoxib to Rofecoxib" by Jefferson Fredy et al  *Ann Pharmacother* 2005:39

12. MRK-ZAI0001252

13. MRK-ZAI0001253

14. MRK-ZAI0001254

15. MRK-ZAI0001255

16. MRK-ZAI0001256

17. MRK-ZAI0001257

18. MRK-ZAI0001258

19.   MRK-ZAI0001259

20.   MRK-ZAI0001260

21.   MRK-ZAI0001261

22.   MRK-ZAI0001262

23.   MRK-ZAI0001263

24.   "Meta-Analyisis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood Pressure" by Tai-Juan Aw et al  *Arch Intern Med* 2005;165:1-7

25.   "The Effect of Cyclooxygenase-2 Inhibitors and Nonsteriodal Anti-Inflammatory Therapy on 24 Hour Blood Pressure in Patients with Hypertension, Osteoarthritis and Type 2 Diabetes Melittus by James Sowers et al   *Arch Intern Med* 2005;165:161-168

26.   "Cardiovascular Complications of Cocaine Use" by Richard Lange et al *New Engl J Med* 345;5:351-358

27.   APPROVe Study ESMB Committee Meeting Minutes (MRK-ABS0200367-0200388)

28.   F01398 KW SAS Inventory

29.   F01399 Quan SAS Inventory

30.   F01400 Vigor SAS Inventory

31.   "Relationship Between Cox-2 Specific Inhibitors and Hypertension by Daniel Solomon et al *Hypertension* 2004;44:140-145

32.   "Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in outcomes in elderly patients: a populations based cohort study" by Muhammed Mamdami et al *Lancet* 2004;363:1751-56

33.   MRK-ZAI0001264

34.   MRK-ZAI0001378

35.   MRK-ZAI0001379

36.   MRK-ZAI0001265

37.   MRK-ZAI0001266

2

38.     Deposition Transcript of Deborah Shapiro  1/25/05

39.     Deposition Transcript of Jennifer Ng 1/21/05

40.     Draft of "Cardiovascular Events Associated with Rofecoxib in a 3-Year
        Randomized Colorectal Adenoma Chemoprevention Trial" (MRK-AFO0286559-
        0286584)

41.     APPROVe ESMB Closed Session Meeting Minutes-1/23/02 (MRK-
        AFV0056013-14)

42.     MRK-ZAI0001267

43.     MRK-ZAI0001268

44.     MRK-ZAI0001269

45.     MRK-ZAI0001270

46.     MRK-ZAI0001271

47.     MRK-ZAI0001272

48.     MRK-ZAI0001273

49.     APPROVe ESMB Meeting Minutes 11/23/03 (MRK-AFF0000116-0000118)

50.     Memorandum from T. Simon, dated 3/6/02 re: Minutes of Teleconference
        Conference of ESMB (MRK-0373841-0373845)

51.     Presentation-Data Analysis Plan-ESMB-1/23/02 (MRK-ABS0369134-0369141)

52.     ESMB Presentation-11/26/02 (MRK-ABS0449542-0449554)

53.     Study Status Update Presentation (MRK-ABS0458093-0458101)

54.     Study Update Presentation 9/17/04- (MRK-ABS0038612-0038621)

55.     ESMB Meeting Presentation 11/7/01 (MRK-AFO0113936-0113948)

56.     Dataset for Study 122

57.     "Antithrombotic Therapy in Hypertension: a Cochrane Schematic Review" by DC
        Felmeden et al *J Human Hypertension* (2005) 19, 185-196

58.     "Selective Cyclooxygenase-2 Inhibition and Cardiovascular Events" by Fadia
        Shaya et al *Arch Intern Med* 2005;165:181-186

