69. Sherry B, Weber A, Williams-Warren J, Char L, Smith AL, Kronmal RA: The impact of Haemophilus influenzae meningitis on nutritional status. *Am J Clin Nutr* 50:425-434, 1989.

70. Sherry B, Emanuel I, Kronmal RA, Smith AL, Char L, Gale J, Walkley E: Interannual variation of the incidence of Haemophilus influenzae type b meningitis. *JAMA* 261(13):1924-1929, 1989.

71. Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit EA, Eyre HJ, Baker LH: Randomized phase III trial of chemoimmunotherapy in patients with previously untreated stages III and IV suboptimal disease ovarian cancer: A Southwest Oncology Group study. *Gynecol Oncol* 32:8-15, 1989.

72. Alberts DS, Mason-Liddil N, O'Toole RV, Abbott TM, Kronmal R, Hilgers RD, Surwit EA, Eyre HJ, Baker LH: Randomized phase III trial of chemoimmunotherapy in patients with previously untreated stage III, optimal disease ovarian cancer: A Southwest Oncology Group Study. *Gynecol Oncol* 32:16-21, 1989.

73. SPAF Investigators: Warfarin compared to aspirin for prevention of arterial thromboembolism in atrial fibrillation: Design and patient characteristics of the SPAF II Study. *Lancet* 1(8639):670, 1989.

74. Kronmal RA, Kosinski AS, Mock MB: The relationship between cholesterol level and myocardial infarction or mortality risk in patients with coronary artery disease. A report from the Coronary Artery Surgery Study (CASS) registry. *J Thorac Cardiol Surg* 97(4):487-95, 1989.

75. Psaty B, Siscovick D, Wahl P, Kronmal R: Cardiovascular events in the elderly. *Wash Public Health*, Winter 1990.

76. SPAF Investigators: Special Report, Preliminary report of the stroke prevention in atrial fibrillation study. *N Engl J Med* 322:863-868, (March 22) 1990.

77. SPAF Investigators: Design of a multicenter randomized trial for the stroke prevention in atrial fibrillation study. *Stroke* 21(4):538-545, 1990.

78. Hermanson B, Vlietstra RE, Kronmal RA, Bersh BJ, Omenn GS, Participants in the Coronary Artery Surgery Study: Quitting smoking: Effect on survival of patients with proven coronary artery disease. *Cardiol Board Rev* 7(4):111-121, 1990.

79. Psaty BM, Koepsell TD, Manolio TA, Longstreth WT Jr, Wagner EH, Wahl PW, Kronmal RA: Risk ratios and risk differences in estimating the effect of risk factors for cardiovascular disease in the elderly. *J Clin Epidemiol* 43(9):961-970, 1990.

80. Chaitman BR, Ryan TJ, Kronmal RA, Foster ED, Frommer PL, Killip T, CASS Investigators: Coronary Artery Surgery Study (CASS): Comparability of 10 year

survival in randomized and randomizable patients. *J Am Coll Cardiol* 16(5):1071-1078, 1990.

81. Omenn GS, Anderson KW, Kronmal RA, Vlietstra RE: The temporal pattern of reduction of mortality risk after smoking cessation. A CASS registry report. *Am J Prev Med* 6(5):251-57, 1990.

82. Kronmal RA, Whitney CW, Mumford SD: The intrauterine device and pelvic inflammatory disease: The women's health study reanalyzed. *J Clin Epidemiol* 44(2):109-122, 1991.

83. Thom DH, Wang S-P, Grayston JT, Siscovick DS, Stewart DK, Kronmal RA, Weiss NS: Chlamydia pneumoniae strain TWAR antibody and angiographically demonstrated coronary artery disease. *Arterioscler Thromb* 11(3):547-551, 1991.

84. SPAF Investigators: The stroke prevention in atrial fibrillation study: Final results. *Circulation* 84:527-539, 1991.

85. Langholz B, Kronmal R: Tests of distributional hypotheses with nuisance parameters using Fourier series methods. *JASA* 10(3):473-85, 1991.

86. Von Hoff DD, Alberts DS, Kronmal R, Salmon SE, Turner J, Green JB, Bonorris JS, Moorhead EL, Hynes HE, Pugh RE, Belt RJ: A Southwest Oncology Group Study of the use of a human tumor cloning assay for predicting response in patients with ovarian cancer. *Cancer* 67(1):20-27, 1991.

87. McBurnie MA, Kronmal RA, Schuett VE, Koch R, Azeng CG: Physical growth of children with phenylketonuria. *Ann Human Biol* 18(4):357-68, 1991.

88. Fried LP, Borhani NO, Enright P, Furberg CD, Gardin JM, Kronmal RA, Kuller LH, Manolio TA, Mittelmark MB, Newman A, O'Leary DH, Psaty B, Rautaharju P, Tracy RP, Weiler PG: The Cardiovascular Health Study: Design and rationale (for CHS Collaborative Research Group). *Ann Epidemiol* 1(3):263-76, 1991.

89. SPAF Investigators: Predictors of thromboembolism in atrial fibrillation. I. Clinical features of patients at risk. *Ann Int Med* 116:1-5, 1992.

90. SPAF Investigators: Predictors of thromboembolism in atrial fibrillation. II. Echocardiographic features of patients at risk. *Ann Int Med* 116:6-12, 1992.

91. Cain KC, Kronmal RA, Kosinski AS: Analyzing the relationship between change in a risk factor and risk of disease. *Stat Med* 11:783-797, 1992.

92. Flaker GC, Blackshear J, McBride R, Kronmal RA, Halperin JL, Hart RG: Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation. *J Am Coll Cardiol* 20:527-532, 1992.

93. Frye RL, Kronmal RA, Schaff HV, Myers WO, Gersh BJ, Participants in the Coronary Artery Surgery Study (CASS). Stroke in coronary artery bypass graft surgery: Analysis of the CASS experience. *Int J Cardiol* 36:213-221, 1992.

