# Exhibit B

05 - 09220 - Kronmal.txt

1443

SUPERIOR COURT OF NEW JERSEY
ATLANTIC COUNTY/CIVIL DIVISION
DOCKET NO. ATL-L-2272-03MT
----------------------------------x
FREDERICK HUMESTON, et al.,

    PLAINTIFFS,

  VS.            STENOGRAPHIC TRANSCRIPT
                 OF:
MERCK & CO.,INC.,
                 - TRIAL -
    DEFENDANT.
----------------------------------x
    PLACE:  ATLANTIC COUNTY CIVIL COURTHOUSE
           1201 BACHARACH BOULEVARD
           ATLANTIC CITY, NJ 08401

    DATE:   SEPTEMBER 22, 2005

B E F O R E :

    THE HONORABLE CAROL E. HIGBEE, P.J.CV.

TRANSCRIPT ORDERED BY:

    DIANE P. SULLIVAN, ESQUIRE
    DAVID R. BUCHANAN, ESQUIRE

A P P E A R A N C E S :

    DAVID BUCHANAN, ESQUIRE
    CHRISTOPHER SEEGER, ESQUIRE
    SEEGER, WEISS, LLC
      ATTORNEYS FOR THE PLAINTIFFS

    DIANE SULLIVAN, ESQUIRE
    DECHERT, LLP
    STEPHEN D. RABER, ESQUIRE
    WILLIAMS AND CONNOLLY, LLP
    CHRISTY D. JONES, ESQUIRE
    BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
      ATTORNEYS FOR THE DEFENDANT
        *    *    *    *    *

        CAROL A. FARRELL, CSR-CRR-RMR

Page 1

---

05 - 09220 - Kronmal.txt
OFFICIAL COURT REPORTER
1201 BACHARACH BOULEVARD
ATLANTIC CITY, NJ 08401

1444

I N D E X

|  | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| WITNESSES FOR THE PLAINTIFFS |  |  |  |  |
| RICHARD A. KRONMAL | 1447 | 1605 |  |  |

| EXHIBITS | Ident. | Evid. |
|---|---|---|
| None |  |  |

Page 2

---

05 - 09220 - Kronmal.txt

               Colloquy           1445

1        P R O C E E D I N G S
2        THE COURT: We are going to go to a different
3  witness.
4        You can bring the jury in.
5        Counsel, before they bring in the jury, I
6  just want to caution plaintiff's counsel, there were
7  several mentions of amounts of money that the drug was
8  going to make and the cost of -- I don't have -- as
9  I've indicated to you, I was going to let you bring
10  that before the jury as far as part of the issue of
11  failure to warn, and in order to decide why -- in order
12  to show that they had a reason not to warn, basically,
13  but I don't want to overemphasize dollars in a
14  nonpunitive phase.
15        MR. BUCHANAN: I understand.
16        THE COURT: So I don't want to have
17  repetition on it.
18        MR. BUCHANAN: Okay.

Page 3

---

05 - 09220 - Kronmal.txt
19        THE COURT: Numbers that have already been
20  brought up are there, they are in evidence; they don't
21  have to be repeated.
22        MR. BUCHANAN: All right. But, I mean, the
23  case does have numbers involved, and there are other
24  things and other numbers that relate to other things.
25  I have been very careful to focus on the bigger -- I

              Colloquy           1446

1  mean, I'm obviously not focusing on individual stock
2  sales or profits, I haven't talked about.
3        THE COURT: I just don't want numbers
4  repeated over and over.
5        MR. BUCHANAN: Oh, okay. All right. I
6  understand.
7        THE COURT: Then we are getting too much into
8  a punitive area as opposed to anything that's probative
9  on -- It's one thing to know there was a big number.
10  It's another thing to hear it over and over and over
11  again.
12        You can bring the jury in.
13        (The jury entered the courtroom at 9:38 a.m.)
14        THE COURT: You can be seated.
15        Counsel?

Page 4

05 - 09220 - Kronmal.txt

16    MR. SEEGER: Your Honor, we call Dr. Richard
17 Kronmal to the stand. He will be examined by
18 Mr. Buchanan.
19    THE COURT: Okay.
20 RICHARD A. KRONMAL, PLAINTIFF'S WITNESS, SWORN.
21    THE WITNESS: I do.
22    THE COURT CLERK: State your full name and
23 spell your last name for the record.
24    THE WITNESS: My name is Richard A. Kronmal.
25 That's spelled K-R-O-N-M-A-L.

                    Kronmal - Direct                    1447

1     THE COURT CLERK: You can be seated.
2              DIRECT EXAMINATION
3  BY MR. BUCHANAN:
4     Q    Excuse me, Doctor. Just make sure we get
5  that close. There we go.
6          Good morning, Dr. Kronmal.
7     A    Good morning.
8     Q    Let's just start off by getting to know you a
9  little bit.
10         Are you married, sir?
11    A    Yes, I am.
12    Q    Okay. Do you have children, too?

Page 5

05 - 09220 - Kronmal.txt

13    A    Yes, I have three.
14    Q    How about grandchildren?
15    A    Two.
16    Q    Are you from our Garden State?
17    A    No, I'm not. I'm from Washington, State of
18 Washington.
19    Q    Seattle, Washington?
20    A    Yes.
21    Q    Okay. What is your profession, sir?
22    A    I am a biostatistician.
23    Q    Okay. And apart from knowing you, I don't
24 know any other biostatisticians. I don't know if the
25 jurors do either. So let's direct your comments to

                    Kronmal - Direct                    1448

1  them and if you could explain a little bit what a
2  biostatistician is and what a biostatistician does.
3     A    Well, basically, I'm involved in the management,
4  design, and analyses of medical studies. I dedicate
5  myself to trying to evaluate the results of medical
6  research. And I help design the studies, and I help
7  carry them out, and then I help -- and do a lot of
8  analysis of the studies.
9          In addition, I also, of course, have been a

Page 6

05 - 09220 - Kronmal.txt

10 professor at the University of Washington for over 40
11 years, so through 35 of those years, I taught courses
12 in biostatistics to medical students, other students in
13 the health sciences, and to train other
14 biostatisticians.
15    Q    When you say medical studies, sir, are those
16 clinical trials?
17    A    Well, everything from clinical trials to what are
18 called observational studies, where rather than assign
19 a drug, for example, to the two treatment -- to the
20 patients in some way, you just observe what happens to
21 people over long periods of time, and from observing
22 them, try to understand, for example, what are the
23 roles that various risk factors play in causing people
24 to have heart disease, for example.
25    Q    Okay. Well, why do you need a

                    Kronmal - Direct                    1449

1  biostatistician to look at studies? What's your role
2  in that whole process?
3     A    Well, in human beings, we vary; that is, no two
4  people are alike. No two people's response to a risk
5  factor, for example, is the same. So you might have
6  two people, one with a very high cholesterol and

Page 7

05 - 09220 - Kronmal.txt

7  another with a very high cholesterol, yet they are not
8  all going to have the same outcome. 4pand because
9  there is tremendous variability in human beings, the
10 data that is generated from human studies are
11 tremendously variable.
12         And, therefore, to assess whether what you
13 observe is a real effect versus one that's due to
14 chance, you need to apply the tools of statistics and
15 probability. And those are the tools that I have been
16 trained in and trained many others over the years to
17 do.
18    Q    You indicated that you've trained many
19 others. Have you been a professor at Washington since
20 the '60s?
21    A    Since 1964.
22    Q    And you've taught biostatistics and clinical
23 studies there for that period of time?
24    A    For all but the last five years.
25    Q    Okay. Apart from your teaching

                    Kronmal - Direct                    1450

1  responsibilities at the University of Washington, do
2  you have any other responsibilities?
3     A    Yeah. Well, early on, I was chair of our graduate

Page 8

05 - 09220 - Kronmal.txt

4  program for 14 years. In that capacity, I basically
5  helped recruit the students to the graduate program,
6  made sure they got through as frequently as possible.
7           And then, in addition, I have, of course,
8  been involved in a large number of medical research
9  projects over that time period, over those 35 years, 40
10 years, really.
11      Q    Does the University of Washington have a good
12 biostatistics program, sir?
13      A    Yeah. Many studies would have rated us the number
14 one biostatistics program in the United States and
15 maybe in the world.
16      Q    Is that true to this day?
17      A    As far as I know, yes.
18      Q    Okay. Let's talk about some of your research
19 interests as distinct from your teaching interests. Do
20 you have any particular emphasis in your research, sir?
21      A    Well, beyond the statistical, you know, methods of
22 research, which I won't get into because they wouldn't
23 mean much to most of you, my primary emphasis in my
24 career has been in cardiovascular disease. For most of
25 the 40 years that I've been involved in medical

Kronmal - Direct                    1451
Page 9

---

05 - 09220 - Kronmal.txt

1  research, it's been in heart disease and stroke.
2           And in that capacity, I began with a large
3  clinical trial of looking at whether bypass surgery,
4  that is, surgery to bypass the vessels to the heart
5  that were diseased with another vessel, whether bypass
6  surgery was better than medical therapy.
7           At the time that trial was done, it was --
8  there was a rush to operate on tens of thousands of
9  people in the United States. And there was some
10 skepticism among some of the medical community,
11 particularly the cardiologists, that the surgery was
12 beneficial or not, over just doing medical therapy.
13          So I was in charge of the data center which
14 helped in the design and the study, management of it,
15 and finally, the analysis of the study, over a period
16 of about ten years.
17      Q    Now, you mentioned you were the head of a
18 data center. What role does that play in a clinical
19 trial such as the trial you just identified?
20      A    Well, we collected data on 25,000 people, of which
21 about 5,000 are randomized to either medical therapy or
22 bypass surgery.
23          And the amount of data we generated was
24 literally in the hundreds of thousands of numbers. And
25 someone has to keep track of it. Someone has to make

