05 - 09220 - Kronmal.txt

3  that VIOXX can cause myocardial infarctions. It's
4  basically what is generally called a heart attack.
5         It can cause what is called sudden death,
6  which is where the heart actually goes into an
7  arrhythmia, where it just -- the whole heart,
8  basically, the big chamber that pumps the blood to the
9  body, instead of pumping, just sort of wiggles, and
10 that goes on for a few minutes, and the person dies,
11 basically. That's called sudden death.
12        It's called sudden death because it's usually
13 not observed, or if it's observed, there is no one
14 right around the person. They just drop dead right in
15 their sleep or they are found dead on the floor
16 someplace.
17        There is little doubt that there is evidence
18 that, from the data, that it can cause both of those
19 events.
20        There is also very little doubt that it can
21 cause congestive heart failure, which I know is not a
22 specific end point that's involved in this particular
23 litigation, but which is a very serious disease where
24 the heart muscle basically stops having the ability to
25 pump sufficiently, so it becomes weaker and weaker, and

Page 77

05 - 09220 - Kronmal.txt
                Kronmal - Direct                    1512
1  can't pump the blood to the body, and ultimately
2  results in death. And there is no doubt in my mind
3  that there is substantial evidence that it can cause
4  congestive heart failure.
5         Finally, although it's not heart disease, per
6  se, it can cause hypertension, which is another serious
7  medical condition of high blood pressure that, in
8  itself, can lead to heart disease, heart attack,
9  stroke, and a variety of other conditions.
10 Q    Let me just catch up to you, Doctor.
11 A    What?
12 Q    Let me just catch up to you.
13 A    Okay.
14 Q    Did you say congestive heart failure?
15 A    Yes, I did.
16 Q    Can we call that CHF?
17 A    Yes.
18 Q    I think you also said heart attacks, right?
19 A    Well, I talked about sudden death.
20 Q    I wrote down MIs. Is that the same thing as
21 a heart attack?
22 A    Yes, it is.
23 Q    Okay.
24 A    A heart attack is actually a broader term than
25 just MIs. People can suffer what's called angina,

Page 78

05 - 09220 - Kronmal.txt

                Kronmal - Direct                    1513

1  where they get chest pain because the vessels are
2  narrowed, or there may be clots that are forming that
3  are small that are narrowing it even further, the
4  vessels, and then the heart doesn't get enough blood.
5  If it doesn't get enough blood, the person experiences
6  pain. There may be even some death to some of the
7  heart muscle. And that's called angina. And that's
8  CHD as well.
9         I didn't specifically look at angina in the
10 studies because it was not part of the data that was
11 readily available to me at the time.
12 Q    Okay. All these items here in your list, MI,
13 congestive heart failure, hypertension, and sudden
14 death, are those serious?
15 A    All of them are serious.
16 Q    Sudden death, obviously.
17 A    Yes.
18 Q    How about congestive heart failure?
19 A    Congestive heart failure is a terrible disease.
20 It leads to substantial hospitalization, becoming
21 ultimately bedridden, short of breath because fluids
22 accumulate in the lungs, and ultimately, will lead to

Page 79

05 - 09220 - Kronmal.txt
23 death.
24        The average survival of someone with
25 congestive failure is about five years. It is an

                Kronmal - Direct                    1514

1  extraordinarily serious disease. It's one of the major
2  causes of death of the elderly.
3  Q    Okay, Doctor. I want to focus now on heart
4  attack, specifically, for a moment.
5         Based on all the data that you looked at in
6  doing your analysis, is the data consistent with an
7  increased risk of heart attacks for less than 18
8  months?
9  A    Yes.
10 Q    There has been a lot of talk in this
11 litigation about there is no evidence to support an
12 increased risk for under 18 months. Are you aware of
13 that?
14 A    I've heard that that's been the case, yes.
15 Q    But your review of the data is inconsistent,
16 then?
17 A    That's correct.
18 Q    Okay. Do you have an opinion as to what the
19 extent of that increased risk is for heart attacks,

Page 80

05 - 09220 - Kronmal.txt
20  even with short-term use?
21  A    Well, the best data that's available indicates
22  that the risk is probably somewhat larger than twice,
23  maybe more than a two-fold increased risk, doubling the
24  risk, approximately, maybe a little higher than that.
25  Q    VIOXX can double the risk of heart attack

                Kronmal - Direct                    1515

1   even with short-term use is the best evidence?
2   A    The best evidence is that there is no difference
3   between short-term and long-term use.
4   Q    And that was for heart attack, sir?
5   A    That's correct. I would include in that sudden
6   death, as well.
7   Q    Sudden death. Okay.
8        All right. I want to talk about the sources
9   of information you looked at, not, you know, data files
10  or command files or things like that. What clinical
11  trials did you look at?
12  A    Well, very specifically, I started with the VIGOR
13  trial. That was at the time the one that first showed
14  an excess risk of myocardial infarction. And then
15  after I had done the analysis of the VIGOR trial, then
16  I began to look at what's called a meta-analysis.
                        Page 81

05 - 09220 - Kronmal.txt
17       A meta-analysis is trying to take the
18  combined experience from a large number of other
19  trials, and combining them to get a single estimate of
20  the overall risk that's based on this large collection
21  of trials.
22       The reason I focused on the meta-analysis is
23  not because I thought a meta-analysis was an
24  appropriate or reasonable thing to do, but because the
25  company had done a meta-analysis and published it and

                Kronmal - Direct                    1516

1   used it in their FDA hearings in an attempt to show
2   that they thought there was no excess risk of CHD
3   events. So I wanted to find out what they had done and
4   what my own independent conclusion would have been --
5   Q    Doctor, you just used an acronym I don't
6   think I wrote down yet. You said CHD events. What are
7   those?
8   A    Well, they are variously defined, and without
9   getting into a lot of detail, CHD would involve,
10  depending on the specific study, MI, sudden death,
11  what's called unstable angina.
12       That's the same kind of chest pain I
13  mentioned earlier, except it's unstable in the sense
                        Page 82

05 - 09220 - Kronmal.txt
14  that it comes and goes, and it's very severe when it
15  comes, severe enough often to require hospitalization
16  to try to control it. The pain becomes so severe that
17  the patient has to be hospitalized. It's unstable
18  angina.
19       It could include angina, as well, and in most
20  studies, it would. Here, for reasons I don't really
21  understand, angina was not included in their definition
22  of cardiac events, even though I think it should have
23  been, in retrospect.
24       And then -- that's -- and then sudden death.
25  That's basically it. Sudden death, MI, unstable angina

                Kronmal - Direct                    1517

1   is what they called cardiac events.
2   Q    Okay.
3   A    CHD.
4   Q    You said CHD is defined differently based on
5   different studies?
6   A    Yeah. Depends on the study. I mean, the term is
7   a generic term for cardiovascular disease. And so it
8   can mean different things depending on the study. So
9   as I say, some studies would include angina, some would
10  not. Some would include just the fatal events, for
                        Page 83

05 - 09220 - Kronmal.txt
11  example.
12  Q    In this case, you studied CHD, right?
13  A    That's correct.
14  Q    Okay. You included what end points -- I'm
15  calling these end points. Are these end points?
16  A    Yes.
17  Q    Okay. What end points did you study in your
18  CHD analysis, sir?
19  A    Well, I started off primarily with MIs, but later
20  on, as I looked at the data particularly from the
21  Alzheimer's studies, I realized that I probably should
22  have, from the start, included sudden deaths. The
23  problem is that the VIGOR study only looked at MIs.
24  They didn't include sudden death in their -- as their
25  composite end point, so I didn't also.

                Kronmal - Direct                    1518

1        When I got to Alzheimer's study and realized
2   that there was a big excess of sudden deaths in the
3   VIOXX group, I basically decided that I should have
4   used the broader definition of CHD, which would be MI
5   plus sudden death.
6        The reason for that is that sudden death is
7   often triggered by an MI, but there is no one around to
                        Page 84

05 - 09220 - Kronmal.txt

8  observe it so no one knows that the person has been
9  having chest pain before they drop dead. And so
10 particularly in the elderly, where people are
11 hospitalized, you know, or are in institutions, may not
12 be monitored very well, and may be in bed most of the
13 time, they may not have had any chest pain, they may
14 not have been observed, and they just suddenly died.
15         And the immediate trigger for the arrhythmia,
16 for the you know, fluttering of the heart, could well
17 have been the MI that killed some of the heart muscle,
18 followed by arrhythmia, which ended up killing the
19 person.
20         So you can't really distinguish between those
21 two if you don't observe them. And further, you can't
22 even distinguish it then, often, unless you do an
23 autopsy on the person. And even with an autopsy, you
24 can't be absolutely sure, because sometimes the clot
25 that caused the MI is gone by the time you have done

                  Kronmal - Direct              1519

1  the autopsy on the person.
2         So I thought at that point in time that the
3  appropriate end point was probably MI plus sudden
4  death, but of course, I had already done the analysis
Page 85

05 - 09220 - Kronmal.txt

5  for MI in VIGOR, and I kept it the same way.
6     Q   Doctor, you talked about I think three of the
7  studies or analyses that you looked at. One was VIGOR,
8  correct?
9     A   Yes.
10    Q   The second was this pooled analysis?
11    A   Yes, this meta-analysis, which I did for MI rather
12 than the end point that they used, which we will talk
13 about later, I'm sure.
14    Q   Okay. The third was the Alzheimer's trial?
15    A   The third were the Alzheimer's trials, yes.
16    Q   And what was the other trial?
17    A   And the fourth was the APPROVe trial.
18    Q   Let's go through these one at a time, okay?
19    A   Yes.
20    Q   The VIGOR trial, what was the VIGOR trial?
21    A   It was a large clinical trial in rheumatoid
22 arthritis. It was a comparison of VIOXX at 50
23 milligrams versus Naproxen, which is another pain
24 reliever used for treatment of rheumatoid arthritis and
25 other pain conditions. And it went on for about a

                  Kronmal - Direct              1520

1  year, and I don't remember the exact number of people
Page 86

05 - 09220 - Kronmal.txt

2  randomized for the trial but it was quite a large
3  number of people.
4     Q   Okay. Doctor, you were looking at the VIGOR
5  trial initially, you said, for heart attacks, right?
6     A   Yes.
7     Q   And why was that?
8     A   Well, first, this trial was about heart attacks,
9  so that's the instruction I was given, that I was
10 supposed to look at the safety profile for heart
11 disease, for heart attacks. And further, that's where
12 the major signal was that the company had observed, was
13 for MIs.
14         Further, I learned later, not at the time I
15 did the VIGOR analysis, that the company had been
16 concerned about the possibility that the drug might
17 cause heart attacks, prior to even doing VIGOR. That
18 had been a concern of the company for -- because there
19 was a biological theory --
20        MS. SULLIVAN: Your Honor, I'm going to
21 object as to what was in Merck's mind for this witness.
22        MR. BUCHANAN: Your Honor, as to why he did
23 his analysis, it's an issue as to why he picked
24 particular end points. We don't want to get any
25 argument that he was data mining or something.

