```
                05 - 09220 - Kronmal.txt
24     Q    Okay.  Did you also do a CHD calculation for
25   APPROVe?


                   Kronmal - Direct                    1583

 1   A    Yes, I did.  CHD being MI and sudden death.  There
 2   the relative risk was 2.17.  And that was also
 3   statistically significant now at the 025 level -- .025
 4   level.
 5     Q    Looking at this chart, Doctor -- I have been
 6   taking notes as we have been going along.  Did you get
 7   consistent results across all these trials?
 8   A    Relatively.  I mean, it's what you'd expect with
 9   clinical trials, that they'll -- that the rates will
10   vary, the relative risks will vary, because there is
11   variability.  That's what I was telling you about human
12   beings and being variable.
13          And chance plays a role.  Just like if you
14   were to gamble here, chance is going to determine what
15   happens to you, to some extent, and skill may play a
16   role, but the point is it's very -- you would expect to
17   have variation to occur, and these results are all
18   consistent with the relative risk that exceeds two.
19     Q    Okay, Doctor.  If we go through these time
20   lines, VIGOR was 2000?
                         Page 157
```

```
                05 - 09220 - Kronmal.txt
21   A    That's right.
22     Q    The meta-analysis was in 2000?
23   A    2000 -- 2001 maybe.  I'm not sure exact dates.
24     Q    Okay.  Are you able to date your Alzheimer's
25   analysis?


                   Kronmal - Direct                    1584

 1   A    Well, Alzheimer's was complete in 2003.  So,
 2   presumably, that's when the data was generated.  But,
 3   of course, they knew that they had an excess risk as
 4   early as 2001.
 5     Q    When in 2001?
 6   A    April, 2001.
 7     Q    Okay.  And then APPROVe, that's more recent?
 8   A    That was just this year or just -- well, actually,
 9   just a little earlier than last year -- late last year.
10     Q    Can we go to the next slide?
11          This is your CHD Chart?
12   A    Yeah, for APPROVe, that's right.
13     Q    What do those lines tell you?
14   A    Basically the same thing, that the risk is going
15   up at a pretty much linear -- that the curves are
16   pretty much linear, which means that the risk is
17   relatively constant across time.
                         Page 158
```

```
                05 - 09220 - Kronmal.txt
18     Q    Okay.  APPROVe with also a placebo-controlled
19   trial?
20   A    That's correct.
21     Q    Okay.  There were two other
22   placebo-controlled trials the company was doing that
23   were terminated when the APPROVe trial terminated,
24   right?
25   A    That's my understanding, yes.


                   Kronmal - Direct                    1585

 1     Q    Do you know the names of those two?
 2   A    VIP and VICTOR, I believe.
 3          MR. BUCHANAN:  1.1123.
 4          THE COURT:  Counsel, the jury has indicated
 5   they can't see your board.
 6          MR. BUCHANAN:  Oh, I'm sorry.  All my great
 7   artwork, I'd hate to hide it.  I think I'm a little too
 8   big for this place.
 9          MR. BUCHANAN:  Your Honor, may I approach the
10   witness?
11          MS. SULLIVAN:  Your Honor, I'm sorry.  Can we
12   have a sidebar?
13          THE COURT:  Sure.
14          (The following transpired at sidebar.)
                         Page 159
```

```
                05 - 09220 - Kronmal.txt
15          MS. SULLIVAN:  Your Honor, I believe he is
16   about to go into two studies that were not in his
17   report and that he hadn't reviewed at the time of his
18   deposition, and I object.
19          MR. BUCHANAN:  They produced it to us two
20   weeks ago.
21          MS. SULLIVAN:  No, it was produced in July
22   and I will give you information --
23          MR. BUCHANAN:  No.  You want to see it?
24          MS. SULLIVAN:  It was produced in July.
25          MR. BUCHANAN:  Was it produced in July?


                   Kronmal - Direct                    1586

 1          MS. SULLIVAN:  That's the update.
 2          MR. BUCHANAN:  August --
 3          MS. SULLIVAN:  That's still a month ago.
 4          MR. BUCHANAN:  I got it two weeks ago.  I
 5   want to know why I had to wait until two weeks ago.
 6          MS. SULLIVAN:  You didn't give a supplemental
 7   report.  You didn't give any notice this witness was
 8   going testify --
 9          MR. BUCHANAN:  He saw it when he got into
10   town last night so you opened on VIP and VICTOR and
11   said you're not going see these from plaintiffs'
                         Page 160
```

05 - 09220 - Kronmal.txt

12  counsel. I'm happy to show them.
13      MS. SULLIVAN: But you -- we gave notice that
14  our expert would talk about this. You did not.
15      MR. BUCHANAN: You did? Where? Where?
16      THE COURT: Do you have anything saying you
17  are going to talk about it?
18      MS. SULLIVAN: Our expert?
19      THE COURT: Yeah, in your expert report or --
20      MS. SULLIVAN: I'm not sure if it's in the
21  report, Judge, but Mr. Buchanan deposed our expert at
22  length on these studies --
23      MR. BUCHANAN: A January -- a January e-mail.
24  I'm happy to show the January e-mail. He has seen
25  that. That was produced here.

Kronmal - Direct                1587

1       MS. SULLIVAN: But here is my issue, Judge.
2   He was deposed just, what, two, three weeks ago and --
3       MR. BUCHANAN: Five weeks ago.
4       MS. SULLIVAN: This was produced in plenty of
5   time before his deposition and he didn't talk about it
6   and he said --
7       MR. BUCHANAN: If that's dated August 8th to
8   the FDA, when do you think we got it, Your Honor?
Page 161

05 - 09220 - Kronmal.txt

9       MS. SULLIVAN: You've got to give some notice
10  your witness is going to talk about it -- you take a
11  deposition or not.
12      MR. BUCHANAN: Counsel, please.
13      MS. SULLIVAN: You just decide --
14      MR. BUCHANAN: She opened on it and showed
15  the slides.
16      THE COURT: Are you going to use these
17  things?
18      MS. SULLIVAN: Yes, Your Honor. He --
19      THE COURT: Do you have a letter?
20      MS. SULLIVAN: He deposed our expert at
21  length on it, at Dr. Gaziano's deposition in August.
22      MR. BUCHANAN: I just got these. I didn't
23  have it. I couldn't --
24      MS. SULLIVAN: This is a supplement. There
25  was a prior copy, a prior version.

Kronmal - Direct                1588

1       MR. BUCHANAN: Diane, this is your VIP and
2   VICTOR letter. We got it about two weeks ago, after
3   repeated requests from me.
4       MS. SULLIVAN: It was just finished. Those
5   are preliminary numbers produced in July.
Page 162

05 - 09220 - Kronmal.txt

6       MR. BUCHANAN: This would be a real sword and
7   shield.
8       MS. SULLIVAN: You have got to give notice
9   your people are going to talk about this stuff. You
10  don't just spring it in the middle of trial.
11      MR. BUCHANAN: Just stop.
12      THE COURT: What's good for one side is good
13  for the other. If you don't want to use something that
14  just came out -- one of the ways we can resolve this is
15  have neither side use it because it just came out in
16  August. The other way we can do it is to let both
17  sides comment on it.
18      MR. BUCHANAN: Look, I got an e-mail --
19      THE COURT: You did not depose him on this
20  document.
21      MR. BUCHANAN: No.
22      THE COURT: You deposed him on?
23      MR. BUCHANAN: In January, 2005.
24      MS. SULLIVAN: Yeah, about the results of
25  these two studies.

Kronmal - Direct                1589

1       MR. BUCHANAN: No, about --
2       THE COURT: An e-mail is a lot different than
Page 163

05 - 09220 - Kronmal.txt

3   the data.
4       MR. BUCHANAN: It is. Don't you think she is
5   going to cross-examine him -- didn't you see VIP,
6   didn't you see VICTOR, never saw that. He did see it.
7       MS. SULLIVAN: What, last night?
8       MR. BUCHANAN: I just got it, Diane, in the
9   middle of trial.
10      MS. SULLIVAN: Yeah, but you had it in July.
11  That is an updated version.
12      MR. BUCHANAN: I didn't have it in July. I
13  don't know what you're talking about, I had it in July.
14      MS. SULLIVAN: I can show you pages and pages
15  of Gaziano's deposition where you went through it with
16  him.
17      MR. BUCHANAN: I went through an e-mail in
18  January.
19      THE COURT: That's all you discussed with him
20  is an e-mail?
21      MR. BUCHANAN: I think so. Pull it up.
22      MS. SULLIVAN: One second, Judge.
23      MR. BUCHANAN: I'll get the e-mail.
24      MS. SULLIVAN: Your Honor, we will agree it
25  comes out as to both of us.
Page 164

05 - 09220 - Kronmal.txt
Kronmal - Direct                    1590

1   THE COURT:  What?
2   MS. SULLIVAN:  We'll agree it shouldn't come
3   in as to either of us.
4   THE COURT:  Okay.  It's out as to everybody.
5   MR. BUCHANAN:  Okay.  Then I will use my
6   e-mail.  Of course, they had plenty of notice.
7   MS. SULLIVAN:  That's not fair.
8   MR. BUCHANAN:  You had plenty of notice on
9   this.
10  MS. SULLIVAN:  You want --
11  MR. BUCHANAN:  You are the one who wants to
12  keep the study out, Diane.  You had the data a lot
13  longer than me.  You put two charts in your opening
14  statement, plus -- the one chart you are not going the
15  see is VIP.  I'm happy to address it.  I don't want to
16  get --
17  MS. SULLIVAN:  You had this --
18  MR. BUCHANAN:  -- for not having addressed
19  VIP.  That's the data for VIP in that packet, P-1123.
20  MS. SULLIVAN:  You had this since July,
21  David.  You could have given us notice.
22  MR. BUCHANAN:  Diane, you are just making
23  that up.
24  MS. SULLIVAN:  No, I'm not.
25  MR. BUCHANAN:  You absolutely are.
Page 165

05 - 09220 - Kronmal.txt
Kronmal - Direct                    1591

1   MS. SULLIVAN:  And you deposed our expert at
2   length about it.
3   MR. BUCHANAN:  No, I deposed him on this
4   document right here.  Pull the transcript.
5   MS. SULLIVAN:  I agree, Your Honor, it should
6   come in for both or not for both, and I agree we had no
7   notice, but you can't have part of the study and not
8   all of the study coming in.
9   MR. BUCHANAN:  This was served to you with
10  reliance -- you got a copy of this as reliance
11  materials with this witness.
12  THE COURT:  This was provided to her?
13  MR. BUCHANAN:  Yes, that was produced back as
14  reliance materials.
15  THE COURT:  Was it produced as something he
16  was relying on?
17  MR. BUCHANAN:  Yes.
18  MS. SULLIVAN:  Why -- well, if that's true,
19  why in his report is it not mentioned and why, when he
20  was deposed, he said he didn't have it yet?
21  MR. BUCHANAN:  Because he --
22  MS. SULLIVAN:  Three weeks ago, he said he
Page 166

