05 - 09220 - Kronmal.txt

16   so the jury can hear it.  It's wrong.
17        MS. SULLIVAN:  Fair enough.
18        THE COURT:  Bring the jury in.
19        (The jury entered the courtroom at 3:30 p.m.)
20        THE COURT:  You could be seated.
21        Ladies and gentlemen, there was a question,
22   Doctor, that's a good point, you know there was an
23   outside board who advised Merck to use the APTC
24   definition, and there was an answer no, you didn't.
25   Please disregard that question and the answer.  Forget

                    Kronmal - Cross              1655

1    about it.  It's not part of the case at this point.
2    It's stricken.
3         You can proceed.  Counsel.
4         MS. SULLIVAN:  Thank you, Your Honor
5    BY MS. SULLIVAN:
6         Q    Dr. Kronmal, have you reviewed the
7    depositions of the Merck scientists on the issue of why
8    they used the APTC end point in adjudicating
9    cardiovascular events in their safety studies?
10   A    No, I did not.
11        Q    Okay.  Doctor, before we broke, we were
12   looking at the Dr. Konstam study, Defendant's Exhibit
                    Page 237

---

05 - 09220 - Kronmal.txt

13   313, published in the journal of Circulation, right?
14   A    That's correct.
15        Q    And, Doctor, this was another analysis, an
16   updated analysis done by the scientists at Merck, again
17   looking at all of the safety data on VIOXX and,
18   specifically, the issue of whether there was an
19   increased cardiovascular risk, right?
20   A    It was for the APTC end point, yes.  Not for
21   cardiovascular risks per se.  APTC is broader than
22   cardiovascular disease.
23        Q    Well, they did break out heart attacks and
24   other cardiovascular events in the study, correct?
25   A    Not in the meta-analysis that they presented.

                    Kronmal - Cross              1656

1    They have a little table where they have a few numbers,
2    yes.
3         Q    A few numbers, they reported all of the heart
4    attacks in the study and we'll look at that, right,
5    sir?
6    A    We can do that, yes.
7         Q    Okay.  And, Doctor, Merck went back and
8    looked at 23 studies involving more than 28,000
9    patients, correct?
                    Page 238

---

05 - 09220 - Kronmal.txt

10   A    That's correct.
11        Q    And they found that the analysis provided no
12   evidence for an excess of cardiovascular events for
13   VIOXX, relative to either placebo or non-Naproxen pain
14   relievers, right, NSAIDs?
15   A    That's what they say.  But, again, they're not
16   looking at CV events per se.  They're looking at
17   broader end point of the APTC.
18        Q    And, Doctor, you have found no in your review
19   that the FDA ever took issue with Merck looking at CV
20   events in that fashion, right?
21   A    Well, they have substantial questions about the
22   validity of the meta-analysis that were posed to Merck.
23   They pretty much disregarded the meta-analysis.  They
24   didn't think it was worth a whole lot.
25        Q    For the same reasons that your meta-analysis

                    Kronmal - Cross              1657

1    is limited, the one you've done here, because there is
2    an issue about combining a lot of studies together,
3    right?
4    A    There is -- there is certainly an issue of
5    combining lots of different studies with different
6    comparators, for sure.
                    Page 239

---

05 - 09220 - Kronmal.txt

7         Q    Okay.  The same issue that we face with --
8    A    Absolutely.
9         Q    Okay.  And what you've done here is
10   compare -- is added all of Merck's studies together to
11   come out with your opinion that there is an increased
12   risk, and that's a meta-analysis that suffers from a
13   lot of limitations?
14   A    Right.  But, of course, I looked at MI, which was
15   the -- where the signal was.
16        Q    And, Doctor, you know in Merck's safety
17   studies that they did specifically -- there were two
18   check points.  They had investigator-reported events,
19   in other words, when doctors who were looking at the
20   patients in the studies reported heart attacks,
21   strokes, et cetera, they looked at those, right?
22   A    They did, yes.
23        Q    Okay.  And so they looked at each and every
24   kind of event, correct?  In their analysis.
25   A    Well, I don't know that.  They may well have.

                    Kronmal - Cross              1658

1         Q    And the FDA looks at that?
2    A    Yes.
3         Q    Okay.  So we had the Merck scientists looking
                    Page 240

05 - 09220 - Kronmal.txt

4  at that, the FDA scientists looking at that, and then
5  Merck had a special feature that's not required by the
6  FDA; they had an outside board of people looking at
7  thrombotic events?
8  A   Are you talking about the adjudication of the
9  thrombotic events?
10  Q   I am, sir, yes.
11  A   Yes, they had outside people adjudicating
12  thrombotic events.
13  Q   And so Merck instituted a special feature
14  where they used outside scientists to double-check the
15  issue of cardiovascular thrombotic events?
16  A   Double-check?  I don't think that's the right
17  word.
18      I mean, they had a separate group that tried
19  to determine specifically whether some of the
20  cardiovascular events were really cardiovascular or
21  not, or whether they could be ruled out as
22  noncardiovascular events.
23  Q   Right.  Because there was an issue -- there
24  was this question of whether or not there was --
25  whether or not VIOXX was prothrombotic after the VIGOR

Kronmal - Cross          1659
Page 241

trial?
1  trial?
2  A   That's true.
3  Q   And in order to help answer that question,
4  Merck did something that was not required by the FDA;
5  they had a board of scientific people take a specific
6  look at that issue, adjudicate those events.
7  A   Well, that had someone adjudicate the events.
8  They didn't have a separate board take a look at the
9  issue of whether the drug was thrombotic or had other
10  side effects that might cause an increased risk of
11  events.
12  Q   Well, certainly, the FDA looks at that on a
13  continual basis, for all medicines?
14  A   They should.
15  Q   Okay, Doctor, going back to Dr. Konstam's
16  analysis, and we know, Doctor, and we talked about the
17  fact that Merck compared VIOXX to placebo and they
18  compared VIOXX to several other pain relievers, right?
19  A   That's correct.
20  Q   And, looking at this table, it shows the same
21  thing, but more patients as the earlier study, and that
22  is, that Merck included in their clinical trials for
23  VIOXX, people with cardiovascular risk factors, right?
24  A   They were some people in the study who had
25  casualty risk factors, correct.

Page 242

05 - 09220 - Kronmal.txt

Kronmal - Cross          1660

1  Q   For example, there was 54 percent of the
2  people in their studies had at least one risk for
3  coronary disease, right?
4  A   That's correct.
5  Q   Okay.  And they have 18 percent -- I'm
6  sorry -- 18 percent have high cholesterol in the
7  osteoarthritis studies, right?
8  A   That's correct.
9  Q   40 percent have high blood pressure in the
10  osteoarthritis studies, right?
11  A   Well, it's a little less than that because there
12  is some in the placebo that -- there was only 35
13  percent in the placebo, but I'm not going to quibble
14  about it.  It's about 37-and-a-half percent.
15  Q   Okay.  And they had about ten percent of
16  smokers in the osteoarthritis studies, right?
17  A   That's approximately right.
18  Q   Okay.  I'm sorry about this machine here.
19      And in the osteoarthritis studies, they had
20  over 3,000 patients, right?
21  A   Again, that is excluding a number of
22  osteoarthritis studies that they had data on, including
23  the largest osteoarthritis study they had, which was
Page 243

05 - 09220 - Kronmal.txt
24  ADVANTAGE.
25  Q   We'll talk about -- you mentioned ADVANTAGE

Kronmal - Cross          1661

1  and we're going to talk about ADVANTAGE.
2      And you had mentioned that your recollection
3  is that the events were 8 to 0.  Are you sure about
4  that?
5  A   8 to 1.
6  Q   Are you sure about that?
7  A   That's what was said in recent documents.
8  Q   And is it your opinion, Doctor, that that's
9  statistically significant in the ADVANTAGE study?
10  A   I believe 8 to 1 is --
11  Q   Isn't it true, sir, that in the ADVANTAGE
12  study, that was a Naproxen study for heart attack,
13  there was no statistical difference between people on
14  VIOXX and people on Naproxen in the ADVANTAGE study for
15  heart attack?
16  A   There was not at the time that they reported it,
17  but they asked an event late, that was misclassified as
18  a non-CVD event, and they hadn't counted the two sudden
19  deaths.
20  Q   But I'm talking about heart attacks, sir,
Page 244

05 - 09220 - Kronmal.txt

21  even with the event added, isn't it true that there is
22  no statistical difference on the issue of the risk of
23  heart attack in the ADVANTAGE study between people who
24  took VIOXX and people who took the comparator drug?
25  A   If you take out the sudden death and then the

Kronmal - Cross                 1662

1   rates would be 6 versus 1, which would not have reached
2   statistical significance.
3       Q   And, Doctor, in the arthritis studies
4   reported by Dr. Konstam, there was no statistical
5   difference between people who took VIOXX and people who
6   took placebo, correct?
7   A   The relative risk estimate is 1.53, which
8   includes, of course. At least a doubling of risk. But
9   beyond that, this is the APTC end point. This is not
10  MI.
11      Q   We'll talk about MI, Doctor.
12          But on thrombotic events -- the issue is that
13  -- Doctor, do you understand that the plaintiffs have
14  alleged that VIOXX causes thrombotic events?
15          MR. SEEGER: Objection, Your Honor. I'm not
16  sure that accurately characterizes our allegation. I
17  can state it.
                Page 245

05 - 09220 - Kronmal.txt

18      MS. SULLIVAN: I'll move on, Your Honor.
19      MR. SEEGER: Caused Mr. Humeston's heart
20  attack, that's what we said.
21  BY MS. SULLIVAN:
22      Q   And a heart attack, we can agree, is a
23  thrombotic event?
24  A   Not necessarily.
25      Q   Okay.

Kronmal - Cross                 1663

1   A   There is spasm of the arteries can also cause MIs.
2       Q   Doctor, you are not a clinician, right?  You
3   are not a physician?
4   A   I spent the last 40 years working in
5   cardiovascular disease studies. I know substantially
6   more about cardiovascular disease than most physicians.
7       Q   Doctor, in the paper that Dr. Konstam and his
8   colleagues reported with over 28,000 patients, peer
9   reviewed in one of the leading journals in the country,
10  it's true, sir, that compared to placebo and every
11  other pain reliever except Naproxen, there was no
12  statistical difference between VIOXX and the comparator
13  on the risk of heart attack; that's right, sir, right?
14  A   That's correct.
                Page 246

05 - 09220 - Kronmal.txt

15      Q   Okay, Doctor, I want to talk about the VIGOR
16  study, if we may. You mentioned, Doctor -- and the
17  VIGOR study was the study that, in your view, was the
18  first signal that Merck had that VIOXX may increase the
19  risk of heart attack?
20  A   That's the first one I know about.
21      Q   And you've looked at all the data?
22  A   I have not looked at the preapproval data. I
23  don't know what was in the preapproval data.
24      Q   Well, you're not aware that the SAS files you
25  were given contain all of the safety development

Kronmal - Cross                 1664

1   studies?
2   A   I believe they probably do, but I did not look at
3   the preapproval.
4       Q   You didn't --
5   A   I looked at the Phase III trials.
6       Q   You didn't look at any of the studies Merck
7   did before the drug was approved?
8   A   Well, not specifically. And they're included in
9   the meta-analysis, but I did not specifically analyze
10  those data.
11      Q   And those were all the osteoarthritis studies
                Page 247

05 - 09220 - Kronmal.txt

12  or most of them?
13  A   Many of them were. Some of them were rheumatoid
14  arthritis.
15      Q   So for purposes of giving your opinion in
16  this case, Dr. Kronmal, you didn't review most of the
17  studies on people who had osteoarthritis and look at
18  the issue of whether or not, in those studies, there
19  was an increased risk of heart attack?
20  A   Other than what was done in the meta-analysis,
21  that's correct.
22      Q   You're aware, sir, that the FDA concluded
23  that there was no increased risk of heart attack based
24  on the osteoarthritis studies when they approved VIOXX,
25  right?

