# Exhibit D



30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

May 24, 2006

BY HAND

David R. Buchanan, Esq.
Seeger Weiss LLP
One William Street
New York, NY  10004-2502

        Re:    NJ VIOXX® Litigation

Dear Mr. Buchanan:

        I am enclosing with this letter the following items:

        1. One DVD containing a supplemental production of SAS files related to the
APPROVe study (base and extension data), Bates number MRK-ZBR 0000080
through 0000134; and

        2. One CD containing a supplemental production of regulatory filings with the
FDA regarding NDA 21-042, including a load file and objective coding, Bates range
MRK-S042 0112133 through 0112134.

                                        Sincerely,

                                        John J. Torikashvili
                                        Law Clerk

Enclosures

US  Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  Frankfurt  London  Luxembourg  Munich  Paris