# Exhibit H



30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

SAHBA SALIMI

sahba.salimi@dechert.com
+1 212 430 6832 Direct
+1 212 430 6357 Fax

June 19, 2006

BY HAND

David R. Buchanan, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004-2502

Re:   *New Jersey VIOXX® Litigation*

Dear Mr. Buchanan:

I have enclosed with this letter one hard drive containing analysis datasets and SAS programs relating to the APPROVe follow up study, Bates range MRK-ZCC 0000001 through 0007281.

Sincerely,

Sahba Salimi

Enclosure