# Exhibit I

1                             **VIOXX®(rofecoxib tablets and oral suspension)**

2

3                                       **DESCRIPTION**

4

5   VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-

6   2(5$H$)-furanone.  It has the following chemical structure:

7

8

9

10  Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone,

11  slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol,

12  practically insoluble in octanol, and insoluble in water.  The empirical formula for

13  rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

14

15  Each tablet of VIOXX for oral administration contains either 12.5 or 25 mg of rofecoxib

16  and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose,

17  lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

18

19  Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the

20  following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate),

21  sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as

22  preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

23

24  **CLINICAL PHARMACOLOGY**

25

26  **Mechanism of Action**

27  VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory,

28  analgesic, and antipyretic activities in animal models.  The mechanism of action of VIOXX

29  is believed to be due to inhibition of prostaglandin synthesis, via inhibition of

30  cyclooxygenase-2 (COX-2).  At therapeutic concentrations in humans, VIOXX does not

31  inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

32

33

34

35

36  **Pharmacokinetics**

37

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

38 ### *Absorption*
39 The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25
40 and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level
41 ($C_{max}$) following a single 25 mg dose were 3286( ±843) ng*hr/mL and 207 (±111) ng/mL,
42 respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose
43 range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and
44 AUC, which is thought to be due to the low solubility of the drug in aqueous media. The
45 plasma concentration-time profile exhibited multiple peaks. The median time to maximal
46 concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours.
47 Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect
48 rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With
49 multiple dosing, steady state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at
50 steady-state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng*hr/mL and 321 (±104)
51 ng/mL, respectively. The accumulation factor based on geometric means was 1.67.
52
53 VIOXX Tablets and VIOXX Oral Suspension are bioequivalent.
54
55 ### *Food and Antacid Effects*
56 Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption
57 (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma
58 concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension
59 formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.
60
61 There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium
62 carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively.
63 There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.
64
65 ### *Distribution*
66 Rofecoxib is approximately 87% bound to human plasma protein over the range of
67 concentrations of 0.05 to 25 µg/mL. The apparent volume of distribution at steady state
68 ($V_{dss}$) is approximately 91 L following a 12.5 mg dose and 86 L following a 25 mg dose.
69
70 Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain
71 barrier in rats.
72
73 ### *Metabolism*
74 Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal
75 metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for
76 nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the
77 glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of
78 rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are
79 inactive as COX-1 or COX-2 inhibitors.
80
81 Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP3A activity by
82 administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of
83 general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily
84 produces a 50% decrease in rofecoxib plasma concentrations. (Also see **Drug Interactions**).

2

85

86 ***Excretion***
87 Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged
88 drug recovered in the urine.  Following a single radiolabeled dose of 125 mg,
89 approximately 72% of the dose was excreted into the urine as metabolites, and 14% in the
90 feces as unchanged drug.

91

92 The plasma clearance after 12.5 and 25 mg doses was approximately 141 and 120
93 mL/min, respectively.  Higher plasma clearance was observed at doses below the
94 therapeutic range, suggesting the presence of a saturable route of metabolism (i.e, non-
95 linear elimination).  The effective half-life (based on steady state levels) was approximately
96 17 hours.

97

98 **Special Populations**

99

100 ***Gender***
101 The pharmacokinetics of rofecoxib are comparable in men and women.

102

103 ***Geriatric***
104 After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34%
105 increase in AUC was observed as compared to the young subjects.  Dosage adjustment in
106 the elderly is not necessary; however, therapy with VIOXX should be initiated at the
107 lowest recommended dose.

108

109 ***Pediatric***
110 VIOXX has not been investigated in patients below 18 years of age.

111

112 ***Race***
113 Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC
114 of rofecoxib in Blacks and Hispanics as compared to Caucasians.  No dosage adjustment
115 is necessary on the basis of race.

116

117 ***Hepatic Insufficiency***
118 A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients
119 indicated that rofecoxib AUC was similar between these patients and healthy subjects.
120 Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency
121 suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more
122 data are needed to evaluate pharmacokinetics in these patients.  Patients with severe
123 hepatic insufficiency have not been studied.

