09 - 092905 - DePace.txt

```
 3          THE COURT:  This was addressed pretrial.
 4      MR. SEEGER:  Yes.
 5      MS. SULLIVAN:  No, Your Honor.
 6      MR. BUCHANAN:  Actually, this particular
 7  record, Your Honor, was not --
 8          THE COURT:  This isn't the first time I heard
 9  this argument.
10      MR. BUCHANAN:  You heard this right after
11  Dr. Lewer testified, and I thought it was that they
12  would not use this with any subsequent witnesses before
13  coming back to Your Honor.  I take it that's what this
14  is right now.
15      MS. SULLIVAN:  That's what this is, Your
16  Honor.
17          Your Honor, what Mr. Buchanan has stated is
18  dramatically inconsistent with the state of the record.
19          The record is that Dr. Lewer testified it was
20  he who recommended the testing, he or Dr. Sim, the CMP
21  testing, and that Mr. Humeston objected to it.  There
22  was no discussion about lawyers or IMEs or litigation
23  exams.  So the foundation for that document was laid
24  through Dr. Lewer, where he said as part of the
25  patient's healthcare that he or Dr. Sim recommended the
```

Page 77

09 - 092905 - DePace.txt
Colloquy                         2574

```
 1  test, and Mr. Humeston objected as a result of the
 2  VIOXX trial.
 3          MR. BUCHANAN:  Because Mr. Humeston was going
 4  to have to give blood perhaps pursuant to an IME.
 5          MR. SEEGER:  He took the blood test after
 6  that --
 7      MS. SULLIVAN:  That's not part of the
 8  evidence, Your Honor.
 9      MR. BUCHANAN:  That's why it's very
10  misleading.  The Court is aware of the debate, it was
11  initially raised in June, subsequently raised in July,
12  and finally confirmed in a letter from Ms. Sullivan
13  only two or three days before Dr. Tyberg's IME about
14  whether they were going to request blood.
15          I don't want to reveal what my conversations
16  with my client were, but the bottom line is that there
17  was a suggestion that he was going to have to give
18  blood, and if he was going to have to give blood, it
19  should be given in whatever setting it was going to
20  have to be given.
21      MS. SULLIVAN:  That request for our expert to
22  draw blood, Your Honor.  That was a completely
23  different issue, whether our expert could draw blood or
24  not.  This relates to his treating doctors asking for a
25  blood test, and Mr. Humeston saying he objects due to
```

Page 78

09 - 092905 - DePace.txt

Colloquy                         2575

```
 1  the VIOXX trial.  There is -- so I'm not sure what the
 2  basis of the objection is, given the state of the
 3  record, and given the fact that there was no objection
 4  at the time it was used and at the time that Dr. Lewer
 5  testified about it.
 6          MR. SEEGER:  Judge --
 7      MR. BUCHANAN:  What's the probative value,
 8  period, though?  What is the probative value, period?
 9  To blood work done four years after the point in time
10  of his heart attack?  Okay?
11      MS. SULLIVAN:  Dr. Lewer testified very
12  specifically that that test gives information about
13  somebody's risk of cardiovascular disease.
14      MR. SEEGER:  Well, why didn't you tell the
15  jury that there was a blood test taken right after
16  that?
17      MS. SULLIVAN:  You could.  That's your job.
18      MR. SEEGER:  That's the point.  She wants to
19  sum up and say that that test was never taken, and it's
20  misleading and it also is based on --
21      MS. SULLIVAN:  That's a different test.
22  That's not a complete --
```

Page 79

09 - 092905 - DePace.txt

```
23          THE COURT:  All right, stop.
24          7-15-05, there is a note in the record -- is
25  it COMP?
```

Colloquy                         2576

```
 1      MS. SULLIVAN:  CMP.
 2      THE COURT:  CMP not done.  CMP stands for?
 3      MS. JONES:  Complete metabolic panel, Your
 4  Honor.
 5          THE COURT:  It's a blood test.  And it says
 6  request of plaintiff, VIOXX trial.  It suggests -- the
 7  statement here is that the CMP was not done because of
 8  the VIOXX trial.  It's 7-15-05.  At that point in time,
 9  this summer, there was a discussion between counsel and
10  the Court, and it was brought -- this issue of whether
11  or not Mr. Humeston was going to have to submit to
12  certain tests by the defense doctor, which included not
13  just drawing blood but other invasive tests, we went
14  through the whole -- and there were quite a few tests,
15  several different tests --
16          MR. BUCHANAN:  At that point we thought it
17  was just blood, Your Honor.
18          THE COURT:  Well, there was a discussion
19  later on about other tests.  At any rate, I found that
```

Page 80

09 - 092905 - DePace.txt

20  the plaintiff did not have to submit to invasive
21  testing.
22          MS. SULLIVAN:  That's different, Your Honor.
23          THE COURT:  I understand what this is.  What
24  this is -- and counsel is representing that they
25  advised Mr. Humeston, they're telling me as officers of

Colloquy                    2577

1   the court, and they told me then that they advised
2   Mr. Humeston not to submit to the test until after I
3   ruled as to whether or not --
4           MS. SULLIVAN:  The test that was the subject
5   of the Court conference was THE test by our expert,
6   Your Honor, not by his treating physicians.
7           THE COURT:  And they're saying they told him,
8   don't take a blood test until after we decide if you
9   are going to be taking a blood test with defense
10  counsel.  I said, you're not going to take a test with
11  defense counsel.  There subsequently was a test.
12          The only thing this could suggest is that
13  Mr. Humeston's trying to hide something, which is not
14  fair.  It's prejudicial.  It's not probative.  And
15  whatever test needed to be done at 7-15-05 or whatever
16  he was doing at that point was being done at orders of
Page 81

09 - 092905 - DePace.txt

17  his lawyers, and it was based on the fact that there
18  was issues before the Court at that time, and I
19  finally -- it's not appropriate, it's prejudicial, it's
20  not probative, it doesn't prove anything, and I'm going
21  to order that it be not included in the
22  cross-examination or presented to the jury in any way.
23          Anything else?
24          MR. RABER:  Yes, Your Honor.
25          THE COURT:  Do you have the FDA papers?  I

Colloquy                    2578

1   have issues with those.  I looked at them.  First of
2   all, they are not just -- there is several documents
3   attached to each one of those FDA approval letters.
4   And there is lots of information in the letters
5   themselves, complex information, talks about
6   regulations.
7           Counsel has gotten before the jury the fact
8   that the FDA approved the drug as safe and effective on
9   several different occasions, the dates of that.  The
10  letters themselves don't add anything to that.  What
11  they do is they have attached to them the package
12  inserts for 19 -- 2002, the package inserts for
13  later, modified package inserts, which I think would be
Page 82

09 - 092905 - DePace.txt

14  unduly confusing to the jury.  I'm not going to allow
15  it in.
16          The FDA letters are -- include a lot of
17  information in there that doesn't just say that it's
18  safe and effective, and I don't think it's relevant.
19  It hasn't been testified to by anyone.  I'm concerned
20  about how it can be used.  If you have -- I don't know
21  what you want to -- I don't know what you want to get
22  in with them.  The only thing you've told me you want
23  to get in with those documents is that the FDA approved
24  it as safe and effective.  There is no dispute about
25  that.  It's been admitted.  The jury has been told it.

Colloquy                    2579

1   The jury has been shown it.  You can argue it.  So the
2   documents themselves contain a lot of other
3   information.
4           MR. RABER:  Your Honor, we won't use the
5   attachments then.
6           THE COURT:  Even the letters contain other
7   information.
8           MR. RABER:  But, Your Honor, the point is,
9   there is no dispute that Mr. Humeston had a heart
10  attack, so under that rationale, why do we put in the
Page 83

09 - 092905 - DePace.txt

11  medical records talking about his heart attack?
12  It's -- you know, the documents --
13          THE COURT:  We don't put in every record
14  about his heart attack, if it's got other information
15  in it, that people haven't testified or it's not
16  relevant.
17          There is other stuff in there about
18  misbranding and if you use it with that change in the
19  label, it could be considered misbranding.
20          MR. RABER:  It explains the conduct, Your
21  Honor.  The issue in this case is what are the risks --
22          THE COURT:  If you want to put in the letter
23  with everything redacted except it's been found to be
24  safe and effective, I will allow it.  Because that's
25  the only purpose you told me you wanted to use it for.

Colloquy                    2580

1   And my position is for that purpose, it's fine.  But it
2   certainly has a lot of other things in there, and I'm
3   not going to let extraneous things come in.
4           MR. RABER:  So my understanding is then we
5   can --
6           THE COURT:  You can put in the date, that it's
7   the FDA, and that it's safe and effective, and what the
Page 84

09 - 092905 - DePace.txt

8  indication was.  You can do that.

9      MR. RABER:  And what the indication was.

10  Fine.  Thank you, Your Honor.

11      THE COURT:  As far as the package insert's

12  concerned, I think we're going -- I assume the 1999

13  package insert is going to be placed into evidence.

14      MR. SEEGER:  Yeah.

15      THE COURT:  I think the original package

16  insert.

17      MR. RABER:  Is the 2002.

18      MS. SULLIVAN:  2002 --

19      MR. RABER:  2002 is already in, also.

20      THE COURT:  They should be put in in insert

21  form, though, not a summary of them on typed paper.  I

22  want them put in in their original form, so the jury

23  can actually see what a package insert looks like, not

24  what a typed out package insert looks like, which is

25  not what it looks like when the doctor gets it.


Colloquy                      2581

1      MR. BUCHANAN:  We have those, Your Honor.

2      THE COURT:  1999 and 2002 are admitted,

3  should be admitted, but they should be admitted in

4  package insert form.  If the jury is going to be

Page 85

---

09 - 092905 - DePace.txt

5  looking at something, they should see what it is that's

6  with these medicines.

7      Anything else?

8      MR. RABER:  Yes.

9      THE COURT:  If you redact those letters, I

10  will allow them in that way.

11      MR. BUCHANAN:  I would like an opportunity to

12  review it, Your Honor, because there may actually be

13  something that they would like redact -- if the safe

14  and effective language is coming in, there may be

15  another sentence or two.  I will look at it with them.

16      THE COURT:  I will give them back to you and

17  you look at it.  If you agree on what goes in, I have

18  no problem with it.  You can put in whatever you want.

