09 - 092905 - DePace.txt

24  still want to keep it on there.  I would give him two
25  risk factors, a low HDL with the lipids, and his

DePace - Direct                    2645

1   middle-age male sex.
2       Q    So we're going to call this one.
3   A   And two, lipids just being the HDL component, the
4   regular cholesterol being normal.
5       Q    And we'll just say LDL?  I will put that on
6   there --
7   A   HDL.
8       Q    I'm sorry.  HDL.
9   A   High density lipoprotein, good cholesterol.
10      Q    Okay.  That number was lower than you'd like
11  to see it be?
12  A   Right.
13      Q    Okay.  Now --
14  A   But I still wouldn't give him cholesterol medicine
15  at this point, necessarily.
16      Q    Okay.  Now, and there is one other thing I'm
17  going to come back to.  I want to do this chart because
18  I want to make sure we've gone through all the risk
19  factors and haven't missed anything.
20          But I want to talk to you about the angiogram
Page 157

09 - 092905 - DePace.txt

21  that was done on the day of his heart attack.  But I'd
22  like to just put that aside for one second, okay?
23  A   (Nods head.)
24      Q    Family history, any family history for Mike
25  Humeston?

DePace - Direct                    2646

1   A   None.  No --
2       Q    His father died of lung cancer, you know
3   that.
4   A   Right.
5       Q    And Mike testified yesterday his mother died
6   of emphysema, and they both were lifelong smokers.  Did
7   you know that?
8   A   I believe so.
9       Q    Comfortable taking this off?
10  A   Yes.
11      Q    Okay.  So what we've got left is age, male,
12  lipids, just as to HDL.
13          Now, let's talk about the nontraditional risk
14  factors.  Anything here with regard to Mike that we
15  should be aware of?
16  A   No.  I'm not -- I'm not going to say that they
17  should have been assessed or tested beyond what we have
Page 158

09 - 092905 - DePace.txt

18  here.  There is no -- there is to argument to be made
19  for that, so I won't comment on nontraditional risk
20  factors.  That's more out to speculative and more
21  investigative -- investigation has to be done with
22  these things.
23      Q    All right.  So, Dr. DePace, can we just cross
24  that off for now?
25  A   Yeah, for now we can.

DePace - Direct                    2647

1       Q    All right.  Let's -- one thing on here,
2   though, we're going to have to spend a little time
3   talking about -- and I'm going to turn the page -- is
4   stress.  Okay?
5           So we've got -- what we've got left on our
6   chart is age, male, lipids, HDL, and I want to keep
7   stress on here for now, because that's a factor that
8   you do look at in your practice, correct?
9   A   Most cardiologist don't but I do, yes.
10      Q    Did you do an evaluation of Mike Humeston
11  with regard to stress being a factor for his heart
12  attack?
13  A   I did.
14      Q    And what did you find?
Page 159

09 - 092905 - DePace.txt

15  A   I took a clinical history.
16      Q    Tell the jury how you do it and tell them
17  what you found.
18  A   I take the clinical history and want to know if
19  there is any -- if there was, prior to his heart
20  attack, any major acute stressful events that he
21  registered.
22          And then I give him a questionnaire to take,
23  which is out of my book in the appendix, which has 18
24  items, of which 17 apply to him, being a male, one is
25  for females with menstruation, so forth, that we

DePace - Direct                    2648

1   eliminate, so I gave him a 17-question questionnaire.
2       Q    It's in this -- this is your book?
3   A   Yes.
4       Q    And this is the book you are referring to?
5   A   That's correct.
6       Q    And we're going to talk about this, but go
7   ahead.
8   A   These are questions that deal with problems with
9   finances, problems domestically with your wife, with
10  people at home being sick, losing a loved one, stress
11  on the job, changing jobs, taking on a new assignment
Page 160

09 - 092905 - DePace.txt

12   of some type, questions, things that would make one
13   look to see if one's life was stressful at the time.
14          And, really, there was nothing I could
15   pinpoint, outside of his degenerative knee joint
16   disease, which could or could not be considered a
17   chronic illness, but not a major chronic illness.
18   Everybody -- it could be considered not a major, major
19   chronic illness.  Outside of some -- the knee
20   discomfort with the pain, I couldn't really put my
21   hands on anything in the questionnaire that showed me
22   that he was under any undue stress prior to the heart
23   attack.  Not to say that he didn't have any element of
24   stress.  Everybody has stress.  Every job is stressful.
25          Q     Well, pause on that, because I don't want to

DePace - Direct                    2649

1   go over it too quickly, Dr. DePace.
2          Now, you treat people all the time that must
3   come in your office and talking about the stress that
4   they are under, correct?
5   A     Um-hum.
6          Q     You said everybody has stress.  Is that what
7   you find in your practice, when you talk to your
8   patients, no, matter what you do for a living, people

Page 161

09 - 092905 - DePace.txt

9   find stress in their life?
10   A     Yes.  I think it's only present in our western
11   society, stress.  It's a fast, stressful life.
12          Q     Is stress something you consider and question
13   every patient that comes into your office about?
14   A     Yes.
15          Q     Is it a part of your standard thing, standard
16   regimen, person comes in, they're asking you to
17   evaluate them for heart disease and risk factors, do
18   you talk to them about the kind of stress that they
19   have in their life?
20   A     Yes.
21          Q     Okay.  Now, one of the things that might have
22   been suggested are certain stressful events, big
23   events, like Mr. Humeston was questioned about, you
24   know, his heart attack was on September 18th, 2001.  A
25   week before that was the World Trade Center bombing.

DePace - Direct                    2650

1   Is that the kind of stressful event that would cause --
2   a week before that would cause Mike Humeston's heart
3   attack?
4   A     That -- in him individually, that would be
5   unlikely.
                        Page 162

09 - 092905 - DePace.txt

6          Q     Why do you say that?
7   A     He didn't perceive that as being a stressful event
8   to him and a week had elapsed.  Although there is
9   documentation that within a month or so, people even
10   living remotely from New York could be affected by
11   this, there is a lot of controversy about that.  It did
12   not appear that he had perceived any undue activation
13   of stress or an emotional reaction or he became what we
14   call, quote, unquote, a hot reactor over that.
15          Q     So with regard to -- let's just -- and I'm
16   only asking because it's been brought up.
17          But with regard to 911 as a stressful event,
18   can I take that off the list?
19   A     Yes.
20          Q     And are you aware that Mike had this incident
21   where he was photographed by some postal inspectors?
22   Did you get a chance to talk to him about that?
23   A     Yes, I did.
24          Q     Was -- did you have an impression that this
25   had any major impact on Mike, at least sufficient for

DePace - Direct                    2651

1   you to say that stress could have contributed to his
2   heart attack?
                        Page 163

09 - 092905 - DePace.txt

3   A     It appeared not to have phased him or activated
4   any of his emotional components.  He had known about
5   this for some time, that he was surveilled and it
6   seemed like a very -- to him, not a very grave issue
7   that was being investigated or question that was being
8   answered.
9          Q     All right.  So put -- with regard to that
10   videotaping, are you comfortable with me crossing that
11   out as a stress trigger?
12   A     Yes.
13          Q     Okay.  Now, let's just -- let's focus on
14   stress.  Let's make sure we spend a lot of time and
15   understand it.
16          There are different types of stress, there is
17   chronic stress and acute stress, correct?
18   A     That's correct.
19          Q     And acute stress would be a single big event,
20   right?
21   A     A trigger or precipitating event.  Trigger -- we
22   use the word "trigger" or "precipitating" in
23   cardiology.  Those are terms we use.
24          Q     What's a kind of -- okay, a trigger, give me
25   an example of a trigger, a stress trigger.

                        Page 164

09 - 092905 - DePace.txt
DePace - Direct                                2652

1    A    Shovelling snow in cold weather.  Stress,
2    emotional stress or physical stress?
3         Q    I think --
4    A    Or any kind?
5         Q    I think you heard my questions, but I think
6    we're talking about emotional stress.
7    A    Emotional stress would be a loved one dying
8    suddenly.
9         Q    Okay.  That's the kind of thing that that
10   would be an acute event?
11   A    Being fired abruptly, unexpectedly at the job
12   place.
13        Q    Okay.  How about chronic stress?  What's an
14   example of chronic stress?  Is that job stress?
15   A    Yes.  Lack of control at the job, time restraints,
16   pressure, deadlines.
17        Q    What about -- what about, you know, disputes
18   here and there with the boss?
19   A    Absolutely.  Major -- that's a major chronic
20   stress factor oftentimes reported to me in occupational
21   histories.
22        Q    And these are things that -- when you're
23   talking about chronic stress, these are things, again,
24   when you said before, job stress, things that people
25   deal with day in and day out, do you put those things

Page 165

---

09 - 092905 - DePace.txt

DePace - Direct                                2653

1    in that category?
2    A    Yes.
3         Q    Okay.  Now, with regard to Mike Humeston, did
4    you evaluate him for chronic stress?
5    A    Yes.
6         Q    Any concerns there?
7    A    I did not see any -- I did not see any salient
8    features in the questionnaire that would justify him
9    having a high level of chronic stress that would be
10   atherosclerotic producing chronically.
11        Q    That's where I want to go now, Doctor.
12        I think the thing that we haven't really
13   spent any time on is talking about what chronic stress,
14   what chronic high cholesterol translates to in the
15   body.
16        As a cardiologist, when you're looking at
17   somebody's stress, when you're looking at cholesterol
18   levels, what are you concerned about happening with
19   them?
20   A    Plaque building up in the arteries and the heart
21   and blood pressure going up very high.
22        Q    Okay.  So we're going to take the blood

Page 166

---

09 - 092905 - DePace.txt

23   pressure out because we crossed it out.
24   A    Blood pressure was not up very high, right.
25        Q    Let's just talk about plaque, and I want to

DePace - Direct                                2654

1    put that back up here.  We got plaque.
2         The concern is what you're saying, that
3    chronic stress can lead to actually the buildup of
4    plaque in your arteries surrounding your heart?
5    A    That's controversial.  I'm in the minority but I
6    believe that.  I've published that in my book.  I've
7    done workmen's comp work with that, and I believe that
8    chronic stress can cause plaque buildup, that can
9    contribute to chronic atherosclerosis.  I am in the
10   minority on that -- in that opinion, in cardiology.
11   Most cardiologists don't feel that chronic stress is
12   that important in building up plaque.  I believe it
13   does.
14        Q    So when you say you are in the minority,
15   you're adding something to the list that you're saying
16   other cardiologists don't add to the list?
17   A    Absolutely.
18        Q    So we've got an extra issue with you.
19   A    Absolutely.

