# Exhibit N

HOME | ABOUT MERCK | PRODUCTS | NEWSROOM | INVESTOR INFORMATION | CAREERS | RESEARCH | LICENSING | THE MERCK MANUALS

**Corporate Responsibility**

- Vision & Framework
- Company Profile
- Our Values & Standards
- Enabling Access
- **Science, Innovation & Quality**
  - Drug Development Process
  - Basic Biomedical Research
  - Clinical Trials
  - Key Issues in Research
  - Animal Research
  - Biodiversity
  - Product Quality Standards
  - Commitment to Science Education
- Environment, Health & Safety
- Commitment to Communities
- Valuing Our Employees

Merck conducts clinical trials worldwide to evaluate the safety and effectiveness of our products. These trials are fundamental to the development of innovative medicines and vaccines that treat and prevent illness.

Our clinical trials are consistently designed, conducted and monitored, whether they take place in the United States or elsewhere around the world. More than half our clinical trials are conducted outside the United States, in more than 50 countries.

Clinical trials are conducted with extensive input from local clinical investigators, external consultants and, in some cases, patient advocacy groups. All protocols are reviewed and approved by external, independent Institutional Review Boards (IRBs) or Ethical Review Committees (ERCs).

The Merck Code of Conduct for Clinical Trials is attached to every Merck protocol. By signing the protocol documentation, a clinical investigator pledges to adhere to the principles in the Code, which addresses patient welfare, the voluntary nature of participation in a research study, informed consent and payment of investigators (or their institutions) and patients. The Code also addresses the Company's commitment to publish the results of hypothesis-testing studies, regardless of the outcome.

**Informed Consent**

It is Merck policy that all investigational studies be carried out consistent with legal statues and regulations for the protection of patients, including protection of



In 2004 alone, Merck invested more than $4 billion globally in research and development of innovative medicines and vaccines that address unmet medical needs. This is four times what the Company spent on R&D just fifteen years ago.
(Photo: Tom Maday ©2005)

**Web Links**

To view sites where Merck clinical trials are registered, visit:
ClinicalTrials.gov
ClinicalStudyResults.org

To learn more about research at Merck, click here.

To learn more about policy issues relevant to R&D at Merck, click here.

patient privacy. Merck requires that all patients involved in clinical trials or their legal representatives understand the procedures, use and disclosure of personal information, uses of biological samples and the risks and benefits involved in a study.

Merck also requires assurances that a person's participation in a study is voluntary. Consent must be obtained before any screening procedures begin; in addition, trial participants must be made aware of any significant new information that may affect their willingness to continue to participate in the trial.

Merck clinical studies are consistent with standards established by the Declaration of Helsinki and comply with all applicable laws, rules and regulations.

For more information on Merck's policies on conducting clinical trials and disclosing the results of those trials, click here or visit www.merck.com/mrl/clinical_trials/.

To learn more about Merck's commitment to science, innovation and quality, click on the links below:

- The Drug Development Process
- Key Issues in Research
- Quality in Manufacturing
- Merck's Commitment to Science Education

Printer Friendly Page

CONTACT MERCK | SITE MAP | PRIVACY POLICY | TERMS OF USE | COPYRIGHT © 1995-2005 MERCK & CO., INC.