Specifically, there were 20 fewer GI hospitalizations and 41 more CV hospitalizations (www.fda.gov.lilac.une.edu/ohrms/dockets/ac/01/slides/3677s2_06_vill alba.PPT). Neither of these important findings was reported in the NEJM article though the data was known to Merck. Merck failed to warn physicians about the true incidence of overall risk of serious adverse events and hospitalizations associated with use of Vioxx, again despite funding the study, having access to the data and having two Merck employees coauthoring the manuscript.

c. Merck was aware of, but failed to include in its NEJM report, three heart attacks that occurred in the VIGOR trial (MRK-AJA0119085-MRK-AJA0119087, 5-26-00 email to Alise Reicin). Deborah Shapiro of Merck confirmed in her deposition that she knew around the end of May 2000 that the statement in the November 23, 2000 NEJM article, "the difference in the rate of myocardial infarction between groups was not significant" for patients without a previous history of heart disease was "no longer true," (presumably based on these 3 additional heart attacks). Yet the NEJM article was published with this false statement—falsely reassuring doctors that in patients without a previous history of CV disease prescribing Vioxx instead of naproxen did not increase their patients' risk of heart attack, when exactly the opposite was true. Merck scientists—two of whom were listed as authors on the NEJM article—knew six months earlier that this statement was simply not true. Part of Merck's justification for excluding these three heart attacks from the NEJM article is that the prespecified cutoff date for CV events in the VIGOR trial was February 10, 2000. To put this in perspective, the "prespecified cutoff date" had

    not been identified at the inception of the trial, but only three days earlier, on February 7, 2000. Furthermore CV events stopped being included in the analysis of data that was published in the NEJM on February 10, 2000, but data from the rest of the study including GI complications continued to be collected until the end of the study on March 9, 2000.

 d. Despite the above evidence of increased overall risk, cardiovascular risk, and heart attack risk occurring in the VIGOR trial with use of Vioxx instead of naproxen, Merck failed to warn physicians and health care providers about the true CV and overall risk and failed to change the labeling for Vioxx to disclose these risks in a timely and accurate manner.

## CASE SPECIFIC OPINIONS

15. I have reviewed medical records, depositions and information pertaining to Robert Garry Smith, including the records of the prescribing physician/healthcare providers in this case. The records and depositions reflect that Mr. Smith ingested Vioxx from October 2, 2002 until the date of his heart attack on February 17, 2003. It is my opinion based on the information that was reasonably available and had been provided to the prescriber (Dr. Michael Grefer) at the time of his care and treatment of Mr. Smith that Dr. Grefer did not act unreasonably in prescribing Vioxx to Mr. Smith. It is my opinion that had Dr. Grefer been provided honest and complete information by Merck about Vioxx that he probably would not have prescribed Vioxx to Garry Smith in October 2002. It is my opinion that the true risks of Vioxx use for Gary Smith outweighed the benefits, especially given the fact that there were reasonable, safer alternatives available to him on the market at the time.

## CONCLUSIONS

16. It is my opinion, based on my education, training, experience and review of the literature and documents listed on Exhibit 2 that Merck failed to communicate to physicians, healthcare providers and consumers in an unbiased, balanced manner the true overall and cardiovascular risks associated with Vioxx that were known to them. It is further my opinion based on review of documents and depositions listed on Exhibit 2 that Merck disseminated misleading and inaccurate information regarding the risks associated with Vioxx. Merck's actions as described above in this affidavit unreasonably influenced the prescribing habits of physicians and healthcare providers and deprived them of the right to make educated, informed decisions about the risks and benefits of prescribing Vioxx to their patients. Merck's actions thus deprived patients of the right to make informed decisions about their healthcare and exposed them unnecessarily to excess risk of serious harm and injury, including heart attack and death. It is also my opinion that the prescribing physician/healthcare provider in this case acted reasonably based on the information available to them at the time of their care and treatment of this Plaintiff. It is my opinion that the true risks of Vioxx outweighed the benefits and there were safer alternatives on the market.

17. I reserve the right to expound upon my opinions as stated in this affidavit and to respond as necessary to other areas or topics raised in deposition or trial. As new information and literature becomes available, I reserve the right to supplement my opinions.

Further, Affiant sayeth not.

July 11, 2006
Date

LOOSE ACKNOWLEDGEMENT ATTACHED

John David Abramson, M.D.

