**MRL MEMO**

**DATE:** July 5, 2000

**TO:** Drs. Alise Reicin, Eliav Barr, Dennis Erb

**FROM:** Dr. Deborah Shapiro

**SUBJECT:** Cardiovascular Update - VIGOR

---

After the February 10, 2000 cutoff, 11 additional patients experienced serious thrombotic cardiovascular AEs that were sent for adjudication (9 on rofecoxib and 2 on naproxen). Five of the 11 were confirmed events (3 confirmed MIs on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular stroke on naproxen). None of the 5 patients were indicated for prophylactic aspirin.

Tables 1-9 and Figures 1-2 provide updated information including the additional events. None of the conclusions have changed. None of the treatment by subgroup interactions were significant and the relative risks for adjudicated and unadjudicated events were constant, ie, the proportionality assumptions were met.

*Deborah Shapiro*

D.R.S.
RY33-404/☎594-5612/fax: 594-6075/MSMail: shapirod

cc: T. Capizzi, L. Oppenheimer, G. Williams, Q. Yu

1

P1.1231

MRK-NJ0071320

Table 1
Baseline Cardiovascular Demographics in Patients in the VIGOR Trial
who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience

| Demographic | Rofecoxib (N=45)[†] | | Naproxen (N=19)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 17 | (37.8) | 6 | (31.6) |
| Percent ≥65 years old | 28 | (62.2) | 13 | (68.4) |
| **Gender** | | | | |
| Female | 25 | (55.6) | 12 | (63.2) |
| Male | 20 | (44.4) | 7 | (36.8) |
| **Past Cardiovascular History** | | | | |
| Past history of atherosclerotic cardiovascular disease | 16 | (35.6) | 5 | (26.3) |
| **Cardiovascular Risk Factors** | | | | |
| Any cardiovascular risk factors | 37 | (82.2) | 15 | (78.9) |
| Hypertension | 20 | (44.4) | 12 | (63.2) |
| Diabetes mellitus | 2 | (4.4) | 1 | (5.3) |
| Hypercholesterolemia | 9 | (20.0) | 2 | (10.5) |
| Current smoker | 17 | (37.8) | 5 | (26.3) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin therapy indicated[‡] | 15 | (33.3) | 3 | (15.8) |

[†]  Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced two ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡]  Patients with past medical histories of one of the following cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

2

MRK-NJ0071321

Table 2

Summary of Analysis of Confirmed Adjudicated Serious Thromboembolic AEs in VIGOR

In Patients with Rheumatoid Arthritis

Safety Update Report

| Event Category | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thromboembolic events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 0.42 | (0.25, 0.72) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |
| All cardiac events | Rofecoxib | 4047 | 28 | 2698 | 1.04 | 0.36 | (0.17, 0.74) |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | | |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | 0.73 | (0.29, 1.80) |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | | |
| All peripheral vascular events | Rofecoxib | 4047 | 6 | 2699 | 0.22 | 0.17 | (0.00, 1.37) |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | | |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

3

MRK-NJ0071322



Figure 1
Confirmed Thromboembolic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Safety Update Report

4

MRK-NJ0071323

Table 3
Summary of Adjudicated Thromboembolic Cardiovascular Serious Adverse Experiences
Safety Update Report

| Event | Rofecoxib (N=4047) n (%) | | Naproxen (N=4029) n (%) | |
|---|---|---|---|---|
| **Any Thromboembolic Event[1]** | 47 | ( 1.2) | 20 | ( 0.5) |
| Thromboembolic arterial event[1] | 42 | ( 1.0) | 19 | ( 0.5) |
| Thromboembolic venous event | 5 | ( 0.1) | 1 | ( 0.0) |
| **Cardiovascular Death[1]** | 6 | ( 0.1) | 6 | ( 0.1) |
| Fatal acute myocardial infarction | 2 | ( 0.0) | 0 | ( 0.0) |
| Fatal hemorrhagic stroke | 1 | ( 0.0) | 1 | ( 0.0) |
| Fatal ischemic cerebrovascular stroke | 0 | ( 0.0) | 1 | ( 0.0) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | 28 | ( 0.7) | 10 | ( 0.2) |
| Acute myocardial infarction | 20 | ( 0.5) | 4 | ( 0.1) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| Unstable angina pectoris | 5 | ( 0.1) | 3 | ( 0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)[1]** | 13 | ( 0.3) | 9 | ( 0.2) |
| Hemorrhagic stroke | 2 | ( 0.0) | 1 | ( 0.0) |
| Ischemic cerebrovascular stroke | 9 | ( 0.2) | 8 | ( 0.2) |
| Transient ischemic attack | 2 | ( 0.0) | 0 | ( 0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | 6 | ( 0.1) | 1 | ( 0.0) |
| Peripheral arterial thrombosis | 1 | ( 0.0) | 0 | ( 0.0) |
| Peripheral venous thrombosis | 5 | ( 0.1) | 1 | ( 0.0) |

[1]Includes hemorrhagic stroke
Note: Patients may be counted in more than one row, but are only counted once within a row.

