Ex 1 - 5-26-06 depo transcript

20       I read all of the subsequent editorials and
21  rejoiners that appeared in the New England Journal of
22  Medicine.  Let's see, what else?
23       And I read the label -- the proposed label for
24  Vioxx and all of the labels for Vioxx -- the proposed
25  labels and the actual labels.
0046
1        Q    Have you told me all of the reasons why you
2   think you are an expert in what Merck knew or should
3   have known about the cardiovascular risks associated
4   with Vioxx?
5        A    I believe I have, but I may have missed
6   something.
7        Q    We will examine the Appendix a little bit
8   later.  Okay?
9        A    Okay.
10       Q    Why did you tell the plaintiffs' lawyers that
11  you wanted to put the section about what Merck knew or
12  should have known in an Appendix and not in the thrust
13  of your report?
14       A    Because I wanted the main body of the report to
15  talk about the integrated marketing campaign.
16       Q    Would you agree that at least you think you
17  have the experience to offer the opinions in the thrust
18  of your report, but you have real questions about
19  whether you have the experience to offer opinions about
20  what is in Appendix A?
21       A    No, I don't agree with that at all.  Really, it
22  was more of an editorial thing.  That it didn't flow
23  well to have that material in the Appendix in the front
24  end.
25       If I had been uncertain about my opinion, I
0047
1   would not put it in the Appendix.  I would have taken it
2   out completely.
3        Q    In Exhibit 3, Page 3, you bill Mr. Robinson
4   $11,942 for 34 hours work; right?
5        A    Well, I billed $42 for the taxi.  So 11,900 for
6   the work.
7        Q    And the only meeting that you think occurred
8   and the only material communications you think occurred
9   here were on March 15, 2006?
10       A    That's my recollection, yes.
11       Q    Okay.  If you can turn to the next page.
12       This is the time you spent from March 30, 2006
13  through April 28, 2006, and you worked 67 hours during
14  that time frame; right?
15       A    Yes.
16       Q    For a total of $23,450; right?
17       A    Correct.
18       Q    And then here under Tasks, you wrote:
19            "Reviewed additional documents,
20            revised expert report, and met with
21            Paul Sizemore, Chris Spiro" --
22       A    Spiro.
23       Q    -- "Mark Robinson, Shannon Lukei --
24       A    Lukei.
25       Q    -- "other attorneys and a Vioxx
0048
1            Sales representative."
2        A    Yes.
3        Q    Let's talk about that meeting.  How did that
4   come about?

Page 20

```
                        Ex 1 - 5-26-06 depo transcript
 5              MR. ROBINSON:   The sales reps, you mean?
 6   BY MR. GOLDMAN:
 7      Q     Is this one meeting that you had with Paul
 8   Sizemore, Chris Spiro, Mark Robinson, Shannon --
 9      A     No.
10      Q     Different meetings?
11      A     Yes.  Well, I believe on one day, I met with
12   Paul Sizemore and Mark Robinson briefly.  I met with
13   Shannon Lukei very briefly -- actually, I spoke with
14   Shannon Lukei over the phone.  I'm not sure I met her in
15   person.
16      Q     Um-hmm.
17      A     But she was the one that arranged the meeting
18   with a Vioxx representative because it was her friend.
19      Q     Who is Shannon Lukei?
20      A     She works part-time in Mark Robinson's office
21   as an attorney.
22      Q     You also indicate that you met with Chris
23   Spiro.  When did you meet with him?
24      A     Chris Spiro.
25      Q     Sorry.
0049
 1      A     He was the person who helped me pull the
 2   documents.  At this point, I was teaching at UCI Irvine
 3   and I would stop by their offices after teaching and
 4   pick up documents from him and asked him to look for
 5   certain documents.
 6      Q     When did you meet with Mr. Sizemore and
 7   Mr. Robinson in this time frame?
 8      A     I'm not sure which date it was.
 9      Q     Can you look at the times and try to refresh
10   your recollection as to how much time you spent with
11   them?
12      A     It was a very short period of time.  I remember
13   it was late in the day and Paul wanted to meet with me
14   and so maybe an hour and a half.  And then maybe 15
15   minutes of that Mark was there.
16      Q     And what did you talk about with Mr. Sizemore?
17      A     He discussed the case that he was involved in
18   that he would like me to be an expert on.  It is a case
19   in Florida.
20      Q     Another Vioxx case?
21      A     Yes.  It is in one of these handouts.  It is,
22   actually, in one of these handouts.  It is a case
23   involving Rafik Kozic, K-O-Z-I-C, and it is going to
24   take place -- the trial date is expected to be July 31,
25   2002 in Tampa, Florida.  And it might be televised on
0050
 1   Court TV.
 2      Q     I feel sorry for the viewers.
 3      A     Me, too.
 4      Q     You indicate here that you met with Chris
 5   Spiro.  Do you have any idea how much time you spent
 6   with him as you were discussing the documents?
 7              MR. ROBINSON:  I --
 8              THE WITNESS:  Maybe a total of half an hour to
 9   an hour.  It is mostly just picking things up and --
10   BY MR. GOLDMAN:
11      Q     You also reference here other attorneys.
12              Do you know what other attorneys you met within
13   this time frame, April of 2006?
14      A     I met with an attorney -- Ted is an attorney;
15   right?
```

```
                        Ex 1 - 5-26-06 depo transcript
16              MR. ROBINSON:  Right.
17              THE WITNESS:  Ted Wacker.
18   BY MR. GOLDMAN:
19         Q    Of Mr. Robinson's firm?
20         A    Yes.  I think maybe the same meeting with Paul
21   Sizemore.  He came in and showed us the label or --
22   clarified an issue.  At one point, he came in and
23   clarified an issue with regard to a document.
24         Q    Who did?
25         A    Ted Wacker.
0051
1          Q    What was the issue he clarified?
2          A    We were looking -- I can't remember, but I
3    believe it was where something was on the label -- on
4    the Vioxx label.
5          Q    Do you remember what the something was or where
6    it was?
7          A    Or maybe he just brought in the labels.
8          Q    Is that the first time you have ever seen the
9    Vioxx labels?
10         A    Oh, no.
11         Q    Have you seen the Vioxx labels before this
12   litigation?
13         A    No, I had not.
14         Q    Do you remember any substantive discussions you
15   had with Mr. Wacker about Vioxx's label?
16         A    No, I don't remember.  I believe I just met
17   with him and he gave us the different versions of the
18   label, and possibly explained that there were more than
19   one version.
20              But in terms of cardiovascular risk, they were
21   all about the same until the label changed in April of
22   2002.
23         Q    That is what Mr. Wacker told you?
24         A    He showed us -- he showed me the documents, and
25   then I reviewed them for myself and that is when I
0052
1    reached the conclusion.
2          Q    That?
3          A    That they -- the labels were substantively the
4    same with regard to cardiovascular risk unless the
5    labels changed and included the Vigor Study.
6          Q    On the last page of Exhibit 3, you spent 19
7    hours between May 15 and May 19th and billed $6,650;
8    right?
9          A    Correct.
10         Q    You indicate that you reviewed additional
11   documents.  Do you know, as you sit here today, what
12   documents you reviewed then?
13         A    I remember some of the documents I got towards
14   the end were additional Dear Doctor letters.  The
15   documents that were specific to the Barnett case.  Some
16   of the depositions weren't even taken.
17              And so towards the end, I was reviewing
18   depositions that had just been taken for the Barnett
19   case.  So that was either in May -- well, it was either
20   of these documents involving May hours.
21         Q    How much time did you spend reviewing
22   documents specific to the Barnett case before you
23   reached the conclusions about what Mr. Barnett knew or
24   didn't know about the cardiovascular risk associated
25   with Vioxx?
0053
```

Page 22

Ex 1 - 5-26-06 depo transcript
1      A    I don't remember exactly, but it was however
2  long it took me to read those depositions and read
3  through all of the exhibits that accompanied the
4  depositions -- the relevant depositions that went with
5  the depositions.
6      Q    So the basis of your opinion about what
7  Mr. Barnett was told and knew about the cardiovascular
8  risks associated with Vioxx is based upon your review of
9  his deposition and the exhibits?
10     A    No.
11     Q    What else is it based on?
12     A    Well, he was part of the integrated -- he was a
13 subject of the integrated marketing communications
14 campaign.
15          So all of the work I did to understand the
16 campaign applies to what happened to him and the
17 doctors.
18     Q    Have you ever met with Mr. Barnett?
19     A    I think, as I recall, one day when I was
20 picking up boxes he happened to be there and I said
21 hello to him.
22     Q    Have you ever spoken to Mr. Barnett about
23 Vioxx?
24     A    No, not that I recall.
25     Q    Have you ever spoken with Mr. Barnett about
0054
1  what effect, if any, and how much -- withdrawn.
2          Have you ever spoken with Mr. Barnett about
3  what importance he attaches to advertising when he makes
4  decisions?
5      A    So what was the question again?  Have I ever
6  spoken to Mr. --
7      Q    To Mr. Barnett what impact, if any, he thinks
8  advertisements has on his decisions?
9      A    I don't believe so.  When we met briefly, we
10 may have spoken a few minutes, but I am not quite sure
11 what we spoke about.  I don't believe we spoke about
12 that.
13     Q    Okay.  On the last page of Exhibit 3, you
14 indicate that you reviewed additional documents, revised
15 your expert report, and met with Paul Sizemore, Chris
16 Spiro and Mark Robinson.
17          Did you meet with those individuals at the same
18 time, on the same day?
19     A    Again, I believe the meeting with Paul Sizemore
20 and Mark was on the same day, and Chris was just picking
21 up documents.
22     Q    Did you review your report with Mr. Robinson
23 and Mr. Sizemore and Mr. Spiro?
24     A    Paul Sizemore went through and commented on
25 typos.  He found a few typos and commented on a couple
0055
1  of words and said, do you want to make -- use that exact
2  word?  Is that precise?
3          You know, basically, said don't overstate your
4  opinion.  Make sure that what you state is something
5  that you can defend, but he didn't get into any
6  specifics.
7      Q    Did you get into any specifics about your
8  expert report with Mr. Robinson or Mr. Spiro?
9      A    No, not that I recall.
10          MR. GOLDMAN:  I am going to mark as Exhibit 4,
11 a document you produced today.  It is a document called

```
                        Ex 1 - 5-26-06 depo transcript
12  Merck Vioxx Case Involved Parties and Technical Terms,
13  April, 2006.
14              (Defendant's Exhibit 4 was marked
15              for identification by the court
16              reporter.)
17  BY MR. GOLDMAN:
18      Q    Do you see that?
19      A    Yes.
20      Q    Now -- or April 6th; right?  Is that what that
21  means?
22      A    April, 2006.
23      Q    That is not a day of April; that is the year
24  that you are reflecting?
25      A    Correct.
0056
1       Q    Who prepared this document?
2       A    I did.
3       Q    And it starts off by saying, "Barnett case."
4            "Barnett took Vioxx from late
5            December, '99 or early January,
6            2000 through September, 2004
7            when it was taken off the market."
8            Who told you that?
9       A    I received that information from the depos of
10  the physicians that treated Barnett.  And possibly, he
11  also said it in his depo, but it was from the
12  depositions in this case.
13      Q    Are you sure about that?
14           MR. ROBINSON:  Well, --
15           THE WITNESS:  Yes.
16  BY MR. GOLDMAN:
17      Q    Did you read all of Mr. Barnett's deposition?
18      A    I skimmed through it and then spent more time
19  on parts that were more of greater relevance.  I had it
20  on a PDF on my computer.  Actually, a text file on my
21  computer.
22      Q    Actually, the materials that you reviewed,
23  according to your report, were certain excerpts of
24  Mr. Barnett's deposition.
25           Do you remember those certain pages?
0057
1       A    No, I reviewed the whole deposition.  I cited
2   certain parts in my report.
3       Q    So if, at the end of your report, you have a
4   table or an index listing pages of depositions, are you
5   saying that you actually reviewed the entire deposition
6   and just cited to those particular pages?
7       A    Correct.
8       Q    So the next sentence says, "The
9            Initial prescribing physician was
10           Dr. McCaffrey who refilled Barnett's
11           prescriptions without seeing him
12           through late 2000."
13           How did you know that?
14      A    From the depositions.  I believe from
15  McCaffrey's deposition.
16      Q    "In the meantime, internist
17           Dr. Micola took over Barnett's care
18           and filled Barnett's Vioxx
19           prescriptions after McCaffrey."
20           How did you know that?
21      A    From the depositions.
22      Q    "Trial date July 24, 2006.
```

