Ex 1 - 5-26-06 depo transcript

11          MR. O'CALLAHAN:  Objection.  Foundation and
12      scope.
13              THE WITNESS:  That that was a possible
14      explanation, yes.
15      BY MR. GOLDMAN:
16          Q     And your reading of the FDA's letter in
17      September of 2001, is that -- told Merck that it wasn't
18      a certainty that Naproxen explained the different heart
19      attack events in the Vigor study?
20          A     I did not understand that question.  Can you
21      rephrase it?
22          Q     Is it your testimony, Dr. Pechmann, that the
23      FDA's warning letter told Merck that it wasn't a
24      certainty that the Naproxen hypothesis, if you will, was
25      the explanation for the difference in heart attacks seen
0262
1       in the Vigor study?
2           A     I mean, the thrust of the letter was, it was
3       misleading to put that out as the sole explanation.
4           Q     Would you agree with me, Dr. Pechmann, that a
5       jury could read the FDA's warning letter and would
6       understand it, and wouldn't need your help in
7       interpreting it?
8               MR. O'CALLAHAN:  Objection.  Compound.
9               THE WITNESS:  I guess, I disagree.  In order to
10      interpret it, they need to understand the integrated
11      marketing communications campaign.
12      BY MR. GOLDMAN:
13          Q     You think the jury has to understand the
14      integrated marketing communications campaign to be able
15      to understand the meaning of the FDA's warning letter?
16          A     Yes.
17          Q     Why?
18          A     Because what that was telling Merck is that
19      their integrated marketing communications campaign that
20      they worked so hard on was -- was misleading; and so
21      what they had done was created a misleading impression
22      on people that then was perpetuated.
23              So I think they have to understand it in the
24      context of the whole picture, so that the FDA put out
25      this warning letter, but the damage was already done.
0263
1               And the evidence shows that the damage was done
2       and just writing to Dr. Holt's seminar participants and
3       correcting it, doesn't undue the damage as the research
4       shows.  They wouldn't understand that on their own.
5           Q     Based on your review of the research reports,
6       would you agree, Dr. Pechmann, that Vioxx was affective
7       for the vast majority of people who used it without
8       causing them any side effects?
9               MR. SKIKOS:  Objection.  You are asking a
10      medical opinion now.
11              THE WITNESS:  Yeah, that is not in my area of
12      expertise.
13      BY MR. GOLDMAN:
14          Q     It is also not in your area of expertise to be
15      able to say what Merck knew or should have known about
16      cardiovascular risks?
17          A     I disagree with that we look at science all of
18      the time and we look at the statistically significant
19      effects to see if we can make claims or not make claims.
20              And it is similar to what marketers had to do
21      here.  You have to have that expertise.  Otherwise, you

Page 109

Ex 1 - 5-26-06 depo transcript

```
22  cannot run the campaign because you could be misleading
23  people.
24       Q    What did Merck know about potential
25  cardiovascular risks in 1997?
0264
 1       A    That is beyond my expertise to describe in
 2  detail.  I know one memo that I included in here, which
 3  I thought was particularly telling.
 4       Q    What did Merck know about the cardiovascular
 5  risks of Vioxx in 1998?
 6       A    Merck had evidence that there could be a
 7  problem.  It started to obtain evidence that there could
 8  be a problem based on these memos.
 9       Q    Are you basing that on the one scientific
10  advisors meeting from May of 1998?
11       A    Well, that is important, a scientific advisors
12  meeting.  I mean, that is not some guy shooting off a
13  memo to someone else, you know.
14       Q    Do you understand --
15       A    -- but like I said, I don't have an opinion on
16  exactly who knew, how much they knew, you know, whether
17  there was disagreement.
18            I know that there was some evidence available
19  to them, and I put a couple of representative memos in
20  the report.
21       Q    Is it true, Dr. Pechmann, that you don't have
22  an opinion on exactly what Merck knew, how much they
23  knew, and whether there was any disagreement about the
24  cardiovascular effects of Vioxx?
25       A    I have an opinion that they knew or should have
0265
 1  known by the time the Vigor study was completed.
 2       Q    So --
 3       A    Because that is the kind of study that we would
 4  look at to run any other integrated marketing campaign.
 5  At that point, it was clear it was a statistically
 6  significant effect.
 7       Q    Are you aware of any evidence that came out
 8  after the Vigor study or evidence that predated the
 9  Vigor study that suggested that Naproxen could explain
10  the difference in the Vigor study as opposed to Vioxx
11  being responsible for the increased heart attacks?
12       A    I see what the FDA said about that.
13       Q    Is that all that you know about that topic?
14       A    No, I have seen other material on it.
15       Q    Do you feel that you are in a position,
16  Dr. Pechmann, to be able to assess whether there is
17  merit to the Naproxen hypothesis?
18       A    Not medical expertise.  I --
19       Q    Have you looked at any observational studies
20  involving cardiovascular risks of COX-2 inhibitors?
21            MR. O'CALLAHAN:  I object.  It's not the gold
22  standard.
23            THE WITNESS:  I know that there were some
24  studies -- I don't recall seeing any observational
25  studies, but I may have seen one.
0266
 1  BY MR. GOLDMAN:
 2       Q    Okay.  I am going to now focus on the documents
 3  that you have produced here at deposition.  Okay.  And I
 4  have some questions about them.
 5       A    Okay.
 6       Q    We are going to index all of these and there is
```

