Ex 1 - 5-26-06 depo transcript

23        Q     Have you done studies on or researched on
24   guaranteed -- money back guarantees?
25        A     I haven't personally done that type of
0310
1    research, but I read it all of the time.
2         Q     And what is the general understanding or the
3    general accepted belief on the impact of a guarantee
4    money back on a marketing campaign?
5               MR. GOLDMAN:  Object to the form.
6               THE WITNESS:  It is a signal of quality and
7    confidence in the product.  So it, generally, does have
8    an effect of improving sales.
9    BY MR. SKIKOS:
10        Q     Now, in particular the Merck Guaranteed
11   Program, did you note any difference between the
12   physician guarantee and the patient guarantee?
13        A     Yes.  Let me just state that the ads were ads
14   for the program appeared in both the physician and --
15   there were physician ads and there were patient ads.
16   And so one -- I could compare what was stated in those
17   two types of ads.
18              And to answer your question, in the consumer ad
19   it just said, "Satisfaction guaranteed or your money
20   back," but in the physician ad in fine print, it was
21   clarified that it was only money back, if it was a
22   problem with pain relief.
23        Q     An efficacy problem?
24        A     Yes, an efficacy problem.  And that is why it
25   was sometimes called Efficacy Guarantee.  And then other
0311
1    times -- it was initially called Efficacy Guarantee and
2    then Efficacy Confidence.  And I think they changed it
3    because they had learned from their research that it
4    built confidence.
5         Q     Is that all of the studies that you reviewed in
6    the third category of studies?
7               MR. GOLDMAN:  Fourth.
8               MR. SKIKOS:  This is the fourth or is this the
9    third?
10              THE WITNESS:  I think this is the third; right?
11              MR. SKIKOS:  Third.  From the impartial juror.
12              THE WITNESS:  So the first type of study was
13   the Copy Testing of the Detail Pieces with the
14   Physician.
15              The second type of study was the Tracking of
16   Promotional Message Recall among physicians and their
17   behavior.
18              And the third type of message was a complete
19   census of prescription -- prescriptions filled overtime
20   by month.
21              In the second case, it is just a sample and in
22   the third case, it is all of the prescriptions.
23   BY MR. SKIKOS:
24        Q     Now, can you describe the fourth category of
25   the scientific study performed by Merck on the
0312
1    integrated marketing program?
2         A     It is another study of physicians.  I call it
3    the Attribute Tracking Study of Physicians.
4               So this was a study where you had about a
5    little over 300 -- 315 to 325 physicians from a panel,
6    randomly selected each month to complete a written
7    survey and record their prescribing behavior.

Page 129

Ex 1 - 5-26-06 depo transcript

8      And, initially, it was done via phone and fax,
9  and on the Internet on something called WebMD Survey.
10     And they asked a host of questions.  I did not
11  write down the number, but a large number of questions
12  about Vioxx, Celebrex, Bextra.
13     And the questions would say, how well does the
14  statement describe Vioxx?  One, does not describe it at
15  all.  Ten, describes it very well.
16     And the firm that I saw them using was Ziment,
17  Z-I-M-E-N-T.  And the time period I started to see this
18  was 2002 and it went through 2003.  And it is not clear
19  when it ended, but that is where I stopped seeing data.
20     And the sample included a third Vioxx users or
21  heavy users of Vioxx; a third Celebrex and a third
22  NSAID.  So they had a nice sample.
23     And also, a third was chronic pain.  A third
24  acute and a third recurrent.  And so they had a very
25  sophisticated sampling plan.  So that the results would
0313
1  not change based on the sample.  This was called the ANA
2  Attribute Tracker.
3     Q    Is there an exhibit for that one in your
4  binder?
5     A    Yes.  It is Exhibit 48 and then I actually have
6  another Merck exhibit that I wrote down which described
7  the method in greater detail.
8     I read that and it is in the binders, but it
9  isn't in my exhibits.  I can give you the Merck number.
10    Q    Yeah.
11    A    MRK-AKP 0038549.
12    Q    And those are the documents that you reviewed
13  and relied on in the boxes that some nice person is
14  going to copy tonight?
15    A    Yes.  They were originally sticking up, so we
16  could see them, but they are not anymore.
17    Q    What were the findings of these studies?
18    A    Well, the one finding was that what physicians
19  said they were relying on in terms of deciding what
20  prescriptions to write and what they were actually
21  relying on weren't the same.  There were marked
22  differences.
23     The way they were able to do that is they did a
24  very sophisticated drive importance analysis.  The
25  equations are on the exhibit.  It is a mathematical
0314
1  equation linking the ratings to the actual behavior.
2     And so from then on, they used the attributes
3  that were really important, not the ones that the
4  doctors said; but the ones that were really important in
5  the survey; and they tracked those carefully over time
6  to see how those were changing.
7     And the most important attributes were doesn't
8  cause edema, doesn't increase blood pressure, doesn't
9  increase risk of M.I, safe to use in the elderly.
10     So what they found was that their -- these
11  non-G.I. safety attributes were becoming a key
12  differentiator between Celebrex and Vioxx.
13     And so then what they decided to do was launch
14  the Efficacy Confidence Program.  And then the research
15  showed that once that program was launched, you saw
16  improvements on all of these attributes.
17     Improvements in M.I. perceptions, safe for the
18  elderly -- significant improvement in safe for the

