# Exhibit 3

Information About Pechmann Deposition "Exhibit 5"

ABSTRACT:

Pechmann deposition "Exhibit 5" contains a subset of the information provided in

Pechmann's Expert Report plus some additional details on the 6 marketing research studies.

NOTE: Bolded text below was copied verbatim from Pechmann's Expert Report

A.  Pechmann Deposition "Exhibit 5" Pages 1-3 Regarding "Copy Testing of Detail Pieces with

MDs" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some

Additional Details.

1)  Pechmann Deposition "Exhibit 5" Page 1 describes the methodology used in these types of

Copy Testing Studies with MDs, from Exhibit 59.

a) Research Objectives (Expert Report Exhibit 59, p.2): "For the two new detail pieces

for VIOXX® for use in the 1st quarter of 2003:

— - Assess physicians' reactions to the messages in the pieces

— Determine the main message communication and flow in each detail aid and the

extend to which it is believable and compelling

— Quantitatively evaluate the complementary role, if any, of the two detail pieces"

b) Methodology (Expert Report Exhibit 59, p.3): "31 in-depth interviews (IDI's) ~ 45

minutes each, conducted in

— Rockville, MD on November 21st and 22nd, 2002 &

— Scottsdale, AZ on November 25th and 26th, 2002

The research was conducted by Thomas A. Hinkel, TRIAD Research and Consulting,

Inc. Generally:

Detail piece for Group A focuses on the safety of VIOXX® in the elderly.

1

Detail piece for Group B focuses on efficacy and GI superiority.

All physicians were exposed to both detail ads with the order rotated to avoid position bias."

c) This methodology was briefly described in Pechmann's Expert Report, page 59.

**Merck also tested the two promotional (detail) pieces used with physicians during the first quarter of 2003. The front cover of these pieces showed an older woman and an older man with arms raised in a V. (See Exhibit 28 and Exhibit 29.) A research firm conducted 31 in-depth interviews with physicians in Maryland and Arizona in November 2002. A standard research method was employed. The findings were summarized in a report entitled "Market Research Findings. VIOXX© 1S03 Detail Piece Assessment." (Exhibit 59, page 1.)**

2) Pechmann Deposition "Exhibit 5" Page 1 describes MDs that participated in this particular Copy Testing Study, from Exhibit 59.

a) Research Participants (Expert Report Exhibit 59, p. 4-6):

"Physicians interviewed perceived VIOXX® as an effective agent …

— but also a little less safe (causing hypertension and edema) than other Coxibs.

Therefore:

— many physicians tend to prescribe it mainly for short-term treatment of acute pain …

These physicians also report that these safety concerns also limits their use in elderly patients who often have cardiovascular problems." (page 3)

"Physicians interviewed perceive Celebrex as an effective anti-inflammatory agent that

— has not been as associated with safety issues to the same extent as VIOXX®"

… (page 4)

"Physicians interviewed perceive Bextra as being more similar to Celebrex than to VIOXX®" … (page 5)

"General points:

Most pointed to being confused about CV risk, but mostly around the bad press and the patient perception of the issue. Even physicians, who initially mentioned being concerned about the CV profile, when asked directly if they thought any COXIB was safer than the other, said no." ... (page 5)

b) These research participants were briefly described in Pechmann's Expert Report, p. 59. **The physicians who were interviewed perceived VIOXX as "a little less safe (causing hypertension and edema) than other Coxibs." However, "Most pointed to being confused about CV [cardiovascular] risk, but mostly around the bad press and the patient perception of the issue." (Exhibit 59, pages 2, 4 and 6.)**

3) Pechmann Deposition "Exhibit 5" Pages 2-3 summarize the results of the Copy Testing Studies with MDs, from Exhibit 59. These results are also summarized in Pechmann's Expert Report, pages 59-60, as shown below. Note that Piece A was about safety in the elderly whereas Piece B discussed Merck's Efficacy Confidence Program for Vioxx. **When shown the detail piece with the older woman (piece A) that emphasized Vioxx's safety profile in elderly patients, physicians "responded positively" and stated that they "like that it focuses on the use of VIOXX in the elderly – a population avoided due to safety issues." However, "some physicians would like the company to address the CV safety issue." (Exhibit 59, pages 7, 11.)[1] The research also assessed physicians' reactions to the cardiovascular information that appeared in the detail piece with the older man (piece B). The research found: "Physicians do not know how to interpret the information regarding the CV data – to some, it appears to contain conflicting results. Some said that they would have to see more information, some said they have never**

---

[1] "Exhibit 5" also cites Expert Report Exhibit 59, page 8 indicating that "most physicians received this [elderly data] very well, and felt it was important." Further, "Exhibit 5" cites Expert Report Exhibit 59, page 10 indicating that "some physicians want to know how the prescribing of VIOXX has changed since CV safety has come to light."

3

believed VIOXX has CV [cardiovascular] issues, and yet cannot, and will not, fight patients who might ask for another COXIB by name. Only one physician (in Scottsdale) said that he proactively warns he [his] patients, and rarely starts any patients on Vioxx." The market research report noted that "information perceived missing from this detail" included a "better explanation of CV mortality data." (Exhibit 59, pages 16-17.)

4) Pechmann Deposition "Exhibit 5" Page 3 also refers to Exhibit 41. Exhibit 41 describes the results of another Copy Testing Study of MDs. Those results are summarized Pechmann's Expert Report, page 50, as shown below.

In a 2002 presentation, Cannell stated that "Market Research" showed that "Physicians thought the Efficacy Guarantee Program conveyed Merck's confidence in Vioxx©" and that "... on average, physicians qualitatively estimated Vioxx© might receive an additional 10-15 prescriptions out of 100 prescriptions for Cox-2 inhibitors." (See Exhibit 41, page 71.)

