## EXHIBIT A

1. A copy of Dr. Olinde's most current *curriculum vitae*.

2. Any and all material Dr. Olinde has reviewed in connection with this litigation.

3. Anything Dr. Olinde has reviewed in preparation for his testimony, including but not limited to, any medical treatises or articles, expert reports, or other documents.

4. All communications with Plaintiff or Plaintiff's agents or Plaintiff's counsel or agents of Plaintiff's counsel.

5. All x-rays, photographs or other images reflecting Plaintiff's medical condition as well as all documents and x-rays, photographs or other images received from Plaintiff or Plaintiff's counsel or agents of Plaintiff's counsel, including but not limited to medical records of any kind in Dr. Olinde's possession, custody or control.

6. All documents or other materials relating to the care and treatment of plaintiff Camellia Persica in Dr. Olinde's possession, custody or control. The documents and materials requested include all medical records related to plaintiff Camellia Persica, including but not limited to, patient consent forms, patient questionnaires, patient histories, patient records, notes, memoranda, records, protocols, intake forms, insurance forms, x-rays, MRI films, MRA films, reports, disability applications, and correspondence. Documents include recorded material of any kind, whether recorded in writing, electronically or by any other means.

7. Any and all material in Dr. Olinde's possession, custody or control regarding NSAIDs in general and Vioxx in particular.

8. Any and all material in Dr. Olinde's possession, custody or control regarding Merck

1

& Co., Inc., including but not limited to, any material from professional sales representatives ("detailers"), Professional Information Requests ("PIRs") and correspondence.

9. Any and all samples of Vioxx in Dr. Olinde's possession, custody or control.