UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| This document relates to <br><br> ROBERT G. SMITH <br><br> Plaintiff, <br><br> V. <br><br> MERCK & CO., INC., <br><br> Defendant. <br><br> Civil Action No. 2:05cv04379 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION AND PROPOSED ORDER
REGARDING DAUBERT MOTION SCHEDULE**

Plaintiff Smith and Defendant Merck ("the Parties") jointly submit this stipulation and Proposed Order regarding the Daubert motion schedule for motions related to Drs. Cohen, Pratt and Roach. This Joint Stipulation and proposed Order supersedes the previous Joint Stipulation and proposed Order submitted to the Court on this issue.

The Parties have agreed to the following proposed schedule for Daubert motions to be heard on September 6, 2006:

1. Plaintiff will file any *Daubert* motions against Dr. Jerome Cohen and Dr. Craig Pratt by August 25, 2006. Defendant's response will be due by September 1, 2006. Any reply will be due by September 4, 2006.

2. Plaintiff will serve via electronic-service to opposing counsel and the Court any *Daubert* motions against Dr. Paul Roach by August 27, 2006. Any such motion will then be filed by August 28, 2006. Defendant's Response will be due by September 1, 2006. Any reply will be due by September 4, 2006.

3. Merck will file any *Daubert* motion relating to Dr. Gary Sander by August 24, 2006. Plaintiff's response will be due August 31, 2006. Any reply will be due by September 4, 2006.

Dated: August 21, 2006

Respectfully submitted,

/s/ Grant Kaiser
Grant Kaiser
Texas Bar No. 11078900
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 223-0000; fax (713) 223-0440

Drew Ranier
Louisiana Bar No. 8320
**RANIER, GAYLE & ELLIOT LLC**
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-7171; fax (337) 494-7218

John Eddie Williams Jr.
Amy M. Carter
**WILLIAMS BAILEY LAW FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-2200; fax (713) 643-6226
ATTORNEYS FOR PLAINTIFFS

/s/ Carrie Jablonski by AWG
Philip S. Beck
Andrew L. Goldman
Carrie A. Jablonski
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLC**
54 W. Hubbard, Suite 300
Chicago, IL 60610
312-494-4400; fax 312-494-4440
ATTORNEYS FOR MERCK

Entered this _____ day of August, 2006

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE