# Exhibit A

Exhibit A

Houssiere Durant Houssiere Plaintiffs Who Failed to Provide a Plaintiff Profile Form

| Case Name | Docket Number | Plaintiff | Original PPF Due Date | 1st Warning Letter Sent | 1st Warning Letter Due Date | Ex. | 2nd Warning Letter Sent | 2nd Warning Letter Due Date | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Nettie Patterson v. Merck & Co., Inc. | 2:05-cv-02378-EEF-DEK | Nettie Patterson | December 30, 2005 | February 15, 2006 | March 7, 2006 | B | April 4, 2006 | April 24, 2006 | L |
| Katie Smith v. Merck & Co., Inc. | 2:05-cv-02371-EEF-DEK | Katie Smith | January 14, 2006 | February 15, 2006 | March 7, 2006 | C | April 4, 2006 | April 24, 2006 | M |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Lorenzo Ortiz | December 30, 2005 | February 15, 2006 | March 7, 2006 | D | April 4, 2006 | April 24, 2006 | N |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Rosa Ortiz | December 30, 2005 | February 15, 2006 | March 7, 2006 | E | April 4, 2006 | April 24, 2006 | O |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Virginia Rodriguez | December 30, 2005 | February 15, 2006 | March 7, 2006 | F | April 4, 2006 | April 24, 2006 | P |
| Sylvia Castillo v. Merck & Co., Inc. | 2:05-cv-02380-EEF-DEK | Regino Urias | January 14, 2006 | February 15, 2006 | March 7, 2006 | G | April 4, 2006 | April 24, 2006 | Q |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Wesley Mayo | December 30, 2005 | February 15, 2006 | March 7, 2006 | H | April 4, 2006 | April 24, 2006 | R |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Imogene Washington | January 14, 2006 | February 15, 2006 | March 7, 2006 | I | April 4, 2006 | April 24, 2006 | S |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Eulalia Martinez | December 30, 2005 | February 15, 2006 | March 7, 2006 | J | April 4, 2006 | April 24, 2006 | T |
| Brenda Green Watkins v. Merck & Co., Inc. | 2:05-cv-02373-EEF-DEK | Martha Martinez | December 30, 2005 | February 15, 2006 | March 7, 2006 | K | April 4, 2006 | April 24, 2006 | U |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Monica C. Vaughan, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> *Re:*   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Nettie Patterson v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02378-EEF-DEK***

Dear Ms. Vaughan:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nettie Patterson. Pretrial Order No. 18B required Ms. Patterson to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nettie Patterson no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M005172660

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL #  :
SER. # : 000005100038
```

```
DATE,TIME              02/15  11:07
FAX NO./NAME           1000734183517136263709
DURATION               00:02:02
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere,<br>LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.     **TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical
authorizations on the following individuals:

M005172661

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   ***In re Vioxx® Products Liability Litigation***
***MDL No. 1657***
***Katie Smith v. Merck & Co., Inc.***
***Docket No. 2:05-cv-02371-EEF-DEK***

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katie Smith. Pretrial Order No. 18B required Ms. Smith to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Katie Smith no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY 1008862_1.DOC

JOB STATUS REPORT

TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

| | |
|---|---|
| DATE,TIME | 02/15  11:07 |
| FAX NO./NAME | 100073418351713G263709 |
| DURATION | 00:02:02 |
| PAGE(S) | 11 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Iughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Charles R. Houssiere, Esq.
Monica C. Vaughan, Esq.

**DATE:**   February 15, 2006

**FIRM:**   Houssiere, Durant & Houssiere, LLP

**FAX NO:**   713-626-3709

**CITY:**

**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   John N. Poulos, Esq.

**TEL NO:**   201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Iol Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

*Re:*    *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Sylvia Castillo v. Merck & Co., Inc.*
*Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lorenzo Ortiz.  Pretrial Order No. 18B required Mr. Ortiz to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lorenzo Ortiz no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

```
                    ┌─────────────────────────┐
                    │   JOB  STATUS  REPORT   │
                    └─────────────────────────┘

                              TIME  : 02/15/2006 11:09
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038
```

```
  ┌──────────────────────────────────────────────────────────────────┐
  │  DATE,TIME           02/15  11:07                                  │
  │  FAX NO./NAME        1800734103517136263709                       │
  │  DURATION            00:02:02                                      │
  │  PAGE(S)             11                                            │
  │  RESULT              OK                                            │
  │  MODE                STANDARD                                     │
  │                      ECM                                          │
  └──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP
New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq. Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosa Ortiz. Pretrial Order No. 18B required Ms. Ortiz to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosa Ortiz no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

<div style="border:1px solid">JOB STATUS REPORT</div>

```
TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          02/15  11:07
FAX NO./NAME       10007341035171362637Ø9
DURATION           00:02:02
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Charles R. Houssiere, Esq.
Monica C. Vaughan, Esq.

