IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>ROBERT G. SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　Defendant. | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S PRE-ADMISSION<br>EXHIBIT LISTS** |

　　　　Defendant Merck & Co., Inc. ("Merck") hereby submits its Pre-Admission Exhibit List (Exhibit A) and its Conditional Pre-Admissible Exhibit List (Exhibit B). Merck's introduction of the exhibits on its conditional list will depend on the evidence that Plaintiff seeks to offer at trial.

　　　　Because the parties are continuing to narrow the scope of their deposition designations and counter-designations, and because the Court's upcoming rulings may affect their scope, Merck is not submitting its Deposition Exhibit Lists at this time. Merck will finalize its lists after the parties have completed their exchanges and determined what testimony will actually be offered into evidence in Court, and after the Court has ruled on those designations.

　　　　Merck reserves the right to add or withdraw exhibits on any of the lists referenced herein.

Dated:  August 22, 2006

                    Respectfully submitted,

By: /s/ Carrie Jablonski
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

  Philip S. Beck
  Carrie A. Jablonski
    BARTLIT BECK HERMAN PALENCHAR &
       SCOTT LLP
  54 W. Hubbard Street, Suite 300
  Chicago, IL 60610
  Phone: 312-494-4400
  Fax:   312-494-4440

  Douglas R. Marvin
  Robert A. Van Kirk
  M. Elaine Horn
  WILLIAMS & CONNOLLY LLP
  725 Twelfth Street, N.W.
  Washington, D.C. 20005
  Phone: 202-434-5000
  Fax:   202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Pre-Admission Exhibit Lists have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of August, 2006.

*/s/ Dorothy H. Wimberly*