**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**NEW ORLEANS DIVISION**

| | |
|---|---|
| **EARLINE BENOIT** | **MDL No. 1657; SECTION L** |
| | **CIVIL ACTION NO. 05-4195** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE** |
| **MERCK & CO., INC., ET AL** | **DANIEL E. KNOWLES, III** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EX-PARTE MOTION FOR LEAVE TO**
**WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, comes Aaron J. Allen who seeks leave of court to withdraw as

counsel of record for plaintiff, Earline Benoit, 125 Romero Street, Youngsville, LA  70592,

telephone no.: (337)856-8286.

Counsel's withdrawal can be accomplished without material adverse effect on the interest

of client.   Good cause for withdrawal exist.

WHEREFORE, MOVER prays that he be granted leave of court to withdraw as counsel

in the captioned lawsuit and an Order be entered into the record thereby removing Aaron J.

Allen's name as counsel for plaintiff, Earline Benoit.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above

pleading has this date been forwarded to all counsel of

record by depositing same in the United States Mail,

this _____ day of _____ 2006.

_____

AARON J. ALLEN (#16786)

Respectfully submitted,

ALLEN LAW OFFICE
224 ST.  LANDRY STREET, SUITE 3-F
P.O. BOX 3204
LAFAYETTE, LA 70502
(337) 232-9918
(337) 233-8367 (fax)
ajallen1@allenlawoffice.com **(email)**

BY_____

AARON J. ALLEN (#16786)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS DIVISION

| | |
|---|---|
| EARLINE BENOIT | MDL No. 1657; SECTION L |
| | CIVIL ACTION NO. 05-4195 |
| VERSUS | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE |
| MERCK & CO., INC., ET AL | DANIEL E. KNOWLES, III |

**************************************************************************

## STATEMENT NOTIFYING PLAINTIFF, EARLINE BENOIT, OF COUNSEL'S WITHDRAWAL AND OF DEADLINES & PENDING COURT APPEARANCES

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served on Earline Benoit through U.S. certified mail, return, receipt, requested at plaintiff's last known address:

> Earline Benoit
> P.O. Box 234
> Youngsville, LA  70592

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served upon counsel for defendant, Merck & Co., Inc. through U.S. Mail.

I HEREBY FURTHER CERTIFY that a complete copy of Earline Benoit's file was forwarded to her along with correspondence informing her that Aaron J. Allen was withdrawing as her counsel of record in this matter via U.S. certified mail, return, receipt, requested and regular U.S. mail.

I HEREBY FURTHER CERTIFY that plaintiff, Earline Benoit, has been notified of all deadlines and pending court appearances which are outlined and described below:

## SECOND AMENDMENT TO PRETRIAL ORDER NO. 16

I.   **Class Certification Briefing – Personal Injury Claims**

   A.   **Plaintiffs' Class Certification Motion**

Plaintiffs shall file their motion for class certification as to their proposed national class on or before December 7, 2005. Briefing on plaintiffs' alternative single-state class proposals will be deferred until resolution of the motion for nationwide certification. At the same time as plaintiffs file their motion, plaintiffs shall identify all experts and witnesses upon whom plaintiffs rely in support of said motion (including the information contemplated by Fed. R. Civ. P. 26(a)(2)(B) as to experts) and file any expert reports or affidavits upon which they rely in support of the class certification motion. Plaintiffs shall be precluded, without leave of Court, from relying on any experts or expert opinions in support of class certification that are not identified at this time.

Following the filing of plaintiffs' motion, priority shall be given to the taking of the depositions of any experts and witnesses upon whom plaintiffs rely in support of their motion.

**B.    Defendants' Opposition**

Defendants shall file a brief setting forth arguments in opposition to plaintiffs' class certification motion and the evidentiary basis thereof on or before January 8, 2006. At the same time, defendants shall identify all experts and witnesses upon whom they will rely in opposing plaintiffs' class certification motion (including the information contemplated in Fed. R. Civ. P. 26(a)(2)(B) as to experts), and file any expert reports or affidavits upon which they rely in opposing plaintiffs' class certification motion. Defendants shall be precluded, without leave of Court, from relying on any experts or expert opinions in opposition to class certification that are not identified at this time.

Following the filing of defendants' brief, priority should be given to taking the depositions of any experts or witnesses upon whom defendants rely in support of their opposition to class certification.

**C.    Plaintiffs' Reply**

Plaintiffs shall file their reply brief on or before January 23, 2006.  The reply brief shall be confined to responding to arguments and expert opinions presented in defendants' opposition brief.

## II.    DEADLINE FOR AMENDMENTS TO CLASS ACTION MASTER COMPLAINTS

Any additional motions to amend any of the existing three class action master complaints shall be filed with the Court on or before January 23, 2006. Plaintiffs' Pending Motions to Amend the Personal Injury and Wrongful Death and Medical Monitoring Complaints are granted and the attached Amended Complaints to those motions are deemed filed.

## III.    OTHER DEADLINES

All other deadlines in PTO 16 shall continue to govern the class actions.

New Orleans, Louisiana, this _____ day of _____, 2005.


_____/s/ Eldon E. Fallon_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Lafayette, Louisiana, this _9th_ day of _August_, 2006.

_____
AARON J. ALLEN