UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| **EARLINE BENOIT** | MDL No. 1657; SECTION L |
| | CIVIL ACTION NO. 05-4195 |
| **VERSUS** | JUDGE ELDON E. FALLON |
| **MERCK & CO., INC., ET AL** | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that Aaron J. Allen be and is hereby granted leave to withdraw as counsel of record for plaintiff, Earline Benoit, and the name Aaron J. Allen be removed as counsel for plaintiff, Earline Benoit.

Lafayette, Louisiana this 16th day of August, 2006.

DISTRICT JUDGE