

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| **CARL LEDOUX** | MDL No. 1657; SECTION L |
| | CIVIL ACTION NO. 05-4193 |
| **VERSUS** | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE |
| **MERCK & CO., INC., ET AL** | DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX-PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Aaron J. Allen who seeks leave of court to withdraw as counsel of record for plaintiff, Carl LeDoux, 262 Bayou Acres, Arnaudville, LA 70512, telephone no.: (337) 879-3253.

Counsel's withdrawal can be accomplished without material adverse effect on the interest of client. Good cause for withdrawal exist.

WHEREFORE, MOVER prays that he be granted leave of court to withdraw as counsel in the captioned lawsuit and an Order be entered into the record thereby removing Aaron J. Allen's name as counsel for plaintiff, Carl LeDoux.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above pleading has this date been forwarded to all counsel of record by depositing same in the United States Mail, this ____ day of _____ 2006.

_____
AARON J. ALLEN (#16786)

Respectfully submitted,

ALLEN LAW OFFICE
224 ST. LANDRY STREET, SUITE 3-F
P.O. BOX 3204
LAFAYETTE, LA 70502
(337) 232-9918
(337) 233-8367 (fax)
ajallen1@allenlawoffice.com (email)

BY: _____
AARON J. ALLEN (#16786)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| CARL LEDOUX | MDL No. 1657; SECTION L |
| | CIVIL ACTION NO. 05-4195 |
| VERSUS | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., ET AL | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

*******************************************************************

**STATEMENT NOTIFYING PLAINTIFF, CARL LEDOUX, OF COUNSEL'S WITHDRAWAL AND OF DEADLINES & PENDING COURT APPEARANCES**

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served on Carl LeDoux through U.S. certified mail, return, receipt, requested at plaintiff's last known address:

Carl LeDoux
P.O. Box 234
Youngsville, LA 70592

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served upon counsel for defendant, Merck & Co., Inc. through U.S. mail.

I HEREBY FURTHER CERTIFY that a complete copy of Carl LeDoux's file was forwarded to him along with correspondence informing him that Aaron J. Allen was withdrawing as his counsel of record in this matter via U.S. certified mail, return, receipt, requested and regular U.S. mail.

I HEREBY FURTHER CERTIFY that plaintiff, Carl LeDoux, has been notified of all deadlines and pending court appearances which are outlined and described below:

## SECOND AMENDMENT TO PRETRIAL ORDER NO. 16

I.  **Class Certification Briefing – Personal Injury Claims**

   A.  **Plaintiffs' Class Certification Motion**

Plaintiffs shall file their motion for class certification as to their proposed national class on or before December 7, 2005. Briefing on plaintiffs' alternative single-state class proposals will be deferred until resolution of the motion for nationwide certification. At the same time as plaintiffs file their motion, plaintiffs shall identify all experts and witnesses upon whom plaintiffs rely in support of said motion (including the information contemplated by Fed. R. Civ. P. 26(a)(2)(B) as to experts) and file any expert reports or affidavits upon which they rely in support of the class certification motion. Plaintiffs shall be precluded, without leave of Court, from relying on any experts or expert opinions in support of class certification that are not identified at this time.

Following the filing of plaintiffs' motion, priority shall be given to the taking of the depositions of any experts and witnesses upon whom plaintiffs rely in support of their motion.

B. **Defendants' Opposition**

Defendants shall file a brief setting forth arguments in opposition to plaintiffs' class certification motion and the evidentiary basis thereof on or before January 8, 2006. At the same time, defendants shall identify all experts and witnesses upon whom they will rely in opposing plaintiffs' class certification motion (including the information contemplated in Fed. R. Civ. P. 26(a)(2)(B) as to experts), and file any expert reports or affidavits upon which they rely in opposing plaintiffs' class certification motion. Defendants shall be precluded, without leave of Court, from relying on any experts or expert opinions in opposition to class certification that are not identified at this time.

Following the filing of defendants' brief, priority should be given to taking the depositions of any experts or witnesses upon whom defendants rely in support of their opposition to class certification.

C. **Plaintiffs' Reply**

Plaintiffs shall file their reply brief on or before January 23, 2006. The reply brief shall be confined to responding to arguments and expert opinions presented in defendants' opposition brief.

## II.   DEADLINE FOR AMENDMENTS TO CLASS ACTION MASTER COMPLAINTS

Any additional motions to amend any of the existing three class action master complaints shall be filed with the Court on or before January 23, 2006. Plaintiffs' Pending Motions to Amend the Personal Injury and Wrongful Death and Medical Monitoring Complaints are granted and the attached Amended Complaints to those motions are deemed filed.

## III.   OTHER DEADLINES

All other deadlines in PTO 16 shall continue to govern the class actions.

New Orleans, Louisiana, this _____ day of _____, 2005.

/s/ Eldon E. Fallon
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Lafayette, Louisiana, this 9th day of August, 2006.

AARON J. ALLEN