UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 18 AM 7:48
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CARL LEDOUX | MDL No. 1657; SECTION L |
| | CIVIL ACTION NO. ~~05-4195~~ 05-4193 |
| VERSUS | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., ET AL | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that Aaron J. Allen be and is hereby granted leave to withdraw as counsel of record for plaintiff, Carl LeDoux, and the name Aaron J. Allen be removed as counsel for plaintiff, Carl LeDoux.

Lafayette, Louisiana this 16th day of August, 2006.

_____
DISTRICT JUDGE