UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Estate of Bette R. Kiefer, decedent v. | * | CASE NO. ~~02-06cv485~~ |
| | * | 05-1541 |
| Merck & Co., Inc. | * | |

## MOTION TO SUBSTITUTE

Richard G. Kiefer, as successor executor of the Estate of Bette R. Kiefer, deceased, moves this court to substitute himself as successor executor for Richard C. Kiefer, as executor to the Estate of Bette R. Kiefer, deceased, as plaintiff in this action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support, Richard G. Kiefer states as follows:

1. This is an action for the wrongful death of Bette R. Kiefer brought by Richard C. Kiefer, as executor of the Estate of Bette R. Kiefer, deceased. Richard C. Kiefer was the husband of Bette R. Kiefer.

2. On or about July 3, 2006, Richard C. Kiefer died.

3. The cause of action survives the death of Richard C. Kiefer.

4. On or about July 31, 2006, the Circuit Court of DuPage County, Illinois appointed Richard G. Kiefer as successor executor of the Estate of Bette R. Kiefer, deceased, pursuant to the terms of the Last Will and Testament of Bette R. Kiefer. Richard G. Kiefer is the son of

Bette R. Kiefer. A copy of the court's order and of the Letters of Office issued by the Clerk of the DuPage County Court are attached hereto as Exhibits A and B.

**WHEREFORE**, Richard G. Kiefer, as successor executor of the Estate of Bette R. Kiefer, deceased, prays for entry of an order substituting Richard G. Kiefer, successor executor of the Estate of Bette R. Kiefer, deceased for Richard C. Kiefer, as executor to the Estate of Bette R. Kiefer, deceased as plaintiff in this lawsuit.

Respectfully submitted,

Richard G. Kiefer, successor executor of the
Estate of Better R. Kiefer, deceased

By _____
Counsel for plaintiff, Richard G. Kiefer

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

Jerry A. Esrig
Attorney Bar No. 3121694
Attorney for Plaintiff Richard G. Kiefer
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312/207-0005
312/207-1332 (FAX)
jesrig@zelaw.com

ORDER - BLANK                                                              2116 (Rev. 10/05)

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|
| | IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT | |

Estate of Bette R. Kiefer
-vs-

CASE NUMBER: 05 P 163

File Stamp Here

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY: Richard Gerard Kiefer is appointed Successor Executor of the Estate of Bette R. Kiefer with Letters of Office to Issue

Name: Eselig  ☐ PRO SE
DuPage Attorney No.: 5090
Attorney for: Successor Trustee
Address: 10 S. Riverside Pl #1020
City/State/Zip: Chgo IL 60606
Telephone: 312 207-0005

**COPY**

ENTER:

_____
JUDGE

DATE: 7-31-06

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

LETTERS OF OFFICE - DECEDENT'S ESTATE                                                 3705 (Rev. 04/06)

**STATE OF ILLINOIS**  UNITED STATES OF AMERICA  **COUNTY OF DU PAGE**
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE ESTATE OF:

CASE NUMBER

**2005 P 163**

BETTE R. KIEFER

FILED 06 JUL 31 AM 10:12
CLERK OF THE 18TH JUDICIAL CIRCUIT
DU PAGE COUNTY, ILLINOIS

DECEASED                                               File Stamp Here

## LETTERS OF OFFICE - DECEDENT'S ESTATE

RICHARD GERARD KIEFER

has been appointed _____ SUCCESSOR EXECUTOR _____ of the

estate of _____ BETTE R. KIEFER _____, deceased

who died _____ MARCH 5, 2003 _____, and is authorized to take possession of and collect the estate of the

decedent, and to do all acts required of _____ HIM _____ by law, pursuant to order of Court

entered _____ JULY 31, 2006 _____ by Judge _____ KENNETH L. POPEJOY _____.

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the seal of my office.

Date: _____ JULY 31, 2006 _____

_Chris Kachiroubas_ 503
Clerk of the 18th Judicial Circuit Court

### CERTIFICATE

I certify that this is a copy of the letters of Office now in force and effect on this date in this estate.

Date: _____ JUL 3 1 2006 _____

_Chris Kachiroubas_ 503
Clerk of the 18th Judicial Circuit Court
By: _____ Deputy Clerk

Name: ZAIDEMAN & ESRIG, P.C.
DuPage Attorney Number: 5090
Attorney for: SUCESSOR TRUSTEE
Address: 10 S. RIVERSIDE PLAZA #1020
City/State/Zip: CHICAGO, IL 60606
Telephone Number: (312) 207-0005

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to | * | MAG. JUDGE KNOWLES |
| | * | |
| Estate of Bette R. Kiefer, decedent v. | * | CASE NO. 02:06cv485 |
| | * | |
| Merck & Co., Inc. | * | |

## SUGGESTION OF DEATH

Richard G. Kiefer, successor executor of the Estate of Bette R. Kiefer, deceased, suggests upon the record, pursuant to Rule 25(a)(1), the death of Richard C. Kiefer, original executor of the Estate of Bette R, Kiefer and named plaintiff in this action during the pendency of this action.

Respectfully submitted,

Richard G. Kiefer, as successor executor of the Estate of Bette R. Kiefer, deceased

By _____
Counsel for plaintiff, Richard G. Kiefer

ORIGINAL SIGNED DOCUMENT ON
FILE WITH THE COURT

Jerry A. Esrig
Attorney Bar No. 3121694
Attorney for Plaintiff Richard G. Kiefer
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312/207-0005
312/207-1332 (FAX)
jesrig@zelaw.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleadings has been served on Defendants' Liaison Counsel, Russ Herman and Phillip A. Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of August, 2006.

                                          Jerry A. Esrig
                                          Attorney Bar No. 3121694
                                          Attorney for Plaintiff Richard G. Kiefer
                                          Zaideman & Esrig, P.C.
                                          10 S. Riverside Plaza, Suite 1020
                                          Chicago, IL 60606
                                          312/207-0005
                                          312/207-1332 (FAX)
                                          jesrig@zelaw.com