IN THE UNITED STATES DISTRICT COURT OF LOUISIANA
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 18 AM 7:49

LORETTA G. WHYTE
CLERK

| IN RE: | VIOXX<br>PRODUCTS LIABILITY<br>LITIGATION | ) ) ) ) ) | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
|---|---|---|---|

This document relates to:
05-CV-1541

## ORDER REGARDING PLAINTIFF'S MOTION TO SUBSTITUTE

Considering the Suggestion of Death of Richard C. Kiefer, formerly the executor of the Estate of Bette R. Kiefer, deceased and plaintiff in this case and the Motion to Substitute filed by Richard G. Kiefer, successor executor for the Estate of Bette R. Kiefer, deceased,

IT IS HEREBY ORDERED,

Richard G. Kiefer, as successor executor of the Estate of Bette R. Kiefer, deceased shall be substituted for Richard C. Kiefer, executor of the Estate of Bette R. Kiefer, deceased, as plaintiff in this action.

New Orleans, Louisiana, this 16th day of August, 2006.

Judge Eldon E. Fallon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

TOTAL P.02