# Alley ◆ Clark ◆ Greiwe ◆ Fulmer
## CIVIL TRIAL LAWYERS

**BRENDA S. FULMER**
bfulmer@tampatriallawyers.com

701 East Washington Street
Post Office Box 3127
Tampa, Florida 33601-3127

Tel: (813) 222-0977
Fax: (813) 224-0373

*[Filing stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LA, 2006 AUG 17 PM 3:00, LORETTA G. WHYTE CLERK]*

August 11, 2006

U.S. District Court
Eastern Dist. of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: Hernandez v. Merck
MDL 1657
Civil Action Number: 06-cv-2646

*[handwritten: Sect L/3]*

Dear Clerk:

Enclosed is an original summons to be issued for the above-referenced case. Please return this document to my office at your earliest convenience.

If you have any questions or concerns, please contact my assistant, Jenny Dixon, at 1-800-840-0977.

Sincerely yours,

*[signature]*

Brenda S. Fulmer

BSF/jld

Enclosures