UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**THIS DOCUMENT RELATES TO:** *Ronald and Brenda Kludo v. Merck & Co., Inc., a Foreign Corporation, No.* 06-3014

## AVOIDANCE OF AFFIRMATIVE DEFENSES

Plaintiffs, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 8, deny and avoid the Affirmative Defenses heretofore asserted by the Defendant, MERCK & CO., INC.,, in its Answer dated August 8, 2006, and demand strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Avoidance of Affirmative Defenses has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with teh Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with teh procedures established in MDL 1657 on August 14, 2006.

FAZIO, DiSALVO, CANNON, ABERS,
PODRECCA, FAZIO & CARROLL
Attorneys for Plaintiffs
Post Office Box 14519
Fort Lauderdale, FL 33302
(954) 463-0585 Broward
(954) 767-9461 FAX
jabers@faziodisalvo.com

By: _____
Original Signature on File with Court
JEFF S. ABERS
FB# 300853