**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 15, 2006**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO**
   *Barnett v. Merck & Co., Inc.*, 06-485

A telephone conference was held in the Chambers of Judge Eldon E. Fallon on this date at 5:00 p.m.  Mark Robinson participated on behalf of the Plaintiff.  Phil Beck and Andy Goldman participated on behalf of the Defendant.  The parties discussed their Stipulation Regarding Sales Representative Depositions and Admissibility of Merck-Produced Sales Call Documents (Rec Doc. 4843).

The Stipulation states that the Plaintiff will not depose current and former Merck sales representatives in this action, and that in return, Merck will not object to the admission into evidence of certain listed exhibits, provided that the Plaintiff introduces these exhibits through the testimony of Dr. Michael Mikola or Dr. Michael McCaffrey.

The Plaintiff expressed his view that the Stipulation also allows him to discuss and

-1-

JS10(00:20)

display the listed exhibits during closing argument, regardless of whether he had previously introduced the documents into evidence.  The Defendant expressed its view that the Stipulation does not go this far, and that the Plaintiff may only discuss and display during closing argument those exhibits already introduced into evidence.

After considering the views of the parties, it is the conclusion of the Court that the Stipulation requires the Plaintiff to introduce the listed exhibits, if at all, through the testimony of Dr. Michael Mikola or Dr. Michael McCaffrey.  Accordingly, IT IS ORDERED that the Plaintiff may only discuss and display during closing argument those listed exhibits previously introduced into evidence in this manner.

