IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>    Products Liability Litigation | MDL No. 1657 |
| This Document Relates to:<br>    06-4105, 05-5544, 05-5555,<br>    06-2814, 05-5549, 05-5550,<br>    05-5551, 06-1727, 05-5548,<br>    06-0718, 05-5546, 06-1728,<br>    05-6640, 05-5545, 05-5552 | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE NEW TRIAL ATTORNEY

On August 16th, 2006, the Court considered Plaintiff's Unopposed Motion To Designate New Trial Attorney. After considering the Motion application, the court:

GRANTS Plaintiffs' Unopposed Motion To Designate New Trial Attorney and ORDERS that Russell W. Endsley is the new Trial Attorney in charge in the above referenced causes.

SIGNED on August 16th, 2006.

_____
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs

PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE NEW TRIAL ATTORNEY                    PAGE 4