IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY R. WATSON<br><br>v.<br><br>MERCK & CO., INC.; | CIVIL ACTION NO. 05-5545 |
| In Re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br>    TIM WATSON | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES (3) |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On  August 16th  , 2006, the Court considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint and ORDERS that Plaintiff has leave to file Plaintiff's Second Amended Complaint.

SIGNED on  August 16th  , 2006.

*[signature: Eldon E. Fallon]*
U.S DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

*[signature]*
Russell W. Endsley
Attorney for Plaintiffs