UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Sol Boorany v. Merck & Co., Inc.*, Case No. 06-3695.

## ORDER

Considering the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED. Defendant, Merck & Co., Inc., is granted an extension of time until August 22, 2006, within which to respond to the Plaintiff's Complaint.

New Orleans, Louisiana, this 16th day of August, 2006.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE