FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 18  AM 7: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 05-3390 | * | |
| KATHLEEN KEATING, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Request for Voluntary Dismissal Without Prejudice,

IT IS ORDERED, that all claims of plaintiff Kathleen Keating against defendant Merck & Co., Inc. be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

**DENIED**

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2006

_____
DISTRICT JUDGE

See Pre-trial Order 8B
8/16/06

____ Fee_____
____ Process____
X   Dktd_____
____ CtRmDep____
____ Doc. No____

815588v.1