FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 18 AM 7: 51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-967 | * | |
| LOUIS LEO, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST GINA DAMICO

Considering the foregoing Stipulation and Voluntary Dismissal of All Claims Against Gina Damico,

IT IS ORDERED, that all claims of plaintiff Louis Leo against defendant Gina Damico be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of plaintiff against the remaining defendants remains in full force and effect. *If the Plaintiff desires to re-file his or her claims, he or she must do so in federal court.*

NEW ORLEANS, LOUISIANA, this 16th day of August, 2006

DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__   815588v.1
___ Doc. No.__