FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 18  AM 7: 50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-2646 | * | |
| ORLANDO HERNANDEZ, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., et al. | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF ALL CLAIMS AGAINST SHANNON LAYTON

Considering the foregoing Stipulation and Voluntary Dismissal of All Claims Against Shannon Layton,

IT IS ORDERED, that all claims of plaintiff Orlando Hernandez against defendant Shannon Layton be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation. The claims of plaintiff against the remaining defendants remains in full force and effect. *If the Plaintiff desires to re-file his or her claims, he or she must do so in federal court.*

NEW ORLEANS, LOUISIANA, this 16th day of August, 2006.

_____
DISTRICT JUDGE

Fee _____
Process _____
X _____
CtRmD _____
Doc. No. _____