UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to Case No. 06-2646 | |
| ORLANDO HERNANDEZ, | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT KRISTIN C. SOSINSKI ENSLEY ONLY

Considering the foregoing Stipulation of Dismissal,

IT IS ORDERED, that all claims of plaintiff Orlando Hernandez, against defendant Kristin C. Sosinski Ensley only, be and they hereby are dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 15th day of August, 2006

DISTRICT JUDGE