

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY DUGAS, et al, | MDL # 1657<br>**THIS DOCUMENT RELATES TO**<br>**CIVIL ACTION # 05-4213** |
| VERSUS | JUDGE ELDON FALLON<br>SECTION "L" |
| MERCK & Co. and<br>Dr. Florence Jones | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

**DEFENDANT DR. FLORENCE JONES' UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT through undersigned counsel comes Dr. Florence Jones, M.D., sought to be made herein, who respectfully moves this Honorable Court for an extension of time to file responsive pleadings until 20 days after this Honorable Court rules on Plaintiffs' Motion To Remand, and all for the reasons set forth in the Memorandum In Support, attached hereto and made a part hereof. In accordance with Local Rule 7.9E, undersigned has conferred with Plaintiffs' counsel who has no objection to this first request for extension of time to file responsive pleadings.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

Respectfully submitted,

_____
SAMUEL RICHARD EXNICIOS, # 5412
Attorney-at-Law
6485 Jefferson Hwy., Suite B
Harahan, Louisiana  70123
(504) 737-3392
Fax (504) 737-3401
COUNSEL FOR DR. FLORENCE JONES

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Motion for Extension of time has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by on this 18th day of August, 2006, via hand delivery.

_____
SAMUEL RICHARD EXNICIOS