UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY DUGAS, et al, | MDL # 1657<br>**THIS DOCUMENT RELATES TO**<br>**CIVIL ACTION # 05-4213** |
| VERSUS | JUDGE ELDON FALLON<br>SECTION "L" |
| MERCK & Co. and<br>Dr. Florence Jones | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## MEMORANDUM IN SUPPORT OF
## DEFENDANT DR. FLORENCE JONES' MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

MAY IT PLEASE THE COURT:

PROCEDURAL HISTORY:

On or about September 21, 2005 Defendant Merck & Co. removed the instant action from the Civil District Court for The Parish of Orleans, alleging fraudulent joinder of Dr. Jones as a party-Defendant so as to destroy this Honorable Court's diversity jurisdiction. On or about January 27, 2006, Plaintiff filed a Motion To Remand said action from whence it came. This Honorable Court, via Order dated February 3, 2006, continued without date the Hearing on Plaintiffs' Motion To Remand.

## RELIEF SOUGHT

Dr. Jones respectfully moves this Honorable Court for an extension of time within which to file responsive pleadings until 20 days after this Honorable Court rules on Plaintiff's Motion to Remand. Dr. Jones further avers that this is her first request for any extension of time.

Respectfully submitted,

_____
SAMUEL RICHARD EXNICIOS, #5412
6485 Jefferson Hwy, Suite "B"
Harahan, La. 70123
(504) 737-3392
Fax: (504) 737-3401

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing Motion for Extension of time has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by on this 18th day of August, 2006, via hand delivery.

_____
SAMUEL RICHARD EXNICIOS