

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY DUGAS, et al, | MDL # 1657<br>**THIS DOCUMENT RELATES TO**<br>**CIVIL ACTION # 05-4213** |
| VERSUS | JUDGE ELDON FALLON<br>SECTION "L" |
| MERCK & Co. and<br>Dr. Florence Jones | MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dr. Florence Jones be and is hereby granted an extension of time within which to file responsive pleadings until 20 days after the Court rules on Plaintiffs' Motion to Remand.

This 21st day of August, 2006 at New Orleans, Louisiana.

JUDGE ELDON FALLON

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____