UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX					MDL 1657

GERALD BARNETT				NO. 06-485

VERSUS

MERCK & CO., INC.				SECTION: L

## ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to  MOTHER'S RESTAURANT  the sum of $ 116.34 for LUNCH meals for the jury in this matter on AUGUST 16, 2006.

New Orleans, Louisiana, this 16th day of AUGUST, 2006.

UNITED STATES DISTRICT JUDGE

# MOTHER'S RESTAURANT
## FOOD ORDER

DATE: _____                TIME: _____

NAME: Judge Fallon      4th Floor
ADDRESS:

Miss Lambert

PHONE: 589-7545

PICK UP    (DELIVERY)         #1323
            12:30           HOUSE CHG

CREDIT CARD

1 - Grilled Shrimp Salad (Blue cheese)
1 - Chef Salad (Ranch)
1 - Grilled Chicken Salad (Ranch)
1 - Fried Shrimp Salad (Ranch)
1 - Grilled Shrimp Salad (Blue cheese)
1 - Seafood Platter  F.F. + Turnip Gr.
1 - Seafood Platter  F.F. only
1 - Oyster plate  F.F. Turnip Gr.

Deliver
12:30

$116.34

CLERK'S OFFICE
A TRUE COPY
AUG 21 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

