UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 21 PM 12:57
LORETTA G. WHYTE
CLERK

IN RE: VIOXX

MDL 1657

GERALD BARNETT

NO. 06-485

VERSUS

MERCK & CO., INC.

SECTION: L

## ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to  MOTHER'S RESTAURANT  the sum of $ 134.99 for LUNCH meals for the jury in this matter on AUGUST 17, 2006 .

New Orleans, Louisiana, this 17th day of AUGUST, 2006.

UNITED STATES DISTRICT JUDGE

## MOTHER'S RESTAURANT
## FOOD ORDER

DATE: _____   TIME: _____

NAME: Judge Fallon
ADDRESS: 4th Floor

PHONE: 589-7545

PICK UP    (DELIVERY)    Charge
           NOON          HOUSE CHG

CREDIT CARD

1 - Seafood Platter  F.F. Turnip G.
1 - Shrimp Grilled Salad  Ranch
1 - Shrimp plate  pot sal.
1 - sweet potato pie
1 - Shrimp Grilled  poboy dinn
1 - F. Fries
1 - Seafood Platter  F. Fries Turnip G.
1 - Shrimp Grilled  poboy dinn
1 - Seafood Platter  F. Fries Turnip G.
1 - Shrimp plate  Cabbage

RECEIVED AUG 17 2006 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

CLERK'S OFFICE
A TRUE COPY
AUG 21 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La

## Mother's Restaurant Receipt

**Nobody!... But Nobody! Bakes Ham Like**
*Mother's Restaurant*
401 Poydras Street          Phone 523-965[?]
...... "WHERE QUALITY REIGNS" ......
New Orleans, LA          Aug. 17 20 06

Judge Fallon
589-7545   4th Floor

Jury Lunch

$134.99

---

MOTHER'S
RESTAURANT

0057a     #Party 1
SANDRA S    SvrCk: 56  10:03 08/17/06

| Item | Amount |
|---|---|
| NAME, JUDGE FALLON | 0.00 |
| 3 SEAFOOD PLATTER, 1 w/greens, w/fr fries, w/tartar, 1 w/greens, w/fr fries, w/cocktail s, 1 w/greens, w/fr fries, w/tartar | 55.50 |
| 1 SHRIMP SALAD, grilled, ranch dres | 12.00 |
| 2 FRIED SHRIMP, 1 w/greens, w/potato salad, w/tartar, 1 w/cabbage, w/fr fries, w/tartar | 25.00 |
| 1 SWEET POTATO PIE | 4.00 |
| 2 SHRIMP POBOY, 1 no sauce, GRILLED, 1 no sauce | 23.00 |
| 1 FRENCH FRIES | 3.50 |

Sub Total: 123.00
Tax: 11.99
08/17 10:05 **TOTAL: 134.99**

US DIST COURT, 1323
NOTES:

*** THANK YOU ***
FOR DINING WITH US.

000000  000574

|   | AMT-TEND | CHANGE | TALLY |
|---|---|---|---|
| HOUSE CHAR | 134.99 |  | 134.99 |
|   |   |   | 134.99 |

Memo: CREDIT 1323 -  134.99
08/17/06 10:05

RECEIVED
AUG 17 2006
CLERK'S OFFICE / CHAMBERS OF
A TRUE COPY
AUG 21 2006
No. 01[??]
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.