**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**
   *Smith v. Merck & Co., Inc.*, 05-4379
   *Mason v. Merck & Co., Inc.*, 06-810

**ORDER**

Two similar motions are pending before the Court: the Plaintiff's Motion to Compel Discovery Responses of Merck & Co., Inc., and Request for Expedited Hearing (Rec. Doc. 6334) in the *Smith* case, and the Plaintiff's Motion to Compel Discovery Responses of Merck & Co., Inc. and Request for Expedited Hearing (Rec. Doc. 6063) in the *Mason* case.

IT IS ORDERED that the Court will hear oral argument on both motions on August 24, 2006 at 11:00 a.m. following the monthly status conference.

New Orleans, Louisiana, this   22nd   day of   August  , 2006.

                                                      */s/ Eldon E. Fallon*
                                                      UNITED STATES DISTRICT JUDGE