UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| ROBERT G. SMITH | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:05cv04379 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER REGARDING DAUBERT MOTION SCHEDULE

On this day, the Court considered the parties' Joint Stipulation and Proposed Order Regarding Daubert Motion Schedule, and the Court, after reviewing the pleadings and considering the agreement of the parties is of the opinion that said request should be GRANTED.

It is, therefore, ORDERED that the following deadlines shall be effective pertaining to the parties' Daubert Motions which will be heard on September 6, 2006, at 1:30 p.m.

1. Plaintiff will file any *Daubert* motions against Dr. Jerome Cohen and Dr. Craig Pratt by August 25, 2006. Defendant's response will be due by September 1, 2006. Any reply will be due by September 4, 2006.

2. Plaintiff will serve via electronic-service to opposing counsel and the Court any *Daubert* motions against Dr. Paul Roach by August 27, 2006. Any such motion will then be filed by August 28, 2006. Defendant's Response will be due by September 1, 2006. Any reply will be due by September 4, 2006.

3.  Merck will file any *Daubert* motion relating to Dr. Gary Sander by August 24, 2006. Plaintiff's response will be due August 31, 2006. Any reply will be due by September 4, 2006.

Entered this 22nd day of August, 2006

*Eldon E. Fallon*
_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE