# Exhibit A

Exhibit A

**Remer and Georges-Pierre PA**
**Plaintiffs Who Failed to Provide a Plaintiff Profile Form**

| Case Name | Docket Number | Plaintiff | Original PPF Due Date | 1st Warning Letter Sent | 1st Warning Letter Due Date | Ex. | 2nd Warning Letter Sent | 2nd Warning Letter Due Date | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Andre C. Julien v. Merck & Co., Inc. | 2:05-cv-01745 | Andre Julien | December 15, 2005 | January 26, 2006 | February 15, 2006 | B | April 7, 2006 | April 27, 2006 | K |
| Mathilde Julien v. Merck & Co., Inc. | 2:05-cv-01751 | Mathilde Julien | December 15, 2005 | January 26, 2006 | February 15, 2006 | C | April 7, 2006 | April 27, 2006 | L |
| Rosette Manasse v. Merck & Co., Inc. | 2:05-cv-01750 | Rosette Manasse | December 30, 2005 | February 21, 2006 | March 13, 2006 | D | April 7, 2006 | April 27, 2006 | M |
| Philomene Oltine v. Merck & Co., Inc. | 2:05-cv-01744 | Philomene Oltine | December 30, 2005 | February 21, 2006 | March 13, 2006 | E | April 7, 2006 | April 27, 2006 | N |
| Jeanne Petit Louis v. Merck & Co., Inc. | 2:05-cv-01742 | Jeanne Petit Louis | December 30, 2005 | February 21, 2006 | March 13, 2006 | F | April 7, 2006 | April 27, 2006 | O |
| Clamard Reveil v. Merck & Co., Inc. | 2:05-cv-01748 | Clamard Reveil | December 30, 2005 | February 21, 2006 | March 13, 2006 | G | April 7, 2006 | April 27, 2006 | P |
| Charite Toussaint v. Merck & Co., Inc. | 2:05-cv-01752 | Charite Toussaint | January 14, 2006 | February 21, 2006 | March 13, 2006 | H | April 7, 2006 | April 27, 2006 | Q |
| Anne I. Chavannes v. Merck & Co., Inc. | 2:05-cv-01743 | Anne Chavannes | November 15, 2005 | December 2, 2005 | December 22, 2005 | I | March 14, 2006 | April 3, 2006 | R |
| Cecilia Achille v. Merck & Co., Inc. | 2:05-cv-01749 | Cecilia Achille | November 15, 2005 | December 8, 2005 | December 28, 2005 | J | February 7, 2006 | February 27, 2006 | S |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Andre C. Julien v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01745-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Andre C. Julien. Pretrial Order No. 18B required Mr. Julien to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Andre C. Julien no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

```
** TX STATUS REPORT **          AS OF  JAN 26 2006 17:34  PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME        TO/FROM       MODE  MIN/SEC  PGS  JOB#  STATUS
   05  01/26 17:33     13054165005 EC--S  00'34"  002  224   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008863_1.DOC

MDL05002716

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:**    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mathilde Julien v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01751-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mathilde Julien. Pretrial Order No. 18B required Ms. Julien to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mathilde Julien no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

```
** TX STATUS REPORT **            AS OF  JAN 26 2006 17:35  PAGE.01

                                          HUGHES HUBBARD


       DATE  TIME     TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
  06  01/26 17:34   13054165005 EC--S  00'35"  002   225   OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0U560UZ18

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0056002I9

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Rosette Manasse v. Merck & Co., Inc.*
*Docket No. 2:05-cv-01750-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosette Manasse. Pretrial Order No. 18B required Ms. Manasse to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosette Manasse no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M005D28792

