UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Andre C. Julien v. Merck & Co., Inc., 05-01745 | * | |
| | * | |
| Mathilde Julien v. Merck & Co., Inc., 05-01751 | * | |
| | * | |
| Rosette Manasse v. Merck & Co., Inc., 05-01750 | * | |
| | * | |
| Philomene Oltine v. Merck & Co., Inc., 05-01744 | * | |
| | * | |
| Jeanne Petit Louis v. Merck & Co., Inc., 05-01742 | * | |
| | * | |
| Clamard Reveil v. Merck & Co., Inc., 05-01748 | * | |
| | * | |
| Charite Toussaint v. Merck & Co., Inc., 05-01752 | * | |
| | * | |
| Anne I. Chavannes v. Merck & Co., Inc., 05-01743 | * | |
| | * | |
| Cecilia Achille v. Merck & Co., Inc., 05-01749 | * | |
| * * * * * * * * * * * * * * * * | * | |

**NOTICE OF HEARING**

Please take notice that Merck & Co., Inc.'s Rule to Show Cause and Incorporated Memorandum will be brought on for hearing on the ___ day of _____, 2006, at _____

825279v.1

o'clock a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

                                        */s/ Dorothy H. Wimberly*
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, LA 70130

                                        Defendants' Liaison Counsel

825279v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing on Rule to Show Cause and Incorporated Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

825279v.1