**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Monday, July 17, 2006 9:36 AM
**To:** carrie.jablonski@bartlit-beck.com
**Cc:** lwright@wattslawfirm.com; Russ Abney
**Subject:** Mark Furman

Carrie-

Please produce all data, such as call notes, weekly notes, IMS data, etc., Merck has on plaintiff's designated experts, including without limitation, Dr. Mark Furman. As you know, Dr. Furman's deposition is being set in the very near future and we must have this information before presenting him.

Please advise whether you will produced without a court order.

*Grant Kaiser*

8/8/2006

**EXHIBIT A**