**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Tuesday, July 18, 2006 1:01 PM
**To:** carrie.jablonski@bartlit-beck.com; James L. ("Larry") Wright
**Cc:** Van Kirk, Robert
**Subject:** RE: Vioxx Smith -- Sommerkamp

Will Merck agree to shorten the time to respond to Plaintiff's discovery to July 31, 2006?  Getting
Merck's responses 2 weeks before trial is not workable for Plaintiff, or fair.