**EXHIBIT D**

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Wednesday, July 19, 2006 11:16 AM
**To:** Grant Kaiser
**Cc:** 'Van Kirk, Robert'
**Subject:** RE: Vioxx Smith -- Sommerkamp

I understand, and am pushing to get you an answer by the end of the day.

Not to beat a dead horse, but the one thing it would be extremely helpful to get from you would be a narrowed down document list (i.e., closer resembling the actual exhibits you would use at trial). We are going through these and will stipulate to whatever we can. However, the list is quite long at this point, and the time of our response is obviously directly related to how quickly we can make it through the list. My current understanding is that you cannot narrow it down, and so we will do our best with what we have. If that changes, please let me know.