**EXHIBIT E**

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Friday, July 21, 2006 12:11 PM
**To:** Grant Kaiser
**Cc:** 'Van Kirk, Robert'
**Subject:** RE: Depositions of Custodians of Records

Grant-

We will only agree to a custodial deposition after discovery cutoff if the request is reasonable and if it involves a manageable number of exhibits. We cannot agree to a blanket statement that allows you to take any depositions to prove up records after Aug 1. The parties were able to work these issues out in Barnett, and I would think we would be able to do so here as well.  (And Merck has already stipulated to many of the documents at issue in Barnett).