**EXHIBIT F**

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Friday, July 28, 2006 9:48 AM
**To:** Grant Kaiser
**Cc:** 'Van Kirk, Robert'
**Subject:** RE: Depositions of Custodians of Records

Grant- I have not heard back from you about the points raised in my email below.
[GK] I didn't think it was time yet to do this but we can start the process by referring to the documents involved in the Barnett case.

Also - please let me know when I will be getting copies of these docs. If we are going to get you answers by Aug 10, I need copies very soon. Thanks.
[GK] You have the Barnett exhibits; please consider those as ours for now. If we have supplemental exhibits, we will get to you.

---

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Monday, July 24, 2006 4:11 PM
**To:** 'Grant Kaiser'
**Cc:** 'Van Kirk, Robert'
**Subject:** RE: Depositions of Custodians of Records

Also -- we will need copies of the documents to which Plaintiff wants us to stipulate in Smith.

We cannot stipulate to a document until we see the actual copy of the document Plaintiff wants to use. I also know you were going to consider narrowing down the list of documents to which you wanted us to stipulate. Please send me that list (if applicable) as well as copies of the documents at your earliest convenience.
[GK] See above.

I'm also assuming that we can respond in letter format to your requests for us to stipulate to certain docs as business records. If this is incorrect, let me know.