**EXHIBIT G**

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Monday, August 07, 2006 11:22 AM
**To:** Grant Kaiser
**Subject:**


Grant -

I'm writing to let you know that I still haven't gotten any docs yet to which you are asking us to stipulate. We are going to need some time to review them after we receive them, and it is already the 7th. I had originally told you that we would aim to get you a response by Aug. 10, but that isn't going to be possible since I don't even have the documents in hand yet.  Please let me know when I should expect them so I can plan accordingly.

Thanks,
Carrie


**Carrie A. Jablonski**
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
312-494-4451 (office)
312-494-4440 (fax)
carrie.jablonski@bartlit-beck.com
**http://www.bartlit-beck.com**

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged.  This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee.  If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is

prohibited.
Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under United States Federal tax laws.