**EXHIBIT H**

**From:** Amy Carter
**Sent:** Wednesday, August 16, 2006 2:09 PM
**To:** 'carrie.jablonski@bartlit-beck.com'
**Cc:** Rick Jenkins; Grant Kaiser
**Subject:** RE: RFA exhibits

We will agree to give you an additional seven days for the documents for which you do not have images. For those documents where you have images, can you not give us answers before next Friday?

---

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Wednesday, August 16, 2006 1:24 PM
**To:** Amy Carter
**Cc:** Rick Jenkins; Grant Kaiser
**Subject:** RE: RFA exhibits

Amy:
We just got the CD this morning, and I have not yet looked at it. I hope to do so soon.

Our RFA responses are currently due next Friday. I will obviously need assurance that I can have more time to respond given that I'm still waiting for images from you, as well as an accurate list (i.e., w/ correct exhibit numbers) for all the docs. Please let me know if you're willing to agree to an additional 7 days for our response.

I will try to do this as quickly as I can, but obviously instead of having the typical amount of time to respond, we basically have a little over a week, and I still don't have all the images yet.

When can I expect to get those images?

Thanks,
Carrie