**Vergara, Catalina J.**

| | |
|---|---|
| **From:** | Jablonski, Carrie [carrie.jablonski@bartlit-beck.com] |
| **Sent:** | Saturday, August 19, 2006 10:51 AM |
| **To:** | Vergara, Catalina J. |
| **Subject:** | FW: Merck discovery responses |

**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Monday, August 14, 2006 12:11 PM
**To:** carrie.jablonski@bartlit-beck.com
**Subject:** RE: Merck discovery responses

Carrie-

Just focus on the ones you didn't say were produced already and you filed boilerplate objections to.

Yours truly,

# Grant Kaiser

The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

"*Zero day exploit.*"

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Monday, August 14, 2006 12:07 PM
**To:** Grant Kaiser
**Subject:** RE: Merck discovery responses

Grant, nearly all of the responsive, non-objectionable materials you ask for have been produced in Merck's universal production. This production is searchable. Further, there are not state-specific promotional materials (which is why I asked you to provide more detail re: your inquiry into "Kentucky" specific RFPs so I could make sure I knew to which RFPs you were referring). If you can point to specific RFPs, I can try to work with you to provide you with more information so we can confirm that no responsive docs exist, or whether there is a bona fide dispute between the parties as to the scope or type of production. Until you provide specifics, I cannot respond to you in any meaningful way.

Carrie

**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Monday, August 14, 2006 8:47 AM
**To:** carrie.jablonski@bartlit-beck.com
**Subject:** RE: Merck discovery responses

Carrie-

You can word search for "Kentucky" and find them just as easily as I can.

With respect to other areas, we were serious when we sent the requests and want real responses to all of them.  Will reconsider any of your responses?

Yours truly,

# Grant Kaiser

The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

"*Zero day exploit*."

---

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Monday, August 14, 2006 8:44 AM
**To:** Grant Kaiser
**Subject:** RE: Merck discovery responses

Grant -- to which RFP numbers are you referring re: the KY specific requests?

If you want to discuss any other specifics, let me know as well.

---

**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Monday, August 14, 2006 8:01 AM
**To:** carrie.jablonski@bartlit-beck.com
**Cc:** jboundas@williamsbailey.com; skherkher@williamsbailey.com; Brett Powers; lwright@wattslawfirm.com; Brandon Steffey
**Subject:** RE: Merck discovery responses

Carrie-

How about the KY specific requests?   You've not produced those anywhere to my knowledge but I stand to be corrected.

8/23/2006

Besides, your objections are not that "we've already produced these," but all the other boilerplate objections.

Just thought I'd try but I understand this is a routine procedure for Merck.

Yours truly,

# Grant Kaiser

The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

"*Zero day exploit*."

---

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Sunday, August 13, 2006 10:05 PM
**To:** Grant Kaiser
**Cc:** jboundas@williamsbailey.com; skherkher@williamsbailey.com; 'Brett Powers'; lwright@wattslawfirm.com; 'Brandon Steffey'
**Subject:** RE: Merck discovery responses

Grant-
As I previously represented in an email to you (cut and pasted below), I told you that we did not expect to have additional documents to produce in Smith because of Merck's prior productions to Plaintiffs. If you want to discuss specific categories of documents, I invite you to do so.

---

**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Wednesday, July 19, 2006 7:21 PM
**To:** 'Grant Kaiser'
**Cc:** 'Van Kirk, Robert'
**Subject:** Vioxx Smith -- Merck's expedited discovery responses

Grant-

In response to your request for Merck to expedite its response time, we will be able to respond to Plaintiff's RFPs, Interrogatories, and RFAs in an expedited fashion.

First and foremost, however, you should know that based on our review thus far of the RFAs, we do not expect that we will have additional documents to produce in Smith. Merck has already produced most, if not all, of the documents you ask for either in this case or in the master production set. However, we are going back

8/23/2006

through each of your requests carefully to determine if any additional responsive, non-objectionable documents exist.

In light of the special circumstances of this case and the fact that trial begins Sept 11, I can represent that we will do our best to serve our responses within 30 days (Aug 10), instead of the 45 days given in Judge Fallon's pretrial order. If it becomes apparent that we are not going to hit the Aug 10 date as the date approaches (which we do not expect to happen), I will let you know asap.

Carrie

**Carrie A. Jablonski**
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
312-494-4451 (office)
312-494-4440 (fax)
carrie.jablonski@bartlit-beck.com
http://www.bartlit-beck.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged.  This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee.  If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.
Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under United States Federal tax laws.

---

**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Sunday, August 13, 2006 9:54 PM
**To:** carrie.jablonski@bartlit-beck.com
**Cc:** jboundas@williamsbailey.com; skherkher@williamsbailey.com; Brett Powers; lwright@wattslawfirm.com; Brandon Steffey
**Subject:** Merck discovery responses

I assume that Merck will not voluntarily produce what we have requested, so I will consider this our conference unless I hear from you that Merck is serious about producing at least some of what we requested.

# Grant Kaiser

The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

"*Zero day exploit*."

8/23/2006

8/23/2006