

of counsel
NED BARNETT
RICHARD N. COUNTISS
ROBERT C. KUEHM

8441 GULF FREEWAY

SUITE 600

HOUSTON, TEXAS 77017-5051

713.230.2200

DIRECT 713.230.2281

CELL 713.598.3247

1.800.220.9341

FAX: 713.643.6226

E-mail:
cpeddie@williamsbailey.com

WEB SITE:
http://www.williamsbailey.com

COLLYN A. PEDDIE
ATTORNEY AT LAW

August 23, 2006

**VIA ELECTRONIC FILING**

Clerk, United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

RE:   VIOXX MDL No. 1657; Case No. 0:05-CV-04379; *Robert G. Smith v. Merck & Co., Inc. In the USDC for the Eastern District of Louisiana*

Dear Sir:

Yesterday, when copies of Defendant's Replies to our Motions in Limine were received, it was brought to our attention that the following Opposition to Defendant's Motion in Limine No. 3 was inadvertently neither filed nor served:

"Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence of, or Reference to, Marketing and Promotional Material Unrelated to Mr. Smith of His Prescribing Physician Dr. Michael Grefer."

Please let us know if anything further is required.

Very truly yours,

WILLIAMS ✛ BAILEY LAW FIRM, L.L.P

Collyn A. Peddie

/LL
Enclosures: as stated

cc:   All counsel of record