# Exhibit A

Exhibit A

**Remer and Georges-Pierre PA**
**Plaintiffs Who Failed to Provide a Plaintiff Profile Form**

| Case Name | Docket Number | Plaintiff | Original PPF Due Date | 1st Warning Letter Sent | 1st Warning Letter Due Date | Ex. | 2nd Warning Letter Sent | 2nd Warning Letter Due Date | Ex. |
|---|---|---|---|---|---|---|---|---|---|
| Andre C. Julien v. Merck & Co., Inc. | 2:05-cv-01745 | Andre Julien | December 15, 2005 | January 26, 2006 | February 15, 2006 | B | April 7, 2006 | April 27, 2006 | K |
| Mathilde Julien v. Merck & Co., Inc. | 2:05-cv-01751 | Mathilde Julien | December 15, 2005 | January 26, 2006 | February 15, 2006 | C | April 7, 2006 | April 27, 2006 | L |
| Rosette Manasse v. Merck & Co., Inc. | 2:05-cv-01750 | Rosette Manasse | December 30, 2005 | February 21, 2006 | March 13, 2006 | D | April 7, 2006 | April 27, 2006 | M |
| Philomene Oltine v. Merck & Co., Inc. | 2:05-cv-01744 | Philomene Oltine | December 30, 2005 | February 21, 2006 | March 13, 2006 | E | April 7, 2006 | April 27, 2006 | N |
| Jeanne Petit Louis v. Merck & Co., Inc. | 2:05-cv-01742 | Jeanne Petit Louis | December 30, 2005 | February 21, 2006 | March 13, 2006 | F | April 7, 2006 | April 27, 2006 | O |
| Clamard Reveil v. Merck & Co., Inc. | 2:05-cv-01748 | Clamard Reveil | December 30, 2005 | February 21, 2006 | March 13, 2006 | G | April 7, 2006 | April 27, 2006 | P |
| Charite Toussaint v. Merck & Co., Inc. | 2:05-cv-01752 | Charite Toussaint | January 14, 2006 | December 2, 2005 | December 22, 2005 | H | April 7, 2006 | April 27, 2006 | Q |
| Anne I. Chavannes v. Merck & Co., Inc. | 2:05-cv-01743 | Anne Chavannes | November 15, 2005 | December 2, 2005 | December 22, 2005 | I | March 14, 2006 | April 3, 2006 | R |
| Cecilia Achille v. Merck & Co., Inc. | 2:05-cv-01749 | Cecilia Achille | November 15, 2005 | December 8, 2005 | December 28, 2005 | J | February 7, 2006 | February 27, 2006 | S |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:**    ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Andre C. Julien v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01745-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Andre C. Julien. Pretrial Order No. 18B required Mr. Julien to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Andre C. Julien no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005600214

```
** TX STATUS REPORT **        AS OF   JAN 26 2006 17:34   PAGE.01

                                        HUGHES HUBBARD


       DATE  TIME      TO/FROM      MODE  MIN/SEC   PGS  JOB#  STATUS
  05   01/26 17:33     13054165005 EC--S  00'34"    002  224   OK
```

## Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Ioı Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1098862_1.DOC

MDL580Z716

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:**  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Mathilde Julien v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01751-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mathilde Julien. Pretrial Order No. 18B required Ms. Julien to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mathilde Julien no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M005600217 /

```
** TX STATUS REPORT **                  AS OF  JAN 26 2006 17:35   PAGE.01

                                                HUGHES HUBBARD

       DATE  TIME      TO/FROM       MODE  MIN/SEC   PGS  JOB#  STATUS
06   01/26 17:34    13054165005 EC--S  00'35"  002   225   OK
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M0056002I9

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

lol Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Rosette Manasse v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01750-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosette Manasse. Pretrial Order No. 18B required Ms. Manasse to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosette Manasse no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
     Russ M. Herman, Esq. (via telecopy)

M005028792

JOB STATUS REPORT

```
TIME  : 02/21/2006 14:37
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 02/21  14:37 |
| FAX NO./NAME | 18007341835413054165005 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028793

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005D28794

# Exhibit E

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Philomene Oltine v. Merck & Co., Inc.***
> <u>***Docket No. 2:05-cv-01744-EEF-DEK***</u>

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philomene Oltine. Pretrial Order No. 18B required Ms. Oltine to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Philomene Oltine no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

M005028795

JOB STATUS REPORT

```
TIME  : 02/21/2006 14:36
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          02/21  14:36
FAX NO./NAME       10007341835130541650085
DURATION           00:00:33
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028796

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005028/9161

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
>         *MDL No. 1657*
>         *Jeanne Petit Louis v. Merck & Co., Inc.*
>         *Docket No. 2:05-cv-01742-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jeanne Petit Louis. Pretrial Order No. 18B required Ms. Louis to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jeanne Petit Louis no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 02/21/2006 14:17
                              NAME  : HUGHES HUBBARD
                              FAX#  : 2019465738
                              TEL#  :
                              SER.# : 000005100038

    ┌──────────────────────────────────────────────────────────┐
    │                                                            │
    │   DATE,TIME              02/21  14:17                       │
    │   FAX NO./NAME           10007341835130541650065            │
    │   DURATION               00:00:23                          │
    │   PAGE(S)                02                                 │
    │   RESULT                 OK                                 │
    │   MODE                   STANDARD                          │
    │                          ECM                               │
    │                                                            │
    └──────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clamard Reveil v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01748-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clamard Reveil. Pretrial Order No. 18B required Ms. Reveil to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Clamard Reveil no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

