UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Case No. 2:05-CV-04379<br><br>Robert G. Smith<br><br>   vs.<br><br>Merck & Co., Inc. | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF'S FIRST AMENDED PRE-ADMISSION EXHIBIT LIST**

Plaintiff, Robert G. Smith, hereby submits his First Amended Pre-Admission Exhibit List. Because the parties are continuing to narrow the scope of their deposition designations and counter-designations, and because the Court's upcoming rulings may affect their scope, Plaintiff is not submitting his Deposition Exhibit List at this time. Plaintiff will finalize his lists after the parties have completed their exchanges and determined what testimony will actually be offered into evidence in Court, and after the Court has ruled on those designations.

Plaintiff reserves the right to add or withdraw exhibits on any of the lists referenced herein.

Dated:  August 24, 2006

                                          Respectfully submitted,

| | |
|---|---|
| Drew Ranier | /s/ Grant Kaiser |
| Louisiana Bar No. 8320 | Grant Kaiser |
| **RANIER, GAYLE & ELLIOT LLC** | Texas Bar No. 11078900 |
| 1419 Ryan Street | **THE KAISER FIRM LLP** |
| Lake Charles, Louisiana 70601 | 8441 Gulf Freeway, Suite 600 |
| (337) 494-7171; fax (337) 494-7218 | Houston, Texas 77017 |
| | (713) 223-0000; fax (713) 223-0440 |
| | |
| Walter Umphrey | Mikal Watts |
| Texas Bar No. 20380000 | Texas Bar No. 20981820 |
| **PROVOST UMPHREY LAW FIRM LLP** | **THE WATTS LAW FIRM LLP** |
| 490 Park Street | Tower II Building, 14th Floor |
| Beaumont, Texas 77701 | 555 North Carancahua Street |
| (409) 835-6000; fax (409) 838-8888 | Corpus Christi, Texas 78478 |
| | (361) 887-0500; fax (361) 887-0055 |
| | |
| James L. "Larry" Wright | John Eddie Williams, Jr. |
| Texas Bar No. 22038500 | Texas Bar No. 21600300 |
| **THE WATTS LAW FIRM LLP** | Jim Doyle |
| 111 Congress Avenue, Suite 1010 | Texas Bar No.6094450 |
| Austin, Texas 78701 | **WILLIAMS BAILEY LAW FIRM LLP** |
| (512) 479-0500; fax (512) 473-0328 | 8441 Gulf Freeway, Suite 600 |
| | Houston, Texas 77017 |
| | (713) 230-2200; fax (713) 643-6226 |

ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH

2

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of August, 2006.

/s/ Grant Kaiser
Grant Kaiser
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com


cc     By email only:

   Robert Van Kirk          rvankirk@wc.com
   **Williams & Connolly LLP**
   725 Twelfth Street Northwest
   Washington, D.C.  20005
   (202) 434-5000; fax (202) 434-5029

   Carrie A. Jablonski          carrie.jablonski@bartlit-beck.com
   **Bartlit, Beck, Herman, Palenchar & Scott LLP**
   54 West Hubbard Street, Suite 300
   Chicago, Illinois 60610
   (312) 494-4400; fax (312) 494-4440