UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased | **PARTIAL VOLUNTARY DISMISSAL BY STIPULATION** |
| Case No.: 2:05 CV 5753 | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1) that the following actions be and hereby are dismissed without prejudice to the refiling of the actions in federal court: Judy Allen, Jerry Hulker, William Chandler, Orville Haire and William Freimuth.  All other Plaintiffs' claims contained in this case are unaffected by this stipulation.

           Respectfully Submitted:

           *s/Alissa J. Magenheim*
           Alissa J. Magenheim
           O'Connor, Acciani & Levy
           Attorney for Plaintiffs

           s/*Melanie S. Bailey*
           Melanie S. Bailey
           Lopez, Hodes, Restaino, Milman & Skikos
           Attorney for Plaintiffs

           *s/Susan J. Pope*
           Susan J. Pope
           Frost Brown Todd LLC
           Attorney for Defendant