UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased | **ORDER** |

Case No.: 2:05 CV 5753

Having reviewed the Partial Voluntary Dismissal Pursuant to Rule 41(A)(1), and finding good cause therefore, it is hereby ordered that the following actions are dismissed without prejudice to the refiling of these actions in federal court:  Judy Allen, Jerry Hulker, William Chandler , Orville Haire and William Freimuth.

It is further ordered that this Order does not effect any other actions or claims contained in this case.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE FALLON

LEXLibrary 0106603.0537628 299192v.1