UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased, et al. | **STIPULATION AND ORDER TO CONVERT CERTAIN PLAINTIFFS TO TOLLING CLAIMANTS UNDER THE TOLLING AGREEMENT** |
| Case No.: 2:05 CV 5753 | |

WHEREAS, certain Plaintiffs in the above-named action, Mary Lou Nutzell, Janice Carpenter, individually and as Executor of the Estate of Charles Carpenter, Ron Haggard, Steven Book; and Defendant, Merck and Company, Inc. (hereinafter "Merck"), by their respective counsel, hereby stipulate and agree that it would be appropriate at this time to defer litigation on these claims.

Therefore, counsel for these named Plaintiffs herein and the counsel for Defendant Merck have agreed as follows:

1. That the Plaintiffs' complaint was filed on September 30, 2005;

2. That the Plaintiffs listed herein shall be converted from Plaintiffs to Claimants under the Tolling Agreement, entered in MDL No. 1657, June 2005;

3. That the tolling of Plaintiffs' claims is deemed timely pursuant to all applicable statute of limitations.

4. That each Plaintiff has complied with the requirements of said Tolling Agreement by timely serving a Plaintiff Profile Form and authorizations on Defendant; a Claimants Profile Form need not be served in these cases;

5. That the Defendant agrees and stipulates that the tolling date of each of these claims shall be the date of the filing of the original law suit, September 30, 2005;

6. That each Plaintiff agrees to all other conditions and terms contained in the Tolling Agreement.

IT IS SO STIPULATED.

Dated: June 7, 2006
      *s/Alissa J. Magenheim*
      Alissa J. Magenheim
      O'Connor, Acciani & Levy
      Attorney for Plaintiffs/Claimants

Dated: June 7, 2006
      *s/Melanie S. Bailey*
      Melanie S. Bailey
      Lopez, Hodes, Restaino, Milman & Skikos
      Attorney for Plaintiffs/Claimants

Dated: June 7, 2006
      *s/Susan J. Pope*
      Susan J. Pope
      Frost Brown Todd LLC
      Attorney for Defendant

**IT BEING SO STIPULATED, IT IS SO ORDERED.**

Dated: _____
      _____
      JUDGE FALLON
      DISTRICT COURT JUDGE