Exhibit A - Sander Depo Excerpts

• Expert Challenge No. 2

[1:] - [1:25]    8/15/2006    Sanders, Gary E.

```
page 1
    0001
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
        IN RE: VIOXX           MDL DOCKET NO. 1657
 5    PRODUCTS LIABILITY
      LITIGATION
 6
      THIS DOCUMENT RELATES    SECTION "L"
 7    TO:
 8    ROBERT G. SMITH          JUDGE FALLON
 9    VERSUS
10    MERCK & CO., INC.
11    Civil Action No. 2:05-CV-04379
12
13    CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
              Deposition of DR. GARY E. SANDER,
15    taken at the Law Offices of Stone, Pigman,
      Walther, Wittmann, 546 Carondelet Street, New
16    Orleans, Louisiana, on the 15th day of August,
      2006.
17
18
      APPEARANCES:
19
      Representing Garry Smith:
20
              THE WILLIAMS BAILEY LAW FIRM
21            Attorneys at Law
              BY:  JOHN T. BOUNDAS, ESQ.
22            8441 Gulf Freeway, Suite 600
              Houston, Texas 77017
23            jboundas@williamsbailey.com
              713-230-2200
24
                    -and-
25
page 2
 1            THE WATTS LAW FIRM
```

[55:12] - [55:19]    8/15/2006    Sanders, Gary E.

```
page 55
11  those that might be important.
12      Q.    And what issues do you recall
13  telling them were important other than blood
14  pressure?
15      A.    Well, the thrombotic potential
16  certainly.  And I think that I am comfortable
17  in saying produces thrombotic episodes.  And
18  that there is at least some evidence that
19  there can be progressive atherosclerosis.
20      Q.    And would you agree that is a
```

[71:2] - [71:4]    8/15/2006    Sanders, Gary E.

```
page 71
 1  identified, I think we were all confused.
 2            That is about the point where
 3  Merck chose to visit me and try to convince me
 4  that there was no issue with Vioxx.  And that
 5  is where many of my slides originated and that
```

Exhibit A - Sander Depo Excerpts

**• Expert Challenge No. 2**

[73:6] - [73:15]        8/15/2006     Sanders, Gary E.

```
page 73
 5  before that.
 6       Q.    How long have you known about
 7  NSAIDS and their relationship with
 8  hypertension?
 9       A.    Whether there could be a problem,
10  probably 20 years.  Maybe make it 15.
11  Somewhere in there.
12       Q.    Has that been well-known in the
13  scientific community?
14       A.    To those of us who are interested
15  in it.
16       Q.    And what is it there that you
```

[74:19] - [76:4]        8/15/2006     Sanders, Gary E.

```
page 74
18       A.    Yes.
19       Q.    Now, you said you became
20  interested in, was it COX-2 blood pressure
21  issues based upon information given to you by
22  Merck?
23       A.    Well, Merck came to me and I am
24  still not quite sure when it was.  My best
25  guess is the spring of 2001.  And wanted to
page 75
 1  assure me that the VIGOR trial in fact did not
 2  implicate Vioxx as a thrombotic agent; that
 3  rather naproxen was protective, because it in
 4  fact could inhibit platelets.
 5       Q.    Who was it that came to you?
 6       A.    I have not been able to remember
 7  the individual's name.  It was probably one of
 8  the liaisons.  Not the cardiovascular and
 9  osteoarthritis, whoever was dealing with
10  Vioxx.
11       Q.    Male or female?
12       A.    Male.
13       Q.    And was this just a meeting in
14  your office?
15       A.    Yes.  He came to my office.
16  Wanted to present me with the data to reassure
17  me that this was the issue.  He brought me
18  literature.  He offered me slides.  He asked
19  me if I would be willing to talk on Merck's
20  behalf to advocate the safety of Vioxx.
21       Q.    Do you feel he did anything
22  inappropriate, this person?
23       A.    At the time, no.
24       Q.    Today?
25       A.    Yes.
page 76
 1       Q.    What?
 2       A.    That he was misrepresenting.
 3       Q.    Misrepresenting what?
 4       A.    The true data.
 5       Q.    Did you look at the data back
```

