Exhibit D - Courtade Depo Excerpts

• Expert Challenge No. 2

[1:1] - [1:25]    6/22/2006    Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
page 1
1               UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF LOUISIANA
3
4    - - - - - - - - - - - - - - -
     ROBERT G. SMITH            :
5                               :
              Plaintiff,        :
6    vs.                        : Case No. 2:05-CV-04379
                                :
7    MERCK & CO., INC.          :
                                :
8            Defendant.         :
     - - - - - - - - - - - - - - -
9
10
11           Deposition of:  DANIEL J. COURTADE, M.D.
12           Taken:          By the Defendant
                             Pursuant to notice & subpoena
13
             Date:           Thursday, June 22, 2006
14
             Time:           Commencing at 1:15 PM
15
             Place:          Northern Kentucky Heart Care
16                           380 Centre View Boulevard
                             Crestview Hills, Kentucky
17                           41017
18           Before:         Luke T. Lavin, RDR, CRR
                             Notary Public - Commonwealth
19                           of Kentucky
20
21
22
23
24
25
page 2
1    APPEARANCES:
```

[101:15] - [101:23]    6/22/2006    Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
page 101
14   and other cardiovascular complications.
15           Q.   Now, in this brochure it indicates
16   that high blood pressure can be defined as systolic
17   blood pressure of 140 or more --
18           A.   Correct.
19           Q.   -- or diastolic blood pressure of 90
20   or more --
21           A.   Correct.
22           Q.   -- measured on two or more occasions.
23           A.   Correct.
24           Q.   If you have either one of those,
```

[103:19] - [105:1]    6/22/2006    Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
page 103
18           A.   Okay.
19           Q.   And it would be -- the date is right
20   here (indicating), which is June 15th, 2000.
21           A.   Correct.
22           Q.   And if you'll look under the supine
23   blood pressure --
24           A.   Correct.
25           Q.   -- what does that say?
page 104
```

**Exhibit D - Courtade Depo Excerpts**

• **Expert Challenge No. 2**

```
                        1               A.      It's 135 over 100.
                        2               Q.      And so the -- on -- on this one the
                        3       diastolic is greater than 90?
                        4               A.      He's lying down.
                        5               Q.      Okay.
                        6               A.      He should have been sitting up.
                        7               Q.      Okay.
                        8               A.      If you want to -- if you want to
                        9       diagnose high blood pressure, he should have been
                       10       sitting up.  This is a sitting -- a different
                       11       setting, and I think this is preoperative risk --
                       12                       Well I'm not sure exactly the -- the
                       13       details of why he had this, but presumably this is
                       14       before an operation.  Or he's getting cleared for
                       15       surgery, is he?
                       16               Q.      Actually, these are from his primary
                       17       care physician --
                       18               A.      Okay.
                       19               Q.      -- records, from going in to see his
                       20       primary --
                       21               A.      Okay.
                       22               Q.      -- care physician.
                       23               A.      Yeah, but supine blood pressure 135
                       24       over 100, it is an alarm, but it is not a diagnosis
                       25       of high blood pressure until he's sitting arm at
                        page 105
                        1       heart level, two readings, five minutes of rest.
                        2               Q.      Okay.  Flip to the next page --
```

[103:19] - [104:1]      6/22/2006       Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                        page 103
                        18              A.      Okay.
                        19              Q.      And it would be -- the date is right
                        20      here (indicating), which is June 15th, 2000.
                        21              A.      Correct.
                        22              Q.      And if you'll look under the supine
                        23      blood pressure --
                        24              A.      Correct.
                        25              Q.      -- what does that say?
                        page 104
                        1               A.      It's 135 over 100.
                        2               Q.      And so the -- on -- on this one the
```

[105:2] - [106:4]       6/22/2006       Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                        page 105
                        1       heart level, two readings, five minutes of rest.
                        2               Q.      Okay.  Flip to the next page --
                        3               A.      Okay.
                        4               Q.      -- which would be August 3, 2000.  And
                        5       they show a blood pressure, sitting blood pressure
                        6       of -- with a diastolic of 90.
                        7               A.      Correct.
                        8               Q.      Which would be one of those in the
                        9       category of high blood pressure?
                       10               A.      Correct.
                       11               Q.      Then flip to the next page --
                       12                       MR. WRIGHT:  Object to the form.
                       13               Q.      -- which is three weeks later, August
                       14      24th, 2000.  And what is his sitting blood pressure
                       15      at that time?
                       16               A.      130 over 90.
                       17               Q.      And this is all before you ever saw
                       18      him.  Correct?
                       19               A.      Correct.
                       20               Q.      And these are records you're seeing
                       21      for the first time today?
                       22               A.      That is correct.
                       23               Q.      And so that would -- would that be a
                       24      second occasion?
```

**Exhibit D - Courtade Depo Excerpts**

• **Expert Challenge No. 2**

