**Exhibit D - Lucchesi's Depo Excerpts**

• **Expert Challenge No. 2**

[1:1] - [2:9]   10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 1
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4   In re:  VIOXX
5   PRODUCTS LIABILITY LITIGATION
6
7   This document relates to
8
9   EVELYN IRVIN PLUNKETT, As Personal
10  Representative of the Estate of RICHARD
11  IRVIN, JR.,
12             Plaintiff,
13      vs.            MDL Docket No. 1657
14                     Section L
15                     JUDGE FALLON
16                     MAGISTRATE JUDGE KNOWLES
17  MERCK & CO., INC.,
18             Defendant,
19                                    /
20  PAGE 1 TO 341
21
22
23     THE DEPOSITION OF BENEDICT LUCCHESI, M.D., Ph.D.
24                OCTOBER 18, 2005
25
page 2
1       The Videotaped Deposition of
2       BENEDICT ROBERT LUCCHESI, M.D., Ph.D.
3       Taken at Dahlmann Campus Inn, Terrace East Room,
4       615 East Huron Street
5       Ann Arbor, Michigan,
6       Commencing at 9:11 a.m.,
7       Tuesday, October 18, 2005,
8       Before Cynthia A. Chyla, CSR 0092.
9
10
```

[331:21] - [332:6]   10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 331
20  destruction of the tissue.
21      Q.   Would you agree, sir, that there's not a
22  single piece of peer-reviewed medical literature that
23  demonstrate even in an animal model that Vioxx
24  contributes to plaque rupture in the coronary artery?
25           MR. SIZEMORE:  Object to form.
page 332
1       A.   There may not be today.
2   BY MR. ISMAIL:
3       Q.   Are you agreeing, sir, or not?
4            MR. SIZEMORE:  Same objection.
5       A.   I'll agree to that because I don't know of
6   any literature that relates to that specific point.
7   BY MR. ISMAIL:
```

[340:1] - [340:25]   10/18/2005   Lucchesi, Benedict (Irvin-Plunkett Pltf. Expert)

```
page 339
25
page 340
1                CERTIFICATE OF NOTARY
2
3   STATE OF MICHIGAN  )
4                      ) SS
5   COUNTY OF OAKLAND  )
6       I, Cynthia Ann Chyla, Certified Shorthand
```

**Exhibit D - Lucchesi's Depo Excerpts**

• **Expert Challenge No. 2**

```
 7  Reporter, a Notary Public in and for the above county
 8  and state, do hereby certify that the above deposition
 9  was taken before me at the time and place hereinbefore
10  set forth; that the witness was by me first duly sworn
11  to testify to the truth, and nothing but the truth,
12  that the foregoing questions asked and answers made by
13  the witness were duly recorded by me stenographically
14  and reduced to computer transcription; that this is a
15  true, full and correct transcript of my stenographic
16  notes so taken; and that I am not related to, nor of
17  counsel to either party nor interested in the event of
18  this cause.
19
20
21                      _____
22                      Cynthia Ann Chyla, CSR-0092
23                      Notary Public,
24                      Oakland County, Michigan
25  My Commission expires:   05-12-2011
page 341
 1                      INDEX TO EXAMINATIONS
```