# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**MERCK & CO., INC.'S MOTION AND INCORPORATED
MEMORANDUM FOR LEAVE TO FILE MOTION TO EXCLUDE
IMPROPER REFERENCE TO MERCK'S DEFENSE OF OTHER
VIOXX®-RELATED LAWSUITS AND QUESTIONS OR ARGUMENT PERTAINING
TO NUMBER OF TIMES MERCK WITNESSES HAVE TESTIFIED PREVIOUSLY**

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, hereby moves the

Court for entry of an order granting it leave to file the attached Motion to Exclude Improper

Reference to Merck's Defense of Other Vioxx-Related Lawsuits and Questions or Argument

Pertaining to Number of Times Merck Witnesses Have Testified Previously, for the following

reasons:

The Scheduling Order previously entered by this Court set an August 7, 2006 deadline for filing motions in *limine*.  The issues addressed in the proposed motion arose during the *Barnett* trial, <u>after</u> the deadline.  Accordingly, Merck could not file the motion by the deadline. WHEREFORE, Merck & Co., Inc. moves for entry of an order granting it leave to file the attached Motion to Exclude Improper Reference to Merck's Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of Times Merck Witnesses Have Testified Previously.

Dated:  August 24, 2006                          Respectfully submitted,

                                                 */s/ Dorothy H. Wimberly*
                                                 Phillip A. Wittmann, 13625
                                                 Dorothy H. Wimberly, 18509
                                                 STONE PIGMAN WALTHER
                                                 WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, Louisiana  70130
                                                 Phone:  504-581-3200
                                                 Fax:      504-581-3361

                                                 Defendants' Liaison Counsel

                                                 Philip S. Beck
                                                 Andrew Goldman
                                                 Carrie A. Jablonski
                                                 BARTLIT BECK HERMAN PALENCHAR
                                                 & SCOTT LLP
                                                 54 West Hubbard Street, Suite 300
                                                 Chicago, Illinois  60610
                                                 Phone:  312-494-4400
                                                 Fax:      312-494-4440

825578v.1

Brian Currey
Catalina J. Vergara
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

And

Douglas R. Marvin
Robert A. Van Kirk
Emily Thacher-Renshaw
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

Attorneys for Merck & Co., Inc.

825578v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Leave to File Motion to Exclude Improper Reference to Merck's Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of Times Merck Witnesses Have Testified Previously has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of August, 2006.

_____

4

825578v.1