UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File the attached Motion and Incorporated Memorandum to Exclude Improper Reference to Merck's Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of Times Merck Witnesses Have Testified Previously,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file the Motion and Incorporated Memorandum to Exclude Improper Reference to Merck's

825578v.1

2

Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of Times Merck Witnesses Have Testified Previously..

    NEW ORLEANS, LOUISIANA, this \_\_\_ day of _____, 2006.


                                          _____
                                                DISTRICT JUDGE

825578v.1