**Exhibit A - MIL # 7 (Smith)**

- **Smith - MIL # 7 (Improper Reference)**

| | | |
|---|---|---|
| [2676:1] - [2676:25] | 8/17/2006 | Barnett Trial v.14 (pages 2676-2710)  (Jury Verdict) |

```
                    page 2676
                         2676
                    1                          UNITED STATES DISTRICT COURT
                    2                          EASTERN DISTRICT OF LOUISIANA
                    3
                    4
                    5        IN RE: VIOXX PRODUCTS       *    MDL DOCKET NO. 1657
                             LIABILITY LITIGATION        *
                    6                                    *
                                                         *
                    7        THIS DOCUMENT RELATES TO    *    AUGUST 17, 2006, 8:30 A.M.
                                                         *
                    8                                    *
                             GERALD BARNETT V. MERCK     *    CASE NO. 06-CV-485-L
                    9          & CO., INC.               *
                             * * * * * * * * * * * * * * *
                    10
                    11
                                                      VOLUME XIV
                    12                            JURY TRIAL BEFORE THE
                                                HONORABLE ELDON E. FALLON
                    13                         UNITED STATES DISTRICT JUDGE
                    14
                             APPEARANCES:
                    15
                    16       FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                                         BY:  MARK P. ROBINSON JR., ESQ.
                    17                                   620 NEWPORT CENTER DRIVE
                                                         NEWPORT BEACH, CALIFORNIA 92660
                    18
                    19       FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                                           PORTIS & MILES
                    20                                   BY:  ANDY D. BIRCHFELD JR., ESQ.
                                                         234 COMMERCE STREET
                    21                                   POST OFFICE BOX 4160
                                                         MONTGOMERY, ALABAMA 36103
                    22
                    23       FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                                           PALENCHAR & SCOTT
                    24                                   BY:  PHILIP S. BECK, ESQ.
                                                              ANDREW L. GOLDMAN, ESQ.
                    25                                   54 W. HUBBARD STREET, SUITE 300
                                                         CHICAGO, ILLINOIS 60601
                    page 2677
                    1
```

| | | |
|---|---|---|
| [2705:5] - [2705:12] | 8/17/2006 | Barnett Trial v.14 (pages 2676-2710)  (Jury Verdict) |

```
                    page 2705
                    4        LET'S MOVE ON, PLEASE.
                    5                MR. ROBINSON:  IN ANY EVENT, THE POINT OF PUNITIVE
                    6        DAMAGES IS TO DETER OTHERS, TO DETER MERCK FROM DOING THIS IN
                    7        THE FUTURE.  SO YOUR VERDICT, I SUBMIT, NEEDS TO HAVE SOME
                    8        MEASURE OF PUNITIVE DAMAGES.  THE FACT THAT THEY DID ALL THESE
                    9        THINGS THAT THEY DID FOR MONEY SHOWS YOU THEIR MENTALITY.
                    10       BASICALLY, THEY HAVE BEEN DEFENDING THESE CASES AND THEY ARE
                    11       GOING TO CONTINUE ON.  I THINK THERE'S GOT TO BE A MESSAGE TO
                    12       THEM.
                    13               MR. BECK:  YOUR HONOR, I OBJECT.
```