Smith - MIL # 7 - Exhibit B

• Smith - MIL # 7 (Improper Reference)

| | | |
|---|---|---|
| [2221:1] - [2221:25] | 8/14/2006 | Barnett Trial v.11 (pages 2221- ) (Reicin) |

```
page 2221
     2221
  1                        UNITED STATES DISTRICT COURT
  2                        EASTERN DISTRICT OF LOUISIANA
  3
  4
  5      IN RE: VIOXX PRODUCTS       *   MDL DOCKET NO. 1657
         LIABILITY LITIGATION        *
  6                                  *
                                     *
  7      THIS DOCUMENT RELATES TO    *   AUGUST 14, 2006, 8:30 A.M.
                                     *
  8                                  *
         GERALD BARNETT V. MERCK     *   CASE NO. 06-CV-485-L
  9        & CO., INC.               *
         * * * * * * * * * * * * * * *
 10
 11
                                 VOLUME XI
 12                        JURY TRIAL BEFORE THE
                        HONORABLE ELDON E. FALLON
 13                     UNITED STATES DISTRICT JUDGE
 14
         APPEARANCES:
 15
 16      FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                     BY:  MARK P. ROBINSON JR., ESQ.
 17                                  620 NEWPORT CENTER DRIVE
                                     NEWPORT BEACH, CALIFORNIA 92660
 18
 19      FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                        PORTIS & MILES
 20                                  BY:  ANDY D. BIRCHFELD JR., ESQ.
                                     234 COMMERCE STREET
 21                                  POST OFFICE BOX 4160
                                     MONTGOMERY, ALABAMA 36103
 22
 23      FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                        PALENCHAR & SCOTT
 24                                  BY:  PHILIP S. BECK, ESQ.
                                          ANDREW L. GOLDMAN, ESQ.
 25                                  54 W. HUBBARD STREET, SUITE 300
                                     CHICAGO, ILLINOIS 60601
page 2222
  1
```

| | | |
|---|---|---|
| [2345:14] - [2346:12] | 8/14/2006 | Barnett Trial v.11 (pages 2221- ) (Reicin) |

```
page 2345
 13     A.   GOOD AFTERNOON.
 14     Q.   JUST TO GIVE THE JURY A PERSPECTIVE, THIS IS WHAT, THE
 15     EIGHTH TIME YOU HAVE TESTIFIED DEFENDING VIOXX IN A COURTROOM
 16     IN THIS COUNTRY?
 17     A.   I DON'T KNOW IF I WOULD QUITE USE THOSE TERMS, BUT THIS
 18     IS, I THINK, THE EIGHTH TIME THAT I HAVE -- WE HAVE TO GO BACK
 19     AND COUNT.  ABOUT THE EIGHTH TIME.
 20     Q.   LET ME GO QUICKLY THROUGH THEM.  SO YOUR FIRST TIME WAS
 21     THE ERNST CASE DOWN IN TEXAS; RIGHT?
 22     A.   THAT'S CORRECT.
 23     Q.   THEN YOU TESTIFIED IN THE HUMESTON CASE; CORRECT?
 24     A.   THAT'S CORRECT.
 25     Q.   YOU TESTIFIED IN IRVIN 1?
page 2346
  1     A.   THAT'S CORRECT.
  2     Q.   YOU TESTIFIED IN IRVIN 2?
  3     A.   THAT'S CORRECT.
  4     Q.   DID YOU TESTIFY IN MCDARBY?
  5     A.   I DID.
```

**Smith - MIL # 7 - Exhibit B**

- **Smith - MIL # 7 (Improper Reference)**

```
6      Q.   DID YOU TESTIFY IN THE DOHERTY CASE IN NEW JERSEY?
7      A.   YES, I DID.
8      Q.   DID YOU TESTIFY JUST LAST WEEK, OR 10 DAYS AGO, IN L.A. IN
9      THE GROSSBERG CASE?
10     A.   YES, I DID.
11     Q.   SO THIS WOULD BE THE EIGHTH CASE; CORRECT?
12     A.   I BELIEVE THAT'S CORRECT.
13     Q.   IS IT TRUE THAT, BEFORE YOU STARTED DOING THIS TESTIFYING,
```