UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## EXHIBITS   2, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16 and 17 TO

PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO COMPEL THE PRODUCTION OF
MERCK PROFILE FORMS ("MPF") AND FOR AN ORDER
COMPELLING MERCK TO CEASE AND DESIST
DELAYING THE PRODUCTION OF MPFs
BASED ON UNWARRANTED GROUNDS

# FILED UNDER SEAL
# SUBJECT TO CONFIDENTIALITY
# ORDER
# DATED MAY 24, 2005