**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 24, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy: Gaylyn Lambert**
**Court Reporter: Karen Ibos**

Appearances:  John Beisner, Esq. for Merck & Co., Inc.
              Genevieve Bernal, Esq. for Foreign Class Action Complaints

Motion of Merck & Co., Inc., to Dismiss Foreign Class Actions, or in the alternative, to Strike the Foreign Class Allegations under the doctrine of forum non conveniens: (#2641)

Argument - GRANTED with written reasons to follow.

**JS-10:   :15**