# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM OF MERCK & CO., INC. ("MERCK") IN SUPPORT OF MOTION FOR AN EXTENSION IN TIME FOR RESPONDING TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Plaintiff filed Requests For Admissions ("RFAs") on July 11, 2006. Under the terms of the PTO governing this proceeding, responses to these requests are due on August 25, 2006. As the Court is aware, plaintiff has recently come before this Court – before responses from Merck were even due – requesting that his RFAs be deemed admitted. Merck is filing, concurrently herewith, briefs on this issue and other related discovery matters. In light of these developments, Merck respectfully requests that this Court grant Merck a one-week extension in which to respond to plaintiff's RFAs, pending the resolution of the parties' discovery-related

825843v.1

motions. During a conference yesterday, Merck's counsel advised the Court that it intended to seek this extension. Plaintiff's counsel did not voice any opposition at that time.

WHEREFORE, defendant Merck & Co., Inc. respectfully requests that it be granted a one-week extension of time in which to respond to plaintiff's Requests for Admissions.

Dated: August 25, 2006

Respectfully submitted,

/s/ Phil Wittmann

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Brian Currey
Catalina J. Vergara
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

And

825843v.1

Douglas R. Marvin
Robert A. Van Kirk
Emily Thacher-Renshaw
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

825843v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Merck's Motion for an Extension in Time for Responding to Plaintiff's Requests for Admissions has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

825843v.1