UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH | * | |
| Plaintiff, | * | |
| vs. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Merck's Motion for an Extension in Time for Responding to Plaintiff's Requests for Admissions filed by defendant Merck & Co., Inc.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted a one-week extension in which to respond to plaintiff's Requests for Admissions, pending the resolution of the parties' discovery-related motions.

NEW ORLEANS, LOUISIANA, this 25 day of August, 2006.

_____
DISTRICT JUDGE

825846v.1