From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Sunday, August 13, 2006 1:00 PM
To: carrie.jablonski@bartlit-beck.com
Cc: lori.barnicke@bartlit-beck.com; Grant Kaiser; Brandon Steffey
Subject: Re: Smith Deadlines


Exhibit numbers in the RFA's don't match the Barnett exhibit numbers. We'll be using the Barnett numbers at trial. That's why the exhibit numbers will have changed.

The Bates numbers are uniform. It's the number on the document you produced! That number can't be changed - unlike the exhibit number. And we'll be providing the images w/ the bates numbers on the CD so I don't understand the relevance of your imaging. Our exhibit list, which we provided and will provide updates in excel, is searchable by bates no. So we'll be able to easily match exhibit number and bates no.

So I still don't  understand the problem.


------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Jablonski, Carrie <carrie.jablonski@bartlit-beck.com>
To: Amy Carter
CC: lori.barnicke@bartlit-beck.com <lori.barnicke@bartlit-beck.com>; Grant Kaiser
Sent: Sun Aug 13 12:50:43 2006
Subject: RE: Smith Deadlines

Several reasons, including that you have not provided us with the bates numbers for all of the documents you've asked us to stipulate to & because you've organized your list (Appendix A to your RFAs) by Exhibit number.  Further, we have documents imaged by exhibit number, not Bates number, and have based this off of your exhibit list (and the representations you made about the exhibit numbers being the same as the Barnett exhibit numbers).



From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Sunday, August 13, 2006 12:37 PM
To: carrie.jablonski@bartlit-beck.com
Cc: lori.barnicke@bartlit-beck.com; Grant Kaiser
Subject: Re: Smith Deadlines



Why can you not stipulate by your Bates nos?

------------------------
Sent from my BlackBerry Wireless Handheld

1

```
-----Original Message-----
From: Jablonski, Carrie <carrie.jablonski@bartlit-beck.com>
To: Amy Carter
CC: lori.barnicke@bartlit-beck.com <lori.barnicke@bartlit-beck.com>
Sent: Sun Aug 13 11:53:11 2006
Subject: RE: Smith Deadlines
```

Amy --
I need the CD to have the exhibit numbers on them -- that is how I will be able to identify them; otherwise I am not going to be able to stipulate to these documents.

(And your statement that exhibit numbers have changed worries me -- what do you mean by that?)

---

From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Friday, August 11, 2006 11:05 AM
To: carrie.jablonski@bartlit-beck.com
Cc: John Boundas; Steve Kherkher; Harry Potter; Collyn Peddie; Grant Kaiser; Jim Doyle
Subject: RE: Smith Deadlines


Carrie,
I agree with you on the exchange dates for pared-down list. We reserve the right to make objections that your reduced designations are outside the scope of the direct since we won't be able to accurately make those objections until after the 21st.

W/r/t the stipulation list, we will be sending you a CD with the documents listed in RFAs. Rather than using an exhibit number, since that number has changed during the course of this project, we will us the Merck Bates No. to identify the documents. The CD should be delivered on Monday.

Thanks,
Amy

---

From: Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
Sent: Thursday, August 10, 2006 3:59 PM
To: Amy Carter
Cc: John Boundas; Steve Kherkher; Harry Potter; Collyn Peddie; Grant Kaiser; Jim Doyle
Subject: RE: Smith Deadlines


Thanks, Amy
I just sent you an email on the dep designation dates. We should exchange paired down lists by the 16th & 21st in order to get everything done in time & to the Court by the 24th.

\* \* \*
Also -- w/r/t exhibit exchange, I think we will be able to provide you with imaged copies of our full exhibit list. It will probably be easier for both sides (or at least for us) if you could do the same in return. We can discuss Monday when you have a better sense of your exhibit situation.

---

From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Thursday, August 10, 2006 3:43 PM
To: Jablonski, Carrie
Cc: John Boundas; Steve Kherkher; Harry Potter; Collyn Peddie; Grant Kaiser; Jim Doyle
Subject: Smith Deadlines


Carrie:

As I understand our conversation today, our agreements for the upcoming deadlines in Smith are as follows:

1.      Exhibits

\*       We will exchange preliminary pre-admit exhibit lists on August 22nd and any objections to exhibits on August 28th.
\*       Plaintiff will provide you with images of the case-specific documents and any general documents not exchanged in Barnett early next week.
\*       You will provide the defendant's exhibit images to Plaintiff next week as well.


2.              Daubert Motion Schedule

As I told you on the phone, Collyn Peddie in our office is in charge of the Daubert motions so I am unable to agree to your proposed dates for the motions. But I am including your proposal below so that Collyn may respond to you directly.

Sander

\*       Defendant will file any Daubert motion against Sander by August 22nd.
\*       Plaintiff's response will be due August 28th.
\*       Any reply will be due August 30th.


Roach, Cohen and Pratt

\*       Plaintiff will file any Daubert motions against Defendant's cardiologist by August 25th
\*       Defendant's response will be due by August 29th
\*       Any reply will be due by August 30th.

3.      Deposition Designations

\*       Objections and Counters are due on August 14th as originally scheduled by the court.  We will exchange marked-up transcripts but will only file page/line objections and counters with the court.
\*       Plaintiff will provide pared-down deposition designations on August 21st.
\*       Defendants will provide pared-down deposition designations on August 28th.

We have tentatively scheduled a meet and confer in New Orleans on the 29th.  We will definitely meet in person either on the 29th or 30th depending on scheduling.  Let me know if you have any additions or changes.

Thanks,

Amy M. Carter
Williams Bailey Law Firm, L.L.P.
713-230-2200
713-643-6226 (fax)
acarter@williamsbailey.com