From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Tuesday, August 22, 2006 11:12 AM
To: carrie.jablonski@bartlit-beck.com
Cc: Rick Jenkins; Grant Kaiser
Subject: RE: RFA exhibits


I understood you would not stipulate w/out an image.  Therefore, I'm just asking about those documents where we sent you an image.

---

From: Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
Sent: Tuesday, August 22, 2006 11:06 AM
To: Amy Carter
Cc: Rick Jenkins; Grant Kaiser
Subject: RE: RFA exhibits


Amy -- that is contrary to what you last told me. Previously, you said that the entire Exhibit A to your RFAs was still in effect, and that you would be sending me all those additional documents as well.

---

From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Tuesday, August 22, 2006 10:33 AM
To: carrie.jablonski@bartlit-beck.com
Cc: Rick Jenkins; Grant Kaiser
Subject: FW: RFA exhibits


Carrie,

Where are we on the stipulations for documents?  I'm only asking for those documents where you received the image on August 16.

Thanks.

---

From: Amy Carter
Sent: Wednesday, August 16, 2006 2:09 PM
To: 'carrie.jablonski@bartlit-beck.com'
Cc: Rick Jenkins; Grant Kaiser
Subject: RE: RFA exhibits


We will agree to give you an additional seven days for the documents for which you do not have images.  For those documents where you have images, can you not give us answers before next Friday?

---

From: Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
Sent: Wednesday, August 16, 2006 1:24 PM
To: Amy Carter

1

Cc: Rick Jenkins; Grant Kaiser
Subject: RE: RFA exhibits


Amy:
We just got the CD this morning, and I have not yet looked at it.  I hope to do so soon.

Our RFA responses are currently due next Friday.  I will obviously need assurance that I can have more time to respond given that I'm still waiting for images from you, as well as an accurate list (i.e., w/ correct exhibit numbers) for all the docs.  Please let me know if you're willing to agree to an additional 7 days for our response.

I will try to do this as quickly as I can, but obviously instead of having the typical amount of time to respond, we basically have a little over a week, and I still don't have all the images yet.

When can I expect to get those images?

Thanks,
Carrie



From: Amy Carter [mailto:acarter@williamsbailey.com]
Sent: Wednesday, August 16, 2006 12:56 PM
To: carrie.jablonski@bartlit-beck.com
Cc: Rick Jenkins; Grant Kaiser
Subject: RE: RFA exhibits


This is not the entire list.  The list is a cross-reference for all the ways the documents imaged on the CD were referenced in our exhibit list, Barnett's exhibit list and the RFA exhibit number.  The only currently-relevant information is our exhibit number and the image.  But I wanted to make sure there wasn't anything holding you back from stipulating or not to the documents on the disk so we gave you all the information.  Please tell us whether or not you can stipulate to the images on the CD.

There are other documents on the RFA list that we do not currently have images for.  We're working on that and will send you an additional CD when we have those images.

If you tell me the information given to you on the chart referenced in this e-mail and the CD w/ document images is enough for you to make decisions on stipulations for those documents, we will not require formal answers to the RFAs.

Thanks,
Amy



From: Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]

Sent: Wednesday, August 16, 2006 12:46 PM
To: Amy Carter
Subject: FW: RFA exhibits


Amy--
I need to know asap what this list is.

Does this list *replace* your previous list?

Can you confirm this is the entire list?

---

From: Rick Jenkins [mailto:rjenkins@williamsbailey.com]
Sent: Tuesday, August 15, 2006 10:59 PM
To: carrie.jablonski@bartlit-beck.com
Subject: RFA exhibits


Attached is an index for the documents that were over-nighted to you today on a CD. The list shows a cross-reference of what the exhibit is referred to on the RFA, our exhibit list, and the "Barnett" list (if applicable), as well as the name of the image on the CD. We'll be forwarding the remaining documents as we get them scanned.

Please let me know if you have any questions.

Thanks
Rick Jenkins
IT Director
Williams Bailey Law Firm, L.L.P.

*       Telephone Direct: 713-230-2230 Main lines: 713-230-2200 / 1-800-220-9341
*       Fax: 713-643-6226
*       email: rjenkins@williamsbailey.com;
*       website: http://www.williamsbailey.com
<http://www.williamsbailey.com/>


CONFIDENTIALITY   NOTICE

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. In such case, you should destroy this message and kindly notify the sender by e-mail. Please advise immediately if you or your employer do not consent to internet e-mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

3