**From:** Grant Kaiser [mailto:gkaiser@thekaiserfirm.com]
**Sent:** Tuesday, August 22, 2006 12:05 PM
**To:** carrie.jablonski@bartlit-beck.com
**Cc:** Amy Carter
**Subject:** RE:

Carrie-

Received your letter and assume that further conference would not change your mind.  If I am incorrect, please let me know.

Amy will respond to you on this and other matters.

Yours truly,

# Grant Kaiser

The Kaiser Firm LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.223.0000
713.223.0440 (fax)
gkaiser@thekaiserfirm.com

"*Zero day exploit.*"

---

**From:**  Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Monday, August 21, 2006 7:23 PM
**To:** Grant Kaiser
**Subject:**

<<...>>
Grant,
Please see attached

Carrie

**Carrie A. Jablonski**
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
312-494-4451 (office)
312-494-4440 (fax)
carrie.jablonski@bartlit-beck.com
http://www.bartlit-beck.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged.  This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the

addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is

prohibited.
Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under United States Federal tax laws.