Exhibit A - Moye Deposition Excerpts 6/02/2006

• Smith - Expert Challenge (Moye)

[1:1] - [1:23]          6/2/2006      Moye, Lemuel A.

```
page 1
    0001
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
         IN RE: VIOXX         :  MDL DOCKET NO.
 3       LITIGATION PRODUCTS  :  1657
         LIABILITY LITIGATION :  SECTION L
 4                            :
         This document relates:  JUDGE FALLON
 5       To                   :
         GERALD BARNETT AND   :  MAGISTRATE JUDGE
 6       CORRINE BARNETT      :  KNOWLES
              V.              :
 7       MERCK & CO., INC.    :
                              :
 8       Civil Action No.     :
         2:06cv485            :
 9                   - - -
10                 June 2, 2006
11                   - - -
12           Oral deposition of LEMUEL A. MOYE,
13       M.D., Ph.D., held in the offices of
14       Abraham, Watkins, Nichols, Sorrels,
15       Matthew & Friend, 800 Commerce, Houston,
16       Texas, commencing at 9:30 a.m., on the
17       above date, before Linda L. Golkow, a
18       Federally-Approved Registered Diplomate
19       Reporter and Certified Shorthand
20       Reporter.
                     - - -
21           GOLKOW LITIGATION TECHNOLOGIES
                   Four Penn Center
22          1600 John F. Kennedy Boulevard
                      Suite 1210
23          Philadelphia, Pennsylvania 19103
                      877.DEPS.USA
24
```

[52:14] - [53:22]          6/2/2006      Moye, Lemuel A.

```
page 52
13       Q.   All right.
14            What other things have you
15  looked at other than what the Advisory
16  Committee looked at?
17       A.   Wait.
18            MR. SIZEMORE:  Can you
19       specify which one, Joe?
20            MR. PIORKOWSKI:  Yes.
21  BY MR. PIORKOWSKI:
22       Q.   Let's back up a minute.
23            Let's start with the 1999
24  Advisory Committee.  What materials do
page 53
 1  you believe that you've looked at that
 2  were available at the time that the
 3  Advisory Committee members in 1999 did
 4  not look at?
 5       A.   Just so I can be clear, you
 6  mean materials that were provided by the
 7  FDA or materials in general?
 8       Q.   Well, I'm assuming -- let's
 9  just say materials in general.
10       A.   Okay.
11            Reports -- excuse me.
12  Reports within Merck that suggest the
13  appearance -- suggest the possibility,
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                            14   I'll say, of a link between Vioxx use and
                            15   severe cardiac events and also data
                            16   within Merck that demonstrates a link
                            17   between Vioxx and severe cardiovascular
                            18   embolic events.
                            19        Q.   Are you referring to what
                            20   you call in your report the "Watson
                            21   analysis"?
                            22        A.   That's one thing, yes.
                            23        Q.   What other materials are you
```

[56:23] - [57:6]            6/2/2006     Moye, Lemuel A.

```
                            page 56
                            22   discussion about misleading the FDA on
                            23   Page 70 and 71, the first part of your
                            24   discussion starts with the proposition
                            page 57
                            1    that Merck misled the FDA and the FDA
                            2    Advisory Committee because at the time of
                            3    the original Advisory Committee meeting,
                            4    they did not disclose the Watson
                            5    analysis.  Right?
                            6         A.   Yes, sir.
                            7         Q.   And it's your understanding
```

[83:20] - [83:24]           6/2/2006     Moye, Lemuel A.

```
                            page 83
                            19        tried to put together in my mind
                            20        what was going on here, I think it
                            21        became clear to me what they
                            22        weren't doing, so, I suppose I am
                            23        going to speak to some degree
                            24        about the motives.
                            page 84
                            1    BY MR. PIORKOWSKI:
```

[85:18] - [85:24]           6/2/2006     Moye, Lemuel A.

```
                            page 85
                            17   Merck's intent or Merck's motives?
                            18        A.   I think I can probably speak
                            19   most clearly about Merck's intent.  And I
                            20   believe Merck's intent was not to provide
                            21   a fair, clear assessment of the
                            22   relationship between Vioxx and
                            23   cardiovascular events -- cardiovascular
                            24   serious adverse events.
                            page 86
                            1         Q.   At a particular point in
```

