Smith - 7/06/06 Hearing Transcript (Expert Challenge - Moye)

• Smith - Expert Challenge (Moye)

```
[1:] - [2:32]      7/6/2006    Barnett v. Merck Hearing Transcript
                   page 1
                     ---------------------------------------------- PAGE00001 --------
                   1                       UNITED STATES DISTRICT COURT
                   2                       EASTERN DISTRICT OF LOUISIANA
                   3       ****************************************************************
                   4       IN RE:  VIOXX PRODUCTS
                   5           LIABILITY LITIGATION
                   6                                    MDL DOCKET NO. 1657
                   7                                    NEW ORLEANS, LOUISIANA
                   8                                    THURSDAY, JULY 6, 2006, 5:30 P.M.
                   9       ****************************************************************
                   10                      TRANSCRIPT OF MOTIONS HEARING
                   11              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   12                      UNITED STATES DISTRICT JUDGE
                   13      APPEARANCES:
                   14      FOR THE PLAINTIFF:     HERMAN HERMAN KATZ & COTLAR
                   15                             BY:  RUSS M. HERMAN, ESQUIRE
                   16                             201 ST. CHARLES AVENUE, SUITE 4310
                   17                             NEW ORLEANS, LA 70170
                   18                             BEASLEY ALLEN CROW METHVIN
                   19                             PORTIS & MILES
                   20                             BY:  ANDY D. BIRCHFELD, JR., ESQUIRE
                   21                                  P. LEIGH O'DELL, ESQUIRE
                   22                             234 COMMERCE STREET
                   23                             POST OFFICE BOX 4160
                   24                             MONTGOMERY, ALABAMA 36103
                   25                             ROBINSON CALCAGNIE & ROBINSON
                   26                             BY:  MARK P. ROBINSON, JR., ESQUIRE
                   27                             620 NEWPORT CENTER DRIVE, 7TH FLOOR
                   28                             NEWPORT BEACH CA  92660
                   29                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                   30                             BY:  DONALD C. ARBITBLIT, ESQUIRE
                   31                             EMBARCADERO CENTER WEST
                   32                             275 BATTERY STREET, SUITE 3000
                   33                             SAN FRANCISCO, CA  94111-3339
                   page 2
                   1                              GAINSBURGH BENJAMIN DAVID MEUNIER AND
                   2                                  WARSHAUER, LLC
                   3                              BY:  GERALD E. MEUNIER, ESQUIRE
                   4                              2800 ENERGY CENTRE
                   5                              1100 POYDRAS STREET, SUITE 2800
                   6                              NEW ORLEANS, LOUISIANA  70163-2800
                   7                              (504)522-2304
                   8       FOR THE DEFENDANT:     BARTLIT BECK HERMAN
                   9                              PALENCHAR & SCOTT
                   10                             BY:  PHILIP S. BECK, ESQUIRE
                   11                                  ANDREW GOLDMAN, ESQUIRE
                   12                             54 W. HUBBARD STREET, SUITE 300
                   13                             CHICAGO, ILLINOIS 60601
                   14      ALSO PRESENT:          JUSTIN WOODS, ESQUIRE
                   15                             JEAN PAUL OVERTON, ESQUIRE
                   16                             DOUG MARVIN, ESQUIRE
                   17                             ADAM MORTARA, ESQUIRE
                   18                             KEVIN CALCAGNE, ESQUIRE
                   19                             LEXI MYER, ESQUIRE
                   20                             DAWN BARRIOS, ESQUIRE
                   21                             DREW RANIER, ESQUIRE
                   22                             TOM KLINE, ESQUIRE
                   23                             LEONARD DAVIS, ESQUIRE
                   24                             MONICA GANT MOTON, ESQUIRE
                   25                             HOLLY WHEELER, ESQUIRE
                   26                             HAMILTON HILL, ESQUIRE
                   27      OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                   28                                  500 POYDRAS STREET, ROOM B406
                   29                                  NEW ORLEANS, LOUISIANA 70130
                   30                                  (504) 589-7779
                   31      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
                   32      PRODUCED BY COMPUTER.
```

Smith - 7/06/06 Hearing Transcript (Expert Challenge - Moye)

**• Smith - Expert Challenge (Moye)**

```
                              page 3
                              1                         P-R-O-C-E-E-D-I-N-G-S
```

[61:15] - [61:19]             7/6/2006      Barnett v. Merck Hearing Transcript

```
                              page 61
                              14  unless the plaintiffs withdraw or had withdrawn it now because
                              15  he's just not qualified in certain areas.  The fact that he's a
                              16  good biostatistics person involved in design, execution and
                              17  analysis of clinical trials and he's been doing that for nearly
                              18  20 years now doesn't mean that he's an internist or knows a lot
                              19  about Vioxx.
                              20          MR. GOLDMAN:  Right, Judge, that's exactly our point.
```

[86:1] - [86:10]              7/6/2006      Barnett v. Merck Hearing Transcript

```
                              page 85
                              24                              *  *
                              page 86
                              1                         REPORTER'S CERTIFICATE
                              2      I, Cathy Pepper, Certified Realtime Reporter, Registered
                              3  Professional Reporter, Certified Court Reporter, Official Court
                              4  Reporter, United States District Court, Eastern District of
                              5  Louisiana, do hereby certify that the foregoing is a true and
                              6  correct transcript, to the best of my ability and understanding,
                              7  from the record of the proceedings in the above-entitled and
                              8  numbered matter.
                              9                              Cathy Pepper, CCR, RPR, CRR
                              10                             Official Court Reporter
```