Trial Transcript (Excerpts) Barnett v. Merck 08/03/2006

• **Smith - Expert Challenge (Moye)**

| | | |
|---|---|---|
| [688:1] - [688:25] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |

```
page 688
     0688
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5        IN RE: VIOXX PRODUCTS       *   MDL DOCKET NO. 1657
         LIABILITY LITIGATION        *
6                                    *
                                     *
7        THIS DOCUMENT RELATES TO    *   AUGUST 3, 2006, 8:30 A.M.
                                     *
8                                    *
         GERALD BARNETT V. MERCK     *   CASE NO. 06-CV-485-L
9          & CO., INC.               *
         * * * * * * * * * * * * * *
10
11
                                 VOLUME IV
12                          JURY TRIAL BEFORE THE
                        HONORABLE ELDON E. FALLON
13                      UNITED STATES DISTRICT JUDGE
14
         APPEARANCES:
15
16       FOR THE PLAINTIFF:       ROBINSON, CALCAGNIE & ROBINSON
                                  BY:  MARK P. ROBINSON JR., ESQ.
17                                620 NEWPORT CENTER DRIVE
                                  NEWPORT BEACH, CALIFORNIA 92660
18
19       FOR THE PLAINTIFF:       BEASLEY ALLEN CROW METHVIN
                                     PORTIS & MILES
20                                BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                  234 COMMERCE STREET
21                                POST OFFICE BOX 4160
                                  MONTGOMERY, ALABAMA 36103
22
23       FOR THE DEFENDANT:       BARTLIT BECK HERMAN
                                     PALENCHAR & SCOTT
24                                BY:  PHILIP S. BECK, ESQ.
                                       ANDREW L. GOLDMAN, ESQ.
25                                54 W. HUBBARD STREET, SUITE 300
                                  CHICAGO, ILLINOIS 60601
page 689
1
```

| | | |
|---|---|---|
| [835:8] - [835:12] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |

```
page 835
7      A.   I UNDERSTAND THE ASSUMPTION.
8      Q.   CONSIDERING THAT A SERIOUS CARDIOVASCULAR RISK AROSE
9    PREAPPROVAL OF VIOXX, CAN YOU TELL US WHETHER OR NOT MERCK
10   ADEQUATELY CONVEYED THAT RISK TO DOCTORS IN THE 1999 PRODUCT
11   LABEL?
12     A.   NO, THEY DID NOT.
13     Q.   WHY DO YOU SAY THAT, DR. MOYE?
```

| | | |
|---|---|---|
| [837:11] - [837:15] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |

```
page 837
10     A.   YES.  THAT'S RIGHT.
11     Q.   DR. MOYE, LET ME ASK YOU ABOUT A BLACK-BOX WARNING.  WE
12   DON'T SEE A BLACK BOX WARNING ON THAT LABEL, DO WE?
13     A.   NO, WE DON'T.
14     Q.   THERE WASN'T ONE ON THE '99 LABEL EITHER; IS THAT CORRECT?
15     A.   THAT'S RIGHT.
16     Q.   WHAT IS A BLACK-BOX WARNING?
```

Trial Transcript (Excerpts) Barnett v. Merck 08/03/2006

• **Smith - Expert Challenge (Moye)**

[863:1] - [864:4]    8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo

```
page 862
25      A.  THAT'S TRUE.
page 863
1       Q.  NOW, WE TALKED ABOUT THE 1999 LABEL.  NOW I'M MOVING TO
2       THE 2002 LABEL.  THERE DID YOU TESTIFY ON DIRECT EXAMINATION
3       THAT THERE WAS NOTHING ON HEART ATTACKS IN THE WARNINGS
4       SECTION, BUT THERE WAS INFORMATION IN THE PRECAUTIONS SECTION?
5       A.  YES, SIR, I DID.
6       Q.  WE WILL COME BACK TO THE DISTINCTION BETWEEN WARNINGS AND
7       PRECAUTIONS IN A MINUTE, BUT DID YOU ALSO SAY THAT, BASED ON
8       MR. BIRCHFIELD'S DESCRIPTION TO YOU OF WHAT WAS IN THE VIGOR
9       STUDY, THAT EVEN THE LANGUAGE THAT WAS IN THE PRECAUTIONS
10      SECTION WAS NOT AN ADEQUATE STATEMENT OF THE VIGOR RESULTS?
11      A.  I DON'T KNOW IF I SAID THAT THIS MORNING.
12      Q.  DO YOU REMEMBER ONE WAY OR ANOTHER WHETHER YOU SAID THAT?
13      A.  I DON'T THINK I SAID THAT.  JUST SITTING HEAR NOW,
14      REMEMBERING WHAT WE TALKED ABOUT THIS MORNING, I THINK I WAS --
15      I CRITICIZED THE PLACEMENT.  I DON'T KNOW THAT I CRITICIZED THE
16      ACTUAL WORDS THAT WERE USED IN THE PRECAUTIONS SECTION.
17      Q.  WELL, LET'S HONE IN ON THAT FOR A MINUTE.  SETTING ASIDE
18      WHERE IT'S PLACED FOR A MINUTE, WARNINGS VERSUS PRECAUTIONS, DO
19      YOU AGREE THAT THE 2002 LABEL ACCURATELY SETS FORTH THE RESULTS
20      OF THE VIGOR STUDY WITH REGARD TO CARDIOVASCULAR RISKS?
21      A.  I BELIEVE SO, YES.
22      Q.  SO THE BONE OF CONTENTION, THEN, AS I UNDERSTAND IT FROM
23      YOUR DIRECT TESTIMONY AND THEN YOUR ANSWER TO THAT QUESTION, IS
24      YOU AGREE THAT THE INFORMATION ON VIGOR AND THE CV RISKS IS
25      ACCURATELY SET FORTH IN THE LABEL, BUT YOU SAY IT'S IN THE
page 864
1       PRECAUTIONS SECTION RATHER THAN THE WARNINGS SECTION?
2       A.  YES, SIR.
3       Q.  THAT'S YOUR ONLY CRITICISM?
4       A.  YES, SIR.
5       Q.  ON THAT POINT ABOUT PRECAUTIONS VERSUS WARNINGS, I THINK
```

[871:20] - [872:5]    8/3/2006    Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo

```
page 871
19      WORDS ARE HERE, BUT WHAT THEY DESCRIBE IS VERY DIFFERENT.
20      Q.  DO YOU KNOW HOW THIS DOCUMENT CAME ABOUT?  HOW ARE THESE
21      THINGS DONE?  IS THERE A LOBBYING EFFORTS THAT COME INTO PLAY
22      HERE?  ARE THERE PUBLIC HEARINGS?  DO YOU KNOW, DR. MOYE?
23      A.  WELL, I KNOW THAT THE FDA BY DESIGN IS INFLUENCED BY THE
24      DRUG MANUFACTURERS AND THEY PUT -- AND THERE ARE REQUESTS AND
25      CONCERNS THAT COME FROM DRUG MANUFACTURERS THAT THE FDA IS
page 872
1       OBLIGATED TO INVESTIGATE.  THEY INVESTIGATE BY HAVING THEIR OWN
2       INTERNAL DISCUSSIONS AND OPENING THE ISSUE FOR COMMENT.  THEY
3       ALWAYS WANT TO BE RESPONSIVE TO THEIR PARTNERS, THE DRUG
4       INDUSTRY, BUT ALSO TRY TO BE RECEPTIVE TO THE PUBLIC HEALTH
5       CONCERNS, AS WELL.
6       Q.  DR. MOYE LET ME MAKE SURE.  ALL DRUG SALES, ALL
```