**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE:  (312) 494-4440

August 21, 2006

**Via Email**

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE:   (303) 592-3100
FACSIMILE:   (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4465
shayna.cook@bartlit-beck.com

Rebecca King, Esq.
Blizzard, McCarthy & Nabers, L.L.P.
Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas  77002

Re:    *Mason v. Merck*, MDL docket No. 1657

Dear Rebecca:

This letter is in response to Plaintiff's Request for Admissions, which you served August 9, 2006. This Request for Admissions includes 130 separate requests. Further, many of these requests refer to Exhibits A through F to the Request for Admissions, which encompass hundreds of documents.

Plaintiff's Request for Admissions violates Pretrial Order No. 17, which limits Requests for Admission in individual cases to 30 requests. Accordingly, we ask that you withdraw Plaintiff's Request for Admissions. If you do not withdraw the request by Wednesday, August 23, we will seek relief from the Court.

Sincerely,

Shayna S. Cook