From: Scott Nabers [mailto:SNabers@blizzardlaw.com]
Sent: Monday, August 21, 2006 6:48 PM
To: Rebecca King; shayna.cook@bartlit-beck.com
Cc: deborah.hehr@bartlit-beck.com
Subject: Re: Mason v. Merck

Shayna we will not withdraw any admissions at this time. Rebecca is trying
to be cooperative with you all but I am not agreeing to reduce them because
most deal with proving up docs of Merck. If you want to stipulate to the
docs on my exhibt list then I will withdraw whatever you stipulate to
happily. I will not agree to reduce the admissions unless we have an
agreement. I am more than happy to take this up with the Court. I don't
think the Court realized Merck would stipulate to so few docs when this
order was entered. I am happy to discuss this issue with you tommorrow if
you wish. I don't want you to spend a lot of time on Admissions if there is
a way for us to agree on the authenticity and admissibility of docs. You may
reach me at 713 858 2956. Please let me know if you set this for hearing.
Thanks
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Rebecca King <RKing@blizzardlaw.com>
To: shayna.cook@bartlit-beck.com <shayna.cook@bartlit-beck.com>
CC: 'Deborah Ann Hehr' <deborah.hehr@bartlit-beck.com>; Scott Nabers
<SNabers@blizzardlaw.com>
Sent: Mon Aug 21 17:24:05 2006
Subject: RE: Mason v. Merck

I will be glad to amend the requests for admissions to limit the number to
30, but I will not agree to withdraw all of them.  If you have any other
ideas on how we might accomplish what the requests for admissions seek to
accomplish by stipulation or deposition by written questions, for example,
we will be happy to discuss with you.

Rebecca B. King

Blizzard, McCarthy & Nabers, LLP

440 Louisiana, Suite 1710

Houston, Texas 70002

t. 713.844.3750

```
f. 713.844.3755

rking@blizzardlaw.com


_____

From: Cook, Shayna [mailto:shayna.cook@bartlit-beck.com]
Sent: Monday, August 21, 2006 5:05 PM
To: Rebecca King
Cc: 'Deborah Ann Hehr'
Subject: Mason v. Merck



Rebecca,
Please see the attached letter.

<<...>>

Shayna S. Cook
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
312-494-4465

The information contained in this communication is confidential and
should
be considered to be attorney work product and/or attorney-client
privileged.
This communication is the property of Bartlit Beck Herman Palenchar &
Scott
LLP and is intended only for the use of the addressee.  If you are not
the
intended recipient, please notify the sender, delete the message, and
note
that any distribution or copying of this message is prohibited.
```