| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0001 | MRK-ACT0018064 | MRK-ACT0018064 | 2/8/2001 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting | Scolnick |
| 1.0002 | MRK-ABW0004799 | MRK-ABW0004799 | 10/18/2001 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label | Dixon/Scolnick |
| 1.0003 | MRK-ACR0014514 | MRK-ACR0014514 | 4/6/2001 | Email from Scolnick to Greene in re Approvable letter | |
| 1.0004 | MRK-NJ0315892 | MRK-NJ0315894 | 2/26/1997 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol | |
| 1.0005 | MRK-ABX0016509 | MRK-ABX0016510 | 11/26/2001 | Email from D. Anstice FW: Three Items | Cannell/Jerman |
| 1.0006 | MRK-ABA0003277 | MRK-ABA0003284 | 9/17/2001 | Warning letter from Thomas Abrams to Raymond Gilmartin | |
| 1.0007 | MRK-AAR0019773 | MRK-AAR0019786 | | Vioxx Dodgeball | |
| 1.0008 | MRK-AAR0019055 | MRK-AAR0019060 | | CV Card | Carroll |
| 1.0009 | MRK-AAO0000073 | MRK-AAO0000126 | 9/1/2000 | 2001 Profit Plan for Vioxx | Carroll/Dixon |
| 1.0010 | MRK-ABH0014114 | MRK-ABH0014118 | 6/1/1998 | Email from Edward Scolnick to Errol McKinney Re: Celebrax submission within 2 months - Schroders | Scolnick |
| 1.0011 | MRK-ABS0194661 | MRK-ABS0194664 | 10/20/1998 | E-mail from Scolnick: Message | Scolnick |
| 1.0012 | MRK-ABK0302077 | MRK-ABK0302077 | 4/3/2000 | Email from Patrono to Laurenzi--preliminary VIGOR data | |
| 1.0013 | MRK-AFI0201416 | MRK-AFI0201442 | 7/23/1999 | List of physicians to neutralize | Baumgartner |
| 1.0015 | MRK-AFK0190651 | MRK-AFK0190651 | 2/1/2005 | VICTOR KM Plot--Confirmed Thrombotic CV events | |
| 1.0016 | MRK-AFK0190652 | MRK-AFK0190652 | 2/1/2005 | VICTOR KM Plot--APTC events | |
| 1.0017 | MRK-NJ0070364 | MRK-NJ0070397 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | Scolnick |
| 1.0020 | MRK-NJ0000862 | MRK-NJ0000869 | 9/12/1996 | Memo from Terri Randall to Vioxx Project Team Members Re: Project team minutes of 9-4-96 | Scolnick |
| 1.0021 | MRK-01420099060 | MRK-01420099061 | 4/11/2001 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes | Scolnick |
| 1.0022 | MRK-01420101964 | MRK-01420101967 | 4/17/2001 | April 17, 2001 "approvable" letter from Jonca Bull of the FDA to R. Silverman | |
| 1.0033 | MRK-AAD0329040 | MRK-AAD0329043 | 7/31/2003 | Standby Statement: Trials Of Vioxx (rofecoxib) in Alzheimer's disease | Dunn |
| 1.0060 | MRK-AAR0073258 | MRK-AAR0073258 | | VID:Be the Power 2S01 | Scolnick |
| 1.0061 | MRK-AAR0007240 | MRK-AAR0007248 | 5/23/2001 | Bulletin for Vioxx Action Required: Response to New York Times Article | Scolnick |
| 1.0062 | MRK-AAR0007383 | MRK-AAR0007384 | 4/28/2000 | Bulletin for Vioxx: New Resource: Cardiovascular Card | Anstice/ Scolnick |
| 1.0064 | MRK-AAR0010111 | MRK-AAR0010126 | | Obstacle Jeopardy | |
| 1.0069 | MRK-AAR0021110 | MRK-AAR0021110 | 8/30/2001 | Letter from Lewis Sherwood to Healthcare Provider | |
| 1.0074 | MRK-AAX0000597 | MRK-AAX0000600 | 8/21/2001 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | |
| 1.0076 | MRK-AAX0000696 | MRK-AAX0000705 | | Deaths in MK-0966 Studies 078, 091, 126 | |
| 1.0077 | MRK-AAX0000710 | MRK-AAX0000724 | 4/8/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the interim mortality analyses | |
| 1.0078 | MRK-AAX0000725 | MRK-AAX0000751 | 4/4/2001 | Memo from J. Chen to R. Bain re: MK-0966 protocol 091 first AD treatment trial / summary of the mortality analysis | |
| 1.0079 | MRK-AAX0000752 | MRK-AAX0000776 | 4/8/2001 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) Imbalance in the Number of Deaths | Scolnick |
| 1.0082 | MRK-AAX0002413 | MRK-AAX0002420 | 11/21/1996 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector, Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of excluding low-dose aspirin use in the Cox-2 GI Outcomes Megatrial | |
| 1.0087 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan Amendment No. 1 for VIGOR by Deborah Shapiro, et al. | |
| 1.0091 | MRK-AAX0008561 | MRK-AAX0008581 | 10/15/2001 | Draft VIOXX Label | |

