UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No.  2:06-CV-00810 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES LARON MASON, | | * |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER**

This Court, having considered the Motion of Merck & Co., Inc. ("Merck") For A Protective Order Applicable To Plaintiff's First Set Of Requests for Admissions, the response of Plaintiff, if any, and argument of counsel, if any, and having decided that Merck's motion should be GRANTED.

IT IS THEREFORE ORDERED that Merck's motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff may, by 12:00 pm EST on Monday, August 28, 2006, submit in writing a new set of requests for admission consisting of no more than thirty (30) individual requests, supported by attached accurately numbered exhibits; and, to the extent this Court deems plaintiff's restated requests for admission proper, Merck's responses

825914v.1

to Plaintiff's Requests for Admissions will not be due three (3) days from receipt of those properly identified and reduced set of thirty requests.

    SIGNED this _____ day of _____, 2006.

                                       _____
                                       JUDGE PRESIDING