UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| CHARLES MASON | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:07cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MERCK & CO., INC.'S FACT AND EXPERT WITNESS LIST**

    Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. This list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of deposition testimony if Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend this list based upon any ruling of the Court that affects the scope of evidence in this trial and/or subsequent issues that arise during

825934v.1

the course of discovery or at trial.  Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff; (ii) for which Plaintiff designates deposition testimony; (iii) who is identified hereafter through discovery or has not yet been deposed; or (iv) as may be called consistent with applicable law.  By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.  In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call (live or by deposition), and/or submit written deposition testimony from any witnesses necessary to authenticate the document.  Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony:

1) David Anstice
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*:  Merck President for Human Health.  Anticipated testimony is reflected in witness' MDL Deposition.

2) Janet Arrowsmith-Lowe, M.D.
Arrowsmith-Lowe Consulting, Inc.
P.O. Box 3148
185 Eagle Creek Canyon
Ruidoso, NM  88345
*Testimony*:  Defendant's Regulatory Expert.

3) Dr. Eliav Barr
Merck & Co. Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*:  Merck Research Laboratories Cardiologist.

825934v.1

4)  Susan Baumgartner
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL Deposition.

5)  Maria Bethers
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Former employee of Utah First Credit Union; co-worker and close friend of Plaintiff Charles Mason.

6)  Gregory Curfman, M.D.
    10 Shattuck Street
    Boston, MA 02115-6094
    *Testimony*: Executive editor for the *New England Journal of Medicine*. Anticipated testimony is reflected in witness' MDL deposition.

7)  Donald David, M.D.
    Department of Gastroenterology
    City of Hope National Medical Center
    1500 East Duarte Road
    Duarte, CA 91010
    *Testimony*: Defendant's Gastroenterology Expert.

8)  Mark Dubois
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Employee of Utah First Credit Union; co-worker of Plaintiff Charles Mason.

9)  Stephen Epstein, M.D.
    c/o William Schultz
    Zuckerman Spaeder LLP
    1800 M Street, NW
    10th Floor
    Washington, DC 20036-5802
    *Testimony*: Anticipated testimony is reflected in witness' MDL deposition.

10) Lynette Fegley
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Pre-Clinical Data Systems Operations at Merck.

11) Nicholas Flavahan, Ph.D.
3868 Charter Oak Way
Columbus, OH 43219
*Testimony*: Defendant's Pharmacology Expert.

12) Steve Franks
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*: Employee of Utah First Credit Union; former supervisor of Plaintiff Charles Mason.

13) Edward Ganellen, M.D.
LDS Hospital
8th Avenue & C Street
Salt Lake City, UT 84143

The Heart Center, f/k/a Mountain West Cardiology
1160 East 3900 South, Suite 2000
Salt Lake City, UT 84124
*Testimony:* Plaintiff Charles Mason's Cardiologist. *See* this witness' medical records and deposition for anticipated testimony.

14) Dr. Barry Gertz
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Vice President of Clinical Research at Merck Research Laboratories.

15) Raymond Gilmartin
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former CEO of Merck & Co., Inc.

16) Jay Grove
    Cottonwood Hospital
    Cardiac Rehabilitation Department
    5770 South 300 East, Suite 221
    Murray, UT 84107
    *Testimony:* Plaintiff Charles Mason's Exercise Therapist. *See* this witness' medical records and deposition for anticipated testimony.

17) Aaron Jacobs
    1049 Chadwick Drive
    Grays Lake, Illinois 60030
    *Testimony*: Son-in-law of Plaintiff Charles Mason.

18) Mark Keep, M.D.
    Cottonwood Hospital
    5770 South 300 East
    Salt Lake City, UT 84106

    Heart & Lung Institute
    5979 S. Fashion Blvd.
    Murray, UT 84107
    *Testimony:* Plaintiff Charles Mason's Cardiologist. *See* this witness' medical records and deposition for anticipated testimony.

19) KyungMann Kim, Ph.D.
    K6/438 Clinical Sciences Center
    600 Highland Avenue
    Madison, WI 53792-4675
    *Testimony*: Defendant's Biostatistics Expert.

20) Cindy Kuehne
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Employee of Utah First Credit Union; co-worker of Plaintiff Charles Mason.

21) Bard Madsen, M.D.
    Heart & Lung Institute of Salt Lake City
    5979 S. Fashion Blvd.
    Murray, UT 84107
    *Testimony:* Plaintiff Charles Mason's former Cardiologist. *See* this witness' medical records and deposition for anticipated testimony.

22) Charles L. Mason
    5659 Highland Park Court
    Holladay, Utah 84121
    *Testimony*: Plaintiff.

