IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED AUG 21 2006

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To<br>Case No. 2:06-CV-00420-EEF-DEK<br><br>JAMES L. SCARLETT, *et ux.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCK & COMPANY, INC., *et al.*,<br><br>        Defendants. | MDL Docket No. 1657<br><br>Section L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS SEPARATE DEFENDANTS DAMON W. MOUNTFORD, M.D., RAYTOWN FAMILY MEDICAL CARE, INC., LIZBETH DEPADUA, M.D. AND NEUROLOGICAL CONSULTANTS OF KANSAS CITY, INC. WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through undersigned counsel, and pursuant to Rule 41(a)(1) hereby seeks this Court's order partially dismissing this action against separate defendants Damon W. Mountford, M.D., Raytown Family Medical Care, Inc., Lizbeth DePadua, M.D. and Neurological Consultants of Kansas City, Inc. All claims against Merck & Company or other co-defendants shall remain pending.

In support of this motion to dismiss and pursuant to Rule 41(a)(1), attached as Exhibit A is a stipulation executed by and between Plaintiff and the above-named defendants consenting to dismissal of the claims against the above-named defendants.

The parties advise the Court that there are no counter-claims or cross-claims pending against said defendants.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

{2500/0311: 00103105.DOC.}

By signing below, Plaintiffs' counsel of record, Samuel Wendt, hereby certifies that, upon order of this Court granting said motion to dismiss without prejudice, he shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pretrial Order No. 8(B), paragraph 14.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that this action be dismissed, without prejudice, against separate defendants Damon W. Mountford, M.D., Raytown Family Medical Care, Inc., Lizbeth DePadua, M.D. and Neurological Consultants of Kansas City, Inc.

Respectfully submitted,

PETERSON & ASSOCIATES, P.C.

By: _____
Samuel M. Wendt       # 53573
801 West 47th Street, Suite 107
Kansas City, Missouri 64112-1253
816-531-4440
Fax 816-531-0660
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS SEPARATE DEFENDANTS DAMON W. MOUNTFORD, M.D., RAYTOWN FAMILY MEDICAL CARE, INC., LIZBETH DEPADUA, M.D. AND NEUROLOGICAL CONSULTANTS OF KANSAS CITY, INC. WITHOUT PREJUDICE has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17 day of ~~July~~ August, 2006.

_____
Attorney for Plaintiffs