# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF LOUISIANA

IN RE: VIOXX )
PRODUCTS LIABILITY LITIGATION )
)
This Document Relates To ) MDL Docket No. 1657
Case No. 2:06-CV-00420-EEF-DEK )
) Section L
JAMES L. SCARLETT, *et ux.*, )
) JUDGE FALLON
Plaintiffs, )
) MAGISTRATE JUDGE KNOWLES
vs. )
)
MERCK & COMPANY, INC., *et al.*, )
)
Defendants. )

## ORDER

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Separate Defendants Damon W. Mountford, M.D., Raytown Family Medical Care, Inc., Lizbeth DePadua, M.D. and Neurological Consultants of Kansas City, Inc. Without Prejudice from the above-captioned matter pursuant to Rule 41(a)(1). Each of the parties has signed a stipulation consenting to the dismissal of the above-named parties. There are no counter-claims or cross-claims pending, nor have any objections been filed by any party to the action.

THEREFORE, IT IS HEREBY ORDERED that defendants Damon W. Mountford, M.D., Raytown Family Medical Care, Inc., Lizbeth DePadua, M.D. and Neurological Consultants of Kansas City, Inc. are dismissed pursuant to Rule 41(a)(1) with each party to bear their own costs. *If the Plaintiff desires to refile his or her claims, he or she will do so in federal court.*

JUDGE OF THE DISTRICT COURT

Dated: 8/23/06

{2500/0311: 00103111.DOC.}

Stipulated by,

**PETERSON & ASSOCIATES, P.C.**

By: _____
Samuel M. Wendt         # 53573
801 West 47th Street, Suite 107
Kansas City, Missouri 64112-1253
816-531-4440
Fax 816-531-0660
ATTORNEYS FOR PLAINTIFFS


**SHAFFER LOMBARDO SHURIN**

By: _____
Gregory P. Forney         #38287
gforney@sls-law.com
911 Main Street, Suite 2000
Kansas City, Missouri 64105-5331
816-931-0500/Fax 816-931-5775
ATTORNEYS FOR DEFENDANTS
DAMON MOUNTFORD, M.D.,
RAYTOWN FAMILY MEDICAL CARE,
LIZBETH DEPADUA, M.D. AND
NEUROLOGICAL CONSULTANTS OF
KANSAS CITY, INC.


**STINSON MORRISON HECKER LLP**

By: _____
John C. Aisenbrey         #  31907
George F. Verschelden     #  55128
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
816-842-8600
Fax 816-691-3495
ATTORNEYS FOR DEFENDANT
MERCK & COMPANY, INC