UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

MADELINE RIEHL,

    Plaintiff,

CASE NO: 2:06-CV-00404-EEF-DEK

v.

MERCK & CO., INC.,

    Defendant.

_____/

### NOTICE OF FILING SUGGESTION OF DEATH
### PURSUANT TO F.R.C.P. RULE 25

COMES NOW the Plaintiff, MADELINE RIEHL by and through her undersigned counsel and, pursuant to F.R.C.P. Rule 25, files this Notice of Suggestion of Death and states as follows:

1.  The lawsuit in this cause was filed on November 30, 2005.

2.  Plaintiff died on April 27, 2006.

DATED this 18th day of August, 2006.

I HEREBY CERTIFY that a copy of the foregoing Suggestion of Death has been furnished by certified mail, return receipt requested, this 18th day of August, 2006 to Ellen M. Gregg, Esq., Wamble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Wheatfield, Esq., Squire Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Fl. 33401-6198, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New

Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546 Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Wamble Carlyle, Sundridge & Rice, PLC.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Florida Bar No. 307300
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
CHARLES R. MINDLIN, ESQ.
Fla. Bar No. 0182765

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of August, 2006.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
CHARLES R. MINDLIN, ESQ.
Fla. Bar No. 0182765