## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF LOUISIANA

IN RE: VIOXX                                        )
PRODUCTS LIABILITY LITIGATION                       )
                                                    )
This Document Relates To                            )          MDL Docket No. 1657
Case No. 2:06-CV-00421-EEF-DEK                      )
                                                    )          Section L
RONALD E. LUMB, *et ux.*,                           )
                                                    )          JUDGE FALLON
                    Plaintiffs,                     )
                                                    )          MAGISTRATE JUDGE KNOWLES
vs.                                                 )
                                                    )
MERCK & COMPANY, INC., *et al.*,                    )
                                                    )
                    Defendants.                     )

## PLAINTIFFS' MOTION TO VOLUNTARILY
## DISMISS SEPARATE DEFENDANTS DAN M. GURBA, M.D. AND
## DICKSON-DIVELEY MIDWEST ORTHOPAEDIC CLINIC WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through undersigned counsel, and pursuant to Rule

41(a)(1) hereby seeks this Court's order partially dismissing this action against separate

defendants Dan M. Gurba, M.D. and Dickson-Diveley Midwest Orthopaedic Clinic. All claims

against Merck & Company or other co-defendants shall remain pending.

In support of this motion to dismiss and pursuant to Rule 41(a)(1), attached as Exhibit A

is a stipulation executed by and between Plaintiff and the above-named defendants consenting to

dismissal of the claims against the above-named defendants.

The parties advise the Court that there are no counter-claims or cross-claims pending

against said defendants.

{2500/0313: 00103107.DOC.}

By signing below, Plaintiffs' counsel of record, Samuel Wendt, hereby certifies that, upon order of this Court granting said motion to dismiss without prejudice, he shall make the necessary changes in party status on LexisNexis File & Serve in compliance with Pretrial Order No. 8(B), paragraph 14.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that this action be dismissed, without prejudice, against separate defendants Dan M. Gurba, M.D. and Dickson-Diveley Midwest Orthopaedic Clinic.

Respectfully submitted,

PETERSON & ASSOCIATES, P.C.

By: _____

Samuel M. Wendt          #53573
801 West 47th Street, Suite 107
Kansas City, Missouri 64112-1253
816-531-4440
Fax 816-531-0660
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS SEPARATE DEFENDANTS DAN M. GURBA, M.D. AND DICKSON-DIVELEY MIDWEST ORTHOPAEDIC CLINIC WITHOUT PREJUDICE has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of July, 2006. August

_____
Attorney for Plaintiffs