IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED 2006 AUG 23 PM 4:42
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| This Document Relates To<br>Case No. 2:06-CV-00421-EEF-DEK | ) ) ) | MDL Docket No. 1657<br>Section L |
| RONALD E. LUMB, *et ux.*,<br>    Plaintiffs, | ) ) ) ) | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| vs. | ) ) | |
| MERCK & COMPANY, INC., *et al.*,<br>    Defendants. | ) ) ) | |

## ORDER

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Separate Defendants Dan M. Gurba, M.D. and Dickson-Diveley Midwest Orthopaedic Clinic Without Prejudice from the above-captioned matter pursuant to Rule 41(a)(1). Each of the parties has signed a stipulation consenting to the dismissal of the above-named parties. There are no counter-claims or cross-claims pending, nor have any objections been filed by any party to the action.

THEREFORE, IT IS HEREBY ORDERED that defendants Dan M. Gurba, M.D. and Dickson-Diveley Midwest Orthopaedic Clinic are dismissed pursuant to Rule 41(a)(1) with each party to bear their own costs. *If the Plaintiff desires to refile his or her claims, he or she will do so in federal court.*

_____
JUDGE OF THE DISTRICT COURT

Dated: 8/23/06

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

{2500/0313: 00103115.DOC.}

Stipulated by,

**PETERSON & ASSOCIATES, P.C.**

By: _/s/ Samuel M. Wendt_   # 53573
Samuel M. Wendt
801 West 47th Street, Suite 107
Kansas City, Missouri 64112-1253
816-531-4440
Fax 816-531-0660
ATTORNEYS FOR PLAINTIFFS

**SHAFFER LOMBARDO SHURIN**

By: _/s/ Gregory P. Forney_   #38287
Gregory P. Forney
gforney@sls-law.com
911 Main Street, Suite 2000
Kansas City, Missouri 64105-5331
816-931-0500/Fax 816-931-5775
ATTORNEYS FOR DEFENDANTS
DAN M. GURBA, M.D. AND
DICKSON-DIVELEY MIDWEST
ORTHOPAEDIC CLINIC

**STINSON MORRISON HECKER LLP**

By: _/s/ George F. Verschelden_   # 55128
George F. Verschelden
1201 Walnut, Suite 2800
Kansas City, Missouri 64108
816-842-8600
Fax 816-691-3495
ATTORNEYS FOR DEFENDANT
MERCK & COMPANY, INC