UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**REPLY BRIEF IN SUPPORT OF MOTION OF MERCK & CO., INC. ("MERCK")
FOR ORDER EXCLUDING TESTIMONY OF JERRY AVORN, M.D.**

**(EXPERT CHALLENGE NO. 7)**

In opposition to Merck's motion to exclude the testimony of Dr. Avorn, plaintiff makes the same arguments – almost word for word – that plaintiff in *Barnett v. Merck* made in opposition to the *Daubert* challenge Merck filed to exclude Dr. Avorn's testimony from that case ("the *Barnett* motion").[1]  Merck hereby incorporates by reference, as if fully set forth herein, its

---

[1] The one substantive addition is plaintiff's statement, in the introduction to his opposition brief, that the PSC "has designated Dr. Avorn on behalf of any plaintiff in any action pending in the states of New Jersey and California" and that "[p]laintiff understands that the [C]ourt does not presume to rule on the admissibility of non-*Daubert* issues that may be decided differently by various State court judges. . . ." (Pl.'s Opp. at 1 & n.1.)  Whether plaintiff has designated Dr. Avorn in matters pending in other courts is neither here nor there.  The only matter before the Court is the admissibility of Dr. Avorn's testimony in this matter.

reply brief in support of the *Barnett* motion. (*See* Reply Brief in Support of Motion of Merck for Order Excluding Testimony of Jerry Avorn, M.D., filed July 17, 2006, attached hereto as Ex. A.) For the reasons stated in that reply brief, as well as the arguments advanced in Merck's underlying motion here, the Court should exclude those portions of Dr. Avorn's testimony that are either improper or outside his area of expertise, including any causation opinions offered by Dr. Avorn.

Dated: August 28, 2006              Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Phone: 312-494-4400
Fax:    312-494-4440

Brian Currey
Catalina J. Vergara
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax:    213-430-6407

And

Douglas R. Marvin

        Robert A. Van Kirk  
        M. Elaine Horn  
        WILLIAMS & CONNOLLY LLP  
        725 Twelfth Street, N.W.  
        Washington, D.C.  20005  
        Phone:  202-434-5000  
        Fax:     202-434-5029  

        Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply Brief in Support of Merck's Motion for Order Excluding Testimony of Jerry Avorn, M.D. has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of August, 2006.

>     */s/ Dorothy H. Wimberly*
>     Dorothy H. Wimberly, 18509
>     STONE PIGMAN WALTHER
>     WITTMANN L.L.C.
>     546 Carondelet Street
>     New Orleans, Louisiana  70130
>     Phone:  504-581-3200
>     Fax:     504-581-3361
>     dwimberly@stonepigman.com
>
>     Defendants' Liaison Counsel