Exhibit A - Kornmal Deposition Excerpts 06/07/2006 (Reply - Kronmal)

• Smith - Expert Challenge # 8 (Reply - Kronmal)

[:1] - [:25]        6/7/2006      Kronmal, Richard A.

```
page
1    ROBERT MCFARLAND,                     )
                                           )
2                       Plaintiff,         ) SUPERIOR COURT OF
                                           ) NEW JERSEY LAW
3              vs.                         ) DIVISION: ATLANTIC
                                           ) COUNTY
4    MERCK & CO., INC.,                    )
                                           ) No. ATL-L-0199-04-MT
5                       Defendant.         )
     _____       )
6                                          )
                                           )
7    PATRICIA HATCH, Administrator of      )
     the Estate of STEPHEN HATCH,          )
8    Deceased and PATRICIA HATCH, In       ) SUPERIOR COURT OF
     Her Own Right,                        ) NEW JERSEY LAW
9                                          ) DIVISION: ATLANTIC
                                           ) COUNTY
10                      Plaintiff,         )
                                           ) No. ATL-L0403-05-MT
11                                         )
                                           )
12             vs.                         )
                                           )
13                                         )
                                           )
14   MERCK & CO., INC.,                    )
                                           )
15                                         )
                                           )
16                      Defendant.         )
                                           )
17   _____       )
18
19
20         DEPOSITION OF RICHARD A. KRONMAL, PH.D.
21                    June 7, 2006
22                  Seattle, Washington
23
24
25
page 2
1                    APPEARANCES
```

[212:12] - [212:21]        6/7/2006      Kronmal, Richard A.

```
page 212
11  A   Again, you would have to -- yes, it would be.
12  Q   (By Mr. Raber)  And you told us this morning that if
13      you had a statistically significant result in a
14      placebo-controlled trial, that that means there's
15      causation; true?
16          MR. BUCHANAN:  Objection to form.
17  A   It's evidence of causation.  It doesn't mean there
18      were, because it could be chance.
19  Q   (By Mr. Raber)  But it's statistically significant.
20  A   I know.  It still could be chance.  Statistically
21      significant results occur by chance.
22  Q   Okay.  But unlikely to be chance?
```

[:1] - [:24]        6/7/2006      Kronmal, Richard A.

```
page
1
        STATE OF WASHINGTON )   I, Karmen M. Fox, CCR, RPR, CRR,
2                           ) ss CCR # 1935, a duly authorized
```

**Exhibit A - Kornmal Deposition Excerpts 06/07/2006 (Reply - Kronmal)**

• **Smith - Expert Challenge # 8 (Reply - Kronmal)**

```
                County of Pierce    )    Notary Public in and for the State
      3                                  of Washington, residing at
                                         Milton, do hereby certify:
      4
      5
                        That the foregoing deposition of RICHARD A.
      6         KRONMAL, PH.D., was taken before me and completed on June 7,
                2006, and thereafter was transcribed under my direction;
      7         that the deposition is a full, true and complete transcript
                of the testimony of said witness, including all questions,
      8         answers, objections, motions and exceptions;
      9                 That the witness, before examination, was by me
                duly sworn to testify the truth, the whole truth, and
     10         nothing but the truth, and that the witness reserved the
                right of signature;
     11
                        That I am not a relative, employee, attorney or
     12         counsel of any party to this action or relative or employee
                of any such attorney or counsel and that I am not
     13         financially interested in the said action or the outcome
                thereof;
     14
                        That I am herewith securely sealing the said
     15         deposition and promptly delivering the same to
                Attorney Stephen D. Raber.
     16
                        IN WITNESS WHEREOF, I have hereunto set my hand
     17         and affixed my official seal this 8th day of
                June, 2006.
     18
     19
     20
     21                                 _____
                                        Karmen M. Fox, CCR, RPR, CRR
     22                                 Notary Public in and for the State
                                        of Washington, residing at
     23                                 Milton.
     24
     25
```