Exhibit B - Barnett Trial 08/03/06 (Reply - Expert Challenge # 8)

• Smith - Expert Challenge # 8 (Kronmal)

| | | |
|---|---|---|
| [688:1] - [689:1] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |

```
               page 688
                    0688
               1                              UNITED STATES DISTRICT COURT
               2                              EASTERN DISTRICT OF LOUISIANA
               3
               4
               5      IN RE: VIOXX PRODUCTS        *   MDL DOCKET NO. 1657
                      LIABILITY LITIGATION         *
               6                                   *
                                                   *
               7      THIS DOCUMENT RELATES TO     *   AUGUST 3, 2006, 8:30 A.M.
                                                   *
               8                                   *
                      GERALD BARNETT V. MERCK      *   CASE NO. 06-CV-485-L
               9        & CO., INC.                *
                      * * * * * * * * * * * * * * *
               10
               11
                                              VOLUME IV
               12                         JURY TRIAL BEFORE THE
                                       HONORABLE ELDON E. FALLON
               13                      UNITED STATES DISTRICT JUDGE
               14
                      APPEARANCES:
               15
               16     FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                                                  BY:  MARK P. ROBINSON JR., ESQ.
               17                                 620 NEWPORT CENTER DRIVE
                                                  NEWPORT BEACH, CALIFORNIA 92660
               18
               19     FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES
               20                                 BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                                  234 COMMERCE STREET
               21                                 POST OFFICE BOX 4160
                                                  MONTGOMERY, ALABAMA 36103
               22
               23     FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                                     PALENCHAR & SCOTT
               24                                 BY:  PHILIP S. BECK, ESQ.
                                                       ANDREW L. GOLDMAN, ESQ.
               25                                 54 W. HUBBARD STREET, SUITE 300
                                                  CHICAGO, ILLINOIS 60601
               page 689
               1
                      OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
```

| | | |
|---|---|---|
| [800:18] - [801:14] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |

```
               page 800
               17     IT CAUSATION?
               18     Q.   DR. MOYE, ARE EPIDEMIOLOGICAL STUDIES, CLINICAL TRIALS, DO
               19     THOSE PROVIDE EVIDENCE TO SHOW WHETHER THERE IS AN ASSOCIATION
               20     OR CAUSATION?
               21     A.   THOSE ARE THE KINDS OF TOOLS THAT WE HAVE TO HELP
               22     DISTINGUISH ASSOCIATION VERSUS CAUSATION.  FORTUNATELY, MOST OF
               23     THE TOOLS THAT WE USE ARE REALLY COMMONSENSE TOOLS.  THEY ARE
               24     THINGS LIKE, IF I BELIEVE AN EXPOSURE CAUSED THE DISEASE, THEN
               25     DON'T I EXPECT TO SEE MORE DISEASE IN THE EXPOSED THAN THE
               page 801
               1      UNEXPOSED?  THAT'S CALLED STRENGTH OF ASSOCIATION.  THAT'S
               2      IMPORTANT.
               3               IS THE RELATIONSHIP BELIEVABLE?  SOMETIMES WE FIND,
               4      IN SOME CLINICAL STUDIES THAT AREN'T ANALYZED WITH DISCIPLINE,
               5      WE FIND SOME FANTASTIC THINGS WE CAN'T BELIEVE.  FOR EXAMPLE, A
               6      PATIENT WHO IS EXPOSED TO ASPIRIN BUT WAS BORN UNDER THE LIBRA
               7      AND GEMINI SIGN DOES NOT RECEIVE ASPIRIN PROTECTION FOR HEART
               8      ATTACK.  THAT WAS ACTUALLY SHOWN IN THIS STUDY.  DID ANYBODY
```

**Exhibit B - Barnett Trial 08/03/06 (Reply - Expert Challenge # 8)**

• **Smith - Expert Challenge # 8 (Kronmal)**

```
               9     REALLY BELIEVE THAT THIS?
              10          SO THERE IS A SENSE OF PLAUSIBILITY.  THERE HAS TO BE
              11     CONSISTENCY.  DO WE SEE IT AGAIN AND AGAIN AND AGAIN?  IT'S
              12     THESE KINDS OF TOOLS, WHICH ARE REALLY JUST COMMONSENSE TOOLS,
              13     THAT HELP US TO BUILD A CASE FOR OR AGAINST A RELATIONSHIP
              14     BEING CAUSATIVE OR ASSOCIATIVE.
              15     Q.   IN LOOKING AT CLINICAL STUDIES OR OBSERVATIONAL STUDIES
```

[801:15] - [802:2]        8/3/2006        Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo

```
              page 801
              14     BEING CAUSATIVE OR ASSOCIATIVE.
              15     Q.   IN LOOKING AT CLINICAL STUDIES OR OBSERVATIONAL STUDIES
              16     THAT YOU MENTIONED, DO YOU USE WHAT'S CALLED "RELATIVE RISK"?
              17     A.   YES.  A RELATIVE RISK IS JUST A MEASURE OF STRENGTH OF
              18     ASSOCIATION.  THAT'S ALL IT IS.  THE LARGER -- THE LARGER THE
              19     RELATIVE RISK -- THE FURTHER THE RELATIVE RISK IS AWAY FROM
              20     ONE, THE STRONGER THE ASSOCIATION.
              21          THE RELATIVE RISK OF ONE MEANS THAT THE DISEASE IN
              22     THE EXPOSED GROUP OCCURS AT THE SAME LEVEL AS THE UNEXPOSED
              23     GROUP.  NO STRENGTH IN THIS ASSOCIATION THERE.  IF THE DISEASE
              24     IS TWICE AS COMMON IN THE EXPOSED GROUP AS THE UNEXPOSED GROUP,
              25     WE HAVE A RELATIVE RISK OF TWO.  IF IT'S THREE TIMES AS COMMON,
              page 802
              1      WE HAVE A RELATIVE RISK OF THREE.  SO THE LARGER THE RELATIVE
              2      RISK, THE LARGER THE STRENGTH OF THE ASSOCIATION.
              3      Q.   IN DOING EPIDEMIOLOGICAL STUDIES OR CLINICAL TRIALS, DON'T
```