Exhibit C - Humeston Trial Excerpts 09/22/2005 (Reply - Kronmal)

• Smith - Expert Challenge # 8 (Kronmal)

| | | |
|---|---|---|
| [1443:] - [1443:] | 9/22/2005 | Humeston Trial - Kronmal Direct and Cross |

```
page 1443
                                              1443
                   SUPERIOR COURT OF NEW JERSEY
                   ATLANTIC COUNTY/CIVIL DIVISION
                   DOCKET NO. ATL-L-2272-03MT
       ----------------------------x
       FREDERICK HUMESTON, et al.,
              PLAINTIFFS,
              VS.              STENOGRAPHIC TRANSCRIPT
                                    OF:
       MERCK & CO.,INC.,
                                      - TRIAL -
                      DEFENDANT.
       ----------------------------x
              PLACE:   ATLANTIC COUNTY CIVIL COURTHOUSE
                       1201 BACHARACH BOULEVARD
                       ATLANTIC CITY, NJ 08401
              DATE:    SEPTEMBER 22, 2005
       B E F O R E:
           THE HONORABLE CAROL E. HIGBEE, P.J.Cv.
       TRANSCRIPT ORDERED BY:
           DIANE P. SULLIVAN, ESQUIRE
           DAVID R. BUCHANAN, ESQUIRE
       A P P E A R A N C E S:
           DAVID BUCHANAN, ESQUIRE
           CHRISTOPHER SEEGER, ESQUIRE
           SEEGER, WEISS, LLC
             ATTORNEYS FOR THE PLAINTIFFS
           DIANE SULLIVAN, ESQUIRE
           DECHERT, LLP
           STEPHEN D. RABER, ESQUIRE
           WILLIAMS AND CONNOLLY, LLP
           CHRISTY D. JONES, ESQUIRE
           BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
             ATTORNEYS FOR THE DEFENDANT
                 *      *      *      *      *      *
                       CAROL A. FARRELL, CSR-CRR-RMR
                       OFFICIAL COURT REPORTER
                       1201 BACHARACH BOULEVARD
                       ATLANTIC CITY, NJ  08401
page 1444
                                              1444
```

| | | |
|---|---|---|
| [1691:20] - [1691:25] | 9/22/2005 | Humeston Trial - Kronmal Direct and Cross |

```
page 1691
19  disease.
20      Q   Incidentally, Doctor, do you know how -- what
21  Merck did in terms of their safety studies compared
22  with what FDA requires?
23  A   I don't know what the FDA requirements are.
24      Q   You are not an expert in FDA regulations?
25  A   No.
page 1692
1       Q   And not an expert in the issue of FDA
```

| | | |
|---|---|---|
| [1737:3] - [1737:17] | 9/22/2005 | Humeston Trial - Kronmal Direct and Cross |

```
page 1737
2
3                       CERTIFICATION
4
5       I, Carol A. Farrell, CRR, RMR, C.S.R. License
6  Number XI01173, an Official Court Reporter in and for
7  the State of New Jersey, do hereby certify the
8  foregoing to be prepared in full compliance with the
9  current Transcript Format for Judicial Proceedings and
```

**Exhibit C - Humeston Trial Excerpts 09/22/2005 (Reply - Kronmal)**

**• Smith - Expert Challenge # 8 (Kronmal)**

```
10  is a true and accurate compressed transcript, to the
11  best of my knowledge and ability.
12
13  _____      _____
14  Carol A. Farrell, CRR, RMR, CSR            Date
15  Official Court Reporter
16  Cumberland County Courthouse
17
18
```