Exhibit A - Pechmann Deposition Excerpts (Expert Challenge No. 3 - Pechmann)

• Smith - Expert Challenge # 3 (Reply - Pechmann)

[1:1] - [1:25]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 1
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   In re:  VIOXX                )
     PRODUCTS LIABILITY LITIGATION ) MDL Docket No. 1657
 5                                 )
     This document relates to      ) Section L
 6                                 )
     GERALD BARNETT,               ) Judge Fallon
 7                                 )
              Plaintiff,           ) Civil Action No.
 8                                 ) 2:06cv485
          vs                       )
 9                                 )
     MERCK & CO., INC.,            )
10                                 )
              Defendant.           )
11   _____)
12
13
14
15         DEPOSITION OF CORNELIA PECHMANN, Ph.D.
16                Newport Beach, California
17                 Friday, May 26, 2006
18
19
20
21
22   Reported by:
23   DIANA JANNIERE
     CSR NO. 10034
24   LA JOB No. 918215
     PHIL JOB No. 2153
25
page 2
 1                UNITED STATES DISTRICT COURT
```

[163:21] - [164:1]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 163
20   advisory chair.
21      Q    You are not going to come into court and
22   attempt to interpret the medical journal articles
23   written by Vioxx; are you, ma'am?
24      A    Well, I have the Vigor in my -- in the New
25   England Journal materials in my Appendix.  So if it came
page 164
 1   up, I would speak about them.
 2      Q    When was the first time you read the Vigor
```

[345:1] - [345:20]    5/26/2006    Pechmann, Cornelia (Barnett)

```
page 344
25
page 345
 1           I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3           That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11           I further certify that I am neither
```

**Exhibit A - Pechmann Deposition Excerpts (Expert Challenge No. 3 - Pechmann)**

- **Smith - Expert Challenge # 3 (Reply - Pechmann)**

```
12   financially interested in the action nor a relative or
13   employee of any attorney of any of the parties.
14           IN WITNESS WHEREOF, I have this date
15   subscribed my name.
16
17
                Dated: _____
18
19                     _____
                              Diana Janniere
20                            CSR No. 10034
21
```