Exhibit A - Abramson's Deposition Excerpts (Expert Challenge # 1)

• Expert Challenge No. 1 - Abramson

| | | |
|---|---|---|
| [1:] - [1:17] | 8/3/2006 | Abramson, John D. |

```
page 1
      0001
 1               UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF LOUISIANA
 3
 4
        IN RE: VIOXX         MDL DOCKET NO. 1657
 5      PRODUCTS LIABILITY
        LITIGATION
 6
        THIS DOCUMENT RELATES    SECTION "L"
 7      TO:
 8      ROBERT G. SMITH          JUDGE FALLON
 9      VERSUS
10      MERCK & CO., INC.
11      Civil Action No. 2:05-CV-04379
12
13      CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
                    Deposition of DR. JOHN D.
15      ABRAMSON, taken at the Law Offices of Stone,
        Pigman, Walther, Wittmann, 546 Carondelet
16      Street, New Orleans, Louisiana, on the 3rd day
        of August, 2006.
17
18
```

| | | |
|---|---|---|
| [70:5] - [71:3] | 8/3/2006 | Abramson, John D. |

```
page 70
 4      A.   Correct.
 5      Q.   Have you ever been the principal
 6   investigator for a clinical trial involving a
 7   pharmaceutical product or a medical device?
 8      A.   No.
 9      Q.   Have you ever been an associate
10   investigator on a clinical trial involving a
11   pharmaceutical product or a medical device?
12      A.   No.
13      Q.   Have you ever been a research
14   associate on a clinical trial involving a
15   pharmaceutical product or a medical device?
16      A.   No.
17      Q.   Have you ever had any personal
18   involvement in conducting a clinical trial on
19   a pharmaceutical product or a medical device?
20      A.   No.
21      Q.   Have you ever had responsibility
22   for designing a clinical trial for a
23   pharmaceutical product or a medical device?
24      A.   No.
25      Q.   Have you ever been consulted
page 71
 1   about study design for a clinical trial for a
 2   pharmaceutical product or a medical device?
 3      A.   No.
 4      Q.   Have you ever had the
```

| | | |
|---|---|---|
| [71:4] - [71:20] | 8/3/2006 | Abramson, John D. |

```
page 71
 3      A.   No.
 4      Q.   Have you ever had the
 5   responsibility for writing up the results and
 6   conclusions of a clinical trial into a
 7   manuscript for publication from a clinical
 8   trial for a pharmaceutical product?
```

Exhibit A - Abramson's Deposition Excerpts (Expert Challenge # 1)

• Expert Challenge No. 1 - Abramson

```
 9        A.    No.
10        Q.    Have you ever had responsibility
11 for editing a manuscript that set forth the
12 results a clinical trial?
13        A.    You changed the question right
14 there.  You mean a clinical trial for the
15 pharmaceutical industry?
16        Q.    Let me ask that question first.
17 Have you ever had a responsibility for editing
18 a manuscript that sets forth the results of a
19 clinical trial for a pharmaceutical product?
20        A.    No.
21        Q.    Have you ever had responsibility
```

[91:24] - [92:22]    8/3/2006    Abramson, John D.

```
page 91
23 partially overlap.
24        Q.    And during the time you were a
25 Robert Wood Johnson fellow, you were involved
page 92
 1 in an epidemiological study of some sort?
 2        A.    Yes.
 3        Q.    Did you actually conduct the
 4 epidemiological study?
 5        A.    Yes.
 6        Q.    What was the study on?
 7        A.    The study was designed to
 8 determine the effect of enrollment of AFD
 9 recipients in what was previously a private
10 nonprofit HMO in the City of Cleveland.
11        Q.    And was that related to a
12 specific drug or not?
13        A.    No.  It was the effect of the
14 enrollment in the HMO and access to a primary
15 care physician, personal primary care
16 physician.
17        Q.    So you were involved in
18 conducting an epidemiological study, but you
19 were not involved in conducting an
20 epidemiological study on a pharmaceutical
21 product.  Is that correct?
22        A.    That is correct.
23        Q.    Let me go back to the study you
```

[147:18] - [148:3]    8/3/2006    Abramson, John D.

```
page 147
17 relationship.
18        Q.    So your understanding is that
19 after September or October of 2001, you never
20 prescribed Vioxx for anybody?  I am just
21 asking your best recollection.
22        A.    Yes.  To the best of my
23 recollection, I can't swear there was not some
24 extraordinary circumstance.  But it was at
25 that point that I understood that Vioxx was
page 148
 1 more dangerous than naproxen and that the best
 2 scientific evidence that I had showed that
 3 that would not be in my patient's interest.
 4        Q.    And that was your conclusion
```

[159:4] - [159:13]    8/3/2006    Abramson, John D.

```
page 159
 3        A.    Yes.
 4        Q.    Generally.  Is it fair to say
 5 that when you were seeing patients and
 6 prescribing medications for patients, you
```

Exhibit A - Abramson's Deposition Excerpts (Expert Challenge # 1)

• **Expert Challenge No. 1 - Abramson**

```
7    would conduct a risk/benefit analysis on every
8    patient every time you prescribed a drug?
9         A.   Yes.
10        Q.   Because you need to assure
11   yourself that the expected benefits of the
12   drug outweighed the expected risks.  Correct?
13        A.   Right.
14        Q.   Is it fair to say that when you
```

[361:1] - [361:22]        8/3/2006     Abramson, John D.

```
page 360
25
page 361
1             REPORTER'S CERTIFICATE
2
3
4             I, RUBY M. WALLEN, Certified Court
5    Reporter, do hereby certify that the
6    above-named witness, after having been first
7    duly sworn by me to testify to the truth, did
8    testify as hereinabove set forth;
9             That the testimony was reported by me
10   in shorthand and transcribed under my personal
11   direction and supervision, and is a true and
12   correct transcript, to the best of my ability
13   and understanding;
14            That I am not of counsel, not related
15   to counsel or the parties hereto, and not in
16   any way interested in the outcome of this
17   matter.
18
19
20
21            _____
                  RUBY M. WALLEN
22                CERTIFIED COURT REPORTER
                  CSR NO. 78022
23
```