UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Elaine Bossell et al. v. Merck & Co., Inc.,* **No. 05-4132 (Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased only).**

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Merck, subject to the following conditions:

1.   Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased agree that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2.     Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

2

Respectfully Submitted by:



Dated: ___8 / 22___, 2006

Mark P. Robinson, Jr., SBN 054426
Kevin F. Calcagnie, SBN 108994
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
Lexi W. Myer, SBN 227757
Robinson, Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Telecopier: (949) 720-1292

Attorneys for Plaintiffs Norman Schniedermeyer, Gail
Jones, Ruth Martin, and Bruce Schniedermeyer,
individually and as Successors-In-Interest of the Estate of
Mildred E. Schniedermeyer, Deceased

Dated: ___8 |28___, 2006

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
        Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
        Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 28th day of August , 2006.

4