UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES | * | MDL No. 1657 |
| PRACTICES AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *  *

**THIS DOCUMENT RELATES TO:** *Elaine Bossell et al. v. Merck & Co., Inc.,* No. 05-4132
**(Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer,
individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer,
De_____ only).**

### ORDER OF DISMISSAL

_____ ___ ___ the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Norman

Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as

Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased, be and the same

are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the

Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

5