Exhibit A - 8/03/06 Trial Transcript Excerpt (Short Term)

• Smith - Expert Challenge # 11 (Short-Term)

| [688:1] - [688:25] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |
|---|---|---|

```
                        page 688
                          0688
                        1                         UNITED STATES DISTRICT COURT
                        2                         EASTERN DISTRICT OF LOUISIANA
                        3
                        4
                        5    IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
                             LIABILITY LITIGATION          *
                        6                                  *
                                                           *
                        7    THIS DOCUMENT RELATES TO      *   AUGUST 3, 2006, 8:30 A.M.
                                                           *
                        8                                  *
                             GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
                        9     & CO., INC.                  *
                             * * * * * * * * * * * * * * *
                        10
                        11
                                                        VOLUME IV
                        12                         JURY TRIAL BEFORE THE
                                                HONORABLE ELDON E. FALLON
                        13                      UNITED STATES DISTRICT JUDGE
                        14
                             APPEARANCES:
                        15
                        16   FOR THE PLAINTIFF:         ROBINSON, CALCAGNIE & ROBINSON
                                                        BY:  MARK P. ROBINSON JR., ESQ.
                        17                              620 NEWPORT CENTER DRIVE
                                                        NEWPORT BEACH, CALIFORNIA 92660
                        18
                        19   FOR THE PLAINTIFF:         BEASLEY ALLEN CROW METHVIN
                                                           PORTIS & MILES
                        20                              BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                                        234 COMMERCE STREET
                        21                              POST OFFICE BOX 4160
                                                        MONTGOMERY, ALABAMA 36103
                        22
                        23   FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                                                           PALENCHAR & SCOTT
                        24                              BY:  PHILIP S. BECK, ESQ.
                                                             ANDREW L. GOLDMAN, ESQ.
                        25                              54 W. HUBBARD STREET, SUITE 300
                                                        CHICAGO, ILLINOIS 60601
                        page 689
                        1
```

| [802:3] - [802:21] | 8/3/2006 | Barnett Trial v.04 (pages 688- 905) (Scolnick, Moye, Demopo |
|---|---|---|

```
                        page 802
                        2    RISK, THE LARGER THE STRENGTH OF THE ASSOCIATION.
                        3    Q.   IN DOING EPIDEMIOLOGICAL STUDIES OR CLINICAL TRIALS, DON'T
                        4    YOU HAVE WHAT'S CALLED A "COMPARATOR GROUP"?
                        5    A.   YES.
                        6    Q.   AND WHAT IS THAT?  WHAT'S A COMPARATOR GROUP?
                        7    A.   A COMPARATOR GROUP IS PROBABLY WHAT WE ALL LEARNED IN HIGH
                        8    SCHOOL AS A CONTROL GROUP.  IT SIMPLY MEANS THAT IF WE ARE TO
                        9    SAY AN EXPOSURE CAUSES A DISEASE, THEN WE HAVE TO -- IT WOULD
                        10   BE GOOD TO BE ABLE TO DECIDE JUST HOW MUCH OF THE DISEASE IS
                        11   DUE TO THE EXPOSURE.
                        12         PATIENTS GET DISEASE WITHOUT THE EXPOSURE.  SO HOW DO
                        13   WE KNOW IF A PATIENT WOULDN'T HAVE ALREADY GOTTEN -- WOULDN'T
                        14   HAVE GOTTEN THE DISEASE WITHOUT THE EXPOSURE?  THE ONLY WAY TO
                        15   KNOW IS TO LOOK AT ANOTHER GROUP OF SIMILAR PATIENTS WHO WERE
                        16   UNEXPOSED.
                        17         SO IN THE END YOU HAVE TWO GROUPS OF PATIENTS WHO
                        18   HAVE DIFFERENT EXPERIENCES, AND HOPEFULLY THE ONLY DIFFERENCE
                        19   BETWEEN THE TWO GROUPS IS ONE RECEIVED THE EXPOSURE, THE OTHER
                        20   WAS UNEXPOSED.  SO THE DIFFERENCE YOU SEE IN THE END IS DUE TO
```

**Exhibit A - 8/03/06 Trial Transcript Excerpt (Short Term)**

- **Smith - Expert Challenge # 11 (Short-Term)**

```
21      THE EXPOSURE.
22      Q.   LET ME SEE IF I CAN REDUCE THIS INTO REAL SIMPLE TERMS.
```