Rofecoxib                                                                                           138
FDA Advisory Committee Background Information

## Overall Safety Results

Table 28 provides data on prespecified general adverse experiences observed in APPROVe. Prespecified safety analyses were done for selected adverse experiences of particular interest, including edema-related, hypertension-related, congestive heart failure-related, hepatic-related, digestive and renal-related adverse experiences (Table 29) as well as clinical upper GI events (see section 2.5 Data from Placebo-Controlled Studies) and confirmed thrombotic cardiovascular serious adverse experiences (Table 30)

There was an increased incidence of hypertension, congestive heart failure and edema associated with rofecoxib treatment compared to placebo, consistent with the previously documented adverse event profile of both non-selective NSAIDs and selective COX-2 inhibitors. Discontinuations were more frequent in the rofecoxib patient group; the three most common causes of discontinuation were hypertension, increased blood pressure and peripheral edema (not shown).

Table 28

Prespecified General Adverse Experiences in APPROVe

| | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | |
|---|---|---|---|---|
| Number (%) of Patients | n | (%) | n | (%) |
| With one or more AEs | 1223 | (95) | 1234 | (95.0) |
| With drug-related[1] clinical AEs | 453 | (35.2) | 364 | (28.0) |
| With serious clinical AEs | 330 | (25.6) | 273 | (21.0) |
| Who died | 5 | (0.4) | 5 | (0.4) |
| Discontinued due to a clinical AE | 181 | (14.1) | 129 | (9.9) |
| Discontinued due to a laboratory AE | 12 | (0.9) | 6 | (0.5) |
| Discontinued due to a serious AE | 69 | (5.4) | 53 | (4.1) |
| [1] Assessed by the investigator to be possibly, probably, or definitely drug-related. | | | | |

M004366982

Table 29

Prespecified Adverse Experiences of Particular Interest in APPROVe

| | Rofecoxib 25 mg (N=1287) | | Placebo (N=1299) | |
|---|---|---|---|---|
| Number (%) of Patients: | N | (%) | N | (%) |
| With edema-related AEs | 104 | (8.1) | 78 | (6.0) |
| With hypertension-related AEs | 357 | (27.7) | 207 | (15.9) |
| With congestive heart failure AEs | 16 | (1.2) | 4 | (0.3) |
| With hepatic-related lab AEs | 47 | (3.7) | 48 | (3.7) |
| Discontinued due to a digestive AE including abdominal pain | 40 | (3.1) | 28 | (2.2) |
| Discontinued due to an edema-related AE | 12 | (0.9) | 5 | (0.4) |
| Discontinued due to a hypertension-related AE | 32 | (2.5) | 6 | (0.5) |
| Discontinued due to a renal-related AE | 1 | (0.1) | 0 | (0) |
| Discontinued due to a hepatic-related AE | 2 | (0.2) | 0 | (0) |

## Mortality

All deaths were adjudicated to determine whether cardiovascular in etiology.

In the preliminary dataset provided to the ESMB on 17th September 2004, the following mortality information was available:

- A total of 10 patients died within 14 days of discontinuing blinded therapy: 5 patients in each treatment group. Eight deaths were thrombotic cardiovascular events with 4 in each treatment group.

- A total of 15 patients died more than 14 days after discontinuing blinded therapy but within 3 years of randomization (that is, the prespecified study period). Eight deaths were in patients treated with rofecoxib (3 thrombotic) and 7 deaths were in patients treated with placebo (1 thrombotic).

## Cardiovascular Safety Results

A total of 118 patients (74 in the rofecoxib 25-mg group and 44 in the placebo group) had one or more investigator-reported cardiovascular serious adverse experiences.

## Primary Analysis of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences

Seventy patients had one or more events that were determined to be confirmed thrombotic cardiovascular serious adverse experiences by an independent blinded Adjudication Committee. The risk of patients having 1 or more confirmed thrombotic cardiovascular serious adverse experiences was 1.48 per 100 patients-years for the rofecoxib 25-mg group and 0.75 per 100 patients-years for the placebo group. Treatment

MRK0396963

Rofecoxib                                                                                       140
FDA Advisory Committee Background Information

with rofecoxib was associated with an overall relative risk of 1.96 compared to placebo
for the development of a confirmed thrombotic cardiovascular serious adverse experience
(Table 30), due primarily to a higher incidence of acute myocardial infarction and
ischemic cardiovascular stroke, as illustrated in Table 31.

Table 30

Absolute Rate and Relative Risk (95% CI)
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in APPROVe

| Event Category | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| Confirmed thrombotic Events | Rofecoxib | 1287 | 45 | 3041 | 1.48 | 1.96 | (1.20, 3.19) |
| | Placebo | 1299 | 25 | 3315 | 0.75 | | |
| [†] Patient-years at risk. [‡] Per 100 patient-years at risk (PYR). | | | | | | | |

M0D4396964

Rofecoxib                                                                                                  141
FDA Advisory Committee Background Information

Table 31

Summary of Patients With Confirmed Thrombotic
Cardiovascular Adverse Experiences by Class of Terms Summary of Confirmed
in APPROVe

| | Rofecoxib 25 mg (N=1287) (PYR=3041) | | Placebo (N=1299) (PYR=3315) | |
|---|---|---|---|---|
| | N (%)[1] | Rate[1] | n (%)[1] | Rate[1] |
| **Patients with One or More with Confirmed Thrombotic Cardiovascular Serious Adverse Events** | 45 (3.5) | (1.5) | 25 (1.9) | (0.8) |
| **Cardiac Events** | 30 (2.3) | (1.0) | 11 (0.8) | (0.3) |
| Acute myocardial infarction | 20 (1.6) | (0.7) | 8 (0.6) | (0.2) |
| Fatal acute myocardial infarction | 1 (0.1) | (0.0) | 3 (0.2) | (0.1) |
| Sudden cardiac death | 3 (0.2) | (0.1) | 1 (0.1) | (0.0) |
| Unstable angina pectoris | 7 (0.5) | (0.2) | 4 (0.3) | (0.1) |
| **Cerebrovascular Events** | 15 (1.2) | (0.5) | 7 (0.5) | (0.2) |
| Fatal ischemic cerebrovascular stroke | 0 (0.0) | (0.0) | 0 (0.0) | (0.0) |
| Ischemic cerebrovascular stroke | 11 (0.9) | (0.4) | 6 (0.5) | (0.2) |
| Transient ischemic attack | 5 (0.4) | (0.2) | 2 (0.2) | (0.1) |
| **Peripheral Vascular Events** | 3 (0.2) | (0.1) | 7 (0.5) | (0.2) |
| Peripheral arterial thrombosis | 1 (0.1) | (0.0) | 1 (0.1) | (0.0) |
| Peripheral venous thrombosis | 2 (0.2) | (0.1) | 4 (0.3) | (0.1) |
| Pulmonary embolism | 0 (0.0) | (0.0) | 2 (0.2) | (0.1) |

[1]  Crude incident (n/Nx100).
[1]  Events per 100 patient-years (PYR).
Note: Patients may be counted in more than one row but are only counted once within a row

A Kaplan-Meier analysis (Figure 31) of the cumulative incidence of confirmed
thrombotic cardiovascular serious adverse events over time shows that the separation of
the trend lines for rofecoxib and placebo did not begin until after 18 months of
continuous daily treatment. Prior to 18 months there was no apparent difference in the
cumulative incidence of these events in the two groups as evidenced by the overlapping
lines. The changing pattern of treatment effect over time was confirmed by the failed test
for proportionality of hazards (p=0.006). The difference between rofecoxib and placebo
beginning after 18 months appears to primarily reflect a relative flattening of the placebo
curve after 18 months compared with the preceding 18 months (Figure 31). Baseline
characteristics of those patients with events beginning after 18 months were comparable
between the treatment groups (data not shown).

Results for analysis of the APTC combined endpoint over time were similar.

M00439965

Rofecoxib                                                                        142
FDA Advisory Committee Background Information

Figure 31

Kaplan-Meier Estimates of Cumulative Incidence of Confirmed
Thrombotic Cardiovascular Adverse Experiences  Plot for  Confirmed Thrombotic
in APPROVe



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25mg | 1287 | 1123 | 1050 | 986 | 935 | 898 | 411 |
| Placebo | 1299 | 1192 | 1148 | 1079 | 1039 | 1002 | 470 |

## 6.2   Subgroup Analyses

Subgroup analyses were performed to assess whether any clinical risk factors could be
identified as potential explanations for the imbalance in cardiovascular events observed.
The following subgroup analyses were done: age ≥65, past history of cardiovascular
event, increased cardiovascular risk (as defined previously), low dose aspirin use at
baseline, concomitant aspirin use, presence of the history of diabetes, and history of
hypertension.  Although there were no statistically significant treatment by subgroup
interactions for any of the subgroups, indicating no significant departure from
consistency of treatment effects across subgroups, numeric trends in the data suggested
the possibility of a higher relative risk in patients who at baseline were defined as being
at increased risk for cardiovascular disease.  The data for subgroups defined by increased
cardiovascular risk, low dose aspirin use at baseline, and concomitant aspirin use are
shown in Figure 32.

M00436966

Figure 32

Relative Risk (95% CIs)
Subgroup Analysis by CV Risk and Aspirin Use: Confirmed
Cardiovascular Serious Adverse Experiences
(Events Within 14 Days After Discontinuation of Study Therapy) in APPROVe



| | | Pt.Years |
|---|---|---|
| Increased Cardiovascular Risk | 2.62 (1.27, 5.40) | 1676 |
| No Increased Cardiovascular Risk | 1.36 (0.69, 2.71) | 4681 |
| Low Dose Aspirin User at Baseline | | |
| ASA User | 2.04 (0.70, 5.96) | 989 |
| Non-ASA User | 1.93 (1.11, 3.34) | 5368 |
| Concomitant Aspirin User | | |
| ASA User | 3.17 (0.86, 11.72) | 1196 |
| Non-ASA User | 1.79 (1.05, 3.04) | 5161 |
| Total Cohort | 1.96 (1.20, 3.19) | 6356 |

**Increased Risk** = Increased Cardiovascular Risk, defined as 2 or more risk factors for coronary artery disease or past medical history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass graft surgery, or percutaneous coronary interventions

**Concomitant Aspirin User** =  Patient using any dose of aspirin, clopidogrel, clopidogrel bisulfate, or ticlopidine ≥ 50% of time on study therapy

**Note:** No significant subgroup interactions in the subgroups defined by low dose aspirin use, concomitant aspirin use, or baseline cardiovascular risk

MDD4396987

Rofecoxib                                                                                          144
FDA Advisory Committee Background Information

### 6.2.1 Analysis of Blood Pressure Changes and Risk of Having Serious Cardiovascular Thrombotic Adverse Experiences

Mean blood pressure increases of 3.3 mm Hg (systolic) and 0.9 mm Hg (diastolic) were observed in the rofecoxib group relative to baseline and mean blood pressure decreases of 0.4 mm Hg (systolic) and 0.8 mm Hg (diastolic) were observed in the placebo group relative to baseline. There are no data to reference for evaluation of the consequences of sustained (>12 months) pharmacologically induced blood pressure increases such as associated with non-selective NSAID and selective COX-2 inhibitor therapy.

