
Restricted
Confidential
limited access

Table B13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 21/1538 | 1.37 (0.85, 2.09) | 12/1406 | 0.85 (0.44, 1.49) | 0.51 (-0.25, 1.27) | 1.64 (0.81, 3.35) | 0.1718 |
| **Cardiac Events** | 14/1543 | 0.91 (0.50, 1.52) | 11/1406 | 0.78 (0.39, 1.40) | 0.13 (-0.54, 0.79) | 1.19 (0.54, 2.63) | 0.6654 |
| Fatal/Non-Fatal Acute myocardial infarction | 10/1540 | 0.65 (0.31, 1.19) | 6/1399 | 0.43 (0.16, 0.93) | 0.22 (-0.31, 0.75) | 1.67 (0.61, 4.59) | 0.3232 |
| **Cerebrovascular Events** | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 7/1542 | 0.45 (0.18, 0.94) | 0/1401 | 0.00 (0.00, 0.26) | 0.45 (0.12, 0.79) | - (1.31, ∞) | 0.0217 |
| **Hemorrhagic Events** | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1547 | 0.00 (0.00, 0.24) | 1/1400 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.30) | 0.9501 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table B14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/514 | 1.36 (0.55, 2.80) | 1093 | 5/528 | 0.95 (0.31, 2.21) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 500 | 0/128 | 0.00 (0.00, 2.87) | 492 | 0/97 | 0.00 (0.00, 3.79) | - |
| > 18 Months | 228 | 3/358 | 0.84 (0.17, 2.45) | 166 | 4/233 | 1.71 (0.47, 4.39) | 0.49 (0.07, 2.89) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225820



Updated 5/26/2006

Restricted
Confidential
limited access

Figure B7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
0
6
12
18
24
30
Months of Follow-Up
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1080 | 1063 | 500 | 228 | 200 | 167 |
| Placebo | 1097 | 1093 | 492 | 166 | 140 | 115 |

40

IM007225821



Updated 5/26/2006

Restricted Confidential limited access

Figure B8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

0.010
0.008
0.006
0.004
0.002
0.000
Hazard Function
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.256; Treatment*Time p-Value=0.069
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

41

MRK-IMO07225822



Updated 5/26/2006 
Restricted
Confidential
limited access

Table B15
Analysis of Death
All Patients (ITT Population) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[‡] (95% CI) | p-Value |
| Death | 30/4905 | 0.61 (0.41, 0.87) | 25/4994 | 0.50 (0.32, 0.74) | 0.11 (-0.18, 0.40) | 1.22 (0.72, 2.08) | 0.457 |

[†] Patient-years at risk.

[‡] Patients with death Per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225823

 Updated 5/26/2006 
Restricted
Confidential
limited access

Table B16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 3/574 | 0.52 (0.11, 1.53) | 1143 | 2/590 | 0.34 (0.04, 1.22) | 1.54 (0.18, 18.47) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 17/3005 | 0.57 (0.33, 0.91) | 1271 | 16/3064 | 0.52 (0.30, 0.85) | 1.09 (0.55, 2.15) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I00722582



Updated 5/26/2006 Restricted Confidential Limited access

Figure B9
ITT Population
Deaths
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
0 6 12 18 24 30 36 42 48
Months
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 |

IM007225825



Restricted
R
Confidential
limited access

Updated 5/26/2006

Figure B10
ITT Population
Deaths
Week 210 Censoring
Hazard Rate

Hazard Function
0.010
0.008
0.006
0.004
0.002
0.000
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.498

Death

All Patients (ITT Population) and censored at Week 210

45

IM007225826

Restricted
Confidential
limited access

Table B18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 24/1818 | 1.32 (0.85, 1.96) | 19/1648 | 1.15 (0.69, 1.80) | 0.17 (-0.57, 0.91) | 1.17 (0.64, 2.14) | 0.613 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table B19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/575 | 1.39 (0.60, 2.74) | 1202 | 3/582 | 0.52 (0.11, 1.51) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 604 | 1/175 | 0.57 (0.01, 3.19) | 581 | 1/135 | 0.74 (0.02, 4.13) | 0.77 (0.01, 60.67) |
| > 18 Months | 316 | 5/467 | 1.07 (0.35, 2.50) | 238 | 4/326 | 1.23 (0.33, 3.15) | 0.87 (0.19, 4.40) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 Restricted Confidential Limited access

