Restricted
Confidential
Redacted access
Updated 5/26/2006



Table D3
Summary of Confirmed TCV/SAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.63 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4
Summary of Confirmed TCV/SAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

IM007225859





Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Restricted
Confidential
Limited access
Updated 5/26/2006

79





Figure D2
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk

MRK-AFV0422556661

Restricted
Confidential
Limited access
Updated 5/26/2006



Table D5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
| --- | --- | --- | --- | --- |
| | n(%)† | PY-Rate (95% CI) | n(%)† | PY-Rate (95% CI) |
| Total number of patients with events | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| Cardiac Events | 21 (1.94) | 0.97 (0.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral Vascular Events | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Cerebrovascular Events | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK00725662

81

Updated 5/26/2006   Restricted ❦ Confidential   limited access

Table D6
Analysis of Confirmed TCV/SAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg [N=1081] Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Placebo [N=1097] Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Comparison Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| Cardiac Events | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3323 |
| Peripheral Vascular Events | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, ∞) | 0.2757 |
| Cerebrovascular Events | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCV/SAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg [N=1081] Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Placebo [N=1097] Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/537 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1006 | 3/421 | 0.71 (0.15, 2.08) | 1032 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

[†] Patient-years at risk.

M007225663

Restricted
Confidential
Limited access

Updated 5/26/2006

* Patients with events Per 100 Patient-Years.

‡ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

83

Updated 5/26/2006

Restricted
Confidential
Analief access

84

Figure D3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 1006 | 678 | 365 | 222 | 176 |
| Placebo | 1097 | 1091 | 1032 | 659 | 319 | 151 | 116 |

Restricted
Confidential
Limited access
Updated 5/26/2006

85

Figure D4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate



Restricted
Confidential
limited access
Updated 5/26/2006



86

Table DX
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)[1] | PY-Rate[2](95% CI) | n(%)[1] | PY-Rate[2](95% CI) |
| Total number of patients with events | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| Cardiac Events | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Cerebrovascular Events | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal Ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| Hemorrhagic Events | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[1]: Crude Incidence(n/Nx100)
[2]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted
Confidential
Redirect access
Updated 5/26/2006



87

Table D9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg | (N=1287) | Placebo | (N=1300) | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years [1] | PY-Rate [2] (95% CI) | Events/Patient-Years [1] | PY-Rate [2] (95% CI) | Difference (95% CI) | Relative Risk [3] (95% CI) | p-Value |
| Total number of patients with events | 60/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.32, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.03) | 0.34 (0.01, 4.24) | 0.6414 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

[1] Patient-years at risk.

[2] Patients with events per 100 Patient-Years.

[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Restricted
R Confidential
Red(Text access
Updated 5/26/2006



Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1230 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.38, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| >42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.31) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡ (95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| >18 Months | 1158 | 42/3385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

88

Updated 5/26/2006 Restricted — Confidential — limited access



Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot

89

Updated 5/26/2006 Restricted Confidential Limited access

Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk



Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

90

Updated 5/26/2006

Restricted
Confidential
Limited access

91

Table D12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| Total number of patients with events | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| Cardiac Events | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cerebrovascular Events | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incidence(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-02725872

Restricted
Confidential
redacted access

Updated 5/26/2006



**Table D13**
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years | PY-Rate[‡](95% CI) | Events/Patient-Years | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[¶](95% CI) | p-Value |
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.32 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.09 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.51 (0.66, 3.51) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

§ Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
¶ Relative risk to Placebo using Cox model where the number of cases is at least 1†; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

**Table D14**
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1010 | 2/423 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
¶ Relative risk to Placebo using Cox model where the number of cases is at least 1†; otherwise, relative risk is a ratio of rates.

MRK0722587/3

Updated 5/26/2006





Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

93

Updated 5/26/2006 Restricted Confidential Medical access

Figure D8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk



Rofecoxib 25 mg
Placebo

Months of Follow-Up (bandwidth= 6.00)



Test of Proportionality: Treatment*LOG(Time) p-Value=0.146; Treatment*Time p-Value=0.088
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

94

M007225875

Restricted
Confidential
Redleaf access

Updated 5/26/2006

Table D15
Analysis of Death
All Patients (ITT Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 36/5554 | 0.65 (0.45, 0.90) | 20/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.349 |

[†] Patient-years at risk.

