Restricted
Confidential
Updated 5/26/2006   Limited access

Table E9

Analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=921) | | Placebo (N=901) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Events/Patient-Years[1] | PY-Rate[2] (95% CI) | Difference (95% CI) | Relative Risk[3] (95% CI) | p-Value |
| Total number of patients with events | 16/1271 | 1.26 (0.72, 2.04) | 11/1406 | 0.78 (0.39, 1.40) | 0.48 (-0.29, 1.25) | 1.62 (0.75, 3.48) | 0.2209 |
| Cardiac Events | 14/1272 | 1.10 (0.60, 1.85) | 8/1407 | 0.57 (0.25, 1.12) | 0.53 (-0.17, 1.23) | 1.94 (0.81, 4.62) | 0.1360 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| Cerebrovascular Events | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Hemorrhagic Events | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |

[1] Patient-years at risk.

[2] Patient-years with events per 100 Patient-Years.

[3] Relative risk to placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

109

M007226890

Updated 5/26/2006

Restricted
Confidential
Limited access



Table E10
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/387 | 1.29 (0.42, 3.01) | 897 | 4/430 | 0.93 (0.25, 2.38) | 1.39 (0.30, 7.00) |
| 12 - 18 Months | 247 | 0/7 | 0.00 (0.00, 54.17) | 297 | 0/6 | 0.00 (0.00, 57.22) | - |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E11
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 756 | 2/270 | 0.74 (0.09, 2.67) | 839 | 2/301 | 0.67 (0.08, 2.40) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 404 | 1/143 | 0.70 (0.02, 3.90) | 1.14 (0.01, 89.87) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK0722S891

Restricted
Confidential
Limited access
Updated 5/26/2006

Table E12
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)  by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[4] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | Number At Risk | Events/Patient-Years[1] | PY-Rate[2](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 7/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 757 | 2/296 | 0.67 (0.08, 2.44) | 840 | 2/328 | 0.61 (0.07, 2.20) | 1.11 (0.08, 15.26) |
| > 18 Months | 431 | 2/166 | 1.21 (0.15, 4.36) | 474 | 3/185 | 1.62 (0.33, 4.74) | 0.74 (0.06, 6.50) |

[1] Patient-years at risk.
[2] Patients with events Per 100 Patient-Years.
[4] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

111

Restricted
Confidential
MERCK ACCESS
Updated 5/26/2006



Table E13
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at Week 210

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | |
| Death | 5/918 | 0.61 (0.30, 1.43) | 4/908 | 0.44 (0.12, 1.13) | 0.17 (-0.52, 0.86) | 1.39 (0.30, 6.39) | 0.873 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E14
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | |
| Death | 10/1226 | 0.82 (0.39, 1.50) | 7/1366 | 0.51 (0.21, 1.06) | 0.30 (-0.33, 0.94) | 1.59 (0.61, 4.19) | 0.345 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E15
Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
Patients on treatment for 150 weeks or more and censored at last day at risk

| Endpoints | Rofecoxib 25 mg | (N=843) | Placebo | (N=929) | Comparison | | p-Value |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | |
| Death | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 0.49 (0.20, 1.00) | 0.29 (-0.31, 0.88) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

IM007225993

Restricted
Confidential
Restricted access
Updated 5/26/2006



Table E16

Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate*(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate*(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/396 | 0.76 (0.16, 2.22) | 917 | 1/441 | 0.23 (0.01, 1.26) | 3.34 (0.27, 175.50) |
| 12 - 18 Months | 251 | 0/7 | 0.00 (0.00, 53.31) | 304 | 0/7 | 0.00 (0.00, 54.86) | - |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

Table E17

Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate*(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate*(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 773 | 4/275 | 1.46 (0.40, 3.73) | 854 | 1/305 | 0.33 (0.01, 1.83) | 4.44 (0.44, 218.65) |
| > 18 Months | 361 | 1/126 | 0.79 (0.02, 4.41) | 412 | 2/146 | 1.37 (0.17, 4.95) | 0.58 (0.01, 11.10) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

