**Table 8.2**   **Rates and Relative Risk of Confirmed MI/ACS [1] associated with NSAID use**
Restricted to patients with at least 6 months of continuous baseline enrollment [2]
Includes health care utilization variables

| | Events | Person-Years | Crude Rate per 100 PY | Adjusted Rate Ratio | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| Current [3] | 117 | 17,794 | 6.56 | 1.00 [REF] | | |
| Recent | 151 | 30,136 | 5.01 | 0.96 | 0.76 | 1.20 |
| **Rofecoxib** | | | | | | |
| Current | 84 | 9,447 | 8.89 | 1.41 | 1.07 | 1.84 |
| Recent | 39 | 7,190 | 5.42 | 0.95 | 0.67 | 1.35 |
| **Celecoxib** | | | | | | |
| Current | 91 | 13,344 | 6.67 | 0.98 | 0.75 | 1.27 |
| Recent | 53 | 8,476 | 6.50 | 0.87 | 0.64 | 1.20 |
| **Naproxen** | | | | | | |
| Current | 131 | 17,495 | 7.43 | 1.21 | 0.95 | 1.54 |
| Recent | 130 | 26,967 | 4.40 | 0.87 | 0.69 | 1.11 |
| **Age** | | | | | | |
| 40-44 | 65 | 30,575 | 2.13 | 0.45 | 0.34 | 0.61 |
| 45-49 | 117 | 30,278 | 3.86 | 0.73 | 0.58 | 0.92 |
| 50-54 | 195 | 29,949 | 6.21 | 1.00 [REF] | | |
| 55-59 | 215 | 23,056 | 9.32 | 1.29 | 1.03 | 1.53 |
| 60+ | 170 | 14,154 | 12.01 | 1.38 | 1.12 | 1.71 |
| **Gender** | | | | | | |
| Male | 519 | 57,313 | 9.76 | 2.50 | 2.12 | 3.08 |
| Female | 243 | 75,889 | 3.21 | 1.00 [REF] | | |
| **Calendar Year** | | | | | | |
| 1999 | 478 | 78,569 | 6.21 | 1.15 | 0.98 | 1.36 |
| 2000 | 234 | 30,521 | 5.56 | 1.00 [REF] | | |
| 2001 | 51 | 10,912 | 4.67 | 0.87 | 0.64 | 1.18 |
| **Presence of Comorbid Conditions** | | | | | | |
| Prior cardiac history | | | | | | |
| Stroke | 215 | 9,607 | 22.38 | 1.37 | 1.01 | 2.42 |
| TIA | 9 | 644 | 13.55 | 1.01 | 0.60 | 2.01 |
| PAD | 7 | 654 | 10.71 | 0.72 | 0.33 | 1.58 |
| ID ADMS | 26 | 1,095 | 23.74 | 1.53 | 1.02 | 2.31 |
| Hypertension | 197 | 11,844 | 18.63 | 1.57 | 1.66 | 2.34 |
| Hyperlipidemia | 401 | 37,752 | 10.62 | 1.47 | 1.23 | 1.72 |
| Rheumatoid Arthritis | 277 | 27,954 | 9.95 | 1.18 | 0.97 | 1.44 |
| | 80 | 3,364 | 8.52 | 1.58 | 1.08 | 2.29 |
| **Cardiovascular Comedications** | | | | | | |
| Anticoagulants (inc. Heparin) | 22 | 1,800 | 12.26 | 0.95 | 0.60 | 1.48 |
| Antihyperlipidemics (inc. statins) | 2411 | 19,008 | 12.68 | 0.99 | 0.82 | 1.20 |
| Diuretics (oral) | 150 | 20,198 | 7.43 | 0.88 | 0.73 | 1.07 |
| ACE-inhibitors | 209 | 17,574 | 11.72 | 1.10 | 0.92 | 1.33 |
| Antiarrythmics | 11 | 504 | 21.82 | 1.28 | 0.66 | 2.41 |
| Antiplatelet drugs | 26 | 784 | 31.40 | 1.35 | 0.89 | 2.13 |
| Beta-blockers | 182 | 13,263 | 13.72 | 1.39 | 1.15 | 1.67 |
| Calcium channel blockers | 189 | 14,738 | 12.82 | 1.15 | 0.96 | 1.39 |
| Nitrates | 108 | 2,698 | 40.03 | 2.26 | 1.76 | 2.89 |

Confidential - Subject To Protective Order

MRK-ABY0094239

M006E07982

**Table 8.2, continued**   Rates and Relative Risk of ACS [1] associated with NANSAID use
Restricted to patients with at least 6 months of continous baseline enrollment [2]
Includes health care utilization variables

| | Events | Person Years | Crude Rate per 1,000 | Adjusted Rate Ratio | Lower 95% CI | Upper 95% CI |
|---|---|---|---|---|---|---|
| **Cardiovascular Comedications, cont** | | | | | | |
| Estrogens | 131 | 31,734 | 4.13 | 0.94 | 0.75 | 1.18 |
| Angiotensin receptor antagonist | 37 | 3.265 | 11.33 | 1.03 | 0.73 | 1.44 |
| Digoxin | 20 | 1,173 | 18.93 | 0.78 | 0.48 | 1.27 |
| Oral steroids | 143 | 23.515 | 6.08 | 1.04 | 0.88 | 1.25 |
| | | | | | | |
| **Dr Visits** | | | | | | |
| 1 One | 132 | 24937 | 5.29 | 0.9 | 0.64 | 1.25 |
| 2 Two + | 521 | 82558 | 6.31 | 0.87 | 0.66 | 1.15 |
| 3 None | 100 | 20510 | 4.88 | 1.00 [REF] | | |
| | | | | | | |
| **ER Visits** | | | | | | |
| 1 One | 71 | 9903 | 7.17 | 1 | 0.71 | 1.42 |
| 2 Two + | 17 | 2063 | 8.24 | 1.03 | 0.61 | 2.1 |
| 3 None | 605 | 116036 | 5.73 | 1.00 [REF] | | |
| | | | | | | |
| **Hospital Stays** | | | | | | |
| 1 One | 40 | 471.5 | 8.48 | 0.48 | 0.84 | 1.31 |
| 2 Two + | 5 | 51.7 | 9.68 | 0.13 | 0.26 | 2.58 |
| 3 None | 704 | 12277.0 | 5.77 | 1.00 [REF] | | |

All variables shown in table included in multivariate Poisson regression model
[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or NDI or NI Death Index.
[2] 311,377 patients of a total study cohort of 452,584 had at least 6 months prior enrollment in the antihealthcare.
[3] Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or diclofenac use.

