UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**  
    **PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

..........................................................

**THIS DOCUMENT RELATES TO:**  
    **2:05-cv-5835**

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel respectfully moves for leave to withdraw as counsel in this matter, his representation of Plaintiff Charles Hawkins. Without breaching any privilege, Plaintiff's counsel can only state that it is not in the best interest of these clients that he remain as counsel. This motion applies only to representation of Charles Hawkins, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action, not previously withdrawn from. Upon receipt of the Order granting this Motion to Withdrawal, File & Serve will be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect this change in representation.

Until further notice, all future Notices, Orders, and Motions should be served directly to the Plaintiff, Charles Hawkins, 1435 N. Brown St., Milwaukee, WI 53205.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

By: /s/ SETH SHARROCK WEBB  
Seth Sharrock Webb, Fed. Bar No. 505666  
720 Olive Street, Suite 1800  
St. Louis, MO 63101  
Ph: (314) 421-0216  
Fax: (314) 421-0359  
swebb@brownandcrouppen.com  
ATTORNEY FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Charles Hawkins, has been notified of all deadlines and pending court appearances by certified mail.

ALSO, I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and mailed via U.S. Postal Service Certified Mail to the Plaintiff at the address listed below, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of August, 2006.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Hawkins**
1435 N. Brown St.
Milwaukee, WI 53205
*Plaintiff*

By:    /s/ SETH SHARROCK WEBB
       Seth Sharrock Webb, Fed. Bar No. 505666