**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: VIOXX** | |
| **PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 1657** |
| **This document relates to** **Case No. 2:05-CV-04379** | **SECTION L** |
| **ROBERT G. SMITH,** | **JUDGE FALLON** |
| Plaintiff, | **MAGISTRATE JUDGE KNOWLES** |
| **v.** | **MERCK'S OBJECTIONS TO** **PLAINTIFF'S DEPOSITION** **DESIGNATIONS FOR** **BLAKE AND CANNELL** |
| **MERCK & CO., INC.,** | |
| Defendant. | |

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's

Deposition Designations for Mary Elizabeth Blake and Thomas Cannell.

### General Objections to Plaintiff's Designations for Blake and Cannell

Merck objects to all of Plaintiff Smith's designations of the testimony of Mary Elizabeth

Blake and Thomas Cannell in their entirety on the following grounds:  First, neither of these

witnesses were identified on Plaintiff's witness list which, under the scheduling order applicable to

this case, was due July 18, 2006; and second, neither of these witnesses were included on Plaintiff's

list of affirmative designations filed August 1, 2006.

Merck has the following specific objections to Plaintiff's designations as well:

### Specific Objections to Plaintiff's Blake Designations

Ms. Mary Elizabeth Blake is Public Affairs Director for Merck.  The following

objections have not previously been offered or ruled upon by the Court.

1

| Plaintiff's Designations | Merck's Objections |
|---|---|
| | |
| 67:2-67:3 | Irrelevant.  Witness's performance review from the year 2000 is irrelevant to Plaintiff because his prescription and usage of Vioxx post-dates this time period by almost 2 years. |
| 69:3-69:7 | Irrelevant. Testimony relates to witness's 2000 performance review regarding her duties in responding to the VIGOR study in the year 2000. Her job activities and performance review for 2000 are irrelevant to Mr. Smith because his prescription and usage of Vioxx post-dates this time period by almost 2 years. |
| 69:19-69:22 | Same as above. |
| 70:8-70:19 | Same as above. |
| 70:21-71:6 | Same as above. |
| 71:7-71:14 | Same as above. |
| 71:18-71:25 | Same as above. |
| 72:1-72:12 | Same as above. |
| 72:15-72:24 | Same as above. |
| 73:1-73:5 | Same as above. |

**Specific Objections to Plaintiff's Cannell Designations**

Mr. Thomas Cannell is the former Vioxx Marketing Director at Merck.  The objections set forth below were previously ruled upon by the Court.  Merck respectfully requests that the Court re-visit certain limited portions of its rulings on this testimony in *Barnett*.

| Plaintiff's Designations | Merck's Objections |
|---|---|
| | |
| 47:18-48:5 | Hearsay; irrelevant; prejudicial. |
| 50:8-50:16 | Hearsay; irrelevant; prejudicial. |
| 50:18-50:24 | Hearsay; irrelevant; prejudicial. |
| 52:10-52:17 | Hearsay; irrelevant. |
| 53:9-53:22 | Hearsay; irrelevant. |
| 53:24-54:2 | Hearsay; irrelevant. |
| 54:4-54:5 | Hearsay; irrelevant. |
| 60:14-60:24 | Foundation; argumentative. |
| 61:1-61:2 | Foundation; argumentative. |

826106v.1

3

| | |
|---|---|
| 62:4-62:4 | Foundation; argumentative. |
| 62:6-62:6 | Hearsay. |
| 63:10-63:11 | Hearsay; irrelevant. |
| 63:21-63:25 | Hearsay; irrelevant. |
| 64:2-64:5 | Hearsay; irrelevant. |
| 64:24-64:45 | Question fragment, does not include answer. |
| 80:20-81:4 | Hearsay; irrelevant. |
| 82:1-82:3 | Mischaracterizes the evidence; hearsay; irrelevant. |
| 82:5-82:12 | Mischaracterizes the evidence; hearsay; irrelevant. |
| 83:8-84:2 | Hearsay; irrelevant. |
| 88:1-88:7 | Mischaracterizes the evidence; hearsay; irrelevant. |

826106v.1

Dated:  August 28, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Brian Currey
Catalina J. Vergara
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

And

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

4

826106v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Objections to Plaintiff's Deposition Designations for Blake and Cannell has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of August, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826106v.1