Exhibit A - Sander's Deposition Excertps (Atherosclerosis)

• Smith - Expet Challenge # 10 (Atherosclerosis - Plaque Rupture)

| [1:1] - [2:25] | 8/15/2006   Sanders, Gary E. |
|---|---|

```
page 1
    0001
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4
         IN RE: VIOXX              MDL DOCKET NO. 1657
5        PRODUCTS LIABILITY
         LITIGATION
6
         THIS DOCUMENT RELATES    SECTION "L"
7        TO:
8        ROBERT G. SMITH           JUDGE FALLON
9        VERSUS
10       MERCK & CO., INC.
11       Civil Action No. 2:05-CV-04379
12
13       CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
14
                     Deposition of DR. GARY E. SANDER,
15       taken at the Law Offices of Stone, Pigman,
         Walther, Wittmann, 546 Carondelet Street, New
16       Orleans, Louisiana, on the 15th day of August,
         2006.
17
18
         APPEARANCES:
19
         Representing Garry Smith:
20
                 THE WILLIAMS BAILEY LAW FIRM
21               Attorneys at Law
                 BY:  JOHN T. BOUNDAS, ESQ.
22               8441 Gulf Freeway, Suite 600
                 Houston, Texas 77017
23               jboundas@williamsbailey.com
                 713-230-2200
24
                     -and-
25
page 2
1                THE WATTS LAW FIRM
                 Attorneys at Law
2                BY:  JAMES L. LARRY WRIGHT, ESQ.
                 111 Congress Avenue, Suite 1010
3                Austin, Texas 78701
                 512-479-0500
4
5        Representing Charles Mason:
6                BLIZZARD, McCARTHY & NABERS
                 Attorneys at Law
7                BY:  J. SCOTT NABERS, ESQ.
                 440 Louisiana Avenue, Suite 1710
8                Lyric Centre Building
                 Houston, Texas 77002-1689
9                713-844-3750
10
         Representing the Defendant:
11
12
13               FULBRIGHT & JAWORSKI
                 Attorneys at Law
14               BY:  JONATHAN B. SKIDMORE, ESQ.
                 ROBERT A. BLACKWELL, ESQ.
15               2200 Ross Avenue, Suite 2800
                 Dallas, Texas 75201-2784
16
                 Jskidmore@fulbright.com
```

Exhibit A - Sander's Deposition Excertps (Atherosclerosis)

**• Smith - Expet Challenge # 10 (Atherosclerosis - Plaque Rupture)**

```
                    17              Rblackwell@fulbright.com
                                    214-855-8038
                    18
                    19      REPORTED BY:
                    20
                    21              RUBY M. WALLEN
                                    CERTIFIED COURT REPORTER
                    22
                    23      ALSO PRESENT:
                    24              GLENDA GRAINGER
                                    Gsgrainger@aol.com
                    25
                    page 3
                    1                   EXAMINATION INDEX
```

[238:18] - [240:18]     8/15/2006     Sanders, Gary E.

```
                    page 238
                    17      A.      Those are some.
                    18      Q.      Now, the next section in your
                    19  report which is near the two thirds of the way
                    20  down Page 4, it says that "at least in certain
                    21  animal models, interruption of PGI-2
                    22  accelerates the development of progression of
                    23  atherosclerosis."
                    24          Do you see that?
                    25      A.      Yes.
                    page 239
                    1       Q.      Yes?
                    2       A.      Yes.
                    3       Q.      We talked earlier and you agreed
                    4   that this is not scientifically proven, but is
                    5   a hypothesis at this time.
                    6       MR. WRIGHT:
                    7               Object to the form.
                    8       THE WITNESS:
                    9               I think the actual interactions
                    10  in the formation of atherosclerosis is still
                    11  experimental as opposed to COX-2 in humans.  I
                    12  think there is some evidence that supports it.
                    13              I think there are some people who
                    14  still argue that they are not convinced and I
                    15  don't intend to go there.
                    16  BY MR. SKIDMORE:
                    17      Q.      And you don't intend in this case
                    18  to say that Mr. Smith had a progression of his
                    19  atherosclerosis or an acceleration of his
                    20  atherosclerosis due to Vioxx?
                    21      A.      No.
                    22      Q.      That is correct?
                    23      A.      That is correct.  I do not plan
                    24  to testify that he would have had accelerated
                    25  atherosclerosis from Vioxx.
                    page 240
                    1       Q.      Or a progression because of
                    2   Vioxx?
                    3       MR. WRIGHT:
                    4               Objection.
                    5       THE WITNESS:
                    6               I certainly would want to claim
                    7   that he had one coronary lesion which
                    8   progressed.
                    9   BY MR. SKIDMORE:
                    10      Q.      You are talking about the
                    11  thrombus?
                    12      A.      The thrombus, which is a coronary
                    13  lesion, atherosclerotic lesion which is
                    14  progressed.  That is what I am talking about.
                    15      Q.      But you are not going to say his
                    16  atherosclerotic process --
                    17      A.      In general, I have no evidence to
```

