## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA,
## NEW ORLEANS DIVISION

IN RE VIOXX PRODUCTS                 )
LIABILITY LITIGATION                 )           MDL DOCKET No. 1657
_____)
                                     )
THIS DOCUMENT RELATES TO:            )
                                     )
ALL ACTIONS                          )
_____)


## EXPERT WITNESS REPORT AND DECLARATION
## OF GARY SANDER, M.D.

I, Gary Sander, MD, hereby state as follows:

1.  I am board certified by the American Board of Internal Medicine in Internal
    Medicine and Cardiovascular Diseases as well. I hold fellowship status with the
    American College of Physicians, American College of Cardiology, the American
    College of Chest Physicians, and the American Heart Association, and
    membership in such related organizations as the American Society of
    Hypertension, the Heart Failure Society of America, the Southern Society of
    Clinical Investigation, and the American Society of Pharmacology and
    Experimental Therapeutics. I am also designated as a Specialist in Clinical
    Hypertension by the American Society of Hypertension. I serve as a Physician
    Advisor for the Louisiana Health Care Review, Inc, which is the peer review
    organization for CMS in Louisiana.

M007220763

Medical Report Charles Laron Mason
August 7, 2006

2.  In my present positions as Professor of Medicine in the Sections of Cardiology at
    Louisiana State University Health Sciences Center and Adjunct Professor at
    Tulane University Health Sciences Center in New Orleans, I supervise medicine
    house staff and cardiology fellows in the practice of cardiology.  I also maintain a
    private cardiology practice with Canal Street Cardiology Associates in New
    Orleans.  I have authored over 100 publications dealing with various aspects of
    Cardiovascular Medicine, and have taught and lectured extensively in these areas
    as well.  My qualifications and experience are more specifically listed in the
    attached curriculum vitae.

3.  My knowledge, training, and experience have made me extremely familiar with
    the issues concerning use and toxicity of NSAID and COX-2 drugs; I estimate
    that I have spent over 100 hours, not related to specific VIOXX litigation cases,
    reviewing, writing, and presenting topics related to these issues. A comprehensive
    list of articles and materials that I have reviewed is attached.  A list of my
    depositions and court appearances is also attached and my testimony is
    incorporated herein by reference.    My fees for my professional medicolegal
    services are $350 per hour for record review, consultation, and report preparation,
    $500 per hour or fraction thereof for depositions, and $800 per hour for court
    testimony.

4.  It is well established that heart disease represents a very major epidemiological

2

M007220764

problem in the United States; the magnitude of the impact of cardiovascular disease upon morbidity and mortality is documented on the American Heart Association website. The severity of the problem is such that the NIH, as well as the pharmaceutical industry, have expended billions of dollars in attempts to better understand the pathophysiological mechanisms driving these cardiovascular events and trying to develop more effective treatments and prevention measures.

5. While much of the causation of cardiovascular events can be related to the presence of risk factors including dsylipidemias, cigarette smoking, hypertension, and diabetes, it is clear that additional factors, including pharmacologically-induced increases in blood pressure and in the activation and aggregation of blood platelets, together with impairment of the cardiovascular system's ability for autoregulation and defense, can play substantial roles in the development of cardiovascular events. One of the major breakthroughs in clinical pharmacology has been the demonstration of the effectiveness of aspirin in both preventing as well as reducing the severity of ongoing cardiovascular events, especially myocardial infarction. Aspirin produces its effects by interfering with the activation and aggregation of blood platelets, an event that occurs in response to vascular tissue injury and in turn results in activation of blood clotting factors and then clot formation, often leading to vascular obstruction and tissue injury, such as myocardial infarction. This has highlighted the importance of blood platelets in modulating the extent of tissue injury and repair, and led to the development of

3

M007220765

Medical Report Charles Laron Mason
August 7, 2006

additional drugs, such as Plavix and GpIIb-IIIa inhibitors, as even better platelet inhibitors and therapeutic agents. Thus it is not surprising that drugs that increase platelet aggregation, such as the potent COX-2 inhibitor VIOXX, have been demonstrated to increase the number of cardiovascular events; nor should it be surprising that this increase in events would be more apparent in patients with pre-existing atherosclerosis, who already have vascular obstructive disease that is both atherosclerotic and inflammatory and are at greater risk for subsequent events augmented by platelet aggregation.

6. The cyclooxygenase (COX) system functions to produce a family of prostanoids, including $PGD_2$, $PGE_2$, $PGF_{2\alpha}$ (prostacyclin), and $TxA_2$ (thromboxane), which modulate a variety of biological functions. In this system arachidonic acid is generated from membrane-bound phospholipids by the enzyme phospholipase $A_2$. Cyclooxygenase–1 (COX-1) is a constitutive (present normally) enzyme that produces prostaglandins that mediate gastrointestinal mucosal integrity, platelet aggregation, and renal function. Cyclooxygenase-2 (COX-2) is an inducible enzyme that contributes to inflammatory responses and carcinogenesis. However, COX-2 is constitutive in kidney and brain, and both COX-1 and COX-2 are expressed at sites inflammation. COX-2 is unregulated in high renin states, such as salt depletion, ACE inhibition and angiotensin receptor blockade, and renovascular hypertension. Importantly, COX-1 catalyzes the conversion of arachidonic acid to $TxA_2$ and $PGI_2$, prostaglandins that play a critical role in platelet–vessel wall interactions. COX-2, induced at sites of vascular

M007220766

Medical Report Charles Laron Mason
August 7, 2006

inflammation such as plaques, also produces both of these prostaglandins, and may serve as an important vascular defense mechanism at sites of injury where platelet activation has occurred, as will be described later and illustrated in Figure 1. $TxA_2$, the major product of blood platelet COX-1, is a vasoconstrictor and plays an important role in platelet aggregation. $PGI_2$, mainly produced by the endothelium, is a potent vasodilator and antiplatelet factor; an increase in the concentration of $TxA_2$ relative to that of $PGI_2$ results in a prothrombotic of hypercoaguable state.

7. As described by Dr. Antman, because the endothelial prostanoid $PGI_2$ has antithrombotic action while the platelet prostanoid $TxA_2$ has prothrombotic action, investigators realized in the 1970s that nonselective inhibition of COX pools in these 2 cell types could theoretically result in an attenuation of the antithrombotic effect of inhibition of platelet COX. At that time, investigators defined doses and conditions under which the suppression of $TxA_2$ synthesis by aspirin predominates over the suppression of $PGI_2$ synthesis; as a result of the irreversible inhibition (via acetylation) of COX by aspirin and the difference in half-lives of inhibited platelet and endothelial COX, low-dose aspirin was found to provide sufficient antithrombotic selectivity for primary and secondary prevention of atherothrombotic events. This is why aspirin is so widely prescribed by physicians and even used by the general public based simply upon media reports – in an attempt to reduce the frequency and severity of cardiovascular events. Nonsteroidal anti-inflammatory drugs (NSAIDs) variably

M007220767

Medical Report Charles Laron Mason
August 7, 2006

and reversibly inhibit both COX-1 and COX-2 activity.

8.   COXIBS are relatively selective COX-2 inhibitors, with rofecoxib more selective

than celecoxib. Although it was previously thought that COX-1 was responsible

for $PGI_2$ production in normal endothelial cells it is now apparent that COX-2

also contributes significantly to $PGI_2$ biosynthesis in humans.  COX-2 inhibitors,

by selectively reducing endothelial $PGI_2$ production, appear to cause unopposed

$TxA_2$ activity and thus lead to a prothrombotic state. Furthermore, at least in

certain animal models, interruption of $PGI_2$ accelerates the development and

progression of atherosclerosis. This suggests that selective inhibition of COX-2

can disrupt the physiological balance between $TxA_2$ and $PGI_2$ and thus increase

the risk of atherosclerosis, thrombogenesis, and the risk of cardiovascular

complications.

9.   The critically important role of inducible COX-2 in atherosclerotic coronary

arteries in demonstrated in Figure 1, adapted from *Bishop-Bailey D, Mitchell JA,*

*Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol.*

*2006;26(5):956-8.*  In the healthy vessel in the top panel, COX-1 is expressed in

the endothelium producing protective $PGI_2$. The acute response stress or injury is

illustrated in the second panel. Along with endothelial COX-1, COX-2 is induced

in the endothelium and underlying vascular smooth muscle to produce additional

protective $PGI_2$ to help offset increased $TxA_2$ production by activated platelets.

This critically important interaction between platelet activation and aggregation,

represented by $TxA_2$, and the integrity of vascular defense mechanisms,

M007220768

Medical Report Charles Laron Mason
August 7, 2006

represented by $PGI_2$, is further illustrated in Figure 2 from Dr. Antman's peer-reviewed and published article (*Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112(5):759 - 70.*) Endothelial cells are shown as a source of $PGI_2$ and platelets as source of $TxA_2$ under untreated conditions (top row) or treated with low dose aspirin (middle row), or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; as demonstrated in Figure 1, endothelial cells produce both COX-1 and COX-2. In the normal artery, the balance between $PGI_2$ and $TxA_2$ production favors $PGI_2$ and the inhibition of platelet dependent thrombus formation. In the atherosclerotic artery, both $PGI_2$ and $TxA_2$ production is increased, at least in part due to increased platelet activation with compensatory $PGI_2$ formation via both COX-1- and COX-2 in endothelial cells; the net effect is an imbalance favoring $TxA_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1 mediated $TxA_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2 – dependent $PGI_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance due to the importance of COX-1 as a source of $PGI_2$ in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of $PGI_2$ and more $TxA_2$ is produced. Thus inhibiting COX-2 by coxibs has a more profound effect on prostanoid balance, favoring $TxA_2$ production and promoting platelet-dependent

M007220769

Medical Report Charles Laron Mason
August 7, 2006

thrombosis.

10. Mechanisms within the kidney are also vitally important. Prostaglandins modulate microvascular hemodynamics, tubular salt and water reabsorption, and renin release. $PGE_2$ decreases tubular $Na^+$ reabsorption. $PGI_2$ stimulates renin release, in turn stimulating aldosterone secretion and an increased $K^+$ secretion at the distal nephron. $PGI_2$ is also a potent vasodilator that preserves renal perfusion in conditions associated with decreased actual or effective circulating volume. Reduction in $PGI_2$ may lead to hyperkalemia and even acute renal failure. Under physiologic conditions COX-2 appears to be the dominant contributor to $Na^+$, $Cl^-$, and water homeostasis. Thus a reduction in renal production of $PGE_2$ may result in $Na^+$ and water retention with resultant edema, increase in blood pressure, and potentially congestive heart failure. The impact of even small changes in blood pressure is very significant but often overlooked; increases in blood pressure with the range from optimal (defined as < 120/80 mm Hg) to high normal (130-139/85-89 mm Hg) result in significant increases in cardiovascular event rates in both men and women during 12 year observational periods. As small a reduction in systolic blood pressure as 2 mm Hg has been reported to reduce coronary heart disease mortality by 7% and stroke mortality by 10%. Correspondingly a 2 mm Hg reduction in diastolic blood pressure reduces the incidence of coronary heart disease by 6% and stroke by 15%.

11. Potent COX-2 inhibitors such as VIOXX can increase blood pressure and blood coagulability, contributing to the incidence of cardiovascular events by two

M007220770

Medical Report Charles Laron Mason
August 7, 2006

separate but re-enforcing mechanisms.   The increased blood pressure will increase shear stress forces in such blood vessels as the coronary arteries, thus increasing the risk of vulnerable plaque rupture, then increasing the likelihood of platelet activation and aggregation (clumping),  leading to activation of blood protein coagulation factors, blood clot formation, arterial obstruction, and finally acute coronary syndromes including stroke and myocardial infarction.

