# Curriculum Vitae

KyungMann Kim
Department of Biostatistics & Medical Informatics
University of Wisconsin Medical School
600 Highland Avenue, K6/438 CSC
Madison, WI 53792-4675
Phone: (608) 265-6380
FAX: (608) 265-5579
E-mail: kmkim@biostat.wisc.edu

Home:
7538 Red Fox Trail
Madison, WI 53717-1860

## Degrees

| | | | |
|---|---|---|---|
| Ph.D. | Statistics | University of Wisconsin-Madison | 1985 |
| M.S. | Statistics | Seoul National University, Seoul, KOREA | 1980 |
| B.S. | Computer Science and Statistics | Seoul National University, Seoul, KOREA | 1978 |

## Certification

Certified Clinical Research Professional (CCRP), Society for Clinical Research Associates, June 2005

## Positions

| | |
|---|---|
| 2005– | Master of Public Health (MPH) Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 2001– | Population Health Science Graduate Program Faculty, Department of Population Health Sciences, University of Wisconsin-Madison |
| 1999–2004 | Director, Biostatistics Program, Department of Biostatistics and Medical Informatics |
| 1998– | Member, University of Wisconsin Comprehensive Cancer Center |
| 1997– | Professor of Biostatistics and Associate Chair, Department of Biostatistics and Medical Informatics, Affiliate Professor of Statistics, Department of Statistics, University of Wisconsin-Madison; Director of Biostatistics Shared Resource, Co-director of Clinical Trials Research Office, University of Wisconsin Comprehensive Cancer Center |
| 1995–1997 | Associate Professor of Biostatistics, University of Michigan School of Public Health; Director of Biostatistics Shared Resource, University of Michigan Comprehensive Cancer Center |
| Spring 1995 | Visiting Associate Professor of Ophthalmology, School of Medicine, Johns Hopkins University |
| 1994–1995 | Associate Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1988–1994 | Assistant Professor of Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1986–1988 | Research Fellow in Biostatistics, Harvard School of Public Health and Dana-Farber Cancer Institute |
| 1985–1986 | Research Associate, Biostatistics Center, University of Wisconsin-Madison |
| 1981–1985 | Teaching and Research Assistant, Department of Statistics, University of Wisconsin-Madison |
| 1978–1980 | Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA |



EXHIBIT
Kim
2

PENGAD 800-631-6989

TK N6-12-06

M00770965B

KyungMann Kim                                                                                          2

## Appointments

| | |
|---|---|
| 1990–1993 | Regional Advisory Board, Eastern North American Region (ENAR) of the International Biometric Society (IBS) |
| 1993–1996 | ENAR Representative to the Biological Sciences Section of the American Association for Advancement of Science (AAAS) |
| 1996–1997 | Vice President, Ann Arbor Chapter of the American Statistical Association (ASA) |
| 1996–2003 | Working Group (Acting Chair), Directors of Cancer Center Biostatistics Shared Resource |
| 1997– | Special Review Committee for review of a program project application for NCI Scientific Review Group Subcommittee E |
| 1993 | Professional Services Contractor, Strategy Meeting for Small Cell Lung Cancer, Cancer Therapy Evaluation Program, Division of Cancer Treatment, National Cancer Institute (NCI), National Institutes of Health (NIH), Department of Health and Human Services (DHHS) |
| 1997 | Professional Services Contractor, Office of Cancer Survivorship, NCI, NIH, DHHS, 1997 |
| 1997 | Special Emphasis Panel for NIH PAR-97-027 "Center for AIDS Research" |
| 1998– | HIV/AIDS Therapeutic Trials Data and Safety Monitoring Board (DSMB), Division of AIDS, National Institute of Allergy and Infectious Diseases (NIAID), NIH, DHHS |
| 1999–2002 | DSMB of a National Institute of Arthritis and Musculoskeletal and Skin Diseases-funded study of prevention of osteoporosis after organ transplantation |
| 1999–2002 | Lung Cancer Concept Evaluation Panel, NCI, NIH, DHHS |
| 1999–2003 | Data Monitoring Board of a VA-sponsored study of chronic heart failure, Department of Veterans Affairs |
| 2000–2002 | Chair, Snedecor Award Committee, Committee of Presidents of Statistical Societies (COPSS) |
| 2000– | Associate Editor, *Biometrics* |
| 2000–2004 | Advisory Committee for EaSt, Cytel Software Corporation |
| 2000–2004 | DSMB for Autoimmune Disease Trials of the Autoimmunity Centers of Excellence and the Immune Tolerance Network, Division of Allergy, Immunology and Transplantation, NIAID, NIH, DHHS |
| 2000–2006 | External Scientific Advisory Committee, Kimmel Cancer Center, Thomas Jefferson University, Philadelphia |
| 2001–2003 | Elected Member, Regional Committee, ENAR, IBS |
| 2001–2003 | Student Award Committee, ENAR, IBS |
| 2001–2004 | Scientific Advisory Board, Lifecord, Inc., Seoul, KOREA |
| 2001– | Member and Chair, Independent Data Monitoring Committees, Abbott Laboratories, Abbott Park, IL; Bayer, West Haven, CT; Sanofi-Aventis, Bridgewater, NJ; Ortho Biotech, Bridgewater, NJ; Immunomedics, Morris Plains, NJ; GlaxoSmithKline, Collegeville, PA; BioPartners, Baar, Switzerland; Merck, Blue Bell, PA |
| 2001–2005 | Subcommittee E on Cancer Epidemiology, Prevention & Control, Scientific Review Group NCI, NIH, DHHS |
| 2002– | External Advisory Board, Lineberger Comprehensive Cancer Center, University of North Carolina, Chapel Hill, NC |
| 2003– | Ad Hoc Member, Subcommittee A on Cancer Centers, Subcommittee C on Basic & Preclinical Scientific, Subcommittee D on Clinical Studies, and Subcommittee H on Clinical Groups, Scientific Review Group, NCI, NIH, DHHS |
| 2004 | Ad Hoc Member, Biostatistical Methods and Research Design Study Section, Center for Scientific Review, NIH |
| 2004– | Student Award Committee, Society for Clinical Trials |
| 2005–2006 | Program Committee (Chair) and Education Committee, 27th Annual Meeting of the Society for Clinical Trials, May 21–24, 2006, Orlando, Florida |
| 2005– | External Advisory Board, Wake Forest University Comprehensive Cancer Center Biostatistics Shared Resource, Wake Forest, North Carolina |

M00770959

## Appointments

2006–  Student Award Committee and Membership Subcommittee, International Society for Clinical Biostatistics

2006–  Advisory Committee, Specialized Program of Research Excellence in Breast Cancer, Northwestern University

2006–  Member, Human Studies Review Board, U.S. Environmental Protection Agency

## Honors and Awards

Seoul National University scholarship 1974 for top 5% of incoming students in the Natural Sciences Division

Temple University Mathematics scholarship during 1980–1981

Phi Beta Kappa National, 1985

Finalist for the Scholarship Program of the 1987 Annual Meeting of the Society for Clinical Trials

First Independent Research Support and Transition (FIRST) Award from the National Institutes of Health, 1990–1995

Junior Faculty Sabbatical Program Award from the Harvard School of Public Health for the Spring of 1995

Drug Information Association Award for Faculty Advisor for its 1995 Dissertation/Thesis Summary Award to a former student, Sandra J. Lee, Sc.D.

Fellow, American Statistical Association, 2005

## Committees

Eastern Cooperative Oncology Group, Hematology Committee, 1986–1992; Pathology Committee, 1986–1995; Thoracic Oncology Committee (Statistical Co-chair), 1988–1995

Harvard School of Public Health Department of Biostatistics, Computing, Curriculum, Library, Qualifying Examination, Seminar, Student Admissions and Recruitment, Student Advising Committee, 1988–1995; Computing (Chair) Committee, 1993–1995

Dana-Farber Cancer Institute Division of Biostatistics, ECOG Statistical Center Manual Committee (Chair), 1990–1993; Randomization and Statistical Computing Committee, 1988–1995

University of Michigan Comprehensive Cancer Center, Quality Assurance (Chair), Data Coordinating (Chair), and Protocol Review Committee & Internal Advisory and Clinical Research Committee, 1995–1997

University of Michigan W.K. Kellogg Eye Center, Operations Committee of the Collaborative Initial Glaucoma Study (CIGTS), 1995–1997

University of Michigan School of Public Health Department of Biostatistics, Computing Committee, 1995–1997; Task Force on Collaborative Research, 1996–1997; Library Committee (Chair), 1996–1997

Greater Detroit Area Health Council, Inc., Data Base Working Group, Southeast Michigan Cancer Services Task Force, 1996–1997

University of Wisconsin Comprehensive Cancer Center, Clinical Affairs Committee (Co-chair) and Clinical Trials Monitoring Committee (Co-chair), 1997–

University of Wisconsin-Madison, Departmental, School, University-wide Faculty Screen and Search Committees, 1997–

M00770960

University of Wisconsin Comprehensive Cancer Center and UW Hospital & Clinics, Cancer Treatment Center Planning Committee, 1998

University of Wisconsin Medical School, Interdisciplinary Research Complex Working Group, 1998; Medical Records Research Committee, 1998; Tenure Track Faculty Promotions Committee, 2000–2003; Advanced Degrees Subcommittee of the Curriculum Committee, 2001; Basic Science/Grade Education subcommittee/Liaison Committee on Medical Education, 2002; Master of Public Health (MPH) Planning Committee 2002–2005, Curriculum Subcommittee, 2002–, and Steering Committee, 2005–; Advisory Committee, Clinical Research Scholar (CRS) Program, 2003–; MPH Steering Committee 2005–

University of Wisconsin-Madison, Departments of Statistics and and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Jason Fine, 1998–2003; Departments of Preventive Medicine and Biostatistics & Medical Informatics, Mentor Committee for Assistant Professor Guan-hua Hwang, 2000–2003; Department of Medicine, Hematology Section, Mentor Committee for Assistant Professor Brad Kahl, 2001–

University of Wisconsin Medical School, Department of Population Health Sciences, Population Health Graduate Program Steering Committee, 2000–2003

University of Wisconsin Medical School, Department of Biostatistics & Medical Informatics, Biostatistics Training Committee 1997–; Summer Internship Program Committee, 2000–

University of Wisconsin Medical School, Department of Medicine, Academic Clinical Oncologist Training Program (K12), Advisory Committee, 2001–

University of Wisconsin-Madison, Information Technology Committee, 2001–2002; Faculty Senate, 2004–

## Consulting

Statistical Consultant, Cytel Software Corporation, Cambridge, Massachusetts on Development of EaSt, *A Software Package for the Design and Interim Monitoring of Group Sequential Clinical Trials*, 1989–1992, 1999

Statistical Consultant, Brain Tumor Working Group, Massachusetts General Hospital, Boston, 1990

Statistical Consultant, Eastern Cooperative Oncology Group Coordinating Center and Frontier Science & Technology Research Foundation, Brookline, Massachusetts on pharmaceutical industry projects, 1996–1997

