Exhibit D - 8/10/06 Trial Transcripts Excertp - Testimony of Zipes

• Smith - Expert Challenge # 10

[1803:1] - [1804:1]    8/10/2006    Barnett Trial v.09 (pages 1803-1960) (Zipes)

```
page 1803
1                         UNITED STATES DISTRICT COURT
2                         EASTERN DISTRICT OF LOUISIANA
3
4
5    IN RE: VIOXX PRODUCTS       *   MDL DOCKET NO. 1657
     LIABILITY LITIGATION        *
6                                *
                                 *
7    THIS DOCUMENT RELATES TO    *   AUGUST 10, 2006, 8:30 A.M.
                                 *
8                                *
     GERALD BARNETT V. MERCK     *   CASE NO. 06-CV-485-L
9     & CO., INC.                *
     * * * * * * * * * * * * * *
10
11
                              VOLUME IX
12                     JURY TRIAL BEFORE THE
                    HONORABLE ELDON E. FALLON
13                  UNITED STATES DISTRICT JUDGE
14
     APPEARANCES:
15
16   FOR THE PLAINTIFF:       ROBINSON, CALCAGNIE & ROBINSON
                              BY:  MARK P. ROBINSON JR., ESQ.
17                            620 NEWPORT CENTER DRIVE
                              NEWPORT BEACH, CALIFORNIA 92660
18
19   FOR THE PLAINTIFF:       BEASLEY ALLEN CROW METHVIN
                                PORTIS & MILES
20                            BY:  ANDY D. BIRCHFELD JR., ESQ.
                              234 COMMERCE STREET
21                            POST OFFICE BOX 4160
                              MONTGOMERY, ALABAMA 36103
22
23   FOR THE DEFENDANT:       BARTLIT BECK HERMAN
                                PALENCHAR & SCOTT
24                            BY:  PHILIP S. BECK, ESQ.
                                   ANDREW L. GOLDMAN, ESQ.
25                            54 W. HUBBARD STREET, SUITE 300
                              CHICAGO, ILLINOIS 60601
page 1804
1
     OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
```

[1849:5] - [1849:13]    8/10/2006    Barnett Trial v.09 (pages 1803-1960) (Zipes)

```
page 1849
4      A.   NOT IN THE FIRST SIX MONTHS FOR THE APTC ENDPOINT.
5      Q.   DOESN'T THE APPROVE DATA, WHEN YOU LOOK AT -- NOT JUST SIX
6      MONTHS, WHEN YOU LOOK AT THE CORRECT ENDPOINTS, DOESN'T THE
7      APPROVE FOLLOW-UP DATA PROVE THAT VIOXX DOES NOT CAUSE PLAQUE
8      BUILDUP?
9      A.   THE DATA THAT I SAW SHOWED A RELATIVE RISK EXCEEDING 3 FOR
10     THE APTC ENDPOINT IN THE FIRST SIX MONTHS.
11          THE OTHER ENDPOINTS, INDEED, WERE NOT SIGNIFICANT AND
12     NOT CONSISTENT WITH THAT, AND STATISTICAL SIGNIFICANCE PAST SIX
13     MONTHS WAS NO LONGER PRESENT.
14          MR. BECK:  YOUR HONOR, THIS IS GOING TO TAKE A LITTLE
```

[1865:14] - [1865:18]    8/10/2006    Barnett Trial v.09 (pages 1803-1960) (Zipes)

```
page 1865
13     A.   I DON'T KNOW THAT.
14     Q.   IN ANY EVENT, THE CARDIAC EVENT DATA, THE CATEGORY THAT
15     MR. ROBINSON FOCUSED ON IN OPENING, FOR EVERY SINGLE TIME
```

**Exhibit D - 8/10/06 Trial Transcripts Excertp - Testimony of Zipes**

### • Smith - Expert Challenge # 10

```
16      PERIOD, THERE WAS NO DIFFERENCE BETWEEN VIOXX AND PLACEBO;
17      RIGHT?
18      A.   CORRECT.
19      Q.   AND THAT IS INCONSISTENT WITH YOUR THEORY THAT THE VIOXX
```

[1867:19] - [1868:3]          8/10/2006     Barnett Trial v.09 (pages 1803-1960) (Zipes)

```
page 1867
18      EXPLAIN IT.
19      Q.   IN OTHER WORDS, YOU HAVE NO EXPLANATION WHATSOEVER FOR THE
20      FACT THAT EVEN WITH APTC ENDPOINTS, THAT YOUR THEORY IS
21      CONTRADICTED BY THE DATA FOR MONTHS 7 THROUGH 12, FOR MONTHS 12
22      THROUGH 18, AND FOR ALL EIGHT MONTHS AFTER 18.  IF YOUR THEORY
23      IS RIGHT, PEOPLE SHOULD BE HAVING MORE OF THESE APTC ENDPOINTS
24      FOR THE REST OF THEIR LIFE; RIGHT?
25      A.   AS THEY DID IN 078.
page 1868
1       Q.   BUT THEY SURE DIDN'T IN THE APPROVE FOLLOW-UP DATA THAT
2       YOU CHOSE TO TALK ABOUT ON DIRECT EXAMINATION; CORRECT?
3       A.   THAT IS CORRECT.
4       Q.   LET'S MOVE NOW TO THE ALZHEIMER'S STUDIES.  YOU TESTIFIED
```