Exhibit E - 8/05/06 Trial Transcript Excerpts - Testimony of Epstein

• Smith - Expert Challenge # 10

| | | |
|---|---|---|
| [1149:1] - [1150:1] | 8/5/2006 | Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla |

```
page 1149
    1149
1                     UNITED STATES DISTRICT COURT
2                     EASTERN DISTRICT OF LOUISIANA
3
4
5      IN RE: VIOXX PRODUCTS       *   MDL DOCKET NO. 1657
       LIABILITY LITIGATION        *
6                                  *
                                   *
7      THIS DOCUMENT RELATES TO    *   AUGUST 5, 2006, 8:30 A.M.
                                   *
8                                  *
       GERALD BARNETT V. MERCK     *   CASE NO. 06-CV-485-L
9        & CO., INC.               *
       * * * * * * * * * * * * * *
10
11
                              VOLUME VI
12                       JURY TRIAL BEFORE THE
                       HONORABLE ELDON E. FALLON
13                   UNITED STATES DISTRICT JUDGE
14
       APPEARANCES:
15
16     FOR THE PLAINTIFF:        ROBINSON, CALCAGNIE & ROBINSON
                                 BY:  MARK P. ROBINSON JR., ESQ.
17                               620 NEWPORT CENTER DRIVE
                                 NEWPORT BEACH, CALIFORNIA 92660
18
19     FOR THE PLAINTIFF:        BEASLEY ALLEN CROW METHVIN
                                   PORTIS & MILES
20                               BY:  ANDY D. BIRCHFELD, JR., ESQ.
                                 234 COMMERCE STREET
21                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA 36103
22
23     FOR THE DEFENDANT:        BARTLIT BECK HERMAN
                                   PALENCHAR & SCOTT
24                               BY:  PHILIP S. BECK, ESQ.
                                      ANDREW L. GOLDMAN, ESQ.
25                               54 W. HUBBARD STREET, SUITE 300
                                 CHICAGO, ILLINOIS 60601
page 1150
1
          OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
```

| | | |
|---|---|---|
| [1185:18] - [1185:24] | 8/5/2006 | Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla |

```
page 1185
17    A.    IT HAS SIMILAR BIOLOGIC ACTIONS, YES.
18    Q.    AGAIN, IN LAYMEN'S TERMS, DOES "SIMILAR BIOLOGIC ACTIONS"
19    MEAN THAT VIOXX AND MF-TRICYCLIC ACT THE SAME IN THE HUMAN BODY
20    OR SIMILAR?
21    A.    WELL, YOU KNOW, MF-TRICYCLIC, TO MY KNOWLEDGE HAS NEVER
22    BEEN GIVEN TO HUMANS, SO I DON'T THINK YOU COULD ASSUME THAT.
23    BUT IN TESTS THAT MERCK HAS DONE IN A TEST TUBE AND IN ANIMALS,
24    THEY SEEM TO HAVE IDENTICAL ACTIONS.
25    Q.    DOCTOR, CAN YOU, IN LAYMEN'S TERMS, EXPLAIN TO THE JURY
```

| | | |
|---|---|---|
| [1191:20] - [1192:1] | 8/5/2006 | Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla |

```
page 1191
19    BENEFICIAL EFFECT ON ATHEROSCLEROSIS.
20            HOWEVER, THERE IS A BODY OF LITERATURE IN RODENTS --
21    AND THIS HAS NEVER BEEN SHOWN IN PATIENTS.  BUT AS I INDICATED
22    EARLIER, ONE CAN DEVELOP MECHANISTIC INSIGHTS IN ANIMALS THAT
```

Exhibit E - 8/05/06 Trial Transcript Excerpts - Testimony of Epstein

**• Smith - Expert Challenge # 10**

```
                          23     MAY VERY WELL APPLY TO PATIENTS, BUT WE DON'T KNOW FOR SURE
                          24     WHETHER THEY ALWAYS DO.  THESE STUDIES HAVE DEMONSTRATED THAT
                          25     THE PRO-INFLAMMATORY EFFECT OF THE PRODUCTS OF COX-2 IS TIME
                          page 1192
                          1      AND CONTENT DEPENDENT.
                          2             SO THAT IN THE CONTEXT IF YOU HAVE A TISSUE THAT HAS
```

