**From:** Jablonski, Carrie [mailto:carrie.jablonski@bartlit-beck.com]
**Sent:** Wednesday, July 19, 2006 7:21 PM
**To:** Grant Kaiser
**Cc:** 'Van Kirk, Robert'
**Subject:** Vioxx Smith -- Merck's expedited discovery responses

Grant-

In response to your request for Merck to expedite its response time, we will be able to respond to Plaintiff's RFPs, Interrogatories, and RFAs in an expedited fashion.

*[GK] Thank you.*

First and foremost, however, you should know that based on our review thus far of the RFAs, we do not expect that we will have additional documents to produce in Smith. Merck has already produced most, if not all, of the documents you ask for either in this case or in the master production set.

*[GK] Noted.*

However, we are going back through each of your requests carefully to determine if any additional responsive, non-objectionable documents exist.

*[GK] Thank you.*

In light of the special circumstances of this case and the fact that trial begins Sept 11, I can represent that we will do our best to serve our responses within 30 days (Aug 10), instead of the 45 days given in Judge Fallon's pretrial order. If it becomes apparent that we are not going to hit the Aug 10 date as the date approaches (which we do not expect to happen), I will let you know asap.

*[GK] Thank you for your expedited responses. Can I assume that if new documents are produced, Plaintiff can add them to his exhibit list even though it is after the exhibit list exchange date?*