**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE:  (312) 494-4440

DENVER OFFICE
1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE:  (303) 592-3100
FACSIMILE:  (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4451
carrie.jablonski@bartlit-beck.com

August 21, 2006

**Via Email**

Mr. Grant Kaiser
The Kaiser Firm L.L.P.
8441 Gulf Freeway
Suite 600
Houston, TX  77017-5001

Re:   *Mason v. Merck*, MDL docket No. 1657

Dear Grant:

This letter is in response to Plaintiff's Request for Admissions, which you served August 9, 2006. Plaintiff's Request for Admissions violates Pretrial Order No. 17, which limits Requests for Admission in individual cases to 30 requests. Plaintiff's requests include hundreds of documents with ten subparts for each of these hundreds of documents.

Accordingly, we ask that you withdraw Plaintiff's Request for Admissions. If you do not withdraw the request by Wednesday, August 23, we will seek relief from the Court.

Sincerely,

Carrie A. Jablonski

CAJ/cmf