## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to**<br>**Case No. 2:05-CV-04379**<br><br>**ROBERT G. SMITH,**<br><br>          Plaintiff,<br><br>**v.**<br><br>**MERCK & CO., INC.,**<br><br>          Defendant. | **MDL DOCKET NO. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES**<br><br>**MERCK & CO., INC.'S OBJECTIONS TO<br>PLAINTIFF'S PRE-ADMISSIBLE<br>EXHIBIT LIST** |

TO:    Drew Ranier
        Ranier Gayle & Elliot L.L.C.
        1419 Ryan Street
        P.O. Box 1890
        Lake Charles, LA  70602-1890

        Grant Kaiser
        The Kaiser Firm LLP
        8441 Gulf Freeway
        Houston, TX  77017-5051

        Russ Herman
        Herman, Herman, Katz & Cotlar
        Place St. Charles
        201 St. Charles Avenue, Office 4310
        New Orleans, LA  70170

Defendant Merck & Co., Inc. ("Merck") hereby serves its Objections to Plaintiff's First

Amended Pre-Admissible Exhibit List (attached as Exhibit A).

On August 22, 2006, Plaintiff provided Merck with a Pre-Admissible Exhibit List, accompanied by electronic images of the corresponding documents.  On August 24, 2006, Plaintiff filed on Lexis File & Serve a First Amended Pre-Admissible Exhibit List, which added 119 exhibits to the previously provided Pre-Admissible Exhibit List.  However, Plaintiff did not provide Merck with electronic images of those additional exhibits.  Therefore, Merck is unable to object to those additional exhibits at this time, and hereby reserves the right to file objections to those and any other exhibits not appearing on Plaintiff's original Pre-Admissible Exhibit List at a later date, after Plaintiff has provided electronic images.

Merck also reserves the right to add additional objections, withdraw any objections, and supplement any objections based on the Court's rulings on motions in *limine*.  Merck further reserves all rights to object to the use of any of the documents on Plaintiff's First Amended Pre-Admissible Exhibit List (including exhibits Merck did not object to) with a specific witness.

Exhibit A reflects Merck's objections for purposes of the *Smith* trial only.  Merck includes for the Court's convenience the rulings, if any, on Merck's objections made to Plaintiff's Pre-Admissible Exhibit List in the *Barnett* trial.  However, these rulings should not necessarily guide the Court's rulings in the *Smith* trial because unlike Mr. Barnett, Mr. Smith used Vioxx only after the April 2002 label change.

Dated:  August 28, 2006

Respectfully submitted,


By: */s/ Dorothy H. Wimberly*

    Phillip A. Whitmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:     504-581-3361

    Philip S. Beck
    Andrew L. Goldman
    Hamilton H. Hill
    Carrie A. Jablonski
    BARTLIT BECK HERMAN PALENCHAR &
    SCOTT LLP
    54 W. Hubbard Street, Suite 300
    Chicago, IL 60610
    Phone: 312-494-4400
    Fax:     312-494-4440

    And

    Douglas R. Marvin
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C.  20005
    Phone: (202) 434-5000
    Fax: (202) 434-5029

    Attorneys for Merck & Co., Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **Merck & Co., Inc.'s Objections to Plaintiff's Pre-Admissible Exhibit List** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of August, 2006.

*/s/ Dorothy H. Wimberly*