Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List | | | | | |
|---|---|---|---|---|---|
| DX | Begin Bates | End Bates | Date | Description | Plaintiff's Objections |
| DX 0002 | MRK-I8940000001 | MRK-I8940001902 | 12/16/1994 | Letter from MRL to FDA re: Original IND: L 748,731 | |
| DX 0004 | | | 3/1/1995 | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | hearsay; foundation |
| DX 0013 | MRK-AAB0024016 | MRK-AAB0024023 | 11/21/1996 | Memorandum from T. Musliner to B. Friedman, et al. | hearsay |
| DX 0015 | MRK-I8940015949 | MRK-I8940015964 | 1/16/1997 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | hearsay |
| DX 0023 | MRK-NJ0066804 | MRK-NJ0066827 | 2/2/1998 | MRL Epidemiology Department Techinica Report No. EPR7006.005.98 | |
| DX 0026 | MRK-AAC0019509 | MRK-AAC0019519 | 4/13/1998 | Project Team Meeting Minutes | hearsay |
| DX 0027 | MRK-AEI0002734 | MRK-AEI0002746 | 5/3/1998 | Programmatic Review -- Vioxx Program | |
| DX 0030 | MRK-ABH0014141 | MRK-ABH0014192 | 6/8/1998 | Minutes from May VIOXX project team | hearsay |
| DX 0031 | MRK-ABI0001204 | MRK-ABI0001204 | 6/22/1998 | Email from Scolnick re: VIOXX strategy | hearsay |
| DX 0038 | MRK-AAC0041008 | MRK-AAC0041011 | 10/22/1998 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | hearsay |
| DX 0040 | MRK-OS420124072 | MRK-OS420124403 | 10/26/1998 | 'E. Clinical Safety' Vioxx Clinical Documentation | hearsay |
| DX 0043 | MRK-OS420000001 | MRK-OS420166451 | 11/23/1998 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | hearsay |
| DX 0050 | MRK-I8940042881 | MRK-I8940042984 | 12/16/1998 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol | hearsay |
| DX 0058 | MRK-AAA 0800014 | MRK-AAA 0800014 | 10/24/1997 | Catella-Lawson Letter | hearsay |
| DX 0059 | MRK-AAC0013130 | MRK-AAC0013132 | 3/8/1999 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | hearsay |
| DX 0060 | MRK-ABC0006396 | MRK-ABC0006404 | 3/8/1999 | Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | hearsay |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 0066 | MRK-AFT0002227 | MRK-AFT0002430 | 4/20/1999 | 'NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999' | hearsay |
| DX 0067 | MRK-LBL0000027 | MRK-LBL0000030 | 5/20/1999 | PI 9183800 - Vioxx label | |
| DX 0073 | MRK-99420021411 | MRK-99420021434 | 5/20/1999 | Letter from FDA to MRL re: NDA 21-042 | hearsay |
| DX 0075 | MRK-AFL0000899 | MRK-AFL0000903 | 12/22/1999 | Memorandum from Weinblatt to Bjorkman et al. re VIGOR | hearsay |
| DX 0079 | MRK-AAB0029224 | MRK-AAB0029273 | 8/30/1999 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | |
| DX 0080 | MRK-LBL0000031 | MRK-LBL0000034 | 9/1/1999 | PI 9183801 | |
| DX 0088 | MRK-99420023355 | MRK-99420023462 | 10/6/1999 | NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | hearsay |
| DX 0091 | MRK-99420023527 | MRK-99420023528 | 10/28/1999 | Letter from FDA to MRL re: NDA 21-042/S-003 | hearsay |
| DX 0114 | MRK-ABH0017550 | MRK-ABH0017551 | 3/22/2000 | E-mail from Reicin to Scolnick et al. | hearsay; 403 |
| DX 0116 | MRK-I8940060171 | MRK-I8940060238 | 3/23/2000 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | hearsay |
| DX 0117 | MRK-ABH0017794 | MRK-ABH0017796 | 3/26/2000 | Dear Investigator Letter | hearsay; foundation; 403 |
