IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |
| § | | Section L |
| | | |
| | | CAUSE NO. 2:05-CV-00494-EEF-DEK |
| | | |
| Magee, et al. v. Merck & Co., et al. § | | |
| § | | Judge Fallon |
| _____ § | | Mag. Judge Knowles |
| § | | |
| (This document relates to all cases) § | | |

### MOTION TO DISMISS AND/OR WITHDRAW AS COUNSEL

COME NOW, Plaintiffs, and by and through undersigned counsel, respectfully submit this Motion to Dismiss and/or Withdraw as Counsel, as follows:

1.  The moving Plaintiffs, as well as others, filed this lawsuit in the Circuit Court of Forrest County against the Defendants, Merck & Company, Inc., G.D. Searle and Co., a subsidiary of Pharmacia, Inc., Monsanto Company, Pfizer, Inc., William R. Arnett, M.D., Lance Line, M.D., Andrea Smith, M.D., Salvadore N. Petilos, M.D., William M. Barr, M.D., Richard E. Waller, M.D., Caleen Wolf, M.D., Cassandra Thomas, M.D., Andrea J. Balconis, M.D., Naeem Haider, M.D., Todd Willis, M.D., David A. Ball, M.D., Keith Stamford, Deck Stone, M.D., Thomas L. Windham, M.D., Cooper L. Terry, M.D., Andrea L. Smith, M.D., B. L. Hammack, R.K. Miller, M.D., Michael Collins, M.D., Edward Carruth, M.D., Craig Clark, M.D., R. Pickering, M.D., Dr. Reid, J.G. Peeler, M.D., Reginald Stewart, M.D., Rosie McNair, M.D., Bruce Newell, M.D., Pravin Patel, M.D., Guy T. Vise III, M.D., Joseph Mardis, M.D., James Coleman, M.D., Dr. Childs, MEA, Inc., Fred's

1

Express Pharmacy, Kroger Pharmacy of Clarksdale, MS, Quitman Drug Co., Woods Drug Store, Mooreco, Inc., Don's Pharmacy, Tabor Drugs, Bonners Pharmacy, Metasave Drugs, Dyer-Kent Drug Co., San Rex Drug Store, Family Meds, H-Davis Drug Co., Walmart Pharmacy of Batesville, MS, Medistat Pharmacy #414, Barrett-Hedges Drug Store, Medicap, Tyson Drug Co., Walmart Pharmacy of Jackson, MS, Mississippi Discount Drugs, Medisave, Walgreens, Fred's Pharmacy, Pharmet, K-Mart of Natchez, Mississippi, Eckerd Drugs of Mississippi and Anderson Drugs. The Complaint made detailed numerous allegations against the Defendants related to the drugs Celebrex and/or Vioxx.

2. On or about November 1, 2005, counsel for the Plaintiffs sent letters to all of the Plaintiffs in this lawsuit, suggesting that they dismiss their claims. Counsel sent these letters by certified first class mail, return receipt requested. Counsel advised the Plaintiffs that if they would not agree to the dismissal, counsel would move to withdraw as their legal representative, and the parties should seek new counsel.

3. Since the mailing of that letter, Plaintiffs Jessie Collins, Melissa Sykes, Noel Neiser, and Janet Kerr have granted counsel permission to dismiss their claims.

4. Plaintiffs Jessie Collins, Melissa Sykes, Noel Neiser, and Janet Kerr respectfully request that they be allowed to dismiss their claims, with prejudice, with all parties to bear their own costs.

5. The letter (which, if requested, will be made available for *in camera* inspection) requested a response no later than seven (7) days from receipt of the letter regarding the party's intent to pursue or dismiss their claim. If the party did not respond, the letter indicated that counsel would move to dismiss. Those plaintiffs who did not respond at all to the letters but signed for their receipt

are: Jessie R. Buie, Walter Taylor, Diane Slaughter, Vary Lee Watson, William Buck, Alvania Ballard, Velma Hall, Nettie Cole Ward, Shirley Smith Sacks, Pamela McMillan, Marcella Weathersby, Alma Elliot, and Otha Phillips.

