IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| | § | Section L |
| | | CAUSE NO. 2:05-CV-00494-EEF-DEK |
| Magee, et al. v. Merck & Co., et al. | § | |
| | § | Judge Fallon |
| | § | Mag. Judge Knowles |
| (This document relates to all cases) | § | |

## ORDER

THIS DAY, THIS CAUSE came on Plaintiffs' Motion to Dismiss and/or Withdraw as Counsel of Record for Plaintiffs and the Court having reviewed said motion orders as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Charles E. Gibson III and the Gibson Law Firm, PLLC are hereby allowed to withdraw as counsel of record on the following terms and conditions:

1. Plaintiffs' Counsel shall forward to Counsel for the Defendants a copy of the Order Allowing Withdrawal;

2. Plaintiffs Jessie Collins, Melissa Sykes, Noel Neiser, and Janet Kerr's claims are hereby dismissed with prejudice with each party to bear its own costs.

3. Plaintiffs Jessie R. Buie, William Buck, Alvania Ballard, Velma Hall, Nettie Cole Ward, Shirley Smith Sacks, Pamela McMillan, Marcella Weathersby, Diane Slaughter, Vary Lee Watson, Walter Taylor, Alma Elliot, and Otha Phillips's claims

1



EXHIBIT A

are hereby dismissed with prejudice with each party to bear its own costs.

4. Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford are hereby given sixty (60) days to obtain new counsel or Plaintiff(s)' cause shall be dismissed.

5. If an Entry of Appearance is not made by new counsel in this cause on behalf of Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown and E. Q. Eckford within sixty (60) days or if Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown and E. Q. Eckford have not notified the court that they intend to proceed pro se within sixty (60) days, Plaintiff(s)' causes shall be dismissed without prejudice, and without further notice.

SO ORDERED this the _____ day of _____, 2006.

_____
MAGISTRATE JUDGE

SUBMITTED BY:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005