UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY          LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased | **PARTIAL VOLUNTARY DISMISSAL BY STIPULATION** |
| Case No.: 2:05 CV 5753 | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1) that the following actions be and hereby are dismissed without prejudice to the refiling of the actions in federal court: Judy Allen, Jerry Hulker, William Chandler, Orville Haire and William Freimuth.  All other Plaintiffs' claims contained in this case are unaffected by this stipulation.

                                                Respectfully Submitted:

                                                *s/Alissa J. Magenheim*
                                                Alissa J. Magenheim
                                                O'Connor, Acciani & Levy
                                                Attorney for Plaintiffs

                                                s/*Melanie S. Bailey*
                                                Melanie S. Bailey
                                                Lopez, Hodes, Restaino, Milman & Skikos
                                                Attorney for Plaintiffs

                                                *s/Susan J. Pope*
                                                Susan J. Pope
                                                Frost Brown Todd LLC
                                                Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Partial Voluntary Dismissal by Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of August, 2006.

        s/*Melanie S. Bailey*
        Melanie S. Bailey
        KY-86679
        Attorney for Plaintiffs
        Lopez, Hodes, Restaino, Milman & Skikos
        312 Walnut Street, Suite 2090
        Cincinnati, Ohio 45202
        (513) 852-5600
        (513) 852-5611 (Fax)
        mbailey@lopez-hodes.com