UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased, et al. | **STIPULATION AND ORDER TO CONVERT CERTAIN PLAINTIFFS TO TOLLING CLAIMANTS UNDER THE TOLLING AGREEMENT** |
| Case No.: 2:05 CV 5753 | |

WHEREAS, certain Plaintiffs in the above-named action, Mary Lou Nutzell, Janice Carpenter, individually and as Executor of the Estate of Charles Carpenter, Ron Haggard, Steven Book; and Defendant, Merck and Company, Inc. (hereinafter "Merck"), by their respective counsel, hereby stipulate and agree that it would be appropriate at this time to defer litigation on these claims.

Therefore, counsel for these named Plaintiffs herein and the counsel for Defendant Merck have agreed as follows:

1. That the Plaintiffs' complaint was filed on September 30, 2005;

2. That the Plaintiffs listed herein shall be converted from Plaintiffs to Claimants under the Tolling Agreement, entered in MDL No. 1657, June 2005;

3. That the tolling of Plaintiffs' claims is deemed timely pursuant to all applicable statute of limitations.

4. That each Plaintiff has complied with the requirements of said Tolling Agreement by timely serving a Plaintiff Profile Form and authorizations on Defendant; a Claimants Profile Form need not be served in these cases;

5. That the Defendant agrees and stipulates that the tolling date of each of these claims shall be the date of the filing of the original law suit, September 30, 2005;

6. That each Plaintiff agrees to all other conditions and terms contained in the Tolling Agreement.

IT IS SO STIPULATED.

Dated: June 7, 2006                *s/Alissa J. Magenheim*
Alissa J. Magenheim
O'Connor, Acciani & Levy
Attorney for Plaintiffs/Claimants

Dated: June 7, 2006                *s/Melanie S. Bailey*
Melanie S. Bailey
Lopez, Hodes, Restaino, Milman & Skikos
Attorney for Plaintiffs/Claimants

Dated: June 7, 2006                *s/Susan J. Pope*
Susan J. Pope
Frost Brown Todd LLC
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order to Convert Certain Plaintiffs to Tolling Claimants Under the Tolling Agreement has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a

Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 29th day of August, 2006.

s/*Melanie S. Bailey*
Melanie S. Bailey
KY-86679
Attorney for Plaintiffs
Lopez, Hodes, Restaino, Milman & Skikos
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611 (Fax)
mbailey@lopez-hodes.com