## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | **MDL NO. 1657** |
| | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **VIRGINIA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased, et al.** | **ORDER** |
| **Case No.: 2:05 CV 5753** | |

Having reviewed the Stipulation To Convert Certain Plaintiffs To Tolling Claimants Under The Tolling Agreement, and finding good cause therefore, it is hereby ordered that Plaintiffs Mary Lou Nutzell, Janice Carpenter, individually and as Executor of the Estate of Charles Carpenter, Ron Haggard, and Steven Book are converted from Plaintiffs to Claimants under the Tolling Agreement entered in MDL No. 1657, June 2005, and that the tolling of Plaintiffs' claims is deemed timely pursuant to all applicable statute of limitations.

It is further ordered that this Order does not effect any other actions or claims contained in this case.

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE FALLON