UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                              MDL No. 1657
    Product Liability Litigation

                                  SECTION: L

This Document Relates to:                                 Judge Fallon
Marianne Chambers, et al v. Merck & Co., Inc.             Mag. Judge Knowles
(2:05-cv-01997)

## ORDER

It is ordered that the plaintiff be granted Motion to amend the complaint based on the death of plaintiff, Kay Pesanelli.

GRANTED / DENIED

8/28/06                                    _____
                                       JUDGE/CLERK