# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Leave to File the
attached Motion and Incorporated Memorandum to Exclude Improper Reference to Merck's
Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of
Times Merck Witnesses Have Testified Previously,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to
file the Motion and Incorporated Memorandum to Exclude Improper Reference to Merck's

Defense of Other Vioxx-Related Lawsuits and Questions or Argument Pertaining to Number of

Times Merck Witnesses Have Testified Previously..

NEW ORLEANS, LOUISIANA, this 27th day of _____August_____, 2006.

_____

DISTRICT JUDGE

2