## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Motion and Memorandum for Order Excluding Testimony of Lemuel A. Moye, M.D., Ph.D.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to files its Motion and Memorandum for Order Excluding Testimony of Lemuel A. Moye, M.D., Ph.D.

NEW ORLEANS, LOUISIANA, this 27th day of August, 2006

_____
DISTRICT JUDGE

825925v.1