A CERTIFIED TRUE COPY

AUG 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29 AM 11: 10

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-60)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,215 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM  1  06-584 | Walter Butler, et al. v. Merck & Co., Inc. | 06-5487 |
| ALM  1  06-637 | Ruth Williams v. Merck & Co., Inc. | 06-5488 |
| ~~ALM  2  06-557~~ | ~~Rosie Russaw, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06 | |
| | | |
| **ALABAMA NORTHERN** | | |
| ~~ALN  2  06-1279~~ | ~~Betty Whitehead, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06 | |
| ALN  2  06-1365 | Patricia Elise Hargrove, etc. v. Merck & Co., Inc. | 06-5489 |
| ALN  2  06-1402 | Rhetta McCants, etc. v. Merck & Co., Inc. | 06-5490 |
| ALN  2  06-1414 | Mary Jane Seabury, et al. v. Merck & Co., Inc. | 06-5491 |
| ALN  2  06-1417 | Adele G. Baras v. Merck & Co., Inc. | 06-5492 |
| ALN  2  06-1430 | Kristina McWaters, etc. v. Merck & Co., Inc. | 06-5493 |
| ALN  5  06-1416 | Billy F. Shields, et al. v. Merck & Co., Inc. | 06-5494 |
| ALN  7  06-1368 | Robert Cox v. Merck & Co., Inc. | 06-5495 |
| | | |
| **ARKANSAS EASTERN** | | |
| ARE  4  06-761 | Glen Bost, et al. v. Merck & Co., Inc. | 06-5496 |
| | | |
| **CALIFORNIA EASTERN** | | |
| CAE  2  06-1597 | Patrick Gavigan v. Merck & Co., Inc., et al. | 06-5497 |
| | | |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN  3  06-4180~~ | ~~Edward Schwartz v. Merck & Co., Inc., et al.~~ Opposed 8/24/06 | |
| CAN  3  06-4497 | Fabrice Malzieu v. Merck & Co., Inc., et al. | 06-5498 |
| | | |
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  06-1468 | Leonor Gibson v. Merck & Co., Inc. | 06-5499 |
| | | |
| **FLORIDA MIDDLE** | | |
| FLM  2  06-321 | Hilda Taylor, etc. v. Merck & Co., Inc., et al. | 06-5500 |
| FLM  2  06-354 | Joseph Panzera v. Merck & Co., Inc. | 06-5501 |
| FLM  2  06-355 | Bobby Lee Joiner v. Merck & Co., Inc. | 06-5502 |
| FLM  3  06-606 | Jacob Green, et al. v. Merck & Co., Inc., et al. | 06-5503 |
| FLM  5  06-228 | Julian Niedbala v. Merck & Co., Inc., et al. | 06-5504 |
| FLM  8  06-1204 | Linda Matrulla v. Merck & Co., Inc., et al. | 06-5505 |
| FLM  8  06-1213 | Aida Rivera v. Merck & Co., Inc., et al. | 06-5506 |
| FLM  8  06-1229 | Martha Travis v. Merck & Co., Inc., et al. | 06-5507 |
| FLM  8  06-1236 | Marshall Dentmon v. Merck & Co., Inc., et al. | 06-5508 |
| FLM  8  06-1256 | Rosa Medina v. Merck & Co., Inc. | 06-5509 |
| FLM  8  06-1356 | Alan Aronoff v. Merck & Co., Inc., et al. | 06-5510 |
| | | |
| **FLORIDA NORTHERN** | | |
| FLN  3  06-288 | Meredith Devoe, et al. v. Merck & Co., Inc. | 06-5511 |
| ~~FLN  4  06-353~~ | ~~Leon Singleton v. Merck & Co., Inc., et al.~~ Vacated 8/22/06 | |
| ~~FLN  4  06-356~~ | ~~Anita Davis v. Merck & Co., Inc., et al.~~ Opposed 8/21/06 | |
