UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 30  AM 10:58

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

GERALD D. BARNETT

VERSUS

REF NO. 06-485

MERCK & CO., INC.

SECTION: L

## JUDGMENT

This matter came on before the Court for trial by jury on previous days. Now therefore considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Gerald D. Barnett, and against defendant, Merck & Co., Inc., in the amount of Fifty-One Million and No/100 ($51,000,000.00) Dollars, which sum represents Fifty Million Dollars in compensatory damages and One Million Dollars in punitive damages, plus legal interest from the date of judgment and costs.

New Orleans, Louisiana, this 30th day of August, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE