UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE NUMBER 2002
SECTION L
JUDGE FALLON

STANLEY MOSS and HELEN MOSS,
His wife,

    Plaintiffs,

Vs.

MERCK & CO., INC., a foreign corporation and WALGREEN CO., a foreign Corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation,

    Defendants.

_____:

### NOTICE OF FILING STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, PURSUANT TO FRCP 41(a)(i)(ii)

**PLEASE TAKE NOTICE** that the undersigned counsel, on behalf of Defendant, SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation, is hereby filing the attached Stipulation for Voluntary Dismissal Without Prejudice of Defendants, Walgreen Co., a foreign corporation, and Suncoast Pharmacy of Boynton Beach, LLC, pursuant to FRCP 41(a)(i)(ii).

IT IS HEREBY CERTIFIED that a copy hereof together with the hereinabove referenced Stipulation as attached have been furnished by United States Mail this ___ day of August, 2006, to: Jeff S. Abers, Esquire, Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll, Post Office Box 14519, Fort Lauderdale, FL, 33302, Lawrence D. Smith, Esquire, Walton, Lantaff, Schroeder & Carson, LLP, 9350 South Dixie Highway, 9350 Financial Center – 10th Floor, Miami, FL, 33156, Catherine Whitfield, Esquire, Steel Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL, 33401-6198, and Steven G. Schwartz, Esquire, Schwartz & Horwitz, PLC, 3301 N.W. Boca Raton Boulevard, Suite 200, Boca Raton, FL, 33431.

PETERSON BERNARD
Post Office Drawer 15700
West Palm Beach, FL  33416
Tel.: 561/686-5005
Fax: 561/471-5603

_____
ERIC A. PETERSON
Florida Bar No. 178130
Attorneys for Defendant,
Suncoast Pharmacy