UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE   NUMBER:    2002
SECTION L
STANLEY MOSS and HELEN MOSS,    JUDGE FALLON
his wife,

          Plaintiffs,

VS.

MERCK & CO., INC., a foreign corpora-
tion and WALGREEN CO., a foreign
corporation, and SUNCOAST
PHARMACY OF BOYNTON BEACH,
LLC, a Florida corporation,

          Defendants.

_____/

### STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, Pursuant to FRCP 41(a)(i)(ii)

IT IS STIPULATED by and between counsel for all parties  pursuant to Federal

Rules of Civil Procedure 41(a)(i)(ii) that Plaintiffs file herewith their notice of Voluntary

Dismissal Without Prejudice as to the Defendants, WALGREEN CO., a foreign corporation,

and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation.

| | |
|---|---|
| FAZIO, DiSALVO, CANNON, ABERS, PODRECCA, FAZIO & CARROLL | WALTON LANTAFF SCHROEDER & CARSON LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant, Walgreen |
| Post Office Box 14519 | 9350 S. Dixie Highway |
| Fort Lauderdale, FL 33302 | 9350 Financial Center - 10th Floor |
| (954) 463-0585 Broward | Miami, FL 33156 |
| (305) 940-3432 Dade | (305) 671-1300 |
| (954) 767-9461 FAX | (305) 670-7065 |

By: _____         By: _____
JEFF S. ABERS                              LAWRENCE D. SMITH
FBN 300853                                  FBN 323594
DATED on ___Jan 20___, 2006          DATED on ___May 16___, 2006

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant, Merck
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, Fl. 33401-6198
(561) 650-7200
(561) 655-1509) Fax

By: _____
         CATHERINE WHITFIELD
              FBN 132391
DATED on _____, 2006

SCHWARTZ & HORWITZ, PLC
Attorneys for Defendant, Suncoast
3301 N. W. Boca Raton Blvd.
Suite 200
Boca Raton, Fl. 33431
(561) 395-4747
(561) 367-1550 Fax

By: _____
         STEVEN G. SCHWARTZ
              FBN 890561
DATED on _____, 2006

PETERSON BERNARD ET AL
Attorneys for Defendant, Suncoast
P. O. Box 15700
West Palm Beach, Fl. 33416-5700
(561) 686-5005
(561) 471-5603 Fax

By: _____
         ERIC A. PETERSON
              FBN 178130
DATED on _____, 2006