UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL CASE NUMBER 2002
SECTION L
JUDGE FALLON

STANLEY MOSS and HELEN MOSS,
His wife,

    Plaintiffs,

Vs.

MERCK & CO., INC., a foreign corporation and WALGREEN CO., a foreign Corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, a Florida corporation,

    Defendants.

*05-MD 1657*
*c/w CA. 05-2002*
*Sect L/3*

## ORDER FOR DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, PURSUANT TO FRCP 41(a)(i)(ii)

THIS CAUSE having come before the court on Stipulation of Dismissal Without Prejudice of Defendants, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH, LLC, pursuant to F.R.C.P. 41(a)(i)(ii),

It is Ordered and Adjudged that the Defendants, WALGREEN CO., a foreign corporation, and SUNCOAST PHARMACY OF BOYNTON BEACH,

*Denied -
See pretrial
order 8B*

1

*Fee ___
Process ___
X ___*

*Denied - see pretrial order 8B*

LLC, a Florida corporation, ~~ONLY~~ are hereby dismissed without prejudice, each ~~party to bear~~ their own costs.

ORDERED at _New Orleans_, _Louisiana_, this _28th_ day of _August_, 2006.

_____
U.S. DISTRICT JUDGE

Copies furnished to:

Eric A. Peterson, Esquire, Peterson Bernard, P.O. Drawer 15700, West Palm Beach, FL 33416

Jeff S. Abers, Esquire, Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll, Post Office Box 14519, Fort Lauderdale, FL 33302

Lawrence D. Smith, Esquire, Walton, Lantaff, Schroeder & Carson, LLP, 9350 South Dixie Highway, 9350 Financial Center – 10th Floor, Miami, FL 33156

Catherine Whitfield, Esquire, Steel Hector & Davis, LLP, 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, FL 33401-6198

Steven G. Schwartz, Esquire, Schwartz & Horwitz, PLC, 3301 N.W. Boca Raton Boulevard, Suite 200, Boca Raton, FL 33431.

2