FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 17  AM 10: 14

LORETTA G. WHYTE
      CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES § § § § | |
| THIS DOCUMENT RELATES TO: § § § | DOCKET NO. 2:05-CV-1154 |
| | MDL NO. 1657 |
| JOJUANA DANIEL, MARIAH SURVILLION, MARY GUSSMAN, ADA TAYLOR, MARIE CEPEDA, ROY WAYCHOFF and GLORIA WAYCHOFF, MERCEDES KIRK, RUBY FERGUSON, Individually and as Representative of the Estate of ELLA MAY MCDONALD, WALLACE LUDWICK, ALPHA VANCKHOVEN, MARGIE MCDUFFIE, JAMES MCKINNEY, MARY HILL and PAUL HILL, WILLIAM PAUL, JOSE ANTONIO GARZA, RUSSELL LEVY, LEEATTRICE SMITH, LILIAN MARIE JACKSON and WANDA KIRKWOOD § | SECTION: L/3 |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| | TRANSFEROR COURT: |
| | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CAUSE NO. H-05-0255 |
| *Plaintiffs,* § | |
| VS. § | |
| MERCK & CO., INC. § | |
| *Defendant.* § | |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

STIPULATION AND VOLUNTARY DISMISSAL
OF THE CASE OF
ADA TAYLOR

It is stipulated by the parties that Plaintiff ADA TAYLOR, <u>ONLY</u>, may dismiss her action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs. The parties further stipulate that if this action on behalf of Ada Taylor, is re-filed, it must be filed in federal court. The complaint shall remain in full force and effect on behalf of the remaining plaintiffs against Defendant MERCK & CO., INC.

Respectfully Submitted,
MITHOFF LAW FIRM

RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

GERRY LOWRY  
State Bar No. 12641350  
JULIE HARDIN  
State Bar No. 24013613  
Fulbright & Jaworski, L.L.P.  
1301 McKinney, Suite 5100  
Houston, Texas 77010  
Telephone: (713) 651-5151  
Facsimile:  (713) 651-5246  

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal has been served on Liaison Counsel, Ms. Gerry Lowry and Ms. Julie Hardin, Fulbright & Jaworski, L.L.P., 1301 McKinney, Suite 5100, Houston, Texas 77010, and Mr. Wilfred P. Coronato, Hughes Hubbard & Reed LLP; 101 Hudson Street, Suite 3601, Jersey City, NJ 07302-3918, attorneys for Merck & Co., Inc., by Certified Mail, Return Receipt Requested and e-mail upon all parties by electronically uploading same to LexisNexis File & Servce Advanced in accordance with Pretrial Order No. 8(B), on this 16th day of August 2006.

_____
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEY FOR PLAINTIFFS