FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29 PM 12: 00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY CASES | |
| THIS DOCUMENT RELATES TO: | DOCKET NO. 2:05-CV-1154 |
| | MDL NO. 1657 |
| JOJUANA DANIEL, MARIAH SURVILLION, MARY GUSSMAN, ADA TAYLOR, MARIE CEPEDA, ROY WAYCHOFF and GLORIA WAYCHOFF, MERCEDES KIRK, RUBY FERGUSON, Individually and as Representative of the Estate of ELLA MAY MCDONALD, WALLACE LUDWICK, ALPHA VANCKHOVEN, MARGIE MCDUFFIE, JAMES MCKINNEY, MARY HILL and PAUL HILL, WILLIAM PAUL, JOSE ANTONIO GARZA, RUSSELL LEVY, LEEATTRICE SMITH, LILIAN MARIE JACKSON and WANDA KIRKWOOD | SECTION: L/3 |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| | TRANSFEROR COURT: |
| | U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CAUSE NO. H-05-0255 |
| *Plaintiffs*, | |
| VS. | |
| MERCK & CO., INC. | |
| *Defendant.* | |

___ Fee_____
___ Process____
_X_ Dktd_____
_/_ CtRmDep___
___ Doc. No____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF THE CASE OF ADA TAYLOR

Considering the foregoing Stipulation and Voluntary Dismissal of the Case Ada Taylor,

IT IS ORDERED, that all claims of plaintiff Ada Taylor be and they hereby are dismissed without prejudice, each party to bear its own costs, and subject the terms and conditions of the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

*Denied*
*See pretrial order 8B*