UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br> SECTION: L |
| This Document Relates to: | |
| *Ralph DeToledo et al. v. Merck & Co., Inc.,* MDL No. 05-5083 and | JUDGE FALLON |
| *Aldo Calandra, et al. v. Merck & Co., Inc.* MDL No. 05-2914 | MAG. JUDGE KNOWLES |

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR PLAINTIFFS' SURREPLY TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF DEFENDANT MERCK & CO., INC.'S MOTION TO DISMISS THE FOREIGN CLASS ACTIONS OR, IN THE ALTERNATIVE STRIKE THE FOREIGN CLASS ALLEGATIONS**

Plaintiffs hereby move the Court for an extension of the page length for their Surreply to Defendant's Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations. The surreply argues that the French and Italian Class Actions should remain in the United States. Plaintiffs request that it be granted seven (7) additional pages, for a total of seventeen (17) pages for its supporting memorandum.

WHEREFORE, Plaintiffs respectfully request that they be granted seven (7) additional pages, for a total of seventeen (17) pages for their Surreply to Defendant's Reply Memorandum In Support of Defendant Merck & Co., Inc.'s Motion To

KBM
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations.

Date: August 22, 2006

RESPECTFULLY SUBMITTED,

By: _____
Kenneth B. Moll, #061999874
Genevieve M. Bernal, #6285743
Pamela G. Sotoodeh, #6284622
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112
www.kbmoll.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Surreply to Defendant's Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations has been served on Liaison Counsel, Russ Herman by U.S. mail and e-mail and Phillip Wittmann, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, on this 22st day of August, 2006.

_____
Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.

**KBM**
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.852.3453
www.kbmoll.com

-2-
PLAINTIFFS' SURREPLY