FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29 PM 12:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| * * * * * * * * * * * * * * | MDL NO. 1657 |
| In re: VIOXX | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This Document Relates to: | |
| | JUDGE FALLON |
| *Ralph DeToledo et al. v. Merck & Co., Inc.,* MDL No. 05-5083 and | MAG. JUDGE KNOWLES |
| *Aldo Calandra, et al. v. Merck & Co., Inc.* MDL No. 05-2914 | |
| * * * * * * * * * * * * * * | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Surreply to Defendant's Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations, it is therefore

ORDERED, ADJUDGED, AND DECREED that Plaintiffs be and it is hereby granted ___7___ additional pages, for a total of ___17___ pages for its Surreply to Defendant's Reply Memorandum in Support of Defendant Merck & Co., Inc.'s Motion to Dismiss The Foreign Class Actions, Or In The Alternative, Strike The Foreign Class Allegations.

NEW ORLEANS, LOUISIANA, this 25th day of August, 2006.

_____
DISTRICT JUDGE

KBM
KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com

APPROVED & ENTRY REQUESTED:

*/s/ Bernal*

Genevieve M. Bernal, #6285743
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza, 50th Floor
Chicago, Illinois 60602
(312) 558-6444 Telephone
(312) 558-1112 Fax
www.kbmoll.com

KBM

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
www.kbmoll.com