FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 25  PM 12: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**
    **PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

...........................................................

**THIS DOCUMENT RELATES TO:**
        **2:06-cv-1971**


### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, this 28th day of August_____, 2006, Plaintiffs, John Overstreet,

and Eddie Scott, ("Overstreet and Scott") and Defendant Merck & Co., Inc. ("Merck") hereby

stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned

action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co.,

Inc., subject to the following conditions:

1.      Each party to bear its own costs and counsel fees;

2.      Overstreet and Scott agree that, in the event they re-file a lawsuit against Merck

that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District

Court; and

3.      Overstreet and Scott further agree that in the event they re-file such lawsuit, any

discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-

1657), the MDL proceeding that has been established in the United States District Court for the

Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

such lawsuit re-filed by Overstreet and Scott, as though Overstreet and Scott had been a party and had an opportunity to participate in that discovery.

Overstreet and Scott agree to the above-stated conditions and they wish to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuits of Overstreet and Scott without prejudice against Defendant, Merck, Inc., subject to the conditions stated above. All other Plaintiffs' claims shall remain in full force and effect. File & Serve shall be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.


APPROVED AND SO ORDERED:


UNITED STATES DISTRICT JUDGE

_(signature)_

Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:      (504) 581-3200
Facsimile:       (504) 581-3361

*Defendants' Liaison Counsel*

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was mailed via U.S. Postal Service to the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be filed and uploaded onto the court's electronic filing system, on this _23ʳᵈ_ day of _August_, 2006.

**Stephen G. Strauss**
**Dan H. Ball**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

By: _____
     Seth Sharrock Webb, MO Fed. Bar No. 505666

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 17th day of August, 2006 a true and correct copy of the foregoing Stipulation for Dismissal was served on counsel named below via United States Postal Service for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO  63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

Brandi L. Lape, Paralegal