IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 25  PM 12: 44
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1657 Section L |
| This Document Relates to: | ) ) | JUDGE FALLON MAG. JUDGE KNOWLES |
| **DAVID CHENAULT AND THELMA CHENAULT** | ) ) ) | |
| Individual Case No.: 05-4130 | ) ) ) | |

## VOLUNTARY DISMISSAL OF ACTION

NOW COME the plaintiffs, David Chenault and Thelma Chenault, by and through their attorneys, ROBINSON, CALCAGNIE & ROBINSON, and hereby voluntarily dismiss the **Complaint as to Plaintiffs, David Chenault and Thelma Chenault, only** in an action entitled *Allen Atkinson, et al. v. Merck & Company, et al.*, Docket No. 05-4130, filed in the U.S. District Court for the Eastern District of Louisiana.

DATED: August 24, 2006

ROBINSON, CALCAGNIE & ROBINSON

By: _____
Mark P. Robinson, Jr., SBN054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I certify that on August 22, 2006, a copy of this Voluntary Dismissal was mailed to:

>Phillip A. Wittman
>Dorothy H. Wimberly
>Stone Pigman Walther Wittman, L.L.C.
>546 Carondelet Street
>New Orleans, LA 70130
>Defendants' Liaison Counsel

>Russ M. Herman
>Leonard A. Davis
>Stephen J. Herman
>Herman, Herman, Katz & Cotlar, LLP
>3411 Richmond Ave., Suite 460
>Houston, TX 77046
>Plaintiffs' Liaison Counsel

and upon all parties by electronically uploading the same to LexisNexis File & Serve advanced in accordance with Pre-Trial Order No. 8.

_____
Conda Takanabe