| | |
|---|---|
| VIOXX § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> This Document Relates to: § <br> § <br> William F. Craig, § <br> Plaintiff § <br> § <br> vs. § <br> § <br> Merck & Co., Inc., § <br> Defendant § <br> § <br> Civ. Action. No. 05-4738 § | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> <br> FILED <br> U.S. DISTRICT COURT <br> EASTERN DISTRICT OF LA <br> 2006 AUG 24 PM 5: 19 <br> LORETTA G. WHYTE <br> CLERK |

## JOINT MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes of BRUCE A. CRAIG of the law firm of THE CARLILE LAW FIRM, L.L.P., attorneys of record for WILLIAM F. CRAIG, Plaintiff in the above-styled and numbered cause, and RICKEY J. BRANTLEY, of the law firm of JOSE, HENRY, BRANTLEY, MacLEAN & ALVARADO, L.L.P., and respectfully moves the Court to grant permission for BRUCE A. CRAIG of the law firm of THE CARLILE LAW FIRM, L.L.P. to withdraw as attorneys of record for WILLIAM F. CRAIG, said Plaintiff **only** in said suit, and allow RICKEY J. BRANTLEY of the law firm of JOSE, HENRY, BRANTLEY, MacLEAN & ALVARADO, L.L.P. to be substituted as attorneys of record for said Plaintiff, WILLIAM F. CRAIG, **only** in said suit.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

Respectfully submitted,

THE CARLILE LAW FIRM, L.L.P.
400 S. Alamo
Marshall, TX 75670
Telephone:  (903) 938-1655
Facsimile:   (903) 938-0235

_____
Bruce A. Craig
State Bar No.  04975270
David C. Carlile
State Bar No.  03804500
D. Scott Carlile
State Bar No.  24004576
Mark Strachan
State Bar No.  19351500
Casey Q. Carlile
State Bar No.  24025868
Lori Chism
State Bar No.  24031308

APPROVED:

JOSE, HENRY, BRANTLEY, MacLEAN & ALVARADO, L.L.P.
675 N. Henderson Street
Fort Worth, TX 76107
Telephone:  (817) 877-3303
Facsimile:   (837) 338-9109

_____
Rickey J. Brantley
State Bar No. 02899730

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing has been served in accordance with Pretrial Order Number 8 on all parties by electronically uploading the same to Lexis-Nexis File & Serve on this the 23 day of AUGUST, 2006.

_____
Bruce A. Craig