FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29  AM II: 59

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| VIOXX | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION L |
| | § | JUDGE FALLON |
| This Document Relates to: | § | |
| | § | |
| William F. Craig, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| Merck & Co., Inc., | § | |
| Defendant | § | |
| | § | |
| Civ. Action. No. 05-4738 | § | |

## ORDER SUBSTITUTING COUNSEL

On this day, came on to be heard the Joint Motion to Substitute Counsel for WILLIAM

F. CRAIG, Plaintiff, **only**, and the Court, after considering same, finds the same to be in

good form;

IT IS, THEREFORE, ORDERED that BRUCE A. CRAIG of the law firm of THE

CARLILE LAW FIRM, L.L.P., is discharged from any further responsibility in this case, and

the name of RICKEY J. BRANTLEY, of the law firm of JOSE, HENRY, BRANTLEY,

MacLEAN & ALVARADO, L.L.P., be substituted as attorneys of record for WILLIAM F.

CRAIG, Plaintiff **only**.

SIGNED this the 28th day of _August_____, 2006.

_____
JUDGE PRESIDING

APPROVED:

THE CARLILE LAW FIRM, L.L.P.
400 S. Alamo

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

Marshall, TX 75670
Telephone:   (903) 938-1655
Facsimile:   (903) 938-0235

_____
Bruce A. Craig
State Bar No.  04975270
David C. Carlile
State Bar No.  03804500
D. Scott Carlile
State Bar No.  24004576
Mark Strachan
State Bar No.  19351500
Casey Q. Carlile
State Bar No.  24025868
Lori Chism
State Bar No.  24031308


JOSE, HENRY, BRANTLEY, MacLEAN & ALVARADO, L.L.P.
675 N. Henderson Street
Fort Worth, TX 76107
Telephone:   (817) 877-3303
Facsimile:   (837) 338-9109

_____
Rickey J. Brantley
State Bar No. 02899730