UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

**MOTION AND INCORPORATED MEMORANDUM OF MERCK & CO., INC. ("MERCK") FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO <u>DEEM ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS ADMITTED</u>**

Merck, through undersigned counsel, hereby moves the Court for entry of an order granting it leave to file the attached Sur-Reply in Opposition to Motion to Deem Answers to Plaintiff's Requests for Admissions Admitted. Since the pending discovery motions will be heard at the August 31, 2006 hearing, it is important to apprise the Court of the current status of negotiations between counsel. Moreover, plaintiff's counsel in its Response to Merck's Opposition to Plaintiff's Motion to Deem Answers to Plaintiff's Request for Admissions Admitted, and Response in Opposition to Merck's Motion for a Protective Order Applicable to

826743v.1

Plaintiff's Request for Admissions accused Merck, though its counsel, of misrepresentations at and after the August 24, 2006 status conference. Merck should have the opportunity to address such false allegations. Accordingly, Merck moves for entry of an order granting it leave to file the attached Sur-Reply in Opposition to Motion to Deem Answers to Plaintiff's Requests for Admissions Admitted.

Dated:  August 30, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Brian Currey
Catalina J. Vergara
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

And

2

826743v.1

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

826743v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion And Incorporated Memorandum For Leave To File Sur-Reply Of Merck In Opposition To Plaintiff's Motion To Deem Answers to Plaintiff's Requests For Admissions Admitted has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of August, 2006.

                                                              */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826743v.1