UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| | Judge Eldon E. Fallon |
| | Magistrate Judge Daniel E. Knowles, III |

THIS DOCUMENT RELATES TO:
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

### PLAINTIFF ROBERT G. SMITH'S OPPOSITION TO DEFENDANT MERCK'S MOTION FOR LEAVE TO FILE MEMORANDUM FOR ORDER EXCLUDING TESTIMONY OF LEMUEL MOYE, M.D., PH.D.

Merck's Motion for Leave to File Memorandum for Order Excluding Testimony of Lemuel Moye, M.D., Ph.D., should be rejected for one simple reason. Merck did not follow this Court's rules regarding the timely filing of *Daubert* motions, despite being fully aware Dr. Moye was a potential witness in this case. Merck offers no valid excuse for its failure to adhere to this Court's rules – rules meant to avoid exactly the sort of eleventh hour filing Merck attempts here.

On May 12, 2006 this Court signed the Parties' Joint Scheduling Order ("JSO"), which provides the parties with unmistakable deadlines for supplying opposing sides with certain information, and motion practice. Attached hereto as **Exhibit A**. These scheduling rules are particularly important for motion practice as each party must be afforded sufficient response time. Further, the parties must know the Court's rulings well enough before trial to plan their case presentation accordingly, and manage the logistics of bringing witnesses to trial.

The JSO provided that Plaintiff was to submit his experts' reports on Merck no later than July 7, 2006. Exhibit A, p. 2. Plaintiff met his obligation and served Dr. Moye's report, among others, on Merck that very day.

The JSO also provided that Plaintiff serve his witness list, which included experts, no later than July 18, 2006. Plaintiff followed this rule, serving his witness list that very day. *See* Plaintiff Robert Garry Smith's Designation of Experts and Lay Witnesses, attached hereto as **Exhibit B**. On page 6 of Plaintiff's list, clear as day, Plaintiff lists Dr. Moye and the subjects upon which he intended to opine. *Id*.

The JSO also provided that all expert *Daubert* challenges must be filed no later than August 14, 2006. Exhibit A, p. 3. Each party filed several such motions. As this deadline passed, Merck filed no motion regarding Dr. Moye.

Then, on August 25, 2006, *a week and a half after the deadline for such motions passed*, Merck files its sixteen-page motion to exclude Dr. Moye's testimony, replete with exhibits – on a Friday after 5:00 p.m. no less. Merck's only excuse was that "plaintiff has only recently made known his true line up of expert witnesses." See Merck's motion, p. 1. The absurdity of blaming Plaintiff for its neglect aside, Merck's excuse should be rejected on its face, and its motion rejected as well. Plaintiff timely met his obligation under this Court's order, and put Merck on notice over a month before its untimely filing that Dr. Moye was a potential witness. The JSO clearly provided the deadline to file *Daubert* motions on such witnesses. The JSO did not provide, however, another deadline set at Merck's leisure for the *real* witnesses. Merck, with its phalanx of able-bodied lawyers, knew Dr. Moye could come to trial and chose not to file a *Daubert* motion according to this Court's rules. This Court should enforce its rules and reject Merck's motion.

This is especially so as Plaintiff's lawyers are working to prepare this case for trial, and are pressed for time and resources. Being forced to respond to Merck's untimely, and lengthy,

motion at this late date would be highly prejudicial.  It would also be simply unfair as Plaintiff has all along played by the rules.

Dated:  August 30, 2006

> Respectfully submitted,

| | |
|---|---|
| Drew Ranier<br>Louisiana Bar No. 8320<br>**RANIER, GAYLE & ELLIOT LLC**<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>(337) 494-7171; fax (337) 494-7218 | /s/ Grant Kaiser<br>Grant Kaiser<br>Texas Bar No. 11078900<br>**THE KAISER FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 223-0000; fax (713) 223-0440 |
| Walter Umphrey<br>Texas Bar No. 20380000<br>**PROVOST UMPHREY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>(409) 835-6000; fax (409) 838-8888 | Mikal Watts<br>Texas Bar No. 20981820<br>**THE WATTS LAW FIRM LLP**<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>(361) 887-0500; fax (361) 887-0055 |
| James L. "Larry" Wright<br>Texas Bar No. 22038500<br>**THE WATTS LAW FIRM LLP**<br>111 Congress Avenue, Suite 1010<br>Austin, Texas 78701<br>(512) 479-0500; fax (512) 473-0328 | John Eddie Williams, Jr.<br>Texas Bar No. 21600300<br>Jim Doyle<br>Texas Bar No.6094450<br>**WILLIAMS BAILEY LAW FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 230-2200; fax (713) 643-6226 |

ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30TH day of August, 2006.

/s/ Grant Kaiser
Grant Kaiser
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com

cc    By email only:

    Robert Van Kirk      rvankirk@wc.com
    **Williams & Connolly LLP**
    725 Twelfth Street Northwest
    Washington, D.C. 20005
    (202) 434-5000; fax (202) 434-5029

    Carrie A. Jablonski      carrie.jablonski@bartlit-beck.com
    **Bartlit, Beck, Herman, Palenchar & Scott LLP**
    54 West Hubbard Street, Suite 300
    Chicago, Illinois 60610
    (312) 494-4400; fax (312) 494-4440