U.S. DISTRICT C[OURT]
EASTERN DISTRICT OF L[OUISIANA]

FILED    MAY 1 2 2006

LORETTA G. WHYTE
CLERK

LEXISNEXIS® FILE & SERVE
11283003
E-SERVICE

May 15 2006
1:42PM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>          PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION:  L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**

*Robert G. Smith v. Merck & Co., Inc.*, 2:05-CV-04379

## PARTIES' JOINT            SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following

dates are set on the docket of Judge Eldon E. Fallon:

| | |
|---|---|
| Monday, Sept. 11, 2006, 8:30 am | Jury Trial |
| Friday, Sept. 1, 2006, 2:00 pm | Pre-Trial Conference |
| Aug. 29, 2006 by 5:00 pm | Pre-Trial Order (The parties shall use the Pre-Trial Notice form attached.) |
| Aug. 4, 2006 | Jury Questionnaire to be completed by Prospective Jurors and Forwarded to Counsel |

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

- 1 -

Case 2:05-md-01657-EEF-DEK   Document 6594-1   Filed 09/30/06   Page 2 of 4

1.  <u>Witness Lists</u>.  All witness lists shall include the name and address of the witness and a brief statement of the nature of the witness' expected testimony.

| | | |
|---|---|---|
| June 9, 2006 | a. | Preliminary Fact Witness List Exchanged by both Parties. |
| July 18, 2006 | b. | Plaintiff Witness List delivered to defendant |
| July 25, 2006 | c. | Defendant's Witness List Delivered to Plaintiff |

2.  <u>Expert Reports and Depositions</u>: Reports to be disclosed in compliance with the Fed. R. Civ. Proc. 26(a)(2)(B) shall be delivered to opposing party on the dates provided below.  No subsequent change in the expert's opinion, or its basis, will be allowed absent good cause shown and leave of Court.

| | | |
|---|---|---|
| July 7, 2006 | a. | Plaintiff's Expert Reports Delivered to Defendant |
| July 18, 2006 | b. | Defendant's Expert Reports Delivered to Plaintiff |
| August 1, 2006 | c. | Deadline for expert depositions. Defendant shall have the right to depose Plaintiff's experts within a reasonable time after their reports are delivered.  The same rule applies to Plaintiff's depositions of Defendant's experts. |

3.  <u>Discovery</u>:

| | | |
|---|---|---|
| July 11, 2006 | a. | Deadline for serving Written Discovery |
| August 1, 2006 | b. | Deadline for all Discovery |

809461v.1

4.   <u>Deposition Designation, exhibits</u>:

| | | |
|---|---|---|
| August 1, 2006 | a. | Parties exchange deposition designations, deposition exhibit list, and trial exhibit list |
| August 14, 2006 | b. | Counter-designations and objections to deposition designations, deposition exhibits, and trial exhibits |
| August 21, 2006 | c. | Objections to counter-designations |
| August 24, 2006 | d. | Hearing on objections to deposition designations, deposition exhibits, and trial exhibits |

5.   <u>*Daubert* and Dispositive Motions</u>:

| | | |
|---|---|---|
| August 14, 2006 | a. | Any *Daubert* challenge to Expert Testimony and any Dispositive Motions must be filed by this date. |
| August 21, 2006 | b. | Any oppositions to *Daubert* and Dispositive Motions must be filed by this date. |
| August 28, 2006 | c. | Reply briefs |
| August 31, 2006, at 9:00 a.m. | d. | Hearing on all *Daubert* and Dispositive Motions |

6.   <u>Motions *In Limine*</u>

| | | |
|---|---|---|
| August 7, 2006 | a. | Deadline for motions *in limine* |
| August 14, 2006 | b. | Deadline for oppositions to *in limine* motions |
| August 21, 2006 | c. | Deadline for reply briefs in support of *in limine* motions |
| August 24, 2006 | d. | Hearing on motions *in limine* |

- 3 -

809461v.1

New Orleans, Louisiana, this ___1 2___ day of May, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

809461v.1