UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | MDL No. 1657<br><br>Section L<br><br>Judge Eldon E. Fallon<br><br>Magistrate Judge Daniel E. Knowles, III |

**THIS DOCUMENT RELATES TO:**
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

---

### ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM FOR ORDER EXCLUDING TESTIMONY OF LEMUEL MOYE, M.D., PH.D.

On this day, the Court considered Defendant's Motion for Leave to File Memorandum for Order Excluding Testimony of Lemuel Moye, M.D., Ph.D., and after reviewing the pleading and evidence and hearing arguments of counsel, is of the opinion that said Motion should be DENIED.

_____
Presiding Judge