UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: **VIOXX PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

**This document relates to:**
<u>**Virginia Adcock, et al vs. Merck & Co., Inc.**</u>

JUDGE FALLON

<u>**NOTICE OF APPEARANCE**</u>

**Case No.: 2:05 CV 5753**

<u>**Specifically Plaintiffs:**</u>
**Steven Book
Janice Carpenter, individually and as Executrix of Estate of Charles Carpenter
Timothy Easterling
Ron Haggard
Mary Lou Nutzel
Claire Ripberger
Violet Sterling**

NOW COMES Alissa J. Magenheim, Attorney at Law with the firm of O'Connor, Acciani & Levy, and enters her appearance as attorney on behalf of plaintiffs, Steven Book, Janice Carpenter individually and as Executrix of Estate of Charles Carpenter, Timothy Easterling, Ron Haggard, Mary Lou Nutzel, Claire Ripberger and Violet Sterling, in the above captioned matter.

Respectfully submitted,
**O'CONNOR, ACCIANI & LEVY**

  /s/ Alissa J. Magenheim
Alissa J. Magenheim
2200 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Fax: 513-241-7197
AJM@OAL-law.com

/s/ Melanie S. Bailey
Lopez, Hodes, Restaino, Milman & Skikos
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
513-852-5600
513-852-5611 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main St., Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market St., 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of August, 2006.

/s/ Melanie S. Bailey
Melanie S. Bailey