UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCT LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| VIRGINA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| Case No.: 2:05 CV 5753 | |

Pursuant to Federal Civil Rule 15, Plaintiff respectfully requests leave to amend the Complaint in the above-captioned matter. Plaintiff requests leave to file an amended complaint in order to correct the identify of the parties.

In general, a party may amend the party's pleading only by leave of court and leave shall be freely given when justice so requires. *Security Ins. Co. of Hartford v. Kevin Tucker & Assoc., Inc.*, 64 F.3d 1001 (6th Cir. 1995), *citing* Fed. R. Civ. P. 15. In Plaintiff's original complaint filed in September of 2005 in the Eastern District of Kentucky, Plaintiff's counsel inadvertently confused the names of Edward and Virginia Adcock. The original complaint was filed as Virginia Adcock, individually and as administrator of the Estate of Edward Adcock. However, the proper case caption should be Edward Adcock, individually and as administrator of the Estate of Virginia Adcock.

Therefore, in the interest of justice, Plaintiff respectfully requests this Honorable Court grant leave to file the amended complaint, attached hereto as exhibit 1. Plaintiff's Counsel has contacted Defendant's counsel regarding this Motion to Amend and

1

Defendant's Counsel has stated that they will not oppose Plaintiff's Motion for leave to file the amended complaint.

Respectfully Submitted:

/s/ *Melanie S. Bailey*
Janet G. Abaray
Melanie S. Bailey (#86679)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
513-852-5600
513-852-5611 (fax)
*Attorney for Plaintiff Edward Adcock,*
*Individually and as Administrator of the Estate*
*of Virginia Adcock*

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion for Leave to File Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main St., Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market St., 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 31st day of August, 2006.

/s/ *Melanie S. Bailey*
Melanie S. Bailey
