## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>   Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | * MDL No. 1657 <br> * |
| ROBBIE TALLAS AND <br> DANIELLE TALLAS, Plaintiffs, | * SECTION L <br> * <br> * JUDGE ELDON E. FALLON |
|   versus | * <br> * MAGISTRATE JUDGE |
| LEMIEUX GROUP, L.P., <br> WBS HOCKEY, L.P., <br> DAVID KOLESATT, M.D., <br> PETER S. KIM, M.D., <br> LOUIS M. SHERWOOD, M.D., <br> EDWARD M. SCOLNICK, M.D. <br> & MERCK & CO., INC., Defendants, | * KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * |
| Case No. 06-00388 | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MERCK & CO., INC.'S MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 60, Merck & Co., Inc. ("Merck") respectfully moves this Court for reconsideration of its August 30, 2006 decision to remand the above-captioned case to the Philadelphia Court of Common Pleas for lack of federal subject matter jurisdiction. As set forth in the accompanying memorandum, plaintiffs' motion was improperly noticed for a hearing and Merck had good reason to assume the hearing would be continued. Moreover, the Court's remand order was in error because there is no reasonable possibility that plaintiffs will prevail on the claims they have asserted against the non-diverse defendants.

826950v.1

Dated:  August 31, 2006                          Respectfully submitted,


                                                 */s/ Dorothy H. Wimberly*
                                                 Phillip A. Wittmann, 13625
                                                 Dorothy H. Wimberly, 18509
                                                 STONE       PIGMAN       WALTHER
                                                 WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, Louisiana  70130
                                                 Phone:  504-581-3200
                                                 Fax:    504-581-3361

                                                 Defendants' Liaison Counsel

2

826950v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck's Motion for Reconsideration has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

826950v.1