## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX             *  |  |
|    Products Liability Litigation             * |  |
|             * |  |
| This Document Relates to:             * | MDL No. 1657 |
|             * |  |
|    ROBBIE TALLAS AND             * | SECTION L |
|    DANIELLE TALLAS, Plaintiffs,             * |  |
|             * | JUDGE ELDON E. FALLON |
|    versus             * |  |
|             * | MAGISTRATE JUDGE |
|    LEMIEUX GROUP, L.P.,             * | KNOWLES |
|    WBS HOCKEY, L.P.,             * |  |
|    DAVID KOLESATT, M.D.,             * |  |
|    PETER S. KIM, M.D.,             * |  |
|    LOUIS M. SHERWOOD, M.D.,             * |  |
|    EDWARD M. SCOLNICK, M.D.             * |  |
|    & MERCK & CO., INC., Defendants,             * |  |
|             * |  |
| Case No. 06-00388             * |  |
|             * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Please take notice that Motion of Merck & Co., Inc. for New Trial on All Issues will be brought on for hearing on the ____ day of _____, 2006, at _____ o'clock ___.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

826951v.1

2

Dated:  August 31, 2006                                   Respectfully submitted,


*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE  PIGMAN  WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

2

826951v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of August, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel