UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 31  PM 4: 16
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Dedrick v. Merck & Co., Inc.*, 05-2524

## SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following dates are set on the docket of Judge Eldon E. Fallon:

| | |
|---|---|
| Monday, Nov. 27, 2006, 8:30 am | Jury Trial |
| Friday, Nov. 10, 2006, 1:30 pm | Pre-Trial Conference |
| Nov. 8, 2006 by 5:00 pm | Pre-Trial Order (The parties shall use the Pre-Trial Notice form attached.) |
| Oct. 10, 2006 | Jury Questionnaire to be completed by Prospective Jurors and Forwarded to Counsel |

1. **Witness Lists:** All witness lists shall include the name and address of the witness and a brief statement of the nature of the witness' expected testimony.

    September 1, 2006     a.  Preliminary Fact Witness List Exchanged by both Parties.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

    September 25, 2006        b.    Plaintiff Witness List delivered to defendant

    October 2, 2006        c.    Defendant's Witness List delivered to Plaintiff

2. **Expert Reports and Depositions:** Reports to be disclosed in compliance with the Fed.R.Civ.Proc. 26(a)(2)(B) shall be delivered to opposing party on the dates provided below. No subsequent change in the expert's opinion, or its basis, will be allowed absent good cause shown and leave of Court.

    September 18, 2006        a.    Plaintiff's Expert Reports delivered to Defendant

    September 27, 2006        b.    Defendant's Expert Reports Delivered to Plaintiff

    October 13, 2006        c.    Deadline for expert depositions. Defendant shall have the right to depose Plaintiff's experts within a reasonable time after their reports are delivered. The same rule applies to Plaintiff's depositions of Defendant's experts.

3. **Discovery:**

    September 15, 2006        a.    Deadline for serving written discovery

    October 6, 2006        b.    Deadline for all fact discovery

4. **Deposition Designation, Exhibits:**

    October 20, 2006        a.    Parties exchange final deposition designations, deposition exhibit list, and trial exhibit list

    October 27, 2006        b.    Counter-designations and objections to deposition designations, deposition exhibits, and trial exhibits

    November 3, 2006        c.    Objections to counter-designations

| | | |
|---|---|---|
| November 17, 2006 | d. | Hearing on objections to deposition designations, deposition exhibits, and trial exhibits |

5. **_Daubert_ and Dispositive Motions:**

| | | |
|---|---|---|
| October 30, 2006 | a. | Any _Daubert_ challenge to Expert Testimony and any Dispositive Motions must be filed by this date. |
| November 7, 2006 | b. | Any oppositions to _Daubert_ and Dispositive Motions must be filed by this date. |
| November 14, 2006 | c. | Reply briefs |
| November 17, 9:00 a.m. | d. | Hearing on all _Daubert_ and Dispositive Motions |

6. **Motions _In Limine_:**

| | | |
|---|---|---|
| October 27, 2006 | a. | Deadline for final motions _in limine_ |
| November 3, 2006 | b. | Deadline for oppositions to final _in limine_ motions |
| November 10, 2006 | c. | Deadline for reply briefs in support of final _in limine_ motions |
| November 17, 2006 | d. | Hearing on final motions _in limine_ |

New Orleans, Louisiana, this __31st__ day of August, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE