IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| | § | Section L |
| | | |
| | | CAUSE NO. 2:05-CV-00494-EEF-DEK |
| | | |
| Magee, et al. v. Merck & Co., et al. | § | |
| _____ | § | Judge Fallon |
| | § | Mag. Judge Knowles |
| (This document relates to all cases) | § | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Plaintiffs, and by and through undersigned counsel, respectfully submit this Motion to Dismiss and/or Withdraw as Counsel, as follows:

1.     The moving Plaintiffs, as well as others, filed this lawsuit in the Circuit Court of Forrest County against the Defendants, Merck & Company, Inc., G.D. Searle and Co., a subsidiary of Pharmacia, Inc., Monsanto Company, Pfizer, Inc., William R. Arnett, M.D., Lance Line, M.D., Andrea Smith, M.D., Salvadore N. Petilos, M.D., William M. Barr, M.D., Richard E. Waller, M.D., Caleen Wolf, M.D., Cassandra Thomas, M.D., Andrea J. Balconis, M.D., Naeem Haider, M.D., Todd Willis, M.D., David A. Ball, M.D., Keith Stamford, Deck Stone, M.D., Thomas L. Windham, M.D., Cooper L. Terry, M.D., Andrea L. Smith, M.D., B. L. Hammack, R.K. Miller, M.D., Michael Collins, M.D., Edward Carruth, M.D., Craig Clark, M.D., R. Pickering, M.D., Dr. Reid, J.G. Peeler, M.D., Reginald Stewart, M.D., Rosie McNair, M.D., Bruce Newell, M.D., Pravin Patel, M.D., Guy T. Vise III, M.D., Joseph Mardis, M.D., James Coleman, M.D., Dr. Childs, MEA, Inc.,  Fred's

1

Express Pharmacy, Kroger Pharmacy of Clarksdale, MS, Quitman Drug Co., Woods Drug Store, Mooreco, Inc., Don's Pharmacy, Tabor Drugs, Bonners Pharmacy, Metasave Drugs, Dyer-Kent Drug Co., San Rex Drug Store, Family Meds, H-Davis Drug Co., Walmart Pharmacy of Batesville, MS, Medistat Pharmacy #414, Barrett-Hedges Drug Store, Medicap, Tyson Drug Co., Walmart Pharmacy of Jackson, MS, Mississippi Discount Drugs, Medisave, Walgreens, Fred's Pharmacy, Pharmet, K-Mart of Natchez, Mississippi, Eckerd Drugs of Mississippi and Anderson Drugs.  The Complaint made detailed numerous allegations against the Defendants related to the drugs Celebrex and/or Vioxx.

2. On or about November 1, 2005, counsel for the Plaintiffs sent letters to all of the Plaintiffs in this lawsuit, suggesting that they dismiss their claims.  Counsel sent these letters by certified first class mail, return receipt requested.  Counsel advised the Plaintiffs that if they would not agree to the dismissal, counsel would move to withdraw as their legal representative, and the parties should seek new counsel.

3. Two (2) letters have been returned, as the addressee, refused, never accepted or never collected the certified letter.  Those plaintiffs are: Joe Lewis Brown, 461 CR 244, Abbeville, MS 38601 and E.Q. Eckford, Route 2, Box BV8, Lambert, MS 38643.  Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson, and Edward Gibson to withdraw as counsel for these Plaintiffs.

4. Plaintiffs Bennie Henderson, 610 Old Canton Road, #C105, Carthage, MS 39051 and Melissa Griffin, Post Office Box 795, Lambert, MS 38643, advised counsel that they wished to pursue their claims.  Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson, and Edward Gibson to withdraw as counsel for these Plaintiffs.

5. To this end, The Gibson Law Firm, PLLC submits the proposed order attached hereto to the Court granting the Motion to Withdraw as Counsel.

WHEREFORE, PREMISES CONSIDERED,

1. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for Plaintiffs, Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford.

2. Counsel respectfully requests the Court allow Plaintiffs, Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford sixty (60) days in which to find new counsel.

Respectfully submitted,

**BETTYE J. MAGEE, et al**


BY  /s/Charles E. Gibson, III
       Charles E. Gibson III

OF COUNSEL:

CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
Telephone: 1-601-957-6010
Facsimile: 1-601-957-6065

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day forwarded via electronic filing, a true and correct copy of the above and foregoing document to the following:

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668

Oxford, MS 38655

D. Drew Malone
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

J. Michael Coleman
Stephanie Edgar
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Christy Jones
Anita Modak-Truran
Kari L. Foster
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Joe R. Colingo
P.O. Box 80
Pascagoula, MS 39568-0080

Gaye Nell Currie
D. Collier Graham, Jr.
S. Todd Jeffreys
Eugene R. Naylor
Wise, Carter, Child & Caraway, P.A.
Capitol at Congress
600 Heritage Building
P.O. Box 651
Jackson, MS 39205

Virgina Frances Holliday
Marc A. Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
P.O. Drawer 8230
Greenwood, MS 38935-8230

Andrew G. McCullough
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

John F. Hughes
Jay R. McLemore
Wilkins, Stephens & Tipton, P.A.
4735 Old Canton Road
P.O. Box 13429
Jackson, MS 39236-3429

John C. Helmert, Jr.
Luckett Tyner Law Firm, P.A.
P.O. Drawer 1000
Clarksdale, MS 38614


Jeffery A. Styres
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
317 East Capitol Street
P.O. Box 131
Jackson, MS 39205-0131

R. Allen Flowers
R. Allen Flowers, Attorney at Law
241 North 25th Avenue
Hattiesburg, MS 39401

Jack W. Land
Bryan, Nelson, P.A.
P.O. Box 18109
Hattiesburg, MS 39404

Jay S. Ciacco
Joseph Jason Stroble
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

Christine B. Tatum
Daniel, Coker, Horton & Bell, P.A.
P.O. Box 1396
Oxford, MS 38655-1396

L. Carl Hagwood
L. Douglas Wade
Campbell, Delong, Hagwood & Wade
P.O. Box 4537
Greenville, MS 38704

Diana Dornan
Jesse Lee Howell, III
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158

C. York Craig, Jr.
Craig, Hester, Luke & Dodson, P.A.
P.O. Box 12005
Jackson, MS 39236-2005

Jeffrey D. Leathers
Greer & Pipkin
P.O. Box 907
Tupelo, MS 38802-0907

This the 31st day of August, 2006.

                                            By: /s/Charles E. Gibson, III
                                                Charles E. Gibson, III