## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | § | **MDL Docket No. 1657** |
| | § | |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |
| | § | **Section L** |
| | | |
| | | **CAUSE NO. 2:05-CV-00494-EEF-DEK** |
| | | |
| **Magee, et al. v. Merck & Co., et al.** | § | |
| _____ | § | **Judge Fallon** |
| | § | **Mag. Judge Knowles** |
| **(This document relates to all cases)** | § | |

## ORDER

THIS DAY, THIS CAUSE came on Plaintiffs' Motion to Withdraw as Counsel of Record for Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford and the Court having reviewed said motion does hereby order as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Charles E. Gibson III and the Gibson Law Firm, PLLC are hereby allowed to withdraw as counsel of record on the following terms and conditions:

1.  Plaintiffs' Counsel shall forward to Counsel for the Defendants a copy of the Order Allowing Withdrawal;

2.  Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown, and E.Q. Eckford are hereby given sixty (60) days to obtain new counsel or Plaintiff(s)' cause shall be dismissed.

3.  If an Entry of Appearance is not made by new counsel in this cause on behalf of

Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis Brown and E. Q. Eckford

within sixty (60) days or, if Plaintiffs Bennie Henderson, Melissa Griffin, Joe Lewis

Brown and E. Q. Eckford have not notified the court that they intend to proceed pro

se within sixty (60) days, Plaintiff(s)' causes shall be dismissed without prejudice,

and without further notice.

SO ORDERED this the _____ day of _____, 2006.

_____
JUDGE

SUBMITTED BY:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005