IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |
| § | | Section L |

CAUSE NO. 2:05-CV-00494-EEF-DEK

| | | |
|---|---|---|
| Magee, et al. v. Merck & Co., et al. § | | |
| § | | Judge Fallon |
| _____ § | | Mag. Judge Knowles |
| (This document relates to all cases) § | | |

**ORDER**

THIS DAY, THIS CAUSE came on Plaintiffs' Motion to Dismiss and the Court having reviewed said motion does hereby order as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Jessie Collins, Melissa Sykes, Noel Neiser, and Janet Kerr's claims are hereby dismissed with prejudice with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs Jessie R. Buie, William Buck, Alvania Ballard, Velma Hall, Nettie Cole Ward, Shirley Smith Sacks, Pamela McMillan, Marcella Weathersby, Diane Slaughter, Vary Lee Watson, Walter Taylor, Alma Elliot, and Otha Phillips's claims are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED this the _____ day of _____, 2006.

_____
JUDGE

1

SUBMITTED BY:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005