IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX § | | MDL Docket No. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |
| § | | Section L |
| | | CAUSE NO. 2:05-CV-00493-EEF-DEK |
| McFarland, et al. v. Merck & Co., et al. § | | |
| ———————————— § | | Judge Fallon |
| § | | Mag. Judge Knowles |
| (This document relates to all cases) § | | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Plaintiff Sharon Johnson, by and through undersigned counsel, and respectfully submits this Motion to Withdraw as Counsel, as follows:

1. The moving Plaintiff, as well as others, filed this lawsuit in the Circuit Court of Jones County, Mississippi against the Defendants, Merck & Company, Inc., G.D. Searle and Co., a subsidiary of Pharmacia, Inc., Monsanto Company, Pfizer, Inc., John Hassell, M.D., David Weiss, M.D., Susan Gunn, M.D., Victor Horn, M.D., Roger Weiner, M.D., Patricia Griffith, M.D., Fred's Express Pharmacy, Columbia Discount Drugs, Super D. #143, Logans Discount Drugs, Quitman Drug Company and Delta Discount Drugs. The Complaint made detailed numerous allegations against the Defendants related to the drugs Celebrex and/or Vioxx.

2. On or about November 1, 2005, counsel for the Plaintiffs sent letters to all of the Plaintiffs in this lawsuit, suggesting that they dismiss their claims. Counsel sent these letters by certified first class mail, return receipt requested. Counsel advised the Plaintiffs that if they would

1

not agree to the dismissal, counsel would move to withdraw as their legal representative, and the parties should seek new counsel.

3.   The letter (which, if requested, will be made available for *in camera* inspection) requested a response no later than 7 days after receipt of said letter regarding the party's intent to pursue or dismiss their claim. If the party did not respond, the letter indicated that counsel would move to dismiss.

4.   The letter addressed to Plaintiff Sharon Johnson, 4406 Cleopatra Road, Memphis, TN 38116, has been returned, as the addressee, refused, never accepted or never collected the certified letter. Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for the Plaintiff Sharon Johnson.

5.   To this end, The Gibson Law Firm, PLLC submits the proposed order attached hereto to the Court granting the Motion to Withdraw as Counsel.

WHEREFORE, PREMISES CONSIDERED,

1.   Counsel respectfully requests the Court allow the Gibson Law Firm, PLLC, Charles E. Gibson III, Gigi Gibson and Edward Gibson to withdraw as counsel for Plaintiff Sharon Johnson.

2.   Counsel respectfully requests the Court allow Plaintiff Sharon Johnson sixty (60) days in which to find new counsel.

                                **SHARON JOHNSON**

                                BY:   /s/Charles E. Gibson, III
                                    Charles E. Gibson III

OF COUNSEL:

CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm

447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
Telephone: 1-601-957-6010
Facsimile: 1-601-957-6065

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day forwarded via electronic filing, a true and correct copy of the above and foregoing document to the following:

S. Kirk Milam
Shelby Duke Goza
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
P.O. Drawer 668
Oxford, MS 38655


D. Drew Malone
Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

J. Michael Coleman
Stephanie Edgar
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Charles C. Harrell
Christy D. Jones
Anita Modak-Truran
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, AmSouth Plaza
210 East Capitol Street
P.O. Box 22567
Jackson, MS 39225-2567

Thomas M. Louis
Wells, Marble & Hurst, PLLC
600 Lamar Life Building
Post Office Box 131
Jackson, MS 39205-0131

Andrew G. McCullough
Christopher J. Walker
Markow Walker, P.A.
Post Office Box 13669
Jackson, MS 39236-3669

Mark Biggers
Upshaw, Williams, Biggers, Beckham & Riddick, LLP
Post Office Box 8230
Greenwood, MS 38935-8230

C. York Craig
P.O. Box 12005
Jackson, MS 39236-12005

Michael Chad Moore
Quintairos, Prieto, Wood & Boyer, P.A.
123 South Congress Street, Ste. 1650
Jackson, MS 39201

Joseph Stroble
Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205

This the 31st day of August, 2006.

                BY:  /s/Charles E. Gibson, III
                    Charles E. Gibson III