# *MEDICAL SCHOOL GRANT PROGRAM*

## COXIB REVIEW COMMITTEE

## *February 26, 2002*

Confidential - Subject To Protective Order

MRK ABK0478418

AGENDA

Confidential Subject To Protective Order

MRK ABK0478419

# COXIB MSGP REVIEW MEETING

## Tuesday, February 26, 2002

---

## AGENDA

1. Minutes of meeting held January 24, 2002

2. Matters arising from the minutes

3. Review of proposals:

| Proposal # | Investigator | Reviewer |
|---|---|---|
| # 378/Hong Kong | Prof. Cheung | David Chang |
| # 379/Philippines | Dr. Laudico | Greg Geba |
| # 380/Isreal | Dr. Singer | Andreas Moan |
| # 381/Chile | Dr. Schulmeyer | David Chang |
| # 382/Singapore | Dr. Kwek | Ken Truitt |
| # 383/Isreal | Prof. Tishler | Phil Davies |

6. Date and time of next meeting: March 26, 2002

Confidential - Subject To Protective Order

MINUTES

Confidential - Subject To Protective Order

MRK-ABK0478421

TO: Coxib MSGP Review Committee    DATE: January 26, 2002

FROM: Dr. Ian W. Rodger

SUBJECT: Coxib MSGP Review Committee Minutes – January 24, 2002

Present:
Carrie Bourdow (CB), David Chang (DC), Phil Davies (PD), Jilly Evans (JE), Brian Fitzgerald (BF), Greg Geba (GG), Rob Grim (RG), Elizabeth Kwong (EK), Francesca Lawson (FL), Pauline Luk (PL), Jeff Melin (JM), Kerry Parker (KP), Helen Pearly (HP), Ann Pycron (AP), Ian Rodger (IWR), Ken Truitt (KT), Robert Young (RY)
Apologies for absence: Sean Curtis, Andreas Moan

1. **Minutes of the Meeting held on August 22, 2001**
   The minutes were received and approved as an accurate record

2. **Matters Arising From the Minutes**
   There were no matters arising from the Minutes.

3. **Discussion regarding new Administrative procedures for the US and new MSGP Database**
   (a) *Administrative revision*
   From 1 January 2002 the administrative responsibility for US proposals will be handled via Greg Geba and David Chang's office in CDP. This revision of procedures brings the Coxib MSGP into alignment with the practices of the other MSGP Committees (reference memorandum from IWR to the MSGP Committee dated 30 November 2001 - attached)


"COXIB MSGP procedural reorganiza

The major change incurred is that once the Coxib MSGP Committee approves a proposal from a US investigator (either drug supply and/or financial support) all contact with the investigator with respect to a Letter of Agreement/MTA/IND/payment of the award becomes the responsibility of the office in CDP. The SOI and full proposal review procedures are unmodified by this administrative revision.

(b) *New MSGP database*
A new electronic MSGP database has been constructed and will be rolled out in the first part of February. A separate on-line instructional meeting will be held for Coxib MSGP Committee members in due course. The database will have the facility to search a variety of fields. The Committee recommended that searching by key words should also be an incorporated facility. Committee members were requested to send to Rob Grim key words, fields and capture facilities that should be incorporated into the Coxib database

*Assignment:*
*Rob Grim to liaise with ETS to have the search facility of the database expanded to incorporated suggestions made by Committee members.*

Confidential Subject To Protective Order

MRK ABK0478422

4. **Budget & Priority areas for support in 2002**

   (a) *Budget*
   The total budget for the Coxib MSGP has been drastically reduced for 2002 compared with 2001. The impact of these reductions will be greatest in the US since the carryover from projects initiated in 2001 approximates 50% of the total money available from USHH to support proposals (both cancer and others) from US investigators
   *Support for US proposals:*   VIOXX:   $200K + cancer studies $250K = Total $450K
   REDACTED 

   REDACTED

   (a) *Priorities for support in 2002*
   For VIOXX, following input from the WBST, it has been agreed by the GMT and senior management that support should only be allocated for studies in the renal/cardiovascular areas and for acute pain studies (especially ex-US)
   REDACTED

