**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX® PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| | * | **JUDGE FALLON** |
| **This document relates to** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| **ANTHONY WAYNE DEDRICK** | * | |
| Plaintiff, | * | |
| **V.** | * | |
| **MERCK & CO., INC.,** | * | |
| Defendant. | * | |
| **Civil Action No. 2:05cv2524** | * | |

*** * * * * * * * * * * * * * * * * * * * * * * * ***

**MERCK & CO., INC.'S PRELIMINARY LIST OF FACT WITNESSES FOR TRIAL**

Defendant Merck & Co., Inc., by and through its undersigned counsel, hereby preliminarily identifies the following persons whom Defendant may elect to call at trial, either in person or by deposition. Defendant's final witness list, which is due on October 2, 2006, may identify additional witnesses including those who will be deposed before trial. This preliminary list does not include those witnesses for whom Defendant would seek to introduce a counter-designation of deposition testimony if

Plaintiff seeks to introduce deposition testimony from the same witness. Defendant reserves the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial and/or subsequent issues that arise during the course of discovery. Defendant also reserves the right to call, live or by deposition, any witnesses (i) identified by Plaintiff, (ii) for which Plaintiff designates deposition testimony, (iii) who is identified hereafter through discovery, or (iv) as may be called consistent with applicable law. By identifying the witnesses below, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. In the event that a stipulation as to the authenticity of any document cannot be reached with Plaintiff's counsel, Merck reserves the right to submit affidavits from, call, live or by deposition, and/or submit written deposition testimony from the witnesses necessary to authenticate the document. Merck anticipates eliciting fact testimony from Merck employees and/or advisors, as well as opinion testimony related to their duties (which do not regularly involve giving expert testimony).

1) David Anstice
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony*: Merck President for Human Health. Anticipated testimony is reflected in witness' MDL Deposition.

2) Dr. Eliav Barr
   Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, NJ 08889
   *Testimony*: Merck Research Laboratories Cardiologist.

3) Susan Baumgartner
   Merck & Co., Inc.
   One Merck Drive

        Whitehouse Station, NJ 08889
        *Testimony*: Former Marketing Manager at Merck. Anticipated testimony is reflected in witness' MDL Deposition.

4) Dr. Barry Gertz
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Executive Vice President of Clinical Research at Merck Research Laboratories.

5) Raymond Gilmartin
    c/o Bartlit Beck Herman Palenchar & Scott LLP
    Courthouse Place
    54 West Hubbard Street, Suite 300
    Chicago, IL 60610
    *Testimony*: Former CEO of Merck & Co., Inc.

6) Dr. Briggs Morrison
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

7) Dr. Alan Nies
    c/o Bartlit Beck Herman Palenchar & Scott LLP
    Courthouse Place
    54 West Hubbard Street, Suite 300
    Chicago, IL 60610
    *Testimony*: Former Senior Vice President of Clinical Research at Merck Research Laboratories.

8) Dr. Alise Reicin
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Vice President of Clinical Research at Merck Research Laboratories.

9) Dr. Nancy Santanello
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony*: Executive Director of Epidemiology at Merck.

10) Dr. Edward Scolnick
c/o Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
*Testimony*: Former President of Merck Research Laboratories.

11) Dr. Robert Adams
Address to be identified
*Testimony*: Former healthcare provider for Plaintiff.

12) Dr. Harold Butler
Address to be identified
*Testimony*: Former healthcare provider for Plaintiff.

13) Dr. William H. Coltharp
Cardiovascular Surgery Associates
4230 Harding Road, Suite 450
Nashville, TN 37205
*Testimony*: Performed Plaintiff's bypass surgery.

14) Sherry Curtis
1591 Moccasin Creek
Waynesboro, TN 38485
*Testimony*: Plaintiff's girlfriend.

15) Anthony Wayne Dedrick
329 Highway 64 W
Apartment 5B
Waynesboro, TN 38485
*Testimony*: Plaintiff.

16) Kenny Dedrick
113A Springvalley Apartments, Highway 13
Waynesboro, TN 38485
*Testimony*: Plaintiff's brother.

17) Phil Dedrick
105 Mindy Drive
Waynesboro, TN 38485
*Testimony*: Plaintiff's brother.

18) Dr. Kenneth Dickson
24 Revere Circle, Apartment 13
Jackson, TN 38305-3468
*Testimony*: Former healthcare provider for Plaintiff.

19) Dr. Esmeraldo Herrera
    905 Andrew Jackson Drive, Suite A
    Waynesboro, TN 38485
    *Testimony*: Plaintiff's primary care physician.

20) Dr. Girendra Hoskere
    406 Emerald Chase Circle
    Johnson City, TN 37615-4947
    *Testimony*: Former healthcare provider for Plaintiff.

21) George E. Jacoby, M.A.
    1987 James Road
    Memphis, TN 38127-8826
    *Testimony*: Former healthcare provider for Plaintiff.

22) Dr. Mark Koenig
    The Heart Group
    4230 Harding Road, Suite 330
    Nashville, TN 37205
    *Testimony*: Performed Plaintiff's cardiac catheterization.

23) Dr. John McPherson
    The Heart Group
    4230 Harding Road, Suite 330
    Nashville, TN 37205
    *Testimony*: Plaintiff's cardiologist.

24) Ann McSpadden, Ph.D.
    17 E Yates North
    Memphis, TN 38120
    *Testimony*: Former healthcare provider for Plaintiff.

Dated: September 1, 2006

Respectfully submitted,

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Philip S. Beck
Mark S. Ouweleen
Carrie A. Jablonski
BARLIT BECK MERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone: 312-494-4400
Fax:    312-494-4440

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Preliminary List of Fact Witnesses for Trial has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Plaintiff's counsel Andy Birchfield, Jr. by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of September, 2006.

/s/ Dorothy H. Wimberly