UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| CHARLES C. FOTI, JR., ATTORNEY | * | SECTION L |
| GENERAL for the STATE OF LOUISIANA, | * | |
| and THE CITIZENS OF THE STATE OF | * | JUDGE ELDON E. FALLON |
| LOUISIANA, and the LOUISIANA | * | |
| DEPARTMENT OF HEALTH & | * | MAGISTRATE JUDGE |
| HOSPITALS, | * | DANIEL E. KNOWLES, III |
| | * | |
|    Plaintiff, | * | |
| | * | |
|    versus | * | |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
|    Defendant. | * | |
| | * | |
| Case No. 05-3700 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed/Consent Motion to Set Deadlines to Respond to Interrogatories and Requests for Documents;

**IT IS HEREBY ORDERED** that Motion be and hereby is **GRANTED**.

The deadlines regarding (1) the First Requests for Production of Documents and First Set of Interrogatories served by Charles C. Foti, Jr. Attorney General, State of Louisiana (the "Foti discovery"), and (2) Merck & Co., Inc.'s First Requests for Production of Documents and First Set of Interrogatories (the "Merck discovery") are as follows:

| Activity | Date |
| --- | --- |
| Merck's written objections to Foti discovery | September 22, 2006 |
| Mr. Foti's written objections to Merck discovery | October 16, 2006 |
| Merck's responses to Foti's interrogatories and commencement of production of documents | October 31, 2006 |
| Mr. Foti's responses to Merck's interrogatories and commencement of production of documents | November 20, 2006 |

Furthermore, the parties reserve their right to amend their initial written objections. The parties, moreover, will not file a motion to compel until after the corresponding deadlines for the responses to interrogatories and commencement of document production. Thus, Mr. Foti will not file any motion to compel until after Merck's October 31, 2006 response date, and Merck will not file any motion to compel until after Mr. Foti's November 20, 2006 response date.

New Orleans, Louisiana, this ____ day of September 2006.

_____
DISTRICT JUDGE