UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *   MDL No. 1657<br>* |
| LOUISIANA HEALTH SERVICE<br>INDEMNITY COMPANY d/b/a<br>BLUE CROSS/BLUE SHIELD of<br>LOUISIANA, | *   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE |
| Plaintiff, | *   DANIEL E. KNOWLES, III<br>* |
| versus | *<br>* |
| MERCK & CO., INC. | *<br>* |
| Defendant. | *<br>* |
| Case No. 05-3700 | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * *

## <u>UNOPPOSED/CONSENT MOTION, AND INCORPORATED MEMORANDUM IN SUPPORT, TO SET DEADLINES TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS</u>

Defendant, Merck & Co. Inc., ("Merck"), respectfully submits its motion to set deadlines to respond to Interrogatories and Request for Production of Documents. In support of this motion, Merck avers as follows:

I.

On or about August 2, 2006, Louisiana Health Service Indemnity Company d/b/a Blue Cross/Blue Shield of Louisiana ("Blue Cross") served its First Request for Production of Documents and its First Set of Interrogatories (the "Blue Cross discovery"). On or about August 24, 2006, Merck served on Blue Cross its First Request for Production of Documents and First Set of Interrogatories (the "Merck discovery").

II.

The parties' discovery requests are voluminous, and the parties have agreed to the following scheduling order:

| Activity | Due Date |
| --- | --- |
| Merck's written objections to Blue Cross discovery | September 22, 2006 |
| Blue Cross's written objections to Merck discovery | October 16, 2006 |
| Merck's responses to Blue Cross interrogatories and commencement of production of documents | October 31, 2006 |
| Blue Cross's responses to Merck's interrogatories and commencement of production of documents | November 20, 2006 |

III.

In addition, the parties reserve the right to amend their initial written objections. The parties, moreover, will not file a motion to compel until after the corresponding deadlines for the responses to interrogatories and commencement of document production. As such, Blue Cross will not file any motion to compel until after Merck's October 31, 2006 response date, and Merck will not file any motion to compel until after the November 20, 2006 response date of Blue Cross.

### IV.

Counsel for Blue Cross consents to this motion

**WHEREFORE** Merck respectfully requests that the Court set deadlines for the referenced discovery as proposed herein.

Respectfully submitted,

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
STANLEY, FLANAGAN &
REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmalite M. Bertaut, 3054
STONE PIGMAN WALTHIER
WITTMANM, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

And

John H. Beisner
Jessica Davidson Miller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Attorneys for Merck & Co., Inc

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed/Consent Motion, and Memorandum in Support, to Set Deadlines to Respond to Interrogatories and Requests for Production of Documents has been served on Liaison Counsel, Russ Herman and Phillip Whitmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___1___ day of September 2006.

_____