UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| LOUISIANA HEALTH SERVICE | * | SECTION L |
| INDEMNITY COMPANY d/b/a | * | |
| BLUE CROSS/BLUE SHIELD OF | * | JUDGE ELDON E. FALLON |
| LOUISIANA | * | |
| | * | MAGISTRATE JUDGE |
|     Plaintiff, | * | DANIEL E. KNOWLES, III |
| | * | |
|     versus | * | |
| | * | |
| MERCK & CO., INC. | * | |
| | * | |
|     Defendant. | * | |
| | * | |
|     Case No. 05-3700 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed/Consent Motion to Set Deadlines to Respond to Interrogatories and Requests for Documents;

**IT IS HEREBY ORDERED** that Motion be and hereby is **GRANTED**.

The deadlines regarding (1) the First Requests for Production of Documents and First Set of Interrogatories served by Louisiana Health Service Indemnity Company d/b/a

Blue Cross/Blue Shield of Louisiana ("Blue Cross"), and (2) Merck & Co., Inc.'s First Requests for Production of Documents and First Set of Interrogatories (the "Merck discovery") are as follows:

| Activity | Date |
|---|---|
| Merck's written objections to Blue Cross discovery | September 22, 2006 |
| Blue Cross's written objections to Merck discovery | October 16, 2006 |
| Merck's responses to Blue Cross interrogatories and commencement of production of documents | October 31, 2006 |
| Blue Cross's responses to Merck's interrogatories and commencement of production of documents | November 20, 2006 |

Furthermore, the parties reserve their right to amend their initial written objections. The parties, moreover, will not file a motion to compel until after the corresponding deadlines for the responses to interrogatories and commencement of document production. Thus, Blue Cross will not file any motion to compel until after Merck's October 31, 2006 response date, and Merck will not file any motion to compel until after the November 20, 2006 response date of Blue Cross.

New Orleans, Louisiana, this _____ day of September 2006.

_____

DISTRICT JUDGE