UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO**
   *Calandra, et al. v. Merck & Co., Inc.*, 05-2914
   *De Toledo, et al. v. Merck & Co., Inc.*, 05-5083

### ORDER

Pending before the Court is the Plaintiffs' Motion to Strike Portions of Defendant Merck & Co., Inc.'s Reply Referring to Declarations and Declarations in Support of Reply, or in the Alternative, to File a Surreply and Extension of Time in Which to File Plaintiffs' Surreply (Rec. Doc. 5804). The Court dismissed these two actions under the doctrine of *forum non conveniens* on August 30, 2006. Accordingly, IT IS ORDERED that the Plaintiffs' motion is DENIED AS MOOT.

New Orleans, Louisiana, this   5th   day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE