UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ROBERT G. SMITH, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply in Support of Merck's Motion for Order Excluding Testimony of John D. Abramson, M.D.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted one additional page for its Reply in Support of its Motion for Order Excluding Testimony of John D. Abramson, M.D.

NEW ORLEANS, LOUISIANA, this 3rd day of September, 2006.

_____
DISTRICT JUDGE

826036v.1