UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 2:05-CV-04379 | * | |
| ROBERT G. SMITH, | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Reply in Support of Merck's Motion for Order Excluding Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted one additional page for its Reply in Support of Merck's Motion for Order Excluding Testimony that Short-Term Use Increases Cardiovascular Risk.

NEW ORLEANS, LOUISIANA, this __3rd__ day of __September__, 2006.

_____
DISTRICT JUDGE

826062v.1