Rofecoxib
FDA Advisory Committee Background Information

1

## TABLE OF CONTENTS

PAGE

LIST OF TABLES ............................................................................................. 4
LIST OF FIGURES .......................................................................................... 7
Glossary of Terms .......................................................................................... 10
Executive Summary ....................................................................................... 12
1.  Introduction ............................................................................................. 37
  1.1  Organization of Document ................................................................ 37
  1.2  Collection of Data ............................................................................ 42
2.  Summary of Gastrointestinal Safety ....................................................... 42
  2.1  Rationale for the Development of Rofecoxib ................................... 42
  2.2  Gastrointestinal Adjudication Standard Operating Procedure (SOP) .. 42
  2.3  Definition of Adjudicated Endpoints ............................................... 43
  2.4  GI Safety Results in OA and RA Patients ....................................... 43
    2.4.1  Endoscopy Studies in OA and RA Patients ............................. 44
    2.4.2  Pooled Analysis of Phase IIb to V Studies With Rofecoxib ... 45
    2.4.3  Vioxx GI Outcomes Research Trial (VIGOR) ........................ 47
    2.4.4  Endoscopy Data With Rofecoxib Plus Aspirin ....................... 49
    2.4.5  Summary of GI Safety in Active Comparator-Controlled Studies . 51
  2.5  Data From Placebo-Controlled Studies ........................................... 52
  2.6  Lower GI Safety Results ................................................................... 53
  2.7  GI Safety Conclusions for Rofecoxib ............................................. 53
3.  Renovascular Effects ............................................................................... 54
  3.1  Background ........................................................................................ 54
  3.2  Data in OA and RA Patients ............................................................ 56
    3.2.1  Edema and CHF ....................................................................... 56
    3.2.2  Hypertension ............................................................................ 59
  3.3  Data From Large Placebo-Controlled Studies ................................. 62
    3.3.1  Edema and CHF ....................................................................... 62
    3.3.2  Hypertension ............................................................................ 63
  3.4  Renovascular Safety Summary ......................................................... 64
  3.5  Renovascular Safety Conclusions .................................................... 65
4.  CV Safety in Rofecoxib Prior to Sep-2004 APPROVe Trial Results ..... 65
  4.1  Cardiovascular Information at Time of the 1998 Original NDA ...... 66
    4.1.1  Clinical Pharmacology ............................................................ 66
      4.1.1.1  The Effects of Aspirin, Selective COX-2 Inhibitors, and
              Nonselective NSAIDs on Platelet Thromboxane Metabolism
              and Function ................................................................. 66
      4.1.1.2  The Effects of Selective COX-2 Inhibitors and of
              Nonselective NSAIDs on Prostacyclin Synthesis .......... 66
    4.1.2  Cardiovascular Clinical Results in Phase IIb/III OA Studies . 67
    4.1.3  CV Conclusions Original NDA ............................................... 74
    4.1.4  Results of 1999 Arthritis Advisory Committee Meeting and
           NDA Approval ......................................................................... 74
    4.1.5  CV Adjudication Standard Operating Procedure (SOP) ......... 75

M00439682S

Rofecoxib
FDA Advisory Committee Background Information

## TABLE OF CONTENTS (CONT.)

PAGE

4.1.5.1  CV Endpoints ........................................................................... 76
4.2   VIGOR (First Patient Enrolled: 06-Jan-1999/Completed: 17-Mar-2000) ................... 77
4.2.1   CV Safety From VIGOR ........................................................... 78
4.2.2   VIGOR Subgroup Analyses ...................................................... 82
4.2.3   Evidence Against a Prothrombotic Effect of Rofecoxib: Placebo-Controlled Interim Data From the Alzheimer's Disease Program (Data From Sep-2000 Provided) ........................ 85
4.2.3.1   Thrombotic Cardiovascular Serious Adverse Experiences in Alzheimer's Disease Studies (Protocols 078 and 091) – Interim Analysis (Sep-2000) ............................. 86
4.2.4   Evidence Supporting a Possible Cardioprotective Effect of Naproxen 500 mg Twice Daily in VIGOR ................... 89
4.2.4.1   The Mechanism of Action for the Vascular-Protective Properties of Aspirin ............................. 90
4.2.4.2   Comparison of the Effects of Selective Cox-2 Inhibitors and Nonselective NSAIDs/Aspirin on COX-1-Related Platelet Metabolism: Clinical Pharmacology .................. 91
4.2.4.3   Comparison of the Vascular Protective Effects of Naproxen/Aspirin in Preclinical Models of Vascular Injury .... 93
4.2.4.4   Clinical Evidence of an Antiplatelet Effect of Naproxen 500 mg Twice Daily in the VIGOR Study ............... 94
4.2.4.5   Clinical Trials Evaluating the Vascular-Protective Properties of Nonselective NSAIDs ......................... 94
4.2.4.6   Clinical Trials Demonstrating a Difference in Cardiovascular Event Rates Between Naproxen and Other Selective COX-2 Inhibitors ......................................... 96
4.2.4.7   Weight of the Evidence in Favor of an Antithrombotic and Potential Cardioprotective Benefit of Naproxen 500 mg Twice Daily (Sep-2000) ........................... 96
4.2.5   Pooled Analysis of Thrombotic Cardiovascular Events: Rofecoxib or Nonselective NSAID Users Across All Rofecoxib Clinical Trials Using the Antiplatelet Trialists' Collaboration (APTC) Combined Endpoint (Original Pooled Analysis, Sep-2000) ..... 99
4.2.5.1   Pooled Analysis of APTC Combined Endpoint Data by Rofecoxib Dose (September 2000 Data) ..................... 103
4.2.6   Cardiovascular Conclusions – VIGOR ............................. 105
4.2.7   Outcome of Feb-2001 Advisory Committee Meeting and Final FDA Decisions on the VIGOR Supplemental NDA ............ 106
4.3   Ongoing Activities Post-VIGOR Through September-2004 ............. 107
4.3.1   Study of CV Outcomes (Protocol Developed 2002) ............... 107
4.3.2   Continual Monitoring of Ongoing Studies (2001 to 2004) ........ 108
4.3.2.1   Final OA IIb/III CV Data ........................................... 109

Rofecoxib
FDA Advisory Committee Background Information

3

## TABLE OF CONTENTS (CONT.)

| | PAGE |
|---|---|
| 4.3.2.2  Alzheimer's Disease CV Safety – Final Analysis (Jun-2003 Data) | 112 |
| 4.3.2.3  Updates to Pooled Analysis of CV Events Based on APTC Combined Endpoint – Final Update Based on Jun-2003 Data | 115 |
| 4.3.2.3.1  Primary Findings | 115 |
| 4.3.2.3.2  Subgroup Analyses | 117 |
| 4.3.2.3.2.1  Pooled Analysis of APTC Combined Endpoint Data by Rofecoxib Dose - Final Data Cutoff Jun-2003 | 118 |
| 4.3.2.3.2.2  Pooled Analysis of APTC Combined Endpoint by Baseline CV Risk - Final Data Cutoff Jun-2003 | 120 |
| 4.3.2.3.2.3  Pooled Analysis of APTC Combined Endpoint by Aspirin Use - Final Data cutoff Jun-2003 | 121 |
| 4.3.3  Mortality - Final Data Cutoff Jun-2003 | 124 |
| 4.3.4  Summary—Cardiovascular Events in the Clinical Trials Program for Rofecoxib (Through Aug-2004) | 125 |
| 4.3.5  Conclusions—Cardiovascular Events in the Clinical Trials Program for Rofecoxib (Through Aug-2004) | 126 |
| 5.  Data from Epidemiology Studies | 127 |
| 5.1  Observational Studies Published in the Peer-Reviewed Literature to Date | 128 |
| 5.1.1  Open-Label and Monitoring Studies | 128 |
| 5.1.2  Comparative Observational Studies | 129 |
| 5.2  Additional Comparative Observational Studies | 130 |
| 5.3  Summary of Epidemiological Reports | 132 |
| 6.  Cardiovascular Safety Results From APPROVe (September 2004) | 133 |
| 6.1  Primary Analyses | 137 |
| 6.2  Subgroup Analyses | 142 |
| 6.2.1  Analysis of Blood Pressure Changes and Risk of Having Serious Cardiovascular Thrombotic Adverse Experiences | 144 |
| 6.3  APPROVe Summary | 147 |
| 6.4  APPROVe Conclusions | 148 |
| 7.  Postmarketing Data | 148 |
| 8.  Overall Conclusions | 149 |
| 9.  List of References | 150 |
| APPENDIX 1  Emerging Data on Prostaglandin Biology Relevant to the Cardiovascular System | 162 |
| APPENDIX 2  Summary of Efficacy Findings from Rofecoxib Alzheimer's Disease Studies | 166 |

Rofecoxib
FDA Advisory Committee Background Information

4

## LIST OF TABLES

PAGE

Table 1    Summary of Rofecoxib Studies Placebo-Controlled Data Set    39

Table 2    Summary of Rofecoxib Studies Non-Naproxen NSAIDs-Controlled Data Set    40

Table 3    Summary of Rofecoxib Studies Naproxen-Controlled Data Set    41

Table 4    Baseline Patient Characteristics in Rofecoxib Studies Shown In Renovascular Safety Analyses    55

Table 5    Baseline Risk Factors in the Rofecoxib Phase IIb/III OA Studies Placebo-Controlled Population (1998)    70

Table 6    Baseline Risk Factors in the Rofecoxib Phase IIb/III OA Studies Nonselective NSAIDs Controlled -Population (1998)    71

Table 7    Absolute Rate and Relative Risk (95% CI) Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences Rofecoxib Phase IIb/III OA Studies (1998)    71

Table 8    Summary of Patients with Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences by Class of Terms Rofecoxib and Placebo Phase IIb/III OA Studies (1998)    72

Table 9    Summary of Patients with Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences Rofecoxib and Nonselective NSAID Phase IIb/III OA Studies (1998)    73

Table 10    Serious Adverse Events Included in the Confirmed Thrombotic Cardiovascular Serious Adverse Experience and APTC Combined Endpoints    77

Table 11    Patient Baseline Demographics and Cardiovascular Risk VIGOR (2000)    79

Table 12    Absolute Rate and Relative Risk (95% CI) Confirmed Thrombotic Cardiovascular Serious Adverse Experiences VIGOR (2000)    79

Table 13    Summary of Patients With Confirmed Thrombotic Cardiovascular Serious Adverse Experiences: VIGOR (2000)    80

Rofecoxib
FDA Advisory Committee Background Information

5

## LIST OF TABLES (CONT.)

PAGE

| Table 14 | Absolute Rate and Relative Risk (95% CI) Confirmed Thrombotic Cardiovascular Serious Adverse Experience Subgroup Analysis by Baseline CV Risk VIGOR (2000) | 83 |
|---|---|---|
| Table 15 | Absolute Rate and Relative Risk (95% CI) Confirmed Thrombotic Cardiovascular Serious Adverse Experiences Subgroup Analysis by Changes in Systolic Blood Pressure VIGOR (2000) | 84 |
| Table 16 | Patient Baseline Demographics and Cardiovascular Risk in Protocols 078 and 091  Patients With Mild Cognitive Impairment or Early Alzheimer's Disease (Sep-2000) | 87 |
| Table 17 | Absolute Rates and Relative Risk (95% CI) Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences in Protocols 078 and 091  Patients With Mild Cognitive Impairment or Early Alzheimer's Disease (Sep-2000) | 87 |
| Table 18 | Summary of Patients with Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences in Protocols 078 and 091  Patients With Mild Cognitive Impairment or Early Alzheimer's Disease (Sep-2000) | 88 |
| Table 19 | Patient Baseline Demographics and CV Risk  Pooled Analysis Rofecoxib Versus Naproxen (Sep-2000) | 100 |
| Table 20 | Patient Baseline Demographics and Cardiovascular Risk Pooled Analysis Rofecoxib Versus Other NSAIDS (Sep-2000) | 101 |
| Table 21 | Patient Baseline Demographics and Cardiovascular Risk Pooled Analysis Rofecoxib Versus Placebo (Sep-2000) | 102 |
| Table 22 | Absolute Rate and Relative Risk (95% CI)  Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences OA Phase IIb/III: Non-Naproxen NSAIDs (Final  Data 2001) | 110 |
| Table 23 | Summary of Patients with Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences OA Phase IIb/III: Non-Naproxen NSAIDs (Final Data 2001) | 111 |
| Table 24 | Absolute Rate and Relative Risk (95% CI) Thrombotic Cardiovascular Serious Adverse Experiences | 114 |

Rofecoxib
FDA Advisory Committee Background Information

6

## LIST OF TABLES (CONT.)

PAGE

| Table 25 | Summary of Patients with Thrombotic Cardiovascular Serious Adverse Experiences by Class of Terms: Protocols 078 and 091 (Final Data Jun-2003) | 114 |
| Table 26 | Baseline Patient Demographics and Baseline Cardiovascular Risks in APPROVe | 136 |
| Table 27 | Baseline Patient Colorectal Cancer Risk Characteristics in APPROVe | 137 |
| Table 28 | Prespecified General Adverse Experiences in APPROVe | 138 |
| Table 29 | Prespecified Adverse Experiences of Particular Interest in APPROVe | 139 |
| Table 30 | Absolute Rate and Relative Risk (95% CI) Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in APPROVe | 140 |
| Table 31 | Summary of Patients With Confirmed Thrombotic Cardiovascular Adverse Experiences by Class of Terms Summary of Confirmed in APPROVe | 141 |
| Table 32 | Absolute Rates and Relative Risk (95% CI) Confirmed Thrombotic Cardiovascular Serious AEs by Subgroup of Changes in MAP at Week 4 in APPROVe | 144 |
| Table 33 | Relative Risks (95% CIs) Effect of Change From Baseline in MAP at Visit Prior to Cardiovascular Event on Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in APPROVe | 145 |
| Table 34 | Absolute Rates and Relative Risk (95% CI) Analysis by Baseline Blood Pressure and Confirmed Thromboembolic Serious AEs in APPROVe | 146 |
| Table 35 | Rates Per 100 Patient-Years Confirmed Thrombotic Serious Adverse Experiences by Analysis of Blood Pressure During Study in APPROVe | 146 |

