### 2.4.2    Pooled Analysis of Phase IIb to V Studies With Rofecoxib

A pooled analysis was performed of PUBs in the 20 Phase IIb to V trials from the rofecoxib development program excluding VIGOR with average duration greater than 4 weeks and in which rofecoxib was compared to a non-selective NSAID. This analysis based on data to Feb-2003 is the most recent update to the initial pooled PUB data presented with the original NDA both of which have been published [67; 71]. There were a total of 17,072 patients with either osteoarthritis (15 trials) or rheumatoid arthritis (5 trials) studied. Overall, the analyses in this pooled dataset demonstrated a 64% reduction in the rate of confirmed upper GI PUBs with rofecoxib versus combined NSAIDs. The incidence of confirmed PUBs over 24.8 months was significantly lower with rofecoxib vs. combined NSAIDs (rate/100 patient-years 0.74 vs. 1.87; relative risk 0.36, 95% CI 0.24, 0.54). Similar findings were demonstrated for confirmed complicated PUBs, the types of events associated with the increased risk for GI hospitalization and death with non-selective NSAIDs, and with the investigator reported PUB endpoints, as well Figure 3).

In the pooled analysis, evaluation of PUB data as a function of dose showed a lower relative risk with 12.5 mg and 25 mg versus the 50 mg dose for confirmed and confirmed plus unconfirmed PUBs, suggesting that the benefit observed in VIGOR with rofecoxib 50 mg compared to naproxen 1000 mg is a conservative estimate [72].

MDL0439869

Rofecoxib                                                                                             46
FDA Advisory Committee Background Information

Figure 3

Pooled Analysis of PUBs
Rofecoxib Versus NSAIDs Combined
Relative Risk (95% CIs)



Note: Relative risk via Cox proportional hazard model estimates.

M004396870

A subgroup analysis was conducted to assess consistency of the data across each of the individual NSAID comparators. It is important to recognize that the results of the studies in this pooled analysis were neither intended nor powered to detect a significant reduction in PUBs with each individual NSAID. Therefore, the subgroup analysis should only be used to assess consistency amongst the subgroups and not statistical significance in each. The combined NSAIDs comparator group in this pooled rofecoxib dataset included over 7,000 patients taking either ibuprofen 800 mg three times daily (N=995), diclofenac 50 mg three times daily (N=1046), nabumetone 1000 or 1500 mg daily (N=930), or naproxen 500 mg twice daily (N=4075). Two of the 3 nabumetone studies, totaling 802 patients in the nabumetone group, were only 6 weeks in duration. In all 3 nabumetone studies, there were no PUBs recorded in the nabumetone group and only two PUB events recorded in the rofecoxib group. Given the short average duration of exposure, and since the number of events was too few to allow meaningful analyses, the nabumetone studies were not included in the subgroup analysis. The results of the subgroup analysis demonstrate reductions of 50 to 70% in relative risk between rofecoxib and each individual NSAID comparator, consistent with the primary result versus all NSAIDs combined (Figure 4).

Figure 4

Pooled Analysis of PUBs
Rofecoxib Versus Combined and Individual NSAIDs



Relative Risk With 95% CI

### 2.4.3    Vioxx GI Outcomes Research Trial (VIGOR)

The VIGOR GI outcomes trial in 8076 patients with rheumatoid arthritis demonstrated that patients taking rofecoxib 50 mg had significantly fewer PUBs and complicated PUBs than patients taking the non-selective NSAID naproxen 1000 mg daily [14]. The

Rofecoxib
FDA Advisory Committee Background Information

48

rofecoxib 50 mg dose studied in VIGOR was twice the highest recommended and approved dose for chronic daily use. In spite of this maximal dose, there was a 54% reduction in the rate of confirmed upper GI clinical events (PUBs) with rofecoxib versus naproxen. This is displayed in the Kaplan-Meier (KM) plot in Figure 5 (rates of 2.08 vs. 4.49 per 100 patient-years; relative risk 0.46, 95% CI 0.33, 0.64; p<001). In this plot the number of patients at risk displayed along the x-axis at a given point in time is representative of the number of patients remaining in the study at those time points and therefore, are reflective of the patient number and duration of therapy throughout the study. Similar results were found for the other PUB endpoints including the more severe endpoint of confirmed complicated events (rates of 0.59 vs. 1.37 per 100 patient-years for rofecoxib versus naproxen, respectively; relative risk 0.43, 95% CI 0.24, 0.78; p=0.005) (Figure 6). Consistent findings were found across various subgroups of various PUB risk factors, as well [14].

Figure 5

Kaplan-Meier Estimates of Cumulative Incidence of
Confirmed PUBs— Primary Endpoint

(All Patients Randomized) VIGOR Study



| Patients at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | 4047 | 3641 | 3402 | 3180 | 2806 | 1073 |
| Naproxen | 4029 | 3644 | 3389 | 3163 | 2796 | 1071 |

M00439687 2

Rofecoxib                                                                             49
FDA Advisory Committee Background Information

Figure 6

Relative Risk (95% CIs)
Confirmed and Unconfirmed PUBs
Rofecoxib 50 mg Versus Naproxen in VIGOR



### 2.4.4   Endoscopy Data With Rofecoxib Plus Aspirin

The data above from VIGOR confirmed the COX-2 hypothesis and demonstrated the
superior GI safety of rofecoxib compared to non-selective NSAIDs.  As noted above, to
rigorously assess the COX-2 hypothesis, patients taking low-dose aspirin at baseline were
excluded from almost all of these studies because aspirin inhibition of COX-1 would
confound the interpretation of the data.  To investigate the GI safety of rofecoxib in
patients taking low-dose aspirin, a 12-week endoscopy study was conducted in over 1600
OA patients treated with low-dose enteric coated (EC) aspirin 81 mg daily, low-dose EC
aspirin 81 mg plus rofecoxib 25 mg daily, ibuprofen 2400 mg daily, or placebo [73].

M00439687
3

Rofecoxib
FDA Advisory Committee Background Information

50

The design of this study was similar to the earlier endoscopy studies described above. There was no significant difference over 12 weeks in the cumulative incidence of endoscopic gastroduodenal ulcers ≥3mm in patients taking low-dose aspirin plus rofecoxib 25 mg as compared to those taking ibuprofen 2400 mg daily alone (Figure 7). Although an NSAID plus aspirin would be the alternative treatment choice to a coxib plus aspirin in clinical practice, patients taking low-dose aspirin plus ibuprofen were not studied because it was thought unethical to expose OA patients not requiring aspirin to this combination and the placebo control in the study precluded the study of patients with cardiovascular disease in whom low dose aspirin was indicated.

Figure 7

Life-Table Cumulative Incidence of Gastroduodenal Ulcer (≥3 mm)
Rofecoxib 25 mg plus Low Dose Aspirin Endoscopy Study



EC= Enteric Coated

A recently completed 7-day endoscopy study in healthy subjects demonstrated significantly less gastroduodenal injury as measured by erosion scores ≥2 on a 0-4 scale and ulcers of any size with rofecoxib 25 mg plus EC-aspirin 81 mg daily versus naproxen 500 mg twice daily plus enteric-coated (EC)-aspirin 81 mg (rates of ulcers: 1.83% [95% CI= 0.38, 5.25] for rofecoxib + aspirin versus 18.75 [95% CI=10.08, 30.46] for naproxen

M00439687 4

+ aspirin, p<.001) (Figure 8) (recent unpublished data).  Longer term endoscopy or GI clinical outcomes data are not available for rates of GI mucosal injury with rofecoxib plus low-dose aspirin.

Although the addition of aspirin to rofecoxib appears to increase the degree of upper GI mucosal injury when compared to rates of injury versus rofecoxib alone based on previous similarly designed endoscopy studies, it is still unclear whether this degree of injury is lower than that of an NSAID plus low-dose aspirin.  The short term endoscopy data above with concomitant aspirin with either rofecoxib or naproxen suggest this may be true.  Further studies are needed to more fully evaluate the relative risk of GI mucosal injury between an NSAID plus aspirin versus a selective COX-2 inhibitor such as rofecoxib, plus aspirin.

Figure 8

Incidence of Gastroduodenal Erosion Score ≥2 and Ulcer Among
Subjects Rofecoxib 25 mg plus EC Aspirin 81 mg Versus
Naproxen 1000 mg plus EC Aspirin 81 mg Over 7 Days



EC= Enteric Coated

## 2.4.5    Summary of GI Safety in Active Comparator-Controlled Studies

The clinical data on upper GI PUBs and endoscopic ulcers presented above in active comparator controlled studies strongly supports the improved GI safety profile of rofecoxib versus non-selective NSAIDs.  Patients taking rofecoxib with low-dose aspirin 81 mg daily or the non-selective NSAID ibuprofen alone without aspirin have rates of endoscopic gastroduodenal ulceration that are similar.  The GI benefit for a selective

M00439687S

COX-2 inhibitor plus low dose aspirin versus a nonselective NSAID plus low dose aspirin remains an open question.

## 2.5    Data From Placebo-Controlled Studies

The initial pooled analysis in the NDA (see Section 2.4.2) was a combined analysis of all eight major phase IIb/III studies in OA patients available at the time of the original NDA filing for rofecoxib in 1999. Analysis of placebo-controlled data was not a prespecified endpoint because of the small number of anticipated PUB events due to the size of the enrolled placebo group. Nonetheless, results of testing of rofecoxib versus placebo were presented in the filing for completeness since these were the only placebo-controlled data at that time. The data showed that in 3357 patients taking rofecoxib versus 514 patients taking placebo across 4 months, the rates per 100 patient-years for rofecoxib versus placebo were 2.10 vs. 3.58, with the cumulative incidence of confirmed PUBs 0.79% for rofecoxib and 1.23 % for placebo; the difference in cumulative incidence did not reach statistical significance (relative risk 0.60 rofecoxib versus placebo; 95% CI 0.20,1.82; p=0.365) [67].

Subsequently, more extensive controlled data in over 1000 patients taking placebo versus rofecoxib 25 mg became available from the analysis of the PUB data from studies 078 and 091 performed in patients with mild cognitive impairment and Alzheimer's disease patients, respectively. In contrast to the earlier pooled, placebo-controlled data available from the original NDA filing, the rates for confirmed and confirmed complicated PUBs observed in the protocols 078 and 091 combined analysis were higher in the rofecoxib group than in the placebo group. The rate/100-patient years (95% CI) for confirmed PUBs in the rofecoxib group was 1.07, (0.68,1.71) and in the placebo group was 0.26 (0.11,0.62). For confirmed complicated PUBs, the rates/100-patient years were 0.78 (0.45,1.34) for rofecoxib and 0.21 (0.08,0.55) for placebo. Note that despite the advanced age of the population studied (> 65 years), the rates of confirmed PUBs and confirmed complicated PUBs were low in the rofecoxib 25 mg group in comparison to previously reported rates in placebo- and active comparator-controlled studies.

