Updated 5/26/2006 
Restricted
Confidential
limited access

Table D3
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 8/627 | 1.28 (0.55, 2.51) | 1300 | 5/635 | 0.79 (0.26, 1.84) | 1.62 (0.53, 4.94) |
| 6 - 12 Months | 1221 | 7/601 | 1.16 (0.47, 2.40) | 1247 | 7/616 | 1.14 (0.46, 2.34) | 1.02 (0.36, 2.92) |
| 12 - 18 Months | 1187 | 11/585 | 1.88 (0.94, 3.36) | 1224 | 9/604 | 1.49 (0.68, 2.83) | 1.26 (0.52, 3.04) |
| 18 - 24 Months | 1152 | 9/571 | 1.58 (0.72, 2.99) | 1189 | 4/592 | 0.68 (0.18, 1.73) | 2.33 (0.72, 7.56) |
| 24 - 30 Months | 1131 | 7/561 | 1.25 (0.50, 2.57) | 1173 | 4/581 | 0.69 (0.19, 1.76) | 1.81 (0.53, 6.20) |
| 30 - 36 Months | 1117 | 12/552 | 2.17 (1.12, 3.80) | 1157 | 1/574 | 0.17 (0.00, 0.97) | 12.47 (1.62, 95.92) |
| 36 - 42 Months | 1092 | 7/523 | 1.34 (0.54, 2.76) | 1133 | 4/540 | 0.74 (0.20, 1.90) | 1.81 (0.53, 6.17) |
| > 42 Months | 1032 | 16/1147 | 1.40 (0.80, 2.27) | 1071 | 16/1179 | 1.36 (0.78, 2.20) | 1.03 (0.51, 2.06) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D4
Summary of Confirmed TCVSAE Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 26/1813 | 1.43 (0.94, 2.10) | 1300 | 21/1855 | 1.13 (0.70, 1.73) | 1.27 (0.71, 2.25) |
| > 18 Months | 1152 | 51/3354 | 1.52 (1.13, 2.00) | 1189 | 29/3466 | 0.84 (0.56, 1.20) | 1.82 (1.15, 2.87) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I2225859

Updated 5/26/2006 
Restricted
Confidential
limited access

Figure D1
ITT Population
Confirmed Thrombotic Cardiovascular Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
7
8
9
0 6 12 18 24 30 36 42 48 54 60
Months
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 989 | 594 | 197 |
| Placebo | 1300 | 1247 | 1224 | 1189 | 1173 | 1157 | 1133 | 1071 | 1027 | 600 | 202 |

IM007225860



Updated 5/26/2006

Figure D2
ITT Population
Confirmed Thrombotic Cardiovascular Events)
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.671; Treatment*Time p-Value=0.870
Confirmed TCVSAE Endpoint
All Patients (ITT Population) and censored at last day at risk

MRK-I00722561




Restricted
Confidential
limited access

Table D5
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | |
|---|---|---|---|---|
| Event Terms | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| **Total number of patients with events** | 34 (3.15) | 1.57 (1.09, 2.20) | 24 (2.19) | 1.18 (0.76, 1.75) |
| **Cardiac Events** | 21 (1.94) | 0.97 (0.60, 1.48) | 21 (1.91) | 1.03 (0.64, 1.58) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Unstable angina pectoris | 1 (0.09) | 0.05 (0.00, 0.25) | 5 (0.46) | 0.25 (0.08, 0.57) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| Cardiac Thrombus | 1 (0.09) | 0.05 (0.00, 0.25) | 0 (0.00) | 0.00 (0.00, 0.18) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.14 (0.03, 0.40) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| **Cerebrovascular Events** | 10 (0.93) | 0.46 (0.22, 0.84) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| Transient ischemic attack | 3 (0.28) | 0.14 (0.03, 0.40) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incident(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-I2AA0073: IM007225862

