

Updated 5/26/2006 
Restricted
Confidential

## Table E9

Analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Class of Terms
Patients on treatment for 150 weeks or more and censored at last day at risk

| Event Terms | Rofecoxib 25 mg (N=821) | | Placebo (N=900) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 16/1271 | 1.26 (0.72, 2.04) | 11/1406 | 0.78 (0.39, 1.40) | 0.48 (-0.29, 1.25) | 1.62 (0.75, 3.48) | 0.2209 |
| **Cardiac Events** | 14/1272 | 1.10 (0.60, 1.85) | 8/1407 | 0.57 (0.25, 1.12) | 0.53 (-0.17, 1.23) | 1.94 (0.81, 4.62) | 0.1360 |
| Fatal/Non-Fatal Acute myocardial infarction | 12/1270 | 0.94 (0.49, 1.65) | 6/1407 | 0.43 (0.16, 0.93) | 0.52 (-0.12, 1.15) | 2.22 (0.83, 5.90) | 0.1117 |
| **Cerebrovascular Events** | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 2/1276 | 0.16 (0.02, 0.57) | 2/1412 | 0.14 (0.02, 0.51) | 0.02 (-0.28, 0.31) | 1.11 (0.08, 15.27) | >0.9999 |
| **Hemorrhagic Events** | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1276 | 0.00 (0.00, 0.29) | 1/1411 | 0.07 (0.00, 0.39) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 43.12) | >0.9999 |

[†] Patient-years at risk.

[‡] Patients with events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

MO07225890

Restricted
Confidential
limited access

Updated 5/26/2006

Table E10
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/387 | 1.29 (0.42, 3.01) | 897 | 4/430 | 0.93 (0.25, 2.38) | 1.39 (0.30, 7.00) |
| 12 - 18 Months | 247 | 0/7 | 0.00 (0.00, 54.17) | 297 | 0/6 | 0.00 (0.00, 57.22) | - |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E11
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 756 | 2/270 | 0.74 (0.09, 2.67) | 839 | 2/301 | 0.67 (0.08, 2.40) | 1.11 (0.08, 15.35) |
| > 18 Months | 356 | 1/125 | 0.80 (0.02, 4.46) | 404 | 1/143 | 0.70 (0.02, 3.90) | 1.14 (0.01, 89.87) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table E12
Summary of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=821) | | | Placebo (N=900) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 821 | 7/409 | 1.71 (0.69, 3.53) | 900 | 2/449 | 0.45 (0.05, 1.61) | 3.85 (0.73, 37.96) |
| 6 - 12 Months | 808 | 5/401 | 1.25 (0.41, 2.91) | 897 | 4/444 | 0.90 (0.25, 2.31) | 1.39 (0.30, 6.98) |
| 12 - 18 Months | 757 | 2/296 | 0.67 (0.08, 2.44) | 840 | 2/328 | 0.61 (0.07, 2.20) | 1.11 (0.08, 15.26) |
| > 18 Months | 431 | 2/166 | 1.21 (0.15, 4.36) | 474 | 3/185 | 1.62 (0.33, 4.74) | 0.74 (0.06, 6.50) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Table E13

Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)

Patients on treatment for 150 weeks or more and censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 5/818 | 0.61 (0.20, 1.43) | 4/908 | 0.44 (0.12, 1.13) | 0.17 (-0.52, 0.86) | 1.39 (0.30, 6.99) | 0.873 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E14

Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)

Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1226 | 0.82 (0.39, 1.50) | 7/1366 | 0.51 (0.21, 1.06) | 0.30 (-0.33, 0.94) | 1.59 (0.61, 4.19) | 0.345 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E15

Analysis of Death During Follow-up (> 14 days from last dose of base study therapy)

Patients on treatment for 150 weeks or more and censored at last day at risk

| Endpoints | Rofecoxib 25 mg (N=843) | | Placebo (N=929) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Events/Patient-Years[*] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 10/1295 | 0.77 (0.37, 1.42) | 7/1437 | 0.49 (0.20, 1.00) | 0.29 (-0.31, 0.88) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Restricted
Confidential
limited access

