

## Ingenix Epidemiology

Riverside Center 3-120, 275 Grove Street, Newton, MA 02466
Tel 617 244-1200   Fax 617 244-9669   Internet: www.epidemiology.com

## Cardiovascular Risk of COX-2 Inhibitors and Other NANSAIDs

### Final Report

### Prepared for Merck and Co., Inc.

Priscilla Velentgas, Ph.D.
William West, Ph.D.
Alexander M. Walker, MD, DrPH

February 16th, 2004

Confidential - Subject To Protective
Order



EXHIBIT

Blumberg No. 6118

MRK-ABY0094197

## Table of Contents

Executive Summary..................................................................................5

Introduction...........................................................................................6

Methods................................................................................................8

    Source population...............................................................................8

    Study cohort.....................................................................................8

    Outcomes.........................................................................................9

        Primary and Secondary Endpoints...............................................9
        Identification of Confirmed MI/ACS from medical claims histories.......9

        Medical record abstraction......................................................10
        National Death Index Search....................................................10
        Person-time........................................................................11

    Exposure to COX-2s and Other NANSAIDs................................................11

    Covariate Definition and Measurement....................................................12

    Analysis.........................................................................................12

        Description of characteristics of COX-2 and other NANSAID users.......12
        Incidence analysis.................................................................12
        Multivariate Poisson regression analysis......................................13

Results................................................................................................14

    Users of COX-2 inhibitors and NANSAIDs in UnitedHealthcare......................14

    Characteristics of the study population....................................................14

    Amount and duration of current use of NANSAIDs......................................15

    Incidence of confirmed MI/ACS, MI Claims Events and Use of NANSAIDs...........15

    Dose of NANSAIDs and Incidence of Confirmed MI/ACS and MI Claims Events.....16

    Validation of Chart Abstracts..............................................................17

Discussion............................................................................................17

References.............................................................................................20

Tables..................................................................................................22

    1: Event Ascertainment and Confirmation of Endpoints among NANSAID Users.....22

    2.1: Counts of Users and Dispensings of Rofecoxib....................................23

    2.2: Counts of Users and Dispensings of Celecoxib....................................24

Confidential - Subject To Protective Order

MRK-ABY0094198

## Table of Contents, continued

2.3: Counts of Users and Dispensings of Diclofenac.............................................25

2.4: Counts of Users and Dispensings of Ibuprofen.............................................26

2.5: Counts of Users and Dispensings of Naproxen.............................................27

3: Characteristics of COX-2 and Other NANSAID Users in UnitedHealthcare..............28

4.1: Rofecoxib Use in UnitedHealthcare.............................................................29

4.2: Celecoxib Use in UnitedHealthcare.............................................................30

4.3: Diclofenac Use in UnitedHealthcare.............................................................31

4.4: Ibuprofen Use in UnitedHealthcare..............................................................32

4.5: Naproxen Use in UnitedHealthcare..............................................................33

5.1: Rates of Confirmed MI/ACS During Current Use of COX-2s and Other NANSAIDs..34

5.2: Rates of MI Claims Events During Current Use of COX-2s and Other NANSAIDs....35

5.3: Rates of Confirmed MI/ACS During Current Use of COX-2s and Other NANSAIDs, Includes Overlap Periods of Multiple NSAID Use...............................................36

5.4: Rates of MI Claims Events During Current Use of COX-2s and Other NANSAIDs, Includes Overlap Periods of Multiple NSAID Use...............................................37

6.1: Rates and Rate Ratios of Confirmed MI/ACS associated with NANSAID use...........38

6.2: Rates and Rate Ratios of MI Claims Events associated with NANSAID use.............39

7.1 Rates and Rate Ratios of Confirmed MI/ACS associated with Days of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs.......... ...40

7.2 Rates and Rate Ratios of MI Claims Events associated with Days of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs..............41

8.1 Rates and Rate Ratios of Confirmed MI/ACS associated with NANSAID use and Covariates, Patients with Six months Prior Enrollment Only....................................42

8.2 Rates and Rate Ratios of Confirmed MI/ACS associated with NANSAID use and Covariates, Patients with Six months Prior Enrollment Only, Includes Health Care Utilization Variables.......................................................................................43

8.3 Rates and Rate Ratios of MI Claims Events associated with NANSAID use and Covariates, Patients with Six months Prior Enrollment Only, Includes Health Care Utilization Variables.......................................................................................45

9.1 Rates and Rate Ratios of Confirmed MI/ACS associated with Daily Dose of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs.... ...47

9.2 Rates and Rate Ratios of MI Claims Events associated with Daily Dose of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs.... ...48

9.3 Rates and Rate Ratios of Confirmed MI/ACS associated with Specific Doses of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs.................................................................................................49

9.4 Rates and Rate Ratios of MI Claims Events associated with Specific Doses of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs.................................................................................................50

Confidential – Subject To Protective Order

MRK-ABY0094199

MRK00005E87922

## Table of Contents, continued

10: Characteristics of COX-2 and Other NANSAID Users by Dose, in UnitedHealthcare...51

11: Results of Re-abstraction and Review of Medical Records for Potential MI/ACS Cases.................................................................................................5
2

Figures....................................................................................................53

Figure 1: COX-2 and NANSAID Users....................................................53

Figure 2: COX-2 and NANSAID Dispensings...........................................54

Appendices.............................................................................................54

Appendix 1: Primary and Secondary Endpoints.........................................55

Appendix 2: Comorbid conditions..........................................................57

Appendix 3: Medications......................................................................61

Appendix 4: P-Values from Interactions between Current NANSAID Use and Gender, Age, Prior Cardiac History ........................................................65

Appendix 5: Definitions of Acute Coronary Syndrome Events.........................66

Confidential - Subject To Protective Order

MRK-ABY0094200

## Cardiovascular Risk of COX-2 Inhibitors and Other NANSAIDs

### Executive Summary

The cardiovascular safety of the cyclooxygenase (COX)-2 inhibitor non-aspirin, nonsteroidal anti-inflammatory drugs (NANSAIDs), rofecoxib and celecoxib, is a matter of debate and concern, despite their demonstrated gastrointestinal benefits.

Ingenix conducted a retrospective cohort study of myocardial infarction (MI) and other acute coronary events based in insurance claims records of 424,584 UnitedHealthcare enrollees ages 40-64 who used NANSAIDS by prescription from 1999-2001. Using automated medical and pharmacy claims data from the Ingenix Research Database, we computed person-time exposed to rofecoxib, celecoxib, diclofenac, ibuprofen and naproxen and identified hospitalizations for MI and acute coronary syndrome (ACS).

The primary endpoint included MI, ACS and sudden cardiac death, confirmed through hospital medical record documentation or through the National Death Index, and is referred to as "confirmed MI/ACS" throughout this report. The secondary endpoint was comprised of MI or death from coronary heart disease, identified through claims data or through the NDI, and is referred to as "MI claims events" throughout this report. We computed rates of confirmed MI/ACS and MI claims events during periods of current and past NANSAID use, and periods of new, continuous use of NANSAIDs.

Overall, crude and adjusted rates of confirmed MI/ACS were somewhat higher during periods of current rofecoxib use than periods of other NANSAID use (RR vs. ibuprofen or diclofenac 1.35, 95% CI 1.09-1.68). There was not a clear trend with time since onset of use, though risks in the first 30 days of rofecoxib and celecoxib were modestly elevated compared with the first 30 days of ibuprofen or diclofenac (RR for rofecoxib 1.51, 95% CI 0.72-1.42; RR for celecoxib 1.21, 95% CI 0.80-1.84). Dose analyses also did not indicate trends of increasing risk with higher daily dose of rofecoxib (RR for rofecoxib 25 mg 1.54, 95% CI 1.15-2.04; RR for rofecoxib 26-50 mg 0.81, 95% CI 0.41-1.60) or celecoxib (RR for celecoxib 200 mg 0.95, 95% CI 0.72-1.25; RR for celecoxib 201-400 mg 1.14, 95% CI 0.78-1.65) compared with all doses of ibuprofen or diclofenac combined.

This report is the revised final report from this research project incorporating comments from Merck and discussion of these comments between Merck and Ingenix. A draft manuscript based on this work will be provided prior to end of February 2004.

Confidential - Subject To Protective Order

MRK-ABY0094201

M00GE67924

## Introduction

The cardiovascular safety of the cyclooxygenase (COX)-2 inhibitor non-aspirin, nonsteroidal anti-inflammatory drugs (NANSAIDs), rofecoxib and celecoxib, is a matter of intense debate. Though rofecoxib and celecoxib might be expected to exert a beneficial effect on the atherosclerotic process through inhibiting inflammation, the concern has been raised that they may promote cardiovascular thrombotic events, by adversely affecting the balance between prothrombotic and antithrombotic eicosanoids [1,2].

Concern regarding the cardiovascular safety of the COX-2 inhibitors first arose following reports from the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, a clinical trial of gastrointestinal safety of rofecoxib. In that trial, patients assigned to the naproxen arm had a lower risk of myocardial infarction (MI) than patients assigned to take rofecoxib. [3] The authors noted that the excess MIs occurred primarily among a group of high-risk people for whom low-dose aspirin would be indicated, and they hypothesized that naproxen inhibit platelet aggregation as does aspirin. In contrast, the Celecoxib Long-term Arthritis Safety Study (CLASS), which compared celecoxib to ibuprofen or diclofenac, reported no differences in rates of cardiovascular events between celecoxib and the other NANSAIDs. [4] Earlier clinical trials of 7535 patients that compared rofecoxib with placebo and other NANSAIDs (diclofenac, ibuprofen, and nabumetone) also yielded similar MI rates in all groups. One major difference between these trials was that they each used different NANSAIDs as comparators to the COX-2 inhibitors; another difference was that VIGOR included only rheumatoid arthritis patients, among whom elevated MI risk has been documented.

In 2002, Ray and colleagues reported that use of rofecoxib at a dose greater than 25 mg was associated with an increase in risk of serious CHD of 70 percent among all current users (n events=13, adjusted incidence rate ratio or IRR=1.70, 95% confidence interval or CI 0.98-2.95), compared with non-users of NANSAIDs. The risk elevation was 90 percent among those who were new users during the study period (n events=12, adjusted IRR 1.93, 95% CI 1.09-3.43). These results come from a retrospective cohort study of use of COX-2 inhibitors and other NANSAIDs in Medicaid recipients in Tennessee [5]. Use of rofecoxib at doses of 25 mg or less was not associated with any increased risk of CHD in either current users (adjusted IRR 1.03, 95%CI 0.78-1.35) or new users (adjusted IRR 1.02, 95% CI 1.09-3.43). In an abstract presented at the American College of Rheumatology in October 2003, Solomon and colleagues reported small (14-24%) non-statistically significant increased relative risks of acute MI associated with current rofecoxib use of all doses combined, compared with celecoxib use or use of other NSAIDs or no NSAIDs from a matched case control study in a large Medicare enrollee population [6]. Elevations were observed for rofecoxib at a greater than 25 mg dose (OR compared with celecoxib >200 mg 1.70, 95% CI 1.07-2.71; OR compared with no NSAIDs 1.58, 95% CI 1.04-2.40) and in the first 90 days of use (OR rofecoxib 1-30 days compared with celecoxib 1-30 days 1.39, 95% CI 1.10-1.74; OR rofecoxib 31-90 days compared with celecoxib 31-90 days 1.37, 95% CI 1.09-1.71).

When NANSAIDs are considered as a group, there appears to be no association between use of these drugs and cardiovascular risk [7,8]. Results from the retrospective cohort study of Tennessee Medicaid patients found no protective effect of naproxen use at doses greater than or equal to 1000 mg or less than 1000 mg [7], however, the results of several case control studies lend support for the existence of a protective effect for naproxen considered separately from other NANSAIDs. [9-11] Naproxen has been shown to be a stronger inhibitor of COX-1 than diclofenac, ibuprofen, or meloxicam in a randomized pharmacologic study. [12] If naproxen is indeed a stronger inhibitor of COX-1, which mediates platelet aggregation, than other NANSAIDs, it would be expected to inhibit platelet aggregation more strongly as well, which might yield greater protection against thromboembolic cardiovascular events, including MI.   Given the complex properties of naproxen and other NANSAIDs, large, population based studies are needed to

Confidential - Subject To Protective Order

MRK-ABY0094202

MRK00BE67925

determine their effects on coronary heart disease, which may also differ with duration of use and with dose.

In summary, the issue of whether individual NANSAIDs, including naproxen, and COX-2 inhibitor NANSAIDs such as rofecoxib and celecoxib raise or lower cardiovascular risk remains an open question.  To address this, Ingenix Epidemiology conducted a study of the risk of MI and sudden cardiac death associated with use of rofecoxib, celecoxib, and specific NANSAIDs (naproxen, diclofenac, and ibuprofen) in the population of enrolled UnitedHealthcare members.

The objective of this study was to estimate the rate of MI/ACS and sudden cardiac death in relation to the use of the COX-2 inhibitor medications, rofecoxib and celecoxib, and other NANSAID drugs, naproxen, diclofenac, and ibuprofen.  This study did not test a specific hypothesis; it was an estimation study.

