UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No.  1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 2:05-CV-04379 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| **ROBERT G. SMITH**, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **MERCK & CO., INC.**, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion And Incorporated Memorandum For Leave To File Sur-Reply Of Merck In Opposition To Plaintiff's Motion To Deem Answers to Plaintiff's Requests For Admissions Admitted filed by Merck & Co., Inc.,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Sur-Reply in Opposition to Motion to Deem Answers to Plaintiff's Requests for Admissions Admitted.

NEW ORLEANS, LOUISIANA, this 3rd day of September, 2006

_____
DISTRICT JUDGE

826749v.1