# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **VIOXX PRODUCT LIABILITY LITIGATION** | **MDL NO. 1657** |
| | **SECTION L** |
| **This document relates to:** | **JUDGE FALLON** |
| **VIRGINA ADCOCK, Individually and Executrix of Estate of EDWARD ADCOCK, Deceased** | **ORDER** |
| **Case No.:  2:05 CV 5753** | |

---

Having reviewed Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, and finding good cause therefore, it is hereby ordered that Plaintiff's Motion for Leave to file an Amended Complaint is hereby granted.  The correct case caption is: *Edward Adcock, Individually and as Administrator of the Estate of Virginia Adcock.*

**IT IS SO ORDERED.**       9/3/06

_____
HONORABLE JUDGE FALLON