IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | MDL Docket No. 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |
| | § | Section L |
| | | |
| | | CAUSE NO. 2:05-CV-00493-EEF-DEK |
| | | |
| McFarland, et al. v. Merck & Co., et al. | § | |
| _____ | § | Judge Fallon |
| | § | Mag. Judge Knowles |
| **(This document relates to all cases)** | § | |

### ORDER

THIS DAY, THIS CAUSE came on Plaintiff Sharon Johnson's Motion to Withdraw as Counsel of Record and the Court having reviewed said motion does hereby order as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Charles E. Gibson III and the Gibson Law Firm, PLLC, are hereby allowed to withdraw as counsel of record on the following terms and conditions:

1. Plaintiffs' Counsel shall forward to Counsel for the Defendants a copy of the Order allowing withdrawal; and

2. If an Entry of Appearance is not made by new counsel in this cause on behalf of Plaintiff Sharon Johnson or if Plaintiff Sharon Johnson has not notified the court that she intends to proceed pro se within sixty (60) days, Plaintiff's cause shall hereby be dismissed without prejudice, and without further notice.

SO ORDERED this the ___3rd___ day of ___September___, 2006.

_____
JUDGE

1

SUBMITTED BY:

_____
CHARLES E. GIBSON III, MB# 4821
GIGI GIBSON, MB# 100540
EDWARD GIBSON, MB# 100640
The Gibson Law Firm
447 Northpark Drive
Post Office Box 6005
Ridgeland, Mississippi 39158-6005