IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | Section L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | Judge Fallon |
| ROBERT G. SMITH v. | § | Mag. Judge Knowles |
| MERCK & CO., INC. | § | |
| No. 2:05-CV-04379 | § | |
| | § | |

**SUPPLEMENTAL RESPONSES AND OBJECTIONS OF MERCK & CO., INC. TO PLAINTIFF ROBERT G. SMITH'S FIRST SET OF INTERROGATORIES**

Merck & Co., Inc. ("Merck"), by and through its attorneys, hereby provides the following Supplemental Responses to Plaintiff Robert G. Smith's First Set of Interrogatories:

**INTERROGATORY NO. 3:**

**Describe in detail what Merck contends caused Plaintiff's heart attack.**

**RESPONSE TO INTERROGATORY NO. 3:**

Subject to and without waiving the specific and General Objections asserted in its initial response to this Interrogatory, Merck states that this Interrogatory has been the subject of ongoing, good faith discussions among counsel and provides this supplemental response in accordance with those discussions.

By way of further response, Merck contends that Mr. Smith's cardiovascular risk factors and Mr. Smith's natural progression of coronary artery disease and atherosclerosis caused his heart attack in February of 2003. Further, Mr. Smith's physical exertion likely contributed to the timing of Mr. Smith's heart attack. Moreover, Merck contends that the totality of the scientific and medical literature excludes Mr. Smith's short term use of Vioxx as a cause or contributing factor to his heart attack. Merck further refers Plaintiff's attention to Mr. Smith's medical

- 2 -

records, the testimony of Mr. Smith's doctors, as well as the reports and deposition testimony of Merck's retained expert witnesses.

**INTERROGATORY NO. 4:**

**Describe in detail what Merck contends caused Plaintiff's plaque to rupture.**

**RESPONSE TO INTERROGATORY NO. 4:**

Subject to and without waiving the specific and General Objections asserted in its initial response to this Interrogatory, Merck respectfully refers Plaintiff to Merck's Response to Interrogatory No. 3, *supra.*

**INTERROGATORY NO. 5:**

**Describe in detail the basis of Merck's contention that Plaintiff's use of Vioxx did not to any degree cause or contribute to cause Plaintiff's heart attack.**

**RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiving the specific and General Objections asserted in its initial response to this Interrogatory, Merck respectfully refers Plaintiff to Merck's Response to Interrogatory No. 3, *supra.*

- 3 -

Defendant Merck & Co., Inc. hereby reserves its right to amend and/or supplement these responses.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:  504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Supplemental Responses and Objections of Merck & Co., Inc. to Plaintiff Robert G. Smith's First Set of Interrogatories has been served on Liaison Counsel, Russ Herman and Phillip Wittmann by U.S. Mail and e-mail, upon plaintiff's counsel Grant Kaiser and Drew Ranier by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, on this 5th day of September, 2006.

*/s/ Dorothy H. Wimberly*