IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | Section L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | Judge Fallon |
| ROBERT G. SMITH v. | § | Mag. Judge Knowles |
| MERCK & CO., INC. | § | |
| No. 2:05-CV-04379 | § | |
| | § | |

## CORPORATE VERIFICATION

I, Robert Silverman, M.D., Ph.D., being first duly sworn state that I am the Executive Director, Worldwide Regulatory Affairs, Merck & Co, Inc.; that I am authorized to, and hereby, verify the foregoing Merck & Co., Inc.'s Supplemental Responses and Objections of Defendant Merck & Co., Inc. to Plaintiff's First set of Interrogatories to Defendant Merck & Co., Inc. ("Responses") for and on behalf of Merck; that not all of the matters stated therein are within my personal knowledge; that the facts stated therein have been assembled by authorized agents and counsel of Merck & Co., Inc.; and that I am informed that the facts stated therein are true and correct.

_____
Robert Silverman, M.D., Ph.D.

Subscribed to and sworn to before me, a Notary Public, this ___ day of September, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PENNY L. MARRIOTT, Notary Public
Whitpain Twp., Montgomery County
My Commission Expires November 29, 2007