UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCT LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| This document relates to: | JUDGE FALLON |
| EDWARD ADCOCK, Individually and As EXECUTOR of the ESTATE OF VIRGINIA ADCOCK, Deceased, et al. | NOTICE OF CHANGE OF FIRM NAME |
| Case No.: 2:05 CV 5733 | |

Plaintiff Counsel in this matter, attorneys Janet G. Abaray and Melanie S. Bailey, formerly of Lopez, Hodes, Restaino, Milman & Skikos, hereby give notice that the name of their law firm has changed, effective **September 1, 2006.** The Cincinnati office of Lopez, Hodes, Restaino, Milman & Skikos is now the Cincinnati office of Burg Simpson Eldredge Hersh Jardine, PC.

Therefore, the law firm of **Lopez, Hodes, Restaino, Milman & Skikos** is hereby **WITHDRAWN** as counsel of record in this matter.

The law firm of **Burg Simpson Eldredge Hersh Jardine, PC** is **SUBSTITUTED** as counsel of record for plaintiffs.

Attorneys Janet G. Abaray and Melanie S. Bailey will continue as counsel for plaintiffs in this matter under their new firm name. The new contact information for Plaintiffs' Counsel is as follows:

| | |
|---|---|
| Janet G. Abaray<br>**Burg Simpson**<br>**Eldredge Hersh Jardine, PC**<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH  45202<br>513-852-5600 (phone)<br>513-852-5611 (fax)<br>jabaray@burgsimpson.com | Melanie S. Bailey<br>**Burg Simpson**<br>**Eldredge Hersh Jardine, PC**<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH  45202<br>513-852-5600 (phone)<br>513-852-5611 (fax)<br>mbailey@burgsimpson.com |

1

Dated:  September 5, 2006

                                                /s/ *Melanie S. Bailey*
Melanie S. Bailey (#86679)
Janet G. Abaray
Burg Simpson Eldredge Hersh
& Jardine, P.C.
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
513-852-5600
513-852-5611 (fax)
*Attorney for Plaintiff Edward Adcock, Individually and as Administrator of the Estate of Virginia Adcock*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Leave to File Amended Complaint has been served on Liaison Counsel, Russ Herman and Phillip Wittman, as well as Defendants' Counsel Susan Pope, Frost Brown Todd, LLC, 250 West Main St., Suite 2700, Lexington, KY 40507-1749, and Winston E. Miller, Frost Brown Todd, LLC, 400 West Market St., 32nd Floor, Louisville, KY 40202, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of September, 2006.

                                                /s/ *Melanie S. Bailey*
Melanie S. Bailey

2