UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins et al. v. Merck & Co., Inc.*, **No. 05-4054 (Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid Only)**

### STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims and the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid agree that, in the event he or she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid further agree that in the event he or she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United

States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid agree to the above-stated conditions and wish to dismiss his or her claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiffs' counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: __8-31-06__, 2006

Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO #24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton    MO # 31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

Kirk Goza    MO #32475
Brad Honnold    MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (816) 512-2172

3

                    Grant L. Davis          MO #34799
                    Shawn Foster           MO #47663
                    Davis Bethune & Jones, LLC
                    1100 Main Street, Suite 2930
                    P.O. Box 26250
                    Kansas City, MO 64196
                    (816) 421-1600
                    Fax (816) 472-5972

                    Wayne S. Spivey      Atty ID #31017
                    Shrager, Spivey & Sachs
                    Two Commerce Square, 32nd Floor
                    Philadelphia, PA 19103
                    (800) 568-5868
                    Fax (215) 568-7495

                    Attorneys for Plaintiffs John Kovacs, Opal McLemore,
                    and W.S. Norrid

Dated: **Sept. 5**, 2006      /s/ Richard C. Stanley
                    Richard C. Stanley, 8487
                    Bryan C. Reuter, 23910
                    Thomas P. Owen, Jr., 28181
                         Of
                    STANLEY, FLANAGAN & REUTER, L.L.C.
                    909 Poydras Street, Suite 2500
                    New Orleans, LA 70112
                    Telephone: (504) 523-1580
                    Telecopier: (504) 524-0069

                    Phillip A. Wittmann, 13625
                    Dorothy H. Wimberly, 18509
                    Carmelite M. Bertaut, 3054
                         Of
                    STONE PIGMAN WALTHER WITTMANN, L.L.C.
                    546 Carondelet Street
                    New Orleans, LA 70130
                    Telephone: (504) 581-3200
                    Telecopier: (504) 581-3361

                    Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 5th day of September, 2006.

_____