IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-CV-04379<br><br>**ROBERT G. SMITH,**<br><br>            Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>            Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**MERCK'S NOTICE OF FILING<br>UPDATED TRANSCRIPTS FOR<br>DR. TOPOL, DR. AVORN AND DR. GREFER** |

TO:   Drew Ranier
      Ranier Gayle & Elliot L.L.C.
      1419 Ryan St.
      P.O. Box 1890
      Lake Charles, LA  70602-1890

      Steve Kherkher
      Williams Bailey
      8441 Gulf Freeway, Suite 600
      Houston, TX 77017-5051

      Grant Kaiser
      The Kaiser Firm LLP
      8441 Gulf Freeway
      Houston, TX  77017-5051

    Merck hereby files updated transcripts for Dr. Topol (Ex. A), Dr. Avorn (Ex. B) and

Dr. Grefer (Ex. C) that Merck would like to discuss during today's hearing.

827527v.1

Dated:  September 6, 2006                                     Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Andrew Goldman
Carrie A. Jablonski
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:      312-494-4440

Richard B. Goetz
Ashley A. Harrington
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:      213-430-6407

And

Douglas R. Marvin
Robert A. Van Kirk
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:      202-434-5029

Attorneys for Merck & Co., Inc.

827527v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Merck's Notice of Filing Updated Transcripts for Dr. Topol, Dr. Avorn and Dr. Grefer has been served on Liaison Counsel, Russ Herman and Phil Wittman by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of September, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel