**Smith v. Merck & Co., Inc.**
**Deposition Designations for Eric Topol**

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

| 1 | 25:11 - 25:13 | Topol, Eric 2005-11-22 | 00:00:05 |
|---|---|---|---|
| | 25: 11 | Q: Dr. Topol, good morning. | |
| | 25: 12 | Nice to meet you, sir. | |
| | 25: 13 | A: Good morning. | |

| 2 | 26:6 - 29:2 | Topol, Eric 2005-11-22 | 00:02:02 |
|---|---|---|---|

| | 26: 6 | I want to review very |
| | 26: 7 | briefly the highlights of your |
| | 26: 8 | background. |
| | 26: 9 | You have a curriculum vitae. |
| | 26: 10 | I'm marking it as Exhibit 1 for this |
| | 26: 11 | deposition. |
| | 26: 12 | - - - |
| | 26: 13 | (Whereupon, Deposition |
| | 26: 14 | Exhibit Topol-1, Curriculum Vitae |
| | 26: 15 | Eric Jeffrey Topol, M.D., TOPOLE |
| | 26: 16 | 0000001 - TOPOLE 0000127, was |
| | 26: 17 | marked for |
| | 26: 18 | identification.) |
| | 26: 19 | - - - |
| | 26: 20 | BY MR. KLINE: |
| | 26: 21 | Q: The version that I have is |
| | 26: 22 | what I understand to be an abridged |
| | 26: 23 | version of 127 pages. Suffice it to say, |
| | 26: 24 | you have a very substantial curriculum |
| | 27: 1 | vitae outlining your background and |
| | 27: 2 | experience; correct? |
| | 27: 3 | A: Yes. |
| | 27: 4 | Q: You are -- what is your |
| | 27: 5 | current position, sir? |
| | 27: 6 | A: I'm Provost of the Cleveland |
| | 27: 7 | Clinic Lerner College of Medicine, Chief |
| | 27: 8 | Academic Officer of the Cleveland Clinic, |
| | 27: 9 | and also the chairman of the Department |
| | 27: 10 | of Cardiovascular Medicine of the |
| | 27: 11 | Cleveland Clinic. |
| | 27: 12 | Q: Take them one at a time. |
| | 27: 13 | Identify each one of those positions, and |
| | 27: 14 | tell me very briefly what they entail. |
| | 27: 15 | A: The Provost of the medical |
| | 27: 16 | college is providing the oversight of |
| | 27: 17 | this college of medicine, which had its |
| | 27: 18 | beginning just three years ago, and it's |
| | 27: 19 | part of Case Western Reserve University. |
| | 27: 20 | The chief academic officer |
| | 27: 21 | responsibility is responsible for all |
| | 27: 22 | research and education here at this |
| | 27: 23 | academic medical center, and I've been |
| | 27: 24 | chairman of the department of |
| | 28: 1 | cardiovascular medicine since 1991, and |
| | 28: 2 | this is a large department, one of the |
| | 28: 3 | largest departments in cardiovascular |
| | 28: 4 | medicine in the country. |
| | 28: 5 | Q: My understanding, sir, that |
| | 28: 6 | this -- and you are a cardiologist; is |
| | 28: 7 | that correct? |
| | 28: 8 | A: That's right. |
| | 28: 9 | Q: Trained as a cardiologist; |
| | 28: 10 | correct? |
| | 28: 11 | A: That's exactly right. |
| | 28: 12 | Q: You did your undergraduate |
| | 28: 13 | degree at the University of Virginia, |
| | 28: 14 | your medical school at the University of |
| | 28: 15 | Rochester, a residency at the University |

|   | 28: 16 |   |   | of California, San Francisco, a |
|---|--------|---|---|---------------------------------|

28: 16    of California, San Francisco, a
28: 17    fellowship at Johns Hopkins in
28: 18    cardiology, and then you became Board
28: 19    Certified in internal medicine and in
28: 20    cardiology. All correct?
28: 21    A:  That's all correct.
28: 22    Q:  And then you practiced
28: 23    medicine and eventually worked yourself
28: 24    up to become the top person in the
29: 1     department of cardiovascular medicine at
29: 2     the Cleveland Clinic; correct?

3    **29:5  -  31:20**    Topol, Eric 2005-11-22    00:02:04
29: 5     THE WITNESS:  That's
29: 6     correct, yes. As of 1991, I came
29: 7     to Cleveland Clinic.
29: 8     BY MR. KLINE:
29: 9     Q:  And when did you become
29: 10    chairman of the department of
29: 11    cardiovascular medicine?
29: 12    A:  On my arrival.
29: 13    Q:  Oh, right on your arrival?
29: 14    A:  Yes. That was why I was
29: 15    recruited here.
29: 16    Q:  Where were you previously?
29: 17    A:  University of Michigan,
29: 18    where I directed the cardiocatherization
29: 19    laboratory, and I was a professor of
29: 20    medicine there.
29: 21    Q:  And you've spent your entire
29: 22    career as a practicing cardiologist, sir?
29: 23    A:  Yes. I continue to practice
29: 24    cardiology with patients.
30: 1     Q:  And how many years have you
30: 2     been a cardiologist?
30: 3     A:  20 years.
30: 4     Q:  You also -- it mentioned
30: 5     that you're the Provost of the Cleveland
30: 6     Clinic, and that involves overseeing the
30: 7     entire medical college?
30: 8     A:  The medical college, which I
30: 9     founded with Case Western Reserve
30: 10    University back in 2001.
30: 11    Q:  In addition -- oh, and I
30: 12    might add, the Cleveland Clinic, sir,
30: 13    give us a sentence or two on what is the
30: 14    Cleveland Clinic, especially in heart
30: 15    medicine.
30: 16    A:  Well, in the field of heart
30: 17    medicine, it's been ranked by the U.S.
30: 18    News & World Report as the number one
30: 19    center for the last 11 years
30: 20    consecutively.
30: 21    Q:  You have been a clinical
30: 22    investigator on many clinical studies; is
30: 23    that correct?
30: 24    A:  That's right.
31: 1     Q:  Tell us about it briefly, a
31: 2     few sentences.
31: 3     A:  Well, I've chaired a number
31: 4     of clinical trials over the past 20
31: 5     years. The most widely known are the
31: 6     so-called GUSTO trials of heart attack.
31: 7     All these trials had something to do with
31: 8     heart attack prevention or better
31: 9     treatment.
31: 10    The cumulative 200,000
31: 11    patients were enrolled, the largest heart
31: 12    attack trials ever performed in the
31: 13    United States, coordinated. I've been
31: 14    the chair of all of those trials.
31: 15    They've been multinational trials,

31: 16    involving 40 different countries around
31: 17    the world, and these trials have had, I
31: 18    think, a substantial impact on clinical
31: 19    practice in the field of cardiology and
31: 20    for patients.

**4   31:24 - 33:5**    Topol, Eric 2005-11-22      00:01:06

31: 24    Q:  You hold two patents; is
32: 1    that correct, sir?
32: 2    A:  I think the patents have
32: 3    been applied for. I'm not -- yes, yes.
32: 4    Q:  Now, in addition, you are on
32: 5    the editorial board of a number of
32: 6    peer-review journals; is that correct?
32: 7    A:  Yes.
32: 8    Q:  Would you explain them?
32: 9    Well, let me tick them off. I think it
32: 10    could be done more quickly.
32: 11    Circulation, JACC, American
32: 12    College -- American Journal of
32: 13    Cardiology, American Journal of Medicine,
32: 14    among others; is that correct?
32: 15    A:  That's right.
32: 16    Q:  And what does that involve,
32: 17    sir, very briefly?
32: 18    A:  Well, that means being a
32: 19    peer reviewer for manuscripts, work,
32: 20    research that's being conducted
32: 21    elsewhere, and to provide reviews and
32: 22    input and at times editorials, to help
32: 23    advance the field insofar as biomedical
32: 24    research and literature.
33: 1    Q:  You have been an
33: 2    investigator, according to your vitae, on
33: 3    many NIH projects, National Institutes of
33: 4    Health. Briefly, a few sentences, tell
33: 5    us about that.

**5   33:8 - 34:4**    Topol, Eric 2005-11-22      00:00:45

33: 8    THE WITNESS:  Well, the main
33: 9    one is at a specialized center of
33: 10    clinically-oriented research,
33: 11    which is the flagship grant of the
33: 12    NIH, which I was awarded a year
33: 13    ago. It's a five-year grant for
33: 14    nearly $18 million to support our
33: 15    work in genetics and genomics of
33: 16    coronary artery disease and heart
33: 17    attack, and that's been the main
33: 18    research interest that I've had
33: 19    over the past five years, has been
33: 20    in the genetics and genomics of
33: 21    heart attack.
33: 22    BY MR. KLINE:
33: 23    Q:  You've been a manuscript
33: 24    reviewer for a number of journals, peer
34: 1    review, including Nature, Science, the
34: 2    New England Journal of Medicine, JAMA,
34: 3    Lancet and many other prestigious
34: 4    journals; correct?

**6   34:7 - 34:20**    Topol, Eric 2005-11-22      00:00:25

34: 7    THE WITNESS:  Yes.
34: 8    BY MR. KLINE:
34: 9    Q:  I have by count, and I'm
34: 10    doing all of this, I might say, just to
34: 11    save time, to get through all of this,
34: 12    you have by my count, 909 original
34: 13    publications in the scientific
34: 14    literature. Does that sound about right?
34: 15    A:  That's about right.
34: 16    Q:  You have 36 collaborative

|  |  |  |  |
|---|---|---|---|
| | 34: 17 | group-authored papers, meaning papers | |
| | 34: 18 | where a group is mentioned, not you, but | |
| | 34: 19 | you really were a major contributor. Is | |
| | 34: 20 | that also correct? | |

**7**  **34:23  -  34:24**    Topol, Eric 2005-11-22    00:00:02
34: 23    THE WITNESS:  That's
34: 24    correct.

**8**  **35:2  -  35:7**    Topol, Eric 2005-11-22    00:00:12
35: 2    Q:  You are -- you have 39
35: 3    articles submitted for publication at the
35: 4    time that the curriculum vitae you handed
35: 5    us was. In other words, these are not
35: 6    even yet published, they're in the mill;
35: 7    is that correct?

**9**  **35:12  -  35:13**    Topol, Eric 2005-11-22    00:00:03
35: 12    Q:  Again, by my count, an
35: 13    author or co-author on 30 books?

**10**  **35:16  -  35:19**    Topol, Eric 2005-11-22    00:00:01
35: 16    THE WITNESS:  That's
35: 17    correct.
35: 18    BY MR. KLINE:
35: 19    Q:  164 book chapters?

**11**  **35:22  -  36:15**    Topol, Eric 2005-11-22    00:00:38
35: 22    THE WITNESS:  That's
35: 23    correct.
35: 24    BY MR. KLINE:
36: 1    Q:  And these all deal in the
36: 2    field of cardiology, sir?
36: 3    A:  Virtually all are cardiology
36: 4    pieces of work, yes.
36: 5    Q:  And there was a recent
36: 6    article, and I'd like you to tell me if
36: 7    this is correct, it sort of pulls some
36: 8    things together, on November 11th in the
36: 9    Associated Press which says, 'One medical
36: 10    journal index service ranked Topol as the
36: 11    eighth most cited medical researcher
36: 12    among its index publications in the past
36: 13    ten years with his 498 papers cited by
36: 14    colleagues, 21,050 times.'
36: 15    Is that about correct?

**12**  **36:18  -  37:22**    Topol, Eric 2005-11-22    00:01:08
36: 18    THE WITNESS:  That's
36: 19    correct. The ISI ranks medical
36: 20    researchers, and in the last ten
36: 21    years, I'm ranked number eight of
36: 22    the most widely cited medical
36: 23    researchers in the world. So,
36: 24    that's correct.
37: 1    BY MR. KLINE:
37: 2    Q:  Let me ask it in a different
37: 3    way just to be sure.
37: 4    How does the -- what is the
37: 5    ISI, and how does it rank you as someone
37: 6    who is cited by others in the medical
37: 7    field?
37: 8    A:  That means that if you
37: 9    publish a paper and that paper is cited
37: 10    by others, that's the cumulative tally of
37: 11    citations of your impact in the medical
37: 12    literature, in the medical community, and
37: 13    so that is the most highly regarded
37: 14    authority for collating that data. And
37: 15    in the ten-year cumulative tally, as you
37: 16    mentioned, somewhere around 500
37: 17    manuscripts were published, and that was

|    |             |                       |          |
|----|-------------|-----------------------|----------|
|    | 37: 18      | the eighth leading, I believe, citation | |
|    | 37: 19      | tally in the rankings. | |
|    | 37: 20      | Q:  Are you, sir, with this | |
|    | 37: 21      | background, an expert in the field of | |
|    | 37: 22      | cardiovascular medicine? | |

| 13 | **38:1  -  38:2** | Topol, Eric 2005-11-22 | 00:00:02 |
|----|-------------|-----------------------|----------|
|    | 38: 1       | THE WITNESS:  I believe I | |
|    | 38: 2       | am, yes. | |

| 14 | **38:19  -  39:17** | Topol, Eric 2005-11-22 | 00:00:53 |
|----|-------------|-----------------------|----------|
|    | 38: 19      | Q:  Sir, at some point in time | |
|    | 38: 20      | you became interested in the drug Vioxx; | |
|    | 38: 21      | is that correct? | |
|    | 38: 22      | A:  Yes. | |
|    | 38: 23      | Q:  And that would have been | |
|    | 38: 24      | sometime around what year? | |
|    | 39: 1       | A:  Well, it was February 2001. | |
|    | 39: 2       | Q:  Okay. | |
|    | 39: 3       | Now, I want to fast forward | |
|    | 39: 4       | before going to February 2001, which I'll | |
|    | 39: 5       | go back. | |
|    | 39: 6       | Between February 2001 and | |
|    | 39: 7       | today, sitting here today, which is | |
|    | 39: 8       | November -- | |
|    | 39: 9       | MS. VANCE:  22. | |
|    | 39: 10      | BY MR. KLINE: | |
|    | 39: 11      | Q:  -- 22nd of 2005, have you | |
|    | 39: 12      | expressed certain opinions publicly and | |
|    | 39: 13      | in the academic literature, as well as | |
|    | 39: 14      | privately in e-mails and writings, | |
|    | 39: 15      | relating to your beliefs and opinions | |
|    | 39: 16      | regarding the drug Vioxx? | |
|    | 39: 17      | A:  Yes, certainly. | |

| 15 | **44:8  -  44:13** | Topol, Eric 2005-11-22 | 00:00:22 |
|----|-------------|-----------------------|----------|
|    | 44: 8       | Q:  Now, you also formed | |
|    | 44: 9       | opinions relating to the conduct of the | |
|    | 44: 10      | pharmaceutical company, Merck, and its | |
|    | 44: 11      | conduct of research and its marketing and | |
|    | 44: 12      | its making available to the public the | |
|    | 44: 13      | drug Vioxx; is that correct? | |

| 16 | **44:16  -  44:17** | Topol, Eric 2005-11-22 | 00:00:02 |
|----|-------------|-----------------------|----------|
|    | 44: 16      | THE WITNESS:  That's | |
|    | 44: 17      | correct. | |

| 17 | **45:5  -  45:20** | Topol, Eric 2005-11-22 | 00:00:34 |
|----|-------------|-----------------------|----------|
|    | 45: 5       | Q:  Now, what I'd like to do is | |
|    | 45: 6       | to show you a document which is from | |
|    | 45: 7       | November 24, '04, marked as Exhibit | |
|    | 45: 8       | Number 2. | |
|    | 45: 9       | - - - | |
|    | 45: 10      | (Whereupon, Deposition | |
|    | 45: 11      | Exhibit Topol-2, E-mails, TOPOLE | |
|    | 45: 12      | 0000450, was marked for | |
|    | 45: 13      | identification.) | |
|    | 45: 14      | - - - | |
|    | 45: 15      | BY MR. KLINE: | |
|    | 45: 16      | Q:  It's an e-mail from you to | |
|    | 45: 17      | David Graham. Who is David Graham? | |
|    | 45: 18      | A:  David Graham is a safety | |
|    | 45: 19      | officer at the Food & Drug | |
|    | 45: 20      | Administration. | |

| 18 | **46:23  -  47:6** | Topol, Eric 2005-11-22 | 00:00:19 |
|----|-------------|-----------------------|----------|
|    | 46: 23      | Q:  Does this e-mail reflect | |
|    | 46: 24      | some of the opinions and conclusions that | |
|    | 47: 1       | you reached relating to Merck's conduct | |
|    | 47: 2       | of its scientific studies and its | |
|    | 47: 3       | marketing of the drug Vioxx over the past | |
|    | 47: 4       | four years since you have become involved | |

|  | 47: 5 |  | in the matter? |  |  |
|  | 47: 6 |  | A:  Yes. |  |  |
| 19 | **50:1  -  51:1** | Topol, Eric 2005-11-22 | | 00:00:55 | |
|  | 50: 1 |  | Sir, I'm looking at the part |  |  |
|  | 50: 2 |  | where you say, 'I am bothered.' Do you |  |  |
|  | 50: 3 |  | see where you say to David Graham -- is |  |  |
|  | 50: 4 |  | Graham a physician? |  |  |
|  | 50: 5 |  | A:  Yes. |  |  |
|  | 50: 6 |  | Q:  So, you're saying to Dr. |  |  |
|  | 50: 7 |  | Graham, 'I am bothered.' Would you read |  |  |
|  | 50: 8 |  | that for us, please? |  |  |
|  | 50: 9 |  | A:  'I am bothered by the |  |  |
|  | 50: 10 |  | continued outrageous lies of Merck with |  |  |
|  | 50: 11 |  | their fullpage multiple ads that 'they |  |  |
|  | 50: 12 |  | published everything' and that they never |  |  |
|  | 50: 13 |  | had a trial which showed any harm of |  |  |
|  | 50: 14 |  | Vioxx until APPROVe, when, in fact, there |  |  |
|  | 50: 15 |  | were two by May 2000.' |  |  |
|  | 50: 16 |  | Q:  Continue. |  |  |
|  | 50: 17 |  | A:  'I am also upset that the |  |  |
|  | 50: 18 |  | story of their scientific misconduct for |  |  |
|  | 50: 19 |  | the VIGOR paper in' the New England |  |  |
|  | 50: 20 |  | Journal of Medicine, that's 'NEJM, with |  |  |
|  | 50: 21 |  | errors of omission (deaths), erroneous |  |  |
|  | 50: 22 |  | data (MIs),' or heart attacks, 'and |  |  |
|  | 50: 23 |  | incomplete data (more than 1/2 of the |  |  |
|  | 50: 24 |  | thrombotic events) has not received any |  |  |
|  | 51: 1 |  | attention whatsoever.' |  |  |
| 20 | **53:23  -  54:14** | Topol, Eric 2005-11-22 | | 00:00:38 | **53:23-54:14** |
|  | 53: 23 |  | Q:  Let me show you an article |  | Def. Obj.: Hearsay, simply reading |
|  | 53: 24 |  | which was in the Cleveland Clinic Journal |  | from a post-withdrawal document |
|  | 54: 1 |  | in December of 2004. December of 2004, |  |  |
|  | 54: 2 |  | there's an article which was written, |  |  |
|  | 54: 3 |  | you'll have it in your hands in a moment, |  |  |
|  | 54: 4 |  | called 'The sad story of Vioxx, and what |  |  |
|  | 54: 5 |  | we should learn from it.' Did you |  |  |
|  | 54: 6 |  | co-author that article? |  |  |
|  | 54: 7 |  | A:  Yes, I did. |  |  |
|  | 54: 8 |  | Q:  What is the Cleveland Clinic |  |  |
|  | 54: 9 |  | Journal of Medicine? |  |  |
|  | 54: 10 |  | A:  That's the medical journal |  |  |
|  | 54: 11 |  | of this institution, which is widely |  |  |
|  | 54: 12 |  | circulated, has a circulation of nearly |  |  |
|  | 54: 13 |  | 100,000 physicians and paraprofessional |  |  |
|  | 54: 14 |  | staff. |  |  |
| 21 | **54:20  -  54:23** | Topol, Eric 2005-11-22 | | 00:00:12 | |
|  | 54: 20 |  | Is this a road map to the |  |  |
|  | 54: 21 |  | saga or the story of Vioxx, as you see it |  |  |
|  | 54: 22 |  | as a researcher and prominent physician |  |  |
|  | 54: 23 |  | in cardiology? |  |  |
| 22 | **55:6  -  55:10** | Topol, Eric 2005-11-22 | | 00:00:09 | |
|  | 55: 6 |  | Q:  Please, sir. |  |  |
|  | 55: 7 |  | A:  I believe it's certainly |  |  |
|  | 55: 8 |  | part of trying to get the facts straight |  |  |
|  | 55: 9 |  | about this very sad story, yes. |  |  |
|  | 55: 10 |  | Q:  Okay. |  |  |
| 23 | **56:11  -  56:15** | Topol, Eric 2005-11-22 | | 00:00:08 | |
|  | 56: 11 |  | Q:  Tell us the story as you |  |  |
|  | 56: 12 |  | understand it as it happened in 1999 |  |  |
|  | 56: 13 |  | based on what you know, and tell us how |  |  |
|  | 56: 14 |  | you knew it and what you know and how the |  |  |
|  | 56: 15 |  | story began. |  |  |
| 24 | **56:22  -  57:15** | Topol, Eric 2005-11-22 | | 00:00:44 | |
|  | 56: 22 |  | THE WITNESS:  -- in May, the |  |  |
|  | 56: 23 |  | FDA approved Vioxx for commercial |  |  |
|  | 56: 24 |  | use, so, that is an important |  |  |

57: 1    time, timeline. That was also at
57: 2    the time when the FDA had a formal
57: 3    review of the medicine, where the
57: 4    primary reviewer already had
57: 5    expressed in her document, Dr.
57: 6    Villalba, that there was a concern
57: 7    regarding clotting events with
57: 8    Vioxx even at the time of approval
57: 9    in May 1999.
57: 10   BY MR. KLINE:
57: 11   Q:  You write here that, 'The
57: 12   approval was based on data from trials
57: 13   lasting 3 to 6 months and involving
57: 14   patients at low risk for cardiovascular
57: 15   illness.' Do you see that?

25   **57:18  -  57:21**    Topol, Eric 2005-11-22          00:00:04
57: 18   THE WITNESS:  That's right.
57: 19   BY MR. KLINE:
57: 20   Q:  What is the significance of
57: 21   that fact?

26   **57:24  -  58:12**    Topol, Eric 2005-11-22          00:00:22
57: 24   THE WITNESS:  Well, this is
58: 1    one of the most significant parts
58: 2    of the whole clinical development
58: 3    of the Vioxx medicine, and that is
58: 4    that patients with heart disease
58: 5    were not tested in any meaningful
58: 6    way, and we know from multiple
58: 7    databases and surveys that at
58: 8    least 40 to 50 percent of the
58: 9    patients who actually took this
58: 10   medicine when it was in clinical
58: 11   use actually did have known heart
58: 12   disease.

27   **58:20  -  58:21**    Topol, Eric 2005-11-22          00:00:02
58: 20   Q:  Why, as you view it, is that
58: 21   an important fact?

28   **58:24  -  59:13**    Topol, Eric 2005-11-22          00:00:28
58: 24   THE WITNESS:  Well, it's
59: 1    important because if the medicine
59: 2    has a clotting risk in arteries
59: 3    such that it could induce heart
59: 4    attacks, strokes or death, the
59: 5    patients who are most liable to
59: 6    suffer as a consequence of that
59: 7    would be patients with preexisting
59: 8    or known atherosclerotic artery
59: 9    disease.
59: 10   BY MR. KLINE:
59: 11   Q:  And did this medicine or
59: 12   does this medicine, in your opinion, have
59: 13   such a risk?

29   **59:16  -  59:23**    Topol, Eric 2005-11-22          00:00:11
59: 16   THE WITNESS:  There isn't
59: 17   any question about the medicine's
59: 18   risk in this regard.
59: 19   BY MR. KLINE:
59: 20   Q:  When you say there's no
59: 21   question, sir, can you give us broadly,
59: 22   and then I'll get into details with you
59: 23   later, broadly why you say that?

30   **60:2  -  60:11**    Topol, Eric 2005-11-22          00:00:23
60: 2    THE WITNESS:  Well, the
60: 3    medicine's risk, Vioxx's risk, has
60: 4    been evident since trials
60: 5    conducted in 1999 and all the way

|   |   |   |   |
|---|---|---|---|
| | 60: 6 | through the time of withdrawal in | |
| | 60: 7 | September 30, 2004. | |
| | 60: 8 | BY MR. KLINE: | |
| | 60: 9 | Q:  Have there been multiple | |
| | 60: 10 | tests and multiple studies that have, in | |
| | 60: 11 | your opinion, proven that fact? | |
| 31 | 60:14  -  60:18 | Topol, Eric 2005-11-22 | 00:00:12 |
| | 60: 14 | THE WITNESS:  There's been | |
| | 60: 15 | replication of untoward | |
| | 60: 16 | significant excess of events of | |
| | 60: 17 | heart attack, death and stroke in | |
| | 60: 18 | multiple trials. That's right. | |
| 32 | 61:5  -  61:13 | Topol, Eric 2005-11-22 | 00:00:17 |
| | 61: 5 | Q:  I didn't say in the | |
| | 61: 6 | beginning of this deposition. You were | |
| | 61: 7 | subpoenaed for this deposition; is that | |
| | 61: 8 | correct, sir? | |
| | 61: 9 | A:  That's correct. | |
| | 61: 10 | Q:  And you have not been -- you | |
| | 61: 11 | are not serving here as an expert witness | |
| | 61: 12 | for any party; is that correct? | |
| | 61: 13 | A:  No, I'm not. | |
| 33 | 62:3  -  62:22 | Topol, Eric 2005-11-22 | 00:00:34 |
| | 62: 3 | Q:  Now, there was a study | |
| | 62: 4 | called VIGOR; is that correct? | |
| | 62: 5 | A:  Yes. | |
| | 62: 6 | Q:  And you eventually became | |
| | 62: 7 | familiar with this study called VIGOR; | |
| | 62: 8 | correct? | |
| | 62: 9 | A:  Yes. | |
| | 62: 10 | Q:  Did you participate in it? | |
| | 62: 11 | A:  No, not at all. | |
| | 62: 12 | Q:  Who did that study? | |
| | 62: 13 | A:  This study was done by | |
| | 62: 14 | rheumatologists, the doctors looking | |
| | 62: 15 | after patients with rheumatoid arthritis. | |
| | 62: 16 | It was a large trial by a network of | |
| | 62: 17 | rheumatologists and patients, about 8,000 | |
| | 62: 18 | patients with rheumatoid arthritis. | |
| | 62: 19 | Q:  Who funded the study? | |
| | 62: 20 | A:  Merck. | |
| | 62: 21 | Q:  Who conducted the study? | |
| | 62: 22 | A:  Merck. | |
| 34 | 67:5  -  67:15 | Topol, Eric 2005-11-22 | 00:00:22 |
| | 67: 5 | Following our broad outline | |
| | 67: 6 | in the article that you wrote in the | |
| | 67: 7 | Cleveland Clinic Journal of Medicine in | |
| | 67: 8 | December of 2004, you indicate that | |
| | 67: 9 | 'VIGOR's strong evidence that rofecoxib' | |
| | 67: 10 | -- that's the name for Vioxx? | |
| | 67: 11 | A:  Yes. | |
| | 67: 12 | Q:  -- 'increases the risk of | |
| | 67: 13 | MIs,' and it came out of that study; | |
| | 67: 14 | correct? | |
| | 67: 15 | A:  That's right. | |
| 35 | 67:19  -  67:22 | Topol, Eric 2005-11-22 | 00:00:07 |
| | 67: 19 | Q:  You also say that 'The | |
| | 67: 20 | incidence of MIs was higher in the | |
| | 67: 21 | rofecoxib group than in the naproxen | |
| | 67: 22 | group.' Is that correct? | |
| 36 | 68:24  -  69:3 | Topol, Eric 2005-11-22 | 00:00:07 |
| | 68: 24 | Q:  What did the VIGOR trial | |
| | 69: 1 | say? What did Merck say that the VIGOR | |
| | 69: 2 | trial showed relating to cardiovascular | |
| | 69: 3 | risks? | |