3

59. November 21, 1996 Memorandum from T. Musliner (MRK-AAX0002413)

60. December 9, 1997 Project Team Minutes Attachments

61. "High Dose Statins in Acute Coronary Syndrome" *JAMA* 293;1

62. APPROVe ESMB Minutes 11/26/02 (MRK-AFF0000091-0000093)

63. APPROVe ESMB Minutes 5/15/03 (MRK-AFF0000112-0000114)

64. APPROVe ESMB Minutes 9/17/04 (MRK-ABD0054391-0054392)

65. "Rofecoxib, Merck and the FDA" by Peter Kim et al   *N Engl J Med* 351;27

66. Vioxx Label (MRK-LBL0000031-0000034)

67. Vioxx Label (MRK-LBL0000035-0000038)

68. Vioxx Label (MRK-LBL0000039-0000042)

69. Vioxx Label (MRK-LBL0000047-0000050)

70. Vioxx Label (MRK-LBL0000051-0000054)

71. Vioxx Label (MRK-LBL0000055-0000058)

72. Vioxx Label (MRK-LBL0000059-0000062)

73. Vioxx Label (MRK-LBL0000063-0000066)

74. Vioxx Label (MRK-LBL0000240-0000243)

75. Vioxx Label (MRK-LBL0000258-0000261)

76. April 6, 2005 memorandum from Jenkins and Sigelman re: Analysis and recommendations for Agency action regarding non-steroidal anti-inflammatory drugs and cardiovascular risk

77. "Risk of myocardial infarction in patients taking cyclo-oxygenase 2 inhibitors or conventional non-steroidal anti-inflammatory drugs; population based nested case control analysis" *BMJ* 2005;330:1336

78. "NSAID use and BP in treated hypertensives: a retrospective controlled observational study" *J Human Hypertension* 10 March 2005

79. Merck's Recall of Rofecoxib-A Strategic Perspective" by Gee et al *N Eng J Med* 351;21

4

80. Email from Eric Mortensen re: FW: John Baron's Feedback (MRK-ABS0212130-0212132)

81. Email from R. Bain re: CV Analysis for Alzheimer's Protocols (MRK-NJ0186457-0186565)

82. November 5, 2001 letter from R. Silverman to Jonca Bull (MRK-01420163678-01420163680)

83. Attachment 1-Lists of Deaths by Treatment Group (MRK-01420163683-01420163695)

84. "Increased Unrecognized Coronary Heart Disease and Sudden Deaths in Rheumatoid Arthritis" by Cynthia Crowson et al *Arthritis and Rheumatism* 52;2:402-411

85. "Cardiovascular Toxicity of Valdecoxib" by Wayne Ray et al *N Engl J Med* 351;26

86. American Journal of Cardiology - "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" by A Reicin, D Shapiro, RS Sperling, E Barr, Q Yu appeared on pp. 204-209 of volume 89.

87. Neurology - "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" by SA Reines, GA Block, JC Morris, G Liu, ML Nessly, CR Lines et al appeared on pp. 66-71 of volume 62.

88. "Cyclooxygenase Inhibition and Cardiovascular Risk" by Antman et al *Circulation* 2005;112:759-770

89. "The Impact of Non-Steroidal Anti-Inflammatory Drugs on Blood Pressure, with an Emphasis on Newer Agents" by Edwards Armstrong et al Excerpta Medica 2003

90. Safety Update for APPROVe-2/12/04 (MRK-AFF0000370-0000416)

91. Safety Update for APPROVe-8/2/02 (MRK-AFF0000279-0000317)

92. Safety Update for APPROVe-11/20/02 (MRK-AFF0000233-0000278)

93. Safety Update for APPROVe-5/9/02 (MRK-AFF0000318-0000352)

94. Safety Update for APPROVe-9/13/04 (MRK-AFQ0000461-0000522)

95. APPROVe SAS Programs (MRK-AFL0015427-0015431)

96.     Programmatic Review (MRK-AEI0002734-0002746)

97.     SAS documentation (MRK-AFL0015111-0015112)

98.     Memorandum from T. Simon re: Coversations with Drs. Recin, Neaton and Simon (MRK-ABS0398045-0398046)

99.     Memorandum fro T. Simon re: Minutes of Teleconference of ESMB (MRK-AFV0043942-0043943)

100.    Statistical Data Analysis Plan (MRK-I2220004239-0004308)

101.    Study Status Update (MRK-ABS0458333-0458341)

102.    Slides-Summary of Hypertension Incidence

103.    Table E-64 (MRK-ABS0068972)

104.    Table E-64 (MRK-ABS0068986)

105.    VIGOR Endpoint Chart (MRK-NJ0100874)

106.    FDA Advisory Committee VIGOR Slides

107.    MRK-ZAO0000017

108.    MRK-ZAO0000053

109.    MRK-ZAR0001942

110.    MRK-ZAN0000003

111.    MRK-ZAN0000004

112.    MRK-ZAN0000005

113.    MRK-ZAN0000006

114.    MRK-ZAN0000007

115.    MRK-ZAA0000141

116.    MRK-ZAA0000148

117.    MRK-ZAA0000152

## CURRICULUM VITAE

### Richard A. Kronmal, Ph.D.

*Date of Birth:*      May 3, 1939

*Place of Birth:*     Los Angeles, California

*Education:*          University of California, Los Angeles, California, A.B., 1961
                      University of California, Los Angeles, California, Ph.D., Biostatistics,
                      1964