94. Kadel NJ, Teitz CC, Kronmal RA: Stress fractures in ballet dancers. *Am J Sports Med* 20(4):445-449, 1992.

95. Oleary DH, Polak JF, Kronmal RA, Kittner SJ, Bond MG, Wolfson SK, Bommer W, Price TR, Gardin JM, Savage PJ: Distribution and correlates of sonographically detected carotid artery disease in the cardiovascular health study. *Stroke* 23 (12):1752-1760, 1992.

96. SPAF Investigators: Warfarin compared to aspirin for prevention of arterial thromboembolism in atrial fibrillation: Design and patient characteristics of the SPAF II study. *Cerebrovasc Dis* 2:332-341, 1992.

97. Kronmal RA, Kosinski AS, Mock MB: The relationship between cholesterol level and myocardial infarction or mortality risk in patients with coronary artery disease. A report from the Coronary Artery Surgery Study (CASS) registry. *Ann Epidemiol* 2:129-136, 1992.

98. Kronmal RA, Cain, Ye, Omenn: Total serum cholesterol level and mortality: Risk as a function of age. A report based on the Framingham data. *Arch Intern Med* 153:1065-1073, 1993.

99. Enright PL, Kronmal RA, Higgins M, Schenker M, Haponik EF: Spirometry reference values for men and women ages 65-85: Cardiovascular health study. *Am Rev Respir Dis* 147:125-133, 1993.

100. Kronmal RA, Rutan GH, Manolio TA, Borhani NO: Properties of the random zero sphygmomanometer. *Hypertension* 21(5):632-637, 1993.

Richard A. Kronmal 13 Bibliography

101. Higgins MW, Enright PL, Kronmal RA, Schenker MB, Anton-Culver H, Lyles M: Smoking and lung function in eldery men and women: The Cardiovascular Health study. *JAMA* 269(21):2741-2748; 1993.

102. Krohn MA, Hillier SL, Bell TA, Kronmal RA, Grayston JT, the Eye Prophlaxis Study Group: The bacterial etiology of conjunctivitis in early infancy. *Am J Epidemiol* 138(5):326-332, 1993.

103. Kronmal RA: Spurious correlation and the fallacy of the ratio standard revisited. *J Roy Stat Soc (A)* 156(Part III):379-392, 1993.

104. Polak JF, O'Leary DH, Kronmal RA, Wolfson SK, Bond MG, Tracy RP, Gardin JM, Kittner SJ, Price TR, Savage PJ: Sonographic evaluation of carotid artery atherosclerosis in the elderly: Relationship of disease severity to stroke and transient ischemic attack. *Cardiovasc Radiol* 188:363-370, 1993.

105. SPAF Investigators: A differential effect of aspirin on prevention of stroke in atrial fibrillation. *J Stroke Cerebrovasc Dis* 3:181-188, 1993.

106. Bell TA, Grayston JT, Krohn MA, Kronmal RA, The Eye Prophylaxis Study Group: Randomized trial of silver nitrate, erythromycin, and no eye prophylaxis for the prevention of conjunctivitis among newborns not at risk for gonococcal ophthalmitis. *Pediatrics* 92(6):755-760, 1993.

107. Sherry B, Smith A, Kronmal RA: A case-control assessment of risk factors for Haemophilus influenzae type b meningitis. *Eur J Public Health* 3(4):290-91, 1993.

108. Flaker GC, Blackshear JL, Kronmal RA, McBride R, Halperin JL, Hart RG (for the Stroke Prevention in Atrial Fibrillation Investigators): Antiarrhythmic drug therapy and cardiac mortality in atrial fibrillation. *Cardiol Board Rev* 10:28-37, 1993.

109. Cohen M, Adams PC, Parry G, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Chesebro JH, Strain J, Keller C, Kelly A, Lancaster G, Ali J, Kronmal R, Fuster V, The Antithrombotic Therapy in Acute Coronary Syndromes Research Group: Combination antithrombotic therapy in unstable rest angina and on-q-wave infarction in nonprior aspirin users: Primary end points analysis from the ATACS trial. *Circulation* 89(1):81-88, 1994.

110. Kronmal RA, *et al.*: Niveles sericos de colesterol total y riesgo de mortalidad como funcion de la edad. *Lipid Digest* 3:7-8, 1994 (also in *Arch Intern Med* 153:1065-1073, 1993).

111. Enright PL, Kronmal RA, Manolio TA, Schenker MB, Hyatt RE: Respiratory muscle strength in the elderly: Correlates and reference values. *Am J Respir Crit Care Med* 149:430-438, 1994.

112. The SPAF Investigators: Warfarin versus aspirin for prevention of thromboembolism in atrial fibrillation: Stroke Prevention in Atrial Fibrillation (SPAF) II Study. *Lancet* 343:687-693, 1994.

113. Hoffman RM, Psaty B, Kronmal RA: Modifiable risk factors for incident heart failure in the coronary artery surgery study. *Arch Intern Med* 154:417-423, 1994.

114. Laupacis A, Boysen G, Kronmal R, et al: Risk factors for stroke and efficacy of anti-thrombotic therapy in atrial fibrillation: Analysis of pooled data from five randomized controlled trials. *Arch Intern Med* 154(13):1449-1457, 1994.

115. Tell G, Rutan G, Kronmal RA: Correlates of blood pressure in community-dwelling older adults: The Cardiovascular Health Study. *Hypertension* 23:59-67, 1994.

116. Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association: Guidelines for the management of transient ischemic attacks. *Circulation* 89(6):2950-2965, 1994.

117. Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association: Review: Guidelines for the management of transient ischemic attacks. *Stroke* 25:1320-1335, 1994.

118. Cohen M, Parry G, Adams PC, Xiong J, Chamberlain D, Wieczorek I, Fox KAA, Kronmal RA, Fuster V: Prospective evaluation of a prostacyclin-sparing aspirin formulation and heparin/warfarin in aspirin users with unstable angina or non-Q wave myocardial infarction at rest. *European Heart Journal* 15(9):1196-1203, 1994.

119. Enright PL, Kronmal RA, Higgins MW, Schenker MB and Haponik EF: Prevalence and correlates of respiratory symptoms and disease in the elderly. *Chest* 106(3):827-834, 1994.