Page 10

---

05 - 09220 - Kronmal.txt

Kronmal - Direct                    1452

1  sure we get all the data on the patients that are in
2  the study, that it's complete, that it's accurate. So
3  we were heavily involved in the quality control of the
4  data that comes from the study. And then, in the end,
5  we need to analyze it to see what the results were.
6           And I was involved intrinsically in all of
7  those aspects for that period of 10 to 15 years.
8       Q   Doctor, over the last 40 years that you have
9  been a biostatistician, have you been involved in a
10 bunch of clinical trials?
11      A   Yes, I have.
12          After the coronary surgery study was done,
13 that's the first of the large clinical trials I was
14 involved in, I became involved in a study of prevention
15 of stroke in people who have a disorder called atrial
16 fibrillation. Atrial fibrillation. And that's where
17 the heart -- part of the heart doesn't beat properly.
18 It sort of starts fluttering.
19          And that condition, basically, while itself
20 is not directly life-threatening, it's very
21 uncomfortable. And typically, what happens when
22 somebody goes into atrial fibrillation, they put
23 electrodes on the body and shock them with electrical
Page 11

---

05 - 09220 - Kronmal.txt
24 shock out of the atrial fibrillation. It's a very
25 uncomfortable procedure, and they have to use

Kronmal - Direct                    1453

1  anesthetic to keep them unconscious while it's done.
2  And that puts them back into what is called sinus
3  rhythm, where the heart beats in its normal manner.
4           But what happens is that when they're in this
5  atrial fibrillation, when one part of the heart is
6  fluttering, the blood pools in that part of the heart,
7  and clots form. Those clots can then get into the
8  circulation and can end up in the brain, and cause a
9  stroke, because they block an artery in the brain.
10          The study was -- I was a co-investigator with
11 two other physicians, neurologists, and we proposed to
12 the National Institute of Health, which is part of the
13 federal government, to do a study comparing three
14 possible modalities, aspirin, a drug called warfarin
15 that thins the blood --
16          Aspirin stops platelets from adhering to each
17 other, which means that they don't form a clot very
18 easily. Warfarin thins the blood so it's basically
19 more -- much thinner, so that it doesn't clot. And
20 then a placebo, namely, a non -- inactive agent,
Page 12

05 - 09220 - Kronmal.txt

21  something that doesn't do anything. Sometimes they
22  refer to is as a sugar pill, but it often isn't sugar.
23  It's just something that looks the same as aspirin in
24  the case, but it wasn't aspirin.
25          And so we did randomized clinical trial of

Kronmal - Direct                1454

1   those three therapies. The trial ended up being
2   stopped before its completion because the study showed
3   conclusively that both aspirin and warfarin prevented
4   strokes. The net result of that is that probably in
5   the order of 10,000 people per year in the United
6   States alone were prevented from having a stroke they
7   would have otherwise had, and many more worldwide. So
8   it was a very important major trial in terms of its
9   outcome.
10          That was followed by a number of other
11  smaller trials looking at various aspects in which
12  people -- which kind of people was aspirin more
13  effective than warfarin. So we did trials comparing
14  aspirin to warfarin rather than aspirin and warfarin to
15  placebo, to see in what groups of people was aspirin
16  more effective and in what groups of people was
17  warfarin more effective.
Page 13

05 - 09220 - Kronmal.txt

18  Q   Doctor, this was a study you did at NIH?
19  A   That is correct.
20  Q   What is the NIH?
21  A   The National Institute of Health was formed right
22  around World War II, maybe the end of World War II, I'm
23  not sure of the exact date, and its purpose was to
24  sponsor medical research in the United States, to
25  basically jump-start our finding of cures and

Kronmal - Direct                1455

1   treatments for various diseases. And it was a very
2   unique endeavor, really, worldwide. It was the first
3   really concentrated effort by a government to try to
4   find new treatments for the people of the country. And
5   NIH basically funds research of various kinds.
6           And the way the process works is that either
7   the government, through its advisors, decides that
8   there is an important area that should be studied, and
9   then they'll put out what's called a request for
10  proposals, where you basically, as an investigator,
11  you'll bid to be the person to actually do the study
12  that they've asked you to do.
13          That was the case, for example, with the
14  coronary surgery study. They put out an RFP saying, We
Page 14

05 - 09220 - Kronmal.txt

15  need people to do this study.
16  Q   And you submitted a bid?
17  A   We submitted a bid that's competitive. You
18  compete against other groups of scientists who are also
19  bidding on it. And in the case of the coronary surgery
20  study, our group won the bid for the coordinating
21  center for that study.
22          For other kinds of studies, you actually
23  don't -- NIH doesn't ask for something. You decide
24  that there is research that needs to be done. You as
25  scientists, medical scientists. And then you submit a

Kronmal - Direct                1456

1   grant proposal, which is a proposal to do the research.
2           In the case of the stroke prevention/atrial
3   fibrillation study, myself and two other physicians put
4   in a proposal to study whether warfarin or aspirin was
5   better than placebo. We put that study in, it's
6   reviewed by an independent committee of the NIH which
7   is appointed to review proposals, and we were given a
8   high-end priority score that we were funded to do the
9   research.
10  Q   Is it competitive to get funds from the NIH,
11  sir?
Page 15

05 - 09220 - Kronmal.txt

12  A   Yes, it's very competitive. Probably in the
13  neighborhood of 20 percent of grant requests that go
14  into the NIH get funded. The other 80 percent do not.
15  Some are turned down on scientific merit that they are
16  not considered meritorious. Others simply because
17  there are inadequate funds to go around for all the
18  research that we would -- that everyone would like to
19  do, including the government. There is a limitation on
20  the amount of dollars available.
21  Q   Are you currently funded by the NIH for any
22  studies or research?
23  A   Yes, I am. My entire support right now -- for
24  many years, I was supported as a faculty member at the
25  University of Washington from State of Washington

Kronmal - Direct                1457

1   funds. I was a tenured faculty member, which means
2   that the State guarantees my salary every year to teach
3   classes, to do research, and so on.
4           However, over a period of time, over the last
5   30, 40 years, more and more, I got involved in running
6   very large medical research projects. They were funded
7   by the federal government. When I do that, the federal
8   government pays the costs of my salary through these
Page 16

05 - 09220 - Kronmal.txt

9  grants or contracts to the University of Washington.
10       Currently, my entire salary is paid by the --
11  from federal funds that the University of Washington
12  receives from the NIH.
13       And the specific studies that I'm involved
14  in, there are really quite a number of them, but I will
15  just talk about the main ones.  I run a large study of
16  cardiovascular disease in the elderly.  We ran the
17  coordinating center for that study that involved
18  clinical centers throughout the United States, four of
19  them.
20       And the study was meant to determine whether
21  we could determine from doing noninvasive procedures on
22  the people, who are healthy, basically -- they were
23  old, but they are healthy.  They were 65 to 99 years of
24  age.  5800 of them were recruited.  And we did a lot of
25  measurements on those people.

Kronmal - Direct                1458

1   Among the things we did, we did an
2  echocardiogram of the heart, which means that they send
3  sound waves through the body, which gives them an image
4  of how the heart is pumping.
5       We did MRI of the brain, which allowed us to

Page 17

05 - 09220 - Kronmal.txt

6  image the brain to see whether the vascular disease
7  that the people had might be affecting their brain in
8  some physiologic way.
9       We measured through ultrasound the flow of
10  blood through their carotid arteries in the neck to see
11  if they had any narrowing of the vessels of the neck.
12       And so we did a number of measures of what
13  are called subclinical cardiovascular disease,
14  subclinical in that they weren't symptomatic.  They
15  didn't have chest pain, they didn't have -- they had
16  not had a stroke or an MI.  They were asymptomatic.
17       And then we followed them, watching them for
18  when they got events, and tried to figure out whether
19  these measures that we made noninvasively, what they
20  told us about the risk of having subsequently an MI or
21  a stroke or other -- or even Alzheimer's disease, for
22  example.
23  Q    Doctor, you've mentioned that you ran the
24  coordinating center for particular trials over time.
25  Does that mean you, personally, Dr. Richard Kronmal,

Kronmal - Direct                1459

1  ran the coordinating center?  How does that work?
2  A    Well, I'm the principal investigator on those

Page 18

05 - 09220 - Kronmal.txt

3  projects.  And I get -- I'm the one whose name is on
4  the list, you know, who is the head of the projects,
5  but on the other hand, I have a large staff working for
6  me.
7       I have a center which is called The
8  Collaborative Health Studies Coordinating Centers that
9  has a staff of about 45 people now.  And that staff,
10  which involves Ph.D.s in epidemiology and
11  biostatistics, it involves physicians who are
12  cardiologists and internists, and data processing staff
13  and clerical staff, you know, it's a large number of
14  people to run these studies because they are large.
15  There is lots of data coming in.  And so, basically, I
16  have 45 people working for me, supported by those
17  grants and contracts.
18       By the way, the cardiovascular health study
19  was just one of the studies that I'm doing now.  I also
20  have a study called MESA, which stands for Multi-Ethnic
21  Study of Atherosclerosis.  That study just started.
22  The cardiovascular health study has been going on for
23  17 years.  We have been following this elderly
24  population for that long.
25       The MESA study started about five years ago,

Page 19

05 - 09220 - Kronmal.txt
Kronmal - Direct                1460

1  six years ago now, and it's a study of 6800 people from
2  45 to 85 in four ethnic groups:  African-American,
3  Chinese-American, Hispanic-American and Caucasians.
4  And the aim of that study is very similar to the CHS
5  study, the cardiovascular health study I described to
6  you earlier with the elderly, except it involves a much
7  broader age range, and all of the new technology that's
8  out there for studying people without doing any
9  invasive procedures on them.
10       So now, we are doing an MRI of the heart.
11  Instead of studying them with an echocardiography with
12  the sound, we now get these exquisite images of the
13  heart that show the vasculature, how the heart is
14  pumping, almost amazing technology that you can
15  actually see the heart, you know, in its complete
16  detail, really.
17       We also do what is called CT scans of the
18  heart, which can image the vessels and can determine
19  how much calcium is in the vessels of the heart.  The
20  reason that's important is that when you get a disease,
21  when you get what's called atherosclerosis of the
22  heart, when you get a plaque in the heart that may lead
23  to a heart attack, that plaque starts becoming
24  calcified as the body tries to heal it, essentially.
25  So it becomes almost like bone.