Page 87

05 - 09220 - Kronmal.txt

                  Kronmal - Direct              1521

1        THE COURT: I'm going to allow him to testify
2  along this line, and the jury will make the final
3  decision as to what Merck did or didn't know and why
4  they did or didn't do what they did.
5        You can proceed, Counsel.
6  BY MR. BUCHANAN:
7     Q   Can you answer?
8     A   I had seen documents from Merck scientists that
9  were prior to the start of the VIGOR trial that
10 indicated they were worried that the drug might cause
11 cardiovascular disease. The most definite and easiest
12 to determine of those kinds of events are MI and sudden
13 death.
14        And angina can be caused by heart disease,
15 but there is a lot of false angina, particularly in
16 women, where a woman will have chest pain and it's not
17 really angina, it's due to other causes. And so from
18 that point of view, the cleanest end point and the one
19 where the signal was MI. The VIGOR study showed a
20 dramatic increase in risk for MI.
21    Q   Doctor, we have heard a little bit about that
22 already, but do you know how many MIs were suffered by
23 people taking VIOXX in the trial compared to people
24 with Naproxen?
Page 88

05 - 09220 - Kronmal.txt
25  A   Yes. There were 20 MIs that occurred in the VIOXX

                    Kronmal - Direct                    1522

1   arm of the VIGOR trial, and there were four MIs that
2   occurred in the placebo trial -- in the Naproxen arm,
3   rather, of that trial.
4   Q   Okay.
5   A   That's a five-fold increase in risk.
6   Q   Okay. Five-fold increase in risk. What does
7   that mean to laypeople?
8   A   Well, it means that you are five times as
9   likely -- you know, this is an estimate, of course,
10  because it's based on these numbers. It's based on
11  small numbers. It's an estimate of the risk you would
12  have of taking -- when you are taking the drug compared
13  to what risk you would have had you been taking
14  Naproxen. And the risk is five times as large, 20
15  versus four, a ratio of five.
16  Q   Doctor, I'm writing RR down here. What does
17  that mean?
18  A   It means relative risk, basically. It's the ratio
19  of the probability of having the event under one
20  treatment to the risk when you take -- probability,
21  namely, if you have the other treatment.
                         Page 89

05 - 09220 - Kronmal.txt
22  Q   Okay. So to get beyond relative risk and I
23  guess I introduced statistics there, not you, people
24  taking VIOXX were five times more likely to have a
25  heart attack as compared to people who were taking

                    Kronmal - Direct                    1523
1   Naproxen?
2   A   That's correct. And by the way, that was
3   significant in terms of their statistical significance
4   argument at what's called the .005 level, which means
5   that it was very, very unlikely that it was a chance
6   event. In other words, chance was not a likely
7   explanation for that big a difference.
8       It's like, you know, if you went and were
9   gambling with someone and you flipped a coin 24 times
10  and got 20 heads, you'd be very, very sure that there
11  was something wrong with that coin, that it wasn't just
12  a chance happening.
13      And we assessed the probability, as I said
14  earlier, by this p-value, which is .005, and five times
15  in 1,000, would you get this extreme a result just due
16  to chance? Very unlikely.
17  Q   Let's be clear about that. This p-value you
18  just quoted, you said five times in 1,000, you might
                         Page 90

05 - 09220 - Kronmal.txt
19  get this particular result by chance?
20  A   Or worse. Or more extreme.
21  Q   Or worse?
22  A   About 21-3, 22 -- 21-3, 22-2, 23-1, and 24-0.
23  That's the probability of any of those really extreme
24  events occurring if there was no difference in the
25  rates between the two treatment arms.

                    Kronmal - Direct                    1524
1   Q   So to a statistician, when you have -- you
2   call it a p-value, but when you have five in 1,000
3   chances of getting a result that extreme by chance, do
4   you attribute this result to chance?
5   A   No, you don't.
6   Q   Okay. Did you see anything else of concern
7   from a cardiovascular perspective in the VIGOR trial
8   that you looked at, sir?
9   A   Absolutely. One of the things I noted in the
10  trial was that there was much more -- much more
11  frequent hypertension adverse events in the VIOXX arms
12  than in the placebo arms; that is, many more people had
13  either elevation of their blood pressures while they
14  were taking VIOXX, new onset hypertension, that is they
15  became hypertensive when they weren't before, or when
                         Page 91

05 - 09220 - Kronmal.txt
16  they were already hypertensive -- - had hypertension,
17  and their hypertension became worse, or they actually
18  needed to be hospitalized because their hypertension
19  got so severe that it required hospitalization.
20      By the way, that is an extremely rare event
21  in modern times, and yet, it was seen in these clinical
22  trials of VIOXX. That difference was highly
23  statistically significant with p-values less than one
24  in 10,000.
25  Q   And that means what, sir, again?

                    Kronmal - Direct                    1525
1   A   Again, the chance that those results were due to
2   chance were extremely low.
3   Q   Okay.
4   A   That it clearly is a drug that has severe effects
5   on the vascular system. What the mechanism is by which
6   it causes hypertension, I don't know and I don't think
7   anyone does, but it clearly does that.
8   Q   Well, to be clear, sir, the VIGOR trial was
9   comparing VIOXX to another NSAID, right?
10  A   That's correct.
11  Q   Okay. And VIOXX showed more hypertension
12  compared to traditional NSAIDs?
                         Page 92

05 - 09220 - Kronmal.txt

13  A    Than Naproxen, yes, that's correct.
14  Q    Okay. Any other things you saw from a
15  cardiovascular perspective in your analysis of the
16  data?
17  A    Yes. There was an excess of congestive heart
18  failure in the VIGOR trial in the VIOXX group. Very
19  specifically -- I will refer to my notes here -- there
20  were 19 cases of CHF in the VIOXX arm compared to nine
21  in the Naproxen arm, a relative risk of slightly bigger
22  than two. That did not quite reach statistical
23  significance, that is, the p-value was at the .065.
24  Statistical significance is usually at the 05 level.
25  It was close, but it didn't reach statistical

Kronmal - Direct                1526

1   significance.
2        However, of the -- of those 28 cases of
3   congestive heart failure, 15 were judged by the
4   investigators to be severe adverse events. And a
5   severe adverse event in congestive failures will be
6   typically hospitalization for the congestive failure.
7   That is, the person was so sick they had to be
8   hospitalized.
9        For the 15 that were severe, 12 of them were
                    Page 93

05 - 09220 - Kronmal.txt

10  in the VIOXX group and three were in the placebo -- in
11  the Naproxen group, which is a relative risk of
12  approximately four. They were about four times as
13  likely to have a severe congestive heart failure if
14  they were taking VIOXX than if they were taking
15  Naproxen.
16       As I mentioned earlier, congestive failure is
17  an extraordinarily serious disease with very poor
18  prognosis.
19  Q    Okay. So just so we are clear on this, and
20  it's starting to slant down, I don't know if you can
21  read this, you said there were 19 cases of congestive
22  heart failure on VIOXX and nine on Naproxen in the
23  VIGOR trial, right?
24  A    That's right.
25  Q    You said even though it's a little more than

Kronmal - Direct                1527

1   two times as many, it wasn't statistically significant?
2   A    That's correct.
3   Q    So that, as a statistician, by traditional
4   measures, you couldn't rule out that that was just a
5   chance effect?
6   A    That's correct. You could not rule it out.
                    Page 94

05 - 09220 - Kronmal.txt

7   Q    Okay. But then there was also data on
8   serious congestive heart failure, true?
9   A    That's correct.
10       MS. SULLIVAN: Your Honor, I'm going to
11  object. I've let this go on some, in the interest of
12  not interrupting, but the issue in this case is heart
13  attack, not congestive heart failure, not hypertension,
14  not sudden cardiac death. Can we just stick to heart
15  attack? Because that's what Mr. Humeston is claiming.
16       MR. BUCHANAN: Your Honor, actually, the
17  issue is the risks of the drug that were in the
18  labeling and what a prescribing physician would do with
19  full information. Counsel has made that quite clear in
20  various arguments throughout the trial. What was the
21  risk profile of the drug? This is a serious cardiac
22  risk profile.
23       THE COURT: The objection is overruled. I
24  will allow the testimony to what the risks were.
25  BY MR. BUCHANAN:

Kronmal - Direct                1528

1   Q    Okay. Continuing --
2        THE COURT: As long as we are dealing with
3   cardiovascular events.
                    Page 95

05 - 09220 - Kronmal.txt

4   BY MR. BUCHANAN:
5   Q    You can have serious congestive heart failure
6   too, right, sir?
7   A    That's correct.
8   Q    You told me 12 versus 3?
9   A    Right.
10  Q    Relative risk of four?
11  A    Approximately.
12  Q    Patients on VIOXX were four times more likely
13  to suffer congestive heart failure, serious congestive
14  heart failure?
15  A    That's correct.
16  Q    Was that statistically significant?
17  A    Yes, it was at the .025 level.
18  Q    Which means what?
19  A    Well, it just means that -- the criteria for
20  statistical significance is less than an 0.05 level.
21  That's the standard that's used in medical research,
22  basically. You are willing to take a 1 in 20 chance of
23  making a mistake that this was a chance finding. So
24  that anything below a 1 in 20, .05, you will decide is
25  probably due to the -- whatever the drug you are

Kronmal - Direct                1529
                    Page 96

05 - 09220 - Kronmal.txt

1  studying is, for example.
2      So a .025 means that two and a half times out
3  of 100, you would get this result by chance when there
4  was no difference. That's a very unlikely occurrence.
5    Q   So very unlikely from this trial that the
6  difference in congestive heart failure between VIOXX
7  and Naproxen was due to chance?
8    A   That's correct. But beyond that, hypertension is
9  the major cause of congestive heart failure. So that
10 the excess risk of congestive heart failure was really
11 to be expected, really. When you have that much
12 additional hypertension, you would expect to see more
13 congestive heart failure. So it was hardly any
14 surprise once I had seen the hypertension data.
15      I've done studies over the years of
16 prediction of congestive heart failure, for example,
17 and by far, the biggest risk factor for congestive
18 heart failure is hypertension. Well, that's not quite
19 true. MI is the biggest risk factor for congestive
20 heart failure. After that, it's hypertension.
21   Q   Sir, did you look at deaths that were
22 reported?
23   A   Yes, I did. Yes, I did.
24   Q   What type of deaths did you look at in the
25 VIGOR trial?