05 - 09220 - Kronmal.txt
23  hadn't seen it.
24  MR. BUCHANAN:  Your Honor, there is a
25  distinction here.  He is the guy who worked at SAS

Kronmal - Direct                    1592

1   data, he produced that two weeks ago, he hasn't
2   analyzed any of that.  All he did was look at the
3   report.
4   What he said was I have been waiting for the
5   VIP and VICTOR data.  I was trying to get it for him.
6   We didn't get it in time to use it in trial.  He didn't
7   have time to look at that data.  All I can do is go --
8   MS. SULLIVAN:  That's fine.  Let him use it.
9   That's fine.  Let it all come in.  That's fine.
10  MR. BUCHANAN:  Are you sure?
11  MS. SULLIVAN:  Yeah.  That's fine, Judge.
12  Let it all come in.
13  (Sidebar concluded.)
14  BY MR. BUCHANAN:
15  Q   Doctor, I'm going to pass you what we are
16  marking as P.1123.  Doctor, can you identify that
17  document for the record, please?
18  A   Yeah.  These are the reports for the VIP and the
19  VICTOR study, and they are dated August, 2005 -- August
Page 167

05 - 09220 - Kronmal.txt
20  8, 2005.
21  Q   Sir, I would like to direct your attention to
22  Page 22 of the first document.
23  MR. BUCHANAN:  Any objection to showing him
24  the page?
25  MS. SULLIVAN:  No, no objection.

Kronmal - Direct                    1593

1   MR. BUCHANAN:  Thank you.
2   THE WITNESS:  Okay.
3   BY MR. BUCHANAN:
4   Q   This is the table from the VIP trial,
5   correct?
6   A   That's correct.
7   Q   What's the VIP trial?
8   A   I'm not sure of the details of the VIP trial.
9   It's -- I have not looked at these trials because we
10  didn't have the data until maybe two weeks ago, three
11  weeks ago.
12  Q   Sir, did -- did that trial finish?
13  A   I believe it was stopped when APPROVE was stopped.
14  Q   Okay.  There was another trial that was also
15  being done at the same time, right?
16  A   Yeah.  That was VICTOR.
Page 168

05 - 09220 - Kronmal.txt

17  Q    Did that trial finish?
18  A    No, I believe it was stopped also early.
19  Q    Okay. Looking up on the screen or in your
20 hand, I want to keep track of how many heart attacks
21 were on VIOXX versus placebo in this particular trial.
22 It didn't complete, you said, right?
23  A    That's correct.
24  Q    Okay. VIP, how many heart attacks?
25  A    It isn't what you call heart attacks, but if you

Kronmal - Direct                    1594

1  just add up MI, fatal MRIs and sudden cardiac death,
2  you would have six on --
3    Q    Well, is that CHD, sir, or is that heart
4  attacks?
5    A    Heart attacks would include acute MI at the very
6  top line. If you add those up, you would get six --
7  seven, rather -- no, six.
8    Q    Six heart attacks?
9    A    Right.
10   Q    Okay. And is that on placebo?
11   A    That was placebo.
12   Q    Okay. That was placebo there.
13   A    If you add up the same thing for the rofecoxib or
Page 169

05 - 09220 - Kronmal.txt

11  that's all for VIOXX, and then there is also six, if
12  you count them, for rofe- -- for placebo.
13   Q    Okay. Can you turn to Page -- there is
14  little numbers in the corner -- the numbers that end in
15  441, lower right corner.
16        Let's do the VICTOR data.
17   A    I'm not sure what number you are referring to.
18   Q    Here you go. I can pass you mine.
19   A    Here it is. You are talking about the VIP
20  numbers?
21   Q    Yes. You want to just look at mine, sir?
22  It's not highlighted. There you go.
23   A    It's on the screen here, so I didn't have to look
24  at it. There, you can have it back.
25   Q    Thanks. All right.

Kronmal - Direct                    1596

1        All right. Can you tell me how many heart
2  attacks on VIOXX in this particular trial?
3   A    Well, there are a total of three in placebo, and
4  there is 11 -- 12 -- no, actually 14 -- let's see --
5  11, 14 -- some of these may have more than one event
6  because they don't add up, so it's a little hard to
7  tell.
Page 171

05 - 09220 - Kronmal.txt

14  VIOXX, you'd get six as well.
15   Q    Okay. How about CHD, sir?
16   A    Then it's total -- which includes unstable angina.
17  That would be a total of five, six -- eight -- well,
18  it's up at the top line -- it's eight versus ten.
19   Q    So cardiac events are --
20   A    Are cumulative of those, too. The eight versus
21  ten.
22   Q    Okay. And that's eight on placebo and ten on
23  VIOXX?
24   A    Right.
25   Q    How about using your same definition of CHD

Kronmal - Direct                    1595

1  that you used for your earlier analysis, without
2  unstable angina, what would the numbers be?
3   A    Well, that's what you already had. It's the six
4  versus six.
5   Q    Okay. It's the same?
6   A    It would be the six versus six.
7   Q    Okay. Actually, there is five heart
8  attacks -- I have a heart attack column, and I guess
9  you can't see it. Maybe that's my problem.
10  A    There is five acute MIs, one fatal, and then
Page 170

05 - 09220 - Kronmal.txt

8   Q    Okay. So some of these --
9   A    People may have had more than one of those events.
10  Unstable angina and also had an MI later, so they may
11  be counted twice.
12   Q    So the best numbers for --
13   A    14 versus 4, that would be the best number.
14   Q    Well, 14 versus 4 is cardiac events or is
15  that something else?
16   A    That's the total -- I'm sorry. It's 8 versus 2.
17   Q    8 versus 2?
18   A    Yeah.
19   Q    Okay.
20   A    No, they are separate events. I take it back.
21  It's correct. It's 8 versus 2. I was looking at the
22  wrong column -- the wrong row.
23   Q    Okay.
24   A    And that's -- that includes the unstable angina.
25  If you dropped it out, it would be 7 versus 3. I'm

Kronmal - Direct                    1597

1  sorry. 7 versus 1.
2   Q    Okay. 8 versus 2 for what, sir?
3   A    I'm sorry. It's hard to do this.
4        So it would be three, six -- yeah, so it
Page 172

05 - 09220 - Kronmal.txt

5  would be one -- if you just do CHD events, without
6  counting the unstable angina, it would be -- I'm
7  sorry -- one in the placebo, and seven in VIOXX.
8  Q   Okay. All right.
9  A   Both these studies had about six months average
10 follow-up.
11 Q   So they were terminated before they got --
12 A   Right. So all these events are early events.
13 They were within the first six months of treatment.
14     MR. BUCHANAN: Any objection, counsel?
15 BY MR. BUCHANAN:
16 Q   Doctor, let me show you a summary of the
17 information that I was trying to keep up with you on.
18 A   This is -- what I'm looking at is the combined
19 results of VIP and VICTOR, for, basically, heart
20 attacks, which is -- I presume MI is the point of "MI"
21 here, and the combined would be 12 MIs in VIOXX versus
22 5 in placebo. For heart attacks, MI plus sudden death
23 is 13 versus 7.
24     MR. BUCHANAN: Do you mind if I put it up on
25 the screen, Diane?

Kronmal - Direct                            1598

1      MS. SULLIVAN: Yeah, that's fine.
Page 173

05 - 09220 - Kronmal.txt

2      MR. BUCHANAN: Do you want to pull up the
3  combined? Thank you. Let me move this out of the way.
4  Excuse me.
5  BY MR. BUCHANAN:
6  A   These are the combined from the two, very latest
7  trials that came in which, as I say, have six months
8  follow-up, on average.
9  Q   So heart attacks, 12 versus 5, VIOXX versus
10 placebo?
11 A   Yes, right. 13 versus 7 for what I called CHD,
12 which is MI and sudden death. And for all cardiac
13 events, which adds in the unstable angina, it's 18
14 versus 10.
15 Q   Okay. All cardiac events doesn't include
16 things like hypertension, does it?
17 A   No, it does not.
18 Q   Doctor, are these numbers from these combined
19 trials consistent with the increased risk that you saw
20 on your earlier analysis, I guess back here?
21 A   Yes. They are perfectly consistent. It's sort of
22 what you'd expect with just the random fluctuations
23 that you get in clinical trials of this sort.
24 Q   Do you have any curves to show the results --
25 A   No, because that data -- some of that data came
Page 174

05 - 09220 - Kronmal.txt

Kronmal - Direct                            1599

1  about two weeks ago, and others we -- to this date, I
2  don't have. So I didn't have any time to do that
3  analysis. I was gone all that time period. Maybe
4  three weeks ago. I don't know.
5      MR. BUCHANAN: Any objection?
6      MS. SULLIVAN: Yes, counsel. These are
7  preliminary findings. I prefer you use the final.
8      MR. BUCHANAN: Didn't I? Actually, do you
9  have an objection to me using this?
10     MS. SULLIVAN: You don't want to use the
11 final report?
12     MR. BUCHANAN: No, I'd like to use it because
13 this has the 2005 --
14     MS. SULLIVAN: I'm not sure why you have
15 these preliminaries instead of the final.
16     MR. BUCHANAN: Can we sidebar, Your Honor?
17     THE COURT: She hasn't really objected.
18     MS. SULLIVAN: That's fine. I don't know why
19 you don't want to use the final.
20     MR. BUCHANAN: All right. Can you pull up
21 P1.0014, please?
22 BY MR. BUCHANAN:
23 Q   You can set that aside.
24 A   Thank you.
Page 175