Kronmal - Cross                 1665

1   A   I don't think that's precisely correct. One thing
2   that they do say was that the osteoarthritis studies --
3   essentially,  one of the reviewers said the
4   osteoarthritis studies were not sufficient to conclude
5   that the drug was safe --
6       MS. SULLIVAN: Objection. This is hearsay.
7       THE WITNESS: -- in terms of cardiovascular
8   disease
                Page 248

05 - 09220 - Kronmal.txt
9   BY MS. SULLIVAN:
10      Q   Doctor, that's actually an important
11  question.  As part of forming your opinions in this
12  case, I noted from your deposition that you downloaded
13  a lot of material from the FDA website.
14      A   I did download some and I read some on the web
15  page.
16      Q   And you relied on some of that for your
17  opinions in this case?
18      A   I'm -- it's certainly affected my views in some
19  sense.
20      Q   And some of the things you looked at is the
21  FDA review memos of the scientists who reviewed the
22  safety data and looked at VIOXX and approved VIOXX
23  continually over time.  You looked at their review
24  memos?
25      A   I did.

                    Kronmal - Cross          1666

1       Q   And you looked at some of the Public Health
2   Advisories issued by the FDA in forming your opinion in
3   this case that were downloaded off of the FDA website?
4       A   I'm not sure what those documents are, but I
5   looked at the website, so I probably did.
                        Page 249

05 - 09220 - Kronmal.txt
6       Q   Okay.  And, Doctor, you're aware that there
7   was a big hearing this year with the scientists and
8   outside advisory committee that looked at the issue of
9   the safety of VIOXX and the safety of other pain
10  relievers?
11      A   That's correct, I am aware of that.
12      Q   And have you, before rendering your opinions
13  in this case, did you review and look at the
14  conclusions from that advisory committee and the
15  conclusions from the FDA?
16      A   I did, but I also looked at what Merck had
17  presented, and it was misleading.
18      Q   Well, we will talk about that, Doctor, but I
19  want to make sure I get the basis for your opinions.
20          Part of the things you looked at are the FDA
21  conclusions this year on the issue of VIOXX and other
22  pain relievers from the FDA website?
23      A   I did look at that, yes.
24          MS. SULLIVAN:  May I approach, Your Honor?
25          (The following transpired at sidebar.)

                    Kronmal - Cross          1667

1           MS. SULLIVAN:  Judge, I have in his box that
2   he has the specific FDA decision memo as part of the
                        Page 250

05 - 09220 - Kronmal.txt
3   things he relied on.
4           MR. SEEGER:  It doesn't make it hearsay.
5           MS. SULLIVAN:  It makes it appropriate
6   cross-examination, Your Honor, as part of this witness
7   as far as his reliance on materials.  He considered it
8   and relied on it.
9           MR. SEEGER:  That doesn't mean that's
10  appropriate for cross-examination.  You can
11  cross-examine him --
12          MS. SULLIVAN:  I just want to cross-examine
13  him with respect to his reliance on materials.
14          MR. SEEGER:  Your Honor, it has the same
15  lack of reliability whether it was shown to the witness
16  or not shown to the witness.  Your Honor has already
17  ruled on it.  They were supposed to bring a witness in,
18  they were going to put an expert --
19          MS. SULLIVAN:  Reliable to consider --
20          THE COURT:  He just said he thought it was
21  based on misinformation presented by Merck.  That's
22  what he said.
23          MR. BUCHANAN:  Whether he endorses --
24          MS. SULLIVAN:  He is not talking about the
25  FDA's review.

                        Page 251

05 - 09220 - Kronmal.txt
                    Kronmal - Cross          1668
1           THE COURT:  He said, I read it and I felt
2   that their decision was based on misinformation
3   provided by Merck.
4           MS. SULLIVAN:  We can cross-examine --
5           MR. SEEGER:  They were supposed to bring an
6   expert in --
7           MS. SULLIVAN:  That's before I saw your expert
8   relied on it.  That's proper cross-examination.
9           MR. SEEGER:  You have had those boxes of
10  materials for five weeks, Diane.  You know it.  Five
11  weeks.  That's when the deposition took place.
12          MS. SULLIVAN:  The FDA --
13          MR. SEEGER:  Your Honor, you set forth a
14  process --
15          MS. SULLIVAN:  I don't know how you can have
16  a guy look at it and rely on it and not let me
17  cross-examine on it.
18          MR. SEEGER:  You set up a process last week
19  or earlier this week that if they wanted to deal with
20  these CLASS issues, if they wanted to deal with them,
21  they were supposed to request a 104 hearing, bring in
22  an expert, put him on the stand, and have somebody
23  swear about all the facts that you are concerned about
24  and the plaintiffs are concerned about.  They haven't
25  done it.
                        Page 252

OS - 09220 - Kronmal.txt

                    Kronmal - Cross              1669

1         MS. SULLIVAN:  Dr. Lucchesi already testified
2    about the CLASS issue.  That's already in the case.  He
3    testified that if you take out your little bottle, they
4    are all going to have warnings.
5         MR. SEEGER:  It wasn't even a close call as
6    to what the process was.  Everybody knew full well.  We
7    asked for 24 hours now --
8         MS. SULLIVAN:  That was before your expert
9    said he relied on it.
10        MR. BUCHANAN:  No, it wasn't.  It was in a
11   box.
12        THE COURT:  He said he reviewed it.
13        MS. SULLIVAN:  Considered it.
14        THE COURT:  He said he reviewed it and
15   considered it, and he felt it was misrepresented.
16        MS. SULLIVAN:  No, he said --
17        THE COURT:  What you want to do is say the
18   FDA has made these findings --
19        MS. SULLIVAN:  I want to cross-examine him.
20        THE COURT:  -- these scientific findings.
21   And I'm going to allow you to do that as soon as you
22   produce an expert who says that it has any scientific
                             Page 253

23   validity.
24        MR. SEEGER:  We will wait for that too.
25        (Sidebar concluded.)


                    Kronmal - Cross              1670

1    BY MS. SULLIVAN:
2         Q    Doctor, I'm going to show you what's been
3    marked as Defense Exhibit 478, if I may, Your Honor.
4    Whoops, that's my copy.  I'm sorry, Doctor.
5         A    That's okay.  Thank you.
6         Q    And Doctor, this is part of the materials you
7    downloaded off the FDA website to get more information
8    about VIOXX in connection with your opinions?
9         A    I don't think I specifically downloaded this
10   document, but I certainly have seen it.
11        MR. SEEGER:  Excuse me, Your Honor.  That's
12   the same issue.
13        MS. SULLIVAN:  No, it's not.
14        (Discussion held off the record.)
15        MR. SEEGER:  Your Honor, may we approach?
16        (The following transpired at sidebar.)
17        MR. BUCHANAN:  It was withdrawn.
18        MS. SULLIVAN:  I'm not going to show him what
19   was withdrawn, Your Honor.  I'm just going to show him
                             Page 254


OS - 09220 - Kronmal.txt

20   what the FDA reviewed, the same letter he did.
21        MR. SEEGER:  There was a voluntary
22   withdrawal.
23        MS. SULLIVAN:  No increased risk of heart
24   attack.  That's proper cross-examination.  He said he
25   reviewed this before.


                    Kronmal - Cross              1671

1         MR. SEEGER:  Do you want to get in a hearsay
2    statement from the FDA?
3         MS. SULLIVAN:  That's not hearsay.
4         MR. BUCHANAN:  It absolutely is.
5         MS. SULLIVAN:  Wait a second.
6         MR. SEEGER:  Two days ago, when we wanted to
7    get in the medical officer reviews, you objected.
8         MS. SULLIVAN:  He's already talked about the
9    medical officer reviews.  There's the problem.  He
10   already talked about that.
11        MR. SEEGER:  The FDA --
12        MS. SULLIVAN:  He --
13        MR. SEEGER:  In a memo that talks about
14   withdrawal --
15        MS. SULLIVAN:  I'm not going to show him
16   anything about the withdrawal.  I'm just going to talk
                             Page 255


OS - 09220 - Kronmal.txt

17   about the FDA review, the same database.
18        MR. SEEGER:  Wasn't it Tuesday when we
19   weren't allowed to use --
20        MS. SULLIVAN:  He just talked bit.
21        MR. SEEGER:  This is the political body of
22   the FDA, Your Honor.  This isn't the --
23        MS. SULLIVAN:  Everything is political.
24   Everything is conspiracy.
25        MR. SEEGER:  This isn't Shari Targum or


                    Kronmal - Cross              1672

1    Maria Vallalba.  It's other people.  They want the FDA,
2    an expert, to say they did everything right.
3         MS. SULLIVAN:  He is just talking about --
4         MR. SEEGER:  Why don't you establish the
5    science?
6         MS. SULLIVAN:  He can talk about hearsay
7    findings and reviewing memos and we can't talk about
8    final statements by the FDA about information?
9         MR. SEEGER:  You pulled this document out.
10   It's improper.
11        MS. SULLIVAN:  He has reviewed it.
12        MR. SEEGER:  Whether he reviewed it or
13   not --
                             Page 256

05 - 09220 - Kronmal.txt

14          MS. SULLIVAN:  It's not hearsay.  This is a
15   public record.
16          MR. SEEGER:   What do you mean, public
17   record?  It's got to have reliability.  You want to use
18   a statement --
19          MS. SULLIVAN:  You don't think --
20          MR. SEEGER:   Why don't you find that from
21   1999?  Why don't --
22          MS. SULLIVAN:  This is their statement now.
23          MR. SEEGER:   When is that from?  When they
24   withdrew the drug?
25          MS. SULLIVAN:  He is objecting to everything,

                    Kronmal - Cross            1673

1    and you have him talking about hearsay on FDA interim
2    review memos.
3           MR. SEEGER:   Please.  You asked for it.
4    This is improper.  She can't open the door on one memo
5    and then walk through it with this.  That's not proper.
6    She's leading the examination.
7           THE COURT:   These are completely hearsay.
8    They are not admissible.  This is a document, for the
9    record, Defendant's Exhibit 478.  It's four sentences,
10   one, two, three, four.  The document is hearsay.  The
                              Page 257

---

05 - 09220 - Kronmal.txt

11   expert didn't state that he relied on it.  He didn't
12   use it in his direct examination.
13          He may have read tons of things, but if he
14   didn't rely on them or found them to be credible or
15   didn't use them or it doesn't lay a basis for saying --
16   I recognize that hearsay can -- documents can be used
17   by the experts, but what you want to do is say, okay,
18   you read the newspaper, you read what the press said
19   yesterday about the case --
20          MS. SULLIVAN:  This isn't a newspaper.  It's
21   a public record.
22          THE COURT:  No, that's not a public record.
23   I'm sorry.
24          Well, counsel, let me see it.
25          It's questions and answers for the public.

                    Kronmal - Cross            1674

1           MS. SULLIVAN:  FDA's final to the public.
2           MR. SEEGER:   Written at the time of
3    withdrawal, Your Honor.  How about writing something
4    about 1999, 2000, 2001, not at a point when the FDA --
5    remember, David Graham had already come out a month
6    before this and raised concerns.  There is a storm of
7    controversy --
                              Page 258

---

05 - 09220 - Kronmal.txt

8           MS. SULLIVAN:  I can't talk about what the
9    whole FDA says, and they want to talk about what David
10   Graham says?
11          MR. SEEGER:   This is peer-reviewed
12   literature.
13          MS. SULLIVAN:  It's a public record.  It's
14   the final statement of the FDA.
15          THE COURT:  This is not -- everything you've
16   produced from the FDA you say is the final statement,
17   the final decision.  One, it's just a memo.
18          MS. SULLIVAN:  This goes through substantial
19   review before it's issued, Your Honor.  They just don't
20   say anything to the public about safety issues.
21          THE COURT:  This is a question and answer for
22   the public.  It's not scientifically -- you know what?
23   Even if it's a government record, which I really
24   don't -- I question whether it is or isn't, but let's
25   assume it is a government record.  And probably -- I

                    Kronmal - Cross            1675

1    don't know, it may fit the definition.  It doesn't make
2    any difference.  It still has to have some inherent
3    reliability to come in, and it doesn't.
4           (Sidebar concluded.)
                              Page 259

---

05 - 09220 - Kronmal.txt

5           MS. SULLIVAN:  Thank you, Judge.
6    BY MS. SULLIVAN:
7    Q    Dr. Kronmal, you are aware the FDA approved
8    VIOXX as safe and effective in 1999 based upon a review
9    of the safety studies that Merck had done?
10   A    I'm aware of that, yes.
11   Q    And Doctor, you're also aware that the FDA
12   subsequently approved VIOXX on several different
13   occasions, including as late as August, 2004, as safe
14   and effective based on the entirety of the safety data,
15   correct?
16   A    That's correct.
17   Q    And Doctor, I know you are not an expert in
18   FDA regulations, but you know that there are scientists
19   and biostatisticians like yourself and toxicologists
20   and pharmacologists at the FDA that review safety
21   studies provided by companies?
22   A    That's correct.
23   Q    Okay, Doctor, let's talk about the VIGOR
24   study, Doctor.
25          You had mentioned, Doctor, that -- you talked

                    Kronmal - Cross            1676

1    about the hypertension finding in the VIGOR study.
                              Page 260

05 - 09220 - Kronmal.txt

2   A    That's correct.

3        Q    And you're aware that all NSAIDs, all pain

4   relievers, increase your risk of hypertension, correct?