124

125 ***Renal Insufficiency***
126 In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak
127 rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis
128 occurred four hours after dosing.  When dialysis occurred 48 hours after dosing, the
129 elimination profile of rofecoxib was unchanged. While renal insufficiency does not

3

130 influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is
131 not recommended at present because no safety information is available regarding the use
132 of VIOXX in these patients.
133
134 **Drug Interactions**
135
136 Also see **PRECAUTIONS – Drug Interactions.**
137
138 ***General:*** In human studies the potential for rofecoxib to inhibit or induce CYP 3A4
139 activity was investigated in studies using the intravenous erythromycin breath test and the
140 oral midazolam test. No significant difference in erythromycin demethylation was observed
141 with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP
142 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg
143 daily). This reduction is most likely due to increased first pass metabolism through
144 induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also
145 suggest that rofecoxib might be a mild inducer for CYP 3A4.
146
147 Drug interaction studies with rofecoxib have identified potentially significant interactions
148 with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX
149 should be appropriately monitored. Drug interaction studies do not support the potential
150 for clinically important interactions between antacids or cimetidine with rofecoxib. Similar
151 to experience with other nonsteroidal antiinflammatory drugs (NSAIDs), studies with
152 rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of
153 rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole,
154 prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and
155 clinically important interactions have not been found .
156
157 **CLINICAL STUDIES**
158
159 **Osteoarthritis (OA)**
160 VIOXX has demonstrated significant reduction in joint pain compared to placebo.
161 VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and
162 hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled
163 approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and
164 25 mg once daily resulted in improvement in patient and physician global assessments and
165 in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis
166 questionnaire, including pain, stiffness, and functional measures of OA. In six studies of
167 pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first
168 determination (after one week in one study, after two weeks in the remaining five studies);
169 this continued for the duration of the studies. In all OA clinical studies, once daily
170 treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant
171 reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25
172 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID
173 and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen
174 studies were 6 week studies; the diclofenac studies were 12 month studies in which
175 patients could receive additional arthritis medication during the last 6 months.

### Analgesia, including Dysmenorrhea

In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50 mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

### Special Studies

#### *Upper Endoscopy in Patients with Osteoarthritis:*

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active *Heliobacter pylori* infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age $\geq$ 65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See Figures 1 and 2 and accompanying Tables for the results of these studies.

5

208

## Figure 1

**COMPARISON TO IBUPROFEN**

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)



† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

209
210
211
212
213
214

## TABLE 1
## Endoscopic Gastroduodenal Ulcers at 12 weeks
## U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/158 | 9.9% | – | – |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/178 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

215   *by life table analysis
216

217

**Figure 2**

**COMPARISON TO IBUPROFEN**

**Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)**



†   p < 0.001 versus ibuprofen 2400 mg
**  Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

218
219
220          <u>**TABLE 2**</u>
221   <u>**Endoscopic Gastroduodenal Ulcers at 12 weeks**</u>
222            <u>**Multinational Study**</u>
223

| Treatment <u>Group</u> | Number of Patients with Ulcer/Total <u>Number of Patients</u> | Cumulative Incidence <u>Rate*</u> | Ratio of Rates vs. <u>Placebo</u> | 95% CI on <u>Ratio of Rates</u> |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | -- | -- |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/182 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

224       *by life table analysis

225
226
227  The correlation between findings of endoscopic studies, and the relative incidence of
228  clinically serious upper GI events that may be observed with different products, has not
229  been fully established.  Serious clinically significant upper GI bleeding has been observed
230  in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS –
231  Gastrointestinal [GI] Effects).  Prospective, long-term studies required to compare the
232  incidence of serious, clinically significant upper GI adverse events in patients taking
233  VIOXX versus comparator NSAID products have not been performed.
234

235  ***Assessment of Fecal Occult Blood Loss in Healthy Subjects:***
236  Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily,
237  ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged red
238  blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or
239  VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically
240  significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per
241  day produced a statistically significant increase in fecal blood loss as compared with
242  placebo-treated subjects and VIOXX-treated subjects.  The clinical relevance of this
243  finding is unknown.
244

245  ***Platelets:***
246  Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days
247  had no effect on bleeding time relative to placebo.  Similarly, bleeding time was not altered
248  in a single dose study with 500 or 1000 mg of VIOXX.  There was no inhibition of *ex vivo*
249  arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of
250  VIOXX.
251

252  **INDICATIONS AND USAGE**
253
254  VIOXX is indicated:
255
256  For relief of the signs and symptoms of osteoarthritis.
257
258  For the management of acute pain in adults (see CLINICAL STUDIES).
259
260  For the treatment of primary dysmenorrhea.
261