19  If you both want the letters in, fine.  You said you

20  objected, I looked at it, but --

21      MR. BUCHANAN:  I did.  If I'm going to lose

22  that piece of it, then I want to have an opportunity to

23  look at what would be excluded.

24      THE COURT:  All right.  Well, look at both of

25  it and see what you want to do.


Colloquy                      2582

1      MR. RABER:  Your Honor, yesterday --
Page 86

---

09 - 092905 - DePace.txt

2      THE COURT:  Anything you can work out is fine

3  with me.

4      MR. RABER:  Your Honor, yesterday we filed a

5  motion for mistrial and to strike the improper,

6  irrelevant, inflammatory testimony given by

7  Dr. Kronmal.  Blatantly violated several of this

8  Court's orders --

9      THE COURT:  I haven't gotten the opposition

10  to that yet.  Are you planning on filing it?

11      MR. BUCHANAN:  I think we are, Your Honor.

12  We will be opposing the request for a mistrial.

13      MR. SEEGER:  We would like the case to go to

14  verdict.

15      MR. BUCHANAN:  We haven't had an opportunity

16  find out it together yet.

17      MR. RABER:  I just point that out, Your

18  Honor, and I won't argue about it anymore.  I just

19  point out that fact.

20      But, in addition, to the arguments about --

21      THE COURT:  I will hear that motion,

22  obviously, but not until the plaintiffs have a chance

23  to oppose it.

24      MR. RABER:  In addition, however, Your Honor,

25  similar to what we did with Dr. Lucchesi a couple days


Page 87

---

09 - 092905 - DePace.txt

Colloquy                      2583

1  ago, we ask the Court to strike his purported causation

2  testimony on the grounds that it's not scientifically

3  reliable --

4      THE COURT:  Whose?

5      MR. RABER:  Dr. Kronmal.  He repeatedly

6  opined about causation as distinguished from

7  statistical association, without a proper foundation or

8  sufficient data to support conclusions about medical

9  causation in the case.

10      Notably, he conceded that there is no data

11  concerning whether intermittent short-term ingestion of

12  VIOXX can cause heart attacks.  Likewise, in discussing

13  the supposed significance of variations in all-cause

14  mortality, the Alzheimer's studies, he completely

15  failed to establish clinical significance by looking

16  behind the data.  He relies on the remarkable assertion

17  that even car accidents could have been caused by heart

18  attacks or VIOXX.  That's speculation, not science.

19  Nor is there any scientific basis to conclude that even

20  if a car accident death was, in fact, caused by a

21  preceding heart attack, that the heart attack would

22  have remained undetected.

23      In addition, Dr. Kronmal ignored numerous

24  studies, most obviously, the osteoarthritis studies,
Page 88

09 - 092905 - DePace.txt

25   despite the fact that osteoarthritis is precisely what

Colloquy                           2584

1    Mr. Humeston was treated for in this case.
2              The osteoarthritis data showed no
3    statistically significant increase in the risk of heart
4    attacks, and Dr. Kronmal conceded that
5    placebo-controlled studies are superior to studies
6    comparing to active drugs, such as the VIGOR study,
7    upon which he relied.
8              Dr. Kronmal also inappropriately pooled
9    studies with nonheterogeneous comparatives, ignoring
10   peer-reviewed published literature demonstrating that
11   Naproxen has antiplatelet effects similar to aspirin
12   when used continuously in the doses administered in
13   Merck's clinical trial VIGOR.
14             Dr. Kronmal also inappropriately rejected
15   prespecified thrombotic event endpoints used in the
16   clinical trials, and instead decided to evaluate his
17   own MI plus sudden death criterion, ignoring other
18   thrombotic events in the prespecified endpoints, only
19   after concluding that there was an excess of sudden
20   deaths in the VIOXX group.
21             His analysis was prepared solely for
Page 89

09 - 092905 - DePace.txt

22   litigation, it's not peer reviewed or published, and
23   it's not scientifically valid.
24             Finally, his reliance on alleged
25   nonthrombotic risks of VIOXX is contrary to plaintiffs

Colloquy                           2585

1    theory of this case.  Plaintiffs cannot identify the
2    FitzGerald hypothesis as that which gave Merck notice
3    and then introduce expert testimony rejecting
4    thrombotic events as the prespecified endpoints on the
5    after-the-fact rationale that VIOXX also increases the
6    risk of hypertension, congestive heart failure, and
7    even Alzheimer's disease.
8              We would ask the Court to strike his
9    causation testimony and his testimony about his own
10   unreliable statistical analysis, as well as the
11   exhibits and charts he created.
12             Thank you.
13             MR. BUCHANAN:  Your Honor, if -- if defense
14   counsel has a challenge that it wasn't published or
15   peer reviewed, I just ask whether you would consult to
16   him publishing his new data that he has gotten from the
17   litigation site.
18             MR. SEEGER:  He wants to publish a paper.
Page 90

09 - 092905 - DePace.txt

19             MR. BUCHANAN:  If you would consent to that,
20   I'm sure he would appreciate to hear from you.
21             Your Honor, there is ample evidence from
22   Dr. Kronmal's testimony about the increased risk of
23   VIOXX.  He highlighted very clear signal from the VIGOR
24   was heart attacks.  What he did was he looked at heart
25   attacks; he also looked at sudden cardiac death which

Colloquy                           2586

1    is a corollary to heart attacks.  He looked at that
2    over the range of clinical trials.
3              Ms. Sullivan said in their opening statement,
4    science is supposed to be determined on the basis of
5    the totality of the evidence.
6              Now we hear from defense counsel, he is
7    cherry-picking, look at the osteoarthritis trials.  He
8    did look at the osteoarthritis trials and he did it the
9    way the company did.  He looked at it aggregated with
10   the company's meta-analysis, in the same subgroupings
11   they used, and did an aggregate endpoint and saw
12   statistically significant increased risk in the
13   meta-analysis, using not only the -- using the
14   prespecified endpoint they had in their own study.
15   Heart attacks.  They prespecified it, and they are
Page 91

09 - 092905 - DePace.txt

16   criticizing him for not using prespecified endpoint.
17   It was in there.  They never published it, they never
18   gave it to the FDA, they never put it in a press
19   release or gave it to anybody.
20             So, in terms of attacking his analysis about
21   relying on unreliable endpoints, it's very clear from
22   the testimony he actually relied on an endpoint the
23   company had prespecified and used that across the range
24   of clinical trial data that he analyzed.
25             The real question is:  why was this not in

Colloquy                           2587

1    the peer-reviewed literature?  Why was it not in the
2    article they published in the New England Journal on
3    APPROVe?  Why was it not separately broken out in the
4    VIGOR trial?
5              To question whether it's scientifically
6    reliable is to question their own analysis, where they
7    prespecified it.  It's absolutely reliable and
8    absolutely probative on causation, and, as Your Honor
9    saw from the charts, and as Dr. Kronmal testified,
10   demonstrates an increased risk, even with short-term
11   use.  There is no basis to strike the testimony as
12   being scientifically unreliable, there has been no
Page 92

09 - 092905 - DePace.txt

13   serious challenge to his qualifications or credentials.
14   The analysis was done using their data, using standard
15   methodology, using standard statistical techniques,
16   there is absolutely zero basis to strike his testimony.
17   Thank you, Your Honor.
18        THE COURT:  The Court agrees with plaintiffs'
19   counsel that there is absolutely no basis whatsoever to
20   strike Dr. Kronmal's testimony.  His qualifications
21   are -- he is clearly well-qualified to testify as a
22   biostatistician.  He clearly has devoted his life to
23   being trained and experienced in doing clinical studies
24   and doing statistical analysis of clinical studies, and
25   he approached this from, certainly, a different point


                    Colloquy              2588

1    of view than Dr. Lucchesi.  He approached it from a
2    statistical point of view of what the studies that had
3    been done and what the studies that had been done by
4    Merck actually showed.  His position was that what
5    Merck said the statistics showed was not what the
6    statistics actually showed, and that, in fact, their
7    studies were not properly reported, and that, in fact,
8    their own data showed that there was effects that they
9    dispute.
                    Page 93

---

09 - 092905 - DePace.txt

10        His testimony certainly can be challenged by
11   the defense as far as whether the jury should believe
12   or not his final opinions, but the Court finds that
13   his -- his approach was certainly scientifically valid
14   and the Court finds that the motion should be denied.
15        All right.  See you at 1:30.
16        (A luncheon recess was taken from 12:40 to
17   1:40 p.m.)
18        THE COURT:  Are you ready to bring the jury
19   in?
20        MR. SEEGER:  Yeah.
21        THE COURT:  Bring the jury in.
22        (The jury entered the courtroom at 1:41 p.m.)
23        THE COURT:  You can be seated.
24        Your next witness, counsel.
25        MR. SEEGER:  Your Honor, we would like to


                    DePace - Direct       2589

1    call Dr. Nicholas DePace.
2    NICHOLAS L. DePACE, PLAINTIFFS' WITNESS, SWORN.
3         THE WITNESS:  I do.
4         THE COURT CLERK:  State your full name and
5    spell your last name for the record.
6         THE WITNESS:  Nicholas DePace, D-E capital
                    Page 94

---

09 - 092905 - DePace.txt

7    P-A-C-E.
8         DIRECT EXAMINATION
9    BY MR. SEEGER:
10        Q    Good afternoon, Doctor.  How are you?
11   A    Good.
12        Q    Doctor, where are you from?
13   A    Originally?
14        Q    Yeah.
15   A    Newark, New Jersey.
16        Q    Where do you live now?
17   A    South Jersey.
18        Q    Where is your practice, sir?
19   A    South Philadelphia, Center City; and South Jersey,
20   specifically, Washington Township.
21        Q    Okay.  We are going to talk about what you do
22   for a living.  Let's just talk a little bit about your
23   education.
24        What kind of degrees have you received after
25   high school?