Page 167

---

09 - 092905 - DePace.txt

20        Q    With regard to you, Dr. DePace, did you
21   notice any -- does Mike Humeston have plaque or
22   atherosclerosis, that would lead you to believe that it
23   was caused by stress or high cholesterol?
24   A    That's the question.
25        He does not have any visible plaque or

DePace - Direct                                2655

1    atherosclerosis on the coronary angiogram of any
2    significant degree that would lead me to believe that
3    even stress could have put it there because he doesn't
4    have any.  So how bad could the chronic stress be if he
5    doesn't even have it?
6         Q    So let's talk about a hypothetical --
7    A    Nonvisible plaque is the word.  That's correct,
8    what you wrote.
9         Q    Let's just move away from Mike Humeston a
10   second so we're really sure we covered this.
11        The hypothetical person, who has got chronic
12   job stress and high cholesterol for years.  What would
13   you expect to see when you did -- if you did an
14   angiogram of that person's heart and looked at their
15   vasculature?
16   A    Minimally, lumps and bumps and luminal

Page 168

09 - 092905 - DePace.txt

17    irregularities and all bumps in the coronary vascular
18    tree, and perhaps some blockages and narrowings, but at
19    least bumps in lumpy coronaries where I see plaque
20    starting to build up visibly on an angiogram.
21        Q    Okay.  Now, we've got, you know, like Warner
22    Wolf used to say, let's go to the videotape, we
23    actually have tape of Mike Humeston's heart, right?
24    A    Yes.
25        Q    You have the actual angiogram that we have in


                        DePace - Direct              2656

1     court, right?
2     A    That's correct.
3         Q    Could we -- do you mind if we just take a
4     minute, we'll put it up, and you can show the jury if
5     -- whether Mike Humeston has any of those lumps and
6     bumps and plaque, and you can explain to them what it
7     looks like.  Would that be fair to do right now?
8     A    Yes.
9         Q    With regard to cholesterol and stress.
10    A    I agree.
11        Q    All right.
12            THE COURT:  Let's take a break, counsel.
13            MR. SEEGER:  Sure.  Absolutely, Your Honor.
                            Page 169


09 - 092905 - DePace.txt

14            (The jury left the courtroom at 2:45 p.m.)
15            (A recess was taken from 2:45 p.m. to
16    3:10 p.m.)
17            MR. SEEGER:  Ready to go.
18            THE COURT:  Bring the jury in.
19            (The jury entered the courtroom at 3:10 p.m.)
20            THE COURT:  You can be seated.  Proceed.
21            MR. SEEGER:  Thank you.
22    BY MR. SEEGER:
23        Q    Dr. DePace, before we take a look at the
24    angiogram for Mike Humeston's heart attack, I want to
25    just come back because I asked you the question about


                        DePace - Direct              2657

1     hypertension and whether you medicated him for that,
2     and you said no.
3             With regard to his cholesterol readings we
4     looked at, would you have intervened with any drugs
5     prior to his heart attack to lower his cholesterol
6     levels?
7     A    No.  Because between zero and two risk factors, we
8     generally accept an LDL of 160, and his LDL of 108, by
9     guidelines, is really low.
10        Q    Well, give us a context on those risk
                            Page 170


09 - 092905 - DePace.txt

11    factors.  When you say between zero and two risk
12    factors, I mean, how many risk factors do you go up to?
13    What does all that mean?
14    A    You could go up to six or seven based that.  If he
15    had gone up to three risk factors I would have used LDL
16    of 130, he still would have been protected even if he
17    had three or four risks a 108 guidelines we would not
18    have medicated him in the office.  108 is a good low
19    LDL.  I would have attempted to get his HDL up with
20    weight loss and lifestyle factors like I would work
21    with his blood pressure.  So I would not necessarily
22    have started medicine.
23        Q    Okay.  Now, I want to take a look, also, we
24    left off before the break, talking about stress and
25    cholesterol, and what you, as -- what cardiologists


                        DePace - Direct              2658

1     look for.  And I think you said that ultimately could
2     lead to -- your concern is it could lead to development
3     of plaque in the cardiovascular system, right?
4     A    Yes.
5         Q    Okay.  Now, on the day of Mike Humeston's
6     heart attack, you understand he was hospitalized,
7     correct?
                            Page 171


09 - 092905 - DePace.txt

8     A    That's correct.
9         Q    And what -- what happened at the hospital
10    with regard to looking at his heart?  Was a test done?
11    A    Yes.  He came in with chest pains and a heart
12    attack showing up on his electrocardiogram.  The
13    cardiogram reflected a heart attack to the bottom of
14    his heart.  They promptly took him into a
15    catheterization lab to try to see what was going on.
16    He was prepped and a catheter that was put into his
17    right leg, a wire and catheter advanced to his heart
18    and dye injected into his heart to define the
19    abnormality precisely.
20        Q    And what does that do, though, what does
21    that -- why do doctors do that procedure?  What does it
22    allow them to see?
23    A    That is called a cardiac catheterization, an
24    angiogram.  It is the only way you can really evaluate
25    with a dye study, how the arteries look.  If they have


                        DePace - Direct              2659

1     lumps and bumps, if they have blockages, how many,
2     where are they located.  It's considered the gold
3     standard in coronary assessment.
4             And when we look, you'll see there are three
                            Page 172

09 ~ 092905 - DePace.txt

5  major coronary arteries to the heart.  And we will go
6  over those, and we will see just what is inside those
7  arteries.  Is there a lot of plaque?  Is there a lot of
8  blockage?  Is there a clot from the heart attack?
9  Because his cardiogram suggested a heart attack to the
10  bottom of his heart.
11     Q    Okay.  Now let's take a look at the angiogram
12  that was done. And this is the angiogram that was done
13  by Dr. Wetherly in the hospital of the day of his heart
14  attack?
15  A    Right, that evening, yes.
16     Q    That evening.
17  A    Can I stand over there and also shut the lights?
18         THE COURT:  Yes.
19  BY MR. SEEGER
20     Q    Come on down, Dr. DePace.  Ben I think --
21  these are short clips, you will need him to pause it so
22  you can spend time on it, right?  So let's wait for the
23  lights to dim?
24         MS. SULLIVAN:  Counsel, are you playing the
25  whole angiogram or just clips of it.


                   DePace - Direct              2660

1         MR. SEEGER:  We are going to play four of
                          Page 173

---

09 ~ 092905 - DePace.txt

2  the -- I don't know -- 12 clips.
3         MR. SEEGER:  And go ahead, Ben, can you pull
4  up one.  Pause it there.
5         THE WITNESS:  There it is.  As you can see --
6  BY MR. SEEGER:
7     Q    First of all, whose heart is that?
8  A    Mr. Humeston's heart.  This is his catheterization
9  injection left side of his heart.  He has huge
10  arteries.  Huge.  Big pipes.  Very, very large.  We
11  should all be so fortunate to have these.  These are
12  very big.  Five millimeters.  These are super, super
13  arteries.  Nice and smooth.  These are normal.
14     Q    But we -- you wouldn't expect most people --
15  A    No, they are smaller.  Females have smaller
16  arteries than men, and men usually are not fortunate
17  enough to have arteries these large.  These are large
18  arteries, and they're nice and smooth.  The inside of
19  these arteries are smooth.
20     Q    What does that mean, "smooth"?
21  A    I'm not seeing any significant growth gross plaque
22  buildup, gross blockages, no lumps or bumps.  This is
23  left anterior descending.  This is his circumflex.
24  These are the two arteries from the left side of the
25  heart.  This is the left main, the big tree trunk.  And


                          Page 174

---

09 ~ 092905 - DePace.txt

                   DePace - Direct              2661

1  the left side divides into the left anterior
2  descending --
3     Q    Is this the front of the heart, back of the
4  heart, what part heart are we looking at?
5  A    We are looking at the front of heart, what we call
6  anterior posterior.  This is the front of the heart.
7  Now, look, you come down circumflex artery, big artery.
8  There is one huge marginal branch.  I mean, there are
9  small marginal branches coming off, but let's talk
10  about big arteries.
11     Q    Nice and slow.
12  A    We are going to go slow.  We are going down the
13  circumflex branch, and there is one big what we call a
14  marginal artery.  Nice and long and big going all the
15  way out to tip of the heart.  If you can move that for
16  me, please.
17         You go down the circumflex and there is
18  another's marginal artery starting right here.  And it
19  should go all the way along the bottom of the heart
20  here.  Unfortunately, the bottom of his heart showed
21  cardiogram changes where he was having a heart attack.
22  And that's because right there it is curtailed.  You
23  don't have that over here.  Curtailed, and there is a
24  clot in there, a thrombus cutting that off quickly.
                          Page 175

---

09 ~ 092905 - DePace.txt

25     Q    Dr. DePace, let me just pause there and ask


                   DePace - Direct              2662

1  you a question.  So what would you -- if there wasn't a
2  clot here, you would see this vessel continue?
3  A    All the way out like this, yes.
4     Q    Just like you see here (indicating)?
5  A    That's correct.
6     Q    So this is -- that's the heart attack, right
7  there?
8  A    That is not the heart attack.  That is the artery
9  closing off that's causing the heart attack.
10     Q    Okay.
11  A    Remember, I told you the heart muscle has to die.
12  The heart attack is this muscle that's going to die,
13  and I will show you pictures in the angiogram and
14  subsequently in the ultrasound where that muscle is
15  dead, it's gone, it's scarred up.  But this is what's
16  causing the heart attack.  This curtailment abruptly of
17  blood with a plaque, maybe a small plaque that you
18  can't see, microscopic.  That got uneven, got ulcerated
19  and a big thrombus, this is a thrombotic mechanism
20  forming here on what was most likely --
21     Q    Thrombus, that's a clot?
                          Page 176

09 - 092905 - DePace.txt

22   A    Thrombus clot.  I showed you over here in that red
23   thing here.  See that red thing here, right there in
24   the model.  I'm pointing it to right here to the jury.
25        Q    Don't blind me with that.  Let's take this --

                    DePace - Direct              2663

1    A    Right here.  This red thing.
2         Q    You are scaring me with that.  Don't blind
3    any of us, all right?  Sorry, Judge.  I will go to jail
4    tonight -- okay.
5         Right here, you showed the jury.  Take the
6    model so we are clear --
7    A    Yeah.
8         Q    -- on this.
9    A    This red area is a fresh clot, a thrombus, clot
10   and thrombus are synonymous, inside of an artery.  And
11   that's what you're seeing up there.
12        Q    Okay.
13   A    You are seeing a thrombus that formed right in
14   here, and you are missing the rest of the blood vessel
15   which would look like this, this kind of caliber, so
16   it's a good-sized artery.  It's not a small twig like
17   this or this.  This is a nice-sized artery that's
18   coming down and is getting curtailed off.  It's not
                    Page 177