STEVEN ROBERT McCLENAGHAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 8, 2011

On this ___11___ day of ___JULY___, 20_06_,
Before me, the undersigned notary public, personally appeared

___JOHN DAVID ABRAMSON___

Proved to the through satisfactory evidence of identification, which were: ___MASSACHUSETTES DRIVER LICENSE___, to be the person who swore or affirmed to me that the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

*Steven Robert McClenaghan*
Steven Robert McClenaghan, Notary Public
My Commission Expires December 8, 2011

STEVEN ROBERT McCLENAGHAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 8, 2011

Name:  John Abramson, MD

Professional Address:   39 Spring Street, Ipswich, MA  01938

Soc. Sec. Number: 013368262

Email:  john_abramson@hms.harvard.edu          Phone: 978-312-1225

Place of Birth: Cambridge, MA

Education:
| | | | |
|---|---|---|---|
| 1970 | BA cum laude | Harvard College | Social Relations |
| 1971-2 | | Harvard College | Premedical courses |
| 1974 | BMS | Dartmouth Medical School | Medicine |
| 1976 | MD | Brown Medical School | Medicine |

Postdoctoral Training:
| | | | |
|---|---|---|---|
| 1982 | MS | Case Western Reserve University | Family Medicine |
| 1976-77 | Internship | Memorial Hospital, Chapel Hill, NC | Family medicine |
| 1979-81 | Residency | University Hospitals of Cleveland, OH (Case Western Reserve University) | Family practice |
| 1980-82 | Fellow | Case Western Reserve University | Robert Wood Johnson Fellow in Family Medicine |

Licensure and Certification:
1982        Massachusetts Board of Registration in Medicine. License No. 49182
2001        Diplomate, American Board of Family Practice 1982, recertified 1989, 1995, 2001

Academic Appointments:
1992-3      Senior Research Associate, Institute for Health Policy, The Heller School, Brandeis University
1997-       Clinical Instructor, Dept. of Ambulatory Care and Prevention, Harvard Medical School

Hospital or Affiliated Institution Appointments:
1982-2002           Medical Staff     Beverly Hospital
1994-2002           Medical Staff     Lahey Clinic

Other Professional Positions and Major Visiting Appointments:
1977-9      National Health Service Corps, US Public Health Service
1982-2002   Family physician, Hamilton-Wenham Family Practice, Hamilton, MA
1986-1993   Associate Medical Director, Pru-Care of MA
1994-2001   Chair, Department of Family Practice, Lahey Clinic, Burlington MA

Hospital and Health Care Organization Service Responsibilities:
1989-1991   Member, Board of Trustees, Beverly Hospital

Major Committee Assignments:
1993-5      Chair, Graduate medical Education Committee (Family Practice Residency), Beverly Hospital

Professional Societies:
1982-2002   Massachusetts Medical Society
1982        American Academy of Family Practice

Awards and Honors:

| | |
|---|---|
| 1996, 1999 | Community Newspapers "Readers' Choice Award for Best Doctor", Beverly, Hamilton, Wenham |
| 1999 | Center for the Study of Services "Guide to Top Doctors" |
| 2000 | Castle Connolly/Town and Country's Guide to Primary care Physicians |
| 2001 | Castle Connolly/AOL-Digital City "Guide to Top Doctors" |
| 2002 | Selected to be included in Lady's Home Journal: The Best Family Doctors in America (had left practice to write book so name did not appear in magazine) |
| 2003 | Profiled in Harvard Magazine article: "Doctored Research?" Nov-Dec issue |

Part II:
Research, Teaching, and Clinical Contributions

A. Primary Care Clerkship and mentorship program: Harvard Medical School, preceptor of third-fourth year student for the next eight years. Teaching activities have also included the elective course and independent study in "Healing and Spirituality" as listed below.

D. Report of Teaching
1. Local Contributions

1992-1994  Harvard Medical School
Two years
Primary Care Mentorship Program
Mentor
One first-year medical student per year

1994-2001  Harvard Medical School
Eight years (One student per year)
Primary Care Clerkship
Preceptor

1999-2001  Harvard Medical School
Three years (average 12 students per year)
Healing and Spirituality in Medicine
Elective
Faculty 1999, Course Co-director 2000 and 2001