5

MRK-NJ0071324

Table 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups of Patients
with Rheumatoid Arthritis in VIGOR

Safety Update Report

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 0.42 | (0.25, 0.72) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |
| Aspirin Indicated[4,5] | Rofecoxib | 170 | 15 | 105 | 14.29 | 0.20 | (0.06, 0.71) |
| | Naproxen | 151 | 3 | 102 | 2.94 | | |
| Aspirin Not Indicated[4] | Rofecoxib | 3877 | 30 | 2592 | 1.16 | 0.53 | (0.29, 0.97) |
| | Naproxen | 3878 | 16 | 2596 | 0.62 | | |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

[4] The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention (1247). The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.

[5] Treatment-by-aspirin indicated subgroup interaction test, p=0.177.

6

MRK-NJ0071325

Table 5
Summary of Confirmed Adjudicated Thromboembolic AEs by HTN AE

| Subgroup | Treatment | N | Patients with CVD Event (or HTN AE) |
|---|---|---|---|
| **Confirmed adjudicated CVD event** | | | |
| Patients with HTN AE | Rofecoxib | 394 | 7 ( 1.8) |
| | Naproxen | 221 | 1 ( 0.5) |
| Patients without HTN AE | Rofecoxib | 3653 | 38 ( 1.0) |
| | Naproxen | 3808 | 18 ( 0.5) |
| **HTN AE** | | | |
| Patients with confirmed adjudicated CVD event | Rofecoxib | 45 | 7 (15.6) |
| | Naproxen | 19 | 1 ( 5.3) |
| Patients without confirmed adjudicated CVD event | Rofecoxib | 4002 | 387 ( 9.7) |
| | Naproxen | 4010 | 220 ( 5.5) |

7

MRK-NJ0071326

Table 6
Summary of Confirmed Adjudicated Thromboembolic AEs by Edema AE

| Subgroup | Treatment | N | Patients with CVD Event (or edema AE) |
|---|---|---|---|
| **Confirmed adjudicated CVD event** | | | |
| Patients with edema AE | Rofecoxib | 220 | 1 ( 0.5) |
|  | Naproxen | 145 | 1 ( 0.7) |
| Patients without edema AE | Rofecoxib | 3827 | 44 ( 1.1) |
|  | Naproxen | 3884 | 18 ( 0.5) |
| **Edema AE** | | | |
| Patients with confirmed adjudicated CVD event | Rofecoxib | 45 | 1 ( 2.2) |
|  | Naproxen | 19 | 1 ( 5.3) |
| Patients without confirmed adjudicated CVD event | Rofecoxib | 4002 | 219 ( 5.5) |
|  | Naproxen | 4010 | 144 ( 3.6) |

8

MRK-NJ0071327

Table 7

Analyses of VIGOR Results Using Endpoint Definitions Standard in Large Anti-platelet Trials

Safety Update Report

| Event Category | Treatment Group | N | Number of Patients with Events | PYR[1] | Rates[2] | Relative Risk[*] Estimate | Relative Risk[*] 95% CI |
|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | |
| Cardiovascular deaths[*], MI, CVA | Rofecoxib | 4047 | 35 | 2698 | 1.30 | 0.51 | (0.29,  0.91) |
|  | Naproxen | 4029 | 18 | 2698 | 0.67 | | |
| Cardiovascular deaths[*] | Rofecoxib | 4047 | 7 | 2700 | 0.26 | 1.00 | (0.35,  2.85) |
|  | Naproxen | 4029 | 7 | 2699 | 0.26 | | |
| MI | Rofecoxib | 4047 | 20 | 2699 | 0.74 | 0.20 | (0.07,  0.58) |
|  | Naproxen | 4029 | 4 | 2699 | 0.15 | | |
| Stroke[3] | Rofecoxib | 4047 | 11 | 2699 | 0.41 | 0.82 | (0.34,  1.97) |
|  | Naproxen | 4029 | 9 | 2699 | 0.33 | | |
| **Aspirin Indicated** | | | | | | | |
| Cardiovascular deaths[*], MI, CVA | Rofecoxib | 170 | 12 | 105 | 11.42 | 0.26 | (0.07,  0.91) |
|  | Naproxen | 151 | 3 | 102 | 2.94 | | |
| Cardiovascular deaths[*] | Rofecoxib | 170 | 1 | 106 | 0.95 | 2.07 | (0.11, 122.10) |
|  | Naproxen | 151 | 2 | 102 | 1.96 | | |
| MI | Rofecoxib | 170 | 8 | 105 | 7.60 | 0.00 | (0.00,  0.60) |
|  | Naproxen | 151 | 0 | 102 | 0.00 | | |
| Stroke[3] | Rofecoxib | 170 | 3 | 106 | 2.84 | 0.69 | (0.06,  6.02) |
|  | Naproxen | 151 | 2 | 102 | 1.96 | | |