Page 24

```
                              Ex 1 - 5-26-06 depo transcript
23              New Orleans (MDL) Mark Robinson lead
24              attorney."
25              How did you know that?
0058
1       A       Mark -- well, either Mark or Lexi Myer told me
2    the date and that he was lead attorney.
3       Q       Then there is a reference to Manzo case, and
4    there is a discussion about Tony Manzo.
5               "Tony Manzo took Vioxx August 1, 2003
6               to December 29, 2003 when he had his
7               heart attack."
8               Do you see that?
9       A       Yes.
10      Q       How did you know that?
11      A       I believe -- I believe Mark Robinson told me
12   that.
13      Q       Do you think that it is possible that
14   Mr. Sizemore told you that, or was it the Kozic case
15   Mr. Sizemore's case?
16      A       Kozic is Sizemore.  This -- I'm pretty sure
17   Mark Robinson told me this.
18      Q       "Rafik Kozic, a former professional
19              Athlete, who still played in club
20              leagues, took Vioxx in February, 2001
21              through April, 2001, when he had a
22              heart attack, caused by a thrombotic
23              clot."
24              Who told you that?
25      A       Paul Sizemore.
0059
1       Q       Does it appear to you, Dr. Pechmann, that this
2    document reflects notes that you took during a meeting
3    with Mr. Robinson and Mr. Sizemore?
4       A       These were two separate meetings, yes.  Um-hmm.
5    Probably.
6       Q       And then you list drugs and you have
7    Naproxen -- actually, let me go back.  What is a
8    thrombotic clot?
9       A       I have -- I probably have it described.
10      Q       Well, without looking at your report, can you
11   just tell me --
12      A       Well, it is basically a blocked blood vessel --
13   well, thromboembolic event is a blood clot.  So
14   thrombotic is just a blood clot.
15      Q       And who told you that?
16      A       I think -- basically, I looked these things up
17   in a dictionary.
18      Q       Under drugs, you wrote "Naproxen equals
19              Aleve, comparator in Vigor Study."
20              That was something that Mr. Robinson or
21   Mr. Sizemore told you; right?
22      A       No.  I believe that -- I believe I read that in
23   a document.  In one of the many documents that I read
24   about the Vigor Study.
25      Q       Did you read -- do you see "Celebrex = first
0060
1    COX-2 inhibitor Pharmacia/Pfizer" -- Did you read that
2    somewhere?
3       A       In the marketing documents.  There is a lot
4    about Celebrex in the marketing documents because that
5    is the competitor.  That is the major competitor to
6    Vioxx.
7       Q       Do you see under Studies it says, "Vigor," and
```

Page 25

```
                              Ex 1 - 5-26-06 depo transcript
  8     then there is a description about the Vigor Study?
  9              Do you see that?
 10         A    Yes.
 11         Q    Did you write that based on your own review of
 12     the Vigor Study?
 13         A    Yes.
 14         Q    Do you see in the middle of the paragraph it
 15     says, "Three Vioxx deaths were excluded
 16              That if included it would show a
 17              fivefold increase of aspirin
 18              indicated patients and a threefold
 19              marginal significant increase in
 20              nonaspirin indicated patients."
 21              Do you see that?
 22         A    Yes.
 23         Q    Where did you get that?
 24         A    From the corrected findings reporter in the New
 25     England Journal of Medicine, December 29, 2005.
0061
  1         Q    And the plaintiffs gave you that to read?
  2         A    Yes, I believe they gave it to me.
  3         Q    The Vigor on Label section, is it your
  4     testimony that you prepared that after doing your own
  5     review of the Vigor label?
  6         A    Yes.
  7         Q    What was the Advantage Study?  Without looking
  8     at your notes, can you tell me what the Advantage Study
  9     was?
 10         A    It was a study that --
 11         Q    You are looking at your notes.
 12         A    Oh, I'm sorry.
 13         Q    Can you tell me what the Advantage Study was?
 14         A    Yes.  It was a study that Merck conducted that
 15     was -- I believe it was against a placebo as opposed to
 16     Naproxen and they found an increased risk --
 17     cardiovascular risk.
 18              And so they recommended that it be put on the
 19     -- in the label because there was a distinct pattern and
 20     it was against a placebo.  So --
 21         Q    Was Naproxen in the Advantage Study?
 22         A    Oh, no.  I was incorrect.  Wow.  So it was
 23     against Naproxen but anyway it was similar to -- it
 24     was -- the results were very similar.
 25         Q    To what?
0062
  1         A    To the Vigor Study.
  2         Q    How were the results of the Vigor Study similar
  3     to the results of the Advantage Study?
  4         A    Both of them indicated an increase
  5     cardiovascular risk relative to the comparater --
  6     competitor drug for Vioxx.
  7         Q    Is it your testimony that there was a higher
  8     statistically significant risk of thrombotic events seen
  9     in the Vioxx arm of Advantage compared to the Naproxen
 10     arm of Placebo?
 11              MR. ROBINSON:  Calling for an expert opinion.
 12              THE WITNESS:  What I would like to do is refer
 13     to my description of the Advantage Study.  I don't have
 14     everything memorized in here.
 15              Later on, I have the information about the
 16     Advantage Study that was in the proposed label.  Let's
 17     see -- oh, I remember what happened here.  They used
 18     aspirin.  That is what was -- that is what they -- in
```

Page 26

```
                         Ex 1 - 5-26-06 depo transcript
19    the Advantage Study, they used aspirin.
20          So that is why it was very interesting because
21    it was -- even though there was a change in the
22    protocol, you got very similar results.
23    BY MR. GOLDMAN:
24      Q    What results were similar?
25      A    You saw elevated cardiovascular events for
0063
1     Vioxx versus the comparator drug.
2       Q    Were there more strokes seen in the Vioxx arm
3     than the Naproxen arm of Advantage?
4       A    I would have to refer to the study.  I have a
5     copy of the study and I looked at the study.
6          At this point, I cannot remember what the --
7     exactly what the specifics were.
8       Q    Did you review the Approve Study?  Because all
9     you wrote here is "randomized trial of placebo calls
10    Vioxx withdrawal of September, 2004."
11      A    I believe I was not given it and did not ask
12    for and did not review it -- I'm not sure.  I can't
13    remember.  I have to check.  I may have the article that
14    came out from Approve.
15      Q    Did you review the Alzheimer's studies?
16      A    I reviewed the FDA discussion of these studies.
17      Q    Did you review the Alzheimer's studies?
18      A    You mean the actual studies themselves, no.
19      Q    Yes.
20      A    No.
21      Q    You referred to class on the second -- the back
22    page here, and there is a description of class; is that
23    a description that the plaintiffs' attorneys told you?
24      A    No.  I wrote all of this myself.
25      Q    I know you wrote it yourself, but the
0064
1     information that you were writing --
2       A    No.
3       Q    You read the study?
4       A    I read the study.  I am a scientist.  I read
5     studies all of the time.
6       Q    But you are not a medical doctor?
7       A    No, but I review for the American Medical
8     Association and I review scientific work all of the
9     time.  And I also review medical protocols that come to
10    the institutional review board.
11      Q    Let's skip down to Marketers and Marketing
12    Research.  Is this information that the plaintiffs'
13    attorneys gave to you?
14      A    I don't understand the question.  Can you
15    rephrase?
16      Q    Were you typing this information based on a
17    discussion you had with the plaintiffs' attorneys in
18    this case?
19      A    No.
20      Q    Do you see under Terms, PIR equals Professional
21    Information Request?
22      A    Yes.
23      Q    Did you know that before you became an expert
24    in this case?
25      A    That particular term, I did not know.  I
0065
1     learned it in going through the documents.
2       Q    Did you know the term OBR before you became
3     retained in this case?
```

```
                          Ex 1 - 5-26-06 depo transcript
  4      A    No, I did not.  I learned it in the case.
  5      Q    If you turn to the next page, did you know what
  6   TRX meant before you became an expert in this case?
  7      A    No, I did not.  I had to find that in the
  8   documents.
  9      Q    How about A&A?  Did you know what that meant
 10   before you were retained as an expert in this case?
 11      A    Not this meaning, no.  I learned how they
 12   defined it in reviewing the materials in this case.
 13      Q    Do you see APTC?  And you describe what that
 14   is?
 15      A    Yes.
 16      Q    Where did you get that meaning of APTC from?
 17           "The Anti-platelet Trial
 18           Collaboration = cardiovascular (CV),
 19           hemorrhagic (heavy bleeding), and
 20           unknown death."
 21      A    Found in a document.  I am not sure which one,
 22   but I found it in a document.  I don't remember which
 23   one.
 24           But as I read a document and I see a term, I
 25   would stop and add it to my list here in case it was
0066
  1   important.
  2           So some things I left out that I should have
  3   put in, and some things that I put in, that maybe I
  4   didn't end up using that much.
  5           But that was one term that I figured I better
  6   define because it was complicated.
  7      Q    Did you see under Merck -- skip the FDA to now
  8   Merck?
  9      A    Yes.
 10      Q    The individuals you name here:  Gilmartin,
 11   Anstice, Scolnick, Weiner, et cetera -- where did you
 12   get those from?
 13      A    I was given their depositions.  Or oftentimes,
 14   they were on -- their names were on documents that I
 15   had.  Marketing documents that I had.
 16      Q    On the fourth page, you have Academics and you
 17   list Kurfm and Bombardier.
 18           Do you see that?
 19      A    Yes.
 20      Q    Why did you write them down?
 21      A    Well, those are the -- two of the articles that
 22   I reviewed.  At that point, I stopped writing down every
 23   academic.  It would have been too much.
 24      Q    Why did you choose the article that reflected
 25   the worst on Merck?
0067
  1      A    I believe those are the first two articles that
  2   I did look at.  That is the Vigor and then the
  3   comment -- the editorial on Vigor.
  4      Q    In that order?
  5      A    No.  I'm sure I reviewed the New England
  6   Journal 2000 first.
  7      Q    And then you have a bunch of names under
  8   Robinson, Calcagnie and Robinson, and why did you write
  9   down those names?
 10      A    So I would remember who they were.
 11      Q    And then under MDL, you wrote down other names
 12   including the name of the judge in New Orleans, Judge
 13   Fallon.  Why did you write down his name?
 14      A    Because if someone mentions the name, I would
```