Page 110

                        Ex 1 - 5-26-06 depo transcript
 7  going to be an index attached to the deposition and that
 8  is how we will know exactly what you produced here
 9  today.
10        A    Yes.  Can I make a statement, though?  There
11  were sometimes when we had a -- sales brochures that
12  they were very large number of detailing pieces and so
13  after going through them, I didn't keep all of them in
14  the box.
15            So to match updates to the research, which
16  makes sense to do, I may have to add a few of those
17  detailing pieces.  You know, they are very -- I mean, I
18  found them to be -- the wording to be identical, but I
19  have to prove that.
20        Q    I am going to start with the first redwell in
21  Box 1 and I am not going to go through each of these
22  documents, but just a few.  Okay?
23        A    Okay.
24        Q    This is a document called Monthly Report for
25  Vioxx, September, 2001.  It is has got a Bates stamp at
0267
 1  the bottom MRK-AJT 0061075 through 1126.
 2            Whose handwriting is on the right side?
 3        A    Mine.
 4        Q    What does this say?
 5        A    I didn't have time -- "Didn't review.  No
 6  time."
 7        Q    So the document we just described, you didn't
 8  have time to review before you formulated your opinions
 9  and wrote your report?
10        A    I didn't review it thoroughly.  In other words,
11  I went through, skimmed it, saw if it was consistent
12  with what documents I had because there are ERA reports
13  every month.  So there is quite a bit -- it is just like
14  the detailing.
15            There is a very, very large number of similar
16  pieces, but I didn't -- when I looked at it and it
17  looked similar to the others, I decided not to include
18  it in the report.
19        Q    Do you stand by your statement that you didn't
20  review this September, 2001 Monthly Report because you
21  didn't have time?
22        A    What I mean is I didn't review it thoroughly.
23  I just skimmed through it.  By "review," I mean read
24  every page, be very careful.
25        Q    There is an October, 2001 Monthly Report for
0268
 1  Vioxx MRK-AKC 39095 through 39149.  This document also
 2  says, "Didn't review.  No time."
 3            Is that in your handwriting?
 4        A    They are exactly the same.  I wrote the notes
 5  at the same time and I meant the same in both.
 6        Q    This is a document called Vioxx Monthly EAR,
 7  May 2002, MRK-ADA 0057461 through 603.
 8            Whose handwriting is this?
 9        A    Mine.
10        Q    And this here, too, on the left side?
11        A    Yes.  I call myself Connie.
12        Q    Whose handwriting is up in the right-hand
13  corner?
14        A    Mine.
15        Q    So the handwriting on the entire page is yours?
16        A    Yes.
17        Q    Did you make these notes as you were reviewing

                              Page 111

Ex 1 - 5-26-06 depo transcript

```
18    this document or were these notes that you made when you
19    were talking to plaintiffs' counsel?
20         A     When I was reviewing it initially.  Sometimes I
21    would change my opinion in looking at something again.
22         Q     Did you sit down with the plaintiffs' lawyers
23    to review these documents and talk about what was
24    significant in them?
25         A     No.  I'm not sure if they even know I had them.
0269
1          Q     This is another document that is MRK-ADN 010988
2     through 919.  It is the ANA Physician Attribute Tracker,
3     September, 2002, Top Line Results.
4                Is this your handwriting on the first page?
5          A     Yes.
6          Q     Were those notes you made when you reviewed the
7     document?
8          A     When I initially reviewed it, yes.
9          Q     On some of these, such as Situation Analysis
10    March, 2003, MRK-AKC 0068277 through 316, there is a
11    Post-it that says, "Physician Message Tracking."
12               It shows increasing concern over non-G.I.
13    safety, whose handwriting is that?
14         A     Chris Spiro.
15         Q     And did he prepare this Post-it and put it on
16    the document for your benefit?
17         A     No, I didn't ask him to do that, and I ignored
18    what he put, but he did put that on there.  I guess
19    because he was an eager beaver and thought it was
20    helpful, but it wasn't because I am drawing my own
21    conclusions because I, basically, ignored what he said
22    on those Post-it notes.
23         Q     Why would you ignore what he said?
24         A     Well, I am the marketing expert.  He is not.
25         Q     Okay.  This is an Attribute Tracker MDS
0270
1     Summary, MRK-AKP 0038549 through 659.
2                Whose handwriting is on the first page of the
3     document?
4          A     Mine.
5          Q     And whose handwriting is on the Post-it that
6     says, "Competitive need to boost non-G.I. safety"?
7          A     That's Chris Spiro's.
8          Q     This is a five-page handwritten document that
9     doesn't have a Bates number because it is your
10    handwritten notes, I think, on the five yellow pages.
11    Is this your handwriting?
12         A     Yes, it is.
13         Q     And what does it say at the top?
14         A     "New docs and report."
15         Q     Do you know when you prepared this document?
16         A     It was a while ago.  So it was probably after I
17    completed all of this work in April.  That I added those
18    to the report.
19         Q     These were documents -- these were your notes
20    based on documents that you were sent in April of
21    2005 -- 2006?
22         A     No, I might have had those earlier.
23         Q     What does No. 3 say?
24         A     "Be The Power Video on day one of McDarby/Cona
25    versus Merck Trial, 3:00 p.m. segment."
0271
1          Q     What does that mean?
2          A     That was one of the things that I added to the
```

Page 112

Ex 1 - 5-26-06 depo transcript

3  report.  I watched that video.
4      Q    You watched the Cona/McDarby trial in New
5  Jersey?
6      A    No, I just watched that part of it.  We did not
7  have a copy of the video, just the video.  So I watched
8  it in the trial.  And then I got a copy of the video.
9      Q    There is highlighting on some of the original
10 documents, Dr. Pechmann, is that your handwriting or was
11 it handwriting on documents that you received?
12     A    You mean highlighting?
13     Q    Yes.
14     A    That is my highlighting.
15     Q    This is another handwritten document that you
16 have here.  It is just before the response to the
17 expression to concern or expression of concern.
18     A    Okay.
19     Q    This is your handwriting, too?  It is a
20 two-page document.  It says, "Be The Power"?
21     A    Yes.
22     Q    What does that document say?
23     A    Mark McDarby; New Jersey; Mark McDarby/Cona
24 versus Merck.  So these were part of the notes that I
25 took when I saw the video as part of that trial.
0272
1      Q    So you were taking notes while as you were
2  watching the Be The Power video?
3      A    Well, I stopped it and then take notes.
4      Q    Did you watch anything else in the Cona/McDarby
5  Vioxx trial other than Be The Power video?
6      A    I saw what Anstice looked like, but I think he
7  was there, Anstice, but that was all.  I forwarded it
8  through the video and that is all I watched.
9      Q    Did you watch Mr. Anstice's trial testimony in
10 the Cona/McDarby case?
11     A    No.
12     Q    Why not?
13     A    I didn't have time.  I am a professor and I
14 have a day job.  I am not a, you know, professional
15 expert witness or anything.
16     Q    These are some handwritten notes that you took
17 on the back of the Waxman report.
18          Did you read the Waxman report?
19     A    Yes.
20     Q    Can you tell me what this page means on the
21 very back with your handwritten notes where you are
22 identifying numbers?
23     A    Those are his references.  The reports referred
24 to other documents.
25     Q    So you read the Waxman record to find certain
0273
1  documents that you then wanted to see?
2      A    Well, no, I read it to find out what Waxman had
3  to say about the CV card or Merck.  And then I found it
4  useful to make a list of documents that he cited in case
5  I might want to look at them.
6      Q    Okay.  Bear with me.
7          This is a printout of portions of
8  Dr. McCaffrey's deposition testimony.  And there are
9  excerpts and then there are certain things that are
10 bolded.
11          Do you see that?  It goes from Page 1 to 41.
12     A    Let's see, yes, I bolded that myself.
13     Q    Did you read the entire deposition or just the