Ex 1 - 5-26-06 depo transcript

```
19   elderly.  Improvements in the blood pressure, which was
20   another thing they measured.  Increase in self-reported
21   new prescriptions for Vioxx.
22             And a pattern where instead of losing so much
23   sales to Bextra, Vioxx was losing a lot of sales to
24   Bextra and that was stent.  And it was Celebrex that was
25   losing a little bit more rather than Vioxx.
0315
1        Q     So the Efficacy Campaign helped stent the loss
2    of sales to Bextra; is that what you are saying?
3             MR. GOLDMAN:  Object to form.
4             THE WITNESS:  Correct.
5    BY MR. SKIKOS:
6        Q     Okay.
7        A     And then this research also showed that overall
8    perceptions of Vioxx does not increase risk of M.I. or
9    stroke remained remarkably stable.
10            And so it never got below -- I don't know why I
11   don't have the notes, but I recall they didn't get
12   below -- I think it might have been 6.5.  I think was
13   the lowest they ever dropped on a 10-point scale.  So
14   they were above the mean of 5.
15       Q     And I saw graphs on those yesterday.  Are those
16   graphs in the binders or Exhibits?
17       A     Yes.
18       Q     And those are graphs you can show a court in
19   terms of the analysis of the awareness of the
20   cardiovascular risk?
21       A     The perception of the cardiovascular risks,
22   right, or awareness.  Those similar words, yes.
23       Q     Did you notice any change in the marketing
24   messages that was designed to increase physician
25   awareness of the cardiovascular risk of Vioxx exposure?
0316
1        A     No, I didn't see any evidence of that.
2        Q     What is the next category of study?
3        A     Okay.  It was an Attribute Tracking Study of
4    Consumers and it was called the Awareness and Action or
5    Chronic Pain Study.  They had two different names for
6    that one, too.
7             And that was a telephone survey with chronic
8    pain consumers.  3600 a year conducted every day of the
9    year.
10            The company was Millward Brown.  That is
11   exactly what we did with Millward Brown with the
12   anti-drug campaign.
13            It was related to the type of a research I did
14   that is published in the American Journal of Public
15   Health -- no, actually, that is incorrect.  That is not
16   correct.
17       Q     What part is incorrect?
18       A     That last part.  This is different from the
19   American Journal of Public Health.
20       Q     But the same for Millward Brown?
21       A     The Millward -- okay.  The American Journal of
22   Public Heath just studied behaviors and this studies
23   attributes.  And so I think it is best -- I think it is
24   a unique study.
25            So it is probably best to say that my
0317
1    familiarity with this -- I have a strong familiarity
2    with this exact type of study from the anti-drug ad
3    campaign.  And I also see this type of data and teach
```