5) Pechmann Deposition "Exhibit 5" Pages 1-3 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 53 of the Expert Report that: Merck's marketing executives purchased extensive marketing research to ensure that their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing physicians' concerns that Vioxx posed a potential cardiovascular risk.

B. Pechmann Deposition "Exhibit 5" Pages 4-5 Regarding "MD Tracking: MD Promotional Message Recall" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) <u>Pechmann Deposition "Exhibit 5" page 4 describes the methodology used for "MD Tracking:</u>
<u>MD Promotional Message Recall" from "2002 Target Rx and dtw Proposals" (See MRK-</u>
<u>AJT0060750-62).</u>[2]

<u>a) Research Objectives (See MRK-AJT0060750-62). Note that Merck used dtw Marketing</u>
<u>Research Group from May to Dec. 2001, and then switched to Impact Rx (TargetRx).</u>

— <u>Dtw.</u> "The objectives of this message monitoring research are as follows:

- To determine what top messages physicians recall, on an unaided basis, from the in-person sales promotions (details) for selected C2SI [Cox-2 Selective Inhibitor] products;

- To examine what features and benefits are being promoted by sales professionals (aided recall);

- To understand what specific patient types sales professionals are discussing (unaided recall) and what specific patients the physicians believe are most appropriate for the selected products (unaided);

- To learn the specific details around what product comparisons, if any, are being made (unaided);

- To compare the rate of closing the sales call as well as the wording used in making the close;

- To ascertain the impact of the detail on physicians' perceptions and predicted future prescribing behavior for each product;

- To gain a better understanding of what physicians find to be the most important advantages and disadvantages of each of the products." (page 10)

— <u>Impact Rx.</u> "The TargetRx Detail Audit[SM] will assist the Vioxx team to:

---

[2] The Bates-stamped documents cited in this document were not included in Pechmann's Expert Report but were contained in the boxes of materials that were provided after Pechmann's deposition, day 1.

- Track key messages delivered by the pharmaceutical sales force for Vioxx and its key competitors
- Assess and compare message delivery and impact, type and length of call, product sequence, use of detail piece/support materials, and aggressiveness of close" (page 3).

b) Methodology (See MRK-AJT0060750-62). Note that Merck used dtw Marketing Research Group from May to Dec. 2001, and then switched to Impact Rx (TargetRx).

— Dtw. "Merck will provide a list of the 2002 physician target universe to use. We will use the list to select the sample of physicians from our COM.DAT panel who will participate in the study.... The monthly target mix of sample physicians is as follows:

- Primary Care Physicians, including Internal Medicine (75%)
- Rheumatologists (10%)
- Orthopedic Surgeons (15%)" (page 11)

"Merck Market Research desires to track the following products:

- Product Celebrex (Pfizer/Pharmacia) Target Details/Month 120
- Product Vioxx (Merck) Target Details/Month 120
- Product Bextra (Pfizer/Pharmacia) Target Details/Month 120 ..." (page 11)

"Based on the above research protocols and deliverables, our estimated cost for this project is $596,800.00 +/- 10% and is based upon a target of 4800 reported details gathered over the course of 2002 resulting in a cost per reported detail of $124.33." (page 11)

— Impact Rx. "The TargetRx Detail Audit[SM] for the Chronic Pain market is a monthly tracking study with 480 physician responses in the Chronic Pain market per month. Each physician response is a self-administered on-line questionnaire. The audit can include additional custom questions or products based upon the specific needs of Merck" (page 3). "High prescribing physicians within the Chronic Pain market will

be randomly contacted, retrospectively, e.g., 'have you interacted with a representative on the following product(s) in the past 7 days?" (page 4). "The standard deliverables in the TargetRx Detail Audit meets or exceeds many of the objectives in the RFP sent from Merck. These include:

- Tracking of physician recall of the detail for:
  - Top message recall on an unaided basis from the in-person sales call
  - Frequency of competitive comparisons made by representatives
  - Comparisons of rate of closing." (page 3)

"Annual subscription, 2002 – 12 monthly reports by specialty (PCP and Rheum) for Vioxx, Celebrex, valdecoxib … for a total of 480 physician responses per month (5,760 responses per year). Two semi-annual reports by region. 2002 Cost: $266,000." (page 4)

c) This methodology was briefly described in Pechmann's Expert Report, pages 53-54. **Merck purchased monthly marketing research reports that "tracked" physicians' recall of the messages the Vioxx sales representatives were communicating to them, physicians' beliefs about Vioxx and its competitors, and physicians' prescribing behavior. In 2001, Merck purchased these reports from a company called "dtw Marketing Research Group." In 2002, Merck purchased these reports from a company called "Impact Rx."**

2) Pechmann Deposition "Exhibit 5" Pages 4-5 summarize the results regarding "MD Tracking: MD Promotional Message Recall." These results are also summarized in Pechmann's Expert Report, pages 54-59, as shown below.

— **Pechmann Expert Report Page 57.** A Merck report entitled "VIOXX Monthly EAR November 2001" contained results from the dtw tracking study of physicians, for the time period from September through December 2001, regarding how physicians responded to the question: "Which of the product features listed below were discussed by the sales representative?" From 20% - 33% of the participating

7

physicians responded that Vioxx sales representatives had discussed whether Vioxx "Is safe to use in the elderly," and 18% to 47% of the participating physicians responded that they had discussed that Vioxx "Does not increase the risk of myocardial infarction [heart attack] or stroke." (Exhibit 56, page 17.)[3]

— **Pechmann Expert Report Pages 58-59.** Yet another Merck report entitled "April 2003 EAR Core Meeting Vioxx" showed that Vioxx continued to do well in 2003, and that the marketing messages for Vioxx remained unchanged ... The report ... stated "Efficacy, Safety, and Tolerability continue to be the top Vioxx messages recalled by PCPs [primary care physicians]." A chart showed that, from May 2002 to May 2003, 34% to 47% of the primary care physicians interviewed recalled that a Vioxx sales representative told them Vioxx was "Safe in the Elderly." (Exhibit 58, page 29.)