**DATE:** February 15, 2006

**FIRM:** Houssiere, Durant & Houssiere, LLP

**FAX NO:** 713-626-3709

**CITY:**

**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.

**TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

    **Re:**  ***In re Vioxx® Products Liability Litigation***
       ***MDL No. 1657***
       ***Sylvia Castillo v. Merck & Co., Inc.***
       ***Docket No. 2:05-cv-02380-EEF-DEK***

Dear Mr. Houssiere:

    We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Rodriguez.  Pretrial Order No. 18B required Ms. Rodriguez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

    Please produce a completed PPF for Virginia Rodriguez no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

       Very truly yours,

       */s/ John N. Poulos*

       John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
   Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

TIME : 02/15/2006 11:09
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL# :
SER. # : 000005100038

| DATE,TIME | 02/15  11:07 |
| FAX NO./NAME | 1000734183517136263709 |
| DURATION | 00:02:02 |
| PAGE(S) | 11 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Hughes Hubbard *&* Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq. Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit G

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Sylvia Castillo v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Regino Urias. Pretrial Order No. 18B required Mr. Urias to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Regino Urias no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

> JOB STATUS REPORT

```
TIME  : 02/15/2006 11:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER. # : 000005100030
```

```
DATE,TIME              02/15  11:07
FAX NO./NAME           10007341835171362G3709
DURATION               00:02:02
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## Hughes Hubbard & Reed LLP
New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

**MESSAGE:**

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

      *Re:*    *In re Vioxx® Products Liability Litigation*
           *MDL No. 1657*
           *Brenda Green Watkins v. Merck & Co., Inc.*
           *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Wesley Mayo. Pretrial Order No. 18B required Mr. Mayo to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Wesley Mayo no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                  Very truly yours,

                  */s/ John N. Poulos*

                  John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                  TIME  : 02/15/2006 11:09
                                  NAME  : HUGHES HUBBARD
                                  FAX#  : 2019465738
                                  TEL#  :
                                  SER.# : 000005100038
```

```
DATE,TIME            02/15  11:07
FAX NO./NAME         10007341835171736263709
DURATION             00:02:02
PAGE(S)              11
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Iughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Brenda Green Watkins v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02373-EEF-DEK***

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Imogene Washington. Pretrial Order No. 18B required Ms. Washington to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Imogene Washington no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005172250

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME : 02/15/2006 11:33
                              NAME : HUGHES HUBBARD
                              FAX# : 2019465730
                              TEL# :
                              SER.# : 000005100038

     DATE,TIME              02/15  11:33
     FAX NO./NAME           10007341835171362637G9
     DURATION               00:00:35
     PAGE(S)                02
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 15, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M00517225I

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

>        *Re:*    ***In re Vioxx® Products Liability Litigation***
>                 ***MDL No. 1657***
>                 ***Brenda Green Watkins v. Merck & Co., Inc.***
>                 ***Docket No. 2:05-cv-02373-EEF-DEK***

Dear Mr. Houssiere:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eulalia Martinez. Pretrial Order No. 18B required Ms. Martinez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Eulalia Martinez no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                Very truly yours,

                */s/ John N. Poulos*

                John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

NY 1008862_1.DOC

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME  : 02/15/2006 11:09
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              02/15  11:07                           │
│   FAX NO./NAME           10007341835171362637B9                │
│   DURATION               00:02:02                              │
│   PAGE(S)                11                                     │
│   RESULT                 OK                                     │
│   MODE                   STANDARD                              │
│                          ECM                                   │
└──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | Charles R. Houssiere, Esq.<br>Monica C. Vaughan, Esq. | **DATE:** | February 15, 2006 |
| **FIRM:** | Houssiere, Durant & Houssiere, LLP | **FAX NO:** | 713-626-3709 |
| **CITY:** | | **TEL NO:** | |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

| | | | |
|---|---|---|---|
| **FROM:** | John N. Poulos, Esq. | **TEL NO:** | 201-536-9220 |

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9210
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 15, 2006

**VIA TELECOPY AND MAIL (713-626-3709)**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brenda Green Watkins v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Martha Martinez.  Pretrial Order No. 18B required Ms. Martinez to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Martha Martinez no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/15/2006 11:09
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME           02/15  11:07
FAX NO./NAME        10007341835171362637709
DURATION            00:02:02
PAGE(S)             11
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Charles R. Houssiere, Esq.
Monica C. Vaughan, Esq.

**DATE:**  February 15, 2006

**FIRM:**  Houssiere, Durant & Houssiere, LLP

**FAX NO:**  713-626-3709

**CITY:**

**TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  11

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  John N. Poulos, Esq.

**TEL NO:**  201-536-9220

**MESSAGE:**

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Monica C. Vaughan, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:      *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Nettie Patterson v. Merck & Co., Inc.*
         *Docket No. 2:05-cv-02378-EEF-DEK*

Dear Ms. Vaughan:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Nettie Patterson. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Nettie Patterson no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Monica C. Vaughan, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 04/04/2006 19:51
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        04/04  19:51
FAX NO./NAME     10007341835171362637 09
DURATION         00:00:29
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Monica C. Vaughan, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161328

# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Katie Smith v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02371-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Katie Smith. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Katie Smith no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161340

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                              TIME  : 04/04/2006 19:57
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

    ┌──────────────────────────────────────────────────────────────┐
    │  DATE,TIME          04/04  19:56                               │
    │  FAX NO./NAME       10007341835171362637#9                     │
    │  DURATION           00:00:28                                   │
    │  PAGE(S)            02                                         │
    │  RESULT             OK                                         │
    │  MODE               STANDARD                                   │
    │                     ECM                                        │
    └──────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED. PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0061161339

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Sylvia Castillo v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lorenzo Ortiz. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lorenzo Ortiz no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

MO06161324

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MO06161326

JOB STATUS REPORT