---

JOB STATUS REPORT

```
TIME  : 02/21/2006 14:37
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME         02/21 14:37
FAX NO./NAME      1008734183513054165005
DURATION          00:00:33
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028793

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005D28794

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Philomene Oltine v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01744-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philomene Oltine. Pretrial Order No. 18B required Ms. Oltine to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Philomene Oltine no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME   : 02/21/2006 14:36
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME          02/21  14:36
FAX NO./NAME       10007341835130541650005
DURATION           00:00:33
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Iol Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028796

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005028/9/1

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Jeanne Petit Louis v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-01742-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jeanne Petit Louis. Pretrial Order No. 18B required Ms. Louis to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jeanne Petit Louis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME  : 02/21/2006 14:17
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          02/21  14:17
FAX NO./NAME       1000734183513054165005
DURATION           00:00:23
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Clamard Reveil v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-01748-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clamard Reveil. Pretrial Order No. 18B required Ms. Reveil to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Clamard Reveil no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT   │
                    └─────────────────────┘

                                    TIME  : 02/21/2006 14:15
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465730
                                    TEL # :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────────┐
│   DATE,TIME          02/21  14:15                                        │
│   FAX NO./NAME       10007341835130541650805                            │
│   DURATION           00:00:24                                           │
│   PAGE(S)            02                                                 │
│   RESULT             OK                                                 │
│   MODE               STANDARD                                          │
│                      ECM                                                │
└──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
>        *MDL No. 1657*
>        *Charite Toussaint v. Merck & Co., Inc.*
>        *Docket No. 2:05-cv-01752-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charite Toussaint. Pretrial Order No. 18B required Ms. Toussaint to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Charite Toussaint no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
                    ┌──────────────────────┐
                    │  JOB STATUS REPORT   │
                    └──────────────────────┘

                                    TIME  : 02/21/2006 14:14
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038

        ┌─────────────────────────────────────────────────────────────┐
        │  DATE,TIME                    02/21  14:14                   │
        │  FAX NO./NAME                 10007341835130541650005        │
        │  DURATION                     00:00:22                       │
        │  PAGE(S)                      02                             │
        │  RESULT                       OK                             │
        │  MODE                         STANDARD                       │
        │                               ECM                            │
        └─────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201.536.0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 2, 2005

**VIA TELECOPY (216-696-3924)**

Stuart E. Scott, Esq.
Spangenberg Shilbey and Liber LLP
1900 East Ninth Street
2400 National City Center
Cleveland, OH 44114

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anne I. Chavannes v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01743-EEF-DEK*

Dear Mr. Scott:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anne I Chavannes. Pretrial Order No. 18B required Ms. Chavannes to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Anne I Chavannes no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY 1003635_1.DOC

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                      TIME  : 12/02/2005 18:30
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : 000005100038
```

```
┌───────────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              12/02  18:30                                         │
│  FAX NO./NAME           10007341835                                          │
│  DURATION               00:00:28                                             │
│  PAGE(S)                02                                                   │
│  RESULT                                                                      │
│  MODE                   STANDARD                                             │
│                         ECM                                                  │
└───────────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|----|------|---------|
| Stuart E. Scott, Esq. | Spangenberg Shilbey and Liber LLP | 216-696-3924 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| Stuart E. Scott, Esq. | Spangenberg Shilbey and Liber LLP | 216-696-3924 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

NY 1003635_1.DOC

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 8, 2005

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

      Re:     *In re Vioxx® Products Liability Litigation*
                *MDL No. 1657*
                *Cecilia Achille v. Merck & Co., Inc.*
                <u>*Docket No. 2:05-cv-01749-EEF-DEK*</u>

Dear Mr. Georges-Pierre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cecilia Achille. Pretrial Order No. 18B required Ms. Achille to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Cecilia Achille no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

      */s/ John N. Poulos*

      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M005007029

```
** TX STATUS REPORT **              AS OF   DEC 08 2005 16:20   PAGE.01

                                            HUGHES HUBBARD

       DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
   29  12/08 16:20    13054165005  EC--S   00'34"    002   073   OK
------------------------------------------------------------------------
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 8, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1003635 1.DOC

M00SD07030

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
                              TIME  : 12/08/2005 17:02
                              NAME  :
                              FAX#  :
                              TEL # :
                              SER.# : 000005100038
```

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│   DATE,TIME              12/08  17:02                              │
│   FAX NO./NAME           10007341835185083781780                  │
│   DURATION               00:00:24                                 │
│   PAGE(S)                02                                        │
│   RESULT                 OK                                        │
│   MODE                   STANDARD                                 │
│                          ECM                                      │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 8, 2005 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005D07032

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
>       *MDL No. 1657*
>       *Andre C. Julien v. Merck & Co., Inc.*
>       *Docket No. 2:05cv01745*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Andre C. Julien. Pretrial Order No. 18B required you to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Andre C. Julien no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

M006B06437

JOB STATUS REPORT

```
TIME   : 04/07/2006 10:04
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

| | |
|---|---|
| DATE,TIME | 04/07  10:04 |
| FAX NO./NAME | 1000734183513054165005 |
| DURATION | 00:00:25 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

M006B06438

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006B06439

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Mathilde Julien v. Merck & Co., Inc.*
        *Docket No. 2:05cv01751*

Dear Mr. Georges-Pierre:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mathilde Julien.  Pretrial Order No. 18B required you to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Mathilde Julien no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                                        Very truly yours,