```
                            ┌─────────────────────┐
                            │  JOB STATUS REPORT  │
                            └─────────────────────┘

                                    TIME   : 02/21/2006 14:15
                                    NAME   : HUGHES HUBBARD
                                    FAX#   : 2019465738
                                    TEL #  :
                                    SER.#  : 000005100038
```

```
   DATE,TIME              02/21  14:15
   FAX NO./NAME           10007341835130541650C5
   DURATION              00:00:24
   PAGE(S)               02
   RESULT                OK
   MODE                  STANDARD
                         ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1O1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:     *In re Vioxx® Products Liability Litigation*
>           *MDL No. 1657*
>           *Charite Toussaint v. Merck & Co., Inc.*
>           *Docket No. 2:05-cv-01752-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charite Toussaint. Pretrial Order No. 18B required Ms. Toussaint to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Charite Toussaint no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

| JOB STATUS REPORT |
|---|

```
TIME  : 02/21/2006 14:14
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| DATE,TIME | 02/21  14:14 |
|---|---|
| FAX NO./NAME | 100073418351305416 5005 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 2, 2005

**VIA TELECOPY (216-696-3924)**

Stuart E. Scott, Esq.
Spangenberg Shilbey and Liber LLP
1900 East Ninth Street
2400 National City Center
Cleveland, OH 44114

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Anne I. Chavannes v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01743-EEF-DEK*

Dear Mr. Scott:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anne I Chavannes.  Pretrial Order No. 18B required Ms. Chavannes to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Anne I Chavannes no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
   Russ M. Herman, Esq. (via telecopy)

NY 1003635_1.DOC

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 12/02/2005 18:30
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : 000005100038
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME          12/02  18:30                                   │
│  FAX NO./NAME       10007341835                                    │
│  DURATION           00:00:28                                       │
│  PAGE(S)            02                                             │
│  RESULT                                                            │
│  MODE               STANDARD                                      │
│                     ECM                                            │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| Stuart E. Scott, Esq. | Spangenberg Shilbey and Liber LLP | 216-696-3924 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| Stuart E. Scott, Esq. | Spangenberg Shilbey and Liber LLP | 216-696-3924 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

NY 1003635_1.DOC

# Exhibit J

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

December 8, 2005

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Cecilia Achille v. Merck & Co., Inc.*
        *Docket No. 2:05-cv-01749-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cecilia Achille.  Pretrial Order No. 18B required Ms. Achille to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Cecilia Achille no later than twenty days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M005007029

```
** TX STATUS REPORT **          AS OF  DEC 08 2005 16:20  PAGE.01

                                        HUGHES HUBBARD

       DATE  TIME    TO/FROM    MODE  MIN/SEC  PGS  JOB#  STATUS
   29  12/08 16:20   13054165005 EC--S  00'34"  002  073   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 8, 2005 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1003635 1.DOC

M005D07030

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  : 12/08/2005 17:02
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          12/08  17:02
FAX NO./NAME       100073418351850837B178
DURATION           00:00:24
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 8, 2005 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005D07032

# Exhibit K

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Andre C. Julien v. Merck & Co., Inc.*
> *Docket No. 2:05cv01745*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Andre C. Julien. Pretrial Order No. 18B required you to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Andre C. Julien no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M00GB06437

JOB STATUS REPORT

```
TIME  : 04/07/2006 10:04
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME              04/07  10:04
FAX NO./NAME           10007341835130541650005
DURATION               00:00:25
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

M006B06438

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

# Exhibit L

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Mathilde Julien v. Merck & Co., Inc.*
> *Docket No. 2:05cv01751*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mathilde Julien. Pretrial Order No. 18B required you to serve this PPF no later than December 15, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mathilde Julien no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006B06404

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06405

```
┌─────────────────────────┐
│    JOB STATUS REPORT    │
└─────────────────────────┘
```

```
TIME   : 04/07/2006 10:05
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME           04/07  10:04
FAX NO./NAME        10007341835130541650005
DURATION            00:00:24
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

M00GB06406

# Exhibit M

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

Io1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Rosette Manasse v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-01750-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Rosette Manasse. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Rosette Manasse no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