[77:9] - [77:18]        8/15/2006     Sanders, Gary E.

```
page 77
 8  report.
 9       Q.    I assumed that this meeting with
10  Merck and any discussions with a Merck
11  representative hasn't played any role in your
12  opinions in this case?
13       MR. WRIGHT:
14             Object to the form.
15       THE WITNESS:
```

Exhibit A - Sander Depo Excerpts

- Expert Challenge No. 2

```
                          16            Well, I must say that it has
                          17  certainly caused me to question Merck's
                          18  integrity in that meeting.
                          19  BY MR. SKIDMORE:
```

[78:10] - [79:21]         8/15/2006     Sanders, Gary E.

```
                          page 78
                          9   BY MR. SKIDMORE:
                          10       Q.    And that those meetings and any
                          11  feelings you have about Merck are not a basis,
                          12  a factual basis, for any of the opinions you
                          13  are giving in this case?
                          14       A.    Of course not.
                          15       Q.    I assume that you don't have any
                          16  plans to discuss those meetings with the jury
                          17  in the case?
                          18       MR. WRIGHT:
                          19            Object to the form.
                          20       THE WITNESS:
                          21            I have not been asked to deal
                          22  with issues of Merck's behavior relative to
                          23  drug analysis and release.  And I don't feel
                          24  that I have expertise to do it.
                          25  BY MR. SKIDMORE:
                          page 79
                          1        Q.    And you don't have the expertise
                          2   to do what?
                          3        A.    To discuss what Merck knew, when
                          4   they knew it, what the issues with
                          5   publications were, the data tables.  The
                          6   entire discussion that I had read, but am not
                          7   going to talk about.
                          8        Q.    And you would need to know the
                          9   totality of the data and information before
                          10  you could talk about it?
                          11       MR. WRIGHT:
                          12            Object to the form.
                          13       THE WITNESS:
                          14            In terms of critiquing the
                          15  method, the behavior of Merck, I am not a
                          16  primary party to that.  Someone else I am sure
                          17  will go there and not I.
                          18       MR. SKIDMORE:
                          19            And you will not?
                          20       THE WITNESS:
                          21            I will not.
                          22       MR. WRIGHT:
```

[119:21] - [120:19]       8/15/2006     Sanders, Gary E.

```
                          page 119
                          20  it out.
                          21       Q.    Now, was this information you
                          22  requested from Merck?
                          23       A.    Yes.  What happened with this
                          24  engagement was he showed me a lot of material.
                          25  Convinced me that, you know, he had a
                          page 120
                          1   reasonable position with VIGOR based upon the
                          2   antiplatelet effects of Naprosyn.
                          3             Based upon my prior experiences
                          4   with Merck, which had been honorable, I took
                          5   him at face value.  He said, well, look.  If
                          6   this is true, would you go out and be willing
                          7   to talk to cardiologists, GPs, whatever, about
                          8   that and say, yes, Naprosyn is safe and
                          9   rofecoxib is probably neutral.
                          10            And I said, probably I would.
                          11  And I don't remember the specifics more than
                          12  that.  He said, well, I would like to have
```

Exhibit A - Sander Depo Excerpts

• **Expert Challenge No. 2**

```
13  slides.  Anybody comes in with any company and
14  offers me slides, the answer is always, yes.
15          But to get slides from a liaison
16  at any company, you have to request them.
17  They cannot send them to you without a
18  request.  So to my recollection, I sent an
19  E-mail requesting that information.
20      Q.   Have you requested information
```

[122:23] - [123:23]        8/15/2006    Sanders, Gary E.

```
page 122
22  part of it.
23          I was bothered that all these
24  drugs were changing blood pressure and causing
25  edema.  If they increased blood pressure, then
page 123
1   I know down the line, I know good and well
2   they are going to do other things.
3       Q.   Does any drug that raises blood
4   pressure carry with it an increased
5   cardiovascular risk?
6       A.   Any drugs which raises blood
7   pressure increases cardiovascular risk.  The
8   specific number, if you like, quoted by Dr.
9   Collins in the hypertension screening
10  detection program says that a three millimeter
11  increase in systolic blood pressure can
12  correlate with as high as a 20 percent
13  increase of heart failure, a 20 percent
14  increase in stroke and a 12 percent increase
15  in angina.
16      Q.   So you are a believer that any
17  drug that increases blood pressure can have a
18  cardiovascular risk associated with it?
19      A.   That was the subject of my talk
20  at the American Society of Hypertension, to
21  make physicians aware of drugs that increase
22  blood pressure, and therefore, may be
23  detrimental.
24      Q.   What drugs increase blood
```