```
                            25          A.   That would be a second occasion.
                            page 106
                            1           Q.   And based upon the definition, would
                            2   that put him in the category of being a person diag--
                            3   that could be diagnosed with high blood pressure?
                            4           A.   Yes.
                            5           Q.   And what does that mean in terms of a
```

[106:1] - [106:8]        6/22/2006        Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                            page 105
                            25          A.   That would be a second occasion.
                            page 106
                            1           Q.   And based upon the definition, would
                            2   that put him in the category of being a person diag--
                            3   that could be diagnosed with high blood pressure?
                            4           A.   Yes.
                            5           Q.   And what does that mean in terms of a
                            6   risk factor for a cardiovascular disease?
                            7           A.   That will add to his risks of having
                            8   cardiovascular events, including heart attack.
                            9           Q.   Okay.  And if you'll flip to the next
```

[106:9] - [107:3]        6/22/2006        Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                            page 106
                            8   cardiovascular events, including heart attack.
                            9           Q.   Okay.  And if you'll flip to the next
                            10  page, it's from December 27th, '01, which is some
                            11  year or plus later.
                            12          A.   Right.
                            13          Q.   And what was his sitting blood
                            14  pressure?
                            15          A.   130 over 92.
                            16          Q.   And is that still in the same
                            17  category?
                            18          A.   That's still in the same category of
                            19  diastolic blood pressure or hypertension.
                            20          Q.   Okay.  And then if you could flip to
                            21  the next page, which would be August 26th of 2002,
                            22  and does he still have a hypertensive diastolic blood
                            23  pressure at that time?
                            24          A.   He still has a hypertensive diastolic
                            25  blood pressure.  He does have a narrow pulse
                            page 107
                            1   pressure, which is a good thing, but that's no -- not
                            2   been correlated anywhere near as well as a diastolic
                            3   blood pressure.
                            4           Q.   Okay.
```

[108:7] - [108:16]       6/22/2006        Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                            page 108
                            6           A.   Yes, it was.  Correct.
                            7           Q.   Prior to Garry's heart attack, was
                            8   hypertension a risk factor for Garry?
                            9           A.   Now looking at these records that you
                            10  provided me, I'd have to say Garry was hypertensive,
                            11  mild hypertension.  And that is a risk factor for
                            12  cardiovascular events, including heart attack, yes.
                            13          Q.   And is hypertension one of the more
                            14  major risk factors?
                            15          A.   Hypertension is a major risk factor.
                            16  Probably the major risk factor.
                            17          Q.   Okay.  Let me direct your attention to
```

[157:1] - [157:25]       6/22/2006        Courtade, Daniel J. 6-22-06 (Smith pp. 1-157)

```
                            page 156
                            25
```

**Exhibit D - Courtade Depo Excerpts**

• **Expert Challenge No. 2**

```
page 157
 1  COMMONWEALTH OF KENTUCKY:
                        SS:
 2  COUNTY    OF    KENTON:
 3       I, Luke  T.  Lavin, a duly qualified and commis-
 4  sioned notary public  in and for the Commonwealth  of
 5  Kentucky, do hereby certify that prior  to the giving
 6  of  his deposition, the within named Daniel J. Court-
 7  ade, M.D. was  by  me first duly sworn to testify the
 8  truth, the whole  truth, and  nothing  but the truth;
 9  that the foregoing pages  constitute a true  and cor-
10  rect transcript  of  testimony given at said time and
11  place  by  said  deponent; that  said  deposition was
12  taken  by  me  in  stenotypy and transcribed under my
13  supervision; that  I  am  neither  a  relative of nor
14  attorney for any of the  parties  to this litigation,
15  nor relative of nor employee of any of their counsel,
16  and have no interest whatsoever in the result of this
17  litigation.
18       IN  WITNESS  WHEREOF,  I  hereunto  set  my hand
19  and official   seal of  office, at  Cincinnati, Ohio,
20  this 23rd day of June 2006.
21
22
                        _____
23                      Luke T. Lavin, RDR-CRR, Notary
                        Public, Commonwealth of Kentucky
24
    My commission expires:
25  May 3, 2009.
```