[87:18] - [88:3]            6/2/2006     Moye, Lemuel A.

```
                            page 87
                            17   training.  That's right.
                            18        Q.   You are not fellowship
                            19   trained in cardiology, correct?
                            20        A.   That's true.  I'm not
                            21   fellowship trained.
                            22        Q.   You're not board certified
                            23   in cardiology?
                            24        A.   I'm not board certified.
                            page 88
                            1         Q.   You don't hold yourself out
                            2    as a cardiologist, right?
                            3         A.   That's right.
                            4         Q.   You're not fellowship
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

**• Smith - Expert Challenge (Moye)**

[88:22] - [89:1]     6/2/2006     Moye, Lemuel A.

```
page 88
21      A.      That's correct.
22      Q.      You don't hold yourself out
23 as an expert in pharmacology, either,
24 right?
page 89
1       A.      That's correct.
2       Q.      Am I correct you've not seen
```

[89:2] - [90:12]     6/2/2006     Moye, Lemuel A.

```
page 89
1       A.      That's correct.
2       Q.      Am I correct you've not seen
3 a patient since March of 1992?
4       A.      That's not true.  Certainly,
5 I have not been in practice since March
6 of 1992, but I've seen patients, and the
7 biggest -- I saw many patients during the
8 Katrina debacle, but I've certainly not
9 been in practice since March 1992.
10      Q.      By "not in practice," that
11 means you didn't have regular office
12 hours?
13      A.      That's true.
14      Q.      Is that what that means?
15      A.      That's right.
16      Q.      All right.
17              In what capacity have you
18 seen patients since March of 1992?
19      A.      Actually, more as courtesy
20 than anything else.  And also the
21 emergency care that first responders
22 provided at the Astro Arena last
23 September.
24      Q.      Do you currently keep a
page 90
1 valid medical license?
2       A.      I do.
3       Q.      In Texas?
4       A.      Yes.
5       Q.      Anywhere else?
6       A.      No.
7       Q.      What was your involvement in
8 the medical arena in Katrina?
9       A.      Providing emergency care and
10 then family practice general medicine
11 responder to the myriad difficulties that
12 the Katrina survivors had.
13      Q.      Did you take off from work
```

[91:5] - [91:20]     6/2/2006     Moye, Lemuel A.

```
page 91
4       A.      Yes, sir.
5       Q.      Have you ever prescribed
6 Vioxx?
7       A.      No.
8       Q.      Have you ever counseled a
9 patient about Vioxx?
10      A.      No.
11      Q.      Did you ever read the
12 product label for Vioxx while Vioxx was
13 on the market?
14      A.      No.
15      Q.      Have you ever prescribed any
16 COX-2 inhibitor drug?
17      A.      No.
18      Q.      Do you have any personal
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                                19   experience with Vioxx?
                                20       A.    No.
                                21       Q.    Are there any physicians
```

[91:21] - [92:4]        6/2/2006      Moye, Lemuel A.

```
                        page 91
                        20       A.    No.
                        21       Q.    Are there any physicians
                        22   that you know who prescribed Vioxx with
                        23   whom you've discussed their experience?
                        24       A.    No.
                        page 92
                        1        Q.    Are there any patients you
                        2    know who've used Vioxx with whom you've
                        3    discussed their experience?
                        4        A.    No.
                        5        Q.    When you were practicing
```

[94:1] - [94:24]        6/2/2006      Moye, Lemuel A.