PLAINTIFF'S EXHIBIT A

M006B45154

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0092 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/6/2001 | Email from Edward Scolnick to Laura Demopoulos Re: Topol Idea | |
| 1.0095 | MRK-ABA0003490 | MRK-ABA0003490 | 2/4/2002 | Letter from Carlos Patrono to Dr. Braunwald Re: VALOR-TIMI 30 protocol | |
| 1.0106 | MRK-ABC0002150 | MRK-ABC0002150 | 11/17/1997 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of prostacyclin | Scolnick |
| 1.0107 | MRK-ABC0002198 | MRK-ABC0002198 | 9/28/1998 | Memo from Martino Laurenzi to Alan Nies Re: Proposal of Prof. Patrono in the fields of CV and Renal Physiopathology | |
| 1.0115 | MRK-ABC0017484 | MRK-ABC0017484 | 8/13/1997 | Memo from Alan Nies and Alise Reicin to Jim Bolognese, et al. MK-0966 GI Outcomes Study | |
| 1.0116 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result | |
| 1.0118 | MRK-ABC0033809 | MRK-ABC0033809 | 4/12/2000 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality | |
| 1.0122 | MRK-ABC0048699 | MRK-ABC0048706 | 10/10/1996 | Research Management Committee No. 96-10 -- Blue Bell | Scolnick |
| 1.0124 | MRK-ABD0002346 | MRK-ABD0002347 | 1/28/2001 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI | |
| 1.0125 | MRK-ABG 0001226 | MRK-ABG 0001243 | 4/11/2002 | VIOXX Label Change Questions and Answers | |
| 1.0130 | MRK-ABH0014002 | MRK-ABH0014002 | 1/13/1998 | Email from A. Ford-Hutchinson to E. Scolnick RE: Tylenol and cox 2 | Jerman |
| 1.0132 | MRK-ABH0016219 | MRK-ABH0016219 | 3/9/2000 | Email from Edward Scolnick to Deborah Shapiro et al: Subject: vigor | Scolnick |
| 1.0133 | MRK-ABH0017386 | MRK-ABH0017386 | 3/13/2000 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential Cardioprotective Effects of an NSAID. | Scolnick |
| 1.0138 | MRK-ABI0000515 | MRK-ABI0000515 | 4/16/1999 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party | |
| 1.0140 | MRK-ABI0001556 | MRK-ABI0001556 | 2/23/1998 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex | Carroll |
| 1.0143 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | Key Marketing Messages HHPAC | |
| 1.0145 | MRK-ABI0002126 | MRK-ABI0002128 | 5/8/2000 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx | Scolnick |
| 1.0147 | MRK-ABI0002269 | MRK-ABI0002309 | 4/20/2000 | Vioxx Interim Review for HHPAC | |
| 1.0149 | MRK-ABI0002784 | MRK-ABI0002784 | 10/19/2000 | Email from Leonard Tacconi to David Anstice, et al. Re: Vioxx DTC Campaign | |
| 1.0151 | MRK-ABI0003148 | MRK-ABI0003155 | 10/1/2001 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter | |
| 1.0152 | MRK-ABI0003228 | MRK-ABI0003230 | 5/22/2001 | "Press Release - Merck confirms favorable CV safety profile of Vioxx | Krahe/Dixon |
| 1.0154 | MRK-ABI0003291 | MRK-ABI0003293 | 12/16/1999 | "Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces | Anstice |
| 1.0155 | MRK-ABI0004488 | MRK-ABI0004499 | 4/28/1999 | "VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives | Anstice |
| 1.0156 | MRK-ABI0005078 | MRK-ABI0005078 | 2/25/1999 | Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking Points | Anstice |
| 1.0158 | MRK-ABI0005912 | MRK-ABI0005915 | 12/6/2001 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX | Scolnick |
| 1.0166 | MRK-ABI0011027 | MRK-ABI0011081 | 7/15/2002 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia | Jerman |
| 1.0176 | MRK-ABO0000250 | MRK-ABO0000253 | 1/9/2001 | Letter from James Fries to Raymond Gilmartin Re: Dr. Sherwood's Complaints about Dr. Gurkipal Singh | Baumgartner |
| 1.0177 | MRK-ABO0000257 | MRK-ABO0000263 | 3/27/2001 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: Scientific Communication Plan for VIOXX | Baumgartner |
| 1.0184 | MRK-ABO0002864 | MRK-ABO0002865 | 11/8/2000 | Email from Marilyn Krahe to David Abrahamson, et al. Re: Meeting Dr. Gurkipan Singh | |
| 1.0192 | MRK-ABP0016650 | MRK-ABP0016677 | | Vioxx AD Program Slide Set | Scolnick |
| 1.0198 | MRK-ABS0037036 | MRK-ABS0037048 | 12/30/1997 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) | |
| 1.0200 | MRK-ABS0066396 | ABS0067019 | 10/26/1998 | Osteoarthritis Clinical Trials | |
| 1.0206 | MRK-ABS0212130 | MRK-ABS0212132 | 9/15/1999 | E. Clinical Safety - MK-0966 Clinical Documentation | |
| 1.0221 | MRK-ABT0022650 | MRK-ABT0022657 | 1/18/2000 | Email from Eric Mortensen to Cynthia Arnold et al re: FW: John Baron's Feedback | |
| 1.0225 | MRK-ABW0003690 | MRK-ABW0003690 | 11/12/2001 | Email from Paul Fonteyne to Thomas Cannell RE Dorothy Hamill Quantitative Results | |

M006B45155

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0226 | MRK-ABW0005623 | MRK-ABW0005623 | 9/17/2001 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study | Dixon |
| 1.0227 | MRK-ABW0010182 | MRK-ABW0010184 | 8/25/2001 | Email from Kenneth Sperling to Alan Nies, et al. Re: Decision on CV eta-analysis journal selection | |
| 1.0229 | MRK-ABW0011956 | MRK-ABW0011957 | 10/1/2001 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release | Dixon |
| 1.0231 | MRK-ABW0014720 | MRK-ABW0014722 | 10/26/2001 | Email from Steven Vignau to Wendy Dixon Re: New crop of arthritis drugs under safety cloud | |
| 1.0234 | MRK-ABX0002309 | MRK-ABX0002332 | | Original Label Submission For VIGOR | Scolnick |
| 1.0235 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 Review of Cardiovascular Safety Database | Carroll |
| 1.0255 | MRK-ABY0030000 | MRK-ABY0030030 | 5/1/2001 | Memo from Joshua Chen to Raymond Bain Re: MK-966 AD Program Mortality Analysis for Protocol 091, 078, & 126 | |
| 1.0265 | MRK-ACD0068340 | MRK-ACD0068344 | | FDA's VIGOR Label | |
| 1.0278 | MRK-ACF0004015 | MRK-ACF0004016 | 1/29/2001 | Email from Deborah Shapiro to Eliav Barr, et al. Re: Alzheimer's studies | |
| 1.0283 | MRK-ACG0000828 | MRK-ACG0000839 | 1/21/1999 | DiCesare memo re: Clinical development oversight committee meeting / January 6 1999 | |
| 1.0287 | MRK-ACI0013234 | MRK-ACI0013240 | 11/19/2001 | Attachments to Casola to Abrams letter - correction letter to health care providers | |
| 1.0288 | MRK-ACI0013241 | MRK-ACI0013246 | 11/19/2001 | Attachments to Casola to Abrams letter | |
| 1.0298 | MRK-ACR0008985 | MRK-ACR0008985 | 1/31/2001 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC | Krahe/ Scolnick |
| 1.0304 | MRK-ACR0009295 | MRK-ACR0009296 | 11/26/2001 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate | Scolnick |
| 1.0305 | MRK-ACR0009297 | MRK-ACR0009297 | 2/25/2002 | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label | Scolnick |
| 1.0309 | MRK-ACR0014502 | MRK-ACR0014503 | 3/22/2001 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD Safety Data - Imalance in the number of deaths. | Scolnick |
| 1.0311 | MRK-ACR0040000 | MRK-ACR0040024 | 4/8/2001 | Email from Joshua Chen to Raymon Bain Regarding a Summary of MK-0966 Combined Mortality Analysis | |
| 1.0328 | MRK-ACX0005041 | MRK-ACX0005041 | | National Advocates - Call in Next 10 Business Days | |
| 1.0329 | MRK-ACX0005129 | MRK-ACX0005132 | 10/4/2000 | Memo from Susan Baumgartner to Lou Sherwood Re Interactions with Gurkipal Singh | Baumgartner |
| 1.0339 | MRK-ADB0009039 | MRK-ADB0009042 | | Roadmap to CV Card | |
| 1.0354 | MRK-ADI0007971 | MRK-ADI0007972 | 6/4/1999 | Email correspondence between Scolnick and Weiner | |
| 1.0356 | MRK-ADI0007975 | MRK-ADI0007975 | 6/6/1999 | Email correspondence between Scolnick and Weiner | |
| 1.0362 | MRK-ADL0082197 | MRK-ADL0082197 | 6/20/2000 | Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Eular | Baumgartner |
| 1.0364 | MRK-ADO0040848 | MRK-ADO0040848 | 4/12/2001 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A | Baumgartner |
| 1.0374 | MRK-AEF0000653 | MRK-AEF0000653 | 3/4/2002 | Email from James Yergey to Tom Baille-Subject Prostanoid assays | |
| 1.0383 | MRK-AEG0037638 | MRK-AEG0037639 | 9/12/2002 | Email from Mervyn Turner to Joan Lasota RE: NitroMed | |
| 1.0386 | MRK-AEI0002734 | MRK-AEI0002746 | 5/6/1998 | Scientific Advisors' Meeting May 3 - May 6, 1998 Programmatic Review Vioxx Program | |
| 1.0396 | MRK-AFF0000318 | MRK-AFF0000352 | 5/9/2002 | Hui Quan Memo re: Safety Update for APPRoVe | |
| 1.0400 | MRK-AFI0000001 | MRK-AFI0000197 | 2/7/2001 | Baumgartner Diary: 01/01/2001 to 09/27/2001 | Baumgartner |
| 1.0401 | MRK-AFI0010255 | MRK-AFI0010255 | 1/31/2001 | National Thought Leader Summary VIGOR Study | Baumgartner |
| 1.0402 | MRK-AFI0010400 | MRK-AFI0010401 | 4/18/2001 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) | |
| 1.0408 | MRK-AFI0044662 | MRK-AFI0044665 | 7/26/1999 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize | Baumgartner |
| 1.0409 | MRK-AFI0045236 | MRK-AFI0045237 | 9/9/1999 | Email from Caroline Yarbrough to Susan L Baumgartner Re: Background on Dr. Andrew Welton | Susan Baumgartner- 3/11/05 Exh# 51 |