23) Dent Mason
    830 Cassie Drive
    Ogden, UT 84405
    *Testimony*: Brother of Plaintiff Charles Mason.

24) Linda K. Mason
    5659 Highland Park Court
    Holladay, Utah 84121
    *Testimony*: Wife of Plaintiff Charles Mason.

25) Robert A. McMahon
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: General Manager, Business Unit 1, U.S. Human Health for Merck. Custodian of Records.

26) David Mickelson
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Employee of Utah First Credit Union; former co-worker of Plaintiff Charles Mason.

27) Malachi Mixon
    c/o Stephen G. Sozio, Esq.
    Jones Day
    901 Lakeside Avenue
    Cleveland, OH 44114
    *Testimony*: Responds to Dr. Topol's testimony re: alleged conversation between Dr. Mixon and Ray Gilmartin.

28) Darin Moody
    Utah First Credit Union
    208 E. 800 S.
    Salt Lake City, UT 84111
    *Testimony*: Former President of Utah First Credit Union, former employer, supervisor and close friend of Plaintiff Charles Mason.

825934v.1

29) Dr. Briggs Morrison
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

30) Dr. Alan Nies
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

31) Karen Olson-Fields, R.N., F.N.P.
9400 S. Alta View
Salt Lake City, UT 84094
*Testimony:* Prescriber and Nurse Practitioner to Plaintiff Charles Mason's primary care provider. *See* this witness' medical records and deposition for anticipated testimony.

32) Craig M. Pratt, M.D.
The Methodist Hospital
6565 Fannin, M.S. F-1001
Houston, TX 77030
*Testimony*: Defendant's Cardiology Expert.

33) Charles Rardon
6540 Tanner Way
Salt Lake City, UT 84121
*Testimony*: Friend of Plaintiff Charles Mason.

34) Jean Rardon
6540 Tanner Way
Salt Lake City, UT 84121
*Testimony*: Friend of Plaintiff Charles Mason.

35) Dr. Alise Reicin
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

36) Michael Rothkopf, M.D.
1110 Cottonwood Drive
Suite 105
Irving, TX  75038
*Testimony*:  Defendant's Cardiology Expert.

37) Dr. Nancy Santanello
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Executive Director of Epidemiology at Merck.

38) Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

39) Robert E. Silverman
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*:  Executive Director of Regulatory Affairs for Merck.
Custodian of Records.

40) Scott Summers
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889
*Testimony*: Senior Marketing Director at Merck.

41) Gary Symkoviak, M.D.
Heart & Lung Institute of Salt Lake City
5979 S. Fashion Blvd.
Murray, UT 84107
*Testimony:*  Plaintiff Charles Mason's former Cardiologist.  *See* this witness' medical records and deposition for anticipated testimony.

42) Paul Toller
Utah First Credit Union
208 E. 800 S.
Salt Lake City, UT 84111
*Testimony*:  Vice President of Utah First Credit Union; former supervisor of Plaintiff Charles Mason.

825934v.1

43)   Douglas Vogeler, M.D.
      Sandy Family Practice
      9600 South 1300 East, Suite 303
      Sandy, UT 84094
      *Testimony:* Plaintiff Charles Mason's Internist/Primary Care Provider. *See* this witness' medical records and deposition for anticipated testimony.

44)   Douglas Watson
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, NJ 08889
      *Testimony*: Senior Director, Scientific Staff for Merck. Custodian of Records.

45)   James Zebrack, M.D.
      LDS Hospital
      8th Avenue & C Street
      Salt Lake City, UT 84143
      *Testimony:* Plaintiff Charles Mason's Cardiologist. *See* this witness' medical records and deposition for anticipated testimony.


Dated:  August 25, 2006              Respectfully submitted,

                                     /s/ Dorothy H. Wimberly
                                     Phillip A. Wittmann, 13625
                                     Dorothy H. Wimberly, 18509
                                     STONE PIGMAN WALTHER
                                     WITTMAN L.L.C.
                                     546 Carondelet Street
                                     New Orleans, LA 70130
                                     Phone:  504-581-3200
                                     Fax:    504-581-3361

                                     Defendants' Liaison Counsel

                                     Douglas R. Marvin
                                     M. Elaine Horn
                                     WILLIAMS & CONNOLLY LLP
                                     725 Twelfth Street, N.W.
                                     Washington, D.C. 20005
                                     Phone:  202-434-5000
                                     Fax:    202-434-5029

825934v.1

Philip S. Beck
Tarek Ismail
Shayna S. Cook
BARLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone:  312-494-4400
Fax:     312-494-4440

Attorneys for Merck & Co., Inc.

825934v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Preliminary List of Fact Witnesses for Trial has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of August, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

825934v.1