In order to investigate the potential relationship between blood pressure changes and serious cardiovascular thrombotic adverse events further, patients were categorized according to their change from baseline in mean arterial blood pressure at 4 weeks. Since changes in blood pressure in the rofecoxib group appeared to have stabilized by that time, and as there had only been 2 CV events during the first 4 weeks of the study (1 in each treatment group), this analysis provided an assessment of whether the magnitude of the change in blood pressure could have been predictive of relative risk for a CV event. The rofecoxib:placebo relative risks for a confirmed thrombotic serious cardiovascular adverse event were similar across quartile categories of blood pressure change (Table 32). Similar results were obtained in an analysis based on change in mean arterial pressure at Week 17.

### Table 32

Absolute Rates and Relative Risk (95% CI)
Confirmed Thrombotic Cardiovascular Serious AEs
by Subgroup of Changes in MAP at Week 4 in APPROVe

| Change From Baseline BP | Rofecoxib (N=1266) Events/Patient-Years (Rate x100), N | Placebo (N=1279) Events/Patient-Years (Rate x100), N | Relative Risk(95% CI) |
|---|---|---|---|
| Overall | 45/3038 (1.48), 1266 | 25/3296 (0.76), 1279 | 1.95 (1.20, 3.18) |
| <-4.6 | 8/615 (1.30), 256 | 6/1031 (0.58), 400 | 2.23 (0.77, 6.42) |
| -4.6 to 0 | 13/802 (1.62), 334 | 7/878 (0.80), 343 | 2.02 (0.81, 5.06) |
| 0 to 5.8 | 7/760 (0.92), 321 | 7/711 (0.99), 275 | 0.93 (0.33, 2.65) |
| >5.8 | 17/861 (1.98), 355 | 5/676 (0.74), 261 | 2.67 (0.99, 7.23) |

An analysis was also performed in which mean arterial blood pressure at all time points during the study was included as a time-varying co-variate in the model of treatment effects (Table 33). In this analysis, data on patients with events are only included up until the time of the event. Mean arterial blood pressure did not have a significant effect on confirmed thrombotic cardiovascular serious adverse events in this analysis (p=0.748), and its inclusion as a covariate did not materially modify the treatment difference (rofecoxib:placebo relative risk [95% CI] = 2.01 [1.22, 3.31]). There was no significant treatment by covariate interaction.

M00439968

Rofecoxib                                                                                    145
FDA Advisory Committee Background Information

Table 33

Relative Risks (95% CIs)
Effect of Change From Baseline in MAP at Visit Prior to Cardiovascular Event
on Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in APPROVe

| Effect | RR (95% CI) | p-Value |
|---|---|---|
| With Confirmed Thrombotic Cardiovascular Serious Adverse Event | | |
| TREATMENT | 2.01 (1.22, 3.31) | 0.006 |
| Time-varying COVARIATE* | 1.00 (0.97, 1.02) | 0.748 |
| STRATUM§ | 1.39 (0.77, 2.51) | 0.272 |
| * The value of MAP at the visit before the event time was used as the covariate. | | |
| § Aspirin user/ Non-aspirin user (at baseline) | | |

Additional exploratory analyses of association of confirmed thrombotic cardiovascular serious adverse experiences with categories of baseline, on treatment, and change from baseline in systolic and diastolic BP were carried out, and revealed no important or consistent findings (data not shown).

### Risk of Patients Having Thrombotic CV Serious Adverse Experiences Analyzed by Absolute BP at Baseline or During Therapy

The effect of baseline blood pressure on the rates of patients having confirmed thrombotic cardiovascular serious adverse experiences was explored. Baseline blood pressure measurements were taken at visit 2 after a 6-week placebo run-in period. Table 34 presents the numbers of patients with confirmed thrombotic cardiovascular serious adverse experiences by category of baseline BP.  Baseline, pretreatment elevations in blood pressure were associated in both treatment groups with an increased incidence of cardiovascular events, as expected from the known association between hypertension and cardiovascular risk.  In all BP categories (from low to high), the relative risk of patients having a cardiovascular event was higher in the rofecoxib group than in the placebo group.  This effect was greatest for patients with diastolic BP of 80 to 84 mm Hg or systolic BP of 120 to 129 mm Hg at baseline.

M004369699

Rofecoxib                                                                           146
FDA Advisory Committee Background Information

Table 34

Absolute Rates and Relative Risk (95% CI)
Analysis by Baseline Blood Pressure and Confirmed Thromboembolic
Serious AEs in APPROVe

| Baseline Blood Pressure | Rofecoxib (N=1287) Events/Patient-Year (rate x100) | Placebo (N=1299) Events/Patient-Year (rate x100) | Comparison Relative Risk (95% CI) |
|---|---|---|---|
| DBP≥100 or SBP≥160 | 5/176  (2.84) | 3/191  (1.57) | 1.81 (0.35, 11.63) |
| DBP 90-99 or SBP 140-159 | 13/857  (1.52) | 11/1030 (1.07) | 1.42 (0.64, 3.18) |
| DBP 85-89 or SBP 130-139 | 14/753  (1.86) | 8/709  (1.13) | 1.65 (0.69, 3.93) |
| DBP 80-84 or SBP 120-129 | 9/707  (1.27) | 2/809  (0.25) | 5.13 (1.11, 23.75) |
| DBP <80 and SBP <120 | 4/548  (0.73) | 1/576  (0.17) | 4.21 (0.42, 207.13) |
| DBP = diastolic blood pressure;  SBP = systolic blood pressure. | | | |

Table 35 presents the numbers of patients having a confirmed thrombotic cardiovascular
serious adverse experience by category of blood pressure attained at any time post-
randomization up to the discontinuation of study therapy.  The rates of CV events were
greater for patients in the rofecoxib group who experienced an elevated blood pressure
during the study compared to the other patients.

Table 35

Rates Per 100 Patient-Years
Confirmed
Thrombotic Serious Adverse Experiences by Analysis of Blood
Pressure During Study in APPROVe

| On-Treatment Blood Pressure | Rofecoxib    (N=1268) Events/Patient-Year (rate x 100) | Placebo (N=1286) Events/Patient-Year (rate x 100) |
|---|---|---|
| DBP<100 and SBP<160 | 20/2062 (0.97) | 20/2515 (0.80) |
| DBP≥100 or SBP≥160 (Once) | 13/454 (2.86) | 2/413 (0.48) |
| DBP≥100 or SBP≥160 (Two or more times) | 12/525 (2.29) | 3/386 (0.78) |
| DBP = diastolic blood pressure;  SBP = systolic blood pressure | | |
| Relative risk (95% CI) for time-varying covariate defined as 1 once (DBP≥100 or SBP≥160) was true: 2.29 (1.37, 3.82); treatment effect: 1.83 (1.12, 2.99). Treatment by covariate interaction p-value: 0.105 | | |
| Relative risk (95% CI) for time-varying covariate defined as 1 if (DBP≥100 or SBP≥160) was true at the visit before the event time otherwise defined as 0: 1.44 (0.66, 3.15); treatment effect: 1.97 (1.20, 3.24). Treatment by covariate interaction p-value: 0.474 | | |

M004396970

Rofecoxib                                                                                   147
FDA Advisory Committee Background Information

### Relationship of Blood Pressure to Cardiovascular Outcomes

Data from epidemiologic studies like the Framingham study [126] and more recent meta-analyses [127] have permitted estimates of the magnitude of cardiovascular risk and the types of events associated with elevations in blood pressure. These epidemiologic studies suggest that an increase of 20 mm Hg in systolic blood pressure or 10 mm Hg in diastolic blood pressure is associated with an approximately 2-fold increase in cardiovascular events [127]. Data from clinical and epidemiologic meta-analyses shows that reducing diastolic blood pressure over 5 to 6 years by 5 to 6 mm Hg in hypertensives reduces the risk of stroke by 35 to 40% and coronary heart disease by 20 to 35% (epidemiologic studies) or 14% (clinical studies) [128]. In rofecoxib-treated patients in APPROVe, the mean difference at individual study visits from pre-treatment baseline blood pressure ranged from 2.3 to 3.9 mm Hg for systolic blood pressure and from 0.3 to 1.4 mm Hg for diastolic blood pressure (see Section 3.3).

These epidemiological studies have shown that elevations in blood pressure are consistently associated with a greater risk of cerebrovascular events than cardiac events. Furthermore, the benefit of blood pressure reduction is greater for cerebrovascular outcomes than for cardiac outcomes [129]. In the APPROVe study, cardiac events were more numerous than cerebrovascular events.

Thus, drug-related increases in blood pressure would not appear to account for the magnitude of the increased risk of cardiovascular events observed for rofecoxib compared to placebo in APPROVe, although a small contribution of blood pressure to the overall result cannot be excluded.

### Summary: Blood Pressure Changes and Risk of Having Serious Cardiovascular Thrombotic Adverse Experiences

The majority of analyses performed did not reveal significant associations between blood pressure and relative risk for CV events in the APPROVe study. In one analysis, the relative risk for CV events was greatest in patients with increases in systolic blood pressure ≥160 mm Hg. The lack of consistency with any of the other BP analyses performed limits the ability to draw conclusions from this single association.