Figure B11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
0
6
12
18
24
30
36
Months of Follow-Up
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 604 | 316 | 274 | 226 | 154 |
| Placebo | 1230 | 1202 | 581 | 238 | 201 | 160 | 102 |

MRK-IM007225828

Restricted
Confidential
limited access

Updated 5/26/2006

Figure B12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

0.010
0.008
0.006
0.004
0.002
0.000
Hazard Function
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.683; Treatment*Time p-Value=0.591
Death During Follow-up (> 14 days from last dose of base study therapy) and censored at Week 210

48

IM007225829


Updated 5/26/2006

Restricted
Confidential
limited access

Table C1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| **Total number of patients with events** | 76 (5.91) | 1.50 (1.18, 1.87) | 46 (3.54) | 0.88 (0.64, 1.17) |
| **Cardiac Events** | 49 (3.81) | 0.96 (0.71, 1.26) | 32 (2.46) | 0.61 (0.42, 0.86) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.31) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.12 (0.04, 0.25) | 8 (0.62) | 0.15 (0.07, 0.30) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.14) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 4 (0.31) | 0.08 (0.02, 0.19) |
| **Cerebrovascular Events** | 24 (1.86) | 0.47 (0.30, 0.69) | 7 (0.54) | 0.13 (0.05, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.14) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incident(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.



Updated 5/26/2006 
Restricted
Confidential
limited access

Table C2

Analysis of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 76/5081 | 1.50 (1.18, 1.87) | 46/5236 | 0.88 (0.64, 1.17) | 0.62 (0.20, 1.04) | 1.70 (1.18, 2.46) | 0.0044 |
| **Cardiac Events** | 49/5125 | 0.96 (0.71, 1.26) | 32/5270 | 0.61 (0.42, 0.86) | 0.35 (0.01, 0.69) | 1.57 (1.01, 2.46) | 0.0461 |
| Fatal/Non-Fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.43) | 0.0232 |
| **Peripheral Vascular Events** | 6/5172 | 0.12 (0.04, 0.25) | 8/5283 | 0.15 (0.07, 0.30) | -0.04 (-0.18, 0.10) | 0.77 (0.27, 2.21) | 0.6228 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5178 | 0.06 (0.01, 0.17) | 2/5293 | 0.04 (0.00, 0.14) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.36) | 0.9795 |
| **Cerebrovascular Events** | 24/5145 | 0.47 (0.30, 0.69) | 7/5284 | 0.13 (0.05, 0.27) | 0.33 (0.12, 0.54) | 3.52 (1.52, 8.18) | 0.0034 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

IM007225831

Updated 5/26/2006 

Table C3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 15/1060 | 1.42 (0.79, 2.33) | 1071 | 12/1093 | 1.10 (0.57, 1.92) | 1.29 (0.60, 2.76) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 50/3267 | 1.53 (1.14, 2.02) | 1189 | 25/3380 | 0.74 (0.48, 1.09) | 2.07 (1.28, 3.34) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I0072225832

Restricted
Confidential
limited access

Updated 5/26/2006

Figure C1
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI
9
8
7
6
5
4
3
2
1
0
0 6 12 18 24 30 36 42 48 54 60
Months
Rofecoxib 25 mg
Placebo
Patients at Risk
Rofecoxib 25 mg 1287 1221 1187 1152 1131 1117 1092 1032 985 515 141
Placebo 1300 1247 1224 1189 1173 1157 1133 1071 1023 518 142

MRK-I MO07225833

Updated 5/26/2006 
Restricted
Confidential
limited access

Figure C2
ITT Population
Confirmed Thrombotic Cardiovascular Events
October 31, 2005 Censoring
Hazard Rate

Hazard Function
0.010
0.008
0.006
0.004
0.002
0.000
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.383; Treatment*Time p-Value=0.506
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

53

IM007225834


Updated 5/26/2006 
Restricted Confidential limited access

Table C5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 33 (3.05) | 1.59 (1.10, 2.24) | 20 (1.82) | 1.03 (0.63, 1.58) |
| **Cardiac Events** | 20 (1.85) | 0.96 (0.59, 1.48) | 20 (1.82) | 1.03 (0.63, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.27) | 5 (0.46) | 0.26 (0.08, 0.60) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.27) | 0 (0.00) | 0.00 (0.00, 0.19) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |
| **Cerebrovascular Events** | 10 (0.93) | 0.48 (0.23, 0.88) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.42) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-I MO07225835