[‡] Patients with death Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

95

Restricted
Confidential
Redacted access
Updated 5/26/2006

Table D16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/638 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1346 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1232 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.52 (0.54, 4.27) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Table D17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

M007225877

Restricted
Updated 5/26/2006  R Confidential  Merck access



Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot

MRK00722567B

Updated 5/26/2006



Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.663
All Patients (ITT Population) and censored at last day at risk

MRK00725679

Updated 5/26/2006

Restricted
Confidential
MERCK

Table D18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1218) | | Placebo (N=1210) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 30/2466 | 1.23 (0.82, 1.74) | 23/2300 | 1.00 (0.63, 1.50) | 0.23 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1218) | | | Placebo (N=1210) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.28) | 0.82 (0.29, 2.34) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M00722588D

Restricted
Confidential
Restricted access
Updated 5/26/2006

Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot



Placebo
Rofecoxib 25 mg

Months of Follow-Up

Cumulative Incidence (%) with 95% CI

| Patients at Risk | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 |
|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 1127 | 776 | 444 | 285 | 205 | 158 |
| Placebo | 1230 | 1202 | 1132 | 742 | 386 | 198 | 150 | 101 |

100

MRK-AFV0401163
MX0072255981

Updated 5/26/2006





Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk

Rofecoxib 25 mg
Placebo

Test of Proportionality: Treatment*LOG(Time) p-Value=0.785; Treatment*Time p-Value=0.609
Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

101

MRK0072258B2

Updated 5/26/2006  Restricted Confidential



Table E1

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) Events/Patient-Years[1] | PY-Rate[2](95% CI) | Placebo (N=900) Events/Patient-Years[1] | PY-Rate[2](95% CI) | Comparison Difference (95% CI) | Comparison Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|
| Total number of patients with events | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| Cardiac Events | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.26) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Peripheral Vascular Events | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Cerebrovascular Events | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | - (0.46, ∞) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |

[1] Patient-years at risk.

[2] Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

102

M007225883

Restricted
Confidential
Updated 5/26/2006

Table F2

Analysis of Confirmed TCVSAH Endpoint During Follow-up (≥14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| Cardiac Events | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5139 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Peripheral Vascular Events | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Cerebrovascular Events | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | - (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK072256B4



Restricted Confidential
Limited Access
Updated 5/26/2006

Table E3
Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 19/1270 | 1.50 (0.90, 2.34) | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| Cardiac Events | 15/1271 | 1.18 (0.66, 1.95) | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Peripheral Vascular Events | 1/1276 | 0.08 (0.00, 0.44) | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.20, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| Cerebrovascular Events | 3/1276 | 0.24 (0.05, 0.69) | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[1] Patient-years at risk.
[2] Patients with events per 100 Patient-Years.
[3] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK0072255885

Restricted
Confidential
Method Access
Updated 5/26/2006

Table E4

Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | - |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E5

Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[¶] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

[*] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[¶] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007225886

Updated 5/26/2006

Restricted
Confidential
Merck access

Table E6

Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=R21) | | | Placebo (N=900) | | | Relative Risk[4] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 754 | 2/296 | 0.68 (0.08, 2.44) | 838 | 2/327 | 0.61 (0.07, 2.21) | 1.11 (0.08, 15.26) |
| >18 Months | 430 | 2/166 | 1.21 (0.15, 4.36) | 472 | 4/184 | 2.17 (0.59, 5.56) | 0.56 (0.05, 3.88) |

[1] Patient-years at risk.

[2] Patients with events Per 100 Patient-Years.

[4] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

106

Restricted
Confidential
Merck access
Updated 5/26/2006

Table E7

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Events/Patient-Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 12/803 | 1.49 (0.77, 2.61) | 6/886 | 0.68 (0.25, 1.47) | 0.82 (-0.19, 1.82) | 2.22 (0.83, 5.91) | 0.1113 |
| Cardiac Events | 10/803 | 1.25 (0.60, 2.29) | 5/886 | 0.56 (0.18, 1.32) | 0.68 (-0.24, 1.60) | 2.22 (0.76, 6.49) | 0.1461 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| Cerebrovascular Events | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Hemorrhagic Events | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

107

IM007225888

Restricted
Confidential
limited access
Updated 5/26/2006

Table 13

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 15/1204 | 1.25 (0.70, 2.05) | 9/1337 | 0.67 (0.31, 1.28) | 0.57 (-0.20, 1.34) | 1.85 (0.81, 4.23) | 0.1437 |
| Cardiac Events | 13/1205 | 1.08 (0.57, 1.85) | 8/1338 | 0.60 (0.26, 1.18) | 0.48 (-0.24, 1.20) | 1.81 (0.75, 4.36) | 0.1873 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| Cerebrovascular Events | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Hemorrhagic Events | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |

† Patient-years at risk.
‡ Patients with events per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 1|; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

M00722589