M007225894

Updated 5/26/2006  Restricted Confidential  Merck



Table E18

Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval

Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg   (N=843) | | | Placebo   (N=929) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 774 | 4/302 | 1.32 (0.36, 3.39) | 855 | 1/333 | 0.30 (0.01, 1.67) | 4.41 (0.44, 216.97) |
| > 18 Months | 438 | 1/168 | 0.60 (0.02, 3.32) | 482 | 2/189 | 1.06 (0.13, 3.82) | 0.56 (0.01, 10.81) |

* Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

114

MRK007725995

Restricted
Confidential
Updated 5/26/2006



Table F1
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[f] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[e] | PY-Rate[e](95% CI) | N | Events/Patient-Years[e] | PY-Rate[e](95% CI) | | |
| 1 - 183 Days | 99 | 6/359 | 1.67 (0.61, 3.64) | 53 | 3/197 | 1.53 (0.31, 4.46) | 1.10 (0.23, 6.77) | 1.000 |
| 184 - 1049 Days | 161 | 7/374 | 1.87 (0.75, 3.86) | 144 | 4/320 | 1.25 (0.34, 3.20) | 1.54 (0.45, 5.25) | 0.493 |
| >= 1050 Days | 831 | 15/802 | 1.87 (1.05, 3.08) | 900 | 9/885 | 1.02 (0.47, 1.93) | 1.85 (0.81, 4.22) | 0.146 |

[e] Patient-years at risk.
[e] Patients with events Per 100 Patient-Years.
[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F2
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[f] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[e] | PY-Rate[e](95% CI) | N | Events/Patient-Years[e] | PY-Rate[e](95% CI) | | |
| 1 - 183 Days | 99 | 7/414 | 1.69 (0.68, 3.49) | 53 | 3/238 | 1.32 (0.27, 3.84) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/456 | 1.75 (0.76, 3.46) | 144 | 5/388 | 1.29 (0.42, 3.01) | 1.38 (0.45, 4.23) | 0.570 |
| >= 1050 Days | 831 | 18/1203 | 1.50 (0.89, 2.37) | 900 | 12/1334 | 0.90 (0.46, 1.57) | 1.66 (0.80, 3.45) | 0.172 |

[e] Patient-years at risk.
[e] Patients with events Per 100 Patient-Years.
[f] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK07225996

Updated 5/26/2006  Restricted Confidential Limited access 

Table: F3

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 99 | 7/423 | 1.65 (0.67, 3.41) | 53 | 3/233 | 1.29 (0.27, 3.76) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/470 | 1.70 (0.74, 3.36) | 144 | 6/400 | 1.50 (0.55, 3.26) | 1.15 (0.40, 3.32) | 0.795 |
| >= 1050 Days | 831 | 19/1270 | 1.50 (0.90, 2.34) | 900 | 15/1403 | 1.07 (0.60, 1.76) | 1.40 (0.71, 2.76) | 0.326 |

[*] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 1]; otherwise, relative risk is a ratio of rates.

116

Restricted
Confidential
Restricted Access
Updated 5/26/2006

Table F4
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years‡ | PY-Rate†(95% CI) | N | Events/Patient-Years‡ | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 98 | 4/359 | 1.11 (0.30, 2.85) | 53 | 3/197 | 1.53 (0.31, 4.46) | 0.73 (0.12, 4.99) | 0.954 |
| 184 - 1049 Days | 161 | 5/376 | 1.33 (0.43, 3.10) | 144 | 3/323 | 0.93 (0.19, 2.71) | 1.43 (0.28, 9.22) | 0.898 |
| >= 1050 Days | 821 | 12/803 | 1.49 (0.77, 2.61) | 900 | 6/886 | 0.68 (0.25, 1.47) | 2.22 (0.83, 5.91) | 0.111 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F5
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years‡ | PY-Rate†(95% CI) | N | Events/Patient-Years‡ | PY-Rate†(95% CI) | | |
| 1 - 183 Days | 98 | 5/414 | 1.21 (0.39, 2.82) | 53 | 3/228 | 1.32 (0.27, 3.84) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/459 | 1.31 (0.48, 2.84) | 144 | 4/392 | 1.02 (0.28, 2.62) | 1.28 (0.30, 6.16) | 0.956 |
| >= 1050 Days | 821 | 15/1204 | 1.25 (0.70, 2.05) | 900 | 9/1337 | 0.67 (0.31, 1.28) | 1.85 (0.81, 4.23) | 0.144 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