Confidential - Subject To Protective Order

MRK-ABY0094240
M00E57963

Table 8.3

Rates and Relative Risk of MI Claims Events [1] associated with NANSAID use
Restricted to patients with at least 6 months of continuous baseline enrollment [2]
Includes health care utilization variables

| | Events | Person-Years | Crude Rate p.r month yr | Adjusted Rate Ratio | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| Current | 75 | 17,807 | 4.44 | 1.00 [REF] | | |
| Recent | 84 | 30,154 | 2.82 | 0.87 | 0.83 | 1.15 |
| **Rofecoxib** | | | | | | |
| Current | 48 | 9,462 | 5.07 | 1.27 | 0.89 | 1.8 |
| Recent | 25 | 7,200 | 3.47 | 0.96 | 0.62 | 1.5 |
| **Celecoxib** | | | | | | |
| Current | 62 | 13,294 | 4.75 | 1.56 | 0.77 | 1.48 |
| Recent | 24 | 9,441 | 2.53 | 0.62 | 0.4 | 0.98 |
| **Naproxen** | | | | | | |
| Current | 83 | 17,508 | 4.74 | 1.21 | 0.99 | 1.83 |
| Recent | 78 | 28,982 | 2.73 | 0.83 | 0.61 | 1.12 |
| **Age** | | | | | | |
| 40-44 | 44 | 30,577 | 1.44 | 0.48 | 0.34 | 0.68 |
| 45-49 | 64 | 30,294 | 2.11 | 0.63 | 0.45 | 0.85 |
| 50-54 | 114 | 29,948 | 3.81 | 1.00 [REF] | | |
| 55-59 | 131 | 23,069 | 5.67 | 1.28 | 0.99 | 1.65 |
| 60 + | 106 | 14,183 | 7.61 | 1.48 | 1.13 | 1.94 |
| **Gender** | | | | | | |
| Male | 301 | 52,338 | 5.75 | 2.45 | 1.94 | 3.09 |
| Female | 180 | 75,715 | 2.11 | 1.00 [REF] | | |
| **Calendar Year** | | | | | | |
| 1,999 | 268 | 78,545 | 3.82 | 1.29 | 1.04 | 1.61 |
| 2,000 | 119 | 38,543 | 3.09 | 1.00 [REF] | | |
| 2,001 | 34 | 10,915 | 3.12 | 1.05 | 0.72 | 1.54 |
| **Presence of Comorbid Conditions** | | | | | | |
| Prior cardiac history | 103 | 9,680 | 10.66 | | 1.06 | 1.68 |
| Stroke | 6 | 843 | 14.01 | 1.35 | 0.91 | 3.77 |
| TIA | 4 | 635 | 9.1 | 0.62 | 0.22 | 1.75 |
| PAD | 17 | 1,097 | 15.5 | 1.82 | 1.14 | 3.14 |
| Diabetes | 117 | 11,890 | 9.85 | 1.95 | 1.58 | 2.45 |
| Hypertension | 234 | 37,818 | 6.19 | 1.26 | 1 | 1.6 |
| Hyperlipidemia | 150 | 27,586 | 3.36 | 0.90 | 0.75 | 1.22 |
| Rheumatoid Arthritis | | | | 1.34 | 0.84 | 2.26 |
| **Cardiovascular Comedications** | | | | | | |
| Anticoagulants (inc. Heparin) | 16 | 1,863 | 8.52 | 1.29 | 0.65 | 1.88 |
| Antihyperlipidemics (inc. statins) | 124 | 18,087 | 6.51 | 1.22 | 0.78 | 1.52 |
| Diuretics (oral) | 114 | 20,217 | 5.64 | 1.11 | 0.87 | 1.4 |
| ACE-Inhibitors | 121 | 17,819 | 6.87 | 1.08 | 0.95 | 1.37 |
| Antiarrhythmics | 8 | 507 | 9.84 | 0.8 | 0.31 | 2.06 |
| Antiplatelet drugs | 12 | 773 | 15.52 | 1.2 | 0.65 | 2.23 |
| Beta-blockers | 104 | 13,298 | 7.82 | 1.44 | 1.13 | 1.84 |
| Calcium channel blockers | 113 | 14,770 | 7.65 | 1.34 | 0.98 | 1.57 |
| Nitrates | 46 | 2,731 | 17.64 | 1.81 | 1.27 | 2.57 |

Confidential - Subject To Protective Order

MRK-ABY0094241

MRK0BE57964

**Table 8.3, continued**     **Rates and Relative Risk of MI Claims Events [1] associated with NANSAID Use**
Restricted to patients with at least 6 months of continuous baseline enrollment [2]
Includes health care utilization variables

| | Events | Person-years | Crude Rate per 1,000 Py | Adjusted Rate [3] | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Continuous for Comedications, cont** | | | | | | |
| Estrogens | 84 | 31,782 | 2.65 | 0.91 | 0.68 | 1.21 |
| Angiotension receptor antagonist | 34 | 1,270 | 16.40 | 1.67 | 1.18 | 2.4 |
| Digoxin | 17 | 1,075 | 15.81 | 1.32 | 0.76 | 2.29 |
| Oral steroids | 88 | 23,534 | 3.74 | 1.05 | 0.83 | 1.31 |
| **Physician visits** | | | | | | |
| One | 79 | 24,894 | 3.17 | 0.99 | 9.84 | 1.25 |
| Two + | 317 | 82,531 | 3.84 | 0.97 | 0.88 | 1.16 |
| None | 85 | 20,819 | 3.17 | 1.00 [REF] | | |
| **ER visits** | | | | | | |
| One | 35 | 9,912 | 3.53 | 1.00 | 0.71 | 1.42 |
| Two + | 2 | 2,088 | 3.87 | 1.05 | 0.51 | 2.16 |
| None | 416 | 116,129 | 3.80 | 1.00 [REF] | | |
| **Hospital stays** | | | | | | |
| One | 23 | 4,721 | 4.87 | 0.96 | 9.64 | 1.51 |
| Two + | 3 | 518 | 5.80 | 0.92 | 0.29 | 2.89 |
| None | 435 | 122,864 | 3.54 | 1.00 [REF] | | |

All variables shown in table included in multivariate Poisson regression model.
[1] Secondary endpoint composed of MI or death from coronary heart disease, derived through an ICD code or Non-fatal Death index.
[2] 311,377 patients of a total study cohort of 432,384 had at least 6 months prior enrollment in United Healthcare.
[3] Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or older/other use.