Exhibit A - Sander's Deposition Excertps (Atherosclerosis)

• **Smith - Expet Challenge # 10 (Atherosclerosis - Plaque Rupture)**

```
                                      18  support that.
                                      19       Q.    On Page 5 you talk about
```

[240:19] - [241:21]      8/15/2006    Sanders, Gary E.

```
                         page 240
                         18  support that.
                         19       Q.    On Page 5 you talk about
                         20  mechanisms within the kidney are also vitally
                         21  important.  Do you see that?
                         22       A.    Yes.  I do.
                         23       Q.    This section of the article, it
                         24  appears to me -- not article -- of your
                         25  report, is focused on potential increases in
                         page 241
                         1   blood pressure that can be caused by COX-2s.
                         2        A.    Blood pressures, fluid retention
                         3   and potentially heart failure.
                         4        Q.    Was fluid retention a problem
                         5   with Mr. Smith?
                         6        A.    No.  Not to my knowledge.
                         7        Q.    Was heart failure or congestive
                         8   heart failure a problem for Mr. Smith?
                         9        A.    I did not see any evidence of
                         10  that.
                         11       Q.    So I would assume that this
                         12  section of the report doesn't have application
                         13  to Mr. Smith?
                         14       A.    I think there is some blood
                         15  pressure issues to be discussed.
                         16       Q.    I meant the parts that had to do
                         17  with congestive heart failure and fluid
                         18  retention?
                         19       A.    Correct.  I am not aware of fluid
                         20  retention.  Certainly not aware of heart
                         21  failure.
                         22       Q.    What you are focused on is the
```

[268:22] - [269:14]      8/15/2006    Sanders, Gary E.

```
                         page 268
                         21  do it again actually.
                         22       Q.    Well, is it a sound scientific
                         23  hypothesis that Vioxx's anti-inflammatory
                         24  effect might slow the progression of
                         25  atherosclerosis and help stabilize plaque?
                         page 269
                         1        MR. WRIGHT:
                         2              Object to the form.
                         3        THE WITNESS:
                         4              In animal models.  There are
                         5   animal models that suggest that.  APO
                         6   deficient graph, which is supposedly the best
                         7   model for this, does not support that.  It is
                         8   pro-atherosclerotic.
                         9              Other models say it is
                         10  anti-atherosclerotic.  But I would say that
                         11  the reason you do animal models is to predict
                         12  what is going to happen in humans.  And once
                         13  we know what is going to happen in humans, the
                         14  animal models become less relevant.
                         15       Q.    You would agree that reduction of
```

[380:1] - [380:22]       8/15/2006    Sanders, Gary E.

```
                         page 379
                         25
                         page 380
                         1              REPORTER'S CERTIFICATE
                         2
```

Exhibit A - Sander's Deposition Excerpts (Atherosclerosis)

- **Smith - Expet Challenge # 10 (Atherosclerosis - Plaque Rupture)**

```
 3
 4          I, RUBY M. WALLEN, Certified Court
 5  Reporter, do hereby certify that the
 6  above-named witness, after having been first
 7  duly sworn by me to testify to the truth, did
 8  testify as hereinabove set forth;
 9          That the testimony was reported by me
10  in shorthand and transcribed under my personal
11  direction and supervision, and is a true and
12  correct transcript, to the best of my ability
13  and understanding;
14          That I am not of counsel, not related
15  to counsel or the parties hereto, and not in
16  any way interested in the outcome of this
17  matter.
18
19
20
21          _____
            RUBY M. WALLEN
22          CERTIFIED COURT REPORTER
            CSR NO. 78022
23
```