12. Clinical data now clearly indicate that these COX-2 induced mechanisms are operative in increasing the rate of cardiovascular events in humans; recognition of these data has forced Merck to withdraw VIOXX from the market. Examination of clinical trials such as Merck 090, VIGOR, and ADVANTAGE have demonstrated that cardiovascular event rates can increase at least as early as 4 to 6 weeks after initiating VIOXX treatment.  The APPROVe Trial was a long-term, multi-center, randomized, placebo-controlled, double blind trial designed to determine the effect of three years of treatment with rofecoxib (25 mg daily) on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colonic adenomas but no known cardiac history.  Those subjects exposed to VIOXX developed "serious heart disease" at an incidence rate of 1.01/100 patients years as contrasted to an incidence rate of 0.36/100 patient years for those receiving placebo.  This results in a statistically significant relative risk or hazard ratio of 2.8 for VIOXX recipients relative to those receiving placebo; this raises the risk attributable for VIOXX as the cause of cardiac events in both the VIGOR and APPROVe studies to greater than 50%.  Interestingly, the cumulative

M007220771

Medical Report Charles Laron Mason
August 7, 2006

incidence of thrombotic events and the cumulative incidence of congestive heart failure, pulmonary edema, or cardiac failure began to separate as early as 6 months into the trial (rofecoxib vs placebo p = 0.004), such that 39 individuals in the VIOXX group as compared to 9 in the placebo group, discontinued therapy due to elevated blood pressure or edema.  The relative risk of 2.8 underestimates the excess of cases of "serious cardiac events" that would have been observed had these subjects completed the study.  Those subjects who entered the study at higher risk were placed at even greater relative risks.

13. The relative risk category of "symptomatic atherosclerotic cardiovascular disease was 9.59, and the relative risk for diabetes was 6.10.  Although Merck's position with the initial publication of the APPROVe trial was that the relative risk of VIOXX-induced events only became apparent after 18 months of therapy, further data analysis from MERCK now indicates that the risk appears to have occurred throughout the trial, and that the original conclusions published as the APPROVe study in the New England Journal of Medicine were misleading.   Thus time on drug is no longer an issue in the causation of cardiovascular events

14. I have reviewed the following medical records detailing Mr. Mason's claims that VIOXX contributed substantially to his myocardial infarction:

1. Deposition of Edward W. Ganellen, M.D., dated July 25, 2006;

2. Deposition of Gary Symkoviak, M.D., dated July 10, 2006;

3. Deposition of Bard R. Madsen, M.D., dated July 12, 2006;

M007220772

Medical Report Charles Laron Mason
August 7, 2006

4.  Medical records from  LDS Hospital;

5.  Medical records from  Alta View Hospital;

6.  Medical records from  Cottonwood Hospital;

7.  Medical records from  Utah Heart & Lung Institute

8.  Medical records from  Salt LAKE city Clinic;

9.  Medical records from  Sandy Family Practice;

10. Pharmacy records from  Sav-On (Albertson's Pharmacy;

11. Medical records from Sandy Instacare Clinic;

12. Deposition of Charles Mason.

15. By way of brief review of Mr. Mason's medical history, he was first prescribed VIOXX on September 10, 2002, and took 25 mg daily for over 10 months until his myocardial infarction in July, 2003.  His past history included sleep apnea for which he utilized CPAP and endogenous depression.  He had not smoked cigarettes for 25 years, and did not consume alcohol.  Both parents died of noncardiac causes at advanced ages.  However, he was free of any indication of clinical cardiovascular disease until being diagnosed, at age 61, as having an acute myocardial infarction on July 25, 2003, approximately 10 months after beginning VIOXX.  Further documenting the absence of clinically significant

M007220773

coronary disease is the presence of a Bruce protocol stress test on September 17, 2002 which was interpreted as negative for ischemia; during this test he exercised for 7 minutes and 9 seconds, achieving 93% of his target heart rate. Although the stress had been ordered to evaluate an abnormal ECG, the ECG in question is actually normal; differences in limb lead positioning explain what was felt to represent an abnormal tracing. A lipid profile on September 11, 2002 recorded total cholesterol of 201 mg/dL, triglycerides of 191 mg/dL, HDL cholesterol of 39 mg/dL, and LDL cholesterol of 124 mg/dL; the cholesterol ratio (TC/HDL) was 5.2, indicating an average risk for coronary artery disease. His HDL of 39 mg/dL was slightly below what is considered normal (> 40 mg/dL), which does represent one risk factor for coronary artery disease and this triglycerides were elevated. However, data from the Strong Heart study minimize the impact of triglycerides upon cardiovascular risk in males. He had had several prior lipid panels dating back to 1998, all of which reported a generally similar pattern of lower than desirable HDL, lower triglycerides, and average cardiovascular risk by ratio.

16. Blood pressures had been infrequently recorded but labile, ranging from 118/62 mm Hg (July 25, 2001), to 148/64 mm Hg (June 21, 2002), and to 114/64 mm Hg (September 10, 2002). During his stress test on September 17, 2002, his blood pressure increased from 145/80 mm Hg at baseline to 220/90 mm Hg, a hypertensive response. At presentation with acute coronary syndrome, blood pressure was recorded as 143/87 mm Hg. Thus at the time of his myocardial infarction, his risk factors included age, male sex, mildly reduced HDL

M007220774

Medical Report Charles Laron Mason
August 7, 2006

cholesterol, and perhaps labile hypertension, with further confounding contributions from sleep apnea and depression.

17. He presented to Alta View Hospital at 8:20 AM on July 25, 2003, complaining of "on and off" chest pain, radiating to his arms, for 4 days, that had become worse while walking in a field. He had definite evidence of myocardial injury, with elevated troponin I and CKMB enzyme levels, together with non-specific ST segment and T wave changes on his ECG. A diagnosis of acute non-ST segment elevation myocardial infarction (NSTEMI) was made, he received aspirin, Aggrastat (a Gp IIb-IIIa platelet inhibitor), nitroglycerin, toradol, morphine, and low molecular weight heparin, and then was transferred to LDS Hospital, where Dr. Ganellen performed coronary angiograms and found thrombus in both a 90% occluded left anterior descending coronary artery and a 70% occluded first diagonal, together with an area of anterolateral hypokinesis; ejection fraction was recorded as 60%. He proceeded to stent the left anterior descending lesion and to perform angioplasty on the first diagonal lesion. The troponin I levels peaked at 42.0 ng/ml and the CKMB at 28.4 ng/ml at 8:50 PM that evening, indicating definite myocardial muscle necrosis. He again experienced chest pain on August 13, 2003.

18. Repeat angiogram at this time by Dr. Symkoviak demonstrated that the revascularized vessels remained patent and the epicardial coronary arteries contained only "minor" plaques. The chest pain was relieved by nitroglycerin. He next saw Dr. Vogeler in October, 2003, and continued to complain of chest

13

M007220775

Medical Report Charles Laron Mason
August 7, 2006

pain relieved by nitroglycerin. Dr. Vogeler then prescribed Zocor and Altace. Cardiolite stress tests were performed on October 22, 2003 and again on April 12, 2005; he exercised well and had no evidence of reversible ischemia. The April 2005 test described a possible fixed apical defect (scar) that would be consistent with his initial myocardial injury, and with his ECG pattern as described below.

19. Mr. Mason suffered an acute myocardial infarction, documented by elevation of troponin I and MBCK levels in his blood. Fortunately, the extent of his injury was limited by prompt initial administration of the antiplatelet drugs aspirin and Aggrastat together with heparin, followed rapidly by transfer to LDS Hospital and percutaneous revascularization, as previously described. The fact that the extensive thrombi producing near total occlusion of the left anterior descending and first diagonal coronary arteries were, in fact, limited by aspirin and Aggrastat therapy, together with heparin therapy, administered at first hospital contact likely prevented total occlusion and much more massive injury. Although Mr. Mason now has no evidence of active myocardial ischemia, he does have some area of myocardial scarring and has the physiological burden of known coronary artery disease. It is imperative to understand that the definition of NSTEMI, also called subendocardial or non-Q wave infarction, requires not only the absence of new Q waves, but, very importantly, the absence of any loss of R wave voltage in the affected leads. In this case, the leads in question would be the anterior leads $V_3$-$V_5$. In reviewing Mr. Mason's ECGs from 2002 until the most recent dated April 12, 2005, in fact there has been reduction in the amplitude of anterior R waves,

14

M007220776

Medical Report Charles Laron Mason
August 7, 2006

described as "delayed R wave progression." In fact, Dr. Keep officially interpreted the April 12, 2005, ECG as showing poor R wave progression. This loss of R wave voltage, coupled with a fixed defect on stress cardiolite imaging, is consistent with a transmural rather than subendocardial scar, with attendant risk of subsequent myocardial events. He will need careful monitoring and appropriate diagnostic testing as indicated for the remainder of his life, including active management of risk factors to aggressive secondary prevention targets, such as having his LDL cholesterol  maintained at < 70 mg/dL. At any further suggestion of ischemia, he will require thorough re-evaluation such as was performed in August 2003. Patients who have suffered a myocardial infarction are at increased risk for subsequent myocardial infarction with attendant risks of arrhythmia, congestive heart failure, and sudden death.

20. Mr. Mason did not have glucose intolerance or diabetes, he had not smoked cigarettes for 25 years, and his LDL cholesterol was within acceptable limits for someone with his risk profile. He did have risk factors of male sex, middle age, low HDL cholesterol, obesity, and perhaps labile blood pressure; he also suffered with depression and sleep apnea, which may contribute to development of coronary plaques. However, before starting treatment with VIOXX, he had no evidence of clinically significant coronary disease, as demonstrated by the stress test in September 2002 that was interpreted as negative for ischemia; he likely did have some minor plaque formation as described by Dr. Symkoviak. It is necessary to understand that these small and non-obstructing plaques, as are all

M007220777

Medical Report Charles Laron Mason
August 7, 2006

plaques, are inflammatory in nature and COX-2 production is induced at these sites, as depicted in Figure 1. Furthermore, the vast majority of acute myocardial infarctions result from the rupture of atherosclerotic plaques that are unstable but not occlusive (< 70% obstruction); specifically 68% occur from lesions less than 50% obstructive, 18% from lesions 50-70% obstructive, and only 14% from lesions greater than 70%; it is with such plaques that the anti-thrombotic effects of normally functioning $PGI_2$ is essential in limiting the extent to which thrombus develops and progresses to occlusion at such sites.

21. The pathophysiological mechanism of atherosclerotic coronary occlusion is initiated by rupture of the vascular wall at the site of atherosclerotic plaque formation, with subsequent release of intensely thrombogenic lipid materials into the bloodstream. Platelet activation then occurs at this site, followed by platelet clumping and a "white' clot. Activated platelets then secrete a number of factors that serve to activate additional platelets, produce vasoconstriction, and activate the blood coagulation system to produce a protein-rich thrombus or "red" clot. Thus risk factors result in a final contribution to injury by producing friable plaque and rendering such plaques more susceptible to rupture. A major endogenous defense mechanism is the availability of $PGI_2$ release to reduce platelet aggregability and platelet clot formation. This defense is augmented by aspirin, which reduces platelet production of $TxA_2$. Any process or drug that promotes $TxA_2$ activity over than of $PGI_2$ of necessity promotes this process.

M007220778

Medical Report Charles Laron Mason
August 7, 2006

22. It is my opinion that Mr. Mason did have early but clinically insignificant atherosclerosis as a result of those risk factors listed earlier in this discussion. It is my opinion, that, more likely than not, VIOXX represented a substantial contributing factor in the development of Mr. Mason's coronary thrombosis and myocardial infarction in July 2003,as stated above and as supported by the references cited on the attached bibliography. An appropriate "anti-thrombotic" balance, in which $PGI_2$ predominated over $TxA_2$, would, more likely than not, have at least limited if not prevented the extent of thrombus formation, and therefore limited or prevented acute myocardial infarction.

23. As discovery is ongoing, I reserve the right to supplement my opinions pending review of new or additional materials.

FURTHER AFFIANT SAYETH NOT.