Statistical Consultant, Michael Best & Friedrich, LLP, a patent law firm in Madison, Wisconsin on a chemopreventive agent, 1998

Statistical Consultant, Frontier Science & Technology Research Foundation-Madison, Wisconsin, 1998–present, non-compensated since 2001

Professional Services Contractor, Center for Devices and Radiological Health, Food and Drug Administration, DHHS, 2000

Statistical Consultant for Biopharmaceutical Companies: Berlex, Montville, New Jersey, 1999–2002; G.D. Searle/Pharmacia, Skokie, Illinois, 2000–2001; TAP, Lake Forest, Illinois, 2001; Abbott, Abbott Park, Illinois, 2001–2005; Pfizer, Ann Arbor, Michigan, 2002; Genitope, Redwood City, California, 2002; Sanofi-Aventis, Bridgewater, New Jersey, 2002, 2004–; Bayer, West Haven, Connecticut, 2004–; Ortho Biotech, Bridgewater, New Jersey, 2005–2006; GlaxoSmithKline, Collegeville, Pennsylvania, 2005–; Immunomedics, Morris Plains, New Jersey, 2005–; BioPartners, Baar, Switzerland, 2005–; Merck, Rahway, New Jersey, 2005–; WEX, Vancouver, British Columbia, Canada, 2006; Viventia Biotech, Mississauga, Ontario, Canada, 2006–; Barlet, Beech, LLC, 2006–

M007709661

Statistical Consultant, Spine Patient Outcome Research Trial (SPORT), U01-AR45444, sponsored by the National Institute of Arthritis and Musculoskeletal and Skin Diseases, 2000–2004

Statistical Consultant for Contract Research Organizations: Lifecord, Seoul, KOREA, 2001–2004; Covance, Princeton, New Jersey, 2002, 2006;

Statistical Consultant, Doxil for Eyelid Spasm Injection, University of Minnesota, Minneapolis, Minnesota, 2004–

## Teaching

Spring 1978 & Spring 1979, Instructor, Department of Computer Science and Statistics, Seoul National University, Seoul, KOREA
— Taught a semester course on FORTRAN programming for dentistry students

1978–1980, Statistical Programmer, Computer Center, Seoul National University, Seoul, KOREA
— Taught a course on FORTRAN programming during four recesses

1981–1983, Teaching Assistant, Department of Statistics, University of Wisconsin, Madison, Wisconsin
— Led discussion sessions of statistics courses, some elementary and some very advanced

Spring 1986, Instructor, Department of Statistics, University of Wisconsin, Madison, Wisconsin
— Taught an introductory statistics course

Fall, 1988 & 1989, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts
— Taught a course on "Probability Theory and Its Applications"

Spring 1991 & Fall 1993, Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts
— Developed and taught a special topics course on "Sequential Methods for Clinical Trials"

August 1992, Instructor, Continuing Education Program, ASA, Alexandria, Virginia
— Developed and taught a short course on "Group Sequential Methods for Survival Analysis" jointly with Professor Anastasios A. Tsiatis at the 1992 Joint Statistical Meetings, Boston

Fall 1994, Course Coordinator and Instructor, Department of Biostatistics, Harvard School of Public Health, Boston, Massachusetts
— Developed, coordinated and taught a new tutorial course "Statistical Computing Environments"

Fall/Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan
— Developed and taught a course on "Clinical Trials Methodology" for the M.S. Program in Clinical Research Design And Statistical Analysis

Winter 1995, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan
— Developed and taught an advanced topics course on "Group Sequential Methods for Clinical Trials"

Fall 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan
— Developed and taught the clinical trials and epidemiological studies portion of a course on "Introduction to Biostatistical Investigations"

M00770966Z

December 1996, Instructor, American Society for Qualify Control and ASA
- —Developed and taught a two-day short course on "Group Sequential Methods for Clinical Trials" at the 52nd Deming Conference on Applied Statistics, Atlantic City, New Jersey

Winter 1996, Instructor, Department of Biostatistics, University of Michigan School of Public Health, Ann Arbor, Michigan
- —Led a reading course BIO 820 on "Clinical Trials" using the text by Schwartz, Flamant and Lellouch (as translated by M.J.R. Healy and published in 1980 by Academic Press)

Fall 1997, 2000 & 2001, Instructor, Department of Statistics, University of Wisconsin-Madison
- —Taught Statistics 641 "Statistical Methods for Clinical Trials"

October 1998, Instructor, Pre-conference courses, Asian Clinical Trials Conference, University of Hong Kong
- —Taught selected topics in statistical methods for clinical trials

Spring 1999, 2000 & 2003, Instructor, Department of Statistics, University of Wisconsin-Madison
- —Taught Statistics 642 "Statistical Methods for Epidemiology"

November 1999, Instructor, Medtronic, Inc., Minneapolis, Minnesota
- —Developed and taught a three-day short course on "Group Sequential Methods for Clinical Trials"

May 2000, Instructor, Biostatistics Centre, Katholieke Universiteit Leuven, Belgium
- —Developed and taught a two-day short course on "Interim Analyses in Clinical Trials"

June 2000, Instructor, Center for Devices and Radiation Health, Food and Drug Administration, Rockville, Maryland
- —Developed and taught a half-day short course on "Interim Analysis and Data Monitoring" with Professor David L. DeMets

November 2000, Instructor, Pre-meeting courses of the Drug Information Association Meeting, University of Hong Kong
- —Taught selected topics in statistics in clinical trials

December 2000, Instructor, Frontier Science & Technology Research Foundation
- —Developed and taught two and a half-day short courses on "Roles and Organization of Data Monitoring Committees" and "Sequential Methods for Data Monitoring in Clinical Trials" with Professor David L. DeMets

June 2001, Instructor, University of Autonomous Barcelona, Barcelona, Spain
- —Developed and taught a two and half-day short course on "Interim Analyses in Clinical Trials"

October 2001, Instructor, Frontier Science & Technology Research Foundation
- —Developed and taught one and a half-day short course on "Sequential Methods for Data Monitoring in Clinical Trials"

July 2002, Instructor, Aventis Pharmaceuticals, Inc
- —Developed and taught a half-day short course on "Data and Safety Monitoring and Interim Analysis"

Spring 2004, Instructor, Department of Statistics, University of Wisconsin-Madison
- —Taught Statistics 751 "Sequential Analysis"

2004 AACR/ASCO Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 31–August 6, 2004
- —Gave a plenary lecture on "Data and Safety Monitoing"

M00770966 3

2005 ASCO/AACR Workshop: Methods in Clinical Cancer Research, Faculty, Vail, Colorado, July 30–August 5, 2004

—Gave Small Group Discussion Session presentations on "Tips on Getting Your Clinical Trials Approved and Implemented"

Summer and Fall 2005, Instructor, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison

—Developed and Taught BMI 511 "Introduction to Biostatistical Methods for Public Health" for the MPH Program

## Doctoral Students

John M. Willamson, graduated in June 1993 with Sc.D. in Biostatistics, Harvard University

Dissertation title: "Methods for the Analysis of Clustered, Correlated Data: Familial and Ophthalmological"

Current Position: Centers for Disease Control and Prevention

Sandra J. Lee, graduated in August 1994 with Sc.D. in Biostatistics, Harvard University

Dissertation title: "Group Sequential Monitoring of Clinical Trials with Multivariate Outcomes"

Current Position: Research Associate, Dana-Farber Cancer Institute, Boston, MA

Hélène Boucher, graduated in August 1996 with Sc.D.in Biostatistics, Harvard University

Dissertation title: "Design and Analysis of Group Sequential Clinical Trials with Survival Data"

Current Position: Research Scientist, La Valle University, Quebec, Canada

Bart Spiessens, graduated in June 2001 with Ph.D. in Biostatistics, Katholieke Universiteit Leuven, Belgium

Dissertation Title: "Group Sequential Methods for Some Generalised Linear Mixed Models"

Current Position: Senior Statistician, GlaxoSmithKline Biologicals, Belgium

David Todem, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison

Dissertation Title: "Latent-Structured Regression Modeling for Longitudinal Multivariate Ordinal/Count Data"

Current Position: Assistant Professor of Biostatistics, Michigan State University, East Lansing, MI

Yuan Ji, graduated in August 2003 with Ph.D. in Statistics, University of Wisconsin-Madison

Dissertation Title: "On Bayesian Modeling and Design for Microarray Gene Expression Data"

Current Position: Assistant Professor of Biostatistics, M.D. Anderson Cancer Center, Houston, TX

Sung-joon (Max) Min, graduated in December 2004 with Ph.D. in Biostatistics, University of Michigan

Dissertation Title: "Group Sequential Methods for Nonliner Models in Clinical Trials"

Current Position: Assistant Professor of Biostatistics, University of Colorado Health Science Center, Denver, CO

## Student Committees

Sandro Pampallona, graduated in January 1990 with Sc.D. in Biostatistics, Harvard University, Thesis Committee

Dissertation Title: "I. Alcohol Consumption and Breast Cancer and II. Group Sequential Methods for Clinical Trials"

M00770664

Paul Elson, graduated in January 1991 with Sc.D. in Biostatistics, Harvard University, Thesis Committee

Dissertation Title: "Group Sequential Clinical Trials: Efficient Methods for Computing Design Characteristics and the Effect of a Lag Time"

John Spritzler in Sc.D. program in Biostatistics, Harvard University, Examination Committee, December 1991

Thesis Proposal: "The Asymptotic Group Sequential Properties of an Estimator of the Proportion Responding when there is a Lag Time in Reporting"

Allison Taylor, graduated in March 1992 with Sc.D. in Environmental Science, Harvard University, Thesis Committee

Dissertation Title: "Addressing Uncertainty in the Estimation of Environmental Exposure and Cancer Potency"

Barry DeCicco in Ph.D. program in Biostatistics, University of Michigan, Examination Committee, November 1996

Thesis Proposal: "Optimal Experimental Design for Censored Data"

Stephanie Macksood in Ph.D. program in Epidemiology, University of Michigan, Examination Committee, February 1997

Thesis Proposal: "Benign Breast Disease and Breast Cancer: The Tecumseh Community Health Study"

Chin-yu Lin, graduated in August 1998 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "A General Class of Function-indexed Nonparametric Tests for Survival Analysis"

Hyunsuk Suh, graduated in May 1999 with Ph.D. in Industrial Engineering, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Work-related Risk Perception as Signs of Musculoskeletal Discomfort and Stress"

Ken Cheung, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Dose Escalation Strategy for Phase I Clinical Trials with Late-onset Toxicities"

Yonghua Chen, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Flexible Group Sequential Designs for Clinical Trials"

Xiaoyin (Frank) Fan, graduated in August 2000 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Conditional Estimation Methods for the Analysis of Group Sequential Studies"

Yuanjun Shi, graduated in August 2001 with Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, Thesis Committee

Dissertation Title: "Monte Carlo Techniques for Designing and Analyzing Group Sequential Clinical Trials with Multiple Primary Endpoints"

Zhilong Yuan, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison in 2003

Proposal Title: "Advanced Designs of Phase I Cancer Clinical Trials: Multiarm Isotonic Designs and Continuous/Polytomous Responses"