[1196:12] - [1196:14]    8/5/2006        Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
                          page 1196
                          11     THAT YOUR STUDY WAS HARMFUL TO VIOXX OR MERCK, IN GENERAL?
                          12     A.   NO.  THEY, AGAIN, WANTED ME TO MAKE ABSOLUTELY CLEAR IN
                          13     THE MANUSCRIPT THAT THIS WAS A STUDY DONE IN MICE AND WAS ONLY
                          14     QUESTIONABLY RELEVANT TO PATIENTS.
                          15     Q.   DOCTOR, YOU'VE REITERATED THAT SEVERAL TIMES.
```

[1220:9] - [1221:9]      8/5/2006        Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
                          page 1220
                          8      A.   CORRECT.
                          9      Q.   WHEN WE TALK ABOUT ATHEROSCLEROTIC LESIONS, WHAT ARE WE
                          10     REFERRING TO?  IS THAT PLAQUE?
                          11     A.   YES.
                          12     Q.   HOW LONG DID YOU ACTUALLY CONDUCT THE APOE KNOCKOUT MICE
                          13     STUDY WITH DR. ROTT?  WAS THAT THREE WEEKS?
                          14     A.   SO YOU MEAN -- THE STUDY TOOK A LONG TIME.
                          15     Q.   YES.  HOW LONG WERE THE MICE ACTUALLY ANALYZED?
                          16     A.   THREE WEEKS.  FROM THE TIME OF INITIATION OF MF-TRICYCLIC
                          17     ADMINISTRATION TO THE TERMINATION OF THE STUDY WAS THREE WEEKS.
                          18     Q.   AFTER YOU ANALYZED THE PLAQUE OF THESE 11-WEEK-OLD MICE,
                          19     YOU NOTICED, TO YOUR SURPRISE, THAT THERE WAS AN INCREASE IN
                          20     EARLY LESION DEVELOPMENT?
                          21     A.   CORRECT.
                          22     Q.   SO HOW LONG WOULD YOU ESTIMATE THREE WEEKS OF TREATMENT IN
                          23     A MOUSE TRANSLATES INTO TREATMENT IN HUMANS?
                          24     A.   I WOULDN'T -- I WOULDN'T -- THERE'S NO WAY I COULD MAKE
                          25     THAT ESTIMATION.
                          page 1221
                          1      Q.   WOULD IT BE IMPROPER TO SAY THAT JUST BECAUSE YOU SEE AN
                          2      EFFECT ON LESION SIZE WITH MF-TRICYCLIC AFTER THREE WEEKS OF
                          3      TREATMENT THAT THAT REFLECTS THAT EVEN IN HUMANS YOU WOULD
                          4      EXPECT TO SEE AN INCREASE IN ATHEROSCLEROSIS IN A SHORT PERIOD
                          5      OF TIME IF YOU USE A COX-2 INHIBITOR?
                          6      A.   I DON'T THINK THAT THE RESULTS IN THIS MODEL CAN BE SO
                          7      EQUIVALENTLY TRANSFERRED TO PATIENTS.  IT RAISES THAT AS A
                          8      QUESTION, BUT CERTAINLY OUR STUDY DOESN'T DEFINITIVELY ANSWER
                          9      THAT.
                          10     Q.   HOW HIGH OF A DOSE OF MF-TRICYCLIC WAS USED IN YOUR STUDY
```

[1235:24] - [1236:9]     8/5/2006        Barnett Trial v.06 (pp 1149-1301) (KaravanEpsteinCannellBla

```
                          page 1235
                          23     NEW -- OUR FINDINGS CREATED A NEW HYPOTHESIS.
                          24     Q.   WOULD IT BE IMPROPER, DR. EPSTEIN, TO ONLY TAKE THE
                          25     RESULTS OF YOUR STUDY AND SAY THIS STUDY PROVES THAT VIOXX
                          page 1236
                          1      CAUSES AN ACCELERATION OF ATHEROSCLEROSIS IN HUMAN BEINGS?
                          2      A.   IT WOULD BE IMPROPER.
                          3      Q.   WOULD IT ALSO BE IMPROPER TO HOLD UP YOUR STUDY AND SAY
                          4      THIS PROVES THAT VIOXX AND OTHER COX-2 INHIBITORS INCREASE THE
                          5      LIKELIHOOD OF PLAQUE RUPTURE?
                          6      A.   IT WOULD BE IMPROPER.
                          7      Q.   BASED ON YOUR RESEARCH, DR. EPSTEIN, HAVE YOU FOUND ANY
                          8      ANIMAL STUDIES SHOWING THAT VIOXX WORSENED ATHEROSCLEROSIS?
                          9      A.   NO.
                          10     Q.   HAVE YOU FOUND IN YOUR INVESTIGATION, DR. EPSTEIN, THAT AT
```