| DX 0119 | MRK-PRL0000114 | MRK-PRL0000115 | 3/27/2000 | Press release re prliminary results of GI outcomes study | |
| DX 0125 | MRK-00420003972 | MRK-00420003973 | 4/21/2000 | Fax from FDA to MRL | hearsay |
| DX 0134 | MRK-ERN0076919 | MRK-ERN0076920 | 5/9/2000 | Memo re: MK-0966 Protocols -078 and -091 | hearsay |
| DX 0145 | MRK-00420008017 | MRK-00420019547 | 6/29/2000 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | hearsay |
| DX 0146 | MRK-LBL0000047 | MRK-LBL0000050 | 7/1/2000 | PI 9183806 | |
| DX 0147 | MRK-ACR0011080 | MRK-ACR0011084 | 7/15/2000 | Email from Scolnick to Greene et al. | hearsay |
| DX 0148 | MRK-00420021830 | MRK-00420021831 | 8/3/2000 | Letter from FDA to MRL re: NDA 21-042/S-007 | hearsay |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 0150 | MRK-00420021832 | MRK-00420021835 | 8/7/2000 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | hearsay |
| DX 0155 | MRK-00420027869 | MRK-00420027981 | 10/13/2000 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | hearsay |
| DX 0157 | MRK-00420028062 | MRK-00420028066 | 11/27/2000 | Fax from FDA to MRL | hearsay |
| DX 0173 | MRK-I8940064922 | MRK-I8940065038 | 1/8/2001 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | hearsay |
| DX 0186 | MRK-ACT0009918 | MRK-ACT0009918 | 2/4/2001 | Email from Harry Guess to Rhodes, Watson, et al. | hearsay |
| DX 0187 | MRK-AAP0000407 | MRK-AAP0000648 | 2/8/2001 | FDA Advisory Committee Hearing, Transcript | hearsay |
| DX 0188 | MRK-ABR0000214 | MRK-ABR0000349 | 2/8/2001 | Merck Slide Show Presentation to FDA Advisory Committee | hearsay; 403 |
| DX 0189 | MRK-PRL0000170 | MRK-PRL0000172 | 2/8/2001 | Press Release | |
| DX 0196 | MRK-ACD0003158; MRK-N052006109 | MRK-ACD0003185; MRK-ACD0006163 | 3/2/2001 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | hearsay |
| DX 0207 | MRK-01420099056 | MRK-01420099059 | 4/6/2001 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | hearsay |
| DX 0230 | MRK-01420145843 | MRK-01420154245 | 7/12/2001 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | hearsay |
| DX 0244 | MRK-AAD0111414 | MRK-AAD0111414 | 11/7/2001 | Email from E. Scolnick to A. Reicin | hearsay |
| DX 0273 | MRK-LBL0000063 | MRK-LBL0000066 | 4/11/2002 | PI 9183810 | |
| DX 0277 | MRK-AAF0005922 | MRK-AAF0005942 | 4/11/2002 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | hearsay |
| DX 0285 | MRK-S0420000029 | MRK-S0420000074 | 5/22/2002 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | hearsay |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 0288 | MRK-I2690005334 | MRK-I2690005969 | 7/22/2002 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | hearsay |
| DX 0291 | MRK-I8940074879 | MRK-I8940075347 | 10/10/2002 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment | hearsay |
| DX 0303 | MRK-I8940077717 | MRK-I8940077883 | 7/25/2003 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | hearsay |
| DX 0314 | MRK-I2690007514 | MRK-I2690008935 | 12/17/2003 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | hearsay |
| DX 0315 | MRK-YNG0061569 | MRK-YNG0061570 | 11/10/2000 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | hearsay |
| DX 0319 | MRK-I8940080062 | MRK-I8940080133 | 3/22/2004 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | hearsay |