6. Counsel reiterates that, by the terms of the letter, it was clear that the Plaintiff had seven (7) days from receipt of said letter in which to respond and if not, then counsel would assume that he or she agreed to dismiss his or her claim(s). As such, these Plaintiffs join in this Motion.

7. Bennie Henderson and Melissa Griffin advised counsel that they wished to pursue their claims.

8. Two (2) letters have been returned, as the addressee, refused, never accepted or never collected the certified letter. Those plaintiffs are: Joe Lewis Brown and E.Q. Eckford. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for these Plaintiffs.

9. As to Plaintiffs who have expressed a desire to continue this litigation, or have not granted permission to counsel to dismiss the action, Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for these Plaintiffs.

10. To this end, The Gibson Law Firm, PLLC submits the proposed order attached hereto as Exhibit "A" to the Court granting the Motion to Dismiss and/or Withdraw as Counsel.

WHEREFORE, PREMISES CONSIDERED,

1. Jessie Collins, Melissa Sykes, Noel Neiser, Janet Kerr, Jessie R. Buie, William Buck, Alvania Ballard, Velma Hall, Nettie Cole Ward, Shirley Smith Sacks, Pamela McMillan, Marcella Weathersby, Diane Slaughter, Vary Lee Watson, Walter Taylor, Alma Elliot, and Otha Phillips respectfully move this Court to grant their Motion to Dismiss; and

2. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles

E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford.

                                        Respectfully submitted,

                                        **BETTYE J. MAGEE, et al**

                                        BY   /s/Charles E. Gibson, III
                                                  Charles E. Gibson III

OF COUNSEL:

CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
Telephone: 1-601-957-6010
Facsimile: 1-601-957-6065

### CERTIFICATE OF SERVICE

      I do hereby certify that I have this day forwarded via electronic filing, a true and correct copy of the above and foregoing document to the following:

    S. Kirk Milam
    Hickman, Goza & Spragins, PLLC
    1305 Madison Avenue
    P.O. Drawer 668
    Oxford, MS 38655

    D. Drew Malone
    Armstrong Allen, PLLC
    4450 Old Canton Road, Suite 210
    Jackson, MS 39211

    J. Michael Coleman
    Stephanie Edgar
    Copeland, Cook, Taylor & Bush
    P.O. Box 6020
    Ridgeland, MS 39158-6020

Christy Jones
Anita Modak-Truran
Kari L. Foster
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Joe R. Colingo
P.O. Box 80
Pascagoula, MS 39568-0080

Gaye Nell Currie
D. Collier Graham, Jr.
S. Todd Jeffreys
Eugene R. Naylor
Wise, Carter, Child & Caraway, P.A.
Capitol at Congress
600 Heritage Building
P.O. Box 651
Jackson, MS 39205

Virgina Frances Holliday
Marc A. Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
P.O. Drawer 8230
Greenwood, MS 38935-8230

Andrew G. McCullough
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

John F. Hughes
Jay R. McLemore
Wilkins, Stephens & Tipton, P.A.
4735 Old Canton Road
P.O. Box 13429
Jackson, MS 39236-3429

John C. Helmert, Jr.
Luckett Tyner Law Firm, P.A.
P.O. Drawer 1000
Clarksdale, MS 38614

Jeffery A. Styres
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

R. Allen Flowers
R. Allen Flowers, Attorney at Law
241 North 25th Avenue
Hattiesburg, MS 39401

Jack W. Land
Bryan, Nelson, P.A.
P.O. Box 18109
Hattiesburg, MS 39404

Jay S. Ciacco
Joseph Jason Stroble
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Christine B. Tatum
Daniel, Coker, Horton & Bell, P.A.
P.O. Box 1396
Oxford, MS 38655-1396

L. Carl Hagwood
L. Douglas Wade
Campbell, Delong, Hagwood & Wade
P.O. Box 4537
Greenville, MS 38704

Diana Dornan
Jesse Lee Howell, III
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

C. York Craig, Jr.
Craig, Hester, Luke & Dodson, P.A.
P.O. Box 12005
Jackson, MS 39236-2005

Jeffrey D. Leathers
Greer & Pipkin
P.O. Box 907
Tupelo, MS 38802-0907

This the 29th day of August, 2006.

By: /s/Charles E. Gibson, III
Charles E. Gibson, III