| | | |
| **FLORIDA SOUTHERN** | | |
| FLS  9  06-80640 | Jeff Weisman v. Merck & Co., Inc., et al. | 06-5512 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN  4  06-163 | Gary Knowles, et al. v. Merck & Co., Inc. | 06-5513 |
| **HAWAII** | | |
| HI  1  06-348 | Liberta K. Karratti, et al. v. Merck & Co., Inc. | 06-5514 |
| HI  1  06-355 | Miyoko Sugano v. Merck & Co., Inc. | 06-5515 |
| HI  1  06-356 | John A. Kimmell, II v. Merck & Co., Inc. | 06-5516 |
| HI  1  06-357 | Melvin M. Imamura, et al. v. Merck & Co., Inc. | 06-5517 |
| HI  1  06-358 | Santago Espinas, et al. v. Merck & Co., Inc. | 06-5518 |
| HI  1  06-359 | Thomas Frigge, et al. v. Merck & Co., Inc. | 06-5519 |
| HI  1  06-360 | Veronica Edwards v. Merck & Co., Inc. | 06-5520 |
| HI  1  06-361 | Geraldine Wabinga v. Merck & Co., Inc. | 06-5521 |
| HI  1  06-362 | Wynetta Carl Matsuura, et al. v. Merck & Co., Inc. | 06-5522 |
| HI  1  06-363 | Sam Barraco, et al. v. Merck & Co., Inc. | 06-5523 |
| HI  1  06-364 | Nelson Adams v. Merck & Co., Inc. | 06-5524 |
| HI  1  06-365 | Joseph Scrofani, et al. v. Merck & Co., Inc. | 06-5525 |
| **IOWA SOUTHERN** | | |
| IAS  1  06-20 | Donna L. Brown v. Merck & Co., Inc. | 06-5526 |
| IAS  4  06-311 | Marilyn Brownell, et al. v. Merck & Co., Inc. | 06-5527 |
| IAS  4  06-353 | Vicky L. Pryor, etc. v. Merck & Co., Inc. | 06-5528 |
| **IDAHO** | | |
| ID  2  06-264 | John Hove v. Merck & Co., Inc. | 06-5529 |
| **ILLINOIS CENTRAL** | | |
| ILC  2  06-2133 | Elizabeth L. Gunning, etc. v. Merck & Co., Inc. | 06-5530 |
| ILC  4  06-4044 | Sandra C. Johnson Williamson, etc. v. Merck & Co., Inc. | 06-5531 |
| **ILLINOIS NORTHERN** | | |
| ILN  1  06-3875 | Lorraine Cote v. Merck & Co., Inc. | 06-5532 |
| ILN  1  06-3920 | Kathryn Fredrick, et al. v. Merck & Co., Inc. | 06-5533 |
| **ILLINOIS SOUTHERN** | | |
| ILS  3  06-543 | Trudy Hull v. Merck & Co., Inc. | 06-5534 |
| **LOUISIANA WESTERN** | | |
| LAW  2  06-1263 | Barbara C. Walker v. Merck & Co., Inc. | 06-5535 |
| **MARYLAND** | | |
| MD  1  06-1664 | Joseph P. Pacheco v. Merck & Co., Inc. | 06-5536 |
| MD  1  06-1665 | Louise E. Regan v. Merck & Co., Inc. | 06-5537 |
| MD  1  06-1669 | Sandra Banach-Sittler, et al. v. Merck & Co., Inc. | 06-5538 |
| MD  1  06-1670 | Harry E. Wink, Jr., et al. v. Merck & Co., Inc. | 06-5539 |
| MD  1  06-1880 | Thomas Beck v. Merck & Co., Inc., et al. | 06-5540 |
| **MINNESOTA** | | |
| MN  0  06-2141 | Judy Ackland v. Merck & Co., Inc. | 06-5541 |
| MN  0  06-2723 | Wendall Adams v. Merck & Co., Inc. | 06-5542 |
| MN  0  06-2834 | Kathleen M. O'Hehir-Johnson v. Merck & Co., Inc. | 06-5543 |
| MN  0  06-2835 | Ruth A. Silva v. Merck & Co., Inc. | 06-5544 |
| MN  0  06-2836 | Elmer P. Rose v. Merck & Co., Inc. | 06-5545 |
| MN  0  06-2837 | Norma J. Polman v. Merck & Co., Inc. | 06-5546 |