   Studies that fall outwith the agreed areas will not be supported financially. However investigators may be provided with drug and matching placebo for any proposal that is approved by the Coxib MSGP Committee but is not within the priority areas
   All submissions to the MSGP should go through the Coxib MSGP's formally approved channels and not brought directly to the Committee for initial review. All international proposals should be processed via Ian Rodger's office; all US-based proposals via Greg Geba and David Chang's CDP office. This will ensure compliance with the objectives of the MSGP Committee for 2002 and an even-handedness in dealing with all submissions

   **DECISION:**
   *For 2002 all studies that do not fall within the agreed priority areas will not be considered for financial support.*

5. **Proposals Reviewed – *AT A GLANCE***

| Number | Name | Country | Title |
|---|---|---|---|
| 357 | Badr | Lebanon | Central arterial stiffness as a predictor of a hypertensive response to rofecoxib |
| 366 | Komers | USA | Effects of COX-2 inhibition on plasma and renal renin in diabetes |
| 368 | Humawy | USA | Randomized double blind prospective study evaluating patient tolerance of transurethral ultrasound guided biopsy of the prostate using pre biopsy Vioxx |
| 371 | Giles | Australia | Influence of sex on analgesia |
| 373 | Raeder | Norway | Rofecoxib for routine post-operative pain prophylaxis in laparoscopic anesthesia surgery |
| 374 | Tzivoni | Isreal | The influence of rofecoxib treatment on inflammatory markers, clinical outcome and endothelial function in patients with acute coronary syndromes |
| 375 | De Zeeuw | Netherlands | Renoprotective use of COX-2 inhibitors |
| 376 | Giaid | Canada | Role of COX-2 in the pathophysiology of atherosclerosis and myocardial ischemia |
| 377 | Szczeklik | Poland | Effects of rofecoxib on thrombin generation and thromboxane $B_2$ and 6-keto-PFG$_1$ levels at site of microvascular injury in healthy subjects and patients with coronary artery disease |

Confidential - Subject To Protective Order

MRK-ABK0478423

4. Review of Submissions/Proposals — *Comments/Decisions/Assignments*

   *#357 Badr/Lebanon, "Central arterial stiffness as a predictor of a hypertensive response to rofecoxib"*

   *Comments:*
   This proposal addresses the mechanistic concept that patients with reduced arterial compliance will react to Na$^+$ retention, induced by rofecoxib, with an increase in BP. The investigators propose to examine three groups of patients administering 50mg rofecoxib for a seven day period. The Committee had several concerns with respect to the proposal. First, this is a very small, unblinded study and the measurements that are intended are very susceptible to observer bias. Second, the dose of 50mg for seven days is inappropriate. Furthermore, to observe any significant changes in arterial stiffness a longer period of drug administration might well be necessary. Third, arterial stiffness is very dependent upon the age of the patient. Thus, younger patients will presumably have a significantly lower stiffness than older subjects and this is not accounted for in the study design. Given the small sample size there is unlikely to be a clearly defined outcome. A further consideration is quite what one would do with the data generated since very few, if any, physicians would be in a position to evaluate arterial stiffness as a diagnostic criterion prior to prescribing a Coxib.

   *Decision:*
   *Proposal rejected*

   *Assignment:*
   *TWR will communicate with the field*

   *#366, Komers/USA, "Effects of COX-2 inhibition on plasma and renal renin in diabetes"*

   *Comments:*
   This proposal is a logical extension of the work that the investigator has already performed using MF-tricyclic in proof-of-principle experiments. The animal model of diabetic nephropathy is well validated and has relevance to the clinical setting of end-stage renal nephropathy. It is also well known that conventional NSAIDs exert a reno-protective effect in diabetic nephropathy and reduce the proteinuria associated with the condition. What is not clear is whether this effect is via COX-1 or COX-2 inhibition. The Committee acknowledged that there was no obvious downside risk to providing rofecoxib for the work described. The drug should be administered in rodent chow. Terminal bleeds should be taken so that the plasma concentration of rofecoxib can be determined.