MRK-AFV0439830

Rofecoxib
FDA Advisory Committee Background Information

7

## LIST OF FIGURES

PAGE

Figure 1    Timeline of Rofecoxib Study Populations    41

Figure 2    Cumulative Incidence Rate of Endoscopic Gastroduodenal
Ulcers (≥3 mm)  Rofecoxib Versus Ibuprofen in OA
Patients (Protocols 044/045)    44

Figure 3    Pooled Analysis of PUBs Rofecoxib Versus NSAIDs
Combined Relative Risk (95% CIs)    46

Figure 4    Pooled Analysis of PUBs Rofecoxib Versus Combined and
Individual NSAIDs    47

Figure 5    Kaplan-Meier Estimates of Cumulative Incidence of    48

Figure 6    Relative Risk (95% CIs)  Confirmed and Unconfirmed
PUBs  Rofecoxib 50 mg Versus Naproxen in VIGOR    49

Figure 7    Life-Table Cumulative Incidence of Gastroduodenal Ulcer
(≥3 mm) Rofecoxib 25 mg plus Low Dose Aspirin
Endoscopy Study    50

Figure 8    Incidence of Gastroduodenal Erosion Score ≥2 and Ulcer
Among Subjects Rofecoxib 25 mg plus EC Aspirin 81 mg
Versus Naproxen 1000 mg plus EC Aspirin 81 mg Over 7
Days    51

Figure 9    ncidence of Lower Extremity Edema Adverse  Experiences
and Discontinuations Phase IIb/III OA Studies and
ADVANTAGE Studies    57

Figure 10    Incidence of Lower Extremity Edema  Adverse
Experiences and Discontinuations RA IIb/III Studies up to
1 Year and VIGOR Study    58

Figure 11    Incidence of Hypertension Adverse Experiences and
Discontinuations Phase IIb/III OA Studies and
ADVANTAGE Study    60

Figure 12    ncidence of Hypertension Adverse Experiences and
Discontinuations RA IIb/III Studies up to 1 Year and
VIGOR Study    61

Figure 13    Kaplan-Meier Estimates of Cumulative Incidence (95% CI)
of Investigator-Reported Thrombotic Cardiovascular
Serious Adverse Experiences  Rofecoxib and Nonselective
NSAIDs  Phase IIb/III OA Studies (1998)    74

Figure 14    Kaplan-Meier Estimate of Cumulative Incidence (95% CI)
of Confirmed  Thrombotic Cardiovascular Serious Adverse
Experiences VIGOR (2000)    81

Rofecoxib
FDA Advisory Committee Background Information

8

## LIST OF FIGURES (CONT.)

PAGE

Figure 15    Kaplan-Meier Estimate of Cumulative Incidence (95% CI)
             of Investigator Reported Thrombotic Cardiovascular
             Serious Adverse Experiences in Protocols 078 and 091
             Patients With Mild Cognitive Impairment or Early
             Alzheimer's Disease (Sep-2000)                                   89

Figure 16    Percent Inhibition From Baseline Platelet Aggregation by
             Time Point* on Day 6 Using Arachidonic Acid as Agonist
             (Mean ±90% CI)                                                   92

Figure 17    Time to Occlusion in Carotid Artery – African Green
             Monkey Model of Thrombosis                                      94

Figure 18    Relative Risk (95% CI) Investigator-Reported Thrombotic
             Cardiovascular Serious Adverse Experiences for
             Alzheimer's Disease and OA Phase IIb/III Studies; and
             Confirmed Thrombotic CV Serious Adverse Experiences
             for VIGOR  (Data Available in 9/2000)                           98

Figure 19    Relative Risk (95% CIs) Pooled Analysis of APTC
             Combined Endpoint at the Time of VIGOR Completion,
             Rofecoxib Versus Comparator Agents (September 2000
             Data)                                                          103

Figure 20    APTC Combined Endpoint Stratified by Dose Analysis of
             Cardiovascular Events Rates per 100 Patient-Years (95%
             CIs) Pooled Analysis (Sep-2000 Data)                           104

Figure 21    Timeline of Major Updates to the CV Pooled Analysis            109

Figure 22    Kaplan-Meier Estimates of Cumulative Incidence (95% CI)
             of Investigator Reported Thrombotic Cardiovascular
             Serious Adverse Experiences OA Phase IIb/III:
             Nonselective NSAIDs in (Final Data 2001)                        112

Figure 23    Kaplan-Meier Estimates of Cumulative Incidence (95% CI)
             of Thrombotic Cardiovascular Serious Adverse
             Experiences Protocols 078 and 091 (Final Data Jun-2003)         115

Figure 24    Relative Risk (95% CIs) APTC Combined Endpoint Pooled
             Analysis (Final CV Update Based on Jun-2003 Data)               116

Figure 25    Relative Risk (95% CIs) APTC Combined Endpoint
             Subgroup Analysis by Duration Pooled Analysis (Final CV
             Update Based on Jun-2003 Data)                                  117

Figure 26    APTC Combined Endpoint Stratified by Rofecoxib Dose
             Rates Per 100-Patient Years (95% CIs) Pooled Analysis
             (From Final CV Update Based on Jun-2003 Data)                   119

MDL0439683Z

Rofecoxib
FDA Advisory Committee Background Information

9

## LIST OF FIGURES (CONT.)

PAGE

| | | |
|---|---|---|
| Figure 27 | Clinical Studies by Rofecoxib Myocardial Infarction Stratified by Rofecoxib Dose  Rates per 100 Patient-Years (95% CI) Pooled Analysis (From Final CV Update Based on Jun-2003 Data) | 120 |
| Figure 28 | Relative Risk (95% CIs) of Cardiovascular Events in Subgroup Analysis by Baseline CV Risk APTC Combined Endpoint Pooled Analysis (From Final CV Update Based on Jun-2003 Data ) | 121 |
| Figure 29 | Relative Risk (95% CIs) Subgroup Clinical Studies Analysis by Aspirin Use[†] APTC Combined Endpoint Pooled Analysis (From Final CV Update Based on Jun-2003 Data) | 123 |
| Figure 30 | On-Drug Mortality Rates Per 100 Patient Years (95% CI) (Jun-2003 Data) | 125 |
| Figure 31 | Kaplan-Meier Estimates of Cumulative Incidence of Confirmed Thrombotic Cardiovascular Adverse Experiences  Plot for Confirmed Thrombotic in APPROVe | 142 |
| Figure 32 | Relative Risk (95% CIs) Subgroup Analysis by CV Risk and Aspirin Use: Confirmed Cardiovascular Serious Adverse Experiences (Events Within 14 Days After Discontinuation of Study Therapy) in APPROVe | 143 |

21-Jan-2005

MD0439683

Rofecoxib
FDA Advisory Committee Background Information

10

## Glossary of Terms

| Term | Definition |
|------|-----------|
| ADVANTAGE | Assessment of Differences between VIOXX™ And Naproxen To Ascertain Gastrointestinal tolerability and Effectiveness. 12-Week study in over 5500 OA patients. Rofecoxib 25 mg versus naproxen 1000 mg |
| APPROVe | Adenomatous Polyp PRevention On VIOXX™ study. 3-year study in over 2500 patients with resected colon polyp. (Adjust to 10 point type) |
| APTC | Anti-Platelet Trialists' Collaboration |
| APTC combined endpoint | myocardial infarction, stroke, or vascular death. Based on events confirmed by adjudication except for studies antedating the adjudication SOP |
| ASCVD | Athersclerotic cardiovascular disease |
| Clinical upper GI event | confirmed PUB |
| Complicated PUB | the subset of more severe PUBs: perforations, gastric outlet obstruction due to ulcer, and major upper GI bleeds |
| Complicated upper GI event | confirmed complicated PUB |
| Confirmed thrombotic cardiovascular serious adverse experience | a potential cardiac, cerebrovascular, or peripheral vascular arterial or venous thrombotic event that was confirmed by an external independent adjudication committee |
| Confirmed/unconfirmed complicated PUB | a complicated PUB confirmed (unconfirmed) by the external independent adjudication committee |
| Confirmed/unconfirmed PUB | a PUB confirmed (unconfirmed) by the external independent adjudication committee |
| Investigator reported thrombotic cardiovascular serious adverse experience | an investigator report of a potential cardiac, cerebrovascular, or peripheral vascular arterial or venous thrombotic event |
| $PGI_2$ | prostacyclin |
| PGI-M | prostacyclin metabolite: 2,3-dinor-6-keto-prostaglandin F1 alpha |
| POB | see complicated PUB |
| PUB | gastroduodenal Perforation, symptomatic gastroduodenal Ulcer, or upper GI Bleed |
| $TXA_2$ | Thromboxane $A_2$ |
| $TXB_2$ | Thromboxane $B_2$ |
| VICTOR | VIOXX™ In colorectal Cancer Therapy: definition of Optimal Regime Study. Separate 2- and 5-year studies in a total of 7000 patients with completely resected Dukes B or C colon cancer. Rofecoxib 25 mg vs. placebo. |

M004396834

Rofecoxib
FDA Advisory Committee Background Information

| | |
|---|---|
| VIGOR | VIOXX™ GI Outcomes Research Study.  Median duration 9 month (maximum 13 month) study in over 8000 RA patients.  Rofecoxib 50 mg vs. naproxen 1000 mg. |
| ViP | VIOXX™ in Prostate Cancer Prevention Study.  6-Year study in over 15,000 men with PSA between 2.5 and 10.  Rofecoxib 25 mg vs. placebo. |

MDL0439G835

Rofecoxib
FDA Advisory Committee Background Information

12

## Executive Summary

### INTRODUCTION

For patients with arthritis, an important question in choosing appropriate therapy is the relative risks and benefits amongst their options. Although comparison to placebo is useful in understanding the efficacy and safety profile of each product, none of the agents developed for symptomatic relief in osteoarthritis or rheumatoid arthritis has the safety profile of placebo. Starting with the first use of salicylates, followed by aspirin, butazolidin, indomethacin and others, agents in the class of nonsteroidal antiinflammatory drugs (NSAIDs) have been the mainstay for the clinical relief of arthritis symptoms. Given their long history of use, it was believed that the efficacy and safety profile of NSAIDs was understood. NSAID use was associated with an increased risk of serious gastrointestinal (GI) adverse effects including upper GI ulceration and bleeding [1; 2; 3], as well as renovascular adverse effects such as fluid retention and hypertension [4; 5]. These agents could also increase bleeding [6; 7; 8; 9; 10; 11]. These adverse effects were related to the same mechanism by which these drugs relieved pain and inflammation: the inhibition of cyclooxygenase (COX) [12]. With the discovery of COX-2, an isoform of cyclooxygenase that was upregulated by mediators of inflammation as well as by certain growth factors and tumor promoters, and that was not expressed constitutively in gastric mucosa, the COX-2 hypothesis was framed[13]. This hypothesis proposed that a selective inhibitor of COX-2 would have efficacy similar to non-selective inhibitors of COX-1 and COX-2 but with improved GI safety. Rofecoxib is a selective cyclooxygenase-2 (COX-2) inhibitor that was developed to provide efficacy similar to nonselective NSAIDs with an improved GI safety profile and without effects on platelets.

In the initial clinical program, rofecoxib was shown to be effective in the relief of the signs and symptoms of osteoarthritis (OA), treatment of primary dysmenorrhea, and management of acute pain; it was approved by FDA in 1999. Subsequent approvals were received for the relief of the signs and symptoms of rheumatoid arthritis (RA) (2002) and juvenile rheumatoid arthritis (JRA) (2004), and treatment of acute migraine attacks (2004). A significant GI benefit versus naproxen was demonstrated in the VIOXX™[1] Gastrointestinal Outcomes Research (VIGOR) study in 2000 [14]. VIGOR also demonstrated higher cardiovascular (CV) event rates in patients treated with rofecoxib 50 mg daily than in patients treated with naproxen 500 mg twice daily, due primarily to a difference in the incidence of myocardial infarctions between groups. That finding differed from the CV safety profiles that were shown in large studies that compared rofecoxib to placebo and non-naproxen NSAIDS in OA or rofecoxib 25 mg in Alzheimer's Disease patients and in a pooled analysis of studies across the clinical development program [15]. Those analyses revealed no discernable difference in the CV safety profile of rofecoxib compared to placebo or non-naproxen NSAID comparators.

---

[1] VIOXX is a trademark of Merck & Co., Inc., Whitehouse Station, New Jersey, U.S.A.

Rofecoxib
FDA Advisory Committee Background Information

13

Labeling approved in 2002 reflected the data on GI and CV results up to that time, and included a direction to use caution in prescribing rofecoxib for patients with ischemic heart disease. Additional updates of the CV and GI data were provided to agencies and published as new information became available. In Sep-2004, an increased risk of CV events with rofecoxib versus placebo was noted beginning after 18 months of daily treatment in the Adenomatous Polyp PRevention On VIOXX™ (APPROVe) study. The mechanism for the increased risk with rofecoxib was uncertain. Although the frequency of these events were low and the risk did not appear to be elevated compared to placebo during the first 18 months of use, a decision was made to voluntarily withdraw rofecoxib from the marketplace. This was done in the interest of patient safety, given the questions raised by the data and the availability of alternative therapies without placebo controlled data suggesting an increase in CV risk. Merck voluntarily withdrew rofecoxib from the marketplace on September 30, 2004.

The attached background document for the Arthritis Advisory Committee Meeting provides an overview of the available GI, renovascular, and CV safety data on rofecoxib. The review of CV safety data is organized around a chronologic framework of information known at various points throughout the rofecoxib development program to reflect the timing when key data became available with regard to GI and CV safety information. The following provides a high-level summary and discussion of the information within the rofecoxib background document and, for ease of review, is cross-referenced to the appropriate section of the document in which the data are provided.

## SUMMARY

### GI Safety (Section 2)

The demonstration that NSAID-induced gastropathy was due to inhibition of prostaglandin synthesis [12], and the identification of two isoforms of cyclooxygenase (COX), a constitutively expressed COX-1 and a second, inducible isoform, COX-2, that was not expressed constitutively in the stomach, led to the COX-2 hypothesis[13]. This hypothesis stated that selective pharmacologic inhibition of COX-2 would be expected to be as effective as inhibition of both COX isoforms in relieving pain and inflammation but with reduced GI toxicity compared to non-selective NSAIDs.