Similar data for rofecoxib versus placebo were found in the APPROVe study which was a placebo-controlled trial designed to examine the efficacy of rofecoxib 25 mg daily in preventing the recurrence of colon polyps in patients at high risk of developing recurrent polyps and colorectal cancer. In this study, in which preliminary PUB data became available in November 2004, with 2586 total patients evaluated, the rate of developing a confirmed PUB was 0.82 (95% CI: 0.56, 1.25) for the rofecoxib group (25/3051 events per patient years exposure) versus 0.18 (95% CI: 0.07, 0.39) (6/3330 events per patient years exposure) for patients on placebo.

These data, plus the placebo controlled data from the Alzheimer's disease studies, represent many more patient-years of exposure than the early placebo controlled data available at the time of the original NDA filing in 1998. These more recent data suggest that patients treated with rofecoxib 25 mg daily appear to have had a higher rate of confirmed PUBs than those taking placebo, in contrast to the more limited early placebo-controlled PUB and endoscopy study data that was available at the NDA filing. As

MDL0396876

Rofecoxib                                                                                          53
FDA Advisory Committee Background Information

highlighted previously, comparisons to placebo must be viewed in the context of benefit
in the untreated population.

## 2.6    Lower GI Safety Results

NSAIDs also appear to increase the risk of lower GI clinical events, including lower GI
bleeding, perforation, intestinal obstruction, ulcerations and symptomatic diverticular
disease [74]. A *post hoc* analysis was carried out of serious lower GI events from the
VIGOR megatrial comparing rofecoxib 50 mg once daily, twice the highest
recommended dose for chronic daily use, versus naproxen 500 mg twice daily. Lower GI
events were defined as: gross rectal bleeding (other than melena) associated with a
hemoglobin decrease >2 g/dL or hospitalization; or positive test for fecal occult blood
associated with a hemoglobin decrease >2 g/dL and negative upper endoscopy;
hospitalization for intestinal perforation, obstruction, ulceration, or diverticulitis. There
was a significant decrease in the rate of lower GI events with rofecoxib versus naproxen
with rates of serious lower GI events per 100 patient years of 0.41 for rofecoxib and 0.89
for naproxen (relative risk 0.46, 95% CI: 0.22,0.93, p=0.032). The rates per 100 patient-
years calculated for all serious GI events combined (i.e. complicated upper GI events plus
serious lower GI events) from the VIGOR GI outcomes study, was 0.96 for rofecoxib and
2.26 for naproxen (relative risk of 0.43; 95% CI: 0.27,0.67, p<0.001)[75]. Therefore,
rofecoxib 50 mg once daily was associated with a reduction in combined risk of
complicated upper and serious lower GI events of 57% versus naproxen 500 mg twice
daily.

## 2.7    GI Safety Conclusions for Rofecoxib

- Analyses of PUBs for rofecoxib in both the VIGOR GI outcomes study with over
  8,000 patients and in the pooled analysis of 20 phase IIb to V studies with over
  17,000 patients demonstrate that rofecoxib has a superior upper GI safety profile
  when compared to non-selective NSAIDs.

- Results in the 12 to 24 week surveillance endoscopy studies also support an improved
  safety profile for rofecoxib versus non-selective NSAIDs.

- Data from a single 12 week endoscopy study (protocol 136) with rofecoxib 25 mg
  plus low-dose EC-aspirin 81 mg suggest that the concomitant administration of low-
  dose aspirin with rofecoxib may result in an increased rate of GI ulceration or other
  complications compared to the use of rofecoxib alone.

- Recent placebo-controlled data from studies with longer treatment exposure suggest
  that rofecoxib is associated with a higher rate of upper GI injury than is placebo.

- A post-hoc analysis of serious lower GI events from the VIGOR GI outcomes trial
  indicates an improved lower GI safety profile for rofecoxib versus naproxen.

M00439687

Rofecoxib                                                                                                54
FDA Advisory Committee Background Information

### 3.  Renovascular Effects

### 3.1  Background

Edema, CHF, and hypertension are known renovascular effects of COX-2 inhibition and
have been observed with all nonselective NSAIDs and COX-2 inhibitors. These side
effects of inhibiting cyclooxygenase in the kidney are mechanism-based, dose-related,
and are reflected in NSAID class labeling. Renovascular effects were monitored in the
rofecoxib program as a prespecified safety endpoint.

#### Approach to Analyses

To evaluate the clinical impact of potential renovascular effects, edema and hypertension
were evaluated as composites of edema-related and hypertension-related adverse
experiences. Adverse experiences were reported by investigators based on their clinical
judgment. The composite terms were prespecified in order to provide greater precision
than the individual adverse experience terms when comparing treatment groups. In
addition, congestive heart failure adverse experiences were evaluated in a prespecified
manner. Specific terms that comprise each AE category are listed at the beginning of
sections 3.2.1 and 3.2.2. Statistical analysis of difference in these adverse experiences is
presented if prespecified in the analysis plan.

Frequently occurring AEs within a category were also examined individually, especially
to analyze any dose-related trends and differences between rofecoxib and active
comparators. In addition, mean changes in diastolic and systolic blood pressure are
briefly discussed for each study population.

#### Datasets

Data are presented first in Section 3.2 for OA and RA patients, as these are the
populations in whom chronic dosing was indicated and correspondingly represent the
largest patient populations in whom we have data. The populations included in the OA
and RA section include the 6-week/6-month OA population, the ADVANTAGE studies,
the RA Phase IIb/III Studies, and the VIGOR study. This section is followed by a
presentation of the data from large placebo controlled trials (Alzheimer's disease and
APPROVe) in Section 3.3.

The 6-week/6-month OA population provided data from the OA Phase IIb/III program
and is comprised of 6-week placebo-controlled studies, two 6-month endoscopy studies
which included a 4 month placebo-controlled period, and the first 6 months of two 1-year
trials. This is the population represented in the approved rofecoxib label from which
safety information in OA patients was derived. Consistent with labeling, data for the
approved chronic and acute doses (12.5 - 50 mg) and the comparators, ibuprofen and
diclofenac, are presented. The ADVANTAGE studies were two 12-week, naproxen-
controlled trials in OA patients which evaluated rofecoxib 25 mg and naproxen 1000 mg.
These data are presented to provide data for a different comparator than the 6-week/6-
month OA studies. Although a single Phase III OA study with nabumetone as a
comparator was performed, this study exclusively involved octogenarian OA patients.
Because any nabumetone data would have been exclusively derived from this distinct

Rofecoxib                                                                              55
FDA Advisory Committee Background Information

population, the nabumetone data from this study are not included in the rofecoxib labeling or in the analyses below. The rofecoxib data from this study is included in the approved labeling and the analyses presented herein because, when combined with the rofecoxib data from the other studies, it added to the safety profile relevant to the indicated population.

Renovascular safety data in the RA Phase IIb/III Population comes from studies up to 1 year in duration: a single Phase IIb and two Phase III studies. This is the population represented in the approved rofecoxib label from which general safety information in RA patients is derived. The VIGOR study was a GI endpoint driven study in RA patients with a median duration of 9 months. Importantly, this study only included a 50 mg dose of rofecoxib, twice the maximum recommended chronic dose, in comparison with naproxen 1000 mg.

The large placebo-controlled studies evaluated rofecoxib 25 mg in Alzheimer's Disease and in the APPROVe study. The Alzheimer's Disease program consisted of a 4-year study to assess efficacy in the treatment of Mild Cognitive Impairment and a 15-month study to assess efficacy of rofecoxib in delaying Alzheimer's progression. A third study in Alzheimer's disease, a replicate of the Mild Cognitive Impairment study, was intended as an additional 15-month study but was terminated early after the original 15-month study failed to demonstrated efficacy; therefore it is not included. In the 15-month study, the majority of patients randomized to rofecoxib received active treatment for only 12 months and placebo thereafter; therefore the results of the first 12 months of treatment are provided. The APPROVe study was a 3-year prevention study in patients with a history of colon polyps.

The baseline characteristics are shown for the different populations in Table 4. Consistent with the rofecoxib program, patients in the OA studies were generally older than those in the RA studies and a previous medical history of hypertension was common in all populations.

Table 4
Baseline Patient Characteristics in Rofecoxib Studies Shown
In Renovascular Safety Analyses

|  | OA 6-week/ 6-month N=4650 (%) | ADVANTAGE (3 month OA) N=5557 (%) | RA Phase IIb/III (1 year) N=1245 (%) | VIGOR (RA) (median 9 mo.) N=8076 (%) | Alzheimer's (combined) N=2149 (%) | APPROVe N=2586 (%) |
|---|---|---|---|---|---|---|
| Age |  |  |  |  |  |  |
| Mean age | 63 | 63 | 54 | 58 | 75 | 59 |
| Gender |  |  |  |  |  |  |
| Female | 73 | 71 | 81 | 80 | 39 | 38 |
| Male | 27 | 29 | 19 | 20 | 61 | 62 |
| Medical History of Hypertension | 39 | 45 | 25 | 29 | 36 | 35 |

Rofecoxib                                                                                        56
FDA Advisory Committee Background Information

## 3.2    Data in OA and RA Patients

### 3.2.1    Edema and CHF

Edema-related adverse experiences included the following terms: edema, fluid retention, hand swelling, lower extremity edema, peripheral edema, upper extremity edema. CHF-related terms included CHF and left cardiac failure.

### 6-Week/6-Month OA and ADVANTAGE Populations

In the 6-Week/6-Month population, the incidence of edema-related adverse experiences was 2.3% for placebo; 4.9, 6.6, and 9.5% for rofecoxib 12.5, 25, and 50 mg, respectively; and 5.3 and 5.0% for ibuprofen and diclofenac, respectively. The overall incidence of edema in the doses approved for chronic use of rofecoxib was generally similar to comparator NSAIDs.

Overall discontinuations due to edema-related adverse experiences were low (<1%) across all treatment groups with no clinically important differences between any dose of rofecoxib and placebo.  The percentage of patients who discontinued due to an edema-related adverse experience was 0.0% for placebo; 0.6, 0.6, and 0.8% for rofecoxib 12.5, 25, and 50 mg, respectively; 0.2 and 0.2% for ibuprofen and diclofenac, respectively.

In ADVANTAGE, the incidence of edema-related adverse experiences was 5.5% for rofecoxib 25 mg and 5.2% for naproxen. Discontinuations due to edema-related adverse experiences were low: 0.7% for rofecoxib 25 mg and 0.4% for naproxen.