Restricted
Confidential
limited access

Table D6
Analysis of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1081) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡(95% CI) | Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| **Total number of patients with events** | 34/2162 | 1.57 (1.09, 2.20) | 24/2036 | 1.18 (0.76, 1.75) | 0.39 (-0.31, 1.10) | 1.34 (0.79, 2.26) | 0.2769 |
| **Cardiac Events** | 21/2176 | 0.97 (0.60, 1.48) | 21/2037 | 1.03 (0.64, 1.58) | -0.07 (-0.67, 0.54) | 0.96 (0.52, 1.75) | 0.8853 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| **Peripheral Vascular Events** | 3/2182 | 0.14 (0.03, 0.40) | 1/2042 | 0.05 (0.00, 0.27) | 0.09 (-0.09, 0.27) | 2.81 (0.23, 147.39) | 0.6755 |
| Fatal/Non-Fatal Pulmonary embolism | 3/2182 | 0.14 (0.03, 0.40) | 0/2042 | 0.00 (0.00, 0.18) | 0.14 (-0.02, 0.29) | - (0.39, ∞) | 0.2757 |
| **Cerebrovascular Events** | 10/2177 | 0.46 (0.22, 0.84) | 2/2042 | 0.10 (0.01, 0.35) | 0.36 (0.05, 0.68) | 4.34 (0.95, 19.90) | 0.0586 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |

† Patient-years at risk.

‡ Patients wiht events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D7
Summary of Confirmed TCVSAE Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1081 | 12/537 | 2.23 (1.15, 3.90) | 1097 | 5/547 | 0.91 (0.30, 2.13) | 2.44 (0.86, 6.94) |
| 6 - 12 Months | 1063 | 11/527 | 2.09 (1.04, 3.74) | 1091 | 7/540 | 1.30 (0.52, 2.67) | 1.61 (0.62, 4.15) |
| 12 - 18 Months | 1006 | 3/421 | 0.71 (0.15, 2.08) | 1032 | 2/422 | 0.47 (0.06, 1.71) | 1.50 (0.17, 18.01) |
| > 18 Months | 678 | 8/678 | 1.18 (0.51, 2.33) | 659 | 10/527 | 1.90 (0.91, 3.49) | 0.63 (0.25, 1.60) |

† Patient-years at risk.

MRK-I00725863

Restricted Confidential Limited access

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225864

Updated 5/26/2006 Restricted Confidential limited access

Figure D3
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
8
7
6
5
4
3
2
1
0
0
6
12
18
24
30
36
Months of Follow-Up
Placebo
Rofecoxib 25 mg

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1081 | 1063 | 1006 | 678 | 365 | 222 | 176 |
| Placebo | 1097 | 1091 | 1032 | 659 | 319 | 151 | 116 |

M007225865

Updated 5/26/2006

Figure D4
Patients with Follow-Up
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.295; Treatment*Time p-Value=0.178
Confirmed TCVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

MRK-I0007225866

Updated 5/26/2006 

Table D8
Summary of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | |
|---|---|---|---|---|
| | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 60 (4.66) | 1.15 (0.88, 1.49) | 37 (2.85) | 0.69 (0.49, 0.95) |
| **Cardiac Events** | 43 (3.34) | 0.82 (0.60, 1.11) | 26 (2.00) | 0.48 (0.32, 0.71) |
| Fatal/Non-Fatal Acute myocardial infarction | 35 (2.72) | 0.67 (0.47, 0.93) | 18 (1.38) | 0.34 (0.20, 0.53) |
| Fatal acute myocardial infarction | 4 (0.31) | 0.08 (0.02, 0.19) | 5 (0.38) | 0.09 (0.03, 0.22) |
| Sudden cardiac death | 9 (0.70) | 0.17 (0.08, 0.32) | 8 (0.62) | 0.15 (0.06, 0.29) |
| **Cerebrovascular Events** | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18 (1.40) | 0.34 (0.20, 0.54) | 8 (0.62) | 0.15 (0.06, 0.29) |
| Fatal ischemic cerebrovascular stroke | 3 (0.23) | 0.06 (0.01, 0.17) | 0 (0.00) | 0.00 (0.00, 0.07) |
| **Hemorrhagic Events** | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal/Non-Fatal Hemorrhagic stroke | 1 (0.08) | 0.02 (0.00, 0.11) | 3 (0.23) | 0.06 (0.01, 0.16) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.07) | 1 (0.08) | 0.02 (0.00, 0.10) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