Table E16
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/396 | 0.76 (0.16, 2.22) | 917 | 1/441 | 0.23 (0.01, 1.26) | 3.34 (0.27, 175.50) |
| 12 - 18 Months | 251 | 0/7 | 0.00 (0.00, 53.31) | 304 | 0/7 | 0.00 (0.00, 54.86) | - |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table E17
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at 31-Oct-2005

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 773 | 4/275 | 1.46 (0.40, 3.73) | 854 | 1/305 | 0.33 (0.01, 1.83) | 4.44 (0.44, 218.65) |
| > 18 Months | 361 | 1/126 | 0.79 (0.02, 4.41) | 412 | 2/146 | 1.37 (0.17, 4.95) | 0.58 (0.01, 11.10) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 

Table E18
Summary of Death During Follow-up (> 14 days from last dose of base study therapy) by Time Interval
Patients on treatment for 150 weeks or more and censored at last day at risk

| Time Interval | Rofecoxib 25 mg (N=843) | | | Placebo (N=929) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 843 | 2/415 | 0.48 (0.06, 1.74) | 929 | 3/460 | 0.65 (0.13, 1.91) | 0.74 (0.06, 6.44) |
| 6 - 12 Months | 825 | 3/409 | 0.73 (0.15, 2.14) | 917 | 1/455 | 0.22 (0.01, 1.22) | 3.34 (0.27, 175.14) |
| 12 - 18 Months | 774 | 4/302 | 1.32 (0.36, 3.39) | 855 | 1/333 | 0.30 (0.01, 1.67) | 4.41 (0.44, 216.97) |
| > 18 Months | 438 | 1/168 | 0.60 (0.02, 3.32) | 482 | 2/189 | 1.06 (0.13, 3.82) | 0.56 (0.01, 10.81) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I00722585895

Updated 5/26/2006 

Table F1
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 99 | 6/359 | 1.67 (0.61, 3.64) | 53 | 3/197 | 1.53 (0.31, 4.46) | 1.10 (0.23, 6.77) | 1.000 |
| 184 - 1049 Days | 161 | 7/374 | 1.87 (0.75, 3.86) | 144 | 4/320 | 1.25 (0.34, 3.20) | 1.54 (0.45, 5.25) | 0.493 |
| >= 1050 Days | 821 | 15/802 | 1.87 (1.05, 3.08) | 900 | 9/885 | 1.02 (0.47, 1.93) | 1.85 (0.81, 4.22) | 0.146 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F2
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 99 | 7/414 | 1.69 (0.68, 3.49) | 53 | 3/228 | 1.32 (0.27, 3.84) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/456 | 1.75 (0.76, 3.46) | 144 | 5/388 | 1.29 (0.42, 3.01) | 1.38 (0.45, 4.23) | 0.570 |
| >= 1050 Days | 821 | 18/1203 | 1.50 (0.89, 2.37) | 900 | 12/1334 | 0.90 (0.46, 1.57) | 1.66 (0.80, 3.45) | 0.172 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I2 MOO7225896

Restricted
Confidential
limited access

Table F3

Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 99 | 7/423 | 1.65 (0.67, 3.41) | 53 | 3/233 | 1.29 (0.27, 3.76) | 1.29 (0.29, 7.71) | 0.999 |
| 184 - 1049 Days | 161 | 8/470 | 1.70 (0.74, 3.36) | 144 | 6/400 | 1.50 (0.55, 3.26) | 1.15 (0.40, 3.32) | 0.795 |
| >= 1050 Days | 821 | 19/1270 | 1.50 (0.90, 2.34) | 900 | 15/1403 | 1.07 (0.60, 1.76) | 1.40 (0.71, 2.76) | 0.326 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F4
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 98 | 4/359 | 1.11 (0.30, 2.85) | 53 | 3/197 | 1.53 (0.31, 4.46) | 0.73 (0.12, 4.99) | 0.954 |
| 184 - 1049 Days | 161 | 5/376 | 1.33 (0.43, 3.10) | 144 | 3/323 | 0.93 (0.19, 2.71) | 1.43 (0.28, 9.22) | 0.898 |
| >= 1050 Days | 821 | 12/803 | 1.49 (0.77, 2.61) | 900 | 6/886 | 0.68 (0.25, 1.47) | 2.22 (0.83, 5.91) | 0.111 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F5
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 98 | 5/414 | 1.21 (0.39, 2.82) | 53 | 3/228 | 1.32 (0.27, 3.84) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/459 | 1.31 (0.48, 2.84) | 144 | 4/392 | 1.02 (0.28, 2.62) | 1.28 (0.30, 6.16) | 0.956 |
| >= 1050 Days | 821 | 15/1204 | 1.25 (0.70, 2.05) | 900 | 9/1337 | 0.67 (0.31, 1.28) | 1.85 (0.81, 4.23) | 0.144 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225898