This report is the revised final report from this research project incorporating comments from Merck and discussion of these comments between Merck and Ingenix.  An additional draft manuscript will be provided based on this work prior to end of February 2004.

Confidential - Subject To Protective Order

MRK-ABY0094203

M006E67926

## Methods

### Source population

Data for this study were based on the administrative records kept by UnitedHealthcare, and supplemented by direct review of patient medical charts. UnitedHealthcare is the largest health care company in the United States, with more than 340,000 physicians contracted to provide health care services to over 10 million members.

We used automated health insurance claims data from the Ingenix Research Database. Ingenix maintains a Research Database of approximately nine million current and former UnitedHealthcare members who have both medical and prescription benefit coverage, and who are not in capitated plans. The Research Database contains records of all claims for medical services and prescription drugs. The records include claims relating to each physician visit, medical procedure, hospitalization, drug dispensing, and test performed. These data have been shown to be valid for research purposes. [13,14]

Each record in the Research Database contains encrypted identifiers for patient and provider, date of service, and all diagnosis and procedure codes corresponding to a given claim. Diagnoses are coded using International Classification of Diseases, Ninth Revision (ICD-9), and procedures are coded using Current Procedural Terminology (CPT) or Health Care Financing Agency (HCFA) Common Procedure Coding System (HCPCS). Each facility service record contains information on up to nine diagnoses, recorded with the International Classification of Diseases, Ninth Revision (ICD-9) diagnosis codes, and up to six procedures recorded with ICD-9 procedure codes, Current Procedural Terminology (CPT) or Health Care Financing Agency (HCFA) Common Procedure Coding System (HCPCS) codes.

Outpatient visit claims are bundled to correspond to a complete medical encounter. Physician services, tests ordered, and non-physician medical services are recorded in a single record, along with the diagnosis that the physician submitted to justify them. Drugs are identified by chemical entity, brand name, and National Drug Classification (NDC) code. Drug records specify the formulation, dose, and quantity dispensed. Also included in the database are the enrollment start and stop dates for each individual, gender, and date of birth.

### Study cohort

The cohort was drawn from 22 health plans located in the Northeast, Southeast, Midwest and Western United States that represent most of the membership within the Ingenix Research Database, excluding Medicare, Medicaid, and capitated plans. Only patients from health plans for which medical record abstraction is permitted were included in the cohort.

We first identified 455,852 patients aged 40-84 years who received at least one dispensing of any of the NANSAIDS rofecoxib, celecoxib, naproxen, ibuprofen, or diclofenac in oral tablet or capsule form during the study period January 1, 1999 through June 30, 2001. For each patient we ascertained date of birth, gender, and dates of UnitedHealthcare membership. Among these patients, we identified all drug dispensings, inpatient services, and outpatient services. We obtained UnitedHealthcare inpatient and outpatient medical claims and pharmacy data for 1998 as well as 1999 through 2001 in order to assess whether there was a history of MI in the year preceding the study observation period, and to identify comorbid conditions. Cohort members were categorized, for secondary analyses, according to duration of continuous enrollment in the Research Database at the time of study entry (< 6 months, 6 months to 1 year, 1+ years).

Patients with a history of MI recorded in their medical claims history in the year prior to first recorded NANSAID use in the study period were excluded from the cohort (n= 6,278). Patients whose dispensing records yielded a computed daily dose of greater than twice the modal dose for

Confidential - Subject To Protective Order

MRK-ABY0094204

M00B667927

any NANSAID were also excluded from the study cohort (n= 6,679). We also excluded an additional 18,308 enrolled in health plans for which access to medical charts was not possible, as well as three patients whose data from a search of the National Death Index indicated a death date prior to cohort entry. The final study population numbered 424,584.

This study was approved by the New England Internal Review Board and Privacy Board. The study's procedures for maintaining confidentiality of protected health information met criteria for waiver of individual informed consent.

## Outcomes

### Primary and Secondary Endpoints

The primary study endpoint was the combined endpoint of MI, acute coronary syndrome (ACS) and sudden cardiac death. MI or ACS was identified through screening of patients' inpatient medical claims for ICD-9 codes of 410.xx (myocardial infarction) or 411.1x (intermediate coronary syndrome), and confirmed through review of more detailed information abstracted from patients' hospital medical records. Additionally, we searched the National Death Index (NDI) for evidence of a sudden or cardiac death, which we defined as the presence of an ICD-10 code listed in Appendix 1 as the primary cause of death. The multiple steps in this process are described in more detail below. This endpoint will be referred to as "confirmed MI/ACS" throughout the rest of this report, so as not to be confused with the secondary endpoint described below.

A secondary endpoint was MI or death from coronary heart disease (CHD). This endpoint was included to facilitate comparisons with the results of an earlier published study of risk of serious coronary heart disease associated with COX-2 inhibitor NANSAIDs [5]. It included cases of MI identified from inpatient hospital claims associated with an ICD-9 code for MI, and deaths identified through the NDI with an ICD-10 code consistent with death from ischemic heart disease (Appendix 1). We excluded potential cases of MI identified from hospital claims with less than a three-day length of stay in hospital, as these are unlikely to be true myocardial infarctions, unless the status at discharge was deceased or transferred to another hospital facility. This endpoint did not involve further review of patient medical records as described for the primary endpoint. This endpoint will be referred to as "MI claims events" through the rest of this report, so as not to be confused with the primary endpoint described above.

Table 1 presents complete quantitative detail of the event identification and confirmation process for both the primary and secondary endpoints.

### Identification of confirmed MI/ACS from medical claims histories

For the primary endpoint of confirmed MI/ACS, we first screened the medical claims histories of all patients in the NANSAIDs study cohort for the presence of one of the following ICD-9 codes for myocardial infarction or intermediate coronary syndrome in association with an inpatient hospital or provider claim:

410.xx      Myocardial Infarction
411.1x      Other acute and subacute forms of ischemic heart disease - intermediate coronary syndrome.

The hospital records from the inpatient stay corresponding to all potential MI/ACS events as identified from medical claims were sought for review.

Confidential - Subject To Protective Order

MRK-ABY0094205

M008E67928

*Medical record abstraction*

The medical records of patients with a potential MI/ACS event as identified from medical claims review were sought from inpatient medical facilities. Experienced medical record abstractors received training in use of the abstraction tool, which provided for collection of the following information:

- Verification of hospital admission and discharge dates, or office visit date, and enrollee date of birth
- Admission note(s)
- Discharge note
- Emergency room report
- Autopsy summary
- Cardiologist consult notes
- Critical care consult note(s) (including CCU and MICU attending)
- Surgery report/surgeon's note(s)
- Questions pertaining to the diagnosis of MI/ACS
- Medications administered during hospitalization and prescribed at discharge
- Enrollee's vital status upon discharge

We completed abstraction forms for 1367 of 1798 or 76 percent of target events. Reasons for failure to complete abstractions included unavailable records, refusal by the facility and discrepancies in the dates of the hospitalizations identified from the claims data.

For MI/ACS event adjudication, medical consultants reviewed the forms and photocopies of test results, admission or discharge summaries, physician's notes, and other available material, for each potential case event. Each consultant worked from guidelines for the classification of events as confirmed MI/ACS or not confirmed MI/ACS, which had been developed from commonly used clinical criteria, adapted to information obtained through chart review (Appendix 5). Each reviewer recorded his or her decision (case/non-case/questionable) and comments in a Microsoft Access database, which contained the comments from the earlier review of each patient's claims profile, as well as the patient's full claims history. Each reviewer classified the abstracted event, according to available information, and provided a brief written justification for their decision. Questionable events underwent a further independent review for final adjudication.

*National Death Index Search*

We submitted identifying information to the National Death Index (NDI) for 53,495 members of the study cohort whose enrollment with UnitedHealthcare terminated before the end of the study period, with no record of re-enrollment. All records were searched against US death records for the years 1999-2001, depending on the year in which the patient was last enrolled.

The NDI search identified matches of varying degrees using name, social security number, gender, and date of birth. For this study, we accepted as true matches those with status equal to 1, classified by the NDI as having a high likelihood of a true match. The NDI matching algorithm can be found in the documentation provided by the Centers for Disease Control and Prevention/National Center for Health Statistics in their *National Death Index Plus: Coded Causes of Death, Supplement to the NDI Users Manual* [15].

Deaths were included in the study as confirmed events, with the date of death used as the end of follow-up, if the match was accepted as a true match, and if the date of death preceded the date of

Confidential - Subject To Protective Order          MRK-ABY0094206

disenrollment (with no intervening records of physician medical encounters or inpatient visits identified from the claims records for a given patient), or if the date of death fell within 7 days following the disenrollment date. The NDI Plus service provided us with causes of death along with the fact and date of death. Deaths were included for a given endpoint as specified in Appendix 1, based on the ICD-10 code indicating the primary cause of death.

Table 1, column D shows the numbers of events identified through searching of the National Death Index that were included in computation of the primary and secondary study endpoints, additional to those events identified through the medical claims.

*Person-time*

The starting date of observation for each individual began on the latest of 1) January 1, 1999, 2) first dispensing of an eligible NANSAID during the study period, 3) the date s/he turned 40. Follow-up for a given patient ended at the earliest of the following dates 1) disenrollment from the health plan, 2) 65th birthday, 3) occurrence of a study event, 4) death, or 5) the end of the study period (June 30, 2001).

### Exposure to COX-2s and Other NANSAIDs

We classified exposure to COX-2s and other NANSAIDs using dates of dispensing, days of medication supplied, quantity of drug, and dose in mg from recorded pharmacy dispensings for the COX-2s, rofecoxib and celecoxib, and the other NANSAIDs ibuprofen, naproxen, and diclofenac. Non-oral, non-tablet, and non-capsule formulations were excluded from consideration, as were combination medications of NANSAIDs with narcotics such as hydrocodone.

*Periods of current and recent use of NANSAIDs*

Exposure classification was done on a person-day basis, and reflects medication use as it changed through time. We distinguished the following periods for COX-2 and comparison NANSAIDs:

> Current use: from the date dispensed through a period that corresponds to the number of days supplied. With each new dispensing, a patient continues or re-initiates on-therapy status, and the start dates for the next two states are reset.

> Recent use: from the last date of current use through 60 days following.

> Non- use: all person-days more than 60 days following last date of current use of a given NANSAID.

Person-time at risk was aggregated into different time windows according to exposure classification of each individual NANSAID as current use, recent use, and non-use. Periods of non-use of any NANSAID were not included in analysis as comparisons between periods of use of different NANSAIDs were of primary interest.

A small amount of person-time was classified as concurrently exposed to multiple NANSAIDs. These time periods had a mean length of 18 days for an individual patient, less than the typical length of a single medication dispensing, suggesting they reflected primarily switching of medications rather than concurrent use of multiple NANSAIDs. As shown in Tables 5.3 and 5.4, higher rates of study events were observed during multiple use person-time, however the overall amount of concurrently exposed person time was small. Addition of a separate indicator term for multiple NANSAID exposure to models containing terms for current and recent use of individual NANSAIDs had little impact on comparisons between individual NANSAIDs.

*Periods of new, continuous use of NANSAIDs*

Ingenix Epidemiology                    page 11                    February 18, 2004

Confidential - Subject To Protective Order

MRK-ABY0094207

We also identified periods of new, continuous use of each NANSAID, to permit evaluation of immediate and delayed effects on cardiovascular risk of and to evaluate effects of dose of specific medications used. New, continuous use of an NANSAID was defined as beginning with the first dispensing of a study drug during the study period, with no use of any NANSAID in the 180 days preceding the date of this dispensing. A period of new, continuous NANSAID use ended when a gap in use (as determined from dates of dispensing and days supply) of greater than 30 days occurred, or a new dispensing of a different NANSAID was recorded. Gaps in use of up to 30 days were "bridged" or assumed to comprise a single period of continuous use so as to retain most relevant person-time for this analysis. Each individual patient contributed no more than one period of new, continuous NANSAID use to the total person-time of observation for these analyses.

· *Computation of daily dose of medication used*

We computed the average daily dose of medication used for each medication dispensing during periods of new, continuous use of NANSAIDs, and applied it to the time period of that dispensing in computation of exposed person time. We multiplied the quantity of drug (e.g. 60 pills) by the dose as strength in *mg* (e.g. rofecoxib 25 mg) and divided by the days supply (e.g. 30 days) to compute the daily dose of medication used over the period of medication dispensing (for the example quantities given, the daily dose would be 50 mg of rofecoxib, applied to the 30 day period of the medication dispensing).

### Covariate definition and measurement

In addition to the above classifications of NANSAID exposure, person-time for all cohort members was classified according to covariates computed at baseline. We defined each of the following characteristics for each cohort member, as of the date of cohort entry: age, gender, geographic region of health plan, and months of preceding continuous enrollment with UnitedHealthcare.

History of prior cardiac disease, stroke and of other comorbid conditions in the year prior to study entry was determined for all subjects and was identified by ICD-9 diagnosis code(s) associated with at least one office visit or inpatient hospital stay (Appendix 2). Other comorbid conditions identified were transient ischemic attack, peripheral arterial disease, diabetes mellitus, hypertension, hyperlipidemia/hypercholesterolemia, and rheumatoid arthritis.