| 37 | **69:6 - 70:8** | Topol, Eric 2005-11-22 | 00:01:03 |
|---|---|---|---|
| | 69: 6 | THE WITNESS: Right. Well, | |
| | 69: 7 | I remember it very well, because | |
| | 69: 8 | the day that that panel had | |
| | 69: 9 | reviewed all the data, and one of | |
| | 69: 10 | the panelists was my colleague, | |
| | 69: 11 | Dr. Steven Nissen, I read -- I was | |
| | 69: 12 | actually at the medical college of | |
| | 69: 13 | Georgia, I was a visiting | |
| | 69: 14 | professor, I was reading the USA | |
| | 69: 15 | Today that morning, and it said | |
| | 69: 16 | that this was due to naproxen, | |
| | 69: 17 | that the VIGOR problems of heart | |
| | 69: 18 | attack was an issue of naproxen | |
| | 69: 19 | being beneficial rather than Vioxx | |
| | 69: 20 | being detrimental. | |
| | 69: 21 | So, I was a little puzzled | |
| | 69: 22 | by that, but I didn't think too | |
| | 69: 23 | much of it until I got back to | |
| | 69: 24 | Cleveland, and the next day met | |
| | 70: 1 | with Dr. Nissen and Dr. Mukherjee | |
| | 70: 2 | about the FDA proceedings. And | |
| | 70: 3 | Dr. Nissen explained he didn't | |
| | 70: 4 | think it was just so simple as the | |
| | 70: 5 | naproxen hypothesis, as we later | |
| | 70: 6 | termed it, and we started to drill | |
| | 70: 7 | down on the data and concluded | |
| | 70: 8 | that it was quite concerning. | |
| 38 | **70:12 - 72:8** | Topol, Eric 2005-11-22 | 00:01:53 |
| | 70: 12 | Q: Okay. | |
| | 70: 13 | What did you find was | |
| | 70: 14 | concerning about the VIGOR data? | |
| | 70: 15 | A: Yes. Well, there were | |
| | 70: 16 | several things that were particularly | |
| | 70: 17 | bothersome. Number one, that if naproxen | |
| | 70: 18 | was protective, it had not ever been | |
| | 70: 19 | proven, that is, it didn't -- we didn't | |
| | 70: 20 | know for sure it had an aspirin-like | |
| | 70: 21 | effect. And so even if we could give -- | |
| | 70: 22 | assign naproxen the same magnitude of | |
| | 70: 23 | protection as aspirin, that would be at | |
| | 70: 24 | maximum a 25 percent reduction in heart | |
| | 71: 1 | attacks, which has been very carefully | |
| | 71: 2 | studied for aspirin. | |
| | 71: 3 | So, if naproxen was as good | |
| | 71: 4 | as aspirin, that could be 25 percent | |
| | 71: 5 | reduction. But on the other hand, in | |
| | 71: 6 | VIGOR, we saw a 500 percent, that is, a | |
| | 71: 7 | 20-fold increase in heart attacks. So, | |
| | 71: 8 | the order of magnitude was greatly in | |
| | 71: 9 | excess of anything that aspirin could do. | |
| | 71: 10 | Furthermore, the second | |
| | 71: 11 | point, in that if you have a randomized | |
| | 71: 12 | trial and you have an experimental arm, | |
| | 71: 13 | which is a new drug which hasn't been | |
| | 71: 14 | studied extensively, still a lot of | |
| | 71: 15 | things that need to be discovered about | |
| | 71: 16 | it, and you have an anchor drug, | |
| | 71: 17 | naproxen, that had been available for 20 | |
| | 71: 18 | years, and if you then do a comparison | |
| | 71: 19 | and you say, there's more than five-fold | |
| | 71: 20 | heart attacks and two-fold excess of | |
| | 71: 21 | cardiovascular serious events, how could | |
| | 71: 22 | you possibly conclude that it was the | |
| | 71: 23 | naproxen being beneficial? The only | |
| | 71: 24 | appropriate conclusion from that would be | |
| | 72: 1 | that there's a problem with the | |
| | 72: 2 | experimental drug Vioxx. | |
| | 72: 3 | And beyond those concerns | |
| | 72: 4 | was that this trial was done in patients | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 72: 5 | with rheumatoid arthritis without heart | | | |
|  | 72: 6 | disease, and so whatever was being seen | | | |
|  | 72: 7 | in the VIGOR trial could be far worse in | | | |
|  | 72: 8 | patients with heart disease. | | | |
| 39 | 72:13 - 72:19 | Topol, Eric 2005-11-22 | 00:00:16 | **Re: 72:13-72:19** | Overruled |
|  | 72: 13 | Q:  Now, what you've described | | Def Obj: 602 - calls for speculation | |
|  | 72: 14 | to us in the previous answer, is that | | as to what his "colleagues were | |
|  | 72: 15 | something that -- is that a capsule of | | thinking" about VIGOR | |
|  | 72: 16 | what you were thinking, you and your | | | |
|  | 72: 17 | colleagues were thinking, but you in | | | |
|  | 72: 18 | particular, when you saw the VIGOR trial | | | |
|  | 72: 19 | published in the New England Journal? | | | |
| 40 | 72:22 - 73:16 | Topol, Eric 2005-11-22 | 00:00:38 | | |
|  | 72: 22 | THE WITNESS:  Well, I didn't | | | |
|  | 72: 23 | even take notice of the VIGOR | | | |
|  | 72: 24 | trial when it was in the New | | | |
|  | 73: 1 | England Journal. It wasn't on my | | | |
|  | 73: 2 | radar screen, and it didn't really | | | |
|  | 73: 3 | catch, I believe, the cardiology | | | |
|  | 73: 4 | community, because the heart | | | |
|  | 73: 5 | attack part of that publication | | | |
|  | 73: 6 | was not -- it was not featured, it | | | |
|  | 73: 7 | was the protection from the | | | |
|  | 73: 8 | gastrointestinal side effects that | | | |
|  | 73: 9 | was the main conclusion, but only | | | |
|  | 73: 10 | looked back at that paper after | | | |
|  | 73: 11 | the FDA review of the VIGOR data | | | |
|  | 73: 12 | and also of the celecoxib data. | | | |
|  | 73: 13 | There were two days of FDA | | | |
|  | 73: 14 | reviews. One day was devoted to | | | |
|  | 73: 15 | Celebrex, and one day was | | | |
|  | 73: 16 | dedicated to Vioxx. | | | |
| 41 | 74:10 - 74:22 | Topol, Eric 2005-11-22 | 00:00:34 | | |
|  | 74: 10 | Q:  And it was after the | | | |
|  | 74: 11 | hearings in '01 where this, would it be | | | |
|  | 74: 12 | fair to say -- I hope there's not an | | | |
|  | 74: 13 | objection -- got on your radar screen? | | | |
|  | 74: 14 | A:  Yes. It was only after the | | | |
|  | 74: 15 | FDA hearing and Dr. Nissen coming back | | | |
|  | 74: 16 | and Dr. Mukherjee going through the data, | | | |
|  | 74: 17 | getting it all collated and three of us | | | |
|  | 74: 18 | meeting, did this become something of an | | | |
|  | 74: 19 | area of interest. It certainly was | | | |
|  | 74: 20 | nothing in medicine that I had any | | | |
|  | 74: 21 | interest in. It wasn't in my field of | | | |
|  | 74: 22 | research up until that point in time. | | | |
| 42 | 75:3 - 75:4 | Topol, Eric 2005-11-22 | 00:00:02 | | |
|  | 75: 3 | Q:  Was it something that | | | |
|  | 75: 4 | concerned you? | | | |
| 43 | 75:7 - 75:18 | Topol, Eric 2005-11-22 | 00:00:17 | | |
|  | 75: 7 | THE WITNESS:  As soon as we | | | |
|  | 75: 8 | looked at -- well, as soon as I | | | |
|  | 75: 9 | read about the FDA panel, as I | | | |
|  | 75: 10 | said, that morning, in the | | | |
|  | 75: 11 | newspaper, I was concerned. But | | | |
|  | 75: 12 | that concern was magnified after | | | |
|  | 75: 13 | starting to review the data with | | | |
|  | 75: 14 | my colleagues at the Cleveland | | | |
|  | 75: 15 | Clinic. | | | |
|  | 75: 16 | BY MR. KLINE: | | | |
|  | 75: 17 | Q:  Okay. | | | |
|  | 75: 18 | Were you alarmed? | | | |
| 44 | 75:21 - 75:22 | Topol, Eric 2005-11-22 | 00:00:01 | | |
|  | 75: 21 | THE WITNESS:  I don't | | | |
|  | 75: 22 | know -- | | | |

| 45 | 76:1 - 76:24 | Topol, Eric 2005-11-22 | 00:00:51 |
|---|---|---|---|
| | 76: 1 | THE WITNESS:  -- if I would | |
| | 76: 2 | use the word 'alarmed,' but I was | |
| | 76: 3 | significantly concerned that there | |
| | 76: 4 | was a medicine that was gaining | |
| | 76: 5 | increased wide scale use. There | |
| | 76: 6 | already was, of course, extensive | |
| | 76: 7 | advertisements and popularity of | |
| | 76: 8 | the medicine, and could something | |
| | 76: 9 | be wrong. That was a concern. I | |
| | 76: 10 | would say it was a significant | |
| | 76: 11 | concern. | |
| | 76: 12 | BY MR. KLINE: | |
| | 76: 13 | Q:  Okay. | |
| | 76: 14 | What did you decide to do? | |
| | 76: 15 | A:  So, we decided we would put | |
| | 76: 16 | together a manuscript to pull all the | |
| | 76: 17 | data that we could together, because | |
| | 76: 18 | there had not yet been one, there had not | |
| | 76: 19 | yet been a registration in the medical | |
| | 76: 20 | literature to the medical community that | |
| | 76: 21 | this was potentially a big deal. | |
| | 76: 22 | Q:  Is that the kind of thing | |
| | 76: 23 | that you do as an independent academic | |
| | 76: 24 | physician and scientist? | |

| 46 | 77:3 - 77:15 | Topol, Eric 2005-11-22 | 00:00:23 |
|---|---|---|---|
| | 77: 3 | THE WITNESS:  That's an | |
| | 77: 4 | obligation that we have, is to | |
| | 77: 5 | process data that's out there, try | |
| | 77: 6 | to make it available to our | |
| | 77: 7 | colleagues in the medical | |
| | 77: 8 | community, and in the interest of | |
| | 77: 9 | patients and caring for patients | |
| | 77: 10 | in the optimal way. This is the | |
| | 77: 11 | sort of thing that is critical. | |
| | 77: 12 | BY MR. KLINE: | |
| | 77: 13 | Q:  Did you undertake what you | |
| | 77: 14 | did with any axe to grind towards Merck | |
| | 77: 15 | or towards the drug Vioxx? | |

| 47 | 77:18 - 78:7 | Topol, Eric 2005-11-22 | 00:00:20 |
|---|---|---|---|
| | 77: 18 | THE WITNESS:  I had | |
| | 77: 19 | absolutely no axe to grind. I had | |
| | 77: 20 | an excellent relationship with | |
| | 77: 21 | Merck. I had done clinical trials | |
| | 77: 22 | with Merck. In fact, I had just | |
| | 77: 23 | completed a very large trial | |
| | 77: 24 | called TARGET of over 6,000 | |
| | 78: 1 | patients published in the New | |
| | 78: 2 | England Journal of Medicine. And | |
| | 78: 3 | so I actually, for many years, | |
| | 78: 4 | enjoyed a very good relationship | |
| | 78: 5 | with Merck. So, I do not believe | |
| | 78: 6 | there was any axe to grind | |
| | 78: 7 | whatsoever. | |

| 48 | 79:11 - 80:9 | Topol, Eric 2005-11-22 | 00:00:52 |
|---|---|---|---|
| | 79: 11 | Tell me what you did then. | |
| | 79: 12 | I mean, what process did you follow, | |
| | 79: 13 | briefly? | |
| | 79: 14 | A:  Well, we culled all the data | |
| | 79: 15 | together, which did appear in the JAMA. | |
| | 79: 16 | It didn't have much in the way of changes | |
| | 79: 17 | from our initial submission to the actual | |
| | 79: 18 | publication in August. But the one | |
| | 79: 19 | concern that came up along the way was | |
| | 79: 20 | that the data were different in the New | |
| | 79: 21 | England Journal of Medicine paper | |
| | 79: 22 | published in November 2000 and the FDA | |
| | 79: 23 | database that was available in February | |

| | 79: 24 | 2001. | |
| | 80: 1 | So, at that point, while we | |
| | 80: 2 | were ready to submit and did submit the | |
| | 80: 3 | paper to JAMA for consideration, I sent | |
| | 80: 4 | the paper to Merck, my colleague, Dr. | |
| | 80: 5 | Laura Demopoulos, who I had worked on | |
| | 80: 6 | this so-called TARGET trial, to see why | |
| | 80: 7 | there were discrepancies in the data | |
| | 80: 8 | between the published paper and the FDA | |
| | 80: 9 | database. | |
| 49 | **80:14  -  81:2** | Topol, Eric 2005-11-22 | 00:00:28 |
| | 80: 14 | Q: You actually went through | |
| | 80: 15 | the process of getting the information | |
| | 80: 16 | together and then drafting the paper; is | |
| | 80: 17 | that correct? | |
| | 80: 18 | A: That's correct. | |
| | 80: 19 | Q: And did the papers represent | |
| | 80: 20 | largely your findings and your | |
| | 80: 21 | conclusions? | |
| | 80: 22 | A: Yes. | |
| | 80: 23 | Q: And were those findings and | |
| | 80: 24 | conclusions critical of the VIGOR trial, | |
| | 81: 1 | as well as raising some concerns relating | |
| | 81: 2 | to the drug Vioxx? | |
| 50 | **81:5  -  82:6** | Topol, Eric 2005-11-22 | 00:00:49 |
| | 81: 5 | THE WITNESS: There is no | |
| | 81: 6 | question they were critical of the | |
| | 81: 7 | concern about the safety. But I | |
| | 81: 8 | think the most important statement | |
| | 81: 9 | that we made, which appears in the | |
| | 81: 10 | article, was about how there's a | |
| | 81: 11 | mandate to do the appropriate | |
| | 81: 12 | clinical trials which had not been | |
| | 81: 13 | done and wrote, 'definitive | |
| | 81: 14 | evidence of such an adverse effect | |
| | 81: 15 | will require a prospective | |
| | 81: 16 | randomized clinical trial.' 'It | |
| | 81: 17 | is mandatory to conduct a trial | |
| | 81: 18 | specifically assessing | |
| | 81: 19 | cardiovascular risk and benefit of | |
| | 81: 20 | these agents. Until then, we urge | |
| | 81: 21 | caution in prescribing these | |
| | 81: 22 | agents to patients at risk for | |
| | 81: 23 | cardiovascular morbidity.' | |
| | 81: 24 | BY MR. KLINE: | |
| | 82: 1 | Q: Okay. | |
| | 82: 2 | And I'm going to mark a copy | |
| | 82: 3 | of your JAMA article as the next exhibit | |
| | 82: 4 | number. While it's being marked, let me | |
| | 82: 5 | save time so we can keep the ball | |
| | 82: 6 | rolling. I'll mark it. | |
| 51 | **83:7  -  83:13** | Topol, Eric 2005-11-22 | 00:00:14 |
| | 83: 7 | Q: Now, along the way, I want | |
| | 83: 8 | to go through with you a couple of steps | |
| | 83: 9 | along the way. I don't want to spend a | |
| | 83: 10 | lot of time on it, but I do want to get | |
| | 83: 11 | the process. Before you published it, | |
| | 83: 12 | you said to me, and I'm just recapping, | |
| | 83: 13 | that you talked to Dr. Demopoulos? | |
| 52 | **83:16  -  85:6** | Topol, Eric 2005-11-22 | 00:01:11 |
| | 83: 16 | THE WITNESS: Yes. | |
| | 83: 17 | BY MR. KLINE: | |
| | 83: 18 | Q: You actually -- and I have a | |
| | 83: 19 | copy of this. You actually sent to her | |
| | 83: 20 | the manuscript; correct? | |
| | 83: 21 | A: Yes. | |
| | 83: 22 | Q: In advance? | |
| | 83: 23 | A: Yes. | |

| | | | | |
|---|---|---|---|---|
| | 83: 24 | Q:  And what was the purpose of | | |
| | 84: 1 | sending her the manuscript, as you viewed | | |
| | 84: 2 | it? | | |
| | 84: 3 | A:  The main purpose was to | | |
| | 84: 4 | reconcile the differences in data that | | |
| | 84: 5 | had been published in the New England | | |
| | 84: 6 | Journal of Medicine and what was | | |
| | 84: 7 | appearing in the FDA database. There | | |
| | 84: 8 | were some significant discrepancies. | | |
| | 84: 9 | Q:  The FDA database was made | | |
| | 84: 10 | available after the February 2001 hearing | | |
| | 84: 11 | to the public; is that correct? | | |
| | 84: 12 | A:  That's right. | | |
| | 84: 13 | Q:  Posted on the website? | | |
| | 84: 14 | A:  Posted on their website. | | |
| | 84: 15 | Q:  Available to anyone to see? | | |
| | 84: 16 | A:  Absolutely. | | |
| | 84: 17 | Q:  And Merck, did you have | | |
| | 84: 18 | access to their internal data? | | |
| | 84: 19 | A:  No, we did not. | | |
| | 84: 20 | Q:  Did you want to get it? | | |
| | 84: 21 | A:  Well, that's one of the | | |
| | 84: 22 | reasons that I tried to reach out to Dr. | | |
| | 84: 23 | Demopoulos. Since I had worked with her, | | |
| | 84: 24 | we had a very good relationship in our | | |
| | 85: 1 | other trial that we had done, I know she | | |
| | 85: 2 | did not do research in this area of COX-2 | | |
| | 85: 3 | inhibitors, but I thought she could be | | |
| | 85: 4 | helpful to get these concerns about data | | |
| | 85: 5 | inconsistencies straightened out. | | |
| | 85: 6 | Q:  Was the data forthcoming? | | |
| 53 | **85:11  -  85:17** | Topol, Eric 2005-11-22 | 00:00:13 | |
| | 85: 11 | THE WITNESS:  We never | | |
| | 85: 12 | received any revisions from anyone | | |
| | 85: 13 | from Merck. That was never sent | | |
| | 85: 14 | to us, any suggestions, changes of | | |
| | 85: 15 | data. There was never anything | | |
| | 85: 16 | sent back to me or to my | | |
| | 85: 17 | colleagues. | | |
| 54 | **87:6  -  87:11** | Topol, Eric 2005-11-22 | 00:00:09 | |
| | 87: 6 | Q:  I'm going to show you an | | |
| | 87: 7 | e-mail. I will mark it as the next | | |
| | 87: 8 | exhibit number. I'm going to put it in | | |
| | 87: 9 | the record, it's brief, to save some -- | | |
| | 87: 10 | you know what, I can put it right in | | |
| | 87: 11 | front of you. Exhibit Number 5. | | |
| 55 | **90:5  -  90:11** | Topol, Eric 2005-11-22 | 00:00:18 | |
| | 90: 5 | Q:  Now, it's a copy of -- I | | **Re: 90:5-94:5** | Overruled |
| | 90: 6 | would like you to identify it, the front | | **Def Obj:** Lack of personal | |
| | 90: 7 | page of it. There's an e-mail that says | | knowledge; witness has no | |
| | 90: 8 | it's from Alise Reicin to Laura | | contemporaneous knowledge | |
| | 90: 9 | Demopoulos. It says, 'Did this in the | | of the internal discussion at | |
| | 90: 10 | middle of the night -- not sure it makes | | Merck and thus he cannot | |
| | 90: 11 | sense.' | | provide any context for these | |
| 56 | **90:21  -  90:24** | Topol, Eric 2005-11-22 | 00:00:11 | communications; no foundation; |
| | 90: 21 | And it says here, it | | also 403, prejudicial |
| | 90: 22 | basically transmits back Alise Reicin's | | |
| | 90: 23 | markup, electronic markup of your | | |
| | 90: 24 | document. Are you familiar with it? | | |
| 57 | **91:3  -  91:14** | Topol, Eric 2005-11-22 | 00:00:13 | |
| | 91: 3 | THE WITNESS:  I've never | | |
| | 91: 4 | seen this. | | |
| | 91: 5 | BY MR. KLINE: | | |
| | 91: 6 | Q:  Okay. | | |
| | 91: 7 | I want you to turn to Page | | |
| | 91: 8 | 8, sir. I want to find out if this is | | |
| | 91: 9 | something that was ever suggested to you. | | |

|  |  |  |  |
|---|---|---|---|
| | 91: 10 | If you'd look at the front | |
| | 91: 11 | page, please, first. Front page. | |
| | 91: 12 | A:  Oh, yes. | |
| | 91: 13 | Q:  Sorry. | |
| | 91: 14 | A:  Yes. | |

**58   91:21   -   91:23**   Topol, Eric 2005-11-22   00:00:05
   91: 21   'Selective COX-2 Inhibitors
   91: 22   Are Associated With an Increased Risk of
   91: 23   Cardiovascular Events.'

**59   92:10   -   92:12**   Topol, Eric 2005-11-22   00:00:01
   92: 10   Q:  Do you see it?
   92: 11   A:  Yes.
   92: 12   Q:  Okay.

**60   92:18   -   92:24**   Topol, Eric 2005-11-22   00:00:11
   92: 18   Q:  This is your paper; correct?
   92: 19   A:  Yes. Well, I mean, this was
   92: 20   the one that apparently was worked over.
   92: 21   Q:  Correct.
   92: 22   A:  This is not our paper.
   92: 23   Q:  Were you aware of the fact
   92: 24   that Merck was working over your paper?

**61   93:3   -   93:23**   Topol, Eric 2005-11-22   00:00:46
   93: 3   THE WITNESS:  I had no idea
   93: 4   until this very moment.
   93: 5   BY MR. KLINE:
   93: 6   Q:  Look under 'Results' on Page
   93: 7   8. Do you see -- I'd like you to look at
   93: 8   the -- don't look at the underlined
   93: 9   sentence yet. Look at the last -- the
   93: 10   sentence that begins, 'The results of the
   93: 11   event-free survival analysis on the 66
   93: 12   cases showed that the relative risk of
   93: 13   developing a cardiovascular event in
   93: 14   rofecoxib treatment arm was 2.37'
   93: 15   percent.
   93: 16   That's something you
   93: 17   eventually told people in your JAMA
   93: 18   paper; correct?
   93: 19   A:  Yes.
   93: 20   Q:  Did you know or did they
   93: 21   suggest it directly to you that according
   93: 22   to Dr. Reicin, 'we prefer to flip the
   93: 23   data and say it was reduced on naproxen'?

**62   94:2   -   94:5**   Topol, Eric 2005-11-22   00:00:08
   94: 2   THE WITNESS:  It's amazing.
   94: 3   Yes, I see it here, but it's
   94: 4   amazing. It certainly didn't
   94: 5   appear in our manuscript.

**63   95:15   -   97:2**   Topol, Eric 2005-11-22   00:01:34
   95: 15   Q:  Sir, your JAMA article, I
   95: 16   think you read to me that your conclusion
   95: 17   was to call for a full large-scale study;
   95: 18   correct?
   95: 19   A:  That's right.
   95: 20   Q:  Did you want a primary
   95: 21   cardiovascular endpoint study performed?
   95: 22   A:  Not only did it need to have
   95: 23   cardiovascular endpoints, but it had to
   95: 24   have cardiovascular patients. Patients
   96: 1   had been excluded essentially from all of
   96: 2   these studies, and so that was a patient
   96: 3   group that we were most worried about,
   96: 4   because they would have the highest
   96: 5   predisposition to life-threatening
   96: 6   events.
   96: 7   Q:  Why was it important to

|       |                    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |          |                                                                                                                                        |                                         |
|-------|--------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------|
|       | 96: 8<br>96: 9<br>96: 10<br>96: 11<br>96: 12<br>96: 13<br>96: 14<br>96: 15<br>96: 16<br>96: 17<br>96: 18<br>96: 19<br>96: 20<br>96: 21<br>96: 22<br>96: 23<br>96: 24<br>97: 1<br>97: 2 | study patients who were at high risk for<br>cardiovascular events when taking the<br>drug Vioxx and COX-2s generally?<br>A:  Well, we already knew that a<br>large proportion of patients who have<br>heart disease have concomitant arthritis.<br>And, in fact, in my practice, the vast<br>majority of patients who have come to see<br>me with heart disease, they also have<br>arthritis. But there was the Ray paper<br>in Lancet, the Tennessee Medicaid<br>database, there was the other papers that<br>I have referred to where 45, 50 percent<br>or higher percent of patients taking<br>Vioxx or other medicines in this class<br>had established known coronary heart<br>disease. So, these patients were<br>essentially the highest risk for having a<br>life-threatening event. |          |                                                                                                                                        |                                         |
| 64    | **97:7 - 97:17**<br>97: 7<br>97: 8<br>97: 9<br>97: 10<br>97: 11<br>97: 12<br>97: 13<br>97: 14<br>97: 15<br>97: 16<br>97: 17 | Topol, Eric 2005-11-22<br>Q:  So, did your study, what you<br>were proposing, was it to study the drug<br>in those people who were the logical<br>people who were going to take the drug?<br>A:  Yes. The only way we could<br>get to the answer here, was it safe for<br>people with heart disease who have<br>arthritis to take the medicine, was to do<br>a trial in these particular patients who<br>had been completely neglected in the<br>development of Vioxx. | 00:00:26 |                                                                                                                                        |                                         |
| 65    | **99:16 - 100:6**<br>99: 16<br>99: 17<br>99: 18<br>99: 19<br>99: 20<br>99: 21<br>99: 22<br>99: 23<br>99: 24<br>100: 1<br>100: 2<br>100: 3<br>100: 4<br>100: 5<br>100: 6 | Topol, Eric 2005-11-22<br>Q:  Look at Page 18.<br>A:  Yes.<br>Q:  'Until then,' and this ended<br>up in your paper, 'we urge caution in<br>prescribing these agents to patients at<br>risk for cardiovascular morbidity.' Your<br>words?<br>A:  That's the words that's here<br>in the paper that are published, yes.<br>Q:  The underlined words are Dr.<br>Reicin's, according to her e-mail which<br>she wrote. Did you see what she said?<br>A:  Yes.<br>Q:  'Conclusion needs to be<br>toned down.' | 00:00:29 | **Re: 99:16-100:6**<br>**Def Obj:** Lack of personal<br>knowledge; witness was unaware<br>or Reicin's internal thoughts;<br>No foundation; also 403 | Overruled                               |
| 66    | **101:18 - 101:21**<br>101: 18<br>101: 19<br>101: 20<br>101: 21 | Topol, Eric 2005-11-22<br>Q:  And when she came to see<br>you, sir, did you believe that one of the<br>purposes was to neutralize you and your<br>opinion? | 00:00:13 | **Re: 101:18-101:21**<br>**Def Obj:** 403; 602                                                                                          | Overruled<br>*Sustained in Plunkett*    |
| 67    | **102:3 - 105:2**<br>102: 3<br>102: 4<br>102: 5<br>102: 6<br>102: 7<br>102: 8<br>102: 9<br>102: 10<br>102: 11<br>102: 12<br>102: 13<br>102: 14<br>102: 15<br>102: 16<br>102: 17 | Topol, Eric 2005-11-22<br>with that. I mean, she basically<br>said that -- I remember the<br>conversation. It actually was<br>supposed to be three people coming<br>to visit, which was unusual, to<br>discuss a manuscript, but because<br>of our prior relationship with<br>Merck and Dr. Demopoulos and Dr.<br>DiBattiste, I had reluctantly<br>agreed to this meeting. But Dr.<br>DiBattiste didn't show up, it was<br>supposed to be the three of them,<br>and the meeting started out with<br>that we got it wrong, that we<br>would be embarrassed. | 00:02:26 | **Re: 102:3-105:2**<br>**Def Obj:** 403; 602                                                                                           | Overruled                               |

| | | |
|---|---|---|
| 102: 18 | BY MR. KLINE: | |
| 102: 19 | Q: 'We' meaning? | |
| 102: 20 | A: Dr. Nissen, Dr. Mukherjee | |
| 102: 21 | and I. | |
| 102: 22 | Q: Three physicians at the | |
| 102: 23 | Cleveland Clinic? | |
| 102: 24 | A: Right. | |
| 103: 1 | Q: Got it wrong? | |
| 103: 2 | A: Got it wrong, that we would | |
| 103: 3 | be embarrassed if we published this | |
| 103: 4 | paper. | |
| 103: 5 | Q: Her word? | |
| 103: 6 | A: That's the word. The word | |
| 103: 7 | is 'embarrassed.' And I thought that was | |
| 103: 8 | harsh. And she came across as kind of | |
| 103: 9 | arrogant, I thought. But we talked it | |
| 103: 10 | through, and I explained to her that, you | |
| 103: 11 | know, we don't feel that way at all, and | |
| 103: 12 | we will stand by our data. We only | |
| 103: 13 | wanted the input on inconsistencies of | |
| 103: 14 | data. We did not ask to them -- for Dr. | |
| 103: 15 | Reicin or colleagues to opine about our | |
| 103: 16 | perspective. | |
| 103: 17 | But the discussion ended up | |
| 103: 18 | okay. You know, she came about the | |
| 103: 19 | naproxen hypothesis, which I dismissed as | |
| 103: 20 | the explanation. She came with the | |
| 103: 21 | rheumatoid arthritis -- that patients | |
| 103: 22 | with rheumatoid arthritis, you know, Dr. | |
| 103: 23 | Topol, have much higher rates of heart | |
| 103: 24 | attack. And I said, well, that doesn't | |
| 104: 1 | explain it, because all the patients had | |
| 104: 2 | rheumatoid arthritis. So, if there's a | |
| 104: 3 | gradient of heart attack, it can't just | |
| 104: 4 | be from that explanation. | |
| 104: 5 | She also came with the | |
| 104: 6 | notion that there were lots of data that | |
| 104: 7 | we didn't know about, Dr. Nissen, Dr. | |
| 104: 8 | Mukherjee and I, that was in the Merck | |
| 104: 9 | files that the FDA had, but we didn't | |
| 104: 10 | have access. And I said, well, we can't | |
| 104: 11 | comment on data we don't have access to, | |
| 104: 12 | and I'm sorry. | |
| 104: 13 | So, the meeting probably | |
| 104: 14 | went on about an hour-and-a-half. It | |
| 104: 15 | ended cordially. And at times she said | |
| 104: 16 | that Merck was considering doing a trial | |
| 104: 17 | in heart patients, and if we had any | |
| 104: 18 | ideas, she welcomed us to forward a | |
| 104: 19 | proposal, protocol, and that seemed to | |
| 104: 20 | be -- I got the sense it was a gesture. | |
| 104: 21 | I didn't really think that Dr. Reicin was | |
| 104: 22 | serious about it, but nonetheless, I | |
| 104: 23 | thought that we probably should at least | |
| 104: 24 | send some type of protocol sketch if they | |
| 105: 1 | would like to see what our ideas were for | |
| 105: 2 | pursuing this question. | |

| | | | | |
|---|---|---|---|---|
| 68 | 106:14 - 107:12 | Topol, Eric 2005-11-22 | 00:00:20 | |
| | 106: 14 | Q: Let me just briefly show you | | Re: 106:14-108:14 | Overruled |
| | 106: 15 | another document. It's a Merck document, | | Def Obj: No personal knowledge: | |
| | 106: 16 | Exhibit Number 7. | | no contemporaneous knowledge | |
| | 106: 17 | - - - | | of these internal Merck documents; | |
| | 106: 18 | (Whereupon, Deposition | | no basis to testify or provide | |
| | 106: 19 | Exhibit Topol-7, E-mails, with | | context; improper opinion | |
| | 106: 20 | attachment, 'Selective COX-2 | | testimony | |
| | 106: 21 | Inhibitors are Associated with An | | | |
| | 106: 22 | Increased Risk of Cardiovascular | | | |
| | 106: 23 | Events,' (Mukherjee, et al) draft | | | |
| | 106: 24 | manuscript, MRK-ABA0009661 - | | | |
| | 107: 1 | MRK-ABA0009693, was marked for | | | |
| | 107: 2 | identification.) | | | |

|  | | | | |
|---|---|---|---|---|
| | 107: 3<br>107: 4<br>107: 5<br>107: 6<br>107: 7<br>107: 8<br>107: 9<br>107: 10<br>107: 11<br>107: 12 | - - -<br>BY MR. KLINE:<br>Q:  Very briefly. And, again, I<br>don't have the time to have you sit and<br>read the whole thing, but I want you to<br>look at the front page.<br>Apparently the manuscript<br>was further worked on internally at<br>Merck. Are you aware of that fact?<br>A:  No. | | |
| 69 | 107:15 - 108:10 | Topol, Eric 2005-11-22<br>THE WITNESS:  I had no<br>knowledge of that.<br>BY MR. KLINE:<br>Q:  And there's an e-mail from<br>Dr. Demopoulos to a number of people,<br>including Alise Reicin. And they took a<br>crack at revising it, and if you look at<br>the last sentence of the e-mail, 'We<br>recognize that the revised' transcript<br>'does not completely neutralize the<br>potential negative impact of the<br>publication, but...it is substantially<br>removed from the original. We' feel<br>'that revising it further to more<br>completely present a Merck perspective<br>might alienate the authors and' thus<br>'jeopardize our opportunity to contribute<br>at all.'<br>Did you know that's what was<br>going on? | 00:00:48<br><br>**Re: 107:15-108:10**<br>**Def Obj**:Same as above | Overruled |
| | 107: 15<br>107: 16<br>107: 17<br>107: 18<br>107: 19<br>107: 20<br>107: 21<br>107: 22<br>107: 23<br>107: 24<br>108: 1<br>108: 2<br>108: 3<br>108: 4<br>108: 5<br>108: 6<br>108: 7<br>108: 8<br>108: 9<br>108: 10 | | | |
| 70 | 108:13 - 108:14 | Topol, Eric 2005-11-22<br>THE WITNESS:  This is<br>remarkable. I didn't know -- | 00:00:02<br><br>**Re: 108:13-108:14**<br>**Def Obj:** Same as above | Overruled |
| | 108: 13<br>108: 14 | | | |
| 71 | 108:17 - 108:18 | Topol, Eric 2005-11-22<br>THE WITNESS:  -- this was<br>going on at all. | 00:00:01<br><br>**Re: 108:17-108:18**<br>**Def Obj:** Same as above | Overruled |
| | 108: 17<br>108: 18 | | | |
| 72 | 109:21 - 110:6 | Topol, Eric 2005-11-22<br>Q:  Is part of the academic<br>process -- you've worked --<br>You've done studies for<br>large pharmaceutical companies, Merck?<br>A:  Yes.<br>Q:  Is part of the process to<br>get the scientific facts in the medical<br>literature, or is the real objective, or<br>is part of the objective to get the,<br>quote, drug company perspective? | 00:00:25 | |
| | 109: 21<br>109: 22<br>109: 23<br>109: 24<br>110: 1<br>110: 2<br>110: 3<br>110: 4<br>110: 5<br>110: 6 | | | |
| 73 | 110:8 - 110:20 | Topol, Eric 2005-11-22<br>THE WITNESS:  Well, you<br>know, I had been trying to have an<br>intellectually fulfilling and<br>collaborative relationship with<br>people at Merck, and that was<br>something that I think we enjoyed<br>up until this sort of thing, which<br>is obviously a departure from<br>that, but --<br>BY MR. KLINE:<br>Q:  Is it --<br>A:  -- it's unfortunate.<br>Q:  Is it a departure -- | 00:00:21 | |
| | 110: 8<br>110: 9<br>110: 10<br>110: 11<br>110: 12<br>110: 13<br>110: 14<br>110: 15<br>110: 16<br>110: 17<br>110: 18<br>110: 19<br>110: 20 | | | |
| 74 | 110:24 - 111:4 | Topol, Eric 2005-11-22<br>Q:  -- from sound academic and<br>scientific practice to attempt to<br>neutralize papers and try to inject a | 00:00:15 | |
| | 110: 24<br>111: 1<br>111: 2 | | | |