*Positions:*

> Programmer, Nortronics Company, El Segundo, California, Summer 1960
> US Public Health Graduate Fellow in Biostatistics, UCLA, Los Angeles, California,
> 1961-64
> Programmer, Department of Preventive Medicine and Public Health, UCLA, Los
> Angeles, California, Summer 1961
> Instructor, Preventive Medicine, University of Washington, Seattle, Washington, 1964-66
> Assistant Professor, Preventive Medicine, University of Washington, Seattle,
> Washington, 1966-70
> Associate Professor, Department of Biostatistics, University of Washington, Seattle,
> Washington, 1970-75
> Adjunct Associate Professor, Computer Science, University of Washington, Seattle,
> Washington, 1973-74
> Chairman, Biomathematics Group, University of Washington, Seattle, Washington,
> 1973-85
> Professor, Department of Statistics, University of Washington, Seattle, Washington,
> 1987-present
> Professor, Department of Biostatistics, University of Washington, Seattle, Washington,
> 1975-present

*Appointments:*

> Consultant, Bureau of Vital Health Statistics, Department of Public Health, State of
> California, 1963
> Consultant, Bureau of Chronic Diseases, Department of Public Health, State of
> California, 1963
> Consultant, US Navy Medical Research Unit #2, Taipei, Taiwan, 1968-69
> Consultant, Pan American Health Organization-World Health Organization, Guatemala,
> 1971-75
> Consultant for the Collaborative Study of Phenylketonuria (PKU), 1975-84

Richard A. Kronmal                                              Curriculum Vitae

*Appointments (cont.):*

> Consultant to the National Heart and Lung Institute, 1976-77
> Consultant, Institute of Investigator for Health, Costa Rica, 1976-80
> Consultant, National Institute of Child Health and Human Development, 1973-89
> Member, Food and Drug Administration Advisory Committee on Cardiovascular and
>     Renal Diseases, 1979-83 (Chairman, 1983)
> Consultant, AID, 1981
> Member, Clinical Applications and Prevention Advisory Committee, National Heart,
>     Lung and Blood Institute, 1982-84
> Consultant, Maternal PKU Project, 1984-1987
> Member, Epidemiology and Disease Control Study Section, NIH, 1984-88
> Associate Editor, *Journal of Statistical Computation and Simulation*, 1986-89
> Member, Advisory Board, *Screening* (Official Journal of the International Society for
>     Neonatal Screening) 1995-1997.
> Member, Editorial Advisory Board, Statistical Methods in Medical Research; Associate
>     Editor, 1997-
> Statistical Consultant and DSMB member,  Syntex Ticlopidine Studies, 1981-1990.
> Statistical Consultant and DSMB Chairman, Genentec TPA in Stroke Studies, 1990-1998
> Statistical Consultant to HeartStream, studies of defibrillator, 1996-1999.
> Statistical Consultant and DSMB member for Weyeth Ayherst Stroke Study, 1996-1998
> Statistical Consultant and DSMB member for Bristol-Meyers Squibb Studies of
> Pravastatin for CHD prevention, 1986-1995
> Statistical Consultant for NeoRex, 1998
> Statistical Consultant and Chairman, DSMB Knoll Studies of Ancrod in Stroke, 1991-
>     1999
> Statistical Consultant for DuPont, 1999 - 2000
> Statistical Consultant and DSMB member,  ICOS, 1998-2000
> Statistical Consultant and DSMB member,  Intrabiotics Corp. 1999 – 2001.
> Member of DSMB, Bristol Meyers Squibb OPERA Study, 1999 –2002.
> Chair of DSMB, Genome Corporation, RAVE study, 2002-2004.
> Chair of DSMB, Human Genome Sciences, WHO4 study, 2002-2004.
> Chair of DSMB, Intrabiotics Corp., VAP Study, 2002-2004.
> Member of DSMB, Fred Hutchinson Cancer Research Center, Cellular Immunotherapy
>     Study, 2004-present
> Chair of DSMB, Corcept Corp. C-1073 Studies, 2003-Present
> Statistical Consultant, Northstar Corp. 2004-Present