120. Barzilay J, Kronmal R, Bittner V, Eaker E, Evans C, Foster ED: Coronary artery disease and coronary artery bypass grafting in diabetic patients aged $\geq$65 years. *Am J Card* 74(4):334-339, 1994.

121. Manolio TA, Kronmal RA, Burke GL, Poirier V, O'Leary DH, Gardin JM, Fried LP, Steinberg EP, Bryan RN (for the CHS Collaborative Research Group): Magnetic resonance abnormalities and cardiovascular disease in older adults: The Cardiovascular Health Study. *Stroke* 25(2):318-327, 1994.

122. Schulz R, Mittelmark M, Kronmal R, Polak JF, Hirsch CH, Germain P, Bookwala J: Predictors of Perceived Health Status in Elderly Men and Women. *Journal of Aging and Health*, 6(4):419-447, 1994.

123. Bryan RN, Manolio TA Schertz LD, Jungreis C, Poirier VC, Elster AD, Kronmal RA: A method for using MR to evaluate the effects of cardiovascular disease on the brain: the Cardiovascular Health Study. *Am J Neuroradiol* 15(9):1625-1633, 1994.

124. Omenn GS, Cain KC, Ye Z, Kronmal RA: Lowering total cholesterol level in the older adult raises serious questions. *Cardiol Board Rev* 11:37-41, 1994.

125. Enright PL, Kronmal RA, Smith VE, Gardin JM, Schenker MB, Manolio TA: Reduced vital capacity in elderly persons with hypertension, coronary heart disease, or left ventricular hypertrophy. The Cardiovascular Health Study. *Chest* 107(1):6-7, 1995.

126. Feinberg WM, Blackshear JL, Laupacis A, Kronmal R, Hart RG: Prevalence, age distribution, and gender of patients with atrial fibrillation. Analysis and implications. *Arch Intern Med* 155(5):469-473, 1995.

127. O'Leary DH, Polak JF, Kronmal RA, Savage PJ, Borhani NO, Kittner SJ, Tracy R, Gardin JM, Price TR, Furberg CD for the Cardiovascular Health Study Collaborative Research Group: Thickening of the carotid wall. A marker for atherosclerosis in the elderly? *Stroke* 27(2):224-231, 1996.

128. Kronmal RA, Smith VE, O'Leary DH, Polak JF, Gardin JM, Manolio TA: Carotid artery measures are strongly associated with left ventricular mass in older adults (a report from the Cardiovascular Health Study). *Am J Cardiol* 77(8): 628-33 1996.

129. Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A: Classification Accuracy of Electrocardiographic Criteria for Left Ventricular Hypertrophy in Older Adults: The Cardiovascular Health Study. *Annals of Noninvasive Electrocardiology* 1(2 pt. 1):121-132, 1996.

130. O'Leary D, Kronmal R, *et al*: Prevalence and determinants of carotid atherosclerosis in the elderly: The Cardiovascular Health Study. *Perfusion*.

131. Rautaharju PM, Manolio TA, Siscovick D, Zhou SH, Gardin JM, Kronmal R, Furberg CD, Borhani NO, Newman A: Utility of new electrocardiographic models for left ventricular mass in older adults. *Hypertension* 28:8-15, 1996.

132. Krieger JN, Kronmal RA, Coxon V, Wortley P, Thompson L, Sherrard DJ: Dietary and behavioral risk factors for urolithiasis: potential implications for prevention. *Am J Kidney Dis* 28(2):195-201, 1996.

133. Manolio TA, Kronmal RA, Burke GL, O'Leary DH, Price TR: Short-term predictors of incident stroke in older adults. The Cardiovascular Health Study. *Stroke* 27(9):1479-1486, 1996.

134. Polak JF, Kronmal RA, Tell GS, O'Leary DH, Savage PJ, Gardin JM, Rutan GH, Borhani NO: Compensatory increase in common carotid artery diameter. Relation to blood pressure and artery intima-media thickness in older adults. Cardiovascular Health Study. *Stroke* 27(11):2012-2015, 1996.

135. Bardy GH, Marchlinski FE, Sharma AD, Worley SJ, Luceri RM, Yee R, Halperin BD, Fellows CL, Ahern TS, Chilson DA, Packer DL, Wilber DJ, Mattioni TA, Reddy R, Kronmal RA, Lazzara R: Multicenter comparison of truncated biphasic shocks and standard damped sine wave monophasic shocks for transthoracic ventricular defibrillation. Transthoracic Investigators. *Circulation* 94(10):2507-2514, 1996.

136. Jonas HA, Kronmal RA, Psaty BM, Manolio TA, Meilahn EN, Tell GS, Tracy RP, Robbins JA, Anton-Culver H: Current estrogen-progestin and estrogen replacement therapy in elderly women: association with carotid atherosclerosis. CHS Collaborative Research Group. Cardiovascular Health Study. *Ann Epidemiol* 6(4):314-323, 1996.

137. Kronmal RA, Krieger JN, Coxon V, Wortley P, Thompson L, Sherrard DJ: Vasectomy is associated with an increased risk for urolithiasis. *Am J Kidney Dis* 29(2):207-213, 1997.

138. Price TR, Manolio TA, Kronmal RA, Kittner SJ, Yue NC, Robbins J, AntonCulver H, OLeary DH: Silent brain infarction on magnetic resonance imaging and neurological abnormalities in community-dwelling older adults: The Cardiovascular Health Study. *Stroke* 28(6):1158-1164, 1997.

139. Howard G, Chambless LE, Kronmal RA: Assessing differences in clinical trials comparing surgical vs. nonsurgical therapy: using common (statistical) sense. *JAMA* 278(17):1432-1436, 1997.

140. Psaty BM, Manolio TA, Kuller LH, Kronmal RA, Cushman M, Fried LP, White R, Furberg CD, Rautaharju PM: Incidence of and risk for atrial fibrillation in older adults. *Circulation* 96(7): 2455-2461, 1997.