Page 20

05 - 09220 - Kronmal.txt

Kronmal - Direct                1461

1   And the amount of calcium in the heart is
2   very much associated with the amount of disease you
3   have in your vessels, surrounding the heart, that feed
4   the heart its blood. So by trying to study that, we
5   can try to see whether -- you could just do a quick
6   scan of a person that might take only two to three
7   minutes, and from that, see how much calcium they had
8   and, therefore, determine what their risk was of having
9   a heart attack in the future.
10      And if you then found they were at very high
11  risk, you could take actions that potentially would
12  save their lives. That is, you could, for example, put
13  them on various drugs that are known to help prevent
14  heart attacks. That would be aspirin and lipid-
15  lowering drugs, drugs that lower cholesterol.
16      In addition, if they had serious, lots of
17  calcium present, you could do invasive procedures. You
18  could thread a catheter, it's a tube, basically, from
19  their leg up into their heart, up into the vessels of
20  their heart, image where they have nearly blocked
21  vessels, and then what they do is they stick what's
22  called a stent, which is like a spring, into the place
                    Page 21

05 - 09220 - Kronmal.txt
23  where the vessel is nearly occluded.
24      First, they squish it, essentially. It's
25  soft, a lot of it. And they will sort of squish it so

Kronmal - Direct                1462

1   that the soft plaque will get squished down. And then
2   they stick a metal stent in, which is a spring which
3   opens up and holds the vessel open.
4       So what might have been a vessel that would
5   have had a -- you know, an occlusion and would have
6   closed up, now is open. And the person, you know,
7   effectively, for a long time, until that stent fails,
8   in some way, will have a much lower risk of having a
9   heart attack.
10      Or you can do bypass surgery. In more severe
11  cases where you can't put a stent in, you can't get in
12  there, for example, it's too torturous, the vessel, you
13  can actually take a vessel from somewhere else in the
14  body, and you actually do like a plumbing repair. You
15  sort of take the vessel and you sew it in on one side
16  of the place where it's narrowed, around it to where
17  it's open again, and now you get blood flow that goes
18  around the place where the vessel was effectively
19  potentially blocked.
                    Page 22

05 - 09220 - Kronmal.txt
20  Q   Sir, now, was this a clinical trial you are
21  talking about or is that an epidemiological study?
22  A   It was called an epidemiological study. It was an
23  observational study in the sense that we don't
24  intervene. All we do is watch. We collect data on the
25  people, and then we watch to see what happens. There

Kronmal - Direct                1463

1   is no intervention on our part.
2       That's not quite complete in the sense that
3   if we were to find something wrong with the person,
4   then we would tell them and their doctor that we found
5   something wrong and that something should be done. We
6   don't let people go out from our clinics around the
7   country with serious disease without warning them.
8       So for example, suppose we find that they are
9   hypertensive, that they had high blood pressure, we
10  would tell their doctor. If we found out that their
11  cholesterol levels were extraordinarily high, we would
12  tell them and their doctor so that their doctor could
13  take the appropriate action on those people.
14      And sometimes we find really serious things.
15  For example, when we are doing this imaging with the CT
16  scan, we may see a lump on the lung. It's not our
                    Page 23

05 - 09220 - Kronmal.txt
17  purpose to study the lung. We may see one by chance.
18  We would immediately let their doctor know that they
19  had a lump on their lung that might be, say, lung
20  cancer, and so some action could be taken.
21  Q   Sir, I just want to draw a distinction. We
22  have been here for several days now and we have talked
23  about clinical trials and epidemiological trials or
24  observational trials. Can we use those terms
25  interchangeably for purposes of our discussion today

Kronmal - Direct                1464

1   or --
2   A   Well, they are not interchangeable in that a
3   clinical trial is the strongest form of evidence for
4   causality. When we do studies, we are trying to
5   understand what the causal underpinnings are of
6   whatever it is we're studying.
7       In the hierarchy of studies, the clinical
8   trial is by far the strongest evidence that we can put
9   together from the -- the results from a clinical trial
10  is the strongest kinds of evidence we can put together
11  about causal effects.
12      The reason for that is that in an
13  observational study, when we're comparing two people
                    Page 24

05 - 09220 - Kronmal.txt

14  who have similar characteristics, we can't measure
15  everything on them.
16  Q    Doctor, if you could just characterize
17  briefly what an observational trial is.  In an
18  observational trial, are the people being studied being
19  given medication and other therapies in a controlled
20  environment?
21  A    No, they are not.  In an observational study, as I
22  said before, we just observe them and see what happens
23  so we can try to understand as best we can from
24  observing people, what is happening with them.
25       But the problem with observational studies,

Kronmal - Direct                1465

1   and it's a very fundamental one, is that people differ,
2   as I have said earlier, on a variety of
3   characteristics.  We don't know everything that's
4   important about how they differ, and so we can't
5   measure everything about them that's different.
6        Some people have different diets.  They have
7   different amounts of exercise.  They have different
8   life stressors in their life.  They take different
9   medications in variable amounts at various times.
10  Their genetic composition is different.

Page 25

05 - 09220 - Kronmal.txt

11       There is a lot of things different about the
12  people that we can't capture.  And because of that, and
13  because of the variability in people, observational
14  studies, the best we can do is try and measure what we
15  can and what we think is important, and from that, in
16  really complicated ways, try to tease out what factors
17  we think might be causally related to outcomes.
18       But, at best, we're just trying to get a
19  handle on that and trying to get the best evidence we
20  can.  But that evidence is, frankly, quite weak from
21  observational studies.  Observational studies are also
22  largely to generate hypotheses.  For example, we might
23  measure something in the blood of the people that has
24  not been measured before, and we find that that thing
25  in the blood is associated with them having heart

Kronmal - Direct                1466

1   attacks.  So now we have a hypothesis that that might
2   be important.
3        And then other scientists will go back into a
4   laboratory and do experiments with animals.  Drug
5   companies may try to develop drugs that change that
6   thing we have measured in the blood to make it more
7   normal, in the hopes that -- in the hope, not the

Page 26

05 - 09220 - Kronmal.txt

8   guarantee, in the hope that by changing it, we might
9   modify the disease process.  But the only way to find
10  out whether changing something has an effect is by
11  doing it.  You can't find out by just looking at people
12  and how they vary.
13  Q    And Doctor, when you say the only way to find
14  out is by changing something and doing it, is that what
15  you do in a clinical trial?
16  A    That's exactly right.  The key in a clinical trial
17  is that we randomly assign the treatment to the
18  patient.  So when a patient comes into the clinic for
19  entry into a randomized trial, effectively, we flip a
20  coin -- it's not done that way, it's done by a
21  computer -- we flip a coin to decide what therapy they
22  get.  But we only do that with their consent, clearly.
23  In other words, they are informed that the treatment
24  will be chosen for them at random.  And you might ask,
25  why would they be willing to do that?

Kronmal - Direct                1467

1        Well, the answer is, if no one knows what's
2   the best treatment, particularly in the case of an
3   experimental treatment -- if I have a disease and
4   someone comes to me and says, Dick Kronmal, you have

Page 27

05 - 09220 - Kronmal.txt

5   this disease.  We don't know what the best treatment
6   is.  We have this experimental treatment that we hope
7   is better than the current treatment, but we don't
8   really know.  We have no data.
9        So we can give you the regular treatment that
10  everybody gets, or, you can enter this clinical trial,
11  and you will have a 50 percent chance of having a new
12  treatment, a 50 percent chance of having the old one,
13  and from that, we may actually learn which of those two
14  is better.  And then not only will you benefit from
15  that in the future, but everyone will benefit from that
16  who gets this disease later on.
17       And you know, you do -- you know, you, as an
18  individual, enter these studies, not necessarily to
19  benefit yourself.  Because if you think about studies
20  where people have, say, serious cancers, for example,
21  or AIDS, the chance of those treatments actually
22  benefitting them is fairly low.  They may get lucky and
23  the treatment, the experimental treatment might be
24  better, but there is absolutely no guarantee.
25       Most experimental treatments do not work.