Page 97

05 - 09220 - Kronmal.txt

Kronmal - Direct                    1530

1    A   All-cause mortality.
2    Q   What's all-cause mortality, sir?
3    A   It means deaths from all the various causes that
4  are listed, basically, that are defined.
5    Q   Well, can you explain to us why you would
6  look at all-cause mortality rather than just death from
7  heart attacks or cardiovascular disease?
8    A   Well, it's certainly relevant to look at deaths
9  from heart attacks, and later on, as you'll see, I did
10 that particularly with the Alzheimer's data.
11     The main reason is that there weren't a huge
12 number of deaths in the VIGOR study. It was only a
13 year long, and the patients were fairly young, so there
14 weren't a large number of deaths.
15     The other thing is that deaths typically are
16 not easy to classify because you can't always determine
17 exactly why a person died. So a person might have had
18 a pneumonia, for example. The death, the cause of
19 death would be ascribed to that pneumonia, but that
20 person, if their heart wasn't bad, might have survived
21 the pneumonia. In the end, their heart stopped.
22 That's what killed them. But still, the cause of death
23 would be said to be pneumonia. But how can you be sure

Page 98

05 - 09220 - Kronmal.txt

24 that that person would not have survived had they not
25 had a problem with their heart?

Kronmal - Direct                    1531

1      So it's very difficult to really classify it,
2  even in things where it seems obvious that you know the
3  cause of death. Say, for example someone had a cancer,
4  and the listed cause of death is cancer. Your ability
5  to survive the treatment for cancer is heavily
6  dependent on your heart condition. People with strong
7  hearts can stand a lot more chemotherapy than people
8  with hearts that are not strong, that are damaged.
9      So the point is the heart disease that they
10 may have had could have contributed to the fact that
11 they died, even though they died -- the actual proximal
12 cause of death was cancer, for example.
13     I mean, in even something like a car
14 accident, and the person died of the trauma of the car
15 accident, how does anyone know that that person didn't
16 have the accident because they had a heart attack while
17 they were driving their car? You can't tell. No one
18 can tell.
19     And so, it's -- if you see a signal in total
20 mortality, because for the very reason that some people

Page 99

05 - 09220 - Kronmal.txt

21 die of things that are unrelated to the drug. But when
22 you see a signal in total mortality, you have to be
23 very, very worried that something bad is going on.
24   Q   Okay. Let's talk about this. Well, total
25 mortality, that's the term you used, is that an end

Kronmal - Direct                    1532

1  point that's typically looked at in analyzing clinical
2  trials?
3    A   It's always monitored in clinical trials.
4    Q   All the studies --
5    A   The first thing you look at is to be sure you are
6  not killing people. Because obviously, in a trial,
7  that's the worst thing you can possibly do.
8    Q   And in your work for the NIH and other people
9  you do clinical trials for, do you look at total
10 mortality?
11   A   Absolutely, always.
12   Q   Did you look at total mortality in the VIGOR
13 trial?
14   A   Yes, we did.
15   Q   Do you remember what the numbers were?
16   A   I have them here, but I'm having trouble finding
17 them. Just a second.

Page 100

05 - 09220 - Kronmal.txt
18    Well, the deaths were 22 in the VIOXX -- in
19  the VIOXX arm, and 15 in the Naproxen arm. That did
20  not obtain statistical significance. It corresponds to
21  a relative risk of 1.46, a 46 percent increase.
22    And by itself, that would not have caused me,
23  if I had been, say, monitoring the trial in the DSMB,
24  to be extraordinarily concerned by itself. But when
25  you add to it the extraordinary number of excess MIs,

                Kronmal - Direct                1533

1   the congestive heart failure, the hypertensions, that
2   would have been worrisome to me, and should have been
3   worrisome to the company.
4   Q    Doctor, we just laid out some numbers here.
5   When you did your analysis, you actually graphed some
6   of this out too, didn't you?
7   A    Yes, I did.
8   Q    Okay. Let me pass up to you what we are
9   marking as P5.0004 for identification.
10       Sir, can you tell us what it is I just passed
11  over to you?
12  A    These are what are called mortality curves. And
13  we can go to the blackboard or something or show one, I
14  can explain to you what they are. They are a way of
                        Page 101

05 - 09220 - Kronmal.txt
15  showing not only how many events occurred, but when
16  they occur, the pattern of occurrence of the events
17  across time.
18       MR. BUCHANAN: Okay. I'm just going to pass
19  one up to the Court.
20       Isn't that 004?
21       THE COURT CLERK: Yes.
22  BY MR. BUCHANAN:
23  Q    So Dr. Kronmal, do I understand correctly you
24  took these files that you analyzed -- are these big
25  files that you analyzed?

                Kronmal - Direct                1534

1   A    They are moderate size, I would say.
2   Q    A lot of data in them?
3   A    Yes.
4   Q    Hard to understand what the significance of
5   the data is just by looking at the data itself?
6   A    Of course. You have a thousand people's data.
7   It's not easy to just look at all those numbers and
8   make any sense out of it, so you have to find ways of
9   displaying them that convey the information in a
10  compact form that's easily understandable. In fact,
11  that is one of the primary things statisticians do,
                        Page 102

05 - 09220 - Kronmal.txt
12  really, is try to determine ways of displaying the data
13  that will convey what the data actually tells you.
14  Q    Okay. Is that what you did in these figures,
15  sir?
16  A    Yes, I did.
17       MR. BUCHANAN: Counsel, do you have any
18  objection?
19       MS. SULLIVAN: I'm sorry. To these?
20       MR. BUCHANAN: Do you have any objection to
21  putting this up?
22       MS. SULLIVAN: No.
23       MR. BUCHANAN: Can you put up Figure 1,
24  please?
25  BY MR. BUCHANAN:

                Kronmal - Direct                1535

1   Q    Okay. Dr. Kronmal, what is that?
2   A    That is a cumulative event rate curve, it's
3   called. Cumulative because it adds up across time.
4   Events because it's events. And it's a curve. And if
5   I could go to the blackboard, maybe I could explain how
6   that curve is drawn.
7   Q    Sure.
8   A    First, these are the axes. And every time a
                        Page 103

05 - 09220 - Kronmal.txt
9   person has an event, that is, if someone had an MI,
10  like in the graph up ahead that you see there, the
11  curve will go along, there are no events, and then
12  someone has an event, the curve goes up in a step, what
13  is called a step.
14       That's one for the number of events that
15  occurred at that time point divided by how many people
16  were at risk at that time point, in other words, how
17  many people were in the trial still alive and being
18  followed at that particular time point.
19       So one event, say, occurred here, we went up
20  one over whatever the number of people were, say there
21  were a thousand people in study, we would have gone up
22  one-thousandths on the graph.
23       And then we would go along, say there would
24  be another event there, and then maybe another event
25  there, another one there, another one there, and so on,

                Kronmal - Direct                1536

1   until, finally, you get this curve. And what you can
2   read off of the curve is the cumulative number of MIs
3   or the proportion of people who had MIs at any given
4   time point.
5        So if you go out to, say, 12 months, that's
                        Page 104

05 - 09220 - Kronmal.txt

6  the time to MI in months at the axes, for the VIOXX
7  group, or what's called rofecoxib, which is the
8  generic -- I think it's the trade name, rofecoxib,
9  you'll see that approximately nine in a thousand people
10 had MIs by the time one year occurred in the study.
11       If you look at the Naproxen group, as you can
12 see, approximately one in a thousand people had an MI
13 by the end of the study. There were only four MIs in
14 the Naproxen group, and that's why there are four steps
15 in the curve. If you were to count, there would be 20
16 steps in the curve for VIOXX or rofecoxib. There would
17 be 20 steps up.
18       Now, you notice that some of the steps are
19 bigger than others. That's because particularly
20 towards the end of the trial, you don't have very many
21 people still under observation. So remember, the step
22 size that you take is the number of people at risk --
23 is the number of events, one, in this case, divided by
24 the number of people still at risk.
25       So at the end -- at the beginning, you might

                Kronmal - Direct              1537

1  have had, say, a thousand people at risk who are still
2  in the study, but by the end, a lot of people had
                        Page 105

3  dropped out, they have had events or they had quit the
4  study or died, and maybe at the end, you only have 750
5  people in the study. So the step size would be 1 over
6  750 at the end. At the beginning, it would be 1 over
7  1,000, a bigger step size.
8        Further, though it's not shown here, the
9  reliability of the curves are less at the beginning and
10 at the end. They are less at the beginning because not
11 very many events have occurred, so there is much more
12 variability at the beginning.
13       So we only have, if you look at the very
14 beginning of that curve, say, in the first three
15 months, there were like eight events, seven events,
16 something like that, so our estimate of the risk is not
17 very precise. But as you get more and more events
18 accumulating, the estimate of the risk becomes more and
19 more precise. And that's really very important.
20       Plus, at the end, the actual estimate isn't
21 so good because the jump is very dependent on
22 relatively few people still at risk in some cases. As
23 you will see in some of the other survival curves,
24 there will be big jumps at the end, and that's because
25 there may have been only 50 people still in study at
                        Page 106