05 - 09220 - Kronmal.txt
25 Q   All right. What's the date of that document,

Kronmal - Direct                            1600

1  sir?
2  A   It's 2-1-2005.
3  Q   It says preliminary VICTOR CV counts; do you
4  see that?
5  A   That's correct.
6  Q   And, as counsel pointed out, this is, quote,
7  preliminary data, is that true?
8  A   That's correct.
9  Q   Okay. It's talking about TCVSAE results. Do
10 you see that?
11 A   Right.
12 Q   Okay. What's TCVSAE?
13 A   That's total cardiovascular serious adverse
14 events.
15 Q   Okay. What's it say there?
16 A   It says that it was statistically significant, 12
17 versus 4, relative risk was over 3, 3.13.
18 Q   Okay. This is prior to the February, 2005,
19 advisory committee, isn't it?
20 A   That's correct.
21 Q   Okay.
Page 176

```
05 - 09220 - Kronmal.txt
22        MR. BUCHANAN:  Can we go to the next page?
23   Actually, I believe it's -- for some reason, they're
24   separately marked -- P1.0015.
25   BY MR. BUCHANAN:


                 Kronmal - Direct                  1601

 1   Q   Doctor, what's this curve show?
 2   A   Well, again, this is the event rate curve, and
 3   this is the total CV thrombotic event which, again,
 4   included MI, sudden death, and unstable angina.  It
 5   shows an increasing risk that begins, actually, within
 6   the first few days of the patient population, this
 7   particular population, taking VIOXX.
 8        As you can see, there is a jump almost
 9   immediately, and there are probably four events that
10   occurred within a month of starting the therapy.  And
11   then it, you know, moves around up above, as you go
12   along.  The accrual on this trial was fairly slow and
13   you notice it got out to 24 months, but the average
14   follow-up was only six months, so that there is very
15   little data out when you get beyond about six months --
16   eight months, a year.
17   Q   Doctor, this is a different end point,
18   though, than what you looked at, right?
                        Page 177
```

```
05 - 09220 - Kronmal.txt
19   A   That's correct.
20   Q   What's this say at the top?
21   A   It says, confirmed thrombotic CV events.
22   Q   Does that include things other than just
23   heart attacks?
24   A   Yeah, it includes unstable angina.  That's the big
25   difference -- that's the one difference.  But there


                 Kronmal - Direct                  1602

 1   weren't very many unstable anginas.
 2   Q   Does it include ischemic strokes?
 3   A   No -- well, no -- well, I don't know.  I don't
 4   think so, but I don't know for sure.
 5   Q   Okay.  Let's go to the next page.  I believe
 6   it's P.0016.  And here is that APTC end point that you
 7   talked about.
 8   A   Right.
 9   Q   Slightly different curve?
10   A   Yes, of course.  Fewer events shown.
11   Q   All right.
12   A   Although you can still see some of the same
13   pattern.
14   Q   Okay.  I know it's not a heart attack curve
15   like you did, but do you see an increased risk early or
                        Page 178
```

```
05 - 09220 - Kronmal.txt
16   late?
17   A   Well, it's early, clearly.
18   Q   Okay.
19   A   But I don't want to make too much of that.  It's
20   small numbers, you know.
21   Q   Okay.  Doctor, I want to circle back to a few
22   points real quick and we'll get you down.
23        By the time that the VIGOR results were known
24   in 2000, was there reasonable evidence of an
25   association between VIOXX and heart attack?


                 Kronmal - Direct                  1603

 1   A   Absolutely -- absolutely.
 2   Q   Okay.  How about for congestive heart
 3   failure?
 4   A   I think it was close.  It was certainly strongly
 5   suggestive and probably met the criteria of a
 6   reasonable association, yes, because of the very
 7   seriousness of the side effect.
 8   Q   And how about for the hypertension?
 9   A   Oh, there it was quite clear.
10   Q   Okay.  Those things are -- are they serious
11   hazards?
12   A   Absolutely.
                        Page 179
```

```
05 - 09220 - Kronmal.txt
13   Q   Okay.  How about by April, 2001?
14   A   Well, April 2001, as I pointed out, they knew,
15   because there was a report from their statistician,
16   that both Alzheimer's studies showed an excess risk of
17   total mortality.
18   Q   So by April, 2001, was there a reasonable
19   association between VIOXX and cardiovascular mortality?
20   A   I don't know what the data was for cardiovascular
21   at that point in time.  But it is certainly true for
22   total mortality.
23   Q   Okay.  That's -- death is obviously a serious
24   hazard?
25   A   Absolutely.


                 Kronmal - Direct                  1604

 1   Q   Okay.  Doctor, just taking us back to where
 2   we started from, do you have an opinion as to whether
 3   or not VIOXX can cause serious cardiac injury?
 4   A   I do.  I think there's clear evidence that it
 5   does.
 6   Q   Okay.  Can it cause heart attacks?
 7   A   Yes.
 8   Q   Can it cause congestive heart failure?
 9   A   Now we know it certainly can.  APPROVe shows that,
                        Page 180
```

```
                05 - 09220 - Kronmal.txt
10   as well as the previous VIGOR study.
11       Q    Can it cause CHD?
12   A   Yes.
13       Q    Okay. Is the data you looked at consistent
14   with no increased risk of those things until after 18
15   months?
16   A   No, it's not consistent with that.
17       Q    Do you have an opinion as to the extent of
18   the risk for even short-term use?
19   A   The best estimate of risk we have is the overall
20   risk seen in all these trials, and it's clearly over
21   two.
22       Q    Doctor, we've talked a lot of science today.
23   I just need to ask a couple of legal questions.
24            All the opinions you expressed today, did you
25   express them all to a reasonable degree of scientific


                      Kronmal - Cross                    1605

1    probability?
2    A   Yes, I did.
3        Q    Okay. Thank you, sir.
4                  CROSS-EXAMINATION
5    BY MS. SULLIVAN:
6        Q    Good afternoon, Dr. Kronmal. How are you?
                         Page 181
```

```
                05 - 09220 - Kronmal.txt
7    A   Fine, thank you. How are you?
8        Q    Okay. We haven't met before. My name is
9    Diane, Diane Sullivan, and I represent the folks at
10   Merck, and I have a few questions for you, if you'll
11   bear with me, sir.
12   A   All right.
13       Q    Dr. Kronmal, you have acknowledged that you
14   are not a Medical Doctor, right?
15   A   That's correct.
16       Q    And you don't prescribe medicines or treat
17   patients?
18   A   That is correct.
19       Q    In fact, it would be against the law for you
20   to diagnose or treat someone with a heart attack?
21   A   Absolutely.
22       Q    Okay. And, Dr. Kronmal, you have not
23   reviewed Mr. Humeston's medical records, correct?
24   A   That is correct.
25       Q    And you're not here to tell the jury anything


                      Kronmal - Cross                    1606

1    about Mr. Humeston's medical condition, correct?
2    A   That's correct.
3        Q    You also don't conduct laboratory research in
                         Page 182
```

```
                05 - 09220 - Kronmal.txt
4    animals?
5    A   No, I do not.
6        Q    And you don't hold yourself as an expert in
7    enzyme prostacyclin/thromboxane issues?
8    A   No, I do not.
9        Q    Fair enough.
10            You haven't published any papers on COX-2
11   inhibitors?
12   A   I have not published any papers on COX-2
13   inhibitors.
14       Q    And, Dr. Kronmal, you've done an analysis
15   here, in connection with the litigation, of the studies
16   related to VIOXX. You have not published the opinions
17   you are giving here or that analysis in any journals,
18   correct?
19   A   That's correct. I was not a -- I would not be
20   allowed to do that because I have a Court order
21   prohibiting that sort of thing.
22       Q    You haven't presented your opinions for any
23   critique by any scientists?
24   A   No, I have not.
25       Q    You essentially just did the analysis for the


                      Kronmal - Cross                    1607
                         Page 183
```

```
                05 - 09220 - Kronmal.txt
1    lawsuit at plaintiffs' request?
2    A   That's correct.
3        Q    And, as I understand it, one of plaintiffs'
4    attorneys, Mr. Buchanan, called you about a year ago,
5    to assist in the litigation?
6    A   Somewhat more than that, but yes.
7        Q    Okay. And you have acknowledged that you
8    charge $500 an hour for your services?
9    A   That's correct.
10       Q    And so far, you've billed approximately
11   $75,000 or so?
12   A   A bit less than that, more like 70, a little under
13   70.
14       Q    70,000?
15            And you also have an assistant who has billed
16   a substantial amount of time, as well, correct?
17   A   I believe she has. I don't know what she's billed
18   specifically.
19       Q    And, Dr. Kronmal, this is not the first time
20   you have offered your services for plaintiffs in
21   lawsuits, correct?
22   A   For these plaintiffs?
23       Q    Yes.
24   A   It is the first time.
25       Q    For plaintiffs in general, correct?
                         Page 184
```

```
05 - 09220 - Kronmal.txt

                Kronmal - Cross                1608

 1   A    There has been one -- at least one other occasion,
 2   probably two more, in 40 years, yes.
 3        Q    And, Doctor, you testified or agreed to
 4   testify as an expert for a lawyer at the Seeger Weiss
 5   firm, plaintiffs' counsel, first in the Reslin
 6   litigation, correct?
 7   A    No.
 8             MR. BUCHANAN:  Objection, Your Honor.  That's
 9   unfounded.
10             THE COURT:  Well, did he answer no?
11             THE WITNESS:  I answered no.
12             I can save you time, counsel, in that.  At
13   the time of the deposition, I had said yes initially
14   because I had confused Chris Seeger with Chris Teazey,
15   and I thought they were the same firm.
16             MS. SULLIVAN:  Fair enough.
17             MR. SEEGER:  I ended up on better side of
18   that.
19             THE WITNESS:  It was corrected later in
20   deposition.
21   BY MS. SULLIVAN:
22        Q    Fair enough.
23             You testified for plaintiffs' lawyers in the
                       Page 185
```

```
05 - 09220 - Kronmal.txt
24   Reslin litigation?
25   A    I did not testify.  I prepared some materials for

                Kronmal - Cross                1609

 1   them and I was deposed.
 2        Q    Fair enough, Doctor.
 3             In fact, the Federal Court, in the Reslin
 4   litigation, excluded your testimony because you weren't
 5   qualified, correct?
 6             MR. BUCHANAN:  Objection, Your Honor.
 7   Objection, Your Honor.
 8             THE COURT:  That statement should be stricken
 9   from the record and the jury should completely
10   disregard it.  It's totally improper.
11             The Court has found that he is qualified to
12   testify.
13             MR. SEEGER:  Could I just have a brief
14   sidebar because of what just happened?  Would that be
15   all right?
16             MS. SULLIVAN:  It goes to his credentials,
17   Your Honor.
18             (The following transpired at sidebar.)
19             MR. SEEGER:  I am really trying to -- with
20   the track record that has developed with
                       Page 186
```

```
05 - 09220 - Kronmal.txt
21   Ms. Sullivan --
22             MS. SULLIVAN:  That's a question that's asked
23   a lot.
24             MR. SEEGER:  I want to finish my objection.
25             THE COURT:  It's totally improper.

                Kronmal - Cross                1610

 1             MR. SEEGER:  I would ask you to please make
 2   sure the jury understands that, and could we get an
 3   assurance from counsel that she is got going to
 4   continue to do this with this witness?  It's unfair.
 5   We have to --
 6             MS. SULLIVAN:  Not qualified, that goes to
 7   his credentials.
 8             THE COURT:  No, it doesn't.
 9             MR. SEEGER:  No, it doesn't, and it was a
10   different issue.
11             THE COURT:  It was something you could have
12   either made a motion or voir dired him on or you could
13   have voir dired him in front of -- or outside the jury.
14   You couldn't have voir dired him in front of the jury.
15             MS. SULLIVAN:  Your Honor, we did make a
16   motion on it and this is one of the reasons.
17             MR. SEEGER:  Did you notice when I objected,
                       Page 187
```

```
05 - 09220 - Kronmal.txt
18   she continued to push the question out?  The harm has
19   been done.  I would please just ask you to make sure
20   the jury understands it.
21             MR. BUCHANAN:  There was not an issue with
22   his credentials.
23             THE COURT:  Let me see it.
24             MR. SEEGER:  Completely different litigation.
25             MR. BUCHANAN:  Your Honor, we went through

                Kronmal - Cross                1611

 1   this with Dr. Egilman and in that decision, Your Honor
 2   made very clear that what another judge said about a
 3   witness is not germane to what you said.
 4             MR. SEEGER:  In a case that's now settled.
 5             MR. BUCHANAN:  There were 20 experts that
 6   were dealt with in that and you know it.
 7             MS. SULLIVAN:  It specifically cites him as
 8   unqualified.
 9             MR. BUCHANAN:  On state-of-mind issues.
10             MS. SULLIVAN:  No, FDA regulations on
11   clinical testing, on safety issues.
12             MR. BUCHANAN:  No.
13             MR. SEEGER:  That's a whole different issue.
14             MS. SULLIVAN:  There is more of that opinion,
                       Page 188
```