5   A    The answer to that is a little unclear.  There is

6   a large number of pain relievers, number one.  Not all

7   of them increase blood pressure.  Some do.  And in

8   fact, Naproxen does.

9        Q    Well, let's talk about the NSAIDs.  Are you

10  aware, sir, that there was a class warning for all

11  NSAIDs on the issue of hypertension, that they all have

12  to warn about that risk?

13  A    That's correct, but the recent studies have shown

14  that some increase blood pressure quite a bit, and

15  others, almost none.

16       Q    Okay.  And if you want to -- if you want a

17  fair comparison as to whether one drug increases

18  hypertension more than another drug, you'd like to give

19  equivalent doses, right?

20  A    You'd like to give doses that are used in

21  practice.  I don't know what -- you can't really talk

22  about what an equivalent dose is of two different

23  drugs.  There is no way of knowing what the equivalence

24  is.

25       Q    Are you aware, Doctor, that the dose of VIOXX

Page 261

05 - 09220 - Kronmal.txt

Kronmal - Cross                    1677

1   used in the VIGOR study was four times the recommended

2   starting dose?

3   A    I knew it was 50 milligrams.  I don't know whether

4   it was four times --

5        Q    You don't know that that's four times the

6   recommended --

7   A    No.

8        Q    And do you know that the dose of Naproxen in

9   the VIGOR study was the standard recommended daily

10  dose?

11  A    No, I don't know what the dose --

12       Q    But dose would matter on the issue of

13  hypertension?

14  A    It depends on the action of the drug.  Some drugs,

15  dose matters, some, it may not.  The only way to tell

16  would be to do experiments with different doses.

17       Q    But side effects from drugs are often dose-

18  dependent?

19  A    Often, they are, but not always.

20       Q    If you give higher dosages, you are more

21  likely to see an adverse event?

22  A    That's often the case, but it is not universally

23  the case.

24       Q    And Doctor, I know you are a biostatistician

Page 262

05 - 09220 - Kronmal.txt

25  and not a physician.  Do you know how the dose used in

Kronmal - Cross                    1678

1   the VIGOR study for VIOXX compares with the dose used

2   for Naproxen in terms of equivalencies?

3   A    No, I don't.

4        Q    Okay.  Fair enough, Doctor.

5             Let me give you -- did I not give you a copy

6   of the VIGOR study, Doctor?  I'm sorry.  Let me give

7   you what we have marked as Defendant's Exhibit 210.

8   A    Thank you.

9        Q    And, Doctor, we -- you've talked with your

10  counsel about how the VIGOR study compared VIOXX

11  as against Naproxen, right?

12  A    That's correct.

13       Q    This was not a placebo-controlled study?

14  A    That is correct.

15       Q    It wasn't what you referred to as the gold

16  standard in terms of determining safety or efficacy?

17  A    Well, I mean, that's not quite true because

18  studies compared against active agents are also

19  perfectly reasonable to do.

20       Q    But the FDA requires companies to do some

21  placebo-controlled studies before a drug can get

Page 263

05 - 09220 - Kronmal.txt

22  approved?

23  A    If they can.  They don't do that in cancer

24  treatment.  For example, you don't take people with

25  cancer and give them placebo.  You don't give AIDS

Kronmal - Cross                    1679

1   patients placebo-controlled trials.  You have to give

2   them active agents.  So it varies with the disease and

3   the circumstance.  For pain relief, I would imagine

4   they would want some placebo-controlled trials.

5        Q    And, Doctor, this was also published in a

6   peer-reviewed journal, The New England Journal of

7   Medicine?

8   A    That's correct.

9        Q    And that's also one of the leading journals,

10  medical journals in world?

11  A    It is a very prestigious journal, yes.

12       Q    And it was published in November of 2000 for

13  all the scientific community to look at, correct?

14  A    That's correct.

15       Q    And you agree, Doctor, it's a good thing for

16  pharmaceutical companies to publish the results of

17  their research?

18  A    They should do that, yes, promptly.

Page 264

05 - 09220 - Kronmal.txt

19    Q    And Doctor, I believe you told this jury that

20  in your view, Merck presented the results of the VIGOR

21  study in an inappropriate or misleading fashion.

22    A    Absolutely.

23    Q    Okay.  Doctor, do you know that there were

24  ten coauthors of the VIGOR study in addition to the two

25  Merck authors?

                    Kronmal - Cross           1680

1    A    I do know that, yes.

2    Q    So there were ten scientists who didn't work

3  for Merck who also were involved in publishing the

4  VIGOR study?

5    A    That's correct.

6    Q    Okay.  And, Doctor, I take it you as a

7  scientist wouldn't put your name on a paper that you

8  didn't think was scientifically correct?

9    A    I wouldn't, no.

10    Q    All right.  And you are suggesting to this

11  jury that these ten outside scientists put their name

12  on a paper that was scientifically false?

13    A    I didn't say it was false.  I said it was

14  misleading.  There is a difference.

15    Q    But certainly, Doctor, looking at these ten

Page 265

---

05 - 09220 - Kronmal.txt

16  authors, they didn't believe that the results presented

17  in the VIGOR study were misleading?

18    A    I don't know what they believed.

19         MR. SEEGER:  Objection, but he just answered

20  it.  Don't worry about it.

21    Q    And Doctor, similarly, you know that The New

22  England Journal of Medicine has an extensive peer-

23  review process?

24    A    That's correct.

25    Q    It's hard to get published in The New England

                    Kronmal - Cross           1681

1  Journal of Medicine?

2    A    It is hard to get published.

3    Q    Many more papers are rejected than are

4  accepted?

5    A    That's correct.

6    Q    And they send studies out to outside

7  scientists to review the scientific information being

8  presented and critique it?

9    A    That's correct also.

10    Q    And have you looked at the reviewers'

11  comments for the VIGOR study?

12    A    No, I have not seen the reviewers' comments.

Page 266

---

05 - 09220 - Kronmal.txt

13    Q    And Doctor, you will agree with me that given

14  the fact that it was published, that neither the

15  outside reviewers for the VIGOR study or the editors of

16  The New England Journal believed that Merck was

17  presenting the data in a misleading fashion?

18         MR. SEEGER:  Objection.  How would he know

19  what the editors would know?

20         THE WITNESS:  Well, in answering your

21  question, I don't know --

22         THE COURT:  He can answer it, Counsel.

23         MR. SEEGER:  Okay.

24         THE WITNESS:  They did not see the data

25  presented in the way that I analyzed it and showed it

                    Kronmal - Cross           1682

1  to you today.  Had they seen it in that fashion, I

2  think they would have thought that this was extremely

3  misleading, what was presented.

4  BY MS. SULLIVAN:

5    Q    Well, Doctor, they did see the difference

6  between the heart attack rates and how that was

7  presented, right?  The --

8    A    Well, it wasn't presented accurately, as I said.

9  The rates were misleading in the sense they were

Page 267

---

05 - 09220 - Kronmal.txt

10  underestimated in that paper.  That's number one.  But

11  that was mentioned in a small -- two or three lines in

12  the paper.

13         And how carefully and how thoroughly the

14  reviewers, who were primarily probably

15  gastroenterologists, or those who were expert at

16  arthritis, how well those people reviewed the

17  cardiovascular profile, I don't know.  And did they

18  have any cardiovascular people reviewing this paper?  I

19  don't know.

20    Q    Do you know the credentials of some of the

21  coauthors?

22    A    No, I don't.  Are any of them cardiologists?  Are

23  you saying that some of them are cardiologists?

24    Q    Do you know, sir?

25    A    I don't know.  I'm asking you.  I mean, you are --

                    Kronmal - Cross           1683

1         THE COURT:  You can't ask questions.

2         MS. SULLIVAN:  I will show you -- we will get

3  there.

4         THE WITNESS:  I don't know if any were

5  cardiologists.  Okay.

6  BY MS. SULLIVAN:

Page 268

05 - 09220 - Kronmal.txt

7  Q    But Doctor, you haven't seen any evidence
8  that the scientists who coauthored and presented this
9  paper with Merck or anyone from The New England Journal
10  of Medicine or any of the outside reviewers agreed with
11  your opinion that Merck was being misleading in its
12  presentation of the paper?
13  A   I have no idea whether they even tried to evaluate
14  that, so how do I know if they believed it was
15  misleading?  They haven't heard me talk about it.  They
16  haven't seen the results that I have.  How do I know
17  what they would have thought if they had?
18  Q    Well, Doctor, the VIGOR study was pretty well
19  publicized, correct?
20  A   It was -- it appeared in The New England Journal
21  of Medicine.  That is a well-publicized journal.
22  Q    And it was debated in other medical journals
23  as well?  The results were debated.  There was more
24  than one article about the VIGOR results.  There were
25  letters to the editor, there was discussion about it in

Kronmal - Cross              1684

1  other journals, correct?
2  A   There was some concern about the cardiovascular
3  side effect rates, yes.

Page 269

---

05 - 09220 - Kronmal.txt

4  Q    And there was also a lot of discussion about
5  the stomach benefit finding, the GI benefit finding?
6  A   I'm sure there was.  I didn't review that, though.
7  Q    And do you know, sir, that the VIGOR results
8  were presented at medical -- many medical conferences?
9  A   I don't know that, but I assume that's reasonable.
10  Q    In fact, Doctor, everybody in the scientific
11  community knew about the VIGOR results.
12       MR. SEEGER:  Objection.
13  A   That's a very broad statement.  I think that's
14  highly unlikely that everyone knew about the VIGOR
15  results in the scientific community.  Not everyone
16  reads The New England Journal of Medicine.  Not
17  everyone reads papers on areas in The New England
18  Journal of Medicine that's not their scientific
19  specialty.  So that's too broad of a statement.
20  Q    Let me show you, Doctor -- you gave a
21  deposition in this case, sir?
22  A   Yes, I did.
23  Q    Where you swore and you testified under oath,
24  correct?
25  A   Yes, I did.