262  **CONTRAINDICATIONS**
263
264  VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any
265  other component of VIOXX.
266
267  VIOXX should not be given to patients who have experienced asthma, urticaria, or
268  allergic-type reactions after taking aspirin or other NSAIDs.  Severe, rarely fatal,

8

269   anaphylactic-like reactions to NSAIDs have been reported in such patients (see
270   WARNINGS - Anaphylactoid Reactions, and PRECAUTIONS - Preexisting Asthma).
271
272
273   **WARNINGS**
274
275   **Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation:**
276   Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the
277   stomach, small intestine or large intestine, can occur at any time, with or without warning
278   symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs).
279   Minor upper gastrointestinal problems, such as dyspepsia, are common and may also
280   occur at any time during NSAID therapy. Therefore, physicians and patients should
281   remain alert for ulceration and bleeding, even in the absence of previous GI tract
282   symptoms. Patients should be informed about the signs and/or symptoms of serious GI
283   toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring
284   has not been demonstrated, nor has it been adequately assessed. Only one in five patients
285   who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has
286   been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by
287   NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in
288   about 2-4% of patients treated for one year. These trends continue thus, increasing the
289   likelihood of developing a serious GI event at some time during the course of therapy.
290   However, even short-term therapy is not without risk.
291
292   It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL
293   STUDIES, Special Studies, *Upper Endoscopy in Patients with Osteoarthritis*). Among
294   3357 patients who received VIOXX in controlled clinical trials of 6 weeks to one year
295   duration (most were enrolled in six month or longer studies) at a daily dose of 12.5 mg to
296   50 mg, a total of 4 patients experienced a serious upper GI event, using protocol derived
297   criteria. Two patients experienced an upper GI bleed within three months (at day 62 and
298   87 respectively) (0.06%). One additional patient experienced an obstruction within six
299   months (Day 130) and the remaining patient developed an upper GI bleed within 12
300   months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies
301   that required them to be free of ulcers at study entry. It is unclear if this study population
302   is representative of the general population. Prospective, long-term studies required to
303   compare the incidence of serious, clinically significant upper GI adverse events in patients
304   taking VIOXX vs comparator NSAID products have not been performed.
305
306   NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer
307   disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in
308   elderly or debilitated patients and therefore special care should be taken in treating this
309   population. **To minimize the potential risk for an adverse GI event, the lowest**
310   **effective dose should be used for the shortest possible duration.** For high risk patients,
311   alternate therapies that do not involve NSAIDs should be considered.
312

313 Studies have shown that patients with a *prior history of peptic ulcer disease and/or*
314 *gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for
315 developing a GI bleed than patients with neither of these risk factors. In addition to a past
316 history of ulcer disease, pharmacoepidemiological studies have identified several other co-
317 therapies or co-morbid conditions that may increase the risk for GI bleeding such as:
318 treatment with oral corticosteroids, treatment with anticoagulants, longer duration of
319 NSAID therapy, smoking, alcoholism, older age, and poor general health status.
320
321 **Anaphylactoid Reactions**
322 Anaphylactoid reactions were not reported in patients receiving VIOXX in clinical trials.
323 However, as with NSAIDs in general, anaphylactoid reactions may occur in patients
324 without known prior exposure to VIOXX. VIOXX should not be given to patients with
325 the aspirin triad. This symptom complex typically occurs in asthmatic patients who
326 experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal
327 bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and
328 PRECAUTIONS - Preexisting Asthma). Emergency help should be sought in cases where
329 an anaphylactoid reaction occurs.
330
331 **Advanced Renal Disease**
332 No safety information is available regarding the use of VIOXX in patients with advanced
333 kidney disease. Therefore, treatment with VIOXX is not recommended in these patients.
334 If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is
335 advisable (see PRECAUTIONS - Renal Effects).
336
337 **Pregnancy**
338 In late pregnancy VIOXX should be avoided because it may cause premature closure of
339 the ductus arteriosus.
340
341 **PRECAUTIONS**
342 **General**
343 VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid
344 insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of
345 corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should
346 have their therapy tapered slowly if a decision is made to discontinue corticosteroids.
347
348 The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may
349 diminish the utility of these diagnostic signs in detecting infectious complications of
350 presumed noninfectious, painful conditions.
351
352 ***Hepatic Effects:***
353 Borderline elevations of one or more liver tests may occur in up to 15% of patients taking
354 NSAIDs, and notable elevations of ALT or AST (approximately three or more times the
355 upper limit of normal) have been reported in approximately 1% of patients in clinical trials
356 with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or
357 may be transient with continuing therapy. Rare cases of severe hepatic reactions,