                    DePace - Direct       2590

1    A    I entered medical school without my Bachelor's,
2    after I completed 90 somewhat credits, and received my
3    Bachelor's retrospectively, so eventually I got a
                    Page 95

---

09 - 092905 - DePace.txt

4    Bachelor's of Science.
5         Q    So you were in medical school and you also
6    got your Bachelor's Degree while you were in medical
7    school?
8    A    Yes, applied my medical school credits, yes.
9         Q    All right.
10   A    In 1978, I graduated the Mount Sinai School of
11   Medicine in New York.
12        I went to Philadelphia, and did my internship
13   at -- my residency at Hahnemann Hospital.
14        Q    Okay.
15   A    I was chief medical resident in 1981.
16        Did my cardiology training, which we call a
17   fellowship program, from '81 to '83.
18        Q    Okay.
19   A    And that was pretty much my --
20        Q    That's your training?
21   A    -- training.
22        Q    Okay.  And do you have -- today, you are a
23   cardiologist?
24   A    Yes.
25        Q    Do you have professional affiliations with


                    DePace - Direct       2591
                    Page 96

09 - 092905 - DePace.txt

hospitals?

1  hospitals?
2  A    Yes.  I currently am on staff at the Hahnemann
3  University Hospital, the Jefferson University Hospital.
4       Q    Hahnemann is in Philadelphia?
5  A    Yes.
6       Q    And where is Jefferson?
7  A    Also in Philadelphia.
8       Q    Okay.
9  A    The Methodist Hospital, division of Jefferson.
10  And I have consulting privileges at the Washington
11  Township Hospital in Washington Township.
12       Q    Dr. DePace, are you board certified in any
13  areas of medicine?
14  A    Yes.  I obtained my board certification in
15  internal medicine in 1982; my cardiology board
16  certification in 1984; and, recently, I obtained my
17  third board certification in echocardiography; so I
18  have three boards.
19       Q    Okay.  Let's just briefly talk about what
20  does it mean to be board certified in internal
21  medicine?
22  A    To be board certified in internal medicine means
23  that you have to pass an examination of your peers, a
24  written examination, generally a two-day examination,
25  and it's scored on a computer, and you're compared with

Page 97

---

09 ~ 092905 ~ DePace.txt

DePace - Direct                    2592

1  your peers, and you have to have had satisfactory
2  training requirements just to sit for it, then you have
3  to have a sufficient passing score to be able to get
4  the certification for your boards.
5       Q    Okay.  So you passed your boards for internal
6  medicine; you subsequently became board certified in
7  cardiology?
8  A    That's correct.
9       Q    And that's the area you practice in?
10  A    Yes.
11       Q    Okay.  And then you say recently, you were
12  board certified in echocardiography?
13  A    Yes.  Echocardiography is a subspecialty of
14  cardiology which deals with noninvasive imaging,
15  examining ultrasounds of the heart, and that is a
16  subspecialty, so to speak, of cardiology.  It's
17  considered noninvasive because no instruments have to
18  be put into the body to take these tests.  These are
19  ultrasounds on the surface.  And there is a separate
20  board certification for that.  And I had the necessary
21  requirements and I was allowed to sit for that and I
22  passed that on my first try, also.
23       Q    Okay.  And did you receive a score on that

Page 98

---

09 - 092905 - DePace.txt

24  exam, the echocardiography?
25  A    Yes.

DePace - Direct                    2593

1       Q    Did it place you in any particular percentile
2  of people?
3  A    Yes, actually, I scored fairly high on that.  I
4  think I had to get 497 to pass, and I got 651, so I was
5  in the top six percentile in that.
6       Q    And what percentage --
7  A    Of the people that took it.
8       Q    What percentage of cardiologists also go on
9  to become board certified in echocardiography?
10  A    Very small percent.  I would think much less than
11  10 percent, maybe 5.  I could find that out.  It's a
12  very low percent.  Only 400 and some patients --
13  doctors sat for it this year.
14       Q    Let's --
15  A    Cardiologists or --
16       Q    Let's just explain to the jury what that
17  means.  So there are cardiologists that practice
18  medicine with regard to the heart but are not
19  echocardiographers, correct?
20  A    That is correct.

Page 99

---

09 - 092905 - DePace.txt

21       Q    So where would they -- how do they get --
22  echocardiograms are a very important diagnostic tool in
23  medicine, correct?
24  A    Yes.
25       Q    So how would cardiologists who aren't

DePace - Direct                    2594

1  echocardiographers get those results read?
2  A    They will -- cardiologists will read echoes, many
3  of them are qualified in their training, many of them
4  aren't and learn it on the job.  But in order to get
5  specific qualifications or credentialed, they have to
6  have performed a certain amount over a five-year
7  period, and had a certain amount of training
8  background, and then pass an exam, which is rather
9  rigorous, to -- it's about a six-and-a-half hour exam
10  with visual pictures and questions, maybe 2, 300
11  questions, and this was in Boston, was offered in
12  Boston this year.  And approximately two-thirds,
13  generally, pass it; one-third fail.  So it's a high
14  fail rate.  It's a difficult, challenging exam.
15       Q    Let's talk a little bit about -- and we are
16  going to come back to echocardiography because I know
17  that you want to read a few for the jury involving

Page 100

09 - 092905 - DePace.txt

18   Mr. Humeston.
19       But let's talk a little bit about some of the
20   other things you do.  Are you on any editorial boards
21   for any journals?
22   A    Yes.  I am on the editorial board of the American
23   Journal of Cardiology.
24       Q    Tell the jury a little bit about what the
25   American Journal of Cardiology is all about.

                    DePace - Direct          2595

1    A    The American Journal of Cardiology is one of the
2    five or six leading peer-reviewed journals in the world
3    in cardiology.  And there is about a hundred members to
4    the editorial board throughout the world, not just the
5    United States.  And they will send me papers to review,
6    critique, peer review them, and I'll decide whether
7    they should be accepted, revised, rejected and so
8    forth.  I have been doing that about seven or eight
9    years as an editorial board member, although I have
10   been reviewing manuscripts since 1984 for various other
11   journals but this one is a specific appointment I have
12   to the board.
13       Q    Okay.  And do you belong to any professional
14   societies?
                    Page 101

09 - 092905 - DePace.txt

15   A    I'm -- yes.  I'm a fellow of the American College
16   of Cardiology.  I'm a fellow of the American Society of
17   Echocardiography.  I belong to the Philadelphia Chapter
18   of Medicine, Philadelphia Medical Society, which is one
19   of the oldest in the country.  That's pretty much the
20   medical societies.
21       Q    And have you published, yourself, in
22   peer-reviewed journals?
23   A    Yes.  I published, predominantly in the 1980s, in
24   the noninvasive field, when it became -- when it became
25   an explosive field, predominantly in ultrasound or

                    DePace - Direct          2596

1    echocardiography and nuclear cardiology, which are the
2    noninvasive areas of my expertise, but I've also
3    published in other various areas of cardiology.
4        Q    Have you published any books or book
5    chapters?
6    A    I've published about six book chapters.  Recent
7    one, which I don't have on my CV, was a few years ago,
8    I did one with -- on prosthetic valves.  Jefferson put
9    out an anti-coagulation type book on clotting and blood
10   thinning.  And I published in that by Gino Maui
11   [phonetic], et al.
                    Page 102

09 - 092905 - DePace.txt

12       The book I published was the Heart Repair
13   Manual in the early '90s by W. W. Norton, and that is a
14   book I wrote for my patients, for everyday lay people.
15   It's not for medical students or doctors.  It's more
16   for the everyday patient.
17       Q    Why did you feel the need to write that book?
18   A    That book was a self-study program, where patients
19   could score their risks for heart disease and then
20   could effect different interventions and see if they
21   could lower those risks.  And this was before
22   Framingham came out with scoring systems and --
23       Q    What's Framingham?  You've got to tell us.
24   A    Oh, I'm sorry.
25       Before some sophisticated epidemiology

                    DePace - Direct          2597

1    centers came out with scoring systems, I developed a
2    real simple one that the average Joe in their house
3    could just, with a pen and pencil, calculate a couple
4    of numbers and find out, hey, where is my risk of
5    having heart disease and how do I lower it.  Simple
6    formula I developed where you throw numbers in and you
7    find it yourself, like your cholesterol, your blood
8    pressure.
                    Page 103

09 - 092905 - DePace.txt

9        Q    This is something you provide for your
10   patients?
11   A    Yes.
12       Q    Okay.  Now, have you done any public service?
13   I understand you did some radio work at one point.
14   A    Yes, I did about a decade on WPEN.  I was the
15   medical expert, on 950, in health.  I used to follow
16   Ken Garland, Elaine Soncini, and do a small, couple
17   minutes in the medical section, and I would do that
18   every morning at 10:00.  Those are prerecorded so I
19   wasn't in the studio.  I was in the studio once a
20   month.  But I would do that, that was a public service,
21   and I did all fields, just not cardiology, but
22   medicine, answered questions on write-ins and things
23   like that.  It was a lot of fun.
24       Q    Now, Dr. DePace, do you teach medicine to
25   medical students?

                    DePace - Direct          2598

1    A    Yes, through Hahnemann and Jefferson, we have
2    access to medical students.  Medical students rotate
3    through my office periodically, through the hospital,
4    especially the downtown Jefferson branch.  And we
5    lecture, we teach, do physical and bedside diagnosis.
                    Page 104

09 - 092905 - DePace.txt

6      I don't teach out of a classroom with a
7   curriculum in the medical school proper, but we will do
8   it in the clinical setting.
9      Q    And, in fact, it's mostly clinical, you were
10   about to say that.  That's pretty much what you do.
11      How much of your time do you spend actually
12   working with patients?
13   A   Oh, the majority of the time, maybe -- since I
14   haven't done much research in recent years, about 90
15   percent of the time or more is with patients, the rest
16   divided with lecturing, teaching, some medical/legal
17   work, peer review for different organizations, for
18   hospitals and things like that.
19      Q    And what -- I'm sorry, Doctor.  I didn't mean
20   to cut you off.
21      What states are you licensed in?
22   A   I'm licensed in New Jersey, since 1978, I believe;
23   and Pennsylvania since 1979.
24      Q    Now, we understand you also -- I understand
25   you also did some work for the government.  KePRO?