---

09 - 092905 - DePace.txt

19   that he lost a twig.
20        Q    Dr. DePace, you live with this stuff day in
21   and day out, and I just want to make sure I'm asking
22   you the right questions.  So you said things like these
23   are smooth, healthy looking arteries.  Again, that
24   indicates what to you, what's not there?  If he was
25   atherosclerotic and had heart disease, what would those

                    DePace - Direct              2664

1    look like?  What would you expect to see?
2    A    If he was atherosclerotic and had heart disease
3    his HDL being low, from his blood pressure being up,
4    from stress, eating his arteries up, whatever the
5    etiology, you would see lumps and bumps and blockages.
6    I will show you a picture of another patient after this
7    to compare it with this, if you keep a mental image of
8    this.  But this here is -- are pristine arteries.
9         Now, there was a question I read in the cath
10   report whether there was some narrowing here or not,
11   and then the doctor said there wasn't when he look at
12   it.  It looks pretty big to me.  There is definitely
13   not plaque in here, whether it is a little 20 percent
14   coming down or not, which is minimal, it's not really
15   what you call a luminal bump or anything.
                    Page 178

---

09 - 092905 - DePace.txt

16        Q    Okay.  Hold on.  Luminal bumps and stuff like
17   that.  The narrowing you are talking about here, you
18   are talking about Dr. Wetherly's report?
19   A    Yes.  He mention that there might be a little bit
20   of encroachment here, then he retracted it, but if you
21   look at it, it's pretty smooth.
22        Q    Let's say he's wrong, and there was a 20
23   percent narrowing here.  Is that atherosclerotic?
24   A    No.  It could be just anatomical, congenital
25   anatomical, that's the way his artery came out.  That

                    DePace - Direct              2665

1    doesn't mean there is a plaque because there is no
2    plaque in here.
3         Q    Okay.  All right.  Now --
4    A    Visible plaque.
5         Q    So -- and you use the word to refer to these
6    as pristine, and I know I'm spending a lot of time on
7    that, but I want to make sure you have had an
8    opportunity to look through these, these to you as a
9    cardiologist and an echocardiographer this is what you
10   call healthy vessels, is that what you are saying?
11   A    Yes.  Now, I looked at this just recently with the
12   head of the angiography at Hahnemann, Dr. Professor
                    Page 179

---

09 - 092905 - DePace.txt

13   Goldberg, who is a catheterization doctor, and he
14   confirmed that they, indeed, are large.
15             MS. SULLIVAN:  Your Honor, I'm going to
16   object to hearsay.
17             MR. SEEGER:  To the extent he is an expert
18   and relies upon consult?  No, Your Honor?
19             THE COURT:  You can't bring in what another
20   doctor said or told him.  The jury should just -- you
21   can consider what this doctor's opinion is but not what
22   he's --
23   BY MR. SEEGER:
24        Q    Give us your opinion.
25   A    My opinion is they are large arteries and they are

                    DePace - Direct              2666

1    smooth, and they're free of any lumps or bumps or
2    visible plaque.  Visible plaque.
3         Q    Healthy looking heart -- except for the --
4    you know, the blockage there.
5    A    Well, we still have the look at the right artery.
6         Q    Let's do that.
7    A    We will look at that.  We will look at one more
8    x-ray of the left side just to reconfirm this, which
9    will be slide seven, then we will look at the right
                    Page 180

09 - 092905 - DePace.txt

10  artery before we say it's a healthy heart artery
11  system. Again, go a little bit more. Stop. Again,
12  here is that big marginal.
13      Q   This is -- wait, let's just pause. This is
14  another view, a slightly different view?
15  A   Right. This is another view where the heart comes
16  like this, the tip of the heart is coming out like
17  this.
18      Q   So we're seeing even more vessels --
19  A   I'm sorry. Tip of the heart is coming out like
20  this. Here's the bottom of the heart. You see the
21  bottom of the heart here?
22      Q   Where is the blockage?
23  A   The blockage is here again, cut off by a clot and
24  there is no blood feeding the bottom of this heart
25  here.

                    DePace - Direct          2667

1       Q   Okay.
2   A   And this is the back bottom of the heart.
3       Q   Okay.
4   A   Because it's going behind the heart. Okay. So we
5   have seen the left side of the heart. You have asked
6   me now are the coronary arteries normal outside of this
                        Page 181

09 - 092905 - DePace.txt

7   heart attack, we have to look at the one other
8   remaining coronary artery, the right coronary artery,
9   the one that goes to the right side of the heart.
10      Q   Okay. Speak a little slower.
11  A   And that would be the next frame. Okay. Stop.
12      Q   Right there.
13  A   This -- you want to go back a little bit more, I
14  think we went to fast.
15      Q   Just start it over again. They are very
16  short.
17  A   Okay. Good. Stop. Here is the right coronary
18  artery, again very, very big, very smooth. It's a
19  beautiful artery, comes down, and it gives off an
20  artery here, posterior descending and a posterior
21  ventricular branch. Let me just talk about this branch
22  here. This branch is going in the similar distribution
23  as the artery from the left circumflex.
24      Q   Words like "going in a similar distribution,"
25  just talk to me or to the jury, none of us are

                    DePace - Direct          2668

1   cardiologists, and what do you mean by similar
2   distribution, providing blood?
3   A   This is blood supply going to the bottom of the
                        Page 182

09 - 092905 - DePace.txt

4   heart and the back of the heart, also. Posterior
5   ventricular part of the heart. It's not as big as
6   suggested by the other one, and this one is bringing
7   some blood down there, also. So the right coronary
8   artery is completely normal. Now I can answer your
9   question. Does this patient, short of the heart
10  attack, have pristine looking coronary arteries? Yes.
11      Q   Okay. Now, let's back up and talk about what
12  we were talking about earlier, and then we will show
13  the jury the picture of the unhealthy heart. But we
14  talked about stress. Chronic stress over the years, if
15  it were having an impact on somebody's cardiac health
16  what would you expect to see in a picture like this?
17  A   Again, I'm in dispute with this with a lot of
18  authorities, a lot of authorities do not believe stress
19  causes plaque in heart. I do. But whether you believe
20  me or them, that stress can contribute to chronic
21  atherosclerosis, there really aren't any lumps and
22  bumps here anywhere. So if he had a lot of stress, I
23  don't see what it's doing to his heart.
24      Q   Okay. And what about -- what about
25  cholesterol, you said that -- the fact that his HDL was

                    DePace - Direct          2669
                        Page 183

09 - 092905 - DePace.txt

1   a little bit low, all right, so what would you expect
2   to see here if that were an issue?
3   A   If that was an issue, longstanding, you would see
4   more -- you would see plaque, additional plaque
5   abnormalities, atherosclerosis, which you are not
6   seeing.
7       Q   Now, with regard to measuring somebody's, you
8   know, if they have got atherosclerosis and things like
9   that, what's a better test? Is it to draw blood and
10  check cholesterol --
11  A   No.
12      Q   -- or to do this test?
13  A   No. There is a better test than this. There is a
14  test where you could go in the leg and into these
15  arteries with an ultrasound called intravascular
16  ultrasound and actually look at the plaque with an
17  ultrasound inside the artery. It's real high
18  technology. And there you will see microscopic plaque,
19  small plaque. He has little plaque throughout this
20  artery. He's 56 years old. He has to. It's
21  impossible he doesn't. Anyone who is lucky enough to
22  make half a century, including myself, is going to have
23  plaque in here. So he has got plaque in his arteries.
24  He doesn't have visible, gross, significant plaque.
25  That's what it is.

                        Page 184

09 - 092905 - DePace.txt

DePace - Direct                    2670

1     Q    But you on -- now, my question was this,
2  though:  with regard to determining what's the best
3  test to see if somebody has atherosclerosis?  Is it to
4  take blood tests that measure cholesterol or is this
5  particular test the better test?
6  A    This is the gold standard --
7     Q    Okay.
8  A    -- for seeing if someone has noticeable
9  atherosclerosis to the point where you have to start
10 getting worried.
11    Q    Okay.
12 A    It is called the cardio cath.  This is the gold
13 standard for that.
14    Q    You are looking at his heart from the inside
15 out, right?
16 A    Yes.
17    Q    You have injected dye?
18 A    Yes.
19    Q    Not you, but Dr. Wetherly has.  Okay.  All
20 right.  Now, Dr. DePace, there is a photograph that you
21 wanted me to show the jury from this book, and we can
22 go ahead and put the lights back on.  I will put it
23 under -- I will have Ben put it under the Elmo.  These
                    Page 185

---

09 - 092905 - DePace.txt

24 two pictures here?
25 A    Please.

DePace - Direct                    2671

1     Q    Could you make that so we can see them?
2         MR. WEISS:  Sure.
3  BY MR. SEEGER:
4     Q    Just for the record, I just want to note that
5  we played clips 1, 7, 8 and 11 from -- I'm sorry, 1, 7
6  and 8 from Mr. Humeston's --
7  A    I want to play 11 after we show this.
8     Q    All right.
9         THE COURT:  Do you still want the lights out?
10        MR. SEEGER:  Is it better with them off?
11        THE WITNESS:  Yes, it's better with them off
12 yes.  This is a picture of an angiogram out of
13 Braunwald's textbook, just for -- to give you a frame
14 of reference of what lumps and bumps and plaque looks
15 like when it becomes grossly abnormal.  Here is a main
16 narrowing in one of the arteries.  Here is more
17 narrowing.  Here is more narrowing in here.  Here is
18 more narrowing here.  Here is narrowing in here.  The
19 lumpy, bumpy.  If you look at it, you could see the --
20 there is bumps and lumps in these arteries, and there
                    Page 186

---

09 - 092905 - DePace.txt

21 is actual discrete areas of stenosis.
22 BY MR. SEEGER:
23    Q    What is stenosis?
24 A    Narrowings, narrowings.  That's a narrowing is
25 stenosis.

DePace - Direct                    2672

1     Q    So where that arrow is --
2  A    Right there, you see that?  That is another
3  narrowing is stenosis.  Here is another one.
4     Q    It looks choppy, is that what we are seeing?
5  A    It's actually bit into.  It's bit into.  You see
6  that?  It's -- both sides here.  Here is normal vessel,
7  normal vessel, and it's bit into.
8     Q    Okay.
9  A    Same thing here.
10    Q    Right.
11    Q    There is narrowing, this is much more narrow than
12 this and this.  You look at the top and bottom of a
13 reference to give you an idea what abnormal arteries
14 look like.  Then you see these arteries are not going
15 to be as big as his arteries are.
16    Q    Do you see any of that in Mike Humeston's
17 angiogram?
                    Page 187

---

09 - 092905 - DePace.txt

18 A    No.
19    Q    Okay.
20 A    No.
21    Q    All right.
22 A    I would like to show 11 from here to show the
23 damage.
24    Q    Okay.  This will show the damage to the
25 heart?