2002  Harvard Medical School
Independent Study
Healing and Spirituality

2002-2005  Harvard Medical School
Ongoing
Primary Care Clerkship
Tutor

2003  Harvard Medical School
Independent Study
Healing and Spirituality

2. Presentations:

| | |
|---|---|
| 1981 | A prepaid primary care network for private and AFDC patients: an alliance between the private and public sectors. National Governor's Association Conference on Primary Care Networks, New Orleans, LA. |
| 1982 | Participation of a residency based family practice center in an innovative case management program. Society of Teachers of Family Medicine, Chicago, IL. |
| 1983 | The economic impact of a primary care network on primary care physicians and Medicaid costs. Robert Wood Johnson Foundation, Princeton, NJ. |
| 1984 | Primary care of de-institutionalized retarded adults in the community. HCFA Meeting of Federal Surveyors of Intermediate Care Facilities, Portland, ME. |
| 1991 | The role of physicians in the Michigan Comprehensive Community Health Models Project. Pew Health Policy Annual Meeting, Cambridge, MA |
| 1999 | The role of the physician/patient relationship in the healing process. Topics in Internal Medicine (Lahey Clinic), Portsmouth, NH |
| 2002-5 | Healing our Critically Ill Health Care System. Clinical Training in Mind/Body Medicine. Mind/Body Medical Institute/Harvard Medical School Continuing Education, Boston, MA |
| 2004 | The Quality of Our Medical Knowledge: Vioxx and Statins. Heller School for Social Policy<br>NCEP Recommendations: Preventing Heart Disease or Pushing Drugs?. Encino-Tarzan Regional Medical Center, CA.<br>Grand Rounds, Beverly Hospital Beverly MA: NCEP Recommendations: Preventing Heart Disease or Pushing Drugs? |
| 2005 | Williams College; Lessons from Vioxx: Misinforming Doctors, Harming Patients and Making money, 1/11/05<br>New York City Department of Public Health, Chronic Disease Grand Rounds, 2/4/05<br>Bellevue Hospital Medical Seminar 2/9/05<br>Denver Forum, Denver CO 2/10/05<br>Woman's National Democratic Club, Washington DC, 3/3/05<br>Congressional Task Force on Prescription Drugs, Washington DC, 3/3/05<br>Mind Body Medical Institute Harvard Medical School 3/23/05<br>San Diego City Club 4/8./05<br>Alternative Therapy Conference, San Francisco, Keynote Address: "Overdosed America." 4/9/05<br>University of Michigan (Undergraduate course in health policy) 4/05/05<br>Health Care Benefits Forum, Chicago Hyatt Regency, Keynote Address: 4/7/05<br>City Club of San Diego, 4/08/05<br>Alternative Health Conference, San Francisco CA 4/9/05<br>Harvard Medical School, Cabot Lecture Series, 4/25/05<br>Drug Therapy Conference, British Columbia 4/16/05<br>Lutheran Medical Center, Brooklyn NY, 4/27/05<br>Cooley Dickinson Hospital, Northampton MA 4/29/05<br>Harvard School of Public Health, 5/02/05<br>Southern Vermont Area Health Education Center, 5/07/05<br>Chilton Club of Boston, 05/26/05<br>Hiram B. Curry Memorial Lecture, University of S. Carolina Dept Family Practice, 6/6/05<br>Harvard Medical School, Mind/Body Medical Institute Continuing Medical Education 6/15/05<br>Vermont Citizens Campaign for Health 6/16/05<br>Medical Foundation of Boston, 6/21/05<br>Harvard Club of Boston, 6/22/05<br>Hamilton Wenham Public Library 6/23/05<br>World Pension Forum, Chatham MA, 7/12/05 |

|      | |
|------|---|
|      | Boulderfest, Boulder CO, 7/14/05 |
|      | Center for Popular Economic, Amherst MA, 8/1/05 |
|      | Public Policy Virginia, Roanoke VA, 9/17/05 |
|      | Fletcher Allen Hospital, Burlington Vermont 9/26/05 |
|      | University of Vermont Medical School 9/26/05 |
|      | Central Vermont Hospital 9/27/05 |
|      | Vermont Medical Society 9/27/05 |
|      | Cayuga Medical Center of Ithica, 9/30/05 |
|      | Michigan State Medical Society Bioethics Conference, 10/08/05 |
|      | Harvard Medical School, Mind/Body Medical Institute Continuing Education Course 10/17/05 |
|      | U Mass Med School, Community Medicine 10/19/05 |
|      | Massachusetts Medical Society/Medical students 10/19/05 |
|      | Rotary Club, Charleston, WV, 10/21/05 |
|      | National Legislative Association on Prescription Drug Prices, Charleston, WV 10/21/05 |
|      | League of Women Voters, Hamilton, MA, 10/30/05 |
|      | Sharp Medical Center, San Diego, CA 11/04/05 |
|      | Pacific College Symposium, San Diego CA 11/05/05 |
|      | Allegheny General Hospital, Pittsburgh, PA 12/7/05 |
| 2006 | |
|      | LA Country Employee Pension Association 1/26/06 |
|      | West Virginia House and Senate 2/1/06 |
|      | George Washington Medical School panel about Drug reps on campus 2/9/06 |
|      | HealthFirst Conference 2/22/06 |
|      | Cambridge Health Alliance Family Medicine Grand Rounds 2/24/06 |
|      | Harvard Medical School Pharmacology Patient Safety Session "The Vioxx example" 2/28/06 |
|      | Nieman Journalism Fellowship 3/1/06 |
|      | Sudbury League of Women Voters 3/5/06 |
|      | Bentley College, Business Ethics Lecture 3/7/07 |
|      | Northwest Pharmacy Benefits Managers-Medical Directors Conference, Seattle WA 3/10/06 |
|      | Harvard Medical School Continuing Medical Education, Mind Body Medicine 3/13/06 |
|      | Association of Health Care Journalists, Houston TX, 3/17/06 |
|      | North Shore Seminars, Beverly MA 3/19/06 |
|      | New England Biolabs, Ipswich MA 3/23/06 |
|      | Florida State University Medical Grand Rounds, Tallahassee FL 3/30/06 |