9

MRK-NJ0071328

Table 7 (Continued)

| Aspirin Not Indicated | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cardiovascular deaths[4], MI, CVA | Rofecoxib | 3877 | 23 | 2593 | 0.89 | 0.65 | (0.34, 1.25) |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | | |
| Cardiovascular deaths[4] | Rofecoxib | 3877 | 6 | 2594 | 0.23 | 0.83 | (0.25, 2.73) |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | | |
| MI | Rofecoxib | 3877 | 12 | 2593 | 0.46 | 0.33 | (0.11, 1.03) |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | | |
| Stroke[5] | Rofecoxib | 3877 | 8 | 2593 | 0.31 | 0.87 | (0.32, 2.40) |
| | Naproxen | 3878 | 7 | 2597 | 0.27 | | |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[4]Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal gastrointestinal bleeding episode.
[5]Includes fatal and non-fatal ischemic strokes, and fatal or non-fatal hemorrhagic strokes.

10

MRK-NJ0071329

Table 8
Summary of Analysis of Unadjudicated Serious Thromboembolic AEs in VIGOR
In Patients with Rheumatoid Arthritis
Safety Update Report

| Event Category | Treatment Group | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All serious thromboembolic events | Rofecoxib | 4047 | 64 | 2695 | 2.37 | 0.50 | (0.33, 0.76) |
| | Naproxen | 4029 | 32 | 2696 | 1.19 | | |

[1]Patient-years at risk
[2]Per 100 PYR
[3]Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

11

MRK-NJ0071330

Table 9
Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred
for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Safety Update Report

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n (%) | | n (%) | |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 64 | ( 1.6) | 32 | ( 0.8) |
| Acute myocardial infarction | 4 | ( 0.1) | 4 | ( 0.1) |
| Angina pectoris | 2 | ( 0.0) | 6 | ( 0.1) |
| Arterial embolism | 1 | ( 0.0) | 0 | ( 0.0) |
| Arterial occlusion | 1 | ( 0.0) | 0 | ( 0.0) |
| Cardiac arrest | 1 | ( 0.0) | 0 | ( 0.0) |
| Carotid artery obstruction | 2 | ( 0.0) | 0 | ( 0.0) |
| Cerebral infarction | 0 | ( 0.0) | 1 | ( 0.0) |
| Cerebrovascular accident | 13 | ( 0.3) | 5 | ( 0.1) |
| Cerebrovascular disorder | 1 | ( 0.0) | 0 | ( 0.0) |
| Coronary artery disease | 2 | ( 0.0) | 3 | ( 0.1) |
| Coronary artery occlusion | 1 | ( 0.0) | 0 | ( 0.0) |
| Deep venous thrombosis | 5 | ( 0.1) | 1 | ( 0.0) |
| Femoral artery occlusion | 0 | ( 0.0) | 1 | ( 0.0) |
| Intracranial hemorrhage | 0 | ( 0.0) | 2 | ( 0.0) |
| Ischemic heart disease | 2 | ( 0.0) | 1 | ( 0.0) |
| Myocardial infarction | 16 | ( 0.4) | 4 | ( 0.1) |
| Non-Q- wave Myocardial infarction | 1 | ( 0.0) | 0 | ( 0.0) |
| Non-Q-wave myocardial infarction + ventricular tachycardia | 1 | ( 0.0) | 0 | ( 0.0) |
| Paresis | 1 | ( 0.0) | 0 | ( 0.0) |
| Peripheral vascular disorder | 1 | ( 0.0) | 0 | ( 0.0) |
| Transient ischemic attack | 2 | ( 0.0) | 3 | ( 0.1) |
| Unstable angina | 6 | ( 0.1) | 1 | ( 0.0) |
| Venous insufficiency | 0 | ( 0.0) | 1 | ( 0.0) |
| Ventricular fibrillation | 1 | ( 0.0) | 0 | ( 0.0) |

12

MRK-NJ0071331

Figure 2
Unadjudicated Thromboembolic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Safety Update Report



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3642 | 3403 | 3175 | 2804 | 1066 | 530 |
| Naproxen | n=4029 | 3646 | 3393 | 3169 | 2794 | 1071 | 513 |

13

MRK-NJ0071332