Page 28

Ex 1 - 5-26-06 depo transcript

```
15  know who they are talking about.
16       Q     Who gave you this information about the MDL?
17       A     I believe that Mark gave me the names --
18  Robinson.
19       Q     And then Vioxx Label Change Information, is it
20  your testimony that you wrote all of this after
21  independently reading the material as opposed to
22  being -- the material being explained to you by lawyers?
23       A     I wrote it all myself.  I pulled it off the
24  label and typed it in myself because I felt it was
25  important that I had notes of it.  So I wouldn't have to
0068
1   refer to the original document.
2            If you want to know what I knew about
3   Advantage, it is here on Page 5 -- some of it.
4        Q     Did you read the Victor Study?
5        A     Victor?
6        Q     V-I-C-T-O-R.
7        A     I'm not sure.  What else -- can you describe
8   the study in greater detail?
9            MR. ROBINSON:  We just got that data this week.
10           MR. GOLDMAN:  No, I mean the original.
11       Q     Have you ever read any articles or information
12  about cancer studies that were done with Vioxx?
13       A     I read several articles about Vioxx and they
14  are in my files.  And there is a possibility that one of
15  them involved cancer.
16           I don't remember at the moment because I can't
17  answer that question without referring to my documents.
18           MR. GOLDMAN:  Let me mark this as an exhibit.
19  This is Exhibit 5.
20           (Defendant's Exhibit 5 was marked
21           for identification by the court
22           reporter.)
23  BY MR. GOLDMAN:
24       Q     It is this, Dr. Pechmann.
25       A     Okay.
0069
1        Q     What is Exhibit 5?
2        A     Again, this is Exhibit 5; correct?  This one?
3        Q     The one that has handwriting on it, it starts
4   Scientific Testing of Details with Specific M.D.'s.
5        A     Okay.
6        Q     Can you tell me what this document is?
7        A     This is a document that I prepared yesterday
8   when I met with Steve Skikos.  I started to discuss the
9   science with Steve, and he started to realize that the
10  depth of this -- the depth of this information and the
11  level of detail.
12           And he suggested that I write down relevant
13  information about each study.  So that is what I did.  I
14  went through, pulled out the exhibits and for my own
15  purposes, wrote down relevant information about the
16  method; my background on the method; and then the
17  results.
18           And as I worked on it, I would discuss it with
19  him, certain key parts or I would show him a graph.  He
20  started to become familiar with the scientific studies.
21       Q     Did the attorneys for the plaintiffs assist you
22  in drafting your expert report?
23       A     No, they did not.
24       Q     Did they provide any input?
25       A     They provided the documents.
```

Page 29

Ex 1 - 5-26-06 depo transcript

0070
1    Q    Did you ever get any request by the plaintiffs'
2   attorney -- plaintiffs' lawyers to include certain
3   information in your report?
4    A    No.
5    Q    How long did you spend drafting your report?
6    A    I don't have a record of it exactly.
7    Q    Can you give me a ballpark?
8    A    I mean, it would be hard to describe because I
9   might spend two or three hours looking at a study and
10  going page to page; and then I might write a couple of
11  paragraphs or a paragraph.
12        So would that count as half an hour that I
13  wrote the paragraph or the two and a half?  But I don't
14  know how you would describe it, but that is how I
15  basically worked.
16   Q    Can you tell me how much time you sat at your
17  computer and typed out your report?
18   A    No, I can't.
19   Q    Do you intend to give opinions at trial,
20  Dr. Pechmann, other than those contained in your report?
21   A    No, I do not.
22   Q    The most current version of your Curriculum
23  Vitae is in your report?
24   A    Vitae, yes.
25   Q    And it is an accurate and complete description
0071
1   of your education and experience?
2    A    Yes.
3    Q    Anything that you want to add to your C.V. that
4   you think is important?
5    A    No.
6    Q    Would you agree, Dr. Pechmann, that the vast
7   majority of your professional life has been spent
8   analyzing the effect of cigarette advertisements on
9   youth?
10   A    No, I would not agree with that.
11   Q    Do you think a lot of your professional life
12  has been analyzing the effect of cigarette ads on youth?
13   A    No.
14   Q    Well, in your report, you say that your two
15  primary areas of experience -- you talk about how you
16  have an international reputation for your work on
17  controversial forms of advertising and their effects on
18  consumers on Paragraph 4 of your report.
19        Do you remember that?
20   A    Yes.
21   Q    What are controversial forms of advertising?
22   A    Well, it is actually described in there in my
23  report; right?  So controversial forms of advertising --
24  let's see.  What page are you on?
25   Q    Two, Paragraph 4.
0072
1    A    I mean advertising that receives a high degree
2   of scrutiny and criticism by public courts or the
3   government.  And I indicate that I have done work on
4   comparative advertising.
5    Q    And then you --
6    A    And also, tobacco-related -- what I mean by
7   that is, both cigarette ads and anti-smoking ads and
8   also various other communications; product placement in
9   movies; in sit-coms; that sort of thing.
10   Q    Would you agree then, Dr. Pechmann, that the

Page 30

Ex 1 - 5-26-06 depo transcript
```
11   majority of your professional life has been devoted to
12   analyzing the effect of cigarette advertisements,
13   anti-smoking advertisements, and other forms of
14   communication relating to tobacco?
15           MR. ROBINSON:  Andy, when you say "professional
16   life," she teaches things like that, you are excluding?
17           THE WITNESS:  Right.  And I don't agree with
18   that statement, no.  Not the majority.
19   BY MR. GOLDMAN:
20       Q    Have you spent a lot of time, Dr. Pechmann,
21   focusing on cigarette advertisements, anti-smoking
22   advertisements and other forms relating to tobacco?
23       A    Yes, I have spent a lot of time on that topic.
24       Q    It is your view that tobacco advertising
25   entices young people to want to start smoking; right?
0073
 1       A    Well, no.  Some -- certain types of tobacco ads
 2   entice young people, yes, but not all tobacco
 3   advertising.
 4       Q    If I represented a tobacco company, I would
 5   explore that with you, and I don't.  So I am going to do
 6   you a favor.
 7           MR. ROBINSON:  Thank you.  Since my case has
 8   been dismissed --
 9   BY MR. GOLDMAN:
10       Q    Can you describe the type of research that you
11   did, Dr. Pechmann, before forming the view that tobacco
12   advertising at least entices some adolescents to use
13   cigarettes?
14       A    I conducted controlled experiments.
15       Q    Can you be a little more specific about that?
16   What type of experiments?
17       A    Well, just like what Merck did in this case.  I
18   conducted controlled studies where people saw different
19   stimuli, and I compared their reaction statistically and
20   I compared the reactions of different groups of people
21   to different stimuli; and saw that -- that, actually, in
22   my case, regardless of the group, that cigarette ads
23   that I studied increased the youths intent to smoke.
24       Q    How many controlled experiments would you say
25   you have done concerning tobacco advertising?
0074
 1       A    All tobacco advertising?
 2       Q    Yes.
 3       A    Well, let's see.  We can look at my
 4   publications.  I would say pretty much all of them have
 5   resulted in publications.
 6           So I have -- I have publication No. 11 in my
 7   vitae on Page 3.  Publication No. 15, 16, 21, 24, 27 and
 8   then one other study that is ongoing -- actually, two
 9   that are ongoing.
10           So that is one, two, three, four, five, six --
11   eight.
12       Q    So you have conducted in your -- in your career
13   eight different controlled experiments on the effects of
14   tobacco advertising?
15       A    Yes.  And by "tobacco advertising," I mean the
16   broad definition that I described, anti-smoking.
17       Q    How many controlled experiments have you done
18   on pharmaceutical advertising?
19       A    I have not done any.  I just reviewed the
20   studies that were conducted.  Just like I review the
21   studies for journals all the time as a reviewer or on
```

Page 31

                              Ex 1 - 5-26-06 depo transcript
22    the editorial review board.
23        Q      My question was a little bit different.
24             How many controlled experiments have you
25    performed on pharmaceutical advertising?
0075
1         A      None.
2         Q      Okay.  How much time do you think you spent
3    researching the question of the effects on adolescents
4    of tobacco advertising in whatever form?
5         A      I have no idea.
6         Q      Thousands?
7         A      But I have been working on the topic since
8    1990.
9         Q      So you spent years focusing on the question of
10    the effects of cigarette advertising on the youth?
11        A      Well, that was one of the things I was working
12    on.  Correct.
13        Q      How many tobacco advertisements have you
14    reviewed in your life you think?
15        A      Hundreds.
16        Q      Do you have a database of tobacco
17    advertising -- advertisements?
18        A      No.
19        Q      Did you ever have a database of tobacco
20    advertisements?
21        A      No.
22        Q      Have you ever used a database of tobacco
23    advertisements?
24        A      Well, by "tobacco," you mean cigarettes or you
25    mean anti-smoking?
0076
1         Q      Yeah, cigarettes.
2         A      Yeah.  Have I ever used?  No.
3         Q      Have you ever actually observed young people as
4    they watch a television advertisement or some other form
5    of advertising for tobacco?
6         A      No.
7         Q      You never sat and actually watched how a
8    particular adolescent responds, reacts to a form of
9    tobacco advertising?
10        A      That's correct.  I have not.  My team of
11    researchers collect the data.
12        Q      Okay.  So you have had teams of people who have
13    gone out and looked at young people and how they react
14    to different forms of tobacco advertising?
15        A      No.  What we do in our studies, just like they
16    did, is we do not take any measures of how people are
17    reacting to the ads, you know, observe them, try to code
18    their reactions.  That is not the type of research I do.
19             What I do is, I ask people to complete surveys
20    and bring the surveys back, and analyze the surveys.
21    Just like Merck did, Merck's people.
22        Q      How many different surveys have you reviewed
23    concerning the effects of tobacco advertising in
24    whatever form?
25        A      How many -- tell me again what is the question?
0077
1         Q      How many surveys have you conducted or reviewed
2    concerning the effects of tobacco advertising on the
3    youth?
4         A      Well, we just established how many I conducted;
5    right?
6         Q      Yes.