Page 113

Ex 1 - 5-26-06 depo transcript

14  excerpts that you were sent there?
15      A    Oh, no, the entire thing.  I had it in my
16  computer.
17      Q    Yes.
18      A    And then when there was a page that I thought I
19  really needed, I bolded it and printed it out.  Isn't
20  much of it printed out or is it just each page where I
21  bolded?  Does it jump around?
22           Oh, yeah, so if I bolded something on a page,
23  then, I guess, I printed just that page, so that I would
24  have it.  And I stopped doing that because it wasn't
25  really helpful, really.
0274
1       Q    Do you have any experience, Dr. Pechmann,
2   reviewing call notes that are prepared by sales
3   representatives, other than in your work in this case?
4       A    I reviewed very similar documents in the past,
5   not -- I mean the same type of data.  You know,
6   instances of something.  Coding -- it is -- from a
7   scientific perspective, I have done that type of
8   research before; and I am familiar with that type of
9   data.
10      Q    Do you --
11      A    I'm sorry.  In answer to your question, I never
12  prior to this case analyzed the sales call notes
13  involving pharmaceuticals.
14      Q    Prior to this case, Dr. Pechmann, you never
15  reviewed sales call notes for pharmaceutical sales
16  representatives; right?
17      A    That's correct.
18      Q    Prior to this case, you never reviewed the
19  number of visits that were paid on a particular doctor
20  by sales representatives; correct?
21      A    Is that a different question from the other
22  one?
23      Q    Yes.
24      A    So have I ever --
25      Q    You have reviewed documents in this case,
0275
1   Dr. Pechmann, that reflects the number of sales calls,
2   not just sales notes, but sales calls on Drs. Micola and
3   McCaffrey; right?
4       A    Yes.
5       Q    And am I right that before this case, you have
6   never reviewed documents like that?
7       A    No, I disagree with that statement.  I had
8   never reviewed sales call -- what would you call that
9   one?  Sales call documents?  Because you are
10  distinguishing between sales call notes and sales call
11  records.
12      Q    The documents that you reviewed showing the
13  number of visits between sales representatives and
14  Dr. Micola and Dr. McCaffrey, those types of documents
15  you never reviewed before for any pharmaceutical
16  company; true?
17      A    For any pharmaceutical company, no.
18      Q    I am correct; right?
19      A    That is correct.
20      Q    Down to two more boxes.
21      A    Okay.
22      Q    It will go fast.
23           Were you sent depositions from the plaintiffs'
24  lawyers in this case?

Page 114

                         Ex 1 - 5-26-06 depo transcript
25      A    Yes.
0276
 1      Q    And I am going to --
 2           MR. O'CALLAHAN:  Read the titles into the
 3    record.
 4           MR. GOLDMAN:  Yes.
 5      Q    Read the depositions here and ask you whether
 6    you reviewed them in their entirety.  Okay?
 7      A    Okay.
 8      Q    The deposition of Dr. Michael Micola, April 25,
 9    2006?
10      A    Yes.
11      Q    Is the copy that I am holding in my hand the
12    version that you reviewed?
13      A    I read an electronic version of that.
14      Q    Did you review in its entirety of Marilyn
15    Krahe, K-R-A-H-E?
16      A    My recollection is yes.
17      Q    Did you review the exhibits that were attached
18    to Marilyn Krahe's deposition?
19      A    Yes.
20      Q    Did you review the deposition in its entirety
21    of Mary Elizabeth Blake?
22      A    Yes.
23      Q    Did you review in its entirety the deposition
24    of David Anstice from March 16, 2005, March 17, 2004,
25    March 18, 2005, and April 12, 2005, and May 20, 2005?
0277
 1      A    No.  My recollection is that I received one of
 2    those early and I looked through that one and then the
 3    other ones I skimmed through.
 4      Q    So you at least skimmed through all of the
 5    deposition transcripts for the dates I just mentioned
 6    for David Anstice?
 7      A    No, I cannot testify to that.  I might have
 8    missed -- I believe I received some of those kind of
 9    late.  And so I did not -- by "skim," I mean to see what
10    is on each page.
11           And what I did, as I recall, is look for key
12    words to see if I could find relevant things in there
13    because it was too much.  I did not have time to go
14    through all completely.
15           I think there was one deposition that I got
16    early.  Can we -- I mean, are they all -- are some of
17    them during trial and some --
18      Q    Yes.
19      A    Yes, I think I received -- what was his actual
20    deposition?
21      Q    I believe -- the video deposition, the first
22    one that you were given of David Anstice is March 16,
23    2005, and that was in the New Jersey case, as well as
24    the Ernst case, Texas.
25      A    So that was just one day.  Yeah, I believe I
0278
 1    got that early and I looked at that completely.  And
 2    then the other ones --
 3      Q    And there was the second day March 17, 2004,
 4    did you review that one?
 5      A    Can I see it?
 6      Q    Sure.
 7      A    I can't recall.  My recollection is that I
 8    reviewed the original deposition.  There is only one day
 9    in 2004.