Page 131

Ex 1 - 5-26-06 depo transcript

```
 4   cases on this at U.C. Irvine.
 5        Q    What were the findings?
 6        A    The findings were -- I'm sorry.  I am not -- I
 7   didn't finish with the method, actually.
 8        Q    Oh, I'm sorry.  I cut you off.
 9             He has got a free card now.
10        A    So is it okay?
11        Q    You can keep going.
12        A    The exhibits that are relevant are E30 and E32
13   and the method --
14             MR. GOLDMAN:  What is E30?  Is that in one of
15   the binders?
16             THE WITNESS:  It is Exhibits 30 and 32 in the
17   binders.
18             Okay.  So the time period that this was
19   conducted -- best I could tell, it started around May,
20   2000 and it was still going in December '03.
21             50 percent of the subjects were 55 years or
22   older.  All of them had chronic pain.  One of the
23   findings was that -- I'm sorry.  This is in Exhibit
24   31 (b).
25             They have findings that, essentially, say a lot
0318
 1   of these people were in hypertension and many had heart
 2   disease.  Like, 40 to 50 percent had hypertension and 20
 3   to 22 percent had heart disease depending on the month
 4   because they were randomly selecting people, calling
 5   them up on the phone.
 6             And that a lot of these people were taking
 7   Vioxx.  They actually tracked how many took Vioxx on
 8   each of these conditions -- I mean, with each of these
 9   conditions and whether that changed over time, and
10   whether they were switching to Celebrex.
11        Q    And what were the findings?
12        A    And the findings were -- let me say, I am still
13   going to method.  They also asked awareness of the brand
14   as part of this research.  And I believe awareness of
15   the ads.
16             Anyway, the awareness of the brand started out
17   low and it went up to 85 percent in '02, and remained
18   about 85 percent in '03 and then characterized it as a
19   universal awareness.
20        Q    Is that for Vioxx?
21        A    For Vioxx.  Because you cannot get 100 percent
22   awareness if you don't watch TV or whatever.  So they
23   were very pleased.
24             They showed that Vioxx was up there with
25   Tylenol in terms of brand awareness.  Let's see, what
0319
 1   else they showed.
 2             They showed the trial was high even in 2003 of
 3   Vioxx.  There was a slight decrease in current usage of
 4   Vioxx towards the end of the study.  It was down from 15
 5   percent to 13 percent.
 6        Q    What does trial mean?
 7        A    I'm sorry.  That 15 percent and 13 percent, as
 8   I recall, is current usage.
 9             And trial was, you know, did they get a new
10   prescription.  And current usage includes new and
11   refills.
12             And they carefully studied why people didn't
13   fill prescriptions and they found that most people did,
14   the vast majority; but there was a creeping up in the
```

Page 132

```
                          Ex 1 - 5-26-06 depo transcript
15   percentage, who didn't fill because of safety issues;
16   but it wasn't clear what the safety issues were.
17            And let me say that, in this study, they never
18   asked about heart attacks because that would get the
19   word out.  I believe one -- well, I can't infer as to
20   why they didn't do it, but they did not ask about heart
21   attack as a risk.
22            The questions they asked were vague questions.
23   Like, brands you can trust.  Is it effective as a pain
24   reliever?  Is it safe as a sugar pill?  That sort of
25   thing.
0320
1            And the numbers for brand you can trust, the
2    top box, meaning, they rated it highly on brand you can
3    trust was 40 percent in 2002 and 41 percent in 2003.
4       Q    Is that a very positive finding in your
5    experience in looking at integrated marketing campaign
6    studies like this one?
7       A    Yes, given that it was what we call a top box
8    score.  And it was one of the highest attributes in
9    which -- in other words, they received very high
10   attributes on this, relative to other attributes they
11   measured.
12            Like, effective pain relief wasn't much higher
13   than 40 percent.  You know what I am saying?  You don't
14   get that much higher.  So it was not like effective pain
15   relief was 90 percent and this was 40 percent.  And
16   maybe effective pain relief was maybe 40 something -- in
17   the 40's also.
18      Q    What exhibits are we talking about now?
19      A    30, 31, 32, 31(b).
20            Let's see, we also found, you know, brand
21   awareness increased dramatically, like I said, from '00
22   to '02 and then stabilized.
23      Q    Are there any documents --
24      A    There was some trend -- people trying to get
25   off both Vioxx and Celebrex.  But when they tried to
0321
1    figure out why that was happening, the safety attributes
2    that they measured remained stable.
3            And when there was a decline, the brand you can
4    trust -- let's see.  There was some problems with the
5    New York Times article and the JAMA article in terms of
6    you saw little change in perception of the brand.
7            But oddly enough mostly in efficacy, not
8    safety.  So there was -- it tainted the brand a little
9    bit, those events -- those external events.
10           So that is the type of result that you get.
11   This is a very, very good study.  I mean a very
12   sophisticated study and I believe in the validity of the
13   study and the conclusions.
14      Q    Okay.  What is the next category of study you
15   looked at?
16      A    There is the direct-to-consumer copy testing of
17   the ads and warning that might be in the ads.  And
18   Millward Brown did this type of research, too, for them
19   and they called it the Link TV Commercial Copy Test.
20           And I have several of the results, I think,
21   starting in 1999 to 2000 and then they stopped.  So I'm
22   not sure why that is, but in -- they tested not only
23   their own ad, but they tested Celebrex's ads to see how
24   their ad compared to Celebrex.
25           And this is similar to the research that I
```