— **Pechmann Expert Report Pages 54-56:** A document entitled "Promotion Message Recall Data" contains data from dtw Marketing Research Group for the period of September to October 2001. The document shows how each member of a physician panel responded to the following written survey question: "What did the sales representative tell you about the product" with the product being Vioxx. (A physician panel is a group of representative physicians who agree to participate in marketing research surveys on a regular basis, in exchange for being paid.) About 166 physicians wrote down what they recalled the Merck sales representatives saying about Vioxx. The findings indicate as follows:

    i)  About 20% or 1 in 5 physicians recalled that the Merck sales representatives stated that Vioxx did not cause heart attacks or other cardiovascular problems.

---

[3] "Exhibit 5" cites similar results from Expert Report Exhibit 48, p. 19. Those results indicate that in June 2001, 25.5% of MDs reported that the Vioxx sales reps said that Vioxx "does not increase the risk of myocardial infarction or stroke."

- "Safe and effective and not associated with cardiac deaths." (Exhibit 55, page 4.)

- "Safe from a cardiovascular standpoint." (Exhibit 55, page 5.)

- "More effective than codeine. Much less edema and HTN [hypertension] than thought or purported by competitors. Does not cause heart disease." (Exhibit 55, page 6.)

- "There is no cardiovascular risk from using Vioxx." (Exhibit 55, page 10.)

- "Safe and not a cardiovascular danger and in the 50 mg [dose] as effective as percocet for pain control." (Exhibit 55, page 11.)

ii) A substantial number of physicians recalled that Merck sales representatives criticized studies concerning Vioxx and cardiovascular risk, stating the studies were weak, or merely showed either that Vioxx wasn't cardioprotective, or naproxen (Aleve) was cardioprotective.

- "The study showing cardiac problems with Vioxx was not well done. Safe for pts [patients]. Good pain relief." (Exhibit 55, page 5.)

- "Very successful drug, safe, effective and does not contribute to heart disease as some recent articles suggested." (Exhibit 55, page 6.)

- "It does not increase the risk for heart attacks. He discussed the study used to make this deduction. Was a study comparing Naprosyn to Vioxx. It was intended to look at GI [gastro-intestinal] effects, therefore all patients taking preventive aspirin were excluded. Since Naprosyn has some platelet inhibiting activity, naturally one would expect a lower incidence of MIs [heart attacks] in this group …" (Exhibit 55, page 7.)

- "Showed safety data that heart risk was mostly increased in patients who stopped their aspirin while taking Vioxx. ... So there has not yet been any study showing increase risk of stroke or heart disease with Vioxx if people continue to use their usual meds ..." (Exhibit 55, page 10.)

- "... talked about the recent published study which seemed to imply that Vioxx caused heart attacks. He said that the study was worthless, that what it really showed [was] that Vioxx does not have any anti-platelet effect. That patients taking Vioxx who are at high risk for heart attacks and strokes should take a baby aspirin every day." (Exhibit 55, page 10.)

iii) A substantial number of physicians recalled that Merck sales representatives characterized concerns about Vioxx and cardiovascular risk as "media hype."

- "Despite all the negative publicity about Vioxx it is a safe and effective medication." (Exhibit 55, page 4.)

- "That Merck felt that the recent press about Vioxx was inaccurate. Vioxx is not cardioprotective but it does not cause heart attacks." (Exhibit 55, page 5.)

- "No cardiac detriment – Bad reporting by press. It's just that it doesn't prevent [heart attacks] since there is no platelet action...." (Exhibit 55, page 6.)

- "Stroke issue is not new and is being blown out of proportion." (Exhibit 55, page 6.)

- "Safe despite media hype regarding cardiovascular morbidity/mortality." (Exhibit 55, page 7.)

iv) **Only one physician recalled being told by a Merck sales representative that Vioxx might cause heart attacks, that "It did increase the risk of heart disease or heart attacks." (Exhibit 55, page 11.) Several physicians recalled talking to Merck sales representatives about Vioxx and cardiovascular risk but did not state that they were warned that Vioxx might cause heart attacks or strokes. Some mentioned that studies were ongoing, e.g., "Ongoing studies about stroke and Vioxx." (Exhibit 55, page 4.)**

3) Pechmann Deposition "Exhibit 5" Pages 4-5 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 53 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure that their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing physicians' concerns that Vioxx posed a potential cardiovascular risk.**

C. Pechmann Deposition "Exhibit 5" Pages 6-7 Regarding "Behavioral or Prescription Tracking" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) Pechmann Deposition "Exhibit 5" Page 6 describes the methodology used for "Behavioral or Prescription Tracking" and states as follows:   Method. Pharmacies sell prescription info to IMS and other providers who resell it to companies like Merck. (page 6)[4]

---

[4] See "Turning Medicine Into Snake Oil" pages 19 and A4 (in the materials copied after Pechmann deposition day 1) for a brief discussion of how pharmaceutical firms buy data on doctor's prescribing habits from pharmacies and use these data for marketing purposes.

2) Pechmann Deposition "Exhibit 5" Pages 6-7 summarize the results of the "Behavioral or Prescription Tracking." These results are also summarized in Pechmann's Expert Report, as shown below.