```
TIME  : 04/04/2006 19:49
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/04  19:49
FAX NO./NAME       100073418351713626 3709
DURATION           00:00:29
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161325

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> Re:    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosa Ortiz. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosa Ortiz no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

MDG6161330

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

lol Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M006161332

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 04/04/2006 19:52
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/04  19:52
FAX NO./NAME       1000734183517136263709
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161331

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Sylvia Castillo v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-02380-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Virginia Rodriguez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Virginia Rodriguez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

MO0616I336

# · Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IOI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161338

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 04/04/2006 19:55
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              04/04  19:54                               │
│   FAX NO./NAME           10007341835171362637D9                    │
│   DURATION               00:00:29                                  │
│   PAGE(S)                02                                         │
│   RESULT                 OK                                         │
│   MODE                   STANDARD                                  │
│                          ECM                                       │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161337

# Exhibit Q

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Sylvia Castillo v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-02380-EEF-DEK*</u>

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Regino Urias. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Regino Urias no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M00616I297

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M00616I299

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME : 04/04/2006 20:02
NAME : HUGHES HUBBARD
FAX# : 2019465738
TEL# :
SER.# : 000005100038
```

```
DATE,TIME        04/04  20:02
FAX NO./NAME     10007341835171362 63709
DURATION         00:00:29
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161298

# Exhibit R

# Hughes Hubbard & Reed LLP

___A New York Limited Liability Partnership___

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:    ___In re Vioxx® Products Liability Litigation___
___MDL No. 1657___
___Brenda Green Watkins v. Merck & Co., Inc.___
___Docket No. 2:05-cv-02373-EEF-DEK___

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Wesley Mayo. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Wesley Mayo no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006161321

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

M006161323

JOB STATUS REPORT

```
TIME  : 04/04/2006 19:48
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER. # : 000005100038
```

```
DATE,TIME          04/04  19:48
FAX NO./NAME       10007341835171B6263709
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161322

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Brenda Green Watkins v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Imogene Washington. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Imogene Washington no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M006332941

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006332943

```
JOB STATUS REPORT
```

```
TIME  : 04/04/2006 20:29
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/04  20:29
FAX NO./NAME       10007341835171362637G9
DURATION           00:00:29
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006332942

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

I0I Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Brenda Green Watkins v. Merck & Co., Inc.*
     *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Eulalia Martinez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Eulalia Martinez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
     Russ M. Herman, Esq. (via telecopy)

M006332926

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006332926

JOB STATUS REPORT

```
TIME  : 04/04/2006 19:46
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        04/04  19:46
FAX NO./NAME     10007341835171362637O9
DURATION         00:00:29
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006332927

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (713-626-3709) & US MAIL**

Charles R. Houssiere, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Brenda Green Watkins v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-02373-EEF-DEK*

Dear Mr. Houssiere:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Martha Martinez. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Martha Martinez no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M006161318

JOB STATUS REPORT

```
TIME   : 04/04/2006 19:47
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100030
```

```
DATE,TIME          04/04  19:47
FAX NO./NAME       1000734183517136263709
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006161319

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Charles R. Houssiere, Esq. | Houssiere, Durant & Houssiere, LLP | 713-626-3709 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006161320