                                        */s/ John N. Poulos*

                                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

NY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06405

```
                        ┌─────────────────────┐
                        │  JOB STATUS REPORT  │
                        └─────────────────────┘

                                TIME  : 04/07/2006 10:05
                                NAME  : HUGHES HUBBARD
                                FAX#  : 2019465738
                                TEL#  :
                                SER.# : 000005100038
```

```
      DATE,TIME              04/07  10:04
      FAX NO./NAME           10007341835130541G5005
      DURATION               00:00:24
      PAGE(S)                02
      RESULT                 OK
      MODE                   STANDARD
                             ECM
```

M006B06406

# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Rosette Manasse v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01750-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosette Manasse. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosette Manasse no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
     Russ M. Herman, Esq. (via telecopy)

NY

MDL6B06518

JOB STATUS REPORT

```
TIME  : 04/07/2006 10:10
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 04/07  10:10 |
| FAX NO./NAME | 10007341835130541650005 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

M006B06519

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Philomene Oltine v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01744-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philomene Oltine. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Philomene Oltine no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006B06515

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
                    TIME  : 04/07/2006 10:11
                    NAME  : HUGHES HUBBARD
                    FAX#  : 2019465738
                    TEL#  :
                    SER.# : 000005100038
```

| DATE,TIME | 04/07  10:11 |
|---|---|
| FAX NO./NAME | 10007341835130541665005 |
| DURATION | 00:00:25 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

MDD6B06516

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M00BB06517

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:** *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Jeanne Petit Louis v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01742-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jeanne Petit Louis. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jeanne Petit Louis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

JOB STATUS REPORT

```
TIME  : 04/07/2006 10:12
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME                    04/07  10:12
FAX NO./NAME                 10007341835130541650005
DURATION                     00:00:24
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clamard Reveil v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01748-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clamard Reveil. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Clamard Reveil no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 04/07/2006 10:13
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

        ┌───────────────────────────────────────────────────────────┐
        │   DATE,TIME          04/07  10:13                           │
        │   FAX NO./NAME       10007341835130541650005                │
        │   DURATION           00:00:23                               │
        │   PAGE(S)            02                                      │
        │   RESULT             OK                                      │
        │   MODE               STANDARD                               │
        │                      ECM                                    │
        └───────────────────────────────────────────────────────────┘
```

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:     *In re Vioxx® Products Liability Litigation*
         *MDL No. 1657*
         *Charite Toussaint v. Merck & Co., Inc.*
         *Docket No. 2:05-cv-01752-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charite Toussaint. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Charite Toussaint no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
         Russ M. Herman, Esq. (via telecopy)

NY

JOB STATUS REPORT

TIME  : 04/07/2006 10:14
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

| | |
|---|---|
| DATE,TIME | 04/07  10:14 |
| FAX NO./NAME | 100073418351305416500S |
| DURATION | 00:00:25 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 14, 2006

**VIA TELECOPY AND U.S. MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anne I. Chavannes v. Merck & Co., Inc..*
> *Docket No. 2:05-cv-01743-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anne I. Chavannes. Pretrial Order No. 18B required Anne I. Chavannes to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Anne I. Chavannes no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (VIA TELECOPY AND U.S. MAIL)
Russ M. Herman, Esq. (VIA TELECOPY AND U.S. MAIL)

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY

```
** TX STATUS REPORT **        AS OF  MAR 14 2006 16:31  PAGE.01

                                    HUGHES HUBBARD


    DATE  TIME    TO/FROM      MODE  MIN/SEC  PGS  JOB#  STATUS
23  03/14 16:30   13054165005 EC--S 00'39"   002  190   OK
```

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Anthony M. Georges, Esq.    **DATE:** March 14, 2006

**FIRM:**                          **FAX NO:** 305-416-5005

**CITY:**                          **TEL NO:**

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** Gemma Pineiro          **TEL NO:** 201-946-5701

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.
NJ Document4

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**  Anthony M. Georges, Esq.      DATE:  March 14, 2006

FIRM: _____ FAX NO:  305-416-5005

CITY: _____ TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**  Gemma Pineiro      TEL NO:  201-946-5701

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NJ Document4

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 7, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re: *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Achille, Cecilia v. Merck & Co., Inc..*
*Docket No. 2:05-cv-01749-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cecilia Achille. Pretrial Order No. 18B required Cecilia Achille to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Cecilia Achille no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M006019358

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 02/07/2006 11:38
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

  ┌──────────────────────────────────────────────────────────────────────┐
  │   DATE,TIME              02/07  11:38                                   │
  │   FAX NO./NAME           10007341835113054165005                       │
  │   DURATION               00:00:23                                      │
  │   PAGE(S)                02                                            │
  │   RESULT                 OK                                            │
  │   MODE                   STANDARD                                     │
  │                          ECM                                          │
  └──────────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601

Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006019359

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006019360