MO06B06518

JOB STATUS REPORT

```
TIME  : 04/07/2006 10:10
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME           04/07  10:10
FAX NO./NAME        100073418351305416500S
DURATION            00:00:22
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

M006B06519

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06520

# Exhibit N

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

Re: *In re Vioxx® Products Liability Litigation*
   *MDL No. 1657*
   *Philomene Oltine v. Merck & Co., Inc.*
   *Docket No. 2:05-cv-01744-EEF-DEK*

Dear Mr. Georges-Pierre:

   We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Philomene Oltine. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

   Please produce a completed PPF for Philomene Oltine no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

   Very truly yours,

   */s/ John N. Poulos*

   John N. Poulos

cc: Phillip A. Wittmann, Esq. (via telecopy)
  Russ M. Herman, Esq. (via telecopy)

NY

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
```

```
                                    TIME  : 04/07/2006 10:11
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL#  :
                                    SER.# : 000005100038
```

```
    DATE,TIME               04/07  10:11
    FAX NO./NAME            10007341835130541 65005
    DURATION               00:00:25
    PAGE(S)                02
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

M006B06516

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06517

# Exhibit O

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Jeanne Petit Louis v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01742-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Jeanne Petit Louis. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Jeanne Petit Louis no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
     Russ M. Herman, Esq. (via telecopy)

NY

JOB STATUS REPORT

TIME  : 04/07/2006 10:12
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

DATE,TIME            04/07  10:12
FAX NO./NAME         100073418351305416005
DURATION            00:00:24
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Clamard Reveil v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01748-EEF-DEK*

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Clamard Reveil.  Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Clamard Reveil no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone:  201-536-9220
Fax:  201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

NY 1026789_1.DOC

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                  TIME  : 04/07/2006 10:13
                                  NAME  : HUGHES HUBBARD
                                  FAX#  : 2019465738
                                  TEL#  :
                                  SER.# : 000005100038
```

```
        DATE,TIME               04/07  10:13
        FAX NO./NAME            10007341835130541650065
        DURATION               00:00:23
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (305-416-5005) & US MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Charite Toussaint v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01752-EEF-DEK*

Dear Mr. Georges-Pierre:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above.  This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Charite Toussaint.  Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Charite Toussaint no later than ten (10) days from the date of this letter.  Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery.  If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

      Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

.

┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘

```
TIME  : 04/07/2006 10:14
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME          04/07  10:14
FAX NO./NAME       10007341835130541650005
DURATION           00:00:25
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit R

# Hughes Hubbard & Reed LLP

_A New York Limited Liability Partnership_

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

March 14, 2006

**VIA TELECOPY AND U.S. MAIL**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

> Re: **_In re Vioxx® Products Liability Litigation_**
> **_MDL No. 1657_**
> **_Anne I. Chavannes v. Merck & Co., Inc.._**
> **_Docket No. 2:05-cv-01743-EEF-DEK_**

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Anne I. Chavannes. Pretrial Order No. 18B required Anne I. Chavannes to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Anne I. Chavannes no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

_/s/ John N. Poulos_

John N. Poulos

cc: Phillip A. Wittmann, Esq. (VIA TELECOPY AND U.S. MAIL)
Russ M. Herman, Esq. (VIA TELECOPY AND U.S. MAIL)

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY

```
** TX STATUS REPORT **                AS OF   MAR 14 2006 16:31   PAGE.01

                                         HUGHES HUBBARD


         DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   JOB#  STATUS
     23  03/14 16:30     13054165005 EC--S   00'39"    002   190   OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

TO: ___Anthony M. Georges, Esq.___          DATE: ___March 14, 2006___

FIRM: _____          FAX NO: ___305-416-5005___

CITY: _____          TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:     2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

FROM: ___Gemma Pineiro___          TEL NO: ___201-946-5701___

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NJ Document4

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:**   Anthony M. Georges, Esq.          DATE:   March 14, 2006

FIRM: _____   FAX NO:   305-416-5005

CITY: _____   TEL NO: _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:**   Gemma Pineiro          TEL NO:   201-946-5701

MESSAGE:

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NJ Document4

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 7, 2006

**VIA TELECOPY (305-416-5005)**

Anthony M. Georges-Pierre, Esq.
Remer and Georges-Pierre PA
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132

>           *Re:*    ***In re Vioxx® Products Liability Litigation***
>                    ***MDL No. 1657***
>                    ***Achille, Cecilia v. Merck & Co., Inc..***
>                    ***Docket No. 2:05-cv-01749-EEF-DEK***

Dear Mr. Georges-Pierre:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Cecilia Achille. Pretrial Order No. 18B required Cecilia Achille to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Cecilia Achille no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M006019358

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
```

```
TIME    : 02/07/2006 11:38
NAME    : HUGHES HUBBARD
FAX#    : 2019465738
TEL#    :
SER.#   : 000005100038
```

```
DATE,TIME           02/07  11:38
FAX NO./NAME        10007341835130541650005
DURATION            00:00:23
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:    2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006019359

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Anthony M. Georges-Pierre, Esq. | Remer and Georges-Pierre PA | 305-416-5005 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006019360