[140:12] - [141:9]        8/15/2006    Sanders, Gary E.

```
page 140
11  page.
12      Q.   You mentioned that you felt that
13  Merck or this person that came by to see you
14  misled you in some way.  You said that
15  earlier.  Correct?
16      A.   In retrospect I believe that I
17  was misled.
18      Q.   In what way?
19      A.   In the interpretation of the
20  VIGOR trial.  In the argument that it was the
21  protective effect of Naprosyn rather than
22  thrombotic effect of rofecoxib that accounted
23  for the difference in thrombotic events.
24      Q.   Do you have any reason to believe
25  the person that you met with didn't believe
page 141
1   that?
2       A.   I don't know what people in Merck
3   believed and I am not going to go there.
4       Q.   And you don't -- do you plan to
5   testify about that?
6       A.   I am not going to testify what
7   internal communications existed in Merck and
8   what their plan was for dealing with
9   physicians.
10      Q.   So you do not believe that the
```

Exhibit A - Sander Depo Excerpts

• **Expert Challenge No. 2**
[216:2] - [218:18]          8/15/2006     Sanders, Gary E.

```
page 216
 1        A.    I do not.
 2        Q.    Would it be fair to say that
 3   there is no scientific study out there, either
 4   in humans or animals, that shows that Vioxx
 5   decreases prostacyclin in the coronary
 6   vasculature?
 7        MR. WRIGHT:
 8             Object to the form.
 9        THE WITNESS:
10             I am not aware of any.
11   BY MR. SKIDMORE:
12        Q.    As a scientist, you agree with
13   the theory that Vioxx reduces prostacyclin in
14   the coronary vasculature, is a hypothesis at
15   this time and not proven?
16        A.    From strictly a scientific
17   question, unrelated to observation of clinical
18   events, which of course is why we do the
19   scientific discussions, I am not aware that
20   anyone has done that study, nor perhaps could
21   they.
22        Q.    So would you agree that the
23   theory that Vioxx reduces prostacyclin in the
24   coronary vasculature is a hypothesis at this
25   time?
page 217
 1        MR. WRIGHT:
 2             Object to the form.  He just
 3   answered that question.
 4        THE WITNESS:
 5             Since I do not know specifically
 6   of any literature that has measured it.
 7   Although, we do know COX-2 is expressed.  And
 8   there is no reason to believe this mechanism
 9   is not operative.  I do not know of anything
10   that specifically demonstrates it.
11        MR. SKIDMORE:
12             Therefore, it is a hypothesis
13   right now?
14        MR. NABERS:
15             Objection to the form.
16        THE WITNESS:
17             I would not use the word
18   hypothesis.  I think that is the presumptive
19   reason why thrombotic events occur in the
20   coronary arteries.
21   BY MR. SKIDMORE:
22        Q.    But with no science right now
23   proving that, would you agree that is a
24   hypothesis until proven?  Would you agree it
25   is --
page 218
 1        A.    Well, clots occur in patients
 2   taking Vioxx in the coronary arteries.  I have
 3   no better mechanism, so I think it is a
 4   working hypothesis.  And I would go so far as
 5   to say it is an assumption by those of us who
 6   treat people with these problems.
 7        Q.    Every morning when the crow gets
 8   on the wind vane, weather wane and cross, the
 9   sun comes up, doesn't it?
10        MR. WRIGHT:
11             Object to the form.  You don't
12   need to answer that.
13   BY MR. SKIDMORE:
14        Q.    Are you aware of any scientific
15   proof that Vioxx reduces prostacyclin in the
16   coronary vasculature?
17        A.    I have never seen that
```

Exhibit A - Sander Depo Excerpts

- Expert Challenge No. 2

```
                              18  measurement published.
                              19       Q.   Now, would you agree that if your
```