```
                        page 93
                        24       A.    Not when used as directed.
                        page 94
                        1        Q.    How did you direct people to
                        2    use them?
                        3        A.    For a fairly short period of
                        4    time, no more than five to seven days.
                        5        Q.    Did you ever use
                        6    nonsteroidal anti-inflammatory drugs for
                        7    more than five to seven days?
                        8        A.    No.
                        9        Q.    Did you take care of any
                        10   arthritis patients?
                        11       A.    Osteoarthritic patients,
                        12   yes.  Very rarely did I care for a
                        13   rheumatoid arthritic patient chronically,
                        14   but several osteoarthritic patients.
                        15       Q.    What medications did you use
                        16   to control pain and inflammation in
                        17   osteoarthritis patients?
                        18       A.    Actually, I didn't use --
                        19   well, to answer your question directly,
                        20   Tylenol.  An acute bout -- an acute bolus
                        21   I would say, five to seven days of a
                        22   nonsteroidal anti-inflammatory, but
                        23   primarily it was a combination of rest
                        24   and exercise and warm water baths.
                        page 95
                        1        Q.    Did you conduct at any point
```

[95:1] - [95:4]         6/2/2006      Moye, Lemuel A.

```
                        page 94
                        24   and exercise and warm water baths.
                        page 95
                        1        Q.    Did you conduct at any point
                        2    in your career any original laboratory
                        3    research on COX-2 inhibitors?
                        4        A.    No, sir.
                        5        Q.    Did you conduct any original
```

[95:9] - [96:2]         6/2/2006      Moye, Lemuel A.

```
                        page 95
                        8        A.    No.
                        9        Q.    Were you the author of any
                        10   original epidemiological studies on Vioxx
                        11   or any other COX-2 inhibitor?
                        12       A.    No.
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                              13          Q.    Are you the author of any
                              14    original epidemiological studies on the
                              15    effects of NSAIDs?
                              16               MR. SIZEMORE:  Did you get
                              17          that question?
                              18               THE WITNESS:  I did.  Let me
                              19          answer this way.  I was not
                              20          involved in an epidemiologic study
                              21          that focused on the effect of
                              22          NSAIDs.  That's true.
                              23    BY MR. PIORKOWSKI:
                              24          Q.    Were you involved in a study
                              page 96
                              1     that focused on the efficacy of NSAIDs?
                              2           A.    No.
                              3           Q.    Were you involved in a study
```

[108:17] - [109:4]         6/2/2006     Moye, Lemuel A.

```
                              page 108
                              16    you say is true.
                              17          Q.    Advisory Committees also
                              18    include biostatisticians, correct?
                              19          A.    Yes.
                              20          Q.    And even though you were on
                              21    the cardiorenal Advisory Committee,
                              22    you're not an expert in cardiology or
                              23    nephrology, right?
                              24          A.    I would disagree with you
                              page 109
                              1     about that.  I certainly am not a
                              2     cardiologist, but I have extensive
                              3     training and experience carrying out
                              4     cardiovascular clinical trials.
                              5           Q.    Were you chosen for the
```

[120:15] - [121:4]         6/2/2006     Moye, Lemuel A.

```
                              page 120
                              14          A.    Certainly.
                              15          Q.    And often one or more
                              16    Advisory Committee member dissents from
                              17    the majority view?
                              18          A.    Yes.
                              19          Q.    Because the decisions often
                              20    involve questions of medical judgment.
                              21    Fair to say?
                              22          A.    Yes.  Individual medical
                              23    judgment, yes.
                              24          Q.    And reasonable minds can
                              page 121
                              1     often differ on these questions.  Would
                              2     you agree?
                              3           A.    Yes.  There are some tough
                              4     questions.
                              5           Q.    And in fact, if we were to
```

[132:6] - [132:19]         6/2/2006     Moye, Lemuel A.

```
                              page 132
                              5           A.    I don't remember.
                              6           Q.    What about Proctor & Gamble?
                              7           A.    Proctor & Gamble was a
                              8     consultation about an antipsychotic
                              9     medication.
                              10          Q.    Was it in your capacity as a
                              11    biostatistician?
                              12          A.    Yes, it was, and also my
                              13    expertise in cardiology because there was
                              14    concern about the occurrence of
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
15   arrhythmias.
16       Q.    Did you design a study?
17       A.    No, sir.  I beg your pardon.
18   Yes.  I didn't execute it or analyze it,
19   but I helped design it.
20       Q.    Was the study you helped
```

[134:13] - [135:18]     6/2/2006    Moye, Lemuel A.