M006B45156

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0411 | MRK-AFI0045966 | MRK-AFI0045840 | 11/9/1999 | Email from Susan Baumgartner to Thomas McCready checking up on the McMillan neutralization efforts. | Baumgartner |
| 1.0413 | MRK-AFI0136524 | MRK-AFI0136524 | 8/22/2001 | Email from Linda Coppola to Russell Kosiorek Re: CV Card (1 year) Revalidation for use in Promotion | Scolnick |
| 1.0414 | MRK-AFI0174637 | MRK-AFI0174637 | 4/29/1999 | Email from Mendez to Baumgartner, Yarborough, Johnson, McKines, Jensen, and Reiss re: Physicians to Neutralize | |
| 1.0415 | MRK-AFI0182292 | MRK-AFI0182293 | 7/1/1999 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development Opportunity: Physicians to Neutralize | Baumgartner |
| 1.0423 | MRK-AFJ0000520 | MRK-AFJ0000520 | 2/3/2002 | Email from Edward Scolnick to Peter Kim; Subject: coxib task force | |
| 1.0424 | MRK-AFJ0000576 | MRK-AFJ0000576 | 3/9/2002 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome Trials | |
| 1.0426 | MRK-AFJ0008381 | MRK-AFJ0008382 | 8/27/2004 | Email from Drs. Richard and Jane Dybas to Peter S. Kim Re: Merck's Stock Retreats over VIOXX concerns | |
| 1.0445 | MRK-AFT0005926 | MRK-AFT0005927 | 4/19/2004 | Email from Susanne Edddwes to Raymond Bain, et al. Re: The Need to Set Up External DSMB for ongoing Vioxx AD Prevention Trial | |
| 1.0460 | MRK-I269007833 | MRK-I269008224 | 11/26/2003 | Clinical Study Report for Protocol 078 | |
| 1.0463 | MRK-LBL0000035 | MRK-LBL0000038 | 11/1/1999 | Vioxx Label Nov. '99 | |
| 1.0464 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | Vioxx Label July 2000 | |
| 1.0465 | MRK-LBL0000059 | MRK-LBL0000062 | 7/1/2001 | Vioxx Label July 2001 | |
| 1.0466 | MRK-LBL0000063 | MRK-LBL0000066 | 4/1/2002 | Vioxx Label April 2002 | |
| 1.0467 | MRK-LBL0000248 | MRK-LBL0000251 | 3/1/2004 | Vioxx Label March 2004 | |
| 1.0470 | MRK-NJ0000827 | MRK-NJ0000835 | 9/26/1996 | Memo from Terri Randall re: MK-0966 Project Team Minutes | |
| 1.0479 | MRK-NJ0066297 | MRK-NJ0066301 | | Charts re: VIGOR: Myocardial Infarctions Over Time | |
| 1.0487 | MRK-NJ0106699 | MRK-NJ0106722 | 10/13/2000 | Shapiro Meta-Analysis | |
| 1.0498 | MRK-NJ0121906 | MRK-NJ0121907 | 4/13/2000 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortality | |
| 1.0506 | MRK-NJ0130083 | MRK-NJ0130087 | 2/14/2000 | Email from Edward Scolnick to Deborah Shapiro Re: Searler Recapturing Momentum in COX-2 Inhibitor Market | |
| 1.0511 | MRK-NJ0162361 | MRK-NJ0162371 | 4/13/1998 | Attachment #1, Dr. Alan Nies' writeup for meeting of Board of Scientific Advisors on | |
| 1.0514 | MRK-NJ0183397 | MRK-NJ0183402 | 11/6/2001 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application | |
| 1.0516 | MRK-NJ0189508 | MRK-NJ0189509 | 3/28/2000 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR | Baumgartner/Krahe |
| 1.0531 | MRK-NJ0267715 | MRK-NJ0267777 | 1/8/2001 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) | Scolnick |
| 1.0539 | MRK-NJ0317338 | MRK-NJ0317341 | 8/14/1997 | Email from Kyra Lindermann to Beth Seidenberg et al Re: MK9666 GI Outcomes Standby | |
| 1.0541 | MRK-NJ0320174 | MRK-NJ0320177 | 5/25/2000 | Email from Margie McGlynn to Alise Reicin | Weiner |
| 1.0542 | MRK-NJ0333225 | MRK-NJ0333235 | 3/21/2001 | Memo Re: Mk-0966 AD Progression Trail (Protocol #091) Imbalance in the Number of Deaths | Scolnick |
| 1.0581 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study with Vioxx | |
| 1.0583 | MRK-PRL0000122 | MRK-PRL0000123 | 4/28/2000 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" | Jerman/Weiner |
| 1.0584 | MRK-PRL0000124 | MRK-PRL0000127 | 5/24/2000 | Press Release - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. | |
| 1.0587 | MRK-PRL0000131 | MRK-PRL0000133 | 6/22/2000 | Press Release: Researchers present findings from the first study evaluating the efficacy and tolerability of Vioxx Celecoxib and Acetaminophen in the treatment of osteoarthritis | |