### 6.3   APPROVe Summary

The study validates the primary efficacy hypothesis but revealed unexpected safety findings. Daily administration of rofecoxib was associated with a significantly reduced rate of adenoma recurrence compared with placebo. The study also showed an increased risk of patients having confirmed thrombotic cardiovascular serious adverse experiences with rofecoxib 25 mg. The risk began to diverge from placebo beginning after 18 months of chronic therapy; over time the difference became significant. Results for the first 18 months of treatment in APPROVe did not indicate any meaningful difference

M00436971

between rofecoxib and placebo and were consistent with prior placebo-controlled and non-naproxen NSAID controlled data. Analyses of cardiovascular risk factors, including blood pressure, did not reveal any important association that might provide insight into origin of the increased risk of patients having thrombotic cardiovascular events associated with rofecoxib therapy beginning after 18 months of continuous therapy. There was no difference in mortality between the treatment groups.

## 6.4   APPROVe Conclusions

- The incidence of thrombotic cardiovascular events with rofecoxib 25 mg was similar to placebo over the first 18 months of continuous usage, consistent with the other data in the rofecoxib development program.
- The risk of thrombotic CV events in patients taking rofecoxib 25 mg  began to diverge from placebo beginning after 18 months of chronic therapy; over time the difference became significant.
- Analyses of cardiovascular risk factors, including blood pressure, did not reveal any consistent association that might provide insight into the increased risk of thrombotic cardiovascular risk factors associated with rofecoxib therapy after 18 months.
- There was no difference in mortality between the treatment groups.
- The mechanism(s) for the increased risk versus placebo starting after 18 months of continuous therapy of thrombotic cardiovascular events are uncertain.

## 7.   Postmarketing Data

Postmarketing surveillance is an important signal detection tool after a new drug enters the market. The first suspicion of rare and non-mechanism based adverse events not detected in clinical trials usually arises from spontaneous reporting systems. For common adverse events, i.e. coronary heart disease (CHD), however, the background rate (640 to 1,100 per 100,000 patient years in the U.S.) often is so much higher than the reported rate (3.5 per 100,000 patient-years of exposure worldwide, market introduction through 30-September-2004; Health Care Provider reports) that no conclusion of an association or an increased risk can be drawn. Similarly, mechanism based adverse events, i.e., fluid retention and hypertension from NSAID use, are expected to occur and therefore are not systematically reported by health care practitioners for drugs of the same class; hence no conclusions can be drawn regarding the magnitude of risk. Therefore, it is generally accepted that post marketing surveillance cannot be used to evaluate such adverse events, which only can be studied in clinical trials and/or observational studies.

It is also generally accepted that spontaneous reporting systems can only produce signals of potential cause – effect relationships because the information is most often incomplete and the systems are sensitive to multiple biases like time on market – reporting highest during the first years, media attention – leading to increased reporting, channeling high risk patients to new treatments etc. For irreversible effects it is impossible to make valid causal inferences from spontaneous reports since two important criteria for causality evaluation – dechallenge and rechallenge are not applicable. Typical examples of such effects are cardiovascular events like thromboembolism including acute myocardial infarctions and cerebrovascular events. Such events can therefore only be evaluated in

M00439697 2

formal studies where the risk of the outcome is compared between exposed and non-exposed. Furthermore, spontaneous reports cannot be used to compare the risk of one type of AE between different drugs, a fact recognized by the FDA and other experts.

## 8.   Overall Conclusions

- Rofecoxib was the only approved selective COX-2 inhibitor with a demonstrated advantage over nonselective NSAIDs in decreasing the risk of clinical upper GI events. A benefit over nonselective NSAIDs in patients taking concomitant low dose aspirin has been suggested but not conclusively established.
- Rofecoxib use, like all NSAIDs, is associated with renovascular adverse experiences that are mechanism based and dosed related. In general, these effects with rofecoxib are similar to the effects seen with other NSAIDs.
- The data from rofecoxib clinical trials shows a similar incidence of thrombotic cardiovascular events with rofecoxib 25 mg compared to placebo over the first 18 months of chronic usage or from non-naproxen NSAIDs.
- The incidence of thrombotic cardiovascular events is lower on naproxen 500 mg twice daily than rofecoxib. The difference is apparent shortly after initiation of therapy.
- In APPROVe, the risk of thrombotic CV events in patients taking rofecoxib 25 mg began to diverge from placebo beginning after 18 months of chronic therapy; over time the difference became significant. Long term data for rofecoxib in comparison to non-naproxen NSAIDs has not revealed a difference but are limited.
- The mechanism(s) for the increased risk of thrombotic cardiovascular events in the APPROVe study are uncertain.
- There are as yet no long-term data to suggest a difference in the incidence of thrombotic cardiovascular events in selective COX-2 inhibitors compared to nonselective NSAIDs such as ibuprofen and diclofenac that do not have potent and sustained antiplatelet effects.
- It is premature to draw conclusions at this time on the implications of the new findings with rofecoxib, celecoxib, and naproxen for the other drugs in this class including COX-2 selective inhibitors and non-selective NSAIDs or to assess topics such as the effects of dose and duration. Although the data suggest that the CV findings represent a class effect, it is unclear at this time how extensive the class might be: selective COX-2 inhibitors, all NSAIDs, or the subset of NSAIDs without potent and sustained COX-1 inhibitory effects.
- Physicians and patients should discuss the benefits and risks of these agents and incorporate the new information into their decision making. New and ongoing studies will likely continue to inform on this topic and should be taken into account in any product labeling.

M00439697З

Rofecoxib                                                                           150
FDA Advisory Committee Background Information

## 9.  List of References

1.  Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991;18(Suppl 28):6-10.

2.  Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Eng J Med 1999;340(24):1888-99.

3.  Griffin MR. Epidemiology of nonsteroidal anti-inflammatory drug-associated gastrointestinal injury [With Discussion]. Am J Med 1998;104(3A):23s-9s, 41s-2s.

4.  Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153:477-84.

5.  Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994;121(4):289-300.

6.  Livesey JR, Watson MG, Kelly PJ, Kesteven PJ. Do patients with epistaxis have drug-induced platelet dysfunction? Clin Otolaryngol 1995;20:407-10.

7.  Morse EE. Effects of drugs on platelet function. Ann Clin Lab Sci 1977;1:68-72.

8.  Cheng JC, Siegel LB, Katari B, Traynoff SA, Ro JO. Nonsteroidal anti-inflammatory drugs and aspirin: a comparison of the antiplatelet effects. Am J Ther 1997;4(2-3):62-5.

9.  Wierod FS, Frandsen NJ, Jacobsen JD, Hartvigsen A, Olsen PR. Risk of haemorrhage from transurethral prostatectomy in acetylsalicylic acid and NSAID-treated patients. Scand J Urol Nephrol 1998;32(2):120-2.

10. Niemi T, Tanskanen P, Taxell C, Juvela S, Randell T, Rosenberg P. Effects of nonsteroidal anti-inflammatory drugs on hemostasis in patients with aneurysmal subarachnoid hemorrhage. J Neurosurg Anesthesiol 1999;11(3):188-94.

11. Tsirbas A, McNab AA. Secondary haemorrhage after dacryocystorhinostomy. Clin Experiment Ophthalmol 2000;28(1):22-5.

12. Whittle BJR, Higgs GA, Eakins KE, Moncada S, Vane JR. Selective inhibition of prostaglandin production in inflammatory exudates and gastric mucosa. Nature 1980;284:271-3.

13. Vane J. Towards a better aspirin. Nature 1994;367:215-6.

14. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Eng J Med 2000;343(21):1520-8.

MRK-00439974

15.  Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, et al. Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib. Circulation 2001;104:1-9.

16.  Hunt RH, Bowen B, Mortensen ER, Simon TJ, James C, Cagliola A, et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000;109:201-6.

17.  Sigthorsson G, Crane R, Simon T, Hoover M, Quan H, Bolognese J, et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000;47:527-32.

18.  Cryer B, Gottesdiener K, Gertz B, Wong P, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor, on gastric mucosal prostaglandin (PG) and serum thromboxane B-2 (TXB-2) synthesis in healthy human [Abstract]. Gastroenterology 1999;116(4):A 141.

19.  Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999;289(2):735-41.

20.  Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002;18(2):82-91.

21.  Schwartz JI, Vandormael K, Malice MP, Kalyani RN, Lasseter KC, Holmes GB, et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther 2002;72(1):50-61.

22.  Awtry EH, Loscalzo J. Aspirin. Circulation 2000;101:1206-18.

23.  Bunting S, Moncada S, Vane JR. The prostacyclin-thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull 1983;39:271-6.

24.  Lewis HD, Davis JW, Archibald DG, Steinke WE, Smitherman TC, Doherty JE, et al. Protective effects of aspirin against acute myocardial infarction and death in men with unstable angina. Results of a Veterans Administration Cooperative Study. N Eng J Med 1983;309:396-403.

25.  Reilly IAG, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987;69(1):180-6.

M004396975

26.  Fornaro G, Rossi P, Mantica PG, Caccia ME, Aralda D, Lavezzari M, et al.
     Indobufen in the prevention of thromboembolic complications in patients with heart
     disease: a randomized, placebo-controlled, double-blind study. Circulation
     1993;87:162-4.

27.  Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and
     reocclusion after successful thrombolysis or angioplasty in acute myocardial
     infarction. Eur Heart J 1993;14:951-7.

28.  McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald
     GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human
     pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA
     1999;96:272-7.

29.  Wiseman LR, Fitton A, Buckley MM. Indobufen: a review of its pharmacodynamic
     and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and
     coronary vascular disease. Drugs 1992;44(3):445-64.

30.  Schönbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression
     of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol
     1999;155(4):1281-91.

31.  Schafer AI. Effects of nonsteroidal antiinflammatory drugs on platelet function and
     systemic hemostasis. J Clin Pharmacol 1995;35:209-19.

32.  Drvota V, Vesterqvist O, Green K. Effects of non-steroidal anti-inflammatory drugs
     on the in vivo synthesis of thromboxane and prostacyclin in humans. Adv
     Prostaglandin Thromboxane Leukot Res 1991;21A:153-6.

33.  Van Hecken A, Schwartz JI, Depré M, De Lepeleire I, Dallob A, Tanaka W, et al.
     Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and
     naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol
     2000;40:1-12.

34.  Greenberg HE, Gottesdiener K, Huntington M, Wong P, Larson P, Wildonger L, et
     al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX®), did not alter the
     antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol
     2000;40:1509-15.

35.  Zeigler ZR. Non-occlusive bleeding times may improve the value of ivy bleeding
     times. Thromb Haemost 1990;63(3):371-4.