Updated 5/26/2006 
Restricted
Confidential

Table C6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡(95% CI) | Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| **Total number of patients with events** | 33/2073 | 1.59 (1.10, 2.24) | 20/1950 | 1.03 (0.63, 1.58) | 0.57 (-0.14, 1.27) | 1.56 (0.89, 2.73) | 0.1170 |
| **Cardiac Events** | 20/2086 | 0.96 (0.59, 1.48) | 20/1950 | 1.03 (0.63, 1.58) | -0.07 (-0.68, 0.55) | 0.96 (0.52, 1.79) | 0.8988 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| **Peripheral Vascular Events** | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2091 | 0.14 (0.03, 0.42) | 0/1955 | 0.00 (0.00, 0.19) | 0.14 (-0.02, 0.31) | - (0.39, ∞) | 0.2761 |
| **Cerebrovascular Events** | 10/2086 | 0.48 (0.23, 0.88) | 0/1955 | 0.00 (0.00, 0.19) | 0.48 (0.18, 0.78) | - (2.10, ∞) | 0.0027 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |

† Patient-years at risk.
‡ Patients wiht events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1005 | 3/395 | 0.76 (0.16, 2.22) | 1031 | 2/394 | 0.51 (0.06, 1.83) | 1.50 (0.17, 17.93) |
| > 18 Months | 604 | 7/614 | 1.14 (0.46, 2.35) | 585 | 6/469 | 1.28 (0.47, 2.78) | 0.87 (0.29, 2.59) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.

MRK-IM007225836

Restricted Confidential limited access

[i] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225837

Updated 5/26/2006 Restricted Confidential Limited access

Figure C3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot




| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 1005 | 604 | 319 | 212 | 170 |
| Placebo | 1097 | 1091 | 1031 | 585 | 275 | 142 | 111 |



IM007225838





Updated 5/26/2006

Figure C4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.607; Treatment*Time p-Value=0.397

Confirmed TCVSAE Endpoint

During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006 Restricted Confidential limited access

Table C8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 59 (4.58) | 1.15 (0.88, 1.49) | 34 (2.62) | 0.65 (0.45, 0.90) |
| **Cardiac Events** | 42 (3.26) | 0.82 (0.59, 1.10) | 25 (1.92) | 0.47 (0.31, 0.70) |
| Fatal/Non-Fatal Acute myocardial infarction | 34 (2.64) | 0.66 (0.46, 0.92) | 18 (1.38) | 0.34 (0.20, 0.54) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.20) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.33) | 7 (0.54) | 0.13 (0.05, 0.27) |
| **Cerebrovascular Events** | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.35 (0.21, 0.55) | 6 (0.46) | 0.11 (0.04, 0.25) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Hemorrhagic Events** | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.17) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.11) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-IM007225840

Updated 5/26/2006 

Table C9

Analysis of Confirmed APTC Endpoint by Class of Terms

All Patients (ITT Population) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 59/5111 | 1.15 (0.88, 1.49) | 34/5267 | 0.65 (0.45, 0.90) | 0.51 (0.14, 0.87) | 1.79 (1.17, 2.73) | 0.0069 |
| **Cardiac Events** | 42/5140 | 0.82 (0.59, 1.10) | 25/5282 | 0.47 (0.31, 0.70) | 0.34 (0.03, 0.65) | 1.73 (1.05, 2.83) | 0.0307 |
| Fatal/Non-Fatal Acute myocardial infarction | 34/5138 | 0.66 (0.46, 0.92) | 18/5274 | 0.34 (0.20, 0.54) | 0.32 (0.05, 0.59) | 1.94 (1.09, 3.43) | 0.0232 |
| **Cerebrovascular Events** | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5156 | 0.35 (0.21, 0.55) | 6/5288 | 0.11 (0.04, 0.25) | 0.24 (0.05, 0.42) | 3.08 (1.22, 7.76) | 0.0170 |
| **Hemorrhagic Events** | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5178 | 0.02 (0.00, 0.11) | 3/5298 | 0.06 (0.01, 0.17) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.25) | 0.6422 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.