M007225698

Restricted — Confidential — Limited access
Updated 5/26/2006



Table F6
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡] (95% CI) | | |
| 1 - 183 Days | 98 | 5/434 | 1.18 (0.38, 2.75) | 53 | 3/233 | 1.29 (0.27, 3.76) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/473 | 1.27 (0.47, 2.76) | 144 | 5/404 | 1.24 (0.40, 2.89) | 1.03 (0.31, 3.37) | 0.964 |
| >= 1050 Days | 821 | 16/1271 | 1.26 (0.72, 2.04) | 900 | 11/1406 | 0.78 (0.39, 1.40) | 1.62 (0.75, 3.48) | 0.221 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK00722599

Restricted
Confidential
Limited access
Updated 5/26/2006

Table F7
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | N | Rofecoxib 25 mg (N=1238) | | N | Placebo (N=1230) | | Relative Risk[§] (95% CI) | p-Value |
| | | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
|---|---|---|---|---|---|---|---|---|
| 1 - 183 Days | 152 | 8/505 | 1.59 (0.68, 3.12) | 94 | 5/320 | 1.56 (0.51, 3.65) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 11/495 | 2.22 (1.11, 3.97) | 207 | 10/421 | 2.37 (1.14, 4.37) | 0.96 (0.41, 2.26) | 0.921 |
| >= 1050 Days | 843 | 5/818 | 0.61 (0.20, 1.43) | 929 | 4/908 | 0.44 (0.12, 1.13) | 1.39 (0.30, 6.99) | 0.873 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F8
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | N | Rofecoxib 25 mg (N=1228) | | N | Placebo (N=1230) | | Relative Risk[§] (95% CI) | p-Value |
| | | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
|---|---|---|---|---|---|---|---|---|
| 1 - 183 Days | 152 | 8/563 | 1.42 (0.61, 2.80) | 94 | 5/352 | 1.42 (0.46, 3.31) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/584 | 2.06 (1.06, 3.59) | 207 | 10/493 | 2.03 (0.97, 3.73) | 1.05 (0.45, 2.43) | 0.912 |
| >= 1050 Days | 843 | 10/1226 | 0.82 (0.39, 1.50) | 929 | 7/1366 | 0.51 (0.21, 1.06) | 1.59 (0.61, 4.19) | 0.345 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

119



Restricted
Confidential
Limited access
Updated 5/26/2006

Table F9
Subgroup analysis of Death During Follow-up (≥ 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk $i$ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years $†$ | PY-Rate $‡$ (95% CI) | N | Events/Patient-Years $†$ | PY-Rate $‡$ (95% CI) | | |
| 1 - 183 Days | 152 | 8/574 | 1.39 (0.60, 2.75) | 94 | 5/358 | 1.40 (0.45, 3.26) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/598 | 2.01 (1.04, 3.51) | 207 | 11/506 | 2.18 (1.09, 3.89) | 0.95 (0.42, 2.15) | 0.900 |
| >= 1050 Days | 843 | 10/1295 | 0.77 (0.37, 1.42) | 929 | 7/1437 | 0.49 (0.20, 1.00) | 1.58 (0.60, 4.15) | 0.355 |

$†$ Patient-years at risk.
$‡$ Patients with events Per 100 Patient-Years.
i Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK0722591501

Updated 5/26/2006



Table F10

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 174 | 8/581 | 1.38 (0.59, 2.71) | 118 | 5/382 | 1.31 (0.42, 3.05) | 1.04 (0.34, 3.19) | 0.941 |
| > 18 Months | 907 | 20/953 | 2.10 (1.28, 3.24) | 979 | 11/1019 | 1.08 (0.54, 1.93) | 1.93 (0.92, 4.03) | 0.080 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F11