Confidential - Subject To Protective Order

MRK-ABY0094242

M00GE57965

**Table 9.1:** Rates and Rate Ratios of Confirmed MI/ACS [1] associated with Daily Dose of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs, United Healthcare, 1999-2001

| | Events | Person-yrs | Rate | Rate Ratio [2] | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| Ibuprofen/Diclofenac (all doses) | 152 | 285611 | 5.32 | 1.00 [REF] | | |
| **Rofecoxb** | | | | | | |
| Less than 25 mg/day | 6 | 945 | 6.35 | 1.03 | 0.45 | 2.34 |
| 25 mg/day | 77 | 8486 | 9.10 | 1.54 | 1.15 | 2.04 |
| 26-50 mg/day | 9 | 2046 | 4.39 | 0.81 | 0.41 | 1.60 |
| **Celecoxib** | | | | | | |
| Less than 200 mg/day | 2 | 415 | 4.82 | 0.76 | 0.19 | 3.03 |
| 200 mg/day | 75 | 12038 | 6.23 | 0.95 | 0.72 | 1.25 |
| 201-400 mg/day | 35 | 4913 | 7.12 | 1.14 | 0.78 | 1.65 |
| **Naproxen** | | | | | | |
| Less than 1000 mg/day | 14 | 3381 | 4.14 | 0.75 | 0.44 | .30 |
| 1000 mg/day | 113 | 20452 | 5.53 | 0.99 | 0.78 | 1.27 |
| 1001-2000 mg/day | 20 | 6382 | 3.13 | 0.67 | 0.42 | 1.07 |

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
[2] Compared with use of ibuprofen or diclofenac (all doses), and adjusted for other NANSAID use, age, gender, calendar year, comorbid conditions and CV comedication use.

Ingenix Epidemiology

page 47

February 16, 2004

Confidential - Subject To Protective Order

MRK-ABY0094243

M00567966

Table 9.2:   Rates and Rate Ratios of MI Claims Events [1] associated with
Daily Dose of Medication Use During Periods of New, Continuous Use
of COX-2s and Other NANSAIDs
United Healthcare, 1999-2001

| | | Person-Years | | | Age-Adjusted Rate | Lower 95% C.I. | Upper 95% C.I. |
|---|---|---|---|---|---|---|---|
| Ibuprofen/Diclofenac (all doses) | 91 | 28,566 | | 3.19 | 1.00 [REF] | | |
| Rofecoxib | | | | | | | |
| Less than 25 mg/day | 6 | 944 | | 6.36 | 1.88 | 0.73 | 3.85 |
| 25 mg/day | 46 | 8,476 | | 5.43 | 1.53 | 1.06 | 2.21 |
| 26-50 mg/day | 6 | 2,050 | | 2.93 | 0.86 | 0.37 | 1.99 |
| Celecoxib | | | | | | | |
| Less than 200 mg/day | 2 | 415 | | 4.82 | 1.21 | 0.30 | 4.91 |
| 200 mg/day | 57 | 12,045 | | 4.73 | 1.21 | 0.87 | 1.69 |
| 201-400 mg/day | 19 | 4,920 | | 3.86 | 1.05 | 0.63 | 1.73 |
| Naproxen | | | | | | | |
| Less than 1000 mg/day | 14 | 3,383 | | 4.14 | 1.27 | 0.72 | 2.24 |
| 1000 mg/day | 57 | 20,459 | | 3.27 | 0.99 | 0.72 | 1.38 |
| 1001-2000 mg/day | 12. | 6,385 | | 1.88 | 0.58 | 0.37 | 3.65 |

[1] Secondary endpoint comprised of MI or death from coronary heart disease, identified through claims data or National Death Index.
[2] Compared with use of ibuprofen or diclofenac (all doses), and adjusted for other NANSAID use, age, gender, calendar year, comorbid conditions and CV comedication use.

Confidential - Subject To Protective
Order

MRK-ABY0094244

M005E67967

**Table 9.3:**      Rates and Rate Ratios of Confirmed MI/ACS [1] associated with
Specific Doses of Medication Use During Periods of New, Continuous Use
of COX-2s and Other NANSAIDs
United Healthcare, 1999-2001

| | Events | Person-Years | Rate per 1,000 Py | Adjusted Rate Ratio | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| Ibuprofen/Diclofenac (all doses) | 152 | 28,480 | 5.34 | 1.00 [REF] | | |
| Rofecoxib | | | | | | |
| 25 mg/day [3] | 77 | 8,371 | 9.20 | 1.48 | 1.10 | 1.99 |
| 50 mg/day [4] | 8 [5] | 1,823 | 4.39 | 0.77 | 0.37 | 1.58 |
| Celecoxib | | | | | | |
| 400 mg/day [2] | 36 | 4,728 | 7.61 | 1.18 | 0.81 | 1.73 |

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
[2] Compared with use of ibuprofen or diclofenac (all doses), and adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions and CV comedication use.
[3] Recommended maximum daily chronic dose.
[4] Recommended acute per dose;
[5] Of eight patients taking rofecoxib 50 mg, their times from beginning of new rofecoxib use to event were as follows: 7, 13, 26, 31, 64, 90, 118 and 331 days to event. The patient with 118 days from beginning of rofecoxib use to event began on 25 mg, but switched to 50 mg rofecoxib prior to the event.