SIGNED ON THIS ___7th___ DAY OF AUGUST, 2006:

Gary E. Sander, M.D., Ph.D., F.A.C.C., F.A.H.A.
Adjunct Professor of Medicine, Section of Cardiology
Tulane University Health Sciences Center

Sworn to and signed before
me, Notary in and for the
Parish of Jefferson, State of Louisiana
This date
8/7/2006
Richard A. Dees
Notary Public
La Bar Number 4775

17

M00722O779

Medical Report Charles Laron Mason
August 7, 2006



**Figure 1**. The induction of COX-2 isoenzymes in artherosclertoic lesions and the critical importance of COX-2 generated $PGI_2$ in maintaining an antithrombotic state. Adapted from *Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8.*

M007220780

Medical Report Charles Laron Mason
August 7, 2006



**Figure 2**.  The consequences of COX-2 inhibition upon the levels of the thrombotic thromboxane $TXA_2$ and the protective prostacyclin $PGI_2$.  From Antman EM, DeMets D, Loscalzo J. *Cyclooxygenase inhibition and cardiovascular risk*.  Circulation 2005; 112(5):759-70.

M007220781

# CURRICULUM VITAE

SS# 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                                                 Updated 07/04/06

**NAME:**                        **GARY EDWARD SANDER, M.D., Ph.D.**

**ADDRESS:   HOME:**             **1237 Beverly Garden Drive**
                                 **Metairie, LA  70002**
                                 **Tel: 504-458-5717**
                                 **Fax: 504-835-7019**
                                 **E-Mail: gsande3@cox.net**


**BUSINESS:**                    Tulane University School of Medicine
                                 Department of Medicine/Cardiology
                                 1430 Tulane Avenue
                                 New Orleans, LA 70012
                                 504-988-5152

                                 Canal Street Cardiology Associates
                                 2820 Canal St
                                 New Orleans, LA 70119
                                 504-821-8158

                                 1237 Beverly Garden Drive
                                 Metairie, LA  70002
                                 Tel: 504-458-5717
                                 Fax: 504-835-7019


**SOCIAL HISTORY:**

            **BORN:**            February 14, 1947
                                 New Orleans, LA

            **MARRIED:**         July 14, 1973 to
                                 Patricia Elaine Pruett

            **CHILDREN:**        Edward Alan Sander, b. July 7, 1976
                                 Andrew David Sander, b. April 30, 1980
                                 Philip Gary Sander, b. June 19, 1982

**EDUCATION:**                   High School - Maxima Cum Laude,
                                 Jesuit High School (New Orleans)

M007220782

Sander CV 07/04/06

BS (Honors) - Summa Cum Laude:
Chemistry (1968), Loyola
University (New Orleans)

Ph.D.:  Biochemistry (Dec, 1971),
Tulane University

M.D.:  November, 1973, Tulane University

Internship - Straight Medicine,
1974-1975 - Walter Reed Army
Medical Center (WRAMC)
Residency - Medicine, 1975-1977 - WRAMC

## PROFESSIONAL AND ACADEMIC ACTIVITIES:

| | |
|---|---|
| Research Associate in Biochemistry, Tulane University | 1970-1972 |
| Associate in Biochemistry, Tulane University | 1972-1973 |
| Research Fellow in Biochemistry and Surgery, Tulane University | 1974 |
| Chief Medical Resident, Walter Reed | 1977 |
| Attending Physician, Walter Reed | 1977-1980 |
| Research Internist, Walter Reed Army Institute of Research (WRAIR) | 1977-1980 |
| Assistant Professor (Medicine), Uniformed Services University of the Health Sciences | 1978-1980 |
| Chief, Department of Clinical Physiology, Division of Medicine, WRAIR | 1979-1980 |
| Staff Physician, MobileHealth Care (Voluntary Community Health Organization) Montgomery County, MD | 1979-1980 |

2

M007220783

Sander CV 07/04/06

| | |
|---|---|
| Associate Professor (Medicine), Tulane | 1980-1985 |
| Professor (Medicine) Tulane | 1985-1992 |
| Visiting Physician, MCLNO, New Orleans | 1980-2005 |
| Chief Admitting Officer, VAMC | 1980-1982 |
| Physician-in-Charge, Hypertension Screening and Treatment Program VAMC, New Orleans | 1982-1992 |
| Professor (Medicine), LSUHSC | 1992-Present |
| Faculty, Pennington Biomedical Research Institute, Louisiana State University | 1992-Present |
| Director, Cardiovascular Fellowship, Training Program, LSUMC | 1994-1997 |
| Program Director, LSU/New Orleans Cardiology Board Review Course | 1993-2001 |
| Director, Cardiology Grand Rounds LSUMC | 1993-1999 |
| Program Chairman, Louisiana-ACC Annual Meeting | 1996-1998 2002-2003 |
| Associate Director Gulf Regional Research & Education Services | 2006- |
| Professor (Adjunct), Tulane University | 2006- |

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| Society of The Sigma Psi | 1969-1970 |
| American Chemical Society | 1968-1972 |

3

M007220784

Sander CV 07/04/06

| | |
|---|---|
| American Association for the Advancement of Science | 1969-1970 |
| American Medical Association | 1974-1979 |
| New Orleans Academy of Internal Medicine | 1980-Present |
| American College of Physicians (Fellow) | 1978-Present |
| American Thoracic Society, | 1979-1982 |
| American Heart Association, (Fellow),Cardio-Pulmonary Council Council on Circulation | 1980-Present; 1983-Present |
| American Federation of Clinical Research, Southern Section | 1982-Present |
| American Society for Pharmacology and Experimental Therapeutics | 1983-Present |
| Southern Society for Clinical Investigation | 1984-Present |
| American College of Cardiology (Fellow) | 1984-Present |
| Musser-Burch Society, | 1984-Present |
| American Society of Hypertension | 1985-Present |
| American College of Chest Physicians (Fellow) | 1991-Present |
| Heart Failure Society of America | 2001-Present |

## **HONORS:**

4

M007220785

Sander CV 07/04/06

| | |
|---|---|
| Alpha Sigma Nu | 1967 |
| NDEA Graduate Training Fellowship | 1968-1970 |
| Alpha Omega Alpha | 1973 |
| Fellow, American College of Physicians | 1982 |
| Fellow, Council on Circulation, American Heart Association | 1983 |
| Fellow, American College of Cardiology | 1990 |
| Fellow, American College of Angiology | 1989 |
| Fellow, American College of Chest Physicians | 1991 |
| ASH Specialist in Clinical Hypertension | 1999- |
| National Leadership Award (National Republican Congressional Committee) | 2001 |
| International WHO'S WHO | 2003- |
| America's Top Physicians (Consumers' Research Council of America) | 2003- |
| Distinguished Service Award, LA-ACC | 2003 |
| President's Award, LA-ACC | 2004 |
| Academic Keys Who's Who in Medical Sciences Education | 2004 |

## OFFICES:

| | |
|---|---|
| Vice-President, LA-ACC | 2000-2003 |
| Secretary-Treasurer | 2003-2005 |

M007220786

Sander CV 07/04/06

| | |
|---|---|
| Vice-President, LA-ACC Foundation | 2005-2006 |
| President, LA-ACC Foundation | 2006-2008 |
| Board of Directors, Gulf Central Regional Chapter, ASH | 2000-Present |
| Secretary-Treasurer, Gulf-ASH | 2004-2006 |
| Clinical Advisory Board Louisiana Health Care Review | 2001-Present |

**COMMITTEES:**

| | |
|---|---|
| Pharmacy and Therapeutics Tulane Medical Center | 1987-1990 |
| Utilization Review, Tulane Medical Center | 1990-1992 |
| Institutional Review Board, (Vice Chairman), LSUMC | 1992-2005 |
| Medical Records, University Hospital | 1993-1994 |
| Credentials Committee, University Hospital | 1994 |
| Education Committee, LA-ACC Chairman | 1995-1998, 2002-2004 |
| Program Director, LA-ACC | 1995-1998, 2002-2003 |
| Continual Quality Improvement Council, MCLANO | 1997-1998 |
| Allen Copping Awards Committee, LSUMC | 1998-2002 |

6

M007220787

Sander CV 07/04/06

| | | |
|---|---|---|
| | LSUHSC Center Wide Research Committee | 2000 |
| | LSU DOM Promotions Committee | 2001-2004 |

## CERTIFICATION:

| | | |
|---|---|---|
| | Flex | 1973 |
| | Diplomate, American Board of Internal Medicine (#62268) | 1977 |
| | Cardiovascular Diseases | 1989 |

## STATE LICENSURES:

| | | |
|---|---|---|
| | Louisiana (012458) | 1974-Present |
| | Maryland (D23422) | 1979-1980 |

## MILITARY HISTORY:

| | | |
|---|---|---|
| | Active Duty, United States Army, Medical Corps, Major (P) | 1974-1980 |

## HOBBIES:

Indoor and Outdoor Gardening

## EDITORSHIP:

1. Associate Editor, **Cardiomyopathy**, PSG Publishing Company, Littleton, MA, 1988.

2. Guest Editor: **A Symposium:  The George E. Burch Festschrift** Am J Cardiol, 1989.

3. Editor, **Newsletter, Louisiana Chapter, American College of Cardiology**, 1991 -

7

M007220788

Sander CV 07/04/06

4.    Editor, *Newsletter, Gulf Central Regional Chapter, American Society of Hypertension* 2000-

5.    Cardiology Section Editor, *Medicine, Ob/Gyn, Psychiatry, and Surgery*. Emedicine Journal


## <u>RESEARCH GRANTS</u>: (Principal Investigator)

1.    The Opioid Peptides: Direct Peripheral Effect on the Cardiopulmonary Vascular System and Potential Interactions with Renin-Angiotensin and Kallikrein-Kinin Systems via Inhibition of the Angiotensin I Converting Enzyme.  **Veterans Administration Regional Advisory Group.** July 1980 - June 1981.  $15,000.

2.    Interactions of Clonidine HCL with Vasoactive Peptides.  **American Heart Association - Louisiana.** July 1981 - June 1982.  $7490.

**3.**   The Opioid Peptides: Cardiovascular Pharmacology.  **Veterans Administration Merit Review.** July 1982 - June 1985.  $150,000.

4.    Modern Approach to the Treatment of Hypertension.  **Pfizer Inc.** 1988 - 1989.

5.    A Phase III, Randomized, Double-Blind, Placebo-Controlled Trial Evaluating 30-Day and 6-Month Clinical Outcome following Percutaneous Coronary Intervention in Patients Treated with c7E3 Fab Bolus plus 12-Hour Infusion Given with either Standard-Dose Weight-Adjusted or Low-Dose Weight-Adjusted Heparin.  **Centocor, Inc.** 1994-96.

6.    A Study of the Conversion Efficacy and Safety and of Ibutilide and Procainamide IV in Patients with Atrial Flutter or Atrial Fibrillation.  **The Upjohn Company.** 1994-1995.

7.    A Study of the Conversion Efficacy and Safety and of Repeated Intravenous Doses of Ibutilide in Patients with Atrial Flutter or Atrial Fibrillation Following Valvular or Coronary Artery Bypass Surgery.  **The Upjohn Company.** 1995-1996.

8.    Tirilazad Mesylate IV Concentrate in the Prevention of Contrast-Induced Nephropathy in Patients with Renal Insufficiency.  **The Upjohn Company.** 1995-1996.

9.    Characteristics of Coronary Artery Disease in Young Women. 1996-1997.

10.   A Multicenter, Randomized Trial Evaluating 30-Day and 6-Month Clinical Outcome with Three Different Strategies in Patients Undergoing Percutaneous Coronary Intervention. **Centocor, Inc**. 1996-1998.

8

M007220789

Sander CV 07/04/06

11. Comparison of Safety and Antihypertensive Efficacy of the Fixed Combination of Candesartan Cilexetil and Hydrochlorothiazide (8mg/12.5 mg) Once Daily with the Individual Components Given Once Daily: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Design Study. **Astra Merck** 1996-1997.

12. A Randomized, Double-Blind Evaluation of the Efficacy and Safety of Integrelin[TM] Versus Placebo for Reducing Mortality and Myocardial (Re)Infarction in Patients with Unstable Angina or Non-Q-Wave Myocardial Infarction. **COR Therapeutics, Inc**. 1996-1997.