Randall Todd Brown, Ph.D. Committee, Department of Population Health Science, University of Wisconsin-Madison since 2004

M00770966S

Yang Song, graduated in May 2005 with Ph.D. in Statistics, University of Wisconsin-Madison, Thesis Committee

   Dissertation Title: Twoway Latent Variable Clustering

Minjung Kwak, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, July 2005

   Proposal Title: "Testing for Independence of a Survival Time from a Covariate"

Xiaodan Wei, Preliminary Examination Committee for Ph.D. in Statistics with emphasis in Biostatistics, University of Wisconsin-Madison, December 2005

   Proposal Title: "A Test for Non-inferiority with A Mixed Multiplicative/Additive Null Hypothesis"

## Professional Activities and Editorial Services

Referee, *Biometrics*, an official journal of the International Biometric Society

Referee, *Journal of the American Statistical Association*

Referee, *Communications in Statistics*

Referee, *American Journal of Public Health*, an official journal of the American Public Health Association

Referee, *Science*, an official AAAS journal

Referee and book reviewer, *Statistics in Medicine*, an official journal of the International Society for Clinical Biostatistics

Referee and book reviewer, *Controlled Clinical Trials*, an official journal of the Society for Clinical Trials

Referee, *Journal of Statistical Computation and Simulation*

Referee, *Medical and Pediatric Oncology*

Reviewer, a book proposal for Van Nostrand Reinhold

Grant reviewer, *Advancing Science Excellence in North Dakota*, University of North Dakota

Referee, *Journal of Clinical Oncology*, an official journal of the American Society of Clinical Oncology

Referee, *Journal of Clinical and Experimental Neuropsychology*

Referee, *Cancer Supplement*, a journal of the American Cancer Society

Referee, *Annals of Surgery*, an official journal of the American College of Surgeons

Referee, *Lung Cancer*, an official journal of the International Association for Study of Lung Cancer

Referee, *Clinical Cancer Research*, an official journal of the American Association for Cancer Research

Lecturer, Statistics Visiting Lecture Program (SVLP), COPSS

Referee, *Statistics and Probability Letters*

Referee, *Biometrical Journal*

Book reviewer, *Oncology*

Referee, *Brazilian Journal of Probability and Statistics*

Grant reviewer, Research Grants Council, University Grants Committee, Hong Kong, CHINA

External Reviewer, Institute of Medicine of the National Academies, USA

M00770966

**Tenure and Promotions Review**

Public Health (Biostatistics), Columbia University (3)

Pathology, Wayne State University

Biostatistics, Emory University

Biostatistics, Duke University (2)

Preventive Medicine (Biostatistics), Vanderbilt University (2)

Radiation Oncology (Biostatistics), University of Michigan

Biostatistics, Fred Hutchinson Cancer Research Center

Statistics, Texas A & M University

Biostatistics, University of Texas MD Anderson Cancer Center

Biostatistics, University of North Carolina, Chapel Hill

Community and Family Medicine (Biostatistics), Dartmouth Medical School

Medicine (Biostatistics), Massachusetts General Hospital/Harvard Medical School

Public Health Sciences (Biostatistics), University of California, Davis

**Grants, Cooperative Agreements and Contracts**

Biomedical Research Support Grant (BRSG S07 RR05526) from the Dana-Farber Cancer Institute: "Software
   Development on Microcomputer Systems for Sequential Cancer Clinical Trial Methodologies." PI,
   Computing equipment support, 11/1/87–10/31/88

R29 CA52733, First Independent Research Support and Transition Award, from the National Cancer Institute,
   NIH, DHHS: "Sequential Methods for Clinical Trials." PI, 7/5/90–6/30/95

R01 EY09252 from the National Eye Institute, NIH, DHHS: "Regression Models for Analysis of
   Ophthalmological Data." PI, 7/1/91–6/30/94

R01 CA60125 from the National Cancer Institute, NIH, DHHS: "Laboratory/Clinical Correlative Studies in
   Lung Cancer." Subcontract, Co-investigator (JH Schiller, PI), 7/1/93–8/31/95

P30 CA46592 from the National Cancer Institute, NIH, DHHS: "University of Michigan Cancer Center."
   Director, Biostatistics Shared Resource (MS Wicha, PI), 9/1/95–8/31/97

DAMD17-94-J04160 from the Department of Army: "Training Program in Biostatistics for Breast Cancer
   Research." PI, 9/1/96–8/30/97

R01 CA52733 from the National Cancer Institute, NIH, DHHS: "Sequential Methods for Clinical Trials." PI,
   9/1/97–8/30/02

P30 CA14520 from the National Cancer Institute, NIH, DHHS: "University of Wisconsin Comprehensive
   Cancer Center." Director, Biostatistics Shared Resource, Co-director, Clinical Trials Research Office
   Shared Resource (G Wilding, PI), 9/1/97–3/31/06

N01 CN25434 from the National Cancer Institute, NIH, DHHS: "Phase II Clinical Trials of New
   Chemopreventive Agents (DFMO)." PI, 9/27/99-9/15/05

R03 CA82069 from the National Cancer Institute, NIH, DHHS: "Squalamine plus Carboplatin and Paclitaxel in
   NSCLC." Co-investigator (JH Schiller, PI), 5/1/99–4/30/01

M007709667

R01 CA32685 from the National Cancer Institute, NIH, DHHS: "Clinical Development of Hu14.18-IL2 Targeted Therapy." Co-investigator (PM Sondel, PI), 6/1/00–5/31/05

K24 CA84172 from the National Cancer Institute, NIH, DHHS: "Mid-Career Investigator Award in Patient-Oriented Research." Co-investigator (JH Schiller, PI), 9/15/00–8/31/05

N01 CN95015 from the National Cancer Institute, NIH, DHHS: "Prevention of Sporadic Colorectal Adenomas with Celecoxib." PI, Subcontract (MM Bertagnolli, PI), 3/1/01–12/31/05

U01 CA77158 from the National Cancer Institute, NIH, DHHS: "Chemoprevention of Skin Cancer: DFMO Phase 3 Trial." Co-investigator (HH Bailey, PI), 7/1/01–8/31/05

R01 CA88937 from the National Cancer Institute, NIH, DHHS: "CCNU in NSCLC Patients with Methylation of the MGMT Gene." Co-investigator (JH Schiller, PI), 9/1/01–8/31/04

R01 CA35368 from the National Cancer Institute, NIH, DHHS: "Role of PKC in Tumor Promotion." Co-investigator (AK Verma, PI), 4/1/02-3/31/07

R21 CA092412 from the National Cancer Institute, NIH, DHHS: "NM-404: A Novel Imaging Agent in Lung Cancer." Co-investigator (JH Schiller, PI), 6/1/02–5/31/04

R01 CA93959 from the National Cancer Institute, NIH, DHHS: "DFMO Prevention Study (2b) in Organ Transplant Subjects." Co-Investigator (HH Bailey PI), 7/1/02-6/30/06

N01 CN35153 from the National Cancer Institute, NIH, DHHS: "Phase 1 and Phase 2 Clinical Trials of Cancer Chemoprevention Agents." Statistical Scientist (HH Bailey, PI), 9/30/03–9/29/06

R01 CA114060 from the National Cancer Institute, NIH, DHHS: "SELECT Pre-Clinical Trial of Prostate Cancer." Co-investigator (N Ahmad, PI), 2/7/06–12/31/10

VA MERIT award from the Department of Veterans Affairs: "In Vivo Chemoprevention Study in Bladder Cancer with Celecoxib and DFMO." Co-investigator (J Gee, PI), 10/01/05-9/30/08

## Research Interests

Sequential Analysis

Clinical Trials Methodology

Categorical Data Analysis

Survival Analysis

Clustered Data Analysis

Applications in Cancer Research

Interface between Statistics and Computer Science

## Computing Experience

System Management: Stand-alone SUN SPARCstation, Apple Macintosh Computer

Operating Systems: Unix OS and its dialects, Mac OS, MS-DOS/Windows

Source Languages: FORTRAN

Statistical Languages: SAS, R, S/S-Plus, STATA, MINITAB

Mathematical Languages: MATLAB

Symbolic Languages: Maple

M00770968

KyungMann Kim                                                                                          12

## Memberships

Member, American Statistical Association, since 1981

Member, International Biometric Society, since 1983

Member, Society for Clinical Trials, since 1987

Member, American Public Health Association, 1991–1997, 2005-

Fellow, Royal Statistical Society, since 1993

Member, American Association for Advancement of Science, since 1993

Active Member, American Society of Clinical Oncology, since 1996

Member, International Society for Clinical Biostatistics, since 1996

Member, Korean Statistical Society, since 1997

Active Member, American Association for Cancer Research, since 2000

## Publications: Peer-reviewed

1. Kim K, DeMets DL. Design and analysis of group sequential tests based on the type I error spending rate function. *Biometrika* 1987;74:149–54.

2. Kim K, DeMets DL. Confidence intervals following group sequential tests in clinical trials. *Biometrics* 1987;43:857–64.

3. Kim K. Improved approximation for estimation following closed sequential tests. *Biometrika* 1988;75:121–8.

4. Kim K. Point estimation following group sequential tests. *Biometrics* 1989;45:613–7.

5. Kim K, Tsiatis AA. Study duration for clinical trials with survival response and early stopping rule. *Biometrics* 1990;46:81–92.

6. Cummings FJ, Kim K, Neiman RS, Comis RL, Oken MM, Weitzman SA, Mann RB, O'Connell MJ. Phase II trial of Pentostatin in refractory lymphomas and cutaneous T-cell disease. *Journal of Clinical Oncology* 1991;9:565–71.

7. Hochster HS, Kim K, Green MD, Mann RB, Neiman RS, Oken MM, Cassileth PA, Stott P, Ritch P, O'Connell MJ. Activity of fludarabine in previously treated non-Hodgkin's low-grade lymphoma: Results of an Eastern Cooperative Oncology Group study. *Journal of Clinical Oncology* 1992;10:28–32.

8. Kim K, DeMets DL. Sample size determination for group sequential clinical trials with immediate response. *Statistics in Medicine* 1992;11:1391–9.

9. Kim K. Study duration for group sequential clinical trials with censored survival data adjusting for stratification. *Statistics in Medicine* 1992;11:1477–88.

10. Miller KB, Kim K, Morrison FS, Winter JN, Bennett JM, Neiman RS, Head DR, Cassileth PA, O'Connell MJ. The evaluation of low dose cytarabine in the treatment of myelodysplastic syndromes: A phase III intergroup study. *Annals of Hematology* 1992;65:162–8.

11. Borden EC, Kim K, Ryan L, Blum RH, Shiraki M, Tormey DC, Comis RL, Hahn RG, Parkinson DR. Phase II Trials of Interferons-$\alpha$ and -$\beta$ in Advanced Sarcomas. *Journal of Interferon Research* 1992;12:455–8.