| DX 0321 | MRK-AAF0015434 | MRK-AAF0015436 | 3/26/2004 | Letter from FDA to Merck | hearsay |
| DX 0324 | MRK-AAF0017139 | MRK-AAF0017168 | 8/19/2004 | Letter from FDA to MRL re: NDA 21-042 | hearsay |
| DX 0338 | | | 4/6/2005 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | hearsay; foundation; 403 |
| DX 0339 | MRK-AAX0002759 | MRK-AAX0002759 | 12/20/1999 | Letter from Weinblatt to Reicin | hearsay |
| DX 0341 | | | 6/15/2005 | FDA Release re: COX-2 and non-selective NSAIDs | hearsay |
| DX 0350 | MRK-NJ0315838, MRK-NJ0315784 | MRK-NJ0315837 | 2/25/1997 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | hearsay |
| DX 0352 | MRK-AEH0009025 | MRK-AEH0009093 | 7/10/1998 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | hearsay |
| DX 0353 | MRK-AFX0019242 | MRK-AFX0019402; MRK-00420029550 | 1/4/2001 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | hearsay |
| DX 0356 | OATES 001412 | OATES 001415 | 10/30/2000 | Prostaglandins Consultants Meeting | hearsay; foundation; 403 |
| DX 0358 | TOP1PRO0000285 | TOP1PRO0000311 | 6/20/2001 | Email re: COX-2 manuscript | |
| DX 0360 | MRK-AAX0002760 | MRK-AAX0002760 | 1/24/2000 | Letter from Weinblatt to Reicin | hearsay |
| DX 0361 | MRK-AAX0002761 | MRK-AAX0002766 | 2/7/2000 | Letter from Reicin to Weinblatt | hearsay |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 0362 | MRK-AAX0002768 | MRK-AAX0002850 | 3/2/2000 | Statistical Data Analysis Plan | |
| DX 0363 | MRK-ABC0022825 | MRK-ABC0022878 | 4/27/2000 | Board of Advisors -- Alan S. Nies, MD | hearsay; foundation |
| DX 0364 | MRK-ABX0002367 | MRK-ABX0002404 | 2/1/2001 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | |
| DX 0368 | MRK-AHR0009546 | MRK-AHR0009546 | 10/20/1997 | Memo re P023 Data | hearsay |
| DX 0371 | MRK-00420013554 | MRK-00420013669 | 6/21/2000 | CV Events Analysis | hearsay; foundation |
| DX 0389 | MRK-AAB-0059566 | MRK-AAB-0059567, MRK-AAB-0033543 | 1/24/2000 | Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' | hearsay |
| DX 0409 | MRK-AAB0000518 | MRK-AAB0000518 | 1/24/2000 | Letter from Weinblatt to Reicin | hearsay |
| DX 0479 | MRK-00420018274 | MRK-00420018279 | 3/24/2000 | Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) | hearsay; foundation |
| DX 0481 | | | 00/00/2004 | Naproxen label | See plaintiff's motion in limine regarding this document |
| DX 0491 | 2000 NEJM 000028 | 2000 NEJM 000038 | 7/17/2000 | Manuscript No. 00-1401 | hearsay; 403 |
| DX 0546 | | | 3/1/1989 | K. Green, et al., Pronounced Reduction of in vivo Prostacyclin Synthesis in Humans by Acetaminophen, Prostaglandins, Mar. 1989, vol. 37:311-315 | hearsay; foundation |
| DX 0586 | MRK-ACD0086310 | MRK-ACD0086318 | 11/23/2000 | Bombardier, Laine, Reicin, et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis' | |
| DX 0686 | MRK-AFK0174550 | MRK-AFK0174560 | 2/15/2005 | Bresalier, R; Sandler, R; Quan, H; Bolognese, J; Oxenius, B; Horgan, K; Lines, C; Riddell, R; Morton, D; Lanas, A; Konstam, M; Baron, J. "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemopprevention Trial." The New England Jour | |
| DX 0940 | MRK-00420014517 | MRK-00420014603 | 3/15/2000 | Statistical Data Analysis Plan - Amendment No. 1 | |
| DX 0941 | MRK-AFI0153487 | MRK-AFI0153503 | 4/11/2001 | Email re: market Research Report | hearsay |