| MN  0  06-2838 | Beverly Tepley v. Merck & Co., Inc. | 06-5547 |
| MN  0  06-2839 | Larry R. Karnes v. Merck & Co., Inc. | 06-5548 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MN 0 06-2840 | Michele L. Stilinovich v. Merck & Co., Inc. | 06-5549 |
| MN 0 06-2841 | Lois N. Salo v. Merck & Co., Inc. | 06-5550 |
| MN 0 06-3051 | Walter Harrison v. Merck & Co., Inc. | 06-5551 |
| MN 0 06-3110 | Jon Guthmiller, et al. v. Merck & Co., Inc., et al. | 06-5552 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-1096 | Marsha Sumrall, etc. v. Merck & Co., Inc. | 06-5553 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 06-126 | Cary Smith v. Merck & Co., Inc. | 06-5554 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 06-182 | Jerry Don West v. Merck & Co., Inc., et al. | 06-5555 |
| MSS 3 06-329 | Frederick Resse, etc. v. Merck & Co., Inc. | 06-5556 |
| MSS 3 06-375 | William E. Boyd, et al. v. Merck & Co., Inc. | 06-5557 |
| MSS 3 06-378 | Wayne Musgrove v. Merck & Co., Inc., et al. | 06-5558 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 06-594 | Tammy D. Cole v. Merck & Co., Inc. | 06-5559 |
| **NEBRASKA** | | |
| NE 8 06-460 | Thomas C. Kouth v. Merck & Co., Inc. | 06-5560 |
| **NEVADA** | | |
| ~~NV 2 06-914~~ | ~~John James Mangani v. Merck & Co., Inc., et al.~~ Opposed 8/18/06 | |
| **NEW YORK EASTERN** | | |
| NYE 1 06-3631 | Eula Daniels v. Merck & Co., Inc. | 06-5561 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-5074 | Claubette Jackson, et al. v. Merck & Co. Inc. | 06-5562 |
| NYS 1 06-5202 | Walesca Quinones, etc. v. Merck & Co., Inc. | 06-5563 |
| NYS 1 06-5524 | Cynthia Margolies v. Merck & Co., Inc. | 06-5564 |
| **NEW YORK WESTERN** | | |
| NYW 6 06-6331 | Robin Philp v. Merck & Co., Inc. | 06-5565 |
| NYW 6 06-6356 | Patricia Neuman v. Merck & Co., Inc., et al. | 06-5566 |
| NYW 6 06-6357 | Carolyn Corsoro v. Merck & Co., Inc., et al. | 06-5567 |
| NYW 6 06-6358 | William H. Burns, etc. v. Merck & Co., Inc., et al. | 06-5568 |
| **OHIO NORTHERN** | | |
| OHN 3 06-1617 | Louise Brown v. Merck & Co., Inc. | 06-5569 |
| **OHIO SOUTHERN** | | |
| OHS 1 06-435 | David Boomershire, et al. v. Merck & Co., Inc. | 06-5570 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-373 | Gay Lynn Jones v. Merck & Co., Inc. | 06-5571 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-685 | Ronald Hare, etc. v. Merck & Co., Inc. | 06-5572 |
| OKW 5 06-734 | Jane Warren v. Merck & Co., Inc. | 06-5573 |
| OKW 5 06-768 | Benjamin Stepeny, etc. v. Merck & Co., Inc. | 06-5574 |
| OKW 5 06-769 | Raymond Stapp, et al. v. Merck & Co., Inc. | 06-5575 |
| OKW 5 06-771 | Connie Vickery, et al. v. Merck & Co., Inc. | 06-5576 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)  PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR   3   06-976 | James J. Wood, et al. v. Merck & Co., et al. | 06-5577 |