   *Decision:*
   *Proposal accepted for support*

   *Assignment:*
   1. *PL/JE/TWR to work out a suitable dose of rofecoxib to be administered in animal chow — one that would approximate that of MF-tricyclic — and inform DC/GG*
   2. *DC/GG to issue the Letter of Agreement and MTA to the investigator*

Confidential - Subject To Protective Order

MRK-ABK0478424

#368, Hamawy/USA, *"Randomized double blind prospective study evaluating patient tolerance of transurethral ultrasound guided biopsy of the prostate using pre-biopsy VIOXX"*

*Comments:*
This is preemptive VIOXX study examining analgesia in an invasive clinical setting However, the only endpoint in the proposal as it stands is the evaluation of pain immediately after surgery. The major concern with the proposal was the model described and whether the intervention was sufficiently painful to show an unequivocal analgesic effect of rofecoxib After considerable discussion it was decided that the model was worthy of pursuit, especially since conventional NSAIDs cannot be administered to patients undergoing this type of procedure because of the blood loss involved in the procedure The investigator, however, would be asked to incorporate additional pain assessment endpoints such as time to rescue medication and PGAR F

*Decision:*
Proposal approved for support (drug only), conditional upon modification of the protocol by the investigator to include the additional endpoints suggested by the Committee.

*Assignment:*
DC to communicate with the investigator concerning revision of the protocol. Subject to satisfactory revision of the protocol the Letter of Agreement would be issued.

---

#371, Giles/Australia, *"Influence of sex on analgesia"*

*Comments:*
This proposal is a request for access to the MRL database to allow evaluation of the effect of sex hormones on the analgesic responses of NSAIDs and rofecoxib in chronic pain patients (basically our OA and RA data sets) The Committee debated the elements of this request at considerable length. Given the complexity of the data in terms of treatment regimens, drugs used, patient characteristics (for example nearly all patients in the OA studies would be postmenopausal), menstrual cycle status (we do not normally capture such data in our trials), wide variety of reasons for pain presence in the OA versus the RA patients the Committee resolved that it was inappropriate to supply the data-sets to the investigator. The possibility of using only the dental pain data-sets was also considered but given that these included nearly all young subjects (thus no possibility of post-menopausal data) this was also deemed inappropriate

*Decision:*
Proposal rejected

*Assignment:*
TWR to communicate with the field.

---

#373, Raeder/Norway *"Rofecoxib for routine post-operative pain prophylaxis in laparoscopic surgery"*

*Comments:*
This is an invasive laparoscopic gynecological surgical model, mostly hysterectomy or oophorectomy, comparing the analgesic efficacy of a single dose of rofecoxib preoperatively with that of intravenous ketorolac. The protocol is well written with some excellent functional outcomes It comes from a very significant anesthesiologist in Scandinavia The

Confidential - Subject To Protective Order

MRK-ABK0478425

major concern expressed by the Committee is that the study is too closely aligned to the MRL preemptive obstetric/gynecological analgesia study that is underway. If supported as it stands the results from Raeder's study would require to be included in Merck's regulatory filing for a preemptive analgesic indication. This alone precludes support of the protocol via the Coxib MSGP. Notwithstanding, the Committee suggested that the investigator be asked to consider an alternative surgical procedure, for example ACL repair, cholecystectomy etc. Additionally it would be important to perform a study in a surgical setting that does not involve major anesthesia but one that involves local anesthesia. The Committee also suggested that ketorolac dosing should be 30mg+15mg+15mg rather than 30+30+30mg. Additional pain assessments should be performed at 6, 7 and 8 hrs in addition to 12 and 24hours.

*Decision:*
*Proposal rejected*

*Assignment:*
*IWR to contact the field and request that the investigator consider resubmitting another proposal along the lines suggested above.*

---

#374, Izivoni/Isreal, *"The influence of rofecoxib treatment on inflammatory markers, clinical outcome and endothelial function in patients with acute coronary syndromes"*
*Comments:*
This is a request for support of a study that would be a repeat of a positive pilot that was run by the same investigators. Whilst the results of the pilot look promising the Committee regarded support of a repeat study as being potentially problematic since there would still be very small numbers of patients involved and they are all "at risk" subjects. One or two fatalities in the rofecoxib group could prove catastrophic from a commercial standpoint, even if they were to simply occur by chance. Furthermore, a MRL study group recently reviewed in depth the question of CRP in patients with atherosclerosis. Their clear conclusion was that there are no compelling data to support a positive effect of rofecoxib on CRP. The belief, in some quarters, that NSAIDs have an effect on CRP is not at all well validated. Indeed, there is a theoretical possibility that Coxibs/NSAIDs may drive up the levels of CRP by virtue of removing a pool of eicosanoids that may actually regulate the formation of CRP.