Initial clinical pharmacology studies in normal volunteers assessed surrogate markers of intestinal endothelial injury and demonstrated that rofecoxib use was associated with no increase in fecal RBCs loss compared to placebo [16] and no increase in intestinal permeability [17]. In contrast, non-selective NSAIDs increased both markers of GI injury. Furthermore, using gastric biopsies it was demonstrated that rofecoxib did not suppress prostaglandin synthesis in the stomach of volunteers whereas nonselective NSAIDs produced pronounced suppression [18].

There were 3 major clinical components to the GI safety assessment of rofecoxib. First, endoscopy studies analyzed the difference in cumulative ≥3 mm ulcer rates over 12-24 weeks between rofecoxib, placebo and non-selective NSAIDs. Second, a combined analysis of upper GI clinical events was performed, based on the prospective collection and adjudication of these events in the clinical program. The initial GI analysis pooled

MRK-AFV0396837

data from the 8 Phase IIb/III OA studies in the original NDA. Updates to this analysis used the same methodology and pooled all studies of greater than four weeks duration in which rofecoxib was compared to a non-selective NSAID in the Phase IIb to V clinical development program, with the exception of VIGOR. These studies included rofecoxib doses of 12.5, 25 or 50 mg and. The VIGOR study was the third component of the GI safety program. This was a large outcomes study in 8076 patients with rheumatoid arthritis that randomized patients to treatment with rofecoxib 50 mg, twice the highest dose recommended for chronic use, versus naproxen 1000 mg daily, a common clinical dose, and analyzed the incidence of confirmed upper GI clinical events. There was limited use of concomitant aspirin in the studies in the pooled analysis and the VIGOR outcomes study excluded concomitant aspirin use at any dose. Aspirin was excluded because of its potential confounding effect on the rates of GI mucosal injury due to its inhibition of COX-1 activity which would have made a rigorous test of the COX-2 hypothesis impossible.

## Endoscopy Studies (Section 2.4.1)

Two endoscopy studies were carried out to assess cumulative rates of endoscopic $\geq 3$ mm ulcers in patients with osteoarthritis taking rofecoxib 25 mg or 50 mg, placebo or ibuprofen 2400 mg daily and reported individually and as a combined analysis. In each study, the rates of $\geq 3$ mm ulcers by 12 weeks in the rofecoxib groups were significantly lower than the corresponding rate with ibuprofen and in the combined analysis the rates with rofecoxib 25 mg were comparable to placebo. These studies showed that this GI safety advantage for both rofecoxib 25 mg and 50 mg versus ibuprofen was maintained at 24 weeks as well. In a similarly designed 12-week endoscopy study in RA patients treated with rofecoxib 50 mg once daily or naproxen 1000 mg daily, treatment with rofecoxib was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with naproxen.

## Analyses of Adjudicated GI Events (Sections 2.2 and 2.3)

A rigorous adjudication of all potential upper GI clinical outcomes from all studies containing any dose of rofecoxib was performed by an external expert, independent, blinded Case Review Committee (CRC). The expert panel used prespecified criteria to determine whether events were confirmed, and whether they were clinically complicated. Gastroduodenal perforation, symptomatic gastroduodenal ulcer (with or without obstruction), and upper GI bleed were identified as "PUB" events. "Complicated PUB" events were defined as gastroduodenal perforation, gastric outlet obstruction due to an ulcer, or a major upper GI bleed.

## Pooled GI Analysis (Section 2.4.2)

Results for the pooled GI analysis are reviewed from the final update to this analysis (data to Feb-2003) to allow explorations of the data that were not possible in the initial analysis available in 1998 at the time of the original NDA. This final update included PUBs from the 20 Phase IIb to V trials from the rofecoxib development program excluding VIGOR with average duration greater than 4 weeks in which rofecoxib was

compared to a non-selective NSAID. There were a total of 17,072 patients with osteoarthritis (15 trials) or rheumatoid arthritis (5 trials) studied. Overall, the analyses in this pooled dataset demonstrated a 64% reduction in the rate of confirmed upper GI PUBs with rofecoxib versus combined NSAIDs. The incidence of confirmed PUBs over 24.8 months was significantly lower with rofecoxib vs. combined NSAIDs (rate/100 patient-years 0.74 vs. 1.87; relative risk 0.36, 95% CI 0.24, 0.54). Similar findings were demonstrated with complicated PUB endpoints as well. Differences were consistent across subgroups and with the individual NSAID comparators ibuprofen, naproxen and diclofenac.

## GI Safety From VIGOR (Section 2.4.3)

The VIGOR GI outcomes trial in 8076 patients with rheumatoid arthritis demonstrated that rofecoxib 50 mg was associated with significantly fewer PUBs and complicated PUBs than the non-selective NSAID naproxen 1000 mg daily. There was a 54% reduction in the rate of confirmed upper GI clinical events (PUBs) with rofecoxib versus naproxen (rates of 2.08 vs. 4.49 per 100 patient-years; relative risk 0.46, 95% CI 0.33, 0.64; p<0.001). Similar results were found for confirmed complicated events (rates of 0.59 vs. 1.37 per 100 patient-years for rofecoxib versus naproxen, respectively; relative risk 0.43, 95% CI 0.24, 0.78; p=0.005). Differences were consistent across subgroups. A post-hoc analysis of VIGOR data revealed a reduced risk of clinical lower GI events compared to naproxen as well. Lower GI events were defined as: gross rectal bleeding (other than melena) associated with a hemoglobin decrease >2 g/dL or hospitalization, or positive test for fecal occult blood associated with a hemoglobin decrease >2 g/dL and negative upper endoscopy; hospitalization for intestinal perforation, obstruction, ulceration, or diverticulitis.

## Additional GI Data (Sections 2.4.4 and 2.5)

The addition of low-dose aspirin to rofecoxib appears to result in a degree of mucosal GI injury similar to that of ibuprofen alone based on assessment of the cumulative incidence of ulcers ≥3 mm in a 12-week endoscopy study. Ibuprofen combined with low dose aspirin was not evaluated in this study. Data from a recently completed 7-day endoscopy trial in healthy subjects suggest that the GI risk of a COX-2 inhibitor plus aspirin may be lower than a nonselective NSAID plus aspirin. However, long term clinical data confirming this benefit have not been presented. Placebo-controlled data from studies in Alzheimer's disease and colon polyp prevention suggest that rofecoxib 25 mg is associated with a higher rate of upper GI clinical events than is placebo. Thus, as indicated in its labeling, although rofecoxib significantly reduces the risk of GI injury from NSAIDs, it does not completely eliminate the risk.

## GI Conclusions

The analyses of PUBs for rofecoxib in both the VIGOR study and the pooled analysis of 20 phase IIb to V studies demonstrate the superior upper GI safety profile of rofecoxib when compared to non-selective NSAIDS. Results in the 12-24 week endoscopy studies

M0043966039

Rofecoxib
FDA Advisory Committee Background Information

16

of cumulative ulcers ≥3 mm also support this improved GI safety profile versus non-selective NSAIDs. Post hoc data from the VIGOR study suggest that rofecoxib was also associated with a reduction in clinically important lower GI events compared with nonselective NSAIDs.

## Renovascular Safety (Section 3)

Edema, CHF, and hypertension are known renovascular effects of COX-2 inhibition and have been observed with all nonselective NSAIDs and COX-2 inhibitors [4; 5; 19; 20; 21]. These side effects of inhibiting COX-2 are mechanism-based, are known to be dose-related, and are reflected in NSAID class labeling. Renovascular effects were monitored in the rofecoxib program as a prespecified safety endpoint.

### Approach to Analyses

To evaluate the clinical impact of potential renovascular effects, a composite of edema-related and hypertension-related adverse experiences was defined. The composite terms were prespecified to provide greater precision than the individual adverse experience terms when comparing treatment groups. In addition, congestive heart failure adverse experiences were evaluated in a prespecified manner. Individual adverse experience terms were also reviewed for trends in the data.

### Renovascular Safety Data (Sections 3.2 to 3.3)

Overall, the data indicate that rofecoxib is associated with the development of edema-related and hypertension related adverse experiences generally consistent with the effects of fluid retention typically observed for NSAIDs. Edema-related adverse experiences generally occurred early, and were mild, transient, and infrequently led to discontinuations. CHF was rare in all populations, including the elderly. Most of the hypertension adverse experiences were mild to moderate in intensity and discontinuation due to hypertension adverse experiences was infrequent (data provided in Sections 3.2 to 3.3). At the 25 mg dose, rofecoxib use was generally associated with small increases in mean systolic blood pressure (2 to 4 mm Hg) compared to placebo and increases of mean diastolic blood pressure <2 mm Hg. Changes in mean systolic blood pressure with rofecoxib exhibited a dose-related pattern in 6-week OA studies with increases of 1.1 to 5.1 mm Hg across the rofecoxib doses 12.5 to 50 mg. These changes approximate the increase of 5 mm Hg in mean arterial pressures reported for NSAIDs in two meta-analyses [4; 5]. In general, hypertension adverse experiences also appeared to be dose related with 12.5 mg displaying rates lower than 25 mg, and both of these doses with rates lower than rofecoxib 50 mg, which is above the therapeutic dose range for chronic treatment. Rofecoxib 50 mg displayed higher rates of edema and hypertension adverse experiences than therapeutic doses of comparator NSAIDs. While in general the incidence of renovascular adverse experiences within the therapeutic dose range of rofecoxib (12.5 and 25 mg) is similar to NSAIDs, in some studies (RA Phase III) the 25 mg dose had a higher incidence than the comparator NSAID, naproxen. This difference from naproxen was not replicated however, in a 12-week study in OA patients (ADVANTAGE).

Rofecoxib
FDA Advisory Committee Background Information

17

## Cardiovascular Safety Prior to Sep-2004 APPROVe Trial Results (Section 4)

An overview of the evolving understanding of CV safety of rofecoxib is organized around a chronologic framework of information known at various points throughout the rofecoxib development program.

### Evolution of Prostaglandin Biology (Section 4.1.1)

Cyclooxygenase and its prostanoid products have important roles in hemostasis. Prostacyclin ($PGI_2$), a product thought to be derived primarily through the activity of endothelial cell COX-1 and COX-2, is a vasodilator and inhibitor of platelet aggregation [22; 23]. Serum thromboxane $A_2$ ($TXA_2$), largely a product of platelet COX-1, is a vasoconstrictor and promoter of platelet aggregation. Aspirin, a well recognized antiplatelet agent and inhibitor of platelet $TXA_2$ synthesis, is effective in decreasing the risk of cardiovascular thrombotic events in patients at risk for such events [24]. Aspirin's antiplatelet effect is mediated through its near complete, irreversible inhibition of platelet COX-1 activity [25].

At the time of the initiation of the Phase IIb/III OA program (Jun-1995), there was no suggestion that a selective COX-2 inhibitor might be prothrombotic. However there were suggestions in the literature that at least some NSAIDs might be cardioprotective through the inhibition of COX-1 [26; 27]. As expected for a selective COX-2 inhibitor, rofecoxib was shown to have no inhibitory effect on platelet thromboxane production and therefore did not have any effects on platelet aggregation.

Several months prior to the completion of the OA Phase III studies, data from clinical pharmacology studies demonstrated that the selective COX-2 inhibitors rofecoxib and celecoxib reduced the urinary excretion of the prostacyclin metabolite PGI-M [28; 19]. These data indicated that COX-2 was the predominant cyclooxygenase isoform involved in systemic prostacyclin production and it was hypothesized by the authors that at least some of the COX-2-dependent systemic prostacyclin was derived from endothelium. It was further hypothesized that inhibition of endothelial prostacyclin synthesis by a selective COX-2 inhibitor without the inhibition of platelet thromboxane synthesis as would be obtained with a non-selective inhibitor of both COX-1 and COX-2 could theoretically alter the hemostatic balance between prostacyclin and thromboxane. This imbalance, if present, could theoretically be prothrombotic and lead to an increase in the risk of thrombotic cardiovascular events. The data from the above rofecoxib clinical pharmacology study were submitted to the FDA as part of the original rofecoxib NDA in 1998.

### Cardiovascular Clinical Results in Phase IIb/III OA Studies (Section 4.1.2)

An initial review of CV data was included in the rofecoxib NDA, which was submitted to the FDA in Nov-1998. These analyses included data on approximately 5,400 OA patients from 8 double-blind, placebo-controlled and active-comparator studies. Although somewhat limited with respect to the comparison to placebo, in these studies, similar rates of investigator-reported thrombotic cardiovascular serious adverse

M004396841

experiences were seen with rofecoxib, placebo, and comparator NSAIDs (ibuprofen, diclofenac, or nabumetone) with a relative risk (95% CI) of 0.92 (0.50, 1.67) for rofecoxib compared to non-selective NSAIDs. There were no individual thrombotic events such as myocardial infarction or stroke whose rates suggested an imbalance between the groups and Kaplan-Meier plots of cumulative incidence over time did not suggest between-group differences. Collectively, these data did not support the hypothesis that selective COX-2 inhibitors might be associated with an increase in thrombotic CV events as had been theorized. These data were reviewed with both the Arthritis Advisory Committee in 1999, which concluded that rofecoxib had a favorable risk/benefit profile, as well as with FDA, which approved rofecoxib in May-1999 for the relief of the signs and symptoms of osteoarthritis, for the management of acute pain in adults, and for the treatment of primary dysmenorrhea.

## CV Adjudication Standard Operating Procedure (SOP) (Section 4.1.5)

Several hypotheses had been proposed to suggest possible effects of selective COX-2 inhibitors and/or of non-selective NSAIDs on CV event rates [29; 27; 30]. These included hypotheses suggesting a decrease in CV events with all agents that inhibit COX-2, a decrease of events with non-selective NSAIDs that inhibit COX-1, and an increase in events with agents that selectively inhibit COX-2 but not COX-1 [28; 19]. Although there had been no imbalance in CV events in the Phase III OA database, Merck initiated a CV Adjudication Standard Operating Procedure (Adjudication SOP) in the second half of 1998 to systematically collect and adjudicate potential cardiovascular thrombotic serious adverse experiences from all future studies with its selective COX-2 agents. The basis of the Adjudication SOP was a blinded systematic review by an expert panel of cardiologists, neurologists, and vascular medicine internists of serious adverse experiences reported by site investigators. These adverse experiences were prespecified in the Adjudication SOP as potential thrombotic cardiovascular events (referred to in this background document as Investigator Reported Thrombotic CV Serious Adverse Experiences). The report of such an event triggered a procedure whereby additional information was collected and the event was adjudicated. None of the members of the 3 expert panels (one each for cardiac events, cerebrovascular events, peripheral vascular events) was a Merck employee or a site investigator for any of the Merck selective COX-2 inhibitor studies. Events confirmed by adjudication are referred to in this document as Confirmed Thrombotic CV Serious Adverse Experiences.