The most common edema-related adverse experience in these two populations was lower extremity edema. Incidence and discontinuations due to lower extremity edema are presented in Figure 9 for the OA populations.  The incidence of edema is highest for the rofecoxib 50 mg dose in the 6 week/6 month population; however the incidence is similar for the doses approved for osteoarthritis, rofecoxib 12.5 and 25 mg, compared with ibuprofen and diclofenac.  In ADVANTAGE, the incidence of edema was similar for rofecoxib 25 mg and naproxen.

M00439688O

Figure 9

Incidence of Lower Extremity Edema Adverse
Experiences and Discontinuations
Phase IIb/III OA Studies and ADVANTAGE Studies



Although rare, CHF is one of the more clinically significant manifestations of the fluid retention that can be caused by nonselective NSAIDs and COX-2 inhibitors. Therefore, an integrated analysis of CHF and left cardiac failure was conducted. In the 6-week/6-month studies, the incidence of CHF was 0.0% for placebo; 0.4, 0.1, and 0.0% for rofecoxib 12.5, 25, and 50 mg, respectively; and 0.4 and 0.8% for ibuprofen and diclofenac, respectively. In the ADVANTAGE study, the incidence of CHF was 0.4% for rofecoxib and 0.2% for naproxen. There were no clinically important mean changes in body weight in the 6-week/6-month OA studies; these data were not analyzed for the ADVANTAGE studies.

### RA IIb/III Studies up to 1 Year and VIGOR Populations

In the RA program, the incidence of edema was generally similar among the doses of rofecoxib and naproxen.

In the RA Phase IIb/III population, the incidence of edema-related adverse experiences was 7.3% for rofecoxib 25 mg, 6.6% for rofecoxib 50 mg and 5.1% for naproxen 1000 mg.

Overall discontinuations due to edema-related adverse experiences were low (<1%) across the treatment groups. The percentage of patients who discontinued due to an edema-related adverse experience was 0.2% for rofecoxib 25 mg, 0.9% for rofecoxib 50 mg and 0.3% for naproxen.

M0043968B1

Rofecoxib                                                                                    58
FDA Advisory Committee Background Information

In VIGOR, the incidence of edema-related adverse experiences was 5.4% for rofecoxib 50 mg and 3.6% for naproxen. Discontinuation due to edema-related adverse experiences was prespecified for statistical analysis in VIGOR. The incidence was 0.6% of patients in the rofecoxib group and 0.3% of patients in the naproxen group (p=0.057).

The most common edema-related adverse experience in these two populations was lower extremity edema. Incidence and discontinuations due to lower extremity edema are presented in Figure 10.

Figure 10

Incidence of Lower Extremity Edema
Adverse Experiences and Discontinuations
RA IIb/III Studies up to 1 Year and VIGOR Study



The overall incidences of CHF were low in all treatment groups. In the RA Phase IIb/III population, the incidence of CHF adverse experiences was 0.0% for rofecoxib 25 mg, 0.4% for rofecoxib 50 mg and 0.0% for naproxen. In VIGOR the incidence of CHF was 0.5% for rofecoxib 50 mg and 0.2% for naproxen. The rate of CHF adverse experiences in VIGOR was not statistically significantly different between the 2 treatment groups (p=0.065 for prespecified test of difference in relative risk between groups.) There were no clinically important mean changes in body weight in the VIGOR or Phase IIb/III RA study population.

M00439688

### 3.2.2   Hypertension

Hypertension-related adverse experiences included the following terms: blood pressure increased, borderline hypertension, diastolic hypertension, hypertension, hypertensive crisis, hypertension uncontrolled with medication, systolic hypertension, and uncontrolled hypertension.

### 6-Week/6-Month OA and ADVANTAGE Populations

Dose-related trends in hypertension for OA patients were observed for rofecoxib with a numerically higher incidence at 50 mg, a dose not recommended for chronic use. At the doses approved for osteoarthritis, 12.5 and 25 mg, rofecoxib users had incidences of hypertension which were similar to or slightly higher than with the comparator NSAIDs.

In the 6-Week/6-Month population, the incidence of hypertension-related adverse experiences was 2.2% for placebo; 4.4, 5.5, and 10.1% for rofecoxib 12.5, 25, and 50 mg, respectively; and 3.5 and 3.0% for ibuprofen and diclofenac, respectively.

Overall discontinuations due to hypertension-related adverse experiences were low (<1%) across all treatment groups. The percentage of patients who discontinued due to a hypertension-related adverse experience was 0.0% for placebo; 0.1, 0.1, and 0.4% for rofecoxib 12.5, 25, and 50 mg, respectively; 0.4 and 0.0% for ibuprofen and diclofenac, respectively.

In ADVANTAGE, the incidence of hypertension-related adverse experiences was 3.2% for rofecoxib 25 mg and 2.6% for naproxen. Discontinuations due to hypertension-related adverse experiences were low: 0.5% for rofecoxib 25 mg and 0.3% for naproxen.

The most common hypertension-related adverse experience in these two populations was hypertension. Incidence and discontinuations due to hypertension are presented in Figure 11.

Rofecoxib                                                                          60
FDA Advisory Committee Background Information

Figure 11

Incidence of Hypertension Adverse Experiences and Discontinuations
Phase IIb/III OA Studies and ADVANTAGE Study



## RA IIb/III Studies up to 1 Year and VIGOR Populations

In the RA populations, hypertension-related adverse experiences for rofecoxib 25 mg (the dose approved for RA) were higher than observed on naproxen. This was different from results in the OA 6-week/6-month population and ADVANTAGE population where 25 mg was generally similar to the comparator NSAIDs. These differences were reflected in the rofecoxib label for RA. Similar to the OA studies, hypertension-related adverse experiences were higher with rofecoxib 50 mg than comparator NSAIDs.

In the RA Phase IIb/III population, the incidence of hypertension-related adverse experiences was 12.0% for rofecoxib 25 mg, 15.5% for rofecoxib 50 mg and 5.4% for naproxen 1000 mg. The percentage of patients who discontinued due to a hypertension-related adverse experience was 1.2% for rofecoxib 25 mg, 0.9% for rofecoxib 50 mg and 0.3% for naproxen.

In VIGOR, the incidence of hypertension-related adverse experiences was 9.7% for rofecoxib 50 mg and 5.5% for naproxen. Discontinuation due to edema-related adverse experiences was prespecified for statistical analysis in VIGOR. The incidence was low, but significantly higher in the rofecoxib group (p<0.001): 0.7% for rofecoxib 50 mg and 0.1% for naproxen.

M00439BB4

Rofecoxib                                                                         61
FDA Advisory Committee Background Information

The most common hypertension-related adverse experience in these two populations was hypertension. Incidence and discontinuations due to hypertension are presented in Figure 12.

Figure 12

Incidence of Hypertension Adverse Experiences and
Discontinuations
RA IIb/III Studies up to 1 Year and VIGOR Study



## Mean Changes in Systolic and Diastolic Blood Pressure

Mean changes in blood pressure are reported relative to the baseline measurement. In both OA and RA studies, baseline measurements of blood pressure were performed at a single randomization visit after NSAID washout. In some studies, blood pressure values were an average of 2 or 3 readings while in other studies they represented a single reading.

### 6-Week/6-Month OA and ADVANTAGE Populations

Mean changes in diastolic and systolic blood pressure were evaluated in the 6-Week/6-Month studies. Compared with the values at baseline, small dose related increases in mean diastolic blood pressure were noted after 6 weeks of study therapy: 0.4 to 1.4 mm Hg across the rofecoxib doses from 12.5 to 50 mg and 1.0 mm Hg for ibuprofen. Changes in mean systolic blood pressure exhibited a similar dose-related pattern for

M00439885

rofecoxib (1.1 to 5.1 mm Hg across rofecoxib doses 12.5 to 50 mg) and ibuprofen (3.3 mm Hg). Smaller changes in mean diastolic blood pressure were noted after 6 months for rofecoxib and these changes were not dose-related (ranging from -0.6 for rofecoxib 50 mg to 1.1 mm Hg for rofecoxib 25 mg), diclofenac (0.2 mm Hg), and ibuprofen (-1.1 mm Hg). Small changes in mean systolic blood pressure were present after 6 months for rofecoxib (1.9 to 2.1 mm Hg across the doses of rofecoxib from 12.5 to 25 mg), diclofenac (0.7 mm Hg), and ibuprofen (1.7 mm Hg).

In ADVANTAGE, the magnitude of the systolic blood pressure effects was small over the 12 week study period. Mean increases in systolic blood pressure were 1.0 mm Hg and 0 mm Hg in the rofecoxib 25 mg and naproxen groups, respectively. Mean increases in diastolic blood pressure were 0.3 mmHg and -0.7 mmHg in the rofecoxib and naproxen groups, respectively.

### RA IIb/III Studies up to 1 Year and VIGOR Populations

In the Phase IIb/III RA studies, the magnitude of the systolic blood pressure changes from baseline in the 25-mg rofecoxib treatment group generally ranged between 0.8 for the 25-mg and 3.6 mm Hg for the 50-mg rofecoxib groups. Results for the 25-mg rofecoxib, 50-mg rofecoxib and naproxen treatment groups showed no clear effect for diastolic blood pressure; changes ranged between 0.4 for the 25-mg and 2.2 mm Hg for the 50-mg rofecoxib groups.

In VIGOR, the mean change from baseline for systolic blood pressure in the rofecoxib 50 mg was 4.6 mm Hg; the mean change from baseline in diastolic blood pressure was 1.7 mm Hg. The increases in blood pressure were observed early in the course of treatment and then remained fairly stable over the treatment period. In the naproxen group, mean changes from baseline in systolic and diastolic blood pressure were 1.0 and 0.1 mm Hg, respectively.

### 3.3    Data From Large Placebo-Controlled Studies

Edema, CHF, and hypertension are known renovascular effects of COX-2 inhibition and have been observed with all nonselective NSAIDs and COX-2 inhibitors. These side effects of inhibiting cyclooxygenase are mechanism-based and dose-related.    Not unexpectedly, differences from placebo in renovascular adverse experiences are observed in large placebo-controlled studies.

### 3.3.1    Edema and CHF

### Alzheimer's Disease Studies (Protocols 078 and 091) and APPROVe Study

As in the previous section, p-values are provided for pre-specified analyses.

In Protocol 078, the incidence of edema-related adverse experiences was 10.0% for rofecoxib 25 mg and 7.7% for placebo during a treatment period of up to 48 months (p=0.139). Discontinuations due to edema-related adverse experiences were low (<1%) and not significantly different: 0.8% for rofecoxib 25 mg and 0.0% for placebo .