IM007225867

Restricted
Confidential
limited access

Table D9
Analysis of Confirmed APTC Endpoint by Class of Terms
All Patients (ITT Population) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡(95% CI) | Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 60/5200 | 1.15 (0.88, 1.49) | 37/5353 | 0.69 (0.49, 0.95) | 0.46 (0.10, 0.83) | 1.67 (1.11, 2.52) | 0.0141 |
| Cardiac Events | 43/5230 | 0.82 (0.60, 1.11) | 26/5368 | 0.48 (0.32, 0.71) | 0.34 (0.03, 0.65) | 1.70 (1.04, 2.76) | 0.0333 |
| Fatal/Non-Fatal Acute myocardial infarction | 35/5227 | 0.67 (0.47, 0.93) | 18/5360 | 0.34 (0.20, 0.53) | 0.33 (0.06, 0.60) | 1.99 (1.13, 3.52) | 0.0175 |
| Cerebrovascular Events | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 18/5247 | 0.34 (0.20, 0.54) | 8/5375 | 0.15 (0.06, 0.29) | 0.19 (0.01, 0.38) | 2.31 (1.00, 5.30) | 0.0493 |
| Hemorrhagic Events | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |
| Fatal/Non-Fatal Hemorrhagic stroke | 1/5269 | 0.02 (0.00, 0.11) | 3/5385 | 0.06 (0.01, 0.16) | -0.04 (-0.11, 0.04) | 0.34 (0.01, 4.24) | 0.6414 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Restricted
Confidential
limited access

Table D10
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1287 | 7/627 | 1.12 (0.45, 2.30) | 1300 | 3/636 | 0.47 (0.10, 1.38) | 2.36 (0.54, 14.16) |
| 6 - 12 Months | 1220 | 5/601 | 0.83 (0.27, 1.94) | 1249 | 4/618 | 0.65 (0.18, 1.66) | 1.29 (0.28, 6.48) |
| 12 - 18 Months | 1188 | 6/587 | 1.02 (0.38, 2.23) | 1228 | 5/607 | 0.82 (0.27, 1.92) | 1.24 (0.38, 4.06) |
| 18 - 24 Months | 1158 | 6/574 | 1.04 (0.38, 2.27) | 1196 | 4/595 | 0.67 (0.18, 1.72) | 1.55 (0.37, 7.49) |
| 24 - 30 Months | 1140 | 7/565 | 1.24 (0.50, 2.55) | 1181 | 3/585 | 0.51 (0.11, 1.50) | 2.42 (0.55, 14.48) |
| 30 - 36 Months | 1125 | 10/557 | 1.80 (0.86, 3.30) | 1165 | 2/578 | 0.35 (0.04, 1.25) | 5.19 (1.14, 23.70) |
| 36 - 42 Months | 1102 | 6/528 | 1.14 (0.42, 2.47) | 1140 | 3/543 | 0.55 (0.11, 1.61) | 2.06 (0.44, 12.72) |
| > 42 Months | 1042 | 13/1161 | 1.12 (0.60, 1.92) | 1079 | 13/1190 | 1.09 (0.58, 1.87) | 1.03 (0.48, 2.21) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D11
Summary of Confirmed APTC Endpoint by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 18 Months | 1287 | 18/1815 | 0.99 (0.59, 1.57) | 1300 | 12/1860 | 0.65 (0.33, 1.13) | 1.54 (0.74, 3.19) |
| > 18 Months | 1158 | 42/3385 | 1.24 (0.89, 1.68) | 1196 | 25/3493 | 0.72 (0.46, 1.06) | 1.73 (1.06, 2.85) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006