Updated 5/26/2006 

Table F6
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 98 | 5/424 | 1.18 (0.38, 2.75) | 53 | 3/233 | 1.29 (0.27, 3.76) | 0.92 (0.18, 5.91) | 1.000 |
| 184 - 1049 Days | 161 | 6/473 | 1.27 (0.47, 2.76) | 144 | 5/404 | 1.24 (0.40, 2.89) | 1.03 (0.31, 3.37) | 0.964 |
| >= 1050 Days | 821 | 16/1271 | 1.26 (0.72, 2.04) | 900 | 11/1406 | 0.78 (0.39, 1.40) | 1.62 (0.75, 3.48) | 0.221 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F7
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 152 | 8/505 | 1.59 (0.68, 3.12) | 94 | 5/320 | 1.56 (0.51, 3.65) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 11/495 | 2.22 (1.11, 3.97) | 207 | 10/421 | 2.37 (1.14, 4.37) | 0.96 (0.41, 2.26) | 0.921 |
| >= 1050 Days | 843 | 5/818 | 0.61 (0.20, 1.43) | 929 | 4/908 | 0.44 (0.12, 1.13) | 1.39 (0.30, 6.99) | 0.873 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F8
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 152 | 8/563 | 1.42 (0.61, 2.80) | 94 | 5/352 | 1.42 (0.46, 3.31) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/584 | 2.06 (1.06, 3.59) | 207 | 10/493 | 2.03 (0.97, 3.73) | 1.05 (0.45, 2.43) | 0.912 |
| >= 1050 Days | 843 | 10/1226 | 0.82 (0.39, 1.50) | 929 | 7/1366 | 0.51 (0.21, 1.06) | 1.59 (0.61, 4.19) | 0.345 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Restricted
Confidential
limited access

Table F9

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)

By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 1 - 183 Days | 152 | 8/574 | 1.39 (0.60, 2.75) | 94 | 5/358 | 1.40 (0.45, 3.26) | 1.02 (0.33, 3.11) | 0.976 |
| 184 - 1049 Days | 233 | 12/598 | 2.01 (1.04, 3.51) | 207 | 11/506 | 2.18 (1.09, 3.89) | 0.95 (0.42, 2.15) | 0.900 |
| >= 1050 Days | 843 | 10/1295 | 0.77 (0.37, 1.42) | 929 | 7/1437 | 0.49 (0.20, 1.00) | 1.58 (0.60, 4.15) | 0.355 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F10
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 174 | 8/581 | 1.38 (0.59, 2.71) | 118 | 5/382 | 1.31 (0.42, 3.05) | 1.04 (0.34, 3.19) | 0.941 |
| > 18 Months | 907 | 20/953 | 2.10 (1.28, 3.24) | 979 | 11/1019 | 1.08 (0.54, 1.93) | 1.93 (0.92, 4.03) | 0.080 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F11
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 174 | 9/674 | 1.33 (0.61, 2.53) | 118 | 5/447 | 1.12 (0.36, 2.61) | 1.18 (0.40, 3.53) | 0.763 |
| > 18 Months | 907 | 24/1398 | 1.72 (1.10, 2.55) | 979 | 15/1503 | 1.00 (0.56, 1.65) | 1.70 (0.89, 3.24) | 0.107 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225902