Use of cardiovascular and other comedications in the year prior to study entry was determined for all subjects on the basis of a history of dispensings of the selected medications in the pharmacy claims data. Cardiovascular medications are shown in Appendix 3; additionally we classified patients according to use of estrogen replacement therapy and use of oral steroids.

### Analysis

*Description of characteristics of COX-2 and other NANSAID users*

Patients in the study cohort were classified by type of NANSAID(s) used during the study period (rofecoxib, celecoxib, diclofenac, ibuprofen, and naproxen). We calculated the total number of patients using each type of NANSAID at any time during the study period.

Results are presented in tabular form as either numbers and percentages, or mean, and standard deviation for each characteristic. Within the NANSAID cohort, presence of comorbid conditions, use of cardiovascular and other comedications, and patterns of health care utilization are also presented separately according to use of each study medication at any time during the time period of interest (the groups are not mutually exclusive). We calculated days hospitalized and amount paid for medical services for patients with six months of continuous enrollment prior to study entry.

Confidential - Subject To Protective Order

MRK-ABY0094208

MD06E07931

*Incidence analysis*

Crude and standardized incidence rates of confirmed MI/ACS and sudden death, as well as numbers of study events and person-years were computed for periods of current use of each of the five study drugs. Standardized incidence rates were computed for all five study drugs by weighting exposure-specific person-time according to the proportion of person-years observed in each stratum of age, gender and prior cardiac history, for all current use person time within the overall study population. The STATA statistical package was used to compute exact confidence intervals for the standardized rates using the "dstdize" command.

*Multivariate Poisson regression analysis*

We used Poisson regression analysis to estimate rates of each endpoint during periods of current and recent use of the NANSAIDs rofecoxib, celecoxib, and naproxen, compared with use of ibuprofen or diclofenac, with adjustment for age, gender, calendar year, comorbidities (Appendix 2) and comedication use (Appendix 3) at time of study entry. The equality of the coefficients for current use of ibuprofen and current use of diclofenac in a multivariate model containing all covariates and terms for current use of other NANSAIDs were tested before creating a combined reference group consisting of current and recent use of these medications. The null hypothesis of equality of the two coefficients was not rejected, p=0.49. Results from Poisson regression models are reported as adjusted rate ratios and 95 percent confidence intervals.

We also used Poisson regression in analyses comparing periods of new, continuous use of rofecoxib, celecoxib, and naproxen with ibuprofen and diclofenac, subcategorized by daily dose of medication used and by duration of use. Rofecoxib use was categorized as <25 mg/day, 25 mg/day (the modal dose), and 26-50 mg/day; celecoxib use was categorized as <200 mg/day, 200 mg/day (the modal dose), and 201-400 mg/day; naproxen use was categorized as <1000 mg/day, 1000 mg/day (the modal dose), and 1001-2000 mg/day and these categories were compared to a referent group of new, continuous use of ibuprofen or diclofenac (of any dosage). Additional comparisons were made between periods of use of specific daily doses of rofecoxib 25 mg/day, rofecoxib 50 mg/day, and celecoxib 400 mg/day each compared with use of ibuprofen or diclofenac of any dosage.

New continuous use of rofecoxib, celecoxib, and naproxen and ibuprofen or diclofenac were categorized as first 30 days of use, next 31-60 days of use, 61-90 days of use, and greater than 90 days of use, with the referent group being periods of the first 30 days of new, continuous use of ibuprofen or diclofenac, adjusted for all covariates.

Additionally, effect modification by age, gender, and prior cardiac history was assessed by testing of interaction terms in Poisson regression analysis. Rheumatoid arthritis was of a priori interest, however less than 3 percent of the NANSAID cohort had a diagnosis of RA in their medical claims histories. Since some patients' medical claims histories prior to enrollment were less than six months in duration, we also replicated the rates and ratios from Table 5.1, restricting the set for analysis to patients with at least six months of prior history in the claims database. For each potential effect modifier, we tested interaction terms between current use of each study medication and the variable of interest within the model containing all covariates as shown in Table 5.1 for the confirmed MI/ACS endpoint, as well as evaluated whether the effects appeared different to a clinically meaningful degree. None of the interactions tested were significant at p<0.05. We noted that interactions of both rofecoxib and celecoxib with age, in the direction of decreasing relative risk of confirmed MI/ACS with age were of borderline significance (<0.10), as was the interaction term for rofecoxib with gender, in the direction of lower relative risk of confirmed MI/ACS for men. Appendix 4 gives exact p-values for these interactions within the multivariate model.

Confidential - Subject To Protective Order

MRK-ABY0094209

*2.1 Through 2.5*

## Results

### Users of COX-2 inhibitors and NANSAIDs in UnitedHealthcare, 1999 through mid-2001

Numbers of users and dispensings among the study population of each of the five study medications by calender quarter, gender, and age, for the time period January 1999 through June 2001 are shown in Tables 1.1 through 1.5. Celecoxib was launched in January 1999. Rofecoxib was introduced shortly thereafter in May 1999.

Use of both COX-2 inhibitors grew very rapidly from the times of their respective launches in Q1 and Q2 1999, as can be seen in Figures 1 and 2. Celecoxib attained over 14,000 users per quarter in UnitedHealthcare by Q3 2000, and rofecoxib over 13,000 by Q3 2000. During the same interval, numbers of users of the older NANSAIDs diclofenac, ibuprofen and naproxen either remained steady or fell slightly (while the UnitedHealthcare population was continuing to grow). Of the older NANSAIDs, naproxen experienced the greatest use, with close to 30,000 users most quarters from Q1-1999 until Q1-2001.

The CLASS and VIGOR trials appeared in JAMA and the New England Journal of Medicine, respectively, in the fall of 2000 [3,4]. Both strongly suggested a gastrointestinal safety advantage for the COX-2s over older NANSAIDs. Possibly as a result of these publications, the number of users of both COX-2 inhibitors increased even more rapidly from Q3 2000 through Q2-2001 (the last period for which complete claims data were available to use for analysis). Rofecoxib use surpassed celecoxib use in UnitedHealthcare beginning with Q4 2000, and by Q2 2001 it had edged out all other NANSAIDs, with over 28,000 users during the quarter. These time trends did not differ much by gender or age.

### Characteristics of the study population

We identified 424,584 UnitedHealthcare members with at least one dispensing of one of the five study medications, rofecoxib, celecoxib, diclofenac, ibuprofen, or naproxen, and without a history of MI or other exclusions listed above from the Ingenix Research Database. The mean follow-up time while a current or recent user of a study drug contributed by each cohort member during the study period was 5.1 months, for a total of 177,239 person-years of follow-up.

*3.* Table 2 compares the subpopulations of the NANSAID cohort with at least one dispensing for each of the five study drugs in regard to demographic characteristics, comorbid conditions and comedication use, and health care utilization in the prior six months at the time of study entry. Since groups of users of each specific NANSAID are defined according to use at any time during the study period, they are not mutually exclusive.

Overall, NANSAID users were 57 percent female, 43 percent male, with the users of the COX-2 medications slightly more likely to be female than users of the predecessor NANSAIDs ibuprofen and naproxen. COX-2 users were notably older than other NANSAID users, with celecoxib users tending to be slightly older than rofecoxib users. Diclofenac users resembled COX-2 users in these respects more closely than users of ibuprofen and naproxen. Given the recent emergence of the COX-2s to the prescription NANSAID market, there was a strong association of more recent study entry with COX-2 medication use.

About seven percent of rofecoxib users and eight percent of celecoxib users had a history of prior cardiac disease in the year prior to first NANSAID dispensing, compared with about five percent of

Ingenix Epidemiology                    page 14                    February 16, 2004

Confidential - Subject To Protective Order

MRK-ABY0094210

M00SE67933

ibuprofen and naproxen users, and 5.8 percent of diclofenac users. Less than one percent of all NANSAID users had a history of stroke or TIA. Prevalence of other comorbid conditions at baseline differed only slightly between groups. Celecoxib users were more likely to have rheumatoid arthritis (3.1%) than rofecoxib or diclofenac users (1.9% for both) and users of other NANSAIDs, likely due to celecoxib's approved indication for use in RA patients.

Celecoxib users had the highest prevalence of cardiovascular and other comedication use at baseline, followed by rofecoxib users, who differed only by 1-2 percent from celecoxib users in any given class. Ibuprofen and naproxen users had the lowest prevalences of cardiovascular medication use, with diclofenac users again intermediate between users of COX-2s and other NANSAIDs.

Rofecoxib and celecoxib users had more physician visits in the preceding six months than did users of other NANSAIDs; about 60 percent of each had one or more visits, and nearly half had two or more visits. There were no substantial differences in frequency of either ER visits or inpatient hospitalizations between users of different NANSAIDs. Among patients with a hospitalization in the past six months (about 3 percent overall), the mean length of stay was highest for celecoxib users (6 days) and rofecoxib users (5.4 days), and somewhat lower for users of other NANSAIDS. Users of COX-2 inhibitors incurred higher total medical care expenditures (exclusive of prescription drugs) in the preceding six months than users of other NANSAIDs ($1,101 for rofecoxib users, $1,137 for celecoxib users compared with less than $800 for all other groups).

### Amount and duration of current use of NANSAIDs

Total person-months of current use attributable to each of the study medications during the time period of observation for the cohort are shown in Tables 4.1-4.5. Rofecoxib users contributed a total of about 173,000 person months of current use, compared with about 240,000 person-months of celecoxib use. Naproxen received the most use within the cohort, with about 293,000 person-months of current use.

On average during the study period, patients who used rofecoxib had about two and a half months of current use, compared with somewhat more than three months of use for celecoxib. Naproxen and ibuprofen users had an average of less than two months duration of current use, with diclofenac intermediate at about two and a half months average length of current use.

### Incidence of confirmed MI/ACS, MI claims events and use of NANSAIDs

Tables 5.1 and 5.2 present numbers of confirmed MI/ACS and MI claims events, person-years, and incidence rates of events occurring during current use of each of the five study medications. Both crude incidence rates and rates standardized according to the distribution of age, gender, and prior cardiac history within all current use of NANSAIDs in the study cohort are presented for comparison. The highest adjusted incidence rate of confirmed MI/ACS was observed during periods of rofecoxib use, with an incidence rate (IR) of 8.40 events per 1000 person-years (PY), based on 122 events, while the lowest adjusted incidence of confirmed MI/ACS occurred among periods of ibuprofen use (IR 8.66/1000 PY, based on 90 events). (Table 5.1). Similar patterns were observed for rates of MI claims events (Table 5.2).

Tables 6.1 and 6.2 show adjusted rate ratios from multivariate Poisson regression models for risk of confirmed MI/ACS or MI claims events associated with periods of use of rofecoxib, celecoxib and naproxen in comparison to a combined reference group of current ibuprofen and diclofenac use. Periods of current use of rofecoxib were associated with an approximately 35 percent elevation in risk of confirmed MI/ACS (RR 1.35, 95% CI 1.09-1.68) and 30 percent elevation in risk of MI claims events (RR 1.30, 95% CI 1.00-1.69) compared with ibuprofen or diclofenac use. There was no apparent association of current celecoxib use with risk of confirmed MI/ACS (RR

Ingenix Epidemiology                          page 15                          February 16, 2004

Confidential - Subject To Protective Order

MRK-ABY0094211

M00667934

1.03, 95% CI 0.83-1.27) and MI claims events (RR 1.08, 95% CI 0.85-1.37). The rate ratio for current naproxen use compared with ibuprofen or diclofenac use was 1.14 for confirmed MI/ACS (95% CI 0.93-1.39) and 1.22 for MI claims events (95% CI 0.97-1.52).

We observed the expected associations of increased risk of confirmed MI/ACS (Table 6.1) with increasing age, male gender (RR 2.60, 95% CI 2.24-3.02), comorbid conditions including prior cardiac history (RR 1.78, 95% CI 1.49-2.13), PAD (RR 1.66, 95% CI 1.16-2.37), diabetes (RR 1.92, 95% CI 1.65-2.22), and some cardiovascular medications, particularly beta-blockers (RR 1.38, 95% CI 1.17-1.62) and nitrates (RR 2.39, 95% CI 1.93-2.97). Very similar patterns were observed in regard to predictors of MI claims events (Table 6.2).

We also examined whether time since onset of NANSAID use was related to risk of acute coronary events (Tables 7.1 and 7.2). Among periods of new, continuous use of NANSAIDs, there were not consistent trends of increasing or decreasing risk with time since onset. Though the first 30 days of use of both rofecoxib (RR 1.51, 95% CI 0.98-2.34) and celecoxib (RR 1.21, 95% CI 0.80-1.84) seemed to be associated with somewhat higher rates of confirmed MI/ACS and MI claims events (RR rofecoxib 1.86, 95%CI 1.14-3.04; RR celecoxib 1.43, 95% CI 0.89-2.28), elevations in risk were not confined to that period of exposure nor were there declining risks in subsequent periods of use.

Interactions of current use of each study medication with age (continuous), gender, and prior cardiac history were tested in a multivariate model including all covariates shown in Tables 5-9. None of these interactions were significant at p<0.05.