111: 3   particular perspective, rather than what
111: 4   is the down the middle truth?

| 75 | **111:8  -  111:14** | Topol, Eric 2005-11-22 | 00:00:21 | | |
|---|---|---|---|---|---|
| | 111: 8 | THE WITNESS:  Yes. I mean, | | | |
| | 111: 9 | I think that the role of academic | | | |
| | 111: 10 | medicine is to publish a highly | | | |
| | 111: 11 | objective independent processing | | | |
| | 111: 12 | of data and perspective, and | | | |
| | 111: 13 | anything to try to warp that or | | | |
| | 111: 14 | twist it is unacceptable. | | | |

| 76 | **115:11  -  115:18** | Topol, Eric 2005-11-22 | 00:00:17 | | |
|---|---|---|---|---|---|
| | 115: 11 | Q:  I'm marking, and those who | | | |
| | 115: 12 | see this will be familiar with this, the | | | |
| | 115: 13 | February 1, 2001 memo of Shari L. Targum | | | |
| | 115: 14 | of the Division of Cardiorenal Drug | | | |
| | 115: 15 | Products at the FDA -- | | | |
| | 115: 16 | A:  Yes -- | | | |
| | 115: 17 | Q:  -- correct? | | | |
| | 115: 18 | A:  Yes. | | | |

| 77 | **116:22  -  117:1** | Topol, Eric 2005-11-22 | 00:00:08 | Re: 116:2-117:1 | Overruled |
|---|---|---|---|---|---|
| | 116: 22 | Q:  What are the concerning | | **Def Obj:** 702; 602 - witness does | |
| | 116: 23 | parts to you that were known and flagged | | nothing more than express his | |
| | 116: 24 | in the Targum report dated February 1, | | current opinion about events for | |
| | 117: 1 | 2001? | | which he has no personal | |
| | | | | knowledge | |

| 78 | **117:4  -  117:6** | Topol, Eric 2005-11-22 | 00:00:05 | Re: 117:4-117:6 | Overruled |
|---|---|---|---|---|---|
| | 117: 4 | THE WITNESS:  On Page 5 it | | **Def Obj:** Same as above | |
| | 117: 5 | talks about the DSMB, which is the | | | |
| | 117: 6 | data and safety monitoring board. | | | |

| 79 | **117:11  -  118:5** | Topol, Eric 2005-11-22 | 00:00:52 | Re: 117:11-118:5 | Overruled |
|---|---|---|---|---|---|
| | 117: 11 | Q:  Yes. | | **Def Obj:** Same as above | |
| | 117: 12 | A:  And the first thing it says | | | |
| | 117: 13 | is during -- this is at the bottom of the | | | |
| | 117: 14 | page, the last paragraph, 'During the | | | |
| | 117: 15 | November 18, 1999 meeting, discussion and | | | |
| | 117: 16 | focus on the 'excess deaths and | | | |
| | 117: 17 | cardiovascular adverse experiences in | | | |
| | 117: 18 | group A compared to group B'...In this | | | |
| | 117: 19 | report, there were 40 and 17 patients | | | |
| | 117: 20 | that discontinued the study because of | | | |
| | 117: 21 | cardiovascular adverse events,' and then | | | |
| | 117: 22 | there's a blood pressure. And it's | | | |
| | 117: 23 | pretty easy to tell which is group A and | | | |
| | 117: 24 | group B. | | | |
| | 118: 1 | This is November 18, 1999. | | | |
| | 118: 2 | This is highly concerning, that there's | | | |
| | 118: 3 | excess deaths in a trial and the DSMB is | | | |
| | 118: 4 | noting in the course of the VIGOR trial. | | | |
| | 118: 5 | Q:  You said November 18, 1999? | | | |

| 80 | **118:8  -  118:22** | Topol, Eric 2005-11-22 | 00:00:38 | Re: 118:8-118:22 | Overruled |
|---|---|---|---|---|---|
| | 118: 8 | THE WITNESS:  Yes. This | | **Def Obj:** Same as above | |
| | 118: 9 | would be a time when any concerns | | | |
| | 118: 10 | about the drug, and, of course, | | | |
| | 118: 11 | now already the 090 trial, which I | | | |
| | 118: 12 | presume we'll get into, that | | | |
| | 118: 13 | already was known in May of 1999. | | | |
| | 118: 14 | So, now we have the largest | | | |
| | 118: 15 | trial ever of the drug, and it's | | | |
| | 118: 16 | causing, in the midst of the | | | |
| | 118: 17 | trial, excess deaths and serious | | | |
| | 118: 18 | cardiovascular events. So, this | | | |
| | 118: 19 | did not apparently lead to the | | | |
| | 118: 20 | alert that I would have thought in | | | |
| | 118: 21 | the course of a large scale trial | | | |
| | 118: 22 | of 8,000 patients. | | | |

| 81 | 119:2 - 119:5 | Topol, Eric 2005-11-22 | 00:00:16 | Re: 119:2-119:5 | Overruled |
|---|---|---|---|---|---|
| | 119: 2 | Q:  What are you saying to us? | | Def Obj: 702; 602 - same as above; | |
| | 119: 3 | Are you saying that in the period by the | | leading; witness lacks personal | |
| | 119: 4 | year 2001 that there were a series of | | knowledge about "what was known | |
| | 119: 5 | things that were known to Merck? | | to Merck" | |

| 82 | 119:9 - 119:19 | Topol, Eric 2005-11-22 | 00:00:20 | Re: 119:9-119:19 | Overruled |
|---|---|---|---|---|---|
| | 119: 9 | THE WITNESS:  Well, what's | | Def Obj:Same as above | |
| | 119: 10 | evident here is it calls out the | | | |
| | 119: 11 | 53 versus 29 serious excess deaths | | | |
| | 119: 12 | in cardiovascular events as early | | | |
| | 119: 13 | as November of 1999. In the wake | | | |
| | 119: 14 | of another trial, they had a 760 | | | |
| | 119: 15 | percent excess of heart attacks. | | | |
| | 119: 16 | BY MR. KLINE: | | | |
| | 119: 17 | Q:  What study was the 53 | | | |
| | 119: 18 | deaths, for instance? | | | |
| | 119: 19 | A:  That's the VIGOR trial. | | | |

| 83 | 120:23 - 121:11 | Topol, Eric 2005-11-22 | 00:00:31 | | |
|---|---|---|---|---|---|
| | 120: 23 | Q:  Is what you're saying that | | | |
| | 120: 24 | the Targum memo, to put it in | | | |
| | 121: 1 | perspective -- | | | |
| | 121: 2 | Is what you're saying is | | | |
| | 121: 3 | that the VIGOR -- you learned from seeing | | | |
| | 121: 4 | this document that the VIGOR data had | | | |
| | 121: 5 | been analyzed, as you would expect, going | | | |
| | 121: 6 | along at various stages? | | | |
| | 121: 7 | A:  Yes. | | | |
| | 121: 8 | Q:  And that at various stages, | | | |
| | 121: 9 | were there red flags that you can see in | | | |
| | 121: 10 | this data? | | | |
| | 121: 11 | A:  Exactly. | | | |

| 84 | 121:14 - 121:22 | Topol, Eric 2005-11-22 | 00:00:16 | | |
|---|---|---|---|---|---|
| | 121: 14 | THE WITNESS:  Exactly. And | | | |
| | 121: 15 | the point is, is that later we're | | | |
| | 121: 16 | told that the first time they ever | | | |
| | 121: 17 | knew about any problem was well | | | |
| | 121: 18 | into 2000, which couldn't possibly | | | |
| | 121: 19 | be true. Someone of the sponsor | | | |
| | 121: 20 | had to be alerted by this DSMB | | | |
| | 121: 21 | concern of excess deaths and | | | |
| | 121: 22 | serious cardiovascular events. | | | |

| 85 | 122:3 - 122:14 | Topol, Eric 2005-11-22 | 00:00:28 | | |
|---|---|---|---|---|---|
| | 122: 3 | Q:  Now, let's talk about VIGOR, | | | |
| | 122: 4 | because that was some focus of what you | | | |
| | 122: 5 | were doing when you retrospectively | | | |
| | 122: 6 | looked at VIGOR and also a number of | | | |
| | 122: 7 | other studies including 090. | | | |
| | 122: 8 | A:  Yes. | | | |
| | 122: 9 | Q:  Okay. | | | |
| | 122: 10 | You looked at, I think, a | | | |
| | 122: 11 | study called 085, 090, VIGOR. Any other? | | | |
| | 122: 12 | A:  Those are the principal | | | |
| | 122: 13 | ones. I think all the studies, but those | | | |
| | 122: 14 | are the ones that we focused on the most. | | | |

| 86 | 124:17 - 125:4 | Topol, Eric 2005-11-22 | 00:00:23 | | |
|---|---|---|---|---|---|
| | 124: 17 | You looked at the VIGOR | | | |
| | 124: 18 | trial, and you made some determinations | | | |
| | 124: 19 | there; correct? | | | |
| | 124: 20 | A:  That's right. | | | |
| | 124: 21 | Q:  Okay. | | | |
| | 124: 22 | What did you -- I would like | | | |
| | 124: 23 | you to list out sequentially. If you've | | | |
| | 124: 24 | covered it already, list it so we have it | | | |
| | 125: 1 | in a list. | | | |
| | 125: 2 | What were your major | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 125: 3 | findings as you looked independently back | | | |
|  | 125: 4 | at the VIGOR trial? | | | |
| 87 | 125:7 - 126:6 | Topol, Eric 2005-11-22 | 00:00:50 | | |
|  | 125: 7 | THE WITNESS: I think the | | | |
|  | 125: 8 | most important finding is | | | |
|  | 125: 9 | summarized in Figure 1 of that | | | |
|  | 125: 10 | paper, which comes right from the | | | |
|  | 125: 11 | FDA Targum report. And basically | | | |
|  | 125: 12 | what that figure, first time now | | | |
|  | 125: 13 | published to the medical | | | |
|  | 125: 14 | community, it shows that there's a | | | |
|  | 125: 15 | divergence of the heart attack and | | | |
|  | 125: 16 | serious event curves. The event | | | |
|  | 125: 17 | curves is Figure 1, whereby | | | |
|  | 125: 18 | starting at four to six weeks | | | |
|  | 125: 19 | after the start of the medicine, | | | |
|  | 125: 20 | Vioxx compared to naproxen, there | | | |
|  | 125: 21 | is an over two-fold risk of | | | |
|  | 125: 22 | serious events. | | | |
|  | 125: 23 | BY MR. KLINE: | | | |
|  | 125: 24 | Q: That Kaplan-Meier curve, | | | |
|  | 126: 1 | which will be marked -- we don't have to | | | |
|  | 126: 2 | display it right now, but I want to mark | | | |
|  | 126: 3 | it so that it's part of an exhibit to be | | | |
|  | 126: 4 | displayed as part of this transcript. We | | | |
|  | 126: 5 | will put a number 9 on table -- on Figure | | | |
|  | 126: 6 | 1 of the Topol JAMA article. | | | |
| 88 | 126:23 - 127:4 | Topol, Eric 2005-11-22 | 00:00:13 | | |
|  | 126: 23 | Q: That Figure 1, which is the | | | |
|  | 126: 24 | Kaplan-Meier curve showing the time to | | | |
|  | 127: 1 | cardiovascular adverse events, the line | | | |
|  | 127: 2 | separated how many days? | | | |
|  | 127: 3 | A: Between four and six weeks | | | |
|  | 127: 4 | these curves diverge. | | | |
| 89 | 127:8 - 127:10 | Topol, Eric 2005-11-22 | 00:00:03 | Re: 127:8-127:10 | Overruled |
|  | 127: 8 | Q: Is this, by the way, | | Def Obj:602 - no personal | |
|  | 127: 9 | something that has been replicated in | | knowledge | |
|  | 127: 10 | other studies? | | | |
| 90 | 127:13 - 127:18 | Topol, Eric 2005-11-22 | 00:00:05 | Re: 127:13-127:18 | Overruled |
|  | 127: 13 | THE WITNESS: It's been | | Def Obj:Same as above | |
|  | 127: 14 | replicated in four randomized | | | |
|  | 127: 15 | trials. | | | |
|  | 127: 16 | BY MR. KLINE: | | | |
|  | 127: 17 | Q: That it separates at an | | | |
|  | 127: 18 | early time? | | | |
| 91 | 127:20 - 128:17 | Topol, Eric 2005-11-22 | 00:00:34 | Re: 127:20-128:17 | Overruled |
|  | 127: 20 | THE WITNESS: That's right. | | Def Obj: 403; 602; 801; 802 - | |
|  | 127: 21 | BY MR. KLINE: | | refers to "comments by | |
|  | 127: 22 | Q: Okay. | | investigators" in the VICTOR trial, | |
|  | 127: 23 | And what are those studies? | | about which he has no personal | |
|  | 127: 24 | A: Study 090, which was a | | knowledge | |
|  | 128: 1 | six-week trial, which had a 760 percent | | | |
|  | 128: 2 | excess within the six weeks. | | | |
|  | 128: 3 | Q: Yes. | | | |
|  | 128: 4 | A: The VIGOR trial I just | | | |
|  | 128: 5 | mentioned. | | | |
|  | 128: 6 | Q: Yes. | | | |
|  | 128: 7 | A: The ADVANTAGE trial, which | | | |
|  | 128: 8 | was a 12-week trial that showed a | | | |
|  | 128: 9 | significant excess in the 12-week time | | | |
|  | 128: 10 | frame. | | | |
|  | 128: 11 | And the VICTOR trial, which | | | |
|  | 128: 12 | has not yet been published, which is a | | | |
|  | 128: 13 | colon cancer trial of 2,300 patients | | | |
|  | 128: 14 | coordinated out of Oxford, which has been | | | |
|  | 128: 15 | at least commented on by the | | | |
|  | 128: 16 | investigators having immediate excess in | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 128: 17 | heart attack risk. | | |
| 92 | 129:3 - 129:7 | | Topol, Eric 2005-11-22 | 00:00:16 | |
| | | 129: 3 | What conclusion have you | | Re: 129:3-129:7 | Overruled |
| | | 129: 4 | reached, Dr. Topol, relating to the | | Def Obj: Same as above |
| | | 129: 5 | increased risk of cardiovascular events, | | |
| | | 129: 6 | heart attacks and strokes relating to | | |
| | | 129: 7 | short-term usage of the drug? | | |

| 93 | 129:10 - 130:3 | | Topol, Eric 2005-11-22 | 00:00:32 | |
|---|---|---|---|---|---|
| | | 129: 10 | THE WITNESS:  Well, there is | | Re: 129:10-130:3 | Overruled |
| | | 129: 11 | -- I should also add the four | | Def Obj: Same as above and |
| | | 129: 12 | randomized trials, there's the | | answer is non-responsive |
| | | 129: 13 | cumulative analysis by Dr. Juni | | |
| | | 129: 14 | published in the Lancet which | | |
| | | 129: 15 | shows no relationship between | | |
| | | 129: 16 | duration of therapy and heart | | |
| | | 129: 17 | attack excess. | | |
| | | 129: 18 | But interestingly, all four | | |
| | | 129: 19 | of these trials, and the | | |
| | | 129: 20 | cumulative Juni analysis, was on | | |
| | | 129: 21 | patients without heart disease. | | |
| | | 129: 22 | So, the risk of it being immediate | | |
| | | 129: 23 | and early could actually be much | | |
| | | 129: 24 | more exaggerated in patients with | | |
| | | 130: 1 | heart disease. | | |
| | | 130: 2 | BY MR. KLINE: | | |
| | | 130: 3 | Q:  Any doubt -- | | |

| 94 | 130:8 - 130:13 | | Topol, Eric 2005-11-22 | 00:00:09 | |
|---|---|---|---|---|---|
| | | 130: 8 | Q:  -- about it in your mind? | | Re: 130:8-130:13 | Overruled |
| | | 130: 9 | A:  There isn't any question | | Def Obj: Same as above |
| | | 130: 10 | about this. To see it replicated across | | |
| | | 130: 11 | four trials in patients who don't even | | |
| | | 130: 12 | have heart disease is quite an important | | |
| | | 130: 13 | finding. | | |

| 95 | 130:18 - 131:5 | | Topol, Eric 2005-11-22 | 00:00:28 | |
|---|---|---|---|---|---|
| | | 130: 18 | Q:  In this particular | | |
| | | 130: 19 | Kaplan-Meier curve for the VIGOR trial, | | |
| | | 130: 20 | that was not published in the New England | | |
| | | 130: 21 | Journal of Medicine; is that correct? | | |
| | | 130: 22 | A:  No. As I mentioned earlier, | | |
| | | 130: 23 | the New England Journal of Medicine paper | | |
| | | 130: 24 | featured the gastrointestinal side | | |
| | | 131: 1 | effects and benefit, but it did not show | | |
| | | 131: 2 | in any graphic form, and there are other | | |
| | | 131: 3 | irregularities of this paper, but it | | |
| | | 131: 4 | certainly did not highlight the heart | | |
| | | 131: 5 | attack problems. | | |

| 96 | 131:20 - 132:2 | | Topol, Eric 2005-11-22 | 00:00:14 | |
|---|---|---|---|---|---|
| | | 131: 20 | You mentioned already that | | |
| | | 131: 21 | there was an increased risk of | | |
| | | 131: 22 | cardiovascular events starting at the | | |
| | | 131: 23 | six-week period in this study; correct? | | |
| | | 131: 24 | A:  Yes. | | |
| | | 132: 1 | Q:  Replicated by other studies | | |
| | | 132: 2 | we now know later? | | |

| 97 | 132:5 - 132:22 | | Topol, Eric 2005-11-22 | 00:00:26 | |
|---|---|---|---|---|---|
| | | 132: 5 | THE WITNESS:  Three other | | |
| | | 132: 6 | randomized trials. | | |
| | | 132: 7 | BY MR. KLINE: | | |
| | | 132: 8 | Q:  Yes. | | |
| | | 132: 9 | A:  Yes. | | |
| | | 132: 10 | Q:  And by the way, I'm going to | | |
| | | 132: 11 | get to naproxen. On this naproxen | | |
| | | 132: 12 | theory, has there ever been a randomized | | |
| | | 132: 13 | clinical trial demonstrating that | | |
| | | 132: 14 | naproxen is cardioprotective? | | |
| | | 132: 15 | A:  There is no -- there are no | | |

132: 16   data that I am aware of to show that
132: 17   naproxen in any randomized trial is
132: 18   cardioprotective.
132: 19   Q:  Do you think that if there
132: 20   were such a study, you would know about
132: 21   it?
132: 22   A:  I would think so.

98   **133:1  -  133:4**   Topol, Eric 2005-11-22   00:00:09
133: 1   Q:  So, what do you think of
133: 2   this naproxen hypothesis that was put
133: 3   forward by Merck to justify the results
133: 4   in VIGOR?

99   **133:7  -  133:16**   Topol, Eric 2005-11-22   00:00:21
133: 7   THE WITNESS:  It doesn't
133: 8   justify -- I mean, as I mentioned
133: 9   earlier, the problem is you have
133: 10   an experimental drug which is not
133: 11   fully defined, and you compare it
133: 12   to a drug that's been known for 20
133: 13   years. To all of a sudden to
133: 14   ascribe some type of magical
133: 15   protective effect without any
133: 16   basis is not acceptable.

100   **136:5  -  136:11**   Topol, Eric 2005-11-22   00:00:14
136: 5   Q:  Tell me, Dr. Topol, as you
136: 6   wrote it in JAMA and as you believed it
136: 7   then and today, the significance of 090,
136: 8   the study 090. What was that study?
136: 9   When was it performed? Just tell me what
136: 10   it was and what its significance was to
136: 11   you.

101   **136:14  -  138:10**   Topol, Eric 2005-11-22   00:01:39
136: 14   THE WITNESS:  To me, that
136: 15   study has been overlooked. It
136: 16   has, in many ways, extraordinary
136: 17   significance in the clinical
136: 18   development of Vioxx. And the
136: 19   reason is is that this study had
136: 20   978 patients. And within the 978
136: 21   patients, they were randomly
136: 22   assigned, they had the typical
136: 23   arthritis, osteoarthritis
136: 24   so-called, they were randomly
137: 1   assigned to Vioxx, a medicine
137: 2   called nabumetone or known as
137: 3   Relafen, which isn't used very
137: 4   much, or placebo.
137: 5   And so what they had were
137: 6   these three arms tested with only
137: 7   12-and-a-half milligrams of Vioxx.
137: 8   So, it's a very low dose of Vioxx
137: 9   relative to these other trials
137: 10   that we've been discussing.
137: 11   BY MR. KLINE:
137: 12   Q:  090 being a 12.5 milligram,
137: 13   as opposed to VIGOR, which was 50?
137: 14   A:  That's right.
137: 15   Q:  Okay.
137: 16   A:  And what is so striking
137: 17   about this trial is that it has, at the
137: 18   end of six weeks of therapy, a
137: 19   statistically significant 760 percent
137: 20   excess of heart attacks. Now, it's not
137: 21   quite 1,000 patient trial, but certainly
137: 22   that can't be minimized. And the point
137: 23   being is that if you see that trial in
137: 24   replication with the problems with VIGOR,
138: 1   you have a very serious problem.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 138: 2 | But moreover, what is the | | | |
|  | 138: 3 | misleading statements that have been | | | |
|  | 138: 4 | made, is that there have been no trials | | | |
|  | 138: 5 | ever done with Vioxx, before APPROVe, | | | |
|  | 138: 6 | comparing the drug except for naproxen, | | | |
|  | 138: 7 | in which there was a risk. In fact, | | | |
|  | 138: 8 | there was study 090, which compared to | | | |
|  | 138: 9 | placebo or nabumetone, which showed a | | | |
|  | 138: 10 | highly significant excess risk. | | | |
| 102 | 138:21  -  138:24 | Topol, Eric 2005-11-22 | 00:00:13 | | |
|  | 138: 21 | Q:  Was there, as you view this | | **Re: 138:21-138:24** | Overruled |
|  | 138: 22 | and as you viewed it back then in 2001, a | | **Def Obj:** 801; 802; 403 - answer | |
|  | 138: 23 | real public health threat out there in | | refers to statement in a Wall | |
|  | 138: 24 | the form of the drug Vioxx? | | Street in a Wall Street Journal article | |
| 103 | 139:3  -  139:18 | Topol, Eric 2005-11-22 | 00:00:30 | | |
|  | 139: 3 | THE WITNESS:  Yes. When we | | **Re: 139:3-139:18** | Overruled |
|  | 139: 4 | published our article in August | | **Def Obj:** Same as above - based | |
|  | 139: 5 | 2001, there was an accompanying | | on same article | |
|  | 139: 6 | article in the Wall Street | | | |
|  | 139: 7 | Journal, an A1 article, in which I | | | |
|  | 139: 8 | stated just precisely that, that | | | |
|  | 139: 9 | we're staring a public health -- I | | | |
|  | 139: 10 | don't know if I used the word | | | |
|  | 139: 11 | 'disaster,' but it was a | | | |
|  | 139: 12 | significant word, that this is a | | | |
|  | 139: 13 | major public health issue, yes. | | | |
|  | 139: 14 | BY MR. KLINE: | | | |
|  | 139: 15 | Q:  Why did you state it in | | | |
|  | 139: 16 | those blunt terms, sir? | | | |
|  | 139: 17 | A:  Because it obviously was a | | | |
|  | 139: 18 | public -- | | | |
| 104 | 139:21  -  140:11 | Topol, Eric 2005-11-22 | 00:00:30 | | |
|  | 139: 21 | THE WITNESS:  Here you have | | **Re: 139:21-140:11** | Overruled |
|  | 139: 22 | a possible five-fold increase in | | **Def Obj:** Same as above - based | |
|  | 139: 23 | heart attacks in patients without | | on same article | |
|  | 139: 24 | heart disease; you have a drug | | | |
|  | 140: 1 | that's being given to -- tens of | | | |
|  | 140: 2 | millions of prescriptions, | | | |
|  | 140: 3 | millions of people are taking it, | | | |
|  | 140: 4 | and it could be much worse in | | | |
|  | 140: 5 | patients with heart disease; we've | | | |
|  | 140: 6 | got direct-to-consumer advertising | | | |
|  | 140: 7 | unleashed with the most successful | | | |
|  | 140: 8 | launch of prescription medicines | | | |
|  | 140: 9 | in the history of pharmaceutical | | | |
|  | 140: 10 | development; we have a major | | | |
|  | 140: 11 | significant jeopardy, yes. | | | |
| 105 | 141:5  -  141:21 | Topol, Eric 2005-11-22 | 00:00:29 | | |
|  | 141: 5 | As of August 22, 2001, all | | **Re: 141:5-141:21** | Overruled |
|  | 141: 6 | you were asking Merck to do was what? | | **Def Obj:** 611(c); Leading | |
|  | 141: 7 | A:  To do an appropriate trial; | | | |
|  | 141: 8 | to acknowledge that there may be risks, | | | |
|  | 141: 9 | and that didn't occur, but to also do an | | | |
|  | 141: 10 | appropriate trial in patients with heart | | | |
|  | 141: 11 | disease. | | | |
|  | 141: 12 | Q:  You made a big point in your | | | |
|  | 141: 13 | paper about the fact that the trials that | | | |
|  | 141: 14 | were done, I think you already told us, | | | |
|  | 141: 15 | weren't done in patients who were at risk | | | |
|  | 141: 16 | for cardiovascular disease. Correct so | | | |
|  | 141: 17 | far? | | | |
|  | 141: 18 | A:  Yes. | | | |
|  | 141: 19 | Q:  Those would be the real | | | |
|  | 141: 20 | patients you'd have to really worry | | | |
|  | 141: 21 | about; correct? | | | |
| 106 | 141:24  -  142:3 | Topol, Eric 2005-11-22 | 00:00:05 | | |
|  | 141: 24 | THE WITNESS:  Exactly. The | | | |

|        | 142: 1 | patients with heart disease had |          |
|        | 142: 2 | been completely excluded from |          |
|        | 142: 3 | these trials. |          |

| 107 | **142:7  -  142:8** | Topol, Eric 2005-11-22 | 00:00:01 |
|        | 142: 7 | Q:  You needed to study them; |          |
|        | 142: 8 | correct? |          |

| 108 | **142:11  -  142:12** | Topol, Eric 2005-11-22 | 00:00:01 |
|        | 142: 11 | THE WITNESS:  That's |          |
|        | 142: 12 | correct. |          |

| 109 | **143:16  -  143:21** | Topol, Eric 2005-11-22 | 00:00:11 |
|        | 143: 16 | Q:  Had anything that is called |          |
|        | 143: 17 | a prespecified cardiovascular endpoint |          |
|        | 143: 18 | study, has it ever been done by Merck? |          |
|        | 143: 19 | A:  It has never been done in my |          |
|        | 143: 20 | mind to this day. |          |
|        | 143: 21 | Q:  Did it need to be done? |          |

| 110 | **143:24  -  144:9** | Topol, Eric 2005-11-22 | 00:00:13 |
|        | 143: 24 | THE WITNESS:  Absolutely. |          |
|        | 144: 1 | And we called for it innumerable |          |
|        | 144: 2 | times. |          |
|        | 144: 3 | BY MR. KLINE: |          |
|        | 144: 4 | Q:  And here's the question. |          |
|        | 144: 5 | Why? And why is that different than what |          |
|        | 144: 6 | we've heard -- we hear from Merck that, |          |
|        | 144: 7 | well, we studied, and we went back and we |          |
|        | 144: 8 | looked at the end points. Why, sir -- |          |
|        | 144: 9 | you can tell us, why? |          |

| 111 | **144:18  -  145:9** | Topol, Eric 2005-11-22 | 00:00:34 |
|        | 144: 18 | A:  Yeah. The main thing is |          |
|        | 144: 19 | that Merck was saying that they were |          |
|        | 144: 20 | doing trials to look at cardiovascular |          |
|        | 144: 21 | endpoints like APPROVe, like VICTOR and a |          |
|        | 144: 22 | prostate cancer trial. These were not |          |
|        | 144: 23 | being done for a cardiovascular endpoint. |          |
|        | 144: 24 | They were done in patients without heart |          |
|        | 145: 1 | disease. |          |
|        | 145: 2 | These were trials being done |          |
|        | 145: 3 | to extend the indications for the drug to |          |
|        | 145: 4 | new areas, such as prevention of colon |          |
|        | 145: 5 | polyps or prevention of prostate cancer. |          |
|        | 145: 6 | They had nothing to do with assuring |          |
|        | 145: 7 | safety from a cardiovascular standpoint. |          |
|        | 145: 8 | That could only be done in trials of |          |
|        | 145: 9 | patients with heart disease. |          |

| 112 | **145:19  -  145:20** | Topol, Eric 2005-11-22 | 00:00:03 |
|        | 145: 19 | Q:  Did they do what they should |          |
|        | 145: 20 | have done here? |          |

| 113 | **145:23  -  146:2** | Topol, Eric 2005-11-22 | 00:00:05 |
|        | 145: 23 | THE WITNESS:  They did not |          |
|        | 145: 24 | do what was needed to be done, |          |
|        | 146: 1 | which we called for in our JAMA |          |
|        | 146: 2 | paper. |          |

| 114 | **150:7  -  150:7** | Topol, Eric 2005-11-22 | 00:00:01 |
|        | 150: 7 | Q:  Why was -- |          |

| 115 | **150:11  -  150:15** | Topol, Eric 2005-11-22 | 00:00:13 |
|        | 150: 11 | Q:  -- as you saw it, the |          |
|        | 150: 12 | incremental risk of increased risk of |          |
|        | 150: 13 | heart attacks and strokes so important, |          |
|        | 150: 14 | and how did it relate to the numbers of |          |
|        | 150: 15 | people who were taking it? |          |

| 116 | **150:18  -  151:4** | Topol, Eric 2005-11-22 | 00:00:27 |
|        | 150: 18 | THE WITNESS:  Well, if one |          |