*Honors:*

> U.S. Public Health Fellowship, 1961-63
> Research Career Development Award, Public Health Service, 1968-72
> Elected Fellow of the American Statistical Association, 1981

*University Appointments:*

Richard A. Kronmal                                                 Curriculum Vitae

Executive Committee, School of Public Health and Community Medicine, 1979-83
Graduate School Executive Committee, 1980-83
Faculty Senate, September 1980-September 1982
Graduate Faculty Council, 1980-84
Chair, Committee to Review the Radiological Sciences Program, 1994-95
Faculty Research Council, 1995-2000

*Societies:*

American Statistical Association
Biometric Society (Western North American Region)

Richard A. Kronmal                                                    Curriculum Vitae

*Grants and Contracts Awarded:*

> Coordinating Center for Collaborative Studies in Coronary Artery Surgery, National
> Heart, Lung and Blood Institute, 1973-77
> Computer Data and Related Services, Guatemala Project, Institute of Nutrition of Central
> America and Panama, 1972-75
> Computer System Conversion, National Institutes of Health, 1973
> Efficient Generation of Random Variables from an Arbitrary Probability Distribution,
> National Science Foundation, Principal Co-Investigator with AV Peterson, Jr.,
> 1980-83
> Stroke Prevention and Atrial Fibrillation Statistical Center, Coordinating Center, National
> Institutes of Health, 1987-97
> Further Analysis of Growth Data in PKU, National Institutes of Health, 1987-89
> A Case-control Study of Vasectomy and Urolithiasis, 1989-92
> Coronary Heart Disease and Stroke in People Aged 65 to 84 Years, Coordinating Center,
> National Institutes of Health, 1988-2005
> Calcium Channel Blockers and the risk of breast Cancer, National Cancer Institute, 1998-
> 1999
> Multi-Ethnic Study of Atherosclerosis (MESA), Coordinating Center, National Institutes
> of Health, 1999-2008
> 1        Cystic Fibrosis Theraputic Development Coordinating Center, National Institutes
> of Health and the Cystic Fibrosis Foundation, Co-PI with Bonnie Ramsey, MD
> 1999-2005
> Ginko Evaluation of Memory Study (GEMS), Coordinating Center, National Institutes of
> Health, 2000-2006
> Cardiovascular Biostatistics Training, National Institutes of Health, 2001-2006
> Fat Redistribution and Metabolic Change in HIV Infection (FRAM-2), Data Management
> Center, National Institutes of Health, 2003 – 2007,
> MESA Family Study, Coordinating Center, National Institutes of Health, 2003 – 2008,
> Epidemiology of Vascular Inflammation and Atherosclerosis, Data Management Center,
> National Institutes of Health, 2004 – 2009
> MESA – Air Pollution Study, Coordinating Center, EPA, 2004 - 2013

**Articles in Refereed Journals**

1.   Kronmal RA:  Evaluation of a pseudorandom normal number generator.  *J Asso Comput
     Mch* 11:357-63, 1964.

2.   Dixon WJ, Kronmal RA:  The choice of origin and scale for graphs.  *J Asso Comput Mch*
     12:259-61, 1965.

3.   Alexander ER, Foy HM, Kenny GE, Kronmal RA, McMahan R, Clark ER, MacColl WA,
     Grayston JT:  Pneumonia due to <u>Mycoplasma pneumonia</u>.  *N Engl J Med* 275:131-33,
     1966.

4. Grayston JT, Kenny GE, Foy HM, Kronmal RA, Alexander ER: Epidemiological studies of Mycoplasma pneumonia infections in civilians. *Ann New York Acad Sci* 143:436-46, 1967.

5. Kogan A, Kronmal RA, Peterson DR: The relationship between infectious hepatitis and Down's Syndrome. *Am J Public Health* 58:305-11, 1968.

6. Kronmal RA, Tarter ME: The estimation of probability densities and cumulatives by Fourier series methods. *JASA* 63:925-52, 1968.

7. Kronmal RA, Bender L, Mortensen J: A conversational statistical system for medical records. *JRSS* 19:82-92, 1970.

8. Tarter ME, Kronmal RA: On multivariate density estimates based on orthogonal expansions. *Ann Math Stat* 41:718-22, 1970.

9. Bryant JI, Emanuel I, Huang S, Kronmal RA, Lo J: Dermatoglyphs of Chinese children with Down's Syndrome. *J Med Gen* 7:338-44, 1970.