141. Barzilay JI, Kronmal RA, Bittner V, Eaker E: Coronary artery disease in diabetic patients with lower extremity arterial disease: characteristics and survival. *Diabetes Care* 20(9): 1381-1387, 1997.

142. Chambless LE, Hosking JD, Kronmal RA, et al.: Clearing up misunderstandings about clinical trial methodology: a reply to Barnett et al.'s commentary on the ACAS Trial. *Neurology* 48(6): 1743-1745, 1997.

143. Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL: Use of calcium channel blockers and breast cancer in post-menopausal women. *Cancer* 80(8): 1438-1447, 1997.

144. Volinsky CT, Madigan D, Raftery AE, Kronmal RA: Bayesian model averaging in proportional hazard models: Assessing the risk of a stroke. *Applied Statistics* 46(3): 1997.

145. Gardin JM, Arnold A, Gottdiener JS, Wong ND, Fried LP, Klopfenstein HS, O'Leary DH, Tracy R, Kronmal RA: Left ventricular mass in the elderly. The Cardiovascular Health Study. *Hypertension* 29(5): 1095-1103, 1997.

Case 2:05-md-01657-EEF-DEK   Document 6389-4   Filed 08/21/06   Page 8 of 19

Richard A. Kronmal                17                        Bibliography

146. Fried LP, Kronmal RA, Newman AB, et al.: Risk factors for five-year mortality in older adults: the Cardiovascular Health Study. *JAMA* 279(8): 585-592, 1998.

147. Poole JE, White RD, Kanz KG, Hengstenberg F, Jarrard GT, Robinson JC, Santana V, McKenas DK, Rich N, Rosas S, Merritt S, Magnotto L, Gallagher JV 3rd, Gliner BE, Jorgenson DB, Morgan CB, Dillon SM, Kronmal RA, Bardy GH. Low-energy impedance-compensating biphasic waveforms terminate ventricular fibrillation at high rates in victims of out-of-hospital cardiac arrest. LIFE Investigators. J Cardiovasc Electrophysiol 1997 Dec;8(12):1373-85.

148. Howard G, Chambless LE, Kronmal RA. Assessing differences in clinical trials comparing surgical vs nonsurgical therapy: using common (statistical) sense. JAMA 1997 Nov 5;278(17):1432-6

149. Kronmal RA, Hart RG, Manolio TA, Talbert Rl, Beauchamp NJ, Newman A: Aspirin Use and Incident Stroke in the Cardiovascular Health Study. *Stroke* 29: 1998.

150. Barzilay JI; Kronmal RA; Bittner V; Eaker E; Foster ED: Coronary artery disease in diabetic and nondiabetic patients with lower extremity arterial disease: A report from the Coronary Artery Surgery Study Registry. *Am Heart J* 135(6 Pt 1): 1055-62, 1998.

151. Gliner BE, Jorgenson DB, Poole JE, White RD, Kanz KG, Lyster TD, Leyde KW, Powers DJ,, Morgan CB, Kronmal RA, Bardy GH: Treatment of out-of-hospital cardiac arrest with a low-energy impedance-compensating biphasic waveform automatic external defibrillator. The LIFE Investigators. *Biome Instrum Technol* 32(6): 631-44, 1998.

152. Fang XH; Kronmal RA; Li SC; Longstreth WT Jr.; Cheng XM; Wang WZ; Wu S; Du XL; Siscovick D: Prevention of stroke in urban China: a community-based intervention trial. *Stroke* 30(3): 495-501, 1998.

153. Feinberg WM; Kronmal RA; Newman AB; Kraut MA; Bovill EG; Cooper L; Hart RG: Stroke risk in an elderly population with atrial fibrillation. *J Gen Intern Med* 14(1): 56-9, 1999.

154. O'Leary DH; Polak JF; Kronmal RA; Manolio TA; Burke GL; Wolfson SK Jr: Carotid-artery intima and media thickness as a risk factor for myocardial infarction and stroke in older adults. Cardiovascular Health Study Collaborative Research Group. *N Engl J Med* 340(1): 14-22, 1999.

155. Visser M; Langlois J; Guralnik JM; Cauley JA; Kronmal RA; Robbins J; Williamson JD; Harris TB: High body fatness, but not low fat-free mass, predicts disability in older men and women: the Cardiovascular Health Study. Am J Clin Nutr. 68(3): 584-90, 1999.

156. Lin DY, Psaty BM, Kronmal RA: Assessing the sensitivity of regression results to unmeasured confounders in observational studies. *Biometrics* 54(3): 948-63, 1999.

157. Yanez ND III, Kronmal RA, Shemanski LR: The effects of measurement error in response variables and tests of association of explanatory variables in change models. *Stat Med* 17(22): 2597-606, 1999.

158. Grayston JT, Jackson LA, Kennedy WJ, Kronmal RA. Secondary prevention trials for coronary artery disease with antibiotic treatment for Chlamydia pneumoniae: design issues. *Am Heart J* 138(5 Pt 2):S545-9, 1999.

159. Wappner R, Cho S, Kronmal RA, Schuett V, Seashore MR . Management of phenylketonuria for optimal outcome: a review of guidelines for phenylketonuria management and a report of surveys of parents, patients, and clinic directors. *Pediatrics* 104(6):e68, 1999.

160. Hart RG, Halperin JL, McBride R, Benavente O, Man-Son-Hing M, Kronmal RA. Aspirin for the primary prevention of stroke and other major vascular events: meta-analysis and hypotheses. *Arch Neurol* 57(3):326-32, 2000.

161. Rosen H, Muhlestein JB, Bartlett J, Chen S, Chikami G, Corson M, Shah PK, Gurfinkel E, Handsfield H, Jackson L, Knirsch C, Kronmal R, McCutchan JA, Shea S. Collaborative multidisciplinary workshop report: clinical antimicrobial trials for primary and secondary prevention of atherosclerotic cardiovascular disease. *J Infect Dis* 181 Suppl 3:S582-4, 2000.