Kronmal - Direct                1468

1   It's probably no more than 7 or 8 percent of the new

Page 28

05 - 09220 - Kronmal.txt
2  treatments actually do anything beneficial. And some
3  of them are harmful.
4      Q    Doctor, I just want to direct your attention
5  to this randomization or random concept. Is that the
6  tool in clinical trials through which investigators
7  like yourself try to control for the differences in
8  people that you see in observational trials?
9      A    That's exactly right.
10           If -- what randomization gives you, and it's
11 extraordinarily important, is that the two groups that
12 are randomized, because of the randomization, will be
13 very similar in almost all their characteristics, even
14 the ones you can't even measure, because which person
15 got which drug was chosen at random. Therefore, it was
16 not associated with any characteristic they have. That
17 is, the sicker people didn't get one drug and the
18 healthy people get another, because it was randomized.
19           And when you randomize enough people, all of
20 the differences that might have existed between the two
21 groups of people, those getting one drugs, those
22 getting the other, or the placebo, are washed out by
23 the randomization.
24           So by chance, basically, by using -- it was a
25 very clever idea that came about in the early part of

Page 29

05 - 09220 - Kronmal.txt
                    Kronmal - Direct              1469
1  the 19th century -- the 20th century, rather, about
2  1900, by a very clever man by the name of R.A. Fisher,
3  who said, We can control for things we can't even
4  measure if we randomize people to the therapies.
5           And in his time, they were interested in
6  whether different treatments of plots of land would
7  increase yield of crops, not whether human beings, for
8  example, would benefit from one therapy versus another.
9  But the principles are exactly the same. By
10 randomizing the people, we take out any systematic
11 difference between the groups, so now the groups of
12 people will be nonsystematically different. They will
13 be the same in almost every characteristics you can
14 talk about, even ones you don't even know about that
15 might be important.
16     Q    Doctor, I'm going to introduce one more
17 statistical concept or clinical trial concept that we
18 have heard a little bit about, and that's statistical
19 significance. And we remember maybe a long time ago
20 hearing that term, but can you try to explain to us in
21 simple terms what that concept means and how it applies
22 to clinical trials?
23     A    That's actually quite a hard concept, and it's
24 hard when we teach it, and it's going to be hard in

Page 30

05 - 09220 - Kronmal.txt
25 this context, obviously. But you can think of it this

                    Kronmal - Direct              1470
1  way:
2           Suppose you were doing a treatment of two
3  groups of people, and you start with a hypothesis that
4  the treatment and whatever the control is, the other
5  treatment, are equal. That's your hypothesis. It's a
6  hypothesis. You don't know if it's true or not. And
7  what you are trying to do in the trial is to get enough
8  data to rule out the possibility that they are equal.
9           But if you think about it, that's almost like
10 flipping -- suppose the end point is some end point
11 like MI, for example.
12     Q    And MI is heart attacks?
13     A    Heart attacks.
14          And suppose instead of that, we were just
15 flipping a coin, as an example, and I flip the coin 100
16 times, and I get 60 heads and 40 tails. Now, from
17 that, am I sure whether that's a fair coin, that is
18 it's weighted equally on both sides, or whether it's an
19 unfair coin, that the weight is uneven?
20          Well, 60/40 in 100 trials might not be enough
21 information to tell, but what if I got 80 versus 20 or

Page 31

05 - 09220 - Kronmal.txt
22 90 versus 10? Well, intuitively, you would be pretty
23 sure that wasn't a fair coin, right? It's pretty
24 unlikely that that was a fair coin.
25          So what we do when we do significance testing

                    Kronmal - Direct              1471
1  is we assess the probability that we would have
2  observed something that extreme if there really was a
3  fair coin. In other words, if we really had a fair
4  coin, what's the chance we would have observed 80 out
5  of 100 or more? 90 out of 100? 99 out of 100? What's
6  the probability we will get an event that's more
7  extreme than that?
8           In the clinical trial context, it's the same
9  basic idea. We try to assess the probability that when
10 there was no difference at all in these treatments, we
11 would have observed this large difference that we saw
12 in the trial. And we set up the trial big enough, with
13 enough people in it, that we have a really high
14 probability of being able to detect whether or not
15 there is a difference between the treatments.
16          So again, giving you my coin example, if I
17 flipped a coin 10 times now instead of 100, and I got
18 seven out of ten heads, you might not know whether it

Page 32

05 - 09220 - Kronmal.txt

19  was a fair coin or not, but if I had 10,000 people and
20  I got 7,000 heads and 3,000 tails, you would be pretty
21  darn sure it wasn't a fair coin.
22      So basically, the size of your sample is
23  predicated on your ability to detect a difference. And
24  the p-value, the statistical significance, as it's
25  called, is a way of assessing whether we don't --

                    Kronmal - Direct                1472

1   whether there is evidence enough to rule out that the
2   treatments are equivalent.
3   Q   Doctor, you just said p-value, and that's
4   another statistical concept. Does that equate with
5   statistical significance?
6   A   Yes, the statistical significance is a probability
7   value. So we might say that the p-value is .05, for
8   example. That means that if we flipped our coin, did
9   an experiment, say, with 100 people, 100 times flipping
10  the coin, doubled every number of heads or tails we
11  had, that we would not expect to see that sort of
12  difference that we observed. It would be less than 5
13  percent of the time if we got a p-value of .05.
14      It would say that it's very unlikely, less
15  than 5 percent of the experiments we would do would
                         Page 33

05 - 09220 - Kronmal.txt

16  give us a result that extreme if there was no
17  difference, if that coin was fair. No difference in
18  the treatments. Less than five percent of the time, we
19  would get a value that extreme.
20      If we had a p-value of .01, it would mean
21  that one in 100 times, when the treatments were equal,
22  would we get a value that extreme.
23      So what we do, basically, in clinical trials
24  is we try to minimize the probability we are going to
25  make a mistake. Because, after all, chance is always

                    Kronmal - Direct                1473

1   working. You could get a chance result that was
2   extreme. That can happen. But what you do is try to
3   minimize the probability that that happens and to
4   assess that probability.
5       So, for example, we'll see examples where the
6   p-value was .005, for example. That means that when
7   there was no difference in the treatment, we would only
8   get a result as extreme as the one we observed five
9   times in 1,000, very unlikely event. So it's unlikely
10  under that circumstances that that was due to chance,
11  that result we got. It's much more likely it was due
12  the a real effect, a causal effect.
                         Page 34

05 - 09220 - Kronmal.txt

13  Q   And that's what we do clinical trials for, to
14  determine if there is a cause and effect
15  relationship --
16  A   That's correct.
17  Q   -- between an agent and an effect?
18  A   That's right.
19  Q   Okay.
20  A   It is the only real way we can determine cause and
21  effect on human beings, is through a clinical trial.
22  Q   Now, Doctor, I just want to give us a little
23  bit of background before we got into some specific
24  clinical trials today. One other thing, though.
25      We have heard a little bit about something

                    Kronmal - Direct                1474

1   called a DSMB or a Data Safety Monitoring Board in
2   prior testimony. Can you explain what a Data Safety
3   Monitoring Board is in the context of a clinical trial?
4   A   Yes. For approximately the last 15 years, the
5   standard for doing clinical trials is to make sure that
6   you have an independent body that monitors the trial to
7   protect the safety of the patients in the trial.
8       The reason for that is investigators, no
9   matter how honest and, you know, what kind of people
                         Page 35

05 - 09220 - Kronmal.txt

10  they are, have a vested interest in the outcome of
11  their trials. They are emotionally involved in their
12  trials. They want to see the drug succeed. And that's
13  just human nature. You know, you have a hypothesis
14  that the drug is good, you want to see it succeed.
15  That's human nature.
16      And so there is a danger, if the individuals
17  doing the trial are the ones responsible for monitoring
18  it, that they will not respond appropriately to serious
19  adverse events that are occurring among the patients in
20  the trial; that they will discount them. They will
21  say, Oh, these don't make sense. These are not due to
22  the drug. These don't make sense. I don't believe
23  they are real. I believe they are due to chance. And
24  their judgment, while it may be all right, may not be;
25  and it's not a risk you want to take.

                    Kronmal - Direct                1475

1       So approximately 15 years ago, the standard
2   in clinical trials became that an independent body of
3   scientists who are not connected in any way to the
4   study, have no vested interest in the outcome of the
5   study, are appointed to monitor the study.
6       And what the DSMB, Data Safety Monitoring
                         Page 36

05 - 09220 - Kronmal.txt

7  Board, does is they get data from the study on all of
8  the side effects that occurred in the study, by
9  treatment arm. They also usually get data on the
10 efficacy of the drug, namely, whatever it is they are
11 trying to show the benefit for. And their job is to
12 assess the risk/benefit ratio. That is, every drug has
13 risks. The real question is do the risks outweigh the
14 benefits?
15     And clearly, if you're trying to treat, say,
16 a cancer that kills 50 percent of the people, you can
17 afford to have some risk involved in the treatment if
18 you're going to improve that to a 25 percent death
19 rate. Those people may -- some may get heart disease,
20 some of them may get neurologic problems and so on, but
21 if you can save 25 percent of them, it's worth it. On
22 the other hand, if you end up killing off 60 percent of
23 them, you don't want to do that. You know, that's not
24 worth it.
25     And, of course, depending on what the drug is

Kronmal - Direct                 1476

1  for. If a drug is for pain relief, you can tolerate
2  very little in the way of side effects. I mean, you
3  can't afford to have people get serious side effects if
Page 37

05 - 09220 - Kronmal.txt

4  all you are trying to do is relieve their pain. Not
5  that pain is a small thing. It's not. On the other
6  hand, damaging your heart is a much bigger thing.
7     And so when you assess the risk benefit, you
8  take into account what is the magnitude of the benefit
9  versus what is the magnitude of the risk. And the
10 DSMBs are charged with doing that. They are
11 specifically charged with stopping the trial, with
12 recommending stopping the trial if they see that the
13 risks are exceeding the benefits.
14 Q  Doctor, do you have any first-hand experience
15 with DSMBs?
16 A  Yeah. I have served on approximately 25 DSMBs. I
17 have chaired about five or six of them over the years.
18 And I have been in the position where I've had to, as
19 part of the committee or the chair of the committee,
20 recommend that a trial be stopped because it was
21 causing serious adverse events.
22 Q  Let's be clear, then. When you're on a DSMB,
23 sir, what are you looking out for?
24 A  Well, specifically, we're looking at every
25 possible side effect that is more frequent than one