05 - 09220 - Kronmal.txt
                Kronmal - Direct              1538

1  four years to follow up, for example.
2        So the jump size is 1 over 50, whereas the
3  beginning of the study, it may have been 1 over 1,000.
4  But either way, the estimate you get at the end is the
5  proportion of people by that time point who had an
6  event of that kind in the study.
7        And by the way, you can read off from this as
8  well the proportion of people at six months who had an
9  event, the estimated proportion in the two groups, the
10 proportion of people who, in two months, had an event
11 in each group.
12       So if you were talking about the two-month
13 point, there were about -- one, two, three, four,
14 five -- about five events in the VIOXX group and
15 approximately two in the Naproxen group. So the risk
16 at two months would have been two and a half, 5 over 2,
17 approximately.
18       Now, that is an imprecise number, of course,
19 because there aren't very many events. It's like our
20 flipping of the coin example. You don't have much
21 precision when you haven't accumulated very much
22 observation, and the precision gets greater and greater
23 as you go along in the study.
24       So that's basically the idea. I hope I was
25 clear. It's not easy to do it under these
                        Page 107

05 - 09220 - Kronmal.txt

                Kronmal - Direct              1539

1  circumstances. It is something that is probably an
2  hour and a half lecture in a beginning stats class,
3  so --
4  Q    Thank you, Doctor.
5  A    At the graduate level, at that.
6  Q    Can we go to the next slide, please.
7        Doctor -- I will wait until you get back.
8        Doctor, what's this chart?
9  A    This is a chart showing the mortality in the VIGOR
10 trial. And, again, what you can see is that there was
11 some variation early on, maybe in the first few months,
12 the first -- less than a month, there were three events
13 in the Naproxen group and none in the VIGOR -- in the
14 VIOXX group.
15       But then you had a series of events very
16 rapidly in the deaths in the VIOXX group. As you can
17 see, there was probably one, two, three, four, five
18 maybe five events that occurred at about the one-month
19 mark.
20       And then overall, the curve for mortality for
21 VIOXX exceeded that for the Naproxen group by a
22 reasonable margin, not statistically significant,
                        Page 108

05 - 09220 - Kronmal.txt
23 admittedly, but certainly very suggestive that there
24 might be a problem.
25     But when it comes to mortality, there is

Kronmal - Direct                    1540

1 something that really needs to be emphasized, and that
2 is you don't take risks with people's lives. You don't
3 need statistical significance to stop a trial based on
4 mortality. What you need is basically enough evidence
5 that makes you significantly worried that you may be
6 causing deaths.
7     In this trial, not only did we have the worry
8 here, but we also had this extraordinary risk for MI of
9 five-fold. We had a four-fold risk of serious
10 congestive heart failure. We had excessive amounts of
11 hypertension in the VIOXX group compared to the
12 Naproxen group. We had an overall extraordinary
13 picture of a drug that was not safe.
14 Q   Doctor, before we go to the next slide, to be
15 clear, when did the VIGOR study conclude, roughly?
16 A   The dates?
17 Q   Do you remember the year?
18 A   Not the exact year. It's probably in here
19 somewhere.
Page 109

05 - 09220 - Kronmal.txt
20 Q   We'll have a document for you in a little bit
21 and we will refresh your memory on that.
22     What is this Figure 3, sir?
23 A   This shows the same kind of curve for hypertensive
24 adverse events. And the one thing to note is that the
25 scale on the vertical axis goes up to 15 percent. So

Kronmal - Direct                    1541

1 we are now talking about a very fairly common side
2 effect.
3     Now, of course, it's fairly common in the
4 Naproxen group too. And by the way, Naproxen is known
5 to increase blood pressure, so this is doing worse than
6 another drug that also increases blood pressure. It's
7 not only -- if you had a placebo group here, almost
8 unquestionably, the risk of new onset hypertension or
9 hypertensive adverse events would be extremely low.
10 Because people don't, in a year's time, become
11 hypertensive very often.
12 Q   Doctor, this curve here, this is for -- this
13 is representing people who had a hypertensive event who
14 hadn't had a previous -- who were not hypertensive when
15 they started the trial?
16 A   Yeah. The way I did it is I broke it down into
Page 110

05 - 09220 - Kronmal.txt
17 two groups, those who were not hypertensive at
18 baseline, that is, when they started the trial, and
19 then a second group who were hypertensive at baseline,
20 when they started the trial, because they are different
21 kinds of people, because one are under treatment, the
22 others are not.
23     So these people had their blood pressure go
24 up or they became hypertensive, or they had
25 hypertensive crises that caused them to be

Kronmal - Direct                    1542

1 hospitalized, various kinds of hypertensive adverse
2 events.
3     And by the way, you notice one sort of
4 strange appearance of this curve is that it goes up in
5 bumps, you know it kind of has a sort of bumpy
6 appearance, and that's because those were roughly the
7 times that people were brought back to their clinics to
8 have their hypertension evaluated. So in between those
9 times, they could have had a hypertensive adverse event
10 and the investigators wouldn't have known about it
11 because they were not under observation at those times.
12     So the only times they could pick up those
13 events in large part were at the times of examinations.
Page 111

05 - 09220 - Kronmal.txt
14 So that first curve you saw was for the people who were
15 not hypertensive at baseline, showing an excess
16 increased risk, and this curve is showing the increased
17 risk which is really substantial of making the person's
18 hypertension worse. People who were already under
19 treatment for hypertension, now their hypertension
20 actually got worse.
21     And that has substantial implications because
22 in the first place, they're already taking drugs for
23 their hypertension, trying to control it. Now they
24 take VIOXX, and their hypertension becomes much worse.
25     That would mean that either they would have

Kronmal - Direct                    1543

1 to up the dose of the drugs they were taking which, in
2 turn, would cause them side effects, almost -- in many
3 cases, or they would have to have had other drugs
4 added, or they would have to change drugs to more
5 potent drugs. And those more potent drugs would
6 probably be more expensive, would probably have
7 greater -- a worse side effect profile.
8     So in other words, there are consequences.
9 And beyond that, hypertension is a big risk factor for
10 sudden death, for congestive heart failure, for
Page 112

05 - 09220 - Kronmal.txt
11  myocardial infarction, and for stroke.
12    Q    All right, Doctor. I just want to go back to
13  the earlier chart you prepared with me.
14          At some point in time, the results of the
15  VIGOR trial were published in the peer-reviewed
16  literature?
17    A    That's correct.
18    Q    Okay. Where were they published?
19    A    The New England Journal of Medicine.
20    Q    Okay. Did you review that publication?
21    A    Yes, I did.
22    Q    You considered it in forming your opinions?
23    A    Yes, I did.
24    Q    Okay. Can you tell me, though, without me
25  pulling up the charts, can you tell me whether the

                    Kronmal - Direct              1544

1   information reflected -- let's start with the slides.
2   Were there slides or graphs like that that we have
3   shown to the jury in the publication, The New England
4   Journal of Medicine?
5     A    No, there were not. The fact is, for
6   hypertension, they only made a comment in passing that
7   the hypertension events were similar to what was
                            Page 113

05 - 09220 - Kronmal.txt
8   expected from other NSAIDs, nonsteroidal
9   anti-inflammatory drugs, when Naproxen is an NSAID, and
10  the results are highly statistically different from
11  Naproxen.
12          Further, they went on to say that there was
13  an increase in blood pressure with Naproxen versus -- I
14  mean, for their drugs versus -- VIOXX versus Naproxen
15  of about 5 millimeters of mercury, and then sort of
16  just passed that off as unimportant. Yet a 5
17  millimeter mercury increase in blood pressure is an
18  extraordinarily important thing, because it will cause
19  some people to become hypertensive that weren't and
20  would cause other people who were already hypertensive
21  to require additional drugs.
22          For congestive heart failure, there was no
23  mention, not a word, in their paper about the risks
24  seen for congestive heart failure.
25    Q    Well, Doctor, let's be fair. Was there any

                    Kronmal - Direct              1545

1   mention of the risk of suffering a heart attack on
2   VIOXX in that particular publication?
3     A    Yes. Yes, there was. It was somewhat
4   misrepresented in that they basically indicated the
                            Page 114

05 - 09220 - Kronmal.txt
5   risk was four. And why they did that, I don't know.
6   By the time that publication was out, they had the
7   data, and knew the risk was five-fold, but they still
8   put in the paper that it was four-fold.
9           But they didn't actually say it was
10  four-fold. They actually said that Naproxen reduced
11  the risk of having an MI rather than to say that their
12  drug increased the risk. And they hypothesized that
13  and displayed the data in that fashion, in a very
14  nonstandard fashion, as a matter of fact. And I won't
15  go into the details of that, but basically, they put
16  the impression to the medical community that Naproxen
17  was this sort of miracle drug that prevented MIs.
18    Q    Doctor, did you look at the data from the
19  VIGOR trial with respect to heart attacks to examine
20  whether or not, statistically, that made sense, to
21  suggest you could explain the results 20 to 4 on heart
22  attacks by virtue of Naproxen's cardioprotective
23  benefit?
24    A    Yes, I did. There is extensive data in the
25  literature on the effects of the most important and

                    Kronmal - Direct              1546

1   most effective anti-platelet agent around, which is
                            Page 115