05 - 09220 - Kronmal.txt

15 several places they say he is not qualified --
16     MR. BUCHANAN: Are you talking to the jury or
17 the judge?
18     MR. SEEGER: Why don't you turn this way.
19     MR. BUCHANAN: We went through this with
20 Dr. Egilman, too, and Your Honor was very clear.
21     MR. SEEGER: There are ways to do it and ways
22 not to do it.
23     MS. SULLIVAN: He is a guy on biostatistics.
24 They put him way beyond. It's proper. He is not
25 qualified. Other Courts find him not qualified.

                    Kronmal - Cross                    1612

1     THE COURT: No.
2     MR. SEEGER: No. We tried the Reslin case.
3 You don't know. You weren't in that litigation. Dave
4 and I were for years. The cases have all settled.
5 There is no appeal to this. We don't have an
6 opportunity to address this with Judge Kaplan or the
7 Second Circuit. Everything is settled in that case so
8 this is really unfair, and she could have raised it
9 with you, Your Honor.
10     MS. SULLIVAN: We did. We filed a motion.
11     MR. SEEGER: Is think she is trying to force
                    Page 189

05 - 09220 - Kronmal.txt

12 some kind of mistrial, and I don't want to be on the
13 other side of it.
14     MS. SULLIVAN: That's not true.
15     MR. SEEGER: I want to take this case to
16 verdict. I don't want this jury being prejudiced.
17     (Sidebar concluded.)
18     THE COURT: It's hard to put things out of
19 your mind that you've heard, but you should put that
20 out of your mind. It is not a relevant fact here. I
21 have found, in fact, that this witness is qualified to
22 testify, and you should just completely disregard
23 counsel's statement.
24     You can proceed, counsel.
25 BY MS. SULLIVAN:

                    Kronmal - Cross                    1613

1     Q   And, Dr. Kronmal, you were talking about
2 epidemiology and the study of epidemiology, and one of
3 the things you talk to the jury about was the fact that
4 you used statistics to rule out or try to rule out a
5 chance finding, correct?
6     A   That's correct.
7     Q   For example, if you want to determine whether
8 or not a medicine can cause a heart attack, one of the
                    Page 190

05 - 09220 - Kronmal.txt

9 things that you said you need to do is do studies to
10 compare people who use the medicine against people who
11 don't, correct?
12     A   That's one way, yes.
13     Q   Controlled clinical trials, you told us was
14 the best evidence to determine that?
15     A   That's correct.
16     Q   Okay. And when you do that -- and we know,
17 Doctor, that heart attacks are very common in the
18 general population, correct?
19     A   Yes, they are.
20     Q   Unfortunately. And so, it may be that
21 someone's on the medicine and has a heart attack and
22 that could be just by chance, correct?
23     A   It could.
24     Q   Okay. And one of the things that people in
25 your business do is analyze information, comparing

                    Kronmal - Cross                    1614

1 people who took the medicine against people who didn't
2 to determine whether or not a finding is real or more
3 likely to be due to chance, right?
4     A   That's correct.
5     Q   Okay. And, as I understand it, Doctor, you
                    Page 191

05 - 09220 - Kronmal.txt

6 went through and looked at Merck's clinical trial
7 safety data for VIOXX?
8     A   That's correct, also.
9     Q   You looked at -- and, just to back up, the
10 way that clinical trials are run is that companies like
11 Merck have to get approved investigators to do those
12 studies, correct?
13     A   That's correct.
14     Q   And those names are submitted to the FDA and
15 they've got to be approved by the FDA to conduct those
16 trials, correct?
17     A   Quite frankly, I don't know whether they
18 specifically have to be approved or not, but --
19     Q   Fair enough. That's outside of your area of
20 expertise?
21     A   Right.
22     Q   You do know enough to know that the protocols
23 for the studies are submitted to the FDA?
24     A   Oh, absolutely.
25     Q   Okay. And the FDA signs off on the

                    Kronmal - Cross                    1615

1 protocols --
2     A   That's correct.
                    Page 192

05 - 09220 - Kronmal.txt

3  Q    And these outside investigators aren't
4  employed by the company, correct?  Typically, they are
5  out there at sites all over the country or all over the
6  world?
7  A    That's correct, although they're paid by company.
8  Q    Yeah, for their time, of course.  But they're
9  not employees of the company.
10 A    That's correct.
11 Q    And they are blinded to the results, they
12 don't know who is getting the medicine and who is
13 getting the placebo, right?
14 A    That's correct.
15 Q    And they -- when there is an adverse event,
16 they fill -- report it back to the company for
17 analysis, correct?
18 A    That's correct.
19 Q    Okay.  And what you looked at was the adverse
20 events reported by these outside investigators, among
21 other things, to do your analysis, correct?
22 A    Well, in general, that's true, although I also --
23 most of the analysis I did was on adjudicated events
24 that were adjudicated by an independent committee, that
25 weren't the investigator --

Page 193

---

05 - 09220 - Kronmal.txt
Kronmal - Cross                                    1616

1  Q    That's actually a good point.  You know, sir,
2  that Merck, as a result of outside advice it got from
3  an outside board of scientific advisors, had an extra
4  feature to look at cardiovascular events in their
5  safety studies, right?
6  A    That's correct.  They did.
7  Q    Okay.  In other words, in addition to having
8  these outside investigator reports sent to them, they
9  had a board of outside scientists examine the issue of
10 whether or not someone had a heart attack or a
11 thrombotic event in the study?
12 A    That's correct.
13 Q    Okay.  And they did that, you know, at the
14 advice of some outside scientists, correct?
15 A    I've heard something to that effect, yes.
16 Q    Now, Doctor, you'll agree that different
17 populations of patients can have different reactions to
18 medicine, in other words, someone who may be a diabetic
19 or a cancer patient may have a different experience
20 with a medicine than someone that doesn't have those
21 conditions, correct?
22 A    It's certainly possible, yes.
23 Q    And, in fact, populations can vary in terms
24 of their reactions to medicine?
25 A    Oh, of course.

Page 194

---

05 - 09220 - Kronmal.txt

Kronmal - Cross                                    1617

1  Q    And, Doctor, do you know that Mr. Humeston
2  had osteoarthritis?
3  A    I don't know the details of his case, no.
4  Q    Okay.  I'll represent to you that the
5  plaintiff -- you didn't find out or weren't told or
6  don't know that Mr. Humeston has osteoarthritis?
7       MR. SEEGER:  Objection, Your Honor.  The
8  witness, as counsel knows, has been designated on
9  general science, not on case specific.
10      THE WITNESS:  I may have heard that they said
11 because of -- that your case was around osteoarthritis,
12 I certainly heard that that was an issue.
13 BY MS. SULLIVAN:
14 Q    Fair enough.
15      Do you know that Mr. Humeston was taking
16 VIOXX for osteoarthritis?
17 A    I'm certainly willing to believe that that was the
18 case.
19 Q    Okay.  Fair enough.
20      And, Doctor, you did -- when you did an
21 analysis of the safety studies, you looked at the
22 studies involving osteoarthritis patients like the

Page 195

---

05 - 09220 - Kronmal.txt
23 plaintiff in this case?
24 A    Not specifically.  The only place that I looked at
25 the osteoarthritis studies at all was in the

Kronmal - Cross                                    1618

1  meta-analysis, where I was duplicating, in a sense, the
2  designation of the studies that were done by the Merck
3  scientists for their meta-analyses, and you're putting
4  up the slide that shows that part of the analysis that
5  I have done.  That was a small part of the analysis I
6  did, yes.
7  Q    No one prevented from you looking at the
8  osteoarthritis studies that were the raw data for that,
9  correct?
10 A    Well, it would have been extremely difficult,
11 because the osteoarthritis studies were in many, many
12 files.  There were a large number of them, they were
13 very small, and it would have very, very hard to break
14 down and do specific analyses for all those little tiny
15 studies.  Had I had more time, probably, and I might
16 well have done that.
17 Q    It's something you could have done; you had
18 the data, correct, for the osteoarthritis studies?
19 A    I assume the data was there, but I don't know for