Kronmal - Cross              1685

Page 270

---

05 - 09220 - Kronmal.txt

1  Q    On Page 155, Doctor, you were asked about the
2  VIGOR results, and you said, quote, everybody knew the
3  VIGOR results.
4       MR. SEEGER:  Objection, Your Honor.  Is this
5  the appropriate way to present this, to read the
6  question and the answer?
7       MS. SULLIVAN:  I'm just trying to save some
8  time, Your Honor.
9  BY MS. SULLIVAN:
10  Q    Have I read your testimony accurately?
11       THE COURT:  We have to know what the question
12  is.
13  A   I can see the question here.  I mean, that's
14  obviously, you know, a colloquialism that you say in
15  the course of five hours of people asking you
16  questions.
17       I don't believe that everybody knew the VIGOR
18  results, no.
19  Q    It was pretty well publicized, you will
20  agree, Doctor?
21  A   I agree to that.
22  Q    And Merck reported -- Merck and their ten --
23  Merck and the ten scientists who coauthored the paper
24  in The New England Journal reported right up front the
25  difference in the myocardial infarction found, heart

Page 271

---

05 - 09220 - Kronmal.txt

Kronmal - Cross              1686

1  attack rate found between the VIOXX users and the
2  Naproxen users, right?  That was right in the first
3  page of the paper?
4  A   Yeah, but it's reported inaccurately, number one,
5  because the actual rate difference was .1 versus .5,
6  not .1 versus .4, so it was five-fold, not four-fold.
7       And further, they specified the relative risk
8  in the reverse fashion.  Rather than say there was a
9  five-fold increased risk, or maybe they would have said
10  four-fold if they had -- they hadn't used their
11  inaccurate data, they said it was .2 relative risk.
12       And that's very misleading because it's
13  implying, implicitly, that it's the other drug that's
14  protective, and it's leaving the impression among those
15  who quickly read this and who are not experts at
16  Naproxen's effects that Naproxen is protective.
17  Q    Now, Doctor, do you know when Merck submitted
18  the article for publication to The New England Journal?
19  A   It's probably at the bottom of the page.  They
20  usually specify that.  But I don't know offhand, no.
21  Q    Do you recall, Doctor, that it was within a
22  couple of months of getting the preliminary results of
23  the VIGOR study?

Page 272

05 - 09220 - Kronmal.txt

24   A   I have no idea when they submitted it.

25       Q   You don't fault them for trying to get the

Kronmal - Cross                    1687

1    information out there as quickly as possible?

2    A   No.

3        Q   Okay.  And if -- if, later, they obtained, as

4    they got final data coming in, they obtained more

5    information about heart attacks, and the rate changed

6    from .4 to -- from .4 to .5, you don't fault them for

7    trying to get that information out early?

8    A   They knew -- they had that information prior to

9    the publication of the paper.  They had every -- they

10   had ample opportunity to correct it if it was

11   incorrect.

12       And by the way, they would have corrected --

13   certainly -- suppose the extra events they found were

14   in Naproxen.  I mean, they would have corrected that,

15   you bet, instantaneously.

16       Q   You are speculating, aren't you, Doctor?

17   A   No.  I don't think that's speculation.

18       Q   Doctor, you also talked about the fact that

19   you thought Merck didn't disclose the mortality rate in

20   the VIGOR study?  You talked to the jury about that.

Page 273

---

05 - 09220 - Kronmal.txt

21   That's not true, is it?

22   A   I didn't say that.

23           MR. SEEGER:   Objection, Your Honor.

24           THE WITNESS:   I never said that.

25           MR. SEEGER:   That's not what he testified

Kronmal - Cross                    1688

1    to, Your Honor.

2           THE COURT:  That's for the jury to recall

3    what he said.

4    BY MS. SULLIVAN:

5        Q   In fact, Merck does talk about the fact that

6    the rate of overall mortality is not different in the

7    VIGOR -- in the Naproxen versus the VIOXX trial?

8    A   But there is a difference between saying something

9    is not different and saying that the relative risk was

10   1.46.  Those convey a different message.  And while it

11   wasn't statistically significant, they should have

12   displayed the rates and discussed them.

13       Q   Well, The New England Journal of Medicine

14   didn't agree with you, or the peer reviewers, right?

15   A   I don't know if they noticed it.  I don't know if

16   they thought about it.

17       Q   And, Doctor, you know that based on your

Page 274

---

05 - 09220 - Kronmal.txt

18   review of the SAS files, you know that Merck submitted

19   all of the VIGOR results to the FDA?

20   A   They did.

21       Q   Okay.  And, Doctor, at no point did the FDA

22   come back to Merck and says, You are being misleading

23   in your presentation of data.  The FDA scientists never

24   did that?

25   A   Well, they are not reviewers of the journal, and

Kronmal - Cross                    1689

1    they don't have anything to say about that, as far as I

2    know, once the paper is published.

3        Q   In fact, Doctor, in terms of published

4    literature or FDA scientists' statements, you are the

5    only scientist who has publicly said that Merck was

6    misleading in The New England Journal of Medicine.

7    That's not found in any other peer-reviewed journal or

8    in any other place?

9    A   There is no one, as far as I know, who has had the

10   Merck data.  I'm the only person who has ever had the

11   Merck data, except for Merck scientists.

12       Q   And the FDA scientists?

13   A   And the FDA knew it, had the data, that's correct.

14       Q   And the FDA has teams of scientists who look

Page 275

---

05 - 09220 - Kronmal.txt

15   at data?

16   A   Well, they usually assign a single biostatistician

17   to the project, usually it's some very junior person.

18   And what they did or did not do or know, I don't know.

19       Q   They assign more than a biostatistician,

20   Doctor.  The FDA assigns a cardiologist, they assign

21   renal specialists, they assign toxicologists?

22   A   Oh, yes.

23       Q   They assign pharmacologists.

24       So it was more than just a biostatistician

25   from the FDA looking at safety data.  They had a team

Kronmal - Cross                    1690

1    of scientists at the FDA --

2    A   That's correct.  I wasn't saying they didn't.

3        Q   And, Doctor, the VIGOR study involved people

4    with rheumatoid arthritis, correct?

5    A   That's correct.

6        Q   And I know you are not a physician, but do

7    you know enough to know that people with rheumatoid

8    arthritis are at an increased risk for heart attack?

9    A   I know that in general, that's true.  However, one

10   has to keep in mind that in the criteria for selecting

11   patients for this study, Merck tried to select patients

Page 276

05 - 09220 - Kronmal.txt

12  who were at low risk for CHD events because they didn't
13  want to take the chance that they would be denying
14  aspirin to people who were at high risk, so they
15  deliberately selected people at low risk.
16      Whether that population is at higher risk
17  than anyone else, I don't have any way of knowing, and
18  no one does.
19      Q   But you agree, Doctor, that populations make
20  a difference?
21  A   They can.
22      Q   In other words, something may have an effect
23  in people with rheumatoid arthritis that doesn't have
24  an effect in people with another condition, like
25  osteoarthritis?

                 Kronmal - Cross          1691

1   A   That's possible.
2       Q   And, Doctor, in the VIGOR study, in terms of
3   the number of heart attacks, there was less than one
4   percent in the VIOXX arm, correct, if you want to talk
5   about absolute risks?
6   A   That's correct.
7       Q   In fact, in the VIOXX arm, it was about half
8   of one percent of the people, of the 4,000 people in
                      Page 277

---

05 - 09220 - Kronmal.txt

9   the VIOXX arm, half of one percent had a heart attack?
10  A   That's correct, but that was over a very short
11  time, and one doesn't expect a large rate.
12      Q   Actually, there was a -- there was a variety
13  in terms of duration of use.  Some people used it for a
14  couple of months, some people used it as long as a
15  year?
16  A   That's correct.
17      Q   The average was about nine months?
18  A   But that's a short time for cardiovascular
19  disease.
20      Q   Incidentally, Doctor, do you know how -- what
21  Merck did in terms of their safety studies compared
22  with what FDA requires?
23  A   I don't know what the FDA requirements are.
24      Q   You are not an expert in FDA regulations?
25  A   No.

                 Kronmal - Cross          1692

1       Q   And not an expert in the issue of FDA
2   requirements and the conduct of clinical trials?
3   A   I know a good deal about what they expect for
4   conduct of clinical trials, yes, but if you are asking
5   me do I know the details of each of these regulations,
                      Page 278

---

05 - 09220 - Kronmal.txt

6   the answer is no.
7       Q   Well, do you know, sir, enough to know that
8   Merck conducted three-and-a-half times the number of
9   studies that FDA requires for drug approval?
10  A   Well, I think that's -- that's quite variable.  I
11  don't know that there is a single figure for that.  If
12  you are studying -- if you want to show that you have a
13  new drug for hypertension, you might -- they might
14  require you to do substantially larger studies, maybe
15  in the tens of thousands, even.
16      Q   Well, Doctor, are you aware that the FDA
17  issues guidance documents to companies telling them
18  what the standards are in terms of how many people
19  should be in a study?
20  A   They may well do that.
21      Q   Okay.  You don't know what that number is?
22  A   No, I don't.
23      Q   So you don't know whether Merck exceeded that
24  number --
25  A   No, I don't.

                 Kronmal - Cross          1693

1       Q   Fair enough, Doctor.
2           Now, Doctor, I think you told the jury that
                      Page 279

---

05 - 09220 - Kronmal.txt

3   you believe Merck should have stopped the VIGOR study.
4   A   I didn't say that.
5       Q   Oh, I'm sorry.  You said it in on your expert
6   report.  Have you changed your mind on that?
7   A   I don't believe I said it in the expert report.
8   It depends on when people knew that the excess risk was
9   four-fold -- five-fold.  If they knew that early ,
10  they should have stopped the study.  If they didn't
11  know it until the end -- and it was a fairly short
12  study, so I don't know when they had the information
13  that would have allowed them to validate that.
14      Q   Now, the FDA had the information from the
15  VIGOR study after the study was complete, and the FDA
16  scientists and Merck scientists continued to talk about
17  and did do further safety studies?
18  A   They did additional studies, yes.
19      Q   In other words, the FDA scientists didn't
20  conclude what you are concluding.  They didn't say,
21  Merck, looking at the VIGOR study, VIOXX causes heart
22  attacks, you can't do any more testing on people?
23  A   That is correct, they did not do that.
24      Q   In fact, the FDA looked at subsequent
25  clinical study protocols from Merck, correct?

                      Page 280

05 - 09220 - Kronmal.txt
Kronmal - Cross                    1694

1   A    Um-hum,
2        Q    And Merck -- Merck, in communication with the
3   FDA, did several more studies after the VIGOR trial?
4   A    We have already talk about those studies, yes.
5        Q    And Doctor, did you review the -- you talked
6   about the fact that there is an outside scientific
7   board involved in safety studies.
8   A    Data Safety Monitoring Board, yes.
9        Q    You know that's not required by the FDA,
10  right?
11  A    Again, I don't know the exact -- again, I'm not an
12  expert at their requirements.  However --
13       Q    Fair enough.
14  A    -- they have a document that certainly strongly
15  suggests that there be DSMBs in Phase III clinical
16  trials.  I don't know whether it's in the form of a
17  requirement or just a strong opinion.
18       Q    You don't know, Doctor, you are not aware of
19  what the FDA regulations or guidance is on the issue of
20  DSMBs?
21  A    I don't know the details of that document, no.
22       Q    Fair enough.
23       Doctor, did you look -- as part of your
24  review, Doctor, I think I saw that you looked at the
25  Data Safety Monitoring Board minutes for the VIGOR
                        Page 281

---

05 - 09220 - Kronmal.txt

Kronmal - Cross                    1695

1   study?
2   A    I did look at those, yes.
3        Q    And you know, Doctor, that -- and the Data
4   Safety Monitoring Board, you told the jury, are the
5   outside scientists who were charged with protecting
6   patient safety?
7   A    That's correct.
8        Q    And Doctor, you know that the outside
9   scientists who reviewed the safety data for the VIGOR
10  study as it was coming in, that they -- they never
11  decided that the study should be stopped?
12  A    That's correct, but I don't know what data they
13  were provided with and I don't know when they were
14  provided it.
15       Q    Well, did you review the minutes?  It talked
16  about the difference --
17  A    The minutes were very vague and incomplete, and I
18  don't -- I don't have any documents that show what the
19  closed session reports from the company showed.  I
20  wanted those documents and requested them on numerous
21  occasions, and I never have gotten to be able to get
22  them.
                        Page 282

---

05 - 09220 - Kronmal.txt

23       Q    Let's look at the Data Safety Monitoring
24  Board minutes that you looked at.  But you'll agree,
25  Doctor, that these outside scientists who looked at the