10

358  including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some
359  with fatal outcome) have been reported with NSAIDs. In controlled clinical trials of
360  VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg
361  daily was comparable to the incidence observed with ibuprofen and lower than that
362  observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients
363  taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable
364  elevations of ALT or AST.
365
366  A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an
367  abnormal liver test has occurred, should be monitored carefully for evidence of the
368  development of a more severe hepatic reaction while on therapy with VIOXX. Use of
369  VIOXX is not recommended in patients with moderate or severe hepatic insufficiency (see
370  **Pharmacokinetics** – Special Populations). If clinical signs and symptoms consistent with
371  liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.),
372  VIOXX should be discontinued.
373
374  Renal Effects:
375  Long-term administration of NSAIDs has resulted in renal papillary necrosis and other
376  renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins
377  have a compensatory role in the maintenance of renal perfusion. In these patients,
378  administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent
379  reduction in prostaglandin formation and, secondarily, in renal blood flow, which may
380  precipitate overt renal decompensation. Patients at greatest risk of this reaction are those
381  with impaired renal function, heart failure, liver dysfunction, those taking diuretics and
382  ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by
383  recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and
384  25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with
385  comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX
386  at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)
387
388  Caution should be used when initiating treatment with VIOXX in patients with
389  considerable dehydration. It is advisable to rehydrate patients first and then start therapy
390  with VIOXX. Caution is also recommended in patients with pre-existing kidney disease
391  (see WARNINGS-Advanced Renal Disease).
392
393  ***Hematological Effects:***
394  Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials,
395  there were no significant differences observed between VIOXX and placebo in clinical
396  reports of anemia. Patients on long-term treatment with VIOXX should have their
397  hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or
398  blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or
399  partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated
400  dosages (See CLINICAL STUDIES-Special Studies-Platelets).
401
402  ***Fluid Retention and Edema:***

403    Fluid retention and edema have been observed in some patients taking VIOXX (see
404    ADVERSE REACTIONS).  VIOXX should be used with caution, and should be
405    introduced at the lowest recommended dose,  in patients with fluid retention,
406    hypertension, or heart failure.
407

### *Preexisting Asthma:*

409    Patients with asthma may have aspirin-sensitive asthma.  The use of aspirin in patients with
410    aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal.
411    Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal
412    anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX
413    should not be administered to patients with this form of aspirin sensitivity and should be
414    used with caution in patients with preexisting asthma.
415

### Information for Patients

417    VIOXX can cause discomfort and, rarely, more serious side effects, such as
418    gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.
419    Although serious GI tract ulcerations and bleeding can occur without warning symptoms,
420    patients should be alert for the signs and symptoms of ulcerations and bleeding, and should
421    ask for medical advice when observing any indicative signs or symptoms.  Patients should
422    be apprised of the importance of this follow-up (see WARNINGS, Gastrointestinal (GI)
423    Effects - Risk of GI Ulceration, Bleeding and Perforation).
424

425    Patients should promptly report signs or symptoms of gastrointestinal ulceration or
426    bleeding, skin rash, unexplained weight gain, or edema to their physicians.
427

428    Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g.,
429    nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like"
430    symptoms).  If these occur, patients should be instructed to stop therapy and seek
431    immediate medical therapy.
432

433    Patients should also be instructed to seek immediate emergency help in the case of an
434    anaphylactoid reaction (see WARNINGS).
435

436    In late pregnancy VIOXX should be avoided because it may cause premature closure of
437    the ductus arteriosus.
438

### Laboratory Tests

440    Because serious GI tract ulcerations and bleeding can occur without warning symptoms,
441    physicians should monitor for signs or symptoms of GI bleeding.
442

### Drug Interactions

444

445    *ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of
446    Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate
447    hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril,