DePace - Direct            2599

1   What is that all about?
2   A   Yes.  I worked for the federal government for, I
Page 105

---

09 - 092905 - DePace.txt

3   would estimate, about five years or maybe more up at
4   Plymouth Meeting.  I would go once or twice a month and
5   review peer review articles -- not articles -- charts,
6   to police the doctors.  In other words, if a patient
7   died, they would give me a chart to see if a doctor did
8   anything wrong.  I would police the doctors on standard
9   of care.
10      If a patient left the hospital and came back
11   three days later, I would look at the chart to see if
12   the doctors did anything wrong, critique the doctors so
13   it would be a standard of care peer review at -- sort
14   of to police ourselves.  And we didn't want it to go
15   outside of the hands of the doctors, so the doctors
16   would get involved with that, and I was one of them.
17   And they would pay us per hour.  I think it was
18   something like -- I forget what the number was -- maybe
19   a hundred dollars an hour or something, and we would go
20   up there and it was quite interesting.
21      Sometimes they would send charts to my office
22   to review, also.
23      Q    You mentioned policing doctors.  Is that
24   something that you feel is important to do, that
25   doctors need to do that with other doctors?

Page 106

---

09 - 092905 - DePace.txt
DePace - Direct            2600

1   A   Yes, absolutely.
2      Q    And why is that, Doctor?
3   A   I think that if certain agencies, not just in
4   medicine, don't police each other, it will invite in
5   for more governmental regulation with people that don't
6   know much about the field.  For example, doctors know
7   about medicine.  Government regulations don't know
8   about medicine.  So if we police ourselves, we will be
9   able to keep a tight lid on things, and we will keep
10   away external agencies that may not understand medicine
11   from coming in and regulating us, and that's important.
12      Q    Okay.  And you also mentioned a little bit
13   before that you do medical/legal work.  When you say
14   that, you mean sort of like what you're doing here
15   today?
16   A   Yes.
17      Q    Testifying as an expert?
18   A   Yeah.
19      Q    A medical expert?
20   A   That's correct.
21      Q    What percentage of your time, would you say,
22   do you spend -- or let's do it this way.
23      What percentage of your income would you say
24   you earn doing the kind of work you're doing today?
25   A   We did an estimate of that over the last nine
Page 107

---

09 - 092905 - DePace.txt

DePace - Direct            2601

1   years, and it's roughly six or seven percent.
2      Q    Okay.  And the rest of the time you spend
3   being a doctor --
4   A   93 percent of the income would be derived from --
5      Q    Your medical practice?
6   A   Yes.
7      Q    And you, in fact, lecture from time to time
8   for pharmaceutical companies, don't you?
9   A   Yes.  Often, actually.
10      Q    What pharmaceutical companies do you lecture
11   for?  And tell us a little bit about that.
12   A   Well, I have been lecturing since the 1980s.  I
13   have been a full professor since 1985 or '86, so once I
14   attained full professor status, I used to get a lot of
15   didactic lecture assignments, get trained by different
16   pharmaceutical companies.
17      I've lectured and still lecture for Pfizer.
18   Lectured and still lecture for Merck.  Glaxo.
19   Beringer.  I'm sure there's -- Abbott.  There's five or
20   six other companies that I've been lecturing for in the
21   last 12 months.
22      Q    And you say you lectured and still lecture
Page 108

09 - 092905 - DePace.txt
23  for Merck?
24  A    Yes.  I lectured for Zetia, it's a product for
25  cholesterol lowering.


                    DePace - Direct              2602

1       Q    What other products?
2   A    They have a product for cholesterol lowering,
3   vitorin, which they joint with Schering-Plough, and I
4   also lecture with.  And I'm currently doing lectures,
5   as we speak today, in that subject.
6       Q    You understand, Doctor, you're here today
7   testifying on behalf of Mr. Humeston in a case
8   involving a drug Merck makes, correct?
9   A    Yes.
10      Q    Why are you doing that?
11  A    I don't feel there is a conflict of interest in,
12  you know, testifying for what I consider an injured
13  party.  I mean, I've always -- you know, whether I
14  defend an injured patient or defend a doctor against a
15  patient claiming they're injured, I'll look at the
16  evaluation, do my peer review or my standard of care
17  review like I always did with the government, look at
18  the chart objectively, and I'll call it the way I feel,
19  if there is definite -- if I feel I can definitely
                    Page 109

---

09 - 092905 - DePace.txt
20  explain the case.
21      Q    Now, Doctor, do you get a lot of requests
22  from lawyers, both defense lawyers and plaintiffs'
23  lawyers, to testify for them in cases?
24  A    Yes.  I get called frequently to look at cases and
25  screen them.


                    DePace - Direct              2603

1       Q    Do you accept every engagement you're asked?
2   A    Well, I will accept a chart to screen a chart.  I
3   will look at the chart and screen it, and then I'll
4   decide if the chart has merit or if it doesn't have
5   merit, in terms of formulating an opinion, and that's
6   what I'll do.  So I'll screen a chart and maybe accept
7   it or reject it.
8       Q    And do you often get requests, just like we
9   asked you to come in, do you get requests from
10  pharmaceutical companies that you turn down to lecture
11  for them on behalf of their drugs?
12  A    Yes.  Usually, that will be the case if I'm not
13  familiar with the drug, or I don't use it so I can't
14  really evaluate clinical efficacy.  If somebody comes
15  in and wants me to lecture on a certain cardiac drug
16  that I haven't used, if I haven't used it and had
                    Page 110

---

09 - 092905 - DePace.txt
17  experience and don't have efficacy, I may -- I probably
18  will not take that assignment.  Or, if I don't believe
19  the data is strong enough, I won't take the assignment.
20      Q    Now, Doctor, I want to ask you a question
21  about something.  Actually, I have a letter here, and I
22  need your assistance on this.
23          MS. SULLIVAN:  May I see it, counsel?
24          MR. SEEGER:  Oh.
25  BY MR. SEEGER:


                    DePace - Direct              2604

1       Q    This is a letter that talks about you, and
2   it's sent to a lawyer in Philadelphia.  Do you know who
3   that lawyer is?
4   A    I don't know him personally, but he is one of the
5   senior lawyers in a defense firm, Pepper, Hamilton,
6   that's fairly prominent in Philadelphia.
7       Q    And that's a plaintiffs' firm or a defense
8   firm?
9   A    A defense firm.
10      Q    And who is Helene Silverstein?
11  A    Helene Silverstein is the person that
12  administrated and orchestrated over my radio
13  engagements with WPN, the public service, and some of
                    Page 111

---

09 - 092905 - DePace.txt
14  my -- and some of the writings I do, my public service
15  writings in the newspaper.
16      Q    All right.  And, Doctor --
17  A    Newspapers.
18      Q    -- do you have any idea why this letter was
19  sent out to this defense lawyer that mentions -- you
20  know, just mentions the fact -- tells -- sort of talks
21  about who you are, what your expertise is, and that
22  you'd be available to testify for this defense firm
23  for, you know, litigation purposes?
24  A    Yes.  That was in 2001, and where I had done an
25  enormous amount of work with the fen-phen issue, since


                    DePace - Direct              2605

1   I'm an echocardiographer and I read the echoes in terms
2   of valve damage and had gotten a reputation of being --
3   just working with the plaintiffs, because I had done --
4   at that time 90 percent of my work was with fen-phen
5   during that time.
6       Q    Right.
7   A    Or even more, 95 percent of my work was with
8   fen-phen during that time.  And so I wanted the defense
9   attorneys, specifically, but also anybody who had
10  injured patients to know that I would work in other
                    Page 112

09 - 092905 - DePace.txt

11 areas and I would work both plaintiff or defense,
12 depending on what they want me to screen. I didn't
13 want to get labeled as, you know, a drug -- a drug
14 plaintiff -- contra drug plaintiff expert.
15       Q    You mean you didn't want to get labeled as
16 being favorable to one side or the other?
17 A     Generically, plaintiff versus defense, yes.
18       Q    Okay. And you do plaintiffs' work, you have
19 done plaintiffs' work, and you've done defense work, as
20 well?
21 A     Yeah. I would say plaintiff work, for years I did
22 mostly workmen's comp, especially when I was involved
23 with the KePRO, it was almost all -- it was almost all
24 plaintiff work. But after that, I started getting more
25 and more in defense work, especially malpractice

DePace - Direct                    2606

1 defense work. I have done a lot of that lately. And
2 so it's balancing out a little bit, but still, it's
3 maybe 80 percent plaintiff or something like that.
4 Maybe even a little more.
5       Q    Now, Dr. DePace, are you also involved in any
6 charitable work?
7 A     Yes.
                    Page 113

09 - 092905 - DePace.txt

8       Q    Tell us a little bit about that.
9 A     I have a scholarship fund for a school in North
10 Philly, Little Flower, where monies are given to the --
11 the top senior students in academics in North Philly so
12 that they get some contribution towards a scholarship
13 going to college.
14       There is an Archbishop Wood School that I
15 built a science lab in my name, over in Springfield,
16 that I am the -- the benefactor of that.
17       Mostly Catholic organizations, predominantly.
18       In Brazil, my cousin is -- works out of the
19 Vatican for the Observatory Romano Newspaper, and he
20 has a big charitable organization in Brazil for
21 starving people, and we -- we send money every week and
22 he is building a church there.
23       There is another Catholic organization, Saint
24 Edmund's, downtown South Philly, where I work -- where
25 I personally support tuitions for people that can't

DePace - Direct                    2607

1 afford to go to parochial school and desire that rather
2 than going to public school, so things like that.
3       But I would say they're -- outside of maybe
4 contributions to the hurricane or things or to -- to
                    Page 114

09 - 092905 - DePace.txt

5 the tidal wave disasters, things like that, I think
6 pretty much they are Catholic organizations I support.
7       In addition to -- in addition to special --
8 special organizations associated with the church, like
9 building a school in Haddonfield and so forth.
10       Q    Now, Doctor, before we move into what you are
11 here for, your opinions, just give me a little
12 background on what cardiology is. What's it all about?
13 A     Oh, geez, that would take a long time.
14       Q    Give us the Readers Digest version. Study of
15 the heart?
16 A     Yeah. Cardiology is the branch of internal
17 medicine that deals with anything that affects the
18 heart, disease-wise, both directly and indirectly,
19 including the vascular system, the circulation,
20 including how it affects the brain, the lungs and other
21 organs.
22       Cardiology studies ailments that affect the
23 basic structure of the heart. The heart could be
24 looked at as having a foundation, like a house. A
25 house has a foundation. The walls of the heart. Doors

DePace - Direct                    2608

1 inside the heart are the valves. The plumbing of the
                    Page 115

09 - 092905 - DePace.txt

2 heart are the arteries that run through it. The
3 electrical wires are the electrical circuits that
4 generate the heartbeat.
5       Any abnormalities with any of these
6 structural parts of the heart are diagnosed in
7 cardiology and treated, whether by pharmacology,
8 surgical interventions or devices, like pacemakers and
9 defibrillators, if it's an electrical problem.
10       Q    Pharmacology meaning drugs?
11 A     Pharmacology would be drugs.
12       So that's sort of a brief synopsis of what
13 cardiology is.
14       Q    And you treat in you practice all types of
15 patients that have problems with the heart?
16 A     Yes. Now, we'll treat diabetes. We'll treat
17 hypertension, as it relates to the heart. I'll treat
18 HIV as it relates to the heart. HIV, for example,
19 could cause cardiac weakness and heart failure, and
20 we'll treat the heart problem in HIV patients.
21       So one must have an understanding --
22 leukemias, cancers affect the heart, the lining around
23 the heart. You have to have an understanding in
24 internal medicine of all different disease entities
25 because they can affect the heart.