DePace - Direct                    2673

1  A    Right.  We haven't seen the heart attack up to
2  now.  Now we are going to see the heart attack.  Okay.
3  Play it through and then we will go back and play it
4  again.  This is his heart muscle on the side.  I want
5  you to concentrate on this area here.  We will play it
6  again.  This area here hangs up.  It doesn't move.  The
7  bottom of the heart doesn't move in here.  And this is
8  the moderate posterior inferior area of the heart that
9  his catheter -- Mr. Humeston's catheterization doctor
10 described in the angiogram has a modest defect.
11    Q    Okay.
12 A    Defect meaning the heart attack zone, and if you
13 can remember back to that artery that was blocked,
14 around here, it caused this muscle to not move.  And
                    Page 188

09 - 092905 - DePace.txt

15    this muscle died.
16    A    Okay.  And that's the -- that's the heart
17    attack?
18    A    The heart attack.
19    Q    Do you want to do it one more time?  Run it
20    one more time.
21    A    Right there, right in here, see the thing bulging
22    out?  Right there, that area bulging out right in here,
23    the bottom the heart.
24    Q    That muscle is not moving, you are saying?
25    A    No, it's dead.


                    DePace - Direct                2674

1     Q    Okay.  All right.  And just go for the record
2     that was clip 11 from the angiogram.  All right,
3     Doctor.  You can -- put it away.
4          So, Doctor, let's go back to the chart for a
5     second.  Finish this up.  With regard to cholesterol,
6     or lipids, we saw the blood readings, those were all
7     normal, correct?
8     A    Yes.
9          Q    And we just saw the angiogram for the date of
10    his heart attack.  Would you cross that off or would
11    you leave that on?  It says lipids --
                    Page 189

09 - 092905 - DePace.txt

12    A    Could you repeat that?
13         Q    It says lipids HDL, would you leave that on
14    the list or we would cross this off?
15    A    The HDL is low, that is a risk factor.
16         Q    So we would leave this on?
17    A    Yes.
18         Q    And stress, cross off or leave on?
19    A    I always cross it off from my evaluation of him.
20    My medical evaluation.
21         Q    Okay.  So you did that in your own
22    independent evaluation of Mike Humeston?
23    A    Yes.
24         Q    Okay.  Now, actually, I should bring this
25    back and add one more thing to the list because I think


                    DePace - Direct                2675

1     something might be missing.  Are you aware of what
2     medications Mike Humeston was on during the time of his
3     heart attack?
4     A    He was not on cardiac medicines.  He was on
5     analgesics.
6          Q    Right.  Painkillers.
7     A    Painkillers.
8          Q    And there was a particular painkiller that's
                    Page 190

09 - 092905 - DePace.txt

9     the subject of this lawsuit, are you aware that he was
10    on VIOXX?
11    A    VIOXX, yes.
12         Q    Now, how do you know he was on VIOXX?
13    A    Prescription records, medical records, patient
14    testimony, direct information imparted to me by
15    patient.
16         Q    And did -- part of the records you examined
17    are the hospital records?
18    A    Yes.
19         Q    Date of his admission?
20    A    That's correct.
21         Q    And histories are taken in the emergency room
22    when people come in?
23    A    Yes.
24         Q    And they are asked what medications they are
25    on?


                    DePace - Direct                2676

1     A    That's correct.
2          Q    Okay.  Now, with regard to risk factors for
3     heart attack, would you add VIOXX to this list?
4     A    I would add VIOXX to that list as a risk factor
5     and a triggering factor.
                    Page 191

09 - 092905 - DePace.txt

6          Q    Risk factor and triggering factor?
7     A    That is correct.
8          Q    Okay.  So let's discuss that.  Explain what
9     you mean by VIOXX as a risk factor.
10    A    That VIOXX increases the risk of a heart attack
11    above baseline by a certain factor.
12         Q    "Above baseline," what do you mean?
13    A    If unity of 1.0 is your risk of a heart attack it
14    may increase it by a number above 1.0.
15         Q    And what do you mean by a triggering factor?
16    A    Triggering factor is the actual precipitating
17    cause of this process where the plaque becomes unstable
18    and the clot forms.  That is the mechanism on almost
19    all heart attacks.  Some plaque instability and the
20    thrombus.  The thrombus is usually a prerequisite, some
21    thrombus formation.  And triggering factor means that
22    it could be short or subacute in onset.
23         Q    Subacute, what do you mean by "subacute"?
24    A    Let me explain.  If you have high blood pressure
25    for two weeks you are not going get a heart attack.  If


                    DePace - Direct                2677

1     you have high cholesterol for two weeks you are not
2     going to have a heart attack.  If you have diabetes for
                    Page 192

09 - 092905 - DePace.txt

3   two weeks you are not going to have a heart attack.
4   You need to have these problems for many, many,
5   years, to build up the plaque and at least predispose
6   you to a heart attack.  But if you go out and shovel
7   snow in the cold you trigger a heart attack
8   immediately.  Somebody takes cocaine they trigger a
9   heart attack immediately.  If somebody gets a bad viral
10  illness, somebody has a GI bleed, somebody has surgery,
11  stress on the heart, they have a heart attack.  That's
12  a trigger.
13        Q    So VIOXX, you are saying, is a triggering
14  event like that?
15  A    Right.  You only have to take VIOXX a short period
16  of time.  It's a trigger.  If it was a risk factor you
17  would have to take it long, long, long just to get
18  atherosclerosis.
19        Q    Now, with regard to Mike Humeston, did you
20  do -- I asked you maybe too early in the examination
21  about a differential diagnosis.  Would now be a good
22  time to talk about whether you did that with regard to
23  Mr. Humeston?
24  A    Yes.
25        Q    All right.  So what is a differential

Page 193

---

09 - 092905 - DePace.txt
DePace - Direct                          2678

1   diagnosis that not just you do, but cardiologists
2   generally do?
3   A    When somebody has a heart attack, you go to a
4   differential diagnosis and try and find out what could
5   have triggered or precipitated it.  And you go through
6   a whole list of things that are known that are
7   identifiable.
8        Q    Right.  Okay.  I'm just slowing you down a
9   little bit because you are speeding.  You sound like a
10  New Yorker.  So --
11  A    I'm not.  I'm from North Jersey.
12        Q    I know.  I know.  Go ahead and let's continue
13  going on, Dr. DePace?
14  A    You look at factors that could have triggered it.
15  Did he have a violent altercation with somebody.
16        Q    Okay.  Um-hum.  You mean a fist fight?
17  A    Fist fight or a verbal argument.
18        Q    Okay.
19  A    And within an hour or two, or three, he had a
20  heart attack commence.  Was he doing physical activity,
21  climbing up poles, lifting heavy objects, unloading a
22  truck, shoveling snow?  Was he playing the single
23  tennis, or double tennis if they are not in good shape
24  and he has the heart attack.
25        Q    Do you look at all those risk factors we
Page 194

---

09 - 092905 - DePace.txt

DePace - Direct                          2679

1   talked about?
2   A    The risk factors are to give you an idea if he has
3   underlying plaque or not.  Because the risk factors
4   takes years and years to build plaque up.  I'm looking
5   at the differential, what caused this thing to happen
6   acutely.  Why did this artery decide to close off?
7        Q    Right.  And did you come up with an opinion
8   as to what caused it?
9   A    By excluding everything, drugs, marijuana,
10  cocaine, heavy alcohol, toxins, smoke, physical
11  activity, overexertion, stress of the magnitude to
12  precipitate this, which I can't identify in this
13  history, I see the fact that here is a patient, who
14  took VIOXX with known -- with known association and
15  causology with heart attacks was taking it, took a
16  double dose of it a few hours prior and he thromboses
17  off an artery.
18        Q    Let me back you up.  With known causality,
19  meaning what with regard to VIOXX, what does that mean?
20  A    Cause heart attack.
21        Q    Okay.  And how do you know that?
22  A    I can just look at the abundance of literature
Page 195

---

09 - 092905 - DePace.txt
23  that's been published by leading experts that I rely on
24  from Harvard, Vanderbilt, University of Pennsylvania,
25  all top-notch -- McGill, Scotland, all top-notch --

DePace - Direct                          2680

1   Sweden, I mean, all top-notch places internationally.
2   These articles in peer review they tell me, they give
3   me the message that there is heart attack risk with the
4   agent, and the fact this patient was taking
5   nonsteroidals, many nonsteroidals, never had a heart
6   attack, why now?
7        Q    You mean other painkillers when you say
8   "nonsteroidals"?
9   A    Yes.  Yes.  Ultram is not a nonsteroidal, but
10  that's a painkiller and nonsteroidals, none of these --
11        Q    Let's talk about Ultram.  In fact,
12  Mr. Humeston was on Ultram, is that associated with
13  heart attacks?
14  A    No, not at all.
15        Q    Do you prescribe in your practice
16  painkillers?
17  A    Yes.
18        Q    Do you prescribe what we have heard in the
19  trial, traditional nonsteroidal anti-inflammatory drugs
Page 196

09 - 092905 - DePace.txt

20  like Naproxen and --

21  A    For short term use I do.

22     Q    Okay.  And do you -- do you have a lot of

23  familiarity with these drugs?

24  A    Yes.

25     Q    And as a cardiologist, with regard to what

                DePace - Direct              2681

1  Mike Humeston was on that day, you saw from his medical

2  chart, Ultram, VIOXX and he took aspirin with a heart

3  attack, would you associate Ultram as being a

4  triggering factor or a risk factor for the heart

5  attack?

6  A    No.

7     Q    And you said --

8  A    There is no association.

9     Q    You would for VIOXX you said, right?

10  A    Yes.

11     Q    Now, you were talking about known causality

12  and how you learned about VIOXX.  You are a real world

13  cardiologist, you treat patients, right?

14  A    Right.

15     Q    How do you find out, you know, where do you

16  go to get information about drugs for, you know, risks

                     Page 197

17  as well as benefits.  I think you were discussing it.

18  A    Several sources.  The PDR.

19     Q    That's the label.

20  A    The pharmaceutical representatives that come in

21  and the pharmaceutical company.  The internet with

22  services that are provided where you could type them in

23  and look at them.  And articles that are published in

24  peer review that come from respected centers of

25  excellence.

                DePace - Direct              2682

1     Q    Now, did you, in fact, you said, I think you

2  said -- I think you said literature from the

3  pharmaceutical company?