E. Report of Clinical Activities
1982-2002    Family Physician, Hamilton-Wenham Family Practice
1997-2001    Hamilton-Wenham School District Physician

Bibliography

Original Articles

| | |
|---|---|
| 1987 | Competition, capitation, and case management: barriers to strategic reform. Milbank Quarterly 1987;65:3: 348-370 |
| 2003 | Medical Reporting in a Highly Commercialized Environment: A family doctor prescribes eight guiding principles for accurate and fair coverage of research findings. Nieman Reports. 2003; Summer: 54-57 |
| 2003 | Comments on the MRC/BHF Heart Protection Study. Correspondence. The Lancet. 2003; 362: 745-746 |

2005            When Health Policy is the Problem (with Bruce Spitz). Journal of Health Politics, Policy and Law, 2005; 30(2):327-366.

2005            The Effect of Conflict of Interest on Biomedical Research and Clinical Practice Guidelines: Can We Trust the Evidence in Evidence-Based Medicine? (With Barbara Starfield, MD, MPH). Journal of the American Board of Family Practice, 2005; forthcoming in Volume 18, No. 5.

Book

2004            Overdosed America: The Broken Promise of American Medicine. How the Pharmaceutical Companies Distort Medical Knowledge, Mislead Doctors, and Compromise Your Health (HarperCollins, Sept. 2004)

OP-EDS
LA Times Drug Guidelines Fatten Bottom Line 7/25/04
NY Times Information is the Best Medicine 9/18/04
LA Times Physician Know Thy Patient 10/24/04
LA Times Drug Profits Infect Medical Studies 1/7/06

National Media Appearances:
9/30/04 CBS Evening News
    Lou Dobbs
    CNN Headline News
    NPR Radio: All Things Considered
10/1/04 The Today Show
    CNN American Morning
10/18/04 FOX News Linda Vester: Bush and Kerry Health Plans
11/04/04 ABC News Vioxx article and editorial in Lancet
11/06/04 CNN "In the Money" DTC advertising
11/18/04 CNN HEADLINE NEWS Vioxx Hearings:
11/19/04 CNN AMERICAN MORNING Vioxx Hearings: Why didn't Doctors know?
11/22/04 FOX LINDA VESTER Merck's role in funding Vioxx research
11/29/04 Lou Dobbs Are We A Nation of Hypochondriacs?
12/05/04 C-Span BookTV: From Collected Works, Brattleboro, VT (Recorded 11-05-04)
12/14/04 (taped) TV Ontario, What to do after Vioxx?
12/17/04 CNN with Betty Nguyen
    CNN Wolf Blitzer (interviewed by Mary Snow)
    CNBC Closing Bell with Tyler Mathisen
    Lou Dobbs Tonight
    CNN Headline News
12/18/04 Ron Insana Show (radio)
    NBC Nightly News
12/20/04 Fox News: Neil Cavuto
    WBUR Radio: On Point
    News Night with Aaron Brown
    CNN Headline News
    NPR Radio: All Things Considered
12/21/04 CNN American Morning
    CNN Live
    MSNBC Market Wrap with Ron Insana
    MSNBC Ron Insana: The Death of a Wonder Drug
12/22/04 The Today Show
    CNN Live From
12/26/04 WSJ Report with Maria Bartiromo
1/13/05  MSNBC (Over the Counter Statins)

- 6 -

1/24/05 CBS Evening News: Celebrex
2/18/05 MSNBC Bull's Eye
2/19/05 CNN In the Money
       Fox News
       CNN Headline News
2/25/05 CNN Prime News
2/28/05 CNN Lou Dobbs Live
5/27/05 CNN Lou Dobbs Live
       CNN Judy Woodruff Inside Politics
5/28/05 Fox with Bob Sellers
7/27/05 Fox and Friends, National
8/15/05 Fox 25, Boston
3/22/06 CNBC Live interview FDA, ADHD drug labeling