                                   Page 32

```
                        Ex 1 - 5-26-06 depo transcript
 7        A     Wasn't it eight?
 8        Q     Um-hmm.
 9        A     And then in terms of how many more articles I
10   have reviewed, maybe 10.
11        Q     When you did your research to form an opinion
12   on the effects of tobacco advertising on adolescents,
13   did you focus on one tobacco company or more than one
14   tobacco company's ads?
15        A     More than one tobacco company.
16        Q     Why didn't you just focus on one?
17        A     I am trying to remember at the time.  I think I
18   wanted to show the subjects of representative samples of
19   cigarettes from different firms.  So I could draw
20   conclusions about cigarette advertising in general.
21        Q     About how many tobacco companies have you
22   looked at in terms of their advertising in your research
23   concerning the effects of tobacco advertising on the
24   youth?
25        A     I haven't studied any of the tobacco companies.
0078
 1        Q     Their advertisements you studied?
 2        A     Yeah.  I said I looked at a couple of hundred
 3   ads probably in the whole time I have been --
 4        Q     What particular companies?  Phillip Morris?  Or
 5   others in the tobacco industry, have you looked at in
 6   terms of what advertisements they used in your analysis
 7   of the question of the effect of the advertisement on
 8   the youth?
 9        A     I don't understand the question.  I'm sorry.
10        Q     You said before that you have reviewed research
11   and conducted research on the effect of tobacco ads on
12   the youth, and that those ads were not just limited to
13   one tobacco company, but to more than one; right?
14        A     Okay.  If you are asking me which companies
15   were representative of the ads that I studied?
16        Q     Yes.
17        A     Reynolds and Morris -- Phillip Morris, and
18   maybe some others, but those are the two.
19        Q     Have you ever compared the type of marketing
20   campaigns that one tobacco company has used compared to
21   a marketing campaign of another tobacco company?
22        A     No.
23        Q     Have you ever assessed the integrated marketing
24   communications campaign of tobacco companies?
25        A     I have reviewed papers that address that topic.
0079
 1   I myself have not conducted research on tobacco
 2   companies integrated campaigns, but I have reviewed
 3   papers that have done that.
 4        Q     What companies have you conducted research on
 5   in terms of their integrated marketing communications
 6   campaigns?
 7        A     I was an expert panel -- panelist that reviewed
 8   the integrated marketing communications campaigns of the
 9   Census Bureau, the anti-drug ad campaign, the
10   Massachusetts anti-smoking campaign.
11        I am trying to think if there were any others.
12   That might be the only ones that I served as an expert
13   panel; but in teaching courses, I reviewed a large
14   number other of integrated marketing communications
15   campaign that have been taught to the students.
16        Q     Have you ever analysed any integrated marketing
17   communications campaigns for any pharmaceutical company
```

Page 33

```
                        Ex 1 - 5-26-06 depo transcript
18   other than Merck in this case?
19        A    I have read articles that have assessed their
20   campaigns.  I have not done any prior research on my
21   own.
22        Q    You have never directly analyzed any integrated
23   marketing communications campaign for any pharmaceutical
24   company?
25        A    No, that's not correct.  When I review
0080
1    articles, I am analyzing the campaign.
2         Q    What pharmaceutical companies do you believe
3    you have analyzed in terms of their integrated
4    advertising marketing -- what pharmaceutical companies
5    do you believe that you analyzed in terms of their
6    integrated marketing communications campaign?
7         A    I can't remember specific articles that I have
8    read because that I didn't get together for my report;
9    but over the years, I have read numerous articles on
10   pharmaceutical marketing and integrated marketing
11   campaigns.
12             There are several articles in this journal and
13   I review those on an ongoing basis.  So, you know, that
14   was part of my general knowledge before even coming into
15   this -- into this case.
16             And I have been thinking of starting to do some
17   research in the area, so -- on my own.  So I have been
18   reading those types of articles.
19        Q    Have you ever done any independent research,
20   Dr. Pechmann, on the integrated marketing communications
21   campaigns of any pharmaceutical company?
22        A    Have I done any independent research, no.
23        Q    I noticed that you receive several grants for
24   research for tobacco related research; is that right?
25        A    Yes, it is correct.
0081
1         Q    All of the research grants that you have
2    received have been for tobacco-related research; is that
3    right?
4         A    Yes, that's correct.
5         Q    Would you agree, Dr. Pechmann, that virtually
6    all of your research and publications have been in the
7    area of tobacco advertising or comparative advertising?
8         A    No.  I have several articles on other topics.
9         Q    Would you agree that a vast majority of your
10   research and publications have been in the area of
11   tobacco advertising or comparative advertising?
12        A    I would say the majority.
13        Q    When you were describing --
14        A    But, for example, I was just going to say that
15   in the case of anti-drug campaign, I had not done any
16   independent work on anti-drug; but they still chose me
17   as the national expert to oversee that campaign.  And
18   marijuana is very different from tobacco.
19        Q    Marijuana is also very different from
20   prescription drugs?
21        A    But they are both drugs.
22        Q    But one is allowed and prescribed and one is
23   illegal and not prescribed.
24        A    There is a lot of difference between tobacco
25   and marijuana, too, but I would not say the difference
0082
1    is any greater.  They are different.
2              But the point is, I had the knowledge that I
```

Page 34

Ex 1 - 5-26-06 depo transcript

**Page 35**

3  had and the research that I had in one, transfers to the
4  other candidates was in question and the senators of
5  this state recommended me for that panel.
6      Q    The reason that you were recommended on the
7  panel for anti-drug campaigns is because you are one of
8  the leading experts in tobacco advertising to young
9  campaigns; right?
10     A    No, that wasn't the only reason.  It was
11 because --
12     Q    Well, that was a reason?
13     A    That was a reason, but the main reason is that
14 I know about research involved in integrated marketing
15 campaigns.
16          The reason why I was chosen, they needed
17 someone that knew copy testing and tracking.  And that
18 is what I know, and that is why I was chosen.  There are
19 lots of other people that have expertise in tobacco.
20     Q    Are advertise -- withdrawn.
21          Would you agree, Dr. Pechmann, that
22 prescription drugs are different from tobacco?
23     A    In what way?
24     Q    In how they are used?
25          MR. SKIKOS:  I'll object.  I don't understand

**0083**
1  that.
2          THE WITNESS:  I don't know.  That is such a
3  vague question.  I don't understand the question.
4  BY MR. GOLDMAN:
5      Q    Were you -- can you tell me any differences
6  between tobacco advertising and pharmaceutical
7  advertising?
8      A    The main difference is in pharmaceutical
9  advertising, there is a sales representative talking to
10 the physicians to encourage them to -- let them know
11 about the drug, so that they can prescribe it.
12     Q    Any other differences between tobacco
13 advertising and pharmaceutical advertising?
14          MR. SKIKOS:  Objection.
15          THE WITNESS:  Well, the regulations are
16 different.  The FDA is covering pharmaceutical and they
17 tried to cover tobacco.
18          And I wrote -- I helped write a -- prepared a
19 response for the American Psychological Association, but
20 the supreme court did not allow the FDA to get involved.
21          MR. GOLDMAN:  We will get to that in a minute.
22          The Vioxx advertisements are not in the form of
23 comparative advertising.  Do you agree with that?
24     A    Some of them were.
25     Q    The vast majority of Vioxx advertising did not

**0084**
1  comment on any other competitive products; right?
2      A    That -- I don't agree with that.  Much of the
3  materials that the physicians saw were comparative.
4      Q    Let's talk about the advertising on television,
5  direct-to-consumer advertising for a minute.
6      A    You're correct.
7      Q    On direct-to-consumer advertising that people
8  see on TV, you agree that that form of advertising that
9  Merck used for Vioxx is not comparative advertising?
10     A    Yes.  I agree with that.  It is not a direct
11 comparative ad.
12     Q    The vast majority of presentations you have
13 given at academic conferences and universities have

Ex 1 - 5-26-06 depo transcript

**Page 36**

14 related to your work in tobacco advertising; true?
15     A    Yes, definitely.
16     Q    Well, I don't want to go through your whole CV
17 and look at all of your presentations.
18          Would you agree that a significant number of
19 your presentations given at universities and academic
20 conferences have involved tobacco advertising?
21     A    I would agree that I have given a number of
22 presentations on tobacco-related advertising or
23 marketing at conferences.
24     Q    You refer in your C.V. to a technical report
25 that you wrote on strategies for preventing youth

**0085**
1  tobacco use.
2      Q    Do you remember that?
3      A    Yes.
4      Q    You ever written a technical report on
5  pharmaceutical advertising?
6      A    No, I have not.
7      Q    You have been on television before and you have
8  been quoted in various newspapers and news magazines;
9  true?
10     A    Yes.
11     Q    And all of that related to your work in tobacco
12 advertising; right?
13     A    No.
14     Q    What else did it relate to?
15     A    Well, I was just interviewed for an article on
16 retailing.  I was the main person that they cited.  So I
17 am interviewed on a variety of marketing issues.
18     Q    Have you ever been interviewed or appeared on
19 television to discuss pharmaceutical advertising?
20     A    Not that I recall, but I might have.
21     Q    Would you agree, Dr. Pechmann, that the -- we
22 talked about this briefly, but that the marketing that
23 is involved in tobacco is much different from the
24 marketing that is involved in the pharmaceutical realm?
25     A    I don't agree with that.

**0086**
1      Q    Cigarette advertising is not regulated; is it?
2      A    There are industry regulations.  It is
3  self-regulated.
4      Q    There is no independent, outside body that
5  regulates cigarette advertising; is there?
6      A    In the United States, no.
7      Q    In the United States, the Food and Drug
8  Administration regulates marketing for prescription
9  drugs; do they not?
10     A    Yes, they do.
11     Q    And prescription drugs are heavily regulated by
12 the Food and Drug Administration; right?
13     A    I wouldn't know if you would characterize it as
14 "heavily," but it is regulated.
15     Q    You are not an expert on FDA regulations on
16 prescription drugs; are you?
17     A    I am an expert now.
18     Q    Based on what?
19     A    Having reviewed all of the documents.
20     Q    What documents?
21     A    The FDA -- the FDA has documents on all their
22 regulations.
23     Q    Have you read all of the FDA's documents on
24 regulations?

Ex 1 - 5-26-06 depo transcript

**Page 37**

25     A    Yes.  And I spoke with the DDMAC person also

**0087**
1  and I spoke -- when I spoke to the sales rep, I also got
2  her perspective on it and I read numerous articles on
3  this topic.
4      Q    Before you were retained as an expert witness
5  in the Vioxx litigation, would you agree that you never
6  held yourself out as an expert in FDA regulations over
7  pharmaceutical drugs?
8      A    Correct.
9          MR. SKIKOS:  Can we take a bathroom break?
10         (Brief recess.)
11 BY MR. GOLDMAN:
12     Q    What is a CFR?
13         MR. ROBINSON:  Is it a level X?
14         THE WITNESS:  Is it on my list?
15 BY MR. GOLDMAN:
16     Q    Have you ever heard of FDA documents referring
17 to CFR?
18     A    Oh, yeah, federal register.
19     Q    And how much time did you spend reviewing the
20 regulations in the federal register?
21     A    All of the different relations?
22     Q    Uh-hmm.
23     A    Meaning my entire life?  Everything that is in
24 CFR?  I don't know.  Days, weeks -- probably weeks.  I
25 mean, overall, I would say actually, weeks.