                              Page 115

```
                              Ex 1 - 5-26-06 depo transcript
10       Q     March 17, 2004, deposition of David Anstice,
11   you remember that?
12       A     Yes.  And I remember going in key word search
13   trying to find relevant text in these others.
14       Q     Okay.  Did you review the following depositions
15   of Debra Shapiro?
16       A     I don't believe so, no.
17       Q     So you did not review any depositions of Debra
18   Shapiro?
19       A     No, that's not my recollection.
20             MR. GOLDMAN:  Can I take it out of here?
21             MR. SKIKOS:  (Nods head.)
22             THE WITNESS:  Yeah.
23   BY MR. GOLDMAN:
24       Q     Did you review any of the depositions of
25   Dr. Scolnick, S-C-O-L-N-I-C-K.
0279
1        A     I reviewed -- my recollection is that I
2    reviewed part of it.
3        Q     Let me hand you --
4        A     No, let --
5        Q     I am handing you three transcripts:  April 29,
6    2005, June 1st, 2005, and August 16, 2005 of
7    Dr. Scolnick?
8        A     This first one looks familiar.  I do believe I
9    went through at least parts of these -- or at least the
10   first one.
11       Q     So you believe you reviewed parts of
12   Dr. Scolnick's April 29, 2005, deposition transcript?
13       A     Right.
14       Q     How about the others?
15       A     I don't recall looking at these.
16       Q     Okay.  So we are going to just keep in the box
17   the one that you do remember reading April 29, 2005.
18       A     Okay.
19       Q     Did you review the deposition transcript of
20   Susan Baumgartner on February 25, 2005?
21       A     I did review the deposition transcript, yes.  I
22   will rely on you for the date.
23       Q     Did you review Susan Baumgartner's deposition
24   of March 11, 2005?
25       A     I recall reviewing everything I had with
0280
1    those -- with regard to her depo.
2        Q     Do you remember reading Susan Baumgartner's
3    September 30, 2005 deposition?
4        A     I need to look -- well, let me see all three to
5    be absolutely sure.
6              Yes, I believe I did review this.
7        Q     So the three deposition dates that I just read
8    of Susan Baumgartner's --
9        A     My recollection is that I went through her -- I
10   forgot those three dates, but I remember going through
11   Baumgartner's.
12       Q     Do you remember reviewing the entire deposition
13   of Gerald Barnett?
14       A     Yes.
15       Q     Did you review the entire deposition of Michael
16   McCaffrey?
17       A     Yes, both Michael McCaffrey's.
18             MR. SKIKOS:  Didn't you say yes on that one?
19             MR. GOLDMAN:  Yes.  There is two of them here.
20       Q     Did you review the deposition of Dr. Kurfm,
```

Page 116

```
                              Ex 1 - 5-26-06 depo transcript
21   November 21, 2005, January 24, 2006?
22        A    No.
23        Q    Did you review the deposition testimony of
24   Charlotte McKines?
25        A    McKines?
0281
 1        Q    Yes.
 2        A    Yes.
 3        Q    How do you know how to pronounce her last name?
 4        A    Well, that is how I pronounce it.  I really
 5   don't know.
 6        Q    Do you know Charlotte McKines?
 7        A    No.  You might be right and I may be wrong.
 8        Q    I have no idea.
 9             Did you review Charlotte McKines's deposition
10   of August 3rd and August 4th, 2005?
11        A    My recollection is yes.
12        Q    Did you review the depositions of Dr. Alise
13   Reicin?
14        A    No.
15        Q    Let me just identify the three depositions of
16   Charlotte McKines:  August 3rd, 2005, August 4, 2005,
17   September 9, 2005.
18             Did you review the deposition of good old
19   Dr. Topol?
20        A    No.
21        Q    Did you review the deposition of Jan Weiner?
22        A    Yes.
23        Q    There is an August 10, August 11, and
24   August 12th?
25        A    Yes.
0282
 1        Q    Did you review the deposition testimony of
 2   Ellen Westrick?
 3        A    Yes.
 4        Q    Okay.  That is all of the depositions and now,
 5   I will go through the box of binders.
 6             I have here what probably will end up being Box
 7   4 and 4(b), which are blue binders one, two, three,
 8   four, five from Mr. Robinson's firm and the first is a
 9   deposition of Laura Demopolous, D-E-M-O-P-O-L-O-U-S.
10             Did you read that?
11        A    Yes.
12        Q    The second binder looks like it has a bunch of
13   documents?
14        A    Yes.
15        Q    Maybe you can tell me what this consists of
16   because I don't want to go through each one.  I will, if
17   I have to, but maybe you can summarize what that binder
18   contains.
19        A    Okay.  The first set of documents has to do
20   with the FDA regulations.  And then there is documents
21   from the FDA Advisory Committee Meeting or -- let me
22   see, and the teleconference; and then there is a
23   discussion, instructions on how the sales reps should go
24   through the Bombardier reprint; and then -- I mean, it
25   is a set of miscellaneous documents.  I guess, we have
0283
 1   to go through every one.
 2        Q    No.
 3        A    Some of them are repeats that you saw in
 4   another binder.
 5        Q    Did you review all of the materials that are
```

Ex 1 - 5-26-06 depo transcript

```
 6   contained in the second binder that we are going through
 7   right now?
 8        A    This binder?
 9        Q    Yes.
10        A    Yes.
11        Q    Okay.  This is a binder of documents called
12   Tracking Documents DTW Physician Messages?
13        A    Yes.
14        Q    Did you review this entire binder?
15        A    No.
16        Q    Did you review any of it?
17        A    Yes.
18        Q    Well, can you, as best you can, indicate what
19   documents you reviewed in this Tracking Docs Binder?
20        A    Well, I reviewed the summary sheets.  It is by
21   month, so they are summary sheets and I reviewed the
22   questionnaire.  This is the tracking of the sales reps
23   messages by DTW.
24        Q    Okay.
25        A    And you know, scanned through and stopped at
0284
 1   certain pages to see what the different questions were
 2   that were being asked.
 3             But I mostly focused on the summary sheets at
 4   the beginning of each one when there was one.  Some of
 5   them we didn't have summary sheets, but sometimes we
 6   did.
 7             And I spent time on -- you know, the sample.
 8   So each document gives you the sample.  So who was it
 9   that, that they were interviewing; but I did not spend a
10   lot of time on the raw data.  You know, I looked at the
11   summaries.
12        Q    Okay.  The fourth binder is -- has a binder
13   label that has 1996 to 2005.  And it contains in
14   chronological order what looks like plaintiffs' trial
15   exhibits, starting with P1.0020 and then that was in
16   1996 and it goes all the way to P1 through 1238.
17             Did you review this?
18        A    Can I see it?
19        Q    Yes.
20        A    To the best of my recollection, no.
21        Q    So you are not going to include the fourth
22   binder and so we will not copy it because you did not
23   review that?
24        A    Right.
25        Q    The fifth binder starts with FDA, AAC, which is
0285
 1   the Advisory Committee, February 8, 2001, Statistical,
 2   Bates No. MRK-ABT 0003756 and it ends at MRK-HBH 0013917
 3   and it contains numerous documents separated by blue
 4   sheets?
 5        A    And documents in that.
 6        Q    And there are documents in the left sleeve as
 7   well.  Did you review this, what will be the fourth
 8   binder?
 9        A    Yes.
10        Q    In its entirety?
11        A    There may be some parts that I did not look at.
12   Farquhar, I did not review.
13        Q    You did not review.  Can I take a quick look at
14   that?
15        A    Ray, I didn't review.  Yeah, so I reviewed up
16   to that.
```