Ex 1 - 5-26-06 depo transcript

0322
1   published in the American Journal of Public Health with
2   Foley.
3           In fact, this type of copy test research
4   described virtually all of my research and that is what
5   I worked on in the anti-drug campaign and the
6   Massachusetts' campaign.  I worked on it way back when I
7   worked for the National Consulting Group.  So this is
8   the type of research I do all of the time.
9       Q    What were the findings of this particular
10  series of studies?
11      A    Well, one thing they did was they measured
12  whether consumers were concerned about side effects from
13  seeing the ads.
14          And they said that people did notice the side
15  effects, but they did a statistical comparison of the
16  people who remembered the side effects or who were
17  concerned about the side effects and weren't concern on
18  motivation to ask the doctor more about the drug; and
19  there was no statistical difference.
20          So, in other words, whether they -- I'm not
21  sure if it was recall or were concerned about the side
22  effects, but the way they segmented the consumers on the
23  side effects issue was not a predictor of whether they
24  were going to ask the doctor about the drug.
25          So they said -- their conclusion it doesn't
0323
1   keep us from our product claim.  It doesn't affect
2   motivation to ask, so we don't need to worry about it.
3           They also said that 40 percent of the ads -- 40
4   percent of the people said the ad strongly gave a safety
5   impression, which was high.
6           And they said that they tested some warnings
7   and they found no problem with the vague wording that
8   they test, which is somewhat similar to the one that
9   they ended up using.  So it wasn't the same.  And they
10  said they were going to do more research, but I was not
11  able to get that research.
12      Q    Did they test in that particular study the
13  impact of saying that there might be a cause and effect
14  relationship between Vioxx exposure and a heart attack?
15      A    No, they did not.  The warning wasn't -- did
16  not talk about the cause and effect relationship.  It
17  was a vaguely worded warning about heart attacks have
18  been observed in some people taking Vioxx, something
19  like that.
20          And they found, again, no difference between
21  people who remembered that warning and didn't.  So they
22  said it wasn't a concern.
23          But if they did find -- if they tested the
24  final warning and found -- which they knew that they
25  would eventually have to need, so there would be a final
0324
1   warning, if the research showed otherwise and showed
2   that it was what they called keeping us from the product
3   claim or affecting people's willingness to talk to the
4   doctor, that they would reassess the media options.
5           And they would not use product advertising at
6   all.  They would -- they considered using reminder
7   advertising and help-seeking advertising.
8           So it indicates what they might do with the
9   results if the results came out differently.  And we
10  know that they didn't.  They continued to use product