— **Pechmann Expert Report, Page 57.** A Merck report entitled "VIOXX Monthly EAR [early assessment and response] November 2001" indicated that Merck had neutralized the physicians' concerns about Vioxx that had been raised by the August 2001 Journal of the American Medical Association article on COX-2's potential cardiovascular risk. A chart showed that Vioxx's share of new prescriptions in the analgesic and anti-inflammatory market had declined from 17.3% in July 2001 to 15% in September 2001. However, by November 2001, Vioxx's share had risen to 15.5% and showed a strong positive trajectory. (Exhibit 56, page 8.)

— **Pechmann Expert Report, Page 51:** By offering this "Efficacy Guarantee" program for Vioxx, and offering consumers complete satisfaction or their money back, Merck succeeded in bolstering physicians' confidence in Vioxx's safety profile including its cardiovascular safety profile. The program's effects on physicians' beliefs about Vioxx and their prescribing behavior are summarized in Exhibit 44, the "VIOXX© Monthly EAR" dated October 8, 2002. Slide 3 on page 2 states "Issue #1: VIOXX© Market Share Performance, Promotion, and Attitudes" and states "The rate of decline of NRx [new prescriptions] for VIOXX has slowed recently." It also states that "Recall of Efficacy Confidence increased to levels near those of the core messages for VIOXX within one week of launch, without impacting recall of the core messages." (See Exhibit 47, page 2.)

— **Pechmann Expert Report, Page 53.** A Merck report entitled "Operations Review for VIOXX January 31, 2003" showed that … "2002 Promotional Campaigns for VIOXX lead to NRx [new prescription] volume rebounds" and the 2002 campaigns

12

are listed as: "Efficacy Confidence," "Divide and Conquer," and "Project Jump Start." Another graph shows "VIOXX has narrowed the NRx share gap with Celebrex." (Exhibit 54, pages 31 and 45.) The report also indicates that the consumer promotions for Vioxx were working well: "Consumer requests drive brand choice: Consumers are generally knowledgeable, willing to ask for a brand by name, and highly influential in physicians' brand choice. Brand awareness of 85% among targets. Physicians honor 90% of requests for VIOXX. Net action is 27%." (Exhibit 54, page 57.) The report also notes that: "VIOXX Controllable Income exceeded the original Profit Plan by 11%," and shows that Vioxx's controllable income in 2002 was $1,494 million (i.e., nearly $1.5 billion). (Exhibit 54, page 27.)

— **Pechmann Expert Report, Page 58.** Yet another Merck report entitled "April 2003 EAR Core Meeting Vioxx" showed that Vioxx continued to do well in 2003 ... Specifically, the report stated that Vioxx's share of total coxib prescriptions "was 37.6% in April 2003, beating plan of 36.6%." (Exhibit 58, page 7.)

3) Pechmann Deposition "Exhibit 5" Pages 6-7 includes some "Behavioral or Prescription Tracking" results that were not contained in Pechmann's Expert Report, but were from the same Expert Report Exhibits and the results were similar. These results are discussed below.

— Expert Report Exhibit 56, page 4, states: "Overall Coxib class continues to recover from the negative impact of NY Times/JAMA articles.

  ▪ NRx [new prescription] and TRx [total prescription] shares of Coxib class continue to increase in November

  ▪ Brand-level shares have flattened after early separation favoring Celebrex"

— Expert Report Exhibit 56, page 7, states: "NRx share for Coxib Class has been slowly climbing since September 2001." [to 31.7%]

— Expert Report Exhibit 54, page 29, states: "Current Performance. Coxib class penetration rebounded, and reached a new peak in December 2002." Note that this graph shows that Cox 2's (Vioxx and Celebrex) share of total prescriptions declined immediately after the 8/22/01 JAMA article but then rebounded, reaching a new peak of 48.5% in Dec. 2002.

— Expert Report Exhibit 54, page 30, states: "Current Performance. TRx share for VIOXX has stabilized, following label change and increased promotional resources." Note that this graph shows that Vioxx's share of total prescriptions within the Coxib class declined immediately after the 8/22/01 JAMA article, and declined even more after the 4/11/02 Vioxx label change that added the VIGOR study to the Vioxx label. But then Vioxx's share gradually rebounded through 1/3/03, to 38.6%. The rebound is attributed to "Increased Resources (DTC, details) Efficacy Confidence Program 8/12/02."

— Expert Report Exhibit 54, page 31, states: "VIOXX has narrowed the NRx share gap with Celebrex." Note that this graph shows that Vioxx's share of new prescriptions within the Coxib class declined immediately after the 8/22/01 JAMA article, and declined even more after the 4/11/02 Vioxx label change that added the VIGOR study to the Vioxx label. But then Vioxx's share gradually rebounded through 1/3/03, to 39.3%. The rebound is attributed to "Increased Resources (DTC, details) Efficacy Confidence Program 8/12/02."

4) Pechmann Deposition "Exhibit 5" Pages 6-7 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 53 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure that their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing physicians' concerns that Vioxx posed a potential cardiovascular risk.**

14

D. Pechmann Deposition "Exhibit 5" Pages 8-11 Regarding "MD Attribute Tracking" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) Pechmann Deposition "Exhibit 5" page 8 describes the methodology used for "MD Attribute Tracking" from a document labeled "A&A Attribute Tracker MDs" (MRK-AKP0038549).

   a) Research Objectives (See MRK-AKP0038549, page 3).

   - ❖ "What are the patterns of use for various patient types?

   - ❖ Which attributes drive prescribing of coxibs?

   - ❖ What is the impact of non-GI safety issues on physician's Rx?

   - ❖ Which attributes are of less importance in the decision process?