[238:18] - [240:18]     8/15/2006    Sanders, Gary E.

```
page 238
17       A.   Those are some.
18       Q.   Now, the next section in your
19  report which is near the two thirds of the way
20  down Page 4, it says that "at least in certain
21  animal models, interruption of PGI-2
22  accelerates the development of progression of
23  atherosclerosis."
24            Do you see that?
25       A.   Yes.
page 239
1        Q.   Yes?
2        A.   Yes.
3        Q.   We talked earlier and you agreed
4   that this is not scientifically proven, but is
5   a hypothesis at this time.
6        MR. WRIGHT:
7             Object to the form.
8        THE WITNESS:
9             I think the actual interactions
10  in the formation of atherosclerosis is still
11  experimental as opposed to COX-2 in humans.  I
12  think there is some evidence that supports it.
13            I think there are some people who
14  still argue that they are not convinced and I
15  don't intend to go there.
16  BY MR. SKIDMORE:
17       Q.   And you don't intend in this case
18  to say that Mr. Smith had a progression of his
19  atherosclerosis or an acceleration of his
20  atherosclerosis due to Vioxx?
21       A.   No.
22       Q.   That is correct?
23       A.   That is correct.  I do not plan
24  to testify that he would have had accelerated
25  atherosclerosis from Vioxx.
page 240
1        Q.   Or a progression because of
2   Vioxx?
3        MR. WRIGHT:
4             Objection.
5        THE WITNESS:
6             I certainly would want to claim
7   that he had one coronary lesion which
8   progressed.
9   BY MR. SKIDMORE:
10       Q.   You are talking about the
11  thrombus?
12       A.   The thrombus, which is a coronary
13  lesion, atherosclerotic lesion which is
14  progressed.  That is what I am talking about.
15       Q.   But you are not going to say his
16  atherosclerotic process --
17       A.   In general, I have no evidence to
18  support that.
19       Q.   On Page 5 you talk about
```

[240:19] - [241:21]     8/15/2006    Sanders, Gary E.

```
page 240
18  support that.
19       Q.   On Page 5 you talk about
20  mechanisms within the kidney are also vitally
21  important.  Do you see that?
22       A.   Yes.  I do.
23       Q.   This section of the article, it
```

Exhibit A - Sander Depo Excerpts

• Expert Challenge No. 2

```
                    24  appears to me -- not article -- of your
                    25  report, is focused on potential increases in
                    page 241
                    1   blood pressure that can be caused by COX-2s.
                    2        A.   Blood pressures, fluid retention
                    3   and potentially heart failure.
                    4        Q.   Was fluid retention a problem
                    5   with Mr. Smith?
                    6        A.   No.  Not to my knowledge.
                    7        Q.   Was heart failure or congestive
                    8   heart failure a problem for Mr. Smith?
                    9        A.   I did not see any evidence of
                    10  that.
                    11       Q.   So I would assume that this
                    12  section of the report doesn't have application
                    13  to Mr. Smith?
                    14       A.   I think there is some blood
                    15  pressure issues to be discussed.
                    16       Q.   I meant the parts that had to do
                    17  with congestive heart failure and fluid
                    18  retention?
                    19       A.   Correct.  I am not aware of fluid
                    20  retention.  Certainly not aware of heart
                    21  failure.
                    22       Q.   What you are focused on is the
```

[268:22] - [269:14]          8/15/2006     Sanders, Gary E.

```
                    page 268
                    21  do it again actually.
                    22       Q.   Well, is it a sound scientific
                    23  hypothesis that Vioxx's anti-inflammatory
                    24  effect might slow the progression of
                    25  atherosclerosis and help stabilize plaque?
                    page 269
                    1        MR. WRIGHT:
                    2             Object to the form.
                    3        THE WITNESS:
                    4             In animal models.  There are
                    5   animal models that suggest that.  APO
                    6   deficient graph, which is supposedly the best
                    7   model for this, does not support that.  It is
                    8   pro-atherosclerotic.
                    9             Other models say it is
                    10  anti-atherosclerotic.  But I would say that
                    11  the reason you do animal models is to predict
                    12  what is going to happen in humans.  And once
                    13  we know what is going to happen in humans, the
                    14  animal models become less relevant.
                    15       Q.   You would agree that reduction of
```