```
page 134
12       A.    That's right.
13       Q.    How about Pfizer?
14       A.    Pfizer, any psychotic
15   medication for them I was involved in
16   analyzing the results of the clinical
17   study.  Same type of newer generation
18   anti-schizophrenic medication that they
19   feared was associated with arrhythmias.
20       Q.    Is this by virtue of your
21   work in the Seldane litigation that these
22   came into you?
23       A.    I don't know.  It certainly
24   makes sense, because the kind of
page 135
1    arrhythmia we were concerned about in
2    Seldane was related to the arrhythmias
3    that were associated with these newer
4    anti-psychotics.
5        Q.    Okay.
6              Did you design a clinical
7    trial or was that just a one-time
8    consultation?
9        A.    I think it was just a short
10   consultation evaluation of their Phase
11   III clinical -- of their Phase III safety
12   program.  So, it's preapproval.
13       Q.    While it was still going on?
14       A.    You mean while the trial was
15   still going on?
16       Q.    Yes.
17       A.    I think while the trial --
18   yes, yes, and afterwards, yes.
19       Q.    Okay.
```

[135:20] - [137:13]     6/2/2006    Moye, Lemuel A.

```
page 135
19       Q.    Okay.
20             Any other work for Pfizer?
21       A.    I've given some lectures at
22   Pfizer, but not consulted on a drug.
23       Q.    What lectures have you
24   given?
page 136
1        A.    I gave three lectures to
2    Pfizer, November 2004.  Do you want the
3    topics?
4        Q.    Sure.
5        A.    Okay.
6        Q.    Would they be on your CV?
7        A.    Yes, they would.
8        Q.    Let me give you that if that
9    helps.
10                     - - -
11             (Whereupon, Deposition
12       Exhibit Moye MDL 3, Curriculum
13       Vitae of Lemuel A. Moye, M.D.,
14       Ph.D. (22 pages), was marked for
15       identification.)
16                     - - -
17   BY MR. PIORKOWSKI:
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                              18      Q.     I'm going to give you what I
                              19 marked as Exhibit 3, which is your CV.
                              20      A.     (Witness reviewing
                              21 document.)
                              22             Yes.  Here they are.  Items
                              23 56, 57 and 58.  One was a discussion of
                              24 dependence in subgroup analyses.  The
                           page 137
                              1  other was hyperdependence in clinical
                              2  trial analyses.
                              3       Q.     I'm sorry, what page are you
                              4  on?
                              5       A.     I'm on Page 15.
                              6       Q.     56, 57 and 58?
                              7       A.     56, 57 and 58.  So,
                              8  dependence in subgroup analyses,
                              9  hyperdependence in clinical trial
                              10 analyses, and professionalism in science.
                              11      Q.     Okay.
                              12             Anything else for Pfizer?
                              13      A.     No.
                              14      Q.     What about -- how do you say
```

[176:7] - [177:5]    6/2/2006    Moye, Lemuel A.

```
                           page 176
                              6       Q.     That's it?
                              7              What was your role for
                              8  Bristol-Myers Squibb before the FDA?
                              9       A.     As --
                              10      Q.     You were hired by
                              11 Bristol-Myers Squibb to appear before the
                              12 FDA on their behalf?
                              13      A.     In the context of our
                              14 previous discussion about my work in SAE,
                              15 we had produced a new type of statistical
                              16 analysis that the FDA was not familiar
                              17 with, and I gave, I think, one lecture to
                              18 the FDA officials about the development
                              19 of this measure.
                              20      Q.     Okay.
                              21             So, you were not serving as
                              22 an advocate for the product, you were
                              23 just explaining the statistical method?
                              24      A.     That's correct.
                           page 177
                              1       Q.     All right.
                              2              And is that your only
                              3  involvement before the FDA with
                              4  Bristol-Myers Squibb?
                              5       A.     Yes.
                              6       Q.     Was that an advisory
```

[181:10] - [182:11]    6/2/2006    Moye, Lemuel A.