M006B45157

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.0667 | MRK-AAD0356476 | MRK-AAD0356477 | 4/14/1999 | Wall Street Journal article "Drugs: Merck's Health Hinges on Sales of Arthritis Pill" by R Langreth | Carroll |
| 1.0726 | MRK-ACD0012344 | | 9/20/2001 | Email from Peter Kim to Alise Reicin regarding NO-Naproxen | |
| 1.0727 | MRK-AFO0128716 | | 11/1/2001 | Email from Dawn Chitty to Christa Defusco, et al. regarding VIOXX CBE | |
| 1.0729 | MRK-NJ0220388 | MRK-NJ0220454 | | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular | |
| 1.0732 | MRK-ABS0034494 | MRK-ABS0034577 | | Product Development Plan Stage 0 Review | |
| 1.0739 | MRK-AFN0052502 | MRK-AFN0052523 | No Date | Clinical Investigator's Confidential Informational Brochure | |
| 1.0755 | MRK-V 0000041 | | | NEJM Manuscript 05-0493; comments from reviewers approve manuscript. | |
| 1.0812 | MRK-V 0000044 | | | Dorothy Hamill - Morning: 30 | |
| 1.0815 | MRK-V 0000045 | | | "Dog Park" Letterbox: 30 | |
| 1.0816 | MRK-V 0000046 | | | Clammer: 30 Reminder DR | |
| 1.0817 | MRK-V 0000046 | | | Teacher: 60 | |
| 1.0818 | MRK-V 0000046 | | | Teacher: 60 | |
| 1.0819 | | | | Teacher: 30 | |
| 1.0965 | MRK-NJ0220304 | | | Email from Ken Truitt to Barry Gertz RE: 966 peds | j |
| 1.0966 | MRK-ABW0005449 | MRK-ABW0005475 | | Profit Plan 2002-Merck A&A Franchise | |
| 1.0972 | MRK-AFO0286612 | MRK-AFO0286638 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial | Jerman |
| 1.0973 | MRK-AGO0076955 | MRK-AGO0076990 | | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Chemoprevention Trial | j |
| 1.004 | MRK-ABL0000609 | MRK-ABL0000654 | 6/21/1999 | VIOXX® INTERIM STAGE REVIEW | Carroll |
| 1.005 | MRK-ABL0000688 | MRK-ABL0000690 | 7/15/1999 | Minutes of 6/25/99 HHPAC meeting | Scolnick |
| 1.013 | MRK-ABL0000921 | MRK-ABL0000937 | 5/17/2000 | HHPAC Presentation-Key Marketing Messages | |
| 1.014 | MRK-ABL0000938 | MRK-ABL0000941 | 6/6/2000 | Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting | |
| 1.016 | MRK-ABA0025859 | MRK-ABA0025860 | 2/27/2002 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study | Jerman |
| 1.034 | MRK-S04200510O1 | MRK-S0420053185 | | MRL Abbreviated Clinical Study Report: A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with Rofecoxib (MK-0966) on the Recurrence of Neoplastic Poly | |
| 1.044 | MRK-ACC0009462 | | | Merck & Co., Inc.-Code of Conduct for Clinical Trials | |
| 1.049 | | | | Physicians Desk Reference 2003 | |
| 1.052 | MRK CAAD 13902 | | 7/18, 19/2001 | Physicians Desk Reference-51st Edition 2000 - a national cross-functional team meeting dated July 17, 18th, 19th of 2001 | Krahe |
| 1.066 | MRK-NJ0244665 | MRK-NJ0244672 | | Patient Informed Consent | |
| 1.073 | MRK-ACR0009148 | MRK-ACR0009149 | 4/7/2001 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter | |
| 1.081 | MRK-AKO0014360 | MRK-AKO0014397 | 2000 | Anti-Inflammatory and Analgesic TBG 2000 Profit Plan | |
| 1.084 | MRK-ABW0000581 | MRK-ABW0000607 | 2/8/2001 | FDA Advisory Committee Briefing Document | Carroll |
| 1.085 | MRK-NJ0174804 | MRK-NJ0175048 | 2/8/2001 | Transcript of the Arthritis Advisory Committee Meeting | |
| 1.086 | MRK-ABH0014143 | MRK-ABH0014166 | 5/12/1998 | Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes for May 12, 1998 | |
| 1.087 | | | | Excerpts from the Merck Manual - 16th Edition | |

M006B45158

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition/Testimony |
|---|---|---|---|---|---|
| 1.1094 | MRK-ABH0016104 | | 9/11/1999 | Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC | |
| 1.1097 | MRK-ABI0011772 | MRK-ABI0011787 | 9/29/2004 | Questions and Answers: VIOXX Voluntary Market Withdrawal | |
| 1.1098 | MRK-AFJ0001537 | | 11/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | Scolnick |
| 1.1099 | MRK-ABT0000639 | | 4/15/2000 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 | Scolnick |
| 1.1100 | MRK-ABT0014818 | MRK-ABT0014827 | | VIOXX Outcomes Study Potential Designs | Scolnick |
| 1.1101 | MRK-AAZ0001608 | MRK-AAZ0001609 | 5/8/2001 | Email from Edward Scolnick to Douglas Greene regarding History Lesson | Scolnick |
| 1.1103 | MRK-AAR0033237 | MRK-AAR0033243 | | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis Studies | Scolnick/Krahe |
| 1.1104 | MRK-NJ0030204 | | 10/9/2001 | Email from Deborah Wolf to Briggs Morrison, re: CV outcome Total Cost - still HIGH | |
| 1.1106 | MRK-ABH0017814 | | 3/28/2000 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR | Scolnick |
| 1.1111 | | | | Extracts from P3.0021 - H James Williams | |
| 1.1112 | | | | Extracts from P3.0021 - M Michael Wolfe | |
| 1.1113 | | | | Extracts from P3.0021 - Byron L. Cryer | |
| 1.1123 | MRK-I8940096392 | MRK-I8940096445 | | Protocol 201 (VIP) CSR | |
| 1.1130 | | | 05/04/00 | Dear Doctor Letter from Jeffrey Melin | |
| 1.1132 | MRK-0042008087 | MRK-0042008117 | 06/29/00 | Excerpts from 6/29/00 sNDA | |
| 1.1135 | MRK-ABI0008659 | MRK-ABI0008683 | 07/01/01 | US Long Range Operating Plan Fmachise: Analgesic & Anti-Inflammatory Products: Vioxx, Etoricoxib | |
| 1.1140 | MRK-I8940078840 | | 5/4/04 | Letter to Brian Harvey from Diane Louie regarding IND 46,894 | |
| 1.1141 | MRK-NJ0214478 | | 11/21/01 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design | Scolnick |
| 1.1142 | MRK-ABC0017482 | | 8/13/97 | Email from Alan Nies and Alise Reicin to Jim Bolognese, et. al. regarding GI Outcomes Study | |
| 1.1144 | MRK-ACD0105492 | MRK-ACD0105815 | 6/20/00 | Clinical Study Report of Protocol 088/089 | |
| 1.1160 | MRK-AAF0003713 | MRK-AAF0003715 | 2/27/01 | Letter from Robert Silverman to Central Document Room of the FDA regarding NDA 21-042/S-007 | |
| 1.1194 | MRK-ADI0800000 | MRK-ADI0800045 | | Personnel File of Jan Weiner | Weiner |
| 1.1227 | MRK-AAD0800069 | MRK-AAD0800079 | | 2003 Year-End Review for Alise Reicin | |
| 1.1231 | MRK-NJ0071320 | MRK-NJ0071332 | 7/5/00 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - VIGOR | Curfman |
| 1.1234 | MRK-PUBLIC0002375 | MRK-PUBLIC0002430 | 7/12/01 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 | Scolnick |
| 1.1236 | MRK-AAX0008561 | MRK-AAX0008581 | 10/1/01 | Draft Vioxx Label | |
| 1.1240 | MRK-AGO0077012 | MRK-AGO0077013 | 1/31/05 | Email from Marvin Konstam to Christopher Lines et al regarding APPROVe Paper | |
| 1.1245 | MRK-AFV0341732 | MRK-AFV0341794 | 7/21/01 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter | |
| 1.1249 | MRK-AAC0139936 | MRK-AAC0139937 | 1/27/04 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper | |
| 1.1485 | MRK-AFI0045078 | MRK-AFI0045078 | 8/23/1999 | Email from Charlotte McKines to Susan Baumgartner re: putting Whelton on the "Bad Guys List". | |
| 1.1491 | MRK-ADG0057776 | | | Slides from Presentation by Tom Cannell | Cannell |
| 1.1492 | MRK-ADG0059921 | | 6/5/2002 | Email from Thomas Cannell to Antonia Sisti titled RE: ["3,2,1, Go Theme"] | Cannell |
| 1.1568 | MRK-ACJ0004568 | MRK-ACJ0004591 | 8/26/2002 | 2003 Profit Plan for Vioxx | |
| 1.1702 | MRK-ABI0003662 | MRK-ABI0003679 | 4/4/2001 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice | Anstice |