36.  De Caterina R, Giannessi D, Boem A, Bernini W, Battaglia D, Michelassi C, et al.
     Equal antiplatelet effects of aspirin 50 or 324 mg/day in patients after acute
     myocardial infarction. Thromb Haemost 1985;54(2):528-32.

M0O4395976

Rofecoxib                                                                              153
FDA Advisory Committee Background Information

37.   Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. Coron Artery Dis 1998;9:217-22.

38.   Bhana N, McClellan KJ. Indobufen.   An updated review of its use in the management of atherothrombosis. Drugs Aging 2001;18(5):369-88.

39.   Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheugt FWA, Schnitzer TJ, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the therapeutic arthritis research and gastrointestinal event trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

40.   White WB, Faich G, Whelton A, Maurath C, Ridge NJ, Verburg KM, et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002;89:425-30.

41.   Silverstein FE, Faich G, Goldstein JL, Simon LS, Pincus T, Whelton A, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized controlled trial. JAMA 2000;284(10):1247-55.

42.   Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective cox-2 inhibition and cardiovascular effects:  a review of the rofecoxib development program. Am Heart J 2003;146:591-604.

43.   Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004;62:66-71.

44.   Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL, et al. Effects of rofecoxib or naproxen vs placebo on alzheimer disease progression:  a randomized controlled trial. JAMA 2003;289(21):2819-26.

45.   Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005, in press.

46.   Hulley S, Grady D, Bush T, Furberg C, Herrington D, Riggs B, et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. JAMA 1998;280(7):605-13.

47.   Grady D, Herrington D, Bittner V, Blumenthal R, Davidson M, Hlatky M, et al. Cardiovascular disease outcomes during 6.8 years of hormone therapy.  Heart and estrogen/progestin replacement study follow-up (HERS II). JAMA 2002;288(1):49-57.

M00496977

Rofecoxib                                                                                     154
FDA Advisory Committee Background Information

48.   FDA Statement on the Results of the Women's Health Initiative (8/13/2002).
      Women's health initiative (WHI) results signal need for reassessment of risks and
      benefits of conjugated equine estrogens/medroxyprogesterone acetate (prempro) in
      postmenopausal women. http://www.fda.gov/cder/drug/safety/WHI_statement.htm
      (accessed 9/11/03).

49.   Zacher J, Schattenkirchner M. Patient and physician satisfaction with rofecoxib in
      osteoarthritis: results of a post-marketing surveillance study in primary care in
      germany. Curr Med Res Opin 2002;18(4):229-36.

50.   Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2
      selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart
      disease. Lancet 2002;360:1071-3.

51.   Bannwarth B, Trèves R, Euller-Ziegler L, Rolland D, Ravaud P, Dougados M.
      Adverse events associated with rofecoxib therapy. Results of a large study in
      community-derived osteoarthritic patients. Drug Safety 2003;26(1):49-54.

52.   Mamdani M, Rochon P, Juurlink DN, Anderson GM, Kopp A, Naglie G, et al.
      Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of
      acute myocardial infarction in the elderly. Arch Intern Med 2003;163:481-6.

53.   Layton D, Heely E, Hughes K, Shakir SAW. Comparison of the incidence rates of
      thromboembolic events reported for patients prescribed rofecoxib and meloxicam
      in general practice in England using prescription-event monitoring (PEM) data.
      Rheumatol 2003;42(11):1342-53.

54.   Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, et al.
      Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial
      infarction in older adults. Circulation 2004;109:2068-73.

55.   Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Strom BL. Risk of
      myocardial infarction by type of cyclooxygenase-2 inhibitor. [Abstract]. Circulation
      2003;108(17, Suppl. IV):IV 752.

56.   Goldstein J, Eisen G, Blair L, Gralnick I, Fort J, Brown R, et al. (Abstract #284)
      Abnormal Small Bowel Findings Are Common in Healthy Subjects Screened for a
      Multi-Center, Double Blind, Randomized, Placebo-Controlled Trial Using Capsule
      Endoscopy. [Abstract]. Gastroenterology 2003;124(4 Suppl. 1):A37.

57.   Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic
      cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch
      Intern Med 2002;162:1105-10.

58.   Temple R. Meta-analysis and epidemiologic studies in drug development and
      postmarketing surveillance. JAMA 1999;281(9):841-4.

MDL0396978

59.  Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2
     inhibitors increase susceptibility of human LDL and plasma to oxidative
     modification:   comparison to sulfonamide COX-2 inhibitors and NSAIDs.
     Atherosclerosis 2004;177:235-43.

60.  Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, et al.
     Roles of thromboxane $A_2$ and prostacyclin in the development of atherosclerosis in
     apoE-deficient mice. J Clin Invest 2004;114(6):784-94.

61.  Egan KM, Lawson JA, Fries S, Koller B, Rader DJ, Smyth EM, et al. COX-2
     derived prostacyclin confers atheroprotection on female mice. Science 2004:1-4
     plus supporting material.

62.  Pratico D, Tillmann C, Zhang Z-B, Li H, FitzGerald GA. Acceleration of
     atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein
     receptor knockout mice. PNAS 2001;98(6):3358-63.

63.  Ott E, Nussmeier NA, Duke PC, Feneck RO, Alston RP, Snabes MC, et al. Efficacy
     and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients
     undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg
     2003;125(6):1481-92.

64.  Pfizer statement on new information regarding cardiovascular safety of Celebrex.
     Dosing in long-term cancer studies suspended due to increased cardiovascular risk
     in one study;  preliminary analysis of second long-term cancer study shows no
     increased                       cardiovascular                         risks.
     http://www.pfizer.ca/english/newsroom/press%20releases/default.asp?s=1&year=2
     004&releaseID=149 1/10/2005

65.  Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal
     complications related to use of nonsteroidal anti-inflammatory drugs. Ann Intern
     Med 1991;115(10):787-96.

66.  Tramèr MR, Moore RA, Reynolds DJM, McQuay HJ. Quantitative estimation of
     rare adverse events which follow a biological progression: a new model applied to
     chronic NSAID use. Pain 2000;85:169-82.

67.  Langman MJ, Jensen DM, Watson DJ, Harper ES, Zhoa PL, Quan H, et al. Adverse
     upper gastrointestinal effects of rofecoxib compared with NSAIDS. JAMA
     1999;282(20):1929-33.

68.  Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E, et al.
     Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen,
     and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a
     randomized,    double-blind,    placebo-controlled    trial.    Arthritis    Rheum
     2000;43(2):370-7.

MDL0439697 9

69.  Laine L, Harper S, Simon T, Bath R, Johanson J, schwartz H, et al. A randomized
     trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with
     that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.
     Gastroenterology 1999;117(4):776-83.

70.  Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of
     gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of
     rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study.
     Gut 2003;52:820-6.

71.  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal
     safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res
     Opin 2004;20(10):1539-48.

72.  Memo to Maller E from Qinfen Y: Pooled Analysis of Upper GI PUBs by
     Rofecoxib Dose, 2004.

73.  Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose
     enteric-coated aspirin and the effect of COX-2 selective inhibition: a double blind
     trial: Gastroenterology. Unpublished observations 2003.

74.  Bjarnason I, Hayllar J, Macpherson AJ, Russell AS. Side effects of nonsteroidal
     anti-inflammatory drugs on the small and large intestine in humans.
     Gastroenterology 1993;104(6):1832-47.

75.  Laine L, Connors LG, Reicin A, Hawkey CJ, Burgos-Vargas R, Schnitzer TJ, et al.
     Serious lower gastrointestinal clinical events with nonselective NSAID or Coxib
     Use. Gasteroenterology 2003;124(2):288-92.

76.  Habib A, Créminon C, Frobert Y, Grassi J, Pradelles P, Maclouf J. Demonstration
     of an inducible cyclooxygenase in human endothelial cells using antibodies raised
     against the carboxyl-terminal region of the cyclooxygenase-2. J Biol Chem
     1993;268(31):23448-54.

77.  Topper JN, Cai J, Falb D, Gimbrone MAJ. Identification of vascular endothelial
     genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2,
     manganese superoxide dismutase, and endothelial cell nitric oxide synthase are
     selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci USA
     1996;93:10417-22.

78.  Singer IL, Kawka DW, Cunningham P, Ouellett M, Riendeau D. COX-1 is the
     major Isoform of cyclooxygenase co-localized with prostacyclin synthase in normal
     dog aortic endothelium [Abstract]. Inflamm Res 2003;52:S88, IS/18.

79.  Wong E, Huang JQ, Tagari P, Riendeau D. Effects of COX-2 inhibitors on aortic
     prostacyclin production in cholesterol-fed rabbits. Atherosclerosis 2001;157:393-
     402.

M004396980

80.  Warner TD, Vojnovic I, Giuliano F, Jiménez R, Bishop-Bailey D, Mitchell JA. Cyclooxygenase 1, 2, and 3 and the production of prostaglandin $I_2$: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. J Pharmacol Exp Ther 2004;310(2):642-7.

81.  Tuleja E, Mejza F, Cmiel A, Szczeklik A. Effects of cyclooxygenase inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. Arterioscler Thromb Vasc Biol 2003;23:1111-5.

82.  Pocock SJ, Clayton TC, Altman DG. Survival plots of time-to-event outcomes in clinical trials: good practice and pitfalls. Lancet 2002;359:1686-9.

83.  Baker CSR, Hall RJC, Evans TJ, Pomerance A, Maclouf J, Creminon C, et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999;19:646-55.

84.  Cipollone F, Prontera C, Pini B, Marini M, Fazia M, De Cesare D, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin $E_2$-dependent plaque instability. Circulation 2001;104:921-7.

85.  Falk E, Shah PK, Fuster V. Coronary plaque disruption. Circulation 1995;92(3):657-71.

86.  Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy-I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106.

87.  Juul-Möller S, Edvardsson N, Jahnmatz B, Rosen A, Sørensen S, Ömblus R, et al. Double-blind trial of aspirin in primary prevention of myocardial infarction in patients with stable chronic angina pectoris. Lancet 1992;340(8833):1421-5.

88.  CAPRIE Steering Committee. A randomised, blinded, trial of clopidogrel versus aspirin in patients at risk of ischaemic events (CAPRIE). Lancet 1996;348:1329-39.

89.  Hennekens CH, Dyken ML, Fuster V. Aspirin as a therapeutic agent in cardiovascular disease: a statement for healthcare professionals from the American Heart Association. Circulation 1997;96(8):2751-3.