Updated 5/26/2006 
Restricted
Confidential
Limited access

Table C10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 12/1072 | 1.12 (0.58, 1.96) | 1079 | 10/1105 | 0.90 (0.43, 1.66) | 1.24 (0.53, 2.87) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 41/3296 | 1.24 (0.89, 1.69) | 1196 | 22/3407 | 0.65 (0.40, 0.98) | 1.93 (1.15, 3.24) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-00722584

Updated 5/26/2006

Restricted
Confidential
limited access

Figure C5
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
7
8
0
6
12
18
24
30
36
42
48
54
60
Months
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 998 | 521 | 144 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1032 | 525 | 144 |

MRK-I00722843



Updated 5/26/2006 

Restricted Confidential limited access

Figure C6
ITT Population
Confirmed APTC Events
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.803; Treatment*Time p-Value=0.923
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at 31-Oct-2005

MRK-IM007225844

Updated 5/26/2006  Restricted Confidential Limited access

Table C12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 26 (2.41) | 1.25 (0.82, 1.83) | 16 (1.46) | 0.82 (0.47, 1.33) |
| **Cardiac Events** | 18 (1.67) | 0.86 (0.51, 1.36) | 15 (1.37) | 0.77 (0.43, 1.26) |
| Fatal/Non-Fatal Acute myocardial infarction | 13 (1.21) | 0.62 (0.33, 1.07) | 9 (0.82) | 0.46 (0.21, 0.88) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.10 (0.01, 0.34) | 2 (0.18) | 0.10 (0.01, 0.37) |
| Sudden cardiac death | 6 (0.56) | 0.29 (0.10, 0.62) | 6 (0.55) | 0.31 (0.11, 0.67) |
| **Cerebrovascular Events** | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.38 (0.17, 0.76) | 0 (0.00) | 0.00 (0.00, 0.19) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.10 (0.01, 0.34) | 0 (0.00) | 0.00 (0.00, 0.19) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 1 (0.09) | 0.05 (0.00, 0.29) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.18) | 0 (0.00) | 0.00 (0.00, 0.19) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-IM00722584

Restricted
Confidential
limited access

Table C13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 26/2078 | 1.25 (0.82, 1.83) | 16/1957 | 0.82 (0.47, 1.33) | 0.43 (-0.19, 1.06) | 1.53 (0.82, 2.85) | 0.1847 |
| **Cardiac Events** | 18/2086 | 0.86 (0.51, 1.36) | 15/1958 | 0.77 (0.43, 1.26) | 0.10 (-0.46, 0.65) | 1.14 (0.58, 2.27) | 0.7022 |
| Fatal/Non-Fatal Acute myocardial infarction | 13/2083 | 0.62 (0.33, 1.07) | 9/1950 | 0.46 (0.21, 0.88) | 0.16 (-0.29, 0.62) | 1.42 (0.61, 3.33) | 0.4163 |
| **Cerebrovascular Events** | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2088 | 0.38 (0.17, 0.76) | 0/1955 | 0.00 (0.00, 0.19) | 0.38 (0.12, 0.65) | - (1.60, ∞) | 0.0101 |
| **Hemorrhagic Events** | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2095 | 0.00 (0.00, 0.18) | 1/1954 | 0.05 (0.00, 0.29) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.37) | 0.9651 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table C14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1009 | 2/396 | 0.50 (0.06, 1.82) | 1034 | 2/396 | 0.51 (0.06, 1.83) | 1.00 (0.07, 13.77) |
| > 18 Months | 606 | 6/617 | 0.97 (0.36, 2.12) | 588 | 6/472 | 1.27 (0.47, 2.77) | 0.75 (0.24, 2.35) |

[†] Patient-years at risk.

MRK-IM00722846

Restricted Confidential limited access

‡ Patients with events Per 100 Patient-Years.

† Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225847

Updated 5/26/2006 Restricted Confidential Limited access

Figure C7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
6
5
4
3
2
1
0
0
6
12
18
24
30
36
Months of Follow-Up
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1080 | 1063 | 1009 | 606 | 320 | 213 | 170 |
| Placebo | 1097 | 1093 | 1034 | 588 | 276 | 143 | 112 |

MRK-I0072258848



Updated 5/26/2006

Figure C8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.305; Treatment*Time p-Value=0.206
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005



Restricted
Confidential
limited access

Table C15
Analysis of Death
All Patients (ITT Population) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 36/5460 | 0.66 (0.46, 0.91) | 28/5557 | 0.50 (0.33, 0.73) | 0.16 (-0.13, 0.44) | 1.31 (0.80, 2.15) | 0.284 |

[†] Patient-years at risk.