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 174 | 9/674 | 1.33 (0.61, 2.53) | 118 | 5/447 | 1.12 (0.36, 2.61) | 1.18 (0.40, 3.53) | 0.763 |
| > 18 Months | 907 | 24/1398 | 1.72 (1.10, 2.55) | 979 | 15/1503 | 1.00 (0.56, 1.65) | 1.70 (0.89, 3.24) | 0.107 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK07252S902

Restricted Confidential
Updated 5/26/2006 Limited access

Table F12

Subgroup analysis of Confirmed TC/VSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Relative Risk[§] (95% CI) | p-Value |
| 0 - 18 Months | 174 | 9/690 | 1.30 (0.60, 2.48) | 118 | 5/459 | 1.09 (0.35, 2.54) | 1.20 (0.40, 3.59) | 0.742 |
| > 18 Months | 907 | 25/1472 | 1.70 (1.10, 2.51) | 979 | 19/1578 | 1.20 (0.73, 1.88) | 1.39 (0.77, 2.53) | 0.279 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK00725903

Restricted
Confidential
Updated 5/26/2006  Confidential
limited access

Table F13

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 6/581 | 1.03 (0.38, 2.25) | 118 | 4/385 | 1.04 (0.28, 2.66) | 0.99 (0.24, 4.79) | 1.000 |
| > 18 Months | 907 | 15/957 | 1.57 (0.88, 2.59) | 979 | 8/1021 | 0.78 (0.34, 1.54) | 1.99 (0.84, 4.69) | 0.117 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F14

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 7/675 | 1.04 (0.42, 2.14) | 118 | 4/451 | 0.89 (0.24, 2.27) | 1.15 (0.34, 3.95) | 0.819 |
| > 18 Months | 907 | 19/1403 | 1.35 (0.82, 2.11) | 979 | 12/1506 | 0.80 (0.41, 1.39) | 1.67 (0.81, 3.44) | 0.165 |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

IM00I7225904

Restricted
Confidential
Limited Access
Updated 5/26/2006

Table F15
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (≥ 14 days from last dose of base study therapy)
(By On Treatment Period and censored at last day at risk)

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate*(95% CI) | N | Events/Patient-Years† | PY-Rate*(95% CI) | | |
| 0 - 18 Months | 173 | 7/690 | 1.01 (0.41, 2.09) | 118 | 4/462 | 0.87 (0.24, 2.22) | 1.14 (0.33, 3.92) | 0.830 |
| > 18 Months | 907 | 20/1477 | 1.35 (0.83, 2.09) | 979 | 15/1581 | 0.95 (0.53, 1.56) | 1.40 (0.71, 2.73) | 0.339 |

† Patient-years at risk.
* Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

124

Restricted
Confidential
limited access
Updated 5/26/2006



Table F16
Subgroup analysis of Death During Follow-up (≥ 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1238) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 0 - 18 Months | 270 | 16/817 | 1.96 (1.12, 3.18) | 192 | 8/577 | 1.39 (0.60, 2.73) | 1.42 (0.61, 3.32) | 0.416 |
| > 18 Months | 958 | 8/1001 | 0.80 (0.35, 1.57) | 1038 | 11/1071 | 1.03 (0.51, 1.84) | 0.77 (0.31, 1.92) | 0.575 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F17
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1238) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years* | PY-Rate†(95% CI) | N | Events/Patient-Years* | PY-Rate†(95% CI) | | |
| 0 - 18 Months | 270 | 16/917 | 1.75 (1.00, 2.83) | 192 | 8/646 | 1.24 (0.53, 2.44) | 1.44 (0.62, 3.36) | 0.401 |
| > 18 Months | 958 | 14/1456 | 0.96 (0.53, 1.61) | 1038 | 14/1566 | 0.89 (0.49, 1.50) | 1.08 (0.51, 2.27) | 0.839 |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

125

Updated 5/26/2006



Restricted
Confidential
Limited Access

Table F1B

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg   (N=1228) | | | | Placebo   (N=1210) | | | Relative Risk[‡] (95% CI) | p-Value |
| | N | Events/Patient-Years[†] | PY-Rate[†] (95% CI) | N | Events/Patient-Years[†] | PY-Rate[†] (95% CI) | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 - 18 Months | 270 | 16/934 | 1.71 (0.98, 2.78) | 192 | 8/658 | 1.22 (0.52, 2.40) | 1.44 (0.62, 3.37) | 0.399 |
| > 18 Months | 958 | 14/1533 | 0.91 (0.50, 1.53) | 1038 | 15/1642 | 0.91 (0.51, 1.51) | 1.00 (0.48, 2.07) | 0.996 |

[†] Patient-years at risk.