Ingenix Epidemiology                    page 49                    February 16, 2004

Confidential - Subject To Protective
Order

MRK-ABY0094245

M00B567958

**Table 9.4:**   Rates and Rate Ratios of MI Claims Events [1] associated with Specific Doses of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs
United Healthcare, 1999-2001

| | Events | Person-Years | Rate per 1000 Pys | Adjusted Rate Ratio [2] | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| Ibuprofen/Diclofenac (all doses) | 91 | 28,496 | 3.18 | 1.00 (REF) | | |
| **Rofecoxib** | | | | | | |
| 25 mg/day [3] | 45 | 8,331 | 5.49 | 1.44 | 0.98 | 2.11 |
| 50 mg/day [4] | 4 | 1,825 | 2.19 | 0.60 | 0.22 | 1.65 |
| **Celecoxib** | | | | | | |
| 400 mg/day [3] | 19 | 4,735 | 4.01 | 1.03 | 0.62 | 1.72 |

[1] Secondary endpoint consisted of MI or death from coronary heart disease, identified through claims data or National Death Index.
[2] Compared with use of ibuprofen or diclofenac (all doses), and adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions and CV comedication use. Note that covariates for stroke, antiarrhythmic medications, and digoxin were removed from model due to small numbers within strata.
[3] Recommended maximum daily chronic dose.
[4] Recommended acute pain dose.

Confidential - Subject To Protective Order

MRK-ABY0094246

MRK00667969

**Table 10:**  **Characteristics of Users of COX-2 and Other NANSAIDs by Dose**
UnitedHealthcare, 1999-2001

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | n = 1,40% | | n = 9... | | n = 15,49% | | n = 148,07... | |
| **Gender** | | | | | | | | |
| Female | 16,337 | 58.3% | 5,203 | 53.5% | 8,475 | 58.0% | 53,050 | 56.5% |
| Male | 13,063 | 41.7% | 4,519 | 46.5% | 8,009 | 41.1% | 53,891 | 43.5% |
| **Age When Entered Cohort** | | | | | | | | |
| 40-44 | 6,543 | 23.8% | 2,658 | 27.3% | 2,767 | 15.4% | 45,114 | 31.4% |
| 45-49 | 6,977 | 22.2% | 2,402 | 24.7% | 3,198 | 22.2% | 37,834 | 25.7% |
| 50-54 | 7,536 | 24.3% | 2,120 | 21.8% | 3,467 | 24.2% | 30,667 | 20.9% |
| 55-59 | 6,009 | 19.1% | 1,573 | 16.2% | 2,915 | 20.1% | 20,419 | 13.9% |
| 60-64 | 4,295 | 13.9% | 969 | 10.0% | 1,997 | 13.9% | 11,037 | 8.1% |
| **Health Plan (region)** | | | | | | | | |
| Midwest | 12,969 | 44.1% | 3,911 | 40.2% | 6,755 | 47.6% | 59,951 | 40.8% |
| Northeast | 639 | 2.2% | 255 | 2.6% | 551 | 3.6% | 8,925 | 6.1% |
| Southeast | 12,608 | 40.8% | 4,145 | 42.6% | 5,670 | 39.4% | 52,284 | 35.8% |
| West | 2,343 | 8.1% | 831 | 8.5% | 1,099 | 7.8% | 16,877 | 11.5% |
| **Prior Enrollment Before 1st NSAID** | | | | | | | | |
| < 8 months | 10,582 | 33.9% | 3,078 | 31.7% | 5,327 | 37.0% | 39,975 | 27.2% |
| 8 - 11 months | 4,578 | 14.6% | 1,483 | 15.3% | 2,208 | 15.4% | 23,746 | 16.2% |
| 12 + months | 15,191 | 51.5% | 5,161 | 53.1% | 6,849 | 47.5% | 83,246 | 56.6% |
| **Calendar Year of Study Entry** | | | | | | | | |
| 1999 | 2,475 | 7.7% | 431 | 4.4% | 4,302 | 29.5% | 62,300 | 42.4% |
| 2000 | 15,410 | 49.0% | 4,727 | 43.5% | 5,765 | 40.1% | 58,156 | 39.9% |
| 2001 | 13,593 | 43.2% | 5,064 | 52.1% | 4,317 | 30.0% | 28,315 | 18.0% |
| **Presence of Comorbid Condition** | | | | | | | | |
| Cardiac History | 2417 | 7.7% | 671 | 8.9% | 1,081 | 7.8% | 7,280 | 4.9% |
| Stroke | 178 | 0.6% | 48 | 0.5% | 99 | 0.7% | 455 | 0.3% |
| Transient Ischemic Attack | 170 | 0.5% | 45 | 0.5% | 85 | 0.6% | 455 | 0.3% |
| Peripheral Artery Disease | 258 | 0.8% | 89 | 0.9% | 154 | 1.1% | 791 | 0.5% |
| Diabetes | 2705 | 8.5% | 785 | 8.2% | 1,378 | 9.5% | 11,014 | 7.5% |
| Hypertension | 7854 | 25.0% | 2,258 | 23.2% | 3,688 | 25.5% | 33,124 | 20.5% |
| Hyperlipidemia | 6610 | 21.0% | 1,856 | 19.1% | 2,706 | 18.5% | 22,307 | 15.2% |
| Rheumatoid Arthritis | 575 | 1.8% | 122 | 1.3% | 1,023 | 7.1% | 1,071 | 0.7% |
| **Cardiovascular Comedication Use** | | | | | | | | |
| Anticoagulants | 600 | 1.6% | 156 | 1.6% | 288 | 2.0% | 934 | 0.6% |
| Statins and Other Anti-hyperlipidemics | 5147 | 16.4% | 1,350 | 13.9% | 2,168 | 15.3% | 15,777 | 10.7% |
| Oral Diuretics | 4108 | 13.1% | 1,157 | 11.9% | 2,161 | 15.0% | 15,260 | 10.4% |
| ACE Inhibitors | 3817 | 12.1% | 1,051 | 10.8% | 1,873 | 13.0% | 15,105 | 10.3% |
| Antiarrhythmics | 164 | 0.5% | 38 | 0.4% | 73 | 0.5% | 368 | 0.3% |
| Antiplatelet drugs | 233 | 0.7% | 79 | 0.7% | 139 | 1.0% | 562 | 0.4% |
| Beta blockers | 3194 | 10.2% | 564 | 5.9% | 1,481 | 10.3% | 11,253 | 7.7% |
| Calcium Channel Blockers | 3138 | 10.0% | 874 | 9.0% | 1,399 | 11.1% | 12,166 | 8.3% |
| Nitrates | 648 | 2.1% | 150 | 1.5% | 312 | 2.2% | 2,068 | 1.4% |
| Estrogens | 7445 | 23.7% | 1833 | 18.8% | 3,365 | 23.4% | 26,164 | 17.8% |
| Angiotensin Receptor Antagonist | 1108 | 3.8% | 338 | 3.5% | 497 | 3.5% | 2,684 | 1.8% |
| Digoxin | 320 | 1.0% | 51 | 0.6% | 136 | 0.9% | 834 | 0.6% |
| Oral steroids | 6302 | 18.9% | 1,742 | 17.9% | 2,767 | 18.4% | 18,238 | 12.4% |