13. A comparison of efficacy and safety of mibefradil with losartan in subjects with mild to moderate hypertension. **Hoffmann-LaRoche Inc.** 1996-1998.

14. An open-label evaluation of the efficacy, safety, pharmacokinetics, and pharmacodynamics of BAY y5959 administered as an intravenous infusion to patients with NYHA Class III and IV congestive heart failure. **Bayer Corporation.** 1996-1997.

15. Nitric Oxide and Coronary Artery Disease.     1997-1998.

16. A Phase III, multicenter, international, randomized, double-blind, aspirin-controlled study to evaluate the efficacy and safety of sibrafiban (Ro 48-3657), an oral platelet glycoprotein IIb/IIIa antagonist, as therapy for the prevention of secondary vascular events in patients after acute coronary syndrome. The Symphony Trial. **Hoffmann-LaRoche Inc.** 1997-1998.

17. Protocol B3N-MC-EUAT.  Placebo controlled study of moxonidine in Stage 1 and Stage 2 hypertension. **Eli Lilly & Co and Solvay Pharmaceuticals** 1998-1999.

18. Protocol 1997017.  A double-blind, placebo controlled, parallel design study to determine the effect of 75 or 100 mg of orally administered azimilide dihydrochloride versus placebo on survival in recent post-myocardial infarction patients at risk of sudden death.  The ALIVE Trial. **Procter & Gamble**. 1998-2001.

19. Protocol BC15457.  A Phase III, international, randomized, double-blind, aspirin-controlled trial to evaluate the efficacy of two regimens with XubixJ (sibrafiban, Ro 48-3657), an oral platelet glycoprotein IIb/IIIa receptor antagonist, as therapy for the long term prevention of secondary vascular events in patients after an Acute Coronary Syndrome. The 2nd Symphony Trial. **Hoffmann-LaRoche**. 1999-2000.

**20.** Lotrafiban (SB 214857).  Blockade of the GpIIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO). **SmithKline Beecham.** 1999-2001.

M007220790

Sander CV 07/04/06

21. Determination of the Additive Hemodynamic and Neuroendocrine Effects of the Addition of ACE Inhibition to Angiotensin AT$_1$ Receptor Blockade. **Novartis**. 2000 –

22. Epic, Epilog, and Epistent Long Term Mortality Follow-Up Study. **Centocor**. 2000.

## PUBLICATIONS:

1.  Baburao L, Costello AM, Petterson RC, and (in part) Sander GE: Acyclic imides. A general method of N-acylation of amides. **J Chem Soc** 1968:2779-81.

2.  Sander GE, Huggins CG: Subcellular localization of angiotensin I converting enzyme in rabbit lung. **Nature New Biology** 1971;230:27-9.

3.  Sander GE, West DW, Huggins, CG: Peptide inhibitors of pulmonary angiotensin I converting enzyme. **Biochem Biophy Acta** 1971;242:662-7.

4.  Sander GE: Studies on the pulmonary angiotensin I converting enzyme. (Dissertation), Tulane University, 1971.

5.  Sander GE, Huggins CG: Vasoactive peptides. **Annual Review of Pharmacology** 1972;12: 227-64.

6.  Sander GE, West DW, Huggins CG: Inhibitors of the pulmonary angiotensin I converting enzyme. **Biochem Biophys Acta** 1972;289:392-400.

7.  Sander GE, Allen RC, Mansell PA, Reed MA, Carter RH, Steel RH, Carter RD, Krementz ET: Polymorphonuclear leukocyte chemiluminescence: decreased activity in terminal stages of malignant melanoma. **IRCS Medical Science** 1976;4:109.

8.  Sander GE: Estrogen receptors. WRAMC Progress Notes 1976;VIII:11-8.

9.  Sander GE: Diagnosis and treatment of nuclear weapons casualties. Medical Effects of Nuclear Weapons. AFRRI-DNA 1979;G1-G9.

10. Ferguson E, Sander G: Fibrin epsilon (gamma-glutamyl) lysine crosslink acceleration by red cells. **Nature** 1979;278:183-5.

11. Sander GE, Hooper R, Mehlmann I: Hyperventilating the hypo-ventilator. **Arch Int Med** 1980;140:420-1.

12. Verma PS, Lorenz PE, Sander GE: Simplified radioimmunoassay of bradykinin in human plasma. **Clin Chem** 1980;26:429-32.

Sander CV 07/04/06

13.     Carpenter J, Sander G, Newby N, Kendrick M:  Phenytoin-hypersensitivity presenting as postoperative fever. **Neurosurgery** 1980;6:426-9.

14.     Sander GE, Verma PS, Lorenz PE:  Inhibition of partially purified canine lung angiotensin I converting enzyme by opioid peptides. **Biochem Pharmacol** 1980;29:3115-8.

15.     Sander GE, Giles TD, Kastin AJ, Quiroz AC, Kaneish A, Coy DH: Cardiopulmonary pharmacology of enkephalins in the conscious dog. **Peptides** 1981;2:403-7.

16.     Sander G, Giles T, Kastin A, Kaneish A, Coy K: Leucine-enkephalin: reversal of intrinsic cardiovascular stimulation by pentobarbital. **Europ J Pharmacol** 1982;78:467-70.

17.     Sander GE, Giles TD:   Elevation of arterial blood pressure in conscious dogs by Des-Tyr$^1$-D-Ala$^2$-leucine enkephalinamide.  **Biochem Pharmacol** 1982;31:2699-2700.

18.     Sander GE, Giles TD:   Enkephalin analogs and dermorphin in the conscious dog: structure-activity relationships. **Peptides** 1982;3:1017-21.

19.     Sander GE, Kastin AJ, Giles TD:  MIF-1 does not act like naloxone in antagonizing the cardiovascular activity of leucine-enkephalin in the conscious dog. **Pharmacol Biochem Behav** 1982;17:1301-3.

20.     Giles TD, Sander GE:  Interaction of leucine-enkephalin with alpha-adrenoceptors in the conscious dog. **Chest** 1983;83(Suppl):364S-6S.

21.     Quiroz AC, Eilen SD, Sander GE, Giles TD:   The effect of intravenous clonidine hydrochloride on the isolated forearm venous segment in heart failure.   **Chest** 1983;83(Suppl):430S-3S.

22.     Giles TD, Sander GE: Mechanism of the cardiovascular response to systemic intravenous administration of leucine-enkephalin in the conscious dog. **Peptides** 1983;4:171-5.

23.     Giles T, Sander G, Merz H:  Quaternary opiate antagonists lower blood pressure and inhibit leucine-enkephalin responses. **Europ J Pharmacol** 1983;95:247-52.

24.     Sander GE, Giles TD, Rice JC:  Methionine-enkephalin facilitates the cardiovascular response to epinephrine in the conscious dog. **Peptides** 1983;4:971-3.

25.     Giles TD, Quiroz AC, Eilen SE, Sander GE, Thomas MG, Plauché W:  Acute effects of clonidine hydrochloride in congestive heart failure. In, Central Blood Pressure Regulation

M007220792

Sander CV 07/04/06

Through Alpha$_2$-Receptor Stimulation (H. Hayduk, KD Bock, eds.), Steinkopff Verlag, Darmstadt, 1983, pp 195-203.

26.    Sander GE, Giles TD:  Clinical recognition of the causes of accelerated heart failure. **Practical Cardiol** 1983;9:43-7.

27.    Moore J, Gagnon FA, Verma PS, Sander GE, Butkus DE:  Plasmakinin levels in acute renovascular hypertension in dogs. **Renal Physiol** 1984;7:102-14.

28.    Giles TD, Sander GE, Kaneish A, Quiroz AC:  The time-dependent anti-hypertensive effect of carteolol - a beta-adrenoceptor antagonist with partial agonist activity. **Clin Pharmacol Ther** 1984;35:301-6.

29.    Sander GE, Giles TD:  The influence of inter-dose time interval on the cardiovascular response to methionine-enkephalin in the conscious dog. **Peptides** 1984;5:797-800.

30.    Sander GE, Rice JC, Giles TD: Cardiovascular interactions between methionine-enkephalin and substance P in the conscious dog. **Peptides** 1985;6:133-7.

31.    Evanich MJ, Sander GE, Rice JC, Giles TD:  Ventilatory response to intravenous methionine-enkephalin in awake dogs. **J Pharmacol Exptl Ther** 1985;234:677-80.

32.    Sartor O, Sander GE:  Unusual variant of eosinophilic faciitis. **South Med J** 1985;78: 1387-89.

33.    Sander GE, Giles TD: Cardiovascular activities of intravenous methionine-enkephalin - Arg[6] -Phe[7] and methoinine-enkephalin - Arg[6]-Gly[7]-Leu[8] in the conscious dog.  **Life Sci** 1985;36:2201-7.

34.    Giles TD, Thomas MG, Sander GE, Quiroz AC:  Central alpha-adrenergic agonists in chronic heart failure and ischemic heart disease.  **J Cardiovasc Pharmacol** 1985;7(Suppl):S51-5.

35.    Giles TD, Sander GE:  Comparative cardiovascular responses to intravenous capsaicin, phenyldiguanide, veratrum alkaloids, and enkephalins in the conscious dog.  **J Auton Pharmacol** 1985;6:1-7.

36.    Given MD, Sander GE, Giles TD:  Methionine-enkephalin dose not alter human platelet aggregatory response. **Thromb Res** 1985;40:711-4.

37.    Given MD, Sander GE, Giles TD:  Non-opiate and peripheral opiate cardiovascular effects of morphine in conscious dogs. **Life Sci** 1986;38:1299-1303.

12

M007220793

38.   Sander GE, Giles TD: Carteolol. In, <u>New Cardiovascular Drugs</u>, (A. Scriabine, ed.), Raven Press, New York, 1986, pp. 19-39.

39.   Thomas MG, Quiroz AC, Rice JC, Sander GE, Giles TD: Antianginal effects of clonidine. **J Cardiovasc Pharmacol** 1986;8(Suppl 3):S69-S75.

40.   Sander GE, Thomas MG, Giles TD: Hypocalcemic cardiomyopathy - a reversible form of heart muscle disease. **Prac Cardiol** 1986;12:73-87.

41.   Sander GE, Lowe RD, Giles TD:  The effects of barbiturates upon the hemodynamic response to intravenous methionine-enkephalin in dogs: modulation by the GABA complex. **Peptides** 1986;7:259-65.

42.   Thomas MG, Sander GE, Giles TD: Antianginal efficacy of nitroglycerin patches - the jury is still out! **Hospital Formulary** 1986;21:918-22.

43.   Giles TD, Sander GE, Thomas MG, Quiroz AC:  Alpha-adrenergic mechanisms in the pathophysiology of left ventricular heart failure - an analysis of their role in systolic and diastolic dysfunction. **J Mol Cell Cardiol** 1986;18(Suppl 5):33-43.

44.   Sander GE, Lowe RF, Given MB, Wolf RH, Giles TD: Hemodynamic responses to systemic methionine-enkephalin in conscious dogs are mediated by opiate receptors perfused by the vertebral artery. **J Hypertension** 1986; 4(Suppl5):S34-6.

45.   Sander GE, Given MB, Shapse K, Roffidal LE, Thomas MG, Giles TD:  Efficacy of guanabenz and atenolol singly and in combination in the treatment of essential hypertension. **J Hypertension** 1986;4(Suppl 5):S488-90.

46.   Given MD, Sander GE, Giles TD: Evidence for Des-Tyr$^1$-D-Ala$^2$-leucine$^5$-enkephalinamide calcium agonist activity in vascular smooth muscle. **Can J Physiol Pharmacol** 1987;65: 120-3.

47.   O'Mailia JJ, Sander GE, Giles TD: Nifedipine-associated myocardial ischemia or infarction in the treatment of hypertensive urgencies. **Ann Int Med** 1987;107:185-6.

48.   Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC: Comparison of nitrendipine and hydrochlorothiazide for systemic hypertension.  **Am J Cardiol** 1987;60:103-6.