M007709669

12. Chang AY, Kim K, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol, Merbarone, and Piroxantrone in stage IV non-small cell lung cancer: The Eastern Cooperative Oncology Group results. *Journal of the National Cancer Institute* 1993;85:388–94.

13. Loehrer PJ, Kim K, Aisner SC, Livingston R, Johnson D, Blum R. Cisplatin plus doxorubicin plus cyclophosphamide in metastatic or recurrent thymoma: Final results of an intergroup trial. *Journal of Clinical Oncology* 1994;12:1164-8.

14. Lipsitz SR, Kim K, Zhao L. Analysis of repeated categorical data using generalized estimating equations. *Statistics in Medicine* 1994;13:1149–63.

15. Tsiatis AA, Boucher H, Kim K. Sequential methods for parametric survival models. *Biometrika* 1995;82:165–73.

16. Kim K. SEQPWR and SEQOPR: Computer programs for power calculations and operating characteristics in maximum information trials. *Computer Methods and Programs in Biomedicine* 1995;46:143–53.

17. Kim K. A bivariate cumulative probit regression model for ordered categorical data. *Statistics in Medicine* 1995;14:1341–52.

18. Kim K, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. *Biometrics* 1995;51:988–1000.

19. Williamson JM, Kim K, Lipsitz SR. Analyzing bivariate ordinal data using a global odds ratios. *Journal of the American Statistical Association* 1995;90:1432-7.

20. Abrahamsson PA, Adami HO, Taube A, Kim K, Zelen M, Kulldorff M. RE: Long-term survival and mortality in prostate cancer treated with noncurative intent by Aus G, Hugosson J, Norlén L. *Journal of Urology* 1996;156:296–7.

21. Gale RP, Horowitz MM, Rees JKH, Gray RG, Oken MM, Estey EH, Kim K, et al. Chemotherapy versus transplants for acute myelogenous leukemia in second remission. *Leukemia* 1996;10:13–9.

22. Williamson JM, Kim K. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. *Statistics in Medicine* 1996;15:1507–18.

23. Schiller JH, Kim K, Hutson P, DeVore R, Glick J, Stewart J, Johnson D. Phase II study of topotecan in patients with extensive-stage small cell carcinoma of the lung: An Eastern Cooperative Oncology Group Trial. *Journal of Clinical Oncology* 1996;15:2345–52.

24. Lee SJ, Kim K, Tsiatis AA. Repeated significance testing in longitudinal clinical trials. *Biometrika* 1996;83:779–89.

25. Goh M, Kleer CG, Kielczewski P, Wojno KJ, Kim K, Oesterling JE. Autologous blood donation prior to anatomical radical retropubic prostatectomy: Is it necessary? *Urology* 1997;49:569–74.

26. Roberts JA, Jenison EL, Kim K, Clarke-Pearson D, Langleben A. A randomized, multicenter, double-blind, placebo-controlled, dose-finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. *Gynecologic Oncology* 1997;67:172–7.

27. Loehrer PJ, Chen M, Kim K, Aisner SC, Einhorn LH, Livingston R, Johnson D. Cisplatin, doxorubicin and cyclophosphamide plus thoracic radiation therapy for limited-stage unresectable thymoma: An intergroup trial. *Journal of Clinical Oncology* 1997;15:3093–9.

28. Wolber FM, Curtis JL, Milik AM, Fields T, Seitzman GD, Kim K, Kim S, Sonstein J, Stoolman LM. Lymphocyte Recruitment and the kinetics of adhesion receptor expression during the pulmonary immune response to particulate antigen. *American Journal of Pathology* 1997;151:1715–27.

M00770967D

29. Chang AY, Kim K, Boucher H, Bonomi P, Stewart JA, Blum R. Randomized phase II trial of echinomycin, trimetrexate, and cisplatin plus etoposide in metastatic non-small cell lung cancer: An Eastern Cooperative Oncology Group Study (EST 1587). *Cancer* 1998;82:292–300.

30. Johnson DH, Chang AY, Ettinger DS, Kim K, Bonomi P. Recent advances with chemotherapy for NSCLC: The ECOG Experience. *Oncology* 1998;12(1 Suppl 2):67–70.

31. Williamson JM, Lipsitz SR, Kim K. GEECAT and GEEGOR: SAS macro for analysis of correlated categorical response data. *Computer Methods and Programs in Biomedicine* 1999;58:25–34.

32. Turrisi AT, Kim K, Blum R, Sause WT, Livingston RB, Komaki R, Wagner H, Aisner S, Johnson DH. Twice daily thoracic radiotherapy versus once daily thoracic radiotherapy in limited small-cell lung cancer treated concurrently with cisplatin-etoposide chemotherapy. *New England Journal of Medicine* 1999;340:265–71.

33. Tester WJ, Kim K, Schiller JH, Krigel RL, Bonomi PD, Glick JH, Asbury RF, Kirkwood JM, Blum RH. A phase II study of recombinant Interleukin-2 with and without beta-Interferon for patients with advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group study (PZ586). *Lung Cancer* 1999;25:199–206.

34. Bonomi P, Kim K, Fairclough D, Cella D, Kugler J, Rowinski E, Jiroutek M, Johnson D. Comparison of survival and quality of life in advanced non-small cell lung cancer patients treated with paclitaxel-cisplatin versus etoposide-cisplatin: Results of an Eastern Cooperative Oncology Group trial. *Journal of Clinical Oncology* 2000;18:623–31.

35. Hotton KM, Khorsand M, Hank JA, Albertini M, Kim K, Wilding G, Salamat MS, Larson M, Sondel P, Schiller JH. A phase Ib/II trial of granulocyte-macrophage-colony stimulating factor and Interleukin-2 for renal cell carcinoma patients with pulmonary metastases: A case of fatal central nervous system thrombosis. *Cancer* 2000;88:1892–901.

36. Reboussin DM, DeMets DL, Kim K, Lan KKG. Programs for computing group sequential bounds using the Lan-DeMets method. *Controlled Clinical Trials* 2000;21:190–207.

37. Merchant JJ, Kim K, Mehta MP, Ripple GH, Larson ML, Brophy DJ, Hammes LC, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel, and thalidomide in advanced non-small cell lung cancer. *Clinical Lung Cancer* 2000;2:48–52.

38. Spiessens B, Lesaffre E, Verbeke G, Kim K, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Statistical Methods in Medical Research* 2000;9:497–515.

39. Robles C, Kim K, Oken MM, Bennett JM, Letendre L, Wiernik PH, O'Connell MJ, Cassileth PA. Low-dose cytarabine maintenance therapy vs observation after remission induction in advanced acute myeloid leukemia: An Eastern Cooperative Oncology Group Trial (E5483). *Leukemia* 2000;14:1349–53.

40. Eastman ME, Khorsand M, Maki DG, Williams EC, Kim K, Sondel PM, Schiller JH, Albertini MR. Central venous device-related infection and thrombosis in patients treated with moderate dose continuous-infusion Interleukin-2. *Cancer* 2001;91:806–14.

41. Jung S-H, Carey M, Kim K. Graphical search for two-stage designs for phase II clinical trials. *Controlled Clinical Trials* 2001;22:367–72.

42. Vidarsson B, Abonour R, Williams EC, Woodson RD, Turman NJ, Kim K, Mosher DF, Wiersma SR, Longo WL. Fludarabine and cytarabine as a sequential infusion regimen for treatment of adults with recurrent, refractory or poor prognosis acute leukemia. *Leukemia and Lymphoma* 2001;41:321–31.

43. Leu KH, Kim K, Larson M, Larson M, Schiller JH. Phase I/II Trial of Docetaxel and Vinorelbine in Patients with Non-Small Cell Lung Cancer Previously Treated with Platinum-Based Chemotherapy. *Lung Cancer* 2001; 4:105–13.

M007709671

44. Pampallona S, Tsiatis AA, Kim K. Interim monitoring of group sequential trials using spending functions for the type I and type II error probabilities. *Drug Information Journal* 2001;35:1113–21.

45. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate observations. *Journal of Statistical Computation and Simulation* 2002;72:247–60.

46. Spiessens B, Lesaffre E, Verbeke G, Kim K. Group sequential methods for an ordinal logistic random-effects model under misspecification. *Biometrics* 2002;58:569–75.

47. Kolesar JM, Pritchard SC, Kerr KM, Kim K, Nicolson MC, McLeod H. Evaluation of NQO1 gene expression and variant allele in human NSCLC tumors and matched normal lung tissue. *International Journal Of Oncology* 2002;21:1119–24.

48. Kim K, Tsiatis AA, Mehta CR. Computational issues in information-based group sequential clinical trials. *Journal of the Japanese Society of Computational Statistics* 2003;15:153–67.

49. Hoang T, Kim K, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of second-line gemcitabine in sensitive or refractory small cell lung cancer. *Lung Cancer* 2003;42:97–102.

50. Jung S-H, Lee T, Kim K, George SL. Admissible two-stage designs for phase II cancer clinical trials. *Statistics in Medicine* 2004;23:561–9.

51. Jung S-H, Kim K. On the estimation of the binomial probability in multistage phase clinical trials. *Statistics in Medicine* 2004;23:881–96.

52. Neal ZC, Imboden M, Rakhmilevich AL, Kim K, Hank JA, Surfus J, Dixon JR, Lode HN, Reisfeld RA, Gillies SD, Sondel PM. NXS2 murine neuroblastomas express increased levels of MHC class I antigens upon recurrence following NK-dependent immunotherapy. *Cancer Immunology and Immunotherapy* 2004;53:41–52.

53. Liu G, Gandara DR, Lara PN, Raghavan D, Doroshow JH, Twardowski P, Kantoff P, Oh W, Kim K, Wilding G. A phase II trial of flavopiridol (NSC #649890) in patients with previously untreated metastatic androgen-independent prostate cancer. *Clinical Cancer Research* 2004;10:924–8.

54. Horning SJ, Weller E, Kim K, Earle JD, O'Connell MJ, Habermann TM, Glick JH. Chemotherapy with or without radiotherapy in limited-stage diffuse aggressive non-Hodgkin's lymphoma: Eastern Cooperative Oncology Group Study 1484. *Journal of Clinical Oncology* 2004;22:3032–8.

55. King DM, Albertini MR, Schalch H, Hank JA, Gan J, Surfus J, Mahvi D, Schiller JH, Warner T, Kim K, Eickhoff J, Kendar K, Reisfeld R, Gillies SD, Sondel P. A phase I clinical trial of the immunocytokine EMD 273063 (hu14.18-IL2) in melanoma patients. *Journal of Clinical Oncology* 2004;22:4463–73.

56. Kahl BS, Bailey HH, Kim K-M, Smith EP, Turman N, Smith J, Werndli J, McGovern J, Jumonville A, Williams EC, Longo WL. Phase II study of weekly low-dose paclitaxel for relapsed and refractory non-Hodgkin's lymphoma: a Wisconsin Oncology Network Study. *Cancer Investigation* 2005;23:13–8.

57. Ji Y, Tsui K-W, Kim K. A novel means of using gene clusters in a two-step empirical Bayes method for predicting classes of samples. *Bioinformatics* 2005;21:1055–61.