| DX 0945 | | | 00/00/2006 | Vioxx Label | |
| DX 0948 | MRK-ABC0006432 | MRK-ABC0006435 | 2/21/1999 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | hearsay |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 0949 | MRK-AAF0007803 | MRK-AAF0007810 | 10/1/2001 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | hearsay |
| DX 0950 | MRK-AHC0008096 | MRK-AHC0008096 | 10/6/2004 | Baron E-mail re APPROVe Safety Paper | hearsay; 403 |
| DX 0951 | MRK-S0420050996 | MRK-S0420053185 | 6/6/2005 | Submission of Protocol 122 CSR | hearsay |
| DX 0952 | FRI0000023 | FRI0000024 | 2/1/2000 | Letter from Dr. Naides to Dr. Sherwood re faculty appointment of Dr. McMillen at The Pennylvania State University College of Medicine | hearsay; 402; 403 |
| DX 0953 | M007701502 | M007701504 | 6/5/2005 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" | hearsay; 403 |
| DX 0954 | MRK-ABO0002861 | MRK-ABO000262 | 10/20/2000 | E-mail from Dr. Harris to Louis Sherwood re comments made by Dr. Singh | hearsay; 403 |
| DX 0955 | FRI0000033 | FRI0000033 | 11/9/2000 | Letter from Dr. Louis Sherwood to Dr. James Fries re ACR Meeting in Philadelphia | No image received -- will object, if necessary, upon receipt |
| DX 0956 | FRI0000015 | FRI0000015 | 01/00/0000 | Telephone message re following up on letter to Gilmartin | No image received -- will object, if necessary, upon receipt |
| DX 0957 | 2000 NEJM 000317 | 2000 NEJM 000318 | 7/19/2001 | Letter from the Editor of the New England Journal of Medicine declining to print Dr. Hrachovec's letter re the Bombardier article | hearsay; foundation; 402; 403 |
| DX 0958 | 2000 NEJM 000320 | 2000 NEJM 000324 | 6/20/2001 | Letter to the NEJM Editor | hearsay; foundation; 402; 403 |
| DX 0959 | Public | Public | 5/5/1999 | Division of Gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review | hearsay |
| DX 0960 | MRK-AAK0006209 | MRK-AAX0006210 | 4/11/2002 | FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx | hearsay |
| DX 0961 | MRK-S0420051232 | MRK-S0420051330 | 3/15/2005 | APPROVe Trial Cardiovascular Safety Report | |
| DX 0962 | MRK-ACD0078494 | MRK-ACD0078517 | 5/20/1999 | Letter re new drug application | hearsay |
| DX 2001 | SMITHR-ALLIANCELAB-00001 | SMITHR-ALLLIANCELAB-00009 | Various | Medical records from Alliance Laboratory Services | |

8/28/2006                                                                                          6

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2002 | SMITHR-ALLIANCEPCMR-00001 | SMITHR-ALLIANCEPCMR-00044 | Various | Medical records from Alliance Primary Care | |
| DX 2003 | SMITHR-BCBSMN-00001 | SMITHR-BCBSMN-00006 | Various | Insurance Records received from BlueCross BlueShield of Minnesota | |
| DX 2004 | SMITHR-CAREMANAGE-00001 | SMITHR-CAREMANAGE-00002 | 7/10/2006 | Records certification from Care Management Consultants Inc. | |
| DX 2005 | SMITHR-COURTADEDDR-00001 | SMITHR-COURTADEDDR-00058 | Various | Medical records from Dr. Daniel Courtade | |
| DX 2006 | SMITHR-CVSPHAR-00001 | SMITHR-CVSPHAR-00007 | Various | Pharmacy records from CVS | |
| DX 2007 | SMITHR-EASTCORTHOPMMD-00001 | SMITHREASTCORTOPMMD-00003 | 5/31/1995 | Medical records from Eastern Cincinnati Orthopaedic | |
| DX 2009 | SMITHR-GIESKEMDR-00001 | SMITHR-GIESKEMDR-00006 | Various | Medical records from Dr. Michael Gieske | |