| OR   6   06-6152 | Lynn Alan Wright, et al. v. Merck & Co., Inc. | 06-5578 |
| **PENNSYLVANIA EASTERN** | | |
| PAE   2   06-2826 | Dr. David N. Greenhaw, et al. v. Merck & Co., Inc., et al. | 06-5579 |
| PAE   2   06-2838 | George Walls v. Merck & Co., Inc., et al. | 06-5580 |
| PAE   2   06-2851 | James Montgomery v. Merck & Co., Inc., et al. | 06-5581 |
| PAE   2   06-3062 | Donald Maliszewski v. Merck & Co., Inc., et al. | 06-5582 |
| PAE   2   06-3097 | Lowell Bulger, et al. v. Merck & Co., Inc., et al. | 06-5583 |
| PAE   2   06-3110 | Jesse Singleton v. Merck & Co., Inc. | 06-5584 |
| PAE   2   06-3178 | Debra A. Beyer, et al. v. Merck & Co., Inc., et al. | 06-5585 |
| PAE   2   06-3179 | Marie C. Oakley, et al. v. Merck & Co., Inc., et al. | 06-5586 |
| PAE   2   06-3180 | Sam S. Pardino, et al. v. Merck & Co., Inc., et al. | 06-5587 |
| PAE   2   06-3181 | Gregory D. Kelly, et al. v. Merck & Co., Inc., et al. | 06-5588 |
| PAE   2   06-3182 | Sylvia Hauge, et al. v. Merck & Co., Inc., et al. | 06-5589 |
| PAE   2   06-3189 | Vivian D. Beckenbaugh v. Merck & Co., Inc. | 06-5590 |
| PAE   2   06-3221 | Geroloma F. Walter, etc. v. Merck & Co., Inc., et al. | 06-5591 |
| PAE   2   06-3278 | Frances S. Wright v. Merck & Co., Inc., et al. | 06-5592 |
| PAE   2   06-3279 | Joan M. Miller, et al. v. Merck & Co. Inc., et al. | 06-5593 |
| **PENNSYLVANIA WESTERN** | | |
| PAW   2   06-935 | Janice L. Snyder, etc. v. Merck & Co., Inc., et al. | 06-5594 |
| **SOUTH DAKOTA** | | |
| SD   4   06-4126 | Gerald Miller v. Merck & Co., Inc., et al. | 06-5595 |
| **TEXAS EASTERN** | | |
| TXE   6   06-302 | Russell Martin v. Merck & Co., Inc. | 06-5596 |
| **TEXAS NORTHERN** | | |
| TXN   4   06-460 | Jackson Stockstill v. Merck & Co., Inc. | 06-5597 |
| **TEXAS SOUTHERN** | | |
| TXS   3   06-468 | Steven J. Birdwell, et al. v. Merck & Co., Inc. | 06-5598 |
| TXS   4   06-2201 | Eunice Alvarado, et al. v. Merck & Co., Inc. | 06-5599 |
| TXS   5   06-104 | Reymundo Aguero, etc. v. Merck & Co., Inc. | 06-5600 |
| TXS   7   06-203 | Adoralida Salinas, et al. v. Merck & Co., Inc., et al. | 06-5601 |
| **TEXAS WESTERN** | | |
| TXW   1   06-528 | Bassam Mahmoud v. Merck & Co., Inc. | 06-5602 |
| TXW   5   06-621 | Anthony Ware, et al. v. Merck & Co., Inc. | 06-5603 |
| TXW   6   06-183 | Keifer Marshall, Jr. v. Merck & Co., Inc. | 06-5604 |
| **VIRGINIA EASTERN** | | |
| VAE   2   06-363 | Ellen P. Bailey, et al. v. Merck & Co., Inc. | 06-5605 |
| **WISCONSIN WESTERN** | | |
| WIW   3   06-373 | John Matthews, et al. v. Merck & Co., Inc. | 06-5606 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS   2   06-500 | Mildred E. Tanyhill, et al. v. Merck & Co., Inc. | 06-5607 |
| WVS   5   06-509 | Mary Andrews v. Merck & Co., Inc. | 06-5608 |
| WVS   5   06-519 | Nancy Shelton v. Merck & Co., Inc. | 06-5609 |