*Decision:*
*Proposal rejected*

*Assignment:*
*IWR will communicate with the field.*

---

#375, de Zeeuw/Netherlands, *"Renoprotective use of COX-2 inhibitors"*
*Comments:*
This is a study designed to explore a potential nephro-protective effect of rofecoxib in patients with diabetic and non-diabetic renal disease. It comes from one of the world's foremost experts in this field of clinical investigation and the person who showed originally that ACE inhibitors, somewhat counter-intuitively, could be protective in patients with proteinuria. The investigator has already shown that high doses of NSAIDs (in particular naproxen and indomethacin) are indeed nephroprotective. In essence this is a pilot study designed to examine the effects of 25 mg rofecoxib in a single site study. The protocol calls

Confidential - Subject To Protective Order

for patients to be exposed to a 4 week run-in period followed by 4 weeks on rofecoxib, 4 weeks washout and then 4 weeks on indomethacin (2x75mg retard formula) This last period is important to assess whether patients who might not have responded to rofecoxib do actually respond to a positive control. To maximize the patients likelihood to respond to treatment, the patients are salt and volume depleted [low salt diet plus 12.5mg hydrochlorothiazide (HCT)]. A question was raised as to whether the HCT was absolutely necessary since this would not be something that would be incorporated into a potential follow-up study from Vanderbilt university in conjunction with the NIH

*Decision:*
*Proposal accepted for support.*

*Assignment:*
*1. IWR to contact DeZeeuw to raise the question concerning HCT.*
*2. IWR to communicate with the field to expedite initiation of the study.*

#376, Giaid/Canada, "Role of COX-2 in the pathophysiology of atherosclerosis and myocardial ischemia"
*Comments:*
This study comes from an investigator who is one of the few to show a beneficial effect of COX-2 inhibition (with DFU) in an animal model of myocardial infarction. The investigator proposes to examine the relative effects of COX-1 & 2 in a vascular disease setting using validated animal models with the intention of determining the role of prostaglandins in the pathophysiology of atherosclerosis and ischemic heart disease. What is presented is a fairly extensive "shopping list" of intended analyses. These include evaluations of COX-2 inhibition with rofecoxib in an atherosclerotic rat model and a receptor KO mouse model, extension studies of COX-2 inhibition in the myocardial infarction model and an immunohistochemical analysis examining the localization and distribution COX-1 & 2 with special reference to the vasculature. The Committee was in general agreement with the investigator's approach but made the following recommendations. First the investigator should be asked to lay out a clearer work plan providing more specifics of the experiments intended and the stepwise approach that would be followed. Second, the immuno-histochemical localization studies should include PGI synthase.

*Decision:*
*The proposal was accepted for support, in principle*

*Assignment:*
*IWR to contact the investigator to request a more detailed work plan*

#377, Szczeklik/Poland, "Effects of rofecoxib on thrombin generation and thromboxane $B_2$ and 6-keto-PFG $_{1\alpha}$ levels at site of microvascular injury in healthy subjects and patients with coronary artery disease"
*Comments:*
This is a study that could have a very significant potential impact on the discussion surrounding Coxibs and their effect upon $PGI_2$ formation in the cardiovascular system. The investigator is a well-established authority in this field of eicosanoid biology. The study is well-designed and controlled. In the process of submitting the proposal the investigator has already performed the experiments in 19 patients examining the effect of rofecoxib on $TxB_2$,

Confidential Subject To Protective Order

MRK-ABK0478427

PGI$_2$ and thrombin generation in bleeding-time blood. He has shown convincingly that there is no effect of rofecoxib on the formation of all three substances. The Committee was supportive of the study and suggested that the investigator not only perform the experiments with naproxen but also with low-dose aspirin and diclofenac to give the broadest possible data set. The Committee recommended that the clinical program be conducted in a two-step process: examine the effects in normal subjects first and then based upon an assessment of the data decide whether to proceed to patients with atherosclerosis/stable ischemic heart disease.

*Decision:*
*Proposal accepted for support*

*Assignment:*
*1. IWR to communicate with the field and request that the investigator examine low-dose aspirin, diclofenac and naproxen. The study should move forward as expeditiously as possible.*

4. **Date of next meeting**

The next meeting/teleconference is scheduled for February 26, 2002.

*Ian W Rodger 26 January 2002*

Confidential - Subject To Protective Order

MRK-ABK0478428