The primary endpoint outlined in the original Adjudication SOP was the Confirmed Thrombotic CV Serious Adverse Experience endpoint. This endpoint was considered primary for all studies included in the SOP which also encompassed VIGOR. Data from individual studies are reported using this endpoint or, if from a study antedating the SOP, using the Investigator Reported endpoint. Prior to undertaking a pooled analysis of the data, which included the unadjudicated Phase IIb/III data, the decision was made to prespecify the Antiplatelet Trialists' Collaboration (APTC) combined endpoint, for all pooled analyses which included studies which were not part of the CV Adjudication SOP. The APTC combined endpoint includes cardiovascular death, death due to unknown

MRK-AFV0499842

causes, fatal hemorrhage, myocardial infarction, and stroke. These "hard events" have a high confirmation rate during adjudication, an important characteristic since the data from the Phase IIb/III OA studies and the RA Phase IIb study were not subject to adjudication. Results have been highly consistent between analyses based on the APTC and Confirmed Thrombotic CV Serious Adverse Experience endpoints.

## CV Findings From the VIGOR study (Section 4.2)

VIGOR was the first trial with rofecoxib to utilize the CV Adjudication SOP. In March of 2000, the preliminary results of VIGOR became available. Although the GI benefit of rofecoxib was clear in the VIGOR study, an imbalance in thrombotic cardiovascular adverse experiences favoring naproxen was observed. A total of 64 patients had one or more events during VIGOR that were adjudicated as confirmed thrombotic events by the committees; 45 of 4047 patient in the rofecoxib group and 19 of 4029 patients in the naproxen group. The relative risk (95% CI) for confirmed thrombotic events for rofecoxib compared to naproxen was 2.38 (1.39, 4.00). The difference between treatment groups could be observed starting approximately 1 month after the initiation of treatment and was due primarily to a lower incidence of myocardial infarctions in the naproxen group. Multiple statistical analyses indicated that the relative risk observed between treatment groups for a confirmed thrombotic cardiovascular serious adverse experiences did not vary significantly over time.

Subgroup analyses were performed including an analysis based on baseline risk for a cardiovascular event and analyses based on blood pressure parameters. There were no statistically significant subgroup by treatment interactions for the following subgroups: age, gender, history of a CV risk factor and past history of atherosclerotic cardiovascular disease.

More patients in the rofecoxib 50 mg group in VIGOR (twice the highest recommended chronic dose) had hypertension adverse experiences than in the naproxen group. Although the difference in thrombotic cardiovascular serious adverse experiences was larger than one may have anticipated given the small between-group differences in blood pressure, it was nonetheless important to examine the data to determine if the known renovascular effects of rofecoxib 50 mg accounted for the cardiovascular findings of VIGOR. A number of different analyses were carried out to evaluate the relationship between blood pressure and confirmed thrombotic CV events. This included an analysis based on reports of hypertension adverse experiences and analyses based on blood pressure measurements. None of these analyses revealed an association between hypertension and the imbalance of thrombotic cardiovascular events. Thus, differential effects of the two study treatments on blood pressure did not appear to explain the imbalance in confirmed thrombotic CV events in VIGOR, although some contribution of blood pressure could not completely be excluded.

## Placebo-Controlled Interim Data From the Alzheimer's Disease Program (2000; Section 4.2.3)

The data from the Phase IIb/III OA program reviewed in the original NDA for rofecoxib had not revealed an increased risk of investigator reported thrombotic cardiovascular serious adverse experiences on rofecoxib compared to either placebo or non-naproxen NSAIDs.   To better understand the significance of the new cardiovascular results of VIGOR, an interim analysis was carried out for two large, ongoing placebo-controlled studies in elderly patients with early Alzheimer's disease. These ongoing trials provided a large dataset comparing rofecoxib 25 mg with placebo, rather than the naproxen comparator evaluated in VIGOR.     Importantly, the Alzheimer's studies provided extensive experience in an elderly population at increased risk for serious thrombotic cardiovascular events.

A preliminary review of the Alzheimer's data in Mar-2000 and submitted to the FDA in Jun-2000 showed no increase in investigator reported cardiovascular event rates for rofecoxib compared to placebo, and numerically similar rates of specific events in both groups. In preparation for the Feb-2001 FDA Arthritis Advisory Committee meeting, a second interim analysis of the cardiovascular data from the placebo controlled Alzheimer's studies occurred in Sep-2000 with consistent findings.  The relative risk (95% CI) for rofecoxib compared to placebo was 0.85 (0.53, 1.35).  These year 2000 analyses were based on unadjudicated investigator reported Thrombotic CV Serious Adverse Experiences, since at that time, few of the events had been adjudicated. Subsequent analyses were performed on adjudicated data and were consistent with the initial analyses.

## Anti-platelet Effects of Naproxen 500 mg Twice Daily (Section 4.2.4.1 to 4.2.4.4)

In order to understand the biologic basis for the difference in CV event rates between rofecoxib and naproxen, it was important to review all available information on the potential anti-platelet and CV effects of naproxen.  As early as 1977, the potential for non-selective NSAIDs to inhibit platelet aggregation was recognized [7].  As clinical use of NSAIDs increased, the ENT literature discussed an association between NSAID therapy and epistaxis [6].  Inhibition of platelet aggregation with increased bleeding after non-selective NSAID administration was noted in the urologic, neurosurgical, and ophthalmologic surgical literature [8; 9; 10; 11]. The effects of NSAIDs on platelet aggregation were found to be related to the inhibition of COX-1 mediated $TXA2$ synthesis and it was recognized that the effect of an NSAID on platelet aggregation was related to the duration of the drug's effect on $TXA2$ synthesis [31; 32].

It is generally accepted that, to persistently inhibit platelet aggregation and serve as a vascular-protective agent, near-complete inhibition (>90%) of $TXA_2$ synthesis sustained over time is needed [25]. The effect of chronic therapy with non-aspirin COX-1/COX-2 inhibitors (the nonselective NSAIDs) on the incidence of cardiovascular thrombotic events has not been well characterized.  Indeed, little if any placebo-controlled clinical trial data have been published for NSAIDs other than aspirin. Although nonselective NSAIDs inhibit platelet COX-1 activity, this inhibition is reversible. Thus, the ability of

MD0439864

Rofecoxib
FDA Advisory Committee Background Information

21

a nonselective NSAID to provide potent and sustained antiplatelet effects that mimic aspirin's antiplatelet properties [33; 34; 33; 35] (and thus potentially to effect aspirin-like vascular-protection) is highly dependent on the unique COX-1/COX-2 potency and pharmacokinetic profiles of each of these compounds.

Several studies have demonstrated that the nonselective COX-1/COX-2 inhibitors vary in the magnitude and time course of their effects on platelet function [33]. One study performed by Merck in collaboration with external investigators compared the effects of lower doses of rofecoxib and several nonselective COX-1/COX-2 inhibitors on thromboxane generation and platelet function. Patients were randomized to receive either placebo, rofecoxib 12.5 or 25 mg daily, diclofenac 50 mg 3 times daily, ibuprofen 800 mg 3 times daily, or naproxen 500 mg 2 times daily [33]. These data show a gradient of anti-aggregatory effects for the different drugs.  Therapy with rofecoxib did not meaningfully inhibit platelet aggregation, having an effect similar to placebo. Diclofenac 50 mg three times daily had an intermediate effect resulting in less than 40% inhibition and ibuprofen 800 mg three times daily showed near-complete inhibition ($\geq$90%) at peak, although it was not maintained across the dosing interval. Only naproxen 500 mg twice daily resulted in near-complete inhibition of platelet aggregation that was maintained across its dosing interval (comparable to the results obtained in a separate study with aspirin.  Consistent with these findings, >90% inhibition across the dosing interval of platelet $TXB_2$ production was only obtained with naproxen and not the other NSAIDs [33].

Consistent with these data, therapy with placebo, rofecoxib, and diclofenac did not result in a prolongation of bleeding time whereas therapy with naproxen prolonged bleeding time by ~79%.  This effect of naproxen on bleeding time was similar to the reported effect of aspirin (50 to 100% prolongation [33; 34; 22; 36]).

## Clinical Trials Evaluating the Vascular-Protective Properties of Nonselective NSAIDs (Section 4.2.4.5)

Although there have been no cardiovascular outcomes trials with naproxen, there is evidence for the vascular-protective efficacy of flurbiprofen and indobufen, two nonselective NSAIDs which also exhibit potent antiplatelet properties [27; 26]. Flurbiprofen treatment has been shown to prolong bleeding time and was evaluated for a cardioprotective effect compared with placebo, in the setting of coronary plaque rupture. In one study, 464 patients who were successfully treated for acute myocardial infarction by thrombolysis and/or coronary angioplasty were randomized to receive either placebo or flurbiprofen 50 mg twice daily for 6 months.  Therapy with flurbiprofen was associated with a >50% reduction in the incidence of reinfarction and coronary revascularization at 6 months and a 71% reduction in the risk of myocardial infarction when compared with placebo treatment.  This study specifically addressed the effects of flurbiprofen in the context of an active disease state.

There are many studies which support the cardioprotective effects of the nonselective NSAID indobufen.  Clinical studies have compared the effects of indobufen with placebo, aspirin, warfarin, or ticlopidine in patients with intermittent claudication

M004396845

resulting from peripheral vascular disease, in the prophylaxis of thromboembolism in patients with heart disease, in the prophylaxis of occlusion of coronary and femoropopliteal artery bypass grafts, and in the secondary prevention of thrombotic events following transient ischemic attack (TIA) and stroke.   Collectively, these randomized double-blind clinical studies showed that indobufen treatment was associated with cardioprotective effects superior to placebo and similar to aspirin or warfarin although not as effective as ticlopidine.

The data from these studies suggest that nonselective COX-1/COX-2 inhibitors with potent and sustained platelet COX-1 inhibitory properties result in vascular-protective properties similar to those observed with aspirin [37; 38]. Recent public announcements of a possible increased cardiovascular risk with a low dose of naproxen sodium (220 mg twice daily) do not preclude a cardioprotective effect of naproxen at 500 mg twice daily. The details have not been made available at the time of writing this background package.

## Cardiovascular Event Rates on Naproxen Relative to Selective COX-2 Inhibitors (Section 4.2.4.6)

Although not available at the time of VIGOR, more recent data further identify a consistent difference in thrombotic cardiovascular events between selective COX-2 inhibitors and naproxen but not between selective COX-2 inhibitors and other non-selective NSAIDs.  To date, published data on all COX-2 inhibitors have shown rates of CV events similar to NSAIDs other than naproxen. [15; 39; 40; 41]. In the Phase IIb/III OA program as noted above, the incidence of CV events was similar on rofecoxib and the comparator NSAIDs ibuprofen, diclofenac and nabumatone.  In contrast, in clinical studies comparing selective COX-2 inhibitors to naproxen 500 mg twice daily [15; 39], the rates of CV events with naproxen have been lower than with selective COX-2 inhibitors. Although it has been argued that CV event rates with celecoxib are similar to naproxen with a relative risk of 0.85 for celecoxib:naproxen [40], the data were limited with only 4 events and less then 400 patient-years exposure in the naproxen group, and the 95% CI were wide (0.29 to 2.46), limiting the ability to draw a conclusion.

The largest single trial comparing a selective COX-2 inhibitor with naproxen was the TARGET study with lumiracoxib.  The TARGET study, which enrolled over 18,000 patients, was designed to assess GI outcomes but a key secondary objective was to measure and compare a composite endpoint of cardiovascular morbidity and mortality. TARGET consisted of 2 substutdies of equal size with one comparing lumiracoxib to ibuprofen 800 mg 3x daily and the other lumiracoxib to naproxen 500 mg 2x daily [39]. In TARGET, the hazard ratio (95% CI) of confirmed or probable APTC events for lumiracoxib versus ibuprofen was 0.76 (0.41, 1.40) while the hazard ratio (95% CI) of confirmed or probable APTC events for lumiracoxib versus naproxen was 1.46 (0.89, 2.37). The differences between lumiracoxib and ibuprofen and between lumiracoxib and naproxen were not significant (0.3775 and 0.1313, respectively), and the treatment by substudy interaction resulted was not significant (p=0.1145). However, the TARGET study was not powered for the cardiovascular endpoint. The hazard ratio for the APTC combined endpoint in the lumiracoxib versus naproxen substudy is not inconsistent with the findings with rofecoxib. [39]

## Pooled Analysis of Adjudicated CV Events From All Rofecoxib Clinical Trials (2000; Section 4.2.5)

A pooled analysis with all data available from across the rofecoxib development program was performed in September 2000, including the two ongoing trials in Alzheimer's disease already described above. All Phase IIb to V studies of at least 4 weeks duration which included either placebo and/or active-comparator nonselective NSAID controls were included in the pooled analysis. The pooled analysis thus included data from the Phase IIb/III OA, VIGOR, ADVANTAGE, and Alzheimer's Disease studies discussed above as well as data from the RA Phase IIb/III program in which rofecoxib was compared to placebo and naproxen, and from postmarketing (Phase V) studies such as Protocols 085 and 090 in which rofecoxib was compared to placebo and nabumetone. The pooled analysis was a prespecified ongoing project; the results were periodically updated as additional sets of data became unblinded. The primary endpoint for the pooled analysis was the APTC combined endpoint. Data for naproxen were analyzed separately from other NSAIDs due its demonstrated potent and sustained antiplatelet effect which would potentially provide cardioprotective effects not present in the other NSAIDs. The comparisons of interest were:

- Naproxen versus rofecoxib.
- Other (non-naproxen) NSAIDs versus rofecoxib.
- Placebo versus rofecoxib.

Data from over 28,000 patients on either rofecoxib or nonselective NSAID/placebo in Phase IIb to V clinical studies were analyzed. The relative risk of the APTC endpoint in naproxen users versus rofecoxib users was consistent with the results observed in VIGOR, with a decreased incidence of APTC events on naproxen. Similar to the finding in the Alzheimer's disease and OA programs, there was no discernable difference in rofecoxib CV risk compared with placebo and non-naproxen comparators. Given the potential for aspirin use to confound the results of the analysis, a subgroup analysis was conducted only in patients who were not taking aspirin/clopidogrel prior to study start. This subgroup analysis, which included >88% of the events, provided consistent results with the primary approach.