M004396886

In Protocol 091, the incidence of edema-related adverse experiences was 3.8% for
rofecoxib 25 mg and significantly higher than for placebo (1.2%) (p=0.046) during a 12
month treatment period. Discontinuations due to edema-related adverse experiences
were low: 0.3% for rofecoxib 25 mg and 0.0% for placebo.

In the APPROVe study population, the incidence of edema-related adverse experiences
was 8.1% for rofecoxib 25 mg and 6.0% for placebo during a 36 month treatment period
(p=0.016). Overall discontinuations due to edema-related adverse experiences were low
(<1%); 0.9% for rofecoxib 25 mg and 0.4% for placebo (p=0.082).

The most common edema-related adverse experience in the Alzheimer's population was
peripheral edema and lower extremity edema for protocols 078 and 091, respectively. In
protocol 078, the incidence of peripheral edema was numerically greater for rofecoxib
(8.7%) than placebo (6.7%) during a treatment period of up to 48 months and
discontinuations due to peripheral edema were low, but greater for rofecoxib (0.7%) than
placebo (0.0%). In protocol 091, lower extremity edema was 3.8% for rofecoxib and
2.0% for placebo over a 12 month period; there were no discontinuations in either group.
In APPROVe, a number of different edema-related AEs were reported with no one AE
being most common. Therefore, only the composite term of edema-related AEs is
discussed.

In both Alzheimer's Disease studies, the overall incidences of CHF were low and not
significantly different between treatment groups. In Protocol 078, the incidence of CHF
adverse experiences was 2.2% for rofecoxib 25 mg and 2.6% for placebo (p=0.733). In
Protocol 091, the incidence of CHF was 3.2% for rofecoxib and 1.4% for placebo
(p=0.205). The incidence of CHF was also low in the APPROVe study but significantly
higher for rofecoxib (0.7%) than for placebo (0.1%) (p=0.015). There were no clinically
important mean changes in body weight, an independent assessment of fluid overload, in
the Alzheimer's disease studies.

### 3.3.2   Hypertension

#### Alzheimer's Disease Studies and APPROVe Study

In Protocol 078 which encompassed a treatment period up to 48 months, the incidence of
hypertension-related adverse experiences was significantly higher for rofecoxib 25 mg
(24.3%) than for placebo (15.9%) (p=0.001). Discontinuations due to hypertension-
related adverse experiences were similar in both treatment groups: 1.8% for rofecoxib 25
mg and 1.4% for placebo.

In Protocol 091, which encompassed a 12-month treatment period, the incidence of
hypertension-related adverse experiences was significantly higher for rofecoxib 25 mg
(9.0%) than for placebo (3.2%) (p=0.002). Discontinuations due to hypertension-related
adverse experiences were low: 0.6% for rofecoxib 25 mg and 0.0% for placebo.

In APPROVe, the incidence of hypertension-related adverse experiences was 27.7% for
rofecoxib 25 mg and was significantly higher than placebo (15.9%) (p<0.001) during a
36 month treatment period. The percentage of patients who discontinued due to a
hypertension-related adverse experience was 2.5% for rofecoxib 25 mg and significantly
higher than for placebo (0.5%) (p<0.001).

MD043968987

The most common hypertension-related adverse experience in these two populations was hypertension, which was generally greater for rofecoxib than placebo; discontinuations were low in both treatment groups.

In Protocol 078, the incidence of hypertension was greater for rofecoxib (18.4%) than placebo (11.5%) over a treatment period of up to 48 months. Discontinuations due to hypertension were low and similar in the rofecoxib (1.4%) and placebo (1.0%) groups. In protocol 091, hypertension was 6.9% for rofecoxib and 3.8% for placebo over a 12 month period; discontinuations were low in both groups (0.3% for rofecoxib and 0.0% for placebo). In APPROVe, hypertension was numerically greater in the rofecoxib group (23.4%) compared to placebo (13.0%) during a 36 month treatment period. Discontinuations for hypertension were also numerically greater for rofecoxib (1.5%) than placebo (0.4%).

**Mean Changes in Systolic and Diastolic Blood Pressure**

Small changes in mean blood pressure were noted in the different placebo-controlled studies.

In Protocol 078, in the rofecoxib group, mean changes from baseline in systolic blood pressure ranged from -0.6 to 2.2 mm Hg at individual study visits; mean changes from baseline in diastolic blood pressure ranged from -1.4 to 0.2 mm Hg at individual study visits. In the placebo group, initial decreases of -4.1 mm Hg systolic blood pressure and -0.8 mm Hg diastolic blood pressure at the Month 4 time point persisted through Month 48.

In Protocol 091, mean changes from baseline in systolic blood pressure ranged from 1.3 to 4.1 mm Hg at individual study visits in the 25-mg rofecoxib group compared to a mean change from baseline of -3.1 to 1.4 mm Hg at individual study visits in the placebo group. Changes from baseline in other vital signs, including diastolic blood pressure, were not notable.

In the APPROVe study, in the rofecoxib group, mean changes from baseline in systolic blood pressure ranged from 2.3 to 3.9 mm Hg at individual study visits and mean changes from baseline in diastolic blood pressure ranged from 0.3 to 1.4 mm Hg at individual study visits. In the placebo group the mean changes from baseline in systolic blood pressure ranged from -1.4 to 0.7 mm Hg at individual study visits and mean changes from baseline in diastolic blood pressure ranged from -1.1 to -0.5 mm Hg at individual study visits.

### 3.4    Renovascular Safety Summary

Overall, the data indicate that rofecoxib is associated with a low incidence of dose-dependent edema-related and hypertension-related adverse experiences generally consistent with the effects of fluid retention typically observed for NSAIDs.

Edema-related adverse experiences generally occurred early, and were mild, transient, and infrequently lead to discontinuations. CHF was rare in all populations, including the elderly. Most of the hypertension adverse experiences were mild to moderate in intensity

M00439688B

and discontinuation due to hypertension adverse experiences was infrequent. At the 25-mg dose, rofecoxib use was generally associated with small increases in mean systolic blood pressure 2 to 4 mm Hg compared to placebo and increases of mean diastolic blood pressure <2 mm Hg (data not shown). Changes in mean systolic blood pressure with rofecoxib exhibited a dose-related pattern in 6-week OA studies with increases of 1.1 to 5.1 mm Hg across the rofecoxib doses 12.5 to 50 mg. These findings are consistent with two meta-analyses which demonstrated an increase in mean arterial blood pressure of approximately 5 mm Hg with the use of NSAIDs [4; 5]. In general, hypertension adverse experiences also appear to be dose dependent with 12.5 mg displaying rates lower than 25 mg, and both of these doses with rates lower than rofecoxib 50 mg, which is above the therapeutic dose range for chronic treatment. Rofecoxib 50 mg displayed somewhat higher rates of edema and hypertension adverse experiences than therapeutic doses of comparator NSAIDs. While in general, the incidence of renovascular adverse experiences within the therapeutic dose range of rofecoxib (12.5 and 25 mg) is similar to NSAIDs, in some studies (RA Phase III studies) the 25 mg dose had a higher incidence than the comparator NSAID, naproxen. This difference from naproxen was not replicated however, in a 12-week study in OA patients (ADVANTAGE).

### 3.5   Renovascular Safety Conclusions

- Renovascular effects of NSAIDs including fluid retention, edema, and hypertension are mechanism-based adverse experiences associated with the use of NSAIDs including rofecoxib.

- Clinical trials with rofecoxib at daily doses of 12.5 and 25 mg in patients with osteoarthritis have shown effects on hypertension and edema similar to those observed with comparator NSAIDs.

- In clinical trials of rofecoxib at daily doses of 25 mg in patients with rheumatoid arthritis the incidence of hypertension was twice as high in patients treated with rofecoxib as compared to patients treated with naproxen 1000 mg daily. A difference from naproxen was not reproduced in the ADVANTAGE study in OA patients.

- Renovascular adverse experiences of NSAIDs are dose related. Compared to chronic use of rofecoxib 12.5 or 25 mg, there is an increased frequency with chronic use of rofecoxib at daily doses of 50 mg, a dose not recommended for chronic use.

- Similar to clinical doses of other NSAIDs, use of rofecoxib 25 mg is associated with small increases compared to placebo in mean systolic blood pressure <5mm Hg and mean increases of mean diastolic blood pressure <2mm Hg.

### 4.   CV Safety in Rofecoxib Prior to Sep-2004 APPROVe Trial Results

This section of the document describes the cardiovascular safety data for the rofecoxib development program prior to obtaining the results for the APPROVe study in September 2004. The CV safety data presented represent all the data from all studies ≥4 weeks in duration in which rofecoxib was compared to non-selective NSAIDs and also include the large placebo controlled program in Alzheimer's Disease. The data from APPROVe are presented separately. The data are presented chronologically.

### 4.1 Cardiovascular Information at Time of the 1998 Original NDA

#### 4.1.1 Clinical Pharmacology

Several months prior to the completion of the OA Phase III studies, data from two studies demonstrated that the selective COX-2 inhibitors celecoxib and rofecoxib reduced the urinary excretion of a prostacyclin metabolite [19; 28]

#### 4.1.1.1 The Effects of Aspirin, Selective COX-2 Inhibitors, and Nonselective NSAIDs on Platelet Thromboxane Metabolism and Function

Cyclooxygenase and its prostanoid products have important roles in hemostasis. Prostacyclin ($PGI_2$), a product thought to be derived primarily through the activity of endothelial cell COX-1 and COX-2, is a vasodilator and inhibitor of platelet aggregation. Serum thromboxane $A_2$ ($TXA_2$), largely a product of platelet COX-1, is a vasoconstrictor and promoter of platelet aggregation [22; 23]. Aspirin, a well recognized antiplatelet agent and inhibitor of platelet $TXA_2$ synthesis, is effective in decreasing the risk of cardiovascular thrombotic events in patients at risk for such events. Aspirin's antiplatelet effect is mediated through its near complete, irreversible inhibition of platelet COX-1 activity [25]. Even low-dose aspirin ($\geq 81$ mg/day) achieves nearly complete inhibition of platelet $TXA_2$ production [34]. This effect on platelets is irreversible because these nonnucleated cells cannot replace the COX-1 enzyme that is permanently acetylated and inactivated by aspirin.

Non-selective NSAIDs reversibly inhibit COX-1 and had been shown to affect platelet function and, in some circumstances, increase bleeding due to the inhibition of clotting. At the time of the initiation of the Phase IIb/III OA program (June 1995), the prevailing theory was that inhibition of COX-2 would have no effect on platelet thromboxane ($TxB_2$). The hypothesis from these observations was that COX-2-selective inhibitors would not be expected to have the cardioprotective properties of aspirin as they would not affect platelet function. At that time, there was no suggestion that a selective COX-2 inhibitor might be prothrombotic. However there were suggestions in the literature that at least some NSAIDs might be cardioprotective through the inhibition of COX-1 [37; 26; 38].