Restricted
Confidential
limited access

Figure D5
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
7
8
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1220 | 1188 | 1158 | 1140 | 1125 | 1102 | 1042 | 1002 | 602 | 201 |
| Placebo | 1300 | 1249 | 1228 | 1196 | 1181 | 1165 | 1140 | 1079 | 1036 | 607 | 204 |

89

MRK-I00722587O



Updated 5/26/2006

Restricted
Confidential
limited access

Figure D6
ITT Population
Confirmed APTC Events
Censored at Last Day at Risk
Hazard Rate

Rofecoxib 25 mg
Placebo
Hazard Function
0.010
0.008
0.006
0.004
0.002
0.000
0
6
12
18
24
30
36
42
48
54
60
Months (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.915; Treatment*Time p-Value=0.575
Confirmed APTC Endpoint
All Patients (ITT Population) and censored at last day at risk

90

MRK-IM007225871

Restricted
Confidential
limited access

Table D12
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | |
|---|---|---|---|---|
| Event Terms | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 27 (2.50) | 1.25 (0.82, 1.81) | 19 (1.73) | 0.93 (0.56, 1.45) |
| **Cardiac Events** | 19 (1.76) | 0.87 (0.53, 1.36) | 16 (1.46) | 0.78 (0.45, 1.27) |
| Fatal/Non-Fatal Acute myocardial infarction | 14 (1.30) | 0.64 (0.35, 1.08) | 9 (0.82) | 0.44 (0.20, 0.84) |
| Fatal acute myocardial infarction | 2 (0.19) | 0.09 (0.01, 0.33) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Sudden cardiac death | 6 (0.56) | 0.27 (0.10, 0.60) | 7 (0.64) | 0.34 (0.14, 0.70) |
| **Cerebrovascular Events** | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8 (0.74) | 0.37 (0.16, 0.72) | 2 (0.18) | 0.10 (0.01, 0.35) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.09 (0.01, 0.33) | 0 (0.00) | 0.00 (0.00, 0.18) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 1 (0.09) | 0.05 (0.00, 0.27) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.17) | 0 (0.00) | 0.00 (0.00, 0.18) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table D13
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=1080) | | Placebo (N=1097) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡(95% CI) | Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Total number of patients with events | 27/2168 | 1.25 (0.82, 1.81) | 19/2043 | 0.93 (0.56, 1.45) | 0.32 (-0.31, 0.94) | 1.32 (0.73, 2.38) | 0.3514 |
| Cardiac Events | 19/2176 | 0.87 (0.53, 1.36) | 16/2044 | 0.78 (0.45, 1.27) | 0.09 (-0.46, 0.64) | 1.13 (0.58, 2.19) | 0.7266 |
| Fatal/Non-Fatal Acute myocardial infarction | 14/2173 | 0.64 (0.35, 1.08) | 9/2036 | 0.44 (0.20, 0.84) | 0.20 (-0.24, 0.65) | 1.53 (0.66, 3.53) | 0.3223 |
| Cerebrovascular Events | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 8/2178 | 0.37 (0.16, 0.72) | 2/2042 | 0.10 (0.01, 0.35) | 0.27 (-0.02, 0.56) | 3.75 (0.75, 36.25) | 0.1340 |
| Hemorrhagic Events | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/2186 | 0.00 (0.00, 0.17) | 1/2041 | 0.05 (0.00, 0.27) | -0.05 (-0.15, 0.05) | 0.00 (0.00, 36.41) | 0.9657 |

† Patient-years at risk.