Restricted Confidential Limited access

Table F12
Subgroup analysis of Confirmed TCVSAE Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1081) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 174 | 9/690 | 1.30 (0.60, 2.48) | 118 | 5/459 | 1.09 (0.35, 2.54) | 1.20 (0.40, 3.59) | 0.742 |
| > 18 Months | 907 | 25/1472 | 1.70 (1.10, 2.51) | 979 | 19/1578 | 1.20 (0.73, 1.88) | 1.39 (0.77, 2.53) | 0.279 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225903

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F13
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 6/581 | 1.03 (0.38, 2.25) | 118 | 4/385 | 1.04 (0.28, 2.66) | 0.99 (0.24, 4.79) | 1.000 |
| > 18 Months | 907 | 15/957 | 1.57 (0.88, 2.59) | 979 | 8/1021 | 0.78 (0.34, 1.54) | 1.99 (0.84, 4.69) | 0.117 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F14
Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 7/675 | 1.04 (0.42, 2.14) | 118 | 4/451 | 0.89 (0.24, 2.27) | 1.15 (0.34, 3.95) | 0.819 |
| > 18 Months | 907 | 19/1403 | 1.35 (0.82, 2.11) | 979 | 12/1506 | 0.80 (0.41, 1.39) | 1.67 (0.81, 3.44) | 0.165 |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225904

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F15

Subgroup analysis of Confirmed APTC Endpoint During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1080) | | | Placebo (N=1097) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 173 | 7/690 | 1.01 (0.41, 2.09) | 118 | 4/462 | 0.87 (0.24, 2.22) | 1.14 (0.33, 3.92) | 0.830 |
| > 18 Months | 907 | 20/1477 | 1.35 (0.83, 2.09) | 979 | 15/1581 | 0.95 (0.53, 1.56) | 1.40 (0.71, 2.73) | 0.329 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Restricted
Confidential
limited access

Table F16

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at Week 210

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 270 | 16/817 | 1.96 (1.12, 3.18) | 192 | 8/577 | 1.39 (0.60, 2.73) | 1.42 (0.61, 3.32) | 0.416 |
| > 18 Months | 958 | 8/1001 | 0.80 (0.35, 1.57) | 1038 | 11/1071 | 1.03 (0.51, 1.84) | 0.77 (0.31, 1.92) | 0.575 |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table F17

Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at 31-Oct-2005

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk§ (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years† | PY-Rate‡(95% CI) | N | Events/Patient-Years† | PY-Rate‡(95% CI) | | |
| 0 - 18 Months | 270 | 16/917 | 1.75 (1.00, 2.83) | 192 | 8/646 | 1.24 (0.53, 2.44) | 1.44 (0.62, 3.36) | 0.401 |
| > 18 Months | 958 | 14/1456 | 0.96 (0.53, 1.61) | 1038 | 14/1566 | 0.89 (0.49, 1.50) | 1.08 (0.51, 2.27) | 0.839 |

† Patient-years at risk.

‡ Patients with events Per 100 Patient-Years.

§ Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-I0007225906

Updated 5/26/2006 
Restricted
Confidential
limited access

Table F1B
Subgroup analysis of Death During Follow-up (> 14 days from last dose of base study therapy)
By On Treatment Period and censored at last day at risk

| On Treatment Period | Rofecoxib 25 mg (N=1228) | | | Placebo (N=1230) | | | Relative Risk[§] (95% CI) | p-Value |
|---|---|---|---|---|---|---|---|---|
| | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | N | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | | |
| 0 - 18 Months | 270 | 16/934 | 1.71 (0.98, 2.78) | 192 | 8/658 | 1.22 (0.52, 2.40) | 1.44 (0.62, 3.37) | 0.399 |
| > 18 Months | 958 | 14/1533 | 0.91 (0.50, 1.53) | 1038 | 15/1642 | 0.91 (0.51, 1.51) | 1.00 (0.48, 2.07) | 0.996 |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM007225907