Table 8.1 presents incidence rates of confirmed MI/ACS and rate ratios comparing periods of current and recent NANSAID use similar to those shown in Table 5.1, limited to patients with at least six months of prior enrollment. Results did not differ substantially from those in the study cohort as a whole. Tables 8.2 and 8.3 show the results of subgroup analyses limited to patients with at least six months of prior enrollment reflecting the addition of number of physician visits, ER visits, and hospitalizations in the prior six months as health care utilization indices to the set of covariates included in other multivariate models. Though the crude rates of confirmed MI/ACS and MI claims events were observed to increase with increasing numbers of physician, ER, and hospital visits, the rate ratios for one or two or more visits (compared with none) in the prior six months were all at or below 1, indicating that following adjustment for the constellation of cardiovascular risk factors already included in the models there were not residual associations between these factors.

### Analyses of Dose of NANSAIDs and Incidence of Confirmed MI/ACS and MI Claims Events

Tables 9.1 through 9.4 show the relation of daily dose of NANSAIDs compared with use of any dose of ibuprofen or naproxen during periods of new, continuous use of NANSAIDs. Tables 9.1 and 9.2 present the results of analyses of use of rofecoxib, celecoxib, and naproxen at daily doses equivalent to, less than, and greater than the modal (most commonly prescribed) dose of each medication, for the primary and secondary endpoints. Tables 9.3 and 9.4 present the results of additional dose analyses designed to make specific comparisons between 1) specific doses of rofecoxib (25 mg) and celecoxib (400 mg) at the recommended maximum dose for chronic pain with use of ibuprofen and naproxen (all doses), and 2) the specific dose of rofecoxib (50 mg) recommended for acute pain with use of ibuprofen and naproxen (all doses). During the study period there was no acute pain indication for celecoxib.

Dose analyses did not indicate trends of increasing risk with higher daily dose of rofecoxib (RR of confirmed MI/ACS for rofecoxib 25 mg 1.54, 95% CI 1.15-2.04; RR of confirmed MI/ACS for rofecoxib 26-50 mg 0.81, 95% CI 0.41-1.60), celecoxib (RR of confirmed MI/ACS for celecoxib 200 mg 0.95, 95% CI 0.72-1.25; RR of confirmed MI/ACS for celecoxib 201-400 mg 1.14, 95% CI 0.78-

Confidential - Subject To Protective Order

MRK-ABY0094212

M006E67935

1.65), or naproxen (RR of confirmed MI/ACS for naproxen 1000 mg 0.99, 95% CI 0.78-1.27; RR of confirmed MI/ACS for naproxen 2000 mg 0.67, 95% CI 0.42-1.07), compared with all doses of ibuprofen or diclofenac combined (Table 9.1) There was relatively little use of these medications at doses less than the modal dose, limiting further inference about these relationships. Patterns were similar albeit based on fewer events for the MI claims events endpoint (Table 9.2).

Periods of use of rofecoxib at the recommended maximum chronic pain dose of 25 mg were associated with a relative risk of confirmed MI/ACS of 1.48 (95% CI 1.10-1.99) compared with periods of use of ibuprofen or diclofenac. Periods of use of celecoxib at the recommended maximum chronic pain dose of 400 mg were associated with a relative risk of confirmed MI/ACS of 1.18 (95% CI 0.81-1.73) compared with periods of use of ibuprofen or diclofenac. Use of rofecoxib at the recommended acute pain dose of 50 mg/day was associated with a slightly reduced rate of confirmed MI/ACS, (RR 0.77, 95% CI 0.37-1.58). (Table 9.3) Again, patterns were similar albeit based on fewer events for the secondary MI claims events endpoint (Table 9.4).

In order to provide information regarding the potential for "channeling" of patients with different baseline health status to any specific doses of study drugs being compared, we present in Table 10 the characteristics of users of rofecoxib 25 and 50 mg, celecoxib 400 mg, and users of any dose of ibuprofen or diclofenac. Users of ibuprofen or diclofenac were notably younger than users of other drugs compared, and had lower prevalence of comorbid conditions and use of cardiovascular medications. Users of rofecoxib 25 mg and celecoxib 400 mg (recommended maximum chronic pain doses) were notably older and had similarly higher prevalences of comorbid conditions and use of cardiovascular medications. Users of rofecoxib 50 mg (recommended acute pain dose) were intermediate between the other drug/dose groups in regard to these characteristics.

### Validation of Chart Abstracts

We re-abstracted a 10 percent quality assurance sample of potential MI/ACS events. A total of 178 potential MI/ACS events for patients whose charts were successfully abstracted in one round of review were targeted for re-review. Duplicate charts were successfully re-abstracted for a total of 155 patients. Of 155 completed duplicate chart reviews, 24 differed in regard to final case status between the first and second review. Table 11 shows the concordance (agreement) between first and second review according to use of NANSAIDs, age and gender.  There were no evident relation between discordant results upon re-abstraction and current or recent use of any specific NANSAID, nor between discordant results and age. Women (10/33) may have been somewhat more likely than men (13/98) to have discordant results upon re-review.  Per protocol, these potential events were classified in the analysis according to the case status assigned by the first reviewer.

*24 = 15.5%*
*155*
*Reasons for discordance*

### Discussion

The COX-2 inhibitors, rofecoxib and celecoxib, which were first marketed in the U.S. in 1999, experienced rapid growth in the numbers of users within the UnitedHealthcare population, as was true for the U.S. as a whole [16], from 1999 through mid-2001.  By Q2 2001 there were more users of rofecoxib in the study population than any other NANSAID, including naproxen.  NANSAID users were about 60 percent female. Users of COX-2 medications were notably older and also had a slightly higher prevalence of cardiac disease and stroke than users of traditional NANSAIDs.

Overall, crude and adjusted rates of confirmed MI/ACS and MI claims events were somewhat higher during periods of current rofecoxib use than periods of other NANSAID use, including

Confidential - Subject To Protective Order

MRK-ABY0094213

M00E67936

celecoxib, and in this respect the current findings are similar to the results of at least two prior studies [5,6]. There was not a clear trend with time since onset of use, though risks in the first 30 days of rofecoxib and celecoxib were elevated compared with periods of use of ibuprofen or diclofenac. In contrast with results of both the Tennessee Medicaid [5] and Medicare populations from two eastern US states [6], which found that dosages of rofecoxib >25 mg were associated with higher risks of CHD, excess risk of confirmed MI/ACS or MI claims events among rofecoxib users in the present study was limited to users of the 25 mg dose. In this population, users of doses of rofecoxib greater than 25 mg (mostly comprised of the 50 mg dose) had slightly lower rates of confirmed MI/ACS and MI claims events compared with users of other NANSAIDs, raising additional questions of interpretation of any biologic effect of rofecoxib on risk of coronary heart disease.

There are important differences between our study, Ray et al.'s Tennessee Medicaid cohort study, and Solomon et al.'s case-control study within a Medicare population that should be considered when comparing the results. Both the Medicaid and Medicare studies included older patients than this study, which was conducted in a commercially insured population. As the representation of persons over 65 who retain health care coverage through their employer rather than Medicare is disproportionately small, and reflects some unknown characteristics of self-selection, we chose to restrict the age range for this study to patients ages 40-64. To the extent that the relative importance of individual cardiovascular risk factors are known to vary with age, so also may any biological effect of NANSAID use on risk of MI. The present study does not reflect the effects of any of the study drugs in persons older than 65. Additionally, Ray et al. used non-users of NANSAIDs as the reference group for most comparisons. Non-users of NANSAIDs tend to have substantially lower prevalence of treatments for and diagnoses of cardiovascular disease, and lower prevalence of cardiovascular and other comedication use than users of prescription NANSAIDs. Comparisons between periods of use of different NANSAID medications are subject to less confounding by differences in these baseline risk factors than comparisons between periods of use of NANSAIDs with non-use person time; therefore the latter comparisons may also be subject to more residual confounding even after control for measured covariates in multivariate analyses.

Success in obtaining medical record abstracts for this and other Ingenix studies declined in the months leading up to and immediately following implementation of the Health Insurance Portability and Accountability Act (HIPAA) in April 2003. Overall, we obtained a final fraction of 76 percent of the desired medical charts for review, which is below the fraction retrieved in earlier Ingenix studies, which has been 80 percent or more. We believe providers' anxieties about how to apply HIPAA requirements may have led to some of the refusals we encountered. The similarity of results based on the confirmed MI/ACS, primary endpoint and the MI claims events endpoint based on claims data only (which was not subject to incomplete ascertainment) is reassuring. There is no reason to believe that success in obtaining medical records is differential, related to use of rofecoxib or celecoxib, or indeed to NANSAID use in general.

Re-abstraction of a sample of potential MI/ACS events yielded an overall agreement between 155 first and second reviews of 85 percent. Discordance did not appear to be related to use of rofecoxib, celecoxib or other NANSAIDs. An 85 percent concordance on chart re-review, as seen here, would be expected if there were an approximately 92 percent concordance between each review and a presumed "clinical truth", representing an excellent level of agreement. To the extent that the validation sample data suggested any differences in rates of discordance based on the small numbers within strata, it appeared that rofecoxib and celecoxib had rates of discordance that were similar to one another and jointly higher than the rates for ibuprofen, diclofenac, and naproxen. The relative findings between the two COX-2 inhibitors in the main study are therefore unlikely to have been affected by differential misclassification of outcomes. This conclusion is consonant with the many demographic and clinical similarities between users of rofecoxib and celecoxib as exhibited in Table 3.

Confidential - Subject To Protective Order

MRK-ABY0094214

The endpoint of acute coronary syndrome, especially on the borderline of medical decision making between patients with angina that is "unstable" and other anginal patterns also reflective of underlying CHD, is by nature subjective in that it relies on interpretation of patients' account of presenting symptoms and patterns of anginal symptoms over time. The 15 percent of events with discordant case status on multiple reviews may represent the fraction that is more difficult to adjudicate. Data shown in Table 1 indicates that events which were assigned a diagnosis code at the claims data level indicative of MI were confirmed through chart review more than 87 percent of the time, whereas events assigned a diagnosis code of intermediate coronary syndrome but not MI were confirmed only 67 percent of the time at the chart validation step. We also note again the similarity of our results based on either the primary endpoint of confirmed MI/ACS, which relied on chart validation of endpoints for inclusion in analyses or the secondary MI claims events endpoint, which included all events identified at the claims level without regard to chart validation as support of this observation.

Limitations of this study include reliance on computerized pharmacy records to determine periods of NANSAID exposure. Though an unbiased source of exposure information relative to outcome, records of dispensings of NANSAID medications are a proxy for actual use. Use of over the counter NANSAIDs including aspirin, which were not measured in this study, would be unlikely to introduce substantial confounding unless aspirin use differed in regard to NANSAID use. A prior patient survey conducted by Ingenix indicates that aspirin use was unlikely to exert a strong confounding effect on studies of COX-2 inhibitors, other NANSAIDs, and MI [17]. Residual confounding by other unmeasured factors such as smoking, body mass index, diet and exercise may also have affected these results, although the relatively small baseline differences in other measured risk factors might suggest that the magnitude of such confounding is not large.

In conclusion, we observed rates of confirmed MI/ACS and MI claims events during periods of current rofecoxib use that were 35% higher than during periods of current use of ibuprofen or diclofenac, while periods of current use of celecoxib were not associated with higher rates of study events. Our data do not however show support for an increase in risk of acute coronary events with doses of rofecoxib greater than 25 mg; any excess risk of study events appeared to be confined to the rofecoxib 25 mg dose.

Confidential - Subject To Protective Order

MRK-ABY0094215

M00GE67938

## References

1) Schmedtje JF, Ji YS, Liu WL et al. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. *J Biol Chem* 1997; 272: 601-8.

2) Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and –2-dependent prostacyclin formation in patients with atherosclerosis. *Circulation* 2000; 102: 840-5.

3) Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000 Nov 23; 343(21): 1520-8.

4) Silverstein FE, Faich G, Goldstein JL, et al., for the Celecoxib Long-Term Arthritis Safety Study. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized clinical trial. *JAMA* 2000; 284: 1247-1255.

5) Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. [Research Letter] *Lancet* 2002; 360: 1071-3.

6) Solomon DH, Schneeweiss S, Glynn RJ et al. The relationship between selective COX-2 inhibitors and acute myocardial infarction. [Abstract] American College of Rheumatology Meeting 2003.

7) Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR.. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359: 118-23.

8) Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal anti-inflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. *Epidemiol* 2000; 11: 382-387.

9) Rahme E, Pilote L, LeLorier J. Association between Naproxen Use and Protection Against Acute Myocardial Infarction. *Arch Int Med* 2002;162:1111-15.

10) Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. *Arch Int Med* 2002;162:1099-1104

11) Watson DJ, Rhodes, T, Cai B, Guess HA. Lower Risk of Thromboembolic Cardiovascular Events with Naproxen Among Patients with Rheumatoid Arthritis. *Arch Int Med* 2002;162:1105-10

12) Van Hecken A, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 2000; 40 (10): 1109-20.