|  | | | | | |
|---|---|---|---|---|---|
| | 150: 19 | thinks about the risk here, if | | | |
| | 150: 20 | it's -- if we use the APPROVe data | | | |
| | 150: 21 | in colon cancer patients without | | | |
| | 150: 22 | heart disease, it's 16 per | | | |
| | 150: 23 | thousand patients, and you can | | | |
| | 150: 24 | just do the math about -- if you | | | |
| | 151: 1 | have millions of people, 16 per | | | |
| | 151: 2 | thousand having a heart attack, | | | |
| | 151: 3 | that's an extraordinary risk for | | | |
| | 151: 4 | the population. | | | |
| 117 | 151:8 - 151:9 | Topol, Eric 2005-11-22 | 00:00:05 | | |
| | 151: 8 | Q:  Okay. | | **Re: 151:8-152:10** | Overruled |
| | 151: 9 | Merck took after you, sir? | | **Def Obj:** Leading; Unfairly prejudicial commentary | |
| 118 | 151:12 - 152:10 | Topol, Eric 2005-11-22 | 00:00:52 | | |
| | 151: 12 | THE WITNESS:  The problems | | | |
| | 151: 13 | that occurred after August 22nd, | | | |
| | 151: 14 | 2001 were quite profound in many | | | |
| | 151: 15 | respects. So, not only did they | | | |
| | 151: 16 | have consultants that they | | | |
| | 151: 17 | communicated to the media, like | | | |
| | 151: 18 | Dr. Konstam and Dr. FitzGerald, | | | |
| | 151: 19 | accusing us of having tortured the | | | |
| | 151: 20 | data and manipulated the data, but | | | |
| | 151: 21 | they also sent out an overnight | | | |
| | 151: 22 | mail to every healthcare provider | | | |
| | 151: 23 | in the country that was commented | | | |
| | 151: 24 | on -- Dr. Sherwood, he was the | | | |
| | 152: 1 | doctor who sent it, and it was in | | | |
| | 152: 2 | the JAMA letter correspondence | | | |
| | 152: 3 | about our article, that one of the | | | |
| | 152: 4 | doctors was complaining, having | | | |
| | 152: 5 | received this overnight with the | | | |
| | 152: 6 | five-page taking on the | | | |
| | 152: 7 | Mukherjee/JAMA paper, and so it | | | |
| | 152: 8 | certainly unleashed a very robust | | | |
| | 152: 9 | response from Merck and its | | | |
| | 152: 10 | consultants. | | | |
| 119 | 166:5 - 166:7 | Topol, Eric 2005-11-22 | 00:00:07 | | |
| | 166: 5 | The warnings on this drug, | | **Re: 166:5-166:7** | Overruled |
| | 166: 6 | were there adequate warnings on this | | **Def Obj:** 701; 702; 403 - improper opinion testimony; witness admits lack of expertise in labeling guidelines on 542:9-15 | |
| | 166: 7 | drug, sir, in the '99 and 2002 labels? | | | |
| 120 | 166:10 - 166:21 | Topol, Eric 2005-11-22 | 00:00:27 | | |
| | 166: 10 | Q:  As to cardiovascular risks? | | **Re: 166:10-166:21** | Overruled |
| | 166: 11 | THE WITNESS:  In my opinion, | | **Def Obj:** Same as above | |
| | 166: 12 | both the original label and then | | | |
| | 166: 13 | the revision in April 2002 did not | | | |
| | 166: 14 | show adequate safety concerns | | | |
| | 166: 15 | about heart attacks, strokes and | | | |
| | 166: 16 | death that could occur from the | | | |
| | 166: 17 | medicine. So, it wasn't present | | | |
| | 166: 18 | at all in the first iteration in | | | |
| | 166: 19 | 1999, and it certainly was not | | | |
| | 166: 20 | adequately flagged in the 2002 | | | |
| | 166: 21 | revision. | | | |
| 121 | 175:16 - 175:23 | Topol, Eric 2005-11-22 | 00:00:22 | | |
| | 175: 16 | We were talking about | | | |
| | 175: 17 | naproxen and this whole thing, its | | | |
| | 175: 18 | cardioprotective effect. In VIGOR, Merck | | | |
| | 175: 19 | had made the point, as you well know, | | | |
| | 175: 20 | that they had no long-term randomized | | | |
| | 175: 21 | clinical trial to show that naproxen was | | | |
| | 175: 22 | cardioprotective. We've covered that | | | |
| | 175: 23 | point; correct? | | | |
| 122 | 176:1 - 176:8 | Topol, Eric 2005-11-22 | 00:00:09 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 176: 1 | THE WITNESS:  Yes, yes. |  |  |
|  | 176: 2 | BY MR. KLINE: |  |  |
|  | 176: 3 | Q:  I'm just putting it in |  |  |
|  | 176: 4 | context. |  |  |
|  | 176: 5 | A:  No. There are no data to |  |  |
|  | 176: 6 | support in any definitive fashion or |  |  |
|  | 176: 7 | meaningful way that naproxen has a |  |  |
|  | 176: 8 | cardioprotective effect. |  |  |
| 123 | 177:11  -  177:18 | Topol, Eric 2005-11-22 | 00:00:25 |  |
|  | 177: 11 | Q:  And, therefore, when you |  |  |
|  | 177: 12 | were writing here that 'lack of |  |  |
|  | 177: 13 | cardioprotective effect of naproxen,' |  |  |
|  | 177: 14 | were you saying that there was definitely |  |  |
|  | 177: 15 | no at all cardioprotective effect, or |  |  |
|  | 177: 16 | were you saying that a cardioprotective |  |  |
|  | 177: 17 | effect of naproxen could not explain the |  |  |
|  | 177: 18 | results in VIGOR? |  |  |
| 124 | 177:21  -  177:21 | Topol, Eric 2005-11-22 | 00:00:01 |  |
|  | 177: 21 | Q:  Or something else? |  |  |
| 125 | 177:23  -  178:4 | Topol, Eric 2005-11-22 | 00:00:11 |  |
|  | 177: 23 | THE WITNESS:  No. It was |  |  |
|  | 177: 24 | the latter. That if there was a |  |  |
|  | 178: 1 | cardioprotective effect, it was |  |  |
|  | 178: 2 | modest at best, and it could not |  |  |
|  | 178: 3 | explain the five-fold increase in |  |  |
|  | 178: 4 | heart attacks in the VIGOR trial. |  |  |
| 126 | 197:4  -  197:6 | Topol, Eric 2005-11-22 | 00:00:06 |  |
|  | 197: 4 | Q:  And you did believe at that |  | **Re: 197:4-197:6** | Overruled |
|  | 197: 5 | time that the drug needed a black box |  | **Def Obj:** 701; 702; 403 - improper opinion testimony; witness admits lack of expertise in labeling guidelines on 542:9-15; also leading |  |
|  | 197: 6 | warning; correct? |  |  |
| 127 | 197:8  -  197:20 | Topol, Eric 2005-11-22 | 00:00:26 |  |
|  | 197: 8 | THE WITNESS:  Yes. We're |  | **Re: 197:8-197:20** | Overruled |
|  | 197: 9 | now in August of 2004 publishing |  | **Def Obj:** Same as above |  |
|  | 197: 10 | this. |  |  |
|  | 197: 11 | BY MR. KLINE: |  |  |
|  | 197: 12 | Q:  Yes, sir. |  |  |
|  | 197: 13 | A:  And the extraordinary amount |  |  |
|  | 197: 14 | of evidence, not just from VIGOR, but |  |  |
|  | 197: 15 | from various other trials and studies, |  |  |
|  | 197: 16 | was really quite excessive in my opinion, |  |  |
|  | 197: 17 | and that's why the black box warning was |  |  |
|  | 197: 18 | long overdue in August 2004. |  |  |
|  | 197: 19 | Q:  Do you have a sense of when |  |  |
|  | 197: 20 | it was due by? |  |  |
| 128 | 197:22  -  198:18 | Topol, Eric 2005-11-22 | 00:00:50 |  |
|  | 197: 22 | THE WITNESS:  It could have |  | **Re: 197:22-198:18** | Overruled |
|  | 197: 23 | easily been imposed as of February |  | **Def Obj:** Same as above |  |
|  | 197: 24 | 2001, or if we go back to the Juni |  |  |
|  | 198: 1 | analysis in the Lancet, also |  |  |
|  | 198: 2 | published in the Lancet, it could |  |  |
|  | 198: 3 | have been back in year 2000. So, |  |  |
|  | 198: 4 | somewhere between 2000 and 2001 |  |  |
|  | 198: 5 | there was more than adequate |  |  |
|  | 198: 6 | confirmation. |  |  |
|  | 198: 7 | Essentially all you need is |  |  |
|  | 198: 8 | VIGOR and study 090 together, and |  |  |
|  | 198: 9 | I could take you through the Juni |  |  |
|  | 198: 10 | analysis in the Lancet, but that |  |  |
|  | 198: 11 | basically crosses the line for |  |  |
|  | 198: 12 | proven hazard of heart attacks. |  |  |
|  | 198: 13 | BY MR. KLINE: |  |  |
|  | 198: 14 | Q:  Did you observe any pattern |  |  |
|  | 198: 15 | of conduct by Merck every time or any |  |  |

|   | | | | | |
|---|---|---|---|---|---|
| | 198: 16 | time an investigator like yourself or | | | |
| | 198: 17 | Juni did a critical analysis and | | | |
| | 198: 18 | questioned the safety of the drug Vioxx? | | | |
| 129 | **198:20  -  199:7** | Topol, Eric 2005-11-22 | 00:00:29 | | |
| | 198: 20 | THE WITNESS:  Each time we | | | |
| | 198: 21 | published a paper or a study was | | | |
| | 198: 22 | also published by other | | | |
| | 198: 23 | investigators questioning the | | | |
| | 198: 24 | safety of Vioxx, there would be | | | |
| | 199: 1 | immediately a PR attack on the | | | |
| | 199: 2 | report. Merck would refute the | | | |
| | 199: 3 | findings and/or they would have | | | |
| | 199: 4 | consultants of theirs refute the | | | |
| | 199: 5 | findings. So, there was a | | | |
| | 199: 6 | published and then anti force that | | | |
| | 199: 7 | would occur without any question. | | | |
| 130 | **204:5  -** | **204:12:00** Topol, Eric 2005-11-22 | 00:00:16 | | |
| | 204: 5 | Q:  Now, this was published in | | **Re: 204:5-204:12** | Overruled |
| | 204: 6 | the Lancet? | | **Def Obj:** 602; 403 and | |
| | 204: 7 | A:  Yes, in November of 2004. | | argumentative | |
| | 204: 8 | Q:  So, not only could | | | |
| | 204: 9 | physicians see it, but Merck could see it | | | |
| | 204: 10 | as well; correct? | | | |
| | 204: 11 | A:  Yes. | | | |
| | 204: 12 | Q:  Okay. | | | |
| 131 | **204:16  -  205:7** | Topol, Eric 2005-11-22 | 00:00:34 | | |
| | 204: 16 | THE WITNESS:  As I mentioned | | **Re: 204:16-205:7** | Overruled |
| | 204: 17 | earlier, every time a study was | | **Def Obj:** Same as above | |
| | 204: 18 | published, there was a vehement | | | |
| | 204: 19 | response to that to try to provide | | | |
| | 204: 20 | an antidote or a negation of the | | | |
| | 204: 21 | results, whether it was our study | | | |
| | 204: 22 | or whether it was other reports. | | | |
| | 204: 23 | This would have been -- in | | | |
| | 204: 24 | this case, they said that Dr. Juni | | | |
| | 205: 1 | and his colleagues didn't include | | | |
| | 205: 2 | the right trials, and they had all | | | |
| | 205: 3 | sorts of criticism that I believe | | | |
| | 205: 4 | was largely unfounded, and there | | | |
| | 205: 5 | was quite a bit of correspondence | | | |
| | 205: 6 | in the Lancet that followed this | | | |
| | 205: 7 | up subsequently. | | | |
| 132 | **214:7  -  214:14** | Topol, Eric 2005-11-22 | 00:00:21 | | |
| | 214: 7 | One thing that Merck said | | | |
| | 214: 8 | from the APPROVe study was that there was | | | |
| | 214: 9 | an increased risk after 18 months. Do | | | |
| | 214: 10 | you recall that claim? | | | |
| | 214: 11 | A:  Yes. | | | |
| | 214: 12 | Q:  How did you see that in the | | | |
| | 214: 13 | context of the full picture of the | | | |
| | 214: 14 | articles? | | | |
| 133 | **214:16  -  216:5** | Topol, Eric 2005-11-22 | 00:01:21 | | |
| | 214: 16 | THE WITNESS:  This was | | | |
| | 214: 17 | another extremely concerning part | | | |
| | 214: 18 | of that dissemination on the day | | | |
| | 214: 19 | of withdrawal, that it took 18 | | | |
| | 214: 20 | months for there to be any risk, | | | |
| | 214: 21 | because that's not true. | | | |
| | 214: 22 | In fact, as I reviewed | | | |
| | 214: 23 | earlier in this deposition, there | | | |
| | 214: 24 | were four trials that showed that | | | |
| | 215: 1 | the timeline for that was | | | |
| | 215: 2 | considerably quicker. In VIGOR, | | | |
| | 215: 3 | with four to six weeks, there was | | | |
| | 215: 4 | separation. In ADVANTAGE, within | | | |
| | 215: 5 | 12 weeks. In VICTOR, this was | | | |
| | 215: 6 | immediate. And in study 090, | | | |

| | | |
|---|---|---|
| | 215: 7 | within six weeks. |
| | 215: 8 | And in all of these trials, |
| | 215: 9 | there were no heart disease |
| | 215: 10 | patients. So, it could have been |
| | 215: 11 | much worse than -- in the days or |
| | 215: 12 | weeks. And beyond all that, |
| | 215: 13 | there's the issue of a problem of |
| | 215: 14 | statistical power, that is, you |
| | 215: 15 | have to do a very large trial if |
| | 215: 16 | you're not expecting adequate |
| | 215: 17 | number of events, and so none of |
| | 215: 18 | the trials were adequately powered |
| | 215: 19 | from a time perspective. |
| | 215: 20 | But, given all those things, |
| | 215: 21 | that is, statistical power, lack |
| | 215: 22 | of cardiovascular patients, and |
| | 215: 23 | four randomized trials, in |
| | 215: 24 | addition to the Juni analysis, |
| | 216: 1 | there's a pretty strong case that |
| | 216: 2 | the risk of Vioxx for heart |
| | 216: 3 | attacks can occur at any time |
| | 216: 4 | after the initiation of the |
| | 216: 5 | medicine. |
| 134 **216:17 - 217:4** | | Topol, Eric 2005-11-22       00:00:19 |
| | 216: 17 | Q:  By that time or by the |
| | 216: 18 | time -- by today, by today there were |
| | 216: 19 | studies done by -- let's see, there was a |
| | 216: 20 | study done by Ray, correct, in Lancet, in |
| | 216: 21 | '02, the Ray study? |
| | 216: 22 | A:  Yes. |
| | 216: 23 | Q:  I'm talking epidemiology |
| | 216: 24 | studies. |
| | 217: 1 | A:  There were two Ray studies |
| | 217: 2 | in the Lancet. |
| | 217: 3 | Q:  Did that show an increased |
| | 217: 4 | risk of heart attacks? |
| 135 **217:6 - 217:11** | | Topol, Eric 2005-11-22       00:00:10 |
| | 217: 6 | THE WITNESS:  Yes. |
| | 217: 7 | BY MR. KLINE: |
| | 217: 8 | Q:  There was a study by Solomon |
| | 217: 9 | in Circulation in 2004. I'm talking just |
| | 217: 10 | the epidemiological studies. Did that |
| | 217: 11 | show an increased risk of heart attacks? |
| 136 **217:13 - 217:18** | | Topol, Eric 2005-11-22       00:00:09 |
| | 217: 13 | THE WITNESS:  Yes. |
| | 217: 14 | BY MR. KLINE: |
| | 217: 15 | Q:  There was a study by Graham |
| | 217: 16 | in Lancet in 2005, which we'll get to. |
| | 217: 17 | Did that show an increased risk of heart |
| | 217: 18 | attacks? |
| 137 **217:20 - 218:1** | | Topol, Eric 2005-11-22       00:00:09 |
| | 217: 20 | THE WITNESS:  Yes. |
| | 217: 21 | BY MR. KLINE: |
| | 217: 22 | Q:  There was a study by Kimmel |
| | 217: 23 | in the Annals of Internal Medicine |
| | 217: 24 | published, I'm not sure when. Did that |
| | 218: 1 | show an increased risk of heart attacks? |
| 138 **218:3 - 218:7** | | Topol, Eric 2005-11-22       00:00:07 |
| | 218: 3 | THE WITNESS:  Yes. |
| | 218: 4 | BY MR. KLINE: |
| | 218: 5 | Q:  There was a study by |
| | 218: 6 | Levesque, L-E-V-E-S-Q-U-E. Did that show |
| | 218: 7 | an increased risk of heart attacks? |
| 139 **218:9 - 218:9** | | Topol, Eric 2005-11-22       00:00:01 |
| | 218: 9 | THE WITNESS:  Yes. |

| | | | | | |
|---|---|---|---|---|---|
| 140 | **221:22 - 222:3** | Topol, Eric 2005-11-22 | 00:00:13 | | |
| | 221: 22 | Q: All right. | | **Re: 221:22-225:18** | Overruled |
| | 221: 23 | Now, my purpose is to go | | **Def Obj:** 403, 702 -- highly | |
| | 221: 24 | through your criticisms of the VIGOR | | prejudicial and improper opinion | |
| | 222: 1 | trial and what you think Merck did that | | testimony about what he views | |
| | 222: 2 | constitutes scientific misconduct. Can | | as scientific misconduct | |
| | 222: 3 | you do so, sir? | | | |
| 141 | **222:9 - 223:24** | Topol, Eric 2005-11-22 | 00:01:23 | | |
| | 222: 9 | THE WITNESS: Okay. | | | |
| | 222: 10 | So, what I cited here in | | | |
| | 222: 11 | this correspondence is how the | | | |
| | 222: 12 | article in the New England | | | |
| | 222: 13 | Journal -- this goes back to what | | | |
| | 222: 14 | we discussed earlier today, which | | | |
| | 222: 15 | is when the paper was published in | | | |
| | 222: 16 | November 2000 as compared to the | | | |
| | 222: 17 | FDA documents that we have a | | | |
| | 222: 18 | chance to review in February of | | | |
| | 222: 19 | 2001, there was -- there were | | | |
| | 222: 20 | gross discrepancies, which is why | | | |
| | 222: 21 | we had contacted Merck in the | | | |
| | 222: 22 | first place about this manuscript. | | | |
| | 222: 23 | Then, finally, we had the | | | |
| | 222: 24 | ability to work with the New | | | |
| | 223: 1 | England Journal of Medicine | | | |
| | 223: 2 | editors, Dr. Curfman, Dr. Drazen, | | | |
| | 223: 3 | and to figure out what was going | | | |
| | 223: 4 | on. | | | |
| | 223: 5 | Now, as it turns out, in the | | | |
| | 223: 6 | VIGOR manuscript, in the New | | | |
| | 223: 7 | England Journal in 2000, in three | | | |
| | 223: 8 | times in the paper, this is first | | | |
| | 223: 9 | authored by Bombardier, and three | | | |
| | 223: 10 | times it says that the mortality | | | |
| | 223: 11 | was the same between naproxen and | | | |
| | 223: 12 | Vioxx. And that was untrue. | | | |
| | 223: 13 | In fact, there was a 46 | | | |
| | 223: 14 | percent difference. There were 22 | | | |
| | 223: 15 | deaths in the Vioxx arm versus 15 | | | |
| | 223: 16 | deaths in the naproxen arm. And | | | |
| | 223: 17 | so instead of presenting the | | | |
| | 223: 18 | deaths as they should, the authors | | | |
| | 223: 19 | only used percentages, rounded | | | |
| | 223: 20 | them off, but moreover, they | | | |
| | 223: 21 | asserted strongly in three | | | |
| | 223: 22 | different places that the | | | |
| | 223: 23 | mortality was the same. So, | | | |
| | 223: 24 | that's issue number one. | | | |
| 142 | **224:22 - 225:18** | Topol, Eric 2005-11-22 | 00:00:43 | | |
| | 224: 22 | A: The second issue was the | | **Re: 224:22-225:18** | |
| | 224: 23 | false data regarding heart attacks. So, | | **Def. Obj.** Also 801, 802 | |
| | 224: 24 | instead of a five-fold increase, which we | | | |
| | 225: 1 | know is true at the bare minimum, because | | | |
| | 225: 2 | there wasn't the right adjudication in | | | |
| | 225: 3 | this trial as we learned and I reviewed | | | |
| | 225: 4 | earlier from the Targum report, but now | | | |
| | 225: 5 | we're talking about that the authors knew | | | |
| | 225: 6 | the correct number of heart attacks. | | | |
| | 225: 7 | They could have fixed the | | | |
| | 225: 8 | galley proofs, and this is told to me by | | | |
| | 225: 9 | the editors of the New England Journal, | | | |
| | 225: 10 | but they decided to give the correct | | | |
| | 225: 11 | numbers in the published New England | | | |
| | 225: 12 | Journal paper. So, they had a four-fold | | | |
| | 225: 13 | increase in heart attacks rather than a | | | |
| | 225: 14 | five-fold increase in heart attacks. | | | |
| | 225: 15 | And that is erroneous, and | | | |
| | 225: 16 | that appears to be, best I can | | | |
| | 225: 17 | reconstruct with the New England Journal | | | |

|  |  |  |  |
|---|---|---|---|
| | 225: 18 | editors, an error of commission. | |
| 143 | **225:22 - 227:13** | Topol, Eric 2005-11-22 | 00:01:09 |
| | 225: 22 | Q:  And the third? | **Re: 225:22-227:13** | Overruled |
| | 225: 23 | A:  The third is, rather than | **Def Obj:** 802 - witness is simply |
| | 225: 24 | report any of the other clotting events, | reading from a hearsay post- |
| | 226: 1 | like strokes, like transient ischemic | withdrawal "perspective" article |
| | 226: 2 | attacks, like unstable angina, like | |
| | 226: 3 | peripheral arterial thrombosis, like | |
| | 226: 4 | venous thrombosis, like pulmonary | |
| | 226: 5 | embolism, none of these were reported in | |
| | 226: 6 | the New England Journal of Medicine | |
| | 226: 7 | paper. | |
| | 226: 8 | Q:  You also state on the top of | |
| | 226: 9 | a column on Page 2878 of your | |
| | 226: 10 | correspondence, which is now marked as | |
| | 226: 11 | exhibit -- | |
| | 226: 12 | MR. HAMELINE:  16. | |
| | 226: 13 | - - - | |
| | 226: 14 | (Whereupon, Deposition | |
| | 226: 15 | Exhibit Topol-16, 'Rofecoxib, | |
| | 226: 16 | Merck, and the FDA,' (Kim et al), | |
| | 226: 17 | N Engl J Med 351;27 December 30, | |
| | 226: 18 | 2004, 2875 - 2878, was marked for | |
| | 226: 19 | identification.) | |
| | 226: 20 | - - - | |
| | 226: 21 | BY MR. KLINE: | |
| | 226: 22 | Q:  -- 16, thank you. | |
| | 226: 23 | You state here, something we | |
| | 226: 24 | talked about earlier, which is, 'We | |
| | 227: 1 | indeed' -- top of the second column, | |
| | 227: 2 | 2878. | |
| | 227: 3 | 'We indeed acknowledged that | |
| | 227: 4 | naproxen may have a cardioprotective | |
| | 227: 5 | effect, but the magnitude of the effect | |
| | 227: 6 | would be unlikely to exceed that of | |
| | 227: 7 | aspirin, at a 25 percent reduction of | |
| | 227: 8 | heart attacks. Instead, in the VIGOR | |
| | 227: 9 | trial, there was a 500 percent increase | |
| | 227: 10 | in heart attacks. This makes any | |
| | 227: 11 | 'naproxen hypothesis' of cardioprotection | |
| | 227: 12 | mathematically indefensible.' Correct? | |
| | 227: 13 | Your words? | |
| 144 | **227:19 - 228:11** | Topol, Eric 2005-11-22 | 00:00:44 |
| | 227: 19 | THE WITNESS:  I wrote this. | **Re: 227:19-228:11** | Overruled |
| | 227: 20 | These are my words, absolutely. | **Def Obj:** Same as above |
| | 227: 21 | BY MR. KLINE: | |
| | 227: 22 | Q:  And you said in this article | |
| | 227: 23 | or this correspondence, putting out there | |
| | 227: 24 | for the public, for the medical | |
| | 228: 1 | community, a little further down, 'There | |
| | 228: 2 | were no differences in the rate of | |
| | 228: 3 | perforation (0.1 percent in...rofecoxib | |
| | 228: 4 | and naproxen groups).' | |
| | 228: 5 | Your words, 'It is hard to | |
| | 228: 6 | imagine that the small protection from | |
| | 228: 7 | gastric or duodenal ulcers in the VIGOR | |
| | 228: 8 | trial is an acceptable trade-off as | |
| | 228: 9 | compared with twice the incidence of | |
| | 228: 10 | death, heart attacks, and strokes.' | |
| | 228: 11 | Did you write those words? | |
| 145 | **228:13 - 228:17** | Topol, Eric 2005-11-22 | 00:00:07 |
| | 228: 13 | THE WITNESS:  Yes, I | |
| | 228: 14 | certainly did. | |
| | 228: 15 | BY MR. KLINE: | |
| | 228: 16 | Q:  And were you doing a | |
| | 228: 17 | risk/benefit analysis there in your mind? | |
| 146 | **228:19 - 229:2** | Topol, Eric 2005-11-22 | 00:00:18 |
| | 228: 19 | THE WITNESS:  Yes. | |

|       |                |                               |          |                          |                      |
|-------|----------------|-------------------------------|----------|--------------------------|----------------------|
|       | 228: 20        | BY MR. KLINE:                 |          |                          |                      |
|       | 228: 21        | Q:  And were you weighing the |          |                          |                      |
|       | 228: 22        | risk of pain medication versus the risk |   |                          |                      |
|       | 228: 23        | of dying from a disease that -- let me |     |                          |                      |
|       | 228: 24        | start again.                  |          |                          |                      |
|       | 229: 1         | Were you weighing the risk    |          |                          |                      |
|       | 229: 2         | of pain relief versus death?  |          |                          |                      |

147  **229:4  -  229:9**  Topol, Eric 2005-11-22  00:00:13
    229: 4 THE WITNESS:  We were
    229: 5 weighing -- I was weighing, when I
    229: 6 wrote that statement, the risk of
    229: 7 heart attacks principally versus
    229: 8 the small protection from
    229: 9 significant stomach complications.

148  **240:20  -  240:24**  Topol, Eric 2005-11-22  00:00:15
    240: 20 Q:  You then cited the Graham
    240: 21 study. Now, I started this deposition by
    240: 22 some discussion that you had with David
    240: 23 Graham, who was at the FDA; correct?
    240: 24 A:  Yes.

156  **279:23  -  279:23**  Topol, Eric 2005-11-22  00:00:01  **Re: 279:23-279:23**  Overruled
    279: 23 What was the VALOR study?  **Def Obj:** 403; 702; 801; 802 -  *Sustained in Plunkett*

157  **280:2  -  281:22**  Topol, Eric 2005-11-22  00:01:33  **Re: 280:2-281:22**  Overruled
    280: 2 THE WITNESS:  I only learned  **Def Obj:** Same as above  *Sustained in Plunkett*
    280: 3 about that trial through the New
    280: 4 York Times, but Bryan Myers, the
    280: 5 reporter, called Dr. Bhatt, who
    280: 6 actually had authored a protocol.
    280: 7 That was the one, remember when
    280: 8 Dr. Reicin and Dr. Demopoulos
    280: 9 visited in April of 2001?
    280: 10 BY MR. KLINE:
    280: 11 Q:  Yes.
    280: 12 A:  And she said, well, why
    280: 13 don't you send us a protocol?
    280: 14 Q:  Yes.
    280: 15 A:  So, I spoke to my colleague,
    280: 16 Dr. Bhatt, and just a couple of weeks
    280: 17 later, around the 2nd of May, we
    280: 18 submitted a protocol, actually Dr. Bhatt
    280: 19 did, to Dr. Reicin and Dr. Demopoulos.
    280: 20 That protocol was testing in
    280: 21 patients with so-called acute coronary
    280: 22 syndrome, unstable angina, or heart
    280: 23 attack, who had abnormal inflammation
    280: 24 blood protein markers to test a study of
    281: 1 Vioxx versus placebo on top of the other
    281: 2 normal medicines. So, that was a
    281: 3 proposal. It was a mini proposal, but
    281: 4 that was sent.
    281: 5 And then what we found out
    281: 6 later was that there was a trial called
    281: 7 VALOR reported in the New York Times, a
    281: 8 70-page protocol, had extensive network
    281: 9 development, and somewhere along the
    281: 10 line, the trial that we initially had
    281: 11 proposed, apparently, didn't get very
    281: 12 far, we never heard back about that, but
    281: 13 that trial was, indeed, being planned by
    281: 14 Merck, and at some point the plug was
    281: 15 pulled, and that's what that New York
    281: 16 Times article was about.
    281: 17 Q:  You proposed to them to do a
    281: 18 study in the people that were high risk
    281: 19 patients who had cardiovascular disease
    281: 20 who were susceptible. Do I have it
    281: 21 right?

|     | 281: 22 | A:  Yes. | | | |
|-----|---------|----------|-------|--------|------|
| 158 | **283:6  -  283:9** | Topol, Eric 2005-11-22 | 00:00:04 | | |
|     | 283: 6 | Q:  But it wasn't done? | | Re: 283:6-283:9 | Overruled |
|     | 283: 7 | A:  It wasn't done. | | Def Obj: Same as above | *Sustained in Plunkett* |
|     | 283: 8 | Q:  And it should have been | | | |
|     | 283: 9 | done? | | | |
| 159 | **283:12  -  283:15** | Topol, Eric 2005-11-22 | 00:00:06 | | |
|     | 283: 12 | Q:  Should it have been done? | | Re: 283:12-283:15 | Overruled |
|     | 283: 13 | A:  Any trial to establish the | | Def Obj: Same as above | *Sustained in Plunkett* |
|     | 283: 14 | risk in patients with heart disease | | | |
|     | 283: 15 | should have been done. | | | |
| 160 | **284:9  -  284:12** | Topol, Eric 2005-11-22 | 00:00:32 | | |
|     | 284: 9 | Now, was it an adequate | | Re: 284:9-284:12 | Overruled |
|     | 284: 10 | substitute to look at CV events in | | Def Obj: Same as above | *Sustained in Plunkett* |
|     | 284: 11 | studies to which the primary endpoint was | | | |
|     | 284: 12 | something else? | | | |
| 161 | **284:14  -  285:6** | Topol, Eric 2005-11-22 | 00:00:30 | | |
|     | 284: 14 | THE WITNESS:  It's more the | | Re: 284:14-285:6 | Overruled |
|     | 284: 15 | population of patients. It's not | | Def Obj: Same as above | *Sustained in Plunkett* |
|     | 284: 16 | about patients of population who | | | |
|     | 284: 17 | had colon polyps with no heart | | | |
|     | 284: 18 | disease. It's about the | | | |
|     | 284: 19 | population of patients who have | | | |
|     | 284: 20 | one of the most common diseases of | | | |
|     | 284: 21 | American society, which is | | | |
|     | 284: 22 | coronary disease, established | | | |
|     | 284: 23 | coronary disease. That's where | | | |
|     | 284: 24 | there was a gap, that's where 40 | | | |
|     | 285: 1 | to 50 percent of patients taking | | | |
|     | 285: 2 | the drug of the 20 million | | | |
|     | 285: 3 | estimated had never been studied | | | |
|     | 285: 4 | as to what would happen, would | | | |
|     | 285: 5 | they derive a benefit, or would | | | |
|     | 285: 6 | they incur harm? Unknown. | | | |
| 162 | **292:1  -  292:20** | Topol, Eric 2005-11-22 | 00:00:35 | | |
|     | 292: 1 | You mentioned that you had | | | |
|     | 292: 2 | done a study for Merck; correct? | | | |
|     | 292: 3 | A:  With Merck, yes, the TARGET | | | |
|     | 292: 4 | trial, yes. | | | |
|     | 292: 5 | Q:  Yes. | | | |
|     | 292: 6 | And what drug was that, by | | | |
|     | 292: 7 | the way? | | | |
|     | 292: 8 | A:  That was a drug, the | | | |
|     | 292: 9 | commercial name is known as Aggrastat, | | | |
|     | 292: 10 | tirofiban. | | | |
|     | 292: 11 | Q:  Were you actually paid by | | | |
|     | 292: 12 | Merck? | | | |
|     | 292: 13 | A:  No. I was not paid. I did | | | |
|     | 292: 14 | do the trial. | | | |
|     | 292: 15 | Q:  Was there funding provided | | | |
|     | 292: 16 | to the institution here, the Cleveland | | | |
|     | 292: 17 | Clinic, by Merck? | | | |
|     | 292: 18 | A:  There was funding to the | | | |
|     | 292: 19 | Cleveland Clinic and to the 60 sites that | | | |
|     | 292: 20 | participated in the trial, yes. | | | |
| 163 | **316:5  -  316:6** | Topol, Eric 2005-11-22 | 00:00:02 | | |
|     | 316: 5 | Q:  Good afternoon, Dr. Topol. | | | |
|     | 316: 6 | A:  Good afternoon. | | | |
| 164 | **316:7  -  317:3** | Topol, Eric 2005-11-22 | 00:00:51 | | |
|     | 316: 7 | Q:  I want to talk for a few | | | |
|     | 316: 8 | seconds about cardiovascular disease. Is | | | |
|     | 316: 9 | it the leading cause of death in the | | | |
|     | 316: 10 | United States? | | | |
|     | 316: 11 | A:  Yes, it is. | | | |
|     | 316: 12 | Q:  Is cardiovascular disease | | | |

316: 13     the leading cause of death by far?
316: 14     A:  Well, it's significantly
316: 15     greater than the second leading cause of
316: 16     cancer, so, yes.
316: 17     Q:  Is cardiovascular disease
316: 18     the number one killer in the United
316: 19     States and has it been since 1900?
316: 20     A:  Yes.
316: 21     Q:  Do you know that
316: 22     approximately every 34 seconds somebody
316: 23     dies of heart disease in this country?
316: 24     A:  That's, I think, from the
317: 1      American Heart Association, and I can't
317: 2      vouch for the calculation, but that's out
317: 3      there, yes.