10. Strictland GT, Costell DO, Kronmal RA: Prolonged observations on the liver function tests in infectious hepatitis. *Am J Gastroent* 55:257-64, 1971.

11. Fox JP, Hall CE, Cooney MK, Luce RE, Kronmal RA: The Seattle virus watch. II. Objectives, study population and its observation, data processing and summary of illnesses. *Am J Epidemiol* 96:270-85, 1972.

12. Kronmal RA: Letter to the editors: Symptom diagnosis using Bahadur's distribution. *Int J Biomed Comput* 3(4):313-315, 1972.

13. Foltz EL, Kronmal RA, Shurtleff DB: To treat or not treat: A neurosurgeon's perspective of myelomeningocele. *Clin Neurosurg* 20:147-63, 1973.

14. Foltz EL, Kronmal R, Shurtleff DB: Chapter 10. To treat or not to treat: A Neurosurgeon's perspective of myelomeningocele. *Clin Neurosurg* 20:147-163, 1973.

15. Shurtleff DB, Kronmal RA: Myelodysplasia: Decision for death or disability. *N Engl J Med* 291:1005-11, 1974.

16. Mata LJ, Urrutia JJ, Kronmal RA, Joplin C: Survival and physical growth in infancy and early childhood by birth weight and gestation age: Study in a Guatemalan Indian village. *Am J Dis Child* 129:561-66, 1975.

17. Shurtleff DB, Kronmal RA, Foltz EL: Follow-up comparison of hydrocephalus with and without myelomeningocele. *J Neurosurg* 42:61-88, 1975.

18. Ott J, Kronmal R: Some classification procedures for multivariate binary data using orthogonal function. *JASA* 71:391-99, 1976.

Richard A. Kronmal                               6                          Bibliography

2.    Mata LJ, Kronmal RA, Urrutia JJ, Garcia B:  Antenatal events and postnatal growth and survival of children in a rural Guatemalan village. *Ann Human Biol* 3:303-15, 1976.

20.   Tarter ME, Kronmal RA:   An introduction to the implementation and theory of nonparametric density estimation. *Am Stat* 30:105-12, 1976.

21.   Mata LJ, Kronmal RA, Urrutia JJ, Garcia B:  Effect of infection on food intake and the nutritional state:  Perspectives as viewed from the village. *Am J Clin Nutr* 30:1215-27, 1977.

22.   Wahl PW, Kronmal RA:  Discriminant functions when covariances are unequal and sample sizes are moderate. *Biometrics* 33:479-84, 1977.

23.   Kronmal RA, Davis K, Fisher LD, Jones R, Gillespie MJ:  Data management for a large cooperative clinical trial (CASS). *Comput Biomed Res* 11:533-66, 1978.

24.   Frank R, Brain JD, Knudson DE, Kronmal RA:  Ozone exposure, adaptation, and changes in lung elasticity. *Environ Res* 19:449-59, 1979.

25.   Holm VA, Kronmal RA, Williamson M, Roche AF:  Physical growth in phenylketonuria. II.  Growth of treated children in the PKU Collaborative Study from birth to four years of age. *Pediatrics* 63:700-07, 1979.

26.   Kronmal RA, Peterson AV Jr:  On the alias method for generating random variables from a discrete distribution. *Am Stat* 33:71-83, 1979.

27.   Vlietstra RE, Frye RL, Kronmal RA, Sim DA, Tristani FE, Killip T, Participants in the Coronary Artery Surgery Study (CASS): RISk factors and angiographic coronaryartery disease: A report from the CASS study (CASS). *Circulation* 62:254-61, 1980.

28.   Peterson AV Jr, Kronmal RA:  A representation for discrete distribution by equiprobable mixture. *J Appl Prob* 17:102-11, 1980.

29.   Kronmal RA, Peterson AV Jr:  A variant of the acceptance-rejection method for computer generation of random variables. *JASA* 76:446-51, 1981.

30.   Kronmal RA, *et al.*:  National Heart, Lung and Blood Institute Coronary Artery Surgery Study (T Killip, LD Fisher and MB Mock, eds.). *Circulation (Supplement)* 63(6):1-81, 1981.

31.   Vlietstra RE, Kronmal RA, Frye RL, Seth AK, Tristani FE, Killip T:  Factors affecting the extent and severity of coronary artery disease in patients enrolled in the Coronary Artery Surgery Study (CASS). *Arteriosclerosis* 2:208-15, 1982

32.   Vlietstra RE, Kronmal RA, Seth AK, Frye RL:  Correlation of the coronary heart disease risk factors and coronary angiographic data. *Kardiologiia* 22(2):67-72, 1982.

33. Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal RA, Gillespie MJ:  C2:  A database management system developed for the Coronary Artery Surgery Study (CASS) and other clinical studies.  *J Med Syst 6*(5):501-518, 1982.

34. Peterson AV Jr, Kronmal RA:  On mixture methods for the computer generation of random variables.  *Am Stat 36*:184-82, 1982.

35. White JE, Kronmal R, Acosta PB:  Excess weight among children with phenylketonuria.  *J Am Coll Nutr 1*:293-303, 1982.

36. Gersh B, Kronmal RA, Frye R, Schaff HV, Ryan TJ, Gosselin AJ, Kaiser GC, Killip T, Participants in the Coronary Artery Surgery Study:  Coronary arteriography and coronary artery bypass surgery:  Morbidity and mortality in patients ages 65 years or older.  A report from the Coronary Artery Surgery Study (CASS).  *Circulation 67*:483-91, 1983.

37. Gersh B, Kronmal RA, Schaff H, Frye R, Ryan TJ, Myers WO, Athearn M, Gosselin AJ, Kaiser GC, Participants in the Coronary Artery Surgery Study:  Long-term (5-year) results of coronary bypass surgery in patients aged 65 years or older.  A report from the Coronary Artery Surgery Study (CASS).  *Circulation 68*(Supplement II):II-190-99, 1983.

38. Mata L, Simhon A, Urrutia JJ, Kronmal RA:  Natural history of rotavirus infection in the children of Santa Maria Cauque.  *Prog Food Nutr Sci 7*:167-77, 1983.

39. Russek E, Kronmal R, Fisher L:  The effect of assuming independence in applying Bayes' Theorem to risk estimation and classification in diagnosis.  *Comput Biomed Res 16*:537-52, 1983.

40. CASS Principal Investigators and their Associates:  Myocardial infarction and mortality in the Coronary Artery Surgery Study (CASS) randomized trial.  *N Engl J Med 310*:750-58, 1984.

41. CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS):  A randomized trial of coronary artery bypass surgery.  Survival data.  *Circulation 68*:939-50, 1983.

42. CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS): A randomized trial of coronary artery bypass surgery.  Quality of life in patients randomly assigned to treatment groups. *Circulation 68*:939-50, 1983.

43. CASS Principal Investigators and their Associates:  Coronary Artery Surgery Study (CASS):  A randomized trial of coronary artery bypass surgery.  Comparability of entry characteristics and survival in randomized patients and nonrandomized patients meeting randomization criteria.  *J Am Coll Cardiol 3*:114-28, 1984.

44.  Peterson AV Jr, Kronmal RA:  Analytic comparison of three general-purpose methods for the computer generation of discrete random variables.  *Appl Stat JRSS (C)* 32:276-86, 1983.

45.  Mata L, Kronmal RA, *et al.*:  Epidemiology of rotaviruses in a cohort of 45 Guatemalan Mayan Indian children observed from birth to three years of age.  *J Infect Dis* 148:452-61, 1983.

46.  Kronmal RA, Peters AV Jr:  An acceptance-complement variant of the mixture-plus-acceptance-rejection method.  *Trans Math Software* 10:271-81, 1984.

47.  Gersh BJ, Schaff HV, Kronmal RA:  Bypass for the elderly:  A CASS registry update.  *Cardiovasc Med* 897-901, 1984.

48.  Kronmal RA:  Commentary on the published results of the Lipid Research Clinics Coronary Primary Prevention Trial.  *JAMA* 253:2091-93, 1985.

49.  Butler WJ, Kronmal RA:  Discrimination with polychotomous predictor variables using orthogonal functions.  *JASA* 80:443-48, 1985.

50.  Kronmal RA:  Commentaire sur les resultats d l'essai de prevention primaire de la maladie coronarienne par abaissement du taux de cholesterol (LRC-CPPT).  *JAMA (French Edition)* 10:841-44, 1985 (French translation of #44).

51.  Gersh BJ, Kronmal RA, Schaff HV, Frye RL, Ryan TJ, Mock MB, Myers WO, Athearn MW, Gosselin AJ, Kaiser GC, Bourassa MG, Killip T:  Comparison of coronary artery bypass surgery and medical therapy in patients 65 years of age or older.  *N Engl J Med* 313:217-24, 1985.