162. Siscovick DS, Schwartz SM, Corey L, Grayston JT, Ashley R, Wang SP, Psaty BM, Tracy RP, Kuller LH, Kronmal RA. Chlamydia pneumoniae, herpes simplex virus type 1, and cytomegalovirus and incident myocardial infarction and coronary heart disease death in older adults : the cardiovascular health study. *Circulation:* 102(19):2335-40, 2000.

163. McClelland RL, Kronmal RA, Bryan RN, Manolio TA, Herskovits E, Kuller LH, O'Leary DH. Neurological Correlates of MRI Infarct Location in the Cardiovascular Health Study. *J Stroke and Cerebrovasc. Dis.* 9(5):218-228, 2000.

164. Fang, XH, Longstreth WT Jr, Kronmal RA, Li SC, Cheng XM, Wang WZ, Wu S, Du XL, Dai XY. Longitudinal Study of Blood Pressure and Stroke in over 37,000 People in China. *Cerebrovasc Dis:* 11(3):225-9, 2001.

165. de Simone G, McClelland R, Gottdiener JS, Celentano A, Kronmal RA, Gardin JM. Relation of hemodynamics and risk factors to ventricular-vascular interactions in the elderly: the Cardiovascular Health Study. *J Hypertens* 19(10):1893-903, 2001.

166. Rautaharju PM, Nelson JC, Kronmal RA, Zhang AM, Robbins J, Gottdiener J, Furberg C, Manolio T, Fried L. Usefulness of T-axis deviation as an independent risk indicator for incident cardiac events in older men and women free from coronary heart disease (the Cardiovascular Health Study). *Am J Cardiol.* 88(2):118-23, 2001.

167. Fitzpatrick AL, Daling JR, Furberg CD, Kronmal RA, Weissfeld JL. Hypertension, heart rate, use of antihypertensives, and incident prostate cancer. *Ann Epidemiol.* 11(8):534-42, 2001.

168. Yanez ND, Warnes G, Kronmal RA. A measurement error model for longitudinal change. Communications in Statistics. 30(2):279-287, 2001.

169. Yanez ND 3rd, Kronmal RA, Shemanski LR, Psaty BM. A regression model for longitudinal change in the presence of measurement error. *Ann Epidemiol.* 12(1):34-8, 2002.

170. Lumley T, Kronmal RA, Cushman M, Manolio TA, Goldstein S. A stroke prediction score in the elderly: validation and Web-based application. *J Clin Epidemiol.* 55(2):129-36, 2002.

171. Smith NL, Barzilay JI, Shaffer D, Savage PJ, Heckbert SR, Kuller LH, Kronmal RA, Resnick HE, Psaty BM. Fasting and 2-hour postchallenge serum glucose measures and risk of incident cardiovascular events in the elderly: the Cardiovascular Health Study. *Arch Intern Med.* 162(2):209-16, 2002.

172. McClelland RL, Kronmal RA. Regression-based variable clustering for data reduction. *Stat Med.* 21(6):921-41, 2002.

173. Yanez ND, Kronmal RA, Nelson JC, Alonzo TA. Analyzing change in clinical trials using quasi-likelihoods. *J. Applied Stat.* 29(8): 1135- 1145, 2002.

174. Lemaitre RN, Psaty BM, Heckbert SR, Kronmal RA, Newman AB Burke GL. Therapy with hydroxymethylglutaryl coenzyme a reductase inhibitors (statins) and associated risk of incident cardiovascular events in older adults: evidence from the Cardiovascular Health Study. *Arch Intern Med.* 162(12):1395-400, 2002.

175. Kuller L, Arnold A, Tracy R, Otvos J, Burke G, Psaty B, Siscovick D, Freedman DS, Kronmal R. Nuclear magnetic resonance spectroscopy of lipoproteins and risk of coronary heart disease in the cardiovascular health study. *Arterioscler Thromb Vasc Biol.* 22(7):1175-80, 2002.

176. Green D, Ropper A, Kronmal R, Psaty B, Burke G. Serum potassium level and dietary potassium intake as risk factors for stroke. *Neurology.* 59(3):314-20, 2002.

177. Wong TY, Hubbard LD, Klein R, Marino EK, Kronmal R, Sharrett AR, Siscovick DS, Burke G, Tielsch JM. Retinal microvascular abnormalities and blood pressure in older people: the Cardiovascular Health Study. *Br J Ophthalmol.* 86(9):1007-13, 2002.

178. Newman AB, Naydeck BL, Sutton-Tyrrell K, Edmundowicz D, O'Leary D, Kronmal RA, Burke G, Kuller LH. Relationship between coronary artery calcification and other measures of subclinical cardiovascular disease in older adults. *Arterioscler Thromb Vasc Biol.* 22(10):1674-9, 2002.

179. Bild DE, Bluemke DA, Burke GL, Detrano R, Diez Roux AV, Folsom AR, Greenland P, Jacob DR Jr, Kronmal R, Liu K, Nelson JC, O'Leary D, Saad MF, Shea S, Szklo M, Tracy RP. Multi-ethnic study of atherosclerosis: objectives and design. *Am J Epidemiol* 156(9):871-81, 2002

180. Hindorff LA, Heckbert SR, Tracy R, Tang Z, Psaty BM, Edwards KL, Siscovick DS, Kronmal RA, and Nazar-Stewart V. Angiotensin II Type 1 Receptor Polymorphisms in the Cardiovascular Health Study: Relation to Blood Pressure, Ethnicity, and Cardiovascular Events. *Am J Hypertens.* 15:1050–1056, 2002.

181. Goss, CH, Mayer-Hamblett, N, Kronmal, RA, and Ramsey, BW. The Cystic Fibrosis Therapeutics Development Network (CF TDN): A paradigm of a clinical trials network for genetic and orphan diseases. *Adv Drug Deliv Rev.* 54(11):1505-28, 2002.

182. Arnold A., Kronmal RA. Multiple imputation of baseline data in the Cardiovascular Health Study. *Am J of Epidemiol.* 157:74-84, 2003

183. Fried LF, Shlipak MG, Crump C, Bleyer AJ, Gottdiener JS, Kronmal RA, Kuller LH, Newman AB. Renal insufficiency as a predictor of cardiovascular outcomes and mortality in elderly individuals. *J Am Coll Cardiol.* 41(8):1364-72 2003.