Kronmal - Direct                 1477
Page 38

05 - 09220 - Kronmal.txt

1  group versus the other, to see whether or not those
2  side effects are likely to be due to the drug.
3     When you reach a certain threshold where the
4  side effects are starting to look like they're too
5  many, particularly if they are serious -- and the real
6  big concern is death, of course, because you don't
7  recover from death. And so if you see any kind of a
8  significant trend towards higher mortality, at that
9  point, you have to look very hard at the positive side
10 of whether the drug is doing any good or not for
11 whatever the condition is.
12    If the condition is very serious, say it's
13 someone who has had a stroke, and you're trying to
14 prevent the damage of the stroke, the paralysis, the
15 loss of speech and things like that, then you might be
16 willing to tolerate a few extra people dying if you
17 could prevent a lot of people from having paralysis.
18    So you have to balance those, but your
19 tolerance for the side effects is proportional to the
20 seriousness of the side effect. If the drug is causing
21 a rash in a lot of people, and the rash resolves after
22 you take them off the drug, you may say that's not
23 good, but you might not stop a trial because of a lot
24 of extra rashes. On the other hand, if a lot of people
25 are getting MI's or dying, you're going to stop the

Page 39

05 - 09220 - Kronmal.txt

Kronmal - Direct                 1478

1  trial.
2     But the other thing that the DSMBs are
3  responsible for is reporting to what are called the
4  IRBs.
5  Q  What are IRBs?
6  A  They are the Institutional Review Boards, I guess
7  they're called.
8     The IRBs basically are from each of the
9  institutions that are participating in the study. So
10 if my university is participating in a study, before I
11 can ever get permission to do the study, I have to
12 submit to the IRB the protocol, and they review it, and
13 they decide, first of all, is it an ethical study to do
14 in the first place? And if they don't feel it's
15 ethical, they can tell me I can't do it.
16    They also review things like the informed
17 consent, to make sure --
18 Q  What's informed consent?
19 A  Informed consent is the document that a person is
20 given before they enter the trial asking them if they
21 are willing to be in the trial, and spelling out to
22 them the possible risks and benefits of being in that
23 trial. In laymen's language, it's meant to allow the
Page 40

05 - 09220 - Kronmal.txt

24  person to assess whether they are willing to be in that
25  trial.

Kronmal - Direct                                    1479

1       And the IRBs review the informed consent form
2   to make sure that it meets the standards of truly
3   informing the people of whether they should be in the
4   trial -- whether they are fully informed when they
5   enter the trial or not.
6   Q   Doctor, I just want to see if we can
7   understand the structure a little bit.
8       In a clinical trial, do you need to have a
9   sponsor of the trial?
10  A   Certainly, someone has to pay the costs of the
11  trial. And you know, obviously, it can be the NIH, the
12  National Institute of Health, it can be private
13  foundations who sponsor trials, and then pharmaceutical
14  companies sponsor trials.
15  Q   Okay. So in a pharmaceutically sponsored
16  clinical trial, the pharmaceutical company would be the
17  sponsor?
18  A   That's correct.
19  Q   Okay. When you do a clinical trial for the
20  NIH, would the NIH be the sponsor of that trial?

Page 41

05 - 09220 - Kronmal.txt

21  A   That's correct.
22  Q   Okay. Now, just so we can understand the
23  hierarchy or the structure, you mentioned IRBs. That's
24  a board that oversees the investigators?
25  A   It's a board that is charged with protecting the

Kronmal - Direct                                    1480

1   individuals at that institution who are enrolled in the
2   trial. And it does oversee the investigators in the
3   sense that they can stop that investigator from
4   participating, or they can stop that investigator from
5   continuing to participate in the trial if they feel the
6   risks are too great.
7       The DSMBs, one of the charges of the DSMB is
8   to report to the IRBs. That is, when we as a DSMB, we
9   will, at the end of our evaluation, make a statement
10  that we believe that it's still ethical and safe to
11  continue that trial, that information is conveyed to
12  the IRBs at the various institutions.
13      If we don't feel that way, if we decide, for
14  example, that we think the trial should be stopped
15  because the drug is unsafe, that information is also
16  conveyed to the IRBs.
17      By the way, the drug company or the sponsor

Page 42

05 - 09220 - Kronmal.txt

18  of the trial does not have to stop the trial because
19  the Data Safety Monitoring Board says it's unsafe.
20  It's a recommendation to the study and to the
21  investigators. But it is extraordinarily rare, and in
22  my experience, I don't know of a case, but there may be
23  some out there, where the recommendation of the DSMB is
24  not followed by the study.
25  Q   And I just want to be clear. You said the

Kronmal - Direct                                    1481

1   DSMBs are looking out for all of the patients in the
2   trial.
3   A   That's right.
4   Q   The IRBs are looking out for the patients in
5   that particular site?
6   A   That's correct.
7   Q   So in a big clinical trial, there could be
8   more than one site?
9   A   Oh, there may be as many as 50 or 100 various
10  clinics or hospitals that are involved in a clinical
11  trial.
12  Q   Now, what type of information is the sponsor
13  of the trial supposed to give to the IRBs and the DSMB
14  about the potential risks and benefits of whatever is

Page 43

05 - 09220 - Kronmal.txt

15  being studied?
16      MS. SULLIVAN: Objection.
17      Your Honor, can I have a sidebar?
18      THE COURT: Yes.
19      (The following transpired at sidebar.)
20      MS. SULLIVAN: Judge, this goes way outside
21  the scope of his report. His report dealt with
22  biostatistics and the analysis of the studies. There
23  is nothing in there about opinions on what IRBs are
24  told or --
25      MR. BUCHANAN: They absolutely went into it.

Kronmal - Direct                                    1482

1   They spent five or ten pages in his deposition --
2       MS. SULLIVAN: It's not in this report.
3       MR. BUCHANAN: They were trying to
4   cross-examine on his experience and DSMBs, and they
5   don't like his answers and don't want him testifying
6   about it.
7       MS. SULLIVAN: It's not in this report.
8       MR. BUCHANAN: It's in the deposition. Your
9   counsel elicited it and didn't like the answer, just --
10      MS. SULLIVAN: We did background on
11  qualifications, but it's not proper -- We'd have spent

Page 44

05 - 09220 - Kronmal.txt

12  a lot more time on it, Judge, if it was one of the
13  opinions in his report. It's not in his report.
14          MR. BUCHANAN: You spent substantial time on
15  it, Counsel.
16          MS. SULLIVAN: It's clearly not in the
17  report. He is a biostatistician.
18          THE COURT: I think his testimony really
19  hasn't been opinions at this point. Isn't he basically
20  just describing the procedure?
21          MS. SULLIVAN: He just asked him what
22  sponsors should tell IRBs, and that goes way beyond.
23          MR. BUCHANAN: What information do the
24  sponsors provide to DSMBs and to IRBs. He has
25  tremendous experience over 40 years --

                    Kronmal - Direct                     1483

1           MS. SULLIVAN: He should have put it in his
2   report.
3           MR. BUCHANAN: It's absolutely elicited in
4   the deposition that you took of him. You went down
5   that road and got his opinion. Now you don't like it.
6           MS. SULLIVAN: We didn't get his opinions.
7   We went through his qualifications. It's way beyond
8   the scope of his report, Your Honor.
                         Page 45

05 - 09220 - Kronmal.txt

9           MR. BUCHANAN: They wanted his opinion --
10  they wanted to know what his opinion was on each of the
11  DSMB numbers and what they were showing.
12          MS. SULLIVAN: Show me that.
13          MR. BUCHANAN: Let's get the transcript.
14          MS. SULLIVAN: It's not in his report.
15          THE COURT: We will take a short break. Take
16  the jury out.
17          (The jury left the courtroom at 10:24 a.m.)
18          THE COURT: Are you bringing me the dep
19  section?
20          MR. BUCHANAN: Yes. Someone is getting the
21  deposition for me. Diane may have it more handy
22  because she was planning on cross-examining.
23          MS. SULLIVAN: I have the deposition.
24          Your Honor, there is also, Your Honor, an
25  issue of what this has to do with the case. The issue

                    Kronmal - Direct                     1484

1   is whether or not Merck appropriately warned
2   prescribers, not what they warned the IRBs or DSMBs.
3           MR. BUCHANAN: They know darn well they
4   didn't want the word getting out to investigators.
5   They had 5,000 or 1,000 investigators. If you warn
                         Page 46

05 - 09220 - Kronmal.txt

6   about the potential to CV risk to investigators --
7   that's why you have standby statements.
8           MS. SULLIVAN: It's not what we told the IRBs
9   or the DSMBs. This is a sideshow, Your Honor, and it's
10  not in his report. We would have had an expert on this
11  to counter it if it had been in his report.
12          MR. BUCHANAN: Here is one. Have you ever
13  seen a DSMB on a study --
14          MS. SULLIVAN: That's qualifications. That's
15  not opinions about informed consent.
16          MR. BUCHANAN: Then they ask questions about
17  opinions about the DSMB members. Did they act
18  appropriately? Did they get the information they were
19  supposed to?
20          MS. SULLIVAN: That's not in the report.
21          MR. BUCHANAN: Did they get the information
22  they should have gotten from the company? That's
23  exactly what he was asked, and you know it.
24          MS. SULLIVAN: It's not informed consent and
25  it's still way beyond the scope of his report. Just

                    Kronmal - Direct                     1485

1   because you go through qualifications in a
2   deposition -- we would have had an expert to counter
                         Page 47