05 - 09220 - Kronmal.txt
2   aspirin. And that data basically shows for almost all
3   groups of people you can look at, that aspirin reduces
4   the risk approximately by one-third, by .33 percent,
5   for having a heart attack. This is a five-fold
6   reduction in risk here, not a .33 percent reduction.
7           So I tested the hypothesis that Naproxen was
8   equivalent, was the same, basically, as aspirin. And
9   in testing that, it's soundly rejected.
10          For this kind of result to have occurred, you
11  would have concluded that Naproxen was far superior to
12  aspirin. There was no data then and there is no data
13  today that would imply that Naproxen is better than
14  aspirin. In fact, what data there is today on
15  Naproxen -- there was a recent clinical trial that was
16  stopped, it was Naproxen against placebo --
17    Q    Doctor, I just want to stay focused on your
18  particular statistical analysis for now, okay?
19    A    Sure. All right.
20    Q    You looked at the relative cardioprotective
21  benefit that aspirin has been found to have in trials,
22  correct?
23    A    That's correct.
24    Q    And you tested whether if Naproxen had the
25  same cardioprotective benefit, could that explain this
                            Page 116

```
                05 - 09220 - Kronmal.txt
                   Kronmal - Direct                    1547
 1   result? Is that what you did?
 2   A     That's correct.
 3        Q    And you found that it couldn't?
 4   A     That's correct.
 5        Q    Okay. What about deaths? Did the company
 6   report death data in The New England Journal article?
 7   A     I actually don't remember.
 8        Q    Okay.
 9   A     I just don't remember.
10        Q    We can direct you to your report later.
11   A     Okay.
12        Q    To be clear, congestive heart failure was not
13   reported?
14   A     No, it was not.
15        Q    Hypertension?
16   A     It was reported, but in a way that would not have
17   allowed someone in the medical community to realize how
18   severe the hypertensive side effect profile was.
19        Q    And this particular risk reflected in your
20   Figure 1 was -- first of all, Figure 1 was never in The
21   New England Journal of Medicine?
22   A     No, it was not. They did not show the actual
23   Kaplan Meier curve for MI.
24        Q    Have you ever see Figure 1 anywhere? Have
                           Page 117
```

```
                05 - 09220 - Kronmal.txt
25   you ever seen the company ever put that forth anywhere?

                   Kronmal - Direct                    1548
 1   A     I don't remember seeing it, no.
 2        MR. BUCHANAN: Okay. Your Honor, I'm going
 3   to move into -- well, why don't -- Do you want to take
 4   a break, Your Honor? Or I can go for another 30
 5   minutes.
 6        THE COURT: I don't really care.
 7        Does the jury want lunch now or would you
 8   rather wait another half hour?
 9        Let's keep going.
10        Well, unless you want to break now. If you
11   do, raise your hand.
12        Let's just go a little longer.
13        MR. BUCHANAN: Thank you. Great, Your
14   Honor.
15        THE COURT: Are you going --
16        MR. BUCHANAN: I am, Your Honor, but I was
17   going to move the whole stack in. I can offer them
18   now. Your Honor, plaintiffs offer P5.0004 as summary
19   charts of the statistical data examined and presented
20   and summarized by Dr. Kronmal by his analysis.
21        MS. SULLIVAN: Your Honor, they are not on
                           Page 118
```

```
                05 - 09220 - Kronmal.txt
22   the plaintiffs' exhibit list and they are
23   demonstratives.
24        MR. BUCHANAN: They are actually summaries,
25   Your Honor, and they are encompassed all within

                   Kronmal - Direct                    1549
 1   Dr. Kronmal's report that was served some five months
 2   ago.
 3        MS. SULLIVAN: It's cumulative, Your Honor.
 4   He has testified about it, and they are demonstrative
 5   exhibits. And they also were weren't on plaintiffs'
 6   exhibit list.
 7        MR. BUCHANAN: Your Honor, defense offered
 8   graphical representations of their trials in their
 9   opening statement. They haven't offered any graphical
10   representations of the particular end point at issue.
11        THE COURT: This is twelve graphs that you
12   are offering?
13        MR. BUCHANAN: Yes.
14        MS. SULLIVAN: We are not saying they can't
15   consider them as demonstratives, they just shouldn't be
16   evidence.
17        MR. BUCHANAN: They are proper summaries,
18   Your Honor, pursuant to Dr. Kronmal's very specific
                           Page 119
```

```
                05 - 09220 - Kronmal.txt
19   analysis of their very own data that they have had.
20        THE COURT: All right. Keep going. Let me
21   look at the -- the jury can consider them as evidence
22   at this point. It's a question of whether they are
23   going to get copies of them in the jury room, and
24   that's something that I will make a decision about over
25   lunch.

                   Kronmal - Direct                    1550
 1        MS. SULLIVAN: Your Honor, in terms of
 2   considering them as evidence, Dr. Kronmal has not
 3   furnished defendants with the basis, the underlying
 4   basis of his analysis that make up this demonstrative.
 5   We don't know how he arrived at this because he hasn't
 6   provided the basis consistent with the evidence rules
 7   for this summary.
 8        MR. BUCHANAN: Sir -- I can lay the
 9   foundation, Your Honor.
10   BY MR. BUCHANAN:
11        Q    Sir, this particular analysis of the VIGOR
12   data that is reflected on the screens in these figures,
13   where did you get the data from?
14   A     Basically, the file that I used for doing the
15   analysis was -- the file that they listed was a file
                           Page 120
```

05 - 09220 - Kronmal.txt

16  that they gave to the FDA to summarize the data. So I
17  basically took their file that they used for their FDA
18  presentations, and used it for the analysis.
19   Q   Doctor, did you use standard methodology in
20  analyzing these particular files?
21   A   Absolutely. This is absolutely standard for the
22  way you analyze data from clinical trials.
23   Q   Okay. And the actual underlying data would
24  be voluminous?
25   A   I'm sorry?

Kronmal - Direct                                1551

1   Q   The actual underlying data from which you
2  generated these graphs would be voluminous?
3   A   Well, you could list it all. I mean, it wouldn't
4  be incredibly voluminous to list that specific data.
5  No, it wouldn't be.
6   Q   Could you get this type of graphical
7  representation out of looking at lines of events in the
8  tables that you looked at, sir?
9   A   If one wanted to go to that much trouble, you
10  could, yes.
11   Q   You would have to graph it?
12   A   Yeah, by hand. That would be very time-consuming.
Page 121

05 - 09220 - Kronmal.txt

13   Q   Sir, do these accurately reflect the
14  cumulative event rates as demonstrated in your analysis
15  of the underlying -- of the company's underlying data
16  files?
17   A   Assuming that the data files I had are correct,
18  yes.
19       MS. SULLIVAN:  Your Honor --
20       MR. BUCHANAN:  I can go on to the next area.
21  We can take it at sidebar.
22       MS. SULLIVAN:  Your Honor, the issue is that
23  Dr. Kronmal has not provided his analysis. We don't
24  have his worksheets, his calculations. He hasn't
25  provided us any information as to how he got to this.

Kronmal - Direct                                1552

1       MR. BUCHANAN:  Your Honor, all of
2  Dr. Kronmal's files were turned over to defense on hard
3  drives.
4       MS. SULLIVAN:  Not his analysis.
5       MR. BUCHANAN:  All of his hard drives. You
6  inquired of it during his deposition.
7       THE COURT:  All right. They had the
8  opportunity to have his data and they also had the
9  opportunity to take his deposition pretrial.
Page 122

05 - 09220 - Kronmal.txt

10       The contents of voluminous writings that
11  cannot conveniently be examined may be presented by a
12  qualified witness in the form of a chart, summary, or
13  calculation. Rule 1006. This fits Rule 1006, and I
14  will admit it into evidence.
15       MR. BUCHANAN:  Thank you, Your Honor.
16  BY MR. BUCHANAN:
17   Q   Dr. Kronmal, after we got beyond the VIGOR
18  trial, or you got beyond looking at the VIGOR data,
19  what did you look at next?
20   A   Next I went to the meta-analyses that were --
21  because the company had basically used the
22  meta-analysis they conducted afterwards as a defense to
23  basically say that the VIGOR data was not in any way
24  representative of what the drug actually did.
25       So they did what they call the meta-analysis

Kronmal - Direct                                1553

1  where they took data from all of their mostly very
2  small clinical trials, very, very short-term trials,
3  against different comparator agents, so some would be
4  against Naproxen, some against ibuprofen, some against
5  diclofenac, a few against placebo, and then they
6  basically combined those in trying to get an -- to show
Page 123

05 - 09220 - Kronmal.txt

7  overall that there was no excess risk, basically.
8  That was the -- I think the attempt, at least, and to
9  convince the FDA that they didn't have a serious
10  problem, and presumably convince the medical community,
11  as well, that they didn't have a serious problem.
12   Q   Okay, Doctor. I'm --
13       Actually, why don't we pull up Table 1,
14  please.
15       Doctor, what is this Table 1?
16   A   Table 1 shows for a grouping of studies that were
17  in their data files -- That is, I used a grouping that
18  they had put in their data file. At the time, I didn't
19  really know what a lot of these studies actually were.
20       This is very early in my analysis of the
21  data, and so I didn't know exactly what all these
22  studies were, but they had grouped their data files,
23  they had a variable that was defined in these one, two,
24  three, four, five, six categories.
25       So what I did, basically, in my report, is

Kronmal - Direct                                1554

1  display what the relative risks were for each of those
2  groupings that the company had defined. I didn't
3  define them. And these were the labels that they gave
Page 124

05 - 09220 - Kronmal.txt

4   for those categories. And --
5   Q   Doctor, looking through these, just to be
6   clear, we see names of trials or indications? How is
7   this organized?
8   A   It's very unclear to me and it was unclear to me
9   at the time. Some of these are a whole group of
10  trials, like osteoarthritis was a whole group of
11  trials. ADVANTAGE was a single trial. Alzheimer's was
12  two trials. Rheumatoid arthritis was, again, a whole
13  series of trials. VIGOR, you already heard about, was
14  a single trial. Non-rheumatoid arthritis was a group
15  of trials that was a mixed bag of various kinds of
16  trials which included, by the way, some osteoarthritis
17  trials as well. And some other trials, headache, I
18  think, and back pain maybe. I'm not sure exactly what
19  all of them were.
20  Q   Okay. Then you have at the bottom, you have
21  something called overall estimate. What is that?
22  A   Well, the approach I used was -- By the way, this
23  is for myocardial infarction because that's where the
24  signal was in the VIGOR study, so that was the
25  appropriate end point to focus on, and that's where I

Kronmal - Direct                     1555
Page 125

05 - 09220 - Kronmal.txt

1   put my focus.
2       And basically, what the overall estimate is
3   is a summary estimate of what the risk is based on
4   combining the estimates from all of those trials.
5       Now, you need to remember that, as I
6   explained to you before, that any individual trial or
7   even groups of trials are going to vary. There is
8   going to be a lot of chance variation in the rates.
9   And you expect when you look at a lot of trials that
10  some of them will show one thing and some of them will
11  show another, just due the chance.
12      And one of the ways we assess that is what's
13  called a confidence interval. And that basically is
14  saying, how confident are we about where the true value
15  of the risk actually lies? And so we can sort of say
16  we are not -- but I'm being very loose about how I
17  define this because I can't go into the details, but
18  basically, this says we are 95 percent confident that
19  the risk is somewhere between those two limits that are
20  shown.
21      So if you look, for example, at the one
22  labeled osteoarthritis, we are pretty sure that the
23  risk is somewhere between .24 in any protective to as
24  high as a relative risk of 2.62, which would be against
25  the drug. And for ADVANTAGE, the estimate is 4.92, but