Page 196

```
                05 - 09220 - Kronmal.txt
20   certain, since that was not a focus of the analysis. I
21   don't know for sure that I had all the data for the
22   osteoarthritis studies.
23       Q   Were you asked not to analyze the
24   osteoarthritis studies?
25       A   No, no, I wasn't told anything about -- I wasn't


                    Kronmal - Cross                    1619

1    told anything about how to analyze the data.
2        Q   Now, Doctor, this is a report that your
3    counsel put up and this is actually from your expert
4    report in this case, correct?
5        A   That's correct.
6        Q   Okay. And if we look at your information
7    about the osteoarthritis studies, you'll agree, Doctor,
8    that in patients who took VIOXX, patients like the
9    plaintiff in this case, who had osteoarthritis and took
10   VIOXX, there was no increased risk of a heart attack,
11   correct?
12       A   Well, that's not totally correct. Because the
13   ADVANTAGE study was also an osteoarthritis study, and I
14   learned recently that some of the studies listed under
15   nonrheumatoid arthritis were also osteoarthritis
16   studies. So, in a sense, this classification is very
                         Page 197
```

```
                05 - 09220 - Kronmal.txt
17   artificial. And, as you'll notice, in the ADVANTAGE
18   study, shows a relative risk of 4.92, and later data
19   that was presented in a letter to the editor of -- I
20   believe the Archives, internal medicine, someone from
21   Merck, indicated that, actually, there were eight
22   cardiovascular events, which included two sudden
23   deaths, on the VIOXX arm and ADVANTAGE, versus one in
24   the Naproxen arm and ADVANTAGE, an eight-fold increased
25   risk, and those were osteoarthritis, and it was only a


                    Kronmal - Cross                    1620

1    four-month study.
2        Q   And, Doctor, you know that the ADVANTAGE
3    study was a Naproxen study?
4        A   It had Naproxen as a comparator.
5        Q   The comparator was Naproxen?
6        A   That's correct.
7        Q   And, Doctor, you'll agree that the ADVANTAGE
8    study had too few events to really make any
9    determinations that --
10       A   Not really. Eight versus one was statistically
11   significant. And it so fit with the other studies that
12   I think it's perfectly reasonable to include it in the
13   overall assessment.
                         Page 198
```

```
                05 - 09220 - Kronmal.txt
14       Q   Were you made aware, Doctor, that another
15   plaintiffs' expert, Dr. Lucchesi, told the jury that
16   there were too few events in ADVANTAGE to make any
17   determination about heart attack risk?
18       A   Well,.
19           MR. SEEGER: Objection, Your Honor. I don't
20   think that's an accurate reflection of the record.
21           THE COURT: The attorney shouldn't
22   characterize what Dr. Lucchesi said. The jury will
23   have their own recollection of it.
24           MS. SULLIVAN: They will be the judge on it.
25   BY MS. SULLIVAN:


                    Kronmal - Cross                    1621

1        Q   Doctor, in the osteoarthritis studies -- and
2    we'll talk about advantage -- but in the osteoarthritis
3    studies that you analyzed and put in your report,
4    you'll agree that there was no difference, no
5    statistical difference, between people who took VIOXX
6    and people who took the comparator drug in that
7    population?
8        A   In that subset of the osteoarthritis studies, the
9    company defined that was true. However, they didn't
10   include the studies that showed an excess risk in that
                         Page 199
```

```
                05 - 09220 - Kronmal.txt
11   classification. That I didn't know at the time or I
12   would have combined them differently.
13       Q   Well, Doctor, isn't it true, even if you
14   combine the ADVANTAGE study and any other
15   osteoarthritis study, there is no statistical
16   difference in people with osteoarthritis, like
17   Mr. Humeston, in terms of a risk of heart attack in any
18   of the Merck studies?
19       A   That I do not know. I mean the fact is --
20       Q   You didn't do that analysis, sir?
21       A   No, I did not.
22       Q   Okay. And looking at the analysis that you
23   did repeat here, Doctor, for osteoarthritis, in fact,
24   there were fewer numbers of people taking VIOXX in the
25   osteoarthritis studies who had heart attacks as


                    Kronmal - Cross                    1622

1    compared with the people on the comparator drug,
2    correct?
3        A   In that subset of osteoarthritis, but it would not
4    be the case if you had included ADVANTAGE and the
5    nonrheumatoid arthritis, as far as I know.
6        Q   Doctor, even in the ADVANTAGE study, the
7    findings were not statistically significant, correct?
                         Page 200
```

05 - 09220 - Kronmal.txt

```
 8  A    They weren't at that time. But now, they are.
 9  Q    In the ADVANTAGE study?
10  A    Yes. Eight versus one. It reaches statistical
11  significance.
12  Q    And, Doctor, if you -- and, in fact, Doctor,
13  in the Alzheimer's study, on the issue of heart attack,
14  there is also no difference, correct?
15  A    When they published this data, they claimed that
16  there was a little over 12 months of follow-up, and in
17  their 12-month analyses that I commented on earlier
18  from a memo written by the statistician from Merck,
19  there was a significant excess of cardiovascular
20  events. I'm not sure why there is that discrepancy
21  between what's shown in that file that was the MI
22  meta-analysis and the analysis done in April of 2001 by
23  the statistician from Merck.
24  Q    My question, Doctor -- and you've looked at
25  the data -- on the issue of heart attack, and the
```

                    Kronmal - Cross                    1623

```
 1  Alzheimer's study, there was no difference between the
 2  people who took VIOXX and the people who took
 3  comparator drugs; there was no statistical difference
 4  on heart attack, correct, Doctor?
```
Page 201

05 - 09220 - Kronmal.txt

```
 5  A    If you included -- if you did not include sudden
 6  death, that would be a correct statement.
 7  Q    Okay. And you've told us that for people who
 8  die from sudden cardiac death, we don't know what the
 9  cause is; it could have been a heart attack, it could
10  have been many other things?
11  A    Well, it doesn't really matter. They died of
12  heart disease. And it doesn't matter what the
13  mechanism was.
14  Q    But not necessarily a thrombotic event,
15  you'll agree, Doctor?
16  A    That's correct. But I don't think there is any
17  evidence from anything I've seen that proves that the
18  problem with VIOXX is from thrombosis, necessarily.
19  Certainly, hypertension is not due to thrombosis.
20  Congestive failure is not due to thrombosis.
21  Q    And, Doctor, looking at -- going back and
22  looking at your chart, can we agree, based on your
23  numbers, the only studies that show any statistical
24  significance in terms of an increased risk of heart
25  attack from VIOXX was the VIGOR trial, correct?
```

                    Kronmal - Cross                    1624

```
 1  A    Well, this is an artificial breakdown of the
```
Page 202

05 - 09220 - Kronmal.txt

```
 2  studies. Most of these studies were way too small to
 3  expect statistical significance, and the only reliable
 4  estimates you can get are from the overall estimate
 5  which is statisticically significant.
 6  Q    But my question is, Doctor, yes or no, the
 7  only study that shows any statistical difference in
 8  terms of an increased risk of heart attack from VIOXX
 9  was the VIGOR study?
10  A    At that time, although ADVANTAGE now shows a
11  statistical difference.
12  Q    And, Doctor, we know that the VIGOR study had
13  Naproxen as the comparator.
14  A    That's correct.
15  Q    And if you take out the VIGOR study, the
16  overall estimate would not be statistically
17  significant, correct? There would be no difference?
18  A    That's correct.
19  Q    Okay. And, Doctor, in the osteoarthritis
20  studies, where there was no difference between VIOXX
21  and the comparators, the average -- the average
22  duration in terms of how long people took the drug was
23  for four months, correct?
24  A    That's correct.
25  Q    Okay.
```