                        Kronmal - Cross                    1696

1   safety data coming in from the VIGOR study, that they
2   didn't agree with you that the VIGOR study showed that
3   VIOXX was causing heart attacks?
4   A    I don't know that, because I don't know whether
5   they had the data to make that judgment.
6        Q    Well, let's take a look at that, Doctor.  Let
7   me show you Defendants Exhibit 727.
8        THE COURT:  What was the number, Counsel?
9        MS. SULLIVAN:  Defendant's Exhibit 727.
10       THE COURT:  727?
11       MS. SULLIVAN:  Yes, Your Honor.
12  BY MS. SULLIVAN:
13       Q    Doctor, these were the outside scientists
14  whose job it was to protect patient safety in the VIGOR
15  study, right? Dr. Bjorkman, Dr. Neaton, Dr. Shapiro,
16  who was a nonvoting member, Dr. Silman and
17  Dr. Sturrock?
18  A    That's correct.
19       Q    And you know Dr. Neaton?
                        Page 283

---

05 - 09220 - Kronmal.txt

20  A    Yes, I do.
21       Q    And I think you told us he is a man of
22  scientific integrity, in your opinion?
23  A    That's correct.
24       Q    And it looks like from the minutes that on
25  November 17th, 1999, during the VIGOR study, the

                        Kronmal - Cross                    1697

1   outside scientific board convened to discuss the
2   analysis of the safety data in the VIGOR trial, right?
3   A    That's correct.
4        Q    And you see, Doctor, the report in the
5   minutes of excess cardiovascular events in one group
6   compared to the other, correct?
7   A    That's correct.
8        Q    Okay.  And, Doctor, going to the end of the
9   minutes, the minutes reflect the fact that the board
10  members decided that the differences between the
11  treatment groups were noted as being significant beyond
12  the level of chance, however, it was also noted that
13  there is no ability in this trial to distinguish
14  between a potentially harmful effect of Treatment A and
15  a cardiovascular protective effect of Treatment B due
16  to its anti-platelet effects.
                        Page 284

05 - 09220 - Kronmal.txt

17      It was also noted that while the trends are
18  disconcerting, the numbers of events are small.
19  Members were concerned and want to follow up on these
20  data more thoroughly and frequently, but did not
21  believe that the trial should be stopped at this time.
22      Do you see that?
23  A   Yeah, I do.
24      Q   Okay.  So the outside scientists who were
25  looking at the safety data from the VIGOR trial,

                Kronmal - Cross        1698

1  including the disparity in cardiovascular events, did
2  not believe that the VIGOR trial should be stopped,
3  correct?
4  A   That's what they concluded, yes.
5      Q   In fact, these outside scientists believed
6  that the difference may be explained by the
7  cardioprotective effects of Naproxen, correct?
8  A   That's an interesting point because --
9      Q   Just looking at the minutes, my question,
10  Doctor, is isn't that what the scientists on the
11  outside safety board, scientists outside Merck,
12  concluded in November of 1999, that the difference may
13  be due to the cardioprotective effect of Naproxen?
                Page 285

05 - 09220 - Kronmal.txt

14  A   That is what they concluded.  However --
15      Q   You have answered my question, sir.  I'm sure
16  counsel can bring out whatever he likes on --
17      MR. SEEGER:   Your Honor, can he please
18  explain his answer?  It's a "however."  It's a
19  qualified answer.
20      MS. SULLIVAN:  Your Honor, he can bring it
21  out on redirect, Judge.  I would just like to get
22  through this.
23      MR. SEEGER:   Your Honor, the record is going
24  to be misleading if he doesn't answer the question.
25      THE COURT:  Let him answer it on redirect.

                Kronmal - Cross        1699

1      Go ahead.
2      THE WITNESS:  In my view --
3      MS. SULLIVAN:  I think the judge said you
4  have to save that one.
5      THE COURT:  Yes, that's okay.
6      sir, you will have a chance to say it if your
7  counsel wants.
8      THE WITNESS:  That's fine.
9  BY MS. SULLIVAN:
10      Q   All right, Doctor, there was -- let me show
                Page 286

05 - 09220 - Kronmal.txt

11  you what's been marked as Defendant's Exhibit 728.  And
12  Doctor, you know that the FDA gets adverse event
13  reports as studies go on.  I know you are not an FDA
14  expert, but you have done studies, and you know that,
15  correct?
16  A   Yes, that's correct.
17      Q   So the scientists on the outside review
18  committee for safety are getting the adverse event
19  information and the FDA scientists are also getting
20  adverse event information from the study, correct, from
21  the VIGOR study?
22  A   That's correct.
23      Q   And neither the FDA scientists or the outside
24  scientists monitoring the safety of the VIGOR study
25  concluded that VIOXX was causing heart attacks,

                Kronmal - Cross        1700

1  correct?
2  A   They did not reach that conclusion, that's
3  correct.
4      Q   Let me show you, Doctor, Defendant's Exhibit
5  727.  This is a meeting a month later, Doctor, correct?
6  A   That's correct.
7      Q   of the safety board.  And they're, again,
                Page 287

05 - 09220 - Kronmal.txt

8  talking about the cardiovascular safety analysis of the
9  VIGOR trial.  Do you see that, sir?
10  A   Yeah, I did.
11      Q   Okay.  And they see that the trends continue,
12  in other words, the difference in cardiovascular events
13  between Treatment A and Treatment B continue.  Do you
14  see that?
15  A   That's correct.
16      Q   And, again, Doctor, looking at here, none of
17  the members believed that the trial should be stopped
18  based on these results, and members expressed the
19  belief that the differences may be due to a
20  cardioprotective effect of treatment B.  However, all
21  members believed that these results are important in
22  evaluating the risks and benefits.
23      Do you see that, Doctor?
24  A   I do.  Quite frankly, I don't understand why they
25  didn't stop that trial.

                Kronmal - Cross        1701

1      Q   Well --
2  A   In point of fact, it doesn't really matter from
3  the point of view of patient safety whether Naproxen
4  was protective or VIOXX was dangerous.  They were
                Page 288

05 - 09220 - Kronmal.txt

5   subjecting people to increased risks.  If it was
6   because Naproxen was protective, they should have still
7   stopped the trial because those people should have been
8   put on Naproxen.  They shouldn't have been subjected to
9   the excess risk of CHD events.
10      Q   I understand that's your opinion, Doctor, but
11  the outside scientists who looked at the data from the
12  VIGOR study, the same data that you did, they didn't
13  agree with you, did they, Doctor?
14  A   Apparently not.
15      Q   And the FDA didn't agree with you?
16  A   I don't know what the FDA agreed to or not.
17      Q   The FDA never told Merck they should have
18  stopped the VIGOR trial, right?
19  A   But they didn't have this interim data,
20  presumably.
21      Q   They had the adverse events that would have
22  been reported on the 15-day requirement, correct?
23          MR. SEEGER:  Objection, Your Honor.  Your
24  Honor, the study was blinded --
25          THE WITNESS:  I presume they would have had

                    Kronmal - Cross          1702

1   that, yes.
                    Page 289

---

05 - 09220 - Kronmal.txt

2           MR. SEEGER:  Objection.
3           MS. SULLIVAN:  And, Doctor --
4           THE COURT:  The objection is that the FDA
5   would not have been advised if it was a blinded study?
6           MR. SEEGER:  They would not have known,
7   Your Honor.  It's blinded.
8           MS. SULLIVAN:  It would have shown the
9   difference.
10          THE COURT:  The jury should disregard the
11  statement of counsel.
12  BY MS. SULLIVAN:
13      Q   Well, Doctor, even after the data was
14  unblinded, the FDA never came back to Merck and said,
15  You should have stopped the VIGOR trial?
16  A   I don't know if the FDA ever goes and says after a
17  trial is over what they should have done.
18      Q   They never -- as far as you know, there has
19  never been a sanction or a citation or any issue
20  between the FDA and Merck as it relates to the conduct
21  of the VIGOR trial?
22  A   As far as I know, that's not been done.
23      Q   Okay.  And, Doctor, these outside scientists
24  who looked at the safety data from the VIGOR trial as
25  it came in, believed that the differences between the

                    Page 290

---

05 - 09220 - Kronmal.txt

                    Kronmal - Cross          1703

1   cardiovascular events may be due to the
2   cardioprotective effect of Naproxen?
3   A   That's what they say.
4       Q   Okay.  And you disagree with them?
5   A   Totally.
6       Q   All right.  And Doctor, it's your view that
7   these outside scientists who looked at the VIGOR data,
8   it's your view that their opinion that Naproxen may be
9   cardioprotective was unreasonable?
10  A   That's my view, yes.
11      Q   And you believe that the Merck scientists
12  were unreasonable in that view?
13  A   That's correct.
14      Q   And you believe the FDA was unreasonable in
15  that view?
16          MR. SEEGER:  Objection, Your Honor.
17          THE WITNESS:  I don't know what the FDA
18  believed or not believed.  They were skeptical about
19  the Naproxen.
20          MR. SEEGER:  Objection, Your Honor.  That is
21  not the FDA's views on Naproxen.
22          MS. SULLIVAN:  Well, Your Honor could we
23  talk --
24  BY MS. SULLIVAN:
                    Page 291

---

05 - 09220 - Kronmal.txt

25      Q   Have you seen any information about the FDA's

                    Kronmal - Cross          1704

1   view on Naproxen in 2005 and whether or not it's
2   cardioprotective?
3           MR. SEEGER:  Objection, Your Honor.
4           THE WITNESS:  I don't know what they said
5   specifically about --
6           MS. SULLIVAN:  Fair enough.
7           THE COURT:  Do you want a sidebar on that?
8           MR. SEEGER:  Yes, Your Honor.
9           (The following transpired at sidebar.)
10          MR. SEEGER:  We can do it quickly.  I mean,
11  we have warning letters where the FDA told them to stop
12  saying it's Naproxen.  To suggest the FDA is now -- and
13  that was the time frame.  I don't even know if they say
14  it now.  I just don't know.
15          THE COURT:  What do you have from 2005 that
16  the FDA says Naproxen --
17          MS. SULLIVAN:  It says Naproxen may be
18  cardioprotective in the decision memo.
19          MR. SEEGER:  That is in the new memo.
20          MS. SULLIVAN:  In the decision memo.
21          MR. SEEGER:  It's not the case now, Your
                    Page 292

05 - 09220 - Kronmal.txt

22    Honor.  It was never the case.

23             MS. SULLIVAN:  It's the case today.

24             MR. SEEGER:  It is not the case.  She can ask

25    him that question.  She knows --

Kronmal - Cross                1705

1             MS. SULLIVAN:  It's the case today that

2     Naproxen may be cardioprotective.

3             MR. SEEGER:  This is intentional.  This is

4     just -- the bottom line is that the FDA admonished them

5     for saying that Naproxen was cardioprotective.  They

6     admonished them for saying it was the difference in

7     VIGOR.

8             MS. SULLIVAN:  No, they didn't admonish.  The

9     FDA says today that Naproxen may be cardioprotective.

10            THE COURT:  May be?

11            MR. SEEGER:  It also raises your risk of

12    cardiovascular events.  She can't decide which side she

13    wants to be on.

14            MS. SULLIVAN:  I don't know what the

15    objection is.

16            MR. SEEGER:  The objection is it's another

17    total --

18            MS. SULLIVAN:  I asked him, do you know what

Page 293

05 - 09220 - Kronmal.txt

19    the FDA says today on it?

20            MR. SEEGER:  They don't say it.

21            MS. SULLIVAN:  He has downloaded a bunch of

22    files.  It's proper --

23            THE COURT:  All right.

24            MR. SEEGER:  Lucchesi said it.

25            THE COURT:  The objection is overruled.  You

Kronmal - Cross                1706

1     can ask him on cross.

2             MR. SEEGER:  All right.

3             (Sidebar concluded.)

4     BY MS. SULLIVAN:

5         Q    Doctor, you know that after the -- after the

6     VIGOR study, that the FDA convened an advisory

7     committee?

8         A    That's correct.

9         Q    Of outside scientists?

10        A    That's correct.

11        Q    And you, yourself, have told us that you

12    served on committees like that?

13        A    That's correct.

14        Q    And that's akin to sort of a peer review

15    process with a lot of scientists reviewing data and

Page 294

05 - 09220 - Kronmal.txt

16    coming up with critiques and giving recommendations to

17    the FDA?