448 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial
449 pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be
450 given consideration in patients taking VIOXX concomitantly with ACE-inhibitors.
451
452 *Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an
453 increased rate of GI ulceration or other complications, compared to use of VIOXX alone.
454 At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of
455 low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum
456 $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for
457 cardiovascular prophylaxis.
458
459 *Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily]
460 increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%. These
461 small changes are not clinically significant and no dose adjustment is necessary.
462
463 *Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration
464 profile or renal elimination of digoxin after a single 0.5 mg oral dose.
465
466 *Furosemide:* Clinical studies, as well as post marketing observations, have shown that
467 NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients.
468 This response has been attributed to inhibition of renal prostaglandin synthesis.
469
470 *Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on
471 the pharmacokinetics of rofecoxib.
472
473 *Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in
474 renal lithium clearance. Thus, when VIOXX and lithium are administered concurrently,
475 subjects should be observed carefully for signs of lithium toxicity.
476
477 *Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma
478 concentrations by 23% as measured by $AUC_{0-24\,hr}$ in patients receiving methotrexate 7.5 to
479 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in
480 methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of
481 patients treated with methotrexate alone (94%) and subsequently treated with
482 methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma
483 concentrations below the measurable limit (5 ng/mL). The effects of the recommended
484 doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are
485 unknown. Standard monitoring of methotrexate-related toxicity should be continued if
486 VIOXX and methotrexate are administered concomitantly.
487
488 *Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the
489 pharmacokinetics of ethinyl estradiol and norethindrone.
490
491 *Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the
492 pharmacokinetics of prednisolone or prednisone.

**Rifampin:** Co-administration of VIOXX with rifampin 600mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

**Warfarin:** Prothrombin time (measured as INR) increased in both single and multiple dose cross-over studies in healthy individuals receiving both warfarin and rofecoxib. In a 21 day multiple dose study in healthy individuals stabilized on warfarin (2 to 8.5 mg daily), administration of rofecoxib 25 mg QD was associated with mean increases in INR of approximately 8% (range of INR on warfarin alone, 1.1 to 2.2; range of INR on warfarin plus rofecoxib, 1.2 to 2.4). Somewhat greater mean increases in INR of approximately 11% (range of maximum INR on warfarin alone, 1.5 to 2.7; range of maximum INR on warfarin plus rofecoxib, 1.6 to 4.4) were also seen in a single dose PK screening study using a 30 mg dose of warfarin and 50 mg of rofecoxib. Standard monitoring of INR values should be conducted when therapy with VIOXX is initiated or changed, particularly in the first few days, in patients receiving warfarin or similar agents.

## Carcinogenesis, Mutagenesis, Impairment of Fertility

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

## Pregnancy:

**Teratogenic effects:** Pregnancy Category C. Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

538     *Nonteratogenic effects:* Rofecoxib produced peri-implantation and post-implantation
539     losses and reduced embryo/fetal survival in rats and rabbits at oral doses $\geq 10$ and $\geq 75$
540     mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits]
541     human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are
542     expected with inhibition of prostaglandin synthesis and are not the result of permanent
543     alteration of female reproductive function. There was an increase in the incidence of
544     postnatal pup mortality in rats at $\geq 5$ mg/kg/day (approximately 5- and 2-fold human
545     exposure at 25 and 50 mg daily based on $AUC_{0-24}$, ). In studies in pregnant rats
546     administered single doses of rofecoxib, there was a treatment-related decrease in the
547     diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is
548     approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$). As
549     with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third
550     trimester of pregnancy should be avoided.
551
552     *Labor and delivery:* Rofecoxib produced no evidence of significantly delayed labor or
553     parturition in females at doses <15 mg/kg in rats (approximately 10- and 3-fold human
554     exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor
555     and delivery in pregnant women are unknown.
556
557     *Nursing mothers:* Rofecoxib is excreted in the milk of lactating rats at concentrations
558     similar to those in plasma. There was an increase in pup mortality and a decrease in pup
559     body weight following exposure of pups to milk from dams administered VIOXX during
560     lactation. The dose tested represents approximately 18- and 6-fold human exposure at 25
561     and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human milk.
562     Because many drugs are excreted in human milk and because of the potential for serious
563     adverse reactions in nursing infants from VIOXX, a decision should be made whether to
564     discontinue nursing or to discontinue the drug, taking into account the importance of the
565     drug to the mother.
566
567     **Pediatric Use**
568     Safety and effectiveness in pediatric patients below the age of 18 years have not been
569     evaluated.
570
571     **Geriatric Use**
572     Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of
573     age or older (this included 460 who were 75 years or older. No substantial differences in
574     safety and effectiveness were observed between these subjects and younger subjects.
575     Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in
576     the elderly is not necessary; however, therapy with VIOXX should be initiated at the
577     lowest recommended dose.
578
579     In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5
580     or 25 mg once daily was administered to 174 osteoarthritis patients $\geq 80$ years of age. The
581     safety profile in this elderly population was similar to that of younger patients treated with
582     VIOXX.