                    Page 116

09 - 092905 - DePace.txt

DePace - Direct                    2609

1      Kidney disease, someone goes on dialysis, the
2   heart gets affected.  We will specifically treat the
3   heart disease as it relates in conjunction with that
4   organ system that's being affected with another disease
5   entity.
6      Q    And, Dr. DePace, do you have a -- would you
7   have -- with regard to your practice, would you
8   describe it as a large practice?
9   A    It's a very large practice.  It's a very demanding
10  practice.  We work in both states.  There were five of
11  us, now there is only three of us, which makes it much
12  more arduous.
13     And all my associates are licensed in Jersey
14  and in Pennsylvania.  And the reason that's such is
15  that a lot of my patients have been moving out of the
16  South Philly, Philadelphia area, and going out to
17  Washington Township, Atlantic County, Hammonton, all
18  these places, Sicklerville, and so I put an office
19  there.  And now, believe it or not, I'm there three
20  days a week and I'm in Philadelphia like two-and-a-half
21  days a week.  So there has been a big migration out of
22  Philadelphia, also.
23     Q    And you have a busy practice, I know, Doctor.
24  But how long does it take, if a doctor wanted to refer
Page 117

25  a patient to you, how long would it take before you

DePace - Direct                    2610

1   would have an opportunity to see that patient?  Is
2   there a waiting list?
3   A    I am double-booked till -- just about
4   double-booked to the end of the year.  It would take
5   four months just to get an appointment, but my
6   associates will see then sooner, but, again, I'm only
7   down to two other associates.  There is a card -- so,
8   you know, there is -- it's difficult to see patients
9   timely but we try to do the best we can.
10     Q    Now --
11  A    I mean, I will see emergencies, definitely,
12  timely.
13     Q    Sure.  And, Doctor, you are, in fact, being
14  compensated for your time here today, correct?
15  A    That's correct,
16     Q    And how much are you being compensated for
17  your time?
18  A    My routine fee to come to court is $7500.
19     Q    Why is it so much?  What do you have to do?
20  A    Well, I have to lose -- I've been here since
21  yesterday.  I have to lose at least a day's worth --
Page 118

22  even more, of patient volume and input into the
23  practice, which could be injurious to both the
24  flow of the patients, as you said, there is a big
25  waiting list, the income generating.  We have maybe 30

DePace - Direct                    2611

1   people working for us.  There is a big overhead and so
2   forth.  So I mean -- you lose that kind of volume,
3   that's one thing.
4      The other thing is you lose -- you have to
5   give up vacation days, for which I would have got paid
6   for, so I'll lose a vacation day.
7      So -- if I did this for a living, it's not
8   like I would have lost a vacation day.
9      Q    Right.
10     Now, Doctor, let's just -- a couple more
11  quick questions, and then we're going to move into some
12  areas.
13     Do you treat patients that are in the
14  hospital?
15  A    Yes.
16     Q    You perform -- you perform and interpret
17  echocardio- -- what are they called?  Echocardiographs?
18  A    Yes.  I actually supervise an echocardiogram lab
Page 119

19  in my Turnersville office in South Jersey, so I
20  supervise it.  I have one technician under me.  He does
21  the manual echoes, I supervise him, and I interpret
22  them and read them.
23     Q    And you treat people with heart disease,
24  correct, sir?
25  A    Yes.

DePace - Direct                    2612

1      Q    And do you treat people who have had heart
2   attacks?
3   A    Many.
4      Q    And do you have an idea what percentage of
5   your practice involves people who have had heart
6   attacks that you provide and care for?
7   A    Very large percentage.  Coronary artery disease is
8   the main diagnosis in my practice.  People with
9   coronary disease, a large percentage of them have heart
10  attacks.  I couldn't give you the number offhand.
11     Q    And you prescribe medications to people in
12  the course of treating them for their heart disease or
13  heart attack?
14  A    Yes.
15     Q    That's common, that's a standard part of your
Page 120

09 - 092905 - DePace.txt

16    practice?
17    A    Yes.
18         MR. SEEGER:  Your Honor, we would offer
19    Dr. DePace as an expert in cardiology, in
20    echocardiography.
21         MS. SULLIVAN:  Your Honor, Merck will reserve
22    for cross-examination voir dire on Dr. DePace's
23    qualifications.
24         THE COURT:  All right.  The Court finds that
25    the doctor is qualified to testify in the areas of


                    DePace - Direct            2613

1     cardiology and echocardiography.
2          You can proceed, counsel.
3          MR. SEEGER:  Thank you, Your Honor.
4     BY MR. SEEGER:
5          Q    Now, Dr. DePace, I just -- I've got some
6     books here.  Now, where did I get these from?
7     A    Me.
8          Q    Yeah, okay.  These are your books?
9     A    These are my personal books, yeah.
10         Q    Let me put them up here for now.  I want to
11    make sure that they don't fall but I want you to have
12    access to them.
                  Page 121

---

09 - 092905 - DePace.txt

13         Let me just ask you, the first one I'm
14    looking at is by an author by the name of Feigenbaum?
15    A    Yes.
16         Q    It's entitled, Echocardiography?
17    A    That is correct.
18         Q    This is the kind of book that you use in your
19    practice?
20    A    Yes.  This book was just -- this is the latest
21    edition, as of December, last year, and Dr. Feigenbaum
22    is considered the father of modern cardiological
23    echocardiography.
24         Q    Is this the kind of book that
25    echocardiographers rely upon and use?


                    DePace - Direct            2614

1     A    Yes.
2          Q    I mean, who would be the audience for a book
3     like this?
4     A    Echocardiographers.
5          Q    Okay.  And it's something that you use and
6     rely upon, right?
7     A    Yeah, absolutely.
8          Q    Okay.  We can just keep this here, in case
9     you need to refer to it.  Put it back there.
                  Page 122

---

09 - 092905 - DePace.txt

10         And how about this next one I'm holding in my
11    hand, it's Braunwald's Heart Disease?
12    A    Yes.  This is the new 7th edition, which I have
13    just acquired, and Braunwald is -- Dr. Braunwald,
14    Eugene Braunwald, started his cardiology at the Mount
15    Sinai School of Medicine many years before I was there.
16    He's -- he is chairman at Harvard.  He is one of the
17    leading, if not the leading, cardiologist, and is also
18    considered in a godfather role in cardiology, and this
19    is a textbook which all the students and cardiology
20    training doctors and cardiologists pretty much use at
21    one time or another.  It's a two-volume, and it covers
22    just about every topic in cardiology, which I wasn't
23    able to go into detail, with what we do as
24    cardiologists.
25         Q    This is something that you use and rely upon?


                    DePace - Direct            2615

1     A    Oh, yes.
2          Q    Okay.  And who would be the audience for a
3     book like this?
4     A    Again, as I mentioned, the training doctors,
5     especially training cardiologists, and established
6     cardiologists.
                  Page 123

---

09 - 092905 - DePace.txt

7          Q    Same thing with regard to Braunwald's 5th
8     edition?  I notice you have an older edition.
9     A    Yes.  Each year, he puts out a new edition, and
10    5th, 6th, 7th.  This is -- the 7th edition is the most
11    recent one.
12         Q    And what's this last book I'm looking at?
13    A    This is Harrison's Textbook of Internal Medicine.
14    As I mentioned, to become a cardiologist, first you
15    have to become an internist.  It's obvious why you have
16    to be an internist, because you have to know how the
17    lungs, the brain, the kidneys interrelate with the
18    heart.
19         This book is -- is a standard textbook.  This
20    is the recent 16th edition and is used by, you know,
21    most internal medicine programs, training programs and
22    internists in the country, and cardiologists,
23    obviously, will use it because they have to wear two
24    hats, an internal medicine hat and a cardiology hat.
25         Q    And, again, that is something you have relied


                    DePace - Direct            2616

1     upon and rely upon yourself, correct?
2     A    Yes.
3          Q    All right.  And just as we go forward, I have
                  Page 124

09 - 092905 - DePace.txt

4   got some models that you've also brought with you, so
5   to the extent you need them, jut let me know, okay
6   Dr. DePace?
7   A      Fine.
8      Q    All right.  Now, let's talk about a heart
9   attack.  Tell the jury what's going on when somebody
10  has a heart attack.  Let's focus on the kind of heart
11  attack we're talking about in this case.
12  A    The majority of heart attacks occur when an artery
13  that supplies blood around the heart closes off.  The
14  mechanism is almost universally a thrombus.  A
15  thrombus, a clot, so it clots off.  But there is a
16  whole cascade of things that happen.
17          There may be a little plaque or even a bigger
18  plaque that becomes unstable and active, and by getting
19  unstable, this plaque causes a clot to cling to it and
20  build up, build up, and close the artery off.
21          The plaque is like rust on a pipe.  There
22  could be a very little bit of rust, you might not even
23  see it on an angiogram, or there may be a lot of rust
24  where you could see it very easily.  And when this
25  plaque becomes unstable and somehow influences a clot