4  A    Not just literature, but the representatives come

5  in and they educate us.

6     Q    Right.  Did you have sales reps from -- that

7  work for Merck come and talk to you about VIOXX?

8  A    Not only sales reps, but I had -- they brought

9  doctors in, rheumatologists came, one came from the

10  Hopkins area, an African American fellow came in and

11  spoke to me.

12     Q    Do you remember that doctor's name?

13  A    No, but if I saw it I would.

                     Page 198

14     Q    Now let me ask you this:  During the time of

15  Mike Humeston's heart attack in -- well, Mike is first

16  prescribed VIOXX in May of 2001, you are aware of that,

17  right?

18  A    Right.

19     Q    And he has his heart attack in September of

20  2001, correct?

21  A    Yes.

22     Q    Did anybody come into your office from Merck

23  or anywhere else and tell you that VIOXX was associated

24  with causing heart attacks?

25  A    No.

                DePace - Direct              2683

1     Q    Was that information available to Dr. Lewer

2  in your opinion in the available literature that was

3  out there?

4  A    No.

5     Q    Did you know about it?  You are a

6  cardiologist.

7  A    In 2001?

8     Q    Yeah.

9  A    No.

10     Q    Now, let's go back to VIOXX and your

                     Page 199

11  differential diagnosis.  So you looked at Mike

12  Humeston's -- all his information, and you looked at

13  all the events in his life including stress and VIOXX,

14  and what opinion did you reach with regard to the cause

15  of his heart attack?

16  A    It was my opinion that the VIOXX was a

17  substantially contributing factor to this triggering,

18  this precipitation, of this thrombotic mechanism for

19  his heart attack, this myocardial infarction, which I

20  have just showed you.

21     Q    The thrombotic mechanism is another way of

22  saying clotting?

23  A    Yes.

24     Q    Causing a clot?

25  A    The whole process of a heart attack is a plaque

                DePace - Direct              2684

1  with thrombus on top of it, a small plaque it could be.

2     Q    Now, these opinions you give us with regard

3  to this, Doctor, do you hold these opinions to a

4  reasonable degree of medical probability?

5  A    I do.

6     Q    All right.  Now, let's talk a little bit

7  about the condition of Mike Humeston's heart after the

                     Page 200

09 - 092905 - DePace.txt

8   heart attack.  There have been a lot of terms that have
9   gone around, you know, in the last couple of weeks in
10  this trial.  I think the jury has heard the term
11  cardiac remodeling.  What is that?  What's cardiac
12  remodeling and how does that relate to a heart attack?
13  A   Cardiac remodeling is a term in which we -- we use
14  to describe how the heart will abnormally enlarge and
15  change its shape after its been insulted in general.
16      Q   Okay.  Now, pause there for a second.  Now,
17  let's just take a second and look at the type of heart
18  attack that Mike Humeston had.
19          There are degrees of severity, correct,
20  Doctor?
21  A   Yes.
22      Q   Where would you rate with regard to mild,
23  moderate, severe, what type of heart attack would you
24  say Mike Humeston had?  Was it a minor heart attack?
25  A   No.

DePace - Direct                2685

1       Q   Where would you -- do you have an opinion as
2   to what type of heart attack he had in terms of damage?
3   A   The heart attack was described as moderate defect.
4   The word "moderate" was used by his own clinical

Page 201

---

09 - 092905 - DePace.txt

5   doctors that worked on him at the time he was having a
6   heart attack, in the catheterization report.  I
7   do not disagree with that.
8       Q   And, actually, if we could put the Elmo on,
9   Ben.  What I have here -- -- let's see if we can get
10  the whole thing in view or as much of the top.  There
11  you go.
12          And the report, can you see that on your
13  screen, Dr. DePace?  You have a monitor in front of
14  you?
15  A   Yes, yes.
16      Q   And this is the angio -- the report that was
17  done by Dr. Wetherly on the date of Mike Humeston's
18  heart attack?
19  A   That's correct.
20      Q   And this is the doctor who actually did the
21  angiogram we just looked at, those pictures, right?
22  A   Yes.
23      Q   And I believe the language that you are
24  referring to is right there, where it says there was --
25  what is that word?

DePace - Direct                2686

1   A   Inferior posterior, which is that location that I

Page 202

---

09 - 092905 - DePace.txt

2   described on the bottom of the heart attack.
3       Q   You were telling the jury before in an area
4   with regard to wall motion you were saying it wasn't
5   bulging, it wasn't moving, is that what you were
6   talking about, that area?
7   A   That's correct.
8       Q   Okay.  And what does that mean to you, there
9   was an inferior posterior wall motion defect of modest
10  size?
11  A   That means its wasn't small and it wasn't large.
12  It was in between.  The heart attack size.
13      Q   Moderate size heart attack, is that fair
14  enough to call it that?
15  A   Modest would be synonymous with moderate, yes.
16      Q   Okay.  Good.  Now, you were talking about --
17  and apologize for interrupting.  You were talking about
18  cardiac remodeling.  This is what happens, this is the
19  concern of cardiologists of what happens after there is
20  a heart attack, correct?
21  A   That's correct.
22      Q   Is remodeling a good thing or a bad thing?
23  A   Initially it's a good thing because the heart will
24  enlarge to keep up with the amount of blood it has to
25  pump out.  But then it becomes a bad thing if it

Page 203

---

09 - 092905 - DePace.txt

DePace - Direct                2687

1   enlarges too much, it can start failing, and the person
2   can go into heart failure over a period of months or
3   years.
4       Q   Okay.  And that's what we are going to
5   continue to talk about.  Now, this remodeling thing,
6   this isn't just Dr. DePace's theory.  Could you find
7   information about that in those textbooks you brought?
8   A   Yes.  Would you want to show it on the screen?
9       Q   Sure, let's take a look.  You knew that was
10  going to happen.  I'm just happy it fell that way
11  instead of on you.
12  A   This is Ventricular Remodeling versus expansion
13  and dilatation.  I want to show this title and down
14  here.
15          MR. WEISS:  Okay.
16  BY MR. SEEGER:
17      Q   I heard you say to Ben you wanted to show the
18  title, Ventricular Remodeling, is that what you are
19  referring to?
20  A   Right.  It says here, As a consequence of
21  myocardial infarction, which is heart attack, the
22  changes in left ventricular size, that's the heart
23  size, the shape, and the thickness involving both the
24  infarcted, which is the heart attack area, and the

Page 204

09 - 092905 - DePace.txt

25   noninfarcted, which is the nonheart attack segments of

DePace - Direct                    2688

1   the ventricle described above occur are collectively
2   referred to as ventricular remodeling, the term.
3       Q   Okay.
4   A   Now, there is a word here --
5       Q   Wait.  Before you go on to that you have to
6   tell us what that means.
7   A   That means that the heart, which is elliptical in
8   shape, can change its size and become spherical and
9   globular as it enlarges because two things happen.  The
10  infarcted area, the heart attack area, undergoes some
11  expansion, which means it stretches.
12      Q   The infarcted area is the damaged muscle?
13  A   It gets thin and it stretches, the infarcted area.
14  And then if you go down one more notch, go down, go
15  down, go down.  Bottom of the page.  The ventricle
16  starts to dilate as a result of the normal heart muscle
17  overcompensating and getting bigger.
18      Q   Okay.
19  A   Let's read that sentence about how the normal
20  parts of the heart, the parts that weren't heart
21  attacked out, enlarge.  Although infarct expansion
Page 205

09 - 092905 - DePace.txt

22  plays an important role in the ventricular remodeling
23  that occurs early following the myocardial infarction,
24  remodeling is also caused by dilatation, which means
25  enlargement, of the viable portion.  Viable means the

DePace - Direct                    2689

1   muscle that's alive, the muscle that didn't get heart
2   attacked out.
3       Q   So can we pause then and we can go back to
4   the language.  Ben, move it up so we can get it nice
5   and high.  Let's talk about that.  So you have got
6   damaged infarct muscle, which is damaged or dead,
7   correct?
8   A   Um-hum.
9       Q   And you have got healthy muscle remaining in
10  the heart.
11  A   Right.
12      Q   What's the interaction between the two of
13  those things, the infarct and the healthy, explain that
14  to the jury.
15  A   The infarct muscle stretches out and thins, scars
16  up, thins and the rest of the heart that's healthy
17  enlarges so it could keep pumping the blood out.  So
18  the healthy muscle enlarges and heart gets ballooning
Page 206

09 - 092905 - DePace.txt

19  out and dilates, and the infarct area stretches out.
20      Q   Is a way to say this is that the muscle that
21  is healthy is trying to figure out a way to keep the
22  heart functioning?
23  A   Perfect.
24      Q   You accept that?
25  A   We will show a heart model and we will reiterate

DePace - Direct                    2690

1   all this.  We are going to go over the jargon.  The
2   heart model will be in laymen's term, and I will show
3   the heart model.  The last sentence says --
4       Q   And book you are reading from, Braunwald,
5   this is a treatise that cardiologists use, right?
6   A   Yes.  Yes.
7       Q   Okay.
8   A   The viable portion which is the live part of the
9   heart, the good muscle of the ventricle, commencing
10  immediately following the acute myocardial infarction,
11  and progressing for months, that's an S at the end of
12  months or years, that's an S at the end of years
13  thereafter.
14      Q   What does that mean?  That means it doesn't
15  have to happen immediately, it can happen months or
Page 207

09 - 092905 - DePace.txt

16  years later?
17  A   That's right.  The expansion above can happen
18  immediately.  The part above where it thins starts
19  happening immediately in the first 30, 60 days, but the
20  dilatation could happen in months and progress and
21  happen in years.  And he puts the word years because we
22  know as clinical cardiologists we see that as
23  clinically relevant.
24      Q   But explain to the jury so they understand
25  what that means when you say months or years, what's

DePace - Direct                    2691

1   the significance of that?
2   A   The significance of that is you can't say if the
3   heart is not enlarged after six months, it's not going
4   to get big after a year or even more than a year.
5       Q   Okay.
6   A   In other words, it's working so hard it starts
7   dilating, and if I can show the heart model I could
8   repeat everything with a visual that maybe might
9   clarify.
10      Q   Is that the one?
11  A   Yeah, yeah.
12      Q   Come on down.  You can explain to jury.  I
Page 208

09 - 092905 - DePace.txt

13  can hold it for you actually?
14  A    That would be real helpful.
15        There is a normal heart.  Here is the left
16  ventricle we are talking about.  Eventually, this
17  doesn't show a heart attack.  This is a different
18  thing, but it's still remodeling mechanism.  Heart
19  muscle that is healthy will get thick.  And that's what
20  happens to the normal heart.  At first it thickens, and
21  then it enlarges.
22    Q    Okay.  Hold on.  Let's have the jury have an
23  opportunity to take a look at that.
24    A    It is enlarged.  Look at the cavity.  The cavity
25  is nice and small here, and now down the line it gets

DePace - Direct                    2692

1  wider and gets wider, and it just gets bigger, the
2  heart, it gets bigger because the heart muscle first
3  got thicker and then it starts dilating to keep the
4  cardio output working.
5    Q    Okay.  Now, is this a bad development for
6  somebody?
7  A    If it goes too far and dilates too much then it
8  becomes bad.  And when we look at the echoes I will
9  show you when it got bad in him.