**0088**
1      Q    Have you ever consulted anybody on the FDA
2  regulations or served as an expert in an FDA
3  regulations?
4      A    Have I ever consulted on FDA regulations prior
5  to this time?
6      Q    Uh-hmm.
7      A    Yes, I recommended American Psychological
8  Association with regard to the FDA regulations for
9  tobacco.
10     Q    That was you assisting the American
11 Psychological Association in response when the FDA was
12 attempting to exert jurisdiction and try to implement
13 guidelines for the tobacco industry?
14     A    Well, we were commenting on the proposed
15 regulations and -- and so it wasn't we commenting
16 whether or not we had the authority, we were commenting
17 on the regulations.  And I was one of the few people in
18 the country that was hand picked to do that work.
19     Q    Other than consulting with the American
20 Psychological Association, I'm sorry -- what dealings
21 Association.
22     A    I'm sorry.  It was also the American Marketing
23 Association.
24     Q    Other than consulting for the American
25 Marketing Association and the American Psychological

**0089**
1  Association on the FDA proposed rules on -- concerns to
2  tobacco advertising, have you had any other dealings
3  with the FDA?
4      A    Yes.  I regularly attend sessions that are --
5  where there are speakers from the FDA.  The FDA speaks at
6  our conferences.  I review papers related to the FDA in
7  journals.
8          There may be more, but I'm not sure if I can
9  think of it off the top of my head.
10     Q    Do you know the name of the division that

Ex 1 - 5-26-06 depo transcript

**Page 38**

10 oversees marketing of pharmaceutical drugs?
11     A    DDMAC.
12     Q    And do you know what that stands for?
13     A    I used to.  Let's see.  You know, I used to.  I
14 may have forgotten what it stands for.
15     Q    Have you ever reviewed any --
16     A    I used to know, and I probably would remember
17 if I wasn't a little bit nervous.
18     Q    Would you agree, Dr. Pechmann, that the effect
19 of a tobacco advertisement on a child's or youth's
20 decisions to smoke is different in kind from the effect
21 of a prescription drug advertisement on an adult's
22 decision to use medicine?
23     A    No, I don't agree with that statement.  Nor is
24 the research any different.  The research to study the
25 effects are identical.

**0090**
1      Q    Can you cite any article, any study, any
2  research anything in the world that says that a
3  pharmaceutical advertising and the effects on an adult's
4  decision to use medicine is similar to tobacco's
5  advertising and its influence on children to smoke?
6      A    Yes you are saying:  Are there articles that have
7  compared them?
8      Q    Yes.
9      A    There probably are.
10     Q    But you don't know any?
11     A    If I had time to think it over for about a half
12 an hour, I might be able to come up with something.
13     Q    Why don't you think it over during the course
14 of the deposition.  And if you can cite --
15     A    I am not going to be able to think about it
16 during the deposition, but I do believe there are
17 studies that have been written about that.
18         MR. GOLDMAN:  I am going to mark an exhibit
19 that is going to be blank and it is going to be
20 Exhibit 6.
21         MR. ROBINSON:  I am going to object to that.
22         MR. GOLDMAN:  And Exhibit 6 is going to be the
23 research that you are going to find that is saying
24 pharmaceutical advertising and its affects on an adult's
25 decision to use prescription drugs is similar to the way

**0091**
1  that tobacco advertising affects a youth's decision to
2  use cigarettes.  Okay?
3          MR. ROBINSON:  I have an objection.
4          THE WITNESS:  I am positive that these
5  articles -- that they exist.  I positive that they are
6  discussed in textbooks in similar parts of textbooks.
7  They are discussed in numerous articles.  I don't have
8  time to go get that research now.
9          MR. GOLDMAN:  Why don't we mark it as a blank
10 exhibit.  We will mark Exhibit 6, --
11         (Defendant's Exhibit 6 was marked
12         for identification by the court reporter.)
13 BY MR. GOLDMAN:
14     Q    Now, Dr. Pechmann, will you agree that
15 before the trial, we can identify and we can add it to
16 the transcript, all of the articles that you can find
17 that specifically discuss how pharmaceutical advertising
18 and its influence on an adult's decision to use
19 prescription drugs is similar to tobacco advertising and

Ex 1 - 5-26-06 depo transcript
21   its ability to influence youth?
22        A. This is a clarification question.
23        MR. O'CALLAHAN: I am also going objecting in
24   the California litigation that this is an inappropriate
25   use of exhibits in a deposition.
0092
1        The only comparable or sensible way might be to
2   leave a blank and ask her to provide information in the
3   blank; but you cannot have a blank exhibit. It is a
4   nonstarter.
5        MR. SKIKOS: She had a clarification.
6        THE WITNESS: Yes. Also, there is -- in
7   marketing and advertising, we do not -- there is no
8   literature to indicate that people react fundamentally
9   differently to different types of ads.
10       There is no literature on that. I am not an
11   expert --
12   BY MR. GOLDMAN:
13       Q. Because it is an obvious truth?
14       A. No, because it is absolutely false. I am not
15   considered to be an expert in academia on -- in the
16   sense that all I know is how tobacco advertising affects
17   children and how tobacco advertising affects adults.
18       I am an expert in integrated marketing
19   communications on people. Okay. We do not have an
20   expert -- there is no such thing as someone, who is on
21   tobacco marketing affects on kids because what you have
22   is, you have expertise on how advertising affects
23   everyone, and then you also done studies to apply those
24   principles to advertising affecting kids.
25       Many, many times when I have worked on
0093
1   research, people have said, why even bother, do the
2   study on tobacco. We know that phenomenon already
3   occurs with adults. Why do we even need an extra study
4   on tobacco.
5        And I have to fight is because people don't
6   understand that the study necessarily applies, the
7   general public might not realize that, so it helps if
8   you have a trial to be able to replicate the same result
9   with adolescents and kids; but we, in academia, know
10  that we are doing that not because we expect there to be
11  any difference.
12       In fact, I have to fight to get things
13  published when people say we already know this effect,
14  it is the same effect, so --
15       Q. Okay.
16       A. You know, it's -- that is why it would be kind
17  of hard exactly what you are describing.
18       What I will find is articles that they are
19  talking about it on the same page, same -- same general
20  type of advertising, but saying that the effect is the
21  same. It would be saying that the earth is round or
22  something.
23       You just would not say that. It makes no
24  sense. It is so obvious to everyone in academia that
25  advertising effects are -- are fundamental effects that
0094
1   occur regardless of the ad and regardless of the viewer.
2   You know what I am saying?
3        It wouldn't be something to state that there is
4   something obvious -- such an obvious belief to us. It
5   is underpinning of our whole field.

Page 39

Ex 1 - 5-26-06 depo transcript
6        MR. ROBINSON: I want to make an objection for
7   the record. I'm going to object to the -- use of the
8   circus-like device to come up with a blank exhibit. If
9   I am going to object that these blank exhibits should
10  not be used in the Barnett case.
11       Judge Fallon does not like these circus kind of
12  games. And frankly, if you want to leave a blank in the
13  deposition, or if you want to ask her to look for
14  documents, fine, but I am not going to leave a blank
15  exhibit.
16  BY MR. GOLDMAN:
17       Q. Will you do me a favor, Dr. Pechmann, and try
18  to find all of the articles and literature that you said
19  existed, showing that the effects of tobacco advertising
20  on children are similar to the effects of pharmaceutical
21  advertising on an adult's decision to use prescription
22  medication?
23       A. What I just told you right now is that
24  something that states it as obvious as that, you
25  wouldn't be able to find something that is so obvious that
0095
1   nobody would be able to publish it.
2        What I can find is articles of controversial
3   forms of advertising, which is my area of expertise or
4   integrated marketing communication campaigns and use as
5   examples of pharmaceutical advance. That is all I
6   can find.
7        I can never find the exact thing you are
8   stating because I would be like stating that the earth
9   is round.
10       Q. Would you agree, Dr. Pechmann, that different
11  people can respond to the same advertisement
12  differently?
13       A. Yes. That is why we do research.
14       Q. One of the reasons that people respond
15  differently to the same advertisement is because people
16  have different belief systems; right?
17       A. That is one of the reasons, yes.
18       Q. And people come from different backgrounds and
19  have different values and different levels of education,
20  and so an advertisement that you and I look at, it means
21  one thing to you and it might be something else to me;
22  true?
23       A. It might although there is many, many more
24  consistencies in how people react than inconsistencies.
25       Q. Are children more impressionable than adults
0096
1   when it comes to advertising?
2        A. The research does not show that, no. And I did
3   not study children anyway. I chose to study
4   adolescents.
5        Q. You will agree that adolescents are more
6   impressionable than 55-year-old men?
7        A. No, I don't -- it depends on the exact type of
8   issues you are talking about. But as a general rule, I
9   think 55-year-old men can be impressed by ads just like
10  35-year-old men can be impressed or have an impression
11  from advertising.
12       Q. Will you agree, Dr. Pechmann, that adolescents
13  lack the sophistication that a lot of adults have to be
14  able to see through some of the -- you are shaking your
15  head like you know my question.
16       A. I do. Um-hum. Go ahead finish your question.

Page 40

Ex 1 - 5-26-06 depo transcript
17       Q. Will you agree, Dr. Pechmann, that adolescents
18  lack the sophistication -- some might have it, but some
19  might not, generally adolescents lack the sophistication
20  that adults have in interpreting the advertisements?
21       A. No. The research does not show that.
22       Q. Would you agree that children or adolescents
23  are more impulsive than adults when it comes to
24  advertisements?
25       A. Not when it comes to advertisements.
0097
1        Q. When adolescents used to see cigarette
2   advertisements on television, it was fairly easy for
3   them to go buy cigarettes; right?
4        A. I believe there have been regulations that
5   would prohibit the sale of cigarettes below a certain
6   age.
7        Q. Well, you agree --
8        A. For state, regulations about that.
9        Q. You will agree, Dr. Pechmann, that it is much
10  easier for an adolescent to go get cigarettes after
11  seeing some tobacco advertisement than it is for an
12  adult to go get a prescription drug --
13       MR. SKIKOS: I guess that is an objection.
14       THE WITNESS: Um-um.
15  BY MR. GOLDMAN:
16       Q. -- after seeing a pharmaceutical advertisement.
17       A. Well, I have not done research to study that
18  topic, but in both cases, there are major barriers
19  involved.
20       Q. What are the barriers with respect to an adult
21  getting a prescription drug after seeing a
22  pharmaceutical advertisement?
23       A. They have to go to the physician.
24       Q. And for tobacco products, adolescents and
25  adults don't have to go see a doctor in order to get
0098
1   cigarettes; right?
2        A. That's correct.
3        Q. And the whole purpose of direct-to-consumer
4   advertising in the pharmaceutical industry is to attempt
5   to persuade people to talk to their doctor about a
6   particular product for a disease that they may be
7   experiencing or a condition that they may be
8   experiencing; true?
9        A. Yes. Or well, that is one of the purposes.
10  Another would be to find more information out in other
11  ways.
12       Q. So the purpose of direct-to-consumer
13  advertising is to try to get those who see the ads to go
14  talk to their doctor about the medicine?
15       A. That is one of the purposes.
16       Q. And the training that the doctors have allow
17  them to be learned intermediaries.
18       Do you know what that is?
19       A. Yes, I do.
20       Q. You don't have learned intermediaries in the
21  smoking world; do you?
22       A. Well, parents --
23       Q. Parents might tell a child, "I don't want
24  you to smoke," but the child could go smoke and often
25  does; right?
0099
1        A. No. In many cases, the child gets their