Page 118

```
                           Ex 1 - 5-26-06 depo transcript
17      Q    Okay.  So I am going to take out --
18      A    Let's see I did not see that.
19      Q    Okay.  So I am going to reidentify the fourth
20 binder because we took out documents that you had not
21 reviewed.
22           The new ending is MRK-CAAD 0001757 and it
23 starts -- MRK-ABT 0003756.
24           Did you review the documents on the left sleeve
25 also?
0286
 1      A    Yes.
 2      Q    Okay.  Let me just look at my notes to see if I
 3 have anymore questions.
 4      A    If you have an Internet, I can print out the
 5 E-mails.
 6      Q    Yes.
 7      A    Do we have a printer?
 8           MR. SKIKOS:  We can go to Robinson's office,
 9 but I have some questions, too.
10           MR. GOLDMAN:  Let's go off the record for a
11 second.
12           (Discussion held off the record.)
13           MR. GOLDMAN:  Okay.  Exhibit 8 is
14 Dr. Pechmann's article called Do Consumers Over
15 generalize one-sided Comparative Price Claims and Are
16 More Stringent Regulations Needed?
17           Exhibit 9 is an article by Dr. Pechmann called
18 An Assessment of U.S. and Canadian Smoking Objectives
19 for the year 2000.
20           Exhibit 10 is a printout of a book on
21 Amazon.Com called Quasi-Experimentation Design and
22 Analysis Issues.
23           (Defendants' Exhibits 8 through 10
24           were marked for identification by
25           the court reporter.)
0287
 1           THE WITNESS:  In Field Settings.  It says it on
 2 the book.
 3 BY MR. GOLDMAN:
 4      Q    In Field Settings.
 5           Do you intend to go to trial in New Orleans in
 6 July?
 7      A    Yes.
 8           MR. GOLDMAN:  Okay.  Those are all of the
 9 questions that I have right now subject to me reviewing
10 your E-mails, and then I might have some more questions.
11           THE WITNESS:  Okay.
12           MR. SKIKOS:  Let's go off the record for a
13 second.
14           (Brief recess.)
15           MR. GOLDMAN:  We are just going to mark as a
16 Exhibit 15 a compilation of E-mails that Dr. Pechmann
17 just printed off and it consists of eleven E-mails and
18 then we are going to have somebody inventory the four --
19 it may turn into five boxes that we discussed today.
20           (Defendant's Exhibits 11 through 15
21           were marked for identification by
22           the court reporter.)
23           MR. GOLDMAN:  And we will attach a copy of the
24 inventory of documents to the deposition.
25           Thank you, Dr. Pechmann.
0288
 1           THE WITNESS:  You're welcome.
```

                                   Page 119

Ex 1 - 5-26-06 depo transcript

```
 2
 3                     EXAMINATION
 4   BY MR. SKIKOS:
 5        Q    Dr. Pechmann, I am going to ask you about 25,
 6   to 30 minutes worth of questions and then you can go
 7   home.
 8        A    Okay.
 9        Q    It is almost about 6 o'clock.
10             Are you a Ph.D.?
11        A    Yes.
12        Q    In what?
13        A    In marketing management.
14        Q    Are you a full professor?
15        A    Yes, I am.
16        Q    You are tenured?
17        A    Yes.
18        Q    About approximately how many peer-reviewed
19   articles have you published?
20        A    Fifty.
21        Q    Have you -- do you consider yourself an expert
22   in integrated marketing campaigns?
23        A    Yes.
24        Q    Approximately how long have you been working in
25   the area of integrated marketing campaigns?
0289
 1        A    Twenty years.
 2        Q    Of the 50 peer-reviewed articles published in
 3   journals, how many of them relate to aspects of
 4   integrated marketing campaigns?
 5        A    All of them.
 6        Q    You mentioned before editorial boards?
 7        A    Yes.
 8        Q    What is that?
 9        A    I am on several editorial boards, meaning that
10   I am one of a small group that -- that is considered to
11   be a top reviewer and would review -- when someone from
12   the review board reviews these papers to help ensure
13   that the quality of the journal is maintained.
14             It is very prestiges to be on the review
15   board because it means that you are just below an
16   editor.
17        Q    At one point, you were on three review boards
18   on three prestiges journals at the same time?
19        A    Yes.  The three top journals in marketing are
20   Journal of Consumer Research, Journal Marketing and
21   Journal Marketing Research and not one person is on all
22   three reviews boards and I was on all three review
23   boards for a while.
24        Q    Have you peer-reviewed articles on aspects of
25   integrated marketing campaigns?
0290
 1        A    Yes, I have all of the time.
 2        Q    Do you teach as a full professor on aspects of
 3   integrated marketing campaigns?
 4        A    Yes.
 5        Q    There is something in your C.V. about top 50
 6   Marketing Scholars.  Can you describe that?
 7        A    Yes.  Someone did a study of the impact of
 8   different marketing scholars based on the citation index
 9   and I appeared in the top 50 in terms of people citing
10   my work.  So, basically, the impact of my work on
11   academia.
12             And I also was named the top scholar in
```

Page 120

```
                          Ex 1 - 5-26-06 depo transcript
13  economics for my citation count.  Even though, I am not
14  technically in economics.
15       Q    Is marketing a science?
16       A    Yes.
17       Q    Is it a subspecialty of any particular science?
18       A    It is a behavioral science.
19       Q    What are other behavioral sciences?
20       A    Psychology, economics.
21       Q    Do you in marketing use the scientific method?
22       A    Yes.
23       Q    Can you describe that?
24       A    The scientific method?
25       Q    As applied in marketing.
0291
1        A    Okay.  Well, you identify hypotheses.  You
2   tests hypotheses using a controlled study and using
3   valid methods and run statistical analysis; and write up
4   reports.
5        Q    Is there any difference in the scientific
6   methods used in marketing versus the scientific methods,
7   say, used in medical research, to your knowledge?
8        A    No, they are very similar.
9        Q    Are there scientific principles and
10  methodologies applied to integrated marketing campaigns?
11       A    Yes.  I mean I wouldn't say all, but integrated
12  marketing campaigns, these days virtually all -- well,
13  many apply the scientific method to test the messages,
14  understand their impact before they go out, and then to
15  track the messages afterwards.
16       Q    Does the scientific method used by Merck in
17  conducting its integrated marketing campaign in
18  conducting the studies that it used in this
19  integrated --
20       A    Can you rephrase your question?
21       Q    Let me get to that in a second -- I will do it
22  now.
23            Did Merck researchers who did work on their
24  integrated marketing campaign use the scientific method
25  to conduct their studies?
0292
1        A    Yes.
2        Q    Is there any distinction, in your mind, as an
3   expert in integrated marketing campaigns whether the
4   integrated marketing campaign is done by a
5   pharmaceutical company, versus a tobacco industry,
6   versus the government, versus the university, versus a
7   small company?
8            MR. GOLDMAN:  Object to the form.
9            THE WITNESS:  No.  No, there is no difference
10  based on industry.
11  BY MR. SKIKOS:
12       Q    Would you use the same scientific methodology
13  used to perform an integrated marketing campaign studies
14  no matter what the industry was?
15       A    Yes.  What really determines it is how much
16  money you have.
17       Q    Your experience in running integrated marketing
18  campaigns for the anti-drug -- can you describe that?
19       A    My experience?
20       Q    Yes.
21       A    I was involved in developing the strategy to
22  the campaign, the core messages.  I developed the
23  scientific method for testing the messages.
```