Page 134

Ex 1 - 5-26-06 depo transcript

```
11   advertising.
12        Does that make sense?
13   Q    Sort of.  He got it.
14   A    So what they said is if these ads are -- if
15   they put in the final warning that they had to use, they
16   found that the ad -- that the warning was having a
17   negative effect on consumers, they would stop running
18   product ads.
19   Q    I see.
20   A    See, because product ads required the warning.
21   You know, required the information.
22        If -- you know, it is a risk disclosure.  I
23   guess is what you would call it.  This listing of the
24   risk.
25        I don't know if you would actually -- I don't
0325
1    know whether you would actually call all of the fine
2    print in the ads a warning or not, but it is a list of
3    the risks.
4         So instead they would do help seek, which means
5    if you have this general problem of pain, go get help,
6    or a reminder where you just say Vioxx, but with no
7    information.
8         Neither of those would require this risk
9    information in the ad.
10   Q    That is what the study showed?
11   A    That was -- the conclusion was the risk
12   messages that they put in, there was no problem.  It
13   didn't effect -- adversely effect consumers.
14        But if in a subsequent research when they
15   tested the final version, it did slow an adverse
16   reaction that they said they should -- Merck should
17   reassess the media options and just consider using
18   reminders and help-seeking ads.
19   Q    Because it would impact sales if they continued
20   to do direct-to-consumer advertising in the face of that
21   warning?
22        MR. GOLDMAN:  Object to form.
23        THE WITNESS:  Exactly.
24   BY MR. SKIKOS:
25   Q    Go to the next study.
0326
1    A    That's it.
2    Q    Okay.  Now, let's run to the conclusions -- oh,
3    you did not give an Exhibit for that one; did you, for
4    the sixth category?
5         An exhibit to your report in one of the binders
6    look in the sixth category is there an exhibit?
7    A    Oh, I'm sorry.  I understand the question now.
8         MR. O'CALLAHAN:  66; isn't it?
9         THE WITNESS:  64 and 66 -- 65, 67, and 68, I
10   had several of those copy tests.
11   BY MR. SKIKOS:
12   Q    Okay.  These are the exhibits to your report?
13   A    Correct.
14   Q    Let me go to a clarification before we go to
15   conclusions.  You're not saying that your an expert
16   in how the FDA determines what goes into a label,
17   correct?
18   A    That is correct.
19   Q    But is it correct that your expertise of
20   integrated marketing campaigns includes all aspects of
21   the messaging to the consumer and in this particular
```

Page 135

```
                          Ex 1 - 5-26-06 depo transcript
22    place, one of the aspects of the messaging includes a
23    label?
24              MR. GOLDMAN:  Object to the form.
25              THE WITNESS:  Yes.
0327
 1    BY MR. SKIKOS:
 2         Q    Now, did we ask what percentage of time you
 3    spent in reviewing documents was actually reviewing the
 4    studies?
 5         A    I would estimate it is about half as you can
 6    tell by the piles of documents that are on this type in
 7    the boxes.
 8         Q    In any of the categories of studies or study
 9    that you described, did you find any methodological
10    flaws used by Merck in conducting those studies?
11         A    No.  They used generally accepted practices for
12    doing this type of research.
13         Q    The results of these studies, did they show any
14    consistency?
15         A    Yes, they did.
16         Q    Okay.  Is that part of the integrated marketing
17    campaign analysis, is to look at the results of various
18    studies and category of studies and determine if there
19    is consistent application?
20         A    Yes.  Because the hypothesis that you are
21    testing is that you are giving a consistent messages.
22         Q    Okay.  And the consistent message is contained
23    in the report, in X number of page report, that we have
24    been going over today; correct?
25         A    Correct.
0328
 1              MR. GOLDMAN:  What was your question?  I'm
 2    sorry.
 3    BY MR. SKIKOS:
 4         Q    The consistent methods that these studies were
 5    designed to ensure that were getting out to the
 6    patients, what that message is, is contained in this
 7    report?
 8         A    Yes.
 9         Q    And the internal documents that you reviewed
10    and are referenced in this report, are they consistent
11    with the messages that you found were trying to be
12    promoted in the studies?
13         A    I don't understand your question.
14         Q    Okay.  You reference a number of internal
15    documents in this report?
16         A    Yes.
17         Q    All right.  Is the statements that were
18    contained in the internal documents by the Merck
19    employees --
20         A    You mean with regard to their -- because they
21    are all internal documents in the sense that we,
22    ultimately, got them from Merck is, as I recall.
23         Q    Right.  Let me do it again.
24              There are statements that defense counsel used
25    in the examination of you that said you were just
0329
 1    reading documents.
 2              Do you remember that?
 3         A    Yes.
 4         Q    The importance of those internal documents and
 5    the statements contained by the Merck executives when
 6    they made those statements, how does that relate to the
```