   - ❖ What are the strengths and weaknesses of each brand?

   - ❖ How does Vioxx stack up?

       - ❖ Are the non-GI [gastrointestinal] safety issues for Vioxx a problem?

       - ❖ If so, does Vioxx's strength in GI make up for that problem?"

   b) Methodology and Participants (See MRK-AKP0038549, page 8).

   - ❖ "Method: Changed from phone-fax to internet (WebSurveyMD, Ziment's Internet Panel) in January/February, 2002.

   - ❖ Timing: Interviews occurring every month of the year, with a longer 'trimesterly interview' occurring in March, August and November.

   - ❖ Sample: Random sample taken from Merck's list of targeted physicians.

   - ❖ Quota: 315 Physicians interviewed per month, (mix of PCPs, Rheums, Orthopedic Surgeons)"

   c) The methodology was also described in Pechmann's Expert Report, Pages 47-48.

   **For at least two years beginning in early 2002, Merck purchased monthly marketing research reports called "A&A [analgesic and anti-inflammatory pain reliever] Attribute Tracker" from a company called Ziment. Ziment created these reports by paying a panel (group) of representative physicians to rate the attributes of different pain**

relievers (Vioxx, Celebrex, etc.) on numerical scales, and to record the number of prescriptions that they wrote for each brand. For instance, physicians were asked: "How well does 'safe to use in elderly' describe Vioxx, 1=Does Not Describe At All, 10=Describes Very Well." (See Exhibit 47 entitled VIOXX© Monthly EAR [early assessment and response], August 2002, Michael Stanton, dated October 8, 2002, page 6.) Every six months, a "derived importance analysis" was conducted to determine which attributes were "really important in the Rx [prescription] decision-making process without directly asking for [attribute] importance ratings." (See Exhibit 48 entitled "A New Paradigm for Understanding Physician Behavior Christopher Posner," page 6.)

2) Pechmann Deposition "Exhibit 5" Pages 9-11 summarize the results of the MD Attribute Tracking Study, focusing particular attention on how the results were used to monitor the effects of the "Efficacy Guarantee" promotional program for Vioxx and other related programs. These results are also summarized in Pechmann's Expert Report, as shown below.

— **Pechmann Expert Report Pages 56-57.** A Merck analysis entitled "Awareness, Action & Attributes for the A & A Franchise" shows that Merck had succeeded in neutralizing the physicians' concerns about Vioxx's potential cardiovascular risk that had been raised by the May 2001 New York Times article on the VIGOR study. The document states: 'Some safety and efficacy attributes registered a significant change in the period surrounding the NY Times article 5/22/01. Nearly all attributes for Vioxx dropped between June and July of 2001, but have recovered since then." (See Exhibit 31a, page 27.)

— **Pechmann Expert Report Pages 57-58.** A Merck report entitled "VIOXX Monthly EAR November 2001" contained results from the dtw tracking study of physicians, for the time period from September through December 2001... The report also showed a corresponding increase in physicians' "Mean rating for VIOXX© on

'Does not increase the risk of MI [heart attack]/stroke' attribute increased versus
Celebrex among High coxib [Vioxx-prone] Physicians." (Exhibit 56, page 24.) From
August to November 2001, when physicians were asked how well the statement
"Does not increase the risk of MI or stroke" described Vioxx, the mean response
was 6.7 on a 10 point scale where 10=describes very well and 0=does not describe at
all. Although Naproxen received a higher 7.7 rating, Vioxx's 6.75 rating was still
favorable because it was well above the midpoint of 5. (Exhibit 56, page 38.)

— **Pechmann Expert Report Pages 48-49.** The research showed that, by about 2001,
physicians began to differentiate between Vioxx and Celebrex on non-
gastrointestinal safety issues such as cardiovascular risk and safety in the elderly.
Merck executive Posner explained the research findings as follows: "A Derived
Importance analysis in 2001 suggested that non-GI [gastrointestinal] safety was
becoming a key [brand] differentiator" and that "High Coxib/Celebrex physicians
place a premium on non-GI safety in choosing between Vioxx© and Celebrex." The
results were similar in 2002: "From the derived importance 2002 analysis, it
appears some physicians do feel stronger in the 'non-GI safety' advantage for
Celebrex and this does impact their preferences." In 2002, the attributes that were
important to physicians' prescribing decisions in order of their derived importance
were: "Does not cause edema (9.9/10)," "Does not cause significant increases in
blood pressure (9.1)," "Does not increase the risk of myocardial infarction [heart
attack] or stroke (7.0)" and "Is safe to use in the elderly (3.7)." Overall, the research
"suggests Celebrex would be used preferentially in select 'at-risk' populations," that
it was "likely this preferential use of Celebrex would be a subset of chronic
[patients] presenting a more meaningful revenue downside" and so "the most
important attributes that must be defended are non-GI safety attributes." The

17

"Possible Implication" was to "Prevent movement off-center on non-GI safety." (See Exhibit 48, pages 8-12.)