[271:13] - [272:7]           8/15/2006     Sanders, Gary E.

```
                    page 271
                    12  BY MR. SKIDMORE:
                    13       Q.   Now, we have discussed this a
                    14  little earlier a little bit.  All NSAIDS can
                    15  cause hypertension, can they not?
                    16       A.   Probably.
                    17       Q.   Are you aware that that has been
                    18  in the label for NSAIDS for some time?
                    19       A.   I am not sure of when it was in
                    20  there, but we have known about it for some
                    21  time.
                    22       Q.   Were you also aware that the
                    23  potential for increases in blood pressure have
                    24  been a warned about risk of COX-2s that have
                    25  been in the labeling, including Vioxx, since
                    page 272
                    1   they went on the market?
                    2        A.   Yes.
```

Exhibit A - Sander Depo Excerpts

- **Expert Challenge No. 2**

```
                        3        Q.      So it is no surprise that COX-2s
                        4  can raise the level of blood pressure?
                        5        A.      No.  It is a given.  But with the
                        6  stronger COX-2s, more so than the less
                        7  stronger COX-2s.
                        8        Q.      Now, there are certain times that
```

[282:25] - [283:20]     8/15/2006     Sanders, Gary E.

```
                        page 282
                        24  positive family history.
                        25        Q.      We know from our discussions, at
                        page 283
                        1   least from the blood pressure readings, he was
                        2   prehypertensive?
                        3         A.      He was labile perhaps.
                        4         Q.      Didn't you tell me every blood
                        5   pressure reading but two were prehypertensive?
                        6         A.      I am sorry.  Did you say
                        7   prehypertensive or hypertensive?
                        8         Q.      Prehypertensive?
                        9         A.      Yes.  I am sorry.  He was
                        10  probably prehypertensive.
                        11        Q.      Is it conceivable that he was
                        12  hypertensive?
                        13        A.      Yes.  It is.
                        14        Q.      But we know at a minimum he was
                        15  likely prehypertensive?
                        16        A.      His blood pressures were higher
                        17  than optimal.
                        18        Q.      And that is a major risk factor
                        19  for cardiovascular disease?
                        20        A.      Yes.  It is.
                        21        Q.      Other than family history of
```

[316:10] - [316:25]     8/15/2006     Sanders, Gary E.

```
                        page 316
                        9   was certainly hypertensive when he came in.
                        10        Q.      My question is, did you consider
                        11  Mr. Smith hypertensive?
                        12        A.      We agreed he was hypertensive.
                        13        Q.      So you would say you looked at
                        14  the hypertensive category of data from which
                        15  study?
                        16        MR. WRIGHT:
                        17                He said he was hypertensive when
                        18  he came in.
                        19        THE WITNESS:
                        20                Well, we argued as to whether
                        21  hypertension was a risk factor.  I agree with
                        22  you that it was.  So he has hypertension.  He
                        23  has dyslipidemia.  He fits into the high risk
                        24  category in APPROVe.  His relative risk is
                        25  nine point something.
                        page 317
                        1                 If you don't even want to worry
```

[380:1] - [380:24]     8/15/2006     Sanders, Gary E.

```
                        page 379
                        25
                        page 380
                        1                 REPORTER'S CERTIFICATE
                        2
                        3
                        4         I, RUBY M. WALLEN, Certified Court
                        5   Reporter, do hereby certify that the
                        6   above-named witness, after having been first
                        7   duly sworn by me to testify to the truth, did
```

**Exhibit A - Sander Depo Excerpts**

- **Expert Challenge No. 2**

```
 8   testify as hereinabove set forth;
 9          That the testimony was reported by me
10   in shorthand and transcribed under my personal
11   direction and supervision, and is a true and
12   correct transcript, to the best of my ability
13   and understanding;
14          That I am not of counsel, not related
15   to counsel or the parties hereto, and not in
16   any way interested in the outcome of this
17   matter.
18
19
20
21          _____
             RUBY M. WALLEN
22           CERTIFIED COURT REPORTER
             CSR NO. 78022
23
24
25
```