```
                           page 181
                              9       A.     Right.
                              10             Excuse me.  I owe you a
                              11 fourth presentation before I forget.
                              12      Q.     Yes.
                              13      A.     It was actually just last
                              14 year.  It was May of 2005, and I
                              15 presented before the FDA on the use of
                              16 orthogonal discriminate analysis in
                              17 developing mixtures of proteomic tests to
                              18 predict Alzheimer's disease and
                              19 Parkinson's disease.
                              20      Q.     On whose behalf was that
                              21 presentation?
                              22      A.     Power Three Medical.
                              23      Q.     Was it in association with a
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                          24  particular product?
                          page 182
                          1        A.    Yes, it was.  The product
                          2   would be a test kit.
                          3        Q.    Did it have a product name
                          4   you were aware of?
                          5        A.    I would say not yet.  It
                          6   wasn't even that far.
                          7        Q.    All right.
                          8              Is it fair to say that that
                          9   presentation was also about the use of a
                          10  particular statistical technique?
                          11       A.    Yes, that's right.
                          12       Q.    And was that also to -- was
```

[207:14] - [208:6]        6/2/2006      Moye, Lemuel A.

```
                          page 207
                          13  right?
                          14       A.    Celebrex, I don't quite
                          15  agree with that with Celebrex, because my
                          16  understanding of Celebrex is that it has
                          17  more COX-1, anti-COX-1 activity than
                          18  Vioxx does.  So, to the degree that it
                          19  has more anti-COX-1 activity is the
                          20  degree to which it might inhibit
                          21  thromboxane.
                          22       Q.    Have you looked at any
                          23  literature that discusses the effect of
                          24  Celebrex on thromboxane or not?
                          page 208
                          1        A.    I have not looked at any
                          2   particular literature, no.
                          3        Q.    There's nothing you've seen
                          4   that tells you one way or the other?
                          5        A.    I haven't looked to answer
                          6   the question.
                          7        Q.    Okay.
```

[242:15] - [243:6]        6/2/2006      Moye, Lemuel A.

```
                          page 242
                          14       Q.    Right.
                          15             And are there multiple
                          16  organs in the body that produce
                          17  prostacyclin?
                          18       A.    Yes, sir.
                          19       Q.    What are the organs?
                          20       A.    Prostacyclin -- kidney.
                          21       Q.    Kidney.
                          22       A.    That's the only one that
                          23  comes to mind right now.
                          24       Q.    Is it produced in the lung?
                          page 243
                          1        A.    I don't know about that.
                          2        Q.    How about the ovary?
                          3        A.    I don't know about that.
                          4        Q.    You just don't know one way
                          5   or the other?
                          6        A.    Right.
                          7        Q.    And then you see the second
```

[266:11] - [267:17]       6/2/2006      Moye, Lemuel A.

```
                          page 266
                          10  BY MR. PIORKOWSKI:
                          11       Q.    Dr. Moye, the data that you
                          12  indicated that the FDA did not have and
                          13  that the Advisory Committee did not have
                          14  was set forth in the Watson memo, right?
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
              15         A.    That the Advisory Committee
              16  did not have is in the Watson memo,
              17  that's right.
              18         Q.    Do you know whether the FDA
              19  did or didn't have that?
              20         A.    The FDA gets a wealth of
              21  material from Merck.  I can't tell you,
              22  I've gone through the thousands of pages
              23  to see if the Merck -- this data was in
              24  it, but I do know that the Advisory
             page 267
              1  Committee didn't get it.
              2         Q.    You know that because it
              3  wasn't in the background package and
              4  because it wasn't in the FDA's package?
              5         A.    And it wasn't discussed at
              6  the meeting.
              7         Q.    So, your assumption is if it
              8  was provided, then it would have been
              9  discussed at the meeting?
              10              MR. WACKER:  Objection to
              11        the form.
              12              THE WITNESS:  Well, no.  My
              13        assumption is, if it wasn't in the
              14        FDA packet and it wasn't in the
              15        background packet and it wasn't
              16        discussed in the meeting, then the
              17        Advisory Committee did not get it.
              18                      - - -
```

[299:7] - [301:14]         6/2/2006      Moye, Lemuel A.