M006B45159

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.1890 | MRK-AHD00000817 | MRK-AHD00000841 | 12/19/2004 | Email from Robert Bresalier to Christopher Lines re: APPROVe cardiovascular with attached draft of "Cardiovascular Events Associated with Rofecoxib in a 3-year Randomized Colorectal Adenoma Chemoprevention Trial" | |
| 1.1891 | MRK-ABC0024093 | MRK-ABC0024164 | 8/27/1998 | Clinical Study Report for Protocol 061 | |
| 1.1892 | | | | Confidential Memorandum of Invention | |
| 1.1893 | | | 9/30/2004 | FDA News: "FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily Withdraws the Product" | |
| 1.1894 | MRK-NJ0017640 | MRK-NJ0017663 | 1/27/1198 | Memo from Briggs Morrison to Beth Seidenberg et al. re: Protocol 023 manuscript | |
| 1.1895 | | | | 2005 Award in Excellence of Clinical Pharmacology given to Dr. Alan Nies with his story as seen at www.phrmafoundation.org website | |
| 1.1896 | | | 11/18/2004 | Summary of Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance | |
| 1.1897 | 2005 NEJM 000001 | 2005 NEJM 000285 | | NEJM File for Robert Bresalier Article | |
| 1.1898 | MRK-NJ0450908 | MRK-NJ0450910 | 2/25/2002 | Email string ending from Thomas Simon to Barry Gertz re: CE Event Counts | |
| 1.1899 | MRK-ABK0483578 | MRK-ABK0483588 | 12/13/2001 | University of Pennsylvania General Clinical Research Center Protocol Application to study "the Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" by Garret Fitzgerald | |
| 1.1900 | MRK-ABK0483589 | MRK-ABK0483597 | 11/26/2001 | Objectives of the study of "The Thrombotic Profiles of Cyclooxygenase Inhibitors Alone and in Combination with Low-Dose Aspirin in Reheumatoid Arthritis (RA)" | |
| 1.1901 | MRK-AFO0023318 | | 12/12/1997 | Email from James Bolognese to Elliot Ehrich, et al. re: MK-0966 serious CV AE info | |
| 1.1902 | MRK-AFF0000179 | MRK-AFF0000201 | 10/18/2004 | Slide presentation of Preliminary Cardiovascular Safety Data from the APPPROVe Study by Robert Bresalier, et al. | |
| 1.1903 | MRK-NJ0186410 | | 10/28/2001 | Email from Ned Braunstein to Alise Reicin re: task list from VP Data Review meeting | |
| 1.1904 | MRK-NJ0337077 | MRK-NJ0337109 | 10/31/2001 | Email from Alise Reicin to Dena Ramey re: task list from VP Data Review meeting with attachment | |
| 1.1905 | | | | Label for flurbiprofen | |
| 1.1906 | | | | 1999 Physicians Desk Reference entry for naproxen | |
| 1.1907 | | | | Memorandum from David Graham to Paul Seligman re: Risk of Acute Myocardial Infarction and Sudden Cardiac Death in Patients Treated with COX-2 Selective and Non-Selective NSAIDs | |
| 1.1908 | MRK-AAC01146909 | MRK-AAC01146918 | | Author's Responses to Reviewers Comments of the draft of Manuscript NPP-04-0106, "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment | |
| 1.1909 | MRK-ABW0003613 | MRK-ABW0003614 | 11/14/2001 | Email string from David Anstice to Wendy Dixon re: Dorothy Quantitative Results | |
| 1.1910 | MRK-ABW0000166 | | | Project Offense-Revised | |
| 1.1911 | | | | Analysis of Protocol 203 | |
| 1.1912 | | | 2/16/2005 | Transcript of FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | |
| 1.1913 | | | 2/16/2005 | Summary of Minutes and Table of Contents from the FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee | |

M006B45160

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 1.1914 | | | | Preliminary Review of APPROVe Data- Background Package for February, 2005 AC Meeting | |
| 1.1915 | | | | APPROVe Data | |
| 1.1916 | | | | | |
| 1.1917 | MRK-AFJ0008920 | MRK-AFJ0008938 | 12/18/2004 | Interim Review of NDA 21042/s030 by Lourdes Villalba, MD | |
| 1.1918 | MRK-ABG0004364 | MRK-ABG0004385 | 10/13/2004 | Q&A for Media Briefing | |
| 1.1919 | MRK-AFJ0009371 | | 11/18/2004 | Q&A for Testimony of Ray Gilmartin before Senate Finance Committee | |
| 1.1920 | MRK-AFJ0001533 | | | Powerpoint Slide of Effects of NSAIDs on Thromboxane and Prostacyclin (Exhibit 51 Peter Kim deposition) | |
| Anstice Ex. No. 166 | MRK ACW 0008375 | MRK-ACW0008376 | 10/28/2001 | Email from Deborah Shapiro to Alise Reicin re: VIGOR analysis of death by age group | |
| CM.0002 | MRK-ABO0001407 | MRK-ABO0001415 | 6/5/2000 | "Table of All Deaths and/or Confirmed Adjudicated Serious Thromboembolic Aes from VIGOR" - introduced as a Table reflecting the mortality data from Vigor | Anstice |
| CM.0005 | MRK-AFI0043906 | MRK-AFI0043923 | NO DATE | Email string from Niekelski to Melon, Daniels, Dervishian, Russell, Lahner, Basaman, Baumgartner, Bazmi, Bell, Bourdow, Chope, Coppola, El-Dada, McKines, Morio, Reiss, Rode, Wawczak, Wynd, Yarborough re: Vioxx Cardiovascular Safety Issues Unresolved; GI Safety Advantages of Cox-2; Analyst Report attached from Arnold & S. Bleichroeder takes in depth look at VIGOR and CLASS. | McKines |
| CM.0006 | MRK-ADN0018203 | MRK-ADN0018224 | 2000 | List of Physicians with information provided by A&A with comments from National HSAs, RMDs, TBG, etc. | McKines |
| CM.0008 | MRK-ADA0015245 | MRK-ADA0015273 | 7/14/1999 | 2000 Vioxx Consumer Marketing 2000 Profit Plan (powerpoint presentation) | McKines |
| CM.0009 | MRK-ADK0003208 | MRK-ADK0003407 | 7/7/2000 | Year 2000 Advocate Plan for Merck Coxibs (Draft) | McKines |
| CM.0013 | MRK-ABI0004441 | MRK-ABI0004441 | 9/28/1999 | Email forwarded to Silverstein, Greenburg and Sherwood from Melin. Email from Anstice to McKines Dixon, Donnelly, and Tacconi re: Vioxx and Consumer Awareness and the need to gather more data; similar to CM.0014, but with additional email strings attached regarding the same. | McKines |
| CM.0026 | MRK-AFI0038769 | MRK-AFI0038772 | 1999 | List of Physicians | McKines |
| CM.0034 | MRK-AFI0043358 | MRK-AFI0043359 | 4/30/1999 04/29/1999 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner email of attached. | McKines |
| CM.0051 | MRK-ADI0017595 | MRK-ADI0017597 | 1/25/1999 | Email string from Higbee to Weiner, Lindemann, Fanelle in regards to Intelligence/NEJM | McKines |
| CM.0052 | MRK-ADI0013761 | MRK-ADI0013764 | 2/10/1999 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM | McKines |
| CM.0059 | MRK-ACJ0005170 | MRK-ACJ0005215 | 4/9/2002 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. | McKines |
| CM.0060 | MRK-EAD0001604 | MRK-EAD0001605 | 5/19/2000 | Email from Douglas Wynd to Dreyer and Miles RE: For your eyes only - Draft VIGOR Messages with attachments | McKines |
| CM.0071 | MRK-AKO0026709 | MRK-AKO0031037 | 1998-2000 | Merck Disbursement Voucher Requests | McKines |
| CM.0072 | MRK-ACJ0004336 | MRK-ACJ0004445 | 2000 | 2000 Profit Plan | McKines |
| CM.0074 | MRK-ABY0030136 | MRK-ABY0030137 | 9/20/2001 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter | McKines |
| CM.0075 | FRI0000021 | FRI0000031 | | Fax from James McMillen, M.D. To ??? Enclosing letters from Merck. One letter from Huskey Medical Center; one to James McMillen inviting him to a VIGOR meeting and then one rescinding that invitation. | McKines |
| CM.0077 | MRK-AFI0181589 | MRK-AFI0181597 | 11/15/2000 | Physician Action Plans - ADVOCATE | McKines |

M006B45161

| Exhibit No. | Krahe Ex. No. 5 | Krahe Ex. No. 17 | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|---|---|
| | | | MRK CAAD 0001696 | MRK-CAAD0001757 | | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. | Krahe |
| 2.1000 | | | MRK AKC 0014303 | MRK-AKC0014320 | 1/8/2001 | PMRD (Promotion Message Recall Data) An Exclusive Service of the com.DAT Division, dtw Marketing Research Group, Inc." | Krahe |
| 2.1100 | | | MRK SMPF0000333 | MRK SMPF0000395 | Sept./Oct/2001 | Supplemental Merck Profile Form with attached documents. | |
| 2.1200 | | | MRK AKT4190533 | MRK AKT4190537 | 5/5/2006 | Letter to Grefer re specificity for cyclooxygenase-2 (COX-2). | |
| 2.1300 | | | MRK AKT1050988 | MRK AKT1050991 | 4/24/2000 | Letter to Grefer re reprint of VIGOR | |
| 2.1400 | | | MRK AKT1131701 | MRK AKT1113714 | 5/15/2001 | Letter to Grefer re reprint of VIGOR | |
| 2.1500 | | | MRK AKT2010758 | MRK AKT2010771 | 5/25/2001 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.1600 | | | MRK AKT2686343 | MRK AKT2686344 | 8/27/2001 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.1700 | | | MRK AKT2833063 | MRK AKT2833096 | 6/5/2002 | Letter to Grefer re reprint of VIGOR | |
| 2.1800 | | | MRK AKT3150850 | MRK AKT3150851 | 8/12/2002 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.1900 | | | MRK AKT3210592 | MRK AKT3210593 | 8/11/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.2000 | | | MRK AKT3210614 | MRK AKT3210615 | 6/2/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.2100 | | | MRK AKT4010933 | MRK AKT4010933 | 6/2/1999 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | |
| 2.2200 | | | MRK AKT4064704 | MRK AKT4064705 | 3/24/1999 | Letter to Grefer re published studies on Vioxx. | |
| 2.2300 | | | MRK AKT4067993 | MRK AKT4067994 | 8/11/1999 | Letter to Grefer re comparison of Vioxx and Celebrex. | |
| 2.2400 | | | MRK AKT4143327 | MRK AKT4143327 | 6/2/1999 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | |
| 2.2500 | | | MRK AKT4143328 | MRK AKT4143330 | 2/29/2000 | Letter to Grefer re design and duration of the acute pain clinical trials conducted with Vioxx. | |
| 2.2600 | | | MRK AKT4143331 | MRK AKT4143332 | 2/29/2000 | Letter to Grefer re information on the mechanism of NSAID-induced gastropathy. | |
| 2.2700 | | | MRK AKT4170890 | MRK AKT4170894 | 3/29/2000 | Letter to Grefer re use of Vioxx in a Patient allergic to sulfonamides. | |
| 2.2600 | | | MRK ANP0000025 | MRK APN0000025 | | Dr. Michael Grefer Call Notes. | |
| 2.2700 | | | MRK SMTAB0000001 | MRK SMTAB0000007 | | Dr. Daniel Courtade Call Notes and database information. | |
| 2.2800 | | | MRK SMTAA0000001 | MRK SMTAA0000015 | 5/22/2006 | Dr. Michael Grefer Prescriber RX history, IMS data produced by Merck on May 22, 2006. | |
| 2.2900 | | | MRK MPF0042776 | MRK MPF0042845 | 2/24/2006 | Merck Profile Form and attached documents | |
| 2.3000 | | | MRK MPF0043514 | MRK MPF0043516 | 2/24/2006 | Attachments to Merck Profile Form. | |
| 2.3100 | | | MRK MPF0043523 | MRK MPF0043526 | 2/24/2006 | Attachments to Merck Profile Form. | |
| 2.3200 | | | MRK MPF0043571 | MRK MPF0043631 | 2/24/2006 | Merck Profile Form and attached documents. | |
| 2.3300 | | | MRK SMPF0019182 | MRK SMPF0019455 | 7/10/2006 | Supplemental Merck Profile Form with attached documents. | |
| 2.3400 | | | MRK GUE0059377 | MRK GUE0059384 | 11/21/1996 | Memo by a Merck official re trial to prove Vioxx gentler on the stomach. | |
| 2.3500 | | | LEH 0058311 | LEH 0058313 | 2/25/1997 | Briggs Morrison email re Vioxx and aspirin. | |
| 2.3600 | | | MRK BAR0080627 | | 3/20/1997 | Clinical Investigators Confidential Information Brochure | |
| 2.3700 | | | MRK NJ0051364 | | 11/17/1997 | Project Team Minutes | |
| 2.3800 | | | MRK NJ0121906 | | 4/12/2000 | Email from Scolnick to Reicin | |
| 2.3900 | | | MRK ABT0014818 | MRK ABT0014824 | | Potential designs for Vioxx vs. Tylenol study | |
| 2.4000 | | | MRK AEI0002734 | | | Anstice-Scientific Advisors | |
| 2.4100 | | | MRK AFO0023534 | | 5/15/1998 | Merck memo form Doug Watson | |
| 2.4200 | | | MRK GUE0035174 | | 10/4/1999 | Weinblatt:DSMB Unblinded Minutes | |
| 2.4300 | | | MRK GUE0035229 | | 11/18/1999 | Weinblatt:DSMB Unblinded Minutes | |
| 2.4400 | | | LEH 0114742 | | 11/22/1999 | Weinblatt:DSMB Unblinded Minutes | |