90.  Simon DI, Stamler JS, Jaraki O, Keaney JF, Jr., Osborne JA, et al. Antiplatelet properties of protein S-nitrosothiols derived from nitric oxide and endothelium-derived relaxing factor. Arterioscler Thromb 1993;13:791-9.

MDD498981

91. Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999;50(4):661-7.

92. Physicians' Desk Reference. EC-NAPROSYN® (naproxen) delayed-release tablets; NAPROSYN® (naproxen) tablets; ANAPROX®/ANAPROX® DS (naproxen sodium) tablets; NAPROSYN® (naproxen) suspension [Package Insert]. 54 ed. Montvale (NJ): Medical Economics Company, Inc., 2000:2631-4.

93. Physicians' Desk Reference. CATAFLAM® diclofenac potassium immediate-release tablets; VOLTAREN® diclofenac sodium delayed-release (enteric coated) tablets; VOLTAREN®-XR diclofenac sodium extended-release tablets [Package Insert]. 53 ed.Montvale (NJ): Medical Economics Company, Inc., 1999:2001-4.

94. U.S. Package Insert: Ibuprofen: 2003.

95. Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004;109:1468-71.

96. Leese PT, Talwalker S, Kent JD, Recker DP. Valdecoxib does not impair platelet function. Am J Emerg Med 2002;20(4):275-81.

97. Collantes E, Curtis SP, Lee KW, Casas N, McCarthy T, Melian A, et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis. BMC Family Practice 2002;3(10):1-10.

98. Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324:71-86.

99. Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997;336(14):973-9.

100. Wolfe F, Mitchell DM, Sibley JT, Fries JF, Bloch DA, Williams CA, et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994;37(4):481-94.

101. Myllykangas-Luosujärvi RA, Aho K, Isomäki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995;25(3):193-202.

102. Wållberg-Jonsson S, Öhman M-L, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997;24(3):445-51.

MRK04996982

Rofecoxib
FDA Advisory Committee Background Information

159

103. Taketo MM. Cyclooxygenase-2 inhibitors in tumorigenesis (Part II). J Natl Cancer Inst 1998;90(21):1609-20.

104. Baron JA, Sandler RS. Nonsteroidal anti-inflammatory drugs and cancer prevention. Annu Rev Med 2000;51:511-23.

105. MRL Statistical Report: Clinical safety of rofecoxib versus placebo in the VIOXX (rofecoxib)/MK-0966 Alzheimer's disease (AD) studies (Protocol 078 and Protocol 091): Analysis of confirmed thrombotic events, confirmed Antiplatelet Trialists' Collaboration (APTC) events, investigator-reported thrombotic events, all-cause mortality and thrombotic cardiovascular mortality , 10-Dec-2003.

106. Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005;142(3):1-9.

107. Levy GD, Cheetham TC, Shoor S. Cohort analysis myocardial Infarction risk and COX2 use in the Kaiser large observational thrombosis study (KLOTS). [Abstract]. Arth & Rheum 2002;46(Suppl. 9):S377.

108. Whelton A, Spalding WM, White WB, Reeves MJ, Suh SS, Fort JG. Rofecoxib increases cardiovascular events in arthritis patients but celecoxib and nonspecific nonsteroidal anti-inflammatory drugs do not: results from a large New England Health Care claims database. [Abstract]. JACC 2004;415A.

109. Graham DJ, Campen D, Cheetham C, Hui R, Spence M, Ray WA. Risk of acute cardiac events among patients treated with cyclooxygenase-2 selective and non-selective nonsteroidal anti-inflammatory drugs [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S287-S288.

110. Rahme E, Kong SX, Watson DJ, Toubouti Y, LeLorier J. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction. [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S235.

111. Shaya FT, BLume SW, Blanchette CM, Mullins CD, Weir MR. Cardiovascular risk of selective cyclooxygenase-2 inhibitors compared to other nonsteroidal anti-inflammatory agents: an observational study of a Medicaid population. (659) [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S234-S235.

112. Campen DH, Graham D, Cheetham C, Shoor S, Levy G, Hui R, et al. Risk of acute cardiac events among patients treated with cyclooygenase-2 selective and non-sSelective-nonsteroidal anti-inflammatory drugs. [Abstract]. Arth & Rheum 2004;50(Suppl. 9):S657.

113. Velentgas P, West W, Walker AM.   Velentgas P, West W, Walker AM. Cardiovascular risk of COX-2 inhibitors and other non-aspirin NSAIDs.   Pre-publication draft. Submitted Oct 2004.

M0043969B3

114. Memo to Yothers K, Seligman P from Scheid S: Aetna, 14-Nov-2004.

115. Zhao SZ, Burke T, Pettitt D, Henderson SC, Von Allmen H. Baseline risk of cardiovascular disorders among new users of ibuprofen, naproxen, diclofenac, and celecoxib [Abstract]. Ann Rheum Dis 2002;61(Suppl 1):341.

116. Wolfe F, Flowers N, Burke TA, Arguelles LM, Pettitt D. Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors: quantitative assessment of channeling bias and confounding by indication in  6689 patients with rheumatoid arthritis and osteoarthritis. J Rheumatol 2002;29(5):1015-22.

117. Gimeno V, Castellsague J, Maguire A, Eaton S, McQuay LJ, Zhou X, et al. Gastrointestinal and cardiovascular characterization of users of valdecoxib and other COX-2 specific inhibitors. [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S236.

118. Levesque L, Brophy JM, Zhang B, Bourgault C. Cox-2 selective inhibitors and cardiovascular outcomes in an elderly population.  [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S49.

119. Teeling M, Bennett K, Feely J. Are Cox-2 selective inhibitors preferentially prescribed in patients on aspirin therapy? [Abstract]. Pharmacoepidemiology Drug Safety 2004;13:S286.

120. Eberhart CE, Coffey RJ, Radhika A, Giardiello FM, Ferrenbach S, Dubois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. Gastroenterology 1994;107(4):1183-8.

121. Sandler RS. Aspirin and other nonsteroidal anti-inflammatory agents in the prevention of colorectal cancer. In: DeVita VT, Hellman S, Rosenberg SA, eds. Important Advances in Oncology 1996. Philadelphia: Lippincott-Raven, 1996:123-37.

122. Giardiello FM, Hamilton SR, Krush AJ, Piantadosi S, Hylind LM, Celano P, et al. Treatment of colonic and rectal adenomas with sulindac in familial adenomatous polyposis. N Engl J Med 1993;328(18):1313-6.

123. Steinbach G, Lynch PM, Phillips RKS, Wallace MH, Hawk E, Gordon GB, et al. The effect of celecoxib, a cyclooxygenase-2 inhibitor, in familial adenomatous polyposis. N Eng J Med 2000;342(26):1946-52.

124. Baron JA, Cole BF, Sandler RS, Haile RW, Ahnen D, Bresalier R, et al. A randomized trial of aspirin to prevent colorectal adenomas. N Engl J Med 2003;348(10):891-9.

MRK-00499984

125. Sandler RS, Halabi S, Baron JA, Budinger S, Paskett E, Keresztes R, et al. A randomized trial of aspirin to prevent colorectal adenomas in patients with previous colorectal cancer. N Engl J Med 2003;348(10):883-90.

126. Dawber TR, Kannel WB, Revotskie N, Stokes J, Kagan A, Gordon T. Some factors associated with the development of coronary heart disease: six years' follow-up experience in the Framingham study. Am J Public Health 1959;49:1349-56.

127. Lewington S, Clarke R, Qizilbash N, Peto R, Collins R. Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. The Lancet 2002;360:1903-13.

128. MacMahon S, Peto R, Cutler J, Collins R, Sorlie P, Neaton J, et al. Blood pressure, stroke, and coronary heart disease. Part 1, Prolonged differences in blood pressure: prospective observational studies corrected for the regression dilution bias. The Lancet 1990;335(8692):765-74.

129. Collins R, Peto R, MacMahon S, Hebert P, Fiebach NH, Eberlein KA, et al. Blood pressure, stroke, and coronary heart disease. Part 2, short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990;335:827-38.

MD0439698S

Rofecoxib
FDA Advisory Committee Background Information

162

## APPENDIX 1

### Emerging Data on Prostaglandin Biology Relevant to the Cardiovascular System

Over the course of the clinical development of rofecoxib, there has been an evolution in the understanding of the biology of the pathways affected by the inhibition of COX-1 and COX-2. Although there are no definitive data, mechanisms have been proposed to explain the reasons why selectively inhibiting COX-2 might be associated with an increase in cardiovascular risk. Both clinical and preclinical data on the cardiovascular effects of selective COX-2 inhibition reveal mixed results with some studies showing a benefit, some no effect, and others a possible deleterious effect.

The identification of COX-2 in atherosclerotic lesions in humans and in fatty streaks of apoE[-/-] and LDL[-/-] mice has spurred an interest in the role of COX-2 in the pathogenesis of atherosclerosis [1; 2; 3; 4]. Animal models of atherosclerosis examining the effects of COX-2 inhibition on lesion size provide inconclusive correlation. In short term (3 to 12 week) studies in apoE[-/-] mice, mice treated with COX-2 selective inhibitors had increased, decreased, or no change in the size of atherosclerotic lesions [5; 4; 6; 7]. In longer terms studies (>15 weeks), neither the COX-2 selective inhibitors celecoxib, MF-tricyclic, or the non-selective NSAID sulindac had a significant effect on the size of atherosclerotic lesions [8; 9]. In LDL-/- mice, 6 weeks of treatment with the COX-2 inhibitor rofecoxib reduced lesion size [4], while treatment for 18 weeks with the COX-2 inhibitor nimesulide had no significant effect [3]. Overall, the majority of mouse studies indicate no detrimental effects of COX-2 inhibition, and several indicate potential benefits on atherogenesis.

A variety of studies have explored the pathogenesis of atherosclerosis using mice with targeted deletions in specific prostanoid receptors. These results must be interpreted in light of the knowledge that NSAIDs or COX-2 selective inhibitors produce between 60 and 75% inhibition of the enzyme at clinical doses [10]. In addition, inhibitors affect the synthesis of a broad range of prostanoids rather than targeting a single molecular species. The data from cross breeding experiments suggest that loss of the IP (prostacyclin) receptor potentiates atherosclerosis in apoE[-/-] mice while loss of the TP (thromboxane) receptor is partially protective [11; 12]. As both COX-1 and COX-2 may be involved in the synthesis of thromboxane and prostacyclin, depending on the cell type and stimulus, the significance of these findings for non-selective NSAIDs and COX-2 selective inhibitors is not clear. The observation that the phenotype of mice with targeted deletion of prostacyclin synthase is not similar to that of the IP knockout mouse is further evidence that the results of receptor knockout experiments may not be directly extrapolated to situations in which prostanoid synthesis is decreased [13].