[‡] Patients with death Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Updated 5/26/2006 
Restricted
Confidential
limited access

Table C16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1129 | 0.80 (0.36, 1.51) | 1143 | 5/1153 | 0.43 (0.14, 1.01) | 1.84 (0.61, 5.48) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3560 | 0.65 (0.41, 0.97) | 1271 | 19/3628 | 0.52 (0.32, 0.82) | 1.23 (0.67, 2.27) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225851



Updated 5/26/2006

Restricted
Confidential
limited access

Figure C9
ITT Population
Deaths
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
0
6
12
18
24
30
36
42
48
54
60
Months
Rofecoxib 25 mg
Placebo

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1051 | 540 | 152 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1080 | 542 | 149 |

71

MRK-I0007225852





Updated 5/26/2006

Figure C10
ITT Population
Deaths
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.622; Treatment*Time p-Value=0.879
Death
All Patients (ITT Population) and censored at 31-Oct-2005

MRK-IM007225853

Restricted Confidential limited access

Table C18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2373 | 1.26 (0.85, 1.80) | 22/2212 | 0.99 (0.62, 1.51) | 0.27 (-0.34, 0.88) | 1.30 (0.75, 2.26) | 0.351 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table C19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1126 | 5/447 | 1.12 (0.36, 2.61) | 1131 | 2/438 | 0.46 (0.06, 1.65) | 2.45 (0.40, 25.68) |
| > 18 Months | 699 | 7/735 | 0.95 (0.38, 1.96) | 668 | 6/572 | 1.05 (0.38, 2.28) | 0.96 (0.32, 2.85) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I0072585

Updated 5/26/2006 
Restricted
Confidential
limited access

Figure C11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI
6
5
4
3
2
1
0
0
6
12
18
24
30
36
Months of Follow-Up
Rofecoxib 25 mg
Placebo
Patients at Risk
Rofecoxib 25 mg 1228 1191 1126 699 398 274 199
Placebo 1230 1202 1131 668 341 189 145

74

IM007225855





Updated 5/26/2006

Figure C12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
October 31, 2005 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.926; Treatment*Time p-Value=0.818

Death During Follow-up (> 14 days from last dose of base study therapy) and censored at 31-Oct-2005

Updated 5/26/2006 Restricted Confidential limited access

Table D1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| **Total number of patients with events** | 77 (5.98) | 1.49 (1.18, 1.86) | 50 (3.85) | 0.94 (0.70, 1.24) |
| **Cardiac Events** | 50 (3.89) | 0.96 (0.71, 1.26) | 33 (2.54) | 0.62 (0.42, 0.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Unstable angina pectoris | 8 (0.62) | 0.15 (0.07, 0.30) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cardiac Thrombus | 1 (0.08) | 0.02 (0.00, 0.11) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Peripheral Vascular Events** | 6 (0.47) | 0.11 (0.04, 0.25) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.23) | 0.06 (0.01, 0.17) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 1 (0.08) | 0.02 (0.00, 0.11) | 2 (0.15) | 0.04 (0.00, 0.13) |
| Peripheral venous thrombosis | 2 (0.16) | 0.04 (0.00, 0.14) | 5 (0.38) | 0.09 (0.03, 0.22) |
| **Cerebrovascular Events** | 24 (1.86) | 0.46 (0.29, 0.68) | 9 (0.69) | 0.17 (0.08, 0.32) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Transient ischemic attack | 8 (0.62) | 0.15 (0.07, 0.30) | 2 (0.15) | 0.04 (0.00, 0.13) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-IM007225857

Updated 5/26/2006

Restricted
Confidential
limited access

# Table D2

Analysis of Confirmed TCVSAE Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 77/5168 | 1.49 (1.18, 1.86) | 50/5321 | 0.94 (0.70, 1.24) | 0.55 (0.13, 0.97) | 1.59 (1.11, 2.26) | 0.0111 |
| Cardiac Events | 50/5214 | 0.96 (0.71, 1.26) | 33/5356 | 0.62 (0.42, 0.87) | 0.34 (0.00, 0.68) | 1.56 (1.00, 2.41) | 0.0488 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Peripheral Vascular Events | 6/5263 | 0.11 (0.04, 0.25) | 9/5370 | 0.17 (0.08, 0.32) | -0.05 (-0.20, 0.09) | 0.68 (0.24, 1.91) | 0.4665 |
| Fatal/Non-Fatal Pulmonary embolism | 3/5269 | 0.06 (0.01, 0.17) | 2/5380 | 0.04 (0.00, 0.13) | 0.02 (-0.06, 0.10) | 1.53 (0.18, 18.34) | 0.9805 |
| Cerebrovascular Events | 24/5235 | 0.46 (0.29, 0.68) | 9/5371 | 0.17 (0.08, 0.32) | 0.29 (0.08, 0.50) | 2.74 (1.27, 5.89) | 0.0100 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-IM007225858