[†] Patients with events Per 100 Patient-Years.

[‡] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

126

MRK00772259O7

Restricted
Confidential
Limited access
Updated 5/26/2006 

127

Table G1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | |
| --- | --- | --- | --- | --- |
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 24 (2.28) | 1.60 (1.03, 2.38) | 15 (1.39) | 1.09 (0.61, 1.81) |
| **Cardiac Events** | 13 (1.22) | 0.85 (0.45, 1.46) | 16 (1.47) | 1.15 (0.66, 1.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Cerebrovascular Events** | 8 (0.75) | 0.52 (0.23, 1.03) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal Ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/N×100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Restricted
Confidential
Limited access
Updated 5/26/2006

Table G2
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Total number of patients with events | 24/1500 | 1.60 (1.03, 2.38) | 15/1370 | 1.09 (0.61, 1.81) | 0.51 (-0.34, 1.35) | 1.50 (0.79, 2.87) | 0.2177 |
| Cardiac Events | 13/1526 | 0.85 (0.45, 1.46) | 16/1390 | 1.15 (0.66, 1.87) | -0.30 (-1.03, 0.43) | 0.77 (0.37, 1.60) | 0.4812 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Peripheral Vascular Events | 3/1541 | 0.19 (0.04, 0.57) | 0/1389 | 0.00 (0.00, 0.27) | 0.19 (-0.03, 0.42) | -- (0.37, ∞) | 0.2908 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1396 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | -- (0.37, ∞) | 0.2898 |
| Cerebrovascular Events | 8/1526 | 0.52 (0.23, 1.03) | 0/1392 | 0.00 (0.00, 0.27) | 0.52 (0.16, 0.89) | -- (1.56, ∞) | 0.0112 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |

[†] Patient-years at risk.
[‡] Patients with events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G3
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1053) | | | Placebo (N=1079) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1053 | 10/523 | 1.91 (0.92, 3.51) | 1079 | 4/538 | 0.74 (0.20, 1.90) | 2.57 (0.81, 8.20) |
| 6 - 12 Months | 1037 | 10/501 | 2.00 (0.96, 3.67) | 1074 | 7/518 | 1.35 (0.54, 2.79) | 1.48 (0.56, 3.88) |
| 12 - 18 Months | 482 | 1/123 | 0.82 (0.02, 4.55) | 477 | 0/92 | 0.00 (0.00, 4.00) | -- (0.02, ∞) |
| > 18 Months | 221 | 3/352 | 0.85 (0.18, 2.49) | 157 | 4/222 | 1.81 (0.49, 4.62) | 0.47 (0.07, 2.79) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 1); otherwise, relative risk is a ratio of rates.

MRK-02559509

Restricted
Confidential
limited access
Updated 5/26/2006

Figure G1
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



129



Figure G2
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.181
During Follow-up (> 14 days from last dose of base study therapy) excludes patients with Confirmed TCV/SAE Endpoint in the base study and Censored at Week 210

Updated 5/26/2006
Restricted
Confidential
limited access

Updated 5/26/2006 

Restricted
Confidential
method access

Table G4

Summary of Confirmed APTC Endpoint by Class of Terms

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210



| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate*(95% CI) | n(%)† | PY-Rate*(95% CI) |
| Total number of patients with events | 19 (1.79) | 1.26 (0.76, 1.96) | 12 (1.10) | 0.86 (0.45, 1.51) |
| Cardiac Events | 13 (1.22) | 0.85 (0.45, 1.45) | 11 (1.01) | 0.79 (0.39, 1.41) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cerebrovascular Events | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Hemorrhagic Events | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

†: Crude Incident(n/Nx100)