Confidential - Subject To Protective Order

MRK-ABY0094247

**Table 11:** **Results of Re-abstraction and Review of Medical Records for Potential MI/ACS Cases**

| | Case status confirmed by reviewers | | | |
|---|---|---|---|---|
| | Both | One | Neither | % Discordant [1] |
| *Total* | 130 | 24 | 1 | 15 |
| **NANSAID Use** | | | | |
| *Ibuprofen/Diclofenac* | | | | |
| Current | 18 | 3 | 0 | 16 |
| Recent | 34 | 3 | 0 | 8 |
| *Rofecoxib* | | | | |
| Current | 13 | 5 | 0 | 28 |
| Recent | 8 | 0 | 0 | 0 |
| *Celecoxib* | | | | |
| Current | 20 | 5 | 0 | 25 |
| Recent | 8 | 4 | 0 | 40 |
| *Naproxen* | | | | |
| Current | 22 | 3 | 0 | 12 |
| Recent | 14 | 2 | 1 | 12 |
| **Age** | | | | |
| 40-49 | 32 | 5 | 0 | 14 |
| 50-59 | 70 | 11 | 0 | 14 |
| 60 + | 28 | 8 | 1 | 22 |
| **Gender** | | | | |
| Male | 98 | 13 | 0 | 12 |
| Female | 32 | 11 | 1 | 33 |

[1] Percent of discordant results (one reviewer indicating case, one reviewer indicating non-case) upon re-review for all potential cases within this row, e.g. percent discordant among patients age 40-49.

Confidential - Subject To Protective Order

MRK-ABY0094248

M00BE67971

# Figures

### Figure 1: COX-2 and NANSAID Users

UnitedHealthcare, 1999-2001



Confidential - Subject To Protective
Order

MRK-ABY0094249

**Figure 2: COX-2 and NANSAID Dispensings**

UnitedHealthcare, 1999-2001



Confidential - Subject To Protective
Order

MRK-ABY0094250

## Appendices

### Appendix 1: Primary and Secondary Endpoints

I.    The primary endpoint consists of MI and ACS identified through claims
      and confirmed through review of patient medical charts. Fatal MI and
      sudden cardiac death will be additionally identified through a search of the
      National Death Index.

MI and Acute Coronary Syndrome

*Non-fatal MIs and ACS will be identified from inpatient medical claims data. Fatal MIs will
be additionally identified through the NDI search if MI is the primary cause of death listed
on the death certificate.*

*ICD-9 codes:*
410.xx     Myocardial infarction
411.1x     Other acute and subacute forms of ischemic heart disease - intermediate
           coronary syndrome

Sudden or Cardiac Death

*Death as identified through the NDI search with any of the causes below listed as the
primary cause of death on the death certificate. A code for sudden death, as listed in the
medical claims data, only if NDI search results are consistent with a cardiovascular
death.*

*ICD-10 codes:*
I21.x     Acute myocardial infarction, of specific sites or site unspecified
I22.x     Subsequent myocardial infarction
I24.x     Other acute ischemic heart disease
I25.x     Chronic ischemic heart disease
I44.x     Atrioventricular and left bundle-branch block
I45.x     Other conduction disorders
I46.x     Cardiac arrest
I47.x     Paroxysmal tachycardia
I48.x     Atrial fibrillation and flutter
I49.x     Other cardiac arrhythmias
R96.x     Other sudden death, cause unknown (does not include SIDS)
R98       Unattended death

Confidential - Subject To Protective
Order

MRK-ABY0094251

MJ006E67974

## Appendix 1: Primary and Secondary Endpoints, continued

II.   The secondary endpoint consists of MI identified through claims, in
      conjunction with a three-day hospital stay, or an indication of discharge
      with a vital status of deceased.  Fatal MI and other CHD death will be
      additionally identified through a search of the National Death Index.

### Acute MI

*MIs will be identified from inpatient medical claims data.*

*ICD-9 codes:*
410.xx          Myocardial infarction

### CHD Death

*Death as identified through the NDI search with any of the causes below listed as the
primary cause of death on the death certificate.*

*ICD-10 codes:*
I21.x          Acute myocardial infarction, of specific sites or site unspecified
I22.x          Subsequent myocardial infarction
I24.x          Other acute ischemic heart disease
I25.x          Chronic ischemic heart disease

Ingenix Epidemiology                    page 56                    February 16, 2004

Confidential – Subject To Protective
Order

MRK-ABY0094252

M006E67975

## Appendix 2:   Comorbid conditions

### Prior cardiac history

| | |
|---|---|
| 411.xx | Other acute and subacute forms of ischemic heart disease |
| 413.xx | Angina pectoris |
| 414.xx | Other forms of chronic ischemic heart disease |
| 420.xx | Pericarditis |
| 421.xx | Endocarditis |
| 422.xx | Myocarditis |
| 423.xx | Other diseases of pericardium or endocardium |
| 425.xx | Cardiomyopathy |
| 427.xx | Conduction disorders or arrhythmias |
| 428.xx | Heart Failure |
| 429.xx | Ill-defined complications of heart disease |

### Stroke

| | |
|---|---|
| 430.xx | Subarachnoid hemorrhage |
| 431.xx | Intracerebral hemorrhage |
| 432.xx | Other and unspecified intracranial hemorrhage |
| 433.xx | Occlusion and stenosis of precerebral arteries |
| 434.xx | Occlusion of cerebral arteries |
| 436.xx | Acute but ill-defined cardiovascular disease (includes "stroke") |