49.   Giles TD, Thomas MG, Quiroz AC, Rice JC, Plauché W, Sander GE: Acute and short-term effects of clonidine in heart failure. **Angiology** 1987;38:537-48.

M007220794

Sander CV 07/04/06

50.     Giles, TD, Sander GE, Rice JC, Quiroz AC:  Systemic methionine-enkephalin evokes cardiostimulatory responses in the human. **Peptides** 1987;8:609-12.

51.     Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC: A comparison of nitrendipine and hydrochlorothiazide on exercise in older patients with hypertension. **J Cardiovasc Pharmacol** 1987;9(Suppl 4):S190-3.

52.     Quiroz AC, Sander GE, Giles TD: Infectious cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 213-254.

53.     Sander GE, Thomas MG, Giles TD: Endocrine diseases associated with cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 255-288.

54.     Sander GE: Toxic cardiomyopathy. In, Cardiomyopathy (TD Giles, GE sander, eds), PSG Publishing Co., Inc., Littleton, 1988, pp 310-357.

55.     Thomas MG, Sander GE, Giles, TD: Hyperergopathic cardiomyopathy. In, Cardiomyopathy (Giles TD, Sander GE, eds), PSG Publishing Co., Inc., 1988, pp 459-484.

56.     Giles TD, Sander GE:  Production by systemic enkephalins of hemodynamic effects by afferent modulation of autonomic nervous system tone.  In, Opioid Peptides and Blood Pressure Control, (Stumpe KO, Kraft K, Faden AI, eds), Springer- Verlag, New York, 1988, pp 212-218.

57.     Giles TD, Sander GE, Roffidal L, Thomas MG, Mersch DP, Moyer RR, Burris JO, Mroczek WJ, Brachfeld J: Remission of mild to moderate hypertension after treatment with carteolol, a beta-adrenergic blocker with intrinsic sympathomimetic activity.  **Arch Int Med** 1988;148:1725-28.

58.     Sander GE, Given MB, Lowe RF, Wolf RH, Brizzee KR, Giles TD:  The effect of area postrema lesions on hemodynamic responses to systemic methionine-enkephalin in conscious dogs. **Am J Hypertension** 1988;1:1S-3S.

59.     Rosales OR, Sander GE, Roffidal LE, Given MB Giles TD:Carteolol, an antihypertensive beta-blocker with intrinsic sympathomimetic activity, reduces ventricular hypertrophy. **Chest** 1989;95:43-7.

60.     Given MB, Sander GE, Giles TD: N-Allylnormetazocine:  Hemodynamic activity and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs. **J Pharmacol Exp Ther** 1989;247:850-6.

14

M007220796

Sander CV 07/04/06

61.   Given MB, Lowe RF, Lippton H, Hyman AL, Sander GE, Giles TD: Hemodynamic actions of endothelin in conscious and anesthetized dogs. **Peptides** 1989;10:41-4.

62.   Sander GE, Lowe RF, Giles TD: Interactions between circulating peptides and the central nervous system in hemodynamic regulation. **Am J Cardiol** 1989;64:44C-50C.

63.   Sander GE and Giles TD: The role of nitrendipine in the treatment of hypertension. **Prac Cardiol** 1989;15:54-9.

64.   Giles TD, Sander GE, Roffidal R: Remission of hypertension after treatment with the beta-blocking agent carteolol. **Cardiol Board Review** 1989;6:93-7.

65.   Sander GE and Giles TD: Long-acting agents in heart failure. In, Use of Longer Acting Agents in Cardiac Therapy: Recent Advances (TD Giles and SB Garbus eds) Oxford Health Care, Inc. Press, Clifton, NJ, 1989, pp 63-105.

66.   Lippton HL, Pellett A, Cairo J, Summer WR, Lowe RF, Sander GE, Giles TD, Cohen G, Levitzky MG: Endothelin produces systemic vasodilation independent of the state of consciousness. **Peptides** 1989;10:939-43.

67.   Giles TD, Sander GE: Myocardial disease in hypertensive-diabetic patients. **Am J Cardiol** 1989;87(6A):23S-8S.

68.   Ahmad S, Giles TD, Roffidal LE, Haney Y, Given MB, Sander GE: Intravenous captopril in congestive heart failure. **J Clin Pharmacol** 1990;30:609-14.

69.   Thomas MG, Sander GE, Given MB, Quiroz AC, Roffidal L, Giles TD: Efficacy of nicardipine in angina pectoris. **J Clin Pharmacol** 1990;30:24-8.

70.   Giles TD, Sander GE, Roffidal LE, Mazzu A: Comparison of effects of nitrendipine-vs-hydrochlorthiazide on left ventricular structure and function and neurohumoral status in systemic hypertension. **Am J Cardiol** 1990;65:1265-8.

71.   Giles TD, Quiroz AC, Roffidal LE, Marder H, Sander GE: Prolonged hemodynamic benefits from high dose bolus injection of human atrial natriuretic factor in congestive heart failure. **Clin Pharmacol.Ther.** 1991;50:557-63.

72.   Sander GE, Giles TD: Specific heart muscle disease. Current **Opin Cardiol** 1991;6:401-10.

73.   Sander GE, Giles TD. Antihypertensive therapy in diabetes mellitus. **Cardiovas Risk Factors** 1991;1:393-400.

M007220796

Sander CV 07/04/06

74.   Given MB, Lowe RF, Williams D, Sander GE, Giles TD: Failure of interleukin-2 to alter systolic blood pressure in Dahl salt-sensitive rats. **Am J Hypertension** 1992;5:203-4.

75.   Giles TD, Pina IL, Quiroz AC, Roffidal L, Zaleski R, Porter RS, Karalis DG, Sander, GE: Hemodynamic and neurohumoral responses to intravenous nicorandil in congestive heart failure in humans. **J Cardiovas Pharmacol** 1992;20:572-8.

76.   Giles TD, Sander GE, Roffidal LE, Mazzu AL: Comparative effects of nitrendipine and hydrochlorothiazide on calciotropic hormones and bone density in hypertensive patients. **Am J Hypertension** 1992;5:875-9.

77.   Given MB, Lowe RF, Sander GE, Giles TD:  Acute hypotension alters hemodynamic response to methionine-enkephalin in conscious dogs. **Peptides** 1993;14:445-8.

78.   Giles TD, Sander GE: Aspects of the use of angiotensin-converting enzyme inhibitors and calcium antagonists in treatment of heart failure in the older patient. **Am J Geriatric Cardiol** 1993;2:51-4.

79.   Giles TD, Sander GE. Heart failure: progress. Etiologies.   Physicians World Communications Group, 1993.

80.   Given MB, Lowe RF, Gelvin CR, Sander GE, Giles TD.  Preservation of left ventricular function and coronary flow by angiotensin I-converting enzyme inhibition in the hypertensive-diabetic Dahl rat. **Am J Hypertension** 1994;7:919-25.

81.   Giles TD, Roffidal LE, Quiroz AC, Sander GE, Tresznewsky OW. Circadian variation in blood pressure and heart rate in non-hypertensive congestive heart failure. **J Cardiovas Pharmacol** 1996;28:733-40.

82.   The EPILOG Investigators (. . G. Sander, A. Stevens, K. Delise).  Platelet glycoprotein IIb/IIIa receptor blockade and low-dose heparin during percutaneous coronary revascularization. **N. Engl J Med** 1997;336:1689-96.

83.   Sander GE, Giles TD. Angiotensin I converting enzyme and calcium channel blockers in left ventricular systolic heart failure - theory and reality. **J Congestive Heart Failure** 1997;July/August:38-50.

84.   Sparti A, Delany JP, de la Bretonne JA, Sander GE, Bray GA. Relationship between resting metabolic rate and the composition of the fat-free mass. **Metabolism:Clinical & Experimental** 1997;46:1225-30.

M007220797

85.    Sander GE. Review questions in cardiology. **Resident & Staff Physician** 1998;44:78-81.

86.    The EPISTENT Investigators (. . Sander GE, Stevens A . .).  Randomised placebo-controlled and balloon-angioplasty-controlled trial to assess safety of coronary stenting with use platelet glycoprotein IIb/IIIa blockade. **Lancet** 1998;352:87-92.

87.    Ghaffari S, Kereiakes DJ, Lincoff AM, Kelly TA, Timmis GC, Kleiman NS, Ferguson JJ, Miller DP, Califf RA, Topol EJ, for the EPILOG Investigators (... Sander GE . . .).  Platelet glycoprotein IIb/IIIa receptor blockade with abciximab reduces ischemic complications in patients undergoing directional coronary atherectomy. **Am J Cardiol** 1998;82:7-12.

88.    The PURSUIT Trial Investigators (. . Sander G . .).  Inhibition of platelet glycoprotein IIb/IIIa with eptifibatide in patients with acute coronary syndromes. **N Eng J Med** 1998;339:436-43.

89.    Kleiman NS, Lincoff AM, Kereiakes DJ, Miller DP, Aguirre FV, Anderson KM, Weisman HF, Califf RM, Topol EJ, for the EPILOG Investigators (..Sander GE..).  Diabetes mellitus, glycoprotein IIb/IIIa blockade, and heparin: evidence for a complex interaction in a multicenter trial. **Circulation** 1998;97:1912-20.

90.    Sander GE, McKinnie JJ, Greenberg S, Giles TD.  Angiotensin converting enzyme inhibitors and angiotensin II receptor antagonists in the treatment of heart failure caused by left ventricular systolic dysfunction. **Prog Cardiovasc Dis** 1999;41:265-300.

91.    Sander GE.  Review questions in cardiology. **Resident & Staff Physician** 1999;45:77-87.

92.    Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam P, Glancy DL.  Serial echocardiographic and clinial evaluation of valvular regurgitation before, during, and after treatment with fenfluramine or dexfenfluramine and mazindol or phentermine. **Obesity Research** 1999;7:313-22.

93.    Lincoff AM, Tcheng JE, Califf RM, Kereiakes DJ, Kelly TA, Timmis GC, Kleiman NS, Booth JE, Balog C, Cabot CF, Anderson KM, Weisman HF, Topol EJ, for the EPILOG Investigators (. . Sander G. .). Sustained suppression of ischemic complications of coronary intervention by platelet GP IIb/IIIa blockade with abciximab : one-year outcome in the EPILOG Trial. **Circulation** 1999;99:1951-8.

94.    The Symphony Investigators (. . Sander GE. .)  Comparison of sibrafiban with aspirin for prevention of cardiovascular events after acute coronary syndromes: a randomized trial. **Lancet** 2000;355:337-45.

M007220798

Sander CV 07/04/06

95.   Lincoff AM, Harrington RA, Califf RM, Hochman JS, Guerci AD, Ohman EM, Pepine CJ, Kopecky, SL, Kleiman NS, Pacchiana CM, Berdan LG, Kitt ML, Simoons ML, Topol EJ, for the PURSUIT Investigators (. . Sander G . .) Management of patients with acute coronary syndromes in the United States by platelet glycoprotein IIb/IIIa inhibition : insights from the platelet glycoprotein IIb/IIIa in unstable angina: receptor suppression using integrilin therapy (PURSUIT) trial. **Circulation** 2000;102:1093-1100.

96.   Sander GE. Diagnostic evaluation for coronary artery disease in the patient with diabetes mellitus. In, Diabetes & Cardiovascular Disease. A Practical Primer (T. Giles, ed.), IPE-LSUHSC, New Orleans, 2000, pp. 41-64,.

97.   Giles TD, Sander, GE. Angiotensin II receptor ($AT_1$) antagonists in heart failure after Val-HeFT - Quo Vadis? **Am J Ger Cardiol** 2001;10:60-3.

98.   Thakur V, Sander G, Rab ST. Hodgkin's disease and lactic acidosis. **Nephron** 2001;88:276-7.

99.   Giles TD, Sander GE. Reawakening of interest in aldosterone and aldosterone antagonists:implications for treatment of cardiovascular disease. **Am J Ger Cardiol** 2001;10:166-9.