58. Morgan-Meadows S, Mulkerin D, Berlin JD, Warren D, Inman A, Kim K, Thomas JP. A phase II trial of gemcitabine, 5-fluorouracil and leucovorin in advanced esophageal carcinoma. *Oncology* 2005;69:130–4.

59. Walker L, Schalch H, King DM, Dietrich L, Eastman M, Kwak M, Kim K, Albertini MR. Phase II trial of weekly paclitaxel in patients with advanced melanoma. *Melanoma Research* 2005;15:453–9.

60. Huie M, Oettel K, van Ummersen L, Kim K, Zhang Y, Staab MJ, Horvath D, Marnocha R, Douglas J, Dresen A, Alberti D, Wilding G. Phase II study of interferon-alpha and doxycycline for advanced renal cell carcinoma. *Investigational New Drugs* September 20 2005 (on line).

61. Choi BS, Sondel PM, Hank JA, Schalch H, Gan J, King DM, Kendra K, Mahvi D, Lee LY, Kim K, Albertini MR. Phase I trial of combined treatment with ch14.18 and R24 monoclonal antibodies and interleukin-2 for patients with melanoma or sarcoma. *Cancer Immunology, Immunotherapy* September 27 2005 (on line).

62. Ji Y, Tsui K-W, Kim K. A two-stage empirical Bayes method for identifying differentially expressed genes. *Computational Statistics and Data Analysis* (in press).

63. Hoang T, Kim K, Merchant J, Traynor AM, McGovern J, Oettel KR, Sanchez FA, Ahuja HG, Schiller JH. Phase I/II study of gemcitabine and exisulind in patients with recurrent advanced non-small cell lung cancer. *Journal of Thoracic Oncology* 2006;1:218-25.

64. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. *Statistics in Medicine* (in press).

## Book Chapters

1. Bennett JM, Miller KB, Kim K, Morrison FS, Winter JN, Cassileth P, Neiman RS, Head D. Phase III evaluation of low-dose cytosine arabinoside versus supportive care in the treatment of adults with myelodysplastic syndrome: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group—Preliminary results. In: Schmalzl F, Mufti GJ (eds) *Myelodysplastic Syndromes*. Berlin: Springer-Verlag, 1992: 253-258.

2. Propert KJ, Kim K. Group sequential methods in multi-institutional cancer clinical trials: A case study. In: Peace KE, eds *Biopharmaceutical Sequential Statistical Applications*. New York: Marcel Dekker, 1992;133-53.

3. Kim K, Lipsitz SR, Williamson JM. Regression models for bivariate ordered categorical data from ophthalmological studies. In: Koo JY, Park BU, Lee KW, Jeon JW, eds *Collected Papers in Honor of Retirement of Professor Chung Han Yung*. Seoul, KOREA: Seoul Nation University, Department of Computer Science and Statistics Alumni Association, 1996;36-45.

4. Bonomi P, Kim K, Johnson D. Phase III experience with paclitaxel in non-small cell lung cancer: North American Experience. In: Johnson DH, Klastersky J, eds *Taxanes in Lung Cancer Therapy*. New York: Marcel Dekker, 1998;81-93.

5. Kim K. Primary and secondary variables. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;235-7.

6. Kim K. Interim analysis and early stopping. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;313-26.

7. Kim K. Independent data monitoring committee. In: Karlberg JE, Tsang K, eds *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;327-9.

8. Kim K, Machin D. Study population. In: Karlberg JE, Tsang K, eds. *Introduction to Clinical Trials*. Hong Kong: The Clinical Trials Centre, The University of Hong Kong, 1998;233-4.

9. Shyr Y, Kim K. Weighted flexible compound covariate method for classifying microarray data: A case study of gene expression level of lung cancer. In: Berrar DP, Dubitzky W, and Granzow, M, eds. *A Practical Approach to Microarray Data Analysis*. Boston: Kluwer, 2002;186-200.

10. Schiller JH, Kim K. Respiratory cancer. In: Machin D, Day S, Green S, eds. *Textbook of Clinical Trials*. Chichester: John Wiley & Sons, 2004;159-171.

11. Kim K. Interim analysis. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics*. London: Arnold, 2005;172-5.

M00770967J

12. **Kim K.** Data and safety monitoring boards. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics*. London: Arnold, 2005;94–5.

13. **Kim K.** Phase II trials. In: Everitt B, Palmer C, eds. *The Encyclopaedic Companion to Medical Statistics*. London: Arnold, 2005;257–9.

14. **Kim K.** Maximum duration and information trials. In: Chow S-C, Liu J-P, eds. *The Encyclopedia of Clinical Trials*. New York: Wiley (in press).

## Book Reviews

1. **Kim K.** Group Sequential Methods with Applications to Clinical Trials, by Christopher Jennison and Bruce W. Turnbull, Chapman & Hall/CRC, Boca Raton, 1999, ISBN 0-8493-0316-8, xx+390 pages, $64.95 (hardbound). *Controlled Clinical Trials* 2001;22:195–8.

2. **Carbone PP, Kim K.** Biostatistics, Carol Redmond and Theodore Colton (editors), Wiley & Sons, Chichester, 2001, ISBN 0-471-82211-6, xx+521 pages, $195.00 (hardbound). *Oncology* 2002;63:102–3.

3. **Kim K.** Clinical Trials, Lelia Duley and Barbara Farrell (eds), BMJ Books, London, 2002. No. of pages: x+133. Price: £15.95. ISBN 0-7279-1599-1. *Statistics in Medicine* 2003;22:2234.

## Proceedings

1. **Kim K.** Another estimator following sequential tests. *American Statistical Association Proceedings of Biopharmaceutical Section* 1992;257–65.

2. **Kim K.** Monitoring of clinical trials. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;77–84.

3. **Kim K.** Medical informatics program at the University of Wisconsin-Madison. *Proceedings of the International Conference on Recent Advances in Biostatistics: ISI 2001 Satellite Meeting* 2001;195–200.

4. **Kim K, Tsiatis AA.** Computational issues in information-based group sequential clinical trials. *Proceedings of the International Conference on New Trends in Computational Statistics with Biomedical Applications: ISI 2001 Satellite Meeting* 2001;121–30.

## Submitted or In Revision

1. **Todem D, Kim K.** Semiparametric models and sensitivity analysis of longitudinal data with non-random dropouts. (submitted to *Biometrika* in January 2006).

2. **Todem D, Kim K.** On the existence of the maximum likelihood estimate in multivariate random effects models for binary data. (under revision).

3. **SCT Working Group on Data Monitoring.** Guidelines for data and safety monitoring for clinical trials not requiring traditional data monitoring committees. (Accepted for publication in *Clinical Trials*).

4. **Schiller JH, Kim K.** Respiratory cancer. (Submitted to *Textbook of Clinical Trials, 2nd ed*).

5. **Todem D, Kim K, Lesaffre E.** A sensitivity approach to modeling longitudinal bivariate ordinal data subjects to informative dropouts. (Submitted to *Health Services and Outcomes Research Methodology*).

6. **Spiessens B, Lesaffre E, Verbeke G, Kim K.** The use of mixed models for longitudinal count data when the random-effects distribution is misspecified. (Submitted with revision to *Journal of Statistical Computation and Simulation*).

7. Traynor AM, Leu KM, **Kim K**, Larson ML, Koch PD, Bayer GK, McFarland TA, Schiller JH. Weekly paclitaxel as second-line therapy and in patients with performance status 2 with advanced non-small cell lung cancer: Results of two phase II studies and a review of the literature (Submitted to *Lung Cancer*).

## Work In Progress

1. **Kim K**. Futility considderations in clinical trials: Significance testing versus hypothesis testing. (in preparation).

## Abstracts

1. **Kim K**, DeMets DL. Estimation following group sequential test. Joint Statistical Meetings, Las Vegas, August 1985. Contributed paper abstract.

2. **Kim K**. Design of group sequential clinical trials with survival endpoints. Society for Clinical Trials Annual Meeting, Atlanta, May 1987. Scholarship award invited paper abstract (given Scholarship Award).

3. **Kim K**, DeMets DL. Sample size determination for clinical trials with immediate response and early stopping rule. Joint Statistical Meetings, New Orleans, August 1988. Contributed paper abstract.

4. Miller KB, **Kim K**, Morrison FS, Winter JN, Bennett JM, Cassileth PA, Grever M, Oken M, Head D. Evaluation of low dose ARA-C versus supportive care in the treatment of myelodysplastic syndromes: An intergroup study by the Eastern Cooperative Oncology Group and the Southwest Oncology Group. *Blood* 1988;72:S215a.

5. Purdy S, Neiman RS, **Kim K**. The incidence, pattern of involvement and cytology of diffuse large cell lymphoma in bone marrow—An ECOG study. *Proceedings of the Annual Meeting of the United Stages and Canadian Academy of Pathology* 1989.

6. Hochster H, Green M, Oken M, Mann R, **Kim K**. Fludarabine is highly active in refractory low grade lymphoma: Results of an ECOG randomized phase II study. *Proceedings of the American Society of Clinical Oncology (ASCO)* 1989;8:A989.

7. **Kim K**. A regression model for bivariate ordered categorical data. Spring Meeting, ENAR/IBS, Baltimore, Maryland, March 1990. Contributed paper abstract.

8. **Kim K**, Cheuvart B. Study duration for stratified clinical trials with survival data and early stopping rule. Society for Clinical Trials Annual Meeting, Toronto, May 1990. Contributed paper abstract.

9. **Kim K**, Klein R. Analysis of bivariate ordered categorical data from ophthalmological data. Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland, March 1991. Invited paper abstract.

10. **Kim K**. A regression model for bivariate ordered categorical data. Joint Statistical Meetings, Atlanta, August 1991. Invited paper abstract.

11. Oken MM, **Kim K**, Mazza JJ, Hines JD, Bennett JM, Cassileth PA, O'Connell MJ. Maintenance low-dose ARA-C (LDAC) improves complete remission (CR) duration from salvage induction therapy for relapsed and refractory acute myeloid leukemia (AML). *Proceedings of ASCO* 1991;10:A739.

12. Ruckdeschel RJ, Linnoila RI, Mulshine JL, **Kim K**, Aisner S, Gazdar AF, Jensen SM, Bonomi P. The impact of neuroendocrine (NE) and epithelial (EPI) differentiation on response and survival in lung cancer: The ECOG experience. *Proceedings of ASCO* 1991;10:A849.

13. **Kim K**. Another estimator following sequential tests. Spring Meeting, ENAR/IBS, Cincinnati, Ohio, March 1992. Invited paper abstract.

M007700675

14. Chang A, Kim K, Glick J, Anderson T, Karp D, Johnson D. Phase II study of Taxol in patients with stage IV non-small cell lung cancer (NSCLC): The Eastern Cooperative Oncology Group (ECOG) results. *Proceedings of ASCO* 1992;11:A981.

15. Ruckdeschel RJ, Linnoila RI, Mulshine JL, Kim K, Piantadosi S, Aisner S. The impact of neuroendocrine and epithelial differentiation of recurrence and survival in patients with lung cancer. *Lung Cancer* 1992;7 (Suppl 2):56.