| DX 2010 | SMITHR-GREATCINORTHMR-00001 | SMITHR-GREATCINORTHMR-00056 | Various | Medical records from Greater Cincinnati Orthopaedic Center | |
| DX 2011 | SMITHR-GREFERMDR-00001; SMITHR-GREFERMMD-00001 | SMITHR-GREFERMDR-00116; SMITHR-GREFERMMD-00089 | | Medical records from Dr. Michael Grefer | |
| DX 2012 | SMITHR-HANDSURGSOMRMD-00001 | SMITHR-HANDSURGSOMRMD-00016 | Various | Medical records from Hand Surgery Specialists of Northern Kentucky | 402; 403 |
| DX 2014 | SMITHR-HOMEINSURANCE-00001 | SMITHR-HOMEINSURANCE-00390 | Various | Medical records from Home Insurance | |
| DX 2015 | SMITHR-NORTHKHEARTBILL-00001 | SMITHR-NORTHKHEARTBILL-00005 | Various | Medical records from Northern Kentucky Heart PSC | |
| DX 2016 | SMITHR-NORTHKHEARTMR-00001 | SMITHR-NORTHKHEARTMR-00076 | Various | Records from Northern Kentucky University | |
| DX 2017 | SMITHR-PATIENTSFIRST-00001 | SMITHR-PATIENTSFIRST-00031 | Various | Medical records from Patient First Physicians Group | |
| DX 2017A | SmithR-PatientFirstMR-00001 | SmithR-PatientFirstMR-00034 | Various | Medical Records from Patient First MR | |
| DX 2018 | SMITHR-PPR-00001 | SMITHR-PPR-00112 | Various | Plaintiff Provided Records | |
| DX 2020 | SMITHR-PATNTFRSTSANDMD-00001 | SMITHR-PATNTFRSTSANDMD-00035 | Various | Medical records from Dr. Mark Sander | |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2021 | SMITHR-SRDOFCH-00001 | SMITHR-SRDOFCH-00121 | Various | Employment records provided by Silmar Resins Division of Interplastic Chemicals | 403; hearsay |
| DX 2022 | SMITHR-STLUKEHOSPMR-00001; SMITHR-STLUKEHOSPPATH-00001 | SMITHR-STLUKEHOSPMR-00023; SMITHR-STLUKEHOSPPATH-00023 | Various | Medical records provided by St. Luke Hospital West | |
| DX 2023 | SMITHR-STELIZABETHMC-00001 | SMITHR-STELIZABETHMC-00651 | Various | Medical records provided by St. Elizabeth Medical Center | |
| DX 2024 | SMITHR-WALMART-00001 | SMITHR-WALMART-00023 | Various | Pharmacy records from Walmart | |
| DX 2025 | SMITHR-WORKERSCOMP-00001 | SMITHR-WORKERSCOMP-00012 | Various | Records from Workers Compensation | 402; 403; hearsay |
| DX 2026 | | | 00/00/1993 | 1993 PDR label for Cephalexin | Plaintiff objects to DX 2026-DX2080 -- 402; 403; see plaintiff's motion in limine regarding plaintiff's unrelated prescription drug use. |
| DX 2027 | | | 00/00/1994 | 1994 PDR label for Cephalexin | |
| DX 2028 | | | 00/00/1993 | 1993 PDR label for Propoxyphen | |
| DX 2029 | | | 00/00/2003 | 2003 PDR label for Propoxyphen | |
| DX 2030 | | | 00/00/1993 | 1993 PDR label for Chlorpromazine | |
| DX 2031 | | | 00/00/1999 | 1999 PDR label for Viagra | |
| DX 2032 | | | 00/00/2000 | 2000 PDR label for Viagra | |
| DX 2033 | | | 00/00/2004 | 2004 PDR label for Levitra | |
| DX 2034 | | | 00/00/2005 | 2005 PDR label for Levitra | |
| DX 2035 | | | 00/00/2006 | 2006 PDR label for Levitra | |
| DX 2036 | | | 00/00/2004 | 2004 PDR label for Cialis | |
| DX 2037 | | | 00/00/2005 | 2005 PDR label for Cialis | |
| DX 2038 | | | 00/00/2006 | 2006 PDR label for Cialis | |
| DX 2039 | | | 00/00/2000 | 2000 PDR label for Indomethacin | |
| DX 2040 | | | 00/00/2002 | 2002 PDR label for Indomethacin | |
| DX 2041 | | | 00/00/2003 | 2003 PDR label for Indomethacin | |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2042 | | | 00/00/2006 | 2006 PDR label for Indomethacin | |