# INVOLVED COUNSEL LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Reymundo Aguero
311 East Montgomery
Laredo, TX 78040

Christopher Tod Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Stephen D. Bachman
Holloway Dobson & Bachman, P.C.
One Leadership Square
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102-7102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Kevin R. Boyle
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Terry Bryant
Terry Bryant, L.L.P.
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kent Carnell
Lawton & Cates
P.O. Box 2965
Madison, WI 53701-2965

Ralph E. Chapman
Chapman, Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Amanda M. Cialkowski
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Bruce L. Cook
Cook Brown, LLC
8554 Alice Ave.
Clive, IA 50325

Jay Calvert Cooper
Cooper & Nelson, LLP
1404 Dean Street
Suite 201
Ft Myers, FL 33901

Timothy C. Davis
Heninger, Garrison & Davis, LLC
2224 First Avenue North
P.O.Box 11310
Birmingham, AL 35202

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Ste 2200
San Antonio, TX 78205

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Amy L. Donohue-Babiak
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd.
Suite 200
Philadelphia, PA 19103-2793

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Jacqueline L.S. Earle
Goodsill, Anderson, Quinn & Stifel
1800 Alii Place
1099 Alakea Street
Honolulu, HI 96813-2639

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Wayne E. Ferrell, Jr.
405 Tombigbee Street
P.O. Box 24448
Jackson, MS 39225-4448

H. Bruce Fischer
H. Bruce Fischer, PC
45 Rockefeller Plaza, Suite 2916
New York, NY 10111

William F. Fitzpatrick
Fitzpatrick & Fitzpatrick
36 West Randolph, # 301
Chicago, IL 60601

Richard L. Francis
Law Offices of Richard L. Francis
& Assoc., P.C.
Heritage Square
711 South "A" Street
Oxnard, CA 93030-7178

Elisabeth Ann French
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
1100 Park Place Tower
2001 Park Place
Birmingham, AL 35203

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N Broadway Avenue, Suite 101
Oklahoma City, OK 73118

Geoffrey L. Gifford
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street
Suite 1600
Chicago, IL 60602

David N. Gillis
405 Tombigbee Street
Jackson, MS 39201

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Michael Jay Green
Queen Street Building
345 Queen Street
2nd Floor
Honolulu, HI 96813

Ellen M. Gregg
Womble, Carlyle, Sandridge
& Rice, P.L.L.C.
301 North Main Street, Suite 300
Winston-Salem, NC 27101

Mark Adam Griffin
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Marco K. Guerrero
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave.
Austin, TX 78701

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Joan N. Harrop
Law Offices of Gomien & Harrop
220 West Main Street
Suite 300
Morris, IL 60450

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Marcus Edward Hayes, Sr.
Crumley & Associates, P.C.
2400 Freeman Mill Rd.
Suite 200
Greensboro, NC 27406

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Larry D. Helvey
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

John Hornbeck
Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32502-5996

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Anthony Y. K. Kim
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Thomas J. Lyons, Sr.
Lyons Law Firm, P.A.
367 Commerce Court
Van Heights, MN 55127

Alissa J. Magenheim
O'Connor, Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202

G. Trent Marquis
Vanderginst Law, PC
400 16th Street
Rock Island, IL 61201

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Shilpa Supna Masih
Brock, Clay, Calhoun, Wilson & Rogers
49 Atlanta Street
Marietta, GA 30060-8611

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-2084

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

John V. Mejia
Law Offices of John V. Mejia
50 California Street, Suite 1500
San Francisco, CA 94111

Gerald Miller
Nbr. 35867
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Martha Neese  
Neese Law Firm  
12842 Glen Way  
Apple Valley, MN 55124  

Terry S. Nelson  
Cooper & Nelson, LLP  
1404 Dean Street, Suite 201  
Ft Myers, FL 33901-2858  

Donald W. O'Brien, Jr.  
Woods, Oviatt & Gilman, LLP  
700 Crossroads Building  
Two State Street  
Rochester, NY 14614  

Christopher M. O'Neal  
Parks & Crump, L.L.C.  
240 North Magnolia Drive  
Tallahassee, FL 32301  

Staci B. O'Neal  
O'Neal Law Firm  
1888 Main Street  
Suite C #177  
Madison, MS 39110  

Brian J. Panish  
Panish, Shea & Boyle, LLP  
11111 Santa Monica Blvd., Suite 700  
Los Angeles, CA 90025  

Robb W. Patryk  
Hughes Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004  

Alan H. Perer  
Swensen, Perer & Kontos  
Two Oliver Plaza, Suite 2501  
Pittsburgh, PA 15219  

Amy D. Prevatt  
Alley, Clark, Greiwe & Fulmer  
701 East Washington Street  
P.O. Box 3127  
Tampa, FL 33601-3127  

George Quesada  
Sommerman & Quesada  
3811 Turtle Creek Blvd.  
Suite 1400  
Dallas, TX 75219-4461  

Rachael M. Raymon  
Levin Papantonio Thomas, et al.  
316 S Baylen Street, Suite 600  
P.O. Box 12308  
Pensacola, FL 32581  

M. David Riggs  
Riggs, Abney, Neal, Turpen,  
Orbison & Lewis  
502 West 6th Street  
Tulsa, OK 74119  

Kenneth S. Saffren  
Saffren & Weinberg  
815 Greenwood Avenue  
Suite 22  
Jenkintown, PA 19046  