To investigate whether rofecoxib dose could have contributed to the imbalance of thrombotic cardiovascular serious adverse experiences in VIGOR, data from the pooled analysis were explored to investigate evidence for a dose effect on the thrombotic cardiovascular event rates. Although the data were limited by small numbers of CV events, they did not provide evidence in favor of a dose-relationship for rofecoxib in APTC events.

## VIGOR CV Conclusions (2000; Section 4.2.6)

In assessing the imbalance in thrombotic cardiovascular events in VIGOR, all of the relevant available data were reviewed. The data regarding platelet and bleeding time effects for naproxen described above substantiated its potent antiplatelet effects.

M00439B847

Rofecoxib
FDA Advisory Committee Background Information

24

Randomized clinical trials had already established a reduction in cardiovascular risk associated with the use of nonselective NSAIDs with potent antiplatelet effects. The clinical trial data did not demonstrate an increased cardiovascular risk for rofecoxib in either the Alzheimer's population versus placebo or the Phase IIb/III OA population versus non-naproxen NSAIDs and were inconsistent with a CV risk as large as had been seen in VIGOR. The weight of the evidence was most consistent with no prothrombotic effect of rofecoxib and a cardioprotective benefit of naproxen.

## Study of CV Outcomes With Rofecoxib (Section 4.3.1)

At the time VIGOR completed, several large placebo controlled studies were already underway: the Alzheimer's Disease studies discussed above and the APPROVe study. The APPROVe study, an outcomes study evaluating the ability of rofecoxib to diminish the recurrence of colon polyps in patients with a prior colorectal adenoma had started screening patients in Dec-1999 and enrolling patients in Feb-2000. Each of these two datasets would have individually been sufficiently powered to demonstrate a prothrombotic effect of rofecoxib of a magnitude similar to the difference observed in VIGOR between rofecoxib and naproxen, if such an effect were to exist. Indeed, in final data for each there were more confirmed thrombotic CV events than in VIGOR.

However, in order to evaluate further the risk of thrombotic cardiovascular events with rofecoxib, Merck decided to conduct a cardiovascular outcomes study. One approach considered was to study the use of rofecoxib in arthritis patients and compare the risk of rofecoxib with a nonselective NSAID. Also considered was a study in acute coronary syndrome patients. This was rejected for a variety of reasons as described in section 4.3.1. However, the expanding database of studies versus placebo with rofecoxib and the emerging data on possible chemopreventive benefits of COX-2 inhibition provided an alternative means to address this question in populations which could be approached using placebo-controlled studies.

Thus, it was decided to develop a cardiovascular outcome protocol for rofecoxib based on a combined analysis of placebo-controlled studies with rofecoxib in patients with a broad spectrum of CV risks and with clinical conditions for which placebo controlled efficacy trials were ethical to conduct.

The CV outcome protocol consisted of the following studies:

- APPROVe – a study comparing rofecoxib 25 mg to placebo; already initiated during 2000s

- VICTOR – a study to assess the ability of rofecoxib to prolong disease-free and overall survival in patients with resected colon cancer; initiated in 2002.

- ViP – a third study examining the ability of rofecoxib to prevent prostate cancers in men at risk; initiated in 2003 after discussions with regulatory agencies.

Together, these 3 studies would provide information in over 25,000 patients on thrombotic CV events that would all be adjudicated per Merck's SOP. The combined analysis had its own protocol and data analysis plan, and as its primary safety outcome

M00439684B

the confirmed thrombotic CV serious adverse experience endpoint. An External Safety Monitoring Board was to monitor the CV safety for these 3 combined studies as data became available; however, given the sequence of events, the combined ESMB never met. The protocol for the combined study of CV outcomes was finalized in Oct-2002 and it was submitted to and discussed with FDA and with the regulatory agency in the UK, the reference member state (RMS) for the EU registration.

## Continual Monitoring of Ongoing Studies (Section 4.3.2)

At the time of VIGOR, Merck made a commitment to continue to update our pooled analysis of CV events.

The first pooled analysis was based on data available in Sep-2000 and published in Circulation in 2001 by Konstam *et al.* [15]. The OA Phase IIb/III Study Extensions were completed by 2001; the final OA data along with any other new and updated data available at the time were included in an updated pooled analysis that was provided to FDA in Jul-2001. The results were consistent with the original analysis discussed above. The RA Phase IIb/III Study Extensions were completed in 2001; the final RA data along with any other new and updated data available at the time were included in an updated pooled analysis based on Jan-2002 data that were submitted to regulatory agencies in the 2nd quarter 2002 and published by Weir *et al.* in 2003 [42]. The Alzheimer's Disease studies completed in 2003; the final Alzheimer's disease data along with any other new and updated data available at the time were included in the final update to the pooled analysis based on Jun-2003 data. These data were provided to Regulatory agencies and to the APPROVe ESMB in the late 2003 to early 2004 timeframe. In the final data from the Alzheimer's studies the overall rate of confirmed thrombotic CV events was not elevated on rofecoxib compared with placebo. The final CV pooled analysis encompassed a period of up to 4 years of follow-up in more than 32,000 patients representing over 19,300 patient-years of experience with rofecoxib or comparator agents. The data continued to demonstrate similarity between rofecoxib and placebo or non-naproxen NSAIDs and to demonstrate a significant difference for rofecoxib compared with naproxen.

In the final Alzheimer's Disease data the overall relative risk for rofecoxib 25 mg with respect to placebo of confirmed thrombotic CV serious adverse experiences was 1.01 (95% CI 0.67, 1.53) (Section 4.3.2.2). A non-constant relative risk for rofecoxib over placebo was observed over time and there appeared to be a decreased risk for events in the rofecoxib group for the first 18 months of the trial followed by an increased risk in the rofecoxib group after 18 months. However, as discussed below, the pooled analysis did not reveal a pattern of changing relative risk over time in any of the data sets. Thus, given the overall relative risk of 1.01 in the Alzheimer's Disease studies, it was interpreted that the variability in relative risk over time represented chance variation about the mean and was not a clinically meaningful observation.

The final pooled analysis in 2003 of cardiovascular events in the rofecoxib clinical trials program continued to demonstrate similarity between rofecoxib and placebo or non-naproxen NSAIDs and to demonstrate a significant difference for rofecoxib compared

with naproxen (Section 4.3.2.3). As alluded to above, because of the finding of a non-constant relative risk in the Alzheimer's studies, the pooled data were analyzed by duration intervals in order to examine if the relative risk changed with duration of exposure to study drug. The point estimates for the relative risks across the chosen time points approximated 1 for the placebo-controlled and non-naproxen-controlled data sets and no trend was observed in the naproxen controlled data set. Given these data, there was no clear evidence to support an increased risk in the >12 month time period.

Subgroup analyses (by rofecoxib dose, baseline CV risk, and aspirin use) were carried out for each data set within the final pooled CV data. The estimated rate of APTC events for rofecoxib 50 mg was greater than for 25 mg. This was due to an imbalance in the number of thrombotic strokes in studies completed prior to the implementation of the CV Adjudication SOP. There was no apparent dose-related effect of rofecoxib on the risk of sustaining a myocardial infarction. There were no statistically significant imbalances in relative risk between the subgroups of patients at an increased baseline CV risk versus those not at an increased risk for the APTC combined endpoint. Data in aspirin users were limited. There was no treatment-by-subgroup interaction and no apparent difference in relative risk between aspirin users and non-users in any of the data sets. In consideration of the APPROVe findings, additional subgroup analyses are being conducted.

### Efficacy Data From Alzheimer's Disease Studies

No beneficial effect of rofecoxib was observed in the treatment of Alzheimer's Disease [43; 44] and the data in the prevention study were conflicting [45]. While the primary endpoint demonstrated a higher rate of conversion to Alzheimer's Disease compared to placebo, this finding was not supported by any of the secondary endpoints in the trial (see APPENDIX 2).

### Mortality (Section 4.3.3)

The incidences of overall mortality and of cardiovascular mortality were generally similar across treatment groups in the rofecoxib program. In the OA and RA studies, patients were not followed after discontinuation. The standard tabulation method included patients who died while taking study therapy or those who had a fatal adverse event that started within 14 days of the last dose of study therapy. In the Alzheimer's Disease prevention study (Protocol 078), and in APPROVe, patients who discontinued were followed until study termination, allowing a true ITT analysis of mortality in addition to the on-drug analysis.

In VIGOR, RA Phase IIb/III, and in the ADVANTAGE study, differences in the rates of mortality were not seen for rofecoxib compared to naproxen or rofecoxib compared to placebo.

In the OA studies, mortality incidences were significantly lower on rofecoxib than comparator NSAIDs (diclofenac, ibuprofen, and nabumetone); 5 (0.13 per 100 patient-years) deaths on rofecoxib and 8 (0.26 per 100 patient-years) deaths for the nonselective NSAID comparator.

MRK-AFV0498850

In the Alzheimer's Disease studies, the total number of deaths was not inconsistent with that expected for an elderly population. However, the incidence was significantly higher on rofecoxib than placebo: 36 (2.1 per 100 patient-years) patients in the rofecoxib group and 19 (1.0 per 100 patient-years) in the placebo group in the on-drug period of the primary safety period. One study included a three month randomized withdrawal period during which an additional 3 deaths occurred (all randomized to placebo for the initial treatment period and the withdrawal period). The difference between rofecoxib and placebo in on-drug mortality did not reflect any increases in particular types of events to suggest causality in the Alzheimer's studies [43; 45]. Of these deaths, 11 in the rofecoxib group and 5 in the placebo group were thrombotic cardiovascular deaths. These final data were consistent with the interim data that had been included in the rofecoxib label in 2002: 8 thrombotic cardiovascular deaths in the rofecoxib group and 3 in the placebo group. There were an additional 6 deaths in the off-drug period for Protocol 091 (4 assigned to rofecoxib and 2 assigned to placebo). None of these deaths were due to thrombotic cardiovascular events. Off-drug follow-up mortality data for Protocol 078 were available for less than half the patients and the median duration of off-drug follow-up was longer in the rofecoxib group. There were 22 deaths (17 in patients assigned to rofecoxib and 5 in patients assigned to placebo); 12 of these (11 in the rofecoxib group and 1 in the placebo group) occurred more than 48 weeks after treatment discontinuation. Eight of these 22 off-drug deaths in Protocol 078 were due to thrombotic cardiovascular events. Data from APPROVe are provided below.

## Observational Studies of CV Risk in Patients Prescribed Rofecoxib (Section 5)

Observational studies are helpful in evaluating associations and generating hypotheses. They are particularly advantageous in situations where there is limited clinical trial evidence of an uncommon or rare adverse event. However, they are non-randomized and non-blinded, thus more prone to bias than randomized clinical trials and for that reason are considered to be weaker than randomized experiments for establishing causality. [46; 47; 48]

A number of observational studies of cardiovascular thrombotic risk with the use of rofecoxib have been presented or published. Currently, seven have been published in peer-reviewed journals.[49; 50; 51; 52; 53; 54; 55] Two of them are open-label studies of rofecoxib in clinical practice with no comparator.[51; 49] and one is a "prescription event monitoring" study [53] where physicians are solicited by regulatory agencies to provide safety information regarding newer drugs they have prescribed. The remainder are comparative studies. In two the authors conclude there is no difference in risk with rofecoxib compared with non-use of NSAIDs.[52; 55] One also indicates no difference in risk compared with other NSAIDs or COX-2 inhibitors.[52] The others [50; 54] are inconsistent with each other and with clinical trial evidence, In one [50], rofecoxib only at doses greater than 25 mg was significantly associated with an increased risk of serious coronary heart disease among patients who were "new users" compared with non-users of NSAIDs. In the other [54] rofecoxib (all doses combined) was associated with a significantly increased risk of acute MI compared to celecoxib (all doses combined). This increased risk however was demonstrated only during the first 90 days of use, after which the risk was similar. The authors also concluded a difference between rofecoxib

MD0439685I

and no NSAID use although this difference did not reach statistical significance (p=0.054). Therefore, the comparative observation studies do not provide clear conclusions about the cardiovascular safety profile of rofecoxib. Given the inherent limitations of observational and cohort studies, and the superiority of clinical trial data for decision making, we placed greater weight on the consistent findings in our large clinical trials data base than on the inconsistent observations that arose from these epidemiologic analyses.

## CV Safety Results From the APPROVe Study (September 2004; Section 6)

The APPROVe study was a multicenter, randomized, placebo-controlled double-blind clinical trial in 2586 patients to determine whether 156 weeks (3 years) of treatment with rofecoxib would reduce future adenoma occurrence in patients with a history of colorectal adenomas. Patients who completed the year 3 colonoscopy, with removal of all identified polyps, would be eligible to participate in an off-drug 1 year study extension. Approximately 1400 patients had enrolled in the extension as of 09-Dec-2004, and these patients were planned to have a year 4 colonoscopy at the end of the 1 year extension to evaluate the potential for accelerated adenomatous polyp recurrence; during the extension, blinding to the base study treatment assignments was to be maintained. As described above, a key CV safety endpoint was prespecified.

The primary cardiovascular safety endpoint was the incidence of confirmed thrombotic CV events. APPROVe was one of 3 placebo-controlled studies that contributed to the CV Outcomes protocol for rofecoxib. Data on confirmed CV events in APPROVe were to have been combined with data from the other 2 studies based on a prespecified analysis plan; however, given the decision by the external safety monitoring board (ESMB) to stop the APPROVe study based on the CV data, the data are being analyzed separately.    The final ESMB meeting was on 17-Sep-2004, and the committee recommended that participating patients be instructed to discontinue study treatment. The ESMB has indicated that they believed that early termination at this time would not adversely impact the planned efficacy analysis using the Year 3 colonoscopy results which would be important for a full assessment of risk/benefit in this population.  In accordance with the protocol, this recommendation was first discussed with the executive committee of the APPROVe administrative committee and then with the entire administrative committee. The administrative committee agreed with the recommendation to discontinue the study and this was communicated to Merck on the evening of Thursday 23-Sep-2004. Patients were notified to stop study drug on 30-Sep-2004, and Merck also announced on that day that the drug was being voluntarily withdrawn from the market.