As expected for a selective COX-2 inhibitor, rofecoxib was shown to have no inhibitory effect on platelet thromboxane generation and therefore did not have any effects on platelet aggregation [19].

#### 4.1.1.2 The Effects of Selective COX-2 Inhibitors and of Nonselective NSAIDs on Prostacyclin Synthesis

Endothelial cells express abundant COX-1 but had been shown in vitro to express COX-2 *only* under certain pathologic conditions or under sheer stress [76; 77]. However, the experimental data were limited in this area. Merck collaborated with external investigators to further investigate the effects of selective COX-2 inhibitors on renal function. An additional analysis examined effects on systemic prostacyclin production [19]. Similar research had been performed using celecoxib [28]. These studies

M004396890

demonstrated that selective COX-2 inhibitors reduced the urinary excretion of the prostacyclin metabolite PGI-M. These data demonstrated that COX-2 was important in systemic prostacyclin production. In these experiments, selective COX-2 inhibitors and nonselective NSAIDs appeared to inhibit the excretion of PGI-M to a similar extent (50-70%). Thus, the data were interpreted to suggest that COX-2 was the dominant cyclooxygenase isoform involved in systemic prostacyclin production. With the advent of better measurement techniques, subsequent experiments have shown clinical doses of non-selective NSAIDs such as naproxen inhibit the excretion of the prostacyclin metabolite PGI-M to a somewhat greater extent than clinical doses of selective COX-2 inhibitors, suggesting that both COX isoforms participate in systemic prostacyclin production, although COX-2 is the dominant component.

The experiments cited above did not reveal the source of the COX-2-dependent systemic prostacyclin. Although prostacyclin is produced in endothelium, it is also produced in other tissues such as lung. Nonetheless, based on the earlier experiments showing that cultured endothelial cells could upregulate COX-2 expression in certain conditions, it was hypothesized that at least some of the COX-2-dependent systemic prostacyclin was derived from endothelium. It was hypothesized that inhibition of endothelial prostacyclin synthesis by a selective COX-2 inhibitor without the inhibition of platelet thromboxane synthesis as would be obtained with a non-selective inhibitor of both COX-1 and COX-2 could theoretically alter the hemostatic balance between prostacyclin and thromboxane. And it was hypothesized that this imbalance could theoretically be prothrombotic and lead to an increase in the risk of thrombotic cardiovascular events. The data from this study were submitted to the FDA as part of the original NDA in 1998.

Since 1998, we and other researchers have investigated the potential source of the prostacyclin metabolites in urine that are decreased after administration of either non-selective NSAIDs or selective COX-2 inhibitors [19; 28]. Rabbit and dog studies conducted by Merck Frosst laboratories have suggested that arterial prostacyclin production is mediated by COX-1 rather than COX-2 [78; 79]. Others have come to similar conclusions based on studies in rat tissues [80]. Further, in an arm laceration study that measured prostacyclin metabolites at the site of injury, Tuleja and colleagues [81] observed that rofecoxib did not reduce prostacyclin metabolite levels and concluded that in human microvasculature, COX-1, and not COX-2, appears to be the source of prostacyclin. Nevertheless, experiments with cultured human endothelial cells under sheer stress reveals an upregulation of COX-2 expression [77]. Thus, to this day, the origin of COX-2 dependent systemic prostacyclin remains to be established.

### 4.1.2  Cardiovascular Clinical Results in Phase IIb/III OA Studies

#### Analyses of Thrombotic Cardiovascular Serious Adverse Experiences Rates in Rofecoxib Users Versus NSAIDs or Placebo: 1998

An initial review of CV data was included in the rofecoxib NDA, which was submitted to the FDA in Nov-1998 and discussed at the FDA Arthritis Advisory Committee meeting in Apr-1999. Specific analyses were undertaken in light of the data suggesting

MRK0439889I

Rofecoxib                                                                                     68
FDA Advisory Committee Background Information

that COX-2 inhibition decreased prostacyclin as noted above. This analysis included data
on approximately 5,400 OA patients from 8 double-blind, placebo-controlled and active-
comparator studies. Although somewhat limited with respect to the comparison to
placebo, similar rates of investigator-reported thrombotic cardiovascular serious adverse
experiences were seen with rofecoxib, placebo, and comparator NSAIDs in these studies
(ibuprofen, diclofenac, or nabumetone).

Six of the OA protocols included a placebo comparator. These placebo-controlled data,
however, had only few events due to the short exposure times involved. The overall
duration of exposure in placebo-controlled periods was 516 patient years for the
combined rofecoxib (all doses) group and 156 years for the placebo group. The primary
active comparators in the OA program were diclofenac 150 mg and ibuprofen 2400 mg.
Nabumetone 1500 mg was also used as a comparator in one 6-week study (Protocol 058)
and accounted for only 30 patient-years of exposure (4% of the comparator data). The
average daily dose of rofecoxib was approximately 25 mg. The overall extent of
exposure in active comparator-controlled periods was 1657 patient-years for the
combined rofecoxib (all doses) group and 706 patient-years for the combined
nonselective NSAID (all comparators) group. Patient baseline risk factors are presented
in Table 5 and Table 6.

Throughout the remainder of this document, a set of standard data are presented for each
CV analysis: baseline characteristics, relative risk tables, summary tables by class of
terms and Kaplan-Meier (KM) plots. The relative risk tables provide the number of
patients with events per 100 patient years (PYR). This rate per 100 patient years of
exposure is used to calculate the relative risk. The rate per 100 patient years takes into
account the patient exposure to each drug, unlike crude incidence which calculates the
number of events per 100 patients. The summary tables by class of terms summarize the
CV events by treatment group and type of event and present number of events,
percentage of patients with events, and rates. The percentages shown represent the
number of events per 100 patients (crude incidence) and do not take into account the
patient exposure. The rates represent the number of events per 100 patient-years of
exposure. The KM plots are time-to-event plots that show the cumulative incidence rate
for the endpoint evaluated, and changes in hazard over time. In these plots the number of
patients at risk displayed along the x-axis at a given point is representative of the number
of patients remaining in the study at those time points. Kaplan-Meier estimates are
imprecise when the number of patients remaining at risk is small at the end of the study
and it is recommended that the plot be curtailed when approximately 10 to 20% of
patients remain in follow-up [82]. This approach was generally followed; Kaplan-Meier
curves were truncated when there were around 10 to 20% of patients remaining at risk in
any treatment group (or ~150-200 patients). Such a truncation was just for the plot; any
events occurring after the truncation time point were still retained in the analyses of crude
proportions, patient-year adjusted incidence rates and relative risks and also displayed in
the relevant tables.

M004396692

Table 7 displays the rates and relative risk of patients having investigator-reported thrombotic cardiovascular serious adverse experiences in the Phase IIb/III Placebo-Controlled and nonselective NSAID OA Populations.   These included cardiac, cerebrovascular, and peripheral vascular (arterial and venous) events; the set of adverse experience terms matches the set ultimately implemented as part of Merck's Standard Operating Procedure for the systematic collection and adjudication of potential cardiovascular thrombotic serious adverse experiences (see Section 4.1.4 below).  Thus, although the OA Phase IIb/III program data were obtained before initiation of this SOP and were not subject to adjudication, the approach to the data is similar to that ultimately used in the SOP.

The incidences of patients having investigator-reported thrombotic cardiovascular serious adverse experiences in these OA studies were similar between the rofecoxib and nonselective NSAID comparator treatment groups and between rofecoxib and placebo groups (Table 7).  Summaries of the investigator-reported thrombotic cardiovascular serious adverse experience event types in the various treatment groups are in Table 8 and Table 9. There are no individual thrombotic CV serious adverse experiences whose rates suggest an imbalance between the groups.  Table 8 displays the cumulative incidence rates of investigator-reported thrombotic CV serious adverse experiences in the nonselective-NSAID population displayed as Kaplan-Meier plots. As the Phase IIb/III OA data are composed of a large number of studies with differing durations, there is no way to appropriately reflect the duration in a single value. The number of patients at risk indicated in the KM plot provide this type of information as they are reflective of the patient number and duration of therapy throughout the study. Collectively, these data did not suggest that rofecoxib might be associated with an increase in thrombotic CV events as previously theorized.[19; 28].

MD0439689093

Rofecoxib
FDA Advisory Committee Background Information

70

Table 5

Baseline Risk Factors in the Rofecoxib Phase IIb/III OA Studies
Placebo-Controlled Population (1998)

|  | Placebo (N=711) | | Rofecoxib (N=2253) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 406 | (57.1) | 1226 | (54.4) |
| Percent ≥65 Years Old | 305 | (42.9) | 1027 | (45.6) |
| **Gender** | | | | |
| Female | 514 | (72.3) | 1650 | (73.2) |
| Male | 197 | (27.7) | 603 | (26.8) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 380 | (53.4) | 1250 | (55.5) |
| Hypertension | 254 | (35.7) | 876 | (38.9) |
| Diabetes Mellitus | 22 | (3.1) | 79 | (3.5) |
| Hypercholesterolemia | 130 | (18.3) | 379 | (16.8) |
| Current Smoker | 93 | (13.1) | 266 | (11.8) |
| Hx of Symptomatic ASCVD | 58 | (8.2) | 173 | (7.7) |
| Increased CV Risk[†] | 145 | (20.4) | 437 | (19.4) |

[†] 2 or More Risk Factors for coronary artery disease or a history of symptomatic ASCVD
ASCVD= atherosclerotic cardiovascular disease

Rofecoxib
FDA Advisory Committee Background Information

71

### Table 6

Baseline Risk Factors in the Rofecoxib Phase IIb/III OA Studies
Nonselective NSAIDs Controlled -Population (1998)

| | Rofecoxib (N=3358) | | Nonselective NSAIDs (N=1565) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 1813 | (54.0) | 832 | (53.2) |
| Percent ≥65 Years Old | 1545 | (46.0) | 733 | (46.8) |
| **Gender** | | | | |
| Female | 2444 | (72.8) | 1141 | (72.9) |
| Male | 914 | (27.2) | 424 | (27.1) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 1888 | (56.2) | 894 | (57.1) |
| Hypertension | 1337 | (39.8) | 634 | (40.5) |
| Diabetes Mellitus | 146 | (4.3) | 71 | (4.5) |
| Hypercholesterolemia | 588 | (17.5) | 290 | (18.5) |
| Current Smoker | 377 | (11.2) | 177 | (11.3) |
| Hx of Symptomatic ASCVD | 259 | (7.7) | 116 | (7.4) |
| Increased CV Risk[†] | 681 | (20.3) | 324 | (20.7) |
| [†] 2 or More Risk Factors for coronary artery disease or a history of symptomatic ASCVD ASCVD= atherosclerotic cardiovascular disease | | | | |