‡ Patients with events per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table D14
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1080 | 11/537 | 2.05 (1.02, 3.66) | 1097 | 3/548 | 0.55 (0.11, 1.60) | 3.74 (1.04, 13.42) |
| 6 - 12 Months | 1063 | 7/528 | 1.33 (0.53, 2.73) | 1093 | 5/542 | 0.92 (0.30, 2.15) | 1.44 (0.46, 4.53) |
| 12 - 18 Months | 1010 | 2/423 | 0.47 (0.06, 1.71) | 1035 | 2/424 | 0.47 (0.06, 1.71) | 1.00 (0.07, 13.83) |
| > 18 Months | 681 | 7/680 | 1.03 (0.41, 2.12) | 662 | 9/530 | 1.70 (0.78, 3.22) | 0.60 (0.22, 1.63) |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

IM007225873

Updated 5/26/2006 

Figure D7
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

| Patients at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1080 | 1063 | 1010 | 681 | 366 | 223 | 176 |
| Placebo | 1097 | 1093 | 1035 | 662 | 320 | 152 | 117 |

MRK-IM007225874



Updated 5/26/2006

Restricted
Confidential
limited access

Figure D8
Patients with Follow-Up
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

Hazard Function
0.010
0.008
0.006
0.004
0.002
0.000
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months of Follow-Up (bandwidth= 6.00)
Test of Proportionality: Treatment*LOG(Time) p-Value=0.146; Treatment*Time p-Value=0.088
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

94

MRK-IM007225875

Restricted
Confidential
limited access

Table D15
Analysis of Death
All Patients (ITT Population) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1287) | | Placebo (N=1300) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years† | PY-Rate‡(95% CI) | Events/Patient -Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Death | 36/5554 | 0.65 (0.45, 0.90) | 29/5646 | 0.51 (0.34, 0.74) | 0.13 (-0.15, 0.42) | 1.26 (0.77, 2.06) | 0.349 |

† Patient-years at risk.

‡ Patients with death Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I0007225876

Updated 5/26/2006 

Table D16
Summary of Death by Time Interval
All Patients (ITT Population) and Censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1287 | 1/639 | 0.16 (0.00, 0.87) | 1300 | 0/647 | 0.00 (0.00, 0.57) | - (0.03, ∞) |
| 6 - 12 Months | 1273 | 6/633 | 0.95 (0.35, 2.06) | 1290 | 2/644 | 0.31 (0.04, 1.12) | 3.05 (0.55, 30.91) |
| 12 - 18 Months | 1260 | 6/628 | 0.96 (0.35, 2.08) | 1285 | 7/639 | 1.10 (0.44, 2.26) | 0.87 (0.29, 2.60) |
| 18 - 24 Months | 1250 | 2/624 | 0.32 (0.04, 1.16) | 1271 | 3/633 | 0.47 (0.10, 1.39) | 0.68 (0.06, 5.91) |
| 24 - 30 Months | 1246 | 3/622 | 0.48 (0.10, 1.41) | 1262 | 3/630 | 0.48 (0.10, 1.39) | 1.01 (0.14, 7.57) |
| 30 - 36 Months | 1242 | 5/618 | 0.81 (0.26, 1.89) | 1258 | 1/627 | 0.16 (0.00, 0.89) | 5.07 (0.57, 239.74) |
| 36 - 42 Months | 1207 | 4/568 | 0.70 (0.19, 1.80) | 1233 | 7/584 | 1.20 (0.48, 2.47) | 0.59 (0.17, 2.01) |
| > 42 Months | 1110 | 9/1222 | 0.74 (0.34, 1.40) | 1143 | 6/1242 | 0.48 (0.18, 1.05) | 1.52 (0.54, 4.27) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D17
Summary of Death by Time Interval
All Patients (ITT Population) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1287) | | | Placebo (N=1300) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 18 Months | 1287 | 13/1900 | 0.68 (0.36, 1.17) | 1300 | 9/1929 | 0.47 (0.21, 0.89) | 1.47 (0.63, 3.44) |
| > 18 Months | 1250 | 23/3654 | 0.63 (0.40, 0.94) | 1271 | 20/3716 | 0.54 (0.33, 0.83) | 1.17 (0.64, 2.13) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM00722S877