Updated 5/26/2006  Restricted Confidential limited access

Table G1
Summary of Confirmed TCVSAE Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | |
|---|---|---|---|---|
| Event Terms | n(%)† | PY-Rate‡(95% CI) | n(%)† | PY-Rate‡(95% CI) |
| **Total number of patients with events** | 24 (2.28) | 1.60 (1.03, 2.38) | 15 (1.39) | 1.09 (0.61, 1.81) |
| **Cardiac Events** | 13 (1.22) | 0.85 (0.45, 1.46) | 16 (1.47) | 1.15 (0.66, 1.87) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Unstable angina pectoris | 1 (0.09) | 0.06 (0.00, 0.36) | 5 (0.46) | 0.36 (0.12, 0.84) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| Cardiac Thrombus | 1 (0.09) | 0.06 (0.00, 0.36) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Peripheral Vascular Events** | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Pulmonary embolism | 3 (0.28) | 0.19 (0.04, 0.57) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Peripheral arterial thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Peripheral venous thrombosis | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Cerebrovascular Events** | 8 (0.75) | 0.52 (0.23, 1.03) | 0 (0.00) | 0.00 (0.00, 0.27) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Transient ischemic attack | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
†: Crude Incident(n/Nx100)
‡: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

IM007225908

Restricted
Confidential
limited access

Table G2

Analysis of Confirmed TCVSAE Endpoint by Class of Terms

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1053) | | Placebo (N=1079) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 24/1500 | 1.60 (1.03, 2.38) | 15/1370 | 1.09 (0.61, 1.81) | 0.51 (-0.34, 1.35) | 1.50 (0.79, 2.87) | 0.2177 |
| **Cardiac Events** | 13/1526 | 0.85 (0.45, 1.46) | 16/1390 | 1.15 (0.66, 1.87) | -0.30 (-1.03, 0.43) | 0.77 (0.37, 1.60) | 0.4812 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| **Peripheral Vascular Events** | 3/1541 | 0.19 (0.04, 0.57) | 0/1389 | 0.00 (0.00, 0.27) | 0.19 (-0.03, 0.42) | -- (0.37, ∞) | 0.2908 |
| Fatal/Non-Fatal Pulmonary embolism | 3/1544 | 0.19 (0.04, 0.57) | 0/1396 | 0.00 (0.00, 0.26) | 0.19 (-0.03, 0.41) | -- (0.37, ∞) | 0.2898 |
| **Cerebrovascular Events** | 8/1526 | 0.52 (0.23, 1.03) | 0/1392 | 0.00 (0.00, 0.27) | 0.52 (0.16, 0.89) | -- (1.56, ∞) | 0.0112 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |

[†] Patient-years at risk.

[‡] Patients wiht events per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G3

Summary of Confirmed TCVSAE Endpoint by Time Interval

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1053) | | | Placebo (N=1079) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1053 | 10/523 | 1.91 (0.92, 3.51) | 1079 | 4/538 | 0.74 (0.20, 1.90) | 2.57 (0.81, 8.20) |
| 6 - 12 Months | 1037 | 10/501 | 2.00 (0.96, 3.67) | 1074 | 7/518 | 1.35 (0.54, 2.79) | 1.48 (0.56, 3.88) |
| 12 - 18 Months | 482 | 1/123 | 0.82 (0.02, 4.55) | 477 | 0/92 | 0.00 (0.00, 4.00) | -- (0.02, ∞) |
| > 18 Months | 221 | 3/352 | 0.85 (0.18, 2.49) | 157 | 4/222 | 1.81 (0.49, 4.62) | 0.47 (0.07, 2.79) |

[†] Patient-years at risk.

[‡] Patients with events Per 100 Patient-Years.