13) Quam L, Ellis LBM, Venus P et al. Using claims data for epidemiologic research: the concordance of claims-based criteria with the medical record and patient survey for identifying a hypertensive population. *Medical Care* 1993; 31:498-507

Confidential – Subject To Protective Order

MRK-ABY0094216

M006G67939

14) Lanza LL, Dreyer NA, Schultz NJ, Walker AM.  Use of insurance claims in epidemiologic research: identification of peptic ulcers, GI bleeding, pancreatitis, hepatitis and renal disease. *Pharmacoepidemiology and Drug Safety* 1995; 4: 239-48

15) National Death Index User's Manual Supplement "National Death Index Plus: Coded Causes of Death", US Department of Health and Human Services, Centers for Disease Control and Prevention, NCHS, Hyattsville, MD, Revision July 23, 1999. Appendix A.

16) Mukherjee D, Nissen SE, Topol EJ.  Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA* 2001; 286 (8):954-9.

17) Velentgas P, Cali C, Diedrick GA, Heinen MJ, Verburg KM, Walker AM.  A Survey of Aspirin Use, Non-Prescription NSAID Use, and Cigarette Smoking among Users and Non-Users of Prescription NSAIDs: Estimates of the Effect of Unmeasured Confounding by These Factors on Studies of NSAID Use and Risk of Myocardial Infarction.  [Abstract]  International Society for                  Pharmacoepidemiology                  Meeting                  2001.

Confidential - Subject To Protective Order

MRK-ABY0094217

Confidential - Subject To Protective Order

## Tables

**Table 1: Event Ascertainment and Confirmation of Endpoints among NANSAID Users, UnitedHealthcare, 1999-2001**

| NSAID Exposed patients with ICD-9 codes as identified from medical claims or NDI cause of death | A<br>Id'd from review of claims histories<br>n | B<br>Chart Review Results Obtained<br>n | % of A | C<br>Event Confirmed through Chart review<br>N | % of B | D<br>Additional Events Identified from NDI<br>N | C+D<br>Total Confirmed Events<br>N |
|---|---|---|---|---|---|---|---|
| MI/ACS and Sudden Cardiac Death | 1798 | 1387 | 76.0% | 1029 | 75.3% | 100 | 1129 |
| 410.xx only | 1665 | 1618 | 75.6% | 1453 | 87.5% | 85 | 538 |
| 411.1x only | 1091 | 833 | 76.4% | 561 | 67.3% | 14 | 575 |
| Both 410.xx and 411.1x | 22 | 16 | 72.7% | 15 | 93.8% | 1 | 16 |
| 799.xx | | | | | | | |
| | | | | | | | |
| MI/CHD Death [2] | | | | | | | |
| 410.xx in hospital claims with 3-day stay, transfer or status indicating death | 601 | — | — | — | --- | 78 | 679 |

[1] Primary endpoint: MI, inclusive of ACS and sudden death, identified from medical claims and confirmed with medical chart abstraction, and through data f
[2] Secondary endpoint: MI or death from CHD, identified through medical claims and through data from the National Death Index.

MRK-ABY0094218

M00GE67941

***Table 2.1: Counts of Users and Dispensings of Rofecoxib***

Counts of users and dispensings of Rofecoxib by age, gender, and calendar quarter in UnitedHealthcare 1-1-99 through 6-30-01

| | Age | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40-44 | | 45-49 | | 50-54 | | 55-59 | | 60-64 | | Total | |
| | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings |
| **Q1-1999** | | | | | | | | | | | | |
| Female | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Male | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Q2-1999** | | | | | | | | | | | | |
| Female | 81 | 67 | 74 | 78 | 80 | 97 | 74 | 78 | 52 | 88 | 361 | 373 |
| Male | 34 | 36 | 45 | 52 | 30 | 33 | 40 | 44 | 21 | 22 | 170 | 187 |
| Total | 98 | 103 | 119 | 130 | 120 | 130 | 114 | 120 | 73 | 77 | 521 | 560 |
| **Q3-1999** | | | | | | | | | | | | |
| Female | 344 | 518 | 477 | 694 | 548 | 814 | 435 | 801 | 343 | 576 | 2,107 | 1,403 |
| Male | 194 | 259 | 217 | 304 | 254 | 366 | 199 | 327 | 187 | 257 | 1,031 | 1,508 |
| Total | 538 | 777 | 694 | 998 | 802 | 1,180 | 634 | 1,123 | 510 | 833 | 3,138 | 4,911 |
| **Q4-1999** | | | | | | | | | | | | |
| Female | 568 | 903 | 651 | 1,141 | 189 | 1,558 | 744 | 1,326 | 543 | 985 | 3,403 | 3,914 |
| Male | 307 | 480 | 358 | 589 | 290 | 666 | 349 | 827 | 285 | 451 | 1,647 | 2,812 |
| Total | 875 | 1,383 | 1,017 | 1,730 | 1,278 | 2,224 | 1,093 | 2,153 | 808 | 1,436 | 5,072 | 6,726 |
| **Q1-2000** | | | | | | | | | | | | |
| Female | 897 | 1,381 | 1,086 | 1,803 | 1,391 | 2,321 | 1,121 | 1,316 | 770 | 1,328 | 5,267 | 8,749 |
| Male | 428 | 668 | 530 | 848 | 474 | 954 | 600 | 1,081 | 385 | 642 | 2,517 | 4,193 |
| Total | 1,325 | 2,049 | 1,616 | 2,651 | 1,865 | 3,275 | 1,723 | 2,597 | 1,155 | 1,970 | 7,784 | 12,942 |
| **Q2-2000** | | | | | | | | | | | | |
| Female | 1,191 | 1,792 | 1,459 | 2,486 | 1,837 | 3,313 | 1,520 | 2,699 | 1,062 | 1,881 | 7,201 | 12,133 |
| Male | 573 | 1,054 | 744 | 1,208 | 885 | 1,526 | 851 | 1,532 | 440 | 348 | 3,173 | 6,270 |
| Total | 1,765 | 2,846 | 2,203 | 3,694 | 2,722 | 4,839 | 2,371 | 4,191 | 1,502 | 2,429 | 10,378 | 18,403 |
| **Q3-2000** | | | | | | | | | | | | |
| Female | 1,410 | 2,227 | 1,797 | 3,004 | 2,278 | 4,032 | 1,834 | 3,748 | 1,206 | 2,206 | 8,525 | 14,717 |
| Male | 924 | 1,408 | 1,034 | 1,678 | 1,241 | 2,119 | 1,130 | 1,507 | 757 | 1,351 | 5,076 | 8,543 |
| Total | 2,334 | 3,635 | 2,831 | 4,682 | 3,519 | 6,151 | 2,964 | 5,255 | 1,963 | 3,557 | 13,601 | 23,260 |
| **Q4-2000** | | | | | | | | | | | | |
| Female | 2,425 | 3,679 | 2,835 | 4,510 | 3,334 | 5,740 | 2,868 | 4,714 | 1,567 | 2,912 | 12,947 | 21,555 |
| Male | 1,900 | 2,767 | 2,179 | 3,386 | 2,226 | 3,732 | 1,996 | 3,445 | 1,315 | 2,273 | 9,817 | 15,603 |
| Total | 4,325 | 6,446 | 5,014 | 7,896 | 5,543 | 9,472 | 4,862 | 8,159 | 2,882 | 5,185 | 22,564 | 37,158 |
| **Q1-2001** | | | | | | | | | | | | |
| Female | 3,045 | 4,421 | 3,531 | 5,365 | 4,132 | 6,734 | 3,218 | 5,449 | 1,911 | 3,876 | 15,887 | 25,259 |
| Male | 2,169 | 3,052 | 2,430 | 3,634 | 2,498 | 3,928 | 2,182 | 3,548 | 1,411 | 2,396 | 10,693 | 16,469 |
| Total | 5,213 | 7,473 | 5,961 | 8,999 | 6,630 | 10,662 | 5,400 | 8,994 | 3,322 | 6,272 | 26,576 | 41,730 |
| **Q2-2001** | | | | | | | | | | | | |
| Female | 3,500 | 5,294 | 3,841 | 6,134 | 4,481 | 7,584 | 3,478 | 6,060 | 2,064 | 3,533 | 17,362 | 28,585 |
| Male | 2,239 | 3,322 | 2,412 | 3,304 | 2,572 | 4,311 | 2,317 | 3,848 | 1,375 | 2,357 | 10,815 | 17,643 |
| Total | 5,739 | 8,606 | 6,253 | 9,738 | 7,053 | 11,895 | 5,803 | 9,904 | 3,439 | 5,890 | 28,177 | 46,228 |
| **TOTALS** | | | | | | | | | | | | |
| 1999 | 1,868 | 2,283 | 1,810 | 3,858 | 2,201 | 3,534 | 1,901 | 3,106 | 1,301 | 2,346 | 9,031 | 14,187 |
| 2000 | 9,703 | 14,978 | 11,834 | 18,925 | 13,784 | 23,737 | 11,720 | 20,682 | 7,702 | 13,041 | 54,937 | 91,765 |
| 2001 | 10,980 | 16,079 | 12,214 | 18,937 | 13,983 | 22,587 | 11,093 | 18,803 | 6,817 | 11,462 | 54,790 | 87,968 |
| Female | 13,347 | 20,273 | 15,741 | 25,317 | 18,020 | 33,214 | 15,150 | 26,249 | 9,665 | 16,762 | 72,968 | 120,704 |
| Male | 8,868 | 12,848 | 9,937 | 18,303 | 10,852 | 17,844 | 9,564 | 16,432 | 6,225 | 10,587 | 43,256 | 73,274 |
| Total | 22,223 | 33,320 | 25,678 | 49,120 | 31,673 | 48,169 | 24,714 | 42,685 | 15,904 | 27,349 | 116,221 | 193,978 |

Confidential - Subject To Protective Order

Table 2.3: Counts of Users and Dispensings of Celecoxib
Counts of users and dispensings of Celecoxib by age, gender, and calendar quarter in UnitedHealthcare 1-1-99 through 6-30-01