165   317:23  -  319:9     Topol, Eric 2005-11-22                     00:01:20
317: 23     Q:  Is it true, Dr. Topol, that
317: 24     every year 400,000 -- 460,000 people die
318: 1      of heart disease in the emergency room or
318: 2      before even getting to the hospital?
318: 3      A:  That number may be about
318: 4      right. There's a lot of out of hospital
318: 5      sudden death, yes.
318: 6      Q:  Did you take Vioxx, Dr.
318: 7      Topol?
318: 8      A:  Yes, I took Vioxx.
318: 9      Q:  You took Vioxx for years,
318: 10     didn't you?
318: 11     A:  I took it occasionally. I
318: 12     have knee arthritis. I've had multiple
318: 13     knee surgeries, so, I would take it on
318: 14     demand, you know, whether it be every --
318: 15     once, a couple, every few weeks, that
318: 16     sort of thing.
318: 17     Q:  The reason you took Vioxx is
318: 18     because you had serious knee pain, and
318: 19     traditional NSAIDs were bothering your
318: 20     stomach. Is that true?
318: 21     A:  I think the medicines that I
318: 22     had taken actually didn't bother my
318: 23     stomach. I haven't had any thing that
318: 24     really bothered my stomach very much, but
319: 1      I can't recall that so much as I thought
319: 2      I had better relief of my arthritis than
319: 3      by taking a Motrin or some other
319: 4      over-the-counter preparation.
319: 5      Q:  Vioxx helped relieve your
319: 6      knee pain better than the traditional
319: 7      NSAIDs. Is that fair?
319: 8      A:  The ones that I had tried,
319: 9      yes.

166   322:19  -  323:3     Topol, Eric 2005-11-22                     00:00:16
322: 19     Q:  Was the VIGOR trial
322: 20     published in the New England Journal of
322: 21     Medicine?
322: 22     A:  Yes. As I mentioned, the
322: 23     November 22nd, 2000.
322: 24     Q:  Is the New England Journal
323: 1      of Medicine a top medical journal?
323: 2      A:  It's the leading impact
323: 3      journal in biomedicine today.

167   323:12  -  325:17    Topol, Eric 2005-11-22                     00:02:03
323: 12     Q:  Is the New England Journal
323: 13     of Medicine a peer-reviewed journal?
323: 14     A:  Yes.
323: 15     Q:  That means that before the
323: 16     New England Journal of Medicine will
323: 17     publish an article, doctors who are
323: 18     knowledgeable in the field that's being

323: 19    described in the article review the
323: 20    article for accuracy.
323: 21    A:  'Peer review' means that the
323: 22    data are reviewed, and certainly the
323: 23    conclusions are -- yes, that's what peer
323: 24    review is all about.
324: 1    Q:  Peer reviewed is a standard
324: 2    process that medical journals use to
324: 3    ensure the quality of the articles that
324: 4    they publish; correct?
324: 5    A:  Correct.
324: 6    Q:  I want to talk briefly about
324: 7    how the VIGOR trial was conducted, and
324: 8    then we'll discuss the results. Okay?
324: 9    A:  Yes.
324: 10    Q:  Do you know that VIGOR
324: 11    tested whether Vioxx was safe at treating
324: 12    pain suffered by patients who had
324: 13    rheumatoid arthritis?
324: 14    A:  Yes. I mentioned that
324: 15    earlier today.
324: 16    Q:  And one of the things that
324: 17    the VIGOR trial sought to test was
324: 18    whether the patients who had rheumatoid
324: 19    arthritis could have relief from their
324: 20    pain without causing them as many stomach
324: 21    problems as naproxen; correct?
324: 22    A:  The primary, I think,
324: 23    endpoint of the study was the relief of
324: 24    gastrointestinal complications. That
325: 1    was, I think, why the sample size and the
325: 2    power of the trial was set up, to detect
325: 3    whether or not rofecoxib/Vioxx would have
325: 4    an advantage over naproxen in that
325: 5    regard.
325: 6    Q:  Are patients with rheumatoid
325: 7    arthritis at higher risk of heart
325: 8    attacks?
325: 9    A:  As I mentioned this morning,
325: 10    yes, patients with RA, rheumatoid
325: 11    arthritis, do have higher event rates for
325: 12    heart attacks.
325: 13    Q:  In the VIGOR trial, patients
325: 14    who participated either used Vioxx 50
325: 15    milligrams once a day or naproxen, 500
325: 16    milligrams twice per day. Is that right?
325: 17    A:  That's correct.

168  **327:17  -  328:10**    Topol, Eric 2005-11-22    00:00:39
327: 17    Q:  You're not critical, Dr.
327: 18    Topol, of Merck's decision to use
327: 19    naproxen as the drug to compare Vioxx to,
327: 20    are you, sir?
327: 21    A:  No. I think naproxen, being
327: 22    a widely used nonsteroidal agent for
327: 23    arthritis, all types of arthritis, was a
327: 24    very suitable comparator.
328: 1    Q:  None of the patients in the
328: 2    VIGOR trial used placebo, did they?
328: 3    A:  The VIGOR trial did not test
328: 4    placebo. It was a so-called active
328: 5    comparison, that is, comparing one active
328: 6    anti-inflammatory versus another.
328: 7    Q:  A placebo is another word
328: 8    for a sugar pill. Is that right?
328: 9    A:  That would be an inactive
328: 10    drug, yes.

169  **329:1  -  329:9**    Topol, Eric 2005-11-22    00:00:17
329: 1    Q:  Would it be ethical, Dr.
329: 2    Topol, if half of the patients in the
329: 3    VIGOR study who had rheumatoid arthritis

329: 4    only took a placebo?
329: 5    A:  If they had no other relief
329: 6    for their rheumatoid arthritis symptoms?
329: 7    Q:  Yes.
329: 8    A:  No, that would not be
329: 9    proper.

170  329:10  -  330:6    Topol, Eric 2005-11-22                00:00:42
329: 10    Q:  The VIGOR trial showed that
329: 11    Vioxx was an effective treatment for
329: 12    pain; correct?
329: 13    A:  The VIGOR trial showed there
329: 14    was no difference in pain relief between
329: 15    naproxen and Vioxx.
329: 16    Q:  That wasn't my question, Dr.
329: 17    Topol.
329: 18    I asked you whether Vioxx
329: 19    was shown in the VIGOR trial to be an
329: 20    effective treatment for pain.
329: 21    A:  Effective compared with
329: 22    what, Mr. Goldman?
329: 23    Q:  Effective, period, sir.
329: 24    A:  No. You can't make --
330: 1    effective, you have to have a reference.
330: 2    Here the reference was naproxen. It was
330: 3    shown to be no more effective than
330: 4    naproxen. So then you could say it's
330: 5    equally effective to naproxen, then I
330: 6    would say yes, for pain relief.

171  330:7  -  330:15    Topol, Eric 2005-11-22                00:00:19
330: 7    Q:  Do you agree then, sir, that
330: 8    Vioxx worked to reduce pain that
330: 9    rheumatoid arthritis patients were
330: 10    experiencing in the VIGOR trial?
330: 11    A:  It reduced pain, as far as I
330: 12    understand from the data, equally, as
330: 13    well as naproxen at the doses that were
330: 14    administered with the 50 milligrams of
330: 15    Vioxx, yes.

172  334:14  -  334:23    Topol, Eric 2005-11-22                00:00:19
334: 14    Q:  Let's talk about the
334: 15    cardiovascular results of VIGOR. Okay,
334: 16    Doctor?
334: 17    We saw in the VIGOR trial
334: 18    that there were more cardiovascular
334: 19    events in the Vioxx group than in
334: 20    naproxen; correct?
334: 21    A:  That's correct. And I did
334: 22    review that this morning. I'll be happy
334: 23    to review it again if you'd like.

173  335:13  -  336:19    Topol, Eric 2005-11-22                00:01:11
335: 13    Q:  Was the difference in
335: 14    cardiovascular events in the Vioxx group
335: 15    mostly due to a five times difference in
335: 16    heart attacks compared to the naproxen
335: 17    group?
335: 18    A:  Well, let me just be very
335: 19    clear about that. Okay? There were 22
335: 20    deaths in the Vioxx group and 15 deaths,
335: 21    as I reviewed, in the naproxen group.
335: 22    There were 20 heart attacks versus -- in
335: 23    the Vioxx group versus 4. So, there was
335: 24    an excess of deaths. That was a 46
336: 1    percent excess of deaths, which is
336: 2    similar, if your number is right, with
336: 3    respect to the bleeding complications.
336: 4    If we're talking about percentages, 46
336: 5    percent increase in death and 46 percent
336: 6    increase in bleeding complication, if

336: 7    that's correct. We have a five fold, 500
336: 8    percent increase in heart attack. And
336: 9    then we have also an increase in stroke,
336: 10   11 versus 9.
336: 11   So, according to the correct
336: 12   data, which was not published in the New
336: 13   England Journal paper by Bombardier in
336: 14   November 22, 2000, there was 53 of these
336: 15   events, death, heart attack or stroke
336: 16   versus 28. The largest portion of those
336: 17   in terms of numerical were heart attack,
336: 18   but there was a consistent excess across
336: 19   each, death, heart attack and stroke.

174   **338:22  -  339:24**    Topol, Eric 2005-11-22                              00:00:49
338: 22   Q:  Let me back up, Dr. Topol.
338: 23   I think you said in one of your previous
338: 24   answers that there were 20 heart attacks
339: 1    seen in the Vioxx group and 4 heart
339: 2    attacks seen in the naproxen group.
339: 3    Right?
339: 4    A:  That's correct.
339: 5    Q:  That's a five times
339: 6    difference; right?
339: 7    A:  That's correct.
339: 8    Q:  What percentage of the
339: 9    patients in the Vioxx group had heart
339: 10   attacks?
339: 11   A:  That would be 20 of 4,047.
339: 12   So, that would be approximately -- I
339: 13   don't have a calculator, but it would be
339: 14   approximately .5 percent.
339: 15   Q:  One half of one percent?
339: 16   A:  One half of one percent.
339: 17   Q:  Do you know what the
339: 18   percentage of heart attacks in the
339: 19   naproxen group was?
339: 20   A:  Well, that was 4 out of
339: 21   4,029, which is less than .1 percent.
339: 22   Q:  Or less than one-tenth of
339: 23   one percent?
339: 24   A:  That's correct.

175   **340:1  -  342:12**    Topol, Eric 2005-11-22                              00:02:07
340: 1    Q:  Because there was no placebo
340: 2    group in the VIGOR study. If you only
340: 3    looked at the VIGOR study without looking
340: 4    at any other data, you wouldn't be able
340: 5    to tell the reason for the difference in
340: 6    heart attacks in the Vioxx group versus
340: 7    naproxen; is that right?
340: 8    A:  I'm not sure that I
340: 9    understand that question.
340: 10   Q:  If you just look at the
340: 11   VIGOR study --
340: 12   A:  Yes.
340: 13   Q:  -- at the time that it was
340: 14   done and you don't consider any data
340: 15   outside of the VIGOR study --
340: 16   A:  Yes.
340: 17   Q:  -- you don't know whether
340: 18   the difference in heart attacks between
340: 19   Vioxx and naproxen was due to Vioxx --
340: 20   A:  Oh, I see.
340: 21   Q:  -- naproxen or chance.
340: 22   A:  Now I understand your
340: 23   question. Okay. So, first --
340: 24   Q:  Is that right?
341: 1    A:  Yes, you do know. That is,
341: 2    I reviewed this this morning, but just to
341: 3    recap. When you're doing clinical trials
341: 4    with an experimental drug, in this case,

341: 5     it's Vioxx, versus a drug that's been
341: 6     around for 20 years, in this case,
341: 7     naproxen, which is considered the control
341: 8     arm, not a placebo, but a control arm,
341: 9     and if you have an untoward event crop up
341: 10    like occurred in the VIGOR trial, one has
341: 11    to assume that it's the experimental drug
341: 12    excess that's the problem rather than
341: 13    what was introduced by Merck, which is
341: 14    substantiated in the Targum report and
341: 15    other places, which is that it was a
341: 16    protective effect of naproxen which was
341: 17    not documented. The only appropriate
341: 18    conclusion would have been that there was
341: 19    a problem with the experimental drug,
341: 20    which in this case was Vioxx.
341: 21    Q:  Is it your testimony, Dr.
341: 22    Topol, that when you reviewed the VIGOR
341: 23    study, it was your conclusion that Vioxx
341: 24    caused the difference in heart attacks
342: 1     and not naproxen and not chance?
342: 2     A:  Yes. That was our
342: 3     conclusion, but we did not at that time
342: 4     have the replication that was needed to
342: 5     say that this drug should be taken off
342: 6     the market or something drastic. What we
342: 7     did say, as we wrote in the JAMA paper,
342: 8     as you well know and I reviewed earlier,
342: 9     is that more data were needed, and
342: 10    specific significant caution must be
342: 11    exercised in using this medicine because
342: 12    of the heart attack risk.

176   **342:13  -  343:22**    Topol, Eric 2005-11-22          00:01:08
342: 13    Q:  Did the Food & Drug
342: 14    Administration hold a special Advisory
342: 15    Committee meeting in February of 2001 to
342: 16    discuss the question of whether COX-2
342: 17    inhibitors cause heart problems?
342: 18    A:  Yes. They had, as I
342: 19    mentioned this morning, a two-day
342: 20    conference, one for each of the drugs,
342: 21    Celebrex and Vioxx.
342: 22    Q:  What is an FDA Advisory
342: 23    Committee briefly, sir?
342: 24    A:  Well, a panel of experts are
343: 1     brought in, and the data are reviewed,
343: 2     and there's recommendations by the panel
343: 3     to give to the FDA staff, and the FDA
343: 4     staff can either accept or reject those
343: 5     recommendations. But this is a panel of
343: 6     experts. In this particular case, it was
343: 7     predominantly rheumatologists. There
343: 8     were only two cardiologists who were
343: 9     invited to the panel to review Vioxx and
343: 10    Celebrex.
343: 11    Q:  One of the cardiologists who
343: 12    was on the Advisory Committee was your
343: 13    colleague, Dr. Steven Nissen; is that
343: 14    right?
343: 15    A:  Yes.
343: 16    Q:  He is a well-respected
343: 17    cardiologist, correct, sir?
343: 18    A:  Yes.
343: 19    Q:  The FDA Advisory Committee
343: 20    meetings that are held, those are open to
343: 21    the public, aren't they, Dr. Topol?
343: 22    A:  Yes.

177   **344:11  -  345:5**    Topol, Eric 2005-11-22          00:00:34
344: 11    Q:  During the Advisory
344: 12    Committee meeting that your colleague,

37

| | | | |
|---|---|---|---|
| | 344: 13 | Dr. Nissen, attended, Merck gave a | |
| | 344: 14 | presentation; right? | |
| | 344: 15 | A:  Merck gave a substantial | |
| | 344: 16 | presentation, that's right. | |
| | 344: 17 | Q:  Pfizer gave a presentation | |
| | 344: 18 | about Celebrex; correct? | |
| | 344: 19 | A:  That was on a different day, | |
| | 344: 20 | yes. | |
| | 344: 21 | Q:  The FDA made a presentation | |
| | 344: 22 | as well; correct? | |
| | 344: 23 | A:  Yes. | |
| | 344: 24 | Q:  The FDA also prepared | |
| | 345: 1 | background materials for the Advisory | |
| | 345: 2 | Committee, analyzing the clinical trials | |
| | 345: 3 | that had been done on Vioxx and Celebrex; | |
| | 345: 4 | correct, sir? | |
| | 345: 5 | A:  That's correct. | |
| 178 | 350:22  -  350:24 | Topol, Eric 2005-11-22 | 00:00:07 |
| | 350: 22 | Q:  Let me show you, sir, an | |
| | 350: 23 | excerpt from the FDA Advisory Committee | |
| | 350: 24 | meeting. | |
| 179 | 352:6  -  352:7 | Topol, Eric 2005-11-22 | 00:00:03 |
| | 352: 6 | Q:  Dr. Topol, does Dr. | |
| | 352: 7 | Nissen -- | |
| 180 | 352:10  -  352:20 | Topol, Eric 2005-11-22 | 00:00:24 |
| | 352: 10 | Q:  -- make the following | |
| | 352: 11 | statement to the Advisory Committee? | |
| | 352: 12 | 'Briefly, I think what I would say in the | |
| | 352: 13 | label is that there was an excess of | |
| | 352: 14 | cardiovascular events in comparison to | |
| | 352: 15 | naproxen, that it remains uncertain | |
| | 352: 16 | whether this was due to beneficial | |
| | 352: 17 | cardioprotective effects of naproxen or | |
| | 352: 18 | prothrombotic effects of the agent, and | |
| | 352: 19 | leave it at that, that basically we don't | |
| | 352: 20 | know the reason'? | |
| 181 | 353:4  -  353:12 | Topol, Eric 2005-11-22 | 00:00:20 |
| | 353: 4 | Q:  Do you see that? | |
| | 353: 5 | A:  Yeah, I see it, and I | |
| | 353: 6 | understand that completely. As of | |
| | 353: 7 | February 8, 2001, which I believe was the | |
| | 353: 8 | date of this -- and I also understand | |
| | 353: 9 | that the consensus of the panel was like | |
| | 353: 10 | this, that there needed to be a change in | |
| | 353: 11 | the label about the cardiovascular risk. | |
| | 353: 12 | So, this is consistent with that. | |
| 182 | 356:21  -  357:8 | Topol, Eric 2005-11-22 | 00:00:27 |
| | 356: 21 | Q:  You said on direct | |
| | 356: 22 | examination, Dr. Topol, that a black box | |
| | 356: 23 | warning could easily have been imposed by | |
| | 356: 24 | February of 2001. Do you remember | |
| | 357: 1 | testifying to that? | |
| | 357: 2 | A:  Yes. | |
| | 357: 3 | Q:  Did anybody at the Advisory | |
| | 357: 4 | Committee meeting suggest that a black | |
| | 357: 5 | box warning be put on the Vioxx label? | |
| | 357: 6 | A:  No. And that's because the | |
| | 357: 7 | correct data for study 090 were not | |
| | 357: 8 | presented. | |
| 183 | 358:6  -  359:7 | Topol, Eric 2005-11-22 | 00:00:43 |
| | 358: 6 | 1,000 page transcript. That's not -- I | |
| | 358: 7 | mean, that's not a full disclosure here. | |
| | 358: 8 | It's not very comprehensive, so, I can't | |
| | 358: 9 | say. | |
| | 358: 10 | Q:  Based on the excerpt that I | |
| | 358: 11 | did provide you, do you see that in that | |

358: 12    answer Dr. Nissen is not saying anything
358: 13    about a black box warning on Vioxx?
358: 14    A:  I certainly don't see that
358: 15    in that excerpt, no.
358: 16    Q:  You talked a lot about your
358: 17    proposed cardiovascular outcome study;
358: 18    correct?
358: 19    A:  I discussed that we were
358: 20    invited by Dr. Reicin --
358: 21    Q:  No.
358: 22    A:  That's what you're talking
358: 23    about.
358: 24    Q:  That's not what I was
359: 1    talking about.
359: 2    On direct examination, Dr.
359: 3    Topol, you were asked a bunch of
359: 4    questions about your cardiovascular
359: 5    outcomes study; correct?
359: 6    A:  I addressed that earlier
359: 7    today, yes.

184  **360:1  -  360:12**    Topol, Eric 2005-11-22    00:00:28
360: 1    Q:  Do you agree, Dr. Topol,
360: 2    that your suggested approach, the
360: 3    cardiovascular outcomes study, was not
360: 4    the only way to address the question of
360: 5    whether there was a potential
360: 6    cardiovascular risk associated with COX-2
360: 7    inhibitors?
360: 8    A:  I had stated earlier today
360: 9    that the only way to get the answer
360: 10    definitively in patients who have heart
360: 11    disease is to do a trial in patients with
360: 12    heart disease.

185  **363:13  -  363:19**    Topol, Eric 2005-11-22    00:00:15
363: 13    Q:  Do you agree, Dr. Topol,
363: 14    that all clinical trials must offer
363: 15    potential benefits to patients?
363: 16    A:  One can never do a trial
363: 17    with just testing the side effects
363: 18    without at least a putative equal or
363: 19    better benefit.

186  **364:14  -  364:19**    Topol, Eric 2005-11-22    00:00:15
364: 14    Do all clinical trials have
364: 15    to have some potential benefit offered to
364: 16    patients?
364: 17    A:  All clinical trials should
364: 18    have a therapeutic potential, yes, a
364: 19    benefit, yes.

187  **366:1  -  366:12**    Topol, Eric 2005-11-22    00:00:23
366: 1    Q:  Dr. Topol --
366: 2    A:  Yes.
366: 3    Q:  -- you can't give patients
366: 4    medicine just to see if they have a heart
366: 5    attack or die, correct, sir?
366: 6    A:  I would never be involved in
366: 7    a clinical trial or advocate doing a
366: 8    trial where there was just testing for
366: 9    harm. You have to have -- you don't put
366: 10    patients -- experiment on patients unless
366: 11    you're looking at benefit and also, of
366: 12    course, always assaying the risk as well.

188  **367:23  -  368:18**    Topol, Eric 2005-11-22    00:00:48
367: 23    Do you see, Dr. Topol, on
367: 24    the first exhibit, Exhibit 31 on May 2nd,
368: 1    2001 -- is it Dr. Bhatt?
368: 2    A:  Dr. Bhatt, Deepak Bhatt.
368: 3    Q:  Dr. Bhatt is sending an

| | | | |
|---|---|---|---|
| | 368: 4 | e-mail to Dr. Reicin and says, 'Hello. | |
| | 368: 5 | As Dr. Topol promised, here is our | |
| | 368: 6 | protocol regarding the use of Vioxx in | |
| | 368: 7 | acute coronary syndromes.' Do you see | |
| | 368: 8 | that? | |
| | 368: 9 | A:  I see that, and I already | |
| | 368: 10 | discussed that this morning. And what I | |
| | 368: 11 | said, if I can go back -- | |
| | 368: 12 | Q:  My question was just, do you | |
| | 368: 13 | see that? | |
| | 368: 14 | A:  I see that, yes. | |
| | 368: 15 | Q:  The protocol that Dr. Bhatt | |
| | 368: 16 | sent to Merck is Exhibit 32, isn't it? | |
| | 368: 17 | A:  That's what you just gave | |
| | 368: 18 | me, yes. | |
| 189 | 370:2  -  371:5 | Topol, Eric 2005-11-22 | 00:01:08 |
| | 370: 2 | The protocol for your trial, | |
| | 370: 3 | by 'your,' I mean the Cleveland Clinic -- | |
| | 370: 4 | A:  Right. | |
| | 370: 5 | Q:  -- includes Dr. Bhatt's | |
| | 370: 6 | name and your name; correct? | |
| | 370: 7 | A:  He put my name on it, but | |
| | 370: 8 | that doesn't mean that I was involved in | |
| | 370: 9 | this. This is a protocol sketch, and I | |
| | 370: 10 | guess he was looking for feedback from | |
| | 370: 11 | Merck. But I did not go over this in | |
| | 370: 12 | terms of, did I think this was the | |
| | 370: 13 | appropriate design. This was a brief | |
| | 370: 14 | conversation I had with Dr. Bhatt, and I | |
| | 370: 15 | don't recall all the details. It's back | |
| | 370: 16 | four years ago in May 2001, but I did not | |
| | 370: 17 | author this protocol, and my name was | |
| | 370: 18 | loosely attached to it. I was not | |
| | 370: 19 | interested in running a trial personally | |
| | 370: 20 | on this because I didn't feel that was | |
| | 370: 21 | appropriate. I thought it should be | |
| | 370: 22 | done, but I should not necessarily be | |
| | 370: 23 | involved with it. | |
| | 370: 24 | Q:  Dr. Topol, did the Cleveland | |
| | 371: 1 | Clinic send a protocol to Merck outlining | |
| | 371: 2 | what the Cleveland Clinic believed would | |
| | 371: 3 | be an appropriate cardiovascular outcomes | |
| | 371: 4 | study for Vioxx? | |
| | 371: 5 | A:  Dr. Bhatt did, yes. | |
| 190 | 376:7  -  377:6 | Topol, Eric 2005-11-22 | 00:00:59 |
| | 376: 7 | Q:  Dr. Topol, the concept that | |
| | 376: 8 | has your name and Dr. Bhatt's name on it | |
| | 376: 9 | describes these criteria for inclusion, | |
| | 376: 10 | and as you described acute coronary | |
| | 376: 11 | syndrome, the concept was that patients | |
| | 376: 12 | who either were threatened with a heart | |
| | 376: 13 | attack or who had a heart attack would | |
| | 376: 14 | participate in the study. Is that right? | |
| | 376: 15 | A:  That's correct. But you're | |
| | 376: 16 | leaving out one important element. And | |
| | 376: 17 | as in the title of this concept sheet, | |
| | 376: 18 | 'Elevated Markers of Inflammation,' and | |
| | 376: 19 | in the inclusion criteria on Page 6 that | |
| | 376: 20 | we are now reviewing, you see Item Number | |
| | 376: 21 | 3, it says, 'AND Item Number 3, elevated | |
| | 376: 22 | high-sensitivity C-reactive protein' | |
| | 376: 23 | known as CRP 'greater than .2.' So, they | |
| | 376: 24 | had to have arterial inflammation, and | |
| | 377: 1 | that was the whole point of the concept, | |
| | 377: 2 | was that rofecoxib, as well as celecoxib, | |
| | 377: 3 | have been shown to reduce inflammation. | |
| | 377: 4 | So, in fact, it could be a benefit to | |
| | 377: 5 | these patients to suppress subsequent | |
| | 377: 6 | heart attacks. | |

| | | | |
|---|---|---|---|
| 191 | **377:9** - **378:12** | Topol, Eric 2005-11-22 | 00:01:02 |

377: 9   Do you see, sir, that the
377: 10   concept that you were proposing to Merck
377: 11   calls for the study to last a minimum of
377: 12   one year?
377: 13   A:  Where is that?
377: 14   Q:  If you look on Page 5 under
377: 15   study design, it says, 'This study is a
377: 16   multicenter double blind randomized' and
377: 17   it continues 'comparing the effects of'
377: 18   Vioxx 'versus placebo administered in
377: 19   conjunction with standard therapy
377: 20   (including aspirin...) for a minimum of
377: 21   one year to patients who have suffered an
377: 22   episode of an acute coronary syndrome,'
377: 23   and it goes on.
377: 24   A:  Again, this is a concept
378: 1   sheet. This is not a protocol. This
378: 2   does not have anything about events rates
378: 3   that are anticipated. It doesn't have
378: 4   anything about sample size. It doesn't
378: 5   have the number of triggered events to
378: 6   stop a trial. One year is just a very
378: 7   loose term, that it has to have some
378: 8   long-term followup. So, I see it, but,
378: 9   again, it reinforces how sketchy -- this
378: 10   could not be called a protocol. This is
378: 11   a very early rudimentary design concept
378: 12   sheet.

| | | | |
|---|---|---|---|
| 192 | **378:19** - **380:10** | Topol, Eric 2005-11-22 | 00:01:30 |

378: 19   Q:  Dr. Topol, the concept sheet
378: 20   that has your name on it and Dr. Bhatt's
378: 21   name on it calls for a study that would
378: 22   last a minimum of one year; correct?
378: 23   A:  Very loosely defined, yes.
378: 24   Q:  The concept sheet that has
379: 1   your name on it and Dr. Bhatt's name on
379: 2   it also calls for patients to be followed
379: 3   up for a minimum of one year. Do you see
379: 4   that, sir?
379: 5   A:  That's what it says.
379: 6   Q:  The concept sheet also
379: 7   refers on Page 7, sir, to certain
379: 8   criteria for exclusion. Do you see that?
379: 9   A:  Yes.
379: 10   Q:  This is another way of
379: 11   saying these are the type of patients who
379: 12   will not be allowed to participate in the
379: 13   study according to this concept sheet;
379: 14   correct?
379: 15   A:  That's correct.
379: 16   Q:  If you look at Number 4, do
379: 17   you see that the concept that Dr. Bhatt
379: 18   was proposing to Merck says that, under
379: 19   4, 'Any need for COX-2 inhibitors.' So,
379: 20   if a patient wanted to participate in
379: 21   this study, they couldn't do so if they
379: 22   actually needed COX-2 inhibitors; is that
379: 23   right?
379: 24   A:  You'll have to ask Dr. Bhatt
380: 1   about this since he wrote it, but my
380: 2   interpretation is if they didn't have any
380: 3   other relief of their problem without a
380: 4   COX-2 inhibitor, that they couldn't be --
380: 5   that is, they would have to be willing to
380: 6   be randomized. So, yes, if they had to
380: 7   take a COX-2 inhibitor for some reason,
380: 8   they obviously wouldn't be a suitable
380: 9   candidate for the trial, the way he's
380: 10   written this up.

| | | | |
|---|---|---|---|
| 193 | **382:17** - **383:16** | Topol, Eric 2005-11-22 | 00:00:50 |

382: 17   Q:  On Page 2 of this
382: 18   rudimentary concept, do you see the first
382: 19   sentence under the introduction
382: 20   'Inflammatory cells play a significant
382: 21   role in atherosclerosis'?
382: 22   A:  I agree with that. I see
382: 23   it, and I agree with it.
382: 24   Q:  In the next paragraph, the
383: 1   concept sheet says, 'Aspirin, by virtue
383: 2   of its preferential COX-1 inhibitory
383: 3   effect, provides minimal
383: 4   anti-inflammatory action.' Do you see
383: 5   that?
383: 6   A:  I see that.
383: 7   Q:  And then further down in
383: 8   that second paragraph -- in that second
383: 9   paragraph, the concept sheet says, 'The
383: 10   administration of' Vioxx 'may provide a
383: 11   direct approach to reduce coronary
383: 12   inflammation resulting in fewer
383: 13   cardiovascular recurrent ischemic events
383: 14   in patients presenting with acute
383: 15   coronary syndromes.' Do you see that?
383: 16   A:  Yes.

| | | | |
|---|---|---|---|
| 194 | **383:22** - **384:14** | Topol, Eric 2005-11-22 | 00:00:47 |

383: 22   Q:  Can you explain how it is
383: 23   that Vioxx could actually prevent
383: 24   recurrent ischemic events?
384: 1   A:  Right. So, there have been
384: 2   several studies now with the different
384: 3   COX-2 inhibitors in patients to look at
384: 4   whether C-reactive protein is reduced,
384: 5   whether endothelial function, which is
384: 6   the lining of the artery cells, that
384: 7   whether or not that critical layer of the
384: 8   artery wall functions better and whether
384: 9   the inflammation is reduced. And indeed
384: 10   these mechanistic studies have supported
384: 11   the concept that there could be an
384: 12   improvement in this process by
384: 13   suppressing inflammation with COX-2
384: 14   inhibitors.

| | | | |
|---|---|---|---|
| 195 | **385:3** - **385:11** | Topol, Eric 2005-11-22 | 00:00:19 |

385: 3   Q:  In May of 2001 you believed
385: 4   that Vioxx could actually help prevent
385: 5   heart attacks; correct?
385: 6   A:  I felt that that was an
385: 7   important mechanism, inflammation of the
385: 8   artery wall, and this is a potent class
385: 9   of anti-inflammatories, and certainly
385: 10   there was that possibility. And other
385: 11   studies suggested that potential.

| | | | |
|---|---|---|---|
| 196 | **386:4** - **386:21** | Topol, Eric 2005-11-22 | 00:00:50 |