52.  McCormick JR, Schick EC, McCabe C, Kronmal RA, Ryan TJ:  Determinants of operative mortality and long-term survival in patients with unstable angina:  The CASS experience.  *J Thorac Cardiovasc Surg* 89:683-88, 1985.

53.  Kronmal RA:  Kommentar zu den veroffentlichten Ergebnissen der Lipidstudie zur Prevention koronarer Herzkrankheiten.  *JAMA (German Edition)* 7:8468-73, 1985.

54.  Farthing MJG, Mata L, Urrutia JJ, Kronmal RA:  Natural history of Giardia infection of infants and children in rural Guatemala and its impact on physical growth.  *Am J Clin Nutr* 43:395-405, 1986.

55.  Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T:  Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease.  *JAMA* 255:1023-27, 1986.

56.  Kemp HG, Kronmal RA, Vlietstra RE, Frye RL:  Seven year survival of patients with normal or near normal coronary arteriograms:  A CASS registry study.  *J Am Coll Cardiol* 7:479-83, 1986.

57.    Holtzman T, Kronmal RA, van Doorninck W, Azen C, Koch R:  Effect of age at loss of dietary control on intellectual performance and behavior of children with phenyl-ketonuria.  *N Engl J Med* 314:593-98, 1986.

58.    Vlietstra RE, Kronmal RA, Oberman A, Frye RL, Killip T:  Effect of cigarette smoking on survival of patients with angiographically documented coronary artery disease.  *JAMA (Southeast Asia Version)* 2:21-26, 1986 (Reprint of #51).

59.    Teitz C, Hermanson B, Kronmal R, Diehr P:  Evaluation of the use of braces to prevent injury to the knee in collegiate football players.  *J Bone Joint Surg (A)* 69:2-9, 1987.

60.    Thigpen JT, Kronmal R, Vogel S, Hynes HE, Nahhas W, Belt RJ, Balcerzak SP, Epstein RB, Costanzi JJ:  A phase II trial of vinblastine in patients with advanced or recurrent endometrial carcinoma.  *Am J Clin Oncol* (CCT) 10(5):429-431, 1987.

61.    Alberts DS, Kronmal R, Baker LA, Stock-Novack DL, Surwit EA, Boutselis JG, Hannigan EB:  Phase II randomized trial of cisplatin chemotherapy regimens in the treatment of recurrent or metatastic squamous cell cancer of the cervix:  A Southwest Oncology Group study.  *J Clin Oncol* 5(11):1791-1795, 1987.

62.    Von-Hoff DD, Kronmal R, O'Toole RV, Surwit EA, Hutton JJ, Alberts DS:  Phase II study of fludarabine phosphate (NSC-312887) in patients with advanced ovarian cancer.  A Southwest Oncology Group study.  *Am J Clin Oncol* 11:146-148, 1988.

63.    Cameron A, Schwartz MJ, Kronmal RA, Kosinski A:  The prevalence and significance of atrial fibrillation in chronic coronary artery disease (CASS registry).  *Am J Cardiol* 61(10):714-717, 1988.

64.    Kronmal RA, Alderman E, Krieger JN, Killip T, Kennedy JW, Athearn MW:  Vasectomy and urolithiasis.  *Lancet* 1:22-23, 1988.

65.    Hermanson B, Omenn GS, Kronmal RA, Gersh BJ, Participants in the Coronary Artery Surgery Study:  Beneficial six-year outcome of smoking cessation in older men and women with coronary artery disease:  Results from the Coronary Artery Surgery study registry.  *N Engl J Med* 319:1365, 1988.

66.    Eaker E, Kronmal RA, Davis KB, Kennedy JW:  Comparison of the long-term, post-surgical survival of women and men in the Coronary Artery Surgery Study (CASS).  *Am Heart J* 117:71-81, 1989.

67.    Click R, Holmes Dr, Vliestra RE, Kosinski A, Kronmal RA:  Anomalous coronary arteries:  Location, degree of atherosclerosis, and effect on survival:  A report from the Coronary Artery Surgery Study.  *J Am Coll Cardiol* 13:531-537, 1989.

68.    Sherry B, Smith AL, Kronmal RA:  Anemia associated with Haemophilus influenze meningitis:  Lack of effect of chloramphenicol.  *Dev Pharmacol Ther* 12:188-190, 1989.