184. Hart RG, Halperin JL, Pearce LA, Anderson DC, Kronmal RA, McBride R, Nasco E, Sherman DG, Talbert RL, Marler JR; Stroke Prevention in Atrial Fibrillation Investigators. Lessons from the Stroke Prevention in Atrial Fibrillation trials. *Ann Intern Med.* 138(10):831-8. Review 2003.

185. Smith NL, Psaty BM, Rutan GH, Lumley T, Yanez D, Chaves PH, Kronmal RA. The association between time since last meal and blood pressure in older adults: the cardiovascular health study. *J Am Geriatr Soc* 51(6):824-8 2003.

186. Heckbert SR, Hindorff LA, Edwards KL, Psaty BM, Lumley T, Siscovick DS, Tang Z, Kronmal RA, Tracy RP. Beta-2 adrenergic receptor polymorphisms and risk of incident cardiovascular events in the elderly. *Circulation* 107(15):2021-4. Epub 2003.

187. Mukamal KJ, Kronmal RA, Mittleman MA, O'Leary DH, Polak JF, Cushman M, Siscovick DS. Alcohol consumption and carotid atherosclerosis in older adults: the Cardiovascular Health Study. *Arterioscler Thromb Vasc Biol.* (12):2252-9 2003.

188. Aviles RJ, Martin DO, Apperson-Hansen C, Houghtaling PL, Rautaharju P, Kronmal RA, Tracy RP, Van Wagoner DR, Psaty BM, Lauer MS, Chung MK. Inflammation as a risk factor for atrial fibrillation. *Circulation.* 108(24):3006-10 2003.

189. Mukamal KJ, Kronmal RA, Tracy RP, Cushman M, Siscovick DS. Traditional and novel risk factors in older adults: cardiovascular risk assessment late in life. *Am J Geriatr. Cardiol.* 13(2):69-80 2004

190. Barzilay JI, Kronmal RA, Gottdiener JS, Smith NL, Burke GL, Tracy R, Savage PJ, Carlson M. The association of fasting glucose levels with congestive heart failure in diabetic adults > or =65 years: the Cardiovascular Health Study. *J Am Coll Cardiol.* 43(12):2236-41 2004.

191. Kronmal RA, Barzilay JI, Tracy RP, Savage PJ, Orchard TJ, Burke GL. The relationship of fasting serum radioimmune insulin levels to incident coronary heart disease in an insulin-treated diabetic cohort. *J Clin Endocrinol Metab.* 89(6):2852-8 2004.

192. Manolio TA, Cushman M, Gottdiener JS, Dobs A, Kuller LH, Kronmal RA; CHS Collaborative Research Group. Predictors of falling cholesterol levels in older adults: the Cardiovascular Health Study. *Ann Epidemiol.* 14(5):325-31 2004

193. Psaty BM, Anderson M, Kronmal RA, Tracy RP, Orchard T, Fried LP, Lumley T, Robbins J, Burke G, Newman AB, Furberg CD. The association between lipid levels and the risks of incident myocardial infarction, stroke, and total mortality: The Cardiovascular Health Study. *J Am Geriatr Soc.* 52(10):1639-47 2004.

194. Han C, Kronmal R. Box-Cox transformation of left-censored data with application of coronary artery calcication and pharmacokinetic data to the analysis. *Statist. Med.* 23:3671–3679 2004.

195. Arnold AM, Psaty BM, Kuller LH, Burke GL, Manolio TA, Fried LP, Robbins JA, Kronmal R. Incidence of cardiovascular disease in older Americans: the Cardiovascular Health Study. *Am Geriatr Soc.* 53(2):211-8 2005.

196. Han C, Kronmal RA. Box-Cox transformation of left-censored data with application to the analysis of coronary artery calcification and pharmacokinetic data. Stat Med. 23(23):3671-9 2005

**In Press**

1. Stein PK, Yanez D, Domitrovich PP, Gottdiener J, Chaves P, Kronmal R, Rautaharu P. Heart Rate Variability is Confounded By the Presence of Erratic Sinus Rhythm. Computers in Cardiology.

2. Mayer-Hamblett N, Kronmal RA, Yunker AM. Improving estimation of change in pulmonary function in cystic fibrosis clinical trials. Clinical Trials.

**In Preparation or Submitted**

1. Kronmal RA, *et al.*: Prediction of left ventricular mass from body size.

2. Siscovick D, Kronmal RA, et al.: The relationship of TWAR antibody with carotid artery wall thickness in the elderly.

3. DeMoor C, Kronmal R: Adaptive testing in clinical trials.

4. DeMoor C, Kronmal R: Adaptive estimation and confidence intervals.

5. Kronmal R, DeMoor C: Adaptive sample size determination in clinical trials.

6. O'Leary D, Kronmal RA, Polak J. Does the addition of carotid wall thickness to the Framingham risk score variables improve prediction of CHD events in the Elderly. A report from CHS.

7. Howard G, Burke GL, Chambless LE, Folson AR, Kronmal RA, Wagenknecht LE, Williams OD, and Morgan T. Could a decrease in correlation between cardiovascular risk factors underlie their apparent smaller estimated magnitude of impact on heart disease in the elderly?

8. Caps MT, Siscovick DS, Schwartz SM, Grayston JT, Wang SP, Wolfson SK, Koepsell TD, Kuller LH, Kronmal RA. Association of antibody to cytomegalovirus and herpes simplex virus (type 1) with abdominal aortic aneurysm: The Cardiovascular Health Study.

9. Han C, Kronmal R. Two-Part Models for Analysis of Agatston Scores with Possible Proportionality Constraints.

10. Han C, Kronmal R. Using Regression to Estimate the Relative Risk

Richard A. Kronmal					Teaching

**Other Published Scholarly Papers (proceedings, policy papers and reviews, book chapters)**

1. Kronmal RA, Tarter ME: Cumulative polygon address calculation sorting. In: <u>Proc Assoc Comput Mch Natl Conf</u>, 1965, pp. 376-85.