05 - 09220 - Kronmal.txt

3   this, Your Honor. This is not an issue in this case.
4           MR. BUCHANAN: You're bringing what, two,
5   three clinical trial experts in this -- his report also
6   talks about his DSMB report, Your Honor.
7           MS. SULLIVAN: It's not an opinion about
8   what's appropriate for sponsors to warn about. That is
9   not in his report.
10          MR. BUCHANAN: Is a sponsor supposed to warn
11  about the potential risks and benefits of a drug? He
12  is also asked about Debra Shapiro's actions with DSMB
13  from the VIGOR trial.
14          MS. SULLIVAN: That's different than --
15          MR. BUCHANAN: He gives an answer.
16          MS. SULLIVAN: That's different than informed
17  consent.
18          THE COURT: Well, this is an informed
19  consent, isn't it?
20          MR. BUCHANAN: He is asking about what
21  information was given to sponsors in the IRBs.
22          MS. SULLIVAN: The pending question is what
23  information should be provided.
24          THE COURT: Not to patients.
25          MR. BUCHANAN: To the DSMBs and IRBs.
                         Page 48

```
                    05 - 09220 - Kronmal.txt
                       Kronmal - Direct                    1486

 1          MS. SULLIVAN: They will deal with informed
 2   consent issues. And even that, Your Honor, has nothing
 3   to do with it because what information should be
 4   provided to Data Safety Monitoring Boards or IRBs is
 5   not the issue in the case. The issue is what should be
 6   provided to prescribers.
 7          So A, it's not in his report, he wasn't
 8   proffered as an expert in this area; and B, it's not
 9   relevant to this case, and it's got 403 issues.
10          MR. BUCHANAN: Your Honor, we are going to
11   see documents in this case that are going to show they
12   developed standby statements and took actions because
13   they were required to give notice to certain
14   investigators of issues that arose in clinical trials.
15   They knew that if word got out to 100, 200, 300
16   investigators about potential issues, because they had
17   to tell them, then it would get out to a broader group.
18          The truth of the matter is they didn't
19   disclose the potential risks of the drug in the VIGOR
20   trial to anybody, and that was at a very susceptible
21   time for the company because they didn't want the word
22   to get out.
23          MS. SULLIVAN: You didn't put him up on that.
24          MR. BUCHANAN: You put him up on that.
25          MS. SULLIVAN: That's not the rule in New
                              Page 49
```

```
                    05 - 09220 - Kronmal.txt
                       Kronmal - Direct                    1487

 1   Jersey. If you ask a question -- first of all, that's
 2   not in his deposition, and that's not the rule in New
 3   Jersey. It's got to be somewhere in the report. It's
 4   nowhere.
 5          MR. BUCHANAN: It was absolutely disclosed,
 6   Your Honor. They had it up to six weeks on this issue.
 7          MS. SULLIVAN: Show me the letter where you
 8   said he is going to testify about this.
 9          MR. BUCHANAN: It's in his deposition.
10          MS. SULLIVAN: It's not in the report. You
11   haven't proffered him as an expert and it's not covered
12   in his deposition.
13          MR. BUCHANAN: Do you want to agree anything
14   that is not in his report, that you are not going to
15   cross-examine him on it?
16          MS. SULLIVAN: He's going to be
17   cross-examined on the opinions he is giving here.
18          MR. BUCHANAN: Your Honor --
19          MS. SULLIVAN: It would have been easy for
20   you to put this in his report.
21          MR. BUCHANAN: They deposed him on it. I
22   can't imagine Ms. Sullivan is going to limit her
                              Page 50
```

```
                    05 - 09220 - Kronmal.txt
23   cross-examination to things he was deposed on that were
24   only in his report.
25          I hate to tell you, we have been talking now


                       Kronmal - Direct                    1488

 1   about clinical trials and the understanding of this and
 2   been talking about how they work, and then you object
 3   to is a sponsor supposed to get information about
 4   potential risks.
 5          MS. SULLIVAN: Because it's way beyond the
 6   scope of his report.
 7          MR. BUCHANAN: Do you find that
 8   objectionable? There is nothing controversial about
 9   that, Your Honor. It's well within his qualifications.
10          MS. SULLIVAN: As a biostatistician?
11          MR. BUCHANAN: Yeah, as a guy who runs
12   clinical trials and has 45 people working under him for
13   the NIH.
14          MS. SULLIVAN: Debra Shapiro was --
15          MR. BUCHANAN: The qualifications, Your
16   Honor, are in this report. I'm sorry.
17          THE COURT: Well, I don't need his
18   qualifications.
19          MR. BUCHANAN: Oh.
                              Page 51
```

```
                    05 - 09220 - Kronmal.txt
20          THE COURT: I don't think that's the issue.
21   The objection is not based on his qualifications.
22          MS. SULLIVAN: No, Judge. Well, it's mostly
23   based on the fact that it's not in his report. We
24   haven't deposed him on his qualifications on informed
25   consent issues, because he wasn't put up -- he wasn't


                       Kronmal - Direct                    1489

 1   put up on that.
 2          MR. BUCHANAN: You absolutely did. You
 3   deposed him on it.
 4          Did Debra Shapiro act appropriately? Did she
 5   give the information she was supposed to give? Did the
 6   DSMB act appropriately? How about the ESMB in the
 7   APPROVe trial? Did they get the information? How
 8   should it be done?
 9          THE COURT: Where is it in the dep
10   specifically asked?
11          MR. BUCHANAN: 32. Actually, I'm sorry, 32
12   and 33. Okay. Starting on 29, he starts about DSMB
13   experience and continues through at least 33.
14          THE COURT: Is there a question in the dep
15   about what -- DSMB, what they should be told?
16          MS. SULLIVAN: No, Your Honor. Even if that
                              Page 52
```

05 - 09220 - Kronmal.txt

17  were the standard, and it's not, it's not in the
18  deposition.
19      MR. BUCHANAN: It's in here. I was there. I
20  remember.
21      There is a question on 35, Do you know,
22  factually, have you formed any opinions as to whether,
23  in fact, anything inappropriate happened with respect
24  to Debra Shapiro's participation as part of the
25  VIGOR DSMB?

                Kronmal - Direct                    1490

1       MS. SULLIVAN: That's not informed consent.
2       MR. BUCHANAN: Information provided to the
3   DSMB -- he is talking generally, about blinding,
4   unblinding of DSMBs, there's pages and pages --
5       MS. SULLIVAN: You can ask him about blinding
6   and unblinding --
7       MR. BUCHANAN: Pages and pages --
8       MS. SULLIVAN: -- but there is nothing about
9   informed consent anywhere, about warnings to the DSMB
10  or IRB. There is nothing about that in the report or
11  in his deposition.
12      MR. BUCHANAN: Your Honor, they go through
13  all these DSMB members, as you read forward from 32,
                        Page 53

05 - 09220 - Kronmal.txt

14  33, through 37, 38 identifying the DSMB members. Do
15  you challenge their integrity as scientists?
16      MS. SULLIVAN: It's not informed consent.
17      MR. BUCHANAN: But you are going to stack him
18  up against all the DSMB members. He is not entitled to
19  talk about this type of information --
20      MS. SULLIVAN: If you put it in his report,
21  he would be, but we had no notice he was going to talk
22  about this.
23      MR. BUCHANAN: Yes, you did.
24      MS. SULLIVAN: We did not. Where is it?
25  It's not in his deposition and it's not in his report.

                Kronmal - Direct                    1491

1   We would have had an expert to counter this.
2       MR. BUCHANAN: It is.
3       MS. SULLIVAN: Show me where it's in his
4   report. It's not in his report.
5       THE COURT: What is he going to say, that
6   they should have been told that they were concerned
7   about --
8       MR. BUCHANAN: No, not at all. He's not
9   going to be case specific at all. He is going to talk
10  about the type of information a DSMB is supposed to be
                        Page 54

05 - 09220 - Kronmal.txt

11  given. DSMBs and IRBs are supposed to be told about
12  the known potential risks of the drug.
13      THE COURT: I will allow that. That doesn't
14  have to be specifically stated in his report for him to
15  say.
16      MS. SULLIVAN: Thank you.
17      (Sidebar concluded.)
18      THE COURT: Let's take another five minutes.
19      (A recess was taken at 10:34 a.m.)
20      THE COURT: Bring the jury in.
21      (The jury entered the courtroom at
22  10:54 a.m.)
23      THE COURT: You could be seated.
24      You can proceed, Counsel.
25      MR. BUCHANAN: Thank you, Your Honor.

                Kronmal - Direct                    1492

1   BY MR. BUCHANAN:
2   Q   Dr. Kronmal, before we get back to talking
3   about clinical trials in general, I just want to ask
4   you a quick question.
5       I have been calling you "Doctor." You are a
6   biostatistician, correct?
7   A   That's correct.
                        Page 55

05 - 09220 - Kronmal.txt

8   Q   Are you a medical doctor?
9   A   No, I'm not. Ph.D.
10  Q   You don't treat patients?
11  A   No, I do not.
12  Q   Okay. I just wanted to be clear about that.
13      Getting back to the clinical trial overview,
14  we were just talking about these two bodies, DSMBs and
15  IRBs, that have some function in clinical trials. Do
16  you recall that?
17  A   Yes, I do.
18  Q   Okay. And I was asking you before the break,
19  what information the sponsor -- let's go back. The
20  sponsor of the clinical trials is the one that's
21  funding it?
22  A   That's correct.
23  Q   My question to you, sir, was what obligation
24  does the sponsor of the clinical trial have to provide
25  information about potential or known risks and benefits