Page 126

05 - 09220 - Kronmal.txt

Kronmal - Direct                     1556

1   the confidence interval extends from a protection, .55,
2   to an excess risk of 232-fold.
3       In other words, what this shows is that we
4   are not terribly confident about these rates, except
5   for VIGOR, where the rates are all are above one. A
6   risk of one would be no excess risk. It would be equal
7   in the two groups. If you have a relative risk of one,
8   it would be equal in two groups.
9       So the only one we are very confident on is
10  not one is VIGOR, but they're all -- the purpose of
11  displaying this table was to show that these are all
12  consistent with the possibility that the relative risk
13  is somewhere close to two. In this particular
14  analysis, it came out 1.87.
15  Q   Doctor, just so we are clear, when we go
16  through these, the Alzheimer's line there, that was a
17  study that involved VIOXX in treatment of Alzheimer's
18  disease?
19  A   That's correct, versus placebo.
20  Q   Okay. You have non-rheumatoid arthritis.
21  Are those -- what types of trials are those?
22  A   Those are a mixed bag. Some of them are
23  osteoarthritis, some of them are not. Some of them are
Page 127

05 - 09220 - Kronmal.txt
24  other things.
25  Q   Did you group them this way or --

Kronmal - Direct                     1557

1   A   No, I did not. These were grouped by the company
2   in this fashion. I just took what was there.
3   Q   Is ADVANTAGE also an osteoarthritis trial?
4   A   Yes, ADVANTAGE is an osteoarthritis trial. In
5   retrospect, now that I know what these trials are, I
6   don't understand why they grouped them the way they
7   did. If they wanted to call some group osteoarthritis,
8   they should have included ADVANTAGE and the
9   nonrheumatoid arthritis trials that were
10  osteoarthritis.
11      Why they made it this way, I don't know. Had
12  they included, of course, ADVANTAGE and the other
13  non-rheumatoid arthritis that were also osteoarthritis,
14  then that relative risk would not be .77 but would
15  almost certainly be above one. How high it is, I don't
16  know off the top of my head.
17  Q   Doctor, you calculated an overall estimate of
18  the relative risk of heart attacks for patients taking
19  VIOXX compared to patients taking comparator agents,
20  right?
Page 128

05 - 09220 - Kronmal.txt

```
21  A    That's correct.
22  Q    Comparator agents means another study drug
23  that VIOXX was compared to?
24  A    Yes.  There was a wide variety of drugs used here,
25  some of which now are thought to increase the risk of
```

                Kronmal - Direct                1558

```
 1  MI also.  So in a sense, this may be above and beyond
 2  what those other drugs were thought to do --
 3      Q    Doctor, we have --
 4      A    -- in some cases.
 5      Q    We have an overall relative risk of 1.87.  Do
 6  you see that?
 7      A    Yes.
 8      Q    That means by this analysis, that the point
 9  estimate or the specific -- the center of your
10  confidence interval is an 87 percent increased risk?
11      A    That's correct.
12      Q    Okay.  Can you give us some perspective on
13  what it means to -- well, let's talk about what it
14  means to reduce the risk of heart attack.  Are there
15  drugs that help reduce the risk of heart attack, sir?
16      A    Yes, there are.
17      Q    Okay.  What's one of the most lifesaving
                        Page 129
```

05 - 09220 - Kronmal.txt

```
18  or -- what's one of the most cardioprotective drugs we
19  know?
20      A    There are probably two that are really strongly
21  cardioprotective, and that is the aspirin and what I
22  call the statins, which lower cholesterol levels.
23  Roughly speaking, the aspirin reduces the risk by about
24  .33.
25      Q    So that's a 33 percent reduction in risk?
```

                Kronmal - Direct                1559

```
 1      A    That's right, and this is compared to an 87
 2  percent increase.
 3           And then, the statins vary from, depending on
 4  the patient population, from about a 25 percent
 5  reduction in risk for people who are healthy, who are
 6  at risk for CHD, and maybe as high as a 30 or 40
 7  percent reduction in risk for people who have existing
 8  CHD.
 9      Q    Doctor, I want to -- let's go to the next
10  slide, actually, and see what this looks like.
11           What's this, sir?
12      A    This is taking all of the data from all of those
13  studies that I showed you on the previous slide, and
14  showing the same kind of curve, this is the Kaplan
                        Page 130
```

05 - 09220 - Kronmal.txt

```
15  Meier curve, also called the event rate curve, for MI
16  versus control.
17           Control here means a whole different bunch of
18  drugs, sometimes it was placebo, sometimes it was
19  ibuprofen, sometimes it was Naproxen, sometimes it was
20  diclofenac, and there may be other drugs as well that I
21  don't know about.
22           And as you can see, the pattern is that there
23  is almost an immediate increase in risk that occurs
24  right, you know, within weeks of the people starting
25  the drug, and that it continues on in a linear fashion.
```

                Kronmal - Direct                1560

```
 1  So that the composite data from all of their studies
 2  basically shows a constant rate of risk associated with
 3  taking VIOXX across the entire range of time.
 4      Q    Now, sir, the company, you said, I think, did
 5  their own meta-analysis, right?
 6      A    That's correct.
 7      Q    Okay.  Did you ever see one of these charts
 8  in anything the company published about their
 9  meta-analysis?
10      A    No, I did not.
11      Q    Okay.  Did you ever see anything published
                        Page 131
```

05 - 09220 - Kronmal.txt

```
12  that reflected the data from the MI meta-analysis that
13  you did?
14      A    Not in the way I did it, no, I did not.
15      Q    Okay.  Where did you get the data to create
16  this particular chart?
17      A    Well, the company had a file that was entitled
18  meta-analysis.  That was one of the few ones I could
19  actually figure out what it was without delving very
20  deeply.  And in that file were -- in that folder were
21  two files, one called meta-APTC, the other called meta-
22  MI, or it might have been MI-meta.  I'm not sure of the
23  order of the two parts.
24           And I compared the APTC file and the results
25  from that with what they had published, and they were
```

                Kronmal - Direct                1561

```
 1  identical.
 2      Q    Sir, we just have to explain what APTC means.
 3      A    The company, rather than focus on MI, where they
 4  had a big signal of excess risk, instead, for reasons
 5  that I don't understand to this day, decided that they
 6  would take a broader end point.
 7           And the broader end point they chose was an
 8  end point that included myocardial infarction, unstable
                        Page 132
```

```
05 - 09220 - Kronmal.txt
```

9  angina, peripheral vascular thrombosis, pulmonary
10 thrombosis, strokes, hemorrhages. They had this broad
11 end point that they called the APTC end point.
12     Now that comes from Anti-Platelet Trialist
13 Collaboration. And that -- there was a group that got
14 together that wanted to combine all of the aspirin
15 studies to try to get an estimate of the benefit of
16 aspirin, the benefit, not the harm of aspirin, but the
17 benefit of aspirin.
18     And what they did was they combined all of
19 the studies they had. They first looked at MI
20 separately. They looked at stroke separately. They
21 looked at peripheral vascular events separately, and so
22 on. So they looked at all these events separately, and
23 found that aspirin for every one of them reduced the
24 risk, except for hemorrhages, where it increases the
25 risk.

                    Kronmal - Direct            1562

1      And then -- hemorrhages are bleeds, by the
2  way, and they can be serious bleeds. There can be
3  bleeds in the brain that are deadly. There can be
4  bleeds in the gut that are deadly.
5      And then they wanted to have a global
                    Page 133

```
05 - 09220 - Kronmal.txt
```

6  estimate of the benefit of aspirin, and I emphasize
7  benefit of aspirin, and so they created this APTC end
8  point. It was never meant for evaluating the negative
9  side effects of the drug. It was meant as a global
10 estimate of the benefit of aspirin.
11     For reasons, as I say, that I don't
12 understand, the company chose to use this broad end
13 point rather than MI. But, they had an analysis plan
14 for the meta-analysis, and included in that analysis
15 plan, they stated that their secondary analysis was
16 going to be MI, that they were going to be a
17 meta-analysis of MI. And they never presented the
18 meta-analysis of MI anywhere.
19   Q   And this -- when we say meta-analysis of MI,
20 we are talking about a meta-analysis of heart attacks?
21   A   That's right, along the lines that I've done here.
22   Q   Okay.
23   A   Later, however, an independent investigator that
24 had no ties to the company by the name of Juni,
25 J-U-N-I, got data from the FDA website, which was

                    Kronmal - Direct            1563

1  basically not the broad data like I had, but, rather,
2  studies of the number of MIs there were in each of the
                    Page 134

```
05 - 09220 - Kronmal.txt
```

3  two groups, whatever the drugs that were being used at
4  the time were, and did a meta-analysis.
5      It was published in The Lancet, one of the
6  most prestigious medical journals in world. And in
7  that paper, he got results that were very, very
8  comparable to my meta-analysis that I've shown here.
9      And he found that the relative risk was about
10 2.3-fold because he included slightly different studies
11 than what the company had done. I was just trying to
12 replicate the company's approach, although not their
13 exact analyses, because I wasn't interested in the APTC
14 end point.
15   Q   Okay. So what you did, sir, to be clear, you
16 took the company's data file they had in a folder
17 called meta-analysis?
18   A   That's correct.
19   Q   Okay. And they had a data file with all the
20 data on just heart attacks?
21   A   Included -- it was called MI, and that's what it
22 included.
23        MR. BUCHANAN: Okay. Your Honor, I'm getting
24 ready to move on to another area.
25        THE COURT: Let's break now.