Page 203

05 - 09220 - Kronmal.txt

                    Kronmal - Cross                    1625

```
 1  A    For those particular osteoarthritis studies.
 2  Q    Yeah. And you know, Doctor, that there were
 3  several thousand people in those osteoarthritis
 4  studies?
 5  A    That's correct. But there were also 5,000 people
 6  in ADVANTAGE, and it had three months follow-up, and it
 7  showed 8 versus 1.
 8  Q    And that was -- that, like VIGOR, was a
 9  Naproxen study, correct?
10  A    That had a Naproxen comparator.
11  Q    Okay. And we'll talk about VIGOR and
12  ADVANTAGE, but those two were Naproxen studies, right?
13  A    That's correct.
14  Q    But looking at the osteoarthritis studies
15  where Naproxen was not a comparator, you'll agree,
16  Doctor, that in no Merck study, in people with
17  osteoarthritis, with VIOXX compared to placebo, or
18  VIOXX compared to any other medicine, other than
19  Naproxen, there was no increased risk for a heart
20  attack, correct?
21  A    That's correct.
22  Q    Okay. With an average duration of use of
23  four months, correct?
24  A    That's correct.
```
Page 204

```
                    05 - 09220 - Kronmal.txt
25      Q    And, Doctor, you did a lot of the KM plots we


                       Kronmal - Cross                    1626

 1  saw, the curves that you showed the jury and
 2  Mr. Buchanan showed the jury?
 3      A    That's correct.
 4      Q    You didn't do any KM plot for heart attack in
 5  the osteoarthritis population, did you, sir?
 6      A    No, I did not.
 7      Q    Let me show you, Doctor, what's been marked
 8  as Defendant's Exhibit 338.
 9           MS. SULLIVAN:  Your Honor, may I approach?
10           THE COURT:  You may.
11  BY MS. SULLIVAN:
12      Q    And, Doctor, do you recognize this as a paper
13  published by Dr. Reicin and other coauthors in the
14  American Journal of Cardiology?
15      A    Yes, I do.
16           MR. BUCHANAN:  Do you have a copy, counsel?
17           MS. SULLIVAN:  Oh, I'm sorry.  I thought you
18  had yours.
19  BY MS. SULLIVAN:
20      Q    And, Doctor, the American Journal of
21  Cardiology, you will agree, sir, is one of the leading
                              Page 205
```

```
                    05 - 09220 - Kronmal.txt
22  medical journals in the world, correct?
23      A    It's a good journal.  I don't know if it's
24  leading.
25      Q    And there is a peer-review process for


                       Kronmal - Cross                    1627

 1  journals, particularly some of the leading journals
 2  like this one, where outside scientists review and
 3  critique your science, your paper, before you're
 4  permitted to publish it?
 5      A    That's correct.
 6      Q    And many, many papers get rejected because
 7  the editors or reviewers think it's not good science,
 8  correct?
 9      A    That's correct.
10      Q    And here, Dr. Kronmal, Dr. Reicin and her
11  coauthors are describing the VIOXX development program,
12  correct?
13      A    That's correct.
14      Q    And they talk about the fact that
15  cardiovascular safety was assessed in 5,435
16  participants in eight Phase IIB/3 osteoarthritis
17  trials, correct?
18      A    That's correct.
                              Page 206
```

```
                    05 - 09220 - Kronmal.txt
19      Q    And they talk about fact that the median
20  treatment exposure was three-and-a-half months, right?
21      A    That's also correct.
22      Q    And there were people who took it for a lot
23  longer and people who took it for a lot shorter but
24  that was the average, right, the median?
25      A    That's correct.


                       Kronmal - Cross                    1628

 1      Q    Okay.  And if we look, Doctor, they also give
 2  us a breakdown of the kinds of people that were in the
 3  study in terms of their risk factors?
 4      A    That's correct.
 5      Q    And if we look at the kinds of folks that
 6  were in Merck's safety studies in connection with their
 7  development of VIOXX, we see, for example, that 6.9
 8  percent, almost 7 percent of the people had coronary
 9  artery disease, correct?
10      A    That's correct.
11      Q    Two-and-a-half percent had had a heart attack
12  in the past, correct?
13      A    That's also correct.
14      Q    And, similarly, any cardiovascular risk
15  factor, almost 60 percent had some cardiovascular risk
                              Page 207
```

```
                    05 - 09220 - Kronmal.txt
16  factor, right?
17      A    That's correct.
18      Q    They have a -- 8 percent of the people in the
19  studies were diabetics, right?
20      A    That's correct.
21      Q    17.2 percent of the people had high
22  cholesterol and they also included about 11 percent of
23  the people who took VIOXX in the development studies
24  were smokers, right?
25      A    That's correct, also.


                       Kronmal - Cross                    1629

 1      Q    Okay.  And they analyzed these studies,
 2  Doctor, for whether or not there was an increased risk
 3  of various events, including heart attack, right?
 4      A    That's correct.
 5      Q    And, Doctor, on the issue of heart attack,
 6  there was no difference between people who took VIOXX
 7  and people who took comparator pain relievers, right,
 8  other NSAIDs?
 9      A    That's correct.  Although, again, they
10  conveniently left off the ADVANTAGE study, that was as
11  large as the combined data from these studies.
12      Q    Dr. Kronmal, we're going to talk about the
                              Page 208
```

```
                    05 - 09220 - Kronmal.txt
13   ADVANTAGE study. The ADVANTAGE study, like the VIGOR
14   study, involved Naproxen, correct?
15   A    That's correct. But if you're going to do
16   analyses like this, you should include all your data,
17   not just selected ones.
18   Q    Do you know, Doctor, on the issue of heart
19   attack in the studies that were reported in the
20   American Journal of Cardiology, there was no difference
21   between people who took VIOXX and people who took other
22   pain relievers in these studies on the issue of heart
23   attack, correct?
24   A    That's what they reported, yes. I have not
25   analyzed it myself, so I can't really verify it.


                    Kronmal - Cross                        1630

1    Q    Well, you have all of Merck's -- we have
2    provided to you and your counsel all of Merck's safety
3    trials?
4    A    Right. But I did not --
5    Q    You didn't do that analysis.
6         And, Doctor, on the issue, again, looking at
7    cardiovascular end points, VIOXX versus placebo, that's
8    a sugar pill, correct?
9    A    I'm not sure whether it was sugar or not, but it
                              Page 209
```

```
                    05 - 09220 - Kronmal.txt
10   was an inactivator.
11   Q    An inactive pill.
12        It looks like more people had heart attacks
13   on the inactive pill than they did on VIOXX in the
14   osteoarthritis population, correct?
15   A    Yeah. These are very, very small numbers, you
16   have to realize. It's .28 percent of 711. It's
17   probably, let's see, that's less than -- it's probably
18   a handful of people. It's based on extremely small
19   numbers. There is no statistical significance. There
20   is no confidence given for the difference in the rates.
21   Doesn't mean a lot.
22   Q    But both in the -- both in looking at people
23   who took VIOXX compared to other pain relievers, and
24   looking at people who took VIOXX compared to placebo,
25   in people with osteoarthritis, like Mr. Humeston in


                    Kronmal - Cross                        1631

1    this case, there was no difference in heart attack
2    rate, correct?
3    A    These studies were too small to tell that but yes,
4    that's correct.
5    Q    Well, sir, do you know how long Mr. Humeston
6    took VIOXX?
                              Page 210
```

```
                    05 - 09220 - Kronmal.txt
7    A    I understand it was around two months.
8    Q    And, Doctor, this is -- now, you told us that
9    you didn't do a Kaplan Meier plot for osteoarthritis
10   studies in heart attacks, right?
11   A    That's correct.
12   Q    But Dr. Reicin and her colleagues did do a
13   Kaplan Meier curve for these osteoarthritis studies,
14   correct?
15   A    That's correct.
16   Q    And, looking at their Kaplan Meier curves,
17   Doctor, it shows no difference between VIOXX and other
18   pain relievers, correct?
19   A    That's correct.
20   Q    Consistent with their study results, right?
21   A    Well, that's what they already reported, yes.
22   Q    And, Doctor -- and you have the data. You
23   haven't seen anything different, looking at their data,
24   correct?
25   A    I have not analyzed that specifically.


                    Kronmal - Cross                        1632

1    Q    And, looking at the two months, there is no
2    difference, right? People who took it for two months
3    who had osteoarthritis, there is no difference?
                              Page 211
```

```
                    05 - 09220 - Kronmal.txt
4    A    There is maybe five events total in those two.
5    It's not enough to tell.
6    Q    And carrying it out over a year, there is no
7    difference, right?
8    A    Right. But, again, very small numbers and
9    selected studies.
10   Q    But you're saying in the ADVANTAGE study,
11   with eight events, that's enough to tell, but five
12   events, that's not enough to tell?
13   A    That's correct.
14   Q    Okay.
15   A    It was 8 versus 1.
16   Q    Well, do you know in these studies what the
17   comparison -- there was no difference, right, in the
18   osteoarthritis studies?
19   A    In those, there wasn't.
20   Q    And, by the way, neither the peer reviewers
21   or the journal told these authors that there were too
22   few events and so it was improper to report their data
23   in this manner, correct?
24   A    Oh, I'm not saying it was improper for them to
25   report it. That was not what I said.


                    Kronmal - Cross                        1633
                              Page 212
```

```
                    05 - 09220 - Kronmal.txt
 1      Q     And, Doctor, going back to the chart, in this
 2   study, it looks like about a quarter of a percent of
 3   the people on VIOXX, of the thousands of people on
 4   VIOXX in these studies, about a quarter of a percent
 5   had a heart attack, right?
 6      A     That's correct.
 7      Q     Okay.  And, similarly, about a quarter of a
 8   percent had a heart attack on placebo?
 9      A     That's correct.
10      Q     And, Doctor, you'll agree, as it relates to
11   testing of medicines, the best kinds of studies are
12   placebo-controlled studies?
13      A     That is true.
14      Q     That's viewed as the gold standard by the FDA
15   and by scientists, comparing a medicine to nothing?
16      A     That's correct, also.
17      Q     And you'll agree, Doctor, that neither the
18   VIGOR study or the ADVANTAGE study was a
19   placebo-controlled study, correct?
20      A     They were not.
21      Q     But, Doctor, you do know that Merck did do
22   placebo-controlled studies, as well as studies
23   comparing VIOXX to other medicines, right?
24      A     They -- later they did.  They had some very small
25   ones early that were very short term, and then they did
                            Page 213
```

```
                    05 - 09220 - Kronmal.txt

                         Kronmal - Cross                   1634
 1   the Alzheimer's studies and APPROVe, and then VICTOR
 2   and VIP that were placebo-controlled.
 3      Q     In fact, Doctor, you know that Merck did --
 4   there were thousands of people on placebo-controlled
 5   studies that Merck did on VIOXX?
 6      A     If you count up the ones that is mentioned, yes.
 7      Q     And, incidentally, Doctor, there is no
 8   studies to indicate that taking VIOXX intermittently,
 9   rather than continuously, increases your risk of heart
10   attack, correct?
11      A     I don't think they ran any studies where they had
12   people take the drug intermittently.
13      Q     So there is no evidence to indicate that
14   somebody is at increased risk, no clinical trial
15   evidence to indicate somebody is at increased risk of a
16   heart attack from taking VIOXX intermittently?
17      A     They didn't do any studies of that kind, so there
18   is no way of knowing.
19      Q     And you're not aware of any studies out there
20   by the government or anybody else that show that?
21      A     I'm not aware of any, no.
22      Q     Doctor, you talked a little bit about
23   Dr. Konstam's meta-analysis.
                            Page 214
```

```
                    05 - 09220 - Kronmal.txt
24      A     That's correct.
25      Q     I want to talk about that for a little bit.


                         Kronmal - Cross                   1635
 1   Let me show you -- if I may, Your Honor --
 2   what's been marked as Defendant's Exhibit 313.
 3      A     Thank you.
 4      Q     Incidentally, Doctor, before we get to that,
 5   the FDA has scientists who review and analyze safety
 6   data submitted by companies, correct?
 7      A     That's correct.
 8      Q     And the FDA -- and, Doctor, you're not aware
 9   of at any point where the FDA, reviewing the VIGOR data
10   or reviewing any of Merck's safety data, concluded what
11   you're concluding, that VIOXX, with short-term use,
12   increases your risk of heart attack; the FDA has never
13   said that, never concluded that?
14      A     Well, that's partially true, I mean, in the sense
15   that they never formally did, but they were very
16   concerned about the safety profile of VIOXX, from the
17   very beginning, and often asked Merck for additional
18   data, safety data, on frequent occasions.
19      Q     Well, that's a good -- that's a good point,
20   Doctor.  The FDA is always concerned about safety for
                            Page 215
```

```
                    05 - 09220 - Kronmal.txt
21   medicines and frequently asks companies for additional
22   data, and they did that with Merck, right?
23      A     That's correct.
24      Q     And at no time did the FDA conclude,
25   notwithstanding the additional safety data provided by


                         Kronmal - Cross                   1636
 1   Merck, at no time did the FDA conclude that VIOXX
 2   caused heart attacks, correct?
 3      A     That's correct.
 4      Q     Okay.  I want to talk about Dr. Konstam's
 5   analysis, if you could look at it, sir.  And, Doctor,
 6   this was also a paper that was published in a
 7   peer-reviewed journal?
 8      A     That's correct.
 9      Q     The journal of Circulation, also another one
10   of the leading journals in the field of cardiology,
11   right?
12      A     That is also correct.
13      Q     And, Doctor, in this study of Merck, in
14   response to the VIGOR study, Merck went back and
15   analyzed their safety data across all studies, correct?
16      A     That's correct.
17      Q     And I think you've said that was an
                            Page 216
```