18        A    Depends on what they are asked to do, but

19    something of that sort is not unreasonable.

20        Q    And you believe it's a reliable way for FDA

21    to obtain information, scientific information?

22        A    It's -- it's a good way for them to get input from

23    outside people.

24        Q    Okay.  And the FDA often makes conclusions

25    based on what its advisory committee recommends,

Kronmal - Cross                1707

1     correct?

2         A    They often follow the advice of the advisory

3     committee.  Sometimes they don't.

4         Q    And at the 2001 advisory committee meeting,

5     Dr. Kurnool, concerning the VIGOR data and what it

6     means, there was a lot of scientific discussion and

7     debate as to whether or not VIOXX increased your risk

8     of heart attack or Naproxen was cardioprotective,

9     correct?

10        A    There was some debate about that issue, yes.

11        Q    There were a lot of scientists on both sides

12    of that issue, correct?

Page 295

05 - 09220 - Kronmal.txt

13        A    I didn't count them up.

14        Q    But there were scientists on both sides of

15    that issue?

16        A    There may have been.  There probably were.

17        Q    And, Doctor, have you taken a look at the

18    label that FDA approved in 2002 describing the VIGOR

19    results?

20        A    Yes, I have.

21            MR. SEEGER:   Your Honor, could we have a

22    sidebar on this?

23            THE COURT:  Okay.  Don't put it up.

24            (The following transpired at sidebar.)

25            MR. SEEGER:   Are we going down the road of a

Kronmal - Cross                1708

1     2002 label where they moved to keep it out?  They

2     didn't elicit any testimony on direct.

3             MS. SULLIVAN:  You wanted it in.

4             THE COURT:  You didn't.  You moved to keep it

5     out.

6             MS. SULLIVAN:  But then everybody said -- not

7     the labels, Your Honor.  We did move to keep out post-

8     incident communications with the FDA.  You overruled

9     that, and the label is -- has science in it.  It talks

Page 296

05 - 09220 - Kronmal.txt

10  about the scientists' impression of the studies.
11  That's proper cross-examination.
12        MR. SEEGER:   It's after -- I'm trying to
13  figure out how this relates to anything that was done
14  on direct.
15        MS. SULLIVAN:   You said VIOXX causes heart
16  attack.  I think it's relative to say the FDA didn't
17  say that in their label.  Their scientists interpreted
18  it and they didn't agree with it.
19        MR. BUCHANAN:  The April 15th, 2002 label,
20  you want to cross-examine our experts on?
21        MS. SULLIVAN:  Yes.  That's proper
22  cross-examination.  That's science.  You had Lucchesi
23  talk about what should or shouldn't be in a label.
24        MR. SEEGER:   Actually, we're talking about
25  what was in the 1999 and 2001 label, what should or

Kronmal - Cross       1709

1  shouldn't have been in the 1999 and 2001 label.
2        MS. SULLIVAN:  They can't have it both ways.
3  They have all these FDA, Dr. Scolnick calling the
4  FDA names and everything else, and they want keep out
5  the label.
6        MR. SEEGER:   It shows they were fighting the

Page 297

---

05 - 09220 - Kronmal.txt

7  warning.  I don't know that this is relevant to --
8        THE COURT:  We are going to have this witness
9  back tomorrow, so we might as well let him go.
10        MS. SULLIVAN:  Okay.
11        THE COURT:  Well, we don't have any choice, I
12  don't think.
13        Are you done?
14        MS. SULLIVAN:  I have about another hour and
15  ten.
16        THE COURT:  Another hour?
17        MS. SULLIVAN:  45 minutes.  40 minutes.
18        MR. SEEGER:  I've got ten.
19        THE COURT:  That's it?
20        MR. SEEGER:   Ten.
21        THE COURT:  All right.  Let's see if we can
22  finish.
23        MS. SULLIVAN:  Now?
24        THE COURT:  You want to ask him about warning
25  labels.

Kronmal - Cross       1710

1        MS. SULLIVAN:  Yeah.  That's proper, Your
2  Honor.  They have all the post-incident stuff.  They
3  can't have it both ways.

Page 298

---

05 - 09220 - Kronmal.txt

4        MR. SEEGER:   Isn't that the adequacy of the
5  '99 label?
6        MS. SULLIVAN:  That's what you wanted, but
7  you want to get in all the post-incident e-mails about
8  communications with the FDA.
9        MR. SEEGER:   About the refusal to warn.
10  That's what it's about.
11        MS. SULLIVAN:  You can't have it both ways.
12        THE COURT:  Well, let me see the label.
13  That's what you want to put in?
14        MS. SULLIVAN:  Yeah.  I show a section -- Let
15  me just find it here.  VIGOR, VIGOR, VIGOR, VIGOR,
16  VIGOR.  Precautions.  This section here talks about the
17  science.
18        MR. BUCHANAN:  The science is what your
19  clinical trials is.
20        MS. SULLIVAN:  You guys had to bring up
21  e-mails and learned treatises.
22        MR. SEEGER:   No --
23        MS. SULLIVAN:  If he says VIOXX causes heart
24  attack, it's relevant to show him the FDA scientists
25  didn't agree with him.

Kronmal - Cross       1711

Page 299

---

05 - 09220 - Kronmal.txt

1        MR. SEEGER:   It's, frankly, a little
2  gratuitous.  It's not necessary.
3        MS. SULLIVAN:  He said he reviewed it, Judge,
4  as part of his -- for preparation.
5        MR. SEEGER:   He didn't even testify to it.
6  He didn't offer any opinions on it.
7        MS. SULLIVAN:  It's proper cross-examination
8  on causation.  He said he reviewed it.
9        THE COURT:  Does it say anything about
10  cardiovascular?
11        MS. SULLIVAN:  Yeah, it does.
12        THE COURT:  Where?
13        MR. SEEGER:   There it is.  There is the
14  table.
15        MS. SULLIVAN:  I'll find it, Judge.  I can
16  move on.  I just want to show him -- I don't know this
17  isn't proper.  He brings in all the post-incident FDA
18  stuff, and then I can't show him the FDA's final
19  conclusions.  That's not fair.
20        THE COURT:  Let me see what it says.
21        MR. SEEGER:   It's right here.  It's right
22  here.
23        MS. SULLIVAN:  No, I want to find out -- I
24  want the part that says -- I have it cued up on the --
25  oh, here.

Page 300

05 - 09220 - Kronmal.txt

Kronmal - Cross                    1712

1        MR. SEEGER:  These are not user friendly.
2        THE COURT:  Yeah, I know.
3        MS. SULLIVAN:  I'm looking for .
4    the Alzheimer's stuff.  Oh, here it is, Judge.  I'm
5    sorry.
6        THE COURT:  Well, it's not VIGOR.
7        MS. SULLIVAN:  He talked about Alzheimer's.
8    It's VIGOR and Alzheimer's.
9        MR. SEEGER:  I got a good document.
10       MS. SULLIVAN:  You're going there, anyway.
11   You got all the post-incident stuff.  The Alzheimer's
12   studies were concluded post-incident, Judge.  They are
13   talking about that.  Let us talk about what the FDA
14   thinks of them.  I mean, he can't have it both ways,
15   that you bring in all this post-incident stuff and we
16   can't --
17       MR. SEEGER:  We brought it in for another
18   purpose.
19       MS. SULLIVAN:  Not appropriate.
20       MR. SEEGER:  You are asking to offer these
21   as the true incidence but you guys have the CSRs.  Use
22   the CSRs.
23       MS. SULLIVAN:  This is outside science, after
                    Page 301

24   the advisory committee that you guys opened on.
25       THE COURT:  Does it say anything about

Kronmal - Cross                    1713

1    Naproxen?
2        MS. SULLIVAN:  No, Judge, it talks about
3    Alzheimer's and VIGOR.  The VIGOR study is Naproxen.
4    No, it says VIGOR.
5        THE COURT:  But I thought you were using this
6    to show --
7        MS. SULLIVAN:  I am, but it says that there
8    is -- the clinical effect is unknown of VIGOR, which
9    goes to the Naproxen issue.  You want to let them go --
10       THE COURT:  Is there anything in there that
11   says its effects are unknown or the reasons are
12   unknown?
13       MS. SULLIVAN:  Yes.
14       MR. SEEGER:  This will be some of the best
15   testimony of the day, the three of us trying to find
16   it.
17       THE COURT:  Who has got your tab?
18       MS. SULLIVAN:  It's up on the screen.
19       THE COURT:  Can't you put it on the small
20   screen?  Can you put that up on the small screen
                    Page 302

21   without putting it on the big screen?
22       Thank you.
23       (Sidebar concluded.)
24       THE COURT:  Can you now put it up so I can
25   read it?  Okay.

Kronmal - Cross                    1714

1        Approach sidebar.
2        (The following transpired at sidebar.)
3        THE COURT:  That's what you are going to show
4    him?
5        MS. SULLIVAN:  Yeah, just that piece.
6        MR. SEEGER:  Now the jury is going to think
7    there is a cardiovascular warning label.
8        MS. SULLIVAN:  Also, just to -- actually,
9    this is in, you know, Judge?  In his report, he says,
10   We report the MI is wrong in the 2002 label.  He talks
11   about it in his report.
12       MR. SEEGER:  This isn't a 2002 label case.
13       MS. SULLIVAN:  In the report you served to me
14   in the Humeston case, he talks about the 2002 label.
15       MR. SEEGER:  That's a general report for all
16   cases.  Your Honor, this was served in five cases, some
17   of which were post-label change, and you know that.
                    Page 303

18       THE COURT:  Did he testify about that?  He
19   didn't testify about that?
20       MR. SEEGER:  He didn't testify at all about
21   the 2002 label.  Nothing.  Not a word.
22       MS. SULLIVAN:  This goes to the science.
23   This goes to what FDA scientists concluded about the
24   science.  That's proper cross-examination what other
25   scientists concluded.

Kronmal - Cross                    1715

1        THE COURT:  Remedial conduct in the change
2    label.
3        MS. SULLIVAN:  No.
4        MR. SEEGER:  Now the jury is going to think
5    this was a warning.
6        MS. SULLIVAN:  You know what is not fair?
7        THE COURT:  Well, the jury will be made
8    aware.
9        MS. SULLIVAN:  Your Honor, you asked both
10   parties, let's not talk about post-incident issues.  We
11   were happy to do it.  They didn't want to do it.
12       MR. SEEGER:  They brought in a whole bunch
13   of post-incident stuff.  We should be able -- about FDA
14   and Merck.  We --
                    Page 304

05 - 09220 - Kronmal.txt

15      MR. SEEGER:    Pre-incident conduct.  That's
16  exactly what it was.
17      MR. SEEGER:    Use your science.
18      MS. SULLIVAN:  This is science.
19      MR. SEEGER:    That's a label.
20      MS. SULLIVAN:  That's not fair, Your Honor.
21      THE COURT:  The FDA approved the label.
22      MR. SEEGER:    It's an FDA-approved label.  I
23  don't dispute that, Your Honor.  With a witness --
24      MS. SULLIVAN:  He said he reviewed it and
25  it's in his report.


                Kronmal - Cross           1716

1       MR. SEEGER:    He didn't testify to it, Diane.
2       MS. SULLIVAN:  It's proper cross-examination.
3       MR. SEEGER:    Why?  He didn't testify to it.
4       THE COURT:  What's your objection to it if
5   the jury is told that this label did not exist in 2001?
6       MR. SEEGER:    Well, he didn't testify to it,
7   and frankly, I don't see how it's germane to this case.
8       MS. SULLIVAN:  Of course you don't.
9       MR. SEEGER:    With this witness.
10      MS. SULLIVAN:  It goes to science.  He is
11  saying VIOXX caused heart attacks, Your Honor.
                    Page 305

---

05 - 09220 - Kronmal.txt

12  Everybody knew that.  And he --
13      THE COURT:  It says it caused a lot more
14  heart attacks.
15      MS. SULLIVAN:  He can cross on that.
16      THE COURT:  It just says they don't know why.
17      MS. SULLIVAN:  He can ask about that. ·
18      MR. SEEGER:    I guess my concern is quite
19  primary.  It's a 2002 label and -- and I would like it
20  to be shown first with all the fine print now.
21      MS. SULLIVAN:  I don't know that they can get
22  in all the back and forth about what should go in the
23  label and what --
24      THE COURT:  The final label doesn't exist
25  because you took it off the market.