583
584
585 **ADVERSE REACTIONS**
586
587 *Osteoarthritis*
588
589 Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately
590 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for
591 one year or longer. The following table of adverse experiences lists all adverse events
592 regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine
593 controlled studies of 6 weeks to 6 months duration conducted in patients with OA at the
594 therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or
595 positive control group.

596

Clinical Adverse Experiences occurring in
≥ 2.0% of Patients Treated with VIOXX

| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
|---|---|---|---|---|
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

17

597
598   The general safety profile of VIOXX 50 mg QD in OA clinical trials up to 6 months (476
599   patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg
600   QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric
601   pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension
602   (8.2%).
603
604   In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9%
605   of patients treated with VIOXX regardless of causality:
606
607   **Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills,
608   contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection,
609   infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope,
610   trauma, upper extremity edema, viral syndrome.
611
612   **Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma,
613   irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous
614   insufficiency.
615
616   **Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental
617   pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis,
618   flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids,
619   infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.
620
621   **Eyes, Ears, Nose and Throat:** allergic rhinitis, blurred vision, cerumen impaction,
622   conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion,
623   ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.
624
625   **Immune System:** allergy, insect bite reaction
626
627   **Metabolism And Nutrition:** appetite change, hypercholesterolemia, weight gain
628
629   **Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage
630   trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness,
631   musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis,
632   traumatic arthropathy, wrist fracture
633
634   **Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular
635   spasm, paresthesia, sciatica, somnolence, vertigo
636
637   **Psychiatric Disorder:** anxiety, depression, mental acuity decreased
638
639   **Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion,
640   respiratory infection
641

**Skin And Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis

**Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis

**Other serious adverse reactions which occur rarely (<0.1%), regardless of causality:** The following serious adverse events have occurred rarely in patients taking VIOXX:

**Cardiovascular:** cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina

**Gastrointestinal:** colitis, colonic malignant neoplasm, cholecystitis, duodenal ulcer, gastrointestinal bleeding,  intestinal obstruction, pancreatitis

**Hemic and lymphatic:** lymphoma

**Urogenital:** breast malignant neoplasm, prostatic malignant neoplasm, urolithiasis

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

*Analgesia, including primary dysmenorrhea*
Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

In 110 patients treated with VIOXX (average age approximately 65 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

**OVERDOSAGE**

No overdoses of VIOXX were reported during clinical trials.  Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.


**DOSAGE AND ADMINISTRATION**

VIOXX is administered orally.  The lowest dose of VIOXX should be sought for each patient.

*Osteoarthritis*
The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

*Management of Acute Pain and Treatment of Primary Dysmenorrhea*
The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed.  Use of VIOXX for more than 5 days in management of pain has not been studied (See CLINICAL STUDIES, *Analgesia, including primary dysmenorrhea*.)

VIOXX tablets may be taken with or without food.

*Oral Suspension*
VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications.   Shake before using.


**HOW SUPPLIED**

No. 3810 – Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0074-31 unit of use bottles of 30

**NDC** 0006-0074-54 unit of use bottles of 90

**NDC** 0006-0074-28 unit dose packages of 100

**NDC** 0006-0074-68 bottles of 100

**NDC** 0006-0074-82 bottles of 1000

**NDC** 0006-0074-80 bottles of 8000.

725
726 No. 3811 – Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one
727 side and VIOXX on the other. They are supplied as follows:
728     **NDC** 0006-0110-31 unit of use bottles of 30
729     **NDC** 0006-0110-54 unit of use bottles of 90
730     **NDC** 0006-0110-28 unit dose packages of 100
731     **NDC** 0006-0110-68 bottles of 100
732     **NDC** 0006-0110-82 bottles of 1000
733     **NDC** 0006-0110-80 bottles of 8000.
734
735 No. 3784 – Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow
736 suspension with a strawberry flavor that is easily resuspended upon shaking.
737     **NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).
738
739 No. 3785 – Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow
740 suspension with a strawberry flavor that is easily resuspended upon shaking.
741 **NDC** 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).
742
743 *Storage*
744 *VIOXX Tablets*:
745     Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP
746 Controlled Room Temperature.]
747
748 *VIOXX Oral Suspension:*
749     Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP
750 Controlled Room Temperature.]
751
752     Rx only.
753 _____
754
755 Mfg. by: **MERCK & CO., INC.,** West Point, PA 19486, USA
756
757 Issued Month Year
758 Printed in USA
759