                   DePace - Direct          2617
                        Page 125

---

09 - 092905 - DePace.txt

1   to form and close an artery, a heart attack ensues.
2          Now, what is a heart attack?  A heart attack
3   is where the heart muscle actually dies because it
4   can't get oxygen and blood delivered to it.  And the
5   reason it can't is this clot in this artery is
6   preventing the passage of blood and oxygen down to the
7   heart muscle.
8          So think of the arteries around the heart as
9   like pipes.  Rust in the pipes, and then somehow, the
10  pipe gets clotted off.  Anything beyond the pipe is
11  going to get damaged.  And that's what happens with
12  heart muscle.  And that's basically the mechanism of a
13  heart attack.
14          Now, heart attacks could be that a plaque can
15  actually rupture, it can get eroded, it can fissure,
16  but whatever it is, usually the mechanism on top of it,
17  usually, and almost always, is this thrombus, this clot
18  forms on top of it and closes the artery.  That's with
19  a major heart attack.
20          Nonmajor heart attacks, the clot may not
21  completely close the artery, but just impair the blood
22  enough that still the heart muscle dies downstream from
23  it.
24      Q    All right, Dr. DePace, let me just stop you
25  there because there are a few things I want to take a

                        Page 126

---

09 - 092905 - DePace.txt

                   DePace - Direct          2618

1   little bit of time with.
2          You talked about thrombus.  You talked about
3   plaque.  Would this model help you to show the jury
4   what you're talking about?
5   A    Yeah, this would be helpful.
6          This is a normal artery.  This is the lumen,
7   the opening of the artery.  Here is an artery with some
8   plaque in it along the wall of the artery.
9          THE COURT:  Doctor, you might have to get
10  down.
11          THE WITNESS:  Can I approach the jury?
12          THE COURT:  Yes.
13  BY MR. BUCHANAN:
14      Q    Sure.
15          I put a couple words up here that you threw
16  out.
17  A    Okay.  We're going to do this here.
18          Here is an artery, which is widely open with
19  no plaque in it.  A ten year old may have an artery
20  like this, 15 year old.  Once you start getting beyond
21  teens, plaque starts building up.
22          We notice from autopsies that are done on
23  young kids in Louisiana that had car accidents and died
                        Page 127

---

09 - 092905 - DePace.txt

24  and they did autopsies, they start getting this bit of
25  plaque in here.


                   DePace - Direct          2619

1          Now, this little bit of plaque present
2   usually starts in your 20s, 30s.  It's always -- almost
3   always there in your 40s and 50s.  And it's plaque but
4   you may not pick it up on an angiogram.  You would have
5   to go in with an actual -- the echocardiography, right
6   in the heart, you can do an ultrasound of the heart and
7   pick it up.  This is called coronary plaque.
8          If it gets real severe.  It can really cake
9   up and almost close the artery.  When it gets this bad,
10  people can't even walk.  They start getting chest pain
11  called angina.
12      Q    Now, this plaque that's building up, is this
13  sort of the same thing as atherosclerosis?
14  A    That is the equivalent of atherosclerosis in the
15  coronary artery around the heart.
16      Q    Okay.
17  A    If was in the legs, it would be atherosclerosis of
18  the legs.  If it is in the neck, it would be
19  atherosclerosis in the carotid arteries.  This is
20  atherosclerosis, hardening of the arteries.  Greek.
                        Page 128

09 - 092905 - DePace.txt

21  Atherosclerosis.  Hardening of the arteries.  It's a
22  Greek terminology.  You should know that.
23          Here is the plaque as it gets worse.
24          Now, when a clot actually closes off on top
25  of a plaque, that's what causes a heart attack, a

                    DePace - Direct            2620

1   thrombus.
2       Q    Now, this thing you're pointing at, let's
3   just spend a moment on that because the jury has heard
4   a lot of things about thrombus.  Just explain that
5   thoroughly.
6           THE COURT:  Okay.  It's important for the
7   jury to see it.
8           THE WITNESS:  I want to be very clear about
9   this.  Most heart attacks occur, not on this type of a
10  plaque that's real severe, but more on the ones that
11  are not quite as severe, believe it or not, because
12  they're softer, they're easier.  These are usually
13  harder and they don't rupture, fissure, or erode so
14  much.  But heart attacks can occur in either one of
15  these.  It doesn't necessarily mean it has to get to
16  this stage of plaque so severe that the clot just
17  closes it off.  It could occur in something like this,
                    Page 129

09 - 092905 - DePace.txt

18  the plaque becomes a little unstable, it fissures and
19  breaks, has a little rupture.
20  BY MR. SEEGER:
21      Q    Okay, you're going fast.
22  A    Clot forms.
23      Q    Okay.  All right.  And now, I think you were
24  pointing to this red spot right here.
25  A    That's the clot.  Fresh clot.  Fresh thrombus,

                    DePace - Direct            2621

1   platelets, occludes the artery, results in chest pain,
2   shortness of breath, and heart muscle that dies, if it
3   doesn't get opened up.
4       Q    So this is a heart attack?
5   A    This will cause a heart attack.  Yes.
6       Q    Okay.  All right.  We'll put that down.  Now,
7   let's talk a little --
8   A    Let me just be clear.  This will cause a heart
9   attack, the artery clotting.  The heart attack is the
10  heart muscle that dies as a result of this.  So a heart
11  attack is the dead heart muscle.
12          Do you have my heart model?  Do you want to
13  put it here, and we can just make sure we understand.
14      Q    Is this the one you want?
                    Page 130

09 - 092905 - DePace.txt

15  A    No, the big -- you don't have the big one, huh?
16  There is a big one.  I guess it's not here.  We will
17  show the diagram here.
18      Q    Oh, is this the one?
19  A    No, no, no.
20          These red areas are the arteries.  When they
21  close off, the heart muscle around it will die.  The
22  heart attack is the heart muscle that dies.  The artery
23  that closes is the coronary thrombosis that closed the
24  artery.
25      Q    Okay.  All right.  Now, let's talk a little

                    DePace - Direct            2622

1   bit about risk factors.
2           Now, Dr. DePace, the jury has already heard
3   Dr. Lewer testify.  You know who Dr. Lewer is, correct,
4   sir?
5   A    Yes.
6       Q    And we created a chart of things that we
7   listed as risk factors.  Do you see, we've got age,
8   smoking, hypertension, high cholesterol, diabetes.
9   This was a test, I believe --
10  A    CRP.  That is a nontraditional risk factor.  We'll
11  talk about that in a minute.
                    Page 131

09 - 092905 - DePace.txt

12      Q    Male gender, inactivity, which I used instead
13  of the word sedentary, family history, obesity, and
14  stress.
15          Now, do you agree with these being risk
16  factors for heart disease and heart attack?
17  A    I do, but with following caveat:  For example, CRP
18  is a blood test you take to see if there is
19  inflammation in the body.  That's considered a
20  nontraditional risk factor.
21          These other things are considered traditional
22  risk factors.
23          Stress is more considered -- possibly a
24  nontraditional risk factor.  Some people do not
25  consider it a risk factor.  And some people consider it

                    DePace - Direct            2623

1   a minor risk factor.  Stress is very controversial.
2       Q    Let's just pause on stress and then we are
3   going to go into your own chart on risk factors.
4           You talked about something called the
5   Framingham study before.
6   A    Yes.
7       Q    Is that widely accepted by cardiologists?
8   A    Yes.
                    Page 132

09 - 092905 - DePace.txt

9    Q    Is it published in a peer-reviewed journal?

10   A    Yes.  Do you want me to tell you what it is?

11        Q    Tell the jury what Framingham study is.

12   A    Framingham is a small town in Massachusetts where

13   people were followed for 35 years or so, and followed

14   to see if they developed heart attacks and strokes and

15   developed high blood pressure, over many, many years,

16   and we got epidemiological data from it.  We found out

17   from Framingham that people who smoked, people who got

18   older, people who had hypertension, people who had

19   diabetes, things like that, people who were overweight

20   and didn't exercise, were more likely to have -- for

21   example, develop heart disease than people who didn't.

22   They developed a scoring system to try and put points

23   and rate.

24        Q    Who would use the scoring system, doctors

25   like yourself?

DePace - Direct                2624

1    A    Cardiologists mostly.  Cardiologists.

2         First, there was a -- there was one scoring

3    system, and then, recently, a second one was done.  So

4    they sort of refined it a little bit.  So two scoring

5    systems, they made in Framingham.

Page 133

---

09 - 092905 - DePace.txt

6    Q    Now, stress, is this on the Framingham?

7    A    Stress is not on the Framingham scoring system.

8         Q    And you disagree with that?

9    A    I do, but I'm not big enough to disagree with

10   Framingham, but I disagree with it because in practical

11   everyday life, we all know that stress can affect a lot

12   of things.  So, as a treating cardiologist, stress has

13   clinical relevance.

14        Framingham doesn't have it in there because

15   you can't measure stress.  You can measure your age,

16   you can measure how many cigarettes you smoke.

17   Hypertension, you can measure your blood pressure, top

18   and bottom number.  You can measure your cholesterol,

19   in fact, you could measure all different components of

20   your cholesterol, good cholesterol, bad cholesterol and

21   so forth.  Diabetes, you can measure your sugar or your

22   hemoglobin 1HC --

23        Q    Told you he went fast.

24   A    Even CRP, which is nontraditional, you can measure

25   that.

DePace - Direct                2625

1    Q    But one thing I want to make clear --

2    A    But you can't measure stress.

Page 134

---

09 - 092905 - DePace.txt

3    Q    One thing I want to make clear to the jury,

4    though, is that this Framingham study, which is widely

5    accepted by cardiologists throughout the world,

6    correct, as a scoring system?

7    A    Yes.

8         Q    Dr. DePace has his own scoring system which

9    differs with Framingham in the sense that you do have

10   stress as a risk factor in your chart, don't you?

11   A    Right.  My scoring system predated some of these

12   Framingham scoring systems, the last two.

13        Mine was in the early '90s.  My concept was

14   built on what Framingham eventually built a concept on,

15   but I included stress in my scoring system.  Even

16   though it gives minor points towards heart disease,

17   developing heart disease, I felt it had to be put in.

18        Q    Okay.  Let's move off Dr. Lewer's chart and

19   let's create our own chart for you, Dr. DePace, on risk

20   factors.

21        And if you want to sit down, you can.

22        All right.  Now, Dr. DePace, if you --

23   starting from scratch, if we were making a list from

24   you for risk factors for heart disease and heart

25   attack, what would be on your list?

Page 135

---

09 - 092905 - DePace.txt
DePace - Direct                2626

1    A    Well, the same -- similar things that you have

2    there.  I mean, the traditional risk factors would be

3    age, with males, sex, although females do develop heart

4    disease probably ten years later, just to put that in

5    context.