Page 209

09 - 092905 - DePace.txt

10    Q    Okay.  Why don't we turn to the echoes.  In
11  fact, after Mr. Humeston's heart attack, there were
12  several, several echocardiograms done by Dr. Sim,
13  correct?
14  A    Yes.
15    Q    You saw those in the records, right?
16  A    Yes.  There was a heart attack done the month
17  after his heart attack.
18    Q    Right.
19  A    There was one done a year.
20    Q    Okay.
21  A    Two years, three years.  And then three years and
22  seven months, and then one close to five years, so
23  there are five echocardiograms done.
24    Q    Let's see if we can pull up and we can go
25  through these, you know, and get an understanding of

DePace - Direct                    2693

1  them.
2        Ben, I want the one from September 26th,
3  2001.
4        And this is a matter of days after his heart
5  attack, correct?
6  A    Roughly a month.

Page 210

09 - 092905 - DePace.txt

7    Q    Okay.  And you see the date right up here at
8  the top, 9-26-01.
9        And, Ben, if you could blow up right -- from
10  physical examination on down to here.  All the way
11  down.  Right there.
12        All right.  Doctor, what does this say, what
13  does this tell you about Mr. Humeston's heart about a
14  week or so after the heart attack?
15  A    Could you point to the area in question that you
16  are asking me or do you want me to summarize?
17    Q    Yeah, just summarize it, yeah.
18  A    This says that he had an inferolateral myocardial
19  infarction, which inferoposterior we'll use
20  simultaneously, you may see both words, or you may just
21  see inferior.  It's just describing the bottom of the
22  heart towards the bottom and the side of the heart, which
23  I showed you on the angiogram.
24    Q    And I showed you -- I'm showing you the wrong
25  record.  I just realized that's not a description of an

DePace - Direct                    2694

1  echocardiogram?
2  A    No, that's a progress note.
3    Q    Tell us a quick summary of what the progress

Page 211

09 - 092905 - DePace.txt

4  note is?
5  A    Basically this tells you he had this heart attack.
6  His cardiogram did not make a Q wave, which just is an
7  electrical phenomenon.  We don't have to go into that.
8  That his coronary catheterization showed a distal
9  occlusion, which means cut off by a thrombus --
10    Q    We looked at that.
11  A    -- of the distal, the last marginal branch, which
12  we looked at, I showed you.
13    Q    Okay.
14  A    With no other coronary atherosclerosis or stenosis
15  documented, which is what I also showed you.  There is
16  no lumps.  There is no bumps.  There is no blockages or
17  stenoses outside of the clotted-off artery where the
18  heart attack occurred.
19    Q    And based upon your own review of these
20  records and the angiography, you agree with Dr. Sim on
21  this, with no other coronary atherosclerosis or
22  stenosis documented?
23  A    Right.
24    Q    Okay.
25  A    We see the history of allergy to codeine.  He

DePace - Direct                    2695

Page 212

09 - 092905 - DePace.txt

1  describes his obesity as being moderate.  Again,
2  looking at the body surface area and all it looks more
3  mild to me.  But that's a matter of just
4  subjectivity.  History ever hiatal hernia and history
5  of multiple prior shrapnel wounds, which is about his
6  war injury.
7      Q    Now, you mentioned obesity.  Mike Humeston is
8  about 6'1".  You have him at 72 inches, but he has
9  records that show him from 6' to 6'1".  Do you see his
10  weight there?
11  A    212.
12      Q    212.  Would you consider that any cause of
13  concern?  This is a week after his heart attack, right?
14  Approximately?
15  A    (Nods head.)
16      Q    Any case for concern with that weight and
17  height?
18  A    No.  He is typical American that's got the 15 to
19  20 pounds he has got to get off.  He is not morbid
20  obese or -- at that height and weight.
21      Q    Okay.  And let's see.  Blood pressure reading
22  here somewhere?  Oh, there is a blood pressure reading.
23  Do you like that blood pressure reading?
24  A    Yes.
25      Q    Okay.  Week after his heart attack, 110 over

Page 213

---

09 - 092905 - DePace.txt

DePace - Direct                    2696

1  70, that's better than what most doctors consider
2  normal, correct?
3  A    Yes.
4      Q    Okay.  Now, to be fair, he is on medication
5  at this point, probably, right?
6  A    Right.
7      Q    You would expect that, wouldn't you, after a
8  heart attack?
9  A    That's correct.
10      Q    I mean, is it standard if somebody has a
11  heart attack, whether they have high blood pressure or
12  not, to be on the type of medication that would
13  actually keep that blood pressure down?
14  A    Right.  The medicine to treat post heart attack
15  syndromes can concomitantly lower blood pressure even
16  if it's not necessary to lower the blood pressure.
17      Q    Why do you do that?  Is that standard of
18  care?
19  A    Yes.
20      Q    Why do you do that with heart attack
21  patients?
22  A    Because there is -- there is evidence based on
23  medicine that these medications will prevent another

Page 214

---

09 - 092905 - DePace.txt

24  heart attack or another cardiac problem.
25      Q    So you do that to be careful?

DePace - Direct                    2697

1  A    More than just to be careful, to prophylax against
2  a recurrent event because once you have one heart
3  attack, you could have another heart attack.
4      Q    Or, in fact, once you have a heart attack
5  what other type of heart problems are you at risk for,
6  is congestive heart failure a possibility?
7  A    Heart failure and ventricular arrhythmias.
8      Q    Okay.  And a heart attack, an initial heart
9  attack in someone's life could precipitate those events
10  later on, correct?
11  A    Yes.  Absolutely.
12      Q    Okay.  Let's go now to the record I meant to
13  show you, which is October 24th, 2001.  And I do
14  believe here, if Ben blows up this section right here,
15  you'll have actually from physical examination right on
16  down.
17          All right.  And he talks about the
18  echocardiography that was done on that date, right,
19  Doctor?
20  A    Yes.  Echogram today.

Page 215

---

09 - 092905 - DePace.txt

21      Q    Okay.  Tell us what that says.
22  A    That says that he has mild wall motion
23  abnormality, contraction abnormality of the inferior
24  wall noted and an ejection fraction of 81 percent which
25  is super normal.

DePace - Direct                    2698

1      Q    Now, tell us, just tell the jury, you know,
2  what all this is.  You know, LV chamber size, what is
3  mild hypokinesis, what is ejection fraction, could you
4  tell the jury what each of those things mean?
5  A    The ejection fraction --
6      Q    Give us a -- in the heart?
7  A    The ejection fraction was listed as 59 percent on
8  his heart attack catheterization.  Now it's 81 percent,
9  which means the heart is working harder in another
10  area, obviously, because he has one area that's
11  sluggish, this hypokinesia of the inferior wall that he
12  is calling it.  When we look at the films we could
13  actually go into more detail.
14      Q    Okay.  But at this point in time, about what
15  is this now, we are a month or so after his heart
16  attack, the heart is looking pretty good at this point,
17  wouldn't you say or no?

Page 216

09 - 092905 - DePace.txt

18   A   Well, the heart globally looks good.  We will look
19   at the segmental analysis like I would as a board
20   certified echocardiographer we'll go into more detail,
21   but globally it looks good, and, in fact, he has
22   trivial mitral regurgitation, which means hardly any
23   leaking of his mitral valve now.
24        Q   I'm actually glad you brought that up,
25   doctor.  We need to deal with that.  Mr. Humeston was

                    DePace - Direct              2699

 1   asked a lot of questions about whether he had a
 2   prolapsed mitral valve.  Do you see any evidence of a
 3   prolapsed mitral valve in Mr. Humeston?
 4   A   No.  He absolutely does not have a prolapse.  I
 5   will show you five echocardiograms, the diagnosis of
 6   prolapse is made echocardiographically.  It's not even
 7   close to him having a prolapse.  His doctors who read
 8   the echo do not call it a prolapse.  I do not even see
 9   anything remotely similar to a prolapse.
10        Q   Now, the jury was shown medical records from
11   1981 and 1987 where I believe there was some
12   speculation that there could be a prolapsed mitral
13   valve.  Have you seen those records?
14   A   Yes.
                    Page 217

15   Q   And you're still saying you rule out a
16   prolapsed mitral valve?
17   A   By the echogram you rule it out.  There was a
18   question of him having what they call a midsystolic
19   click when they listened to his heart with a
20   stethoscope.  And that's why that question of mitral
21   valve prolapse was raised.
22        Q   Okay.  Let me give you a hypothetical, okay?
23   Let's say you're wrong.  I don't think you are, but
24   let's say you're wrong and there was a prolapsed mitral
25   valve.  Would that have anything to do with his heart

                    DePace - Direct              2700

 1   attack?
 2   A   No.  There is no association between mitral valve
 3   prolapse and any of these heart attack syndromes, and
 4   I'm not wrong.  He doesn't have a prolapse.
 5        Q   I don't think you are wrong.
 6   A   No, he just doesn't have a prolapse
 7   echocardiographically.
 8        Q   Let's assume somebody came in here --
 9   A   And he has no leaking of his valve.
10        Q   Let's assume somebody came in here and said
11   you are wrong that he has prolapsed might valve.  I
                    Page 218

12   still want to be able to ask you the question, would
13   that have anything to do with his heart attack?
14   A   No.
15        Q   Okay.  Now, there is another echocardiogram,
16   I believe, that's done about a year later.  Right,
17   Doctor?
18   A   Oh, did you see that normal pulmonary pressure?
19   That's also important, the last part of that.
20        Q   No, I didn't.  Do you want that back up?
21   A   Yeah, just to look at that last sentence after the
22   mitral regurgitation.
23        Q   Why is that important?
24   A   And normal pulmonary artery pressure because that
25   is the pressure in the lungs, and I will show you two

                    DePace - Direct              2701

 1   years from now how that pressure goes up to a high
 2   level, the pressure in the lungs from the heart not
 3   working well, and it will be measured and estimated by
 4   the echocardiogram.
 5        Q   Doctor, actually, I think I better write
 6   these out because we have three or four records we have
 7   to go through.  We were just looking at -- we were just
 8   looking at a September '01 record showing an
                    Page 219