Page 41

Ex 1 - 5-26-06 depo transcript
2   cigarettes from the parent. The parent either decides
3   to give the cigarette or not give the cigarette. It is
4   a very similar situation.
5        Q. But in a situation where an intermediary is
6   trying to stop --
7        A. No. Some parents let their kids smoke.
8        Q. Do you agree, Dr. Pechmann, that adults can't
9   get prescription drugs unless a doctor tells them that
10  they can and prescribes the medicine to them?
11       A. Yes. I agree with that --
12       Q. And --
13       A. -- as a general rule.
14       Q. And doctors in a much better position to
15  determine the risks and benefits of medicine than most
16  lay people; correct?
17       A. Well, the reason we have prescription drug
18  advertising is because we as a society decided to give
19  people a greater role in their medical decisions.
20       So we understand people to be capable of
21  learning information from the ads and having a greater
22  role in whether they should take prescription medicine.
23       Q. Are doctors in a better position than lay
24  people to determine the risk of benefits of medicine?
25       A. Yes, as a general rule.
0100
1        Q. Will you agree that all patients defer to the
2   medical judgment of their doctors before taking
3   medicine?
4        MR. SKIKOS: Before taking the prescription
5   drug?
6        MR. GOLDMAN: Yeah. I will ask the question --
7        THE WITNESS: Well, they can't get a
8   prescription generally unless the doctor has given it to
9   them, but the research shows that doctors are heavily
10  influenced by patients who have seen drug --
11  prescription drug advertising.
12       And Merck research shows that a very
13  significant percentage of the doctors who were
14  confronted by patients wanting Vioxx gave them the
15  prescription for Vioxx.
16  BY MR. GOLDMAN:
17       Q. Would you agree that --
18       A. The number -- if you would give me a second to
19  find the number -- but it is a very high number, I
20  think -- well, if you pardon me one second, I can do it.
21       Q. It was actually not responsive to my question.
22  I will ask it again.
23       A. I would say 90 percent of the time.
24       Q. 90 percent of the time what?
25       A. That patients asked for Vioxx, they got it
0101
1   according to Merck's own records.
2        Q. Back to the question I asked.
3        Dr. Pechmann, will you agree that the vast
4   majority of patients defer to the medical doctors to
5   decide what prescription medicine to take?
6        A. I am trying to answer your question. What I am
7   saying is that the research shows that patients impact
8   the doctors for certain drugs and so in that sense --
9        MR. SKIKOS: Let her answer.
10       THE WITNESS: If the doctor says, no, they
11  don't get the prescription. And, therefore, they have
12  to go to a different doctor.

Page 42

## Top Left — Page 43

Ex 1 - 5-26-06 depo transcript

```
13  BY MR. GOLDMAN:
15         Q    So the doctor says, "geez, I think this medicine
16   is good for me, doctor, generally patients refer to their
17   doctors; correct?
18         MR. SKIKOS:  Objection.
19         THE WITNESS:  I am telling you that the
20   research suggested on -- what the research consistently
21   shows is that a significant percentage of the patients,
22   who request a drug, get either that brand or a very
23   similar drug.
24         And that it is a statistically significant
25   increase relative to people who didn't ask for that
0102  drug.
1    BY MR. GOLDMAN:
2         Q    I am not asking you about patients who asked
3    for drugs.  Let's exclude that from my question.  Okay?
4         A    Okay.
5         Q    Will you agree that for those patients who go
6    into the doctor's office and they have a medical
7    condition, regardless of what they have seen on
8    television about a particular drug, they are going to
9    defer to the medical judgment of their doctor as to what
10   drug is the best one to take?
11        A    I am an expert in that.  I am an expert in
12   marketing prescription drugs.
13        Q    You are not an expert as to why people decide
14   to use prescription drugs?
15        A    I am an expert on how integrated marketing
16   affects that decision.  Whether they saw that or talk
17   about ads, you just took me outside of my area of
18   expertise.  You just took me outside of my expertise in
19   the question.
20        Q    No, I didn't.
21        A    I thought your question is if they didn't see
22   the ad or didn't ask for the product.
23        Q    No, I said they did not ask for the product.
24        So assume with me that you have a patient who
25   hasn't asked the doctor for a particular medication, but
0103
1    had seen an advertisement and the
2    patient goes to the doctor's office, "My back is hurting
3    no.  I can use some medication to treat it"; and I think
4    the doctor says, "I think you should take prescription
5    strength Ibuprofen."
6         A    And then the patient might ask for some other
7    drug having seen the ad.
8         Q    And the patient might say, "Okay.  I will
9    because you are my doctor and I trust your judgment"?
10        A    They might say that, too, and then they may
11   fill or not fill the prescription based on the ads they
12   have seen.  They may or may not take the drug based on
13   the ads.
14        Every step of the way, the ads could influence
15   them on not influence them.  And that is why you do
16   research to find out exactly what is happening in your
17   case.
18        Q    People each individual patient reacts
19   differently to particular advertisements they see with
20   respect to pharmaceutical drugs?
21        A    No, that is not true.  Why do you do research?
22        Marketing is the science and we can predict
23   with quite a degree of certainty of how people are going
```

Page 43

## Top Right — Page 44

Ex 1 - 5-26-06 depo transcript

```
24   to react to ads.  That is our whole field.
0104
1         Q    How will Mr. Barnett react when he sees a
2    advertisement about --
3         A    Cigarettes?
4         Q    No.
5         A    I'm kidding.
6         MR. ROBINSON:  I am not going to help you.
7         MR. SKIKOS:  Plus, I am going to object.
8    BY MR. GOLDMAN:
9         Q    Is it you -- withdrawn.
10        Is it your testimony, Dr. Pechmann, that you
11   can predict how Mr. Barnett is going to respond on
12   certain advertisements on televisions?
13        A    I am saying that what Merck's own research
14   shows which is the type of research that is generally
15   accepted -- it is accepted practice.  It is the
16   validated research people rely on all of the time, told
17   them statistically what percentage of people would be
18   influenced by the ad to talk to the doctor.  That was
19   six percent year after year.
20        Q    That was different from my question.
21        A    Then we have to ask Barnett what happened with
22   him and he said the ads influenced him.
23        Q    Let me ask my question again.
24        Is it your testimony, Dr. Pechmann, that you
25   can tell me how Mr. Barnett will respond to a particular
0105
1    advertisement he sees on television?
2         A    No.  That is not my testimony.  My testimony is
3    that once they have research about a patient like him, I
4    can give a statistical prediction about him as a member
5    of that class of people might respond.
6         Q    Well, was Mr. Barnett in the exact sample of
7    people that you saw were the subject of this research
8    that Merck did?
9         A    Yes, he was.  He fit into the sample of the
10   people that they studied, 300 a month for three years.
11        Q    Okay.  And we will look at some of that.
12        Do you agree, Dr. Pechmann, that before a
13   patient can use a prescription medication, the doctor
14   has to be convinced that the benefits outweigh the risks
15   of the medicine?
16        A    I believe that, yes, that is what they are
17   supposed to do.
18        Q    And doctors obtain information about the risks
19   of medicine from a number of sources; true?
20        A    Yes, I would assume they do.
21        Q    Doctors obtain information about the risks of
22   medicine from approved labels; right?
23        A    Yes, they do.
24        Q    Doctors obtain information about risks of
25   medicine from other medical colleagues; true?
0106
1         A    Yes, they do.
2         Q    Doctors obtain information about risks of
3    medicine that is prescribed by medical articles and
4    conferences they attend; right?
5         A    Yes, they do as a general rule.
6         Q    Doctors obtain information about the risk of
7    medicine that they prescribe from their own experience
8    prescribing the medicine; right?
9         A    Yes.
```

Page 44

## Bottom Left — Page 45

Ex 1 - 5-26-06 depo transcript

```
9         Q    You never prescribed any medicine in your life;
10   right?
11        A    I am not a medical doctor.
12        Q    And you never surveyed a doctor to see how they
13   prescribe medicine; right?
14        A    I have not, but I have read articles about that
15   with respect to integrated marketing communications.
16        Q    You have done no independent research into what
17   motivates doctors to prescribe medicine; right?
18        A    Well, I would say that what I did in this case
19   is --
20        Q    I am not talking about this case.
21        A    Oh, in this case -- okay.  Outside of this
22   case --
23        Q    Let me ask the question again.
24        A    -- I have not done independent research.
25        Q    Before you were retained as an expert in this
0107
1    Vioxx litigation you have not done any independent
2    research into what motivates doctors to prescribe
3    medicine; right?
4         A    Correct.
5         Q    Do you agree, Dr. Pechmann, that what one
6    doctor knows about the risk of medicine may vary from
7    what another doctor knows about the risk of medicine?
8         A    Depending on the situation, there could be a
9    great deal of similarity in what people know or a great
10   deal of difference.  It really depends.  I cannot make
11   an answer to the question.
12        I think that, for example, that if the risks
13   are clearly conveyed, virtually everyone will know those
14   risks and so this would be homogeneity.  Everyone will
15   know the risk.
16        If the risk is not clearly conveyed, only some
17   people are going to figure it out and some people are
18   not.  There are going to be considerable homogeneity.
19        Q    Some doctors pay close attention to the warning
20   label that is approved by the Food and Drug
21   Administration and other doctors don't pay attention to
22   the label and they base their prescription decisions on
23   their experience prescribing the drug?
24        A    Well, I don't know about that, but all I know
25   is that marketing influences the information they
0108
1    have very extensively.  Prescription drug marketing
2    influences the decisions they have, the information they
3    have, and therefore, the decisions that they make.
4         Q    Some doctors will be influenced by
5    conversations that they have with sales representatives
6    about medicine and other doctors won't be influenced by
7    conversations they have with sales representatives;
8    true?
9         A    Well, I would say that the research indicates
10   that people are influenced by the information from the
11   sales representatives.
12        Q    All 100 percent?
13        A    Oh, no.  But they at least perception from
14   the sales representatives, to drug get -- take this was
15   given to them by the sales representatives.
16        Q    Let's take Dr. Nicola, for example, one of
17   Mr. Barnett's treating physicians.  Okay?
18        A    Yes.
19        Q    Did you read his entire deposition?
```