Page 121

Ex 1 - 5-26-06 depo transcript
24          I reviewed the focus group work that was done
25      on the messages as before they were filmed because it
0293
1       costs about -- a lot of money to film the TV ads.  So we
2       did extensive testing of the storyboards and preliminary
3       ads.
4               As I said, I developed overall the protocol and
5       statistical analyses involved in testing the final TV
6       ads.
7               And then I was also heavily involved in
8       reviewing the tracking research that we did after the
9       ads were running.  We tracked both youth and parents.
10      So we tracked adults as well as kids because it was a
11      campaign that included ads for adults, parents and for
12      kids.  It wasn't just a youth campaign.
13              I mean, it was designed to prevent youth from
14      using drugs, but parents was one of the target markets.
15      And so with regard to tracking, I helped to oversee the
16      design of the studies, learned about all of the
17      findings, was involved in the statistical analyses; was
18      involved in adjusting the campaign based on the results.
19              So I was heavily involved in the research at
20      all levels and also strategy decisions.
21         Q    When you did the anti-drug campaign, you did
22      that from the standpoint of a marketing science;
23      correct?
24              MR. GOLDMAN:  Object to the form.
25              THE WITNESS:  I was chosen because of my
0294
1       expertise in the science of integrated marketing of the
2       people who chose me said that I was chosen for that
3       purpose.
4               The campaign was required to have testing.  I
5       believe it was in the bill that passed in Congress and
6       so then they wanted to find someone who had expertise
7       and they chose me because people knew me.
8       BY MR. SKIKOS:
9          Q    I think there has been some confusion about
10      where you are rendering opinions.  So let me try and
11      clarify that in this particular case.
12              From a medical standpoint, are you offering
13      cause and effect opinions on the relationship between
14      Vioxx and cardiovascular events?
15         A    No.
16         Q    Okay.  From a marketing standpoint, are you
17      offering opinions on whether the Merck marketing
18      executives knew or should have known that there was a
19      cardiovascular risk?
20         A    Yes.
21         Q    From a marketing standpoint, are you offering
22      opinions whether Merck did perform a integrated
23      marketing campaign on Vioxx?
24         A    Yes.
25         Q    What is your opinion?
0295
1          A    That they did clearly perform an integrated
2       marketing communications campaign.  It is even in their
3       documents.
4          Q    Now, are you offering opinions on your analysis
5       of the tests performed by Merck to determine whether the
6       cardiovascular risk was being conveyed and received by
7       the doctors and patients?
8               MR. GOLDMAN:  Objection to form.

Page 122

Ex 1 - 5-26-06 depo transcript
```
 9              THE WITNESS:  Can you state that again?
10   BY MR. SKIKOS:
11        Q    Sure.  Let me do it in two steps.
12             In your review of the materials that were
13   provided to you on the studies conducted by Merck in
14   performing your integrated marketing campaign, did you
15   actually see categories of studies performed?
16        A    Yes, I did.  I saw six categories of studies.
17        Q    And did you as an integrated marketing campaign
18   expert analyze those studies?
19        A    Yes, each of them.
20        Q    Okay.  Can you tell me what the six categories
21   of studies were that were performed by Merck in their
22   integrated marketing campaign?
23        A    Yes.  So there was tracking of the sales reps
24   visits to the physicians.
25             There was tracking of the perception -- the
0296
 1   physicians' perceptions of Vioxx and Celebrex and their
 2   prescribing behavior.  That was a panel of physicians.
 3             And then there was tracking of overall sales
 4   data that was purchased from -- from pharmacies.  That
 5   was the complete data on prescriptions -- filled
 6   prescriptions at pharmacies.
 7             Then there was consumer tracking of their
 8   perception of the different brands and the different
 9   attributes and their behavior -- their stated behavior.
10             And let me say that the tracking of the sales
11   and the pharmacies was a combination of physicians
12   prescribing and the consumers filling it out.  You know
13   what I am saying?  So it is a combination of both.
14             And then the final study was -- let's see,
15   there is two more -- there is a copying testing of the
16   physician material and the copying testing of the
17   patient material.
18        Q    Now, the categories of studies that you
19   reviewed and analyzed, did you use the same scientific
20   methods in analyzing those studies that you did -- that
21   you would do in performing integrated marketing
22   campaigns as a university professor?
23        A    I didn't understand the question.
24        Q    Bad question.
25             You analyzed each of the categories of studies?
0297
 1        A    Yes, I analyzed the methods, the statistics,
 2   the results, the validity of the study --
 3        Q    Is there --
 4        A    -- their findings.
 5        Q    I'm sorry.  I should not have cut you off.  It
 6   is a theme we have.
 7             Is there a statement or analysis of each of the
 8   categories of studies in any of the documents that we
 9   have looked at today.
10        A    Yes, in my report.
11        Q    Okay.  Yesterday you prepared an exhibit that
12   counsel put as Exhibit 5, can you describe what that is?
13        A    Yes.  When I discussed the studies with you
14   yesterday, it became apparent that, that it would be
15   useful to have a document that clearly stated these six
16   types of studies and describe the methods and my
17   background on the method and the results.
18             I hadn't structured my report that way, but
19   that is how I structured it in my own mind.
```