Page 136

Ex 1 - 5-26-06 depo transcript

```
 7   studies that were conducted in the integrated marketing
 8   campaign?
 9       A    You mean the statements made about the
10   objectives of the campaign?
11       Q    Yes.  Sorry.
12       A    Well, the statements are part of the whole
13   picture.  You have to understand what was the objective
14   of the campaign and then you test the hypothesis that
15   that objective has met.
16            And the answer to that hypothesis test based on
17   all of the research is, yes, they obtained the objective
18   that they sought, which was to neutralize the CV risks.
19            MR. SKIKOS:  Okay.  Let me take a quick second.
20            (Brief recess.)
21            MR. SKIKOS:  Back on the record.
22       Q    Turning to Exhibit 3 on your binders, which is
23   your C.V.  Very early in the day, you mentioned a
24   change -- an error that needs to be fixed in the
25   Robinson, Calcagnie & Robinson, Newport Beach, on Page
0330
 1   11, how are you going to fix that?
 2       A    I am going to just change that to 2004 because
 3   the case -- I never did any subsequent work and I
 4   didn't -- I didn't know until I met with Mark on this
 5   case that the case is over.  There will never be any
 6   work on it.
 7       Q    So you would change the word present and cross
 8   that out; is that correct?
 9       A    Correct.  So it will be 2004 and I am crossing
10   out dash present.
11       Q    And when did you discover that the case was
12   dead?
13       A    I asked him when he contacted me about this
14   case.
15            MR. SKIKOS:  Okay.  That is all I have.
16
17                      EXAMINATION
18   BY MR. O'CALLAHAN:
19       Q    Dr. Pechmann, my name is Jim O'Callahan and I
20   represent the various plaintiffs in California JCCP
21   Vioxx action and I wanted to ask you a couple of
22   questions, first of all, about your report.
23            If I turn to Page 11 of your report and that is
24   Paragraph 19, subparagraphs A, B, and C are paragraphs
25   that deal specifically with the Barnett case; correct?
0331
 1       A    Yes.
 2       Q    And then if we turn to Page 15 starting at
 3   Paragraph 21, and going through Page 21, up to the part
 4   where Paragraph 24 starts, is it correct that those are
 5   the only pages of your report that deal specifically
 6   with the Barnett case?
 7       A    Yes, that is correct.
 8       Q    And your report is a total of 87 pages;
 9   correct?
10       A    Yes.
11       Q    So, essentially, we got about six pages out of
12   the 87 pages that deal specifically with the Barnett
13   issues; correct?
14       A    Yes.
15       Q    Now, it is correct that this integrated
16   marketing campaign that Merck utilized was a national
17   campaign; correct?
```

```
                           Ex 1 - 5-26-06 depo transcript
18            MR. GOLDMAN:  Objection to form.
19            THE WITNESS:  That's correct.
20    BY MR. O'CALLAHAN:
21         Q    And with respect to the 81 pages of your report
22    that don't deal with the Barnett case, would the
23    opinions and the basis for the opinions that you layout
24    in your report be just as true for a case in California,
25    as a case that came out of South Carolina?
0332
1          A    Yes.
2          Q    One of the things that interested me is your
3     statements regarding the effectiveness of the Vioxx
4     integrated marketing campaign.
5              And it is my understanding that people are
6     usually reluctant to admit that they are influenced by
7     ads; is that correct?
8          A    Yes, that is what the research shows.
9              MR. GOLDMAN:  Objection to form.
10    BY MR. O'CALLAHAN:
11         Q    And does research also show that
12    notwithstanding people's reluctance to admit that they
13    were influenced by ads that, in fact, they are
14    influenced by them?
15         A    Yes.
16         Q    And is that something that has been proven
17    through scientific studies?
18         A    Yes.
19         Q    And if, for example, we look at the
20    direct-to-consumer ads that Merck utilized in
21    advertising Vioxx, did they do calculations as to how
22    effective the money that they spent on ads prove to be
23    with respect to sales of Vioxx?
24         A    They did not do specific financial
25    calculations, but they concluded that many of the ads
0333
1     were effective.
2          Q    And was the -- was the underlying premise of
3     the money that Merck spent on ads, the premise that
4     direct-to-consumer ads would be effective in generating
5     sales of Vioxx?
6          A    Yes.  I mean, they had data statistics that
7     showed what percentage of consumers were likely to
8     initiate a discussion with their doctors about Vioxx
9     having seen the ads and it was about 6 percent.
10             So -- and that, of course, is the first step to
11    getting a prescription and affecting sales.
12         Q    Now, one of the other terms, I think, you used
13    during the course of the deposition was the word
14    "impressions."
15             Do you recall using that word?
16         A    Yes.
17         Q    I wasn't sure exactly what you meant when you
18    used the word impressions in the context of advertising.
19         A    Well, that was, as I recall, that was used in
20    the context of the press releases.  The press releases,
21    they did not -- I didn't see any consumer research on
22    the press releases per se in the sense that they didn't
23    interview, track consumers, or the general public saying
24    what was your impression or that sort of thing.
25             What they did was, they -- as a standard with
0334
1     PR, they looked at the coverage in the media of Vioxx,
2     and for each publication where there was coverage, they
```