— **Pechmann Expert Report Pages 49, 51-52.** "In August 2002, Merck's marketing executives introduced a marketing program called "Efficacy Guarantee" that was designed to bolster physicians' and consumers' confidence in Vioxx. The program guaranteed patients their money back if they were not completely satisfied with Vioxx and was targeted primarily at physicians, but also at consumers. (See Exhibit 49, Merck's April 31, 2002 memo on the "Efficacy Guarantee" program.)  " … the "Efficacy Guarantee" program had an immediate and discernible impact in terms of bolstering physicians' beliefs about the cardiovascular safety of Vioxx, and persuading physicians to prescribe more Vioxx." (See Exhibit 47.)

   i.   "In August, more physicians rated VIOXX and Celebrex equally in the MI [heart attack]/Stroke attribute, which could have contributed to the narrowing of the NRx [new prescription] share gap between VIOXX and Celebrex." (Exhibit 47, Slide 15, page 8.)

   ii.  "In August, significant changes were seen in the percentage of physicians that rated VIOXX© and Bextra the same in the [Safe for the] Elderly and MI/Stroke attributes." (Exhibit 47, Slide 16, page 8.)

   iii. "In August, the mean rating for VIOXX on the Safe for the Elderly attribute stabilized and the gap between VIOXX and Celebrex/Bextra narrowed." (Exhibit 47, Slide 17, page 9.)

   iv.  "The mean rating for VIOXX on the Blood Pressure attribute increased [improved] in August, and the gap between VIOXX and Celebrex, Bextra, and Naproxen narrowed." (Exhibit 47, Slide 18, page 9.)

18

      v.   "Ratings on the edema attribute declined less for VIOXX© than for the other tracked products in August." <u>(Exhibit 47, Slide 19, page 10.)</u>

     vi.   "In August, New to Market Chronic patients increased for VIOXX© BY 0.5%, while NTM [new to market] patients decreased for Celebrex by 3.5% and increased for Bextra by 8.8%." <u>(Exhibit 47, Slide 39, page 20.)</u>

    vii.   "More chronic patients switching to Bextra came from Celebrex than from VIOXX© in August 2002." <u>(Exhibit 47, Slide 43, page 22.)</u>

— <u>Pechmann Expert Report Page 58.</u> A Merck document entitled "Project 'Power Play'" indicates that physicians continued to give Vioxx a favorable rating on cardiovascular safety in 2003. In January 2003, when physicians were asked how well the statement "No increased risk of MI [heart attack]/stroke" described Vioxx, the mean response was 6.5 rating on a 10 point scale, where 10=describes very well and 0=does not describe at all. Although Naproxen received a higher 7.9 rating, Vioxx's 6.5 rating was still favorable because it was well above the midpoint of 5. On the attribute of "Safe for Elderly" Vioxx received a rating of 7.0, which was much better than Naproxen's 4.9 rating. <u>(Exhibit 57, pages 7.)</u>

— <u>Pechmann Deposition "Exhibit 5" page 11 included similar results from a document entitled the 'Specialty Review for VIOXX, December 8, 2003 as shown below (MRK-ADO0194820).</u> "Performance [Vioxx] TRx [total prescription] volume trending on plan" (page 48). "Does Not Increase the Risk of MI [heart attack] or Stroke - Total Respondents" (page 49). A graph on page 49 indicated that Vioxx's rating on the "does not cause heart attack/stroke" attribute ranged from about 6.5 to 7.0 on a 10 point scale from Jan. 02 through Sept. 03, with 10 being the most favorable.

3) Pechmann Deposition "Exhibit 5" Pages 8-11 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 53 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure that their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing physicians' concerns that Vioxx posed a potential cardiovascular risk.**

E. Pechmann Deposition "Exhibit 5" Pages 12-14 Regarding the "Awareness and Action or Chronic Pain Consumer Tracking Study" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) Pechmann Deposition "Exhibit 5" page 12 describes the methodology used in the "Awareness and Action or Chronic Pain Consumer Tracking Study."

a) Research Methodology and Participants (See Expert Report Exhibit 30, Pages 5-6). "Methodology and Sub-Groups 2003. Telephone interviewing (CATI) 7 days a week, 12 months, 3600 interviews annually. Arthritis (1st Priority) … Frequent Back Pain (2nd priority) … Tendonitis or Bursitis (3rd Priority) … Other Pain (4th Priority)" (Page 5). "VIOXX® Awareness and Action Study 2003 Overall Questionnaire Structure. Screener → Freq. of Usage of Medication → Satisfaction w/ Medication → Brand Awareness → Advertising Awareness → Net Action Series → Trial and Usage → Brand Imagery → Classification. Millward Brown." (Page 6).

b) This methodology was also described in Pechmann's Expert Report. In addition, Pechmann's Expert Report described in greater detail the consumers who were interviewed.

— **Pechmann Expert Report, Page 32-33. To monitor the beliefs and behaviors of patients with osteoarthritis and other chronic pain, Merck commissioned a consumer tracking study called the "Awareness and Action Study;" it was also sometimes called the "Chronic Pain Study." The study was conducted by a**

marketing research firm called Millward Brown from about May 2000 through at least December 20003. Millward Brown conducted telephone interviews of consumers who said that they experienced chronic pain. Interviews were conducted 7 days a week, 12 months a year, and about 3600 interviews were completed annually. Most of the consumers who were interviewed either had arthritis or frequent back pain. (See Exhibit 30, Millward Brown "VIOXX Annual Review 2002 – 2003 January – December," page 5; see also Exhibit 31a, "Awareness, Action & Attributes for the A & A Franchise, T. Hayden June 5, 2002" page 3.) Based on the December 2000 findings, the average age of those interviewed was 55. About 26% were 65 years of age or older, and 50% were 55 years of age or older.  (See Exhibit 32, "Vioxx Chronic Pain Study Dec. 1-17, 2000," page 4.)

— Pechmann Expert Report, Page 66-67. Merck also commissioned a tracking study of mostly elderly consumers who suffered from chronic pain. … Merck's consumer tracking study, which was called the "Awareness and Action Study," was conducted by Millward Brown from May 2000 through at least 2003… The study monitored on a monthly basis what percent of consumers were aware of Vioxx, asked their physicians for Vioxx, filled Vioxx prescriptions, or asked to be taken off of Vioxx and why.