```
             page 299
              6         Q.    Okay.
              7               Well, let's take them one at
              8  a time.  First of all, what's your basis
              9  mechanistically for saying that Vioxx
              10  destabilizes plaque?  Do you have any
              11  paper or any scientific evidence of that?
              12        A.    I don't have any paper that
              13  shows definitively that in intravascular
              14  atherosclerosis production that COX-2
              15  inhibitors can accelerate that.  I guess
              16  I would have expected to see that from
              17  Merck's own development program.  I mean,
              18  it wasn't there.
              19              However, I do understand the
              20  complexity of the atherosclerotic
              21  generation system.  I also understand the
              22  delicate interplay in the role of
              23  thrombus, and I believe it is admissible
              24  that COX-2 inhibitors, like Vioxx, and
             page 300
              1  exclusively COX-2 inhibitors, can make
              2  atherogenic caps more friable.
              3              MR. JOSEPHSON:  Objection,
              4        nonresponsive.
              5  BY MR. PIORKOWSKI:
              6         Q.    Based on what?
              7         A.    Based on my understanding of
              8  how these mechanisms work.
              9         Q.    We already talked about
              10 MMP-9 and 2 and their effect on
              11 stabilizing plaque when you inhibit them.
              12 Do you have any theory or any paper that
              13 supports that inhibiting COX-2 causes
              14 destabilization of plaque specifically?
              15             MR. WACKER:  Object to form.
              16             THE WITNESS:  It is my
              17       assessment -- it is my opinion
              18       based on the summing up of my
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
             19          understanding of the mechanisms by
             20          which atherogenic mounds develop
             21          and break off.
             22                  MR. PIORKOWSKI:  Objection,
             23          nonresponsive.
             24  BY MR. PIORKOWSKI:
     page 301
             1           Q.   So, the answer is, no, you
             2   can't cite me to any scientific study?
             3                  MR. WACKER:  That's
             4           argumentative.
             5                  THE WITNESS:  I guess my
             6           answer is --
             7                  MR. PIORKOWSKI:  No, it's
             8           not.  My question is, is there a
             9           study, not what's his
            10           understanding.
            11                  THE WITNESS:  My answer is,
            12           no, there's not, and I would have
            13           expected to see one in Merck's
            14           development program.
            15  BY MR. PIORKOWSKI:
```

[331:7] - [332:9]        6/2/2006    Moye, Lemuel A.

```
     page 331
             6           A.   Yes.
             7           Q.   Is prostacyclin a
             8   prostaglandin?
             9           A.   (Witness reviewing
            10   document.)
            11                I'm sorry.  I don't see
            12   where I mention prostacyclin here.
            13           Q.   You don't.
            14           A.   Oh, okay.  I'm sorry.
            15           Q.   I said you mentioned
            16   prostaglandins.
            17           A.   Yes.
            18           Q.   My question is, is
            19   prostacyclin a prostaglandin?
            20           A.   It's related to it.  I don't
            21   know the chemical composition of it.  So,
            22   I don't know if it meets the chemist's
            23   definition of being a prostaglandin or
            24   not.
     page 332
             1           Q.   Is that outside your area of
             2   expertise?
             3           A.   Whether prostacyclin is a
             4   prostaglandin, yes.
             5           Q.   Do you know whether
             6   thromboxane is a prostaglandin?
             7           A.   It's regulated by
             8   prostaglandin.  I don't know if itself it
             9   is a prostaglandin.
            10           Q.   You say that in Paragraph 68
```

[333:13] - [333:21]      6/2/2006    Moye, Lemuel A.