M006B45162

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 2.4500 | MRK ABC0002200 | | 9/9/1998 | Letter from Patrono re potential benefits and harms from Vioxx | |
| 2.4600 | MRK ABK0311068 | | | Memo from Nies re not planning CV outcomes trials before approvals | |
| 2.4700 | MRK ABC0050063 | | | Email from Scolnick re possible CV outcome study | |
| 2.4800 | MRK NJO214739 | | | Email re protocol 136 showing that Vioxx plus asa is not gentler on GI than ibruprofen. | |
| 2.4900 | MRK ABA00119599 | MRK ABA00119655 | | SOP for the Survaillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events | |
| 2.5000 | MRK NJ01120741 | | | Email from Capizzi to Shapiro | |
| 2.5100 | MRK AFE0000342 | MRK AFE0000377 | 9/11/2000 | Email from Bell to Sauers | |
| 2.5200 | MRK ABH0017388 | | | Email from Bell to Sauers | |
| 2.5300 | MRK NJ0189508 | | | Email from Reicin to Scolnick Re additional article | |
| 2.5400 | MRK GUE0003399 | | 2/28/2000 | Memo from Martino Laurenzi to MERCK officials discounts naproxen theory | |
| 2.5500 | MRK PRL0000122 | MRK PRL0000123 | | Scolnick: CV events are clearly there. | |
| 2.5600 | MRK AFE0000363 | | 4/28/2000 | Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx | |
| 2.5700 | MRK ACR0008985 | | | Email from Bell to Sauers | |
| 2.5800 | MRK NJ0070030364 | MRK NJ0070397 | | Email from Scolnick - no way to prove naproxen theory | |
| 2.5900 | MRK AAZ0000696 | MRK AAZ0000705 | 10/18/2000 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro | |
| 2.6000 | MRK ACX0005041 | | | Deaths in MK-0966 Studies 078, 091, 126 | |
| 2.6100 | MRK AFI0201399 | | | Plans to call national advocates | |
| 2.6200 | MRK ABW0002605 | MRK ABW0002608 | | Email from Baumgarnter to Mendez: Physicains to Neutralize | |
| 2.6300 | MRK ABI0007196 | MRK ABI0007199 | | Letter form Dr. Fries to Raymond Gilmartin | |
| 2.6400 | MRK AFI0201415 | MRK AFI0201442 | | Letter form Dr. Sherwood to David Anstice | |
| 2.6500 | MRK AFI0043342 | MRK AFI0043349 | | Email form Baumganrter: Physicians to neutralize | |
| 2.6600 | MRK ABW0011849 | MRK ABW0011864 | | Memo from Flemming Onrskov: Challenging MD Customers | |
| 2.6700 | MRK ADI0024344 | MRK ADI0024646 | | Vioxx: Going on Offense | |
| 2.6800 | MRK ABI0004488 | MRK ABI0004499 | | Pre-launch speech about Advantage | |
| 2.6900 | MRK ABI0003291 | MRK ABI0003293 | 12/16/1999 | Pre-launch speech about Advantage seeding study | |
| 2.7000 | MRK H3STM001173 | MRK H3STM001177 | 2/9/2001 | FDA letter re marketing infractions and unsubstantiated comparative claims | |
| 2.7100 | MRK H10STM001118 | MRK H10STM001191 | | Merck Bulletin: Do not discuss adv. Comm. Meeting or VIGOR results | |
| 2.7200 | MRK ABW 0008495 | MRK ABW 0008514 | 9/10/2001 | Merck Project Offense Meeting Agenda | |
| 2.7300 | MRK ABW0000166 | | 9/10/2001 | Cardiovascuair and Renal Review HHMC | |
| 2.7400 | MRK AAR0019773 | MRK AAR0019786 | | Cardiovascular and Renal Review HHMC | |
| 2.7500 | MRK AAR0007639 | MRK AAR0007699 | | Dodge Ball | |
| 2.7600 | MRK ABY0030000 | MRK ABY0030030 | | Top 10 Obstacle handlers | |
| 2.7700 | MRK AFT0005926 | MRK AFT0005927 | | Memo from Bain, Raymond to Chen, Joshua re: MK-0966 AD Program Mortality Analysis | |
| 2.7800 | MRK AFI0136524 | | 8/22/2001 | DSMB was recommended for 078 but never set up | |
| 2.7900 | MRK ABI0002453 | MRK ABI0002454 | | CV Card updated | |
| 2.8000 | MRK ABI0003228 | MRK ABI0003230 | | Direct to Consumer Marketing for Vioxx | |
| 2.8100 | MRK ADJ0042906 | MRK ADJ0042909 | | Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx | |
| 2.8200 | MRK ABW0000062 | | | Press release re Alzheimer's Study | |
| 2.8300 | MRK ABA0003277 | MRK ABA0003284 | 9/17/2001 | FDA warning letter | |
| | | | | Anstice phone message to US Sales force for Vioxx | |