Numerous animal studies have examined the effect of COX-2 gene deletion and selective inhibition on myocardial infarction (MI), in one study, and thrombosis (references from Lynch memo) [14; 15; 16; 17; 18]. Overall, these studies indicate no detrimental effects

MRK-AFV0499996

of COX-2 selective inhibitors compared with nonselective NSAIDs. An internal MRL preclinical study assessed the effect of selective COX-2 inhibition versus nonselective inhibition with aspirin and naproxen on arterial and venous thrombosis in an African green monkey model of carotid artery and jugular vein electrolytic injury. Five day oral dosing regimens were selected to achieve levels of inhibition of COX-1 and COX-2 similar to those achieved in clinical use with non-selective and selective COX-2 inhibitors, respectively. The COX-2 selective inhibitors used were rofecoxib and celecoxib while the nonselective NSAIDs were Naproxen and aspirin. This primate study demonstrated no effect of COX-2 inhibition with rofecoxib or celecoxib on either arterial or venous thrombosis. In contrast, naproxen significantly prolonged times to both arterial and venous thrombosis. Aspirin significantly prolonged time to arterial thrombosis, and tended, albeit non-significantly, to increase time to venous thrombosis. This study suggested that COX-2 inhibition demonstrated no effect on acute arterial or venous thrombosis, while naproxen was associated with significantly longer times to arterial and venous thrombosis.

Recent animal experiments have demonstrated that both COX-1 and COX-2 may play a role in late ischemic preconditioning, an experimental paradigm in which myocardium or brain is subjected to short periods of ischemia followed by complete occlusion of the artery. Pre-conditioning has been observed to reduce infarct size. Non-selective NSAIDs and selective COX-2 inhibitors abolish this pre-conditioning response [19; 20; 21]. Both COX-1 and COX-2 null mice, as well as wild-type mice treated with non-selective NSAIDs, lose the last ischemic pre-conditioning response, suggesting that both enzymes may be involved in this prostanoid-dependent mechanism of cardioprotection [22]. The significance of this finding for human disease states is unknown and untestable. However, both non-selective NSAIDs and COX-2 inhibitors produced similar effects in this model system so that effects unique to selective COX-2 inhibition are not anticipated.

The overall effects of COX-2 inhibition or deletion on cardiovascular risk are unclear at this time as the aggregate data do not provide a clear signal. Comprehensive literature reviews of animal models suggest that COX-2 inhibition is associated with a full range of outcomes, including positive benefit, no effect, and deleterious outcomes. The animal model effects of COX-2 inhibition should be extrapolated to effects in humans with extreme caution as there is no clear established relationship between these animal models and human disease.

M00d4396987

Rofecoxib                                                                                      164
FDA Advisory Committee Background Information

## References

1   Schönbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of
    cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999;155(4):1281-
    91.

2   Baker CSR, Hall RJC, Evans TJ, Pomerance A, Maclouf J, Creminon C, et al.
    Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and
    transplanted human coronary arteries and colocalizes with inducible nitric oxide
    synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc
    Biol 1999;19:646-55.

3   Pratico D, Tillmann C, Zhang Z-B, Li H, FitzGerald GA. Acceleration of
    atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein
    receptor knockout mice. PNAS 2001;98(6):3358-63.

4   Burleigh ME, Babaev VR, Oates JA, Harris RC, Gautam S, Riendeau D.
    Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-
    deficient mice. Circulation 2002;105:1816-23.

5   Rott D, Zhu J, Burnett MS, Zhou YF, Zalles-Ganley A, Ogunmakinwa J, et al. Effects
    of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis
    progression and susceptibility to cytomegalovirus replication in apolipoprotein-E
    knockout mice. J Am Coll Cardiol 2003;41(10):1812-9.

6   Krul ES, Napawan N, Butteiger DT, Hayes K, Krause L, Frierdich GE, et al.
    Atherosclerosis is reduced in cholesterol-fed ApoE(-/-) mice administered an ASBT
    inhibitor or a selective COX-2 inhibitor [Abstract]. Arterioscler Thromb Vasc Biol
    2002;(P409):1.

7   Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and
    platelet vessel wall interactions in the apolipoprotein E knockout mouse model of
    atherosclerosis. Circulation 2003;108:3017-23.

8   Olesen M, Kwong E, Meztli A, Kontny F, Seljeflot I, Arnesen H, et al. No effect of
    cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand
    Cardiovasc J 2002;36:362-7.

9   Bea F, Blessing E, Bennett BJ, Kuo CC, Campbell LA, Kreuzer J, et al. Chronic
    inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model
    of advanced unstable atherosclerosis. Cardiovasc Res 2003;60:198-204.

10  Van Hecken A, Schwartz JI, Depré M, De Lepeleire I, Dallob A, Tanaka W, et al.
    Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and
    naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol
    2000;40:1-12.

MRK-ABI0496988

11 Kobayashi T, Tahara Y, Matsumoto M, Iguchi M, Sano H, Murayama T, et al. Roles of thromboxane $A_2$ and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004;114(6):784-94.

12 Egan KM, Lawson JA, Fries S, Koller B, Rader DJ, Smyth EM, et al. COX-2 derived prostacyclin confers atheroprotection on female mice. Science 2004:1-4 plus supporting material.

13 Yokoyama C. Prostacyclin-deficient mice develop ischemic renal disorders, including neprhosclerosis and renal infarction. Circulation 2002;106:2397-403.

14 LaPointe MC, Mendez M, Leung A, Tao Z, Yang X-P. Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse. Am J Physiol Heart Circ Physiol 2004;286:H1416-H1424.

15 Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 myocardium in stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002;34:29-37.

16 Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000;273(2):772-5.

17 Saito T, Rodger IW, Shennib H, Hu F, Tayara L, Giaid A. Cyclooxygenase-2 (COX-2) in acute myocardial infarction: cellular expression and use of selective COX-2 inhibitor. Can J Physiol Pharmacol 2003;81:114-9.

18 Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001;104:820-5.

19 Shinmura K, Xian-Liang T, Wang Y, Xuan Y, Liu S, Takano H. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. PNAS 2000;97(18):10197-202.

20 Guo Y, Bao W, Wu W, Shinmura K, Tang X, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000;95:479-84.

21 Alcindor D, Krolikowski JG, Pagel PS, Warltier DC, Kersten JR. Cyclooxygenase-2 mediates ischemic, anesthetic and pharmacologic preconditioning in vivo. Anesthesiology 2004;100:547-54.

22 Camitta MGW, Gabel SA, Chulada P, Bradbury A, Langenbach R, Zeldin DC, et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001;104:2453-8.

MRK0496989

## APPENDIX 2

### Summary of Efficacy Findings from Rofecoxib Alzheimer's Disease Studies

#### 1.   Introduction

A total of 3 studies were initiated to investigate the efficacy of rofecoxib 25 mg for slowing the progression of symptoms in patients with Alzheimer's disease (AD). These include 2 Merck studies (Protocols 091 and 126) and the Alzheimer's Disease Cooperative Study (ADCS). Because proof of efficacy in AD typically requires improvement on cognition and another domain such as an overall clinical rating or activities of daily living, these studies assessed multiple endpoints. An additional Merck study (Protocol 078) investigated the efficacy of rofecoxib for delaying a diagnosis of AD in patients with Mild Cognitive Impairment (MCI). Patients with MCI are at increased risk for developing AD compared with the normal elderly subjects. The study employed similar assessments to those used in the AD trials. The main findings from each study are summarized below.

#### 2.   Protocol 091 [1]

#### 2.1   Design

Protocol 091 was a randomized, multicenter, double-blind, placebo-controlled, 12-month, intent-to-treat (ITT) study in patients at least 50 years of age with mild or moderate possible or probable AD. Patients were randomized to receive rofecoxib (N=346) or placebo (N=346). Efficacy measures included assessments of cognition (AD Assessment Scale – cognitive subscale [ADAS-Cog], Mini-Mental State Exam [MMSE]), clinical ratings (Clinical Dementia Rating [CDR], Clinician's Interview Based Impression of Change with caregiver input [CIBIC+]), and activities of daily living (ADCS Activities of Daily Living scale [ADCS-ADL]).

#### 2.2   Results

The efficacy findings at Month 12 are summarized in Figure 1. There were no statistically significant differences between treatments.

MRK-043996090

Rofecoxib                                                                    167
FDA Advisory Committee Background Information

Figure 1

Month 12 Mean (95% CI) Treatment Differences in Changes from Baseline in Protocol
091



← Favors Rofecoxib   Favors Placebo →

## 2.3   Conclusions

Rofecoxib had no effect on the progression of symptoms in AD patients in this study.

## 3.   Protocol 126

## 3.1   Design

This study had an identical design to Protocol 091.

## 3.2   Results

The study was terminated early when the results from Protocol 091, indicating no effect
of rofecoxib, became known. Due to the early termination, only 1% of the 758
randomized patients completed the planned 12 months of treatment, too few to allow an
analysis of the primary endpoint (ADAS-Cog score at Month 12). Analyses of efficacy
data at earlier time points of 3, 6, and 9 months were generally consistent with those from
Protocol 091 in showing no effect of rofecoxib on progression of AD. Out of 20
comparisons performed with no adjustment for multiplicity, there was 1 statistically
significant finding consisting of a treatment difference in favor of placebo on the ADAS-
Cog at 6 months of 1.08 points [95% CI: 0.11, 2.05], p=0.029. This small difference was
not replicated at the 3- or 9-month time points, or on other measures. No treatment
difference on the ADAS-Cog at 6 months was seen in Protocol 091 which had nearly
twice the sample size at this time point.

## 3.3   Conclusions

The results from Protocol 126 were generally consistent with those from Protocol 091 in
suggesting no effect of rofecoxib on progression of AD.