*: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

131

Restricted
Confidential
limited access
Updated 5/26/2006



Table G5
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years* | PY-Rate†(95% CI) | Events/Patient -Years* | PY-Rate†(95% CI) | Difference (95% CI) | Relative Risk‡ (95% CI) | p-Value |
| Total number of patients with events | 19/1512 | 1.26 (0.76, 1.96) | 12/1388 | 0.86 (0.45, 1.51) | 0.39 (-0.36, 1.14) | 1.50 (0.73, 3.10) | 0.2723 |
| Cardiac Events | 13/1530 | 0.85 (0.45, 1.45) | 11/1396 | 0.79 (0.39, 1.41) | 0.06 (-0.59, 0.72) | 1.10 (0.49, 2.47) | 0.8128 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| Cerebrovascular Events | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | (1.07, ∞) | 0.0412 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | (1.07, ∞) | 0.0412 |
| Hemorrhagic Events | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |

* Patient-years at risk.
† Patients with events per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G6
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1061) | | | Placebo (N=1086) | | | Relative Risk‡ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate†(95% CI) | |
| 0 - 6 Months | 1061 | 10/528 | 1.89 (0.91, 3.48) | 1086 | 3/542 | 0.55 (0.11, 1.62) | 3.43 (0.94, 12.46) |
| 6 - 12 Months | 1045 | 7/506 | 1.38 (0.56, 2.85) | 1082 | 5/522 | 0.96 (0.31, 2.23) | 1.45 (0.46, 4.56) |
| 12 - 18 Months | 488 | 0/124 | 0.00 (0.00, 2.96) | 485 | 0/95 | 0.00 (0.00, 3.88) | - |
| > 18 Months | 225 | 2/354 | 0.56 (0.07, 2.04) | 163 | 4/228 | 1.75 (0.48, 4.48) | 0.32 (0.03, 2.25) |

* Patient-years at risk.
† Patients with events Per 100 Patient-Years.
‡ Relative risk to Placebo using Cox model where the number of cases is at least 1; otherwise, relative risk is a ratio of rates.

132

MRK00007225913

Updated 5/26/2006

Figure G3
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Kaplan-Meier Plot



Rofecoxib 25 mg

Placebo

M007225914

Restricted
Confidential
Updated 5/26/2006   Limited access

Figure G4
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate



Test of Proportionality: Treatment**LOG(Time) p-Value=0.245; Treatment*Time p-Value=0.059
Confirmed APTC Endpoint
During Follow-up (>14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

134

Restricted Confidential Limited access
Updated 5/26/2006

Table G7
Analysis of Death

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC in Base Study and Censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1187) | | Placebo (N=1206) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years* | PY-Rate‡(95% CI) | Events/Patient-Years* | PY-Rate‡(95% CI) | Relative Risk§ (95% CI) | Difference (95% CI) | p-Value |
| Death | 19/1760 | 1.08 (0.65, 1.69) | 17/1608 | 1.06 (0.62, 1.69) | 1.04 (0.54, 2.01) | 0.02 (-0.68, 0.72) | 0.899 |

* Patient-years at risk.
‡ Patients with death Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table G8
Summary of Death by Time Interval

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1187) | | | Placebo (N=1206) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years* | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1187 | 8/582 | 1.37 (0.59, 2.71) | 1206 | 9/595 | 1.51 (0.69, 2.87) | 0.91 (0.35, 2.35) |
| 6 - 12 Months | 1154 | 7/557 | 1.26 (0.50, 2.59) | 1181 | 3/571 | 0.53 (0.11, 1.54) | 2.39 (0.55, 14.33) |
| 12 - 18 Months | 580 | 1/166 | 0.60 (0.02, 3.36) | 566 | 1/139 | 0.78 (0.02, 4.32) | 0.78 (0.01, 61.06) |
| > 18 Months | 303 | 3/454 | 0.66 (0.14, 1.93) | 227 | 4/313 | 1.28 (0.35, 3.27) | 0.52 (0.08, 3.05) |

* Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

135

Updated 5/26/2006 Restricted Confidential Limited access

Figure G5
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot



136

M007225917





Figure G6
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring

Updated 5/26/2006

Restricted
Confidential
Limited access

MRK-0722591B