### Transient ischemic attack (TIA)

| | |
|---|---|
| 435.xx | Transient cerebral ischemia |

### Peripheral artery disease

| | |
|---|---|
| 440.2 | Atherosclerosis of native arteries of the extremities |
| 440.3 | Atherosclerosis of bypass graft of extremities |
| 443.8 | Other specified peripheral vascular disease |
| 443.9 | Peripheral vascular disease, unspecified |
| 38.18 | Endarterectomy - lower limb arteries |
| 38.48 | Resection of vessel with replacement - lower limb arteries |
| 39.25 | Aorto-iliac-femoral bypass |
| 39.29 | Other (peripheral) vascular shunt or bypass |
| 39.59 | Other repair of vessel - site unspecified |
| 01270 | Anesthesia for procedures involving arteries of upper leg, including bypass graft, NOS |
| 01272 | Femoral artery ligation |
| 01274 | Femoral artery embolectomy |

Confidential - Subject To Protective Order

MRK-ABY0094253

M00667976

## Appendix 2: Comorbid conditions, continued

**Peripheral artery disease**

| | |
|---|---|
| 01440 | Popliteal thromboendarterectomy |
| 01444 | Popliteal excision and graft or repair for occlusion or aneurysm |
| 01550 | Anesthesia for procedures on arteries of lower leg, including bypass graft NOS |
| 01502 | Embolectomy, direct or with catheter |
| 01520 | Anesthesia for procedures on veins of lower leg, NOS |
| 01522 | Venous thrombectomy, direct or with catheter |
| 34201-34203 | Embolectomies of lower leg |
| 35226 | Repair blood vessel with or without angioplasty, direct, lower extremity |
| 35256 | Repair blood vessel with or without angioplasty, with vein graft, lower extremity |
| 35351 | Thromboendarterectomy - iliac |
| 35355 | Thromboendarterectomy - iliofemoral |
| 35361 | Thromboendarterectomy - combined aortoiliac |
| 35363 | Thromboendarterectomy - combined aortoiliofemoral |
| 35371 | Thromboendarterectomy - common femoral |
| 35372 | Thromboendarterectomy - deep (profunda) femoral |
| 35381 | Thromboendarterectomy - femoral |
| 35400 | Angioscopy (non-coronary vessels) |
| 35450 | Transluminal balloon angioplasty, open, renal or other visceral artery |
| 35454 | Angioplasty - iliac |
| 35456 | Angioplasty - femoral-popliteal |
| 35458 | Angioplasty - brachiocephalic trunk or branches, each vessel |
| 35459 | Angioplasty - tibioperoneal trunk and branches |
| 35460 | Angioplasty - venous |
| 35470 | Transluminal balloon angioplasty, percutaneous; tibioperoneal trunk or branches, each vessel |
| 35471 | Angioplasty - renal or visceral artery |
| 35473 | Angioplasty - iliac |
| 35474 | Angioplasty - femoral-popliteal |
| 35480 | Transluminal peripheral atherectomy, open; renal or other visceral artery |
| 35482 | Atherectomy - iliac |
| 35483 | Atherectomy - femoral-popliteal |
| 35484 | Atherectomy - brachiocephalic trunk or branches |
| 35485 | Atherectomy - tibioperoneal trunk and branches |
| 35490 | Transluminal peripheral atherectomy, percutaneous; renal or other visceral artery |
| 35492 | Atherectomy - iliac |
| 35493 | Atherectomy - femoral-popliteal |
| 35494 | Atherectomy - brachiocephalic trunk or branches |

Confidential - Subject To Protective Order

MRK-ABY0094254

M00G67977

*Appendix 2:*        **Comorbid conditions, continued**

*Peripheral artery disease*

| | |
|---|---|
| 35495 | Atherectomy - tibioperoneal trunk and branches |
| 35516 | Subclavian-axillary bypass |
| 35518 | Axillary-axillary bypass |
| 35521 | Axillary-femoral bypass |
| 35533 | Axillary-femoral-femoral bypass |
| 35541 | Aortoiliac bypass |
| 35546 | Aortofemoral or bifemoral bypass |
| 35548 | Aortoiliofemoral, unilateral bypass |
| 35549 | Aortoiliofemoral, bilateral bypass |
| 35551 | Aortofemoral-popliteal bypass |
| 35556 | Femoral-popliteal bypass |
| 35558 | Femoral-femoral bypass |
| 35563 | Ilioiliac bypass |
| 35565 | Iliofemoral bypass |
| 35566 | |
| | Femoral-anterior tibial, posterior tibial, or peroneal artery bypass |
| 35571 | Popliteal-tibial or -peroneal bypass |
| 35582 | In-situ vein bypass; aortofemoral-popliteal |
| 35583 | Femoral-popliteal bypass |
| 35585 | Femoral-anterior tibial, posterior tibial, or peroneal artery bypass |
| 35587 | Popliteal-tibial or -peroneal bypass |
| 35616 | Subclavian-axillary bypass |
| 35621 | Axillary-femoral bypass |
| 35641 | Aortoiliac bypass |
| 35646 | Aortofemoral or bifemoral bypass |
| 35650 | Axillary-axillary bypass |
| 35651 | Aortofemoral-popliteal bypass |
| 35654 | Axillary-femoral-femoral bypass |
| 35656 | Femoral-popliteal bypass |
| 35661 | Femoral-femoral bypass |
| 35663 | Ilioiliac bypass |
| 35665 | Iliofemoral bypass |
| 35666 | |
| | Femoral-anterior tibial, posterior tibial, or peroneal artery bypass |
| 35671 | Popliteal-tibial or -peroneal bypass |
| 37205 | Transcatheter placement of an intravascular stent (s), (non-coronary vessel), percutaneous; initial vessel |
| 37206 | Transcatheter placement of an intravascular stent (s), (non-coronary vessel), percutaneous; each additional vessel |
| 37207 | Transcatheter placement of an intravascular stent (s), (non-coronary vessel), open; initial vessel |
| 37208 | Transcatheter placement of an intravascular stent (s), (non-coronary vessel), open; each additional vessel |

Confidential - Subject To Protective Order

MRK-ABY0094255

M005E7978

## Appendix 2: Comorbid conditions, continued

### Diabetes mellitus

250.xx    Diabetes mellitus

and/or prescription drug claims for:

AHFS category 68:20 Antidiabetic agents

### Hypertension

| | |
|---|---|
| 401.xx | Essential hypertension |
| 402.xx | Hypertensive heart disease |
| 403.xx | Hypertensive renal disease |
| 404.xx | Hypertensive heart and renal disease |
| 405.xx | Secondary hypertension |