100.  Giles TD, Sander GE. Atrial fibrillation in the elderly—an increasing problem that mandates aggressive management. **Am J Ger Cardiol** 2001;10: 289-92.

101.  Giles TD, Sander GE. Beyond the usual strategies for blood pressure reduction: therapeutic considerations and combination therapies. **J Clin Hypertens** 2001;3:346-53.

102.  Sander GE. Diagnostic Approaches to Symptomatic and Asymptomatic Coronary Artery in the Diabetic Patient. **CVR&R**; 2001;XXII:710-7.

103.  Giles TD, Sander GE. Angiotensin II ($AT_1$) receptor antagonists, diabetes, and nephropathy: do differences between the renal and systemic circulations explain the outcomes observed with ARBs and ACE inhibitors? **Am J Ger Cardiol** 2002;11:62-5.

104.  Sander GE, Giles TD. Cardiovascular complications of collagen vascular disease. **Current Treat Opt Cardiovasc Med.** 2002;4;151-9.

M00722O799

Sander CV 07/04/06

105. Sander GE, Guillory GS, Giles TD.  Non-cardiac drugs and QTc interval prolongation: an often unrecognized risk factor for adverse cardiovascular outcomes. **Am J Ger Cardiol** 2002:11:197-202.

106. Sander GE.  High blood pressure in the geriatric population: treatment considerations. **Am J Ger Cardiol** 2002:11:223-32.

107. Sander GE, Giles TD.  Hypertension and lipids: lipid factors in the hypertension syndrome. **Curr Hyperten Rep**. 2002;4:458-63.

108. Sander GE, Giles TD.  HOPE in PROGRESS - A Tale of Two Trials:  Blood Pressure Reduction or Drug Mechanism? **Am J Ger Cardiol** 2002:11:332-3.

109. Sander GE, Giles TD.  Statin therapy in the elderly – the evidence mounts. **Am J Ger Cardiol** 2003;12:65-7.

110. Sander GE, Giles TD. ALLHAT and ANBP2: What have we learned from recent mega-trials **Am J Ger Cardiol** 2003;12:267-71.

111. Topol EJ, Easton D, Harrington RA, Amarenco P, Califf RM, Graffagnino C, Davis S, Diener H-C, Ferguson J, Fitzgerald D, Granett J, Shuaib A, Koudstaal PJ, Theroux P, Van de Werf F, Sigmon K, Pieper K, Vallee M, Willerson JT, on Behalf of the Blockade of the Glycoprotein IIb/IIIa Receptor to Avoid Vascular Occlusion  (BRAVO) Trial Investigators ( . . Sander G . . ). Randomized, double-blind, placebo-controlled, international trial of the oral IIb/IIIa antagonist lotrafiban in coronary and cerebrovascular disease. **Circulation** 2003;08:399-406.

112. Sander GE, Giles TD.  Diabetes mellitus and heart failure. **Am Heart Hosp J** 2003;1:273-80.

113. Sander GE, Giles TD. Ximelagatran: Light at the end of the tunnel or the next tunnel? **Am J Ger Cardiol** 2004;13:221-4.

114. Sander, GE, Wilklow FE, Giles TD. Heart failure in diabetes mellitus: Causal and treatment considerations.  **Minerva Cardiol** 2004;52:491-503.

115. Giles TD, Sander GE. Diabetes mellitus and heart failure: basic mechanisms, clinical features and therapeutic considerations. **Cardiol Clin** 2004;22:553-68.

M007220800

Sander CV 07/04/06

116.   Sander, GE.  Hypertension in the elderly. **Curr Hypertens Rep** 2004;6:469-76.

117.   Agarwal P, Sander GE, Giles TD. Pharmacologic update: treatment of erectile dysfunction in the elderly with phosphodiesterase type 5 inhibitors: cardiovascular implications.  **Am J Ger Cardiol** 2004;13:332-5.

118.   Giles TG, Sander GE.  Alcohol – A Cardiovascular Drug?  **Am J Ger Cardiol** 2005;14:154-8.

119.   Sander GE, Giles TD.  Medical management of myocardial ischemia. **Am J Ger Cardiol** 2005;14:669-78.

120.   Giles TD, Sander GE.  Pathophysiological, diagnostic, and therapeutic aspects of the metabolic syndrome. **J Clin Hypertens** 2005;7:669-78.

121.   Giles TD, Sander GE. The need for defining, and re-defining, hypertension.  Beyond the numbers.  **Postgraduate Med.** December 2005:21-5.

122.   Sander GE, Giles TD. The endocannabinoid system and cardiovascular risk: pathophysiological role and developing therapeutic interventions. Am J Ger Cardiol 2006;15: **In Press**


## ABSTRACTS

1.   Corcoran RJ, Henry HW, Sander GE, Huggins CG:  The angiotensin converting enzyme from plasma and lung. **Fed Proc** 29:281, 1970.

2.   Sander GE, Huggins CG:  Subcellular distribution of angiotensin I converting enzyme in rabbit lung. **Fed Proc** 30:449, 1971.  (Presented)

3.   Sander GE, West DW, Huggins CG:  Inhibitors of angiotensin I converting enzyme. **Fed Proc** 31:512, 1972.  (Presented).

4.   Huggins CG, Sander GE:  Differentiation of converting enzyme and bradykininase activities in lung.  Abstracts of the Fifth Internat Congr of Pharmacology (1972). 109.

M007220801

Sander CV 07/04/06

4.  Sander GE, Alstatt LB:  Biochemistry of the pulmonary capillary endothelial cell.  Thirteenth Annual Symposium on Pulmonary Diseases (1977) (Presented).

5.  Ferguson EW, Sander GE:  Acceleration of fibrin crosslinking by erythrocytes.  **Fed Proc** 37:2426, 1978.

6.  Verma PS, Lorenz PE, Sander GE:  An improved radio-immunoassay for bradykinin in human plasma.  **Fed Proc** 1980/;39: 3088.

7.  Sander GE, Verma PS, Jaeger JJ, Lorenz PE, Hess JL:  Activation of the kallikrein-kinin system during oleic acid induced acute hemorrhagic pulmonary edema in the dog.  **Fed Proc** 39:1892A, 1980.

8.  Sander GE, Verma PS, Jaeger JJ:  13, 14-Dihydro-15-keto-prosta-glandin $E_2$ and $F_2$ alpha levels in arterial blood as  indicators of acute hemorrhagic lung injury.  **Am Rev Resp Disease** 121:400S, 1980.  (Presented).

9.  Sander GE, Verma PS, Lorenz PE, Giles TD:  Clonidine interactions with canine lung angiotensin I converting enzyme in vitro.  **Clin Res** 28:880A, 1980.

10. Moore J, Verma P, Sander G, Gagnon J:  Acute renovascular hypertension:  comparison of kinin, prostaglandin E, and plasma renin activity following renal artery constriction.  **Fed Proc** 1981;40:515.

11. Moore J, Gagnon J, Sander G, Verma P:  The endogenous vasodilators bradykinin (BK) and prostaglandin E (PGE) in renovascular hypertension.  **Kidney Int** 1981;19:172.

12. Sander GE, Giles TD, Kaneish A, Coy DH, Kastin AJ:  Differential effects of clonidine and naloxone on the cardiovascular response to leucine-enkephalin in the unanesthetized dog.  **Clin Res** 1981;29:815A.

14. Sander GE, Giles TD, Quiroz AC, Coy DH, Kastin AJ:  Reversal of the intrinsic cardiostimulatory activity of the enkephalins by pentobarbital anesthesia. **Clin Res** 29:856A, 1981.

15. Giles TD, Sander GE:  Mechanisms of leucine-enkephalin-induced increases in heart rate and systemic blood pressure in conscious dogs.  **Fed Proc** 41:1468, 1982.

16. Sander GE, Giles TD:  N-allyl-N-normetazocine and leucine-enkephalin interactions suggest that leucine-enkephalin is a sigma receptor agonist.  **Fed Proc** 41:1470, 1982. (Presented)

21

Sander CV 07/04/06

17.   Verma PS, Sander G, Miller RL, Taylor RE, O'Donohue TL, Adams RG: In vitro inhibition of partially purified canine angiotensin I-converting enzyme by substance P. **Fed Proc** 41:7375, 1981.

18.   Sander G, Kaneish A, Quiroz A, Giles T:   Dose-ranging study of carteolol, a beta-adrenoceptor blocker with intrinsic sympathomimetic activity, in hypertensive patients. **Clin Res** 30:258A, 1982.

19.   Sander GE, Giles TD: The structure-activity relationships of enkephalins and dermorphin in the conscious dog. **Circulation** 66(Suppl II):II-307, 1982. (Presented)

20.   Sander GE, Giles TD:  Quaternary narcotic antagonists lower blood pressure and inhibit leucine-enkephalin in the conscious dog. **Clin Res** 30:873A, 1982. (Presented)

21.   Giles TD, Sander GE:   The influence of the time interval between successive methionine-enkephalin (ME) doses on the cardiovascular response in the conscious dog. **Fed Proc** 42:654, 1983.

22.   Sander GE, Giles TD:  Interactions of leucine-enkephalin (LE) and morphine (M) with naloxone methylbromide (MNAL) suggest excitatory peripheral opiate responses. **Fed Proc** 654, 1983. (Presented)

23.   Plauché W, Sander G, Quiroz A, Thomas G, Giles T:  Radionuclide assessment of ventricular function following intravenous clonidine in chronic congestive heart failure. **Clin Nucl Med** 8(3S):P13, 1983.

24.   Sander GE, Thomas MG, Quiroz AC, Plauché W, Giles TD:  Acute effects of clonidine hydrochloride upon ventricular function in congestive heart failure.  **Clin Res** 31:216A, 1983.

25.   Sander GE, Giles TD: Facilatory effect of methionine- enkephalin upon epinephrine-induced cardiovascular responses. **Circulation** 68(Suppl): III-79, 1983. (Presented)

26.   Sander GE, Giles TD, Rice JC: Cardiovascular reflex activity of leucine-enkephalin (LE): Modulation via Bezold-Jarisch reflex but not pulmonary J receptors. **Clin Res** 31:829A, 1983. (Presented)

27.   Sander GE, Giles TD:  The clinical efficacy of oral cibenzoline in the suppression of ventricular ectopy. **Clin Res** 31:829A, 1983. (Presented)

22

M007220803

Sander CV 07/04/06

28.   Sander GE, Giles TD:  Cardiovascular activities of endogenous enkephalins.  **Clin Res** 31:877A, 1983.

29.   Thomas MG, Plauché WE, Quiroz AC, Sander GE, Rice JC, Giles TD:  Clonidine in severe heart failure - a long-term study.  **Clin Res** 31:868A, 1983.

30.   Given MB, Sander GE, Giles TD:   Non-opiate actions of des-tyr$^1$-D-Ala$^2$-leucine enkephalinamide on rat vascular smooth muscle in vitro.  **Fed Proc** 43:651, 1984.

31.   Evanich MJ, Sander G, Giles T:  Ventilatory response to intravenous enkephalin in awake dogs.  **Fed Proc** 43:1006, 1984.

32.   Giles TD, Sander GE:  Interaction of cardiovascular reflexes peripherally activated by leucine-enkephalin and veratrum alkaloids.  **Fed Proc** 43:1101, 1984.

33.   Sander G, Giles T, Rice J:  Cardiovascular interactions of methionine-enkephalin with substance P in the conscious dog.  **Fed Proc** 43:1042, 1984.  (Presented)

34.   Sander GE, Giles TD:   Enkephalin interaction with norepinephrine, histamine, and angiotensin II.  **Clin Res** 32:203A, 1984.  (Presented)

35.   O'Mailia JJ, Sander GE, Rice JC, Giles TD:  Suppression of complex ventricular ectopy by oral cibenzoline.  **Clin Res** 32:831A, 1984.

36.   Given MB, Sander GE, Giles TD:  Effect of enkephalins and related analogs on vascular smooth muscle.  **Clin Res** 32:844A, 1984.