16. Kim K, Boucher H, Tsiatis AA. Design and analysis of group sequential logrank tests. International Biometric Conference, Hamilton, New Zealand, December 1992. Contributed paper abstract.

17. Boucher H, Kim K, Tsiatis AA. Design and analysis of group sequential logrank tests in maximum duration versus information trials. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract (given ENAR Student Award).

18. Williamson J, Kim K. A global odds ratio regression model for bivariate ordered categorical data from ophthalmological studies. Spring Meeting, ENAR/IBS, Philadelphia, March 1993. Contributed paper abstract.

19. Loehrer PJ, Kim K, Einhorn LH, Johnson DH. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. *Proceedings of ASCO* 1993;12:A1132.

20. Kim K. Regression models for bivariate ordered categorical data. Joint Statistical Meetings, San Francisco, August 1993. Invited paper abstract.

21. Williamson J, Kim K, Lipsitz S. Generalized estimating equations for bivariate ordinal data: Using the global odds ratio as a measure of association. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

22. Lee S, Kim K. Generalized estimating equations for group sequential monitoring of clinical trials with repeated measurements. Joint Statistical Meetings, San Francisco, August 1993. Contributed paper abstract.

23. Schiller JH, Kim K, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Proceedings of ASCO* 1994;13:A1093.

24. Johnson DH, Kim K, Turrisi AT, Sause W, Komaki R, Wagner H, Blum R. Cisplatin (C) & etoposide (E) + current thoracic radiotherapy (TRT) administered once versus twice daily for limited-stage (LS) small cell lung cancer (SCLC): Preliminary results of an intergroup trial. *Proceedings of ASCO* 1994;13:A1105.

25. Turrisi AT, Kim K, Johnson DH, Komaki R, Sause W, Livingston R, Wagner H, Blum R. Daily (QD) v twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin-etoposide (PE) for limited small cell lung cancer (LSCLC): Preliminary results on 352 eligible patients. *Lung Cancer* 1994;11 (Suppl 2).

26. Schiller JH, Kim K, Johnson D. Phase II study of topotecan in extensive stage small cell lung cancer. *Lung Cancer* 1994;11 (Suppl 2):32–33.

27. Kim K. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. International Biometric Conference, Hamilton, Ontario, August 1994. Contributed poster abstract.

28. Lee SJ, Kim K, Tsiatis AA, Wulfsohn M. Repeated significance testing for longitudinal clinical trials. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

29. Boucher H, Kim K, Tsiatis AA. Group sequential score and Wald tests for some parametric survival models. Joint Statistical Meetings, Toronto, August 1994. Contributed paper abstract.

M00770967b

30. Wagner H, Kim K, Johnson DH, Komaki R, Sause W, Curran W, Livingston R, Turrisi AT. Daily (D) vs. twice-daily (BID) thoracic irradiation (TI) with concurrent cisplatin/etoposide (PE) chemotherapy as initial therapy for patients with limited small cell lung cancer (LSCLC): Preliminary results of a phase III prospective intergroup trial. *International Journal of Radiation Oncology, Biology, and Physics* 1994;30 (Suppl 1):178.

31. Kim K, Ettinger D, Bonomi P, Johnson D. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. *Proceedings of ASCO* 1995;14:A1101.

32. Glick JH, Kim K, Earle J, O'Connell MJ. An ECOG randomized phase III trial of CHOP vs. CHOP + radiotherapy (XRT) for intermediate grade early stage non-Hodgkin's lymphoma (NHL). *Proceedings of ASCO* 1995;14:A1221.

33. Loehrer PJ, Kim K, Chen M, Einhorn LH, Aisner S, Livingston R, Johnson DH. Phase II trial of cisplatin (P), doxorubicin (A), cyclophosphamide (C) plus radiotherapy in limited stage unresectable thymoma. *Proceedings of ASCO* 1995;13:A1375.

34. Hutson PR, Kim K, Johnson D, Schiller JH. Pharmacodynamic evaluation of the response of extensive stage small cell lung cancer to topotecan. *Proceedings of ASCO* 1995;13:A1481.

35. Johnson DH, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Turrisi AT. Cisplatin (C) & etoposide (E) + thoracic radiotherapy (TRT) administered once or twice daily (BID) in limited stage (LS) small cell lung cancer (SCLC): Final report of intergroup trial 0096. *Proceedings of ASCO* 1996;15:A1113.

36. Belani CP, Kim K, Bonomi P, Johnson D. Retrospective estimation of carboplatin exposure by Calvert's and Chatelut's formulae and correlation with pharmacodynamic effects in metastatic non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 1996;15:A1119.

37. Wagner H, Kim K, Turrisi A, Jiroutek M, Shaw EG, Einhorn LH, Eisert D, Johnson D. A randomized phase III study of prophylactic cranial irradiation (PCI) vs. observation (OBS) in patients (Pts) with small cell lung cancer (SCLC) achieving a complete response: Final report of an incomplete trial by the Eastern Cooperative Oncology Group and Radiation Therapy Oncology Group (E3589/R92-01). *Proceedings of ASCO* 1996;15:A1120.

38. Bonomi P, Kim K, Chang A, Johnson D. Phase III trial comparing etoposide (E) cisplatin (C) versus Taxol (T) with cisplatin-G-CSF (G) versus Taxol-cisplatin in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1996;15:A1145.

39. Bonomi P, Kim K, Kugler J, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4), Suppl 3.

40. Bonomi P, Kim K, Kugler JW, Johnson D. Results of a phase III trial comparing Taxol-cisplatin (TC) regimens to etoposide-cisplatin (EC) in non-small cell lung cancer (NSCLC). *Lung Cancer* 1997;15 (Suppl 2).

41. Schiller J, Kim K, Hutson P, Larson M, Johnson D. An Eastern Cooperative Oncology Group Phase II study of topotecan in extensive stage small cell lung cancer. *Annals of Oncology* 1997;7 (Suppl 5):107.

42. Cella D, Fairclough DL, Bonomi PB, Kim K, Johnson D. Quality of Life (QOL) in advanced non-small cell lung cancer (NSCLC): Results from Eastern Cooperative Oncology Group (ECOG) study E5592. *Proceedings of ASCO* 1997;16:A4.

43. Bonomi P, Kim K, Kugler JW, Johnson D. Cisplatin/etoposide vs paclitaxel/cisplatin/G-CSF vs paclitaxel/cisplatin in non-small-cell lung cancer. *Oncology* 1997;11 (4 Suppl 3):9–10.

44. Bonomi P, Kim K, Chang A, Johnson D. Comparison of Survival for stage IIIb versus stage IV non-small cell lung cancer (NSCLC) patients treated with etoposide-cisplatin versus Taxol-cisplatin: An Eastern Cooperative Oncology Group (ECOG) trial. *Proceedings of ASCO* 1997;16:A1631.

45. Schuette RW, Normolle DP, Brenner DE, Kim K. A data management system allowing multi-institutional clinical trials to deliver secure communications and good clinical laboratory practice standards on the World-Wide Web. *Controlled Clinical Trials* 1997;18:91S.

46. Lee SJ, Kim K. Group sequential monitoring of clinical trials with bivariate time to event endpoints. Joint Statistical Meetings, Anaheim, August 1997. Contributed paper abstract.

47. Eastman M, Khorsand M, Maki D, Williams E, Kim K, Sondel P, Schiller J, Albertini MR. Catheter-related bacteremia and thrombosis in patients treated with moderate-dose, continuous-infusion Interleukin-2. *Proceedings of ASCO* 1998;17:437a.

48. Turrisi A, Kim K, Sause W, Komaki R, Wagner H, Aisner S, Livingston R, Blum R, Johnson D. Observations after 5 year follow-up of intergroup trial 0096: 4 cycles of cisplatin (P) etoposide (E) and concurrent 45 Gy thoracic radiotherapy (TRT) given in daily (QD) or twice-daily fractions followed by 25 Gy PCI: Survival differences and patterns of failure. *Proceedings of ASCO* 1998;17:457a.

49. Aisner SC, Turrisi A, Kim K, Sause WT, Livingston RB, Einhorn L, Wagner H, Ettinger D, Komaki R, Blum R, Johnson DH. Incidence and clinical significance of variant morphology (small cell/large cell subtype) in limited stage small cell lung cancer (SCLC): A prospective analysis of an intergroup ECOG, RTOG, and SWOG study. *Proceedings of ASCO* 1998;17:458a.

50. Kim K, Bonomi PD, Kugler J, Johnson DH. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. *Proceedings of ASCO* 1998;17:461a.

51. Spiessens B, Lesaffre E, Kim K, DeMets DL. An overview of group sequential methods in longitudinal clinical trials. *Controlled Clinical Trials* 1998;19:45S.

52. Kim K. History of Biostatistics and its implications in Korea. Pohang University of Science and Technology, Pohang, KOREA, June 1998. Invited paper abstract.

53. Jung S-H, Kim K. UMVUE for binomial proportion in multistage phase II clinical trials. International Society for Clinical Biostatistics Meeting, Dundee, Scotland, August 1998. Contributed paper abstract.

54. Hotton KM, Kim K, Larson ML, Larson MM, Pharo L, Schiller JH. Phase I/II trial of docetaxel and vinorelbine in patients with non-small cell lung cancer (NSCLC) previously treated with platinum-based chemotherapy. *Proceedings of ASCO* 1999;18:509a.

55. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Joint Statistical Meetings, Baltimore, August 1999. Contributed paper abstract.

56. Kim K, Kaya I, Niederhuber JE. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. Joint Annual Meeting of the International Society for Clinical Biostatistics and of the German Society for Medical Informatics, Biometry and Epidemiology, Heidelberg, Germany, September 1999. Contributed paper abstract.

57. Min S-J, Kim K, Gillespie B. Group sequential methods for nonlinear models in clinical trials with longitudinal data: Establishment of independent increments structure. Spring Meeting, ENAR/IBS, Chicago, March 2000. Contributed paper abstract.

58. Lesaffre E, Spiessens B, Kim K, Verbeke G. A group sequential method for logistic random-effects models. *Controlled Clinical Trials* 2000;21:45S

59. Albertini MR, King D, Mahvi D, Warner T, Glowacki N, Roberts T, Schalch H, Kim K, Schiller JH, Rakhmilevich A, Yang, NS, Roy M, Swain W, Hank J, Sondel PM. Phase I trial of immunization using particle-mediated transfer of genes for GP-100 and GM-CSF into uninvolved skin of patients with melanoma. *Proceedings of ASCO* 2000;19:467a.

60. Kolesar JM, Olson EW, Hillman LA, Miller JA, **Kim K**, McLeod HL. Evaluation of NQO1 gene expression and point mutations in NSCLC tumors and matched normal lung tissue. *Proceedings of ASCO* 2000;19:498a.

61. Hotton KM, **Kim K**, McGovern, Larson ML, Hammes LC, Schiller JH. Preliminary results of two phase II studies of weekly paclitaxel in patients (pts) with non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 2000;19:534a.