| DX 2043 | | | 00/00/1993 | 1993 PDR label for Allopurinol | |
| DX 2044 | | | 00/00/1994 | 1994 PDR label for Allopurinol | |
| DX 2045 | | | 00/00/1999 | 1999 PDR label for Allopurinol | |
| DX 2046 | | | 00/00/2000 | 2000 PDR label of Allopurinol | |
| DX 2047 | | | 00/00/2001 | 2001 PDR label of Allopurinol | |
| DX 2048 | | | 00/00/2002 | 2002 PDR label for Allopurinol | |
| DX 2049 | | | 00/00/2003 | 2003 PDR label of Allopurinol | |
| DX 2050 | | | 00/00/2004 | 2004 PDR label of Allopurinol | |
| DX 2051 | | | 00/00/2005 | 2005 PDR label of Allopurinol | |
| DX 2052 | | | 00/00/2006 | 2006 PDR label for Allopurinol | |
| DX 2053 | | | 00/00/2002 | 2002 PDR label for Ibuprofen | |
| DX 2054 | | | 00/00/2006 | 2006 PDR label for Ibuprofen | |
| DX 2055 | | | 00/00/2001 | 2001 PDR label for Diclofenac | |
| DX 2056 | | | 00/00/2002 | 2002 PDR label for Diclofenac | |
| DX 2057 | | | 00/00/2003 | 2003 PDR label for Diclofenac | |
| DX 2058 | | | 00/00/2006 | 2006 PDR label for Diclofenac Potassium | |
| DX 2059 | | | 00/00/2006 | 2006 PDR label for Diclofenac Sodium | |
| DX 2060 | | | 00/00/2003 | 2003 PDR label for Lisinopril | |
| DX 2061 | | | 00/00/2006 | 2006 PDR label for Lisinopril | |
| DX 2062 | | | 00/00/2000 | 2000 PDR label for Naproxen | |
| DX 2063 | | | 00/00/2001 | 2001 PDR label for Naproxen | |
| DX 2064 | | | 00/00/2002 | 2002 PDR label for Naproxen | |
| DX 2065 | | | 00/00/2003 | 2003 PDR label for Naproxen | |
| DX 2066 | | | 00/00/2004 | 2004 PDR label for Naproxen | |
| DX 2067 | | | 00/00/2005 | 2005 PDR label for Naproxen | |
| DX 2068 | | | 00/00/2006 | 2006 PDR label for Naproxen | |
| DX 2069 | | | 00/00/2003 | 2003 PDR label for Toprol | |
| DX 2070 | | | 00/00/2004 | 2004 PDR label for Toprol | |
| DX 2071 | | | 00/00/2006 | 2006 PDR label for Toprol | |
| DX 2072 | | | 00/00/2003 | 2003 PDR label for Plavix | |
| DX 2073 | | | 00/00/2006 | 2006 PDR label for Plavix | |
| DX 2074 | | | 00/00/2004 | 2004 PDR label for Crestor | |
| DX 2075 | | | 00/00/2005 | 2005 PDR label for Crestor | |
| DX 2076 | | | 00/00/2006 | 2006 PDR label for Crestor | |
| DX 2077 | | | 00/00/2003 | 2003 PDR label for Aspirin | |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2078 | | | 00/00/2006 | 2006 PDR label for Aspirin | |
| DX 2079 | | | 00/00/2006 | 2006 PDR label for Celebrex | |
| DX 2080 | | | 00/00/2006 | 2006 PDR label for Mobic | |
| DX 2081A | | | 00/00/2001 | Federal and state tax returns for Robert G. Smith for 2001 | |
| DX 2081B | | | 00/00/2002 | Federal and state tax returns for Robert G. Smith for 2002 | |
| DX 2081C | | | 00/00/2003 | Federal and state tax returns for Robert G. Smith for 2003 | |
| DX 2081D | | | 00/00/2004 | Federal and state tax returns for Robert G. Smith for 2004 | |
| DX 2081E | | | 00/00/2005 | Federal and state tax returns for Robert G. Smith for 2005 | |
| DX 2082A | | | 7/26/2005 | Agreement of Parties and Entry of Appearance re Sheila Yvonne Smith v. Robert Garry Smith (Divorce Records) | 402; 403 |
| DX 2082B | | | 8/24/2005 | Decree of Dissolution re Sheila Yvonne Smith v. Robert G. Smith (Divorce Records) | 402; 403 |
| DX 2083 | | | 2/18/2003 | Compact Disc of Cardiac Catheterization Scan for Robert G. Smith | |