Shelly A. Sanford  
Goforth Lewis Sanford, LLP  
1111 Bagby\, Suite 2200  
Houston, TX 77002  

Joshua G. Schiller  
Dechert LLP  
Cia Centre  
2929 Arch Street  
Philadelphia, PA 19104  

Michael D. Shalhoub  
Heidell, Pittoni, Murphy  
& Bach, LLP  
99 Park Ave.  
New York, NY 10016  

Brian Alan Sher  
Bryan Cave, LLP  
161 North Clark, #4300  
Chicago, IL 60601-3206  

James M. Simpson, Jr.  
Friday, Eldredge & Clark, LLP  
First Commercial Bldg..  
Suite 2000  
400 West Capitol Avenue  
Little Rock, AR 72201-3493  

Jonathan B. Skidmore  
Fulbright & Jaworski, L.L.P.  
Texas Commerce Bank Tower  
2200 Ross Avenue  
Suite 2800  
Dallas, TX 75201-2784  

Jo L. Slama  
Slama Legal Group  
4301 SW 3rd Street, Suite 100  
Oklahoma City, OK 73108  

Daniel Briggs Smith, Jr.  
Smith, Phillips, Mitchell & Scott  
P.O. Box 1586  
Batesville, MS 38606  

Lowell Alan Stanley  
6330 Newtown Road  
P.O. Box 12639  
Norfolk, VA 23451-0639  

Jason M. Steffens  
Simmons, Perrine, Albright & Ellwood  
115 Third Street, SE  
Suite 1200  
Cedar Rapids, IA 52401  

Marcus Stevenson  
Goforth Lewis Sanford, LLP  
1111 Bagby, Suite 2200  
Houston, TX 77002  

Dori K. Stibolt  
Squire, Sanders & Dempsey, LLP  
1900 Phillips Point W.  
777 S. Flagler Drive  
West Palm Beach, FL 33401-6198  

Paul F. Strain  
Venable, LLP  
1800 Mercantile Bank & Trust Building  
2 Hopkins Plaza  
Baltimore, MD 21201-2978  

Stephen G. Strauss  
Bryan Cave, LLP  
One Metropolitan Square  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102-2750  

Dawn T. Sugihara  
Goodsill Anderson Quinn & Stifel  
Alii Place  
1099 Alakea Street  
Suite 1800  
Honolulu, HI 96813-2639  

Alexander M. Sukhman  
Kralovec, Jambois & Schwartz  
Goodman Theatre Building  
60 West Randolph Street, 4th Floor  
Chicago, IL 60601  

Robert Martin Tata  
Hunton & Williams  
500 East Main Street, Suite 1000  
Norfolk, VA 23510  

Craig W. Trepanier  
Trepanier & MacGillis, PA  
310 4th Ave. S.  
Suite 8000  
Minneapolis, MN 55415

Chad M. Tuschman  
Williams, Jilek, Lafferty, Gallagher & Scott Co.  
500 Toledo Legal Building  
416 North Erie Street  
Toledo, OH 43624-1696  

Thomas F. Urban, II  
James F. Humphreys & Associates, LC  
1200 New Hampshire Avenue, N.W.  
Suite 510  
Washington, DC 20036  

Craig K. Vernon  
James, Vernon & Weeks  
1875 North Lakewood Drive  
#200  
Coeur d'Alene, ID 83814  

J. Michael Vernon  
Bice, Palermo & Veron  
713 Kirby Street  
P.O. Box 2125  
Lake Charles, LA 70602-2125  

Theresa M. Walsh  
Brown & Chiari, LLP  
5775 Broadway  
Lancaster, NY 14086  

Leila H. Watson  
Cory, Watson, Crowder & DeGaris, PC  
2131 Magnolia Avenue  
Suite 200  
P.O. Box 55927  
Birmingham, AL 35255-5972  

Robin G. Weaver  
Squire, Sanders & Dempsey, L.L.P.  
4900 Key Tower  
127 Public Square  
Cleveland, OH 44114-1304  

Seth Sharrock Webb  
Brown & Crouppen, PC  
720 Olive Street  
Suite 1800  
St. Louis, MO 63101  

Mark A. Weber  
Walentine, O'Toole, McQuillan & Gordon  
11240 Davenport Street  
P.O. Box 540125  
Omaha, NE 68154-0125  