The cardiovascular safety data in this background document represent the preliminary data that were provided to the ESMB for their meeting on 17-Sep-2004. The data that will be presented at the Advisory Committee in Feb-2005 will be based on the final data which will be available in late Jan-2005.

## Efficacy Data From APPROVe (Section 6.1)

The cumulative adenoma recurrence rates were significantly lower with rofecoxib vs. placebo for both primary and secondary endpoints. The cumulative Year 0 to 3 recurrence rate for colorectal adenomas was 40.9% for rofecoxib and was 54.8% for

MDD4396852

placebo. The relative risk for rofecoxib versus placebo was 0.75 with a 95% confidence interval of (0.67, 0.83) which was significantly less than 1 (p<0.001). This result supported the primary hypothesis for the trial.

## Overall Safety From APPROVe (Section 6.1)

As anticipated, there was an increased risk of hypertension, congestive heart failure and edema associated with rofecoxib treatment compared to placebo, consistent with the previously documented adverse event profile of both NSAIDs and coxibs. Discontinuations were more frequent in the rofecoxib patient group; the three most common causes of discontinuation were hypertension, increased blood pressure and peripheral edema. Overall mortality was similar in both treatment groups: 5 deaths in each group while taking study therapy or within 14 days of discontinuing, and an additional 15 deaths (8 in the rofecoxib and 7 in the placebo groups) off-drug in the ITT analysis. As discussed above, although the absolute rates were low, confirmed upper GI events occurred more frequently with rofecoxib than placebo.

## Cardiovascular Safety Results From APPROVe (Sections 6.1 and 6.2)

A total of 70 patients (45 in the rofecoxib 25 mg group and 25 in the placebo group) had one or more confirmed thrombotic CV serious adverse events as determined by an independent blinded adjudication committee. Treatment with rofecoxib was associated with an overall relative risk of 1.96 (95% CI: 1.20, 3.19) compared to placebo for the development of confirmed thrombotic cardiovascular serious adverse events, due primarily to a higher incidence of acute myocardial infarction and ischemic cardiovascular stroke.

A Kaplan-Meier analysis of the cumulative incidence of confirmed thrombotic cardiovascular serious adverse events over time showed that the separation of the cumulative incidence curves for rofecoxib and placebo did not begin until after 18 months of chronic treatment. Prior to 18 months there was no apparent difference in the cumulative incidence of these events in the two groups as evidenced by the overlapping plots. The changing pattern of hazard ratio over time was confirmed by the failed test for proportionality of hazards (p=0.006). Results for the first 18 months of treatment in APPROVe were consistent with prior placebo-controlled and non-naproxen NSAID controlled data. The difference between rofecoxib and placebo beginning after 18 months appears to mostly reflect a flattening of the placebo curve after 18 months compared with the preceding 18 months. Analyses of cardiovascular risk factors, including blood pressure, did not reveal any consistent associations that might explain the increased risk of thrombotic cardiovascular events in the rofecoxib group. Baseline characteristics of those patients with events after 18 months were comparable between the treatment groups. Results for analysis of the APTC endpoint over time were similar.

## DISCUSSION

The COX-2 hypothesis proposed that a selective COX-2 inhibitor would have efficacy similar to a non-selective inhibitor of COX-1 and COX-2 but with superior GI safety. This element of the COX-2 hypothesis deserves emphasis. It was not anticipated that

selective COX-2 inhibitors would provide symptomatic benefit with an adverse effect profile like that of placebo.   Rather, it was intended that the analgesic and anti-inflammatory benefit of nonselective NSAIDs could be experienced with a reduced risk of NSAID-related gastropathy.  The rofecoxib development program was designed to test the COX-2 hypothesis by comparing rofecoxib to non-selective NSAIDs across a number of diseases and conditions.  To a substantial extent, the rofecoxib development program validated the COX-2 hypothesis.  However, at this time, at least relative to placebo, rofecoxib demonstrated in the APPROVe study an increased risk of CV events that was first seen beginning after 18 months of chronic therapy.  Whether a similar increased risk would be observed relative to nonselective NSAIDs without potent and sustained antiplatelet effects is an as yet unanswered question.

## Efficacy and GI Benefit

The early goals of the rofecoxib program were achieved by showing similar efficacy to the nonselective NSAIDs in the treatment of OA and acute pain and improved GI safety based on fecal red blood cell loss, intestinal permeability, endoscopic ulcer studies, and an initial pooled analysis of clinical upper GI events in OA patients.  The VIGOR study in RA patients further substantiated the GI benefit of rofecoxib over naproxen and an update to the pooled analysis confirmed a GI benefit over ibuprofen and diclofenac. Additional studies demonstrated efficacy of rofecoxib in reducing the signs and symptoms of both adult and juvenile rheumatoid arthritis and in the treatment of acute migraine attacks.  These data confirmed the core components of the COX-2 hypothesis that a selective COX-2 inhibitor would have efficacy similar to a non-selective COX inhibitor with improved GI safety.

Although the risk of GI toxicity with rofecoxib was shown to be substantially lower than with non-selective NSAIDs, the risk is not completely eliminated as revealed in large placebo-controlled studies.  Further, in patients taking low-dose aspirin with rofecoxib, the cumulative incidence of endoscopic ulcers was similar to patients taking ibuprofen. Nonetheless, there is evidence to suggest a benefit for the use of selective COX-2 inhibitors in patients taking low-dose aspirin compared to nonselective NSAIDs plus aspirin.   However, long term clinical data confirming this benefit have not been presented.  Finally, it is of interest that rofecoxib use was associated with a lower incidence of clinical lower GI events compared to non-selective NSAIDs.  A similar benefit for celecoxib is suggested by recent data from capsule endoscopy studies [56]. This was an unanticipated additional benefit of the class.

## Interpreting Cardiovascular Risk pre-APPROVe

A second finding of the VIGOR study was the imbalance of thrombotic cardiovascular serious adverse experiences resulting in a greater risk for rofecoxib than for naproxen. Analyses of the data did not demonstrate particular subgroups of patients at increased relative risk based either on baseline demographic factors or on blood pressure responses during the study.  At that time, two principle hypotheses were put forth to explain those data.  The first hypothesis was that inhibition of COX-2 might lead to reduction in endothelial prostacyclin, altering the balance between prostacyclin and thromboxane

MDL0436854

towards thrombosis. It was hypothesized that this imbalance could theoretically lead to an increase in the risk of cardiovascular events. The second hypothesis was that the anti-platelet effects of naproxen 500 mg twice daily could have been cardioprotective in the VIGOR study. Both hypotheses were considered feasible and the data available at that time was extensively reviewed and analyzed. A third hypothesis at that time, that the findings of VIGOR were due to chance, could not be excluded as the trial was not specifically designed to evaluate CV safety.

To assess the first hypothesis, data from rofecoxib clinical trials were evaluated. Data from the OA trials showed similar risks of thrombotic cardiovascular events for rofecoxib versus non-naproxen NSAIDs. Data from the ongoing Alzheimer's disease studies comparing rofecoxib to placebo also showed similarity in cardiovascular event rates compared with placebo. These data suggested that rofecoxib 25 mg, the maximal dose recommended for chronic use, was not prothrombotic in comparison to placebo and the pooled data on rofecoxib across all doses (mean dose approximately 25 mg) suggested no prothrombotic effect in comparison to the non-naproxen NSAIDs studied (mostly ibuprofen and diclofenac). Although VIGOR was conducted with a 50 mg rofecoxib dose, analysis of data across the rofecoxib development program available at that time did not demonstrate dose-related trends in thrombotic cardiovascular events. Thus, the weight of the evidence at that time indicated that rofecoxib was not prothrombotic and did not increase the rates of thrombotic cardiovascular events. These data were extensively reviewed at the FDA Arthritis Advisory Committee meeting in February 2001.

As to the second hypothesis, data from previous studies had shown that some nonselective NSAIDs with potent and sustained platelet COX-1 inhibitory properties (such as indobufen and flurbiprofen) could result in vascular-protective properties similar to those observed with aspirin [38]. In this regard, the antiplatelet properties of naproxen 500 mg twice daily were further reviewed. The effects of rofecoxib and the nonselective NSAIDs diclofenac, ibuprofen, and naproxen on thromboxane ($TXB_2$) generation and platelet function had been evaluated in clinical pharmacology studies. Results of these studies showed no inhibitory effects for rofecoxib on $TXB_2$ synthesis and platelet aggregation and a gradient of inhibitory effects for the nonselective NSAIDs. Among the nonselective NSAIDs studied, naproxen when dosed at 500 mg twice daily had the most potent inhibitory effects on $TXB_2$ and platelet aggregation and analysis of the time-course of inhibition showed that, among the non-selective NSAIDs studied, only naproxen's inhibition of platelet aggregation persisted at high level across the dosing interval from peak to trough at a magnitude similar to that of aspirin. Further support of naproxen's antiplatelet effects in the VIGOR study was provided by evaluation of adverse experiences typically associated with antiplatelet effects, such as ecchymosis and epistaxis. In VIGOR, naproxen 500 mg twice daily was shown to result in a 2.1 to 3.5 fold increase in the incidence of such adverse experiences compared with rofecoxib. Although the magnitude of a hypothesized cardioprotective effect of naproxen was large, the confidence intervals for the effect size were also fairly large and were not inconsistent with an aspirin-like effect, at least in a relatively higher risk population of patients such

MRK0398855

as those with chronic inflammatory disease. Finally, the TARGET trial with lumiracoxib, which was published in 2004, further suggests a lowering of CV event rates with naproxen but not ibuprofen compared to selective COX-2 inhibitors [39].

In considering whether naproxen 500 mg twice daily could be cardioprotective, we recognized that there were no clinical studies that assessed cardiovascular events with naproxen to support (or refute) the hypothesis, although clinical studies with indobufen and flurbiprofen provided evidence that reversible COX-1 inhibitors with pharmacologic properties similar to naproxen could protect against thrombotic vascular events. Epidemiological data available at that time for nonselective NSAIDs other than aspirin were limited and generally grouped the non-aspirin NSAIDs together. However, given the clinical trial data available, the weight of the evidence was most consistent with a cardioprotective benefit of naproxen and no prothrombotic effect of rofecoxib. Subsequent epidemiologic studies on the ability of naproxen to reduce the risk of thrombotic cardiovascular events have been inconsistent. The strongest findings for reduction in risk have been in RA patients; a population most likely to use the 500-mg dose twice daily on a consistent basis [57]. The implications of the more recent announcement of an increased risk of cardiovascular thrombotic events in patients taking naproxen sodium 220 mg twice daily (equivalent to 200 mg naproxen twice daily) do not preclude a cardioprotective effect of naproxen 500 mg twice daily. At the time of writing this background package these new data were not publically available. In the absence of a better understanding of the mechanisms for the findings in APPROVe and in the absence of a placebo control in VIGOR, it is difficult retrospectively to apply the new information from APPROVe to VIGOR.

At the time the VIGOR results were known, large placebo-controlled studies of rofecoxib had already been initiated, including the Alzheimer's disease studies and APPROVe. These trials were large enough and of sufficient duration to reveal whether rofecoxib was associated with an increased cardiovascular risk of a magnitude similar to the difference from naproxen observed in VIGOR. In addition, the APPROVe study was being monitored by an external data safety monitoring board so that, if a signal appeared, Merck would be notified. Moreover, in 2002, Merck initiated a cardiovascular outcome protocol to pool data from 3 large studies in chemoprevention which would study rofecoxib 25 mg vs. placebo in over 25,000 patients.

During this period Merck continued to monitor and disclose the results of its ongoing programs. Throughout this time, Merck's clinical trials data from its OA program comparing rofecoxib to non-naproxen NSAIDs and from the Alzheimer's Disease program comparing rofecoxib to placebo, and pooled analyses of data across all the clinical program, continued to support its interpretation that rofecoxib did not increase the risk of cardiovascular thrombotic events in comparison to either placebo or non-naproxen NSAIDs, although a difference from naproxen remained evident. Subgroup analyses of updated pooled data based on baseline demographic factors and aspirin usage did not reveal patients in whom there was an increased relative risk with rofecoxib. Data on duration and dose were limited but overall did not support the implication that these parameters had an effect on the relative risk of cardiovascular thrombotic events.

M0043965856

As noted above, other clinical trials data reported in this time frame supported the view that the cardiovascular data with naproxen 500 mg twice daily were different from those obtained with other commonly prescribed NSAIDs and selective COX-2 inhibitors. In all of these selective COX-2 inhibitor programs, the data suggested no difference in thrombotic cardiovascular event rates between selective COX-2 inhibitors and ibuprofen or diclofenac.

Also in this time frame, data from retrospective observational studies on the cardiovascular safety of rofecoxib, celecoxib, and NSAIDs became available. Although such observational studies can be useful to generate hypotheses, especially when there are consistent findings across several data bases and the magnitude of the observed effect is large [58], in general these studies need to be interpreted with caution. This was especially true for studies comparing the selective COX-2 inhibitors to non-selective NSAIDs. Selective COX-2 inhibitors were restricted by managed care organizations and channeled to the types of patients who had an increased risk for both GI and CV events whereas non-selective NSAIDs were used in younger, healthier patients. Overall, the results of these observational studies were inconsistent with respect to differences between users of selective COX-2 inhibitors and non-selective NSAIDs, between NSAID users and non-users, and with respect to dosage effects. In several instances, stated conclusions were based on a limited numbers of events. Although we carefully followed this literature, we believed that our clinical trials database was more robust and provided higher quality data than these observational or retrospective database studies. Therefore greater weight was placed on clinical data in decision making and, in that regard, believed that the study of cardiovascular outcomes we had initiated would be able to definitively answer the question. The more recent revelation from a celecoxib clinical study versus placebo of an increased cardiovascular risk of similar or greater magnitude to that observed in the rofecoxib APPROVe study is in sharp contradiction from the conclusions of epidemiologic retrospective database studies and further illustrates the limited ability of retrospective studies to account for all the variables that can impact an assessment of risk.