### Table 7

Absolute Rate and Relative Risk (95% CI)
Investigator-Reported Thrombotic Cardiovascular
Serious Adverse Experiences
Rofecoxib Phase IIb/III OA Studies (1998)

| Study | Treatment Group | N | Patients With Events | PYR[†] | Rate[‡] | Relative Risk (95% CI) |
|---|---|---|---|---|---|---|
| Phase IIb/III Studies Combined | Rofecoxib 12.5/25/50 mg | 2253 | 14 | 516 | 2.71 | 1.06 (0.34, 3.23) |
| | Placebo | 711 | 4 | 156 | 2.57 | |
| Phase IIb/III Studies Combined | Rofecoxib 12.5/25/50 mg | 3357 | 34 | 1657 | 2.05 | 0.92 (0.50, 1.67) |
| | Nonselective NSAIDS[§] | 1564 | 16 | 706 | 2.27 | |
| [†] Patient-years at risk. [‡] Per 100 PYR. [§] diclofenac, ibuprofen, nabumetone. | | | | | | |

M0043968B5

Rofecoxib                                                                72
FDA Advisory Committee Background Information

## Table 8

### Summary of Patients with Investigator-Reported Thrombotic Cardiovascular
### Serious Adverse Experiences by Class of Terms
### Rofecoxib and Placebo
### Phase IIb/III OA Studies (1998)

| | Rofecoxib (N=2253) (PYR=516) | | Placebo (N=711) (PYR=156) | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| Patients with one or more investigator-reported thrombotic cardiovascular serious adverse experiences | 14 (0.6) | (2.7) | 4 (0.6) | (2.6) |
| **Cardiac** | **7 (0.3)** | **(1.4)** | **3 (0.4)** | **(1.9)** |
| Myocardial Infarction | 3 (0.1) | (0.6) | 2 (0.3) | (1.3) |
| Unstable Angina | 2 (0.1) | (0.4) | 1 (0.1) | (0.6) |
| Coronary Artery Disease | 2 (0.1) | (0.4) | 0 (0.0) | (0.0) |
| **Cerebrovascular** | **6 (0.3)** | **(1.2)** | **1 (0.1)** | **(0.6)** |
| Cerebrovascular Accident | 4 (0.2) | (0.8) | 1 (0.1) | (0.6) |
| Transient Ischemic Attack | 2 (0.1) | (0.4) | 0 (0.0) | (0.0) |
| **Peripheral Vascular** | **1 (0.0)** | **(0.2)** | **0 (0.0)** | **(0.0)** |
| Deep Venous Thrombosis | 1 (0.0) | (0.2) | 0 (0.0) | (0.0) |

PYR=Patient-years at risk
[†] Crude incident (n/Nx100).
[‡] Events per 100 patient-years (PYR).

Note: Patient with multiple events may be counted more than once under different terms but only once in the "One or More" category.

M0043968S6

Rofecoxib
FDA Advisory Committee Background Information

## Table 9

### Summary of Patients with Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences
### Rofecoxib and Nonselective NSAID
### Phase IIb/III OA Studies (1998)

| | Rofecoxib (N=3357) PYR=1657 | | Nonselective NSAIDs (N=1564) PYR=706 | |
|---|---|---|---|---|
| | $n (\%)^†$ | Rate[‡] | $n (\%)^†$ | Rate[‡] |
| Patients with one or more investigator-reported thrombotic cardiovascular serious adverse experiences | 34 (1.0) | (2.1) | 16 (1.0) | (2.3) |
| **Cardiac** | **18 (0.5)** | **(2.1)** | **12 (0.8)** | **(1.7)** |
| Cardiac Arrest | 0 (0.0) | (0.0) | 2 (0.1) | (0.3) |
| Acute Myocardial Infarction | 3 (0.1) | (0.2) | 0 (0.0) | (0.0) |
| Myocardial Infarction | 5 (0.1) | (0.3) | 3 (0.2) | (0.4) |
| Coronary Artery Occlusion | 1 (0.0) | (0.1) | 1 (0.1) | (0.1) |
| Unstable Angina | 2 (0.1) | (0.1) | 0 (0.0) | (0.0) |
| Angina Pectoris | 2 (0.1) | (0.1) | 4 (0.3) | (0.6) |
| Coronary Vasospasm | 1 (0.0) | (0.1) | 0 (0.0) | (0.0) |
| Coronary Artery Disease | 4 (0.1) | (0.2) | 2 (0.1) | (0.3) |
| **Cerebrovascular** | **9 (0.3)** | **(0.5)** | **3 (0.2)** | **(0.4)** |
| Cerebrovascular Accident | 6 (0.2) | (0.4) | 3 (0.2) | (0.4) |
| Transient Ischemic Attack | 3 (0.1) | (0.2) | 0 (0.0) | (0.0) |
| **Peripheral Vascular** | **7 (0.2)** | **(0.4)** | **1 (0.1)** | **(0.1)** |
| Arterial Occlusion | 1 (0.0) | (0.1) | 0 (0.0) | (0.0) |
| Deep Venous Thrombosis | 4 (0.1) | (0.2) | 0 (0.0) | (0.0) |
| Peripheral Vascular Disorder | 1 (0.0) | (0.1) | 0 (0.0) | (0.0) |
| Pulmonary Embolism | 1 (0.0) | (0.1) | 0 (0.0) | (0.0) |
| Vascular Insufficiency | 0 (0.0) | (0.0) | 1 (0.1) | (0.1) |

PYR=Patient-years at risk
[†]Crude incident (n/Nx100).
[‡] Events per 100 patient-years (PYR).
Note: Patient with multiple events may be counted more than once under different terms but only once in the "One or More" category.

M00439689 7

Rofecoxib                                                                                      74
FDA Advisory Committee Background Information

Figure 13

Kaplan-Meier Estimates of Cumulative Incidence (95% CI) of
Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences
Rofecoxib and Nonselective NSAIDs
Phase IIb/III OA Studies (1998)



| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | 3357 | 2074 | 1679 | 1169 | 891 | 849 | 786 |
| NSAIDs | 1564 | 896 | 675 | 493 | 389 | 369 | 337 |
| Cumulative Events | | | | | | | |
| Rofecoxib | 0 | 13 | 19 | 26 | 30 | 32 | 33 |
| NSAIDs | 0 | 6 | 10 | 10 | 12 | 14 | 16 |

### 4.1.3    CV Conclusions Original NDA

- Data in the original NDA were consistent with the interpretation that the incidence of thrombotic cardiovascular serious adverse experience with rofecoxib was similar to placebo and to the nonselective NSAIDs studied.

### 4.1.4    Results of 1999 Arthritis Advisory Committee Meeting and NDA Approval

The Arthritis Advisory Committee reviewed the efficacy data for rofecoxib in OA, acute pain, and primary dysmenorrhea and the safety data including the general, GI, and CV safety data in April 1999.  It was concluded that rofecoxib had a favorable risk/benefit profile and should be approved.  The FDA approved rofecoxib in May 1999 for the relief of the signs and symptoms of osteoarthritis (12.5 and 25 mg), for the management of acute pain in adults (50 mg), and for the treatment of primary dysmenorrhea (50 mg).

M004396698

### 4.1.5   CV Adjudication Standard Operating Procedure (SOP)

To better assess the cardiovascular safety of its selective COX-2 inhibitors, Merck initiated an Adjudication Standard Operating Procedure (CV Adjudication SOP) in the second half of 1998 to systematically collect and adjudicate potential cardiovascular thrombotic serious adverse experiences from all future studies with its selective COX-2 agents. This Adjudication SOP was initiated on the basis of three questions raised in the literature: 1) the potential for selective COX-2 agents to cause an imbalance between thromboxane and prostacyclin production and thus have a prothrombotic effect [28; 19], 2) an indication that some nonselective NSAIDs through their ability to inhibit platelet thromboxane production may have a cardioprotective effect [29; 27; 30], and 3) studies that demonstrated the expression of COX-2 in atheroma and which proposed that COX-2 might be involved in plaque rupture. It was proposed that COX-2 inhibitors might inhibit plaque rupture and be cardioprotective. [83; 84]

The basis of the Adjudication SOP was a blinded systematic review by an expert panel of cardiologists, neurologists, and vascular medicine internists of serious adverse experiences reported by site investigators. These adverse experiences were prespecified in the CV Adjudication SOP as potential thrombotic cardiovascular events (referred to in this document as Investigator-Reported Thrombotic CV serious adverse experiences). The report of such an event triggered a procedure whereby additional information was collected and the event was adjudicated. None of the members of the 3 expert panels (cardiac events, cerebrovascular events, peripheral vascular events) was a Merck employee or a site investigator for any of the rofecoxib or etoricoxib studies. Events confirmed by adjudication are referred to in this document as Confirmed Thrombotic CV Serious Adverse Experiences.

The purpose of the CV Adjudication SOP was: (1) to improve accuracy in diagnosis across a heterogeneous group of study investigators in different nations and having different clinical specialties; and (2) to standardize the evaluation of thrombotic cardiovascular serious adverse experiences across ongoing clinical studies of rofecoxib.

The VIOXX GI Outcomes Research Study (VIGOR) which evaluated rofecoxib 50 mg and naproxen 1000 mg was initiated in January 1999 and was the first study to utilize the CV Adjudication SOP. From that point on, all ongoing or newly initiated studies followed the CV Adjudication SOP. Thus, except for the OA Phase IIb/III studies and the rheumatoid arthritis Phase IIb study, which had completed their initial study periods and had been unblinded prior to the time the SOP was initiated, all studies discussed in this document were subject to the CV Adjudication SOP.

The analysis of cardiovascular outcomes in trials of rofecoxib as described in the Adjudication SOP did not envision a separate analysis of individual trials. Individual trials would likely be underpowered with respect to subgroup and exploratory analyses necessary to understand any observed differences in event rates. Instead, the SOP was designed to examine the combined incidence of cardiovascular outcomes across a broad range of patients in all post-Phase III OA trials of rofecoxib initiated by or after the

MDL04396999

Rofecoxib                                                                                      76
FDA Advisory Committee Background Information

second quarter 1998. However, based on a request from the VIGOR Data Safety
Monitoring Board, a separate analysis of thrombotic cardiovascular serious adverse
experiences in VIGOR was performed.