Updated 5/26/2006 
Restricted
Confidential
limited access

Figure D9
ITT Population
Deaths
Censored at Last Day at Risk
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI
0
1
2
3
4
5
0
6
12
18
24
30
36
42
48
54
60
Months
Rofecoxib 25 mg
Placebo

| Patients at Risk | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1273 | 1260 | 1250 | 1246 | 1242 | 1207 | 1110 | 1055 | 631 | 210 |
| Placebo | 1300 | 1290 | 1285 | 1271 | 1262 | 1258 | 1233 | 1143 | 1085 | 626 | 212 |

97

MRK-IM007225878

Updated 5/26/2006

Restricted
Confidential
limited access

Figure D10
ITT Population
Deaths
Censored at Last Day at Risk
Hazard Rate

Hazard Function
0.010
0.008
0.006
0.004
0.002
0.000
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months (bandwidth= 6.00)
Test of Proportionality: Treatment*LOG(Time) p-Value=0.496; Treatment*Time p-Value=0.663
Death
All Patients (ITT Population) and censored at last day at risk

98

MRK-IM007225879

Updated 5/26/2006 

Table D18
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=1228) | | Placebo (N=1230) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years† | PY-Rate‡(95% CI) | Events/Patient-Years† | PY-Rate‡(95% CI) | Difference (95% CI) | Relative Risk§ (95% CI) | p-Value |
| Death | 30/2466 | 1.22 (0.82, 1.74) | 23/2300 | 1.00 (0.63, 1.50) | 0.22 (-0.38, 0.81) | 1.24 (0.72, 2.14) | 0.437 |

† Patient-years at risk.
‡ Patients with death Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table D19
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | Number At Risk | Events/Patient-Years† | PY-Rate‡(95% CI) | |
| 0 - 6 Months | 1228 | 10/601 | 1.66 (0.80, 3.06) | 1230 | 11/606 | 1.82 (0.91, 3.25) | 0.92 (0.39, 2.16) |
| 6 - 12 Months | 1191 | 8/589 | 1.36 (0.59, 2.68) | 1202 | 3/596 | 0.50 (0.10, 1.47) | 2.70 (0.72, 10.17) |
| 12 - 18 Months | 1127 | 5/475 | 1.05 (0.34, 2.46) | 1132 | 2/466 | 0.43 (0.05, 1.55) | 2.45 (0.40, 25.78) |
| > 18 Months | 776 | 7/802 | 0.87 (0.35, 1.80) | 742 | 7/633 | 1.11 (0.44, 2.28) | 0.82 (0.29, 2.34) |

† Patient-years at risk.
‡ Patients with events Per 100 Patient-Years.
§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225880

Updated 5/26/2006 Restricted Confidential limited access

Figure D11
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
7
8
0
6
12
18
24
30
36
42
Months of Follow-Up
Placebo
Rofecoxib 25 mg

| Patients at Risk | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1228 | 1191 | 1127 | 776 | 444 | 285 | 205 | 158 |
| Placebo | 1230 | 1202 | 1132 | 742 | 386 | 198 | 150 | 101 |

MRK-IM007225881

Updated 5/26/2006

Restricted
Confidential
limited access

Figure D12
Patients with Follow-Up
Deaths During Follow-up (>14 days from last dose of base study therapy)
Censored at Last Day at Risk
Hazard Rate

0.010
0.008
0.006
0.004
0.002
0.000
Hazard Function
Rofecoxib 25 mg
Placebo
0
6
12
18
24
30
36
42
48
54
60
Months of Follow-Up (bandwidth= 6.00)

Test of Proportionality: Treatment*LOG(Time) p-Value=0.785; Treatment*Time p-Value=0.609
Death
During Follow-up (> 14 days from last dose of base study therapy) and censored at last day at risk