[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Updated 5/26/2006 Restricted Confidential Limited access

Figure G1
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%) with 95% CI
0
1
2
3
4
5
6
0
6
12
18
24
30
Months of Follow-Up
Rofecoxib 25 mg
Placebo
Patients at Risk
Rofecoxib 25 mg 1053 1037 482 221 195 164
Placebo 1079 1074 477 157 131 109

MRK-IM007225910

Updated 5/26/2006 Restricted Confidential limited access

Figure G2
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular Events in the Base Study
Confirmed Thrombotic Cardiovascular Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.373; Treatment*Time p-Value=0.181
Confirmed TCVSAE Endpoint
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed TCVSAE Endpoint in the base study and Censored at Week 210

MRK-IM007225911

Updated 5/26/2006 
Restricted
Confidential
limited access

Table G4
Summary of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | |
|---|---|---|---|---|
| | n(%)[†] | PY-Rate[‡](95% CI) | n(%)[†] | PY-Rate[‡](95% CI) |
| **Total number of patients with events** | 19 (1.79) | 1.26 (0.76, 1.96) | 12 (1.10) | 0.86 (0.45, 1.51) |
| **Cardiac Events** | 13 (1.22) | 0.85 (0.45, 1.45) | 11 (1.01) | 0.79 (0.39, 1.41) |
| Fatal/Non-Fatal Acute myocardial infarction | 9 (0.85) | 0.59 (0.27, 1.12) | 6 (0.55) | 0.43 (0.16, 0.94) |
| Fatal acute myocardial infarction | 1 (0.09) | 0.06 (0.00, 0.36) | 2 (0.18) | 0.14 (0.02, 0.52) |
| Sudden cardiac death | 4 (0.37) | 0.26 (0.07, 0.66) | 5 (0.46) | 0.36 (0.12, 0.83) |
| **Cerebrovascular Events** | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6 (0.56) | 0.39 (0.14, 0.85) | 0 (0.00) | 0.00 (0.00, 0.26) |
| Fatal ischemic cerebrovascular stroke | 2 (0.19) | 0.13 (0.02, 0.47) | 0 (0.00) | 0.00 (0.00, 0.26) |
| **Hemorrhagic Events** | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal/Non-Fatal Hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 1 (0.09) | 0.07 (0.00, 0.40) |
| Fatal hemorrhagic stroke | 0 (0.00) | 0.00 (0.00, 0.24) | 0 (0.00) | 0.00 (0.00, 0.26) |

Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.
[†]: Crude Incident(n/Nx100)
[‡]: Patients with events per 100 Patient-Years, where patient-years at risk were calculated based on the overall event.

MRK-IM007225912

Restricted
Confidential
limited access

Table G5
Analysis of Confirmed APTC Endpoint by Class of Terms
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Event Terms | Rofecoxib 25 mg (N=1061) | | Placebo (N=1086) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Events/Patient -Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| **Total number of patients with events** | 19/1512 | 1.26 (0.76, 1.96) | 12/1388 | 0.86 (0.45, 1.51) | 0.39 (-0.36, 1.14) | 1.50 (0.73, 3.10) | 0.2723 |
| **Cardiac Events** | 13/1530 | 0.85 (0.45, 1.45) | 11/1396 | 0.79 (0.39, 1.41) | 0.06 (-0.59, 0.72) | 1.10 (0.49, 2.47) | 0.8128 |
| Fatal/Non-Fatal Acute myocardial infarction | 9/1528 | 0.59 (0.27, 1.12) | 6/1388 | 0.43 (0.16, 0.94) | 0.16 (-0.36, 0.67) | 1.50 (0.53, 4.23) | 0.4402 |
| **Cerebrovascular Events** | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| Fatal/Non-Fatal Ischemic cerebrovascular stroke | 6/1533 | 0.39 (0.14, 0.85) | 0/1394 | 0.00 (0.00, 0.26) | 0.39 (0.08, 0.70) | -- (1.07, ∞) | 0.0412 |
| **Hemorrhagic Events** | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |
| Fatal/Non-Fatal Hemorrhagic stroke | 0/1543 | 0.00 (0.00, 0.24) | 1/1399 | 0.07 (0.00, 0.40) | -0.07 (-0.21, 0.07) | 0.00 (0.00, 35.35) | 0.9509 |

[†] Patient-years at risk.
[‡] Patients wiht events per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.
Note: Patients with multiple events may be counted more than once in different terms, but only once in each term.