| | <40 | | 40-.. | | 50-.. | | 55-.. | | 60-.. | | >.. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings |
| **Q1-1999** | | | | | | | | | | | | |
| Female | 874 | 1,549 | 1,031 | 1,268 | 1,299 | 1,614 | 1,279 | 1,570 | 904 | 1,317 | 3,738 | 6,536 |
| Male | 517 | 916 | 510 | 753 | 650 | 518 | 816 | 783 | 482 | 604 | 2,381 | 3,568 |
| Total | 1,391 | 1,585 | 1,541 | 2,021 | 1,949 | 2,432 | 1,844 | 2,358 | 1,294 | 1,841 | 8,119 | 10,104 |
| **Q2-1999** | | | | | | | | | | | | |
| Female | 1,413 | 2,153 | 1,706 | 2,731 | 2,114 | 3,438 | 1,589 | 3,350 | 1,451 | 2,436 | 9,172 | 14,102 |
| Male | 907 | 1,293 | 1,070 | 1,884 | 1,131 | 1,385 | 1,108 | 1,931 | 804 | 1,437 | 8,062 | 9,119 |
| Total | 2,360 | 2,449 | 2,836 | 4,305 | 3,345 | 6,523 | 3,097 | 5,701 | 2,282 | 3,367 | 13,825 | 23,221 |
| **Q3-1999** | | | | | | | | | | | | |
| Female | 1,070 | 1,720 | 1,476 | 2,312 | 1,883 | 3,331 | 1,706 | 3,158 | 1,213 | 2,180 | 7,530 | 13,907 |
| Male | 640 | 1,014 | 836 | 1,422 | 964 | 1,722 | 810 | 1,177 | 709 | 1,799 | 4,064 | 7,140 |
| Total | 1,710 | 5,734 | 2,314 | 3,854 | 2,817 | 5,509 | 2,519 | 4,741 | 1,922 | 3,159 | 11,381 | 20,947 |
| **Q4-1999** | | | | | | | | | | | | |
| Female | 980 | 1,989 | 1,127 | 3,823 | 1,840 | 3,570 | 1,898 | 3,781 | 1,903 | 2,312 | 7,176 | 13,423 |
| Male | 565 | 915 | 798 | 1,433 | 948 | 1,774 | 905 | 1,697 | 871 | 1,740 | 3,879 | 7,105 |
| Total | 1,535 | 2,845 | 2,718 | 4,055 | 2,178 | 5,354 | 2,803 | 4,678 | 1,874 | 3,552 | 11,856 | 20,529 |
| **Q1-2000** | | | | | | | | | | | | |
| Female | 1,078 | 1,804 | 1,415 | 2,507 | 1332 | 2,312 | 1,724 | 3,118 | 1,192 | 2,083 | 7,215 | 12,714 |
| Male | 811 | 963 | 803 | 1,260 | 987 | 1,730 | 825 | 1,552 | 842 | 1,176 | 3,980 | 8,861 |
| Total | 1,587 | 2,957 | 2,146 | 3,867 | 2,319 | 6,042 | 2,849 | 4,770 | 1,953 | 3,259 | 11,406 | 18,585 |
| **Q2-2000** | | | | | | | | | | | | |
| Female | 1,137 | 1,853 | 1,883 | 2,951 | 2,108 | 3,783 | 2,018 | 3,684 | 1,362 | 2,412 | 8,384 | 14,694 |
| Male | 731 | 1,173 | 871 | 1,844 | 1,154 | 2,560 | 1,080 | 1,914 | 772 | 1,298 | 4,710 | 8,184 |
| Total | 1,848 | 2,928 | 2,636 | 4,444 | 3,383 | 5,173 | 3,045 | 3,300 | 3,133 | 3,805 | 13,884 | 22,778 |
| **Q3-2000** | | | | | | | | | | | | |
| Female | 1,375 | 2,022 | 1,688 | 2,154 | 1,365 | 4,162 | 2,152 | 3,798 | 1,363 | 2,442 | 1,842 | 18,713 |
| Male | 811 | 1,301 | 1,117 | 1,318 | 1,388 | 2,284 | 1,273 | 2,285 | 806 | 1,542 | 5,423 | 8,400 |
| Total | 1,784 | 2,584 | 9,038 | 5,120 | 1,673 | 8,444 | 2,429 | 6,183 | 2,298 | 4,024 | 14,465 | 25,175 |
| **Q4-2000** | | | | | | | | | | | | |
| Female | 1,915 | 2,949 | 2,895 | 4,338 | 5,234 | 3,445 | 2,121 | 4,109 | 1,710 | 2,968 | 19,256 | 26,319 |
| Male | 1,350 | 2,315 | 1,892 | 3,012 | 3,252 | 3,798 | 2,014 | 3,408 | 1,385 | 2,419 | 9,093 | 14,963 |
| Total | 3,466 | 8,281 | 4,949 | 7,332 | 8,491 | 9,241 | 4,742 | 5,077 | 3,096 | 9,378 | 71,305 | 52,298 |
| **Q1-2001** | | | | | | | | | | | | |
| Female | 1,347 | 3,450 | 5,634 | 4,713 | 3,721 | 6,047 | 5,189 | 5,392 | 2,001 | 3,319 | 14,264 | 27,823 |
| Male | 1,681 | 2,545 | 1,902 | 3,052 | 2,319 | 3,654 | 3,143 | 5,474 | 1,345 | 3,319 | 5,498 | 14,740 |
| Total | 2,929 | 5,801 | 3,419 | 7,786 | 6,040 | 3,301 | 8,332 | 8,766 | 3,388 | 5,520 | 22,790 | 37,663 |
| **Q2-2001** | | | | | | | | | | | | |
| Female | 2,543 | 3,765 | 2,130 | 5,225 | 3,981 | 1,609 | 3,538 | 5,468 | 2,095 | 3,380 | 10,296 | 24,843 |
| Male | 1,057 | 2,513 | 1,680 | 3,045 | 2,223 | 5,762 | 3,842 | 3,609 | 1,212 | 2,336 | 9,024 | 15,763 |
| Total | 4,175 | 6,378 | 6,650 | 9,100 | 6,252 | 10,572 | 5,431 | 6,464 | 3,417 | 8,882 | 34,322 | 43,106 |
| **TOTALS** | | | | | | | | | | | | |
| 1999 | 8,966 | 10,493 | 9,037 | 14,295 | 10,849 | 16,083 | 10,183 | 17,215 | 7,377 | 12,619 | 44,361 | 72,903 |
| 2000 | 8,117 | 16,513 | 12,601 | 20,394 | 16322 | 25,963 | 13,812 | 24,829 | 9,304 | 16,464 | 60,172 | 107,766 |
| 2001 | 6,196 | 12,078 | 10,842 | 19,595 | 13,742 | 24,073 | 10,516 | 18,232 | 6,738 | 14,422 | 48,110 | 77,663 |
| Female | 14,671 | 22,386 | 19,862 | 31,734 | 24,443 | 41,343 | 31,519 | 57,824 | 14,359 | 24,802 | 94,880 | 168,023 |
| Male | 8,962 | 14,198 | 11,963 | 19,593 | 13,513 | 21,484 | 13,573 | 23,348 | 9,137 | 13,046 | 57,781 | 56,369 |
| Total | 24,391 | 36,642 | 31,883 | 91,284 | 39,573 | 65,738 | 34,453 | 80,172 | 23,664 | 59,924 | 152,894 | 257,352 |

**Table 2.3: Counts of Users and Dispensings of Diclofenac**

Counts of users and dispensings of Diclofenac by age, gender, and calendar quarter in UnitedHealthcare 1-1-99 through 6-30-01

| | AGE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 18-44 | | 45-54 | | 55-64 | | 65-74 | | Total | |
| | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings | Users | Dispensings |

*Table data is illegible at this resolution.*

Ingenix Epidemiology  page 25  February 18, 2004

Confidential - Subject To Protective Order

MRK-ABY0094221

M00EE07944

**Table 2.4: Counts of Users and Dispensings of Ibuprofen**
Counts of users and dispensings of ibuprofen by age, gender, and calendar quarter in UnitedHealthcare 1-1-00 through 6-30-01

Confidential - Subject To Protective Order

MRK-ABY0094222

M0006597945

Table 2.6: Counts of Users and Dispensings of Naproxen
Counts of users and dispensings of Naproxen by age, gender, and calendar quarter in UnitedHealthcare 1-1-99 through 8-30-01

| | AGE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | <14 | | | 15-13 | | | 16-24 | | | 11-17 | | | 18-84 | | | >=80 | | |
| | Users | Dispensings | | Users | Dispensings | | Users | Dispensings | | Users | Dispensings | | Users | Dispensings | | Users | Dispensings |

Confidential - Subject To Protective Order

MRK-ABY0094223

Table 3: Characteristics of COX-2 and Other NANSAID Users in UnitedHealthcare

*Gender*
Female
Male

*Age When Entered Cohort*
45-44
45-49
50-54
55-59
60-64

*Health Plan Region*
Midwest
Northeast
Southeast
West

*Prior Enrollment Before 1st NSAID*
< 6 months
6 - 11 months
12 + months

*Calendar Year of Study Entry*
1999
2000
2001

*Presence of Comorbid Condition*
Cardiac History
Stroke
Transient Ischemic Attack
Peripheral Artery Disease
Diabetes
Hypertension
Hyperlipidemia
Rheumatoid Arthritis

*Cardiovascular Comedication Use*
Anticoagulants
Other Anti-hyperlipidemics
Oral Diuretics
ACE Inhibitors
Antiarrhythmics
Antiplatelet drugs
Beta blockers
Calcium Channel Blockers
Statins
Nitrates
Estrogens
Angiotensin Receptor Antagonist
Digoxin
Oral steroids

*Health care utilization in preceding six months*
Physician visits
0
1
2+

*ER visits*
0
1
2+

*Hospitalizations*
0
1
2+

Number of Hospitalizations
Length of Stay
Hospital Cost
Total costs for outpatient/inpatient medical
care 6 months prior to first NSAID (not including
cost of medication)

Confidential - Subject To Protective Order

MRK-ABY0094224

M00GE67947

**Table 4.1: Rofecoxib Use in UnitedHealthcare**
Rofecoxib use in UnitedHealthcare, January 1, 1999 through June 30, 2001, by age and gender*

| | | | Rofecoxib Users | | | |
|---|---|---|---|---|---|---|
| | n | Person Months | Mean Months of Current Use per Person | S.D. for Mean Months of Current Use per Person | Minimum Months | Maximum Months |
| **Gender** | | | | | | |
| Female | 40,587 | 108,811 | 2.68 | 3.21 | 0.03 | 24.17 |
| Male | 27,212 | 64,269 | 2.38 | 2.91 | 0.03 | 24.63 |
| **Age When Entered Cohort** | | | | | | |
| 40-44 | 14,584 | 27,940 | 1.92 | 2.43 | 0.03 | 23.40 |
| 45-49 | 15,478 | 35,280 | 2.28 | 2.81 | 0.03 | 24.17 |
| 50-54 | 16,266 | 44,758 | 2.73 | 3.21 | 0.03 | 23.33 |
| 55-59 | 12,868 | 39,456 | 3.06 | 3.54 | 0.03 | 24.33 |
| 60-64 | 8,403 | 25,436 | 3.01 | 3.40 | 0.03 | 24.63 |
| **Total** | 67,799 | 172,860 | 2.55 | 3.09 | 0.03 | 24.63 |

*Includes patients with any rofecoxib use during the study period.

Confidential - Subject To Protective Order

MRK-ABY0094225

M006E67948

**Table 4.2: Celecoxib Use in UnitedHealthcare**
Celecoxib use in UnitedHealthcare, January 1, 1999 through June 30, 2001, by age and gender*

| | N | Person Months | Mean Months of Current Use per Person | S.D. for Mean Months of Current Use per Person | Minimum Months | Maximum Months |
|---|---|---|---|---|---|---|
| **Celecoxib Users** | | | | | | |
| **Gender** | | | | | | |
| Female | 45817 | 150634.9 | 3.29 | 4.13 | 0.03 | 29.30 |
| Male | 29886 | 89832.3 | 3.00 | 3.81 | 0.03 | 28.30 |
| **Age When Entered Cohort** | | | | | | |
| 40-44 | 14185 | 33357.63 | 2.35 | 3.16 | 0.03 | 28.30 |
| 45-49 | 16450 | 47648.17 | 2.90 | 3.86 | 0.03 | 29.30 |
| 50-54 | 18475 | 61423.8 | 3.32 | 4.16 | 0.03 | 28.07 |
| 55-59 | 15803 | 58517.47 | 3.75 | 4.54 | 0.03 | 28.30 |
| 60-64 | 10690 | 39417.15 | 3.69 | 4.24 | 0.03 | 27.83 |
| **Total** | 75,703 | 240,367 | 3.17 | 4.04 | 0.03 | 29.30 |

*Includes patients with any celecoxib use during the study period.

Confidential - Subject To Protective Order

MRK-ABY0094226

M00GE67949

**Table 4.3: Diclofenac Use in UnitedHealthcare**
Diclofenac use in UnitedHealthcare, January 1, 1999 through June 30, 2001, by age and gender*

| | Diclofenac Users | | | | |
|---|---|---|---|---|---|
| | Person Months | Mean Months of Current Use per Person | S.D. for Mean Months of Current Use per Person | Minimum Months | Maximum Months |
| **Gender** | | | | | |
| Female | 30,983 | 80,427 | 2.64 | 4.11 | 0.03 | 30.33 |
| Male | 21,597 | 52,445 | 2.43 | 3.90 | 0.03 | 30.03 |
| **Age When Entered Cohort** | | | | | |
| 40-44 | 12,470 | 21,846 | 1.75 | 2.88 | 0.03 | 29.33 |
| 45-49 | 12,445 | 26,970 | 2.17 | 3.47 | 0.03 | 29.80 |
| 50-54 | 12,112 | 33,731 | 2.78 | 4.33 | 0.03 | 29.77 |
| 55-59 | 9,192 | 30,626 | 3.33 | 4.85 | 0.03 | 30.33 |
| 60-64 | 5,861 | 19,700 | 3.36 | 4.80 | 0.03 | 30.03 |
| **Total** | 52,060 | 132,874 | 2.55 | 4.01 | 0.03 | 30.10 |

*Includes patients with any diclofenac use during the study period.

Confidential - Subject To Protective Order

MRK-ABY0094227

M006E67950

**Table 4.4: Ibuprofen Use in UnitedHealthcare**
Ibuprofen use in UnitedHealthcare, January 1, 1999 through June 30, 2001, by age and gender*

| | Ibuprofen Users | | | | | |
|---|---|---|---|---|---|---|
| | N | Person Months | Mean Months of Current Use per Person | S.D. for Mean Months of Current Use per Person | Minimum Months | Maximum Months |
| **Gender** | | | | | | |
| Female | 79,719 | 105,185 | 1.32 | 2.34 | 0.03 | 29.93 |
| Male | 58,785 | 72,760 | 1.24 | 2.27 | 0.03 | 29.77 |
| **Age When Entered Cohort** | | | | | | |
| 40-44 | 44,752 | 46,839 | 1.04 | 1.82 | 0.03 | 29.93 |
| 45-49 | 36,096 | 43,512 | 1.22 | 2.20 | 0.03 | 29.47 |
| 50-54 | 28,465 | 40,169 | 1.41 | 2.51 | 0.03 | 29.70 |
| 55-59 | 18,650 | 29,749 | 1.60 | 2.64 | 0.03 | 29.60 |
| 60-64 | 10,541 | 17,446 | 1.66 | 2.75 | 0.03 | 29.30 |
| **Total** | 138,504 | 177,945 | 1.28 | 2.30 | 0.03 | 29.80 |

*Includes patients with any ibuprofen use during the study period.