386: 4   Am I right, Dr. Topol, that
386: 5   in the concept sheet that Dr. Bhatt sent
386: 6   to Merck in May of 2001, anticipated that
386: 7   Vioxx would actually prevent heart
386: 8   attacks and not cause them?
386: 9   A:  In patients who had active
386: 10   inflammatory coronary disease.
386: 11   Q:  Did you agree with Dr. Bhatt
386: 12   that in May of 2001, patients who had
386: 13   active inflammatory coronary disease
386: 14   might be benefited by taking Vioxx
386: 15   because it could help their heart?
386: 16   A:  I already answered that
386: 17   question affirmatively.

| | | | |
|---|---|---|---|
| | 386: 18 | Q:  Other scientists shared that | |
| | 386: 19 | view, Dr. Topol, that COX-2 inhibitors | |
| | 386: 20 | could be beneficial to patients who have | |
| | 386: 21 | cardiovascular disease; is that right? | |

| | | | |
|---|---|---|---|
| 197 | **386:24  -  387:11** | Topol, Eric 2005-11-22 | 00:00:18 |
| | 386: 24 | THE WITNESS:  I already | |
| | 387: 1 | mentioned that there were several | |
| | 387: 2 | studies published, and I've cited | |
| | 387: 3 | them in my work, that that indeed | |
| | 387: 4 | was a potential benefit of COX-2 | |
| | 387: 5 | inhibitors in patients with | |
| | 387: 6 | arterial disease. | |
| | 387: 7 | BY MR. GOLDMAN: | |
| | 387: 8 | Q:  And those were the patients | |
| | 387: 9 | you were suggesting be studied; correct? | |
| | 387: 10 | A:  Patients with inflammatory | |
| | 387: 11 | proven artery disease, yes. | |

| | | | |
|---|---|---|---|
| 198 | **394:15  -  394:22** | Topol, Eric 2005-11-22 | 00:00:19 |
| | 394: 15 | From May of 2001 through the | |
| | 394: 16 | time that Vioxx was withdrawn in | |
| | 394: 17 | September of 2004, you believed that if a | |
| | 394: 18 | cardiovascular outcomes study were done, | |
| | 394: 19 | it could show that Vioxx and Celebrex | |
| | 394: 20 | actually helped protect the heart; | |
| | 394: 21 | correct? | |
| | 394: 22 | A:  That's one possibility, yes. | |

| | | | |
|---|---|---|---|
| 199 | **401:19  -  402:11** | Topol, Eric 2005-11-22 | 00:00:50 |
| | 401: 19 | Q:  I want to talk to you, Dr. | |
| | 401: 20 | Topol, about your JAMA article that you | |
| | 401: 21 | published in August of 2001. Okay. | |
| | 401: 22 | A:  Sure. | |
| | 401: 23 | Q:  You said on direct | |
| | 401: 24 | examination that you sent the manuscript | |
| | 402: 1 | or the draft of the JAMA article to Merck | |
| | 402: 2 | to see where there were discrepancies in | |
| | 402: 3 | the data between the published paper that | |
| | 402: 4 | you were publishing and the FDA database. | |
| | 402: 5 | Do you remember that? | |
| | 402: 6 | A:  That's correct. I sent the | |
| | 402: 7 | paper to Dr. Demopoulos, and we already | |
| | 402: 8 | went through about, whether it was a | |
| | 402: 9 | paper version, and then Dr. Reicin | |
| | 402: 10 | requested an electronic version. We went | |
| | 402: 11 | through that this morning. | |

| | | | |
|---|---|---|---|
| 200 | **402:23  -  404:19** | Topol, Eric 2005-11-22 | 00:01:50 |
| | 402: 23 | Q:  Dr. Topol, you met with | |
| | 402: 24 | Merck employees in April of 2001; | |
| | 403: 1 | correct? | |
| | 403: 2 | A:  That was a meeting I | |
| | 403: 3 | referred to when they came to Cleveland. | |
| | 403: 4 | Q:  Is that the meeting where | |
| | 403: 5 | you said Dr. Reicin came on quite strong, | |
| | 403: 6 | and that you would consider her comments | |
| | 403: 7 | to be brazen? | |
| | 403: 8 | A:  I considered her remarks | |
| | 403: 9 | about how we would be embarrassed if we | |
| | 403: 10 | published it to be inappropriate, yes. | |
| | 403: 11 | Q:  Did Dr. Reicin or Dr. | |
| | 403: 12 | Demopoulos ever exert any pressure or | |
| | 403: 13 | influence on you during that meeting? | |
| | 403: 14 | A:  Well, it's Dr. Demopoulos, | |
| | 403: 15 | and as I conveyed -- I mean, we | |
| | 403: 16 | summarized this morning, but there were | |
| | 403: 17 | some definite difficult issues that were | |
| | 403: 18 | confronted, and there was no quid pro quo | |
| | 403: 19 | in terms of intimidation. They didn't | |
| | 403: 20 | say, if you don't pull this paper out and | |
| | 403: 21 | not take it out of its submission phase, | |

|       |                  |                                            |          |
|-------|------------------|--------------------------------------------|----------|
|       | 403: 22          | such and such would happen. But it was     |          |
|       | 403: 23          | not what I would consider a pleasant       |          |
|       | 403: 24          | discussion.                                |          |
|       | 404: 1           | Q:  Actually, isn't it true, Dr.           |          |
|       | 404: 2           | Topol, that you enjoyed meeting with Dr.   |          |
|       | 404: 3           | Reicin and Dr. Demopoulos?                 |          |
|       | 404: 4           | A:  Dr. Demopoulos and I are               |          |
|       | 404: 5           | colleagues, and we worked on a trial       |          |
|       | 404: 6           | together, and I had no problem with Dr.    |          |
|       | 404: 7           | Demopoulos.                                |          |
|       | 404: 8           | I did have a problem with                  |          |
|       | 404: 9           | Dr. Reicin, who I had not met before, who  |          |
|       | 404: 10          | used Dr. Demopoulos as an access point,    |          |
|       | 404: 11          | who came to visit, and as I said, told me  |          |
|       | 404: 12          | that we would regret publishing the paper  |          |
|       | 404: 13          | because we did not have the data that      |          |
|       | 404: 14          | Merck had, that we didn't understand that  |          |
|       | 404: 15          | rheumatoid arthritis patients had more     |          |
|       | 404: 16          | heart attacks, and that we would -- we     |          |
|       | 404: 17          | were making a mistake. Those were          |          |
|       | 404: 18          | comments that I did not find enjoyable     |          |
|       | 404: 19          | whatsoever.                                |          |

| 201 | **404:24  -  405:19** | Topol, Eric 2005-11-22 | 00:00:59 |
|-----|-----------------------|------------------------|----------|
|     | 404: 24 | Q:  Do you see Exhibit 5, sir? |  |
|     | 405: 1 | A:  Yes. |  |
|     | 405: 2 | Q:  This is an exhibit that the |  |
|     | 405: 3 | plaintiffs used and didn't ask you about |  |
|     | 405: 4 | the e-mail dated April 20 of 2001 from |  |
|     | 405: 5 | you to Dr. Reicin. Do you see that in |  |
|     | 405: 6 | the middle of the page? |  |
|     | 405: 7 | A:  Yes, I do. |  |
|     | 405: 8 | Q:  Do you tell Dr. Reicin on |  |
|     | 405: 9 | April 20: 'I enjoyed the meeting with you |  |
|     | 405: 10 | and Laura and will have my assistant, |  |
|     | 405: 11 | Donna Bressan, forward you an electronic |  |
|     | 405: 12 | copy of the JAMA paper.' |  |
|     | 405: 13 | A:  Yes. I certainly said that, |  |
|     | 405: 14 | and I was trying to be politically |  |
|     | 405: 15 | correct and smooth over the difficulties |  |
|     | 405: 16 | we had during the meeting. |  |
|     | 405: 17 | Q:  Was it true what you wrote, |  |
|     | 405: 18 | Dr. Topol, that you enjoyed the meeting |  |
|     | 405: 19 | with Laura and Dr. Demopoulos? |  |

| 202 | **405:22  -  406:7** | Topol, Eric 2005-11-22 | 00:00:21 |
|-----|----------------------|------------------------|----------|
|     | 405: 22 | THE WITNESS:  To be exact, I |  |
|     | 405: 23 | did not enjoy some of the |  |
|     | 405: 24 | interactions, but I tried to be |  |
|     | 406: 1 | correct about keeping things on an |  |
|     | 406: 2 | upbeat -- when I wrote that, it |  |
|     | 406: 3 | was definitely to convey a sense |  |
|     | 406: 4 | of, let's not have any bad |  |
|     | 406: 5 | feelings, and I tried to convey an |  |
|     | 406: 6 | upbeat sense. That's what that |  |
|     | 406: 7 | is. |  |

| 203 | **413:3  -  413:14** | Topol, Eric 2005-11-22 | 00:00:27 |
|-----|----------------------|------------------------|----------|
|     | 413: 3 | Q:  Dr. Topol, you actually |  |
|     | 413: 4 | thought that it would be great to get |  |
|     | 413: 5 | Merck's input on the JAMA article; |  |
|     | 413: 6 | correct? |  |
|     | 413: 7 | A:  I didn't think it would be |  |
|     | 413: 8 | great. I thought it would be -- because |  |
|     | 413: 9 | of being colleagues with Merck, because |  |
|     | 413: 10 | of having a relationship with Drs. |  |
|     | 413: 11 | DiBattiste and Demopoulos in another |  |
|     | 413: 12 | trial, I thought it was appropriate that |  |
|     | 413: 13 | we give them an opportunity to review the |  |
|     | 413: 14 | manuscript and the data. |  |

| 204 | **414:5  -  415:12** | Topol, Eric 2005-11-22 | 00:01:18 |
|-----|----------------------|------------------------|----------|

414: 5      Q:  Dr. Topol, I've handed you
414: 6      Exhibit 35, which is a series of e-mails
414: 7      starting at the bottom. It's Laura
414: 8      Demopoulos is writing to you, Dr. Topol,
414: 9      on April 28, 2001. Do you see that, sir?
414: 10     A:  Yes.
414: 11     Q:  She writes to you 'Hi, just
414: 12     wanted to let you know that Pete and I'
414: 13     -- that's Pete DiBattiste -- 'will be
414: 14     working with Alise to try to incorporate
414: 15     some of the data we discussed during our
414: 16     visit into the JAMA manuscript.' Do you
414: 17     see that, sir?
414: 18     A:  Yes. I see it. I can read
414: 19     it very well, yes.
414: 20     Q:  You wrote back to Laura on
414: 21     April 28 and you said, 'Hi, Laura. That
414: 22     will be great to get your input.' Do you
414: 23     see that, sir?
414: 24     A:  Yes. But don't cut off the
415: 1      sentence, 'we haven't heard from JAMA
415: 2      yet.' That is, the paper was already
415: 3      under review at JAMA. Okay? So, the
415: 4      input was, and I told this to Laura on
415: 5      the phone, and it's not conveyed in the
415: 6      e-mail, the input was about data on the
415: 7      manuscript and the discrepancies that
415: 8      we're concerned about. And I want to be,
415: 9      again, perfectly clear. We never
415: 10     received any manuscript recommendations,
415: 11     data changes from Merck, from Dr.
415: 12     Demopoulos, Dr. DiBattiste or Dr. Reicin.

205  **415:16 - 416:4**    Topol, Eric 2005-11-22                     00:00:31
415: 16     Q:  Dr. Topol, was it true what
415: 17     you wrote to Laura Demopoulos, that you
415: 18     thought it would be great to get her
415: 19     input on your manuscript?
415: 20     A:  I was the one who offered
415: 21     the manuscript to get the input, of
415: 22     course.
415: 23     Q:  You actually found some of
415: 24     Merck's comments to be insightful, and
416: 1      you wanted to incorporate them. Isn't
416: 2      that right, sir?
416: 3      A:  No. I didn't get any
416: 4      comments. We never got any comments.

206  **416:21 - 417:2**    Topol, Eric 2005-11-22                     00:00:11
416: 21     Q:  Dr. Topol, did Merck ever
416: 22     provide comments to you on your JAMA
416: 23     paper that you subsequently published in
416: 24     August of 2001?
417: 1      A:  I'm not aware of any
417: 2      comments.

207  **418:6 - 419:3**    Topol, Eric 2005-11-22                     00:00:58
418: 6      Q:  Let me hand you what I've
418: 7      marked as Exhibit 35. This is an e-mail
418: 8      dated June 20 of 2001 from Pete
418: 9      DiBattiste to you, and it attaches your
418: 10     manuscript for the JAMA paper, doesn't
418: 11     it, sir?
418: 12     A:  Yes.
418: 13     Q:  Do you see that Dr.
418: 14     DiBattiste is saying this to you in this
418: 15     e-mail, 'Laura and I have had a chance to
418: 16     review the most recent version of the
418: 17     COX-2 manuscript. Thanks for sharing it
418: 18     with us. We've made a few comments,
418: 19     embedded in the text.'
418: 20     Do you see that, sir?

|  | 418: 21 | A:  Yes. |  |
|  | 418: 22 | Q:  Then if you flip the pages, |  |
|  | 418: 23 | you can see that on occasion, Merck made |  |
|  | 418: 24 | some suggestions to your paper. Do you |  |
|  | 419: 1 | see that, sir? |  |
|  | 419: 2 | A:  Yes. There's just |  |
|  | 419: 3 | limited -- okay, I see them now, yes. |  |
| 208 | **419:11 - 420:2** | Topol, Eric 2005-11-22 | 00:00:26 |
|  | 419: 11 | Q:  The e-mail was written to |  |
|  | 419: 12 | you, wasn't it, Dr. Topol? |  |
|  | 419: 13 | A:  The e-mail's written to me, |  |
|  | 419: 14 | but I don't recall ever having seen this |  |
|  | 419: 15 | document or the e-mail. |  |
|  | 419: 16 | Q:  Do you have any reason to |  |
|  | 419: 17 | dispute that you actually received an |  |
|  | 419: 18 | e-mail from Dr. DiBattiste on June 20 of |  |
|  | 419: 19 | 2001? |  |
|  | 419: 20 | A:  Well, this looks unfamiliar |  |
|  | 419: 21 | to me. I don't remember seeing it |  |
|  | 419: 22 | before. So, it's certainly something |  |
|  | 419: 23 | that I'm not familiar with. |  |
|  | 419: 24 | Q:  My question was, do you have |  |
|  | 420: 1 | any reason to dispute that you actually |  |
|  | 420: 2 | received it. |  |
| 209 | **420:5 - 421:6** | Topol, Eric 2005-11-22 | 00:00:47 |
|  | 420: 5 | THE WITNESS:  Maybe it was |  |
|  | 420: 6 | sent, and I never got it. Maybe |  |
|  | 420: 7 | there was a problem. I don't |  |
|  | 420: 8 | know. But I don't remember seeing |  |
|  | 420: 9 | it previously. |  |
|  | 420: 10 | BY MR. GOLDMAN: |  |
|  | 420: 11 | Q:  Dr. Topol, if you'd turn to |  |
|  | 420: 12 | the page that ends with a Bates Number at |  |
|  | 420: 13 | the bottom TOP1PR and then several zeros, |  |
|  | 420: 14 | 294? |  |
|  | 420: 15 | A:  294. Yes. |  |
|  | 420: 16 | Q:  Do you see that? |  |
|  | 420: 17 | A:  Sure. |  |
|  | 420: 18 | Q:  And here Merck is providing |  |
|  | 420: 19 | some input, and you see what's underlined |  |
|  | 420: 20 | there are their suggested comments. Do |  |
|  | 420: 21 | you see that? |  |
|  | 420: 22 | A:  Where it says 'These |  |
|  | 420: 23 | results'? |  |
|  | 420: 24 | Q:  Yes. |  |
|  | 421: 1 | A:  Okay. |  |
|  | 421: 2 | Q:  And in the section about |  |
|  | 421: 3 | study 085 and 090, Merck says 'These |  |
|  | 421: 4 | results' that you describe, 'while |  |
|  | 421: 5 | important, are incomplete. Would you |  |
|  | 421: 6 | consider' -- |  |
| 210 | **421:11 - 421:19** | Topol, Eric 2005-11-22 | 00:00:14 |
|  | 421: 11 | Q:  'Would you consider |  |
|  | 421: 12 | substituting the following section to |  |
|  | 421: 13 | provide more robust data?' Do you see |  |
|  | 421: 14 | that, sir? |  |
|  | 421: 15 | A:  Yes. |  |
|  | 421: 16 | Q:  That's a question that Merck |  |
|  | 421: 17 | is asking you about whether you think it |  |
|  | 421: 18 | would be a good idea to include the |  |
|  | 421: 19 | language that follows; correct? |  |
| 211 | **422:8 - 422:15** | Topol, Eric 2005-11-22 | 00:00:14 |
|  | 422: 8 | THE WITNESS:  Well, I also |  |
|  | 422: 9 | want to point out, we sent this |  |
|  | 422: 10 | paper -- I sent it to Laura in |  |
|  | 422: 11 | March, I believe, and submitted it |  |
|  | 422: 12 | to the JAMA, and this is the 20th |  |
|  | 422: 13 | of June. So, this is months after |  |

422: 14     I had sent it to them, but anyway,
422: 15     please.

212  **426:20 - 426:23**     Topol, Eric 2005-11-22                00:00:05
426: 20     All that Merck is doing
426: 21     here, by the way, is saying to you, would
426: 22     you consider including this language;
426: 23     correct?

213  **427:2 - 427:6**     Topol, Eric 2005-11-22                00:00:07
427: 2     THE WITNESS:  Well, yes. I
427: 3     guess that's what they're saying
427: 4     in this, but we certainly didn't
427: 5     include, and I don't remember ever
427: 6     seeing this.

214  **428:18 - 428:23**     Topol, Eric 2005-11-22                00:00:17
428: 18     Q:  If you remember, Dr. Topol,
428: 19     you actually felt that Merck's comments
428: 20     to you were insightful about the JAMA
428: 21     paper?
428: 22     A:  No. I didn't say that.
428: 23     Okay?

215  **429:11 - 430:12**     Topol, Eric 2005-11-22                00:01:03
429: 11     Q:  This is an e-mail from you
429: 12     back to Dr. DiBattiste, June 22nd of
429: 13     2001. Do you see that, sir? At the top?
429: 14     A:  Okay. Yes, I see that.
429: 15     Q:  Do you see that you wrote to
429: 16     Dr. DiBattiste, 'Thanks - your comments
429: 17     on the paper came back after it was
429: 18     resubmitted and now we have final
429: 19     acceptance and will try to weave some of
429: 20     the insightful points into the galleys.'
429: 21     Do you see that, sir?
429: 22     A:  Yes. It's nice to have this
429: 23     e-mail to help remember the interaction.
429: 24     Yes, I do remember this.
430: 1     Q:  So, you now remember getting
430: 2     comments and reviewing them, correct,
430: 3     sir?
430: 4     A:  No. I'll tell you what I
430: 5     remember exactly. The galleys -- the
430: 6     paper had been accepted, the galleys had
430: 7     already been sent back, and then after
430: 8     the fact we got this -- you know, three
430: 9     months after submitting it to Merck, we
430: 10     got these comments. I had basically
430: 11     disregarded them because the paper was
430: 12     complete, so I really never went into it.

216  **434:9 - 434:19**     Topol, Eric 2005-11-22                00:00:23
434: 9     Q:  Dr. Topol, did you write to
434: 10     Dr. DiBattiste on June 22nd of 2001 that
434: 11     you would try to weave some of the
434: 12     insightful points into the galleys?
434: 13     A:  In a polite way after it was
434: 14     already finished, that was a
434: 15     communication I apparently made to Dr.
434: 16     DiBattiste, who I regarded as a long-term
434: 17     colleague, yes.
434: 18     Q:  Let me hand you what I'll
434: 19     mark as Exhibit 38.

217  **435:7 - 438:4**     Topol, Eric 2005-11-22                00:02:35
435: 7     Q:  This is your JAMA paper.
435: 8     A:  Uh-huh.
435: 9     Q:  That was published in August
435: 10     of 2001, isn't it, sir?
435: 11     A:  Yes.
435: 12     Q:  JAMA is a peer-reviewed

435: 13    publication, isn't it?
435: 14    A:  That's correct.
435: 15    Q:  It is a top journal?
435: 16    A:  One of the top journals.
435: 17    Q:  It's widely reviewed by
435: 18    doctors?
435: 19    A:  That's correct.
435: 20    Q:  When you wrote this article
435: 21    in JAMA, it reflected your and Dr.
435: 22    Nissen's best medical judgment about the
435: 23    potential cardiovascular risks associated
435: 24    with COX-2 inhibitors, correct, sir?
436: 1    A:  And Dr. Mukherjee and the
436: 2    input of the reviewers and the editors.
436: 3    Q:  You both had reviewed, Dr.
436: 4    Nissen and you, lots of data concerning
436: 5    COX-2 inhibitors before writing this
436: 6    paper, correct, sir?
436: 7    A:  Yes.
436: 8    Q:  Among the materials that you
436: 9    reviewed and Dr. Nissen reviewed are the
436: 10    VIGOR study, the CLASS study, study 090,
436: 11    study 085, aspirin trials; correct?
436: 12    A:  Yes.
436: 13    Q:  And very scientific
436: 14    literature, right, sir?
436: 15    A:  That's correct.
436: 16    Q:  Isn't it true, sir, that
436: 17    when you wrote this paper, you found that
436: 18    the difference in cardiovascular events
436: 19    seen in VIGOR was unexpected?
436: 20    A:  Well, I don't know if I
436: 21    would qualify it like that. I would say
436: 22    that it was significantly different, and
436: 23    that we -- there was a biologic
436: 24    mechanism. So, I don't know that you
437: 1    would want to say it was unexpected. We
437: 2    already knew that prostacyclin was
437: 3    suppressed, a critical constituent for
437: 4    blood clots and normal artery function,
437: 5    and so I don't know that you can say it
437: 6    was unexpected. It wasn't expected by
437: 7    the trialist per se, but it wouldn't be
437: 8    at all biologically implausible.
437: 9    Q:  If you'd turn to the page in
437: 10    your paper, 958.
437: 11    A:  Yes.
437: 12    Q:  Second column, last
437: 13    paragraph. Do you write in your paper
437: 14    'Our analysis has several significant
437: 15    limitations. The increase in
437: 16    cardiovascular events in these trials was
437: 17    unexpected.' Is that what you wrote?
437: 18    A:  That's the statement I'm
437: 19    trying to put in context.
437: 20    Q:  You say --
437: 21    A:  It says, 'and evaluation of
437: 22    these end points was not prespecified,'
437: 23    so that's part of -- it's interdependent.
437: 24    If you don't anticipate the endpoints and
438: 1    some of the issues are unexpected, it's
438: 2    not a matter of biologic expectation,
438: 3    it's a matter of whether the trial is
438: 4    designed to look at this question.

218   **438:5** - **438:19**   Topol, Eric 2005-11-22       00:00:34
438: 5    Q:  You said on direct
438: 6    examination that you felt there was no
438: 7    basis for the naproxen hypothesis. Was
438: 8    that your testimony?
438: 9    A:  That on the course of how
438: 10    this played out from 2001 when that

| | | |
|---|---|---|
| 438: 11 | naproxen hypothesis was first touted by | |
| 438: 12 | Merck and put in the Targum report to the | |
| 438: 13 | present, over time it was very clear that | |
| 438: 14 | that could not be tenable. | |
| 438: 15 | Q:  You said on direct | |
| 438: 16 | examination 'The only appropriate | |
| 438: 17 | conclusion...would be that there's a | |
| 438: 18 | problem with the experimental drug | |
| 438: 19 | Vioxx.' Right, sir? | |

| 219 | **439:2  -  441:5** | Topol, Eric 2005-11-22 | 00:01:51 |
|---|---|---|---|
| | 439: 2 | Q:  Do you remember testifying | |
| | 439: 3 | to that? | |
| | 439: 4 | A:  I remember testifying, and I | |
| | 439: 5 | remember the statement is very clear, | |
| | 439: 6 | comparing a well-accepted historical | |
| | 439: 7 | anchor, naproxen, versus an experimental | |
| | 439: 8 | new drug and making the conclusion that | |
| | 439: 9 | the only reasonable conclusion as a | |
| | 439: 10 | clinical trialist is to say the | |
| | 439: 11 | experimental arm has a problem. | |
| | 439: 12 | Q:  Well, let's see what | |
| | 439: 13 | conclusion you reached when you wrote | |
| | 439: 14 | this paper in August of 2001. If you'd | |
| | 439: 15 | turn to Page 957, the first column, last | |
| | 439: 16 | paragraph, 'The results of the VIGOR | |
| | 439: 17 | study can be explained by either a | |
| | 439: 18 | significant prothrombotic effect from' | |
| | 439: 19 | Vioxx 'or an antithrombotic effect from | |
| | 439: 20 | naproxen (or conceivably both).' Do you | |
| | 439: 21 | see that, sir? | |
| | 439: 22 | A:  Not only do I see it, but I | |
| | 439: 23 | acknowledged this several times earlier | |
| | 439: 24 | today, that that's a possibility. We | |
| | 440: 1 | wouldn't just dismiss what Merck put | |
| | 440: 2 | forth. It's certainly a possibility. | |
| | 440: 3 | And we acknowledge it. I mentioned at | |
| | 440: 4 | least twice if not three times in the | |
| | 440: 5 | paper. I put that in the deposition -- | |
| | 440: 6 | in the testimony earlier today. | |
| | 440: 7 | Q:  The reason that you felt | |
| | 440: 8 | that naproxen and its cardioprotective | |
| | 440: 9 | effects could explain the results in | |
| | 440: 10 | VIGOR is that naproxen had significant | |
| | 440: 11 | anticlotting effects, doesn't it, sir? | |
| | 440: 12 | A:  That's what Merck was | |
| | 440: 13 | advancing, that notion, but whether or | |
| | 440: 14 | not that was clinically meaningful was | |
| | 440: 15 | not ever determined. | |
| | 440: 16 | Q:  If you look two sentences | |
| | 440: 17 | down, 'Naproxen has significant | |
| | 440: 18 | anti-platelet effects' which mean | |
| | 440: 19 | platelet -- 'with mean platelet | |
| | 440: 20 | aggregation inhibition of 93 percent | |
| | 440: 21 | compared with platelet aggregation | |
| | 440: 22 | inhibition of 92 percent for those taking | |
| | 440: 23 | aspirin.' Do you see that, sir? | |
| | 440: 24 | A:  Yes. We referenced where | |
| | 441: 1 | that data came from. | |
| | 441: 2 | Q:  You referenced where that | |
| | 441: 3 | data came from. That was an FDA | |
| | 441: 4 | document, correct, sir? | |
| | 441: 5 | A:  Right. | |

| 220 | **442:3  -  443:12** | Topol, Eric 2005-11-22 | 00:01:05 |
|---|---|---|---|
| | 442: 3 | Q:  Do you see in the second | |
| | 442: 4 | column of your article on Page 957 you | |
| | 442: 5 | also say that 'naproxen, but not | |
| | 442: 6 | ibuprofen or diclofenac resulted in a | |
| | 442: 7 | high level of platelet aggregation | |
| | 442: 8 | inhibition similar to that achieved with | |
| | 442: 9 | aspirin.' Do you see that, sir? | |

442: 10    A:  Yes.
442: 11    Q:  Then you write about
442: 12    flurbiprofen, which is something that the
442: 13    plaintiffs lawyer asked you about; right?
442: 14    A:  Yes.
442: 15    Q:  You wrote in JAMA, 'There is
442: 16    clinical evidence that flurbiprofen, 50
442: 17    milligrams twice daily for 6 months,
442: 18    reduced the incidence of MI by 70 percent
442: 19    compared with placebo.' Isn't that what
442: 20    you wrote, sir?
442: 21    A:  Yes.
442: 22    Q:  Then you say 'Indobufen,
442: 23    another NSAID, was as effective as
442: 24    aspirin in preventing' and then you
443: 1     continue, correct, sir?
443: 2     A:  Yes.
443: 3     Q:  Then you say, 'Because of
443: 4     the evidence for an anti-platelet effect
443: 5     of naproxen, it is difficult to assess
443: 6     whether the difference in cardiovascular
443: 7     event rates in VIGOR was due to a benefit
443: 8     from naproxen or to a prothrombotic
443: 9     effect from' Vioxx. Do you see that?
443: 10    A:  As I said, this was
443: 11    acknowledged at least two to three times
443: 12    in the manuscript, yes.

221    **448:7  -  449:15**    Topol, Eric 2005-11-22    00:01:31
448: 7     Q:  I want to talk about Figure
448: 8     3 for just a minute, Page 957, Figure 3.
448: 9     A:  JAMA article?
448: 10    Q:  Yes.
448: 11    A:  Figure 3?
448: 12    Q:  Do you see that?
448: 13    A:  Yes. I'm with you, yes.
448: 14    Q:  Let me see if I understand
448: 15    this and your analysis here.
448: 16    What you did in your paper
448: 17    was to take a placebo group and the rate,
448: 18    annualized rate of MIs or heart attacks
448: 19    in a placebo group, and you obtain those
448: 20    numbers from four different aspirin
448: 21    trials. Is that right?
448: 22    A:  No. Actually, the trials
448: 23    were pulled together by a British heart
448: 24    journal paper, and we took that, which is
449: 1     the largest data set we could find, to
449: 2     have as an anchor or reference to the
449: 3     COX-2 inhibitor trials, yes.
449: 4     Q:  Then you compared the
449: 5     annualized rate of myocardial infarctions
449: 6     in those four trials to the MI rate in
449: 7     VIGOR and in CLASS, the Celebrex trial,
449: 8     correct, sir?
449: 9     A:  Yes.
449: 10    Q:  And according to Figure 3,
449: 11    this shows that Celebrex has a higher
449: 12    annualized myocardial infarction rate
449: 13    than VIGOR. Is that right, sir?
449: 14    A:  That's right, but they're
449: 15    very close. They're both .80, .74, yes.