2. Yarnall SR, Kronmal RA: Computer aids to medical diagnosis: Problems and progress. In: <u>Proc Assoc Comput Mch National Conference</u>, 1966, pp. 269-74.

3. Tarter ME, Kronmal RA: Non-uniform key distribution and address calculation sorting. In: <u>Proc Assoc Comput Mch Natl Conf</u>, 1966, pp. 331-37.

4. Tarter ME, Holcomb RL, Kronmal RA: After the histogram what? A description of new computer methods for estimating the population density. In: <u>Proc Assoc Comput Mch Natl Conf</u>, 1966, pp. 511-19.

5. Yarnall SR, Kronmal RA: Mathematical assessment of clinical data for diagnosis and prognosis. In: <u>Biometric Society VI International Conference Handbook</u>, Sydney, Australia, 1967, pp. 4.82-4.93.

6. Kronmal RA, Yarnall SR: A conversational mode computer system for statistical analysis. In: <u>Biometric Society VI International Conference Handbook</u>, Sydney, Australia, 1967, pp. 6.66-6.79.

7. Tarter ME, Kronmal RA: Estimation of the cumulative by Fourier series methods and application to the insertion problem. In: <u>Proc Assoc Comput Mch Natl Conf</u>, 1968, pp. 491-97.

8. Foltz EL, Kronmal RA, Shurtleff DB: Hydrocephalus and hydrocephalus-myelo-meningocele: Thirteen year survival of 401 patients. Neurosur Rev, Cassette, 1972.

9. Kronmal RA: Organization of large, complex data files for analysis. In: <u>Proc Comp Sci & Stat, 6th Annual Symposium on the Interface</u>, University of California, Berkeley, CA, October 1972, pp. 161-63.

10. Kronmal RA, Tarter ME: The use of density estimates based on orthogonal expansions. In: <u>Exploring Data Analysis, the Computer Revolution in Statistics</u>, 6th Annual Symposium on the Interface (WJ Dixon and WL Nicholson, eds.). University of California Press, 1973, pp. 365-400.

11. Mata LJ, Urrutia JJ, Garcia B, Kronmal RA, Trent F, Cruz JR: Determinantes ambientales de la salud, la enfermedad y el crecimiento de la poblacion. <u>Boletin de la Oficine Sanitaria Panamericana</u>, November 1974.

12. Mata LJ, Kronmal RA, Urrutia JJ, Garcia B: Antenatal events and postnatal growth and survival of children: Prospective observation in a rural Guatemalan village. In: <u>Western Hemisphere Nutrition Congress IV, Condensed</u> (PL White and N Selvey, eds.). Miami: RD Publishing Sciences Group Inc., 1975.

13.  Fisher LD, Kronmal RA, Diehr P: Mathematical aids to medical decision-making. **In:** <u>Operations Research in Health Care: A Critical Analysis</u> (LJ Shuman, RD Speas and JP Young, eds.). Baltimore: Johns Hopkins University Press, 1976, pp. 365-402.

14.  Mata LJ, Kronmal RA, Garcia B, Butler W, Urrutia JJ, Murillo S: <u>Breast-feeding, weaning and the diarrhoeal syndrome in a Guatemalan Indian village</u>. London: Ciba Foundation Symposium, 1976, pp. 311.

15.  Mata L, Kronmal RA: Processing and analysis of data (Chapter 7); Feeding practices (Chapter 15); Multivariate analysis of physical growth (Chapter 19). **In:** <u>The Children of Santa Maria Cauque: A Prospective Field Study of Health and Growth</u>. Cambridge: MIT Press, 1978.

16.  Kronmal RA, Peterson AV Jr, Lundberg ED: The alias-rejection-mixture method for generating random variables from continuous distributions. **In:** <u>Proceedings of the Joint Statistical Meetings of the American Statistical Association, Statistical Computing Section</u>, 1978, pp. 106-10.

17.  Kronmal RA, Peterson AV Jr: The alias and alias-rejection-mixture methods for generating random variables from probability distributions (a review). IEEE Winter Simulation Conference, San Diego, CA, 1979, pp. 269-80.

18.  Kronmal RA, Peterson AV Jr: Generating normal random variables using the uniform alias-rejection-mixture method. Proceedings of the ASA Computing Section, 1979 Annual Meeting, Washington DC, 1980.

19.  Mata L, Kronmal RA, Villegas H: Diarrheal disease: A leading world health problem. Nobel Symposium 43.

20.  Fisher LD, Lundberg ED, McBride R, Kronmal R, Mauritsen R, Ormond TH, Rawson TE, Gillespie MJ: The design of a database management system, C2, for research use in the Coronary Artery Surgery Study (CASS). **In:** <u>Proceedings of the Fifteenth Hawaii International Conference on System Sciences, Volume II, Medical Information Processing</u> (B Shriver, TM Walker and TH Sprague, eds.). North Hollywood: Western Periodicals Co., 1982, pp. 468-83.

21.  Lundberg ED, McBride R, Rawson TE, Mauritsen R, Ormond TH, Fisher LD, Kronmal RA, Gillespie MJ: C2: A database management system developed for the Coronary Artery Surgery Study (CASS) and other clinical studies. **In:** <u>Proceedings of the Fifteenth Hawaii International Conference on System Sciences, 1982, Volume II, Medical Information Processing</u> (B Shriver, TM Walker TM and TH Sprague, eds.). North Hollywood: Western Periodicals Co., 1982, pp. 468-83.

22.  Vlietstra RE, Kronmal RA, Seth AK, Frye RL: Correlation of risk factors for coronary artery disease with coronary angiography findings. **In:** <u>Ischemic Heart Disease: Second US-USSR Symposium</u>. NIH Publication No. 82-1965, 1982, pp. 1-14.

23. Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB: Distributed data entry in a large collaborative medical study (CASS): Seven years experience. In: Proceedings Computer Networks, Compcon 1982. Silver Spring: IEEE Computer Society Press, 1982, pp. 627-34.