                Kronmal - Direct                    1493

1   of whatever is going to be studied to the DSMBs and the
2   IRBs?
3   A   They have an obligation to both. It's one of the
4   most important principles of clinical and medical
                        Page 56

```
                05 - 09220 - Kronmal.txt
 5   research, basically, is that you protect the welfare of
 6   patients in the trials. That's a paramount principle
 7   that is clearly inviolate.
 8      Q   Well, after that initial information, before
 9   the clinical trial starts, after that initial
10   information is given by the sponsor to the DSMB or the
11   IRBs, if new information is learned by the sponsor,
12   does the sponsor have an obligation to provide that
13   information to the DSMBs and IRBs?
14      A   Absolutely, because for the same reason. If --
15   particularly during -- before the trial, you obviously
16   don't know what's going to happen. Once the trial is
17   underway, if there is an observation of an excess risk
18   for any kind of end point that's important to the
19   health and welfare of the patients, that has to be
20   communicated to the DSMB.
21          The DSMB would then base its best judgment as
22   to whether it was important enough to report to the
23   IRBs and the individual institutions or whether it was
24   so important that they would recommend stopping the
25   trial.

                Kronmal - Direct                1494

 1      Q   Now, is that true if a sponsor learns
                     Page 57
```

```
                05 - 09220 - Kronmal.txt
 2   information even from a completely different clinical
 3   trial?
 4      A   Absolutely. They need to provide all the
 5   information that's relevant to an assessment of the
 6   safety of the drug whether it comes from the same trial
 7   or a different trial, or even from a related drug in a
 8   different company.
 9      Q   I see from your resume -- you call it a
10   curriculum vitae, right?
11      A   Yeah. Same thing.
12      Q   That's what they call it in your field?
13      A   Yeah.
14      Q   I see from your curriculum vitae that you
15   have worked with the FDA in the past. Is that true?
16      A   That's correct.
17      Q   What have you done with the FDA in the past?
18      A   I was a member for four years of the
19   Cardiovascular and Renal Advisory Committee of the FDA.
20      Q   Doctor, before you get into that, what is an
21   advisory committee?
22      A   That's what I was going to talk about.
23          The advisory committee basically is a group
24   that's appointed by the FDA for a four-year term to
25   advise them as to whether or not to approve a

                     Page 58
```

```
                05 - 09220 - Kronmal.txt

                Kronmal - Direct                1495

 1   particular drug, or, for that matter, whether to
 2   withdraw a particular drug from the market, if that
 3   were to come up.
 4          So the committee evaluates the New Drug
 5   Applications that the companies bring forward. So,
 6   for example, while I was on the committee, one of the
 7   things we evaluated was whether aspirin was useful for
 8   prevention of heart disease in people who didn't have
 9   heart disease before they started. And so we would
10   evaluate the data. In that case, many companies --
11   actually, Bayer probably brought it forward because
12   they are a major manufacturer of aspirin.
13          And then we would also get studies that were
14   new experimental drugs that they had tested to see
15   whether they were beneficial for one indication or
16   another.
17      Q   You worked on an FDA advisory committee in
18   the past?
19      A   Yes, I did, for four years.
20      Q   What FDA advisory committee?
21      A   It was the Cardiovascular and Renal Advisory
22   Committee. That is, we reviewed all of the drugs that
23   were being put forward for treatment of heart disease
24   or renal disease, renal disease meaning disease of the
                     Page 59
```

```
                05 - 09220 - Kronmal.txt
25   kidneys.

                Kronmal - Direct                1496

 1      Q   Okay. You did that what, back in the '80s?
 2      A   Yes.
 3      Q   What was your position on the advisory
 4   committee in those years?
 5      A   Well, I was a member of the committee for most of
 6   the time. The very last meeting of the committee, I
 7   was asked to chair it by the FDA, and I chaired the
 8   committee at that time.
 9      Q   As a biostatistician, sir, you chaired --
10      A   That's right.
11      Q   The Cardio Renal Advisory Committee?
12      A   That's correct.
13      Q   Do you remember when that was?
14      A   Not the exact year, no.
15      Q   Okay.
16      A   It's in my curriculum vitae.
17      Q   Okay. Apart from sitting on an FDA advisory
18   committee for four years, you said --
19      A   Yes.
20      Q   -- have you had any other interaction with
21   the FDA over the years?
                     Page 60
```

```
                05 - 09220 - Kronmal.txt
22   A     Yeah.  There have been several occasions when I've
23   been asked to advise them on very specific statistical
24   issues that have come up in certain clinical trials.
25           I have also interacted with the FDA on a


                Kronmal - Direct                      1497
1    number of occasions as a representative from the
2    sponsors of various drugs, where they have asked me to
3    go to the FDA to help them in their presentation to the
4    FDA of their initial plans for trials, help them in
5    their -- basically, they'll meet prior to the start of
6    any trials to get the FDA's agreement that the trials
7    they are planning are appropriate.
8           And so I have been involved in some of those
9    meetings in representing the companies, where they have
10   asked me to talk about the statistical issues involved
11   in their particular trial and the design issues of
12   their particular trial to the FDA.  I've done that on
13   probably half a dozen occasions or maybe slightly more
14   than that.
15   Q     Over the years, sir, I mean, you have spoken
16   about your relatively extensive work with the NIH.
17   Correct?
18   A     That's correct.
                      Page 61
```

```
                05 - 09220 - Kronmal.txt
19   Q     You have also worked with pharmaceutical
20   companies over the years?
21   A     Yeah.  I have been a consultant to probably 20
22   different pharmaceutical companies, maybe more than
23   that, over my 40-year career.
24   Q     What type of consulting did you provide to
25   those companies over the years, in general terms?


                Kronmal - Direct                      1498
1    A     Well, it varied quite bit, but typically, it was
2    helping in the design of some of their trials, so I
3    would be called in as part of a committee to help
4    design the studies.  In some cases, I was asked to
5    advise them on analyses of their data.  And in other
6    cases, I have actually been involved in helping them
7    prepare for their presentations to the FDA, the results
8    of their trials.
9           So they would -- I handled one very recently
10   for one of the large pharmaceutical firms.  I went to
11   several meetings where they rehearsed their
12   presentation.  I was asked to critique it for them as
13   to what they could have done better or be more clear in
14   their presentation.  And then I was asked to go to the
15   FDA meeting with them in case some statistical
                      Page 62
```

```
                05 - 09220 - Kronmal.txt
16   questions came up that they didn't feel comfortable
17   answering.
18   Q     Is that fair, Doctor, that you have provided
19   statistical consulting to both companies and the FDA?
20   A     That's correct.
21   Q     Okay.  You have also provided statistical
22   consulting for plaintiffs in this litigation, correct?
23   A     That's correct.
24   Q     Okay.  Do you do a lot of that?
25   A     Not a great deal, actually.  This is the first


                Kronmal - Direct                      1499
1    very large activity I have had in that area for almost
2    25 years.  But I've been involved at a lesser level in
3    probably another four or five cases over that 25-year
4    span.  And those have varied from very minimal to
5    maybe, you know, a couple days' worth of work.
6           About 25 years ago, I was asked to be a
7    consultant for a litigation involving the Dalkon
8    shield, which was an intrauterine birth control device.
9    Q     Who were you retained by in that case?
10   A     I was retained by the company's lawyers.  And that
11   was a very, very large activity at that time for me.  I
12   spent a good deal of time involved in that.
                      Page 63
```

```
                05 - 09220 - Kronmal.txt
13          And I have been involved, for example, in
14   things like where a judge for the Superior Court of
15   Washington, Federal Court, asked me to be a consultant
16   to the judge, where she specifically was interested in
17   the statistical arguments the two sides were
18   presenting, and wanted an independent consultant to
19   help her understand what the issues were.
20   Q     Obviously, sir, you are getting paid for your
21   time today, correct?
22   A     That's correct.
23   Q     And what's your hourly rate?
24   A     My hourly rate is $500 per hour.
25   Q     Sir, you said that you have done more work in


                Kronmal - Direct                      1500
1    this case than you had in prior cases.  Why is that?
2    A     Well, when you first asked me to be involved in
3    this case, I thought it was going to be like the
4    typical one where I would spend maybe a few days of my
5    time and that would be the end of it.  However, this
6    turned into a massive project.
7           The company provided the attorneys for the
8    plaintiffs with literally tens of thousands of data
9    files and associated files on computer, on hard disk.
                      Page 64
```

```
       05 - 09220 - Kronmal.txt
10   There was no -- almost no documentation of what was in
11   the files. There were no directories. There was no
12   specification of what the files were originally for.
13           So we would have files called MRK-001346. I
14   had no idea, I had no way of knowing what that file was
15   for. It might be in a folder that I could guess as to
16   what the content was.
17           So what I had to do, basically, and I had an
18   assistant helping me as well, was to go through all of
19   those files, open them up, find out what was in them,
20   try to do simple tabulations from the files to match
21   them up with various reports and journal articles that
22   the company had done, until the point I was able to
23   actually figure out which files were the relevant ones
24   that the company had based their final results on.
25           What made it really hard is that some files


                    Kronmal - Direct                1501

 1   would be almost identical to another file that was in
 2   another directory, but would differ in one case. I had
 3   no idea why. There was no documentation as to why. So
 4   it was a very time-consuming, arduous, difficult
 5   process.
 6           Beyond that, there is extensive literature,
                         Page 65
```

```
       05 - 09220 - Kronmal.txt
 7   there was extensive data from the litigation, from the
 8   FDA, all the FDA hearings that took place. I had to
 9   read all that material, and that comprised thousands of
10   pages of documents. So it was a very time-consuming
11   activity.
12          MR. BUCHANAN: Dr. Kronmal, and I guess
13   before we get into specifically what you did, I just
14   want to tender Dr. Kronmal to the Court as an expert in
15   biostatistics and clinical studies.
16          MS. SULLIVAN: Your Honor, defendant will
17   reserve voir dire on qualifications to
18   cross-examination.
19          THE COURT: The Court finds the doctor is
20   qualified to give opinions in the area of
21   biostatistics.
22          You can proceed.
23   BY MR. BUCHANAN:
24   Q     And Doctor, before we get into more of what
25   you did, and specifically what you looked at and your


                    Kronmal - Direct                1502

 1   conclusions, I just want to address one issue that you
 2   raised before.
 3          You were talking about these different types
                         Page 66
```

```
       05 - 09220 - Kronmal.txt
 4   of I will call them lines of evidence, clinical trials
 5   and observational trials that are used in assessing
 6   potential cause and effect relationships. Do you
 7   recall what you were saying earlier about those?
 8   A     Yes.
 9   Q     Are observational trials relevant to
10   assessing cause and effect relationships?
11   A     Observational data is relevant, but weaker
12   information. There are many times you can't do
13   randomized clinical trials. For example, we pretty
14   well know now with very, very high probability that
15   smoking is a cause of lung cancer and heart disease.
16   But we couldn't very well randomize people that smoke
17   and did not smoke and then follow them for 20 years to
18   see if they got heart disease or cancer. That just
19   wouldn't be ethical, it wouldn't be practical, it
20   couldn't be done. So the best thing we can do then is
21   to look at the observational data.
22          And so what was done, basically, there were
23   large studies that followed smokers and nonsmokers, and
24   determined whether or not smokers tended to have more
25   diseases of various kinds than nonsmokers. But even


                    Kronmal - Direct                1503
                         Page 67
```

```
       05 - 09220 - Kronmal.txt
 1   those studies, as big as they were and as obvious as
 2   the relationship was, were controversial. There were
 3   people, scientists, who argued that smoking didn't
 4   really cause lung cancer; that people who smoked were
 5   different kinds of people; and because they were
 6   different kinds of people, that was why they got lung
 7   cancer.
 8          And it was only basically after about 20
 9   years of studies that, finally, the consensus in the
10   scientific and medical community was it was quite clear
11   that smoking caused lung cancer and smoking caused
12   heart disease.
13          But observational studies are valuable in
14   generating hypotheses and in situations where you can't
15   do clinical trials. It provides the best data that you
16   can get, even though it is not -- it is far from
17   perfect.
18          I run a number of observational studies, as
19   I've pointed out to you, that, you know, are trying to
20   assess various aspects of what data tells you about
21   future risks.
22   Q     How many of those do you have ongoing now,
23   sir?
24   A     Oh, quite a large number, but I have two major
25   ones that I mentioned earlier, the cardiovascular
                         Page 68
```