                    Page 135

```
05 - 09220 - Kronmal.txt
```
                    Kronmal - Direct            1564

1  We will ask the jury to report back at 1:30
2  and not discuss the case during the break. See you
3  back at 1:30.
4      (The jury left the courtroom at 12:20 p.m.)
5      (A luncheon recess was taken from 12:21 p.m.
6  to 1:30 p.m.)
7        THE COURT: You can bring the jury in.
8        MS. SULLIVAN: Your Honor, before we do that,
9  I'm obviously very concerned about time, given
10 plaintiffs' representation that Dr. Kronmal has to
11 leave today, and I just don't want to be slammed
12 against the clock with cross-examination. Obviously,
13 we need adequate time to cross the witness.
14        MR. BUCHANAN: Your Honor, I think I will be
15 done by 2:15.
16        THE COURT: Okay. Will that be okay?
17        MS. SULLIVAN: I'm not sure, Your Honor. I
18 think that's cutting it close if we give the jury their
19 normal break. We will do the best we can. I just want
20 to let you know, Judge.
21        MR. BUCHANAN: If necessary, Your Honor,
22 could we -- could we work a few extra minutes today if
23 we need to accommodate the witness?
24        THE COURT: I'm always for it, if you want
25 to, but the jury can't always stay and staff can't
                    Page 136

05 - 09220 - Kronmal.txt

Kronmal - Direct                                            1565

1   always stay. We'll see what we can do.
2           You can bring the jury in.
3           MR. BUCHANAN: Speed science.
4           THE COURT: Speed it up.
5           You don't want the jury spending all the time
6   looking at the back of your jacket.
7           MR. BUCHANAN: I get style points from him.
8           MR. SEEGER: Yeah, like I have style.
9           THE COURT: Have you guys been living in a
10  hotel for a week?
11          MR. SEEGER: Yeah. Bad, bad.
12          Not together. We have separate rooms.
13          (Laughter.)
14          MR. SEEGER: Since she's typing, Judge.
15          THE COURT: You can bring the jury in.
16          (The jury entered the courtroom at 1:35 p.m.)
17          THE COURT: You can be seated.
18          You can proceed, counselor.
19  BY MR. BUCHANAN:
20      Q   Dr. Kronmal, I'm going to try and focus
21  pretty quickly on the remainder of the analyses that
22  you did. We are a little squeezed on time, so let's
                          Page 137

05 - 09220 - Kronmal.txt
23  try and focus in particular on the highlights.
24          Can you pull up Table 2, Ben?
25          Dr. Kronmal, can you turn to that in your

Kronmal - Direct                                            1566

1   set?
2       Q   Dr. Kronmal, you also looked at what we call
3   the Alzheimer's trials, correct?
4       A   That's correct.
5       Q   Okay. What were those trials?
6       A   There were two trials in Alzheimer's disease.
7           One was in patients who already had
8   Alzheimer's, and it was an attempt to see if using
9   VIOXX would decrease the progression of the disease.
10          The other was in people who had mild
11  cognitive imparment but did not have Alzheimer's
12  disease, and the purpose of that study was to see
13  whether VIOXX would prevent them fro becoming diseased
14  with Alzheimer's.
15      Q   Did the VIOXX prevent people from getting
16  Alzheimer's disease, sir?
17      A   No. On the contrary. When the trial was ended,
18  there was a 46 percent excess risk of Alzheimer's in
19  those taking VIOXX compared to those taking placebo.
                          Page 138

05 - 09220 - Kronmal.txt
20      Q   Was that due to chance?
21      A   It was statistically significant.
22      Q   Was that particular -- did that particular
23  trial have a number? We track things by protocol
24  numbers.
25      A   Yeah. It was Study 78, so called.

Kronmal - Direct                                            1567

1       Q   Okay. I want to focus on the Table 2
2   analysis that you have up here, sir. These are, again,
3   some of those, I called them end points that you
4   examined for some of the other trials, correct?
5       A   That's correct.
6       Q   Okay. First item on your line there is MI,
7   that's heart attacks, right?
8       A   That's correct.
9       Q   What was the relative risk?
10      A   1.63.
11      Q   That wasn't statistically significant in
12  those trials, though?
13      A   That's correct.
14      Q   Okay. But you also looked at something else,
15  didn't you?
16      A   I look at CHD, which was the combination of
                          Page 139

05 - 09220 - Kronmal.txt
17  myocardial infarction and sudden death.
18      Q   Okay. And what did you find for that one?
19      A   And there, the relative risk was 2.04.
20      Q   And, sir, was that statistically significant?
21      A   Yes, it was, the 025 level.
22      Q   Can you remind us what it means to have a
23  relative risk of 2.04 for what you call CHD?
24      A   It's a doubling of the risk. A little over double
25  the risk.

Kronmal - Direct                                            1568

1       Q   Does that mean that patients who are taking
2   VIOXX, 25 milligrams, in the Alzheimer trials had a two
3   times greater risk of either heart attack or sudden
4   death?
5       A   That's correct.
6       Q   Okay. I have that as MI there, so I'll put
7   CHD on this side. RR, that's relative risk, right?
8   RR?
9       A   Yes.
10      Q   What did you have for MI?
11      A   1.63.
12      Q   And for CHD?
13      A   2.04.
                          Page 140

05 - 09220 - Kronmal.txt

14  Q   Okay. And I will just put a little asterisk
15  here because this one -- that MI rate wasn't
16  statistically significant, you said.
17  A   That's correct.
18  Q   CHD is a measure of risk to the heart?
19  A   Well, it's -- in old people, as I mentioned
20  earlier, it's frequently not possible to tell whether
21  someone who had a sudden death might not have also had
22  an MI prior to that because they are found mostly dead
23  in their sleep, and the next morning, someone finds
24  them dead. You can't really tell what happened to
25  them. All you know is that death was sudden. And the

Kronmal - Direct                              1569

1   likelihood is that many of those were MI.
2       In fact, in Study 78, when they actually
3   published the data in 2005, for reasons that I don't
4   understand again, at this point, they had reclassified
5   a lot of the sudden deaths to MIs because the data
6   didn't correspond to what was in their files currently,
7   which for reasons, again, I don't understand.
8   Q   Sir, I just want to keep you focused on your
9   chart here.
10  A   Sure.

Page 141

05 - 09220 - Kronmal.txt

11  Q   We are a little limited on time.
12      You also listed something called CHD
13  mortality. What's that?
14  A   Those were deaths that were due to either an MI
15  that was fatal or a sudden death, which is always
16  fatal, essentially, unless they manage to resuscitate
17  the person, which is very rare.
18      So the striking thing here is that that
19  relative risk was 4.33, that means there was four-fold
20  increased risk of dying of a heart attack, basically,
21  in the Alzheimer's studies. That's an extraordinary
22  risk.
23  Q   Was that statistically significant?
24  A   Highly statistically significant at the .005
25  level. Extremely unlikely to be due to chance.

Kronmal - Direct                              1570

1   Q   And you also analyzed something called
2   all-cause mortality?
3   A   That's correct.
4   Q   What's that?
5   A   That's basically people -- all of the deaths,
6   every last one of them that occurred.
7   Q   That includes people dying from a fluky event

Page 142

05 - 09220 - Kronmal.txt

8   as well as people dying from a heart attack?
9   A   All causes.
10  Q   Okay. Is that an accepted end point in
11  science, sir?
12  A   Absolutely. It's -- you always -- always in
13  clinical trials, monitor all-cause mortality because
14  there is no misclassification there. That is, if a
15  person is dead, they're dead. You can't -- there is
16  not a possibility that you made a mistake, that you
17  misclassified the event. They're dead.
18      And, further, it's quite possible in some
19  drugs, not in this one, but in some drugs for the drug,
20  for example, to increase the risk of death from one
21  cause, and decrease the risk from another, so that
22  overall, it comes out equal. You know, it didn't have
23  any overall global effect. In this drug, there was no
24  compensating benefit from some other cause of death;
25  rather, the overall mortality was statistically

Kronmal - Direct                              1571

1   significant at the 001 level, and --
2   Q   Excuse me. You said to the 001 level. Just
3   remind us.
4   A   To one in a thousand level --

Page 143

05 - 09220 - Kronmal.txt

5   Q   So there is a one in a thousand odds that
6   that was due to chance?
7   A   Well, that's one way of saying it. More
8   precisely, that it was unlikely because of the -- that
9   it was a chance finding.
10  Q   Okay.
11  A   And I do also want to comment that that is
12  extraordinary to see a trial go on to completion that
13  has excess mortality of that magnitude. And, in my
14  experience, I don't know of another trial where that
15  happened, where it wasn't stopped because the mortality
16  was -- was unacceptable.
17  Q   Was there a DSMB on these Alzheimer's trials
18  you're talking about?
19  A   No, there was not.
20  Q   Who was protecting the patients in the
21  Alzheimer's trials?
22  A   I believe it was Merck employees.
23  Q   Okay. Did Merck just learn about this
24  mortality issue in 2005? You said it was published in
25  2005?

Kronmal - Direct                              1572

1   A   That is correct.

Page 144

```
                 05 - 09220 - Kronmal.txt
 2      Q    Did Merck just learn about this mortality
 3   issue in 2005?
 4      A    No.  The statis- -- one of the -- the statistician
 5   that was assigned to the Alzheimer's study in April of
 6   2001, did analyses that showed that in both of the
 7   clinical trials that were going on, Study 78 and 79 --
 8   91, that there was a significant excess mortality
 9   associated with the use of VIOXX, and the relative
10   risks were over two for mortality, both statistically
11   significant in both studies.  And this was -- this was
12   with only a year of follow-up -- 91 was complete at the
13   time.  78 was still ongoing.  And 78 had another three
14   years to run almost at that time.  And yet they had
15   data from two studies, both significant, about the
16   point of 01 level.
17      Q    One in a hundred?
18      A    One in a hundred, for both.  Combined, they were
19   less than .001.
20      Q    So that's a one in a thousand chance that the
21   combined number --
22      A    That's correct.
23      Q    -- was a fluke?
24      A    That's correct.  And that was in April.
25      Q    April of?

                       Page 145
```

```
                 05 - 09220 - Kronmal.txt
                    Kronmal - Direct                1573
 1      A    2001.
 2      Q    Okay.  Prior to the time my client had his
 3   heart attack?
 4      A    That's -- if you say so, yeah.
 5      Q    Okay.  Could we pull up another slide,
 6   please.
 7      A    Could I make one last comment on this, if it's all
 8   right?
 9           In April of 2001, they should have stopped
10   that trial.  It was scientifically, totally wrong not
11   to have stopped that trial.  They had evidence that
12   they were potentially killing people, and they let that
13   trial go on for another two years, to 2003.
14           Had there been a DSMB, that trial would have
15   been stopped.  There is absolutely no question in my
16   mind.
17           They had an obligation to report that finding
18   to the FDA, and they had an obligation to report it to
19   the IRBs from the individual institutions.
20           They put at risk the people who were still in
21   that trial and the people who stayed in it from then
22   on, as well as tens of thousands of people who were
23   taking the drug who were elderly in the general
24   population.  They did not do that.
                       Page 146
```

```
                 05 - 09220 - Kronmal.txt
25        To me, that was scientific misconduct.


                    Kronmal - Direct                1574
 1      Q    Okay.  Let's go to the slide, sir.
 2           You called these Kaplan Meier curves before.
 3      A    Yeah.
 4      Q    These are just event rate curves?
 5      A    That's correct.
 6      Q    That's what they may be known as in the
 7   scientific community?
 8      A    That's correct.
 9      Q    Okay.  What's this one show?
10      A    This shows the overall total mortality.
11      Q    Okay.  And this is, again, all what you
12   called all-cause mortality?
13      A    That's correct.
14      Q    Okay.  And this is the one that may have some
15   of the deaths due to, say, noncardiovascular causes in
16   here, right?
17      A    Certainly.
18      Q    But, again, still a standard way of analyzing
19   data?
20      A    Absolutely.
21      Q    Is this the way you do it for the NIH?
                       Page 147
```

```
                 05 - 09220 - Kronmal.txt
22      A    Yes.
23      Q    Is this the way you do it when you work for
24   other pharmaceutical companies?
25      A    Correct.


                    Kronmal - Direct                1575
 1      Q    Is this the way you would have done it for
 2   Merck, if they had called you?
 3      A    Yes.
 4      Q    Okay.  Next slide, please.
 5           What's this one, sir?
 6      A    This is the CHD mortality that I referenced
 7   before.  It's people who died of a myocardial
 8   infarction or of sudden death.
 9           And, as you can see, this is where the
10   four-fold increased risk comes from.  There is
11   substantially increased risk of dying of CHD in the
12   Alzheimer's trial.
13           And, by the way, notice that at one year, is
14   when they should have stopped these trials, at one year
15   of follow-up.  You'll notice that the curves actually
16   continue to widen, which means they were accumulating
17   additional deaths on the treatment.  Those people who
18   died on treatment here might very well not have died,
                       Page 148
```