05 - 09220 - Kronmal.txt
18  appropriate thing for the Merck scientists to do.
19  A    Yes.
20       Q    And they looked to see, in all of their
21  studies, whether that there was any increased risk of
22  heart attack in any of their other safety studies after
23  VIGOR, right?
24  A    That's also correct.
25       Q    And they looked at studies that involved more

                    Kronmal - Cross                    1637
1   than 28,000 patients, right?
2   A    That's correct, also.
3        Q    And studies that compared VIOXX against other
4   pain relievers like diclofenac, which is Voltaren, I
5   believe?
6   A    Could be. I don't know.
7        Q    Okay. Ibuprofen.
8   A    Yes.
9        Q    And nabumetone, which is Relafen, correct?
10  A    Yes.
11       Q    And they also looked at the studies comparing
12  VIOXX to placebo, right?
13  A    That's also correct.
14       Q    And, in their analysis, peer reviewed by the
                         Page 217

05 - 09220 - Kronmal.txt
15  scientists, Circulation, they found no evidence of
16  increased risk of CV, cardiovascular events, for VIOXX,
17  relative to either placebo or non-Naproxen NSAIDs,
18  right?
19  A    With the definition of CV events that they use,
20  yes, that's correct. This was the APTC definition.
21       Q    Yes. And, Doctor, that's a good point. You
22  know, sir, there was an outside board of scientists who
23  advised Merck to use the APTC definition for CV events,
24  right?
25  A    No, I don't.

                    Kronmal - Cross                    1638
1        Q    Oh, you don't? You didn't review those
2   documents?
3   A    No.
4             MR. SEEGER: Objection, Your Honor. That
5   suggests there is a document. She should show the
6   witness if there is.
7             MS. SULLIVAN: Well, we'll talk about that,
8   Doctor.
9   BY MS. SULLIVAN:
10       Q    I'm going to show you the CV protocols. Are
11  you not aware that outside scientists advised Merck to
                         Page 218

05 - 09220 - Kronmal.txt
12  use the APTC --
13  A    I don't know about that at all.
14            MR. SEEGER: Objection.
15            THE COURT: Do you have a document that says
16  that?
17            MS. SULLIVAN: I have the protocol, Your
18  Honor, and we've got testimony we can show him.
19            MR. SEEGER: May we sidebar for one second,
20  Your Honor?
21            THE COURT: Okay.
22            (The following transpired at sidebar.)
23            MR. SEEGER: I'm sorry, Your Honor. My
24  concern here is, again, this is now, I think I count
25  the third time that -- this suggestion to the jury that

                    Kronmal - Cross                    1639
1   a document exists just to elicit an answer.
2             MS. SULLIVAN: That's a foundation, you guys
3   know -- that's just garbage. You guy knows that Merck
4   used that criteria because of a board of outside
5   scientists. There is tons of deposition testimony.
6   There is a CV protocol. That is a good-faith
7   foundation to ask the question.
8             MR. SEEGER: Judge, that's not true.
                         Page 219

05 - 09220 - Kronmal.txt
9             MS. SULLIVAN: They come up here saying
10  that's not a good way to analyze it without telling
11  him --
12            MR. SEEGER: The board of scientific advisors
13  told them make them predetermined end points. It's
14  working. I'm just saying if the cross is going to go
15  that way, there should be a good-faith basis for the
16  question.
17            MS. SULLIVAN: There is a good-faith basis,
18  Your Honor. An outside board told him.
19            THE COURT: Do you have any document?
20            MS. SULLIVAN: I didn't bring them. This is
21  a nondisputed fact --
22            THE COURT: No, it's clearly disputed. It's
23  clearly disputed and if you raise your voice, I will do
24  it, too, and let's keep it low so we are just talking
25  to the Judge. Your Honor, the --

                    Kronmal - Cross                    1640
1             MS. SULLIVAN: I will move on, Judge. I will
2   move on.
3             MR. SEEGER: I would like to, at the next
4   break, I don't want to interrupt her cross, I will show
5   you the document. There was not a good-faith basis for
                         Page 220

05 - 09220 - Kronmal.txt

6  that question, and I just wanted to make the objection
7  on the record.
8       MS. SULLIVAN: You're playing games.
9       (Sidebar concluded.)
10      THE COURT: We need a break. We will take a
11 break. See if you can locate the document at the
12 break, counselor.
13      MR. SEEGER: Your Honor, can we keep you here
14 for one more second? I'm sorry.
15      THE COURT: Yeah.
16      (The following transpired at sidebar.)
17      MR. SEEGER: She just made another comment in
18 front of the jury, there was a good-faith basis and you
19 know it. I'm really trying to live by your rules but
20 it's like a boxing match where the ref says keep your
21 hands up, and if you don't, you get hit, and it's your
22 fault. I don't know what to do here. So, you know,
23 when I walk across the floor with her, she shouldn't
24 make comments like, you know I have a good-faith basis
25 or stuff like that to me. It makes me look like I'm

                    Kronmal - Cross                1641

1  being an idiot here. It's competitive, I know she has
2  a lot of pressure, but we all do. I don't like losing,

Page 221

05 - 09220 - Kronmal.txt

3  either.
4       (Sidebar concluded.)
5       (A recess was taken at 2:55 p.m.)
6       THE COURT: Did they do a report?
7       MS. SULLIVAN: We're looking for the
8  documents. We're trying to pull it quickly, and we
9  have some deposition, too, we are still trying to dig
10 out.
11      MR. SEEGER: Whose deposition?
12      MS. SULLIVAN: It's a deposition of
13 Dr. Shapiro.
14      MR. SEEGER: I have to look at that, Your
15 Honor.
16      THE COURT: You can look at that.
17      MR. SEEGER: Oh, thank you.
18      THE COURT: Did he do a report?
19      MS. SULLIVAN: We are looking for the
20 documents, Your Honor, but there is multiple testimony
21 in documents, on who advised us to do that.
22      THE COURT: These are in a report?
23      MS. SULLIVAN: I don't know.
24      MR. SEEGER: I remind -- board of scientific
25 advisors. I remind you of one thing, Judge. There

Page 222

05 - 09220 - Kronmal.txt
                    Kronmal - Cross                1642

1  were a lot of letters to Merck telling them what to do.
2  There is very few documenting anything that Merck did.
3       The recommendation by the board of scientific
4  advisors is to make a predetermined end point in the
5  clinical trials. There is going -- there has been and
6  there will continue to be testimony that that is not
7  APTCPTC end points. APTCPTC end points waters down the
8  result. They're told there to put them in the
9  protocols, in the clinical trials, so the trial
10 investigators can find them.
11      I really frankly don't care what a Merck
12 employee said about it. They do not have one document.
13 And when you say to a witness, are you aware that they
14 were recommended by outside consultants, it's a
15 misleading question and there is no good-faith basis
16 for it.
17      MS. SULLIVAN: There is a good-faith basis
18 because our witnesses have said it, and we're looking
19 for internal documents that say it, and our witnesses
20 talked to these people. They are consultants --
21      MR. SEEGER: The outside consultants do not
22 speak in terms of APTCPTC, and I understand this may
23 sound like I'm slitting hairs, but I'm really not.
24      MS. SULLIVAN: You are splitting hairs.
25 You're playing games.

Page 223

05 - 09220 - Kronmal.txt

                    Kronmal - Cross                1643

1       MR. SEEGER: Predetermined end points --
2  predetermined end points in clinical trials is
3  different from the company then collecting the events
4  and determining this APTC code, which has only been
5  used in aspirin trials. And they do it for the reason
6  to make the drug look good.
7       So my point is, if you're going to say to
8  witnesses, are you aware someone said something, come
9  up with a document.
10      MS. SULLIVAN: I don't know what he's saying.
11      MR. SEEGER: I don't know anything about --
12      MS. SULLIVAN: Did the outside board
13 recommend APTC?
14      MR. FITZPATRICK: Yes. No, not the board of
15 scientific advisors. The consultants --
16      MR. SEEGER: Who?
17      MR. FITZPATRICK: The consultants --
18      MR. SEEGER: Is there a document?
19      MR. FITZPATRICK: I don't think I have a
20 document. It was testified about --
21      MR. SEEGER: That's my point. She made it
22 sound like there was something.

Page 224

05 - 09220 - Kronmal.txt
23    MR. FITZPATRICK: That's correct, there was.
24    MR. SEEGER: Show the document.
25    MS. SULLIVAN: There is sworn testimony.

                    Kronmal - Cross                 1644
1     MR. SEEGER: That testimony is Merck's spin
2  on it.
3     MS. SULLIVAN: Well, cross-examine our people
4  on it then.
5     MR. SEEGER: Well, that's -- okay, well, the
6  one document we do have, Judge, on the outside board of
7  consultants is right here, and it doesn't speak in
8  terms of ATPC codes. Those are different than
9  predetermined end points in clinical trials.
10    MR. FITZPATRICK: That's correct, and we also
11 did that analysis. That's accurate. The board of
12 scientific advisors recommended that we look at all
13 thrombotic events, which we did.
14    MR. SEEGER: Okay. Well, that wasn't the
15 question Diane asked, Jim, and that's fine.
16    MS. SULLIVAN: I said, do you know that
17 outside advisors recommended that we look at it this
18 way --
19    MR. SEEGER: Do you have her last question
                          Page 225

05 - 09220 - Kronmal.txt
17 told them. That's my point.
18    MS. SULLIVAN: But the point is, you didn't
19 show him any of that. You didn't show him that they
20 said look at thrombotic events, you didn't show him
21 that they said look at APTC end points.
22    THE COURT: Where do they say it? They're
23 not showing it to him.
24    MS. SULLIVAN: The board of scientific
25 advisors should look at thrombotic events, and then the

                    Kronmal - Cross                 1646
1  deposition says look at APTC end points.
2     MR. SEEGER: It says cardiovascular.
3     THE COURT: It says coronary here.
4     MR. SEEGER: That's broader than thrombotic
5  events. And the reason they picked the APTC end points
6  is because that excluded congestive heart failure; that
7  excluded enlarged hearts; that excluded ventricular
8  fibrillation, all events that are secondary to an MI --
9     MS. SULLIVAN: And you crossed our people on
10 it and they say the consultants told them -- everybody
11 uses that end point in the studies.
12    MR. SEEGER: There isn't a document that says
13 it.
                          Page 227