                Kronmal - Cross           1717

1       MS. SULLIVAN:  No, this is the -- well, the
2   ultimate label, after the back and forth on the VIGOR
3   study.  He's got a whole case about the back and forth
4   with the FDA on the VIGOR study, even though it's,
5   under all the circumstances, post-incident.  So the
6   label comes in, Your Honor, on that issue.
7       MS. SULLIVAN:  I don't know why you are
8   objecting.
                    Page 306

---

05 - 09220 - Kronmal.txt

9       THE COURT:  She is saying it's probative of
10  the fact that the FDA didn't make -- it's the same
11  thing she has been arguing.  She has been
12  cross-examining the witness on this when, in fact,
13  nobody else interpreted VIGOR the way you guys
14  interpreted VIGOR.
15      MR. BUCHANAN:  So what is the question
16  pending to the witness?
17      MS. SULLIVAN:  I said, Did you review the
18  label?  I'm going to show him this as what the FDA-
19  approved label said about the VIGOR trial and about the
20  Alzheimer's trial.
21      MR. SEEGER:    You want to reflect how data
22  was reported?
23      MS. SULLIVAN:  And the fact that FDA denied
24  it --
25      THE COURT:  Are you going to show him the


                Kronmal - Cross           1718

1   one --
2       MS. SULLIVAN:  The 2002 label, the one you
3   have.
4       THE COURT:  You have to show him the 2001 and
5   2002 then, right?
                    Page 307

---

05 - 09220 - Kronmal.txt

6       MS. SULLIVAN:  The VIGOR study is in 2002.
7   I'm going to show him the label you just looked at.
8       THE COURT:  We can't confuse the jury.  Is
9   there anything about cardiovascular in the first one?
10      MR. BUCHANAN:  No.
11      MS. SULLIVAN:  There was.  In terms of
12  reported adverse events, there was.
13      MR. SEEGER:    No reported warning or
14  contraindication.
15      MS. SULLIVAN:  Agreed, but it was a --
16      THE COURT:  So tell the jury --
17      MS. SULLIVAN:  No, you can't, Judge, because
18  there was a cardiovascular adverse event --
19      THE COURT:  Why can't you just tell them this
20  was not the warning label that was in effect at the
21  time of Mr. Humeston's heart attack?  That's fine.
22  That's a proper instruction, instead of characterizing
23  it.
24      MR. SEEGER:    I'm just trying to find out
25  where this is going.  It's confusing.


                Kronmal - Cross           1719

1       MS. SULLIVAN:  You guys object to everything.
2       MR. SEEGER:    Please, Diane, you are going
                    Page 308

05 - 09220 - Kronmal.txt

3   down a road that we didn't go down with the witness.

4       MS. SULLIVAN: You opened the door going

5   through all the back and forth with the FDA after

6   Mr. Humeston's heart attack. This is the final

7   decision. After all the back and forth that they go

8   into, this is the final decision.

9       MR. BUCHANAN: Your Honor, I'm not going to

10  fight it anymore. I want to let the witness off today.

11  If you could just caution the jury --

12      MS. SULLIVAN: You've got to bring him back.

13  You took three-quarters of the day.

14      THE COURT: You have more time. Finish him

15  up.

16      (Sidebar concluded.)

17      THE COURT: I'm going to let counsel show you

18  the 2002 label. Just so you understand, this is not

19  the label that was on VIOXX when Mr. Humeston had his

20  heart attack. This was language added afterwards.

21      MS. SULLIVAN: Can we blow it up?

22  BY MS. SULLIVAN:

23    Q   And Dr. Kronmal, you said you've looked at

24  that, and I've looked at your report where you mention

25  it.

Page 309

---

05 - 09220 - Kronmal.txt
Kronmal - Cross         1720

1      Okay. And, Doctor, the FDA-approved label,

2  after the FDA scientists looked at the VIGOR studies

3  and looked at the Alzheimer's studies, it talks about

4  the VIGOR studies and the Alzheimer's studies in terms

5  of what doctors should know about them, right?

6  A   That's correct.

7    Q   Okay. And the FDA-approved label talks about

8  the fact that --

9      MR. SEEGER: Objection, Your Honor. It's

10  Merck's label. "The FDA-approved label" is not a

11  proper characterization.

12      THE COURT: It's Merck's label. They

13  approved it. Let's just call it the label, not the

14  Merck label or the FDA label.

15      MR. SEEGER: Thank you.

16      MS. SULLIVAN: There is no dispute it was

17  approved by FDA.

18      MR. SEEGER: It's Merck's label.

19      MS. SULLIVAN: Approved by the FDA.

20      THE COURT: It's the label that Merck put on

21  its product and it was approved by the FDA.

22  BY MS. SULLIVAN:

23    Q   And Doctor, after the FDA scientists looked

24  at the Alzheimer's studies and the VIGOR study, the FDA

25  scientists did not conclude what you are telling this

Page 310

---

05 - 09220 - Kronmal.txt

Kronmal - Cross         1721

1   jury, that VIOXX caused heart attacks, right?

2  A   I don't know what they concluded, but I can tell

3  you, this label is grossly inaccurate.

4    Q   So the FDA scientists looked at the same data

5  that you did, the Alzheimer's data and the VIGOR data,

6  and they approved a label that said the significance of

7  the cardiovascular findings from these three studies,

8  VIGOR and the two placebo-controlled studies -- and

9  those are the Alzheimer's studies, right, sir, the two

10  placebo-controlled studies?

11  A   Yes, it is.

12    Q   And they tell the public that the

13  cardiovascular findings is unknown, right? That's what

14  FDA concluded in 2002?

15  A   That's what they approved.

16      THE COURT: He said the significance is

17  unknown, not the finding.

18      THE WITNESS: The significance is unknown,

19  yes. But this is where the problem really comes in

20  with what --

21  BY MS. SULLIVAN:

22    Q   Doctor --

Page 311

---

05 - 09220 - Kronmal.txt

23  A   You were asking about this label. I'm trying to

24  discuss it.

25    Q   My question was a yes or no. You can talk

Kronmal - Cross         1722

1   about it with your --

2      THE COURT: He can answer the question.

3  BY MS. SULLIVAN:

4    Q   I am sorry, Doctor.

5  A   This is basically the fundamental problem in that

6  this does not address the total mortality, which the

7  company knew was statistically significant at this time

8  point. It doesn't discuss it at all, so it's

9  misleading in that respect. They misled the FDA in

10  that respect, as far as I can tell.

11    Q   We'll talk about that.

12  A   Because the FDA did not seem to know that.

13    Q   We'll talk about that.

14  A   And secondly, if you look at the cardiovascular

15  events for VIGOR, they don't show in here, as you know,

16  the 20 versus 4, the five-fold increased risk. All

17  they say is it was significant. That could mean it was

18  15-5, 18-6. A lot of results would have been

19  significant, but five-fold is a lot bigger.

Page 312

05 - 09220 - Kronmal.txt

20        This label was carefully crafted by Merck to
21   make sure that people did not know what the safety
22   profile of this drug was.  The FDA may have approved
23   it, but that wasn't the point.
24        MS. SULLIVAN:  I object.  I move to strike.
25   BY MS. SULLIVAN:


              Kronmal - Cross              1723

1    Q    Doctor, you have absolutely no firsthand
2    knowledge about what the FDA and Merck communicated
3    concerning this label.
4         MR. SEEGER:   Objection.
5         THE WITNESS:  That's correct.
6         MR. SEEGER:   She is arguing with the
7    witness, Your Honor.
8         THE COURT:  He has answered the question.
9    BY MS. SULLIVAN:
10        Q    Doctor, you are just speculating on what went
11   on between Merck and the FDA; you have no firsthand
12   knowledge?
13   A    I know this is inaccurate and displays the data in
14   an inappropriate and misleading way.
15        Q    And Doctor, you've looked at the SAS files
16   that Merck turned over to the FDA.  In fact, Merck
              Page 313

05 - 09220 - Kronmal.txt

17   reported all of the mortality data to the FDA from the
18   Alzheimer's trials, correct?
19   A    I don't know that.  In fact, the fact is in some
20   cases, the files I looked at that were sent clearly did
21   not include all the mortality.  I don't know whether
22   they actually showed them all the mortality or not.
23        Q    We will look at that, Doctor.  But what we
24   know from 2002 is that when the FDA scientists looked
25   at the VIGOR data and the Alzheimer's data, they did


              Kronmal - Cross              1724

1    not conclude what you are telling this jury, they did
2    not conclude that VIOXX caused heart attack, they
3    concluded that the risk was unknown, right?
4    A    I don't know what they concluded.  All I know is
5    they approved this particular label.
6         Q    Okay.  Thank you, Doctor.
7         I want to move to the discussion of the
8    Alzheimer's mortality data that you spent a fair amount
9    of time talking to the jury about.
10        Now, you'd agree with me that it's
11   not good science to cherry-pick one study and ignore
12   other studies on the same medicine?
13   A    You need to look at the totality of the evidence.
              Page 314

05 - 09220 - Kronmal.txt

14        Q    You need to look at the totality of the
15   evidence?
16   A    That's correct.
17        Q    And in looking at the issue of VIOXX and
18   all-cause mortality, you'll agree with me, Doctor, that
19   on the osteoarthritis studies, for example, there
20   actually was a lower rate of all-cause deaths with
21   VIOXX compared to other medicines and placebo, right?
22   A    I don't know that it was a statistically
23   significantly lower rate, number one.  Number two, the
24   osteoarthritis studies were very short term.  They were
25   only a few months.  The Alzheimer's studies extended to


              Kronmal - Cross              1725

1    four years.
2         Being on a drug for long periods of time may
3    have a totally different effect on mortality than being
4    on it a short time, and likely did.  You, yourself,
5    commented that dose is important.  Well, the more you
6    take the drug over a longer period of time, the more
7    you are dosed with it.
8         Q    Well, Doctor, are you aware that none of the
9    other studies that you looked at showed that VIOXX
10   increased death rate, increased all-cause mortality?
              Page 315

05 - 09220 - Kronmal.txt

11   A    VIGOR increases -- shows an increase in all-cause
12   mortality --
13        Q    Not statistically significant.
14   A    But it's there.
15        Q    But scientists like you don't call that --
16   that could be a chance finding?
17   A    It could be.
18        Q    Okay.  In other words, you can't rule out a
19   chance finding?
20   A    I can't.
21        Q    And did you look, Doctor, at the all-cause
22   mortality in the osteoarthritis studies in patients
23   like Mr. Humeston?
24   A    I did not look at all-cause mortality --
25        Q    So you do not know what the --


              Kronmal - Cross              1726

1    A    The exposure time was way too low for that to be
2    of particular interest.
3         Q    The average was four months?
4    A    That's right.  That is way too low.
5         Q    And Doctor, did you look at the all-cause
6    mortality for any of the other studies?
7    A    No, I didn't, because at the time I did the
              Page 316

05 - 09220 - Kronmal.txt

8   analyses I was focusing on MI.  It was only because I

9   happened to notice that there was this incredible

10  number of sudden deaths that I started to look at the

11  all-cause mortality.  Had I known that when I started

12  it, I would have done an analysis of all-cause

13  mortality for all the studies.

14     Q   So you came in and told the jury that VIOXX

15  increases your risk of all-cause mortality without

16  looking at any of the studies except Alzheimer's on

17  that issue?

18  A   That was the primary one that showed that it did.

19     Q   But you didn't look at what any of the others

20  showed on that issue?

21  A   I did not look at the other studies, except for

22  VIGOR and APPROVe.

23     Q   Okay.  And in terms of APPROVe, there was no

24  difference, correct?

25  A   In APPROVe, there was no difference.  In VIGOR,

Kronmal - Cross     1727

1   there was.