6         Q    Why is that, just so we understand, since we

7    are trying --

8    A    Protective female hormones and other factors.

9         Q    Protects women against heart disease --

10   A    (Nods head.)

11        Q    -- up until a certain point?

12   A    That's correct.

13        Q    And then that starts to wear off?

14   A    That's correct.

15        Q    Okay.  So we've got age.  We've got gender.

16   Smoking would clearly be a risk factor.

17   A    Absolutely.

18        Q    All right.  Smoking.  Diabetes?

19   A    Yes.

20        Q    All right.

21   A    Let's use the word "lifestyle."  That's what most

22   authorities will use, the word "lifestyle," which

23   includes being overweight and being sedentary and

24   eating poorly.  They like to use the term "lifestyle,"

25   so let's use that as one term, after diabetes,

Page 136

09 - 092905 - DePace.txt

DePace - Direct                    2627

1   underneath diabetes.
2       Q    I put "/lifestyle." Do you want to put it
3   under it?
4   A    Put it underneath there, although we know that
5   diabetics are interrelated with poor lifestyle, that we
6   know, so, again, it's good that they go together sort
7   of.
8       Q    All right. And we've got diabetes,
9   lifestyle --
10  A    Hypertension.
11      Q    Hypertension, okay. And we will just
12  abbreviate that as HTN.
13  A    And the most important is the lipids, cholesterol,
14  lipids.
15      Q    Lipids? Let's do lipids. And I want to put
16  an asterisk because you said that was most important,
17  right?
18  A    Yes.
19      Q    Okay. Anything --
20  A    For risk factors.
21      Q    As far as risk factors.
22           Now, anything else? We've got age, gender,
                                    Page 137

---

09 - 092905 - DePace.txt

23  smoking, diabetes, lifestyle, hypertension, lipids.
24  How about -- well, let's put stress, right?
25  A    Okay. Draw a line, and underneath that, you might

DePace - Direct                    2628

1   want to put -- draw a line because stress is not
2   considered a major risk factor by authorities.
3       Q    So can I write major risk factors up here?
4   A    Yes.
5       Q    Major risk factors. Okay.
6            And these are minor risk factors? What do
7   you want to call them?
8   A    Minor or controversial. Nontraditional would be a
9   better word.
10      Q    Let's say --
11  A    Nontraditional would be a better word.
12      Q    Nontraditional, okay.
13           What would go below the line as
14  nontraditional risk factors? Stress?
15  A    Stress would be one. And I'm talking about the
16  consensus. That's not my personal opinion. My
17  personal opinion, it's case by case. Stress could be
18  very significant in one person and not in another.
19      Q    Okay.
                                    Page 138

---

09 - 092905 - DePace.txt

20  A    So I have a different school of thought on that.
21           Stress is one.
22           The CRP you mentioned, things in the blood.
23      Q    Okay.
24  A    Another thing, like fibrinogen, which makes the
25  blood clot, is considered as nontraditional risk

DePace - Direct                    2629

1   factors. You want to put the word fibrinogen?
2       Q    Yeah.
3   A    Sort of clotting-type things in the blood that
4   cause the thrombus that I talked about, you can measure
5   those in the blood.
6       Q    What about inactivity?
7   A    Well, some people will put inactivity down there,
8   even I think Framingham will, but I put it under
9   lifestyle. I sort of put it on top and lumped it with
10  being overweight and inactivity as one grab bag, but
11  some people will put inactivity on the bottom, also.
12      Q    Would you put weight here, also, as part of
13  lifestyle?
14  A    Weight should be -- yeah, weight is with
15  lifestyle, would be a major risk factor.
16      Q    So we are going to put it up here.
                                    Page 139

---

09 - 092905 - DePace.txt

17  A    Yes.
18      Q    As part of this. And we'll just say obesity,
19  okay?
20  A    Right.
21      Q    All right. Now, have we pretty much covered
22  most of this?
23  A    Well, I was going to say that there is
24  inflammatory molecules we can measure in the blood. I
25  won't get into them here, that's beyond the scope of

DePace - Direct                    2630

1   this.
2       Q    Okay.
3   A    But there is inflammatory molecules which are like
4   CRP, also considered nontraditional risk factors.
5       Q    All right. Let's try to focus on risk
6   factors that would be applicable in a general way to
7   Mr. Humeston's case. So, in a general way, his age,
8   the fact that he is a male, smoking, diabetes,
9   lifestyle, hypertension, these would all apply to
10  Mr. Humeston or just about anybody?
11  A    Anybody, yeah.
12      Q    And, as far as nontraditional, anything in
13  particular?
                                    Page 140

09 - 092905 - DePace.txt

14   A   I don't know if we -- the nontraditional don't
15   really add much to the traditional one, when we look
16   for things like we're doing today, so, in general,
17   garden-variety analysis, we don't -- we don't really go
18   to the nontraditional that often.
19        Q   Okay. Now, let me ask you this: Now, is
20   this a pretty complete list, before I move on?
21   A   Well, some people would put homocysteine on the
22   bottom, too, as a nontraditional -- because I would
23   think some of the jury may have heard about
24   homocysteine, folic acid. That would be down the
25   bottom with nontraditionals. If you would put

                    DePace - Direct          2631

1    homocysteine, I would be pretty happy that the lecture
2    is pretty complete.
3        Q   I'm never going to know how to spell it.
4    Homocysteine --
5    A   H-O-M-O-C-Y-S-T-E-I-N-E.
6        Q   Okay.
7    A   That's a chemical in the blood that's very --
8    could be very toxic to the inside lining of an artery.
9        Q   Okay.
10   A   And that's lowered by Vitamins B-12 and folic
                         Page 141

11   acid.
12        Q   Are you comfortable with the list as we have
13   it now?
14   A   Yes.
15        Q   Okay. Now, let's talk a little bit about
16   Mr. Humeston. Okay?
17        You looked at his medical records --
18   A   I'm sorry. You put family history in there or
19   not?
20        Q   I didn't.
21   A   I'm sorry. I saw RF and that's risk factors, it's
22   not family history.
23        I'd like to put the word "premature" next to
24   it in parentheses. Because the premature nature of it
25   is what really factors out in somebody being in

                    DePace - Direct          2632

1    trouble.
2        Q   Well, explain that one to us, since we put
3    the word in parentheses. What do you mean by family
4    history, premature?
5    A   If there is a family history of heart disease
6    under the age of 55 in men and under the age of 65 in
7    women, mom had heart disease before she was 65, dad had
                         Page 142

8    heart disease before he was 55, that's going to factor
9    out to be a risk factor that you might have a heart
10   problem early on, also.
11        Q   What if your mother or father developed heart
12   disease but did it, let's say, in their 70s?
13   A   We don't factor that in that much, no.
14        Q   All right. So --
15   A   That's geriatric.
16        Q   So with regard to family history, what you're
17   really looking at is whether mom or dad developed heart
18   disease, had a heart attack, in their earlier years, up
19   until they're 50 or so?
20   A   55 a man, 65 a woman. Remember, we talked about
21   the ten-year lag. Women have a ten-year protection.
22        Q   Okay. Now, let's talk a little bit about --
23   let me back up a little bit.
24        When you're treating a patient for heart
25   factors, heart -- you know, risk factors like this,

                    DePace - Direct          2633

1    heart attack, heart disease, do you do what's called a
2    differential diagnosis? Do you get involved in those
3    kinds of things?
4    A   You don't do a differential diagnosis. What you
                         Page 143

5    do is a ten-year estimate on the risk of a patient
6    developing a cardiac event, like a heart attack or
7    angina or some kind of heart problem. You try to
8    estimate ten years, does this person have a high risk,
9    an intermediate risk, or a low risk of getting in
10   trouble with their heart in the next ten years? Now,
11   I'm talking about a person who comes in, that's fairly
12   healthy, or they think they're healthy.
13        Q   Right.
14   A   And we do what we call a ten-year risk, based on
15   these risk factors.
16        Q   Okay.
17   A   If your risk is more than 20 percent chance, one
18   in five, that you're going to develop a problem in five
19   years with your heart, you're considered high risk.
20        Q   Okay.
21   A   If your risk is between 10 and 20 percent that
22   you're going to develop a problem in ten years, you're
23   intermediate risk. And if you're at less than 10
24   percent, you're in low risk.
25        Q   All right. Let's go through this chart and

                    DePace - Direct          2634

1    let's talk about Mr. Humeston. Now, you have looked at
                         Page 144

09 - 092905 - DePace.txt

2  all Mr. Humeston's medical records, right?
3  A    Right.
4    Q    You've looked through them thoroughly.
5    And.  In fact, Dr. DePace, if you feel you
6  need any medical records for any particular date or
7  anything, just let me know.  We have them all here.
8  Okay?
9  A    (Nods head.)
10    Q    Let's talk about his age.  Mike Humeston was
11  56 at the time of his heart attack.  So where would you
12  put that as far as risk factors?
13  A    That would be a risk factor.
14    Q    Okay.  So you would leave age on the list?
15  A    Right.
16    Q    Okay.  He is a male, we know that.
17  A    I would put that together as one risk factor.  Age
18  and male.  I wouldn't say, you know, that's definitely
19  going to be --
20    Q    You would put those as one risk factor, as
21  opposed --
22  A    Middle-aged male, yeah.
23    Q    Middle-aged male, okay.
24  A    A man under the age of -- yes, I would put that
25  as -- a man over the age actually of 45, you start

Page 145

---

09 - 092905 - DePace.txt

DePace - Direct                    2635

1  getting points for it.  So he's 56, so he's over 45.
2    Q    Now, I'm -- once we go through the list, I
3  want to come back to it and I want to figure -- I want
4  to let the jury understand from you just how big of a
5  risk factor this at 56 years old.  But let's go through
6  the list.
7    Smoking, did Mike Humeston smoke?
8  A    No.
9    Q    So that is something we can cross off your
10  list?
11  A    That's correct.
12    Q    We can eliminate it completely?
13  A    Yes.
14    Q    Okay.  Any evidence in his medical records of
15  diabetes?
16  A    No.
17    Q    Now, with regard to lifestyle, inactivity,
18  obesity, any concerns there from his medical records?
19  And I guess at this point, we are -- this is your
20  entire list we're talking about, up until the time of
21  his heart attack, obviously.
22  A    His level of overweightness would not factor high
23  as a risk factor, so no.  I would not consider his
24  level -- I mean, I would not split hairs and say he

Page 146

---

09 - 092905 - DePace.txt

25  was -- you know, morbidly, moderately obese.  He was

DePace - Direct                    2636

1  overweight -- overweight to mildly obese would be in
2  that category.  I would not put him -- I would not
3  necessarily stigmatize him with a risk factor for that.
4    Q    Now, again, in your own practice, you see
5  people every day that look like Mr. Humeston, 56 years
6  old?
7  A    Yes.
8    Q    And so you're speaking from your clinical
9  experience, as well, when you're talking in terms of
10  his -- his weight?
11  A    That's correct.  I mean, a BMI of 30 is considered
12  a cutoff.  I can take numbers and put them in, he comes
13  in at 29.  You can take one isolated number and get him
14  in at 31.  If you take all the numbers in, he is under
15  30, 95 percent of the time.  So it's not that there
16  is -- some people at 29.5 are more obese than some
17  people at 31.  So it's -- the big thing we look at a
18  lot is the waist circumference.  40 inches in a man is
19  a big factor for obesity.  40 inches in a man --
20    Q    Do you recall Mr. Humeston's waist?
21  A    It was always at most, 38, he told me.  That's

Page 147

---

09 - 092905 - DePace.txt

22  from history.
23    Q    Okay.  Now, you examined Mr. Humeston
24  yourself?
25  A    Yes.