 9   echocardiogram, correct?  And, let's see, right here at
10   this point in time, it says, normal LV chamber.  That's
11   left ventricular chamber, right?  Right, Doctor?
12   A   Yes.
13        Q   And then it's got something called ejection
14   fraction, and what does it say for that?
15   A   81 percent.
16        Q   All right.  81 percent.  Now, with regard to
17   this test, is there anything else I should note so as
18   we look at records going later in time, we can make
19   comparisons and contrast to it?
20   A   That would be --
21        Q   How about mild hypokinesis?
22   A   Put that down mild hypokinesis of inferior wall so
23   we can just follow the serial trends of these things.
24        Q   I'm going to call it hypo K.  All right.
25            Now, let's go to -- oh, I was reading the

                    DePace - Direct              2702

 1   wrong one?
 2            MR. BUCHANAN:  That's October.
 3            MR. SEEGER:  Thank you,
 4            THE WITNESS:  A month after, yeah.
 5   BY MR. SEEGER:
                    Page 220

09 - 092905 - DePace.txt

6    Q    Well, I want to be accurate, so I don't make
7    any mistakes.  So we are talking October '01.  All
8    right.  Let's go to the next -- let's go to the next
9    echocardiogram, which I have as October 2nd, '02, and,
10   Ben, if you could put that up and let me move the board
11   so the jury can see.
12        Now, these are important examinations,
13   echocardiograms are very important with regard to the
14   condition of your heart, right, Doctor?
15   A    Crucial post heart attack.
16        Q    So we should take our time and go through
17   these make sure we get it right?
18   A    Very important.
19        Q    All right.  So this is October of '02, about
20   a year after the time we just -- of the results we just
21   looked at, right, Dr. DePace?
22   A    Yes.
23        Q    Let's blow up -- okay.  Tell us what Dr. Sim
24   sees when he reads this echocardiogram.
25   A    I'm going to comment on this briefly to give the

                    DePace - Direct              2703

1    jury a general idea that there is some worsening and
2    there is some more abnormalities, but when I show the
                    Page 221

09 - 092905 - DePace.txt

3    actual echoes, it will stick with them better visually
4    because show and tell is better than reading, but we
5    should read this --
6        Q    We will do a chart and go back?
7    A    And then we'll go back, and we will go in more
8    detail.
9        Q    Okay.  Let's do that.  Explain to jury what
10   you see here.  This is a year now --
11   A    A year later it says that the echocardiogram
12   demonstrates normal chamber size of the left ventricle.
13   So normal means the ventricle hasn't dilated yet.  The
14   ventricle wasn't dilated in a year's time.  With
15   moderate hypokinesis of the left ventricular apex,
16   which is a wall motion abnormality at the tip of the
17   heart.  The apex is right here.
18        Q    So what -- you are going to show this to the
19   jury when we look at it?
20   A    We will show it.
21        Q    What's happening with the muscle at the apex
22   of the heart?
23   A    It's getting to be affected here, and the apical
24   third of the interior wall, which is in here, and he
25   talks about the anterior septum, which you can't see,

                    Page 222

09 - 092905 - DePace.txt
                    DePace - Direct              2704

1    but it's on the inside of the heart.  And ejection
2    fraction has dropped from 81 to 72 percent.
3        Q    But now let's be correct.  72 percent is
4    still within the normal range?
5    A    That's correct.  And I will explain to the jury
6    that the ejection fractions are lower than these
7    numbers because these are calculated off of a formula
8    not taking into account heart attack areas.  But it's
9    still normal, even if it's -- even if I feel they are
10   being overestimated by a formula, it's still a normal
11   global, global ejection fraction.
12        Q    All right.  And just because I'm looking at
13   my board, what's the ejection fraction on this date?
14   A    72 percent.
15        Q    All right.  So still within normal, but we
16   see a reduction from 81 percent, October of '02, to 72
17   percent, right, Doctor?
18   A    That's correct.
19        Q    Okay.  And then what else, anything else we
20   should note here?  How about?
21   A    The right ventricle they describe as being
22   enlarged.  I will comment on that.  It says mild right
23   ventricular enlargement.  I will comment on that when I
24   show the pictures.
25        Q    Should I note this for the chart?
                    Page 223

09 - 092905 - DePace.txt

                    DePace - Direct              2705

1    A    Yes.  Put down mild right ventricular enlargement.
2        Q    Mild RV enlarged.  Okay.  And we also noted
3    moderate -- before it said mild hypokinesis, now
4    Dr. Sim notes moderate hypokinesis of the LV apex?
5    A    No.  He is talking about the right ventricular
6    apex.  You are talking about the severe hypokinesis of
7    the apical third of the right ventricle?  Oh, you're
8    talking above.  I'm sorry.  Yes, moderate hypokinesis
9    of the LV apex.
10        Q    All right.  So slow that down because that
11   was really fast?
12   A    That's actually a new description.  He didn't
13   describe the apex in the first echo, he described just
14   inferior wall.
15        Q    So moderate hypokinesis?
16   A    But I will address that when I show the pictures
17   to clarify all this.
18        Q    Okay.  All right.  So what I've got from
19   October '02 that I have noted and if I need anything
20   else tell me, normal left ventricular chamber, ejection
21   fraction is now down to 72 percent.  Mild RV
22   enlargement, right ventricular enlargement I put down,
                    Page 224

09 - 092905 - DePace.txt

23   is that accurate?
24   A   Yes.
25        Q    And I put down it was mild I now put down

                    DePace - Direct                    2706

1    moderate hypokinesis.
2    A   of the apex.
3         Q    Of the apex?
4    A   An apical third of the interior wall.  An apical
5    third of the inferior wall.
6         Q    Tell us what that means, and I will try to
7    write it?
8    A   Apex and the -- this part of the infer -- this is
9    the inferior wall, this part near the apex, which is
10   what I drew out on the angiogram.  So this part is not
11   moving well, and this is not moving well from here down
12   to here.
13        Q    Apical third -- on what part of the wall?
14   A   Inferior wall.
15        Q    Inferior wall.  All right.  Now, let's go --
16   A   No, we don't want to leave this yet.
17        Q    Let's stay on it.
18   A   Because the mitral regurgitation is still trivial,
19   and the pulmonary pressures are still normal as in the
                           Page 225

09 - 092905 - DePace.txt

20   last study.
21        Q    Take a look at that.
22   A   So that hasn't worsened.  The valve is not leaking
23   anymore, and the pressures in the heart and the lungs
24   are still normal.  So that hasn't changed a year later.
25        Q    There is a very important question I have not

                    DePace - Direct                    2707

1    asked you.  What is ejection fraction?
2    A   The contraction, the strength of the heart.
3         Q    So explain to jury why that's important,
4    ejection.  What does that measure, when you are
5    measuring ejection fraction what does that tell you as
6    a cardiologist?
7    A   That tells me how the overall power of the heart
8    is, globally, in general.  Doesn't tell me about one
9    segment being bad and one segment being good because
10   one segment could be bad and one could be great and
11   overcompensate.  It just tells me the overall heart has
12   got power in it.  Anything over 55 percent we consider
13   globally normal.
14        Q    What if somebody is below 55 percent, what do
15   you consider it?
16   A   That is globally abnormal.
                           Page 226

09 - 092905 - DePace.txt

17        Q    And it's cause for concern?
18   A   Yes.
19        Q    Okay.  Now, let's go to the next time an
20   echocardiogram is done.  Now, I believe -- the date of
21   that -- October '03.  Okay.  Now we are at October '03.
22   So Dr. Sim is doing one a year.  Do you agree with that
23   practice?
24   A   Yes.
25        Q    Is that good care?

                    DePace - Direct                    2708

1    A   Yes.
2         Q    Is that appropriate in Mike Humeston's case?
3    A   In his particular case, yes.
4         Q    Okay.  So we have got one from October of
5    '01, October of '02.  Now let's go to October of '03
6    and talk about what's seen there.  What's noted here
7    that we should know about?
8    A   Let me first describe it generally.
9         Q    Do that, please.
10   A   Because there is too much information here to
11   process without looking at pictures.
12        Q    I agree with that.
13   A   Basically, we see from the first echo to the
                           Page 227

09 - 092905 - DePace.txt

14   second echo that there is describing a little bit more
15   abnormalities of the wall.  Here you see a lot more
16   description of abnormalities of the wall.  More walls
17   are not working, and the ejection fraction has dropped
18   to 60 percent when it would have been 81 percent two
19   years ago.  It's still normal globally.
20        Q    Let's just talk about that for a second, take
21   it piece by piece.  I know we are going to pull it all
22   together with the video later.  So we start at 81
23   percent.  We go down to 72 percent.  And what do we see
24   in '03?
25   A   60 percent.

                    DePace - Direct                    2709

1         Q    We are down to 60 percent.  Okay.  Is
2    something else noted here, Doctor, it says,
3    Demonstrates mild LV chamber enlargement.  We didn't
4    see that --
5    A   No.  He is now describing qualitatively, this
6    cardiologist, this fellow's heart is starting to get
7    bigger.  This is the first time he notices this heart
8    is enlarging.
9         Q    The model that we were looking at before
10   could you demonstrate that on there?
                           Page 228

09 - 092905 - DePace.txt

11   A    He is at the third stage beginning to get at the
12   third stage where his heart cavity, which was normal,
13   is beginning to enlarge down here.
14        Q    This is normal and now it's bigger?
15   A    It's starting to dilate out.
16        Q    Why is that a problem?
17   A    That is a problem because the heart is under
18   strain now, it's enlarging, and a few other things
19   which we will get to this report will even confirm that
20   this is a real and not an artificial abnormality we're
21   seeing.
22        Q    Now, there's a couple of other new things
23   noted here by Dr. Sim.  One is a new word, akinesis.
24   Now, before we saw mild hypokinesis and then in October
25   of '02, a year later, we saw moderate hypokinesis.  Now

                    DePace - Direct              2710

1    we see the word akinesis apical two-thirds of the
2    posterior wall.  What is akinesis?
3    A    A lack of movement.
4         Q    Okay.  Now, would that be -- would a
5    layperson, would they call that dead heart muscle or
6    would it be accurate to call it that?
7    A    Yes.  Generally it would be dead, especially with
                         Page 229

---

09 - 092905 - DePace.txt

8    an occluded artery.
9         Q    But it's not -- but what you notice when you
10   are looking at the echocardiography is that part of the
11   heart is not moving, right?
12   A    That's correct.
13        Q    Now, when Dr. Lucchesi was here, the way he
14   described the heart is he said when its pumps it almost
15   like squeezes like you are wringing out a rag?
16   A    That's right.
17        Q    Is that a correct description?
18   A    That's correct.
19        Q    Okay.  So now what does that mean with regard
20   to the heart when it's pumping?
21   A    That means one wall is down.
22        Q    So there is no pumping from that part of the
23   heart?
24   A    So the other parts have to overcompensate.
25        Q    Okay.  Now that leads me to the next thing.