Page 45

## Bottom Right — Page 46

Ex 1 - 5-26-06 depo transcript

```
20        A    Well, I at least skimmed every bit of it and
21   carefully read sections that look particularly relevant.
22        Q    What did Dr. Nicola say about the role, if any,
23   that sales representatives had in his decision to
24   prescribe Vioxx?
25        A    I would need to refer to the deposition to
0109
1    remember exactly, but --
2         Q    Well, you expressed an opinion in this case.
3         A    Well, I can refer to my report.  That is just a
4    part of what I read that he said.  So I could refer to
5    that.  I don't have everything memorized in an 80-page
6    report.  I have to refer to my report to remember.
7         Q    Okay.  Well, let's turn then to the part about
8    Dr. Nicola and look on Page 18.
9         A    Yeah.
10        Q    Do you see anything here about Dr. Nicola
11   saying he relies on sales representatives to learn about
12   the risks of Vioxx?
13        A    Well, yes.  On Page 19, "You would
14   expect that Merck would advise you of
15   the potential of one of their drugs
16   like Vioxx to increase the risk of
17   cardiovascular problems?"
18        And he said, "I would think that
19   they would make me aware of it."
20        And he says, yes, that is the sales rep's job.
21        Q    What is the sales rep's job?
22        A    To advise of the risk if they are promoting the
23   drug.
24        Q    Do you remember from Dr. Nicola's deposition
25   what he said about how he used sales representatives in
0110
1    his practice?
2         A    I would have to refer to the deposition.
3         Q    I am asking:  If you remember now without doing
4    that?
5         A    I think I remember, but --
6         Q    What do you think you remember?
7         MR. ROBINSON:  Don't speculate.
8         THE WITNESS:  Yeah, I am told I am not supposed
9    to speculate.  So why would I have to speculate?
10   BY MR. GOLDMAN:
11        Q    Well, you don't know, as you sit here today,
12   what Dr. Nicola said about how he uses sales
13   representatives; correct?
14        A    I'm pretty sure I know, but I would like to
15   refer to the deposition to make sure that I am talking
16   about the right person.
17        Q    Okay.
18        MR. ROBINSON:  Do you want me to get the depo?
19        MR. GOLDMAN:  Sure.
20        THE WITNESS:  I believe it is in this -- it is
21   right here.
22        MR. ROBINSON:  Hold on.  I think --
23        MR. GOLDMAN:  We has got the portion.
24        THE WITNESS:  I have the whole deposition.
25        MR. ROBINSON: --
0111
1         THE WITNESS:  I believe so.
2    BY MR. GOLDMAN:
3         Q    What tab are you looking at in your binder?
4         A    8.  Exhibit 8.
```

Page 46

**Ex 1 - 5-26-06 depo transcript**

5    Q   Is Exhibit 8 consistent of all of the pages of
Dr. Nicola's transcript that you reviewed?
7    A   No.
8        MR. ROBINSON:  No.  Let me get the depo.
9        MR. ROBINSON:  It doesn't include all of it.
10   BY MR. GOLDMAN:
11   Q   Well, that is what's found to be important.
12   A   No.  No.  I mean that --
13       MR. ROBINSON:  There was a lot of things that is
14   consistent with my opinion, but isn't in this report.  I
15   mean, I read boxes and boxes of documents.  I --
16   BY MR. GOLDMAN:
17   Q   Okay.  Who would be in a better position,
18   Dr. Pechmann, to know --
19   A   Well, shouldn't we be getting the report?
20   Q   Okay.  He is getting it.
21       Who would be in the better position to know how
22   much attention Dr. Nicola pays to what sales
23   representatives say about safety, Dr. Nicola or you?
24   A   I don't think both contribute to that because --

0112
1    Q   My question was not do you both contribute.  I
2    am saying:  Who would be -- who is in a better position
3    to know whether sales representatives and what they say
4    about medicine in terms of safety play a role in
5    Dr. Nicola's decision to prescribe a medicine, you or
6    Dr. Nicola?
7    A   I think we both have something to say about it
8    and I'm not sure what the relative -- it would depend
9    on --
10   Q   Have you ever talked to Dr. Nicola about what
11   factors he considers before he prescribed medicines?
12   A   No, I have not.  I just read his deposition.
13   Q   And Dr. Nicola --
14   A   But in general, what I am saying that in
15   research, we do not ask people -- simply ask people.  We
16   do not ask people:  How did that affect you and then
17   rely on them.
18   Q   Dr. --
19   A   We do everything possible in our research to
20   understand the answer to that question without a direct
21   question to the person because a person is invariably
22   wrong in answering that question.
23   Q   Dr. Pechmann --
24   A   They may know something about it, but there is
25   a huge amount of research in here to figure out derived

0113
1    importance weight, very sophisticated because they could
2    not trust the doctors even to say what attributes were
3    important in prescribing the drug.  And the research
4    showed that something that they said was twelfth in
5    importance was like first in importance.  So we have a
6    lot to say beyond what they can say about how they are
7    prescribing from the research.
8    Q   Dr. Pechmann, are you in a better position than
9    Dr. Nicola to know what factors he considers when he
10   decides to prescribe a medicine like Vioxx?
11       MR. O'CALLAHAN:  Asked and answered.
12       MR. SKIKOS:  That is a different question.
13       Go ahead.  Read that question back.
14       (Whereupon, the question was read
15       back as follows:

Page 47

---

**"Q   Dr. Pechmann, are you in a**

16   better position than Dr. Nicola to
17   know what factors he considers when
18   he decides to prescribe a medicine
19   like Vioxx?")
20       THE WITNESS:  I know things about his decision
21   that he doesn't know.
22   BY MR. GOLDMAN:
23   Q   Okay.  I will leave it at that.
24       MR. ROBINSON:  So we don't need to go to the
25   depo?

0114
1        MR. GOLDMAN:  No.
2    Q   Whether an advertisement misleads a particular
3    patient varies from patient to patient; right?
4    A   The research tells you that.  So sometimes it
5    is consistent.  Sometimes it depends on the segment.  It
6    depends on the specifics of the case.
7    Q   Do you know what percentage of former Vioxx
8    users use Vioxx because of advertisements they saw?
9    A   I am trying to think if I saw that number.
10       Merck had research to suggest how the ads were
11   influencing people and I reviewed that research.  I did
12   not refresh my memory with regard to that particular
13   question at the moment, but --
14   Q   As you sit here today, you don't know what
15   percentage of Vioxx users use Vioxx because of
16   advertisements they saw; correct?
17   A   I think we have 8 percent of people who saw the
18   ads said that they were going to take action.  And I know
19   some other facts, too.
20       If we look at Exhibit 66, it has the research
21   findings -- some of the prescribed findings with regard to
22   that question or you can look at my report on Page 65.
23       So, yeah, it says, "Approximately 40
24   percent of the patients receiving

0115
1    prescription for Coxibs in late
2    1999/early 2000 engaged in some
3    patient-initiated action and when a
4    consumer takes action for a brand, a
5    prescription is received almost 9
6    times out of 10."
7        And then between 70 and 90 percent of the time
8    it is filled because you don't have to necessarily fill
9    it.  So their estimate based on their research is that
10   40 percent is patient initiated.
11   Q   And so --
12   A   Largely patient initiated -- see, the thing is
13   you cannot just look at the ad effect immediately.  The
14   ad has a spill over effect on through word of mouth.
15       So one person saw the ad, caused someone else
16   to take initiation.  You know what I am saying?  So
17   their -- their estimate of the percent of who received
18   it is 40 percent and their --
19   Q   No, that is not what they say.
20   A   "Engaged in some patient-initiated action."
21   Q   --
22   A   And the patient initiated action is believed to
23   be in some way linked to the direct consumer ads or some
24   other aspect of the integrated marketing communications
25   campaign.

0116

Page 48

---

**Ex 1 - 5-26-06 depo transcript**

1    Q   What percentage of former Vioxx users used
2    Vioxx because of advertisements on television?
3    A   Yes.
4    Q   Because they personally saw it?
5    A   Yes.
6    Q   It is not a relevant question and I don't know
7    the answer.  It is too much of a narrow of a question.
8        You would ask the question they asked and it is
9    40 percent.
10   Q   So it is your testimony that 40 percent of
11   people who saw Vioxx advertisements initiated action and
12   went to their doctors to ask about Vioxx?
13   A   No.  It is my testimony that based on the Merck
14   research, which was very good research, that their
15   estimate was that 40 percent of the people who took
16   Vioxx or Celebrex were influenced by their integrated
17   marketing communications campaign.
18   Q   So 40 percent were not?
19   A   That's their estimate, yes.
20   Q   How does the --
21   A   Well, I'm sorry.  That is not correct.  This is
22   just the patient part -- the -- direct-to-consumer part
23   of the integrated?
24   A   Yes.
25   Q   So not all the other -- most of the money in
integrated marketing communications was spent on the

0117
1    physicians, not the consumer.
2    Q   I am asking about the consumer.  Just stick to
3    my question.
4    A   I don't think so.  I didn't understand it.
5    Q   As I understand your testimony, you are relying
6    on the research that Merck did to form the conclusion
7    that 40 percent of people who saw Vioxx advertisements
8    initiated action by going to their doctors and asking
9    them to prescribe Vioxx; true?
10   A   No, I did not say that.  What they are saying
11   is exactly what they are saying here.
12   Q   A --
13   A   40 percent of the people who got the -- who
14   received a prescription -- who received a prescription
15   not as -- who received a prescription and engaged in
16   patient-initiated action, meaning they didn't
17   necessarily -- they -- they initiated the request of the
18   doctor.
19       As to whether they exactly saw the ad or
20   someone else saw the ad and told it to them, which is a
21   huge part of advertising effects.  I am not claiming what
22   caused it.
23   Q   You have no medical training; right?
24   A   Correct.  I am not -- I have not gone to
25   medical school.  No.

0118
1    Q   You have never consulted, written or done any
2    research addressing risks of prescription drugs?
3    A   No.
4        THE WITNESS:  Medical risks, you are asking
5    risks?
6        MR. GOLDMAN:  Yes.
7    Q   So you never done any consulting, writing, or
8    research addressing the medical risks of prescription
9    drugs?
10   A   Correct.
11   Q   You never published on prescription

Page 49

---

**Ex 1 - 5-26-06 depo transcript**

12   drug advertising; correct?
13   A   I have never published anything on prescription
14   drug advertising, no.
15   Q   Am I right?
16   A   I'm sorry.  You are correct.  I have not, yes.
17   Q   You have never --
18   A   But I published 30 articles on integrated
19   marketing communications, which is what they used, and I
20   was considered a national expert brought in on this
21   federal campaign because I had expertise in that area.
22       And as I told you, we don't discriminate.  We
23   don't say someone is an expert in that type --
24   Q   Dr. Pechmann, you can explain all you want when
25   Mr. Robinson asks you questions.  Please just try to

0119
1    stick with the questions that I ask.
2        MR. ROBINSON:  We can actually save time.  This
3    way I don't have to ask her questions.
4    BY MR. GOLDMAN:
5    Q   You have not --
6    A   Just like trying to --
7    Q   -- conducted any independent research on
8    pharmaceutical advertising and its affects; correct?
9    A   Well, I did this research.  So you mean other
10   than this case?
11   Q   Would you consider what you did in this case to
12   be independent research or are you relying on research
13   that others did?
14   A   I did my own independent assessment of the
15   research.
16   Q   Before you were --
17       MR. SKIKOS:  She did not finish.
18   BY MR. GOLDMAN:
19   Q   Before you were retained as an expert witness
20   in this case, did you do any research in pharmaceutical
21   advertising?
22   A   Any independent research?
23   Q   Yes.
24   A   No.
25   Q   Before you were retained as an expert witness