Page 123

Ex 1 - 5-26-06 depo transcript

20      And so explaining it to you yesterday, I was
21  basically describing each study this way.  And so I
22  decided to write it all down because it might come up
23  today.
24      Q    Okay.  Let's -- Can you briefly go through for
25  each category of study what you have in Exhibit 5?
0298
1       A    Yes.  So let me say, I just did this in random
2   order.  So it is not in the same order -- or maybe I
3   should go back in the same order that -- I don't
4   remember the order that I originally gave you.
5       Q    It doesn't matter.
6       A    Okay.  Fine.
7            So one type of study is the Scientific Testing
8   of the Detail Pieces with the M.D.'s and they used
9   accepted practice for doing this type of research.
10           They did in-depth interviews with about -- I
11  have one example where they spoke to 31 doctors in two
12  different cities.  That is a standard approach.
13           They have to have it in a couple of cities and
14  they showed them detailing pieces in counter-balanced
15  order, and asked open-ended questions to try to
16  understand their perceptions of the material.
17      Q    All right.  Are those studies referenced in the
18  exhibit binders?
19      A    Yes.
20      Q    That are attached to your report?
21      A    Yes.
22      Q    What exhibits?
23      A    Exhibits 28 and 29, and 59, and Exhibit 5 --
24  This is Exhibit 5.  It does not look like the right
25  number.  Right.  This is Exhibit 5 now.
0299
1       Q    It's Andrew's Exhibit 5 for his reports.
2       A    Right.  This is the type of research we did in
3   the anti-drug campaign and in the U.S. Census Campaign.
4   I did this a long time ago when I worked at the National
5   Consulting Group.  It is a type of research that I talk
6   a lot about in teaching.
7       Q    What were the findings of this?
8       A    Well, overall the physicians said, first of
9   all, they responded very favorably to the material about
10  safe for the elderly.
11           This was a population that -- that felt that
12  Vioxx had concerns -- had some possible problems with
13  elderly due to their CV risks and they felt that the
14  materials helped them to overcome obstacles.
15           And they said that they were confused about the
16  CV information and they wanted more information about
17  it.  They did not understand how to interpret it.
18           They said it was conflicting and the brochure
19  was not changed to address that issue.  It was changed
20  to address some other issues but not that issue.
21      Q    In reviewing the conclusions and the methods
22  and the design of this particular study, do you agree
23  with the conclusions?
24      A    Yes.
25      Q    And was the methodology used by Merck, in your
0300
1   opinion, scientifically valid?
2       A    Yes.
3       Q    Okay.  Let's go to the next.
4       A    Okay.  The second -- let's see.  Let's see if

Page 124

Ex 1 - 5-26-06 depo transcript

```
 5   we have notes here.  Hold on.
 6           In that same study, they found that only one
 7   physician said that he proactively warned his patients
 8   about Vioxx's cardiac risk.
 9       Q    One out of the 31?
10       A    Right.  And the rest of them said that
11   primarily the patients were concerned or there was bad
12   press and so they didn't warn their patients.
13           MR. GOLDMAN:  Objection.  Move to strike as
14   nonresponsive.
15           THE WITNESS:  What did I do wrong?
16   BY MR. SKIKOS:
17       Q    You are still talking about the first study?
18       A    Yes, I am.
19       Q    Okay.  I will accept that answer with respect
20   to the first category of studies.
21       A    Yes, and those exhibits are 41 -- did I already
22   say 41?
23           Okay.  So, now, I remember this -- I'm sorry.
24           Also, this type of study was discussed in
25   Exhibit 41.
0301
 1           MR. GOLDMAN:  Which one are we on now?
 2           THE WITNESS:  The same first type of study.
 3   BY MR. SKIKOS:
 4       Q    We are going to go back to the first type of
 5   study.
 6       A    Yes, we are still -- I have not gone to the
 7   second type of study.  This is all the first type of
 8   study.  I'm sorry.
 9       Q    Okay.
10       A    And Exhibit 41 also describes another similar
11   study where people were asked to look at the Efficacy
12   Confidence Program -- it had two names, but that is one
13   of the names -- and assess, you know, was it a
14   convincing program.  Would they prescribe more Vioxx?
15           And you had 10 to 15 percent saying that they
16   felt that -- that overall they said they would expect a
17   10 to 15 percent increase in prescriptions for Vioxx
18   from that program.
19           And the -- yeah.  So they were very favorable
20   towards that program when they saw the detailing
21   materials about it.
22       Q    Okay.  What is the second category?
23           MR. GOLDMAN:  Can you just be clear?  What
24   category of studies were you just talking about?
25           THE WITNESS:  Well, Copy Testing of Detailed
0302
 1   Pieces with M.D.'s.
 2           MR. GOLDMAN:  Okay.
 3           THE WITNESS:  Let me make sure that is how it
 4   is labeled.  It's Scientific Copy Testing with Detail
 5   Pieces with M.D.'s, which is what I sort of called it.
 6           Okay.  Another type of study is the Scientific
 7   Testing of Promotion Message Recall.  So another way of
 8   saying it is Tracking of Promotion Message Recall.
 9           And that study involved about 300 interviews a
10   month with a detail survey of about 25 questions.  It
11   was initially conducted by DTW Research, and then it was
12   picked up by Impact Rx.
13           And it looks like -- we don't know how much --
14   DTW did the research in 2001 and Impact RX took over in
15   2002.
```

Ex 1 - 5-26-06 depo transcript
16          And just to give you some sense of the amount
17  of money that proposal that DTW had put in to get the
18  work in 2002, that was ultimately rejected, it was
19  600,000 for a year's worth of work.  So it is a lot of
20  money.  And they studied high NSAID and high Coxib
21  doctors and they --
22  BY MR. SKIKOS:
23      Q    You mean prescribing doctors?
24      A    Yes.
25      Q    Okay.
0303
1       A    And the relevant exhibits are 55, 56, and 58.
2            The method I did not include in my binders, but
3   it is in my exhibits, but it is in the binder that says
4   Tracking Research.  That we saw a little bit earlier.
5       Q    Okay.
6       A    And we tracked promotional message recall on
7   the anti-drug campaign and I routinely teach classes
8   where they did this type of research.
9       Q    What were the findings?
10      A    The findings were that a substantial number of
11  physicians said that the reps told them Vioxx does not
12  increase the risk of M.I. or stroke.
13           So in this one time period that I looked at, it
14  was 18 to 47 percent of physicians said the reps told
15  them that Vioxx does not increase the risk of M.I. or
16  stroke.
17           And in the time period I looked at, basically,
18  the research shows a substantial number of reps were
19  telling physicians that Vioxx was safe for the elderly.
20           So in this one period of time, it was 20 to
21  33 percent and in another period of time, it was 34 to
22  47 percent.  They have this plotted out.
23           So we don't have a complete list of every month
24  and every, you know, data point, but there were several
25  figures that describe for various periods of time, what
0304
1   these percentages were and they were high.
2       Q    What exhibits are you referring to now?
3       A    55, 56, 58.  There is also some data in 48.
4       Q    Do you -- is it your opinion that you have
5   sufficient data to come up with an opinion on whether
6   this study is valid?
7       A    Yes.
8       Q    What is your opinion?
9       A    It is valid.
10      Q    Okay.  Is that all you have for the second
11  category of studies or is there more?
12      A    I also did my independent coding of some of the
13  data to see what I came up with and the month I looked
14  at, it was 20 percent.  So it was consistent with what
15  they said.
16      Q    20 percent what?
17      A    20 percent of -- I'm sorry -- of the doctors
18  recalled the reps saying that Vioxx doesn't increase the
19  risk of M.I. or stroke.
20      Q    Okay.  Go to the next category, please.
21      A    Another category is Tracking of the Behavior,
22  so that the prescriptions -- the filled prescriptions at
23  the retail level.
24      Q    Oh, I'm sorry.  Before I go back, go back to
25  the second category.
0305