                              Ex 1 - 5-26-06 depo transcript
 3   weighted it by the estimated viewership or listenership;
 4   and so it is really opportunity to see.  And that is
 5   what they call impression.
 6            So it is not the actual verified -- it is a
 7   number that -- of how many people could have seen that
 8   coverage.
 9        Q    Does it also factor into the idea that somebody
10   can be told about something by another viewer, so they
11   use the word impressions to incorporate people who are
12   told about products by other people?
13            MR. GOLDMAN:  Objection to the form.
14            THE WITNESS:  Generally not.
15   BY MR. O'CALLAHAN:
16        Q    How do they describe that?
17        A    That is called word of mouth and they did not
18   quantify that.
19        Q    Okay.
20        A    I just -- okay.  Well --
21        Q    I'm sorry.
22            In the course of an integrated market campaign
23   by a pharmaceutical company, would you expect to see, in
24   this case, Merck making efforts to shape scientific
25   discussions to support their core messages about Vioxx?
0335
 1        A    I don't have an opinion about that.
 2        Q    Is that a part of the material that you
 3   reviewed for purposes of -- or did you review any
 4   material of that nature for purposes of your report and
 5   deposition?
 6        A    I didn't see any material about that one way or
 7   the other.
 8        Q    With respect to -- with respect to your -- your
 9   opinions, you reviewed training materials that were used
10   to prepare Merck's sales people for their job?
11        A    Yes.
12        Q    And in addition, did you utilize materials that
13   was provided to sales representatives as the promotion
14   and marketing of Vioxx went on after its introduction in
15   1999?
16        A    Yes.
17        Q    And are those the materials which you either
18   identified in your report or have otherwise provided in
19   the boxes that Mr. Goldman went through?
20        A    Well, there are some materials that I looked at
21   that were very similar to the ones that I kept.  That I
22   did not keep because the wording was identical and I
23   felt that I had a representation -- a representative
24   sample of the promotional materials.
25            MR. O'CALLAHAN:  That's all I have.
0336
 1            MR. GOLDMAN:  Just a few questions,
 2   Dr. Pechmann.
 3
 4                    FURTHER EXAMINATION
 5   BY MR. GOLDMAN:
 6        Q    Dr. Pechmann, do you agree that Exhibit 5 that
 7   you reviewed with Mr. Skikos is different in many ways
 8   from the report that you wrote in the Barnett case?
 9        A    No.
10        Q    The Exhibit 5 that you discussed and the
11   methodology that you discussed and the findings, and the
12   nature of the different studies are not described in
13   that type of detail in your report; are they, ma'am?

                              Page 139