— Pechmann Expert Report, Page 33. Merck's "Awareness and Action Study" showed that a high percentage of the Vioxx target patient population of chronic pain sufferers had preexisting cardiovascular problems. In 2002, approximately 43% to 53% of Vioxx users had hypertension (a cardiovascular disease with high blood pressure as its primary symptom). In 2002, approximately 12% to 22% of Vioxx users had heart disease. (See Exhibit 31b, "Hayden slides and Back up, pages 8-9.)

2) <u>Pechmann Deposition "Exhibit 5" Pages 13-14 summarize the results of the "Awareness and Action or Chronic Pain Consumer Tracking Study." These results are also summarized in Pechmann's Expert Report as shown below.</u>

— **Pechmann Expert Report, Page 67.** Merck's consumer tracking study found that among the primary consumer target audiences, awareness of Vioxx was very high. In December 2003, 87% of arthritic sufferers were aware of Vioxx. By comparison, 93% of them were aware of Tylenol, which was a far more established nonprescription brand. Also, 38% of arthritis sufferers had tried Vioxx as compared to 73% for Tylenol. Sixteen percent currently used Vioxx as compared to 39% for Tylenol. <u>(See Exhibit 30, pages 13-15.)</u> Also in 2003, 59% of arthritic sufferers were aware of Vioxx's advertising; 60% were aware of Tylenol's advertising. <u>(Exhibit 30, page 46.)</u>

— **Pechmann Expert Report, Page 67.** Merck's consumer tracking study also examined Vioxx's "brand imagery." The study found that 40% of arthritic sufferers perceived Vioxx as a "brand that you trust" in 2002 as compared to 41% in 2001. Similarly, 44% of arthritis sufferers perceived Vioxx as a brand that is "prescribed for millions of patients" in both 2002 and 2001. <u>(Exhibit 30, page 79.)</u>

— **Pechmann Expert Report, Pages 67-68.** Finally, Merck's consumer tracking study showed that "the number of patients being treated for heart disease and asking for VIOXX or Celebrex remains similar but is trending down" and a graph showed a downward trend starting about May 2001 when the unfavorable New York Times article about Vioxx appeared, which lasted through April 2002. Another graph of the same time period documented a gradual increase in the "percentage of respondents who have asked their doctors to be taken off VIOXX" and noted that this percentage was "significantly higher when compared to those who have asked their doctor to be taken off of CELEBREX." <u>(See Exhibit 31a, pages 8 and 10.)</u>

However, this report and a later report documented that consumer requests to be taken off Vioxx had stabilized by mid 2002 and remained stable through December 2003. (See Exhibit 31a, page 27 and Exhibit 30, pages 33-36.

— Some related results from Pechmann Expert Report Exhibit 31a are listed in Pechmann's Deposition "Exhibit 5" Pages 13-14, as shown below.

- Pechmann Deposition "Exhibit 5" citing Exhibit 31a, pages 16-17. Graphs show that consumers' perceptions of Vioxx as "safe as a sugar pill" and "brand that you can trust" remained stable from Jan. 01 – March 02 despite negative press in the New York Times, JAMA, and Wall St. Journal.

— Also, some related results from Pechmann Expert Report Exhibit 30 are listed in Pechmann's Deposition "Exhibit 5" Pages 13-14, as shown below.

- Pechmann Deposition "Exhibit 5" citing Exhibit 30, pages 68-69. "Impact of DTC Advertising. Net action rate for VIOXX and Celebrex is comparable (6% for VIOXX vs. 8% for Celebrex in 2003. This holds true within all pain subgroups. There is no change over time in net action rate. ... Among those who received a prescription for either brand, almost everyone (average of 90%) filled the prescription."

3) Pechmann Deposition "Exhibit 5" Pages 12-14 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 62 of the Expert Report that: **Merck's marketing executives purchased extensive marketing research to ensure their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing consumers' concerns that Vioxx posed a potential cardiovascular risk.**

F. Pechmann Deposition "Exhibit 5" Pages 15-16 Regarding "Consumer Ad Copy Testing" Contains a Subset of the Information Provided in Pechmann's Expert Report Plus Some Additional Details.

1) <u>Pechmann Deposition "Exhibit 5" page 15 describes the methodology used for Consumer Ad Copy Testing (See MRK-ACB0005808).</u>

<u>a) Research Objectives (See MRK-ACB0005808, page 4).</u> "To measure in-market performance ... We learn/know about how advertising works in-market .. To predict in-market performance."

<u>b) Research Methodology and Participants (See MRK-ACB0005808, pages 5-6).</u> "Sample: 150 males (40%) / females (60%). Aged 30 and over (24% 30-39, 26% 40-49, 24% 50-59, 23% 60+). Arthritis sufferers (50% and other chronic pain sufferers (50%). Must be taking Rx or OTC medication for arthritis or chronic pain, Last saw doctor about condition in the past 12 months, Take OTC medication at least four times per week or Rx medication at least once a week, and Have asked doctor about a medication they have seen on television, in a magazine or newspaper... Field Dates: Vioxx 'Stairs/Bath' January 6-27, 2000. 'Celebrex' January 20 – February 10, 2000."