```
     page 333
            12           Q.   Okay.
            13                You say that disturbing the
            14   balance, delicate clotting balance is one
            15   of the mechanisms by which you believe
            16   Vioxx can exert an effect, right?
            17           A.   Right.
            18           Q.   And is that effect one that
            19   is related to what you believe to be its
            20   effect on prostacyclin?
            21           A.   Yes.
            22           Q.   Okay.
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

**• Smith - Expert Challenge (Moye)**

[336:8] - [336:15]   6/2/2006   Moye, Lemuel A.

```
page 336
7          A.    Yes.
8          Q.    Now, the idea about this
9    imbalance is that the imbalance is caused
10   by inhibiting prostacyclin without the
11   thromboxane, right?
12         A.    Of the clotting imbalance.
13         Q.    Of the clotting imbalance?
14         A.    Yes.
15         Q.    Right.
16               So, to the extent that the
```

[339:21] - [340:7]   6/2/2006   Moye, Lemuel A.

```
page 339
20   BY MR. PIORKOWSKI:
21         Q.    -- "is unsafe at any
22   dose/duration combination in any patient
23   regardless of their underlying risk for
24   cardiovascular disease."
page 340
1                Is that your opinion?
2          A.    Yes.
3          Q.    So, there's no patient ever
4    for whom the risks of Vioxx justify
5    giving that product?  Is that your view?
6          A.    That's my view.  That is my
7    view, yes.
8          Q.    Okay.
```

[343:14] - [343:18]   6/2/2006   Moye, Lemuel A.

```
page 343
13   understands.
14         Q.    Who decides if the benefits
15   outweigh the risks, you?
16               MR. WACKER:  Objection.
17               THE WITNESS:  The patients
18   do.
19   BY MR. PIORKOWSKI:
```

[343:21] - [343:24]   6/2/2006   Moye, Lemuel A.

```
page 343
20         Q.    Okay.
21               Well, you're expressing the
22   view that there's no patient for whom the
23   benefits outweigh the risks?
24         A.    That's true.
page 344
1          Q.    Okay.
```

[351:12] - [351:15]   6/2/2006   Moye, Lemuel A.

```
page 351
11   alternatives.
12         Q.    There are alternatives that
13   are less risky?
14         A.    There are alternatives that
15   don't cause heart attacks and strokes.
16         Q.    What are those?
```

[360:7] - [360:13]   6/2/2006   Moye, Lemuel A.

```
page 360
6          Q.    Okay.
7                But your view is that there
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
                         8    are no circumstances in which the
                         9    benefits of Vioxx outweigh the risks,
                        10    right?
                        11         A.    Yes, sir.
                        12         Q.    Ever?
                        13         A.    Yes.
                        14                    -  -  -
```

[368:22] - [369:24]      6/2/2006      Moye, Lemuel A.

```
                        page 368
                        21         Q.    Okay.
                        22               Do you disagree that the FDA
                        23    also found that data from long-term
                        24    controlled clinical trials that have
                        page 369
                        1     included a comparison of COX-2 selective
                        2     and nonselective NSAIDs do not clearly
                        3     demonstrate that the COX-2 selective
                        4     agents confer a greater risk of serious
                        5     adverse CV events than nonselective
                        6     NSAIDs?
                        7          A.    If you ask me do I disagree
                        8     with the fact that they said that, of
                        9     course not.
                        10         Q.    Okay.
                        11               So, let me make sure I got
                        12    this --
                        13         A.    That's what they said and I
                        14    acknowledged that.
                        15         Q.    And you disagree with that?
                        16         A.    Well, I'm here to speak
                        17    today about rofecoxib.
                        18         Q.    I understand.
                        19         A.    I'm not here to speak about
                        20    Bextra or Celebrex.
                        21         Q.    I understand.
                        22         A.    And so based on my
                        23    understanding of the effects of
                        24    rofecoxib, I would disagree with that.
                        page 370
                        1          Q.    Okay.
```