M006B45163

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 2.8400 | MRK ABI0003148 | MRK ABI0003155 | | Merck's response to FDA Warning Letter | |
| 2.8500 | MRK ABA0019599 | MRK ABA0019655 | | CVSOP for COX-2 trials | |
| 2.8600 | MRK ABI0003479 | MRK ABI0003481 | | Results of Label Message Test for VIGOR | |
| 2.8700 | MRK NJ0214739 | MRK NJ0214742 | | Preliminary interim Results for the Vioxx low-dose aspirin endoscopy study | |
| 2.8800 | MRK ABG0001226 | MRK ABG0001243 | | Q&A for Vioxx label change | |
| 2.8900 | MRK ABH0002230 | MRK ABH0002231 | | Goldman Sachs Conference Call led by Dr. Fitzgeraldabout COX-2 class of drugs | |
| 2.9000 | MRK ABI0005912 | MRK ABI0005915 | | Scolnick re Analyst Report of Vioxx | |
| 2.9100 | MRK ABI0001899 | MRK ABI0001915 | | Key Marketing Messages HHPAC | |
| 2.9200 | MRK NJ0243715 | MRK NJ0243718 | 3/22/2005 | Dorothy Hamill on Larry King | |
| 2.9300 | MRK AAO0000073 | MRK AAO0000118 | 1-Mar | Profit Plan 2001 Vioxx | |
| 2.9400 | MRK ABI0008659 | | 7/21/2000 | Merck U.S. Long Range Operating Plan | |
| 2.9500 | MRK ABI0011027 | MRK ABI0011081 | | 2002-2007 | |
| 2.9600 | MRK AFI0010255 | | 1/31/2001 | Merck National Thought Leaders Summary - VIGOR Study | |
| 2.9700 | MRK AW10002734 | MRK AE10002746 | 5/20/1998 | Merck memo re prostacyclin "is the most potent of all inhibitos of platelet aggregation | |
| 2.9800 | MRK GUE0002837 | MRK GUE0002838 | 1/17/2000 | Email from Harry Guess showing that February 10 "prespecified" cutoff date for CV events had not been specified | |
| 2.9900 | MRK GUE0019150 | MRK GUE0019198 | | VIGOR Final Results slides: what the NEJM article should have contained | |
| 3.0000 | MRK NJ0071309 | | 1/24/2000 | Memo re Merck Management Requests to VIGOR Data Safety and Monitoring Board | |
| 3.0000 | MRK AAX0002760 | | 1/24/2000 | Curfman letter with attachments | |
| 3.1000 | MRK NJ0243719 | MRK NJ0243720 | 1/24/2000 | Curfman letter with attachments | |
| 3.1100 | MRK NJ0243715 | MRK NJ0243718 | 2/7/2000 | Curfman letter with attachments | |
| 3.1200 | MRK AJA0119085 | MRK AJA0119087 | 5/26/2000 | Curfman email with attachments | |
| 3.1300 | MRK GUE0051686 | MRK GUE0051773 | 7/31/1998 | Merck's plans for VIGOR: Naproxen 500 bid chosen because it's most commonly used dose for RA | |
| 3.1400 | MRK LAU0034404 | MRK LAU0034565 | 3/20/2001 | Vioxx HHPAC Stage IV Review Meeting. Contains marketing strategy. | |
| 3.1500 | MRK AAR0021103 | MRK AAR0021108 | 8/21/2001 | Vioxx Bulletin includes obstacle #38: MI Rate of 0.5 in VIGOR vs. class & press release in response to Mukherjee in Irvin New Orleans | |
| 3.1600 | MRK ABO0000257 | MRK ABO0000263 | 3/27/2001 | Scientific Communication Plan for Vioxx - Objective: Expedite & expand dissemination of Merck's position claiming superior pain relief | |
| 3.1700 | MRK ABC0022825 | MRK ABC0022878 | 4/27/2000 | Merck Board of Advisors - Alan S. Nies - Present prostacyclin hypothesis in this document but not in NEJM | |
| 3.1800 | MRK ABI0002126 | MRK ABI0002128 | | Renal & Cardiovascular Issues for Vioxx from Wendy Dixon to Edward Scolnick - renal & CV cards present most advantageous data, not most recent or complete | |
| 3.1900 | MRK ACX0007803 | MRK ACX0007805 | | Response requested on DTC sending for Vioxx from Rosati to Tacconi - spending is 50% more than next highest drug. Concern is brand awareness. | |
| 3.2000 | MRK ABX0050244 | MRK ABX0050253 | | PhRMA Code on Interactions with Healthcare Professionals | |
| 3.2100 | MRK AAR0010111 | MRK AAR0010126 | | Obstacle Jeopardy - for drug reps: gives edema data but not vs. naproxen, the most commonly nxed NSAID. | |

M006B45164

| Exhibit No. | Begin Bates | End Bates | Document Date | Description | Deposition Testimony |
|---|---|---|---|---|---|
| 3.2200 | MRK ACI0010142 | | | Informed consent addendum non-RA studies (after VIGOR) - informs potential participants of prostacyclin theroy and increased CV complications with Vioxx in VIGOR, yet neither of these crucial findings was included in NEJM article | |
| 3.2300 | MRK ABI0001934 | | 3/27/2000 | PIR about VIGOR - states difference in CV events (not included in NEJM), says ADVANTAGE shows no CV problem (doesn't mention significantly more deaths) | |
| 3.2400 | MRK AAR0021110 | | | Dear Healthcare Provider August 21 rebuttal to Topol JAMA article - Merck "stands behind the overall and cardiovascular safety profile of Vioxx." | |
| 3.2500 | MRK ABO0000220 | MRK ABO0000221 | | Letter to Merck in response to Dear Healthcare Provider letter by outraged practicing doctor | |
| 3.2600 | MRK ABW0011956 | MRK ABW0011957 | | E-mail Wendy Dixon to David Anstice re press release about CV study of Vioxx - to get max pr value by pre-empting the FDA mandating a CV study of Vioxx | |
| 3.2700 | MRK ACI0013234 | MRK ACI0013240 | | Dear Healthcare Provider - correction of Holt audio conference - FDA mandates possibility that Vioxx increases MI risk - but compare with marketing material | |
| 3.2800 | MRK ABX0071232 | MRK ABX0071233 | | ACR meeting in 2003: remains confident in the overall efficacy and safety profile of Vioxx. Doesn't present ALZ overall deaths, just CV deaths. | |
| 3.2900 | MRK ADB0046424 | MRK ADB0046427 | | Obstacle responses to Solomon article repeats above from dear doctor letter and implies that ASA protects people who have a CV history when the evidence from ADVANTAGE and 090 suggest otherwise | |
| 3.3000 | MRK ABO0000070 | MRK ABO0000071 | | PIR Letter re responding to potential concerns about VIGOR findings | |
| 3.3100 | MRK AAF0003308 | MRK AAF0003310 | 1/19/2001 | Silverman RE, Merck Research Laboratories, Letter to FDA, Response to FDA request for information | |

M006B45165