M0040969961

Rofecoxib                                                                                            168
FDA Advisory Committee Background Information

## 4. ADCS Trial [2]

### 4.1 Design

This was a randomized, multicenter, double-blind, placebo-controlled, 12-month, study in patients at least 50 years of age with mild or moderate probable AD. Patients were randomized to receive rofecoxib 25 mg (N=111), naproxen 220 mg (N=118), or placebo (N=122). Efficacy measures included assessments of cognition (ADAS-Cog), clinical ratings (CDR), activities of daily living (ADCS-ADL), quality of life (AD Quality of Life scale [QOL-AD]), and neuropsychiatric symptoms (Neuropsychiatric Inventory [NPI]).

### 4.2 Results

The efficacy findings at Month 12 for rofecoxib versus placebo are summarized in Figure 2. There were no statistically significant differences between treatments. There were also no significant differences between naproxen and placebo (data not shown). It should be noted that the statistical comparison for the primary endpoint of the ADAS-Cog at Month 12 was adjusted for multiplicity because there were 2 primary comparisons (rofecoxib versus placebo and naproxen versus placebo); the unadjusted p-value for the comparison of rofecoxib versus placebo was 0.044. The rofecoxib ADAS-Cog score at Month 12 appeared to be an outlier relative to other time points (Aisen, personal communication). Some secondary analyses favored rofecoxib (trend toward slower decline on the ADCS-ADL, and longer time to institutionalization).

Figure 2

Month 12 Mean (95% CI) Treatment Differences in Changes From Baseline in the ADCS Trial



Note: The 95% CIs shown in this illustrative plot are created from data presented in the manuscript [2], and are without statistical adjustments for either multiplicity or baseline factors.

### 4.3 Conclusions

The results from the ADCS trial were generally in line with those from Protocol 091, indicating no consistent effect of rofecoxib on progression of AD.

M004396992

## 5.   Protocol 078

The primary findings from this study were presented at the 42nd annual meeting of the American College of Neuropsychopharmacology, December 7-11, 2003 [3] and have been accepted for publication [4].

### 5.1   Design

Protocol 078 was a randomized, multicenter, placebo-controlled, double-blind, 4-year ITT study to investigate the efficacy of rofecoxib 25 mg for delaying a diagnosis of AD in patients at least 65 years of age with MCI. These patients were expected to progress to AD at a rate of 15% per year. Patients were randomized to receive rofecoxib (N=725) or placebo (N=732). The primary endpoint was the number of patients in each treatment group who were diagnosed with possible or probable AD according to NINCDS-ADRDA criteria [5]. Investigator diagnoses confirmed as possible or probable AD by a blinded independent endpoint adjudication committee (EAC) were included in the analysis. The endpoint adjudication process is described in more detail in section 5.3.2 below. Other assessments consisted of cognitive test measures (ADAS-Cog, MMSE, Selective Reminding Test [SRT; a word recall test]), clinical ratings (CDR), and activities of daily living (Blessed Dementia Scale – Activities of Daily Living [BDS-ADL]).

The study was one of the first prevention trials to be initiated in an MCI population. The intention was to run the study until 220 diagnoses of AD had been made, which it was anticipated would take 2 years based on an expected conversion rate of 15% per year. The study was extended to 4 years due to lower than expected conversion rates and high discontinuation rates, and then terminated early after 189 confirmed diagnoses of AD had been made. The study was terminated early because the steadily decreasing accrual of endpoints made it likely that continuation until completion would have yielded little further useful information.   Approximately 45% of the total number of randomized patients discontinued the study prematurely and 40% of the total number of randomized patients completed the study on-drug.

### 5.2   Results of Pre-specified Analyses

In the primary ITT analysis, the hazard ratio for conversion to possible or probable AD unexpectedly favored placebo (Figure 3). The difference was not further increased in an analysis restricted to the on-drug population (Figure 3). The estimated annual diagnosis rates were 6.4% in the rofecoxib group and 4.5% in the placebo group. The treatment difference was evident at the earliest evaluation (4 months) and was proportional over time. No differences between treatments were observed on other commonly measured endpoints in AD trials including assessments of cognition, clinical ratings, and activities of daily living (Figure 4).

M004989993

Rofecoxib                                                                        170
FDA Advisory Committee Background Information

Figure 3

Rofecoxib:Placebo Hazard Ratios (95% CI) for Diagnosis of AD



Figure 4

Comparison Between Rofecoxib and Placebo In Terms of Annual Slopes
(95% CI) for Secondary Measures



MDL0436994

### 5.3     Results of Post-hoc Analyses

In order to further explore the unexpected findings on the primary endpoint suggesting that rofecoxib might accelerate a diagnosis of AD, a number of post hoc analyses were conducted. The analyses addressed the following questions: 1) Was there any evidence for biases that may have influenced the results? 2) Was the treatment difference maintained in patients with the most certain AD diagnosis? 3) Was there any evidence that rofecoxib might have contributed to an AD diagnosis through cardiovascular effects? 4) Was there any evidence that rofecoxib might have been associated with non-specific cognitive effects that could have been misinterpreted as conversion to AD? 5) Could the findings be replicated in an independent dataset?

### 5.3.1     Potential Biases

#### 5.3.1.1     Imbalances Between Groups

The observation that the separation between treatment groups in rates of AD diagnosis was apparent from 4 months (the earliest time point assessed) but did not increase over time, raised the possibility that there may have been an imbalance between the groups at baseline or which arose during the study. There was no evidence of a major imbalance for measured variables, including severity of impairment. To more fully investigate the possible contribution of baseline and post-randomization variables, an analysis was performed adjusting for factors which showed an effect, at a significance level of $p<0.10$, on progression to AD. Those factors correlated with greater likelihood of progression to AD were lower baseline MMSE score stratum (24-26), female gender, age >75, and prior ginkgo use. Factors associated with a decreased risk of progressing to AD were longer duration of concomitant NSAID use, and concomitant use of statins. In the analysis which adjusted for these factors, the statistical significance of the hazard ratio was reduced (1.31 [95% CI: 0.98, 1.75], $p = 0.065$). (Presence of the apolipoprotein ε4 allele was also a risk factor but was not included in the model because information was missing for a substantial proportion of patients.) This suggests that the treatment difference may have been partly due to imbalances between the groups.

#### 5.3.1.2     Differential Discontinuations

As noted above, only 40% of the total number of randomized patients completed the study on-drug. The high drop-out rate complicates interpretation of the results and raises the potential that differential discontinuations may have influenced the results. No major imbalance was noted with regard to reasons for discontinuation, although the categories used to classify the reasons may have been too broad to be informative. For example "withdrew consent" was the largest single categorization, accounting for over half the discontinuations in each treatment group. The relatively large proportion who withdrew consent may have been partly due to the fact that patients were asked to sign a new consent form after 2 years (the original planned study duration) and were unwilling to extend their initial commitment. An analysis was performed to determine if the baseline characteristics of patients who discontinued differed by treatment group. The analysis included baseline efficacy measures, demographics, vital signs, laboratory measures, and

M004396995

prior medications. Of those who discontinued, placebo patients had higher baseline ADAS-Cog scores, indicative of greater cognitive impairment and presumably greater risk of progression to AD, than patients randomized to rofecoxib (p=0.034 in a logistic regression model). In the subgroup of discontinued patients who had at least 1 on-treatment evaluation (about a third of discontinuers had no on-treatment evaluation), the change from baseline to last evaluation time point scores on the ADAS-Cog, MMSE, and CDR-sum of boxes were similar between the treatment groups (data not shown).

### 5.3.2    Effect of Type of AD Diagnosis

Cases of dementia (any cause) diagnosed by the investigator were adjudicated by a blinded EAC consisting of 3 experts who were sent copies of the patient's case report forms and medical records. Each expert reviewed the case independently and indicated whether the event was a confirmed event of AD (yes/no; if yes, whether possible AD or probable AD), non-AD dementia (yes/no), or non-dementia. The primary analysis included those events in which $\geq 2$ of the adjudicators confirmed the diagnosis of AD as possible or probable according to NINCDS-ADRDA criteria [5]. Out of a total of 195 investigator-reported cases of dementia (190 possible or probable AD and 5 non-AD dementia), 189 were adjudicated as confirmed AD (the endpoint for the primary analysis). Of the 189 confirmed AD cases, 154 were adjudicated as probable AD ($\geq 2$ adjudicators classified as probable AD), 25 were adjudicated as possible AD ($\geq 2$ adjudicators classified as possible AD), and in the remaining 10 there was a split judgment (1 adjudicator classified as probable AD, 1 adjudicator classified as possible AD, and 1 adjudicator classified as either non-AD dementia or non-dementia). Of these adjudicated diagnoses, probable AD represents the most certain diagnostic category; the FDA had requested an analysis restricted to patients with probable AD in the Protocol 091 treatment trial of patients with possible or probable AD. Analyses of the Protocol 078 data were therefore performed to see if the treatment difference was maintained or enhanced in those patients with the most certain diagnosis.

In the analysis of the 154 patients with adjudicated probable AD, the rofecoxib:placebo hazard ratio was reduced in the primary ITT model (1.20 [95% CI: 0.88, 1.65], p=0.256). In the analysis of the remaining 35 patients (those with either adjudicated possible AD or a split judgment), the hazard ratio was increased in the primary ITT model (3.84 [95% CI: 1.74, 8.45], p=0.001). One key distinction between probable AD and possible AD is presence of a confounding factor in the case of a possible AD diagnosis [5]. An attempt was made to determine the reasons for the latter 35 events being adjudicated as non-probable AD, based on the adjudicator's written comments. Since multiple reasons were often given within and between adjudicators for their diagnosis, the approach taken was that a neurologist reviewed the comments and made an overall judgment as to what appeared to be the primary confounding reason for the less certain AD diagnosis. Based on this approach, the primary reasons were: non-AD dementia (e.g., Lewy body dementia) - 9 cases; little evidence of disease progression - 8 cases; depression - 7 cases; cardiovascular disease - 7 cases; other (e.g. delirium) - 4 cases. In order to more objectively assess the possibility that cardiovascular factors might have been a major determinant of the non-probable diagnoses, the number of events in which $\geq 2$ adjudicators made any mention of cardiovascular factors in their comments was

MRK-AFV0439996

determined. This included any mention of stroke or infarct on the CT/MRI brain scan performed at the time of diagnosis, but excluded mention of non-specific generalized white matter abnormalities. This approach may have been over-inclusive by counting non-clinically-relevant lesions and static pre-existing lesions (it should be noted than brain scans were not performed at baseline). To ensure an all-inclusive analysis, the analyzed dataset also included 2 cases adjudicated to be non-AD dementia, and 2 cases with a split AD/non-AD dementia/non-dementia EAC judgment, in addition to the above 35 patients. Using this approach, the comments for 12 of the 39 non-probable-AD diagnoses included any mention of cardiovascular factors by ≥2 adjudicators. In both evaluations, therefore, cardiovascular factors did not appear to be the primary determinant of the majority of non-probable-AD diagnoses.