### Hyperlipidemia/hypercholesterolemia

| | |
|---|---|
| 272.0 | Pure hypercholesterolemia |
| 272.1 | Pure hyperglyceridemia |
| 272.2 | Mixed hyperlipidemia |
| 272.3 | Hyperchylomicronemia |
| 272.4 | Other and unspecified hyperlipidemia |

### Rheumatoid arthritis

714.0    Rheumatoid arthritis

Confidential - Subject To Protective Order

MRK-ABY0094256

M00GE67979

*Appendix 3: Medications*

| Drug Class | How Defined | Medications |
|---|---|---|
| ACE Inhibitors | 1ˢᵗ databank:<br>A4D | Benazepril<br>Enalapril<br>Fosinopril<br>Captopril<br>Lisinopril<br>Quinapril<br>Ramipril<br>Trandolapril<br>Moexipril |
| Angiotensin Receptor Antagonists | 1ˢᵗ databank:<br>A4F | Losartan<br>Candesartan<br>Irbesartan<br>Valsartan<br>Telmisartan |
| Antiarrhythmics | 1ˢᵗ databank:<br>A2A<br>(add Sotalol by name) | Sotalol<br>Propafenone<br>Quinidine<br>Mexlitine<br>Amiodarone<br>Flecainide<br>Tocainide<br>Dofetilide<br>Disopyramide<br>Procainamide<br>Moricizine |
| Anticoagulants | AHFS:<br>20:12.04<br>(anticoagulants) | Warfarin |
| Antiplatelet Drugs | 1ˢᵗ databank:<br>M9P | Aspirin/Dipyridamole<br>Ticlopidine<br>Cilostazol<br>Clopidogrel<br>Dipyridamole |

Confidential - Subject To Protective Order

MRK-ABY0094257

M006E6799D

## Appendix 3: Medications, continued

| Drug Class | How Defined | Medications |
|---|---|---|
| Beta-adrenergic Blockers | 1st databank: J7C (Excluding Sotalol) J7A | Acebutolol Atenolol Betaxolol Bisoprolol Carteolol Carvedilol Labetolol Metoprolol Nadolol Penbutolol Pindolol Propranolol Timolol |
| Calcium Channel Blockers | 1st databank: A9A | Nifedipine Verapamil Diltiazem Amlodipine Felodipine Bepridil Isradipine Nicardipine Nisoldipine Nimodipine |
| Digoxin | 1st databank: A1A | Digoxin Digitoxin |

Confidential - Subject To Protective Order

MRK-ABY0094258

M00667981

## Appendix 3: Medications, continued

| Drug Class | How Defined | Medications |
|---|---|---|
| Diuretics (oral) | AHFS:<br>40:28<br>(exclude 1st Databank:<br>R1K)<br>with route="ORAL" | Chlorothiazide<br>Hydrochlorothiazide<br>HCTZ/triamterene<br>HCTZ/bisoprolol<br>Furosemide<br>Bumetanide<br>Indapamide<br>Ethacrynic acid<br>Metolazone<br>Chlorthalidone<br>Bendroflumethiazide<br>Hydroflumethiazide<br>Methylclothiazide<br>Benzthiazide<br>Torsemide<br>Amiloride<br>Spironolactone<br>Triamterene<br>Quinethazone<br>Polythiazide<br>Trichlormethiazide |
| Estrogen replacement<br>therapy | 1st Databank:<br>G1A, (exclude<br>chlorotrainisens,<br>diethylstilbestrol) | Estrogens- conjugated<br>Estradiol<br>Estropipate |

Confidential - Subject To Protective
Order

MRK-ABY0094259

M006E67982

## Appendix 3: Medications, continued

| Drug Class | How Defined | Medications |
|---|---|---|
| Heparin | 1st databank:<br>M9K | Heparin<br>Enoxaparin<br>Daltaparin<br>Tinzeparin<br>Ardeparin<br>Danaparoid |
| Nitrates | 1st databank:<br>A7B (exclude sodium<br>nitrite& amyl nitrite) | Nitroglycerine<br>Isosorbide Mononitrate<br>Isosorbide Dinitrate |
| Other anti-hyperlipidemics | AHFS:<br>24:06 (excluding each<br>statin by name) | Gemfibrozil<br>Bezafibrate<br>Niacin<br>Clofibrate<br>Colestipol<br>Cholestyramine<br>Probucol<br>Fenofibrate |
| Statins | Identify each by name | Lovastatin<br>Pravastatin<br>Fluvastatin<br>Simvastatin<br>Atorvastatin<br>Cerivastatin |
| Steroids (oral) | AHFS:<br>68:04 (adrenals) with<br>route="ORAL" | Prednisone<br>Prednisolone<br>Methylprednisolone<br>Dexamethasone<br>Betamethasone<br>Cortisone<br>Hydrocortisone<br>Triamcinolone |

Confidential - Subject To Protective Order

MRK-ABY0094260

M006567983

**Appendix 4:   P-Values from Interactions between Current NANSAID Use and Gender, Age, Prior Cardiac History from Multivariate Poisson Regression Model (LR Statistics)**

|           | Gender | Age group | Prior Cardiac History |
|-----------|--------|-----------|-----------------------|
| Rofecoxib | 0.0694 | 0.1271    | 0.3247                |
| Celecoxib | 0.8342 | 0.1070    | 0.7087                |
| Naproxen  | 0.3236 | 0.5354    | 0.7257                |

Ingenix Epidemiology                  Page 65                February 16, 2004

Confidential - Subject To Protective Order

### Appendix 5: Definitions of Acute Coronary Syndrome Events

#### I. Background

*Discussion:*

Constellation of symptoms manifesting as a result of acute myocardial ischemia. Includes unstable angina, non-Q wave MI (or non-ST elevation MI), and ST-elevation MI. Acute coronary syndrome is a pathophysiologically defined rather than clinically- or lab-defined entity.

Thus, ACS is an inclusive term that represents a broad spectrum of conditions. Essentially, we can use our definition of unstable angina to define one end of the spectrum and of myocardial infarction (completed or aborted by interventions) to define the other end.

The diagnostically unclear area lies between the two extremes (leaklet MI; elevation of troponin without elevation of CPK; ischemic EKG changes without CPK/troponin elevation).