37.   Sander GE, Giles TD: Hemodynamic effects of intravenous methionine-enkephalin-arg-phe and methionine-enkephalin-arg-gly-leu in conscious dogs.  **Clin Res** 32:862A, 1984.

38.   Thomas MG, Quiroz AC, Sander GE, Giles TD: Anti-anginal effects of clonidine.  **Clin Res** 32:862A, 1984.

39.   Sander GE, Giles TD:  Picrotoxin (P) reverses the vasodepressor response to intravenous (IV) methionine-enkephalin (ME) in anesthetized dogs.   **Fed Proc** 44:1343, 1985. (Presented)

23

M007220804

Sander CV 07/04/06

40.   Sander GE, Giles TD:   Similar hemodynamic responses to intravenous (IV) methionine-enkephalin (ME) and gamma-aminobutyric acid (GABA) in conscious dogs. **Clin Res** 33:224A, 1985.

41.   Giles TD, Sander GE, Quiroz AC:   Systemic methionine- enkephalin (ME) evokes cardiostimulatory responses in the human. **Clin Res** 33:518A, 1985.

42.   O'Maillia JJ, Sander GE, Giles TD: Severe systemic hypotension and myocardial ischemia resulting from the use of sublingual nifedipine in the treatment of hypertensive emergencies. **Clin Res** 34:179A, 1986.

43.   Given MB, Sander GE, Giles TD:  Evidence for enkephalin-analog calcium ionophore activity in vascular smooth muscle. **Clin Res** 34:189A, 1986.

44.   Rosales OR, Sander GE, Given MB, Giles TD:  Carteolol, a beta-adrenoceptor antagonist with intrinsic sympathomimetic activity, reduces blood pressure and left ventricular hypertrophy. **Clin Res** 34: 190A, 1986.

45.   Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Efficacy of a new calcium antagonist - nicardipine - in effort angina pectoris. **Clin Res** 34:212A, 1986.

46.   Thomas MG, Quiroz AC, Given MB, Sander GE, Giles TD:  Nicardipine - a new calcium channel antagonist: efficacy in stable effort angina pectoris. **J Am Coll Cardiol** 7(Suppl A) 181A, 1986.

47.   Giles TD, Sander GE, Roffidal LE, Thomas MG, Given MB, Quiroz AC:  Comparative effects of nitrendipine (N) and hydrochlorothiazide (HCTZ) on left ventricular (LV) function in the treatment of hypertension. **J Hypertension** 4(Suppl 5):S574, 1986.

48.   Rosales OR, Sander GE, Given MB, Giles TD:  Beta-adrenoceptor antagonists (BB) with partial agonist activity may cause regression on left ventricular hypertrophy (LVH) in hypertension. **J Hypertension** 4(Suppl 5):S555, 1986.

49.   Ahmad S, Bex F, Given MB, Sander GE, Giles TD:  Intravenous captopril produces rapid and favorable hemodynamic changes in congestive heart failure. **Clin Res** 35:8A, 1987.

50.   Rosales OR, Thomas MG, Given MB, Roffidal L, Sander GE, Giles TD:  Comparison of lisinopril and captopril in congestive heart failure. **Clin Res** 35:36A, 1987.

M007220805

Sander CV 07/04/06

51.　Quiroz AC, Sander GE, Given MB, Roffidal L, Ahmad S, Marder H, Giles TD:  Atrial natriuretic peptide produces favorable hemodynamic changes and increases sodium excretion in congestive heart failure (CHF).  **J Am Coll Cardiol** 9:119A, 1987.

52.　Sander GE, Given MB, Roffidal LE, Marder H, Giles TD:  The effect of sodium balance upon responses to atrial natriuretic factor (ANF) in hypertensive humans.  **Clin Res** 36:38A, 1988.  (Presented)

53.　Giles TD, Campeau RJ, Roffidal LE, Given MB, Sander GE:  Isolated systolic hypertension is associated with similar abnormalities in left ventricular function as is diastolic hypertension.  **Am J Hypertension** 1(3):10A, 1988.

54.　Given MB, Sander GE, Lowe RF, Giles TD: N-Allylnormetazocine: Hemodynamic actions and inhibition of leucine-enkephalin hemodynamic activity in conscious dogs.  **Circulation** 78(Suppl II):II-36, 1988. (Presented)

55.　Giles TD, Sander GE, Roffidal LE, Given MB, Quiroz AC:  Nitrendipine (NTP) & hydrochlorothiazide (HCTZ) in hypertension-A comparative neuroendocrine and echocardiographic study.  **So Med J** 81(9):S28, 1988.

56.　Giles TD, Roffidal L, Mazzu A, Burkholder D, Quiroz A, Sander G: Nitrendipine (NTP) in hypertension:  Effect of treatment for one year on left ventricular (LV) function and neurohumoral mechanisms.  **Am J Hypertension** 2:65A, 1989.

57.　Giles TD, Sander GE, Roffidal LE, Ursprung JJ:  Comparative effects of nicorandil and captopril in treatment of chronic heart failure.  **Circulation** 80:II-630, 1989.

58.　Quiroz AC, Giles TD, Roffidal L, Sander GE, Haney Y, Given MB: Hemodynamic responses to intravenous nicorandil in congestive heart failure.  **Clin Res** 38:4A, 1990 (Presented)

59.　Giles T, Given M, Lowe R, Levy L, Ferrans V, Sander G:  Streptozotocin (STZ)-induced diabetes mellitus (DM) in the Dahl salt sensitive (DSS) and salt resistant (DSR) rat - A model for diabetic/hypertensive (DM/H) cardiomyopathy.  **Am J Hypertension**. 3(part 2):14A, 1990.

60.　Giles T, Feghali C, Levy L, Lowe RF, Sander GE. Expression of ventricular atrial natriuretic factor mRNA in diabetic Dahl rats with (DM/H) cardiomyopathy.  **Am J Hypertension**. 4(part 2):91A, 1991.

M007220806

Sander CV 07/04/06

61.   Sander GE, Giles TD, Roffidal LE, Mazzu AL:   Endocrinologic outcomes of antihypertensive therapy: the comparative effects of nitrendipine and hydrochlorothiazide on plasma calciotropic hormones and bone density. **Am J Hypertension** 5:17A, 1992 (presented).

62.   Given MB, Lowe RF, Sander GE, Giles TD:  Effect of benazepril on cardiac performance in diabetic Dahl rats. **Am J Hypertension** 5:30A, 1992 (presented).

63.   Sander GE, Schreiter S, Roffidal LE, Giles TD. Efficacy of metoprolol relative to placebo in the suppression of supraventricular arrhythmias. **Clin Res** 40:776A, 1992 (presented).

64.   Given MB, Lowe RF, Sander GE, Giles TD.  Acute hypotension alters the hemodynamic response to methionine-enkephalin in conscious dogs. **Clin Res** 40:776A, 1992.

65.   Giles TD, Sander GE, Roffidal LE, Kineish E.  Circadian variations in blood pressure and heart rate in patients with systolic congestive heart failure ; effects of long- and short-acting angiotensin converting enzyme inhibitors. **Clin Res** 40:807A, 1992.

66.   Given MB, Lowe RF, Sander GE, Giles TD.  Effect of benazepril on Dahl salt-resistant rats with and without streptozocin-induced diabetes. **Clin Res** 40:857A, 1992.

67.   Giles TD, Sander GE, Roffidal LE. Circadian variation in blood pressure and heart rate in congestive heart failure - neurohumoral associations and effects of long- and short-acting angiotensin I-converting enzyme inhibitors. **Am J Hypertension** 6:33A(1271), 1993.

68.   Given MB, Lowe RF, Sander GE, Giles TD. Effect of angiotensin converting enzyme inhibition on cardiac function in diabetic Dahl salt-resistant rats.  **Am J Hypertension** 6:33A, 1993.

69.   Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **J Invest. Medicine** 43:27A, 1995.

70.   Kerut EK, Winterton J, Roffidal L, Sander GE, Jones R, Given M, Giles TG.  Congestive Heart Failure (CHF): Influence of Hypertension With and Without Diabetes Mellitus on Circadian Variation in Autonomic Balance. **Am J Hypertension** 8:174A, 1995.

71.   Shah A, Abourahma A, Sander GE. Coronary artery disease in women younger tha age 45 years. A longitudinal descriptive study. **J Invest Med** 45:4A, 1997.

M007220807

Sander CV 07/04/06

72.  Hallak OK, Aasar O, Alkiek R, Sander, G.  Is acute coronary syndrome triggered by infectious agent? **Chest** 112(suppl):65S, 1997.

73.  Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD. Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echoes Parallels the Incidence in a Larger Cohort Population.**J Am Coll Cardiol** 31(Suppl A):151A, 1998 (presented).

74.  Sander GE, Ryan DH, Bray GA, Greenway FC, Kerut EK, Giles TD. Fenfluramine Combination Therapy for Obesity: the Appearance Rate of Aortic Regurgitation on Serial Echocardiograms Parallels the Incidence in a Larger Cohort Population. **J Invest Med** 46:31A, 1998 (presented).

M007220808

## MATERIALS USED IN REVIEW

Expert Witness Report of Dr. John W. Farquhar, M.D., dated September 26, 2005;

Supplemental Expert Witness Report of Dr. John W. Farquhar, M.D., dated May 26, 2006;

**Depositions**

Dr. John W. Farquhar, M.D., dated June 8, 2006;

Gregory D Kurfman, MD. November 21, 2005

Eric J Topol, MD, November 22, 2005

Hui Quan, PhD, March 14, 2006

**References**

Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005;112(5):759 - 70.

Aw TJ, Haas SJ, Liew D, Krum H.  Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med. 2005;165(5):490-6.

Andersohn F, Suissa S, Garbe E.  Use of first- and second-generation Cyclooxygenase-2-selective nonsteroidal anti-inflammatory drugs and risk of acute myocardial infarction. Circulation 2006;113:1950-7.

Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000; 22;102(8):840-5.

Belton   O,   Fitzgerald   D.   Cyclooxygenase-2   inhibitors   and   atherosclerosis. J Am Coll Cardiol. 2003;41(10):1820-2

Bennett, JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The Use of Nonsteroidal Anti-Inflammatory Drugs (NSAIDs): A Science Advisory From the American Heart Association. Circulation 2005;111: 1713-16

Bishop-Bailey  D,  Mitchell  JA,  Warner  TD.   COX-2  in  cardiovascular  disease. Arterioscler Thromb Vasc Biol. 2006;26(5):956-8

Bombardier C, Laine L, Reicin A, Shapiro D, Ruben Burgos-Varga PH, Davis B,   Day R,   Bosi Ferraz M, Hawke CJ, Hochberg MC, Kvien TK, Schnitzer TJ for The VIGOR

*1*

M007220809

Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-8.

Bombardier C, Laine L, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A. Response to expression of concern regarding VIGOR study. N Engl J Med. 2006;354(11):1196-9.

Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (Adenomatous Polyp Prevention Trial on Vioxx (APPROVe) Trial). N Engl J Med. 2005;352:1092-1102.

Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation. 2002;105:1816-23.

Castelli WP. Epidemiology of coronary heart disease: the Framingham study. Am J Med. 1984;76(2A):4-12.

Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, Lasseter KC, Quan H, Gertz BJ, FitzGerald GA. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther. 1999;289(2):735-41.

Chenevard R, Hurlimann D, Bechir M, Enseleit F, Spieker L, Hermann M, Riesen W, Gay S, Gay RE, Neidhart M, Michel B, Luscher TF, Noll G, Ruschitzka F. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation. 2003;107(3):405-9

Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane $A_2$. Science. 2002; 296: 539–541.

Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of Cox-2 inhibitors on blood pressure change. Am J Therapeut 2003;10:311-7

Cipollone F, Prontera C, Pini B, et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. 2001;104:921-7.

Cook NR, Cohen J, Hebert PR, Taylor JO, Hennekens CH. Implications of small reductions in diastolic blood pressure for primary prevention. Arch Intern Med. 1995;155(7):701-9

M007220810

Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8.

Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med. 2006;354(11):1193.

Dieppe PA, Ebrahim S, Martin RM, Jüni P. Lessons from the withdrawal of rofecoxib. Patients would be safer if drug companies disclosed adverse events before licensing. BMJ 2004;329: 867-8.

Egan KM, Wang M, Lucitt MB, Zukas AM, Pure E, Lawson JA, FitzGerald GA. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation. 2005;111:334–42.

Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. Executive Summary of the Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). JAMA 2001;285:2486-97

Falk E, Shah PK, Fuster V. Coronary plaque disruption. Circulation. 1995;92(3):657-71.

Farkouh ME, Kirshner H, Harrington RA, Ruland S, Verheugt FW, Schnitzer TJ, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004;364:675-84.

FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol. 2002;89(6A):26D-32D.

FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med. 2004; 351: 1709–1.

Fosslien E, Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. Ann. Clin. Lab. Sci. 2005;35(4):347-85.

Fries S, Grosser T. The cardiovascular pharmacology of COX-2 inhibition. Hematology 2005 (1):445-451.

Furberg CD, Psaty BM, FitzGerald GA Parecoxib, valdecoxib, and cardiovascular risk. Circulation. 2005;111(3):249.

Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation. 2004;109(24):3000-6.

M007220811

Gislason GH, Jacobsen S, Rasmussen JN, Rasmussen S, Buch P, Friberg J, Schramm TK, Abildstrom SZ, Kober L, Madsen M, Torp-Pedersen C. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006;113(25):2906-13.

Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet. 2005;365(9458):475-81.

Graham DJ. Risk of acute myocardial infarction and sudden cardiac death in patients treated with COX-2 selective and non-selective NSAIDs. FDA Memorandum. September 30, 2004.

Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006;116:4-15.

Halushka MK, Halushka PV. Why Are Some Individuals Resistant to the Cardioprotective Effects of Aspirin? Could It Be Thromboxane A2? Circulation 2002;105(14):1620-2.

Harris RC. COX-2 and the Kidney. J Cardiovasc Pharmacol 2006;47 Suppl 1:S37-42.

Helin-Salmivaara A, Virtanen A, Vesalainen R, Gronroos JM, Klaukka T, Idanpaan-Heikkila JE, Huupponen R. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J. 2006;27(14):1657-63.

Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis BMJ 2005;330(7504):1366-72.

Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ. 2005;330(7504):1342-3

Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994;121(4):289-300.

Johnsen SP, Larsson H, Tarone RE, McLaughlin JK, Norgard B, Friis S, Sorensen HT. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med. 2005;165(9):978-84.

*4*

M007220812

Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet. 2004;364(9450):2021-9.

Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-8.

Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med. 2004;51(27):2875-8

Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Chittams J, Strom BL. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med. 2005;142(3):157-64.

Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001;104(19):2280-8.

Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002;69 Suppl 1:SI47-52.

Lagakos SW. Time-to-Event Analyses for Long-Term Treatments -- The APPROVe Trial. N Engl J Med 2006;355:113-17.

Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. Can Med Assoc J 2006;174(11):1581-2.

Lewington S, Clarke R, Qizilbash N, Peto R, Collins R, for the Prospective Studies Collaboration. Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. Lancet. 2002;360(9349):1903-13.

Lu W, Resnick HE, Jablonski KA, Jones KL, Jain AK, Howard WJ, Robbins DC, Howard BV. Non-HDL cholesterol as a predictor of cardiovascular disease in type 2 diabetes: the strong heart study. Diabetes Care. 2003;26(1):16-23.

Mamdani M, Juurlink DN, Lee DS, Rochon PA, Kopp A, Naglie G, Austin PC, Laupacis A, Stukel TA. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004;363(9423):1751-6.

McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999; 96: 272-7.

M007220813

Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA. 2001;286(8):954-9.

Nissen SE, Furberg CD, Bresalier RS, and Baron JA. Adverse Cardiovascular Effects of Rofecoxib. N Engl J Med 2006;355:203-5.

Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Complications of the COX-2 Inhibitors parecoxib and valdecoxib after cardiac Surgery. N Engl J Med 2005;352:1081-91.

Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 Inhibition and Cardiovascular Events. Circulation 2002;106:167-9.

Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993;153(4):477-84.

Pratico D, Dogne J-M. Selective cyclooxygenase-2 inhibitors development in cardiovascular disease. Circulation 2005;112(7): 1073-9.

Psaty BM, Furberg CD.COX-2 inhibitors--lessons in drug safety. N Engl J Med. 2005 Mar 17;352(11):1133-5.

Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. 2002;359(9301):118-23.

Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet. 2002;360(9339):1071-3

Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal antiinflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. 2002;89:204-209.

Rudic RD, Brinster D, Cheng Y, Fries S, Song W-L, Austin S, Coffman TM, FitzGerald GA. COX-2-Derived Prostacyclin Modulates Vascular Remodeling Circ Research 2005;96(12):1240-7.

Schror K, Mehta P, Mehta JL.Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther. 2005;10(2):95-101.

Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med. 2005;165:181-6

M007220814

Shinmura K, Bolli R.The risk for myocardial infarction with cyclooxygenase-2 inhibitors. Ann Intern Med. 2005;18;143(8):617.

Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal antiinflammatory drug use and acute myocardial infarction. Arch Intern Med. 2002;162:1099-1104.

Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation. 2004;109(17):2068-73

Solomon DH, Avorn J, Sturner T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular Outcomes in New Users of Coxibs and Nonsteroidal Antiinflammatory Drugs. Arthritis and Rheumatism. 2006 May; 54 (5); 1378-1389.

Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M, for the Adenoma Prevention with Celecoxib (APC) Study Investigators.  Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention.  N Engl J Med. 2005;352:1071-80.

Sowers JR, White WB, Pitt B, Whelton A, Simon LS, Winer N, Kivitz A, van Ingen H, Brabant T, Fort JG; Celecoxib Rofecoxib Efficacy and Safety in Comorbidities Evaluation Trial (CRESCENT) Investigators. The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus Arch Intern Med. 2005;165(2):161-8.

Thom T et al. Heart Disease and Stroke Statistics—2006 Update. Accessed at http://circ.ahajournals.org/cgi/ content/short/113/6/e85 on June 15, 2006

Topol EJ, Falk GW. A coxib a day won't keep the doctor away. *Lancet.* 2004;364:639-640.

Turnbull F; Blood Pressure Lowering Treatment Trialists' Collaboration. Effects of different blood-pressure-lowering regimens on major cardiovascular events: results of prospectively-designed overviews of randomised trials. Lancet. 2003;362(9395):1527-35.

Vasan RS, Larson MG, Leip EP, Evans JC, O'Donnell CJ, Kannel WB, Levy D. Impact of high-normal blood pressure on the risk of cardiovascular disease. N Engl J Med. 2001;345(18):1291-7.

Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf. 2006 Jan 4; [Epub ahead of print]

Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. SUCCESS VI Study Group. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a

M007220815

randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Therapeut. 2001;8(2):85-95.

Willerson JT.   Stable angina pectoris: recent advances in predicting prognosis and treatment.  Adv Intern Med 1998;43:175-202.

Willerson JT, Golino P, Eidt J, Campbell WB, Buja LM. Specific platelet mediators and unstable coronary artery lesions. Experimental evidence and potential clinical implications. Circulation. 1989;80(1):198-205.

Wright JM, The double-edged sword of COX-2 selective NSAIDs. Can Med Assoc J. 2002 12;167(10):1131-7.

*8*

M007220816

| Date | Attorney | Case | | Role |
|------|----------|------|---|------|
| 04/21/94 | Kennedy | Jessup v Synder 24th JDC, Parish of Jefferson, LA, Division D #409-593 | Defense | Standard of Care |
| 07/17/95 | Hone | Pyonk v Henry Ford Circuit Court for the County of Macomb, MI No: 94-1025-NH | Plaintiff | Causation |
| 03/08/1996 | Cummings | Cabot v Ochsner et al 24th JDC, No. 458-831, Division "I" | | Panel Member |
| 04/04/97 | Hone | Masherah v Dettloff Eastern District Court of MI No 96-72978 | Plaintiff | Causation |
| 01/29/98 | Hone | Said v Oakwood Circuit Court of Wayne County, MI Case No. 96-642859-NM | Plaintiff | Standard of Care |
| 02/26/98 | Hone | Ahmed v Fares Circuit Court of Wayne County, MI Case No. 96-602503-NM | Plaintiff | Standard of Care |
| 03/25/99 | Carnes | Glenn v Williamson et al Circuit Court, Jefferson County, AL, Civil Action Number: CV-97-02202 | Plaintiff | Causation* |
| 04/20/99 | Davis & Davis | Landry v FINA Oil 118th Judicial District of Howard County, TX Cause No. 98-07-39911 | Disability | Treating Physician |
| 09/01/00 | Deas | Pominski v Allstate CDC No. 97-22386, Division "B" | Injury | Extent of Injury |
| 09/07/01 | Davis | Economou v Hill et al 155th Judicial District, Austin County TX No 2222V-0012 | Plaintiff | Causation* |
| 11/20/01 | Davis & Davis | Toombs v Ball et al 105th Judicial District of Neuces County, TX DC TX, NO. 01-00100-00-0-D | Plaintiff | Standard of Care |
| 11/06/02 | Manning (McGlinchey) | Dampf v Pennington (Fen-Phen) Ref: 00222.0590 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Adcock v Pennington (Fen-Phen) Ref: 00222.0578 | Defense | Cardiology expert-treating Dr |
| 11/08/02 | Manning (McGlinchey) | Lagautta v Pennington (Fen-Phen) Ref 00222.0568 | Defense | Cardiology expert-treating Dr |
| 05/15/03 | David | Falgout v LAMMICO 22nd JDC, NO. 2000-14999, Division "I" | Plaintiff | Standard of care* |
| 07/26/03 | Hammons | Evelyn Fitzgerald v. N Louisiana Rehab Hosp 3rd JDC, Parish of Lincoln, LA Consolidation No 42,392 and No 44,670 | Plaintiff | Causation |

M007226817

| | | | Plaintiff | Standard of Care |
|---|---|---|---|---|
| 08/01/03 | Marie | Schuessler v Chandler et al Circuit Court of Jefferson County, AL Civil Action Number: CV-02-3155 | | |
| 10/29/03 | Pansler | Cagle v Jain Case No.: G-01-3556; Polk County, FL | Plaintiff | Causation |
| 11/06/03 | Moody | Hastings v Giliberto et al Case No. 02-378 CA-G (Div K) 5th Judicial Court, Marion County, FL | Plaintiff | Causation |
| 12/03/03 | Parker | Comeaux v Dugal et al Docket No. 20031197 J 15th Judicial District Court, Lafayette, LA | Plaintiff | Causation |
| 06/28/04 | Aversano | Cause No. 2003-133-4; Gray v. Guess et al 170th Judicial District Court McLennan County, Texas | Plaintiff | Causation |
| 08/31/04 | Davis | Gonzales v Rodriguez | Plaintiff | Causation |
| 10/28/05 | Hammons | Gregory Franklin, et al. v. Rapides Regional Medical Center No. 217,156, 9th Judicial Court, Rapides Parish, Louisiana | Plaintiff | Causation |
| 11/14/05 | Davis | Cause No 03-8-60, 128-B; Adam Garcia et al v Boniface S. Gbalazeh, MD, et al. 135th JDC, Victoria County, TX | Plaintiff | Causation/Standard of Care |
| 12/05/05 | Moody | Deborah Wilson v Krishanavadan Shroff, MD, et al 10th JDC, Polk County, FL | Plaintiff | Causation |
| 01/17/06 | Carter | Ann Hutchinson v Dr. Michael Thomas File P-02-2939-W | Plaintiff | Causation |
| 02/13/06 | Branan/Vital | Earnheart v McCurtain Memorial Medical Management, Inc et al. District Court of McCurtain County Case No. CJ-02-736 | Plaintiff | Causation |

*Court Appearance

M007220818