62. Merchant J, Hammes L, Brophy D, Larson M, Ripple G, Mehta M, **Kim K**, Bryan T, Schiller JH. Pilot and safety trial of carboplatin, paclitaxel and thalidomide in advanced non-small cell lung cancer. *Proceedings of ASCO* 2000;19:541a.

63. Min S-J, **Kim K**, Gillespie B. Independent increments structure examined for nonlinear models in longitudinal clinical trials using group sequential methods. Joint Statistical Meetings, Indianapolis, August 2000. Contributed paper abstract.

64. **Kim K**. Independent increment structure in group sequential tests and information-based design and monitoring. International Society for Clinical Biostatistics Meeting, Trento, Italy, September 2000. Contributed paper abstract.

65. Todem D, **Kim K**. Mixed effects models for longitudinal bivariate response counts. SRCOS/ASA Summer Research Conference in Statistics, St. Augustine, Florida, June 2001. Contributed paper abstract.

66. **Kim K**. Some Statistical Issues in Cancer Research. Joint Statistical Meetings, Atlanta, Georgia, August 2001. Invited paper abstract.

67. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, **Kim K**, Kendra K, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with GD2 positive tumors. Proceedings of the Annual Meeting of the Society for Biologic Therapy, 2001.

68. Hank JA, Albertini MR, Gan J, Surfus J, King D, Schalch H, **Kim K**, Dahl T, Kashala O, Sturmhoefel K, Reisfeld RA, Gillies SD, Sondel PM. Antibody-cytokine hu14.18-IL2 retains antibody and IL-2 activity following clinical administration and induces IL-2 mediated immune activation. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2001.

69. **Kim K**, Jung S-H. Design and statistical inference of phase II cancer clinical trials Annual Scientific Symposium of the Hong Kong Cancer Institute, Hong Kong, March 2002. Contributed paper abstract.

70. Todem D, **Kim K**, Lesaffre E. Latent-class models for longitudinal data with bivariate ordinal outcomes. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

71. Ji Y, **Kim K**. Statistical modeling of gene expression data. Spring Meeting, ENAR/IBS, Arlington, Virginia, March 2002. Contributed paper abstract.

72. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, **Kim K**, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Phase I/IB trial of the immunocytokine hu14.18-IL2 in patients with metastatic melanoma. *Proceedings of ASCO* 2002;21 (part 1):16a.

73. Hoang T, **Kim K**, Jaslowski A, Koch P, Beatty P, McGovern J, Quisumbing M, Shapiro G, Witte R, Schiller JH. Phase II study of gemcitabine as second-line therapy in patients with small cell lung cancer. *Proceedings of ASCO* 2002;21 (part 2):218a.

74. Ji Y, **Kim K**. On Bayesian classification with microarray gene expression data. Midwest Biopharmaceutical Statistics Workshop, Muncie, Indiana, May 2002. Contributed paper abstract.

75. Todem D, **Kim K**. Modeling repeated bivariate ordinal outcomes subject to informative dropout. Workshop on Developments and Challenges in Mixture Modles, Bump Hunting and Measurement Error Models, Cleveland, Ohio, June 2002. Contributed paper abstract.

M00770S679

76. Ji Y, **Kim K**, Bradfield C. Identification of gene sets from cDNA microarrays using classification trees. International Biometric Conference, Freiburg, GERMANY, July 2002. Contributed paper abstract.

77. **Kim K**. A Protocol Tracking and Patient Registration System at the University of Wisconsin Comprehensive Cancer Center Joint Statistical Meeting, New York, New York, August 2002. Invited technical exhibit abstract.

78. Jung S-H, Lee T, **Kim K**, George SL. Admissible Two-Stage Designs for Phase II Cancer Clinical Trials. International Society for Clinical Biostatistics Meeting, Dijon, FRANCE, September 2002. Contributed paper abstract.

79. King D, Albertini M, Schalch H, Hank J, Surfus J, Gan J, Schiller JH, Mahvi D, **Kim K**, Reisfeld R, Dahl T, Kashala O, Sturmhoefel K, Gillies S, Sondel P. Clinical and immunological investigation of the immunocytokine EMD 273063 (hu14.18-IL2) in subjects with metastatic or recurrent melanoma. Proceedings of the Annual Meeting of the Society of Biologic Therapy, 2002.

80. Hutson PR, Love RR, Cleary JF, **Kim K**. Pharmacokinetic and pharmacodynamic interaction of adjuvant tamoxifen and exemestane in postmenopausal women treated for early stage breast cancer. Proceedings of the 25th Annual San Antonio Breast Cancer Symposium, December 2002.

81. Hoang T, **Kim K**, Schiller JH, et al. Phase I study of exisulind and gemcitabine in patients with recurrent senitive advanced non-small cell lung cancer. *Lung Cancer* 2003;21 (Suppl 2).

82. Todem D, **Kim K**. Existence of the maximum likelihood estimators for a class of mixed effects models for multivariate ordinal outcomes. Joint Statistical Meetings, San Francisco, August 2003. Contributed paper abstract.

83. Hoang T, **Kim K**, Merchant J, Traynor A, Ahuja H, Masters G, McGovern J, Oettel K, Sanchez F, Schiller JH. Phase I/II study of exisulind and gemcitabine in patients with recurrent advanced non-small cell lung cancer (NSCLC). *Proceedings of ASCO* 2004;23 (part 2):639 (abstr 7103).

84. Kahl BS, Ahuja HG, Sanchez FA, Rodrigues GA, Voorhees PM, Stevens EA, Smith J, Turman N, **Kim K**, Bailey BH. Phase II study of arsenic trioxide plus ascorbin acid for relapsed and refractory lymphoid malignancies: A Wisconsin Oncology Network study. *Proceedings of ASH* 2004 (abstr 4582).

85. Groteluschen DL, **Kim K**, Hoang T, Dubey S, Hansen RM, Kwong R, Hammes LC, Liverseed KE, Schiler JH, Traynor AM. Phase I study of weekly topotecan (T) in recurrent small cell lung cancer (SCLC). *Proceedings of the 11th World Conference on Lung Cancer (IASLC).*

86. Herson J, Freedman R, Hughes M, **Kim K**, Silverman M, Tangen C. Data monitoring policy for exploratory clinical trials. Society for Clinical Trials Annual Meeting, Portland, OR, May 2005.

87. Carbone PP, Sielaff K, **Kim K**, Verma A, Larson PO, Snow S, Lenaghan T, Viner JL, Dreckschmidt N, Hamlesc M, Pomplun M, Sharata HH, Puchalsky D, Berg ER, Bailey HH. A randomized, double-blind, placebo controlled phase III skin cancer prevention study of DFMO in subjects with a previous history of skin cancer. *Proceedings of the American Association for Cancer Research* 2005;4398a.

88. Messing EM, **Kim K**, Wilding G, Sharkey F, Parnes H, Schultz M, Kim D, Saltzstein D, Carbone P. A randomized prospective phase III trial of difluoromethylornithine (DFMO) vs placebo (P) in preventing recurrence of completely resected low risk superficial bladder cancer. *Proceedings of the American Urological Association* 2005;922a.

## Technical Reports

1. **Kim K**, Harrington DP. Analysis of EST 4477: Phase III combined modality treatment protocol for stages III and IV favorable (nodular) histologic subtypes of non-Hodgkin's lymphoma. Technical Report No. 470E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1987;123–204.

2. Kim K, Boucher H, Crouse C. Analysis of EST 1587: Phase II protocol for chemotherapy in metastatic non-small cell bronchogenic carcinoma. Technical Report No. 661E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, June 1992;79–122.

3. Kim K, Toledano A, Pelletier L. Analysis of EST 1785: Phase II protocol for the evaluation of interferon-$\beta_{ser}$ and menogaril in patients with advanced soft tissue sarcoma. Technical Report No. 660E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;309–26.

4. Kim K, Crouse C. Analysis of EST P-Z586: Phase II study of recombinant interleukin 2 with or without recombinant beta interferon in patients with advanced non-small cell lung cancer. Technical Report No. 739E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, February 1993;369–91.

5. Lee SJ, Kim K, Fischer W. Prognostic factor analysis of EST 4483: An intergroup phase III protocol for evaluation of low-dose ARA-C versus supportive therapy alone in the treatment of myelodysplastic syndromes. Technical Report No. 712E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;83–110.

6. Kim K, Kim H-J, Hill D, Rohoman D. Analysis of EST 4484: Master protocol for the evaluation of new agents and combinations in patients with advanced lymphoma, Part II: Daily and weekly N-MF regimens. Technical Report No. 759E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1994;111-32.

7. Kim K, Allen S, Fischer W. Analysis of EST 5483: Phase III study of high-dose cytosine arabinoside and m-AMSA in relapsed and refractory acute leukemia. Technical Report No. 744E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1995;161–209.

8. Kim K, Fitzpatrick CC. EST 3589/RTOG 92-01: Randomized phase III study of prophylactic cranial irradiation versus observation in small cell lung cancer patients achieving a complete response to induction therapy. Technical Report No. 828E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;199–210.

9. Kim K, Fitzpatrick CC. EST 2590: Biomarkers in small cell lung cancer. Technical Report No. 829E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, October 1995;211–214.

10. Kim K, Fitzpatrick CC. Analysis of EST 4589: Phase II study of PAC (cis-platinum, adriamycin and cyclophosphamide) plus radiotherapy in treatment of limited unresectable invasive thymoma. Technical Report No. 807E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, March 1996;41–66.

11. Kim K, Vogel H. Analysis of EST 1484: Phase III Randomized Trial of Chemotherapy Alone versus Chemotherapy plus Radiotherapy Consolidation for Unfavorable (Diffuse) Histologic Subtypes of Early Stage Non-Hodgkin's Lymphoma. Technical Report No. 809E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;175–231.

12. Kim K, Fizpatrick CC. Analysis of EST 3588: Phase III study of cisplatin plus etoposide combined with standard fractionation thoracic radiotherapy versus cisplatin plus etoposide combined with multiple daily fractionated thoracic radiotherapy for limited stage small cell lung. Technical Report No. 810E, Division of Biostatistics, Dana-Farber Cancer Institute, Boston, September 1997;253–318.

13. Kim K. Analysis of EST 5592: Phase III study comparing etoposide/cisplatin versus Taxol/cisplatin/G-CSF versus Taxol/cisplatin in advanced non-small cell lung cancer. Technical Report No. 862E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, June 1998;201–314.

14. Kim K, Fitzpatrick CC. Pharmacodynamics of Carboplatin Exposure in Patients with metastatic non-small cell lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;171–201.

15. Kim K, Fitzpatrick CC, Zhao H. Analysis of EST 1584: Immunohistochemical analysis of lung cancer. Technical Report No. 863E, Department of Biostatistical Science, Dana-Farber Cancer Institute, Boston, November 1998;203–86.

M00770968l

16. Kim K, Bhattacharya A. Analysis of CO 9285 Step 1b: Phase II chemoprevention study of difluoromethylornithine (DFMO) in subjects with superficial bladder cancer. Technical Report No. 1, Biostatistics Shared Resource, University of Wisconsin Comprehensive Cancer Center, December 1999.