| DX 2084 | | | 2/18/2003 | X-Ray for Robert G. Smith from St. Elizabeth's Medical Center | |
| DX 2085 | | | 7/10/2006 | Ultrasound Video of Robert G. Smith - St. Elizabeth Hospital | |
| DX 2087 | SMITHR-PLPROFILEFORM-00001 | SMITHR-PLPROFILEFORM-00013 | 12/9/2005 | Plaintiff Profile Form (Old) | 402; 403 |
| DX 2088 | SMITHR-STELIZABETHMC-00308 | SMITHR-STELIZABETHMC-00308 | 1/4/1994 | Nursing Data Base Medical Record | |
| DX 2089 | SMITHR-HOMEINSURANCE-00030 | SMITHR-HOMEINSURANCE-00030 | 2/16/1994 | Letter from Dr. Sommerkamp to Dr. Grefer re update on Robert G. Smith | 402; 403 |
| DX 2090 | SMITHR-HOMEINSURANCE-00105 | SMITHR-HOMEINSURANCE-00109 | 2/17/1994 | Rehabilitation Progress Report from Dale Barlow to Home Insurance | 402; 403 |
| DX 2091 | SMITHR-HOMEINSURANCE-00093 | SMITHR-HOMEINSURANCE-00094 | 3/21/1994 | Rehabilitation Progress Report from Dale Barlow to Home Insurance | 402; 403 |
| DX 2092 | SmithR-PatientFirstMR-00001 | SmithR-PatientFirstMR-00002 | 6/15/2000 | Male History Form | 402; 403 |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2093 | SmithR-HandSurgSomrMD00001 | SmithR-HandSurgSomrMD00004 | 9/6/2000 | Dr. Sommerkamp's notes on 9/6/2000 consultation of Robert G. Smith | |
| DX 2094 | SmithR-PatientsFirst-00017 | SmithR-PatientsFirst-00019 | 9/30/2000 | Alliance Laboratory test results for Robert G. Smith | |
| DX 2095 | SmithR-PatntFrstSandMD-00011 | SmithR-PatntFrstSandMD-00011 | 12/27/2001 | Patient First Physicians Group general check-up medical record | |
| DX 2096 | SmithR-CVSPhar-00003 | SmithR-CVSPhar-00005 | 00/00/0000 | CVS Pharmacy patient prescription records | |
| DX 2097 | | | 07/00/2005 | Levitra patient information document | 402; 403; see plaintiff's mil in limine regarding plaintiff's unrelated prescription drug use |
| DX 2098 | | | 07/00/2005 | Levitra tablets document | 402; 403; see plaintiff's mil in limine regarding plaintiff's unrelated prescription drug use |
| DX 2099 | SmithR-GreferMDr-00003 | SmithR-GreferMDr-00006 | Various | Dr. Grefer/Dr. Heis medical notes from consultations with Robert G. Smith | |
| DX 2100 | MRK-LBL0000013 | MRK-LBL0000014 | 04/00/2002 | Patient information about VIOXX | |
| DX 2101 | MRK-LBL0000067 | MRK-LBL0000070 | 04/00/2002 | VIOXX Package Insert | |
| DX 2102 | SmithR-GreatCinOrthMR-00007 | SmithR-GreatCinOrthMR-00008 | Various | Dr. Grefer notes regarding Robert G. Smith | |
| DX 2103 | | | Various | Calendar from October 2002 to February 2003 | 402; 403; foundation |
| DX 2104 | SmithR-PPR-00030 | SmithR-PPR-00031 | 2/17/2003 | Dr. Courtade progress notes for Robert G. Smith | |
| DX 2105 | SmithR-StLuke HospMR-00004 | SmithR-StLuke HospMR-00006 | 2/17/2003 | St. Luke Hospital West Emergency Department Physician Report | |
| DX 2106 | SmithR-PPR-00025 | SmithR-PPR-00027 | 2/27/2003 | St. Elizabeth Medical Center's Discharge Summary of Robert G. Smith | |
| DX 2107 | SmithR-NorthKHeartMR-00046 | SmithR-NorthKHeartMR-00047 | 3/17/2003 | Letter from Dr. Courtade to Dr. Sander regarding medical status of Robert G. Smith | |
| DX 2108 | SmithR-CourtadeDDR-00003 | SmithR-CourtadeDDR-00003 | 3/20/2003 | Smith Medical Release from Dr. Courtade allowing Robert G. Smith to return to work without restrictions | |