Michael M. Weinkowitz  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street  
Suite 500  
Philadelphia, PA 19106  

Rob Williamson  
Williamson & Williamson  
811 First Avenue  
Suite 620  
Seattle, WA 98104  

Benjamin C. Wilson  
Rushton, Stakely, Johnston & Garrett, PA  
184 Commeerce Street  
P.O. Box 270  
Montgomery, AL 36101-0270  

Gary L. Wilson  
Robins, Kaplan, Miller & Ciresi  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN 55402-2015  

Phillip A. Wittmann  
Stone, Pigman, Walther & Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130-3588  

E. Frank Woodson  
Beasley, Allen, Crow, Methvin, Portis & Miles, PC  
218 Commerce Street  
P.O. Box 4160  
Montgomery, AL 36103-4160  

Alexander W. Wright  
Wayne Wright, LLP  
5707 IH-10 West  
Suite 101  
San Antonio, TX 78201

# INVOLVED JUDGES LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Wayne R. Andersen
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Richard H. Battey
U.S. District Judge
515 Ninth Street, Room 260
Rapid City, SD 57701

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

Hon. Delores R. Boyd
U.S Magistrate Judge
United States District Court
P.O. Box 430
Montgomery, AL 36101-0430

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Naomi Reice Buchwald
U.S. District Judge
2270 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Elaine E. Bucklo
U.S. District Judge
1446 Everett M. Dirksen
U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

~~Hon. Edward M. Chen~~
~~U.S. Magistrate Judge~~
~~Phill Burton U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~Box 36060~~
~~San Francisco, CA 94102~~

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Thomas Coffin
U.S. Magistrate Judge
U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Kent J. Dawson~~
~~U.S. District Judge~~
~~6006 Lloyd D. George~~
~~U.S. Courthouse~~
~~333 Las Vegas Blvd., South~~
~~Las Vegas, NV 89101~~

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U. S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

~~Hon. Mark E. Fuller~~
~~Chief Judge, U.S. District Court~~
~~A-300 U.S. Courthouse~~
~~One Church Street~~
~~Montgomery, AL 36104~~

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal
Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

~~Hon. Robert L. Hinkle~~
~~Chief Judge, U.S. District Court~~
~~U.S. Courthouse Annex~~
~~111 North Adams Street~~
~~Suite 595~~
~~Tallahassee, FL 32301~~

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Fed. Bldg.. &
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
360 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. George P. Kazen
U.S. District Judge
P.O. Box 1060
Laredo, TX 78042-1060

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Garr M. King
U.S. District Judge
907 Mark O. Haftield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Samuel P. King
Senior U.S. District Judge
C-461 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Michael M. Mihm
U.S. District Judge
204 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Susan Oki Mollway
U.S. District Judge
C-409 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Thomas N. O'Neill, Jr.
Senior U.S. District Judge
4007 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Robert W. Pratt
Chief Judge, U.S. District Court
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Suite 460
Pensacola, FL 32501-5625

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Harvey E. Schlesinger
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. J. Michael Seabright
U.S. District Judge
United States District Court
C-435 Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. John C. Shabaz
U.S. District Judge
P.O. Box 591
Madison, WI 53701

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Rebecca Beach Smith
U.S. District Judge
358 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U..S. Courthouse Federal Bldg.
701 N. Main Street
Hattiesburg, MS 39401

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Charles R. Wolle
Senior U.S. District Judge
U.S. Courthouse, Suite 103
123 East Walnut Street
Des Moines, IA 50309

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

# INVOLVED CLERKS LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
100 Fed. Bldg.& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield
U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman
U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
200 U.S. Courthouse & Fed. Bldg.
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John M. Waters, Clerk
40 U.S. Post Office Bldg.
211 19th Street
Rock Island, IL 61201

John M. Waters, Clerk
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael N. Milby, Clerk
P.O. Box 597
Laredo, TX 78040-0597

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal
Building
100 State Street
Rochester, NY 14614-1368

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse
& Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons
U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Teresa Deppner, Clerk
P.O. Box 5009
Beckley, WV 25801-5009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal
Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

~~William M. McCool, Clerk~~
~~U.S. Courthouse~~
~~111 North Adams Street~~
~~Tallahassee, FL 32301-7795~~

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 28, 2006

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-60)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 10, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A