Given the strong GI data, the large CV safety databases in the Alzheimer's disease studies demonstrating similar rates of thrombotic cardiovascular events on rofecoxib 25 mg and placebo, and the large CV safety database in OA patients demonstrating similar rates of thrombotic cardiovascular events on rofecoxib and non-naproxen NSAIDs, we believed that rofecoxib did not increase the risk of thrombotic cardiovascular events, that the risk benefit of rofecoxib over older NSAIDs was clearly in favor of rofecoxib, and that our labeling for rofecoxib was appropriate and reflected the state of knowledge at the time. Indeed, rofecoxib was the only agent marketed in the US with a proven GI benefit compared to nonselective NSAIDs. FDA-approved labeling for rofecoxib reflected both the GI benefit and conflicting cardiovascular data.

When we learned the APPROVe data at the end of Sep-2004, we immediately acted based on the new data.

MDG4396857

Rofecoxib
FDA Advisory Committee Background Information

34

## Interpreting Cardiovascular Risk post-APPROVe

Data from the APPROVe study confirm the findings in our other clinical trial databases that there is no evidence for an increase in the relative risk of sustaining a thrombotic CV event for the rofecoxib group versus placebo over the first 18 months of treatment. However, in APPROVe, the risk of thrombotic CV events in patients taking rofecoxib 25 mg began to diverge from placebo beginning after 18 months of chronic therapy; over time the difference became significant. The mechanism(s) of the CV safety findings from APPROVe were uncertain.

At the time, many hypotheses were proposed to explain the APPROVe findings. These included hypotheses based on molecule specific effects unrelated to the inhibition of COX-2, hypotheses based on the inhibition of COX-2 which proposed that all NSAIDs could increase the risk of thrombotic cardiovascular events versus placebo, and hypotheses based on an imbalance in inhibition of COX-2 versus COX-1 which proposed that selective COX-2 inhibitors and not non-selective NSAIDs would increase the risk. With regard to the molecule-specific hypothesis, one study suggested that there was sulfone-mediated oxidation of LDL by rofecoxib and that molecules with a sulfonamide moiety such as celecoxib and valdecoxib would not have this effect [59]. Recent revelations regarding the increased cardiovascular risk of celecoxib and valdecoxib would seem to render this hypothesis untenable. Other theories about the protective properties of sulfonamides were also raised. There were also hypotheses proposing that differences among these agents in their relative tendencies to affect blood pressure were the basis for the findings. However, the available evidence did not support such an association. Moreover, the increased risk of thrombotic cardiovascular events observed in APPROVe was greater than what would be predicted by the observed changes in blood pressure. With regard to mechanism-based hypotheses, some suggested that selective COX-2 inhibition may promote atherosclerosis [60; 61; 62] (while still others offered the promise of reduced atherosclerotic progression based on an anti-inflammatory benefit).

Thus, the mechanism of the CV safety findings from APPROVe are uncertain. At the time of the APPROVe results, no other non-aspirin NSAIDs or selective COX-2 inhibitors had been studied in this large a patient group for this duration. Although Merck recognized that rofecoxib benefited many patients and believed that it could have remained on the market with labeling to reflect these new findings, we were unaware of CV data similar to APPROVe with other products and, at that time, believed that the withdrawal of rofecoxib best served the interest of patients.

Although there were several questions raised by the new findings in APPROVe, comparison of the pattern of cardiovascular findings in APPROVe and VIGOR reveals notable differences. In VIGOR, examination of the cumulative incidence curves suggests a difference between rofecoxib and naproxen began starting approximately 1 month after therapy whereas in APPROVe a difference from placebo was not discernible until after 18 months of therapy. The inhibition of platelet aggregation and tendency to form clots is the presumed mechanism of aspirin's efficacy at low dose to reduce the risk of thrombotic cardiovascular events. This effect is seen early after starting low-dose aspirin

MRK-O4366859

therapy. An opposite effect to increase clotting would similarly be anticipated to start early if that were the basis for the rofecoxib findings. The data in APPROVe for a late separation of event rates suggests that an effect of rofecoxib to increase clotting is not sufficient as the sole explanation. The data in VIGOR of an early separation in event rates mimics what has been seen with aspirin and is consistent with a change in the hemostatic balance. Whereas rofecoxib has not been shown in a variety of pharmacology studies to affect platelet aggregation, naproxen has. However, because naproxen is a reversible COX inhibitor, in order to manifest a clinical benefit, naproxen would need to be taken continuously with few off-drug intervals and at a dose sufficient to provide near complete inhibition of platelet thromboxane synthesis across a 12-hour dosing interval. Those conditions were met in the design of VIGOR. For these reasons and for the reasons enumerated elsewhere in the document, Merck continues to believe that the weight of evidence continues to support the hypothesis that naproxen provided a cardioprotective benefit in VIGOR and that the anti-platelet effects of naproxen 500 mg twice daily could account for differences in CV events observed for naproxen in comparison to selective COX-2 inhibitors. In the absence of a better understanding of the mechanisms for the findings in APPROVe and in the absence of a placebo control in VIGOR, it is difficult retrospectively to apply the new information from APPROVe to VIGOR.

Shortly after the APPROVe data were announced, data were released from a study in which the perioperative administration of valdecoxib and parecoxib increased the risk of cardiovascular events in patients who had undergone coronary artery bypass graft surgery. This study confirmed a similar observation from a smaller study [63]. Also, in response to APPROVe, a re-analysis of CV events in ongoing colon polyp prevention studies with celecoxib was performed. On 17-Dec-2004, it was announced publicly that celecoxib 400 and 800 mg daily increased the risk of thrombotic CV events compared to placebo in one colon polyps prevention trial but that an increased risk was not observed with celecoxib 400 mg in another colon polyps trial [64]. And on December 20, it was announced that patients in an Alzheimer's Disease prevention study taking naproxen sodium 220 mg twice day but not celecoxib 200 mg twice daily had a numeric increase in thrombotic cardiovascular events compared to patients taking placebo. At the time of writing this background package, the data that prompted these announcements have not been made publically available. Thus, it is difficult to draw conclusions at this time on the implications of these new findings for the other drugs in this class including COX-2 selective inhibitors and non-selective NSAIDs or to assess topics such as the effects of dose and duration. Although the data suggest that the CV findings may represent a class effect, it is unclear at this time how extensive the class might be: selective COX-2 inhibitors, all NSAIDs, or the subset of NSAIDs without potent and sustained COX-1 inhibitory effects.

## Implications of These Findings and Next Steps

The therapeutic options for patients with arthritis and chronic pain are limited. For the near term, NSAIDs and selective COX-2 inhibitors are effective agents with certain benefits and risks both in absolute terms and relative to each other. Although we do not

yet understand all the mechanisms for the new CV findings, there are ample efficacy and clinical safety data available to inform clinical decision making. Physicians and patients should discuss the benefits and risks of these agents and incorporate the new information into their decision making. New and ongoing studies will likely continue to inform on this topic and should be taken into account in any product labeling. In the long term, new therapeutic options are clearly needed.

## CONCLUSIONS

- Rofecoxib was the only approved selective COX-2 inhibitor with a demonstrated advantage over nonselective NSAIDs in decreasing the risk of clinical upper GI events. A benefit over nonselective NSAIDs in patients taking concomitant low dose aspirin has been suggested but not conclusively established.
- Rofecoxib use, like all NSAIDs, is associated with renovascular adverse experiences that are mechanism based and dosed related. In general, these effects with rofecoxib are similar to the effects seen with other NSAIDs.
- The data from rofecoxib clinical trials shows a similar incidence of thrombotic cardiovascular events with rofecoxib 25 mg compared to placebo over the first 18 months of chronic usage or from non-naproxen NSAIDs.
- The incidence of thrombotic cardiovascular events is lower on naproxen 500 mg twice daily than rofecoxib. The difference is apparent shortly after initiation of therapy.
- In APPROVe, the risk of thrombotic CV events in patients taking rofecoxib 25 mg began to diverge from placebo beginning after 18 months of chronic therapy; over time the difference became significant. Long term data for rofecoxib in comparison to non-naproxen NSAIDs has not revealed a difference but are limited.
- The mechanism(s) for the increased risk of thrombotic cardiovascular events in the APPROVe study are uncertain.
- There are as yet no long-term data to suggest a difference in the incidence of thrombotic cardiovascular events in selective COX-2 inhibitors compared to nonselective NSAIDs such as ibuprofen and diclofenac that do not have potent and sustained antiplatelet effects.
- It is premature to draw conclusions at this time on the implications of the new findings with rofecoxib, celecoxib, and naproxen for the other drugs in this class including COX-2 selective inhibitors and non-selective NSAIDs or to assess topics such as the effects of dose and duration. Although the data suggest that the CV findings represent a class effect, it is unclear at this time how extensive the class might be: selective COX-2 inhibitors, all NSAIDs, or the subset of NSAIDs without potent and sustained COX-1 inhibitory effects.
- Physicians and patients should discuss the benefits and risks of these agents and incorporate the new information into their decision making. New and ongoing studies will likely continue to inform on this topic and should be taken into account in any product labeling.

MRK-AFV0396880

Rofecoxib
FDA Advisory Committee Background Information

## 1.   Introduction

This portion of the background document provides the data on rofecoxib, a cyclooxygenase-2 (COX-2) selective inhibitor, to support the summary and discussion of the findings provided in the executive summary. Rofecoxib received approvals for the treatment of osteoarthritis (OA), rheumatoid arthritis (RA), juvenile rheumatoid arthritis (JRA), primary dysmenorrhea, migraine, and acute pain. To date, rofecoxib was the only approved COX-2 selective inhibitor to demonstrate definitively a significant gastrointestinal benefit versus nonselective NSAIDs, in this case naproxen.

The main focus of this document is the safety information from clinical studies including gastrointestinal, renovascular, and cardiovascular safety. The chronologic description of the information below provides a framework for the rofecoxib development program within the context of cardiovascular safety monitoring.

## 1.1   Organization of Document

The document is divided into several major sections. Section 2 provides a summary of the gastrointestinal safety data. These data confirm the premise of the COX-2 hypothesis and provide the foundation of the GI sparing effect noted with rofecoxib versus traditional non-selective NSAIDs. This section is followed by a summary of the renovascular safety including data for parameters typically associated with the mechanism based side effects associated with NSAID use including edema and hypertension.

Sections 4 through 7 focus on the cardiovascular safety data for rofecoxib. Section 4 presents data prior to the knowledge of the APPROVe results and is presented in a chronological format. The data are presented in the order in which they were accrued and evaluated so that the reviewer may better understand and assess what information regarding the cardiovascular safety of this drug was known at each step along the clinical development path of rofecoxib. The CV section includes a brief overview of the mortality data for the rofecoxib program. Section 5 outlines the epidemiological studies and is followed by the CV safety data from APPROVe in Section 6. Section 7 discusses postmarketing data with rofecoxib. Section 8 provides overall conclusions.

The data for GI safety are presented according to their patient population and/or comparator. The section is comprised of the VIGOR study (in RA patients), endoscopy studies in OA and RA patients, and a pooled analysis of all 20 rofecoxib Phase IIb to V OA and RA studies in which rofecoxib was compared with a non-selective NSAID. The primary comparison was to the pooled NSAID group; comparisons to individual NSAID comparators are also provided. In addition, GI safety is presented for placebo controlled studies – 2 studies in Alzheimer's disease patients and the APPROVe study.

The data for renovascular safety are presented according to their exposure and/or patient population (e.g., OA and RA) and are further broken out by comparator. In addition, renovascular safety is presented for large placebo controlled studies – 2 studies in Alzheimer's disease patients and one study in patients with colon polyps (APPROVe).

The data for CV safety are presented chronologically starting with the 1998 Phase IIb/III OA studies, followed by the 2000 VIGOR data and the placebo-controlled Alzheimer's Disease interim results.   This is followed by presentation of a pooled analysis of rofecoxib Phase IIb to V studies first performed in 2000 and updated through 2003 in which the data are analyzed versus different comparators (e.g., placebo, naproxen, and non-naproxen NSAIDS).   When completed, the pooled analysis encompassed all 28 Phase IIb to V studies ≥4 weeks duration, more than 32,000 patients, and over 19,300 patient-years of experience. The CV safety section concludes with a presentation of the APPROVe data.

A summary of the studies in the rofecoxib development program are provided in Table 1, Table 2, and Table 3.   These tables display a comprehensive list of the Phase IIb to V studies which are the basis of the GI and CV analyses presented in this document.   As described below in Section 1.2, these analyses included all of the data from studies ≥4 weeks in duration in which rofecoxib was compared to non-selective NSAIDs or placebo. The tables are organized into three data sets: the Placebo-Controlled, Non-Naproxen NSAID-Controlled, and Naproxen-Controlled data sets.

In the GI analysis, results were consistent for the naproxen- and non-naproxen NSAID-controlled data and the datasets were combined into a single NSAID-controlled data set. In the CV analysis, different results were obtained for the naproxen- and non-naproxen NSAID-controlled data sets and differences had been observed in pharmacology studies of these agents.   Therefore, the data sets were analyzed separately.

Each table includes the number of patients, the date the first patient was enrolled (First Patient In), and the date the last patient completed (Last Patient Out) each study.  As the data in this document are often reported by groupings of studies (e.g., Phase IIb/III OA Studies), these grouping are further delineated in the tables as Study Populations. In addition, Figure 1 provides an over-all time line for the main study populations described in this document.  Of note, individual patients may be counted in more than one dataset due to some studies having a placebo- and active comparator-controlled initial study period followed by an active comparator-controlled Part II or extension period.