### 4.1.5.1    CV Endpoints

The primary endpoint outlined in the original CV Adjudication SOP was the Confirmed
Thrombotic CV Serious Adverse Experience endpoint.  With respect to cardiovascular
analyses, this endpoint was considered primary for all studies included in the CV
Adjudication SOP. Prior to undertaking a pooled analysis of the data, which included the
Phase IIb/III data, the decision was made to prespecify the Antiplatelet Trialists'
Collaboration (APTC) combined endpoint, for all pooled analyses which included studies
which were not part of the CV Adjudication SOP. There were several reasons for this
decision. First the APTC combined endpoint was the endpoint most commonly used in
combined analyses of studies investigating antiplatelet agents such as aspirin. It was
widely accepted and allowed comparison between results obtained for rofecoxib and
results of the anti-platelet agents.     The APTC combined endpoint consisted of
cardiovascular death, death due to unknown causes, fatal hemorrhage, myocardial
infarction, and stroke.     This endpoint includes "hard events" that have a high
confirmation rate during adjudication, an important characteristic since the data from the
Phase IIb/III OA studies and the RA Phase IIb study were not subject to adjudication as
they were initiated and completed (aside from ongoing extensions) prior to the initiation
of the Adjudication SOP.  Overall, the results have been highly consistent between
analyses based on the APTC and Confirmed Thrombotic CV serious adverse experience
endpoints.  Table 10 outlines the different terms included in the APTC endpoint and the
Confirmed Thrombotic Cardiovascular Serious Adverse Experience endpoint.

MD04399900

Table 10

Serious Adverse Events Included in the Confirmed Thrombotic Cardiovascular
Serious Adverse Experience and APTC Combined Endpoints

| Adjudication Committee Categories for Cardiovascular Events | Confirmed Thrombotic Cardiovascular Event | APTC[1] Combined Endpoint |
|---|:---:|:---:|
| **Thrombotic Events** | | |
| **Cardiac Events** | | |
| Acute MI | √ | √ |
| Fatal: acute MI | √ | √ |
| Unstable angina pectoris | √ | |
| Sudden and/or unexplained death | √ | √ |
| Resuscitated cardiac arrest | √ | √ |
| Cardiac thrombus | √ | |
| **Peripheral Vascular Events** | | |
| Pulmonary embolism | √ | |
| Fatal: pulmonary embolism | √ | |
| Peripheral arterial thrombosis | √ | |
| Fatal: peripheral arterial thrombosis | √ | √ |
| Peripheral venous thrombosis | √ | |
| **Cerebrovascular Events** | | |
| Ischemic cerebrovascular stroke | √ | √ |
| Fatal: ischemic cerebrovascular stroke | √ | √ |
| Cerebrovascular venous thrombosis | √ | |
| Fatal: cerebrovascular venous thrombosis | √ | √ |
| Transient ischemic attack | √ | |
| **Hemorrhagic Events** | | |
| Hemorrhagic cerebrovascular stroke[‡] | | √ |
| Fatal: hemorrhagic cerebrovascular stroke[‡] | | √ |
| Fatal: hemorrhagic deaths of any cause | | √ |
| [1] APTC = Antiplatelet Trialists' Collaboration. [‡] These events are included as investigator-reported events but not Confirmed Thrombotic CV events. | | |

## 4.2   VIGOR (First Patient Enrolled: 06-Jan-1999/Completed: 17-Mar-2000)

As described in Section 2.4, the Vioxx GI Outcomes Research Study (VIGOR) was designed primarily to assess the GI safety of rofecoxib versus naproxen. Also, as described in Section 4.1.4, VIGOR was the first study in which the CV Adjudication SOP was applied. VIGOR was initiated Jan-1999 before the regulatory approval of rofecoxib in the US or the EU and the protocol stated that potential thrombotic cardiovascular serious adverse experiences were to be adjudicated. The data became available in Mar-2000, after the original NDA was approved.

### 4.2.1   CV Safety From VIGOR

A total of 8076 patients were randomized in the VIGOR study to either rofecoxib 50 mg, twice the highest recommended dose for chronic use, or naproxen 1000 mg, a common clinical dose. The 50 mg dose was chosen in consultation with the FDA to provide a rigorous assessment of the GI safety of rofecoxib. The mean duration of study therapy was 8 months (median: 9 months) for both treatment groups. Baseline CV risk factors are presented in Table 11. Importantly, because VIGOR was designed to test the hypothesis that a selective COX-2 inhibitor would have improved GI safety compared to a dual COX-1/COX-2 inhibitor, and because aspirin inhibits COX-1, concomitant aspirin use was not allowed in VIGOR to avoid confounding of the assessment of the primary hypothesis. Thus patients who would clinically be considered appropriate candidates for low dose aspirin for cardioprotection were not supposed to be randomized into the trial.

In March of 2000, the preliminary results of the VIGOR study became available. These data were based on a prespecified plan to include data available as of Feb-2000 in the primary analysis. Although the GI benefit was clear in the VIGOR study, an imbalance in thrombotic cardiovascular adverse experiences favoring naproxen was observed. Within the same month, the data were released publicly via a press release, and submitted to the FDA and other regulatory agencies, communicated to investigators, ethics committees, and included in the investigator brochure and informed consent. These data were also presented in a scientific meeting and submitted for publication in May-2000. Draft label changes to reflect the GI and CV data were submitted to the FDA in Jun-2000. A safety update report which included the final GI and CV data, that is, all events reported after the prespecified cut off date for the primary analysis, was submitted in Oct-2000. These final data were presented at the Feb-2001 FDA Arthritis Advisory Committee meeting and are the data included in this background package.

A total of 96 patients (64 in the rofecoxib group and 32 in the naproxen group) had 1 or more thrombotic CV serious adverse experiences which were referred to the CV adjudication committee as Investigator-Reported Thrombotic Cardiovascular Serious Adverse Experiences. Of these, 64 patients had one or more events during VIGOR that were adjudicated as thrombotic events by the committees (hereafter referred to as Confirmed Thrombotic Cardiovascular Serious Adverse Experiences) (Table 12). The overall incidence of Confirmed Thrombotic CV serious adverse experiences in VIGOR is presented by treatment group in Table 13. Therapy with naproxen was associated with a lower risk for the development of Confirmed Thrombotic CV serious adverse experiences, due primarily to a lower incidence of coronary events. Multiple statistical analyses described in detail below of the proportionate hazard revealed that the relative risk between treatment groups for a confirmed thrombotic cardiovascular serious adverse experiences did not vary significantly over time. A summary of the event types is displayed in Table 13 and the Cumulative incidence rate of Confirmed Thrombotic CV serious adverse experiences is displayed in Figure 14.

M004396902

Rofecoxib                                                                                          79
FDA Advisory Committee Background Information

Table 11

Patient Baseline Demographics and Cardiovascular Risk
VIGOR (2000)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| Demographic | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 3050 | (75.4) | 2959 | (73.4) |
| Percent ≥65 Years Old | 997 | (24.6) | 1070 | (26.6) |
| **Gender** | | | | |
| Female | 3223 | (79.6) | 3215 | (79.8) |
| Male | 824 | (20.4) | 814 | (20.2) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 2047 | (50.6) | 1988 | (49.3) |
| Hypertension | 1217 | (30.1) | 1168 | (29.0) |
| Diabetes Mellitus | 240 | (5.9) | 254 | (6.3) |
| Hypercholesterolemia | 343 | (8.5) | 293 | (7.3) |
| Current Smoker | 790 | (19.5) | 779 | (19.3) |
| Hx of Symptomatic ASCVD | 170 | (4.2) | 151 | (3.7) |
| Increased CV Risk[†] | 604 | (14.9) | 570 | (14.1) |

[†] 2 or More Risk Factors for coronary artery disease or a history of symptomatic ASCVD
ASCVD= atherosclerotic cardiovascular disease

Table 12

Absolute Rate and Relative Risk (95% CI)
Confirmed Thrombotic Cardiovascular
Serious Adverse Experiences
VIGOR (2000)

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thrombotic Events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | 2.38 | (1.39, 4.00) |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | | |

[‡] Per 100 patient-years at risk (PYR).
[§] Relative risk of rofecoxib with respect to naproxen from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

M00439603

Table 13

Summary of Patients With Confirmed Thrombotic Cardiovascular Serious Adverse
Experiences:VIGOR (2000)

| | Rofecoxib (N=4047) PYR=2697 | | Naproxen (N=4029) PYR=2698 | |
|---|---|---|---|---|
| | n (%)[†] | Rate[‡] | n (%)[†] | Rate[‡] |
| Patients with One or More  Thrombotic Cardiovascular Serious Adverse Experiences | 45 (1.1) | (1.7) | 19 (0.5) | (0.7) |
| **Cardiac Events** | **28 (0.7)** | **(1.0)** | **10 (0.2)** | **(0.4)** |
| Acute Myocardial Infarction | 20 (0.5) | (0.7) | 4 (0.1) | (0.1) |
| Sudden Cardiac Death | 3 (0.1) | (0.1) | 4 (0.1) | (0.1) |
| Unstable Angina Pectoris | 5 (0.1) | (0.2) | 3 (0.1) | (0.1) |
| **Cerebrovascular Events** | **11 (0.3)** | **(0.4)** | **8 (0.2)** | **(0.3)** |
| Ischemic Cerebrovascular Stroke | 9 (0.2) | (0.3) | 8 (0.2) | (0.3) |
| Transient Ischemic Attack | 2 (0.0) | (0.1) | 0 (0.0) | (0.0) |
| **Peripheral Vascular Events** | **6 (0.1)** | **(0.2)** | **1 (0.0)** | **(0.0)** |
| Peripheral Arterial Thrombosis | 1 (0.0) | (0.0) | 0 (0.0) | (0.0) |
| Peripheral Venous Thrombosis | 5 (0.1) | (0.2) | 1 (0.0) | (0.0) |
| PYR=Patient-years at risk [†] Crude incident (n/Nx100). [‡] Events per 100 patient-years (PYR). Note: Patient with multiple events may be counted more than once under different terms but only once in the "One or More" category. | | | | |

M00439B904

Figure 14

Kaplan-Meier Estimate of Cumulative Incidence (95% CI) of Confirmed
Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR (2000)



| Patients at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib 50 mg | 4047 | 3643 | 3405 | 3177 | 2806 | 1067 |
| Naproxen 1000 mg | 4029 | 3647 | 3395 | 3172 | 2798 | 1073 |

Preliminary inspection of the Kaplan-Meier time-to-event plots suggested that the rofecoxib group showed a different hazard rate pattern than the naproxen group. Particularly, the event data between Month 8 to Month 12 as compared to those prior to Month 8 could cast doubt on the constant hazard ratio assumption between the two groups. Several statistical analyses as described below were performed to determine if there were statistically significant departures from the proportional hazard assumption, i.e., the assumption that the hazard ratio between rofecoxib and naproxen was constant over time.