101

MRK-IM007225882

Restricted
Confidential
limited access

Updated 5/26/2006

Table E1

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 15/802 | 1.87 (1.05, 3.08) | 9/885 | 1.02 (0.47, 1.93) | 0.85 (-0.30, 2.01) | 1.85 (0.81, 4.22) | 0.1461 |
| **Cardiac Events** | 11/803 | 1.37 (0.68, 2.45) | 9/885 | 1.02 (0.47, 1.93) | 0.35 (-0.70, 1.40) | 1.35 (0.56, 3.26) | 0.5021 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| **Peripheral Vascular Events** | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| Fatal/Non-Fatal Pulmonary embolism | 1/804 | 0.12 (0.00, 0.69) | 0/889 | 0.00 (0.00, 0.42) | 0.12 (-0.12, 0.37) | - (0.03, ∞) | 0.9498 |
| **Cerebrovascular Events** | 3/804 | 0.37 (0.08, 1.09) | 0/889 | 0.00 (0.00, 0.42) | 0.37 (-0.05, 0.80) | - (0.46, ∞) | 0.2142 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-I2M007225883

Updated 5/26/2006

Table E2

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 18/1203 | 1.50 (0.89, 2.37) | 12/1334 | 0.90 (0.46, 1.57) | 0.60 (-0.26, 1.46) | 1.66 (0.80, 3.45) | 0.1722 |
| **Cardiac Events** | 14/1204 | 1.16 (0.64, 1.95) | 12/1334 | 0.90 (0.46, 1.57) | 0.26 (-0.53, 1.06) | 1.29 (0.60, 2.80) | 0.5129 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| **Peripheral Vascular Events** | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1208 | 0.08 (0.00, 0.46) | 0/1342 | 0.00 (0.00, 0.27) | 0.08 (-0.08, 0.25) | - (0.03, ∞) | 0.9473 |
| **Cerebrovascular Events** | 3/1208 | 0.25 (0.05, 0.73) | 0/1342 | 0.00 (0.00, 0.27) | 0.25 (-0.03, 0.53) | - (0.46, ∞) | 0.2126 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

IM007225884

Updated 5/26/2006 
Restricted
Confidential
limited access

Table E3

Analysis of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 19/1270 | 1.50 (0.90, 2.34) | 15/1403 | 1.07 (0.60, 1.76) | 0.43 (-0.44, 1.29) | 1.40 (0.71, 2.76) | 0.3256 |
| **Cardiac Events** | 15/1271 | 1.18 (0.66, 1.95) | 12/1403 | 0.86 (0.44, 1.49) | 0.32 (-0.44, 1.09) | 1.38 (0.65, 2.95) | 0.4065 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| **Peripheral Vascular Events** | 1/1276 | 0.08 (0.00, 0.44) | 1/1412 | 0.07 (0.00, 0.39) | 0.01 (-0.20, 0.21) | 1.11 (0.01, 86.92) | >0.9999 |
| Fatal/Non-Fatal Pulmonary embolism | 1/1276 | 0.08 (0.00, 0.44) | 0/1412 | 0.00 (0.00, 0.26) | 0.08 (-0.08, 0.23) | - (0.03, ∞) | 0.9491 |
| **Cerebrovascular Events** | 3/1276 | 0.24 (0.05, 0.69) | 2/1412 | 0.14 (0.02, 0.51) | 0.09 (-0.24, 0.42) | 1.66 (0.19, 19.88) | 0.9052 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-I2007225885