Table G6
Summary of Confirmed APTC Endpoint by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1061) | | | Placebo (N=1086) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1061 | 10/528 | 1.89 (0.91, 3.48) | 1086 | 3/542 | 0.55 (0.11, 1.62) | 3.43 (0.94, 12.46) |
| 6 - 12 Months | 1045 | 7/506 | 1.38 (0.56, 2.85) | 1082 | 5/522 | 0.96 (0.31, 2.23) | 1.45 (0.46, 4.56) |
| 12 - 18 Months | 488 | 0/124 | 0.00 (0.00, 2.96) | 485 | 0/95 | 0.00 (0.00, 3.88) | - |
| > 18 Months | 225 | 2/354 | 0.56 (0.07, 2.04) | 163 | 4/228 | 1.75 (0.48, 4.48) | 0.32 (0.03, 2.25) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

MRK-IM00722591

Updated 5/26/2006 Restricted Confidential limited access

Figure G3
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

MRK-IM007225914

Updated 5/26/2006 Restricted Confidential limited access

Figure G4
Patients with Follow-Up and without Confirmed APTC Events in the Base Study
Confirmed APTC Events During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.245; Treatment*Time p-Value=0.059
Confirmed APTC Endpoint
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with Confirmed APTC Endpoint in the base study and Censored at Week 210

IM007225915



Restricted
Confidential
limited access

Table G7
Analysis of Death
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC in Base Study and Censored at Week 210

| Endpoints | Rofecoxib 25 mg (N=1187) | | Placebo (N=1206) | | Comparison | | |
|---|---|---|---|---|---|---|---|
| | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Difference (95% CI) | Relative Risk[§] (95% CI) | p-Value |
| Death | 19/1760 | 1.08 (0.65, 1.69) | 17/1608 | 1.06 (0.62, 1.69) | 0.02 (-0.68, 0.72) | 1.04 (0.54, 2.01) | 0.899 |

[†] Patient-years at risk.
[‡] Patients with death Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.

Table G8
Summary of Death by Time Interval
During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210

| Time Interval | Rofecoxib 25 mg (N=1187) | | | Placebo (N=1206) | | | Relative Risk[§] (95% CI) |
|---|---|---|---|---|---|---|---|
| | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | Number At Risk | Events/Patient-Years[†] | PY-Rate[‡](95% CI) | |
| 0 - 6 Months | 1187 | 8/582 | 1.37 (0.59, 2.71) | 1206 | 9/595 | 1.51 (0.69, 2.87) | 0.91 (0.35, 2.35) |
| 6 - 12 Months | 1154 | 7/557 | 1.26 (0.50, 2.59) | 1181 | 3/571 | 0.53 (0.11, 1.54) | 2.39 (0.55, 14.33) |
| 12 - 18 Months | 580 | 1/166 | 0.60 (0.02, 3.36) | 566 | 1/129 | 0.78 (0.02, 4.32) | 0.78 (0.01, 61.06) |
| > 18 Months | 303 | 3/454 | 0.66 (0.14, 1.93) | 227 | 4/313 | 1.28 (0.35, 3.27) | 0.52 (0.08, 3.05) |

[†] Patient-years at risk.
[‡] Patients with events Per 100 Patient-Years.
[§] Relative risk to Placebo using Cox model where the number of cases is at least 11; otherwise, relative risk is a ratio of rates.



Updated 5/26/2006
Restricted
Confidential
limited access

Figure G5
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Kaplan-Meier Plot

Cumulative Incidence (%)
with 95% CI
0
1
2
3
4
5
0
6
12
18
24
30
Months of Follow-Up
Rofecoxib 25 mg
Placebo
Patients at Risk
Rofecoxib 25 mg 1187 1154 580 303 264 220
Placebo 1206 1181 566 227 191 155

136

IM007225917





Updated 5/26/2006

Figure G6
Patients with Follow-Up and without Confirmed Thrombotic Cardiovascular or APTC Events in the Base Study
Deaths During Follow-up (>14 days from last dose of base study therapy)
Week 210 Censoring
Hazard Rate

Test of Proportionality: Treatment*LOG(Time) p-Value=0.446; Treatment*Time p-Value=0.321

Death

During Follow-up (> 14 days from last dose of base study therapy) excluding patients with confirmed TCVSAE or APTC and Censored at Week 210