Confidential – Subject To Protective Order

MRK-ABY0094228

M00SE67951

**Table 4.5: Naproxen Use in UnitedHealthcare**
Naproxen use in UnitedHealthcare, January 1, 1999 through June 30, 2001, by age and gender*

| | | | Naproxen Users | | | |
|---|---|---|---|---|---|---|
| | n | Person Months | Mean (Months) of Current Use per Person | S.D. for Mean Months of Current Use per Person | Minimum Months | Maximum Months |
| **Gender** | | | | | | |
| Female | 105,806 | 159,624 | 1.50 | 2.61 | 0.03 | 29.57 |
| Male | 79,718 | 123,837 | 1.55 | 2.54 | 0.03 | 29.80 |
| **Age When Entered Cohort** | | | | | | |
| 40-44 | 56,299 | 88,000 | 1.22 | 1.88 | 0.03 | 29.17 |
| 45-49 | 47,895 | 69,287 | 1.45 | 2.30 | 0.03 | 29.17 |
| 50-54 | 40,059 | 68,861 | 1.72 | 2.78 | 0.03 | 29.80 |
| 55-59 | 26,110 | 53,814 | 2.06 | 3.33 | 0.03 | 29.50 |
| 60-64 | 15,158 | 32,698 | 2.18 | 3.35 | 0.03 | 29.27 |
| **Total** | 185,524 | 293,480 | 1.58 | 2.57 | 0.03 | 29.80 |

*Includes patients with any naproxen use during the study period.

Confidential - Subject To Protective Order

MRK-ABY0094229

M00SE67952

**Table 5.1:**     Rates of Confirmed MI/ACS [1] During Current Use of COX-2s and Other NANSAIDs
               United Healthcare, 1999-2001

| | Events | PY | IR [2] | Adjusted IR [3] | Lower 95% CL [4] | Upper 95% CL [4] |
|---|---|---|---|---|---|---|
| Rofecoxib | 128 | 14,118 | 9.07 | 8.82 | 7.29 | 10.34 |
| Celecoxib | 145 | 19,635 | 7.38 | 6.85 | 5.73 | 7.98 |
| Diclofenac | 89 | 10,835 | 8.21 | 7.86 | 6.23 | 9.49 |
| Ibuprofen | 91 | 14,530 | 6.26 | 6.77 | 5.37 | 8.16 |
| Naproxen | 179 | 23,997 | 7.46 | 7.59 | 6.56 | 8.61 |
| Ibu or Diclo | 176 | 25,315 | 6.95 | 7.18 | 6.12 | 8.23 |

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
[2] IR = incidence rate per 1,000 person - years
[3] Standardized according to age, sex, and prior history of a vascular event
[4] CL = Confidence Limit

Confidential - Subject To Protective Order

MRK-ABY0094230

M006E67953

**Table 5.2:** Rates of MI Claims Events [2] During Current Use of COX-2s and Other NANSAIDs. United Healthcare, 1999-2001

|  | Events | PY | IR [2] | Adjusted IR [3] | Lower 95% CL [4] | Upper 95% CL [4] |
|---|---|---|---|---|---|---|
| Rofecoxib | 74 | 14,142 | 5.23 | 5.04 | 3.89 | 6.19 |
| Celecoxib | 92 | 19,668 | 4.68 | 4.31 | 3.42 | 5.21 |
| Diclofenac | 57 | 10,863 | 5.25 | 5.00 | 3.70 | 6.31 |
| Ibuprofen | 64 | 14,549 | 4.40 | 4.81 | 3.62 | 6.00 |
| Naproxen | 114 | 24,015 | 4.75 | 4.66 | 3.97 | 5.75 |
| Ibu or Diclo | 117 | 25,341 | 4.62 | 4.77 | 3.91 | 5.63 |

[1] Secondary endpoint comprised of MI or death from coronary heart disease, identified through claims data or National Death Index.
[2] IR = Incidence rate per 1,000 person - years
[3] Standardized according to age, sex, and prior history of a vascular event
[4] CL = Confidence Limit

Confidential - Subject To Protective Order

MRK-ABY0094231

**Table 5.3:**  **Rates of MI/ACS [1] During Current Use of COX-2s and Other NANSAIDs**
Includes Overlap Periods of Multiple NSAID Use
United Healthcare, 1999-2001

| | Events | PY | IR [*] | Adjusted IR [3] | Lower 95% CL [4] | Upper 95% CL [4] |
|---|---|---|---|---|---|---|
| Rofecoxib | 124 | 13,889 | 8.06 | 8.80 | 7.24 | 10.35 |
| Celecoxib | 139 | 19,094 | 7.28 | 6.74 | 5.61 | 7.87 |
| Diclofenac | 81 | 10,509 | 7.71 | 7.39 | 5.78 | 8.99 |
| Ibuprofen | 85 | 14,080 | 6.04 | 6.51 | 5.12 | 7.91 |
| Naproxen | 175 | 23,457 | 7.46 | 7.68 | 6.55 | 8.82 |
| Ibu or Diclo | 176 | 25,305 | 6.96 | 7.17 | 6.12 | 8.23 |
| Multiple NANSAIDs | 14 | 1,110 | 12.61 | 12.31 | 6.08 | 18.54 |

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or on or National Death Index.
[3] IR = Incidence rate per 1,000 person - years
[3] Standardized according to age, sex, and prior history of a vascular event
[4] CL = Confidence Limit

Confidential - Subject To Protective
Order

MRK-ABY0094232

M00667955

**Table 5.4:**  **Rates of MI Claims Events [1] During Current Use of COX-2s and Other NANSAIDs**
Includes Overlap Periods of Multiple NSAID Use
United Healthcare, 1999-2001

| | Events | PY | IR [4] | Adjusted IR [3] | Lower 95% CL [4] | Upper 95% CL [4] |
|---|---|---|---|---|---|---|
| Rofecoxib | 69 | 13,713 | 5.03 | 4.85 | 3.70 | 6.00 |
| Celecoxib | 87 | 19,128 | 4.55 | 4.19 | 3.30 | 5.09 |
| Diclofenac | 49 | 10,526 | 4.66 | 4.44 | 3.19 | 5.68 |
| Ibuprofen | 58 | 14,088 | 4.12 | 4.49 | 3.32 | 5.66 |
| Naproxen | 110 | 23,477 | 4.69 | 4.80 | 3.90 | 5.70 |
| Ibu or Diclo | 117 | 25,331 | 4.62 | 4.77 | 3.91 | 5.63 |
| Multiple NANSAIDs | 14 | 1,110 | 12.61 | 12.16 | 8.09 | 18.23 |

[1] Secondary endpoint comprised of MI or death from coronary heart disease. Identified through claims data or National Death Index
[2] IR = Incidence rate per 1,000 person - years
[3] Standardized according to age, sex, and prior history of a vascular event
[4] CL = Confidence Limit

Confidential - Subject To Protective Order

MRK-ABY0094233

M00BE67956

**Table 6.1:**     Rates and Relative Risk of Confirmed MI/ACS [1] associated with NANSAID Use
United Healthcare, 1999-2001

| | Events | Person-time | Crude Incidence Rate | Adjusted RR Rate | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| Current [2] | 178 | 28,315 | 6.35 | 1.00 [REF] | | |
| Recent | 227 | 40,277 | 5.63 | 1.00 | 0.83 | 1.20 |
| **Rofecoxib** | | | | | | |
| Current | 125 | 14,118 | 9.07 | 1.25 | 1.09 | 1.59 |
| Recent | 73 | 10,387 | 7.06 | 1.15 | 0.89 | 1.50 |
| **Celecoxib** | | | | | | |
| Current | 145 | 19,835 | 7.36 | 1.03 | 0.83 | 1.27 |
| Recent | 82 | 15,574 | 6.04 | 0.91 | 0.70 | 1.17 |
| **Naproxen** | | | | | | |
| Current | 179 | 23,997 | 7.46 | 1.14 | 0.93 | 1.39 |
| Recent | 182 | 38,113 | 4.78 | 0.86 | 0.70 | 1.04 |
| **Age** | | | | | | |
| 40-44 | 100 | 42,105 | 2.38 | 0.43 | 0.34 | 0.55 |
| 45-49 | 171 | 41,853 | 4.09 | 0.68 | 0.56 | 0.82 |
| 50-54 | 262 | 41,361 | 6.63 | 1.00 [REF] | | |
| 55-59 | 318 | 32,293 | 9.79 | 1.24 | 1.06 | 1.45 |
| 60 + | 256 | 19,613 | 13.05 | 1.45 | 1.22 | 1.72 |
| **Gender** | | | | | | |
| Male | 763 | 71,256 | 10.71 | 2.90 | 2.26 | 3.02 |
| Female | 362 | 105,963 | 3.42 | 1.00 [REF] | | |
| **Calendar Year** | | | | | | |
| 1999 | 646 | 100,227 | 6.47 | 1.02 | 0.89 | 1.16 |
| 2000 | 384 | 89,925 | 6.41 | 1.00 [REF] | | |
| 2001 | 93 | 17,073 | 6.46 | 0.87 | 0.70 | 1.10 |
| **Presence of Comorbid Conditions** | | | | | | |
| Prior cardiac history | 269 | 10,852 | 23.87 | 1.78 | 1.49 | 2.13 |
| Stroke | 11 | 711 | 18.48 | 1.05 | 0.56 | 1.97 |
| TIA | 9 | 708 | 12.70 | 0.83 | 0.42 | 1.58 |
| PAD | 34 | 1,324 | 27.70 | 1.56 | 1.18 | 2.37 |
| Diabetes | 270 | 15,448 | 17.46 | 1.92 | 1.64 | 2.22 |
| Hypertension | 474 | 43,377 | 10.49 | 1.20 | 1.04 | 1.40 |
| Hyperlipidemia | 351 | 31,373 | 10.17 | 1.25 | 1.08 | 1.49 |
| Rheumatoid Arthritis | 35 | 4,212 | 8.55 | 1.38 | 0.99 | 1.94 |
| **Cardiovascular Comedications** | | | | | | |
| Anticoagulants (inc. Heparin) | 27 | 2,018 | 13.30 | 0.84 | 0.56 | 1.25 |
| Antihyperlipidemics (inc. statins) | 330 | 24,256 | 13.60 | 0.86 | 0.73 | 1.00 |
| Diuretics (oral) | 207 | 25,158 | 8.23 | 0.66 | 0.74 | 1.03 |
| ACE-Inhibitors | 377 | 22,587 | 12.27 | 1.15 | 0.99 | 1.34 |
| Antiarrhythmics | 12 | 609 | 19.71 | 1.06 | 0.58 | 1.93 |
| Antiplatelet drugs | 36 | 872 | 32.20 | 1.23 | 0.83 | 1.81 |
| Beta-blockers | 238 | 16,988 | 14.00 | 1.38 | 1.17 | 1.52 |
| Calcium channel blockers | 258 | 19,037 | 13.58 | 1.27 | 1.09 | 1.48 |
| Nitrates | 140 | 3,195 | 43.80 | 2.30 | 1.80 | 2.97 |
| Estrogens | 172 | 40,406 | 4.26 | 0.67 | 0.72 | 1.05 |
| Angiotensin receptor antagonist | 47 | 4,222 | 11.11 | 0.90 | 0.73 | 1.32 |
| Digoxin | 30 | 1,275 | 21.80 | 0.35 | 0.84 | 1.41 |
| Oral steroids | 171 | 26,283 | 6.51 | 1.00 | 0.45 | 1.16 |

All variables shown in table indicated in multivariate Poisson regression model
[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
[2] Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or diclofenac use.