222    **457:12  -  457:24**    Topol, Eric 2005-11-22    00:00:33
457: 12    Q:  The JAMA article that you
457: 13    published prompted debate in the
457: 14    scientific community. Is that fair?
457: 15    A:  I don't know about
457: 16    scientific debate. There was debate in
457: 17    the media with Merck consultants. There
457: 18    wasn't much scientific debate that I'm
457: 19    aware of. I guess there was some, but

|   |   |   |   |
|---|---|---|---|
| | 457: 20 | most of the studies, as we reviewed this | |
| | 457: 21 | morning, came out, the case control | |
| | 457: 22 | studies, six out of seven, came out with | |
| | 457: 23 | a significant adverse profile of Vioxx in | |
| | 457: 24 | these large epidemiologic studies. | |

| | | | |
|---|---|---|---|
| 223 | **459:6 - 460:9** | Topol, Eric 2005-11-22 | 00:01:04 |
| | 459: 6 | Q:  You said on direct | |
| | 459: 7 | examination, sir, that 'Vioxx's risk has | |
| | 459: 8 | been evident since trials in 1999 and all | |
| | 459: 9 | the way through the time of withdrawal' | |
| | 459: 10 | in September of 2004. Do you remember | |
| | 459: 11 | saying that? | |
| | 459: 12 | A:  Yes. | |
| | 459: 13 | Q:  Then you said -- you said | |
| | 459: 14 | that 'There's been replication of | |
| | 459: 15 | untoward significant excess of events of | |
| | 459: 16 | heart attack, death and stroke.' Do you | |
| | 459: 17 | remember testifying to that, sir? | |
| | 459: 18 | A:  Yes, I do. | |
| | 459: 19 | Q:  And you said that based on | |
| | 459: 20 | that -- let me ask you this. | |
| | 459: 21 | The studies that you're | |
| | 459: 22 | referring to are VIGOR and 090. Is that | |
| | 459: 23 | right, sir? | |
| | 459: 24 | A:  No. I'm referring to the | |
| | 460: 1 | Juni cumulative meta analysis in which on | |
| | 460: 2 | all of those randomized trials, I believe | |
| | 460: 3 | there were something like 18 of them, it | |
| | 460: 4 | was after VIGOR and 090 that had crossed | |
| | 460: 5 | the line statistically where the drug was | |
| | 460: 6 | proven to be hazardous for heart attack | |
| | 460: 7 | excess, and that's when Juni and his | |
| | 460: 8 | colleagues concluded that the drug should | |
| | 460: 9 | have been withdrawn. | |

| | | | |
|---|---|---|---|
| 224 | **461:3 - 461:7** | Topol, Eric 2005-11-22 | 00:00:07 |
| | 461: 3 | Q:  You never recommended that | |
| | 461: 4 | Merck withdraw Vioxx at any point while | |
| | 461: 5 | it was on the market, correct, sir? | |
| | 461: 6 | A:  I did not recommend its | |
| | 461: 7 | withdrawal. | |

| | | | |
|---|---|---|---|
| 225 | **464:17 - 465:15** | Topol, Eric 2005-11-22 | 00:00:42 |
| | 464: 17 | Q:  Look at your JAMA article | |
| | 464: 18 | for me, sir. | |
| | 464: 19 | A:  Yes. And I know exactly | |
| | 464: 20 | what's going to be your line of | |
| | 464: 21 | questioning here. | |
| | 464: 22 | Q:  If you'd turn to Page 956 -- | |
| | 464: 23 | A:  Yes. | |
| | 464: 24 | Q:  -- do you see in the middle | |
| | 465: 1 | column you devote a whole section to | |
| | 465: 2 | study 085 and study 090? Do you see | |
| | 465: 3 | that, sir? | |
| | 465: 4 | A:  That's right. | |
| | 465: 5 | Q:  Yes? | |
| | 465: 6 | A:  Yes. | |
| | 465: 7 | Q:  And you talk about study 090 | |
| | 465: 8 | and 085 in this article, don't you, in | |
| | 465: 9 | August of 2001? | |
| | 465: 10 | A:  Yes. | |
| | 465: 11 | Q:  You obtained information | |
| | 465: 12 | about study 090 from the FDA's website, | |
| | 465: 13 | correct, sir? | |
| | 465: 14 | A:  Yes, but not thoroughly | |
| | 465: 15 | enough at this time. | |

| | | | |
|---|---|---|---|
| 226 | **468:19 - 473:3** | Topol, Eric 2005-11-22 | 00:03:35 |
| | 468: 19 | Q:  Do you see in your JAMA | |
| | 468: 20 | article when you were writing to doctors, | |
| | 468: 21 | you wrote about study 085 and study 090 | |

468: 22    together; right?
468: 23    A:  Yes.
468: 24    Q:  You did that, sir, in JAMA
469: 1     because study 085 was a twin study, an
469: 2     identical study to study 090; correct?
469: 3     A:  It is not a twin study when
469: 4     one turns out to come out differently
469: 5     than the other.
469: 6     Q:  I'm talking about the
469: 7     design, not the result. It was a twin
469: 8     study, wasn't it, sir?
469: 9     A:  No. There were significant
469: 10    differences in the design as well. They
469: 11    were both in osteoarthritis, but study
469: 12    085 and 090 had differences, for example,
469: 13    in the dose, and there was aspirin used.
469: 14    There were different -- I don't remember
469: 15    all the details, but 085 and 090 were not
469: 16    identical.
469: 17    Q:  Let's look at what you wrote
469: 18    back at the time in JAMA. Do you see
469: 19    that study 085, you say, was 'a
469: 20    randomized, double-blind
469: 21    placebo-controlled trial' versus -- and
469: 22    that's the 12.5 milligram dose. Do you
469: 23    see that?
469: 24    A:  Yes.
470: 1     Q:  'Versus nabumetone,' the
470: 2     thousand milligram dose. Do you see
470: 3     that, sir?
470: 4     A:  Yes.
470: 5     Q:  That's the identical dose of
470: 6     Vioxx and nabumetone that was used in
470: 7     study 090; correct?
470: 8     A:  Yes. But as it turns out,
470: 9     there are differences, and I have to go
470: 10    to the Targum report.
470: 11    Q:  Is this what you wrote in
470: 12    your article, sir?
470: 13    A:  That is what's in the
470: 14    article. But you're asking about whether
470: 15    they are twin studies and the same, and
470: 16    they're not all the same, no.
470: 17    Q:  Do you see that study 085
470: 18    involved an evaluation of the treatment
470: 19    of Vioxx in osteoarthritis patients who
470: 20    had knee problems? Do you see that?
470: 21    A:  Yes.
470: 22    Q:  That's the same with 090,
470: 23    correct?
470: 24    A:  Yes. The patient complaint
471: 1     of knee arthritis is the same.
471: 2     Q:  The duration of the trials
471: 3     085 and 090 were also the same, six
471: 4     weeks; correct?
471: 5     A:  That's what it says here.
471: 6     I'd like to go back to the Targum report
471: 7     to verify that.
471: 8     Q:  Do you see that in your
471: 9     article that you wrote, patients in 085
471: 10    were allowed to take low dose aspirin for
471: 11    cardioprotection, and for 090, aspirin
471: 12    for cardioprotection was also allowed.
471: 13    Do you see that, sir?
471: 14    A:  That's what it says in the
471: 15    article. Again, we had limited access to
471: 16    090.
471: 17    Q:  Well, the access you had to
471: 18    090, sir, is referenced on the last page
471: 19    of your article in footnote 22; correct?
471: 20    A:  Which is the FDA website.
471: 21    Q:  You went to the FDA website

471: 22   to find information from the FDA about
471: 23   study 085 and 090, correct?
471: 24   A:  That's right, but that's not
472: 1   complete information. That's the
472: 2   problem.
472: 3   Q:  Let me point out, sir, that
472: 4   when you wrote your article at the time,
472: 5   do you see that you wrote for study 085
472: 6   that there were three total
472: 7   cardiovascular events in the trial, one
472: 8   for Vioxx, two for nabumetone, and none
472: 9   for the placebo group? Is that what you
472: 10   wrote in your JAMA article?
472: 11   A:  For study 085.
472: 12   Q:  Did you write for study 090
472: 13   that there were 9 cardiovascular events,
472: 14   6 for Vioxx, 2 for nabumetone and 1 for
472: 15   placebo?
472: 16   A:  That's what it says in the
472: 17   article.
472: 18   Q:  It was important to provide
472: 19   information about 085 and 090 because you
472: 20   wanted to give the people who read this
472: 21   article information about both studies;
472: 22   correct?
472: 23   A:  Well, we concentrated mainly
472: 24   on VIGOR, so we gave the other two
473: 1   studies, 085 and 090, which at that time
473: 2   we weren't as concerned, we didn't make
473: 3   much of these two studies. That's true.

---

**227  474:1 - 474:5**   Topol, Eric 2005-11-22    00:00:07

474: 1   Q:  You never mentioned the
474: 2   results of study 085 when the plaintiffs'
474: 3   lawyers were asking you questions, did
474: 4   you, sir?
474: 5   A:  I wasn't asked about 085.

---

**228  475:22 - 476:9**   Topol, Eric 2005-11-22    00:00:40

475: 22   Q:  Dr. Topol, I'm going to show
475: 23   you at Page 958 in the first column,
475: 24   second full paragraph, you say, second
476: 1   sentence, 'Two smaller studies (Study 085
476: 2   and Study 090) of' Vioxx 'that both
476: 3   allowed the use of low-dose aspirin did
476: 4   not demonstrate the significant increase
476: 5   in cardiovascular event rate noted in
476: 6   VIGOR.' Did you write that, sir?
476: 7   A:  That was in our paper,
476: 8   again, from the wrong data that we did
476: 9   not have access to.

---

**229  476:10 - 477:13**   Topol, Eric 2005-11-22    00:00:44

476: 10   Q:  I want to know what data you
476: 11   had access to after this point that you
476: 12   didn't have access to in --
476: 13   A:  I'll be happy to go over
476: 14   that if you give me an opportunity.
476: 15   Q:     -- JAMA?
476: 16   A:  Page 32 of the Targum
476: 17   report.
476: 18   Q:  The Targum report you saw
476: 19   back in February 2001, sir?
476: 20   A:  Right, but then we had the
476: 21   details of these patients, for example,
476: 22   placebo, coronary occlusion, and we could
476: 23   say had nothing to do with a heart
476: 24   attack.
477: 1   Q:  Dr. Topol, the Targum report
477: 2   that you are relying on now for your
477: 3   review that study 090 was a signal --
477: 4   A:  Yes.

| | | |
|---|---|---|
| | 477: 5    Q: -- for cardiovascular risk | |
| | 477: 6    is the same report that you cite in your | |
| | 477: 7    JAMA article and that you relied on in | |
| | 477: 8    your JAMA article. Is that true? | |
| | 477: 9    A: And we had the details of | |
| | 477: 10   each of the patients. | |
| | 477: 11   Q: You had that also in | |
| | 477: 12   February 2001? | |
| | 477: 13   A: I did not have access to it. | |

| 230 | **478:9 - 478:23** | Topol, Eric 2005-11-22 | 00:00:31 |
|---|---|---|---|
| | 478: 9    Q: Dr. Topol, did you write in | |
| | 478: 10   August of 2001 that 'Two smaller studies | |
| | 478: 11   (Study 085 and Study 090)...did not | |
| | 478: 12   demonstrate the significant increase in | |
| | 478: 13   cardiovascular event rate noted in | |
| | 478: 14   VIGOR'? Did you write that? | |
| | 478: 15   A: That's correct. | |
| | 478: 16   Q: Did you also say in the next | |
| | 478: 17   sentence, 'However, these studies had | |
| | 478: 18   smaller sample sizes, used only 25% of | |
| | 478: 19   the dose of' Vioxx 'used in VIGOR, and | |
| | 478: 20   had few events for meaningful | |
| | 478: 21   comparison.' Did you write that then, | |
| | 478: 22   sir? | |
| | 478: 23   A: That's right. | |

| 231 | **481:18 - 482:3** | Topol, Eric 2005-11-22 | 00:00:41 |
|---|---|---|---|
| | 481: 18   Q: I want to try to keep track | |
| | 481: 19   of the numbers that you've used over time | |
| | 481: 20   for study 090, and so I'm going to give | |
| | 481: 21   you a chart and ask you to confirm that | |
| | 481: 22   this is correct. | |
| | 481: 23   In your August 2001 JAMA | |
| | 481: 24   article for study 090, you said that | |
| | 482: 1    there were 6 cardiovascular events in the | |
| | 482: 2    Vioxx group, correct? | |
| | 482: 3    A: Right. | |

| 232 | **483:1 - 483:8** | Topol, Eric 2005-11-22 | 00:00:27 |
|---|---|---|---|
| | 483: 1    Q: Within a month after | |
| | 483: 2    withdrawal, you started to write 60 | |
| | 483: 3    Minutes various e-mails; correct? | |
| | 483: 4    A: Well, I had interaction with | |
| | 483: 5    Michael Radutsky, the producer, yes. | |
| | 483: 6    Q: You talked about study 090 | |
| | 483: 7    in those e-mails, didn't you, sir? | |
| | 483: 8    A: Yes, I did. | |

| 233 | **484:19 - 486:6** | Topol, Eric 2005-11-22 | 00:01:15 |
|---|---|---|---|
| | 484: 19   Q: This is an e-mail at the | |
| | 484: 20   bottom that you wrote to Marlene | |
| | 484: 21   Goormastic on October 25, 2004; correct? | |
| | 484: 22   A: Yes. | |
| | 484: 23   Q: Is that your statistician? | |
| | 484: 24   A: That's the statistician, | |
| | 485: 1    that's right. | |
| | 485: 2    Q: And you're writing to Ms. | |
| | 485: 3    Goormastic on October 25, this is a month | |
| | 485: 4    after withdrawal, to do some statistical | |
| | 485: 5    analysis; correct? | |
| | 485: 6    A: Yes. There was subsequent | |
| | 485: 7    to this as well, but this is one of the | |
| | 485: 8    interactions we had. | |
| | 485: 9    Q: You ask Marlene at the | |
| | 485: 10   bottom, 'I need to do a test comparing | |
| | 485: 11   three treatment arms - Vioxx versus | |
| | 485: 12   nabumetone and then Vioxx versus the | |
| | 485: 13   other two combined,' meaning nabumetone | |
| | 485: 14   and placebo. 'Here are the data. Vioxx, | |
| | 485: 15   7 out of 390 events.' | |
| | 485: 16   A: Right. | |

| | | | |
|---|---|---|---|
| | 485: 17 | 'Nabumetone 1 out of 392 | |
| | 485: 18 | events. Placebo, 1 out of 196 events.' | |
| | 485: 19 | Is that what you wrote to her? | |
| | 485: 20 | A:  These are events that are | |
| | 485: 21 | not death, heart attack or stroke. These | |
| | 485: 22 | are events requiring cessation of the | |
| | 485: 23 | drug. This is a different part of the | |
| | 485: 24 | Targum report. But, yes, this is one of | |
| | 486: 1 | the ancillary analyses that was | |
| | 486: 2 | performed. | |
| | 486: 3 | Q:  This is an analysis on study | |
| | 486: 4 | 090; correct? | |
| | 486: 5 | A:  Study 090, but not on death, | |
| | 486: 6 | heart attack and stroke. | |

| | | | |
|---|---|---|---|
| 234 | **486:7 - 486:17** | Topol, Eric 2005-11-22 | 00:00:17 |
| | 486: 7 | Q:  I'm going to write down the | |
| | 486: 8 | numbers for October 25 of 2004. | |
| | 486: 9 | A:  These numbers do not | |
| | 486: 10 | correspond to death, heart attack and | |
| | 486: 11 | stroke. | |
| | 486: 12 | Q:  I understand that. | |
| | 486: 13 | A:  Okay. Well, I don't know | |
| | 486: 14 | what you're writing down because you're | |
| | 486: 15 | comparing apples and oranges now. | |
| | 486: 16 | Q:  7 events on Vioxx. | |
| | 486: 17 | A:  They're different events. | |

| | | | |
|---|---|---|---|
| 235 | **487:2 - 487:13** | Topol, Eric 2005-11-22 | 00:00:16 |
| | 487: 2 | THE WITNESS:  You're making | |
| | 487: 3 | a table of events, of different | |
| | 487: 4 | types of events. These are events | |
| | 487: 5 | that are requiring cessation of | |
| | 487: 6 | drug with serious | |
| | 487: 7 | cardiovascular -- I'm more focused | |
| | 487: 8 | on my letter in the New England | |
| | 487: 9 | Journal and what I'm talking about | |
| | 487: 10 | with 60 Minutes and those things | |
| | 487: 11 | you're interested in on death, | |
| | 487: 12 | heart attack and stroke, and | |
| | 487: 13 | they're different numbers. | |

| | | | |
|---|---|---|---|
| 236 | **487:15 - 489:9** | Topol, Eric 2005-11-22 | 00:01:27 |
| | 487: 15 | Q:  The numbers that you're | |
| | 487: 16 | using here on October 25 have to do with | |
| | 487: 17 | the numbers of Vioxx patients who had to | |
| | 487: 18 | be discontinued in the 090 study; right? | |
| | 487: 19 | A:  With serious cardiovascular | |
| | 487: 20 | adverse events, different than death, | |
| | 487: 21 | heart attack and stroke. That's a | |
| | 487: 22 | different table. | |
| | 487: 23 | Q:  So, the numbers that you | |
| | 487: 24 | have are 7, 1 and 1. | |
| | 488: 1 | A:  Okay. | |
| | 488: 2 | Q:  And you ask Ms. Goormastic | |
| | 488: 3 | at the bottom, 'Can you or someone run | |
| | 488: 4 | this and get back to me, the p values, | |
| | 488: 5 | RR, 95% CI?' Do you see that? | |
| | 488: 6 | A:  Yes. | |
| | 488: 7 | Q:  What you are asking her to | |
| | 488: 8 | do -- a p-value is a test for statistical | |
| | 488: 9 | significance; correct? | |
| | 488: 10 | A:  Yes. Yes. | |
| | 488: 11 | Q:  Relative risk is RR? | |
| | 488: 12 | A:  Yes. | |
| | 488: 13 | Q:  And CI is confidence | |
| | 488: 14 | interval, and that's another test for | |
| | 488: 15 | statistical significance; correct? | |
| | 488: 16 | A:  Yes. | |
| | 488: 17 | Q:  Ms. Goormastic writes back | |
| | 488: 18 | to you that same day above and says 'The | |
| | 488: 19 | chisquare,' that's a type of statistical | |

|  |  |  |  |
|---|---|---|---|

488: 20    test, correct, 'including all 3 groups is
488: 21    p equals .06,' and then here's the answer
488: 22    to your question: 'For Vioxx versus
488: 23    nabumetone chisquare' p-value is '.03.'
488: 24    Do you see that, sir?
489: 1     A:  Yes. I see that, but again,
489: 2     it's not related to my principal
489: 3     interest.
489: 4     Q:  The .03, just so the jury
489: 5     can understand and I can understand, if a
489: 6     p-value is less than .05, that means that
489: 7     it's statistically significant, the
489: 8     result; correct?
489: 9     A:  That's right.

237   **489:10  -  489:17**    Topol, Eric 2005-11-22    00:00:14
489: 10    Q:  Here, this is showing a
489: 11    statistically significant result for
489: 12    .03; is that right?
489: 13    A:  That's correct, but you're
489: 14    comparing -- you don't even know what
489: 15    these events are. So, you're just
489: 16    looking at some numbers. You don't know
489: 17    what this analysis is about.

238   **489:21  -  489:21**    Topol, Eric 2005-11-22    00:00:02
489: 21    Q:  The next line says --

239   **490:3  -  492:1**    Topol, Eric 2005-11-22    00:01:32
490: 3     Q:  -- relative risk. Do you
490: 4     see you wrote 'Relative risk for Vioxx is
490: 5     7' -- I'm sorry, this is what Ms.
490: 6     Goormastic wrote -- 'is 7.' And then you
490: 7     have a confidence interval here that she
490: 8     writes '.9 - 56.9.' Do you see that in
490: 9     the parenthesis?
490: 10    A:  Yes.
490: 11    Q:  And if the confidence
490: 12    interval that is described there includes
490: 13    the number 1, that is, if one falls
490: 14    within .9 to 56, that means that the
490: 15    result is not statistically significant;
490: 16    correct, sir?
490: 17    A:  That's correct.
490: 18    Q:  So, Ms. Goormastic writes:
490: 19    'I was puzzled why this confidence
490: 20    interval covers 1 when the p-value is
490: 21    less than .05. I think it's due to the
490: 22    small number of events' used. Do you see
490: 23    that?
490: 24    A:  Yes, I do.
491: 1     Q:  You had talked about the
491: 2     small number of events in your JAMA
491: 3     article; right?
491: 4     A:  That's correct.
491: 5     Q:  Then she says, 'When I ran a
491: 6     logistic regression model' that's another
491: 7     way of calculating statistical
491: 8     significance, right, 'I got very similar
491: 9     results, a relative risk of 7.1,' and
491: 10    then the confidence interval there covers
491: 11    1. Correct, sir?
491: 12    A:  That's correct.
491: 13    Q:  Ms. Goormastic is telling
491: 14    you that she's puzzled because she is
491: 15    seeing with one test there's a
491: 16    statistically significant difference and
491: 17    with another one there's not?
491: 18    A:  Yes, but this is really an
491: 19    immaterial look at the data. It's not on
491: 20    death, heart attack and stroke. And it's
491: 21    not with the final review of the events,

| | | | |
|---|---|---|---|
| | 491: 22 | as you've not allowed me to go through | |
| | 491: 23 | patient by patient of study 090 from | |
| | 491: 24 | Table 32 in the Targum report. You've | |
| | 492: 1 | not allowed me to do that. | |

| 240 | **492:5 - 493:15** | Topol, Eric 2005-11-22 | 00:01:01 |
|---|---|---|---|
| | 492: 5 | Q:  The reason that Ms. | |
| | 492: 6 | Goormastic is puzzled, Dr. Topol, is | |
| | 492: 7 | because one test shows that there's no | |
| | 492: 8 | statistically significant difference, and | |
| | 492: 9 | another test shows that there is; | |
| | 492: 10 | correct? | |
| | 492: 11 | A:  But it's not on the events | |
| | 492: 12 | of interest, Mr. Goldman. | |
| | 492: 13 | Q:  I'm not asking about the | |
| | 492: 14 | events of interest. | |
| | 492: 15 | You wrote the e-mail here. | |
| | 492: 16 | Sir, you wrote an e-mail to your | |
| | 492: 17 | statistician in October of 2004 because | |
| | 492: 18 | you thought that this answer was | |
| | 492: 19 | important. Is that true? | |
| | 492: 20 | A:  No. This is not the e-mail | |
| | 492: 21 | of importance. You've picked this | |
| | 492: 22 | e-mail. There are other e-mails that are | |
| | 492: 23 | considerably more important with my | |
| | 492: 24 | statistician, and you just picked this | |
| | 493: 1 | one. | |
| | 493: 2 | Q:  We'll get to that one, sir. | |
| | 493: 3 | A:  Okay. | |
| | 493: 4 | Q:  When you received this | |
| | 493: 5 | e-mail from Ms. Goormastic, it wasn't | |
| | 493: 6 | clear to you, sir, whether there was a | |
| | 493: 7 | statistically significant difference or | |
| | 493: 8 | not as reflected in Ms. Goormastic's | |
| | 493: 9 | e-mail; correct? | |
| | 493: 10 | A:  That really was not my | |
| | 493: 11 | focus. I see what you're saying here, | |
| | 493: 12 | but that was not my concern. The events | |
| | 493: 13 | here for death, heart attack and stroke | |
| | 493: 14 | were unclear. This is not what this | |
| | 493: 15 | refers to. | |

| 241 | **493:19 - 493:22** | Topol, Eric 2005-11-22 | 00:00:08 |
|---|---|---|---|
| | 493: 19 | What time did Ms. Goormastic | |
| | 493: 20 | write her e-mail to you on October 25, | |
| | 493: 21 | 2004? | |
| | 493: 22 | A:  She wrote that at 4:42 p.m. | |

| 242 | **494:6 - 495:10** | Topol, Eric 2005-11-22 | 00:01:03 |
|---|---|---|---|
| | 494: 6 | Q:  I'm going to show you an | |
| | 494: 7 | e-mail that I've marked as Exhibit 42. | |
| | 494: 8 | This came from your files, Dr. Topol, and | |
| | 494: 9 | I want to focus on the bottom e-mail. | |
| | 494: 10 | This is an e-mail from you to Michael | |
| | 494: 11 | Radutsky? | |
| | 494: 12 | A:  Radutsky. | |
| | 494: 13 | Q:  Who is that? | |
| | 494: 14 | A:  He's the producer for CBS 60 | |
| | 494: 15 | Minutes. | |
| | 494: 16 | Q:  What time did you write this | |
| | 494: 17 | e-mail to the producer of 60 Minutes? | |
| | 494: 18 | A:  14 minutes or so later. | |
| | 494: 19 | Q:  You wrote this e-mail to 60 | |
| | 494: 20 | Minutes at 4:46 in the afternoon, | |
| | 494: 21 | correct? | |
| | 494: 22 | A:  Right. | |
| | 494: 23 | Q:  You received an e-mail from | |
| | 494: 24 | Ms. Goormastic at 4:42, four minutes | |
| | 495: 1 | earlier; correct? | |
| | 495: 2 | A:  That's right. | |
| | 495: 3 | Q:  And you write to 60 Minutes, | |
| | 495: 4 | 'Michael, Great news on the Statistics | |

495: 5      for Study 090. The difference between
495: 6      Vioxx and nabumetone is significant, P
495: 7      equals .03.' And then you continue. Do
495: 8      you see that, sir?
495: 9      A:  I see that. That's not the
495: 10     end of the story here, though.

243  495:14  -  499:1      Topol, Eric 2005-11-22                    00:02:43
495: 14     Q:  Dr. Topol, you forwarded --
495: 15     do you see the forward 'FW' in the
495: 16     subject line of your e-mail to 60
495: 17     Minutes?
495: 18     A:  Yes.
495: 19     Q:  You forwarded the e-mail
495: 20     that Ms. Goormastic sent to you, correct,
495: 21     sir?
495: 22     A:  Yes, yes.
495: 23     Q:  But you didn't include what
495: 24     Ms. Goormastic said to you about being
496: 1      puzzled and about there being no
496: 2      statistically significant difference with
496: 3      respect to the confidence interval? You
496: 4      changed that and wrote that there was a
496: 5      statistically significant difference?
496: 6      A:  Where is that?
496: 7      Q:  Do you see in your e-mail to
496: 8      60 Minutes after you say 'Great news.
496: 9      The difference between Vioxx and
496: 10     nabumetone is significant' and you cite
496: 11     only the p-value. Do you see that, sir?
496: 12     A:  Yes.
496: 13     Q:  You didn't tell 60 Minutes
496: 14     in that e-mail that your statistician was
496: 15     puzzled about these numbers, did you?
496: 16     A:  They were not final numbers.
496: 17     As I already indicated you, these were
496: 18     not the final numbers for death, heart
496: 19     attack and stroke. And so I will take
496: 20     the opportunity to amplify here because
496: 21     you're trying to take this down the wrong
496: 22     path. On October 25th, the data were
496: 23     inconclusive because we did not have a
496: 24     chance to learn about these events in the
497: 1      Targum table, these patients on death,
497: 2      heart attack and stroke. They were not
497: 3      reviewed. I did not have the details of
497: 4      any of those patients. So, these events
497: 5      that we're looking at were not the
497: 6      interested field of cardiovascular
497: 7      endpoints of deaths, of all cause, heart
497: 8      attack and stroke.
497: 9      Q:  You found it important
497: 10     enough to write to 60 Minutes four
497: 11     minutes after your statistician wrote to
497: 12     you to tell them about what you thought
497: 13     was great news, and you characterized --
497: 14     A:  This was the beginning of
497: 15     the analysis, only the beginning.
497: 16     Q:  Do you see that 60
497: 17     Minutes --
497: 18     A:  This is a work in progress,
497: 19     and you're just taking one part of that
497: 20     work.
497: 21     Q:  Do you see that 60 Minutes
497: 22     writes back to you on the top and says
497: 23     'Remarkable' and then continues. 'So
497: 24     then how does the company ignore numbers
498: 1      like that? How does that not warrant
498: 2      further study?' Et cetera. And he says
498: 3      'How can they call the study
498: 4      'statistically insignificant'?' Do you
498: 5      see that?

498: 6        A:  I see that.
498: 7        Q:  Did you ever write back to
498: 8        60 Minutes and say that your statistician
498: 9        told you that under another test there
498: 10       was no statistically significant
498: 11       difference for 090?
498: 12       A:  I discussed this extensively
498: 13       with Michael Radutsky on the phone, and I
498: 14       told him that we needed -- before this
498: 15       could be wrapped up and before I could
498: 16       make any statements about study 090, I
498: 17       needed to have all the information
498: 18       regarding the patients with events,
498: 19       putative events of this trial, which I
498: 20       didn't have at this time. So, these data
498: 21       did not -- again, I've said it at least
498: 22       three or four times. These data did not
498: 23       reflect the final categorization of
498: 24       death, heart attack or stroke for study
499: 1        090.

244   499:4  -  499:24    Topol, Eric 2005-11-22        00:00:34
499: 4        Did you in your e-mail to 60
499: 5        Minutes say that your statistician was
499: 6        puzzled? Yes or no?
499: 7        A:  I discussed it on the phone.
499: 8        Q:  Your testimony is that you
499: 9        discussed your statistician being puzzled
499: 10       on the phone, but you told 60 Minutes
499: 11       that there was --
499: 12       A:  No.
499: 13       Q:  -- there was a significant
499: 14       difference here?
499: 15       A:  I discussed with Michael
499: 16       Radutsky that more work had to be done,
499: 17       that we can't use any of these numbers
499: 18       until we get all the details on these
499: 19       patients of this page 32 in the Targum
499: 20       report. So, all this was preliminary
499: 21       work, and we still didn't have a sense of
499: 22       where we were with the death, heart
499: 23       attack and stroke story. I discussed
499: 24       that with him.

245   501:23  -  502:7    Topol, Eric 2005-11-22        00:00:22
501: 23       Q:  Dr. Topol, I've handed you
501: 24       what I've marked as Exhibit 43 --
502: 1        A:  Yes.
502: 2        Q:  -- which is an e-mail,
502: 3        November 12, 2004 from you to your
502: 4        statistician again, and this is now two
502: 5        days before you go on 60 Minutes.
502: 6        Correct?
502: 7        A:  That's right.

246   504:20  -  505:18    Topol, Eric 2005-11-22        00:00:55
504: 20       Q:  Now, you wrote '5 out of
504: 21       390' and then you wrote '1 out of 588.'
504: 22       Do you see that in your e-mail?
504: 23       A:  Yes. And that's exactly the
504: 24       same as the New England Journal
505: 1        subsequent correspondence.
505: 2        Q:  The 588, which is the
505: 3        denominator here, that is calculated by
505: 4        taking the number of patients in the
505: 5        nabumetone group and adding them to the
505: 6        number of patients in the placebo group;
505: 7        correct?
505: 8        A:  Those are control groups for
505: 9        the trial, that's right. They're not
505: 10       experimental groups.
505: 11       Q:  So, what you did was you

| | | |
|---|---|---|
| | 505: 12 took 5 events on Vioxx, and you compared | |
| | 505: 13 them to 1 event in placebo and nabumetone | |
| | 505: 14 combined; correct? | |
| | 505: 15 A:  That is how this analysis | |
| | 505: 16 was performed with the appropriate | |
| | 505: 17 categorization of the endpoints and the | |
| | 505: 18 statistics. | |
| 247 | **506:14  -  507:7** Topol, Eric 2005-11-22 | 00:00:35 |
| | 506: 14 Q:  When you wrote your JAMA | |
| | 506: 15 article and the events were 6, 2 and 1, | |
| | 506: 16 you wrote that those numbers were too | |
| | 506: 17 small for meaningful comparison; correct? | |
| | 506: 18 A:  With the erroneous data, | |
| | 506: 19 they were not appropriate to make a final | |
| | 506: 20 judgment. | |
| | 506: 21 Q:  The numbers, 6, 2 and 1 were | |
| | 506: 22 so small that they couldn't be used for | |
| | 506: 23 meaningful comparison. Correct? | |
| | 506: 24 A:  I wouldn't use the term | |
| | 507: 1 exactly, no. That's not the term that we | |
| | 507: 2 use. | |
| | 507: 3 Q:  Well, if we look back at | |
| | 507: 4 your JAMA article, page -- | |
| | 507: 5 A:  It says, 'had few events for | |
| | 507: 6 meaningful comparison.' 'Few events.' | |
| | 507: 7 That's right. | |
| 248 | **507:10  -  508:21** Topol, Eric 2005-11-22 | 00:01:20 |
| | 507: 10 When the events were 6, 2 | |
| | 507: 11 and 1 as you analyzed them in your JAMA | |
| | 507: 12 article for Vioxx, nabumetone and | |
| | 507: 13 placebo, you considered that to be few | |
| | 507: 14 events for meaningful comparison; | |
| | 507: 15 correct? | |
| | 507: 16 A:  Well, there was no | |
| | 507: 17 significant difference. So, that means | |
| | 507: 18 there's no meaningful difference, yes. | |
| | 507: 19 Q:  So now in November of 2004, | |
| | 507: 20 when you say the numbers now are 5 for | |
| | 507: 21 Vioxx, 1 for nabumetone and 0 for | |
| | 507: 22 placebo, there's actually fewer events in | |
| | 507: 23 your analysis from November of 2004 than | |
| | 507: 24 there were in your analysis in JAMA; | |
| | 508: 1 correct? | |
| | 508: 2 A:  Correct. But the events are | |
| | 508: 3 correct now, and they are the appropriate | |
| | 508: 4 irrevocable endpoints of death, heart | |
| | 508: 5 attack and stroke and not admixed with | |
| | 508: 6 things like atrial fibrillation or a | |
| | 508: 7 chronic occlusion that had nothing to do | |
| | 508: 8 with a heart attack. Now we had a | |
| | 508: 9 difference of 1.3 versus 0.2 percent. | |
| | 508: 10 And what I showed in the letter in the | |
| | 508: 11 correspondence in the New England Journal | |
| | 508: 12 with those numbers is that with the exact | |
| | 508: 13 same Vioxx incident, 1.3 percent with | |
| | 508: 14 those five events that you just cited was | |
| | 508: 15 exactly the same as in the VIGOR trial, | |
| | 508: 16 1.2 percent for death, heart attack and | |
| | 508: 17 stroke. And there was a 7.6, that's 760 | |
| | 508: 18 percent excess compared with the | |
| | 508: 19 controls, whether it be naproxen in VIGOR | |
| | 508: 20 or nabumetone and placebo in the current | |
| | 508: 21 study 090 that we're discussing. | |
| 249 | **509:6  -  511:2** Topol, Eric 2005-11-22 | 00:01:30 |
| | 509: 6 Q:  Dr. Topol, the reason you | |
| | 509: 7 asked your statistician to compare the | |
| | 509: 8 number of events on Vioxx to the number | |
| | 509: 9 of events on nabumetone and placebo | |
| | 509: 10 combined is because you know that if you | |

509: 11     compare the number of events on Vioxx to
509: 12     just the number of events on nabumetone,
509: 13     there is no statistically significant
509: 14     difference?
509: 15     A:  That's not the appropriate
509: 16     comparison. We already went through
509: 17     this, that is, when you have drugs that
509: 18     are a control arm that are widely
509: 19     accepted and have been around for 10 or
509: 20     20 years, and you have an experimental
509: 21     drug, it is appropriate, just as Juni did
509: 22     in his analysis in the Lancet, and just
509: 23     as we did here, to compare the control
509: 24     arms with the experimental arm, which in
510: 1     this case was Vioxx.
510: 2     Q:  You didn't do that in your
510: 3     JAMA article, did you, sir?
510: 4     A:  We didn't do it in the JAMA
510: 5     article, but we didn't have the right
510: 6     data. So, of course, we couldn't do it
510: 7     in the JAMA paper. We had erroneous
510: 8     categorization of endpoints.
510: 9     Q:  The reason that you combined
510: 10     nabumetone and placebo and compared that
510: 11     to Vioxx is because you know that if you
510: 12     compare the number of events on Vioxx to
510: 13     placebo for study 090, there is no
510: 14     statistically significant difference;
510: 15     correct?
510: 16     A:  That is not the reason why
510: 17     that analysis was performed that way.
510: 18     Q:  Am I correct, sir, that if
510: 19     you compare 5 events on Vioxx to 0 events
510: 20     on placebo, there's no statistically
510: 21     significant difference?
510: 22     A:  I don't know. We'd have to
510: 23     run the statistics on that.
510: 24     Q:  You never ran that, did you?
511: 1     A:  I don't remember that we ran
511: 2     it. I don't have it at hand.