24. Kronmal RA: Book review of R Y Rubinstein's Simulation and the Monte Carlo Method. *Am J Math Manage Sci*, 1982.

25. Gillespie MJ, Fisher LD, Davis KB, Kronmal RA, Lundberg ED, McBride R, Mock MB: Distributed data entry in the Coronary Artery Surgery Study (CASS). In: Workshop on the Role of Computers in Cancer Clinical Trials (BK Edwards, ed.). NIH Publication No. 83-2627, 1983, pp. 97-104.

26. Kronmal RA, Peterson AV: Marsaglia's table method. In: Encyclopedia of Statistical Sciences, Vol. 5 (S Kotz and NL Johnson, eds.). New York: Wiley & Sons, 1985, pp. 275-76.

27. Peterson AV, Kronmal RA: Mixture method. In: Encyclopedia of Statistical Sciences, Vol. 5 (S Kotz and NL Johnson, eds.). New York: Wiley & Sons, 1985, pp. 579-83.

28. Farthing MJG, Mata LJ, Urrutia JJ, Kronmal RA: Giardiasis: Impact on child growth. In: Diarrhoea and Malnutrition in Childhood (JA Walker-Smith and AS McNeish, eds.). London: Butterworths, 1986, pp. 68-78.

29. Kronmal RA, Rutan GH, Borhani NO, Manolio TA, Furberg CD: Potential problems with random zero sphygmomanometer. Letter to the editor. *Lancet* 335:360, 1990.

30. Psaty B, Siscovick D, Wahl P, Kronmal R: Cardiovascular events in the elderly. *Wash Public Health* 8(1):40-42, 1990.

31. Alberts DS, Mason-Liddil N, Surwit EA, O'Toole RV, Kronmal R, Slymen DJ, Salmon SE: State III, optimal disease ovarian cancer relatively resistant to adjuvant cisplatin chemotherapy *in-vitro* and *in-vivo*. In: Adjuvant Therapy of Cancer, Vol. V (SE Salmon, ed.). Orlando: Grune & Stratton, Inc.

32. Kronmal RA: Blood cholesterol and mortality risk in the elderly. In: Nutrition Personnes Agee Publie par le CERIN Paris, France: 219-230, 1997.

**Formal Teaching**

| Course | Title | Quarter |
|---|---|---|
| BIOST 511 | Medical Biometry I | Autumn 1978 |
| | | Autumn 1979 |
| | | Autumn 1987 |
| | | Autumn 1990 |
| | | Autumn 1992 |
| | | Autumn 1993 |
| BIOST 512 | Medical Biometry II | Winter 1993 |
| BIOST 513 | Medical Biometry III | Spring 1986 |
| | | Spring 1987 |
| BIOST 514 | Biostatistics | Autumn 1994 |
| | | Autumn 1995 |
| | | Autumn 1996 |
| BIOST 515 | Biostatistics II | Winter 1988 |
| | | Winter 1990 |
| | | Winter 1994 |
| | | Winter 1995 |
| | | Winter 1996 |
| | | Winter 1997 |
| BIOST 524 | Design of Medical Studies | Autumn 1980 |
| | | Winter 1983 |
| | | Winter 1985 |
| | | Autumn 1986 |
| | | Winter 1991 |
| BIOST 574 | Statistical Computing | Summer 1981 |
| | | Autumn 1983 |
| BIOST 578 | Special Topics in Advanced Biostatistics | Summer 1980 |
| BIOST 580 | Seminar | Spring 1983 |
| | | Winter 1984 |
| | | Autumn 1985 |

Richard A. Kronmal                                                    Teaching

## Independent Study, Master's Thesis, and Doctoral Dissertation Advisees

BIOST 600 - Independent Study
Whitney (1987), Voegele (1987), Hermanson (1987), Athearn (1987), McBurnie (1988), Pierce (1988), Anderson (1988), Cai (1989, 1990), Myles (1989), Wortley (1989), Lynch (1990, 1991, 1992), Moe (1990, 1991), Wang (1991), McBurnie (1991), Krone (1991), Yang (Spring 1993), Lymp (Summer 1993, Winter 1994), Jacobsen (1994), Hawkins (Autumn 1993, Winter-Spring 1994), Anderson (Autumn 1993, Winter-Spring1994), Arbogast (Autumn 1993), Lovejoy (Winter-Spring 1994)

BIOST 700 - Master's Thesis
Athearn (1987), Voegele (1987), McBurnie (1988), Hermanson (1987), Jacobson (Summer 1993, Winter-Spring 1994), Hawkins (Autumn 1993, Spring 1994)

BIOST 800 - Doctoral Dissertation
Stone (1986), Greer (1986, Statistics), Whitney (1989), de Moor (Summer-Autumn 1993, Winter-Spring 1994), McClelland (2001)

Richard A. Kronmal                                                                                   Teaching

**Academic Advisees**

**Past**

    Gary Anderson, PhD 1974; Marion Athearn, MS 1987; Jacqueline Benedetti, PhD 1974; Douglas Bolgiano, MS 1986; William Butler, PhD 1980; Loveday Conquest, PhD 1975; Kathryn Davis, PhD. 1974; Carl de Moor, PhD. 1994; Hollie Ellis, MS 1976; Lindy Friedlander, PhD 1980; Greer, PHD, 1986; Natalie Hawkins, MS, 1995; Bonnie Hermanson, MS; Daniel Kimura, PhD 1972; Bryan Langholz, PhD 1984; Mary Larsen, MS 1982; Jack Lemonik, MS 1973; McClelland 2001, Elizabeth Noonan, MS 1984; Jurg Ott, MS 1972; Brian Plikaytis, MS 1977; Estelle Russek, PhD 1979; Roslyn Stone, PhD 1986; Ronald Thomas, PhD 1983; Kajo Vesanan, MS 1979; Keith Voegele, MS 1987; Patricia Wahl, PhD 1971; Joan White, MS 1979; Coralyn Whitney, PhD, 1989.