05 - 09220 - Kronmal.txt

Kronmal - Direct                1504

1  health study, which is the elderly study, and the
2  Multi-Ethnic Study of Atherosclerosis are the two major
3  ones that I have ongoing.
4       I also have a number of studies going on in
5  cystic fibrosis, where I help run a clinical trials and
6  observational studies center for the Cystic Fibrosis
7  Foundation and for the NIH.
8  Q    All right, sir. Now I want to turn to
9  specifically what you did in connection with your role
10 for us in this litigation.
11      What did you look at?
12 A    Well, I began this process by looking at the
13 literature first, because I wanted to know what's said
14 in the literature about VIOXX and the risks for CHD.
15 So I started with the literature that was published. I
16 specifically started with the VIGOR study because that
17 was the largest one, and that's where the first major
18 signal that this drug might cause CHD events,
19 cardiovascular events, appeared, at least to the best
20 of my knowledge.
21      And then I started getting from you and the
22 other plaintiffs' attorneys this large volume of data
23 files.
                    Page 69

05 - 09220 - Kronmal.txt
24 Q    And let's just pause on that for a second.
25 You say data files. What was in the data files?

Kronmal - Direct                1505

1  A    Well, there was a variety of things in the data
2  files, actually. There were some reports generated by
3  the company. There were what I call command files that
4  are the commands that were used by the statisticians
5  for the drug company to produce certain output, the
6  tables that they would give to the FDA, internal
7  reports, things of that sort.
8       And there were these numerous data files that
9  had the raw data, or sometimes data that wasn't exactly
10 raw, but it had been processed and put into a form that
11 was easier to analyze for the company, but, again, were
12 not labeled, not described anywhere. And there were
13 very, very large numbers of them, literally thousands.
14      And our first big task, which primarily was
15 done by my assistant, who is another Ph.D.
16 statistician, was to try to sort out which files were
17 which, which files were relevant to which studies,
18 which files were the latest files, that corresponded to
19 the final reports or the publications that came out of
20 the VIGOR -- out of the various Merck studies.
                    Page 70

05 - 09220 - Kronmal.txt
21 Q    And, Doctor, I just want to be clear on how
22 you got this information. Could you get this
23 information by going to a website and downloading it?
24 A    No. It was very much privileged information that
25 was gotten from the company from this litigation. That

Kronmal - Direct                1506

1  is not data that would be available to the general
2  public in any sense because the drug companies,
3  naturally, try to protect their proprietary
4  information.
5  Q    You can't go to the NIH website and download
6  this clinical trial data?
7  A    No, you can't.
8  Q    To your understanding, do any other
9  biostatisticians around the country who aren't working
10 for Merck have this information?
11 A    Not to the best of my knowledge, no.
12 Q    Some information was given to the FDA, wasn't
13 it, sir?
14 A    Yes.
15 Q    Do you know what was given to the FDA and
16 what wasn't among the thousands of files you got?
17 A    Not precisely, no. I know that some -- towards
                    Page 71

05 - 09220 - Kronmal.txt
18 the end of the litigation, within this period, maybe a
19 month ago, we finally got a list of what files they
20 said they had submitted to the FDA. We had been asking
21 for that for months before that because it would have
22 made the task substantially easier, but we actually
23 received a listing of the files that they had submitted
24 to the FDA approximately a month ago, maybe a little
25 longer than that.

Kronmal - Direct                1507

1  Q    And I just want to be clear. A
2  biostatistician who didn't have access to these files,
3  say, through litigation, could they go to the FDA
4  website and download these files?
5  A    Not to the best of my knowledge, no.
6       THE COURT: Just so the jury knows, the
7  discovery in this case has been ongoing. The files
8  have been produced by Merck over a long period of time.
9  Millions of documents have been produced. You
10 shouldn't hold it against Merck one way or the other as
11 to when the file was produced.
12      On the other hand, you can consider it for
13 what I think counsel is offering it for, which is that
14 it's not available to the general public or all
                    Page 72

05 - 09220 - Kronmal.txt
15  scientists.
16      MR. BUCHANAN: That's correct.
17      THE COURT: You can proceed, Counsel.
18      MR. BUCHANAN: Thank you, Your Honor.
19  BY MR. BUCHANAN:
20      Q   Doctor, we are going to start in general
21  terms with some of the opinions you formed as a result
22  of your review of all this data, okay?
23      A   Yes.
24      Q   All right. Actually before we do that, let
25  me pass up to you what I'm marking as plaintiffs

                Kronmal - Direct                    1508

1   Exhibit 5.0002 and 5.0003 for identification.
2       Sir, have you seen those before?
3   A   Yes, I have.
4       Q   What are they?
5   A   These are two reports that I produced on the
6   results of the various trials, and one report on a --
7   what we call a supplemental report, that was
8   essentially a critique of a report that had been
9   produced by a man named Watson who works for Merck,
10  quite early on in the process, looking at CHD.
11      Q   Doctor, if I could just have you pause for a
                        Page 73

05 - 09220 - Kronmal.txt
12  second, I just wanted you to identify those and let you
13  know you are free to look at those if you need to.
14      You did a lot of numbers in this, right?
15  A   That's correct.
16      Q   Crunched a lot of numbers for us?
17  A   That's correct.
18      Q   If you need to make reference to any of your
19  analyses, please feel free. Okay?
20      Before we get into the nitty-gritty, I just
21  want to find out on a broad basis whether you have an
22  opinion as to whether or not VIOXX can cause serious
23  heart injury.
24      MS. SULLIVAN: Objection, Your Honor.
25      Can we approach?

                Kronmal - Direct                    1509

1       (The following transpired at sidebar.)
2       MS. SULLIVAN: This is a statistician, not a
3   physician, not a clinical epidemiologist. He can talk
4   about whether there was an increased risk based on
5   numbers in a study, but he can't talk about causation.
6       THE COURT: I think the question should
7   probably be reframed, Mr. Buchanan, based on an
8   analysis of the statistical data in the studies.
                        Page 74

05 - 09220 - Kronmal.txt
9       MR. BUCHANAN: We can do that, Your Honor.
10  I was going to support it on the back end, but I can go
11  through the study now and ask these questions at the
12  end. That's fine.
13      MS. SULLIVAN: I think --
14      MR. BUCHANAN: That's a cause and effect
15  relationship.
16      THE COURT: I think you can ask the question
17  now, but I think the question should be couched in
18  terms of based on statistical evidence, there is
19  statistical proof of --
20      MR. BUCHANAN: That's fine.
21      THE COURT: Would you agree, Counsel?
22      MS. SULLIVAN: I would agree he can talk
23  about increased risk. Causation from a nonclinician is
24  improper, Your Honor, under 702.
25      MR. BUCHANAN: It's not improper. I will

                Kronmal - Direct                    1510

1   tell you, they determine causal relationships from
2   clinical trials.
3       MS. SULLIVAN: He's not a clinical
4   epidemiologist.
5       THE COURT: He runs clinical trials and he
                        Page 75

05 - 09220 - Kronmal.txt
6   does --
7       MS. SULLIVAN: He crunches numbers.
8       THE COURT: Yeah. Well, he can say from the
9   number crunching, whether they -- whether the numbers
10  uphold -- look, somebody else is dealing with the
11  science, and that's the effect. Other cardiologists
12  are coming, but he can say, based on the numbers, that
13  the causation is there under the statistics.
14      But reframe your question to include that.
15      MR. BUCHANAN: I will.
16      (Sidebar concluded.)
17  BY MR. BUCHANAN:
18      Q   Sorry about that.
19      I want to know, sir, based on your number
20  crunching you did on these data files you looked at, do
21  you have an opinion as to whether VIOXX can cause
22  serious heart injury?
23  A   Based on the analysis I've done, I think there is
24  little doubt that VIOXX can cause heart injury.
25      Q   What types of heart injury, sir, based on the

                Kronmal - Direct                    1511

1   analysis that you did?
2   A   Well, very specifically, there is strong evidence
                        Page 76