05 - 09220 - Kronmal.txt
19  had they not been kept on VIOXX.
20       The trials should have been stopped.
21  Q   Doctor, I just want to understand the way you
22  did this analysis. You did something called an
23  intention to treat analysis?
24  A   That's correct.
25  Q   Is that a standard way of analyzing clinical

                  Kronmal - Direct                 1576

1   trial data?
2   A   It is the standard way. It's what the FDA
3   requires.
4       And what intention to treat means is that all
5   people are randomized, are included in the analysis.
6   And that's true whether they're still on the drug or
7   not. They're all included.
8       And there is a distinct reason for doing
9   that, is that the detrimental effects of the drug may
10  be delayed. They may be much in the future.
11      For example, the drug could have damaged the
12  heart in some way, but the person didn't know it was
13  damaged, and then six months, a year later, they die of
14  the effects of the drug.
15      It could have damaged the kidneys. It could
                         Page 149

05 - 09220 - Kronmal.txt
16  have damaged the vessels that feed the heart. All of
17  those damages could have taken place while they were on
18  the drug. Later when they were off, the actual event
19  that kills them occurs.
20      And that is not uncommon with drugs. I mean,
21  some drugs, the effects of the drugs are not seen for
22  years, until after the person has taken a drug.
23  Q   Doctor, are these levels of all-cause or CHD
24  death mortality common in your experience in dealing
25  with drugs?

                  Kronmal - Direct                 1577

1   A   No, because -- currently, all -- basically, almost
2   all studies done have a DSMB -- except for this one,
3   apparently. And no DSMB would have allowed a study of
4   this kind to go on, once that yearly data came in. It
5   would have been stopped. There is no question in my
6   mind. You cannot risk people dying in clinical trials.
7   You just can't do it. It's not fair to the people who
8   risk -- put their lives at stake in those trials.
9   Q   And, Doctor, just to speak in terms of
10  people's lives, each of those little steps going up in
11  the orange curve or the red curve, are those lives?
12  A   Those are lives. Those are people who died.
                         Page 150

05 - 09220 - Kronmal.txt
13  Q   So if the trial should have been stopped at
14  one year, that excess number of steps going up over the
15  green step are the number of people whose lives could
16  have been saved, had the trial been stopped?
17  A   Some of them.
18      MS. SULLIVAN: I object, Your Honor. This is
19  really going -- this calls for speculation. This is
20  way beyond this witness's expertise. This is a
21  statistician. He is not an expert on this kind of
22  thing. He is not a physician, he is not a clinician,
23  he is not a medical person. He is a statistician. And
24  they have taken it way beyond his area of
25  qualifications and we object, Judge.

                  Kronmal - Direct                 1578

1       MR. BUCHANAN: Your Honor, this is how
2   clinical trials get analyzed and how they are done.
3   Statistically significant results.
4       THE COURT: He testified that he is an expert
5   in the field of clinical trials, how they are analyzed,
6   and how they are statistically -- how their results are
7   statistically interpreted. I'm going to allow it. The
8   objection is overruled.
9   BY MR. BUCHANAN:
                         Page 151

05 - 09220 - Kronmal.txt
10  Q   Doctor, let's move on to the next trial that
11  you analyzed. Next slide, please.
12      Actually, Doctor, you highlight in this
13  table, and we are just going to go through it quickly
14  because we're squeezed on time, but you highlighted
15  some anomalies between the data that you looked at in
16  the Alzheimer's data file between the company's
17  presentation to the FDA?
18  A   Yeah. When -- one of the ways I tried to check
19  what I did was to compare it to -- what was in the data
20  files to what was reported to the FDA.
21      And in 2005, or just before 2005, they
22  reported the data that's shown on the right-hand side.
23  And what you will notice is that the fatal events
24  that -- from the data file showed six fatal MIs versus
25  one VIOXX versus placebo -- versus placebo. They

                  Kronmal - Direct                 1579

1   reported to the FDA in that 2005 hearings two VIOXX and
2   one placebo.
3       For sudden cardiac death, the data files
4   showed 12 versus 4. They reported 8 versus 4.
5       My guess is that -- although it's just a
6   guess -- that they didn't report the ones that were off
                         Page 152

```
                    05 - 09220 - Kronmal.txt
 7    treatment at the time they had their events and, again,
 8    that's inappropriate. It's -- the attempt to treat is
 9    what the FDA expects, and to report this was misleading
10    the FDA and it was misleading the advisors who were
11    trying to make decisions.
12             MS. SULLIVAN: Again, Your Honor, I'm going
13    to object and move to strike. Dr. Kronmal is not an
14    expert in FDA regulations and FDA regulatory process.
15    Again, they are proffering him way beyond his area of
16    expertise on this issues.
17             MR. BUCHANAN: Your Honor, he is reporting on
18    the accuracy of the data that was reflected in the
19    information to the FDA. This was well within the
20    disclosure that went to defense counsel. They had an
21    opportunity to raise any issues relating to this and
22    they didn't.
23             THE COURT: He specifically testified that he
24    worked with the FDA and --
25             MS. SULLIVAN: No, I'm sorry, Judge.


                    Kronmal - Direct                      1580

 1             THE COURT: He didn't work for them.
 2             MS. SULLIVAN: He never worked at the FDA.
 3             THE COURT: He was on an advisory board.
                              Page 153
```

```
                    05 - 09220 - Kronmal.txt
 4             MR. BUCHANAN: He was actually the chair of a
 5    cardiorenal advisory committee, well, for one year, and
 6    he was on the committee for three others.
 7             MS. SULLIVAN: Your Honor --
 8             THE COURT: I realize he wasn't an employee of
 9    the FDA --
10             MR. SEEGER: Right.
11             THE COURT: I'm going to allow it, counsel.
12    You can bring in your own testimony that contradicts
13    what he says and/or cross-examine him on it, but it's
14    up to the jury the evaluate it
15    BY MR. BUCHANAN:
16    Q    Could we go to the next slide, please.
17         You also analyzed the trial known as APPROVe,
18    correct?
19    A    That's correct.
20    Q    What kind of trial was APPROVe?
21    A    It was a trial that looked at whether VIOXX would
22    prevent colon polyps, which is a precursor to colon
23    cancer.
24    Q    And, Doctor, we're looking at the MI event
25    curve?


                    Kronmal - Direct                      1581
                              Page 154
```

```
                    05 - 09220 - Kronmal.txt
 1    A    That's correct.
 2    Q    You generated this?
 3    A    That's correct.
 4    Q    Okay. You generated it from data files you
 5    got from the company?
 6    A    That is correct.
 7    Q    Through plaintiffs' counsel?
 8    A    That's correct.
 9    Q    Okay. What's this curve show?
10    A    Well, this shows, basically, the similar results
11    to what was being seen in all the trials, that the MI
12    rate increased at a relatively linear rate across time,
13    maybe with a very slight increase after about
14    two-and-a-half years, but you can't really look at
15    these curves and focus on any specific feature of them
16    because there is so much variability in it and the
17    human eye is such that you always pick up patterns.
18    But the overall picture is that the relative risk was
19    increasing with time. I mean, it was about -- it was
20    constant with time, and the way you can tell is whether
21    or not a straight line would fit those curves fairly
22    well. And a straight line does -- is about what you
23    would expect, given the fact that was there is this
24    variable in these curves.
25    Q    I realize, Doctor, when you look at the --
                              Page 155
```

```
                    05 - 09220 - Kronmal.txt
                    Kronmal - Direct                      1582
 1    there is a tendency to just do it with your eye, but
 2    did you run statistical tests on this to determine --
 3    A    Yes. I tested the hypothesis that the rate was
 4    constant, basically, the difference in the relative
 5    rates between the two treatments was constant over
 6    time. And the test did not reject that hypothesis.
 7    That doesn't mean it's necessarily true. It just means
 8    there is not enough data to say that there is a
 9    difference in rates with time. In other words, you
10    don't reject the hypothesis that it's constant with
11    time.
12    Q    So, Doctor, then, in that circumstance, what
13    is the overall risk then of heart attack on VIOXX as
14    shown in the APPROVe trial?
15    A    It's -- I have to look at my report -- 2 for the
16    APPROVe trial, from my recollection.
17         It's 2.07 was the relative risk. And it's
18    significant at the .05 level.
19    Q    You said that was statistically significant?
20    A    Yes, at the .05 level?
21    Q    Doubling of risk of heart attacks, again, on
22    VIOXX?
23    A    That's correct.
                              Page 156
```