05 - 09220 - Kronmal.txt
20 that I objected to? I think she said APTCPTC --
21 APTCPTC end points in that question.
22    THE COURT: Whose deposition is this?
23    MS. SULLIVAN: She is a statistician -- that's
24 the witness.
25    THE COURT: Do you know who was questioning

                    Kronmal - Cross                 1645
1  the witness?
2     MS. JONES: I don't know.
3     MS. SULLIVAN: I don't know. Your Honor, we
4  are going to be really crammed on time with this
5  witness.
6     THE COURT: Who was it who suggested the APTC
7  -- there is a line in the deposition that says, who was
8  it that suggested that APTC end points be used? And
9  then they say, we had some that we brought in, and we
10 have this end point that we got from the adjudication
11 SOP.
12    MR. SEEGER: That's made by Merck.
13    THE COURT: They felt the more relevant end
14 points, so we could compare our results to these in a
15 platelet trial, would be to use this end point instead.
16    MR. SEEGER: Rather than what the consultants
                          Page 226

05 - 09220 - Kronmal.txt
14    THE COURT: The uniform criteria for
15 characterization of myocardial infarction, sudden
16 cardiac death, and strokes should be established.
17    MR. SEEGER: Right. They went broader than
18 that, and that's how they watered down their data and
19 they watered down their findings, by using the broader
20 codes.
21    MS. SULLIVAN: No, the opposite would be true.
22    MR. SEEGER: It's an important point in the
23 trial. That's --
24    MS. SULLIVAN: We would water it down if we
25 didn't focus on thrombotic events. That's the issue.

                    Kronmal - Cross                 1647
1     MR. SEEGER: You can ask our witness that. I
2  don't have a problem with that.
3     MS. SULLIVAN: No, you have this witness up
4  here saying, I don't know why they used it, when they
5  had the board of scientific advisors and they had
6  outside consultants talk to them about what kinds of
7  end points they should be --
8     MR. SEEGER: Diane, the point is when you say
9  in front of a jury, did you see that our outside
10 consultants said something, and you don't have a
                          Page 228

05 - 09220 - Kronmal.txt

11  document for it, or any evidence --
12           MS. SULLIVAN: There is testimony.
13           MR. SEEGER: -- that's a problem. That
14  testimony is not clear.
15           MS. SULLIVAN: I've got sworn testimony that
16  gives me a good-faith basis to ask that question. And
17  that's the truth.
18           MR. SEEGER: The testimony says you did
19  something other than what the board told you to do.
20           THE COURT: Who was it that suggested the
21  APTC end points be used for the pooled analysis? We
22  have consultants that we brought in to evaluate data.
23  All, from adjudication SOP.
24           They felt that the more relevant end points,
25  so we could compare results to these antiplatelets

                    Kronmal - Cross                    1648

1   trials, would be to use this end point instead.
2            MS. SULLIVAN: Exactly.
3            THE COURT: There were many similarities
4   between the end points.
5            What is this end point instead.
6            MS. SULLIVAN: They felt, the outside
7   consultants, that the APTC end point was the more
                    Page 229

05 - 09220 - Kronmal.txt

8   appropriate one. That's why Merck used it.
9            MR. SEEGER: Other than what that witness
10  says there, there isn't a document to substantiate it.
11  In fact, the only document that tells them what to do
12  is the one in your hand.
13           MS. JONES: But THEY also did that one.
14           MS. SULLIVAN: We did both of them.
15           MR. SEEGER: That wasn't the way the question
16  was asked, and my problem is the question is misleading
17  and there wasn't a good-faith basis.
18           MS. SULLIVAN: There was. In fact, I have
19  sworn testimony from witnesses there is a good-faith
20  basis and they did both of them. You haven't come in
21  saying I don't know why they didn't. You didn't show
22  him the document.
23           MR. SEEGER: And you didn't either. I mean,
24  I don't have to try my case at sidebar. But you didn't
25  do that and we will show that.

                    Kronmal - Cross                    1649

1            THE COURT: If we can't finish with this
2   witness, we'll come back tomorrow.
3            MS. SULLIVAN: It's not right, Your Honor.
4            THE WITNESS: (Indicating.)
                    Page 230

05 - 09220 - Kronmal.txt

5            THE COURT: Come on. You're in for a penny,
6   you're in for a pound.
7            MR. SEEGER: It will push Anstice to later
8   but we will call him back Monday.
9            MS. SULLIVAN: We can't. He is in Japan.
10  This is an expert.
11           MR. SEEGER: Sorry. Trials go that way.
12  Same thing with a lot of people.
13           MS. SULLIVAN: You told us you wanted Anstice
14  Monday and Tuesday.
15           THE COURT: He is going to be here Monday.
16           MR. SEEGER: Well, Dr. Kronmal, if he has to
17  come tomorrow morning? Yeah, if he has to, Dr. Kronmal
18  says he can come in the morning.
19           THE COURT: Maybe you'll get him done today.
20           All right. Go back to the table.
21           (Sidebar concluded.)
22           THE COURT: The question was asked: "And,
23  Doctor, that's a good point. You know, sir, there was
24  an outside board of scientists who advised Merck to use
25  the APTC definition for CV events, right?" "No, I

                    Kronmal - Cross                    1650

1   don't." "Oh, you don't? You didn't review those
                    Page 231

05 - 09220 - Kronmal.txt

2   documents?" "No."
3            MR. SEEGER: That was my problem.
4            MS. SULLIVAN: Well, the document you just
5   showed the Court said look at CV events from the board
6   of scientific advisors.
7            MR. SEEGER: And then she produced testimony
8   to Your Honor.
9            THE COURT: "Doctor, we'll talk about that.
10  I'm going to show you the CV protocols. Are you not
11  aware that outside scientists advised Merck." Where
12  are the CV protocols?
13           MS. SULLIVAN: I have the CV protocols, Your
14  Honor, but those won't say someone told me to do it.
15  They are just the protocols we implemented. Those are
16  the documents that tell us -- those are the ones you've
17  got, Judge.
18           THE COURT: All right. I'm going to advise
19  the jury that there is no document. There is no
20  document, counsel.
21           MS. SULLIVAN: You've go --
22           THE COURT: Three times you said to the jury
23  there is a document. There is no document.
24           MS. SULLIVAN: You've got the board of
25  scientific advisors saying look at CV events.
                    Page 232

05 - 09220 - Kronmal.txt

Kronmal - Cross                                    1651

1   MR. SEEGER: Now we're out to CV events,
2  Judge.
3       THE COURT: I thought CV events compared to
4  APTC was what it was all about.
5       MS. SULLIVAN: I don't have the question in
6  front of me, Judge.
7       THE COURT: What question?
8       MS. SULLIVAN: My question.
9       THE COURT: Your question is -- he's talking
10 about CV events. And he says, "You used the APTC
11 definition for CV events." And then -- or, no, you
12 say -- got to go back further. He's talking about
13 what's the definition of CV events they use? That's
14 correct. This was an APTC definition? Yes, Doctor.
15 That's a good point. You know there was an outside
16 board who advised Merck to use the APTC definition? I
17 don't. You didn't review those documents?
18      MS. SULLIVAN: The depositions, Your Honor.
19      MR. SEEGER: Oh, now we're at the deposition.
20      THE COURT: Then you go on and say, we'll
21 talk about that, Doctor. I'm going to show you the CV
22 protocols.
23      MS. SULLIVAN: I have them. We will go
24 through them, Your Honor, but they --
Page 233

05 - 09220 - Kronmal.txt
25      THE COURT: But they don't say what you said

Kronmal - Cross                                    1652

1  they say. Here you go.
2       MS. SULLIVAN: The CV protocols define the
3  events that --
4       THE COURT: Counsel, you can have your
5  witnesses testify to whatever you want as far as what
6  was asked.
7       My problem is not that you asked him did you
8  read so-and-so's deposition where he said -- or did you
9  read Ms. Shapiro's deposition where she said she was
10 told by outside consultants to use APTC. Then the jury
11 knows that one of your witnesses claims that to be the
12 case. That's a lot different than saying twice that
13 you have a document and there is protocols and they
14 were from outside consultants and that is no such
15 things exists. They may have told them that, but we
16 don't have any evidence of that other than your people
17 testifying to that. But you certainly can bring in,
18 you can have your people testify -- this is not the
19 first time we've stopped to say let me see the document
20 and there is no document.
21      MS. SULLIVAN: Well, only because, Judge,
Page 234

05 - 09220 - Kronmal.txt
22 Mr. Seeger objects to every question. If I did the
23 same thing, there would be a host of documents he
24 wouldn't be able to bring in.
25      And, Judge, it's improper to give an

Kronmal - Cross                                    1653

1  instruction like that, unless you say that it's not a
2  document, it's deposition testimony that she's
3  referring to.
4       MR. SEEGER: So you want the Judge to
5  instruct the jury that your misstatement -- now you
6  want the Judge to the cure that for you? I don't think
7  that's aappropriate, Judge. This is happened --
8  because it's happened more than once, we would like an
9  instruction that the document doesn't exist. In fact,
10 the document does not exist. The CV protocols were
11 created by Merck and it's something different --
12      I would expect to be called on that by Merck
13 if I did that to one of their witnesses, as well.
14      MS. SULLIVAN: Some people don't object to
15 every question because we would like get the trial over
16 with.
17      MR. SEEGER: The questions are objectionable.
18      THE COURT: When the jury comes back in, I'm
Page 235

05 - 09220 - Kronmal.txt
19 going to tell them that they should disregard the
20 question that was asked, and I'm not going to say
21 anything else to them.
22      But I'm telling you, Ms. Sullivan, the next
23 time you mention a document and say did you read this
24 document, did you see this document, are you aware of
25 this document, you better have that document on the

Kronmal - Cross                                    1654

1  podium, ready to show to the witness. Because I'm not
2  going to let you suggest there are documents to the
3  jury that don't exist.
4       Bring the jury in.
5       Oh, and there is another thing. When we were
6  at sidebar, we finished sidebar, counsel turned, were
7  walking away from me, and Ms. Sullivan said to
8  Mr. Seeger, you're playing games, loudly enough so
9  that, certainly, I could hear it, Chris heard it over
10 here, and I'm sure the jury heard it since you were
11 facing the jury when you said it. A totally
12 inappropriate comment.
13      Do not call Mr. Seeger names. Do not argue
14 with him in front of the jury. If you have anything to
15 say about him, say it to me at sidebar. Do not say it
Page 236