2     Q   No difference in APPROVe.

3        And Doctor, did you look at Merck's -- the

4   background package that Merck submitted to the FDA?

Page 317

---

05 - 09220 - Kronmal.txt

5   A   Which background --

6     Q   In 2005?

7   A   I looked at it, yes.

8     Q   Okay.  And in that package, they provide the

9   FDA with data concerning all-cause mortality for all

10  studies, right?

11  A   They do not actually do -- first, they don't do a

12  test hypothesis.  They don't show the survival curves.

13  They break it up into little pieces so that the people

14  reading it would not notice that all-cause mortality

15  was higher.

16        They would say things like there were three

17  events in one -- for one cause of death and five for

18  another, seven for this one, some were off therapy,

19  some were on therapy.  So they break it up into a lot

20  of little pieces and never really display the mortality

21  rate.

22     Q   Dr. Kurnool, teams of FDA scientists had the

23  same raw data you did to look at that issue.  They

24  analyzed the raw data, correct?

25  A   That's correct.

Kronmal - Cross     1728

1     Q   Okay.

Page 318

---

05 - 09220 - Kronmal.txt

2   A   However, the data that I saw that they submitted

3   for that meeting did not include all the deaths.

4     Q   We'll talk about that.

5        Isn't it true, sir, that you included as

6   deaths caused by VIOXX people who weren't on the drug

7   for a year or two years; they had stopped taking the

8   drug for a year or two?

9   A   That's correct.

10     Q   And you counted them?

11  A   And I have already said that, yes.

12     Q   And you counted them?

13  A   That's right.

14     Q   And other scientists will tell you that

15  that's not the right way to do a study.  You don't --

16  A   I don't believe that anyone, any statistician who

17  analyzes clinical trials, will tell you that the intent

18  to treat analyses that I did was not the correct

19  analyses to do.

20     Q   Well, we will talk about that, Doctor.  But

21  you included in your counting of heart attacks caused

22  by VIOXX, people who had a heart attack a year, two

23  years, three years, after they stopped taking VIOXX,

24  right?

25  A   That's correct.

Page 319

---

05 - 09220 - Kronmal.txt

Kronmal - Cross     1729

1     Q   Okay.  And, Doctor, do you know what the

2   half-life is on VIOXX, when it stops to be activated?

3   Do you know that's about 85 hours?

4   A   Yeah.  That's irrelevant.

5     Q   Okay.  Derek, I'm sorry, let me get this so

6   the jury can see it.

7        All right.  And, Doctor,

8   Merck's background submission to the FDA in January,

9   2005, they talk about the all-cause mortality, right,

10  the deaths seen in studies, and whether there is a

11  difference in people who took VIOXX and people who took

12  sugar pill or other pain relievers, right?

13  A   They did.

14     Q   Okay.  And they -- and they say -- this is

15  Page 184, Counsel -- and they say in some studies,

16  their mortality incidence was numerically lower with

17  VIOXX than the control group, right?

18  A   Yes, they say that.

19     Q   While in others, the rate was numerically

20  higher, right?

21  A   That's correct.

22     Q   And they say in the osteoarthritis studies,

23  in studies in people like Mr. Humeston, our plaintiff

24  here, the mortality incidence was significantly lower

Page 320

05 - 09220 - Kronmal.txt

25    on VIOXX, right?


                    Kronmal - Cross                    1730

1     A     I don't know where they get that.  They are saying
2     S versus 8 is statistically significantly different?
3          Q    You didn't do that analysis, correct?
4     A     That's not statistically significant.  I can tell
5     you that right now.
6          Q    But you didn't do that analysis.  You didn't
7     look at the deaths from OA studies?
8     A     No, because they were too short.
9          Q    And then they actually give the FDA a chart
10    about the deaths reported in the studies between people
11    taking VIOXX and people taking placebo or sugar pill,
12    right?
13    A     I have not seen this before, but yes.
14         Q    Well, did you skip this page?  You reviewed
15    the FDA --
16    A     I don't know.  There was thousands of pages, and I
17    have no idea.
18         Q    And, Doctor, in this document submitted to
19    the FDA with the raw data, Merck states that other than
20    the imbalances discussed above for the osteoarthritis
21    Phase III program -- where it was lower, right?  The
                            Page 321

05 - 09220 - Kronmal.txt

22    deaths were lower in VIOXX?
23    A     It wasn't statistically significantly lower,
24    but --
25         Q    But lower?


                    Kronmal - Cross                    1731

1     A     It was a small difference, very small numbers.
2          Q    And for the Alzheimer's program in other
3     large databases, VIGOR, the RA phase and APPROVe,
4     differences in the rates of mortality were not seen for
5     VIOXX compared to Naproxen or VIOXX compared to
6     placebo, right?
7     A     That's correct.
8          Q    And then they show a chart here.  And so when
9     you look at the chart, all-cause deaths in
10    osteoarthritis was actually lower on VIOXX, right?
11    A     It wasn't statistically different.
12         Q    And in VIGOR, similar, not statistically
13    different.  We have already talked about that, right?
14    A     That is correct.  It was higher.
15         Q    But not statistically different?
16    A     No, it was not statistically different.
17         Q    And in the rheumatoid arthritis studies,
18    again, not statistically different?
                            Page 322

05 - 09220 - Kronmal.txt

19    A     That's correct.
20         Q    And in ADVANTAGE, not statistically
21    different, right?
22    A     That's correct.
23         Q    So you came in to talk to the jury about one
24    study where there was a difference, and in all of these
25    other studies, there was no difference in all-cause


                    Kronmal - Cross                    1732

1     deaths, right?
2     A     That's correct, but you have to keep in mind that
3     the Alzheimer's were placebo-controlled, and it was in
4     a vulnerable population where the risk of CHD and of
5     death is much, much higher.
6              It's very difficult in low-risk populations
7     to show a death difference in short-term studies.
8     People just don't die in these studies.  First of all,
9     they come in, they are mostly healthy.  They come in,
10    they have -- they don't have a lot of chronic diseases
11    or they wouldn't be in the study in the first place.
12             The one studies where they were vulnerable
13    patients was the Alzheimer's study.  And that study
14    showed dramatic differences.  And by way, this analysis
15    that they show here is also misleading from the
                            Page 323

05 - 09220 - Kronmal.txt

16    Alzheimer's because it does not include all of the
17    deaths.  They have basically taken out deaths that
18    occurred over 14 days after the treatment was stopped
19    in this analysis.
20         Q    And the FDA said that's proper --
21    A     No, they didn't say it was proper.  They didn't
22    probably know it.
23         Q    I will show you the document where it was
24    submitted to the FDA either today --
25             THE COURT:  Counsel --


                    Kronmal - Cross                    1733

1              MR. SEEGER:  Objection, Your Honor.
2              THE COURT:  Do you have that document?
3              MS. SULLIVAN:  I do, Your Honor.
4              THE COURT:  Don't refer to documents unless
5     you have it.
6              MS. SULLIVAN:  I have it, Your Honor.  I have
7     that document.
8              THE COURT:  Let's show it to the witness.
9              MS. SULLIVAN:  I would like to finish up with
10    this point, Your Honor, on all-cause deaths, and I'm
11    happy to show him that document either today or
12    tomorrow when he comes back, Judge.
                            Page 324

05 - 09220 - Kronmal.txt

13     MR. SEEGER:  We won't forget about it.

14     MS. SULLIVAN:  I won't either.

15     THE COURT:  We are attempting to finish the

16 witness tonight.

17     MR. SEEGER:  Thank you.

18 BY MS. SULLIVAN:

19     Q    Dr. Kurnool, you would agree with me that you

20 cherry-picked the data here.  You picked one study and

21 talked to the jury bit and ignored all of the other

22 studies that showed no difference between VIOXX and

23 comparators and death rates; in fact, the

24 osteoarthritis study showed a lower rate?

25     A    That is an incorrect characterization.  It's not

                    Kronmal - Cross              1734

1 what I did.  I was looking at each of the studies as

2 they came up, and I noticed the increased risk of

3 sudden death.

4     Q    In one study?

5     A    In one study, because that's what -- because

6 sudden death was part of the CHD end point.  And when I

7 saw that, I asked the question, well, is it just sudden

8 death or is it total mortality as well?  When I looked,

9 it was total mortality.
                    Page 325

---

05 - 09220 - Kronmal.txt

10     Then I found out that the drug company

11 itself, two years before the end of the study, had also

12 seen the same thing and chose to ignore it.  To me,

13 that was unconscionable.

14     Q    They reported all these events to the FDA,

15 didn't they, Doctor?

16     A    I don't know that.

17     Q    Okay.  And Doctor, so you didn't -- you

18 didn't bother looking at the death rate for the APPROVe

19 study in your analysis?  You had the data, you didn't

20 look at it?

21     A    It was in their paper.  It was the same number

22 between both groups.

23     Q    No difference.  Okay.

24     A    Yes.  Low-risk group.

25     Q    And you didn't do a Kaplan Meier curve about

                    Kronmal - Cross              1735

1 death rates for any of these studies except the

2 Alzheimer's study?

3     A    That's correct.

4     No, I did it for the VIGOR study as well.

5     Q    Not on death rate?

6     A    Yes.
                    Page 326

---

05 - 09220 - Kronmal.txt

7     Q    Okay.  Doctor, I want to show you Merck's

8 submission, one of Merck's submissions to the FDA on

9 the Alzheimer's study, if we could.

10     THE COURT:  Approach sidebar for a second.

11     (The following transpired at sidebar.)

12     THE COURT:  Mr. Seeger -- Mr. Buchanan, do

13 you want to go with this witness?

14     MR. SEEGER:  What's that?

15     THE COURT:  Do you want to go with this

16 witness?

17     MS. SULLIVAN:  They've got to bring him back.

18     MR. SEEGER:  I don't want to push the jury.

19     MR. SEEGER:  I think they are tired.

20     MR. SEEGER:  She's got five more minutes?

21     THE COURT:  One of them has to pick up a

22 child.  They indicated they could make a phone call.

23     MR. SEEGER:  If we could get him done in the

24 first hour.

25     MS. SULLIVAN:  I can agree --

                    Kronmal - Cross              1736

1     MR. SEEGER:  They have to --

2     THE COURT:  You are going to have Anstice

3 here, and you are going to get going.  We will start at
                    Page 327

---

05 - 09220 - Kronmal.txt

4 9:30.

5     MS. SULLIVAN:  With him?

6     THE COURT:  With him, and then Anstice.

7     (Sidebar concluded.)

8     THE COURT:  Ladies and gentlemen, we are

9 going to break for today.  This witness will be back

10 tomorrow morning, followed by Mr. Anstice, who will be

11 back tomorrow.  So we will see them both again

12 tomorrow.

13     9:30 tomorrow.

14     (The jury left the courtroom at 4:52 p.m.)

15     MS. JONES:  I was just thinking, we have a

16 lot to do.

17     THE COURT:  You do?

18     Is there any problem starting at 9:00

19 tomorrow?

20     MR. SEEGER:  9:00 is better.

21     THE COURT:  We will start at 9:00.  Tell the

22 jurors to be here at 9:00, all right?  See you tomorrow

23 at 9:00.

24     MR. SEEGER:  Thank you, Judge.

25     (The proceedings concluded at 4:55 p.m.)

                                                 1737
                    Page 328

05 - 09220 - Kronmal.txt

```
                        - - - - -
 1
 2
 3              CERTIFICATION
 4
 5          I, Carol A. Farrell, CRR, RMR, C.S.R. License
 6   Number XI01173, an official Court Reporter in and for
 7   the State of New Jersey, do hereby certify the
 8   foregoing to be prepared in full compliance with the
 9   current Transcript Format for Judicial Proceedings and
10   is a true and accurate compressed transcript, to the
11   best of my knowledge and ability.
12
13   _____     _____
14   Carol A. Farrell, CRR, RMR, CSR          Date
15   Official Court Reporter
16   Cumberland County Courthouse
17
18
19
20
21
22
23
24
25
```

Page 329

05 - 09220 - Kronmal.txt

Page 330