DePace - Direct                    2637

1    Q    In preparation for your testimony, correct?
2  A    Yes.
3    Q    Okay.  Anything with regard to inactivity
4  prior to his heart attack?
5  A    His inactivity level was not high enough to
6  qualify, in my medical judgment, as being clinically
7  relevant to contributing to heart disease.  He did have
8  activity level that was sufficient to take him out of
9  the inactivity range.
10    Q    Now, you took into account the fact that his
11  knee was hurting him?
12  A    Yes.
13    Q    Limited his movement?
14  A    Yes.
15    Q    Would you be comfortable if we strike
16  lifestyle, inactivity, and obesity off this list?
17  A    I would.
18    Q    Okay.  Hypertension, anything in his medical

Page 148

09 - 092905 - DePace.txt

19   records that would cause you any concern with regard to
20   his blood pressure?
21   A    No.
22       Q    Okay.  Now --
23   A    He had isolated readings but, on the average, if
24   you averaged them up, he's a normal tensive average is
25   what we call it.


                    DePace - Direct              2638

1        Q    Now, let's just take a minute to do this with
2    the medical records.  I have, from Dr. Lewer's records,
3    actually --
4            Can you pull that up?
5            And this has already been used with
6    Dr. Lewer, this is from his medical records, but let's
7    just go through it with you.
8            All right.  Dr. DePace, have you seen -- I
9    don't know if you have it in front of you.  Take mine.
10   Might be easier for you to look at it on paper.
11           Have you even this chart before?
12   A    Yes.
13       Q    And did you consider this in rendering your
14   opinions here?
15   A    Yes.
                    Page 149


09 - 092905 - DePace.txt

16       Q    Now, have you had an opportunity to look at
17   all those blood pressure readings?
18   A    Yes.  I even tabulated them up and took averages
19   on them.
20       Q    Tell me what you came up with.
21           Well, first of all, why did you tabulate it
22   up and take averages?  Why did you do that?  Is that
23   something you would normally do?
24   A    Yes.
25       Q    Okay.  Why?


                    DePace - Direct              2639

1    A    Because I can't pick the lowest number -- blood
2    pressure number of 102 or the highest of 140 and say,
3    you know, that's consistently what he is.
4        Q    Right.
5    A    Especially when someone comes to a doctor's
6    office, the pressures oftentimes can bounce around.  So
7    there were plenty of numbers here for me to take an
8    average of and feel comfortable that I have an idea of
9    where he would be.
10       Q    Okay.  Now, and on this list, there's a
11   couple of high readings, and on this list, there's some
12   very low readings.  Is that why you take a look at all
                    Page 150


09 - 092905 - DePace.txt

13   of them?
14   A    Yes.
15       Q    Okay.  And anything on that list create for
16   you any cause for concern?
17   A    Actually, there was one value of 160, one isolated
18   160.  I would like to see his values -- values -- I was
19   satisfied with his mean being under 130.  When you add
20   them up and divide it, you got 128 to 129 as a mean.
21       Q    What does that mean?
22   A    That means that his mean is under 130.
23       Q    That's good?
24   A    Yes.  It's not great but it's good.
25       Q    Okay.


                    DePace - Direct              2640

1    A    It gets him out of a hypertensive label, which I
2    don't like all or none dichotomy, anyway, but --
3        Q    Well, when you say you don't like an all or
4    none dichotomy, what do you mean by that?
5    A    Blood pressure is a continuous risk, you know, 115
6    versus 135, big difference.  115 versus 129, there is a
7    difference.  As you go higher, you have more risk.  But
8    you're not in any danger zone if you're under 130, on
9    the average.  That's not to say that, you know, you
                    Page 151


09 - 092905 - DePace.txt

10   don't want it lower.
11       Q    Well, the lower the better.
12   A    Yes.
13       Q    Are you comfortable taking hypertension off
14   this list as a risk factor for heart attack?
15   A    I would.  You can't -- I would not classify him as
16   a hypertensive.  One could argue he could be a
17   prehypertensive, potentially, but he definitely wasn't
18   hypertensive.
19       Q    But would you intervene with drugs with
20   somebody like that?
21   A    No.  This would be lifestyle changes, unanimously,
22   would be what most physicians would be the consensus,
23   would be lifestyle changes at initiation.
24       Q    And what about lipids, have you looked at his
25   blood readings?


                    DePace - Direct              2641

1    A    I looked at his blood readings the day he came in
2    with the infarct, and those are reliable readings of --
3    reflective of what he normally would have been, even
4    though he was nonfasting.  The LDL may not -- the
5    triglycerides might not be as reliable, but some of the
6    other ones would.
                    Page 152

09 - 092905 - DePace.txt

```
 7    Q    When you say he was nonfasting, on the day of
 8  his heart attack, when they brought him into the
 9  hospital, they took his blood and they checked his
10  cholesterol.  Is that what you're talking about?
11  A    Yes.
12    Q    And you said he wasn't fasting.
13  A    He had had dinner a few hours before.
14    Q    And what's the relevance of that?  You're
15  going to get higher cholesterol readings?
16  A    You're going to get higher triglyceride readings
17  with may reflect higher total cholesterol readings,
18  yes.
19    Q    Okay.  And even with the fact that he wasn't
20  fasting, do you recall what his cholesterol readings
21  were?
22  A    Yes.  His LDLs were 108, which is the lousy
23  cholesterol.  L stands for lousy.  That's what I say in
24  my book.  Which is the stuff that puts crud on the
25  pipes.  And 108 is actually pretty good.
```

                  DePace - Direct          2642

```
 1    Q    Even though he wasn't fasting?
 2  A    Yes.
 3    Q    Okay.  And then he had a second blood test, I
```
                        Page 153

09 - 092905 - DePace.txt

```
 4  think it was a day or two later in the hospital,
 5  correct?
 6  A    That's correct.
 7    Q    And was that normal?
 8  A    Yes.
 9    Q    And, actually, are you aware that
10  Mr. Humeston was actually -- he actually had his blood
11  drawn, I think the last time was July 26th of 2005.
12  Were you aware of that?
13  A    I'm sorry -- yes, I am.  Yes.
14    Q    Okay.  And were those normal readings as
15  well?
16  A    Well, the total cholesterol in the LDLs is good,
17  not normal in that is HDLs, the good cholesterol, are
18  low at 35.
19    Q    Now, his overall cholesterol -- we can put
20  this up.  Do you have this?
21        July, 2005, we're talking just a few months
22  ago, right, Doctor?
23  A    Yes.
24    Q    Okay.  Just blow up this line right here,
25  where it says cholesterol, right across.
```

                  DePace - Direct          2643
                        Page 154

09 - 092905 - DePace.txt

```
 1        Cholesterol, it says, overall level, 163.  Is
 2  that within the normal range, Doctor?
 3  A    Yes.
 4    Q    Okay.  Now, at the time, this is only a few
 5  months ago, I know it's after his heart attack, but
 6  right now, is Mike Humeston on a statin?
 7  A    He was, but now, he isn't.
 8    Q    He isn't now.  And he wasn't at the time of
 9  this blood test, correct?
10  A    That's correct.
11    Q    And even without the help of drugs that lower
12  your cholesterols, that's still a normal reading,
13  correct?
14  A    Yes.
15    Q    All right.  You can take that down.
16        Now let's talk about cholesterol.  Let's
17  spend a moment or two on cholesterol because I think
18  this is going to be important.
19        He didn't have a lot of blood readings prior
20  to the time of his heart attack, correct?
21  A    That's correct.
22    Q    We just don't have records for them, right?
23  So you don't have them?
24  A    He didn't have any prior to his heart attack.
25    Q    How do you know that Mike Humeston didn't
```
                        Page 155

09 - 092905 - DePace.txt

                  DePace - Direct          2644

```
 1  have really high cholesterol for some reason, right
 2  before his heart attack?
 3  A    Because if you look in -- for example, Braunwald's
 4  textbook, it will tell you that within a day or two of
 5  a heart attack, the cholesterol levels are pretty
 6  reflective of what he was before he came in.  It's only
 7  after 48 hours, for example, they start going down and
 8  they're inaccurate.
 9        So that blood cholesterol reading he took
10  on -- that day he came in would be accurate, outside of
11  the fact it was nonfasting.  If anything, it would be
12  lower.
13    Q    Now, if you had a patient with those
14  cholesterol readings in your office, would you be
15  intervening with statins?
16  A    No.
17    Q    Okay.  Would you be comfortable then, up
18  until the time of Mike's heart attack, taking lipids
19  off as a risk factor for his heart attack?
20  A    We have to keep lipids on, for just one reason,
21  and that is, his good protective cholesterol HDL is
22  low.  We used to say 35, under 35, you had a trouble,
23  but now it's 40.  He's in a low HDL range, so I would
```
                        Page 156