                    DePace - Direct              2711

1    Now the jury heard Dr. Sim's testimony and Dr. Sim gave
2    an example, an analogy he gives to his patients.  He
3    described the way he would explain this to a patient
4    who is a layperson he would say, you know, if you have
                         Page 230

---

09 - 092905 - DePace.txt

5    ten horses pulling a stage coach, and three or four are
6    lame, you've got to beat the other six or seven to work
7    harder.  Do you agree with that analogy as a way to
8    describe what's going on with regard to the unhealthy
9    and the healthy heart muscle?
10   A    In general or in this particular case or both?
11        Q    In Mike Humeston's case.
12   A    Mike Humeston's case, if he had ten horses, I
13   estimate the amount of damage, maybe two horses are
14   down and he's got another eight that have to pick up
15   the load.
16        Q    So you have got to beat those other eight a
17   little bit harder?
18   A    Yeah, so if he had ten horses now he only has
19   eight, the other eight are working harder, and they are
20   getting tired, and that's what the enlargement is.
21        Q    Getting tired.  This is part I want to ask
22   you about.  We understand from a heart attack that you
23   have damaged heart muscle, but there is also healthy
24   heart muscle that remains after a heart attack,
25   correct?

                    DePace - Direct              2712

1    A    The other eight horses, yes.
                         Page 231

---

09 - 092905 - DePace.txt

2         Q    Is the healthy heart muscle impacted by the
3    fact that you've got damaged heart muscle?
4    A    Yes.
5         Q    How -- why is that?
6    A    Because the healthy heart muscle will thicken,
7    which is the second part of that model.  The walls will
8    thicken.
9         Q    So what you are pointing out to me is that
10   you'll start to see a thickening like in the middle?
11   A    Right.  You see the way this muscle is here?  Now
12   it's starting to get thicker.  That's what happens.  It
13   thickens, the healthy heart muscle, and then it
14   dilates.  That's remodeling after a heart attack.
15        Q    That's where I'm coming back to.  So
16   that's -- now remodeling is almost -- it's almost used
17   literally, the heart is reconstructing itself, it's
18   making itself look differently?  And that's the heart's
19   way -- you nodded your head yes.  You have to speak.
20   A    Yes.
21        Q    And that's the heart's way of dealing with
22   the damage that's been done by the heart attack, is
23   that fair enough?
24   A    That's correct.
25        Q    Okay.  Now, what else do we notice that's

                         Page 232

09 - 092905 - DePace.txt

DePace - Direct                                    2713

1   different here?  If we see left ventricular
2   enlargement, akinesis, which is dead or heart muscle
3   that's not moving, you described, right?
4   A    Right.
5        Q    Ejection fraction has now dropped down to 60
6   percent.  Is there anything else?
7   A    The right ventricle still had the same problem
8   that we saw before, severe hypokinesis of the apical
9   third of the right ventricle.
10       Q    Okay.
11  A    And more importantly now, more importantly --
12       Q    Okay.
13  A    -- we're starting to get one to two plus, and
14  when I show you it is absolutely two plus mitral
15  regurgitation, which is getting more closer to moderate
16  leaking of the valve when it was trivial.
17       Q    Right.
18  A    And pulmonary hypertension is suggested by some
19  parameters, which I will discuss called the
20  acceleration time of the pulmonary artery.  I believe
21  if you get the echo report and go down I can show you
22  that, but there is a calculation we do to see that the
23  pressures of the lungs are now going up.
24       Q    Let's just stop here for a second and do me a
Page 233

---

09 - 092905 - DePace.txt
25  favor and explain, please, to the jury what's happened

DePace - Direct                                    2714

1   down here?  What is this describing at the bottom, the
2   one -- try to explain it to us in a way that we'll
3   understand?
4   A    Trace is almost zero.
5        Q    What does that mean?
6   A    Trace mitral regurgitation means physiological
7   none present almost, so that would be a zero.  One to
8   two plus, and I will show you the films, they are
9   actually two plus.  Means the leaking is approaching
10  moderate, and I will slow it.  That's a big change.
11       Q    Is that -- it's a big change, but it's a
12  deterioration in his condition?
13  A    Yes.
14       Q    Okay.
15  A    So now we see evidence of the valve leaking the
16  mitral valve, the pulmonary pressure is going up, the
17  ventricle enlarging and more wall motion abnormalities,
18  which I will comment on when I show the films.
19       Q    All right.  Now let me ask you this question
20  and then, Your Honor, you can decide if you want me to
21  keep going or if you want to take a break, but I just
Page 234

---

09 - 092905 - DePace.txt
22  have a couple more questions, and I can move into
23  something new.  Here are my questions for you, though:
24  What we are seeing three years after the fact --
25  A    Is that three years.

DePace - Direct                                    2715

1        Q    Two years, two years.
2   A    Two years.
3        Q    Does it have anything to do with his original
4   heart attack?
5   A    Everything to do with it.
6        Q    Everything to do with it?
7   A    Absolutely.
8        Q    And the book that we looked at before from
9   Braunwald's book where it talks about it happening in
10  months or years, is that consistent with what we are
11  seeing here?
12  A    Yes.
13       Q    Does that predict or --
14  A    It is -- it's consistent with the definition of
15  remodeling.  Months or years.  Here we are, many months
16  and even almost to two years consistent with what
17  Braunwald has in his book on remodeling.
18       Q    How dangerous is remodeling so the jury
Page 235

---

09 - 092905 - DePace.txt
19  understands?
20  A    Extremely dangerous.
21       Q    Please explain that.
22  A    This ventricle if it's not interceded on is going
23  to get bigger, the valve is going to leak more, the
24  pulmonary pressures are going to go up.  He is going to
25  go into heart failure soon, and he is going to wind up

DePace - Direct                                    2716

1   in a lot of trouble.  The ejection fraction will
2   continue to drop to 50, 40 percent, and he will get in
3   a lot of trouble and go into heart failure if he is not
4   intervened on.
5        Q    Is that speculation?
6   A    No, that's my -- that's clinical relevance.
7        Q    Okay.  And right here, what we are looking
8   at, is that a normal heart?
9   A    No.
10       Q    The picture that we looked at there, that is
11  not normal?
12  A    I wouldn't want my pulmonary pressures to be that
13  elevated.
14            MR. SEEGER:  Judge, I could break here.
15            THE COURT:  Okay.  We will break here for the
Page 236

09 - 092905 - DePace.txt

16   day.  I ask the jury to report back tomorrow at --
17        MR. SEEGER:  Start early?  I don't think we
18   have issues.
19        MR. RABER:  The only issue you have, Your
20   Honor, is the number of deposition designations we have
21   received.  We can talk about that after the jury is
22   excused.
23        THE COURT:  Okay.  All right.  Okay.  We will
24   see you tomorrow at -- check with the jurors when they
25   get out there if they want to come at 9:00 or 9:30

                        Colloquy                    2717

1    tomorrow, and we will let them choose one of the two.
2        MR. SEEGER:  We can guess that.
3        THE COURT:  And you tell me what they want.
4        THE JURY ATTENDANT:  Okay.  All rise.
5        (The jury left the courtroom at 4:09 p.m.)
6        THE COURT:  We seemed to be in a groove at
7    9:30, and they were a little disturbed the one day we
8    said 9:00.  So I'll wait and see.  Okay.  What do you
9    have?  You can be seated.
10       MR. RABER:  The issue, Your Honor, I have
11   talked with a number of people, and here is where I
12   think we are in depositions.  We have been served
                        Page 237

---

09 - 092905 - DePace.txt

13   designations for at least six Merck witnesses of at
14   least eight hours, probably more, of testimony.  And
15   it's testimony that we believe is cumulative and deals
16   with things like neutralize and Sherwood and race to
17   the market, those things that we heard over and over
18   again.  And we've also heard counsel say that they are
19   going to call Dr. Egilman tomorrow, and I think we
20   heard them say they are going to tell the jury that
21   Mrs. Humeston is going to testify.
22       So we are talking -- if we have these
23   depositions, eight more witnesses here, tomorrow is
24   Friday, and we just need to get a better sense of where
25   we are headed.

                        Colloquy                    2718

1        THE COURT:  Wait.  Do you have eight
2    witnesses or eight hours?
3        MR. RABER:  No, it's six people with
4    deposition designations that it's at least eight hours,
5    that's without the counterdesignations, one we received
6    either today or late last night, we don't even know
7    yet.
8        THE COURT:  Who are these people?
9        MR. BUCHANAN:  Your Honor, we can make this
                        Page 238

---

09 - 092905 - DePace.txt

10   real easy, though.  I can tell you right now we are not
11   going to be playing games.  If counsel agrees this
12   would be --
13       MR. RABER:  We would like to know, so we --
14       MR. SEEGER:  Could you talk to us?
15       MR. RABER:  We have been talking with them,
16   Your Honor.  We just need a clear answer on the record.
17       THE COURT:  I don't think it has to be on
18   record, but they do need a clear answer.
19       MR. SEEGER:  I agree with that, Judge.
20       THE COURT:  So before you go, stop back in my
21   chambers, both sides, so we can clarify what we are
22   going to do.
23       MR. BUCHANAN:  Sure, that's fine.
24       MR. RABER:  Thank you.
25       THE COURT:  We are starting at 9:30 tomorrow.

                        Colloquy                    2719

1        MR. SEEGER:  Okay.  Great.
2        THE COURT:  But today, come back to my
3    chambers and let's talk about this.
4        THE JURY ATTENDANT:  All rise.
5        (The proceedings concluded at 4:12 p.m.)
6
                        Page 239

---

09 - 092905 - DePace.txt
                        - - - - -
7
8                     CERTIFICATION
9
10       I, Carol A. Farrell, CRR, RMR, C.S.R. License
11   Number XI01173, an Official Court Reporter in and for
12   the State of New Jersey, do hereby certify the
13   foregoing to be prepared in full compliance with the
14   current Transcript Format for Judicial Proceedings and
15   is a true and accurate compressed transcript, to the
16   best of my knowledge and ability.
17
18   _____      _____
19   Carol A. Farrell, CRR, RMR, CSR              Date
20   Official Court Reporter
21   Cumberland County Courthouse
22
23
24
25
                        Page 240