0120
1    in this case, did you do any independent research into
2    integrated marketing campaigns used by pharmaceutical
3    companies?
4    A   No.
5    Q   Would you agree that you are not an expert in
6    the following areas:  Assessing risks associated with
7    prescription drugs?
8    A   Medical risks?
9    Q   Yes, what other risks are there other than
10   medical risks?
11   A   Advertising risks.  There is advertising risks.
12   There is a risk to advertising.
13   Q   Would you agree that you are not an
14   expert in the following areas:  Assessing medical risks
15   associated with prescription drugs?
16   A   Yes, I agree I am not an expert.
17   Q   Assessing potential cardiovascular risks
18   associated with Vioxx?
19   A   I do believe I have expertise in that, yes.
20   Q   Do you believe you are an expert in
21   the -- in assessing cardiovascular risks?
22   A   So I disagree with that statement.
23       I am confused because I am not sure of

Page 50

Ex 1 - 5-26-06 depo transcript

```
23  answering his question properly.  So ask it again.
24  ...
25  potential cardiovascular risks associated with Vioxx?
0121
1   A   Yes.
2   Q   Based on what?
3   A   I -- I am an expert in whether Merck knew or
4   should have known about the cardiovascular risks from
5   having reviewed all of these documents.
6   Q   You are claiming to be an expert in what Merck
7   know or should have known on cardiovascular risks of
8   Vioxx based on documents that lawyers that have a
9   financial interest in the outcome of this case gave you?
10         MR. ROBINSON:  I am going to object.  Move to
11  strike.  No.  No, I don't think you have to answer when
12  he knows the financial interest and that kind of stuff
13  in there.
14  BY MR. GOLDMAN:
15      Q   Dr. Pechmann --
16      A   It was independent documents.
17          MR. ROBINSON:  Hold on.  Don't answer.  You
18  don't have to answer.  That is an insulting question.
19  BY MR. GOLDMAN:
20      Q   Dr. Pechmann, you were claiming to be an expert
21  in assessing potential cardiovascular risks associated
22  with Vioxx based on documents that you were given by
23  plaintiffs' lawyers in this case?
24          MR. SKIKOS:  Objection.
25          THE WITNESS:  Yes, based on my scientific
0122
1   review of documents that they gave me.
2   BY MR. GOLDMAN:
3       Q   What experience do you have in cardiovascular
4   medicine?
5       A   I did not have experience in cardiovascular
6   medicine.
7       Q   What are the cardiovascular risks associated
8   with Celebrex?
9       A   I didn't study Celebrex.
10      Q   Have you ever studied the cardiovascular risks
11  associated with any drug?
12      A   Yes, with Vioxx.
13      Q   Other than --
14          MR. SKIKOS:  Hold on.
15          MR. ROBINSON:  She answered it.
16  BY MR. GOLDMAN:
17      Q   Other than -- withdrawn.
18          Since you have been retained in this case, have
19  you ever assessed the potential cardiovascular risks of
20  any medicine?
21          MR. SKIKOS:  Objection.
22          THE WITNESS:  No, I have not.
23  BY MR. GOLDMAN:
24      Q   You are not a cardiologist; right?
25      A   That is correct.
0123
1       Q   You are not a gastroenterologist?
2       A   That is correct.
3       Q   You are not an expert in biostatistics?
4       A   Biostatistics, no.
5       Q   You are not an expert in epidemiology?
6       A   Why, I have expertise in the techniques that
7   are used in epidemiology.
                    Page 51
```

```
8       Q   Are you an epidemiologist?
9           ... classes and statistics on
10  epidemiology as part of my Ph.D. classes in experimental
11  design and people from all across the campus come to
12  take.
13      Q   Have you ever held yourself out as an expert in
14  epidemiology?
15          MR. SKIKOS:  Objection.  Asked and answered.
16          MR. ROBINSON:  Go ahead.
17          THE WITNESS:  Well, I published -- there is
18  epidemiological methods that I used --
19          MR. GOLDMAN:  That is different.
20      Q   Have you ever held yourself out as an expert --
21          MR. ROBINSON:  Let her answer the question.
22          Go ahead and answer the question.
23          THE WITNESS:  I published an article in the
24  American Journal of Public Health in which we use
25  epidemiological statistics, measures, approaches.
0124
1   BY MR. GOLDMAN:
2       Q   Does that make you an expert in epidemiology?
3       A   In the statistical approaches for epidemiology.
4       Q   Did you use any statistical approaches to
5   epidemiology in your analysis in this case?
6       A   Yes.  We -- there is several studies that
7   involve observational -- observational data, analysis of
8   observational data, and that is my characterization of
9   what is epidemiology.
10          You may have a different characterization, but
11  that is my characterization.  Epidemiology research is
12  observational research, and that is what I -- I know the
13  statistics that are involved with that type of research.
14  And I teach and I have published it in.
15      Q   Have you ever represented to anybody that you
16  are an expert in epidemiology?
17      A   Medical epidemiology, no.
18      Q   Do you know what Prostacyclin is?
19      A   Yes, I do.
20      Q   What is it?
21      A   I have a basic understanding.  It is a
22  substance in the blood that is thinning -- a thinning
23  substance.
24      Q   Is that your complete understanding of
25  Prostacyclin?
0125
1       A   Yes.
2       Q   What is Thromboxane?
3       A   It is another substance in the blood that is
4   the opposite effect, more of a thickening agent.
5       Q   What is the relationship between Prostacyclin
6   and Thromboxane in the body?
7       A   They are counter -- they are opposing forces.
8       Q   Who told you that?
9       A   I learned that from Paul Sizemore.
10      Q   So your understanding about the relationship
11  between Prostacyclin and Thromboxane comes from one of
12  the plaintiffs' lawyers from a Merck manual?
13      A   ... comes from a Merck manual.
14      Q   What Merck manual?
15      A   Their medical manual that describes it.
16      Q   When did you read the Merck manual on
17  Prostacyclin and Thromboxane?
18      A   I am a scientist.  I like reading things.  I
                    Page 52
```

```
19  saw it after -- I think I gave him some questions.  So
20  he gave me a really basic understanding and he gave me
21  the manual and I looked it over.
22      Q   You would agree that you are not an expert in
23  pharmacology?  Prostacyclin?  Thromboxane?
24      A   The medicine of pharmacology, no.
25      Q   Have you ever read the -- have you ever drafted
0126
1   a label for a prescription drug?
2       A   No.
3       Q   Do you consider yourself to be an expert in
4   clinical trials or how to interpret them?
5       A   I -- I am an expert in the statistics that are
6   used to analyze data from clinical trials because I also
7   teach that in the course.
8           When we do experiments with placebo, it is the
9   same type of method and same type of statistics as in
10  medical trials.  And I also am involved in the IRB
11  process whereby you get permission and I served on
12  committees involving medical protocols.  So I do have
13  some expertise in clinical trials.
14      Q   Have you ever taken any statistics courses?
15      A   Yes, several.  I teach a Ph.D. class.  They
16  don't let you teach them unless you've taken a class.
17      Q   How many statistics courses have you taken?
18      A   Eight.
19      Q   Have you ever published any articles describing
20  how you think clinical trials should be done or how they
21  should be interpreted?
22      A   No, I have not.
23      Q   Have you ever held yourself out as an expert in
24  clinical trials, ma'am?
25      A   In the statistics, underlining controlled
0127
1   experiments, I am an expert.  In -- as I told you, I am
2   an expert in how you analyze the data from a clinical
3   trial because it is the same as how you analyze the data
4   within the controlled experiments in marketing.
5           There is some aspects of the clinical trial
6   that I am not familiar with and I am not an expert in.
7       Q   Have you ever done any research or publish any
8   articles about Vioxx?
9       A   I have done extensive research on Vioxx for
10  this case.
11      Q   Before you were retained by plaintiffs' lawyers
12  in this case, have you ever done any research or
13  published any articles on Vioxx?
14      A   No.
15      Q   Do you know when Vioxx was first approved by
16  the FDA?
17      A   I knew that at one time.  I may have it down
18  here.
19          It was 1999.
20      Q   Do you know for what conditions?
21      A   I believe it was -- well, I should check it
22  because I think -- I need to look at the initial label.
23      Q   Well, I'm --
24      A   ... trials of these cases.  I am 99 percent sure,
25  but I would rather be 100 percent sure and really check
0128
1   the label.
2       Q   You are planning to go to trial and you are
3   planning to testify about how you think Merck misled
                    Page 53
```

```
4   doctors and patients through their advertising campaign,
5   and you can't tell me off the top of your head what
6   indications Vioxx was approved for?
7           MR. SKIKOS:  Objection.
8           THE WITNESS:  Well, I said I could tell you
9   with 90 percent certainty if you would like.  It is
10  osteoarthritis.
11  BY MR. GOLDMAN:
12      Q   Any other conditions that it was approved for?
13          MR. ROBINSON:  At what time?
14  BY MR. GOLDMAN:
15      Q   Initially?
16      A   Based on their marketing documents, that is the
17  main one they were focusing on initially.
18      Q   Do you know what other conditions Vioxx was
19  approved for during the time that it was on the market?
20      A   I believe it was approved for rheumatoid
21  arthritis.  And I have had marketing discussions
22  about menstrual cramps, for denial -- so there was
23  marketing discussions about different indications.
24      Q   But you don't know whether Vioxx was ever
25  approved for those?
0129
1       A   Not with certainty, no.  My expertise is about
2   the integrated marketing campaign.  That was not a
3   big issue in the integrated marketing campaign.
4       Q   Have you ever reviewed any materials that Merck
5   submitted to the FDA?
6       A   I am trying to think if I did.  I may have
7   but -- but I would say that in general, that is not --
8   that is not what I was looking at.
9           So I may have, but I wasn't -- it may have been
10  something that I looked at, but it was not labeled as
11  something they had submitted to the FDA.
12          I never received anything that said this is the
13  package of information that Merck sent to the FDA.
14      Q   Don't you think, Dr. Pechmann, as a scientist
15  wouldn't you want to know what Merck sent to the FDA
16  before coming to court and telling jurors what Merck
17  knew about the risks of Vioxx?
18          MR. ROBINSON:  Objection.  Argumentative.
19          THE WITNESS:  No, I don't think that is
20  important.  I know what the FDA told them.
21  BY MR. GOLDMAN:
22      Q   What did they tell them?
23      A   They sent them a warning letter about their
24  marketing and that told them exactly what the FDA
25  standard card was for what they should and should not
0130
1   say in their marketing.
2           And they -- and they continued to make
3   statements or leave out information, despite the fact
4   that the FDA told them that that was misleading or
5   false.
6           Merck -- the letter says these -- this type of
7   marketing campaign is misleading or false.  And they
8   continued to do it.  So that is what I am basing it on.
9           ...
10  the FDA said was false and misleading in that warning
11  letter?
12      A   They said the following, it says here:
13          "You have engaged in a promotional
14          campaign for Vioxx that minimizes" --
                    Page 54
```