Page 126

Ex 1 - 5-26-06 depo transcript

```
 1            Assume the data is valid at 20 percent of the
 2    sales reps told the doctors that Vioxx does not increase
 3    cardiovascular risk and the doctors recalled it a
 4    sufficient time later, did Merck in any of the documents
 5    that you reviewed, change their detailing methods to fix
 6    that potential problem?
 7       A    No, I didn't see any evidence of that.  The
 8    numbers are very consistent.
 9       Q    Go ahead.
10            Oh, in any of the internal documents that you
11    reviewed, that are contained in your report or in the
12    files there, did anyone at Merck work to combat the
13    potential problems that physicians were being told by
14    their sales reps that there is no increase of
15    cardiovascular --
16            MR. GOLDMAN:  Object to the form.  Assumes
17    facts not in evidence.
18            THE WITNESS:  Okay.  What was the question
19    again?
20    BY MR. SKIKOS:
21       Q    The question sucked.  Go to the next one.
22       A    Well, I did want to say something which is
23    related -- I think it was the answer -- the question
24    that you were asking.
25            But there is -- there is documentation that an
0306
 1    objective of the campaign of the integrated marketing
 2    communications campaign, was to convince doctors to
 3    prescribe Vioxx regardless of the patient's
 4    cardiovascular risk because Vioxx does not cause heart
 5    attacks.
 6            That was a major communication objective of the
 7    campaign.
 8            MR. GOLDMAN:  I move to strike as
 9    nonresponsive.
10    BY MR. SKIKOS:
11       Q    Pretend that I asked that at the end, would the
12    answer be the same?
13       A    Yes.  I thought you asked something related to
14    that.
15       Q    I did.
16       A    You asked, did they do something about it?  And
17    I was saying, no, they didn't do anything about it
18    because that was the objective of the campaign.
19       Q    Okay.  What is the third category?
20       A    The third category was Tracking of Behavior
21    through Prescription -- through prescriptions at
22    pharmacies.
23            So pharmacies that sell data on the
24    prescriptions filled overall and by doctor.  They don't
25    identify the patient, but they identify the doctor.
0307
 1            So you are able to track how the sales are
 2    doing and they have -- the way it is tracked is total
 3    prescriptions and then new prescriptions.  So,
 4    obviously, one is subtracted from the other are refills.
 5            So total and new and the other is refills.  So
 6    total, minus new would be the refilled prescriptions.
 7    And so this is the count of prescriptions.
 8            Now, this type of collection of data -- of
 9    sales data is what I teach in a course -- a whole course
10    on how to use this data.  It is called Micromarketing.
11            Also, the tracking of behavioral data is
```

Page 127

Ex 1 - 5-26-06 depo transcript

```
12    something that I have expertise in and I have published
13    on that topic.
14              I have American Journal Public Health Article
15    with Dickson and Lane on, you know, analyzing this type
16    of data.
17              In a drug case, we didn't have that because,
18    obviously, we will not be tracking marijuana purchases.
19    And even with the tobacco, because it is adolescent.  So
20    there is no data on adolescents.
21         Q    And what are the findings?
22         A    The findings indicate that sales were high for
23    Vioxx and they were neck to neck with Celebrex.  And
24    there were, what we call shock to the system where there
25    were a decline in sales.
0308
1              Primarily when the market learned about the CV
2    risk from the New York Times and the JAMA article in
3    2002, not what they learned from Merck.
4              And then there was another reaction when the
5    label came out in April, 2002.
6         Q    Now, in a jury or a court --
7         A    And then -- wait.  I'm sorry.  Can I finish?  I
8    did not finish the answer.
9         Q    Of course.  Of course.
10        A    And the integrated marketing communications
11    campaign managed to improve the situation and so that
12    over time sales inched back up.
13        Q    Okay.  If a jury wanted to see those graphs are
14    they in the binders somewhere?
15        A    Yes.  And those are Exhibits 56 and 54.
16        Q    Okay.
17        A    There could be others, but those are -- but
18    anyway that is the date -- one of the sets of data that
19    is in the EAR report, the Early Assessment and Response.
20        Q    Did Merck, in your review of their studies,
21    keep track of what you called shocks to the system that
22    affected the overall COX-2 market in addition to its
23    own?
24        A    Yes.
25        Q    Those are in those exhibits?
0309
1         A    Yes.
2         Q    So -- I'm sorry.
3         A    So in the shocks to the system from both of
4    those, as I recall, was to both Vioxx and Celebrex.
5              And the shock to the system from the Vioxx
6    label change was to Vioxx only and then --
7         Q    Those are supported in the graphs?
8         A    Yes, graphs.  Yes.
9              And the rebound from the campaign -- from the
10   integrated campaign is largely seen among new patients
11   and is attributed to the Efficacy Confidence Program
12   because it started to rebound the very month that that
13   program started.
14        Q    Can you briefly describe the Efficacy
15   Confidence Program?
16        A    That was the program where they offered
17   satisfaction guaranteed or your money back to patients.
18        Q    And do you have an opinion as to why that
19   program was successful in helping Vioxx rebound?
20        A    Because it -- well, the research shows that --
21   shows that it increased physicians' confidence in Vioxx
22   and it motivated the sales force.
```

Page 128