<u>c) The research methodology and participants were briefly described in Pechmann's Expert Report, Page 64.</u>

**Merck also commissioned "copy test" studies of its Vioxx television and print ads from a marketing research firm called Millward Brown. Merck commissioned this research to ensure that its advertisements were as persuasive as possible, and did not contain side effect information that would deter consumers from "taking action" in terms of finding out more about Vioxx or requesting a Vioxx prescription. Merck sometimes copy tested Celebrex ads as well. Celebrex was Vioxx's main competitor. Merck wanted to ensure that its Vioxx advertisements were at least as persuasive as those of Celebrex, and at least as innocuous in terms of the risk information conveyed.**

2) <u>Pechmann Deposition "Exhibit 5" Pages 15-16 summarize the results of the Consumer Ad Copy Testing. The results are also summarized in Pechmann's Expert Report as shown below.</u>

24

— **Pechmann Expert Report, Pages 64-65.** A Merck document entitled "Vioxx© DTC [direct-to-consumer advertising] Research Review Doug Black and Alan Heaton February 17, 2000" discusses some of the research findings regarding Vioxx's direct-to-consumer advertisements. The research found that: "Approximately 60 Percent of Consumers Reported that Seeing [the Vioxx television advertisement] Stairs/Bath Would Increase their Interest in Learning More about Vioxx©." (**Exhibit 66, page 30.**) The findings also indicated that: "Side Effects were NOT the Main Idea that Consumers were Taking Away [from the television advertisement]" and that "As with the TV Ads, Side Effects were NOT the Main Idea that Consumers were Taking Away From the Vioxx© Print Ads." The document noted that: "Consumers are concerned about side effects, but it does not significantly affect motivation [to visit or call their doctor for information about Vioxx]." (**Exhibit 66, pages 32, 33 and 36.**)[5] The document concluded that Vioxx's direct-to-consumer advertisements were highly effective: "Consumer awareness of ads for Vioxx© rose significantly in January 2000 which added to ... Significant increases in awareness of the brand which is associated with ... Higher patient-initiated action for Vioxx©. Once patients take action, there is a high conversion rate to the brand for which they initiated action." (**Exhibit 66, page 23.**) Details were also provided: "At initial read, approximately 40% of the patients receiving Rx for Coxibs in late 1999/early 2000 engaged in some patient-initiated action" and "When a consumer takes action for a brand, an Rx [prescription] is received almost 9 times out of 10. In addition between 70 and 90% of the time the Rx is filled for the Coxibs [Vioxx/Celebrex]." (**Exhibit 66, pages 17-19.**)

---

[5] Pechmann Expert Report Exhibit 66, page 32 contains a bar chart and shows that there was no statistically significant difference between consumers who reported being very concerned vs. not very concerned about Vioxx's side effects in terms of their motivation to visit or call their doctor for information about Vioxx.

— **Pechmann Expert Report, Pages 65-66.** A Merck document entitled "Consumer Perceptions of Side Effects for Vioxx© 'Stairs/Bath' and CELEBREX 'Bicycle' Alan Heaton March 7, 2000" describes the results of a copy test study to test the Stairs/Bath and Bicycle ads. The research showed that "Consumers are concerned about side effects for both Vioxx© and CELEBREX" but "Concern about side effects [as conveyed in these ads] does not appear to affect intended action for either product." (Exhibit 67, pages 1-2.) The consumers who participated in the copy test study of these ads were asked: "Do you recall seeing or hearing any mention of side effects from Vioxx/Celebrex in the commercial?" and "What side effects do you remember?" The most common responses were related to stomach or bleeding risks, or liver or kidney risks. Consumers did not mention heart attacks or related problems because these risks weren't included in the ads. Consumers were also asked: "How strongly does the [Vioxx] commercial give you the impression Vioxx is safe to use" and 41% responded: "strongly gave that impression." (Exhibit 67, pages 11- 12.)

— **Pechmann Expert Report, Page 63.** After the FDA had recommended that a cardiovascular warning be included on the new Vioxx label (see Appendix A), Merck commissioned consumer research to assess the "business risk" of including such a warning in its advertisements. Merck also studied how to word or phrase any required cardiovascular warning, so that the warning "would not keep us from our product claim." This research is discussed in a Merck document entitled "VIGOR DTC (direct-to-consumer advertising) Strategy Meeting June 7th, 2001." The document states that research was done to: "Assess business risk of new fair balance in product claim" and states that the following potential cardiovascular warning would be tested: "People who need to take asa [aspirin] with VIOXX are at greater risk of developing stomach ulcers. VIOXX is not a substitute for prevention of heart

attack. Rarely, heart attacks have been reported." The document noted that "All of this is dependent upon final [Vioxx] label. Assume qualitative and quantitative research will confirm that additional balance does not keep us from product claim. If incorrect, reassess media options (Reminder) and Help Seeking advertising." (Exhibit 64, page 14.) In other words, if Merck's research showed that including a cardiovascular warning in Vioxx ads detracted from the ads' product claims, Merck would stop using Vioxx product claim ads altogether. Instead, Merck would revert to using "reminder" ads and "help-seeking" ads, which would not require warnings. Reminder ads remind people of a product (e.g., Vioxx). Help-seeking ads tell people to talk to their physicians if they suffer from particular medical problems.  Since reminder ads and help seeking ads do not contain product claims, they do not require warnings.

— **Pechmann Expert Report, Page 64.** A Merck document entitled "VIGOR Updated June 29[th], 2001" noted that once the Vioxx product label was changed to include the VIGOR study, Vioxx ads might need to include a cardiovascular fair balance warning. The document explained that one warning had already been tested, which stated: "Rarely, heart attacks have been reported." The research showed that "Although another serious side effect, it did not overwhelm the product benefits." (Exhibit 65, pages 6-7.) Note that the cardiovascular information that Merck ultimately included in its print ads for Vioxx used somewhat similar wording.

3) Pechmann Deposition "Exhibit 5" Pages 15-16 and similar information in Pechmann's Expert Report substantiate Pechmann's opinion as stated on page 62 of the Expert Report that: Merck's marketing executives purchased extensive marketing research to ensure their misleading integrated marketing communications campaign for Vioxx was effective at neutralizing consumers' concerns that Vioxx posed a potential cardiovascular risk.