[370:2] - [371:21]       6/2/2006      Moye, Lemuel A.

```
                        page 370
                        1          Q.    Okay.
                        2                But you haven't done a
                        3     scientific review of the literature on
                        4     the cardiovascular effects of other
                        5     NSAIDs, have you?
                        6          A.    That's true.
                        7          Q.    And the FDA says that they
                        8     did that?
                        9          A.    Fair enough.
                        10         Q.    Okay.  All right.
                        11               Is it your position that you
                        12    know that Vioxx has a greater
                        13    cardiovascular risk than these other
                        14    drugs which you have not done a
                        15    scientific investigation of, or is it
                        16    your opinion you've not looked at the
                        17    question and don't have an opinion one
                        18    way or the other?
                        19         A.    I have not looked at the
                        20    question, so, I can't rank order, I think
                        21    is the term used by the FDA.  At this
                        22    point in time, I can't rank order.
                        23         Q.    With respect to
                        24    cardiovascular risk?
                        page 371
```

Exhibit A - Moye Deposition Excerpts 6/02/2006

• **Smith - Expert Challenge (Moye)**

```
 1      A.      Right.
 2      Q.      Okay.
 3              And that's true with respect
 4   to Vioxx and Celebrex also, right?
 5      A.      Well, it means the same
 6   thing.  Rank order with respect to
 7   COX-2s -- with respect to rofecoxib and
 8   other COX-2s, because I haven't looked at
 9   other COX-2s.
10      Q.      I just want to make sure
11   we're clear on two things.
12      A.      Maybe not.
13      Q.      Rank order with respect to
14   Vioxx versus Celebrex, you haven't looked
15   at that question, right?
16      A.      That's right.  I have not
17   looked at that point.
18      Q.      So, you can't have an
19   opinion not having looked at that
20   question?
21      A.      Right.
22      Q.      And you also have not looked
```

[376:21] - [377:13]    6/2/2006    Moye, Lemuel A.

```
page 376
20   BY MR. PIORKOWSKI:
21      Q.      Dr. Moye, is there any
22   specific study that you're relying on for
23   your opinion that Vioxx causes an
24   imbalance between prostacyclin and
page 377
 1   thromboxane?
 2      A.      No.  It was my understanding
 3   of the biochemistry of it, but I haven't
 4   reviewed the basic biochemical studies,
 5   no.
 6      Q.      Do you know whether the
 7   studies measure prostacyclin directly or
 8   whether they measure a metabolite of
 9   prostacyclin?
10      A.      I don't know that.
11      Q.      Do you know the difference
12   between PGI2 and PGF1a?
13      A.      No.
14      Q.      Are you aware of any studies
```

[394:11] - [394:18]    6/2/2006    Moye, Lemuel A.

```
page 394
10          to form.
11              THE WITNESS:  I would say
12          not just based on those studies,
13          but based on my understanding of
14          the role of the -- the
15          differential role of COX-1, COX-2,
16          that Vioxx is the worst.  That's
17          my understanding as I sit here
18          today.
19              MR. WACKER:  Thank you.
```

[396:1] - [396:24]    6/2/2006    Moye, Lemuel A.

```
page 395
24
page 396
 1              C E R T I F I C A T E
 2
 3          I, LINDA L. GOLKOW, a Notary
     Public and Certified Shorthand Reporter
```

**Exhibit A - Moye Deposition Excerpts 6/02/2006**

**• Smith - Expert Challenge (Moye)**

```
 4    of the State of New Jersey, do hereby
      certify that prior to the commencement of
 5    the examination, LEMUEL A. MOYE, M.D. was
      duly sworn by me to testify to the truth,
 6    the whole truth and nothing but the
      truth.
 7
 8         I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 9    testimony as taken stenographically by
      and before me at the time, place and on
10    the date hereinbefore set forth, to the
      best of my ability.
11
12         I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor
13    attorney nor counsel of any of the
      parties to this action, and that I am
14    neither a relative nor employee of such
      attorney or counsel, and that I am not
15    financially interested in the action.
16
17
18
19         _____
           LINDA L. GOLKOW, CSR
20         Notary Number:  1060147
           Notary Expiration:  1-2-08
21         CSR Number:  30XI176200
           Dated:  June 9, 2006
22
23
24
page 397
 1         ACKNOWLEDGMENT OF DEPONENT
```