In summary, the results from this exploratory analysis indicated that the finding on the primary endpoint was not confirmed in the 154 patients who had the most certain AD diagnosis. The treatment difference appeared to be increased in the remaining 35 patients with a less certain AD diagnosis, but the interpretation of this finding is unclear.

### 5.3.3    Cardiovascular Effects and AD Diagnosis

#### 5.3.3.1    Relation of AD Diagnosis to Blood Pressure Changes

Rofecoxib and other NSAIDs can cause small mean increases in blood pressure, and there is some evidence in the literature to suggest that increased blood pressure might be associated with an increased risk of dementia. We therefore performed three post hoc analyses to evaluate whether the rofecoxib:placebo risk ratio for diagnosis of AD increased as a function of increased blood pressure change. In the first analysis, change from baseline in mean arterial blood pressure at month 4 was calculated for each patient. The rofecoxib:placebo odds ratios for diagnosis of AD were then calculated for 3 categories of patients: those with no change or a decrease (odds ratio = 1.43), those with an increase ≤5 mm Hg (odds ratio = 1.18), and those with an increase >5 mm Hg (odds ratio = 1.47). The test of homogeneity of the odds ratios across categories indicated no statistically significant differences (p=0.895). The second analysis looked at a predefined limit of change in systolic blood pressure, which was prespecified as a postrandomization value that was ≥180 mm Hg and showed a ≥20 mm Hg increase from baseline. The rofecoxib:placebo hazard ratios for diagnosis of AD were similar in those patients who did not meet the predefined limit of change criteria at any time point during the study (hazard ratio = 1.42 [95% CI: 1.06, 1.92]), compared with those who did meet the criteria (hazard ratio = 1.53 [95% CI: 0.49, 4.81]). In the third analysis, mean arterial blood pressure at all time points in the study was included as a time-varying covariate in the primary model. Mean arterial blood pressure had no effect on conversion to AD in the overall population (hazard ratio = 0.99, [95% CI: 0.98, 1.01], p=0.398) and did not modify the treatment hazard ratio (1.47) compared to the estimate found in the primary analysis (1.46).

#### 5.3.3.2    Relation of AD Diagnosis to Cardiovascular Risk Factor Status

An analysis was performed to examine whether patients at higher cardiovascular risk were more likely to receive an AD diagnosis, and whether cardiovascular risk status modified the treatment hazard ratio. The definition of higher cardiovascular risk was the

M004906997

same as that used throughout the rofecoxib program. The higher risk subgroup was defined as those with either $\geq 2$ major risk factors for coronary artery disease (current smoker, history of hypertension, history of diabetes, history of hypercholesterolemia) or with a prior history of a cardiovascular thrombotic event. When cardiovascular risk category (higher or lower risk) was included as a covariate in the primary model, it had no statistically significant effect on conversion to AD in the overall population (hazard ratio = 1.13, [95% CI: 0.81, 1.56], p=0.458) and did not modify the treatment hazard ratio (1.46) compared to the estimate found in the primary analysis (1.46).

### 5.3.4   Non-specific Cognitive Effects and AD Diagnosis

NSAIDs have been reported to have central nervous system (CNS) side effects such as decreased mental acuity and somnolence. These have a low reported incidence but it is conceivable that they might have a disproportionate effect in elderly individuals who are already cognitively compromised, potentially leading to a misdiagnosis of dementia. In order to assess this possibility, the percentages of patients with CNS adverse events were examined. There did not appear to be a clear increase in the percentages of patients with these types of events: % with $\geq 1$ CNS adverse experience = 36.5% for rofecoxib and 38.0% for placebo; % with $\geq 1$ psychiatric adverse event = 21.7% for rofecoxib and 19.4% for placebo; % with somnolence = 2.4% for rofecoxib and 1.6% for placebo; % with confusional state = 2.1% for rofecoxib and 1.4% for placebo. Since it might be difficult to detect a signal of CNS-type adverse experiences in patients who are already cognitively compromised, the assessment was repeated using pooled data for patients aged $\geq 65$ years from non-AD rofecoxib trials (these were typically of much shorter duration than the AD trials). The analysis included 2165 patients on rofecoxib and 967 patients on placebo. As in Protocol 078, there did not appear to be a clear increase in the percentages of patients with CNS adverse events in this pooled dataset: % with at $\geq 1$ CNS adverse experience = 12.3% for rofecoxib and 12.2% for placebo; % with $\geq 1$ psychiatric adverse event = 1.8% for rofecoxib and 1.3% for placebo; % with somnolence = 0.6% for rofecoxib and 0.1% for placebo; % with memory impairment = 0.1% for rofecoxib and 0% for placebo; % with decreased mental acuity = 0.2% for rofecoxib and 0.1% for placebo.

Another approach to investigate this possibility involved examination of cognitive test scores over time in Protocol 078 to see if there was any evidence for an early treatment difference which might be indicative of an acute non-specific cognitive effect of rofecoxib. There was no evidence for an early treatment difference on the MMSE or SRT, those tests which were administered every 4 months (data not shown). As a final approach, cognitive test scores in patients from Protocol 091 who received rofecoxib for 12 months and were then switched to placebo (in a blinded fashion) for an additional 3 months were examined to see if there was any evidence of a "rebound" effect following rofecoxib discontinuation. There was no evidence that cognitive test scores improved on discontinuation of rofecoxib (data not shown).

In summary, the above analyses provided no definitive evidence that non-specific cognitive effects might have contributed to the AD diagnosis, but are insufficient to exclude the possibility.

MRK-AFV0396998

### 5.3.5   Replication in an Independent Dataset

Ideally, one would like to compare the results from Protocol 078 with results from a
similar study to see if the findings were replicated. In this case, there was no other study
of rofecoxib in MCI. However, there were subgroups of patients in Protocols 078 and
091 who had overlapping MMSE scores of 24-26 (approximately a third of patients in
each study), indicating broadly similar levels of cognitive function despite the difference
in diagnosis. Comparison of these overlapping subgroups was used as the closest
approximation available to an independent replication. There was no evidence to suggest
differences between treatments on assessments of cognition (ADAS-Cog) in the MMSE
24-26 subgroup in either study (data not shown). In the subgroup analysis from Protocol
078, there was a nominally significant difference between treatments for the CDR-sum of
boxes score in favor of placebo (annual slope difference = -0.18 [95% CI: -0.35, -0.01],
p=0.039). This finding was not surprising given that the global score on the CDR was the
trigger for diagnosing AD. There was no difference between rofecoxib and placebo on
the CDR sum-of-boxes score in the subgroup analysis from Protocol 091 (annual slope
difference = -0.05 [95% CI: -0.56, 0.45], p=0.837). Thus, there was no evidence of a
detrimental effect of rofecoxib in the most directly comparable group of patients
available.

### 5.4   Conclusions

Interpretation of results on the primary endpoint in Protocol 078 is difficult for a number
of reasons. Firstly, the results were internally inconsistent; the primary endpoint
suggested that rofecoxib might accelerate the rate of conversion from MCI to AD, but
rofecoxib did not differ from placebo on secondary endpoints including assessments of
cognition, global function, and activities of daily living. Secondly, the results need to be
interpreted against the backdrop of high discontinuation rates and lower than expected
AD diagnosis rates. There was some evidence that differential discontinuations, as well
as imbalances between treatment groups, may have influenced the results.

A number of observations argue against rofecoxib having an effect on the underlying
pathophysiology of AD. These include the early onset of the treatment difference and
constant hazard rates over time, the reduction in the size of the treatment hazard ratio in
patients with the most certain AD diagnosis, and the absence of any treatment effect in
the subgroup of patients with overlapping MMSE scores in Protocol 091 (the most
directly comparable group of patients available).   Alternative hypotheses are that
rofecoxib might have indirectly led to an AD diagnosis through cardiovascular effects, or
that non-specific cognitive effects of rofecoxib might have resulted in an AD (mis)
diagnosis. There was no support for the former hypothesis in a relatively extensive set of
exploratory analyses. The more limited exploratory analyses designed to investigate the
latter hypothesis provided no definitive evidence that non-specific cognitive effects might
have contributed to the AD diagnosis, but are insufficient to exclude the possibility.

In summary, it is difficult to draw any definitive conclusions from Protocol 078. The
possibility that rofecoxib could accelerate a diagnosis of AD in MCI patients cannot be
totally discounted. For the reasons noted above, it seems unlikely that any treatment
difference reflects an effect of rofecoxib on the underlying pathophysiology of AD.

MRK0396999

Rofecoxib                                                                         176
FDA Advisory Committee Background Information

## References

1   Reines SA, Block GA, Morris JC, Liu G, Nessly ML, Lines CR, et al. Rofecoxib: no
    effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study.
    Neurology 2004;62:66-71.

2   Aisen PS, Schafer KA, Grundman M, Pfeiffer E, Sano M, Davis KL, et al. Effects of
    rofecoxib or naproxen vs placebo on alzheimer disease progression: a randomized
    controlled trial. JAMA 2003;289(21):2819-26.

3   Visser H, Thal L, Ferris S, Kirby L, Yuen E, Assaid C, et al. A randomized, double-
    blind, placebo-controlled study of rofecoxib in patients with mild cognitive
    impairment [abstract].     42nd Annual Meeting of the American College of
    Neuropsychopharmacology; 2003 Dec 7-11. San Juan, Puerto Rico, 2003.

4   Thal LJ, Ferris SH, Kirby L, Block GA, Lines CR, Yuen E, et al. A randomized,
    double-blind, study of rofecoxib in patients with mild cognitive impairment.
    Neuropsychopharmacology 2005, in press.

5   McKhann G, Drachman D, Folstein M, Katzman R, Price D, Stadlan EM. Clinical
    diagnosis of Alzheimer's disease: report of the NINCDS-ADRDA Work Group under
    the auspices of Department of Health and Human Services Task Force on Alzheimer's
    disease. Neurology 1984;34:939-44.

M00439 7000