For our purposes, however, we only need to define the border between ACS and non-ACS, which in practice is simply the border between unstable angina and no unstable angina. Outcomes fitting our definitions of EITHER MI, or unstable angina, as given below should be confirmed as ACS, with no need to parse outcomes as MI or UA (though reviewer comments can reference the specific diagnosis when it is clear from the record).

*Clinical trial definitions of MI:*

Definition from clinical trials: new pathologic q waves in 2 related leads, or any 2 of 3 criteria: typical CP >15 mins, doubling or more of CPK levels, evolutionary ST-T wave changes

Enzyme definitions of MI used by major clinical trials: creatine kinase (CK) or CK-MB greater than the upper limit of normal (ULN) in PURSUIT; CK or CK-MB >2× ULN in PRISM, PRISM-PLUS, PARAGON A, and PARAGON B; and CK-MB >3× ULN in GUSTO IV.

*Clinical definition of unstable angina:*

Braunwald classification of unstable angina: angina while at rest (within 24 hrs of presentation for acute, within 1 month for subacute), new angina, or progressively increasing angina; can be with or without EKG changes; also characterized as post-MI, and with or without other conditions (anemia, fever, hypoxia, tachycardia, or thyrotoxicosis).

*Clinical trial definition of unstable angina:*

Eligible patients were those who had their most recent episode of chest pain at rest or accelerating chest pain within 24 hours of randomization. Coronary artery disease had to be manifested by one of the following three sets of signs: (1) electrocardiographic evidence of myocardial ischemia in two contiguous leads during an episode of chest pain with new, persistent, or transient ST-segment depression of 0.1 mV or more (0.08 second after the J point); new, persistent, or transient T-wave inversion; or transient ST-segment elevation (lasting less than 20 minutes) of 0.1 mV or more; (2) elevated cardiac-enzyme levels consistent with the occurrence of non-Q-wave myocardial infarction; or (3) a history of myocardial infarction, percutaneous revascularization more than six months earlier,

Confidential - Subject To Protective
Order

MRK-ABY0094262

M00SE67985

coronary surgery more than one month earlier, a positive exercise stress test or
dipyridamole (or adenosine) nuclear stress test, or narrowing of at least 50 percent of the
luminal diameter of a major coronary artery on a previous arteriogram. PRISM, NEJM,
1998

## II. Study Definitions

*Clinical reviewers were instructed that study events meeting EITHER the definition
of myocardial infarction or unstable angina below should be classified as an ACS
endpoint for this study.*

### a) Myocardial Infarction

*Criteria to include case:*

1. Likely clinical scenario or ECG changes typical for ischemia followed by or during
   hospitalization and evidence for elevated MB-fraction CPKs or elevated troponin
   levels; or sudden death.
2. Cardiologist, Emergency Room or other Physician consult note stating that MI
   occurred prior to or during this hospitalization
3. Likely clinical scenario or ECG changes typical for ischemia followed by
   immediate coronary revascularization or thrombolysis sufficient to abort MI.

*Criteria to exclude case:*

No thrombolysis or coronary revascularization procedure, and any of the following:

1. Less than 24 hour hospitalization (excluding transfers, deaths, and patient leaving
   against medical advice)
2. Normal stress test during or shortly (within 1 month) after hospitalization
3. Cardiologist or appropriate other consult note stating that MI did not occur during
   this hospitalization or attributes injury and symptoms to a cause other than MI.
4. Trauma case with elevated total CPKs (from muscle injury) but not elevated CPK-
   MB (from cardiac injury).
5. Myocardial infarctions occurring during cardiac surgery (bypass or valve surgery,
   coronary catheterization).
6. MI occurs as the terminal event of other, non-cardiovascular, life-threatening
   morbidity.

Individual lab values for Normal/Elevated levels of enzymes will be used as present in medical
record, or statement in record of "elevation" in absence of such values.

### b) Unstable angina

*Criteria to include case:*

1. Admission to hospital from emergency room or clinic with chest pain at rest or
   accelerating, not primarily attributed to causes other than cardiac (e.g. trauma,
   GI distress, cholecystitis or pancreatitis, pneumonia, pneumothorax, aortic
   dissection)

Confidential - Subject To Protective
Order

MRK-ABY0094263

M00GE67986

2. Cardiologist, Emergency Room, or other Physician consult note stating that unstable angina occurred prior to or during this hospitalization. Diagnoses of "acute coronary syndrome" or "non-Q-wave MI" will be included unless the event meets our study definition for myocardial infarction.

Strong corroborating evidence includes: initial ischemic changes on EKG that resolve (particularly with nitrate or beta-blocker therapy), positive stress test in patient that did not have an MI, history of stable angina

Supporting evidence includes: use of IIb/IIIa inhibitor (abciximab/reopro, eptifibatide/integrilin or intrfiban, tirofiban/aggrastat, lamifiban), intravenous beta-blocker (esmolol, metoprolol), or heparin

1. *Note*: normal EKG, negative stress test, normal CK-MB or troponin *do not* exclude unstable angina

*Criteria to exclude case:*

1. Diagnosis of non-cardiac origin of chest symptoms at time of discharge
2. Diagnosis of chronic stable angina in patient admitted for other reasons

Individual lab values for Normal/Elevated levels of enzymes will be used as present in medical record, or statement in record of "elevation" in absence of such values.

### III. References

Acute Coronary Syndromes
Cannon CP. Hand MH. Bahr R. Boden WE. Christenson R. Gibler WB. Eagle K. Lambrew CT. Lee TH. MacLeod B, Ornato JP. Selker HP. Steele P. Zalenski RJ. National Heart Attack Alert Program (NHAAP) Coordinating Committee Critical Pathways Writing Group. Critical pathways for management of patients with acute coronary syndromes: an assessment by the National Heart Attack Alert Program. *American Heart Journal. 143(5):777-89, 2002 May.*

Maynard SJ. Scott GO. Riddell JW. Adgey AA. Management of acute coronary syndromes. *BMJ. 321(7255):220-3, 2000 Jul 22.*

Theroux P. Fuster V. Acute coronary syndromes: unstable angina and non-Q-wave myocardial infarction. *Circulation. 97(12):1195-206, 1998 Mar 31.*

Confidential - Subject To Protective Order

MRK-ABY0094264

M009E67987