17. Lee JW, Jo SJ, DeMets DL, Kim K. Confidence intervals following group sequential tests in clinical trials with multivariate outcomes. Technical Report #154, Department of Biostatistics & Medical Informatics, University of Wisconsin-Madison, February 2001.

18. Todem D, Kim K, Lesaffre E. Latent-variable models for longitudinal data with bivariate ordinal outcomes. Technical Report #169, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison, September 2002.

19. Ji Y, Tsui K-W, Kim K. A Bayesian classification method for treatments using microarray gene expression data. Technical Report #170, Department of Biostatistics and Medical Informatics, University of Wisconsin-Madison.

## Invited Seminars

1. Group sequential monitoring in clinical trials. March 1986, ENAR Spring Meeting, Atlanta.

2. Group sequential monitoring in clinical trials. March 1986, Department of Statistics, Ohio State University, Columbus, Ohio.

3. Group sequential monitoring in clinical trials March 1986, Department of Biostatistics, University of Michigan,. Ann Arbor, Michigan.

4. Second order approximation for estimation following sequential tests. October 1986, Department of Statistics, University of Wisconsin-Madison.

5. Design of group sequential clinical trials with survival endpoints. May 1987, Annual Meeting of the Society for Clinical Trials, Atlanta (given Scholarship Award).

6. Study duration for clinical trials with survival response and stopping rule. March 1988, Department of Biostatistics, University of Washington, Seattle.

7. Developmental toxicology. March 1988, Cancer Prevention Research Unit, Fred Hutchinson Cancer Research Center, Seattle.

8. Study duration for clinical trials with survival response and stopping rule. July 1988, Biostatistics Society, Seoul, KOREA.

9. A regression model for bivariate ordered categorical data from ophthalmological studies. July 1990, Department of Ophthalmology and Visual Science, University of Wisconsin-Madison.

10. Analysis of bivariate ordered categorical data from ophthalmological data. March 1991, Third National Eye Institute Symposium on Eye Disease Epidemiology, Bethesda, Maryland (presented by KK).

11. A regression model for bivariate ordered categorical data. August 1991, Joint Statistical Meetings, Atlanta.

12. Another estimator following sequential tests. March 1992, ENAR Spring Meeting, Cincinnati.

13. Infrastructure for clinical oncology. January 1993, Yonsei University Cancer Center, Seoul, KOREA.

14. Sequential methods—Early stopping rules. May 1993, Department of Radiation Oncology, Massachusetts General Hospital, Boston.

15. Regression models for bivariate ordered categorical data. June 1993, Department of Biostatistics, University of Wisconsin-Madison.

16. Regression models for bivariate ordered categorical data. August 1993, Joint Statistical Meetings, San Francisco.

17. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1994, Department of Mathematics and Statistics, Wright State University, Dayton, Ohio.

18. Organizations for cancer research. June 1994, Department of Preventive Medicine, Seoul National University Medical School, KOREA.

19. Infrastructure for clinical oncology. June 1994, Seoul National University Hospital, KOREA.

20. Repeated significance testing and independent increments. February 1995, Department of Biostatistics, University of Michigan, Ann Arbor, Michigan.

21. Data management in cooperative oncology groups. March 1995, Clinical Trials and Biometry, Wilmer Ophthalmological Institute, Johns Hopkins University, Baltimore.

22. Repeated significance testing and independent increments. April 1995, Department of Biostatistics, School of Hygiene and Public Health, Johns Hopkins University, Baltimore.

23. Repeated significance testing and independent increments. June 1995, Department of Biostatistics, University of Wisconsin-Madison.

24. Repeated significance testing and independent increments. December 1995, Department of Biostatistics and Epidemiology, Memorial Sloan-Kettering Cancer Center, New York.

25. Group sequential methods for failure time data: A review. January 1997, Department of Biostatistics, University of Wisconsin-Madison.

26. Group sequential methods for clinical trials with longitudinal data based on generalized estimating equations. April 1997, Department of Statistics, Rice University, Houston.

27. Group sequential methods for general parametric failure time data. April 1997, Department of Biomathematics, M.D. Anderson Cancer Center, Houston

28. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. January 1998, Department of Statistics, Ohio State University, Columbus.

29. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. May 1998, Department of Statistics, University of Wisconsin-Madison.

30. Infrastructure for Clinical Oncology. June 1998, Clinical Trials and Epidemiology Research Unit, National Medical Research Council, SINGAPORE.

31. Clinical Trials Organizations at the University of Wisconsin-Madison. June 1998, Samsung Medical Center, Seoul, KOREA.

32. History of Biostatistics and its implications in Korea. June 1998, Pohang University of Science and Technology, Pohang, KOREA.

33. Infrastructure for Clinical Oncology. June 1998, Korean Cancer Center Hospital, Seoul, KOREA.

34. Database Unveiling. September 1998, University of Wisconsin Comprehensive Cancer Center.

35. Statistical Issues in Clinical Trials. July 1999, Korean Federation of Science and Technology Societies, Seoul, KOREA.

36. The Implications of the ICH Guidelines on Korean Pharmaceutical Industry and the Role of Biostatisticians. July 1999, Biostatistics Section, Korean Statistical Society and Group Korea, International Biometrics Society, Seoul, KOREA.

M00770968J

37. Regression Models for Bivariate Ordered Categorical Data from Ophthalmological Studies. November 1999, Department of Preventive Medicine, University of Wisconsin-Madison.

38. Independent Increment Structure in Group Sequential Tests and Information-based Design and Monitoring. April 2000, Division of Biostatistics, University of Minnesota.

39. Clinical Cancer Research at UWCCC. 24 April 2001, Cancer Center, Ajou University Medical Center, Suwon, KOREA.

40. Information-based Design and Monitoring of Group Sequential Clinical Trials. 9 July 2001, Division of Biostatistics, Pharmacia, Inc., Skokie, Illinois.

41. Some Statistical Issues in Cancer Research. 8 August 2001, Joint Statistical Meetings, Atlanta, Georgia.

42. Clinical Trial Management & Good Clinical Practice. 18 August 2001, Workshop on Clinical Oncology Research, Korean Cancer Study Group, Seoul, KOREA.

43. Monitoring of Clinical Trials. 20 August 2001, International Conference on Recent Advances in Biostatistics, Taejon, KOREA.

44. Medical Informatics Program at the University of Wisconsin-Madison. 21 August 2001, International Conference on Recent Advanced in Biostatistics, Taejon, KOREA.

45. Computational Issues in Information-based Group Sequential Clinical Trials. 31 August 2001, International Conference on New Trends in Computational Statistics with Biomedical Applications, Osaka, JAPAN

46. Clinical trials design and randomization. 22 January 2002, Tumor Immunology Journal Club, University of Wisconsin Medical School, Madison, Wisconsin.

47. Identification of gene sets from cDNA microarrays using classification trees. 12 March 2002, Department of Biostatistics, Medical College of Wisconsin, Milwaukee, Wisconsin.

48. A protocol tracking and patient registration system at the University of Wisconsin Comprehensive Cancer Center. 11 August 2002, Joint Statistical Meetings, New York, New York.

49. Efficient design and analysis considerations for cancer prevention trials: Interim analysis, multiple outcomes and other multiplicity issues. 15 October 2002, American Association for Cancer Research Frontiers in Cancer Prevention Research, Boston, Massachusetts.

50. Statistical Consulting in Cancer Research and Opportunities in Biostatistics. 12 November 2002, St. Olaf University, Northfield, Minnesota (Statistics Visiting Lecture Program of the Committee of Presidents of Statistical Societies)

51. Semiparametric Mixed Effects Models for Longitudinal Bivariate Ordinal Outcomes Subject to Informative Dropouts: A Sensitivity Approach. 2 March 2004, Medical College of Wisconsin, Milwaukee, Wisconsin

52. Futility Considerations: Stochastic Curtailment vs. Hypothesis Tests. 26 May 2004, Society for Clinical Trials Annual Meeting, New Orleans, Louisiana

53. Design and Analysis of Phase II Clinical Trials. 27 April 2006, Michigan State University, East Lansing, Michigan GERMANY

## Presentations

1. Estimation following group sequential test. August 1985, Joint Statistical Meetings, Las Vegas.

2. Sample size determination for clinical trials with immediate response and early stopping rule. August 1988, Joint Statistical Meetings, New Orleans.

3. Stochastic curtailment for early termination in clinical trials with survival responses. March 1989, ENAR Spring Meeting, Lexington, Kentucky.

4. A regression model for bivariate ordered categorical data. March 1990, ENAR Spring Meeting, Baltimore.

5. Study duration for stratified clinical trials with survival data and early stopping rule. May 1990, Annual Meeting of the Society for Clinical Trials, Toronto.

6. Design and analysis of group sequential logrank tests. December 1992, International Biometric Conference, Hamilton, NEW ZEALAND.

7. A phase II study of cisplatin (P) plus adriamycin (A) plus cyclophosphamide (C) in extensive thymoma: An intergroup trial. May 1993, Annual Meeting of the American Society of Clinical Oncology in Orlando.

8. SEQPWR and SEQOPR: Computer programs for design of maximum information trials based on group sequential logrank tests. August 1994, International Biometric Conference, Hamilton, Ontario.

9. Treatment effects on survival within gender and race subgroups in lung cancer: ECOG's experience. May 1995, Annual Meeting of the American Society of Clinical Oncology, Los Angeles.

10. Two-year survival and prognostic factors for overall survival in advanced non-small cell lung cancer: An Eastern Cooperative Oncology Group experience. May 1998, Annual Meeting of the American Society of Clinical Oncology, Los Angeles

11. UMVUE for binomial proportion in multistage phase II clinical trials. August 1998, 19th Annual Conference, International Society for Clinical Biostatistics, Dundee, SCOTLAND

12. A Web-based database management system for protocol tracking and patient registration at an NCI-designated comprehensive cancer center. September 1999, 20th Annual Conference, International Society for Clinical Biostatistics (joint with, the German Society for Medical Informatics, Biometry and Epidemiology), Heidelberg, GERMANY

13. Independent increment structure in group sequential tests and information-based design and monitoring. September 2000, 21[th] Annual Conference, International Society for Clinical Biostatistics, Trento, ITALY

14. Design and statistical inference of phase II cancer clinical trials. March 2002, Annual Scientific Symposium of the Hong Kong Cancer Institute: Cancer Trials in Asia, Hong Kong, CHINA

15. Identification of gene sets from cDNA microarrays using classification trees. July 2002, International Biometric Conference, Freiburg, GERMANY

16. Admissible two-stage designs for phase II cancer clinical trials. September 2002, 23[th] Annual Conference, International Society for Clinical Biostatistics, Dijon, FRANCE

17. Latent Class Models for Joint Analysis of Panel Count Data and Longitudinal Biomarkers. August 2006, 27th Annual Conference, International Society for Clinical Biostatistics, Geneva, SWITZERLAND