8/28/2006                                                                                              11

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2109 | SmithR-NorthKHeartMR-00048 | SmithR-NorthKHeartMR-00049 | 9/29/2003 | Letter from Dr. Courtade to Dr. Sander regarding medical update Robert Smith | |
| DX 2110 | SmithR-NorthKHeartMR-00050 | SmithR-NorthKHeartMR-00051 | 5/28/2004 | Letter from Dr. Courtade to Dr. Sander regarding medical update Robert Smith | |
| DX 2111 | | | 8/3/2005 | Letter from Dr. Courtade to Dr. Sander regarding medical update Robert Smith | |
| DX 2112 | SmithR-GreatCinOrthMR-00033 | SmithR-GreatCinOrthMR-00038 | 8/24/2005 | Fax from Commonwealth Orthopaedic Center to Johnson, Burnett & Change attaching a subject of medical records from greater Cincinnati Orthopaedic Center | 402; 403; cumulative -- defense exhibit 2010 |
| DX 2114 | | | 6/15/2006 | Amended Plaintiff Profile Form (unsigned) | foundation; hearsay |
| DX 2115 | | | 6/15/2006 | Amended Plaintiff Profile Form (signed) | |
| DX 2118 | Various | Various | Various | Dr. Courtade's Medical records, reports, and letters regarding Robert G. Smith | cumulative - defense exhibit 2005 |
| DX 2119 | | | 08/00/2005 | American Lung Association brochure entitled, "Controlling Your Risk Factors" | hearsay; foundation; 402; 403 |
| DX 2120 | SmithR-CourtadeDDR-00023 | SmithR-CourtadeDDR-00023 | 2/17/2003 | Dr. Courtade's Cardiac Procedure Note | |
| DX 2121 | Various | Various | Various | Various Medical records and reports from Dr. Courtade | cumulative - defense exhibit 2005 and 2018 |
| DX 2122 | Various | Various | Various | Various Lab results from Dr. Courtade | |
| DX 2123 | SmithR-HandSurgSomrMD 00001 | SmithR-HandSurgSomrMD 00002 | 9/6/2000 | Dr. Sommerkamp's notes on 9/6/2000 consultation of Robert G. Smith | |
| DX 2125 | SmithR-GreferMMD-00079 SmithR-GreferMMD-00081 SmithR-GreferMMD-00078 | SmithR-GreferMMD-00079 SmithR-GreferMMD-00082 SmithR-GreferMMD-00078 | Various | Dr. Grefer / Dr. Heis medical notes from consultations with Robert G. Smith | |
| DX 2126 | SmithR-GreferMMD-00080 | SmithR-GreferMMD-00080 | Various | Dr. Grefer Continuation Sheet and doctor notes regarding Robert G. Smith | |
| DX 2127 | | | 04/00/2002 | VIOXX Package insert | |
| DX 2128 | Various | Various | 04/00/2002 | Letter from Merck to Doctors | foundation; hearsay; 402; 403 |

Smith v. Merck
Exhibit A - Plaintiff's Objections to Defendant's Pre-Admissable Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| DX 2129 | SmithR-GreferMMD-00077 SmithR-GreferMDr-00067 | SmithR-GreferMMD-00077 SmithR-GreferMDr-00067 | 9/11/2002 | Patient History Form of Robert G. Smith from Dr. Grefer | |
| DX 2130 | MRK-AKT2686343 | MRK-AKT2686344 | 6/5/2002 | Letter from Dr. Melin to Dr. Grefer re Vigor study | foundation; hearsay; 402; 403 |
| DX 2131 | | | 4/6/2005 | FDA Memo | foundation; hearsay; 402; 403; see plaintiff's motion in limine regarding this document |
| DX 2132 | | | 00/00/0000 | Celebrex label | foundation; hearsay; 402; 403; see plaintiff's motion in limine regarding this document |
| DX 2154 | | | | Pharmacy records from Super X Drugs | 402; 403; see plaintiff's mil in limine regarding plaintiff's unrelated prescription drug use |
| DX 2156 | | | 9/6/2000 | Hand x-ray | |