M004368862

Rofecoxib
FDA Advisory Committee Background Information

39

## Table 1

### Summary of Rofecoxib Studies
### Placebo-Controlled Data Set

| Population | Study No. | Rofecoxib | | Placebo | | FPI | LPO |
|---|---|---|---|---|---|---|---|
| | | N | PYR[†] | N | PYR[†] | | |
| RA Phase IIb/III | PN 068 | 332 | 49 | 168 | 24 | 12/17/1997 | 6/17/2001 |
| | PN 096 | 459 | 97 | 301 | 58 | 4/1/1999 | 4/25/2001 |
| | PN 097 | 612 | 137 | 299 | 62 | 5/11/1999 | 3/6/2001 |
| | 098+103 | 219 | 55 | 221 | 56 | 7/6/1999 | 7/6/2000 |
| | All RA | 1622 | 338 | 989 | 201 | 12/17/1997 | 6/17/2001 |
| OA Phase IIb/III in NDA | PN 029 | 378 | 46 | 145 | 16 | 4/29/1996 | 9/30/1999 |
| | PN 033 | 446 | 66 | 69 | 9 | 4/14/1997 | 11/18/1997 |
| | PN 040 | 486 | 72 | 74 | 11 | 5/14/1997 | 1/1/1998 |
| | PN 044 | 381 | 154 | 177 | 52 | 1/13/1997 | 2/18/1998 |
| | PN 045 | 388 | 157 | 194 | 61 | 3/4/1997 | 2/18/1998 |
| | PN 058 | 174 | 21 | 52 | 6 | 8/1/1997 | 7/27/1999 |
| Add'l OA | PN 083 | 98 | 21 | 100 | 21 | 4/20/1998 | 2/9/2000 |
| | PN 085 | 424 | 61 | 208 | 28 | 9/17/1998 | 3/3/1999 |
| | PN 090 | 390 | 56 | 196 | 27 | 10/26/1998 | 5/17/1999 |
| | PN 136 | 399 | 95 | 816 | 201 | 12/19/2000 | 2/5/2002 |
| | All OA | 3564 | 750 | 2031 | 432 | 4/29/1996 | 2/5/2002 |
| ALZ | PN 078 | 723 | 1369 | 728 | 1563 | 4/29/1998 | 4/23/2003 |
| | PN 091 | 346 | 292 | 346 | 367 | 2/10/1999 | 11/30/2000 |
| | PN 126 | 380 | 186 | 376 | 192 | 4/1/2000 | 5/30/2001 |
| | All ALZ | 1449 | 1847 | 1450 | 2121 | 4/29/1998 | 4/23/2003 |
| Other | PN 118 | 102 | 15 | 58 | 8 | 1/2000 | 7/2000 |
| | PN 120 | 252 | 28 | 128 | 14 | 1/8/2000 | 6/27/2000 |
| | PN 121 | 210 | 23 | 100 | 11 | 12/28/1999 | 6/16/2000 |
| | PN 125 | 89 | 23 | 83 | 22 | 4/4/2000 | 6/29/2001 |
| | PN 129 | 8 | 3 | 9 | 4 | 11/2000 | 4/2002 |
| | APPROVe | 1287 | 3041 | 1299 | 3315 | 2/8/2000 | 9/30/2004[‡] |
| | All OTH | 1948 | 3133 | 1677 | 3374 | 12/28/1999 | 9/30/2004 |
| ALL COMBINED | | 8583 | 6068 | 6147 | 6129 | 4/29/1996 | 9/30/2004 |

OA = Osteoarthritis, RA = Rheumatoid Arthritis, and ALZ = Alzheimers Studies.
FPI = First patient in (based on randomization visit), LPO = Last patient out (date of last visit) except APPROVe.
[†] Patient-years at risk.
[‡] Date dosing was terminated by Merck

M004396863

Rofecoxib
FDA Advisory Committee Background Information

Table 2

Summary of Rofecoxib Studies
Non-Naproxen NSAIDs-Controlled Data Set

| Population | Study No. | Rofecoxib | | Non-Naproxen NSAIDs | | FPI | LPO | Comparator |
|---|---|---|---|---|---|---|---|---|
| | | N | PYR[1] | N | PYR[1] | | | |
| OA Phase IIb/III in NDA | PN 029 | 479 | 527 | 92 | 137 | 4/29/1996 | 9/30/1999 | Diclofenac 150 mg |
| | PN 033 | 446 | 66 | 221 | 32 | 4/14/1997 | 11/18/1997 | Ibuprofen 2400 mg |
| | PN 034 | 463 | 635 | 230 | 309 | 9/15/1996 | 6/1/2000 | Diclofenac 150 mg |
| | PN 035 | 516 | 645 | 268 | 315 | 11/15/1996 | 10/12/1999 | Diclofenac 150 mg |
| | PN 040 | 486 | 72 | 249 | 37 | 5/14/1997 | 1/1/1998 | Ibuprofen 2400 mg |
| | PN 044 | 381 | 154 | 184 | 60 | 1/13/1997 | 2/18/1998 | Ibuprofen 2400 mg |
| | PN 045 | 388 | 157 | 193 | 64 | 3/4/1997 | 2/18/1998 | Ibuprofen 2400 mg |
| | PN 058 | 199 | 130 | 128 | 79 | 8/1/1997 | 7/27/1999 | Nabumatone 1500 mg |
| Add'l OA | PN 083 | 136 | 121 | 148 | 127 | 4/20/1998 | 2/9/2000 | Ibuprofen 2400 mg |
| | PN 085 | 424 | 61 | 410 | 59 | 9/17/1998 | 3/3/1999 | Nabumetone 1000 mg |
| | PN 090 | 390 | 56 | 392 | 57 | 10/26/1998 | 5/17/1999 | Nabumetone 1000 mg |
| | PN 136 | 399 | 95 | 400 | 94 | 12/19/2000 | 2/5/2002 | Ibuprofen 2400 mg |
| | PN 902 | 453 | 67 | 456 | 66 | 12/29/1998 | 1/29/2001 | Arthrotec™ (50 mg diclofenac/200 mcg misoprostol) BID |
| ALL COMBINED | | 5160 | 2788 | 3371 | 1434 | 4/29/1996 | 2/5/2002 | |

OA = Osteoarthritis.

FPI = First patient in (based on randomization visit), LPO = Last patient out (date of last visit)

[1]  Patient-years at risk.

M0043966864

Rofecoxib
FDA Advisory Committee Background Information

41

Table 3

Summary of Rofecoxib Studies
Naproxen-Controlled Data Set

|  |  | Rofecoxib | | Rofecoxib | |  |  |
|---|---|---|---|---|---|---|---|
| Population | Study No. | N | PYR[†] | N | PYR[†] | FPI | LPO |
| RA Phase IIb/III | PN 068 | 511 | 788 | 86 | 132 | 12/17/1997 | 6/17/2001 |
|  | PN 096 | 554 | 604 | 254 | 308 | 4/1/1999 | 4/25/2001 |
|  | PN 097 | 726 | 995 | 270 | 361 | 5/11/1999 | 3/6/2001 |
|  | 098+103 | 219 | 55 | 220 | 51 | 7/6/1999 | 7/6/2000 |
| Add'l RA | VIGOR | 4047 | 2807 | 4029 | 2809 | 1/6/1999 | 3/17/2000 |
|  | All RA | 6057 | 5249 | 4859 | 3661 | 12/17/1997 | 6/17/2001 |
| OA | Advantage | 2785 | 640 | 2772 | 629 | 3/27/1999 | 4/10/2000 |
|  | PN 901 | 470 | 70 | 473 | 70 | 10/2/1998 | 11/11/2000 |
|  | All OA | 3255 | 710 | 3245 | 699 | 10/2/1998 | 11/11/2000 |
| ALL COMBINED | | 9312 | 5958 | 8104 | 4360 | 12/17/1997 | 6/17/2001 |

OA = Osteoarthritis. RA = Rheumatoid Arthritis.

FPI = First patient in (based on randomization visit), LPO = Last patient out (date of last visit)

[†] Patient-years at risk.

Figure 1

Timeline of Rofecoxib Study Populations



MDL0396865

## 1.2 Collection of Data

Through the rofecoxib development program, the standard data collection for all adverse experiences included patients on drug and extending to 14 days after last dose of study therapy. Therefore, all analyses described follow this standard unless otherwise specified. In addition to this standard collection of information, ITT mortality data is provided for the Alzheimer's Disease Program and the APPROVe study; these studies prespecified to follow patients long term after discontinuing study therapy.

## 2. Summary of Gastrointestinal Safety

This section summarizes the rationale and the gastrointestinal (GI) safety data for the development of rofecoxib, a selective cyclo-oxygenase-2 (COX-2) inhibitor, and the gastrointestinal (GI) safety data which supported its approval as a drug with an improved GI safety profile versus non-selective NSAIDs.

## 2.1 Rationale for the Development of Rofecoxib

NSAIDs are the most widely used class of drugs for treatment of pain and inflammation with more than 70 million prescriptions and over 30 billion over-the-counter tablets sold annually in the United States alone. The most significant drawback of NSAIDs is their tendency to cause gastrointestinal (GI) ulceration, obstruction, perforation and/or bleeding (PUBs), which may be life threatening [65; 1; 2; 66]. Patients at increased risk of GI complications include those with advanced age, those taking multiple NSAIDs including aspirin even at low doses, patients with a previous history of an upper GI PUB, those taking concomitant corticosteroids, and possibly patients who are also infected with *H. pylori*. Thus, NSAID induced GI toxicity is an important clinical problem with significant public health implications.

The demonstration that NSAID-induced gastropathy was due to inhibition of prostaglandin synthesis, and the definition of two isoforms of cyclooxygenase (COX), a constitutively expressed COX-1 and a second, inducible isoform, COX-2, that was not expressed constitutively in the stomach, led to the COX-2 hypothesis [13]. This hypothesis stated that selective pharmacologic inhibition of COX-2 would be expected to be as effective as inhibition of both COX isoforms in relieving pain and inflammation but with reduced GI toxicity compared to non-selective NSAIDs.

## 2.2 Gastrointestinal Adjudication Standard Operating Procedure (SOP)

A fundamental objective of the rofecoxib development program was to confirm the COX-2 hypothesis through a rigorous adjudication of all potential upper GI clinical outcomes. To accomplish this goal, all cases of suspected clinical upper GI perforations, gastroduodenal ulcers, or bleeds (PUBs) from all studies containing any dose of rofecoxib were submitted to an external expert, independent, blinded Case Review Committee (CRC). Blinded investigators monitored clinical trials for suspected upper-GI perforations, ulcers, and bleeds. If, in the judgment of the investigator, any PUB events occurred, medical records were sent to the CRC for review. The expert panel, which was also blinded to treatment, used prespecified criteria to determine whether events were confirmed, and whether they were clinically complicated. All adjudication decisions by the committee were final.

MRK-AGB0086666

Rofecoxib
FDA Advisory Committee Background Information

43

## 2.3    Definition of Adjudicated Endpoints

The following adjudication endpoints were prespecified to be analyzed:  (1) confirmed PUBs, (2) confirmed plus unconfirmed PUBs, (i.e. all investigator reported PUBs) (3) confirmed clinically complicated PUBs (a subset of confirmed PUBs), and (4) confirmed plus unconfirmed clinically complicated PUBs (a subset of confirmed plus unconfirmed PUBs). "PUB" was defined as a gastroduodenal perforation, symptomatic gastroduodenal ulcer (with or without obstruction), or upper GI bleed; "complicated PUB" was defined as a gastroduodenal perforation, gastric outlet obstruction due to an ulcer, or a "major" upper GI bleed (as defined by clinical and laboratory evidence of large volume blood loss, such as orthostatic changes in vital signs, need for transfusion of blood products, decrease in hemoglobin $\geq2$ gm/dL, or other evidence of significantly reduced circulatory volume).  An event was considered "confirmed" if it was confirmed by the independent CRC according to prespecified criteria which also allowed the CRC to determine if the event was clinically "complicated" or not [67]; the specific final diagnosis (e.g. gastric or duodenal ulcer, GI bleeding event, etc.) was assigned by the CRC. The CRC could also classify a potential event as "not an upper GI event."

## 2.4    GI Safety Results in OA and RA Patients

Initial clinical pharmacology studies in normal volunteers assessed surrogate markers of intestinal endothelial injury  and demonstrated that rofecoxib use was associated with no increase in fecal RBCs loss compared to placebo  [16] and no increase in intestinal permeability [17].  In contrast, non-selective NSAIDs increased both markers of GI injury.  Furthermore, using gastric biopsies it was demonstrated that rofecoxib did not suppress prostaglandin synthesis in the stomach of volunteers whereas nonselective NSAIDs produced pronounced suppression [18].

There were 3 major clinical components to the GI safety assessment of rofecoxib in OA and RA patients.  First, endoscopy studies analyzed the difference in cumulative $\geq3$ mm ulcer rates over 12-24 weeks between rofecoxib, placebo and non-selective NSAIDs.  In addition, a combined analysis of upper GI clinical events, or PUBs, was performed, based on the prospective collection and adjudication of these events in the clinical program. The initial PUB analysis pooled data from the 8 Phase IIb/III OA studies in the original NDA. Updates to this analysis used the same methodology and pooled all studies in which rofecoxib was compared to a non-selective NSAID of greater than four weeks duration in the Phase IIb to V clinical development program, with the exception of the large GI outcomes study, known as VIGOR.  This document will focus on the results from the final update to this analysis which is sufficiently large to allow additional explorations of the data that were not possible in the initial analysis available in 1998 at the time of the original NDA.  The Vioxx GI Outcome Research Study, known as VIGOR, was the third component of the GI safety program.  There was limited use of concomitant aspirin in the studies in the pooled analysis, and the VIGOR outcomes study excluded concomitant aspirin use at any dose. Aspirin users had been excluded because aspirin inhibits COX-1 activity. Allowing its use would confound the ability to interpret studies that had been designed as a rigorous test of the COX-2 hypothesis.

### 2.4.1   Endoscopy Studies in OA and RA Patients

Two endoscopy studies were carried out to assess cumulative rates of endoscopic ≥3 mm ulcers in patients with osteoarthritis taking rofecoxib 25 mg or 50 mg, placebo or ibuprofen 2400 mg daily and reported individually and as a combined analysis [68; 69], In each study, the rates of ≥3 mm ulcers by 12 weeks in the rofecoxib groups were significantly lower than the corresponding rate with ibuprofen and in the combined analysis the rates with rofecoxib 25 mg were comparable to placebo. These studies showed that this GI safety advantage for both rofecoxib 25 mg and 50 mg versus ibuprofen was maintained by 24 weeks, as well (Figure 2). A similarly designed endoscopy study was done in patients with rheumatoid arthritis taking rofecoxib 50 mg, placebo or naproxen 1000 mg daily and the results were similar to those in the OA patients [70].

Figure 2

Cumulative Incidence Rate
of Endoscopic Gastroduodenal Ulcers (≥3 mm)
Rofecoxib Versus Ibuprofen in OA Patients
(Protocols 044/045)



p<0.001 ibuprofen versus placebo, rofecoxib 25 mg, rofecoxib 50 mg at Week 6 and Week 12.
p<0.001 ibuprofen versus rofecoxib 25 mg, rofecoxib 50 mg at Week 24.

M0D4396868