The first analysis assessed the treatment-by-log(time) effect in the Cox PH model. A non-significant result (p>0.2) implied that the hazard ratio did not vary to any significant degree over time. A second analysis examined the correlation between the individual Schoenfeld residuals (observed treatment covariate minus expected) from the fitted Cox PH model and the log-transformed CV event times. No significant departure from the proportional hazard assumption was seen. A third analysis involved fitting a Weibull parametric survival model to the CV event time data. Two separate forms of the Weibull model were fit to the CV event data. The first such model utilized a common shape parameter, but different scale parameters for each of the two treated groups. For this

M00439690S

model, the common shape parameter was not significantly different from 1, indicating no statistical departure from constant hazard rates for each group according to this model, and hence, a constant risk ratio as a result. The second Weibull model allowed for different shape parameters for the two treated groups. The fit from this model was not significantly improved relative to the original model. A fourth analysis utilized Zelen's exact test to check if the risk ratios between the two treatment groups were relatively constant over discrete, equal time intervals of the study period. The test was performed multiple times with the data divided in each iteration into 2-, 4-, or 8-month intervals ($p \geq 0.159$). In addition to these statistical analyses, the assumption of proportional hazards was further assessed either through graphic representations of the estimated hazard rates by the models chosen or by comparing the estimates from different models. Although the power of each of these tests is admittedly limited, results of these analyses all yielded the conclusion of no significant departure from proportional hazards, that is, the hazard ratio between rofecoxib and naproxen was relatively constant over time.

The FDA, however, reached a somewhat different conclusion based on their statistical analyses. They concluded that relative risk could not be used to characterize the findings as the data did not support the assumption of a hazard rate that was constant over the 12 months of the study. They concluded that the rofecoxib group tended to show a different hazard rate pattern than the naproxen group. Based on the 8-12 month event data for rofecoxib, in particular, FDA argued that these data cast doubt on the constant hazard rate assumption for that group.

## 4.2.2 VIGOR Subgroup Analyses

In an attempt to investigate further and understand the imbalance observed in Confirmed Thrombotic CV serious adverse experiences in VIGOR, subgroup analyses were performed including an analysis based on baseline risk for a cardiovascular event and analyses based on blood pressure parameters.

There were no subgroup by treatment interactions for the following subgroups: age, gender, history of a CV risk factor and past history of atherosclerotic cardiovascular disease.

### Thrombotic Cardiovascular Serious Adverse Experiences Analyzed by Baseline CV Risk.

In this analysis, patients with 2 or more risk factors for CV disease or a history of symptomatic atherosclerotic cardiovascular disease at baseline were deemed the increased risk subgroup. Although the absolute risk of a thrombotic CV adverse experience is higher in such patients, the relative risk of a confirmed thrombotic CV serious adverse experience was similar regardless of baseline risk status (Table 14).

MRK-AB B0439806

Rofecoxib
FDA Advisory Committee Background Information

83

Table 14

Absolute Rate and Relative Risk (95% CI)
Confirmed Thrombotic Cardiovascular Serious Adverse Experience
Subgroup Analysis by Baseline CV Risk
VIGOR (2000)

| Subgroup | Treatment | n/N (%) | Patient-Years | Rate[†] | Relative Risk[‡] (95% CI) |
|---|---|---|---|---|---|
| Total Cohort | Rofecoxib | 45/4047 (1.1) | 2697 | 1.67 | 2.38 (1.39, 4.00) |
| | Naproxen | 19/4029 (0.5) | 2698 | 0.70 | |
| Increased Risk | Rofecoxib | 21/604 (3.5) | 386 | 5.44 | 2.86 (1.18, 8.33) |
| | Naproxen | 7/570 (1.2) | 370 | 1.89 | |
| Without Increased Risk | Rofecoxib | 24/3443 (0.7) | 2311 | 1.04 | 2.00 (0.97, 4.35) |
| | Naproxen | 12/3459 (0.3) | 2328 | 0.52 | |

n/N=the number of patients with events/total number of patients, CI=Confidence Interval.

[†] Number of events per 100 patient-years.

[‡] Relative risk of rofecoxib with respect to naproxen from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

## Thrombotic Cardiovascular Serious Adverse Experiences Stratified by Changes in Blood Pressure in VIGOR

In VIGOR, consistent with the use of a dose of rofecoxib twice as high as the maximal approved dose for chronic use, more patients in the rofecoxib 50 mg group had hypertension adverse experiences than in the naproxen group. Although the difference in thrombotic cardiovascular serious adverse experiences was larger than one would anticipate given the small between-group differences in observed blood pressure, it was nonetheless important to examine the data to determine if the known renovascular effects of rofecoxib 50 mg accounted for the cardiovascular findings of VIGOR.

A number of different analyses were carried out to evaluate the relationship between blood pressure and Confirmed Thrombotic CV serious adverse experiences. This included an analysis based on reports of hypertension adverse experiences and analyses based on blood pressure measurements. Neither analysis revealed an association with the imbalance of thrombotic cardiovascular events. The analyses based on blood pressure measurements are provided. As there was very little effect of rofecoxib on diastolic blood pressure, the limited analyses of diastolic blood pressure are not shown.

Table 15 shows an analysis of thrombotic cardiovascular events stratified by changes in systolic blood pressure using two stratification approaches – the first from <-5 mm Hg to >10 mm Hg is based on equal-sized quartiles of patients and the second from <-10 mm

M00439690 7

Rofecoxib
FDA Advisory Committee Background Information

84

Hg to ≥25 mm Hg is based on equal-sized increments of systolic blood pressure. In this
analysis, data on patients with events are only included up until the time of the event.
Differences are noted in the rates across the various categories of blood pressure changes;
however, no consistent trend in the relative risk across the strata could be identified.

Table 15

Absolute Rate and Relative Risk (95% CI)
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
Subgroup Analysis by Changes in Systolic Blood Pressure
VIGOR (2000)

| Change in Systolic BP | Trmt | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] 95% CI |
|---|---|---|---|---|---|---|
| Overall | Rofecoxib | 3992 | 39 | 2693 | 1.45 | |
| | Naproxen | 3998 | 14 | 2694 | 0.52 | 2.78 (1.52, 5.26) |
| Systolic BP ranges from <-5 mm Hg to >10 mm Hg | | | | | | |
| <-5 mmHg | Rofecoxib | 776 | 9 | 503 | 1.79 | |
| | Naproxen | 1131 | 6 | 763 | 0.79 | 2.33 (0.83, 6.67) |
| -5 to <2.5 mmHg | Rofecoxib | 977 | 10 | 654 | 1.53 | |
| | Naproxen | 1076 | 1 | 715 | 0.14 | 11.11 (1.41, 100) |
| 2.5 to 10 mmHg | Rofecoxib | 1065 | 6 | 728 | 0.82 | |
| | Naproxen | 1002 | 1 | 687 | 0.15 | 5.56 (0.68, —) |
| >10 mmHg | Rofecoxib | 1174 | 14 | 809 | 1.73 | |
| | Naproxen | 789 | 6 | 529 | 1.13 | 1.52 (0.58, 3.85) |
| Systolic BP ranges from <-10 mm Hg to ≥25 mm Hg | | | | | | |
| <-10 mmHg | Rofecoxib | 383 | 6 | 253 | 2.38 | 3.45 (0.72, 20.0) |
| | Naproxen | 634 | 3 | 429 | 0.70 | |
| -10 to <10mmHg | Rofecoxib | 2258 | 18 | 1527 | 1.18 | 3.85 (1.45, 11.11) |
| | Naproxen | 2427 | 5 | 1648 | 0.30 | |
| 10 to <25 mmHg | Rofecoxib | 1113 | 9 | 758 | 1.19 | 1.28 (0.43, 3.85) |
| | Naproxen | 810 | 5 | 544 | 0.92 | |
| ≥25 mmHg | Rofecoxib | 238 | 6 | 155 | 3.88 | 2.86 (0.34, 100) |
| | Naproxen | 127 | 1 | 73 | 1.37 | |

[†]  Patient-years at risk
[‡]  Per 100 PYR
[§]  Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

M0043969508

### Blood Pressure Measurements in Patients With and Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in VIGOR

Changes in blood pressure measurements were compared in patients with and without Confirmed Thrombotic CV serious adverse experiences. In both treatment groups, mean systolic blood pressure in patients who had Confirmed Thrombotic CV serious adverse experiences were 6 to 9 mm Hg higher at baseline compared to patients without events. However, mean changes from baseline in systolic and diastolic blood pressure were similar in rofecoxib patients with and without Confirmed Thrombotic CV serious adverse experiences. In addition, the percent of patients with elevations in blood pressure which exceeded 20 mm Hg in systolic blood pressure or 10 mm Hg in diastolic blood pressure was similar in patients with and without Confirmed Thrombotic CV serious adverse experiences. Lastly, there was no correlation between the magnitude of change in blood pressure and the risk of sustaining a Confirmed Thrombotic CV serious adverse experience. Consistent with the relatively short duration of the trial, differences between treatment groups in blood pressure changes did not appear to serve as an explanation for the difference observed in thrombotic cardiovascular event rates, although some contribution of blood pressure could not completely be excluded.

### Conclusions

Although there was a difference in the relative risk of patients who had confirmed thrombotic CV serious adverse experiences in VIGOR, it was not clear based on the VIGOR data alone, whether this was due to an increase in the risk in the rofecoxib group or a decreased risk in the naproxen group. The VIGOR data were further evaluated through subgroup analyses including evaluations based on baseline cardiovascular risk and evaluations based on blood pressure changes during the study. No differences were noted when assessing these two parameters. In the absence of a placebo control in VIGOR no definitive conclusions could be drawn from the VIGOR data alone with regard to the cause of the imbalance in CV events. Therefore, additional rofecoxib data were evaluated to try to answer this question.

### 4.2.3    Evidence Against a Prothrombotic Effect of Rofecoxib: Placebo-Controlled Interim Data From the Alzheimer's Disease Program (Data From Sep-2000 Provided)

The data from the Phase IIb/III OA program reviewed in the original NDA for rofecoxib had not revealed an increased risk of thrombotic cardiovascular serious adverse experiences on rofecoxib compared to either placebo or non-naproxen NSAIDs. To better understand the significance of the new cardiovascular results of VIGOR, an interim analysis was carried out for two large, ongoing placebo-controlled studies in elderly patients with early Alzheimer's disease (Protocols 078 and 091). These ongoing trials provided a large dataset comparing rofecoxib 25 mg with placebo, rather than the naproxen comparator evaluated in VIGOR. Importantly, the Alzheimer's studies provided extensive experience in an elderly population at increased risk for serious thrombotic cardiovascular events.

M004395909