Updated 5/26/2006 
Restricted
Confidential

Table E4
Summary of Confirmed TCVSAE Endpoint During Follow-up (>14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/387 | 2.07 (0.89, 4.08) | 896 | 6/429 | 1.40 (0.51, 3.04) | 1.48 (0.51, 4.27) |
| 12 - 18 Months | 246 | 0/7 | 0.00 (0.00, 54.27) | 294 | 0/6 | 0.00 (0.00, 58.21) | - |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E5
Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 753 | 2/269 | 0.74 (0.09, 2.68) | 837 | 2/300 | 0.67 (0.08, 2.41) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 402 | 1/142 | 0.70 (0.02, 3.91) | 1.14 (0.01, 89.46) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I2A2258

Restricted
Confidential
limited access

Table E6
Summary of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 3/449 | 0.67 (0.14, 1.95) | 2.56 (0.59, 15.36) |
| 6 - 12 Months | 808 | 8/400 | 2.00 (0.86, 3.94) | 896 | 6/443 | 1.35 (0.50, 2.95) | 1.48 (0.51, 4.25) |
| 12 - 18 Months | 754 | 2/296 | 0.68 (0.08, 2.44) | 838 | 2/327 | 0.61 (0.07, 2.21) | 1.11 (0.08, 15.26) |
| > 18 Months | 430 | 2/166 | 1.21 (0.15, 4.36) | 472 | 4/184 | 2.17 (0.59, 5.56) | 0.56 (0.05, 3.88) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table E7

Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms

Patients on treatment for 150 weeks or more and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 12/803 | 1.49 (0.77, 2.61) | 6/886 | 0.68 (0.25, 1.47) | 0.82 (-0.19, 1.82) | 2.22 (0.83, 5.91) | 0.1113 |
| **Cardiac Events** | 10/803 | 1.25 (0.60, 2.29) | 5/886 | 0.56 (0.18, 1.32) | 0.68 (-0.24, 1.60) | 2.22 (0.76, 6.49) | 0.1461 |
| Fatal/Non-Fatal Acute myocardial infarction | 8/801 | 1.00 (0.43, 1.97) | 4/886 | 0.45 (0.12, 1.16) | 0.55 (-0.27, 1.37) | 2.22 (0.67, 7.36) | 0.1939 |
| **Cerebrovascular Events** | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/804 | 0.25 (0.03, 0.90) | 0/889 | 0.00 (0.00, 0.42) | 0.25 (-0.10, 0.59) | - (0.21, ∞) | 0.4512 |
| **Hemorrhagic Events** | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/804 | 0.00 (0.00, 0.46) | 1/888 | 0.11 (0.00, 0.63) | -0.11 (-0.33, 0.11) | 0.00 (0.00, 43.08) | >0.9999 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-I2I0007225888

Updated 5/26/2006 
Restricted
Confidential
limited access

Table E8
Analysis of Confirmed APTC Endpoint During Follow-up (>14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and Censored at 31-Oct-2005

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 15/1204 | 1.25 (0.70, 2.05) | 9/1337 | 0.67 (0.31, 1.28) | 0.57 (-0.20, 1.34) | 1.85 (0.81, 4.23) | 0.1437 |
| **Cardiac Events** | 13/1205 | 1.08 (0.57, 1.85) | 8/1338 | 0.60 (0.26, 1.18) | 0.48 (-0.24, 1.20) | 1.81 (0.75, 4.36) | 0.1873 |
| Fatal/Non-Fatal Acute myocardial infarction | 11/1203 | 0.91 (0.46, 1.64) | 6/1337 | 0.45 (0.16, 0.98) | 0.47 (-0.18, 1.11) | 2.04 (0.75, 5.52) | 0.1598 |
| **Cerebrovascular Events** | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1209 | 0.17 (0.02, 0.60) | 0/1342 | 0.00 (0.00, 0.27) | 0.17 (-0.06, 0.39) | - (0.21, ∞) | 0.4489 |
| **Hemorrhagic Events** | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1209 | 0.00 (0.00, 0.31) | 1/1342 | 0.07 (0.00, 0.42) | -0.07 (-0.22, 0.07) | 0.00 (0.00, 43.28) | >0.9999 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MRK-...