Confidential - Subject To Protective Order

MRK-ABY0094234

M00E667957

**Table 6.2:**   Rates and Relative Risk of MI Claims Events [1] associated with NSAID use
United Healthcare, 1999-2001

| | Events | Person-Years | Crude Rate per 1000 PY | Adjusted Rate Ratio | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Rofecoxib/Diclofenac** | | | | | | |
| Current [?] | 117 | 23,341 | 4.93 | 1.00 [REF] | 0.88 | 1.10 |
| Recent | 128 | 40,408 | 3.17 | 0.67 | 0.88 | 1.10 |
| **Rofecoxib** | | | | | | |
| Current | 74 | 14,142.00 | 5.23 | 1.30 | 1.00 | 1.09 |
| Recent | 45 | 10,322.00 | 4.36 | 1.11 | 0.89 | 1.82 |
| **Celecoxib** | | | | | | |
| Current | 92 | 19,856 | 4.88 | 1.00 | 0.86 | 1.37 |
| Recent | 43 | 13,556 | 3.18 | 0.79 | 0.65 | 1.09 |
| **Naproxen** | | | | | | |
| Current | 114 | 24,016 | 4.75 | 1.22 | 0.97 | 1.52 |
| Recent | 107 | 36,137 | 2.81 | 0.84 | 0.67 | 1.03 |
| **Age** | | | | | | |
| 40-44 | 69 | 42,140 | 1.64 | 0.48 | 0.33 | 0.62 |
| 45-49 | 95 | 41,680 | 2.27 | 0.72 | 0.58 | 0.93 |
| 50-54 | 164 | 41,258 | 3.98 | 1.00 [REF] | | |
| 55-59 | 188 | 37,147 | 5.64 | 1.25 | 1.00 | 1.53 |
| 60+ | 162 | 19,668 | 8.24 | 1.37 | 1.11 | 1.70 |
| **Gender** | | | | | | |
| Male | 440 | 71,364 | 8.15 | 2.58 | 2.14 | 3.11 |
| Female | 239 | 106,097 | 2.25 | 1.30 [REF] | | |
| **Calendar Year** | | | | | | |
| 1999.00 | 348 | 100,342 | 2.97 | 1.14 | 0.97 | 1.35 |
| 2000.00 | 249 | 59,573 | 3.93 | 1.00 [REF] | | |
| 2001.00 | 83 | 17,877 | 3.89 | 0.57 | 0.41 | 1.10 |
| **Presence of Comorbid Conditions** | | | | | | |
| Prior cardiac history | 123 | 10,915 | 11.27 | 1.84 | 1.90 | 2.40 |
| Stroke | 10 | 716 | 14.02 | 1.03 | 0.61 | 2.03 |
| TIA | 6 | 716 | 1.40 | 0.72 | 0.33 | 1.57 |
| PAD | 22 | 1,220 | 17.92 | 1.53 | 1.02 | 2.20 |
| Diabetes | 184 | 19,503 | 9.93 | 1.98 | 1.84 | 2.33 |
| Hypertension | 283 | 43,945 | 6.44 | 1.45 | 1.21 | 1.73 |
| Hyperlipidemia | 358 | 34,437 | 5.34 | 1.18 | 0.97 | 1.44 |
| Rheumatoid Arthritis | 20 | 4,219 | 4.74 | 1.64 | 1.08 | 2.23 |
| **Cardiovascular Comedications** | | | | | | |
| Anticoagulants (incl. Heparin) | 20 | 2,022 | 9.89 | 0.34 | 0.60 | 1.45 |
| Antiplatelets (excl. ASA) | 6 | 611 | 9.82 | 0.90 | 0.78 | 1.23 |
| Diuretics (oral) | 141 | 25,953 | 5.80 | 0.84 | 0.73 | 1.27 |
| ACE-inhibitors | 155 | 22,619 | 6.85 | 1.16 | 0.92 | 1.30 |
| Antiarrythmics | 8 | 611 | 9.82 | 1.27 | 0.66 | 2.40 |
| Antiplatelet drugs | 15 | 940 | 15.11 | 1.36 | 0.65 | 2.10 |
| Beta-blockers | 132 | 18,932 | 7.90 | 1.36 | 1.15 | 1.87 |
| Calcium channel blockers | 142 | 11,985 | 7.53 | 1.16 | 0.96 | 1.38 |
| Nitrates | 90 | 2,228 | 18.50 | 2.27 | 1.77 | 2.90 |
| Estrogens | 108 | 43,439 | 2.63 | 0.94 | 0.75 | 1.11 |
| Angiotensin receptor antagonist | 37 | 4,240 | 8.73 | 1.22 | 0.73 | 1.44 |
| Digoxin | 25 | 1,378 | 18.13 | 0.78 | 0.48 | 1.26 |
| Oral steroids | 108 | 26,296 | 4.11 | 1.04 | 0.88 | 1.25 |

All variables shown in table included in multivariate Poisson regression model.
[2] Secondary endpoint comprised of MI or death from coronary heart disease, identified through claims data or National Death Index.
[3] Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or diclofenac use.

Inganix Epidemiology   page 39   February 16, 2004

Confidential - Subject To Protective Order

MRK-ABY0094235

M00607958

**Table 7.1:**  Rates and Rate Ratios of Confirmed MI/ACS [1] associated with
Days of Medication Use During Periods of New, Continuous Use of COX-2s
and Other NANSAIDs
United Healthcare, 1999-2001

| | Events | Person-Years | Rate per 1000 py | Adjusted Rate Ratio [2] | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| 0-30 [3] | 69 | 11,595 | 5 71 | 1.00 [REF] | - | - |
| 31-60 | 35 | 7,751 | 4 51 | 0.78 | 0.51 | 1.17 |
| 61-90 | 15 | 3,319 | 4.52 | 0.74 | 0.42 | 1.29 |
| 91+ | 36 | 5,908 | 6.10 | 0.89 | 0.59 | 1.34 |
| **Rofecoxib** | | | | | | |
| 0-30 | 31 | 3,374 | 9.19 | 1 51 | 0.98 | 2 34 |
| 31-60 | 17 | 2,724 | 6.24 | 1.01 | 0.59 | 1 73 |
| 61-90 | 14 | 1,487 | 9.42 | 1.44 | 0.80 | 2.57 |
| 91+ | 30 | 3,875 | 7.74 | 1.08 | 0.69 | 1.65 |
| **Celecoxib** | | | | | | |
| 0-30 | 35 | 4,158 | 6.42 | 1.21 | 0.80 | 1.84 |
| 31-60 | 24 | 3,602 | 6.68 | 0.95 | 0.59 | 1.52 |
| 61-90 | 13 | 2,214 | 5.87 | 0.80 | 0.44 | 1.45 |
| 91+ | 42 | 7,369 | 5.60 | 0.73 | 0.49 | 1.08 |
| **Naproxen** | | | | | | |
| 0-30 | 69 | 12,124 | 5.69 | 1.01 | 0.72 | 1.42 |
| 31-60 | 32 | 8,993 | 3.56 | 0.62 | 0 40 | 0.94 |
| 61-90 | 14 | 3,628 | 3.86 | 0.62 | 0 35 | 1.11 |
| 91+ | 34 | 5,470 | 6 21 | 0.83 | 0 54 | 1.26 |

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
[2] Compared with use of ibuprofen or diclofenac (0-30 days), and adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions and CV complication of use.
[3] Reference group for all categories of days of rofecoxib, celecoxib and naproxen use  and ibuprofen or diclofenac use of 31 days or more.

Confidential - Subject To Protective
Order

MRK-ABY0094236

M005E679559

**Table 7.2:** Rates and Rate Ratios of MI Claims Events [1] associated with Days of Medication Use During Periods of New, Continuous Use of COX-2s and Other NANSAIDs
United Healthcare, 1999-2001

| | Events | Person-Years | Rate per 1000 P-Y | Adjusted Rate Ratio [2] | Lower 95% CI | Upper 95% CI |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| 0-30 [3] | 43 | 11565 | 3.72 | 1.00 [REF] | - | - |
| 31-60 | 22 | 7763 | 2.83 | 0.74 | 0.44 | 1.24 |
| 61-90 | 5 | 3320 | 1.51 | 0.38 | 0.15 | 0.95 |
| 91+ | 21 | 5916 | 3.55 | 0.79 | 0.47 | 1.34 |
| **Rofecoxib** | | | | | | |
| 0-30 | 21 | 3,374 | 6.22 | 1.86 | 1.14 | 3.04 |
| 31-60 | 11 | 2,726 | 4.04 | 1.20 | 0.63 | 2.26 |
| 61-90 | 10 | 1,488 | 6.72 | 1.90 | 0.96 | 3.89 |
| 91+ | 16 | 3,882 | 4.12 | 1.10 | 0.64 | 1.88 |
| **Celecoxib** | | | | | | |
| 0-30 | 22 | 4,159 | 5.29 | 1.43 | 0.89 | 2.28 |
| 31-60 | 10 | 3,604 | 2.77 | 0.74 | 0.39 | 1.44 |
| 61-90 | 15 | 2,216 | 6.77 | 1.77 | 1.02 | 3.06 |
| 91+ | 31 | 7,401 | 4.19 | 1.05 | 0.69 | 1.59 |
| **Naproxen** | | | | | | |
| 0-30 | 39 | 12,126 | 3.22 | 1.08 | 0.74 | 1.57 |
| 31-60 | 22 | 8,996 | 2.45 | 0.81 | 0.51 | 1.28 |
| 61-90 | 5 | 3,629 | 1.38 | 0.43 | 0.17 | 1.05 |
| 91+ | 27 | 5,476 | 4.93 | 1.29 | 0.84 | 1.99 |

[1] Secondary endpoint comprised of MI or death from coronary heart disease, identified through claims data or National Death index.
[2] Compared with use of ibuprofen or diclofenac (0-30 days), and adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions and CV comedication use.
[3] Reference group for all categories of days of rofecoxib, celecoxib and naproxen use, and ibuprofen or diclofenac use of 31 days or more.

Confidential - Subject To Protective Order

MRK-ABY0094237

M006E67960

**Table 8.1:** **Rates and Relative Risk of Confirmed MI/ACS [1] associated with NANSAID use**
Restricted to patients with at least 6 months of continuous baseline enrollment [2]

| | Events | Person-Years | Crude Rate per 1000 PY | Adjusted Rate Ratio | Lower 95% CL | Upper 95% CL |
|---|---|---|---|---|---|---|
| **Ibuprofen/Diclofenac** | | | | | | |
| Current [3] | 117 | 17,794 | 6.56 | 1.00 [REF] | - | - |
| Recent | 151 | 30,136 | 5.01 | 0.86 | 0.77 | 1.21 |
| **Rofecoxib** | | | | | | |
| Current | 94 | 9,447 | 9.86 | 1.39 | 1.06 | 1.83 |
| Recent | 39 | 7,190 | 5.42 | 0.96 | 0.67 | 1.38 |
| **Celecoxib** | | | | | | |
| Current | 91 | 13,344 | 6.87 | 0.97 | 0.75 | 1.26 |
| Recent | 53 | 9,478 | 5.59 | 0.87 | 0.64 | 1.19 |
| **Naproxen** | | | | | | |
| Current | 131 | 17,448 | 7.43 | 1.22 | 0.96 | 1.54 |
| Recent | 130 | 28,987 | 4.45 | 0.88 | 0.69 | 1.11 |
| **Age** | | | | | | |
| 40-44 | 65 | 30,575 | 2.13 | 0.46 | 0.35 | 0.62 |
| 45-49 | 117 | 30,978 | 3.86 | 0.73 | 0.56 | 0.93 |
| 50-54 | 184 | 29,929 | 6.21 | 1 | 1 | 1 |
| 55-59 | 215 | 23,006 | 9.32 | 1.25 | 1.03 | 1.53 |
| 60+ | 170 | 14,154 | 12.01 | 1.37 | 1.11 | 1.7 |
| **Gender** | | | | | | |
| Male | 513 | 52,315 | 9.75 | 2.58 | 2.14 | 3.11 |
| Female | 243 | 75,888 | 3.2 | 1 | 1 | 1 |
| **Calendar Year** | | | | | | |
| 1999.00 | 478 | 78,305 | 6.21 | 1.14 | 0.97 | 1.35 |
| 2000.00 | 214 | 38,521 | 5.56 | 1 | 1.00 | 1.00 |
| 2001.00 | 51 | 10,912 | 4.67 | 0.67 | 0.64 | 1.18 |
| **Presence of Comorbid Conditions** | | | | | | |
| Prior cardiac history | 216 | 9,507 | 22.35 | 1.06 | 1.8 | 2.4 |
| Stroke | 9 | 544 | 13.95 | 1.03 | 0.91 | 2.05 |
| TIA | 7 | 834 | 10.71 | 0.72 | 0.33 | 1.57 |
| PAD | 26 | 1,093 | 23.74 | 1.53 | 1.02 | 2.29 |
| Diabetes | 197 | 11,844 | 16.63 | 1.98 | 1.64 | 2.33 |
| Hypertension | 401 | 37,752 | 10.62 | 1.45 | 1.21 | 1.73 |
| Hyperlipidemia | 277 | 27,634 | 8.92 | 0.93 | 0.81 | 1.18 |
| Rheumatoid Arthritis | 30 | 3,364 | 8.92 | 1.54 | 1.06 | 2.23 |
| **Cardiovascular Comedications** | | | | | | |
| Anticoagulants (inc. Heparin) | 22 | 1,660 | 13.25 | 0.61 | 0.9 | 1.48 |
| Antihyperlipidemics (inc a. | 241 | 19,006 | 12.66 | 1.18 | 0.97 | 1.44 |
| Diuretics (oral) | 160 | 20,186 | 7.93 | 0.88 | 0.73 | 1.07 |
| ACE-inhibitors | 206 | 17,874 | 11.72 | 1.1 | 0.92 | 1.33 |
| Antiarrythmics | 11 | 504 | 21.82 | 1.37 | 0.68 | 2.4 |
| Antiplatelet drugs | 24 | 164 | 31.40 | 1.35 | 0.88 | 2.1 |
| Beta-blockers | 162 | 13,263 | 13.72 | 1.39 | 1.15 | 1.67 |
| Calcium channel blockers | 186 | 14,736 | 12.62 | 1.16 | 0.95 | 1.39 |
| Nitrates | 108 | 2,658 | 40.63 | 2.27 | 1.77 | 2.9 |
| Estrogens | 131 | 31,734 | 4.13 | 0.94 | 0.75 | 1.18 |
| Angiotensin receptor antag | 37 | 3,265 | 11.33 | 0.97 | 0.73 | 1.44 |
| Digoxin | 20 | 1,073 | 18.63 | 0.78 | 0.48 | 1.26 |
| Oral steroids | 143 | 23,515 | 6.08 | 1.04 | 0.88 | 1.25 |

All variables shown in table included in multivariate Poisson regression model.

[1] Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.

[2] 311,377 patients of a total study cohort of 452,584 had at least 6 months prior enrollment in UnitedHealthcare.

[3] Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or diclofenac use.

Ingenix Epidemiology                     page 42                     February 18, 2004

Confidential - Subject To Protective Order

MRK-ABY0094238

M006657961