250    **519:4 - 520:3**    Topol, Eric 2005-11-22          00:00:57
519: 4     Q:  Dr. Topol, you have said on
519: 5     several occasions that study 090 was not
519: 6     published; correct?
519: 7     A:  That's correct.
519: 8     Q:  You knew that study 090 was
519: 9     not published when you wrote your JAMA
519: 10     article, didn't you, sir?
519: 11     A:  Well, I already pointed out
519: 12     earlier in our discourse, in our
519: 13     discussion, it was 2001 -- well, it was
519: 14     March of 2001 when we wrote that paper,
519: 15     and the study, we didn't even know when
519: 16     it was done, study 090. So, we give some
519: 17     allowance for when it might be published.
519: 18     But now in 2004, something is very
519: 19     concerning because it's now multiple
519: 20     years later, it's nearly 1,000 patient
519: 21     trial, it's not a trivial cohort, and it
519: 22     still hasn't shown up in the literature.
519: 23     So, there's a big difference between
519: 24     March of 2001 a year or so, two years
520: 1     after the study was completed versus six
520: 2     years after the study was completed.
520: 3     That's a big gap.

251    **520:18 - 523:20**    Topol, Eric 2005-11-22          00:02:25
520: 18     Q:  You also know that Merck
520: 19     didn't publish study 085 either; right?
520: 20     A:  They did publish 085. In
520: 21     fact, there is a publication, and I can

520: 22    get that for you if you'd like. It was
520: 23    published indeed. It was 1,000 patient
520: 24    similar, but I guess Merck was happy with
521: 1    the results, but it was published.
521: 2    Q:  Well, if you can show me
521: 3    today where Merck published study 085 but
521: 4    not 090, I'd like to see that.
521: 5    A:  It's published in the Juni
521: 6    paper.
521: 7    Q:  That's not a publication,
521: 8    sir.
521: 9    A:  No. What I'm saying is it's
521: 10    cited in the Juni paper.
521: 11    Q:  Let's look at the Juni
521: 12    paper.
521: 13    A:  I believe it's cited in
521: 14    there. It's an osteoarthritis trial, so,
521: 15    I don't remember the first author, but it
521: 16    was in his analysis, and so it was 1,000
521: 17    patients. I'm trying to remember the
521: 18    exact number, 085. It was -- we have to
521: 19    back it out. 085 had 1,042 patients, and
521: 20    somewhere in this table of Figure 3, that
521: 21    is, there's 1,042 patient trial that's
521: 22    included in here and it's cited. I just
521: 23    don't --
521: 24    Q:  Dr. Topol, that 1,042 that
522: 1    you're referring to in Table 1 of Juni's
522: 2    paper which is on Page 2023 is the same
522: 3    1,042 number that you have in your JAMA
522: 4    article --
522: 5    A:  Right.
522: 6    Q:  -- when you described a
522: 7    number of patients in 085. Correct, sir?
522: 8    A:  No. But I'm trying to find
522: 9    the reference for that now, sir, that is,
522: 10    the publication. There's a publication
522: 11    based on these -- on this trial, 085.
522: 12    Let me see if I can find it in here.
522: 13    085, it's by Kivitz, et al, 2004. What's
522: 14    that number, Joe?
522: 15    MR. HAMELINE:  22.
522: 16    THE WITNESS:  Reference 22.
522: 17    Okay. Here it is. It was
522: 18    published in the Journal of
522: 19    American Geriatric Society in 2000
522: 20    and -- Reference Number 22, 2004,
522: 21    Volume 52. It's by Kivitz, et al.
522: 22    'Efficacy and safety of rofecoxib
522: 23    12-and-a-half milligrams versus
522: 24    nabumetone 1,000 milligrams in
523: 1    patients with osteoarthritis of
523: 2    the knee: A randomized control
523: 3    trial.' So it was indeed was
523: 4    published --
523: 5    BY MR. GOLDMAN:
523: 6    Q:  Dr. Topol --
523: 7    A:  -- unlike study 090.
523: 8    Q:  Dr. Topol, what you are
523: 9    looking at is a publication after
523: 10    withdrawal; correct?
523: 11    MR. KLINE:  Which means
523: 12    when?
523: 13    THE WITNESS:  No. It was
523: 14    published before the withdrawal.
523: 15    That was published in early 2004
523: 16    in the Journal of the American
523: 17    Geriatric Society. It's an
523: 18    eight-page manuscript published by
523: 19    Kivitz and Colley before the
523: 20    withdrawal.

252   **524:9  -  526:21**   Topol, Eric 2005-11-22                                    00:01:58
524: 9      When you wrote your article
524: 10     in JAMA in August of 2001, you knew 090
524: 11     was not published, and you didn't say in
524: 12     your article that it should be, did you,
524: 13     sir?
524: 14     A:  We assumed every trial,
524: 15     particularly when it gets to 1,000
524: 16     patients, it's going to be published.
524: 17     That's -- this is -- we're talking about
524: 18     human experimentation. And you don't
524: 19     experiment on 1,000 patients and not
524: 20     publish the results for the rest of the
524: 21     medical community to see. That's not
524: 22     acceptable medical research.
524: 23     Q:  Did you ever write the FDA
524: 24     in August of 2001 when you knew that 090
525: 1      was not published and say that this study
525: 2      should be published because it's
525: 3      important?
525: 4      A:  We give trials or sponsors
525: 5      an allowance of time.
525: 6      Q:  Did you do that, sir?
525: 7      A:  How would we know that they
525: 8      weren't intending to ever publish the
525: 9      trial?
525: 10     Q:  You knew that study 090 was
525: 11     not published in August 2001. Did you
525: 12     ever write the FDA, did you ever write
525: 13     Merck, did you ever write anybody and say
525: 14     study 090 should be published?
525: 15     A:  We assumed that it was going
525: 16     to be published. It was soon after --
525: 17     Q:  That wasn't my question.
525: 18     Did you ever write the FDA,
525: 19     Merck or anybody else before this
525: 20     medicine was withdrawn and say that study
525: 21     090 should be published?
525: 22     A:  I have a simple answer for
525: 23     that question. Why would we do that?
525: 24     Q:  Is your answer to my
526: 1      question no, you didn't?
526: 2      A:  Yes. Why would we even
526: 3      think of doing it?
526: 4      Q:  Dr. Topol, if you thought
526: 5      that study 090 was that important and the
526: 6      events were so important that they should
526: 7      be publicized, did you ever write the
526: 8      FDA, Merck, or anybody else and say you
526: 9      should publish Study 090?
526: 10     A:  Now, Mr. Goldman --
526: 11     Q:  Can you answer that yes or
526: 12     no?
526: 13     A:  You're confusing everything
526: 14     now. It was only in '04,
526: 15     October/November '04 that we got the
526: 16     straight data. We couldn't get to the
526: 17     data. So how could we have known that it
526: 18     was statistically significant with a 760
526: 19     percent excess of heart attack in '02, in
526: 20     '01. We didn't have the data. There was
526: 21     no way of knowing that.

253   **538:24  -**   **539:24:00** Topol, Eric 2005-11-22                           00:00:46
538: 24     Q:  Dr. Topol, I've handed you
539: 1      Exhibit 46, which is an e-mail exchange
539: 2      within the FDA. And I want to point your
539: 3      attention to November 1st, 2004. Do you
539: 4      know who the author is?
539: 5      A:  Dr. Villalba, yes, primary
539: 6      reviewer of this application.

539: 7    Q:  Dr. Villalba of the FDA
539: 8    writes 'Study 090 was conducted between
539: 9    September 1998 and May 1999. This one
539: 10   showed more CV thrombotic events on Vioxx
539: 11   than nabumetone or placebo. Topol was
539: 12   not interested in study 085 which had
539: 13   identical design and duration (6 weeks)
539: 14   and approximately same size, but showed,'
539: 15   and he underlines this, 'no differences
539: 16   in CV thrombotic events.' Do you see
539: 17   that, sir?
539: 18   A:  I see it, and I want to
539: 19   point out that a clinical trial is for 20
539: 20   years.
539: 21   Q:  Doctor --
539: 22   A:  You look for signals and you
539: 23   don't disregard certain trials and look
539: 24   at certain trials.

254   **541:8  -  542:1**    Topol, Eric 2005-11-22    00:00:34
541: 8    Q:  Dr. Topol, you see that Dr.
541: 9    Villalba of the FDA writes on November 8
541: 10   of 2004, 'Merck might have submitted
541: 11   study 090 results to the Agency sometime
541: 12   earlier than June 2000, but I do not
541: 13   think we would have done anything with
541: 14   it, since the number of events was small
541: 15   and there was a twin study (085) with
541: 16   identical size and duration, conducted at
541: 17   approximately the same time, that showed
541: 18   no difference in CV thrombotic events as
541: 19   compared to placebo and nabumetone.' Do
541: 20   you see that, sir?
541: 21   A:  I see that.
541: 22   Q:  This was written after the
541: 23   drug was withdrawn; correct?
541: 24   A:  Yes. And still I was not
542: 1    informed of these dates.

255   **547:16  -  547:22**    Topol, Eric 2005-11-22    00:00:12
547: 16   Q:  The Juni article shows that
547: 17   there's no increased risk associated with
547: 18   Vioxx at the 25 milligram dose, correct,
547: 19   sir?
547: 20   A:  No. No. That's not at all
547: 21   an appropriate interpretation of that
547: 22   study.

256   **552:5  -  553:22**    Topol, Eric 2005-11-22    00:01:28
552: 5    Q:  Do you also see, Dr. Topol,
552: 6    that in trial duration, do you see that
552: 7    in less than six months there's no
552: 8    statistically significant difference in
552: 9    increased cardiovascular risk in the Juni
552: 10   study?
552: 11   A:  I'm afraid the problem is
552: 12   that you're not interpreting these data
552: 13   properly because the concept -- and I can
552: 14   explain it if you'd like, about
552: 15   heterogeneity and interaction. What this
552: 16   table shows, and the most important
552: 17   aspect of the table is this column for P
552: 18   for interaction. And what this shows is
552: 19   that the duration, there's no difference.
552: 20   217 percent excess for less than six
552: 21   months. 233 percent excess for heart
552: 22   attack for greater than six months. The
552: 23   same thing for dose. Only if there's a
552: 24   p-value for interaction. And the only
553: 1    one there was, interestingly, was on the
553: 2    external endpoint committee, which is a

553: 3   topic I would have loved to address with
553: 4   you. But that is the only one that was
553: 5   significant. And that's the only thing
553: 6   you can say about this table.
553: 7   Q:  Let me ask one more time.
553: 8   A:  Yes.
553: 9   Q:  Without looking at the
553: 10   p-value that you just looked at, do you
553: 11   agree that Table 2 of the Juni study
553: 12   shows that there's no statistically
553: 13   significant difference in cardiovascular
553: 14   risk associated with the Vioxx 25
553: 15   milligram dose?
553: 16   A:  It does not show that there
553: 17   is no statistically significant
553: 18   difference, that there's no statistically
553: 19   significant -- there's nothing you can
553: 20   say about any of the doses higher or
553: 21   lower based on this analysis and the
553: 22   data.

257  **555:15  -  555:17**   Topol, Eric 2005-11-22     00:00:06
555: 15   Q:  Dr. Topol, nice to see you
555: 16   again.
555: 17   A:  Yes.

258  **555:18  -  556:4**   Topol, Eric 2005-11-22     00:00:20
555: 18   Q:  And I want to ask you a
555: 19   couple of questions that the Merck lawyer
555: 20   may not have -- in fact, I know didn't
555: 21   ask you.
555: 22   First of all, I didn't know
555: 23   that he was making a chart of the CV
555: 24   event analysis. Apparently he was
556: 1   writing numbers. Do you recall when he
556: 2   was writing numbers and you were
556: 3   disagreeing that those numbers were
556: 4   comparing apples and apples?

259  **556:6  -  558:7**   Topol, Eric 2005-11-22     00:01:29
556: 6   THE WITNESS:  Yes.
556: 7   BY MR. KLINE:
556: 8   Q:  Well, no, he was
556: 9   disagreeing, that it was comparing apples
556: 10   and apples. You are saying it was like
556: 11   comparing two different fruits?
556: 12   MR. GOLDMAN:  Objection.
556: 13   THE WITNESS:  Yes.
556: 14   BY MR. KLINE:
556: 15   Q:  All right.
556: 16   I see here that he prepared
556: 17   and marked something called Exhibit 48,
556: 18   and what he says here, I'll put it in
556: 19   front of us, that in August of '01, JAMA,
556: 20   he says Vioxx -- help me with that.
556: 21   A:  Nabumetone.
556: 22   Q:  -- nabumetone, placebo.
556: 23   A:  Right.
556: 24   Q:  And he has August, '91,
557: 1   JAMA, 6, 2, 1?
557: 2   A:  Right.
557: 3   Q:  Vioxx, nabumetone, placebo
557: 4   for October 25th, 7, 1, 1?
557: 5   A:  Those are Dr. Targum's
557: 6   numbers, but the basis of them was
557: 7   uncertain. So, that's what we were going
557: 8   on, until we could zoom in on each and
557: 9   every patient and figure out whether they
557: 10   had a heart attack, a death or a stroke.
557: 11   Q:  Understood.
557: 12   And then in November 12,
557: 13   it's 5, 1, 0?

557: 14    A:  That was after the final
557: 15    review of each patient's detailed
557: 16    clinical history.
557: 17    Q:  This is 090; correct?
557: 18    A:  That's 090.
557: 19    Q:  That study for Merck was
557: 20    bad; correct?

557: 22    THE WITNESS:  Well, let's
557: 23    put it this way. I only learned,
557: 24    you know, back in November of '04
558: 1     that it was finished in 1999. So,
558: 2     now it's 2005, it's six years
558: 3     later, it hasn't been published,
558: 4     and as far as I know, it's the
558: 5     only significant large trial in
558: 6     nearly 1,000 patients that has not
558: 7     been published in the Vioxx trial.

260   **562:4  -  564:11**   Topol, Eric 2005-11-22                    00:01:46
562: 4     Do you consider in looking
562: 5     at the Vioxx safety, do you consider
562: 6     yourself to be independent, sir?

562: 8     THE WITNESS:  I don't know
562: 9     how I could be more independent.
562: 10    I certainly wasn't involved in the
562: 11    trials, but on the other hand, I'm
562: 12    looking at it as a seasoned
562: 13    clinical trialist, so, yes, I
562: 14    believe I'm an independent viewer.
562: 15    BY MR. KLINE:
562: 16    Q:  Which of the two studies, if
562: 17    they had to pick one, should have been
562: 18    published, and why?

562: 20    THE WITNESS:  Well, study
562: 21    090 should have been published as
562: 22    soon as possible, and that was the
562: 23    concern that I registered. And,
562: 24    of course, that was that Mr.
563: 1     Goldman's e-mail that I first saw,
563: 2     internal FDA, they talked about,
563: 3     should they have done something
563: 4     with that data much earlier. But
563: 5     that one was the one of concern.
563: 6     And just because there's another
563: 7     trial of similar size and design
563: 8     that doesn't show the problem,
563: 9     doesn't negate, it doesn't make
563: 10    you in any way not seriously
563: 11    concerned about 090.
563: 12    BY MR. KLINE:
563: 13    Q:  These data, even looking at
563: 14    them the way he compares them, 6 Vioxx to
563: 15    3 when you combined nabumetone and
563: 16    placebo, or 7 versus 2 or 5 versus 1, are
563: 17    any of those numbers, sir, reassuring
563: 18    that Vioxx is safe?

563: 20    THE WITNESS:  They're not at
563: 21    all reassuring. We're running on
563: 22    a relatively low event, but they
563: 23    are an imbalance of events no
563: 24    matter how you look at study 090.
564: 1     And then in the wake of VIGOR, or,
564: 2     actually, it preceded VIGOR by
564: 3     many months, but when you put the
564: 4     two together, you have a large
564: 5     trial of 8,000 patients, you have
564: 6     a trial of 1,000 patients, which
564: 7     is a respectable number, it's not

| | | | |
|---|---|---|---|
| | 564: 8 | so small, you see the same problem | |
| | 564: 9 | in both trials, that's when you | |
| | 564: 10 | have to make a conclusion that | |
| | 564: 11 | there's a significant problem. | |
| 263 | **580:13  -  585:22** | Topol, Eric 2005-11-22 | 00:03:35 |
| | 580: 13 | Now, let's move right along. | |
| | 580: 14 | Let's talk about statistical | |
| | 580: 15 | analysis. | |
| | 580: 16 | As far as your statistical | |
| | 580: 17 | analysis is concerned, did you at all | |
| | 580: 18 | times, sir, conduct a statistical | |
| | 580: 19 | analysis consistent with good and sound | |
| | 580: 20 | scientific practice? | |
| | 580: 21 | A:  That's the only way I would | |
| | 580: 22 | know how to do, is to do the best we can | |
| | 580: 23 | with the data and the statistics and the | |
| | 580: 24 | analysis, yes. | |
| | 581: 1 | Q:  Okay. | |
| | 581: 2 | Was that also Merck's | |
| | 581: 3 | obligation, to do the same thing? | |
| | 581: 4 | MR. GOLDMAN:  Objection. | |
| | 581: 5 | THE WITNESS:  Any medical | |
| | 581: 6 | research should be done in that | |
| | 581: 7 | way, yes. | |
| | 581: 8 | BY MR. KLINE: | |
| | 581: 9 | Q:  Okay. | |
| | 581: 10 | Now, have you had a chance | |
| | 581: 11 | now to explain adequately what you wanted | |
| | 581: 12 | explained to the jury about the Targum | |
| | 581: 13 | memo and what you did in terms of | |
| | 581: 14 | drilling down the data and what you were | |
| | 581: 15 | after? | |
| | 581: 16 | A:  I believe so. | |
| | 581: 17 | Q:  Anything else that you think | |
| | 581: 18 | has to be covered to get the full import | |
| | 581: 19 | of it out? | |
| | 581: 20 | MR. GOLDMAN:  Objection. | |
| | 581: 21 | THE WITNESS:  Well, I mean, | |
| | 581: 22 | I think the other points that Dr. | |
| | 581: 23 | Targum made in her conclusion of | |
| | 581: 24 | her report about the fact that | |
| | 582: 1 | the -- | |
| | 582: 2 | BY MR. KLINE: | |
| | 582: 3 | Q:  Page? | |
| | 582: 4 | A:  Page 34, 'The sponsor claims | |
| | 582: 5 | that the difference in heart attacks | |
| | 582: 6 | between the groups is primarily due to | |
| | 582: 7 | the anti-platelet effects of naproxen.' | |
| | 582: 8 | Q:  Yes. | |
| | 582: 9 | A:  I've already discussed that, | |
| | 582: 10 | that that was an untenable conclusion. | |
| | 582: 11 | Q:  Well, wait. But what does | |
| | 582: 12 | she say? | |
| | 582: 14 | nonresponsive. | |
| | 582: 15 | BY MR. KLINE: | |
| | 582: 16 | Q:  Does she say something that | |
| | 582: 17 | disagrees with you? | |
| | 582: 18 | A:  Yes. She says, 'The | |
| | 582: 19 | hypothesis is not supported by any | |
| | 582: 20 | prospective placebo-controlled trials | |
| | 582: 21 | with naproxen.' | |
| | 582: 22 | Q:  It's the same thing you told | |
| | 582: 23 | us earlier? | |
| | 582: 24 | A:  That's right. | |
| | 583: 1 | Q:  And she says here, and you | |
| | 583: 2 | highlighted this next point or put an | |
| | 583: 3 | asterisk next to it, 'The sponsor claims | |
| | 583: 4 | that the majority of cardiovascular | |
| | 583: 5 | events in the VIGOR study occurred in | |
| | 583: 6 | those patients who should have been on | |

| | | |
|---|---|---|
| 583: 7 | aspirin for cardioprotection.' | |
| 583: 8 | And what does she say? | |
| | | |
| 583: 10 | THE WITNESS:  Well, this | |
| 583: 11 | claim has not convinced this | |
| 583: 12 | medical reviewer, it certainly did | |
| 583: 13 | not convince me, and so this is | |
| 583: 14 | not a reasonable conclusion from | |
| 583: 15 | the data. | |
| 583: 16 | BY MR. KLINE: | |
| 583: 17 | Q:  She notes that 'The sponsor | |
| 583: 18 | claims that the patients with rheumatoid | |
| 583: 19 | arthritis are at increased risk for | |
| 583: 20 | cardiovascular events.' | |
| 583: 21 | What does she say? | |
| | | |
| 583: 23 | THE WITNESS:  Well, there's | |
| 583: 24 | some literature. She agrees with | |
| 584: 1 | it, I agree with it, there's some | |
| 584: 2 | literature, but it is actually a | |
| 584: 3 | very modest amount of literature. | |
| 584: 4 | And actually, the most recent data | |
| 584: 5 | from 2005, which we didn't have | |
| 584: 6 | back then, would suggest that | |
| 584: 7 | there is an increased incidence of | |
| 584: 8 | heart attacks, but it's not | |
| 584: 9 | particularly striking. | |
| | | |
| 584: 11 | move to strike the nonresponsive | |
| 584: 12 | portion. | |
| 584: 13 | BY MR. KLINE: | |
| 584: 14 | Q:  And does it explain, does | |
| 584: 15 | that point explain the results of VIGOR? | |
| 584: 16 | A:  Not in any way. | |
| 584: 17 | Q:  VIGOR, when combined with | |
| 584: 18 | 090, combined now with all the | |
| 584: 19 | epidemiologic studies, where does VIGOR | |
| 584: 20 | fit into the scheme of things? | |
| | | |
| 584: 22 | THE WITNESS:  The VIGOR was | |
| 584: 23 | in many ways the front runner. | |
| 584: 24 | That one is the one that really | |
| 585: 1 | predicted what was going to | |
| 585: 2 | happen, not only in the | |
| 585: 3 | epidemiologic studies, but, of | |
| 585: 4 | course, in the subsequent | |
| 585: 5 | randomized trials. | |
| 585: 6 | There was one last point in | |
| 585: 7 | this report that I think deserves | |
| 585: 8 | to be underscored, and it says, | |
| 585: 9 | 'The sponsor recommends use of | |
| 585: 10 | low-dose aspirin in conjunction | |
| 585: 11 | with rofecoxib in those at risk | |
| 585: 12 | for cardiovascular events.' | |
| 585: 13 | There are no data whatsoever | |
| 585: 14 | to substantiate that. Dr. Targum | |
| 585: 15 | agrees with that and, again, we're | |
| 585: 16 | talking about millions of patients | |
| 585: 17 | in the United States and beyond, | |
| 585: 18 | and to recommend taking aspirin | |
| 585: 19 | without having any proof of that, | |
| 585: 20 | without any data, without any | |
| 585: 21 | meaningful trial, is really, I | |
| 585: 22 | believe, unacceptable. | |
| 264   597:3   -   598:3 | Topol, Eric 2005-11-22 | 00:00:52 |
| 597: 3 | Q:  They asked you questions | |
| 597: 4 | about whether you, sir, took Vioxx? | |
| 597: 5 | A:  Yes. | |
| 597: 6 | Q:  First of all, did you take | |
| 597: 7 | Vioxx regularly or did you just take it | |
| 597: 8 | intermittently? | |

|  |  |  |  |
|---|---|---|---|
| | 597: 9 | A:  I took it once a week or | |
| | 597: 10 | every couple, few weeks. It was very | |
| | 597: 11 | sporadic. A single dose as needed for | |
| | 597: 12 | knee pain. | |
| | 597: 13 | Q:  Did you have any special | |
| | 597: 14 | circumstances that you thought that you | |
| | 597: 15 | could tolerate the risk? | |
| | 597: 16 | A:  Well, I mean, I started | |
| | 597: 17 | taking it when I was -- in '99, so, that | |
| | 597: 18 | was -- I was 45. I had had an exercise | |
| | 597: 19 | stress test. I had no risk factors for | |
| | 597: 20 | coronary disease or heart disease. I'm | |
| | 597: 21 | fit, so, I didn't think that, | |
| | 597: 22 | particularly as we learned more about the | |
| | 597: 23 | risk profile of the drug, that I was one | |
| | 597: 24 | of the people who would, I think, be | |
| | 598: 1 | worried about the risk of the drug | |
| | 598: 2 | relative to an older person with any risk | |
| | 598: 3 | factors for heart disease. | |

| 265 | 602:2  -  602:4 | Topol, Eric 2005-11-22 | 00:00:05 |
|---|---|---|---|
| | 602: 2 | Q:  You were asked about this | |
| | 602: 3 | Alastair Wood memo? | |
| | 602: 4 | A:  Yes, yes. | |

| 266 | 602:10  -  604:1 | Topol, Eric 2005-11-22 | 00:01:18 |
|---|---|---|---|
| | 602: 10 | Q:  There is this Alastair Wood | |
| | 602: 11 | thing, and let me just put my hand on | |
| | 602: 12 | what I want to point out to you. You may | |
| | 602: 13 | know other stuff. | |
| | 602: 14 | What was the discussion you | |
| | 602: 15 | were having with defense counsel about, | |
| | 602: 16 | as you understood it? | |
| | 602: 18 | THE WITNESS:  Yeah, I wanted | |
| | 602: 19 | to bring out the point that one of | |
| | 602: 20 | the highest regarded trialists, | |
| | 602: 21 | and in this field in particular, | |
| | 602: 22 | Dr. Wood, probably the most | |
| | 602: 23 | revered pharmacologist and | |
| | 602: 24 | trialists in the country, he | |
| | 603: 1 | completely agreed and said that -- | |
| | 603: 2 | about the fact that we needed a | |
| | 603: 3 | trial and the fact that his | |
| | 603: 4 | statement he had was really quite | |
| | 603: 5 | perfect. | |
| | 603: 6 | Basically he's saying it was | |
| | 603: 7 | unethical not to do a trial, and | |
| | 603: 8 | the statement here, he says, 'Such | |
| | 603: 9 | a study would have been undoable | |
| | 603: 10 | because of the size and time | |
| | 603: 11 | requirements.' This is what Merck | |
| | 603: 12 | has been saying. And 'I am | |
| | 603: 13 | surprised that gets repeated so | |
| | 603: 14 | frequently without challenge from | |
| | 603: 15 | the data.' And he basically in | |
| | 603: 16 | this back and forth e-mail agrees | |
| | 603: 17 | that there's so many patients that | |
| | 603: 18 | are getting the therapy today, | |
| | 603: 19 | Vioxx, with heart disease, that we | |
| | 603: 20 | have to resolve this problem. | |
| | 603: 22 | THE WITNESS:  And it was | |
| | 603: 23 | only -- the irony is that it's | |
| | 603: 24 | only ethical to do the trial, not | |
| | 604: 1 | to back off from not doing it. | |

| 267 | 611:13  -  615:1 | Topol, Eric 2005-11-22 | 00:01:55 |
|---|---|---|---|
| | 611: 13 | Q:  Next, the Konstam paper. | |
| | 611: 14 | You told the Merck lawyer | |
| | 611: 15 | that you could review the Konstam paper, | |
| | 611: 16 | you didn't get to talk about it. I have | |

611: 17     it here. Is there a minute or two way
611: 18     through it?
611: 19     A:  Yeah. Well, this --

611: 21     THE WITNESS:  This paper,
611: 22     the actual reprint I have, this
611: 23     has very significant problems in
611: 24     trying to interpret it. So, for
612: 1      example, here, study 090, the data
612: 2      are included in this amalgamation
612: 3      --
612: 4      MR. KLINE:  I've marked it
612: 5      as the next exhibit. Number?
612: 6      What is it?
612: 7      MR. HAMELINE:  52, 52.
612: 8      MR. KLINE:  52.
612: 9      - - -
612: 10     (Whereupon, Deposition
612: 11     Exhibit Topol-52, 'Cardiovascular
612: 12     Thrombotic Events in Controlled,
612: 13     Clinical Trials of Rofecoxib,'
612: 14     (Konstam, et al), Circulation
612: 15     2001;104:r15-r23, was marked for
612: 16     identification.)
612: 17     - - -
612: 18     THE WITNESS:  Yes. This was
612: 19     published shortly after our --
612: 20     there's a lot of interesting
612: 21     things about this paper. It was
612: 22     received on October 2nd and
612: 23     accepted the next day and
612: 24     published very rapidly. But the
613: 1      paper includes the trials of Vioxx
613: 2      that were available, and what it
613: 3      does is it never reports the
613: 4      actual individualized data of the
613: 5      trial.
613: 6      So, for example, here's a
613: 7      chance that since Merck hadn't
613: 8      published the data for study 090,
613: 9      why not present it here.

613: 12     BY MR. KLINE:
613: 13     Q:  They're his consultant, he's
613: 14     their consultant; right?

613: 18     THE WITNESS:  All the other
613: 19     doctors are Merck employees on the
613: 20     paper except for Dr. Konstam, who
613: 21     is a consultant. But the
613: 22     important thing is, they don't
613: 23     present the individual trial data.
613: 24     And this is the thing that's
614: 1      grossly overlooked.
614: 2      They present, just as Mr.
614: 3      Goldman reviewed earlier, that
614: 4      1.69 risk, that's 169 percent,
614: 5      comparing Vioxx with naproxen.
614: 6      So, what's striking here is that
614: 7      they show statistical
614: 8      significance, they basically
614: 9      confirm the VIGOR paper, they
614: 10     confirm study 090, and they
614: 11     basically are then trying to
614: 12     conclude that there isn't a
614: 13     problem, when it's statistically
614: 14     significant, 169 percent excess of
614: 15     risk.
614: 16     BY MR. KLINE:

614: 17     Q:  How do you do that? How do
614: 18     you do tat?

614: 20     BY MR. KLINE:
614: 21     Q:  How do you get to that
614: 22     result?

614: 24     THE WITNESS:  I just can't
615: 1      imagine.