**Smith v. Merck & Co., Inc.**
**Deposition Designations for Jerome Avorn**

|  | Objections | Ruling in Barnett |
|---|---|---|

**1 31:2        -   34:6**        Avorn, Jerome 2006-06-29

| | |
|---|---|
| 31: 2 | Q.  Good afternoon, Doctor. |
| 31: 3 | A.  Good afternoon. |
| 31: 4 | Q.  Would you please introduce |
| 31: 5 | yourself to the members of the jury. |
| 31: 6 | A.  Yes.  My name is Jerry |
| 31: 7 | Avorn. |
| 31: 8 | Q.  And where do you currently |
| 31: 9 | live, sir? |
| 31: 10 | A.  In Brookline, just outside |
| 31: 11 | of Boston, Massachusetts. |
| 31: 12 | Q.  And do you hold any academic |
| 31: 13 | positions? |
| 31: 14 | A.  Yes.  I'm a professor of |
| 31: 15 | medicine at Harvard Medical School. |
| 31: 16 | Q.  And do you hold any other |
| 31: 17 | professional positions at Harvard Medical |
| 31: 18 | School? |
| 31: 19 | A.  Yes.  I am the chief of the |
| 31: 20 | division of pharmacoepidemiology and |
| 31: 21 | pharmacoeconomics at the Brigham and |
| 31: 22 | Women's Hospital, which is one of the |
| 31: 23 | main Harvard teaching hospitals. |
| 31: 24 | Q.  And would you tell us a |
| 32: 1 | little bit about the division of |
| 32: 2 | pharmacoepidemiology and |
| 32: 3 | pharmacoeconomics? |
| 32: 4 | A.  Yes.  That's a division that |
| 32: 5 | I was asked to start in 1997, and it |
| 32: 6 | opened its doors in 1998.  And it is a |
| 32: 7 | collection of 25 researchers of whom |
| 32: 8 | there's 11 faculty, and the rest are |
| 32: 9 | programmers and research assistants and |
| 32: 10 | administrators.  And our main agenda is |
| 32: 11 | the study of patterns of medication use, |
| 32: 12 | side effects caused by drugs, good |
| 32: 13 | effects caused by drugs, the cost |
| 32: 14 | effectiveness of drugs, the impact of |
| 32: 15 | policy such as reimbursement and other |
| 32: 16 | sorts of policy on how doctors prescribe |
| 32: 17 | drugs, how patients use drugs, and, |
| 32: 18 | finally, the way that physicians make |
| 32: 19 | prescribing decisions and how those |
| 32: 20 | decisions can be made better. |
| 32: 21 | Q.  And forgive me if |
| 32: 22 | occasionally I ask you to explain some |
| 32: 23 | terms. |
| 32: 24 | You mentioned the term |
| 33: 1 | "pharmacoepidemiology."  Would you please |
| 33: 2 | describe what that is? |
| 33: 3 | A.  Sure.  That is the study of |
| 33: 4 | the beneficial and adverse effects of |
| 33: 5 | drugs as seen in, quote, the real world |
| 33: 6 | as typical doctors and typical patients |
| 33: 7 | use those medications, both the good |
| 33: 8 | effects and the bad effects. |
| 33: 9 | Q.  And what about the term |
| 33: 10 | "pharmacoeconomics"? |
| 33: 11 | A.  Pharmacoeconomics is the |
| 33: 12 | study of the relationship between what a |
| 33: 13 | drug does and what its cost is.  So, we |

| | Objections | Ruling in Barnett |
|---|---|---|

33: 14  try to understand whether a given drug is
33: 15  worth its price and whether it's cost
33: 16  effective, whether it might even save
33: 17  money for the healthcare system, and how
33: 18  those balance out.
33: 19 Q.  How is your division funded,
33: 20  Dr. Avorn?
33: 21 A.  Primarily by our
33: 22  peer-reviewed research grants from the
33: 23  National Institutes of Health, which is,
33: 24  of course, the federal agency that
34: 1  supports scientific research.  We also
34: 2  receive money from foundations that are
34: 3  devoted to, let's say, arthritis and
34: 4  other areas that we are concerned in.
34: 5  And we also will accept research grants
34: 6  from pharmaceutical companies.

**2 35:9 - 36:15 Avorn, Jerome 2006-06-29**

35: 9  I'd like to go through some
35: 10  of your education and experience a little
35: 11  bit.  Okay?
35: 12 A.  Sure.
35: 13 Q.  All right.
35: 14  Would you please tell the
35: 15  men and women of the jury a little bit
35: 16  about your educational background, how
35: 17  you became a professor of medicine at
35: 18  Harvard?
35: 19 A.  Sure.  In brief, I grew up
35: 20  in New York City.  I went to Columbia as
35: 21  an undergrad.  I then went to Harvard
35: 22  Medical School, where I was awarded the
35: 23  M.D. degree in 1974.  I then did my
35: 24  internship and residency in various of
36: 1  the Harvard teaching hospitals and became
36: 2  certified in internal medicine.  And
36: 3  around the time that I was a resident, I
36: 4  also began teaching at the medical school
36: 5  in a variety of areas that primarily
36: 6  related to medication use.
36: 7 Q.  Do you currently teach
36: 8  medical students and residents at
36: 9  Harvard?
36: 10 A.  Yes.  That's where I just
36: 11  came from an hour ago.
36: 12 Q.  Okay.
36: 13  And do you conduct
36: 14  independent research?
36: 15 A.  Yes, I do.

**3 36:18 - 37:3 Avorn, Jerome 2006-06-29**

36: 18  In what medical and
36: 19  scientific fields do you conduct medical
36: 20  research?
36: 21 A.  The utilization of drugs by
36: 22  doctors, the side effects of those drugs,
36: 23  the utilization of drugs by patients, the
36: 24  relationship between the healthcare
37: 1  system and medication use, and in
37: 2  general, the outcomes of drug use and how
37: 3  it can be improved.

**4 37:4 - 37:17 Avorn, Jerome 2006-06-29**

37: 4 Q.  Now, you mentioned Brigham
37: 5  and Women's Hospital.  Does the division
37: 6  that you head have any relationship to

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 37: 7 | the day-to-day function of the Brigham | |
| 37: 8 | and Women's Hospital? | |
| 37: 9 | A.  Yes.  One of the missions of | |
| 37: 10 | our division is to help advise the | |
| 37: 11 | hospital about what medications should be | |
| 37: 12 | used at the hospital and also to teach | |
| 37: 13 | the interns and residents and medical | |
| 37: 14 | students and physicians who are | |
| 37: 15 | practicing at the hospital about the best | |
| 37: 16 | way to use the drugs that are on our list | |
| 37: 17 | of drugs or the formulary. | |

**5 37:18    -    42:10**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 37: 18 | Q.  Okay. | **Re: 37:18-42:10** |
| 37: 19 | Now, you previously | |
| 37: 20 | described to the members of the jury | **Def. Obj**: Not the proper |
| 37: 21 | pharmacoepidemiology, pharmacoeconomics. | subject of expert |
| 37: 22 | You also mentioned that you do research | testimony.  Witness is not |
| 37: 23 | in the field of looking at the factors | qualified to opine on these |
| 37: 24 | that affect prescribing choices of | subject matters - See |
| 38: 1 | physicians? | Merck's Daubert Motion |
| 38: 2 | A.  That's right. | |
| 38: 3 | Q.  Okay. | |
| 38: 4 | Would you describe your | |
| 38: 5 | particular interest in that area? | |
| 38: 6 | A.  Sure.  The first paper I | |
| 38: 7 | published in that area was actually back | |
| 38: 8 | in 1982 in which I was interested in how | |
| 38: 9 | doctors make decisions about what drugs | |
| 38: 10 | to use.  And I was interested in whether | |
| 38: 11 | -- the balance between the information | |
| 38: 12 | that we as prescribers get from the | |
| 38: 13 | medical literature versus from commercial | |
| 38: 14 | sources like advertising or sales reps. | |
| 38: 15 | And so we did a study of primary care | |
| 38: 16 | docs in the Boston area, and we asked | |
| 38: 17 | them where they got their information | |
| 38: 18 | from, and then we gave them little | |
| 38: 19 | quizzes about the drugs that they | |
| 38: 20 | commonly used.  And although they thought | |
| 38: 21 | that they got most of their information | |
| 38: 22 | from just reading the medical journals, | |
| 38: 23 | in fact, what our quiz showed was that a | |
| 38: 24 | lot of what they believed actually came | |
| 39: 1 | from what you could only find in ads or | |
| 39: 2 | from sales reps. | |
| 39: 3 | Q.  What is academic detailing, | |
| 39: 4 | Doctor? | |
| 39: 5 | A.  Academic dealing is an | |
| 39: 6 | approach that I pretty much invented in | |
| 39: 7 | the late 1970s and early 1980s.  And it | |
| 39: 8 | was based on the following idea:  That we | |
| 39: 9 | know that the drug manufacturers are | |
| 39: 10 | awfully good communicators.  They send | |
| 39: 11 | people into our offices.  They have very | |
| 39: 12 | well-presented spiels that give us. | |
| 39: 13 | They interact with us in a very friendly | |
| 39: 14 | way.  They've got great graphical | |
| 39: 15 | material.  They will have dinner meetings | |
| 39: 16 | in good restaurants and show us their | |
| 39: 17 | presentations.  And that's really very | |
| 39: 18 | effective communication, but it's just to | |
| 39: 19 | sell product.  That's the only reason | |
| 39: 20 | that they do that communication. | |
| 39: 21 | By contrast, faculty in | |
| 39: 22 | medical schools tend to have a pretty | |
| 39: 23 | good handle on the evidence and don't | |

| | Objections | Ruling in Barnett |
|---|---|---|

39: 24    usually have a particular axe to grind
40: 1     about selling a product, but we tend to
40: 2     be lousy communicators.  We give dull
40: 3     lectures.  We don't really have very good
40: 4     graphical material.  We stay in our ivory
40: 5     tower and we don't go out to doctors'
40: 6     offices.
40: 7     And what I began to wonder
40: 8     about in the late '70s and early '80s is
40: 9     whether we could kind of marry that very
40: 10    effective communication approach that the
40: 11    pharmaceutical industry has with the more
40: 12    balanced evidence-based approach that
40: 13    medical school or academic faculty have.
40: 14    And because the approach of the sales
40: 15    reps in the drug industry is called
40: 16    detailing, I call that academic
40: 17    detailing.
40: 18    And our first study was
40: 19    funded by the federal government in 1979
40: 20    and ultimately was published in the New
40: 21    England Journal in 1983 in which we
40: 22    showed that by sending pharmacists that
40: 23    we trained to be the so-called unsales
40: 24    reps out to doctors' offices to teach
41: 1     them about how to prescribe better in
41: 2     this interactive and engaging manner, we
41: 3     could actually influence their
41: 4     prescribing for the better in a way that
41: 5     was both effective and actually paid for
41: 6     itself.
41: 7     Q.  Doctor, have various
41: 8     governments and different organizations
41: 9     adopted the concept of academic
41: 10    detailing?
41: 11    A.  Yes.  As a matter of fact,
41: 12    just a few weeks ago I came back from
41: 13    Australia where the entire country has a
41: 14    very large program of academic detailing
41: 15    which we actually helped them set up
41: 16    based on our early research in which they
41: 17    have pharmacists and nurses going out to
41: 18    doctors all over the country to advise
41: 19    them on how to prescribe so that they are
41: 20    not dependent on ads or sales reps from
41: 21    the drug companies to know about the
41: 22    drugs they use.
41: 23    Q.  Any states have programs
41: 24    and --
42: 1     A.  Yes.  We're actually running
42: 2     a program on behalf of the State of
42: 3     Pennsylvania which has asked our group to
42: 4     put together educational materials for
42: 5     doctors all over Pennsylvania.  And the
42: 6     State of Pennsylvania funds nurses and
42: 7     pharmacists to go out and teach doctors
42: 8     how to prescribe so that they are not,
42: 9     again, dependent on just what they hear
42: 10    from the sales reps and see in the ads.

6 42:16    -    44:3    Avorn, Jerome 2006-06-29

42: 16    Have you published in each
42: 17    of the areas that you've identified,
42: 18    pharmacoepidemiology, pharmacoeconomics,
42: 19    and physician drug practices?
42: 20    A.  Yes, I have.
42: 21    Q.  In the course of your

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| | 42: 22 | career, Dr. Avorn, have pharmaceutical | | |
| | 42: 23 | companies funded some of your research? | | |
| | 42: 24 | A.  Yes.  As I said, we do have | | |
| | 43: 1 | research support from a number of drug | | |
| | 43: 2 | companies. | | |
| | 43: 3 | Q.  Do these include some of the | | |
| | 43: 4 | studies that you have conducted with | | |
| | 43: 5 | respect -- | | |
| | 43: 6 | Well, first of all, let me | | |
| | 43: 7 | back up. | | |
| | 43: 8 | Have you studied the class | | |
| | 43: 9 | of drugs that we'll talk about here today | | |
| | 43: 10 | called nonsteroidal anti-inflammatory | | |
| | 43: 11 | drugs or NSAIDs? | | |
| | 43: 12 | A.  That's right. | | |
| | 43: 13 | Q.  And have you studied COX-2 | | |
| | 43: 14 | drugs? | | |
| | 43: 15 | A.  That's right.  We've been | | |
| | 43: 16 | looking at that class of drugs since | | |
| | 43: 17 | before 1990. | | |
| | 43: 18 | Q.  Okay. | | |
| | 43: 19 | And have you received grants | | |
| | 43: 20 | and funds from various pharmaceutical | | |
| | 43: 21 | companies to study that class of drugs? | | |
| | 43: 22 | A.  Yes.  Both drug companies | | |
| | 43: 23 | and also the National Institutes of | | |
| | 43: 24 | Health. | | |
| | 44: 1 | Q.  Would you tell us some of | | |
| | 44: 2 | the drug companies who have funded your | | |
| | 44: 3 | research? | | |
| 7 44:8 | - 48:5 | Avorn, Jerome 2006-06-29 | | |
| | 44: 8 | A.  In general, Pfizer, Glaxo, | | |
| | 44: 9 | Pharmacia, Kabi, Merck. | | |
| | 44: 10 | Q.  Are you currently being | | |
| | 44: 11 | funded by Merck? | | |
| | 44: 12 | A.  Yes.  Dr. Solomon in our | | |
| | 44: 13 | group has a project in which I'm | | |
| | 44: 14 | participating in which Merck has funded | | |
| | 44: 15 | us to look at the underuse of drugs for | | |
| | 44: 16 | osteoporosis or bone thinning. | | |
| | 44: 17 | Q.  And have you been funded by | | |
| | 44: 18 | Merck to do studies in the field of COX-2 | | |
| | 44: 19 | drugs including Vioxx? | | |
| | 44: 20 | A.  Yes, we have. | | |
| | 44: 21 | Q.  Other than your experience | | |
| | 44: 22 | with Vioxx, which we'll talk about during | | |
| | 44: 23 | the course of this deposition, putting | | |
| | 44: 24 | that aside for a moment, how would you | | |
| | 45: 1 | have described your experience with | | |
| | 45: 2 | Merck? | | |
| | 45: 3 | A.  Other than with our Vioxx | | |
| | 45: 4 | experience? | | |
| | 45: 5 | Q.  Yes. | | |
| | 45: 6 | A.  I always thought of Merck as | | |
| | 45: 7 | the most respected, upstanding, careful | | |
| | 45: 8 | pharmaceutical company in the country, as | | |
| | 45: 9 | most everybody else did back in, let's | | |
| | 45: 10 | say, the 1980s and early '90s. | | |
| | 45: 11 | Q.  Was your, and we'll talk | | |
| | 45: 12 | about this, but was your experience with | | |
| | 45: 13 | Merck different with respect to the COX-2 | | |
| | 45: 14 | drugs? | | |
| | 45: 15 | A.  Yes, it was. | | |
| | 45: 16 | Q.  Do you currently hold any | | |
| | 45: 17 | leadership appointments within your | | |
| | 45: 18 | field? | | |

| | |
|---|---|
| 45: 19 | A.  Well, I have served in the |
| 45: 20 | past as the president of the |
| 45: 21 | International Society for |
| 45: 22 | Pharmacoepidemiology, which is the main |
| 45: 23 | professional body of researchers all |
| 45: 24 | around the world who study drug side |
| 46: 1 | effects and drug utilization and drug |
| 46: 2 | cost effectiveness. |
| 46: 3 | Q.  And are you licensed to |
| 46: 4 | practice medicine? |
| 46: 5 | A.  Yes, I am, in Massachusetts. |
| 46: 6 | Q.  And are you board certified |
| 46: 7 | in any specialty of medicine? |
| 46: 8 | A.  Internal medicine. |
| 46: 9 | Q.  Do you supervise the |
| 46: 10 | treatment of patients at Harvard's |
| 46: 11 | Brigham and Young -- Brigham Hospital? |
| 46: 12 | A.  Brigham and Women's, yes, I |
| 46: 13 | do. |
| 46: 14 | Q.  Has there ever been a time |
| 46: 15 | in the past 20 years where you have not |
| 46: 16 | treated or supervised treatment of |
| 46: 17 | patients? |
| 46: 18 | A.  No.  I've treated or |
| 46: 19 | supervised continuously pretty much since |
| 46: 20 | I got my M.D. |
| 46: 21 | Q.  Okay. |
| 46: 22 | Do you specialize in the |
| 46: 23 | treatment of any particular patient |
| 46: 24 | populations, Dr. Avorn? |
| 47: 1 | A.  I've had a particular |
| 47: 2 | expertise and interest in medication use |
| 47: 3 | in the elderly, people over 65. |
| 47: 4 | Q.  As an internist, do you |
| 47: 5 | supervise the treatment of patients with |
| 47: 6 | chronic pain conditions such as |
| 47: 7 | arthritis? |
| 47: 8 | A.  Sure. |
| 47: 9 | Q.  As an internist, you |
| 47: 10 | supervise patients with acute pain |
| 47: 11 | conditions? |
| 47: 12 | A.  Yes. |
| 47: 13 | Q.  How about cardiovascular |
| 47: 14 | disease? |
| 47: 15 | A.  Certainly. |
| 47: 16 | Q.  Okay. |
| 47: 17 | Have you had occasion to |
| 47: 18 | prescribe or supervise the prescription |
| 47: 19 | of medications for patients at the |
| 47: 20 | Brigham Hospital, including nonsteroidal |
| 47: 21 | anti-inflammatory drugs? |
| 47: 22 | A.  Yes. |
| 47: 23 | Q.  In addition to your -- |
| 47: 24 | Let me talk for a moment |
| 48: 1 | about your publications, Doctor. |
| 48: 2 | Approximately how many original articles |
| 48: 3 | have you written for the peer-reviewed |
| 48: 4 | medical literature? |
| 48: 5 | A.  About 200. |

| | | |
|---|---|---|
| 8 48:12 | -  49:13 | Avorn, Jerome 2006-06-29 |
| | 48: 12 | Q.  What are some of the |
| | 48: 13 | medical, the peer-review medical journals |
| | 48: 14 | in which you have been published? |
| | 48: 15 | A.  The New England Journal of |
| | 48: 16 | Medicine, the Journal of the American |
| | 48: 17 | Medical Association, the British Medical |

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

48: 18    Journal, Health Affairs, the Archives of
48: 19    Internal Medicine, the Annals of Internal
48: 20    Medicine and a few dozen others.
48: 21  Q.  Okay.
48: 22    Have you been or --
48: 23    Are you now or have you been
48: 24    a peer reviewer yourself?
49: 1   A.  Yes.  I regularly review
49: 2    articles for the New England Journal of
49: 3    Medicine and for JAMA in particular,
49: 4    "JAMA" being the Journal of the American
49: 5    Medical Association.
49: 6   Q.  Thank you.
49: 7    Has your publications  --
49: 8    Has your work as an
49: 9    academician in publishing information
49: 10    been recognized generally?
49: 11  A.  Yes.
49: 12  Q.  Would you tell us a little
49: 13    bit about that?

**9 50:1        -   51:20**    Avorn, Jerome 2006-06-29
50: 1    THE WITNESS:  That I was
50: 2    identified by the scientific body
50: 3    that keeps track of all medical
50: 4    references in the world as one of
50: 5    the most highly cited researchers
50: 6    in the field of medicine and
50: 7    social science because of the
50: 8    number of citations to my research
50: 9    that have been in the medical
50: 10    literature.
50: 11    BY MR. TISI:
50: 12  Q.  Doctor, have you published
50: 13    specifically about the safety of Vioxx?
50: 14  A.  Yes, I have.
50: 15  Q.  Have you published
50: 16    specifically regarding the safety of
50: 17    COX-2 drugs including both Vioxx and
50: 18    Celebrex?
50: 19  A.  Yes.
50: 20  Q.  Have you published
50: 21    specifically about the safety of
50: 22    nonsteroidal anti-inflammatory drugs?
50: 23  A.  That's right.
50: 24  Q.  How long have you been
51: 1    publishing in that particular field?
51: 2   A.  I think the first paper on
51: 3    nonsteroidals was one that I did with Dr.
51: 4    Gurwitz that I believe was in the Journal
51: 5    of the American Medical Association back
51: 6    in 1990.
51: 7   Q.  Have you published                            **Re: 51:7-12**
51: 8    specifically about Merck's conduct in         **Def. Obj**: Not subject of
51: 9    their communication of risk and benefit       expert testimony; witness
51: 10    of Vioxx to physicians?                       not qualified on these
51: 11  A.  I've written about that,                    subject matters
51: 12    yes.
51: 13  Q.  Dr. Avorn, from the almost
51: 14    200 peer-reviewed articles that are in
51: 15    your curriculum vitae, I have pulled
51: 16    documents from your peer-reviewed
51: 17    documents, the articles which I'm going
51: 18    to hand to you as an exhibit, and they
51: 19    would be Exhibits 2 through 15.
51: 20  A.  Right.

|  | Objections | Ruling in Barnett |
|---|---|---|

10 **55:15**         -   **55:19**    Avorn, Jerome 2006-06-29

55: 15    Q.   Would these be the articles
55: 16         that you have written in the
55: 17         peer-reviewed medical literature
55: 18         pertaining to nonsteroidal
55: 19         anti-inflammatory drugs?

11 **55:22**         -   **63:19**    Avorn, Jerome 2006-06-29

55: 22              Yes, that's some of them.
55: 23    Q.   Okay.
55: 24         Would that include articles
56: 1          you've written on various COX-2 drugs
56: 2          including Vioxx?
56: 3     A.   Yes.
56: 4     Q.   Are any of these studies
56: 5          funded by Merck?
56: 6     A.   Yes.  The one from
56: 7          Circulation that appeared in 2004 was
56: 8          supported by Merck.  And several of the
56: 9          others were based on our research funded
56: 10         by Merck as well.
56: 11    Q.   Could you identify the
56: 12         article that was supported by Merck?
56: 13    A.   Sure.
56: 14    Q.   And identify it by exhibit
56: 15         number.
56: 16    A.   Sure.
56: 17         (Witness reviewing
56: 18         documents.)
56: 19         Okay.  One of them is
56: 20         Exhibit Number 7, which is the one that
56: 21         appeared in the journal called
56: 22         Circulation in 2004.
56: 23         There's another one that
56: 24         appeared in the journal called
57: 1          Epidemiology in 2005 that was also
57: 2          supported by Merck.
57: 3     Q.   And the title of that --
57: 4     A.   I'm sorry.
57: 5     Q.   Those both involve Vioxx?
57: 6     A.   Yes.  Those are both about
57: 7          the COX-2 drugs, which were basically
57: 8          Vioxx and Celebrex primarily.
57: 9          There's also a paper we had
57: 10         in the New England Journal of Medicine in
57: 11         2004 called "Medicaid Prior-Authorization
57: 12         Programs and the Use of COX-2
57: 13         Inhibitors," and we acknowledge there
57: 14         that we also were receiving a grant from
57: 15         Merck which contributed to that study.
57: 16         I'm checking carefully
57: 17         because we usually don't pay attention to
57: 18         who's paying for the study when we do the
57: 19         work.
57: 20         We acknowledged in a paper
57: 21         that came out in the Journal of Clinical
57: 22         Epidemiology in 2005 about physician
57: 23         preferences in relation to the use of
57: 24         COX-2 drugs like Vioxx and Celebrex in
58: 1          which we received funding from Merck, but
58: 2          Merck did not specifically fund that
58: 3          study.
58: 4          There's another paper here,
58: 5          Exhibit Number 13, "Cardiovascular
58: 6          Outcomes in New Users of Coxibs and
58: 7          NSAIDs," that also acknowledges that

Objections          Ruling in Barnett

| | |
|---|---|
| 58: 8 | we've received support from Merck to do |
| 58: 9 | that work. |
| 58: 10 | Not that one. |
| 58: 11 | So, that's pretty much it. |
| 58: 12 | Q.  Have you written any books |
| 58: 13 | which pertain to issues of drug safety? |
| 58: 14 | A.  Yes, I have. |
| 58: 15 | Q.  Doctor, I'm going to hand |
| 58: 16 | you a book.  I'm not going to mark it as |
| 58: 17 | an exhibit unless we have to.  Is that |
| 58: 18 | the book that you've written? |
| 58: 19 | A.  Yes.  "Powerful Medicines: |
| 58: 20 | The Benefits, Risks, and Costs of |
| 58: 21 | Prescription Drugs."  It came out in |
| 58: 22 | 2004. |
| 58: 23 | Q.  Doctor, have you been a |
| 58: 24 | consultant for the United States Food & |
| 59: 1 | Drug Administration at any time in the |
| 59: 2 | past? |
| 59: 3 | A.  Yes, I have. |
| 59: 4 | Q.  Would you describe for the |
| 59: 5 | members of the jury what that is about? |
| 59: 6 | A.  Sure.  There was a |
| 59: 7 | medication on the market called Lotronex, |
| 59: 8 | which was a drug for irritable bowel |
| 59: 9 | syndrome.  And there was a concern that |
| 59: 10 | it was causing severe side effects, even |
| 59: 11 | death, in patients who took it, and the |
| 59: 12 | FDA was trying to determine whether its |
| 59: 13 | safety was such that it should be kept on |
| 59: 14 | the market or pulled from the market. |
| 59: 15 | And the FDA asked me to consult with it |
| 59: 16 | as part of its Advisory Committee that |
| 59: 17 | would look at the safety of that drug. |
| 59: 18 | Q.  Have you testified before |
| 59: 19 | the United States Congress on issues |
| 59: 20 | relating to drug safety and healthcare |
| 59: 21 | policy? |
| 59: 22 | A.  Yes.  On a number of |
| 59: 23 | occasions, I was invited to testify by |
| 59: 24 | the U.S. Senate, Special Committee on |
| 60: 1 | Aging, the House Committee on Aging, and |
| 60: 2 | other committees of Congress about |
| 60: 3 | medication effects. |
| 60: 4 | Q.  Have you advised the |
| 60: 5 | President of the United States on drug |
| 60: 6 | safety or drug policy? |
| 60: 7 | A.  I was invited by a |
| 60: 8 | transition team of the president-elect to |
| 60: 9 | advise about drug policy. |
| 60: 10 | Q.  And have you received grants |
| 60: 11 | from the National Institute of Health to |
| 60: 12 | conduct your research? |
| 60: 13 | A.  Yes. |
| 60: 14 | Q.  I'm going to ask you some |
| 60: 15 | questions, Doctor, about your expertise |
| 60: 16 | directly. |
| 60: 17 | A.  Okay. |
| 60: 18 | Q.  Dr. Avorn, are you an expert |
| 60: 19 | in the field of pharmacoepidemiology? |
| 60: 20 | A.  Yes. |
| 60: 21 | Q.  Are you an expert in the |
| 60: 22 | field of pharmacoeconomics? |
| 60: 23 | A.  Yes. |
| 60: 24 | Q.  Are you an expert in the |
| 61: 1 | field of pharmaceutical study design? |
| 61: 2 | A.  Yes. |

| | Objections | Ruling in Barnett |
|---|---|---|

61: 3    Q.  And are you an expert in the
61: 4         field of the conduct of pharmaceutical
61: 5         studies?
61: 6    A.  Yes.
61: 7    Q.  Are you an expert in the
61: 8         factors that drive prescribing practices
61: 9         and habits of physicians generally?
61: 10   A.  Yes.
61: 11   Q.  Are you an expert in the
61: 12        field of internal medicine?
61: 13   A.  Yes.
61: 14   Q.  Geriatric medicine?
61: 15   A.  Yes.
61: 16   Q.  An expert in the
61: 17        communication of risks and benefits to
61: 18        physicians and elder health care
61: 19        providers?
61: 20   A.  Yes.
61: 21   Q.  Are you an expert in the
61: 22        risks and benefits of a class of drugs
61: 23        known as nonsteroidal anti-inflammatory
61: 24        drugs?
62: 1    A.  Yes.
62: 2    Q.  COX-2 inhibitors?
62: 3    A.  Yes.
62: 4    Q.  How about an expert in the
62: 5         field in the risks and benefits of Vioxx?
62: 6    A.  Yes.
62: 7    Q.  Are all the areas that I've
62: 8         just asked you your expertise about areas
62: 9         in which you have actually published in
62: 10        the peer-reviewed medical literature?
62: 11   A.  That's right.
62: 12   Q.  Dr. Avorn, are you prepared
62: 13        to offer the jury in this case your
62: 14        professional opinions regarding the drug
62: 15        Vioxx manufactured by Merck?
62: 16   A.  Yes.
62: 17   Q.  During the time that Vioxx
62: 18        was on the market, did you have occasion
62: 19        to speak with Merck officials concerning
62: 20        Vioxx?
62: 21   A.  Yes.
62: 22   Q.  During the time that Vioxx
62: 23        was on the market, did you formulate
62: 24        opinions regarding Vioxx's safety,
63: 1         efficacy and its cardiovascular risk?
63: 2    A.  Yes.
63: 3    Q.  Did you share those opinions
63: 4         with Merck?
63: 5    A.  Yes.
63: 6    Q.  Until 2004, when Vioxx was
63: 7         no longer available on the market, were
63: 8         you asked to present your scientific and
63: 9         medical opinions on Vioxx and other
63: 10        NSAIDs, including naproxen, which we'll
63: 11        talk about, at national and international
63: 12        scientific and professional meetings?
63: 13   A.  Yes.
63: 14   Q.  During the time Vioxx was on
63: 15        the market and shortly thereafter, did
63: 16        you publish articles and editorials in
63: 17        the peer-reviewed literature concerning
63: 18        the FDA's role in evaluating Vioxx?
63: 19   A.  I did.

**Re: 61:7-20**
**Def. Obj**: Not the proper
subject of expert testimony
witness not qualified to
opine on these subject
matters - See Daubert
Motion

12 **63:23**     -   **64:6**     Avorn, Jerome 2006-06-29

| | | Objections | Ruling in Barnett |
|---|---|---|---|

|  |  |
|---|---|
| 63: 23 | When you were formulating |
| 63: 24 | these opinions and publishing them in the |
| 64: 1 | medical literature, were you consulting |
| 64: 2 | with any lawyers like myself who were |
| 64: 3 | representing individuals who claim that |
| 64: 4 | they were injured as a result of Vioxx? |
| 64: 5 | A.  No.  I try to avoid |
| 64: 6 | consulting with lawyers whenever I can. |

**13 64:18      -   66:8**      Avorn, Jerome 2006-06-29

| 64: 18 | Q.  When is the first time you |
|---|---|
| 64: 19 | met with any lawyer representing people |
| 64: 20 | who claimed injuries as a result of |
| 64: 21 | Vioxx? |
| 64: 22 | A.  I would say the only time I |
| 64: 23 | actually -- well, the first time I |
| 64: 24 | actually met with anybody, as opposed to |
| 65: 1 | calling them back and saying no thank |
| 65: 2 | you, would have been May of '05. |
| 65: 3 | Q.  Since May of 2005 when you |
| 65: 4 | first had your meeting with lawyers |
| 65: 5 | representing people who claim injuries as |
| 65: 6 | a result of Vioxx, have you been provided |
| 65: 7 | with additional materials that you had |
| 65: 8 | not had an opportunity to see while you |
| 65: 9 | were conducting studies involving Vioxx, |
| 65: 10 | NSAIDs and COX-2s? |
| 65: 11 | A.  Yes.  There was a lot of |
| 65: 12 | material that came out as a result of the |
| 65: 13 | discovery process that I had not had |
| 65: 14 | access to before. |
| 65: 15 | Q.  Have you formed additional |
| 65: 16 | opinions since May of 2005 as a result of |
| 65: 17 | reviewing those additional documents that |
| 65: 18 | were provided to you? |
| 65: 19 | A.  Yes. |
| 65: 20 | Q.  Are you prepared to offer |
| 65: 21 | those additional opinions to the members |
| 65: 22 | of the jury today? |
| 65: 23 | A.  Sure. |
| 65: 24 | Q.  Doctor, are all the opinions |
| 66: 1 | that you will testify about today, |
| 66: 2 | whether they were formed before you were |
| 66: 3 | retained as an expert in this litigation |
| 66: 4 | or since you were retained as an expert |
| 66: 5 | in this litigation, opinions that you |
| 66: 6 | hold to a reasonable degree of medical |
| 66: 7 | and scientific certainty? |
| 66: 8 | A.  Definitely. |

**14 66:12      -   68:19**      Avorn, Jerome 2006-06-29            **Re:  66:12-67:3**
                                                                    Overruled.

| 66: 12 | Are you aware that your | **Re: 66:12-67:3** |
|---|---|---|
| 66: 13 | testimony is being videotaped so it could | **Def. Obj:** Distracting for |
| 66: 14 | be shown to the members of the jury? | the jury to explain why |
| 66: 15 | A.  Yes.  The clue was that big | witness is not testifying |
| 66: 16 | video camera in front of me. | live. |
| 66: 17 | Q.  Okay. | |
| 66: 18 | Why is it that you are not | |
| 66: 19 | appearing live to give your opinions to | |
| 66: 20 | the members of this jury? | |
| 66: 21 | A.  Because I have a day job, | |
| 66: 22 | and I spend an enormous amount of time | |
| 66: 23 | just running my division at Harvard and | |
| 66: 24 | at the Brigham and teaching medical | |
| 67: 1 | students and occasionally supervising | |
| 67: 2 | patient care, and I wouldn't have time to | |
| 67: 3 | do this for more than just once. | |

| | | |
|---|---|---|
| | **Objections** | **Ruling in Barnett** |

| | | |
|---|---|---|
| 67: 4 | Q.  Are you being paid | **Re: 67:4-68:19** |
| 67: 5 | personally for the time that you spent | **Def. Obj:** irrelevant and |
| 67: 6 | consulting with us and appearing at this | prejudicial, whether |
| 67: 7 | videotape testimony? | Dr. Avorn receives direct |
| 67: 8 | A.  No.  I received no payment | payment and gives |
| 67: 9 | for any of my work in this case. | money to charity or |
| 67: 10 | Q.  Well, don't doctors like | whether he asks |
| 67: 11 | yourself usually submit bills when they | plaintiff's lawyers to |
| 67: 12 | do work like this? | make charitable |
| 67: 13 | A.  They traditionally do, but I | donations in lieu of |
| 67: 14 | prefer, since I've established a policy | direct payment makes |
| 67: 15 | in my division that none of us accepts | no difference - what an |
| 67: 16 | any direct payment from drug companies, | expert does with his |
| 67: 17 | it seemed reasonable to also not accept | compensation is |
| 67: 18 | any payment personally from plaintiffs' | irrelevant. |
| 67: 19 | lawyers or plaintiffs either, and so I do | |
| 67: 20 | this pro bono, and if the attorneys I'm | |
| 67: 21 | working with want to make a donation to a | |
| 67: 22 | charitable cause, that's fine with me. | |
| 67: 23 | But I don't take any personal | |
| 67: 24 | remuneration. | |
| 68: 1 | Q.  Have you set up a charitable | |
| 68: 2 | fund which any money that would be billed | |
| 68: 3 | would go into that fund? | |
| 68: 4 | A.  Sure.  Right. | |
| 68: 5 | Q.  And what is the purpose of | |
| 68: 6 | this charitable fund? | |
| 68: 7 | A.  It is basically to have an | |
| 68: 8 | endowment to support noncommercial | |
| 68: 9 | research about medication use and | |
| 68: 10 | medication effects, because I think | |
| 68: 11 | there's a real need for that to be a | |
| 68: 12 | source of funding that is independent of | |
| 68: 13 | any particular companies. | |
| 68: 14 | Q.  Do you derive any personal | |
| 68: 15 | monetary benefit as a result of the money | |
| 68: 16 | that we may hourly -- any hourly rate you | |
| 68: 17 | may bill us which we pay into this | |
| 68: 18 | charitable fund? | |
| 68: 19 | A.  No, I don't. | |

| | | |
|---|---|---|
| **15 69:10      -  69:11** | Avorn, Jerome 2006-06-29 | |
| 69: 10 | Q.  Doctor, my name is Phil | |
| 69: 11 | Beck.  I represent Merck. | |

| | | |
|---|---|---|
| **17 82:5       -  82:22** | Avorn, Jerome 2006-06-29 | |
| 82: 5 | Q.  And what is the hourly rate | |
| 82: 6 | that you use when consulting with | |
| 82: 7 | lawyers? | |
| 82: 8 | A.  $750 an hour. | |
| 82: 9 | Q.  And how many hours have you | |
| 82: 10 | worked on this case? | |
| 82: 11 | A.  Thus far, I would estimate | |
| 82: 12 | about 200, I think.  I don't keep real | |
| 82: 13 | close track. | |
| 82: 14 | Q.  So, 200 times 750, I'm not | |
| 82: 15 | good at math, but how much does that -- | |
| 82: 16 | can you figure out -- | |
| 82: 17 | A.  I think you should do the | |
| 82: 18 | math if you are asking the question. | |
| 82: 19 | Q.  Okay.  I'll do that then. | |
| 82: 20 | When I do the math, that | |
| 82: 21 | comes to $150,000. | |
| 82: 22 | A.  Sounds about right. | |

| | | |
|---|---|---|
| **18 86:7       -  87:24** | Avorn, Jerome 2006-06-29 | |
| 86: 7 | Q.  And how many times have you | |

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

| 86: 8 | | consulted with Mr. Tisi before the Vioxx |
| 86: 9 | | litigation? |
| 86: 10 | A. | Before the Vioxx litigation? |
| 86: 11 | | Once. |
| 86: 12 | Q. | And what was that in |
| 86: 13 | | connection with? |
| 86: 14 | A. | A drug called Rezulin. |
| 86: 15 | Q. | Have you also overcome your |
| 86: 16 | | reluctance to consult with lawyers and |
| 86: 17 | | work with them, plaintiffs' lawyers, on |
| 86: 18 | | the diet drug litigation? |
| 86: 19 | A. | Right. I think there have |
| 86: 20 | | been about four cases total that I've |
| 86: 21 | | become involved with. |
| 86: 22 | Q. | So, Rezulin, which you did |
| 86: 23 | | with Mr. Tisi, right? |
| 86: 24 | A. | Right. |
| 87: 1 | Q. | And just so we don't have |
| 87: 2 | | any loose ends, did he pay the bill in |
| 87: 3 | | Rezulin? |
| 87: 4 | A. | I don't even know who the |
| 87: 5 | | bill was paid by because there's these |
| 87: 6 | | consortia of lawyers, but something got |
| 87: 7 | | paid independent of the outcome of the |
| 87: 8 | | case. |
| 87: 9 | Q. | And diet drugs, you |
| 87: 10 | | consulted with plaintiffs' lawyers, |
| 87: 11 | | right? |
| 87: 12 | A. | Yes. |
| 87: 13 | Q. | Am I correct that you also |
| 87: 14 | | consulted with plaintiffs' lawyers on a |
| 87: 15 | | drug called Baycol? |
| 87: 16 | A. | Yes. |
| 87: 17 | Q. | And did you say there was |
| 87: 18 | | another one other than those? |
| 87: 19 | A. | PPA, phenylpropanolamine. |
| 87: 20 | Q. | PPA? |
| 87: 21 | A. | Yes. |
| 87: 22 | Q. | And all of this has been, |
| 87: 23 | | what, within the last five, six years? |
| 87: 24 | A. | Probably. |

**19 97:1      -   97:14**  Avorn, Jerome 2006-06-29

| 97: 1 | | First of all, were you | **Re: 97:1-97:14** |
| 97: 2 | | personally involved in how Merck managed | **Def. Obj**: Not the proper |
| 97: 3 | | the risks of Vioxx through your work with | subject of expert |
| 97: 4 | | them on the observational studies that | testimony. Witness not |
| 97: 5 | | you testified to earlier? | qualified to opine on these |
| 97: 6 | A. | Yes. We performed research | subject matters, |
| 97: 7 | | funded by them with which we worked very | specifically Merck's |
| 97: 8 | | closely with Merck epidemiologists on the | conduct or management of |
| 97: 9 | | development of the study and on the | risks. See Merck's |
| 97: 10 | | conduct of the study and on the | Daubert Motion. |
| 97: 11 | | interpretation of the findings. And that |
| 97: 12 | | was germane to what was known at the time |
| 97: 13 | | as it was developing about the cardiac |
| 97: 14 | | risks of Vioxx. |

**20 107:17     -   108:13**  Avorn, Jerome 2006-06-29

| 107: 17 | Q. | Doctor, are you an expert on |
| 107: 18 | | the issue of Vioxx's risks throughout the |
| 107: 19 | | development and marketing of that drug? |
| 107: 20 | A. | Yes. |
| 107: 21 | Q. | Thank you. |
| 107: 22 | | Why? | **Re: 107:22-108:13** | **Re: 107:22-108:13** |
| 107: 23 | A. | Is that a question? | **Def. Obj**: Not relevant | Overruled. |
| 107: 24 | Q. | Yes. Why? | why witness believes he |

| | Objections | Ruling in Barnett |
|---|---|---|

108: 1   A.  Okay.
108: 2        Because, as I said before,
108: 3        pharmacoepidemiology and also the
108: 4        research about medication risks and
108: 5        benefits beyond the epidemiology is about
108: 6        looking at all aspects of the drug's
108: 7        properties, the pharmacology, the
108: 8        clinical effects in the early trials, the
108: 9        randomized trials that occur on a larger
108: 10       scale, and the post-marketing use of that
108: 11       drug.  And all of that is a part of what
108: 12       I study and teach at Harvard and write
108: 13       papers about.

**Objections column (top):** is an expert in something, witness has already been qualified on this subject matter. Cumulative.

**21 109:11   -   109:16**   Avorn, Jerome 2006-06-29
109: 11       Have you carefully studied.
109: 12       Vioxx?
109: 13   A.  Yes, I have.
109: 14   Q.  And have you carefully
109: 15       studied Merck's conduct?
109: 16   A.  Yes, I have.

**Re: 109:11-16**
**Def. Obj**: Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, specifically "Merck's conduct."  See Merck's Daubert Motion.

**22 109:18   -   110:13**   Avorn, Jerome 2006-06-29
109: 18       Do you have an opinion that
109: 19       you hold to a reasonable degree of
109: 20       medical certainty as to whether or not
109: 21       Vioxx is a drug for which the risks
109: 22       outweigh the benefits?
109: 23   A.  Yes, I have that opinion.
109: 24   Q.  What is that opinion?
110: 1   A.  That Vioxx's risks do indeed
110: 2        outweigh its benefits, which is the view
110: 3        that the FDA agreed with as well.
110: 4   Q.  And do you have an opinion
110: 5        that you hold to a reasonable degree of
110: 6        medical certainty as to whether or not
110: 7        Merck accurately conveyed through all of
110: 8        its activities, publications, detailing,
110: 9        direct-to-consumer advertising, labeling,
110: 10       "Dear Doctor" letters, et cetera,
110: 11       effectively communicated the risks and
110: 12       benefits so doctors can make
110: 13       evidence-based prescribing decisions?

**Re: 109:18-110:3**
**Def. Obj**: No Foundation to testify as to what the FDA's views are about whether the risks outweigh the benefits of Vioxx; Non-responsive

**Re: 109:24-110:3**
Overruled

**Re: 110:4 - 111:10**
**Def. Obj**: Question seeks improper expert testimony regarding Merck's conduct and state of mind, not the proper subject of expert testimony, witness not qualified to opine on these subject matters.  See Merck's Daubert Motion.

**23 110:18   -   110:22**   Avorn, Jerome 2006-06-29
110: 18       THE WITNESS:  Yes, I have
110: 19       such an opinion.
110: 20       BY MR. TISI:
110: 21   Q.  Okay.
110: 22       And what is that opinion?

**24 110:24   -   111:10**   Avorn, Jerome 2006-06-29
110: 24       THE WITNESS:  That Merck's
111: 1        conduct over the research program
111: 2        and analysis of its data and
111: 3        communication of those data to
111: 4        physicians, to patients, even to
111: 5        FDA, was inadequate in that it
111: 6        failed to truthfully represent
111: 7        what was known to Merck at the
111: 8        time about the risks of its drug
111: 9        in relation to the cardiovascular
111: 10       symptoms.

**Re: 110:24-111:10**
Overruled

**25 112:2   -   112:5**   Avorn, Jerome 2006-06-29
112: 2   Q.  Do you have an opinion as to
112: 3        whether or not Merck acted reasonably and

**Re: 112:2-112:5**
**Def. Obj**: Not the proper subject of expert testimony, witness is not qualified to opine on

**Re: 112:2-112:5**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 112: 4 | prudently in communicating the risks of | whether Merck acted |
| 112: 5 | Vioxx to physicians? | reasonably or prudently; |
| | | no testimony about basis |
| **26 112:11   -   113:15** | Avorn, Jerome 2006-06-29 | for his opinion, no |
| 112: 11 | THE WITNESS:  As someone who | methodology; undisclosed |
| 112: 12 | has conducted years of research on | opinion |
| 112: 13 | how physicians make prescribing | **Re: 112:11-113:7** | **Re:  112:11-113:7** |
| 112: 14 | decisions in relation to what | **Def. Obj**: Same | Overruled |
| 112: 15 | evidence is available to them and | |
| 112: 16 | have conducted studies and actual | |
| 112: 17 | interventions to improve | |
| 112: 18 | physicians' use of drugs which | |
| 112: 19 | have been published in the New | |
| 112: 20 | England Journal of Medicine and | |
| 112: 21 | other peer-reviewed journals, I | |
| 112: 22 | think a lot about how physicians | |
| 112: 23 | use information that they have | |
| 112: 24 | available to them in making | |
| 113: 1 | prescribing decisions.  And my | |
| 113: 2 | clear impression is that doctors | |
| 113: 3 | did not have adequate information | |
| 113: 4 | presented to them by Merck to make | |
| 113: 5 | a fair and reasonable | |
| 113: 6 | evidence-based decision about | |
| 113: 7 | Vioxx. | |

| | |
|---|---|
| **27 113:21   -   115:15** | Avorn, Jerome 2006-06-29 |
| 113: 21 | Q.  First, I would like to help |
| 113: 22 | the jury understand a little bit about |
| 113: 23 | the drugs we'll be talking about today. |
| 113: 24 | What are nonsteroidal |
| 114: 1 | anti-inflammatory drugs? |
| 114: 2 | A.  That's a class of drugs that |
| 114: 3 | actually includes aspirin, but the more |
| 114: 4 | modern nonsteroidal anti-inflammatory |
| 114: 5 | drugs began to appear in the 1970s, and |
| 114: 6 | they are called nonsteroidal |
| 114: 7 | anti-inflammatory drugs because they |
| 114: 8 | reduce inflammation like steroids do, but |
| 114: 9 | they are not steroids.  They have a |
| 114: 10 | different mechanism of action that's a |
| 114: 11 | little bit more like aspirin. |
| 114: 12 | Q.  Would you give us examples |
| 114: 13 | of commonly known nonsteroidal |
| 114: 14 | anti-inflammatory drugs that the jury |
| 114: 15 | might be familiar with? |
| 114: 16 | A.  Sure.  The most common and |
| 114: 17 | oldest ones are ibuprofen, which is sold |
| 114: 18 | as Motrin, and it's also available |
| 114: 19 | over-the-counter as Advil or Nuprin. |
| 114: 20 | Another older and commonly |
| 114: 21 | used one is naproxen, which used to be, I |
| 114: 22 | guess is still sold as Naprosyn as a |
| 114: 23 | prescription drug, and that's sold as |
| 114: 24 | Aleve over the counter. |
| 115: 1 | Q.  Let's talk about aspirin for |
| 115: 2 | a moment.  Prior to 2000, 1999/2000 when |
| 115: 3 | Vioxx came on the market, was there any |
| 115: 4 | evidence that you're aware of that |
| 115: 5 | aspirin might be good for the heart? |
| 115: 6 | A.  Yes.  There were studies |
| 115: 7 | that were actually done by colleagues of |
| 115: 8 | mine at Harvard and the Brigham and |
| 115: 9 | Women's Hospital in which thousands of |
| 115: 10 | doctors were actually randomized to get |
| 115: 11 | aspirin or a placebo or a dummy pill. |
| 115: 12 | And they were followed for years.  And |

|  | Objections | Ruling in Barnett |
|---|---|---|

115: 13     then Dr. Hennekens, who did the study,
115: 14     and his colleagues attempted to find out
115: 15     whether they had heart attacks or not.

28 116:6     -     117:9     Avorn, Jerome 2006-06-29
116: 6     Q. Doctor, in 2000 when Vioxx
116: 7     was being promoted on the market, was the
116: 8     use of aspirin, low-dose aspirin a
116: 9     standard of care for treatment of
116: 10     patients with cardiovascular risk
116: 11     factors?
116: 12     A. Yes.
116: 13     Q. And have you ever personally
116: 14     prescribed aspirin to patients at risk
116: 15     for heart disease?
116: 16     A. Yes.
116: 17     Q. And switching to a drug
116: 18     called naproxen, I think we talked about
116: 19     before, Aleve?
116: 20     A. Yes.
116: 21     Q. How long has naproxen or
116: 22     Aleve been on the market?
116: 23     A. I would say since the 1970s.
116: 24     Q. And what, if any, evidence
117: 1     existed prior to 2000 that naproxen was
117: 2     good for the heart in the same way that
117: 3     aspirin was?
117: 4     A. Virtually no evidence.
117: 5     Q. Did the manufacturers of
117: 6     naproxen ever make the claim that that
117: 7     drug was what we call cardioprotective?
117: 8     A. They couldn't because they
117: 9     had no grounds to claim that.

**Re: 117:5-9**
**Def. Obj:** Witness is speculating as to why the markers of naproxen did or did not make a claim that Naproxen was cardioprotective, improper expert testimony.

Re: 117:5-117:9
Overruled

29 117:11     -     118:4     Avorn, Jerome 2006-06-29
117: 11     Do you know whether the
117: 12     manufacturer of naproxen makes that claim
117: 13     even today?
117: 14     A. No, they don't.
117: 15     Q. Is it and has it ever been
117: 16     the standard of care for physicians such
117: 17     as yourself to prescribe naproxen to
117: 18     patients to protect their hearts?
117: 19     A. No.
117: 20     Q. Have you ever prescribed
117: 21     naproxen to patients for the purpose of
117: 22     protecting their hearts?
117: 23     A. No. There's no evidence
117: 24     that it protects your heart in any useful
118: 1     way.
118: 2     Q. And do you know anybody who
118: 3     does that?
118: 4     A. No.

30 118:5     -     121:17     Avorn, Jerome 2006-06-29
118: 5     Q. Second question.
118: 6     NSAIDs in general,
118: 7     traditional NSAIDs as a class --
118: 8     A. Right.
118: 9     Q. -- are there safety issues
118: 10     that are understood about traditional
118: 11     NSAIDs?
118: 12     A. Sure.
118: 13     Q. Would you describe the
118: 14     significant side effects of NSAIDs as you
118: 15     knew them back in 2000, 1999, 2000, 2001?
118: 16     A. Sure. We actually did some

Objections                    Ruling in Barnett

118: 17        of those studies in which we looked at
118: 18        the capacity of the older NSAIDs, like
118: 19        Motrin, to reduce kidney function in
118: 20        older people.  We did studies showing
118: 21        that the older NSAIDs like, again, like
118: 22        Motrin, which is ibuprofen, can raise
118: 23        your blood pressure.  Other people have
118: 24        done studies showing the association
119: 1         between the older nonsteroidals or NSAIDs
119: 2         and congestive heart failure.  That was
119: 3         pretty well known by 2000.
119: 4    Q.   What about GI, what we call
119: 5         gastrointestinal issues?
119: 6    A.   Yeah.  That's the biggest
119: 7         problem from the traditional
119: 8         nonsteroidals.  They can cause stomach
119: 9         pain, stomach upset in a lot of patients,
119: 10        and they also can cause gastrointestinal
119: 11        bleeding.
119: 12   Q.   Is that a serious problem
119: 13        associated with traditional nonsteroidal
119: 14        anti-inflammatories?
119: 15   A.   Yes, it can be.
119: 16   Q.   Now, with that in mind, did
119: 17        there come a time when you became
119: 18        familiar with the fact that certain drug
119: 19        manufacturers were developing a class of
119: 20        drugs called COX-2 inhibitors?
119: 21   A.   Right.
119: 22   Q.   Would you describe for the
119: 23        members of the jury what a COX-2
119: 24        inhibitor is and your understanding about
120: 1         why they were being developed?
120: 2    A.   Sure.  The COX-2 inhibitors,
120: 3         sometimes called coxibs, are a subset of
120: 4         the bigger class of nonsteroidal
120: 5         anti-inflammatory drugs or NSAIDs.  And
120: 6         the hope was that -- well, I should back
120: 7         up.
120: 8         It turns out that there's an
120: 9         enzyme called cyclooxygenase, which is
120: 10        abbreviated as COX.  And people
120: 11        discovered that there are two subsets of
120: 12        that, COX-1 and COX-2.  And one kind of
120: 13        simple way of thinking about it was that
120: 14        COX-2 was the bad subset, because that's
120: 15        the one that caused pain and
120: 16        inflammation, and COX-1, in a very
120: 17        simplistic way, was thought to be the
120: 18        good COX because that protected the
120: 19        lining of your stomach.
120: 20        And viewed in that kind of
120: 21        simple black and white way, the hope was
120: 22        that if you could develop a drug -- since
120: 23        nonsteroidals tend to block both the
120: 24        COX-1 and the COX-2 enzymes, if you could
121: 1         develop a drug that would only block the
121: 2         bad COX, or COX-2, you would be able to
121: 3         get rid of pain and inflammation without
121: 4         blocking the good COX, or COX-1, which
121: 5         protects the stomach lining.
121: 6         And the hope was, and this
121: 7         is what went into the development of
121: 8         Vioxx and Celebrex, that by doing so, you
121: 9         would be able to have a drug that would
121: 10        treat pain and inflammation and not cause
121: 11        as much risk of stomach bleeding.

Objections | Ruling in Barnett

| | | |
|---|---|---|
| 121: 12 | Q. Do you have any problem, Dr. | |
| 121: 13 | Avorn, with Merck investigating COX-2s as | |
| 121: 14 | a potential pain medication with the lack | |
| 121: 15 | of a GI side effect? | |
| 121: 16 | A. No. It seemed like a neat | |
| 121: 17 | idea at the time. | |

**31 123:3    -   124:23:00** Avorn, Jerome 2006-06-29

| | |
|---|---|
| 123: 3 | MR. TISI:  I'm going to hand |
| 123: 4 | you what I'd like to have marked |
| 123: 5 | as the next exhibit, Exhibit |
| 123: 6 | Number 16. |
| 123: 7 | - - - |
| 123: 8 | (Whereupon, Deposition |
| 123: 9 | Exhibit Avorn-16, Article, NEJM, |
| 123: 10 | "Comparison of Upper |
| 123: 11 | Gastrointestinal Toxicity of |
| 123: 12 | Rofecoxib and Naproxen in |
| 123: 13 | Patients with Rheumatoid |
| 123: 14 | Arthritis," Pages 1520-1528, was |
| 123: 15 | marked for identification.) |
| 123: 16 | - - - |
| 123: 17 | BY MR. TISI: |
| 123: 18 | Q. Doctor, do you recognize |
| 123: 19 | that? |
| 123: 20 | A. Yes.  That is the VIGOR |
| 123: 21 | study as it was published in the New |
| 123: 22 | England Journal of Medicine in November |
| 123: 23 | of 2000. |
| 123: 24 | Q. And what is the exact date |
| 124: 1 | of this article? |
| 124: 2 | A. November 23, 2000. |
| 124: 3 | Q. When did you first learn of |
| 124: 4 | the VIGOR study? |
| 124: 5 | A. Well, actually, information |
| 124: 6 | about the findings began to circulate in |
| 124: 7 | the spring of 2000, I think it would have |
| 124: 8 | been March when I guess it was either |
| 124: 9 | presented or Merck issued a statement |
| 124: 10 | about the findings. |
| 124: 11 | Q. And do you know, would you |
| 124: 12 | briefly describe the study and what it |
| 124: 13 | was designed to do? |
| 124: 14 | A. Sure.  It was funded by |
| 124: 15 | Merck, and a number of the co-authors |
| 124: 16 | were Merck employees.  And it was |
| 124: 17 | designed to ask the question, is Vioxx |
| 124: 18 | safer on your stomach than older |
| 124: 19 | nonsteroidals?  And so about 8,000 |
| 124: 20 | patients who all had rheumatoid |
| 124: 21 | arthritis, which is a kind of arthritis, |
| 124: 22 | but were otherwise reasonably healthy, |
| 124: 23 | were -- |

**32 126:1    -   129:19** Avorn, Jerome 2006-06-29

| | |
|---|---|
| 126: 1 | THE WITNESS:  About 8,000 |
| 126: 2 | patients were randomly divided |
| 126: 3 | into two groups.  One group was |
| 126: 4 | given Vioxx at a dose of 50 |
| 126: 5 | milligrams a day, and the other |
| 126: 6 | group was given naproxen, this |
| 126: 7 | older nonsteroidal.  And then they |
| 126: 8 | were followed for a median period |
| 126: 9 | of nine months.  And there were a |
| 126: 10 | number of outcomes that were |
| 126: 11 | studied.  One was whether or  -- |
| 126: 12 | what kind of pain relief it gave, |

| Objections | Ruling in Barnett |
| --- | --- |

126: 13    because its purpose was to be a
126: 14    pain reliever.  And another
126: 15    outcome, which was the one of
126: 16    particular interest, was whether
126: 17    or not the patients who were
126: 18    randomly assigned to the Vioxx
126: 19    group were having a lower rate of
126: 20    stomach bleeding and perforation
126: 21    and ulcer.
126: 22    And the findings, as they
126: 23    emerged, were that as a pain
126: 24    reliever, Vioxx worked about as
127: 1    well as naproxen, no better, no
127: 2    worse, but there was the hope for
127: 3    reduction in gastrointestinal
127: 4    events like ulcers and
127: 5    perforations in the patients
127: 6    taking Vioxx compared to the
127: 7    patients taking naproxen.  And a
127: 8    surprise finding that emerged from
127: 9    that study was that there was an
127: 10    approximately five-fold increase
127: 11    in heart attacks in the people
127: 12    randomly assigned to take Vioxx as
127: 13    compared to taking naproxen.
127: 14    BY MR. TISI:
127: 15    Q.  When you say "surprise
127: 16    finding," was it a surprise to you,
127: 17    Doctor?
127: 18    A.  Well, there had been
127: 19    evidence of a potential there, but this
127: 20    was a large demonstration of this in a
127: 21    big randomized trial, even though there
127: 22    had been other evidence of patients who
127: 23    had been given Vioxx having similar
127: 24    problems.  But I think to the medical
128: 1    public as a whole, it was something which
128: 2    they did not know was going to happen.
128: 3    Q.  Now, as a
128: 4    pharmacoepidemiologist, was the finding
128: 5    about the cardiovascular risk a concern
128: 6    to you personally?
128: 7    A.  If you mean personally in my
128: 8    professional role?
128: 9    Q.  Yes.
128: 10    A.  Yes.
128: 11    Q.  Okay.
128: 12    And why was that a
128: 13    significant concern to you
128: 14    professionally?
128: 15    A.  Because if there were a drug
128: 16    that causes a five-fold increase in your
128: 17    risk of having a heart attack, that's a
128: 18    real problem.  It's not a drug that you
128: 19    would be happy about giving to a patient
128: 20    unless it had some other incredible
128: 21    benefit to outweigh that.
128: 22    Q.  At the time that VIGOR came
128: 23    out, how prevalent was the use of Vioxx?
128: 24    A.  It was on the upswing.  The
129: 1    curve of Vioxx use was just heading for
129: 2    the moon, and by November of 2000, it was
129: 3    well on that upswing.
129: 4    Q.  Given the findings of VIGOR
129: 5    and the number of patients that were
129: 6    actually taking it, did you have an
129: 7    opinion at the time as to whether or not

| | Objections | Ruling in Barnett |
|---|---|---|

| | | | |
|---|---|---|---|
| 129: 8 | there were any potential public health | | |
| 129: 9 | issues concerned with Vioxx? | | |
| 129: 10 | A.  Yes.  At the time, I clearly | | |
| 129: 11 | remember saying and discussing with my | | |
| 129: 12 | colleagues and with Dr. Sherwood and with | | |
| 129: 13 | a number of people that if it were true | | |
| 129: 14 | that this drug causes a five-fold or | | |
| 129: 15 | four-fold increase in the risk of heart | | |
| 129: 16 | attacks, then that could be a real issue | | |
| 129: 17 | that could well outweigh whatever benefit | | |
| 129: 18 | it might have in reducing stomach | | |
| 129: 19 | problems. | | |

**33 130:14    -    130:20**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 130: 14 | Q.  When you reviewed the actual | **Re: 130:14-20** | Re:  130:14-130:20 |
| 130: 15 | text of the VIGOR article, as an | **Def. Obj:** Question is | Overruled |
| 130: 16 | epidemiologist, in the way in which the | leading and form | |
| 130: 17 | statistics were reported, were they | objection preserved. | |
| 130: 18 | reported in a way that was of concern to | | |
| 130: 19 | you? | | |
| 130: 20 | A.  Yes. | | |

**34 131:2    -    131:19**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 131: 2 | What was very unusual and | **Re: 131:2-19** | Re:  131:2-131:19 |
| 131: 3 | unorthodox about the way the findings | **Def. Obj:** Testimony is | Overruled |
| 131: 4 | were presented in the VIGOR paper was | not responsive to any | |
| 131: 5 | that instead of saying patients randomly | question. | |
| 131: 6 | assigned to take Vioxx had five times the | | |
| 131: 7 | number of heart attacks or four times, | | |
| 131: 8 | there's different numbers in different | | |
| 131: 9 | parts of the paper, compared to people | | |
| 131: 10 | assigned to take naproxen, instead, it | | |
| 131: 11 | was flipped around in a way that is | | |
| 131: 12 | virtually never done in reporting a | | |
| 131: 13 | clinical trial, which is to say the | | |
| 131: 14 | patients assigned to take naproxen had a | | |
| 131: 15 | reduction in their heart attack rate. | | |
| 131: 16 | And that was striking.  I remember the | | |
| 131: 17 | first time I read the paper, that was a | | |
| 131: 18 | striking difference, because you just | | |
| 131: 19 | never see reports written like that. | | |

**35 132:3    -    133:16**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 132: 3 | As somebody who does |
| 132: 4 | epidemiology, you work with statistics, |
| 132: 5 | would that be fair to say? |
| 132: 6 | A.  Yes. |
| 132: 7 | Q.  And in doing so, does the |
| 132: 8 | manner in which you convey statistics, |
| 132: 9 | present statistics, can that sometimes |
| 132: 10 | convey a message about what the |
| 132: 11 | statistics mean? |
| 132: 12 | A.  Yes.  In fact, there's a |
| 132: 13 | whole section in my book about what's |
| 132: 14 | called framing of risk information.  And |
| 132: 15 | it's been well known, and there's groups |
| 132: 16 | at Stanford and, in fact, the Nobel Prize |
| 132: 17 | was awarded in economics on this topic, |
| 132: 18 | that how you frame a question can often |
| 132: 19 | drive the kind of answer that you get or |
| 132: 20 | the kind of belief that somebody has. |
| 132: 21 | So, if you say that here's |
| 132: 22 | an operation that works 95 percent of the |
| 132: 23 | time, do you want to have that operation, |
| 132: 24 | you get a different answer than if you |
| 133: 1 | say 5 percent of people who have this |
| 133: 2 | operation will get no benefit from it. |

| | Objections | Ruling in Barnett |
|---|---|---|
| 133: 3 And similarly -- and we think a lot about | | |
| 133: 4 framing when we do our programs to | | |
| 133: 5 present information to doctors about | | |
| 133: 6 choices, and what you want to do is have | | |
| 133: 7 the framing be as neutral as possible and | | |
| 133: 8 let the data speak for themselves. | | |
| 133: 9 And if you frame the VIGOR | Re: 133:9-16 | Re:  133:9-133:16 |
| 133: 10 study as naproxen reduces the risk of | Def. Obj: Is not proper | Overruled |
| 133: 11 heart attack instead of framing it as | expert testimony, | |
| 133: 12 there were five times more people who | witness is speculating | |
| 133: 13 were given Vioxx who had heart attacks | as to how physicians | |
| 133: 14 than people given naproxen, it creates a | interpreted the VIGOR | |
| 133: 15 very different sense of the riskiness of | study publication. | |
| 133: 16 the drug to the doctor. | | |

36 133:23    -   135:12    Avorn, Jerome 2006-06-29

| 133: 23 Q.  Doctor, having read the | | |
|---|---|---|
| 133: 24 paper, and I return your attention to the | | |
| 134: 1 last page of the paper and actually the | | |
| 134: 2 page before the last paragraph -- | | |
| 134: 3 A.  Yes. | | |
| 134: 4 Q.  -- does it discuss the | | |
| 134: 5 cardiovascular findings in VIGOR in that | | |
| 134: 6 section of the paper? | | |
| 134: 7 A.  Yes. | | |
| 134: 8 Q.  Okay. | | |
| 134: 9 What, if anything, does the | | |
| 134: 10 paper say about naproxen and the role of | | |
| 134: 11 naproxen in heart disease? | | |
| 134: 12 A.  Okay. | | |
| 134: 13 At the very bottom of Page | | |
| 134: 14 1526, the last two words "Thus, our," | | |
| 134: 15 and then it goes on to 1527.  "Thus, our | | |
| 134: 16 results are consistent with the theory | | |
| 134: 17 that naproxen has a coronary protective | | |
| 134: 18 effect and highlight the fact that | | |
| 134: 19 rofecoxib does not provide this kind of | | |
| 134: 20 protection owing to its selective | | |
| 134: 21 inhibition of cyclogenase-2," or COX-2, | | |
| 134: 22 "at its therapeutic dose and at higher | Re: 134:24-135:12 | Re:  134:24-135:12 |
| 134: 23 doses." | Def. Obj: Is not proper | Overruled |
| 134: 24 Q.  Doctor, having reviewed the | expert testimony, | |
| 135: 1 entirety of the paper, but looking at | witness is speculating | |
| 135: 2 this particular statement as well, did | as to what was | |
| 135: 3 Merck and the Merck authors on this paper | "communicated" by | |
| 135: 4 ever communicate that there was a | the VIGOR study | |
| 135: 5 potential for an increased risk of heart | publication. Implication | |
| 135: 6 attacks related to the use of Vioxx as | is that doctors who read | |
| 135: 7 opposed to a decreased risk associated | the VIGOR study | |
| 135: 8 with the cardioprotectiveness of | publication did not | |
| 135: 9 naproxen? | understand possible CV | |
| 135: 10 A.  I don't think there is | risk. Witness not giving | |
| 135: 11 anything in the paper that suggests that | his own opinion but | |
| 135: 12 Vioxx increases the risk of heart attack. | trying  to speculate | |
| | by implication | |

37 136:7    -   136:11    Avorn, Jerome 2006-06-29

| 136: 7 Q.  Did you have any concerns | Re: 136:7-11 | Re:  136:7-136:11 |
|---|---|---|
| 136: 8 about the way in which this particular | Def. Obj: Irrelevant | Overruled |
| 136: 9 article was written in terms of the | | |
| 136: 10 accurate presentation of the potential | | |
| 136: 11 benefits and the potential risks? | | |

38 136:14    -   137:12    Avorn, Jerome 2006-06-29

| 136: 14 THE WITNESS: Yes.  As | Re: 136:14-137:12 | Re:  136:14-137:12 |
|---|---|---|
| 136: 15 someone who thinks about drug | Def. Obj: Irrelevant, | Overruled |
| 136: 16 benefits and risks and patterns of | what a "reasonable and | |
| 136: 17 use of drugs and has written about | prudent company" | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 136: 18 | the presentation of risk data to | would do is not the | |
| 136: 19 | physicians, I was concerned that | proper subject of expert | |
| 136: 20 | it did not seem to be an accurate | testimony; Plaintiff seeks | |
| 136: 21 | way of presenting the risk and, in | to elicit testimony | |
| 136: 22 | fact, it was, I think the term | concerning opinions the | |
| 136: 23 | that the Merck people might have | witness did not disclose | |
| 136: 24 | used was "flipped" from the way | in his report, e.g., concerning | |
| 137: 1 | that one would normally present | what a "reasonable and | |
| 137: 2 | risk information. | prudent company" | |
| 137: 3 | BY MR. TISI: | would do. | |
| 137: 4 | Q.  Let me ask you this | | |
| 137: 5 | question, Doctor. | | |
| 137: 6 | A. reasonable and prudent | | |
| 137: 7 | company presenting the risks and the | | |
| 137: 8 | benefits, potential risks and benefits of | | |
| 137: 9 | a drug using evidence-based medicine, | | |
| 137: 10 | does this comport with what is expected | | |
| 137: 11 | of pharmaceutical companies in doing | | |
| 137: 12 | that? | | |

| 39 137:17 | - 143:17 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|---|
| 137: 17 | | THE WITNESS:  Well, as | Re: 137:17-138:16 | Re:  137:17-138:16 |
| 137: 18 | | someone who reviews papers for the | Def. Obj: Witness is | Overruled |
| 137: 19 | | New England Journal of Medicine | not qualified to testify to | |
| 137: 20 | | and JAMA and also runs programs | what a reasonable and | |
| 137: 21 | | about communication of risks and | prudent company would do; | |
| 137: 22 | | benefits to physicians and has | Also -- opinions | |
| 137: 23 | | written a book about that topic, I | concerning what a | |
| 137: 24 | | don't feel that this was a fair | "reasonable and | |
| 138: 1 | | way of presenting the data.  I | prudent company" | |
| 138: 2 | | think a fair way would have been | would do are undisclosed | |
| 138: 3 | | to say, in essence, the good news | opinions | |
| 138: 4 | | is, our drug seems to cause less | | |
| 138: 5 | | gastrointestinal problems.  The | | |
| 138: 6 | | bad news is, it doesn't work any | | |
| 138: 7 | | better or any worse than the | | |
| 138: 8 | | comparison drug in terms of being | | |
| 138: 9 | | a pain reliever.  And the really | | |
| 138: 10 | | bad news is that the people given | | |
| 138: 11 | | our drug had five times more heart | | |
| 138: 12 | | attacks than the people given a | | |
| 138: 13 | | comparison drug.  I think that | | |
| 138: 14 | | would have been a fair and neutral | | |
| 138: 15 | | presentation of the good and bad | | |
| 138: 16 | | news that came out of this study. | | |
| 138: 17 | | BY MR. TISI: | | |
| 138: 18 | | Q.  Now, Doctor, did there come | | |
| 138: 19 | | a time where you had contact with Merck | | |
| 138: 20 | | officials about the results of VIGOR? | | |
| 138: 21 | | A.  Yes. | | |
| 138: 22 | | Q.  Who is Lou Sherwood? | | |
| 138: 23 | | A.  Lou Sherwood was actually a | | |
| 138: 24 | | physician at the Beth Israel Hospital in | | |
| 139: 1 | | Boston, another one of the Harvard | | |
| 139: 2 | | teaching hospitals, at around the same | | |
| 139: 3 | | time that I was there.  He was in | | |
| 139: 4 | | academics before he went to work for | | |
| 139: 5 | | Merck.  And I kind of knew him a little | | |
| 139: 6 | | bit around those years, and we had been | | |
| 139: 7 | | at some meetings together in the | | |
| 139: 8 | | intervening years. | | |
| 139: 9 | | And around January of 2000, | | |
| 139: 10 | | I was asked by the chairman of our | | |
| 139: 11 | | department of medicine to set up a weekly | | |
| 139: 12 | | lecture that would be about controversies | | |
| 139: 13 | | in pharmaceuticals.  And they asked me to | | |
| 139: 14 | | moderate it and to pick the presenters. | | |

Objections | Ruling in Barnett

| | |
|---|---|
| 139: 15 | So, I thought it would be fair to pick |
| 139: 16 | somebody from the pharmaceutical industry |
| 139: 17 | and somebody from an HMO who had been |
| 139: 18 | critical of the pharmaceutical industry |
| 139: 19 | and have them discuss issues about |
| 139: 20 | medications. |
| 139: 21 | And I identified Dr. |
| 139: 22 | Sherwood as somebody who had been an |
| 139: 23 | academic who was known to me and who was |
| 139: 24 | now in a senior position with the drug |
| 140: 1 | company, and I asked Lou to come and be |
| 140: 2 | the pharmaceutical company guy.  And I |
| 140: 3 | asked somebody from one of the HMOs in |
| 140: 4 | Boston to be the critic guy.  And it was |
| 140: 5 | a very stimulating discussion which I was |
| 140: 6 | just kind of the referee for. |
| 140: 7 | And then afterwards, we |
| 140: 8 | arranged to have Dr. Sherwood meet with |
| 140: 9 | me and members of my division to talk |
| 140: 10 | about matters of mutual interest, our |
| 140: 11 | work on drugs, his work at Merck.  And |
| 140: 12 | since this was within a brief number of |
| 140: 13 | weeks after the VIGOR study had come out, |
| 140: 14 | and because Dr. Solomon, who is my |
| 140: 15 | colleague who is a rheumatologist as well |
| 140: 16 | as an epidemiologist was there, the |
| 140: 17 | conversation turned to VIGOR and my |
| 140: 18 | noting that it was a disturbing finding |
| 140: 19 | that there was this dramatic increase in |
| 140: 20 | the number of people who had heart |
| 140: 21 | attacks in the VIGOR group -- in the |
| 140: 22 | Vioxx group, I'm sorry. |
| 140: 23 | And I was somewhat taken |
| 140: 24 | aback because Dr. Sherwood said, oh, |
| 141: 1 | that's just because naproxen prevents |
| 141: 2 | heart attacks. |
| 141: 3 | And I remember asking at the |
| 141: 4 | time, well, how do we know that?  Is that |
| 141: 5 | something that should be studied or |
| 141: 6 | tested?  And he kind of dismissed it as, |
| 141: 7 | well, you know, sort of it's an obvious |
| 141: 8 | finding, and that's what was said in the |
| 141: 9 | paper, and there was really nothing more |
| 141: 10 | to be discussed. |
| 141: 11 | Q.  Doctor, at the time you were |
| 141: 12 | having this conversation with Dr. |
| 141: 13 | Sherwood, were you in the process of |
| 141: 14 | doing any research on the issue of the |
| 141: 15 | effect of NSAIDs on the heart? |
| 141: 16 | A.  Yes.  As a matter of fact, |
| 141: 17 | Dr. Solomon in my division and I had |
| 141: 18 | already become interested in this |
| 141: 19 | question of regular nonsteroidals and the |
| 141: 20 | heart.  And we realized that there was |
| 141: 21 | essentially no literature out there in |
| 141: 22 | humans that suggested that the older |
| 141: 23 | nonsteroidals like naproxen or Motrin or |
| 141: 24 | ibuprofen can protect the heart. |
| 142: 1 | And Dr. Solomon and I |
| 142: 2 | decided it would be interesting to look |
| 142: 3 | at whether that was something you could |
| 142: 4 | find.  If there was such a massive |
| 142: 5 | protective effect of naproxen as was |
| 142: 6 | found in VIGOR, you'd think that you |
| 142: 7 | would be able to find that in a study |
| 142: 8 | looking at tens of thousands of people, |
| 142: 9 | and we have databases in our division in |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

142: 10     which we have information about
142: 11     medication use and hospitalizations and
142: 12     doctor visits for hundreds of thousands
142: 13     of people, although we have their names
142: 14     and identifiers stripped off.  But we can
142: 15     look at all the people who were
142: 16     prescribed any drug and see if their rate
142: 17     of heart attacks was higher or lower than
142: 18     the rate of heart attacks of people
142: 19     either not taking that drug or taking
142: 20     another drug.
142: 21     And so I believe we had been
142: 22     talking about that throughout 2000.  Our
142: 23     interest in it was increased in the
142: 24     spring of 2000 when the initial VIGOR
143: 1     findings were released.  And then, of
143: 2     course, when they were published in the
143: 3     New England Journal in 2000, we decided
143: 4     that this was definitely something that
143: 5     we wanted to proceed on just because it
143: 6     seemed like an important question.  If
143: 7     naproxen was that great and no one had
143: 8     ever discovered it before, maybe that
143: 9     would be something that was worth
143: 10     knowing.
143: 11  Q.  And did you do that study?
143: 12  A.  Yes, we did.
143: 13  Q.  Did you perform what we call
143: 14     an epidemiologic study that studied the
143: 15     question of naproxen's effect on the
143: 16     heart?
143: 17  A.  Yes, we did.

40 **146:13**    -  **147:3**    Avorn, Jerome 2006-06-29
146: 13  Q.  And, in fact, did you
146: 14     publish a study, the study results that
146: 15     came out of this epidemiologic study that
146: 16     we just talked about?
146: 17  A.  Yes, we did.
146: 18  Q.  And it's all right just for
146: 19     the purposes of this deposition, I know
146: 20     you studied a lot of drugs in the context
146: 21     of that particular study, if I call it
146: 22     the naproxen study?
146: 23  A.  That's fine.
146: 24  Q.  Okay.
147: 1     Did you --
147: 2     You published it -- do you
147: 3     remember where it was published, Doctor?

41 **147:11**    -  **147:16**    Avorn, Jerome 2006-06-29
147: 11     It was published in the
147: 12     Archives of Internal Medicine in 2002, in
147: 13     May of 2002.
147: 14  Q.  Are you the senior author on
147: 15     the paper?
147: 16  A.  That's right.

42 **147:22**    -  **148:16**    Avorn, Jerome 2006-06-29
147: 22  Q.  And what, if any,
147: 23     conclusions did you and Dr. Solomon reach
147: 24     regarding naproxen?
148: 1  A.  Well, overall, we found that
148: 2     nonsteroidals in general like Motrin and
148: 3     so forth taken as a group did not seem to
148: 4     have any important protective effect on
148: 5     the heart.  But when you looked at

Objections                    Ruling in Barnett

148: 6          naproxen separately, it had a very modest
148: 7          reduction in the risk of heart disease in
148: 8          people who took it compared to the
148: 9          comparison patients who were similar in
148: 10         all other ways.  That is, there was about
148: 11         a 16 percent reduction in the risk of
148: 12         heart attack, which is a pretty small
148: 13         reduction.
148: 14    Q.   Did you address the findings
148: 15         of VIGOR in the context of this article?
148: 16    A.   Yes, we did.

43 149:12    -    151:14    Avorn, Jerome 2006-06-29
149: 12    Q.   Would you please go to the
149: 13         section where that is addressed?  And if
149: 14         you go down to the last paragraph, I
149: 15         think that's where that is.
149: 16    A.   Yes.  Right.
149: 17         In the end of the
149: 18         discussion, "To place the effect of
149: 19         naproxen in perspective, in a large
149: 20         randomized trial of daily aspirin use in
149: 21         primary prevention, patients in the
149: 22         intervention arm experienced a 44%
149: 23         reduction in the risk of acute myocardial
149: 24         infarction" or heart attack.  "Therefore,
150: 1          it would be false to equate the more
150: 2          modest effect of naproxen," that is a 16
150: 3          percent reduction as compared to a 44
150: 4          percent reduction, "it would be false to
150: 5          equate the more modest effect of naproxen
150: 6          suggested in this study with the
150: 7          cardioprotection afforded by aspirin."
150: 8     Q.   Would you tell the members
150: 9          of the jury in a very simple way what you
150: 10         were saying there about the VIGOR study?
150: 11    A.   Yes.  What we said in that
150: 12         paper that came out in 2002 was that the
150: 13         very, I guess you could say wimpy effect
150: 14         of naproxen in protecting the heart of
150: 15         just reducing the rate by 16 percent was
150: 16         in no way big enough to account for what
150: 17         would have had to have been an 80 percent
150: 18         reduction in risk to give you that 5 to 1
150: 19         difference that was seen between Vioxx
150: 20         and naproxen in the VIGOR study.
150: 21         Naproxen would have had to have been the
150: 22         most magical drug to protect your heart
150: 23         that was ever invented, and we didn't
150: 24         find that.
151: 1     Q.   And you wrote this in 2002,
151: 2          correct?
151: 3     A.   Right.
151: 4     Q.   And was that before you and
151: 5          I had ever met on the issue of Vioxx?
151: 6     A.   Right.  And in fact, let me
151: 7          look at -- the paper, it says lower on
151: 8          that page, was accepted for publication
151: 9          in January 31st, 2002, which meant that
151: 10         we would have written it in 2001.
151: 11    Q.   And is this consistent with
151: 12         your reaction to Dr. Sherwood's comment
151: 13         about the effect of naproxen in early
151: 14         2001?

44 151:16    -    155:3    Avorn, Jerome 2006-06-29
151: 16         THE WITNESS:  That's right.          Re: 151:16

25

| | | Objections | Ruling in Barnett |
|---|---|---|---|

151: 17     BY MR. TISI:

151: 18    Q.   Okay.

151: 19     Doctor, were the results of

151: 20     this paper actually presented before it

151: 21     was actually published?

151: 22    A.   Yes, it was. Dr. Solomon

151: 23     presented them at the International

151: 24     Society for Pharmacoepidemiology

152: 1     meetings.

152: 2    Q.   The International Society

152: 3     for Pharmacoepidemiology, is that the

152: 4     international society that you had been a

152: 5     president of?

152: 6    A.   That's right.

152: 7    Q.   Okay.

152: 8     And do you remember actually

152: 9     that presentation?

152: 10    A.   Yes.

152: 11    Q.   And who made the

152: 12     presentation?

152: 13    A.   Dr. Solomon did.

152: 14    Q.   Do you remember when it was

152: 15     in relationship to this paper?

152: 16    A.   Yes. The meetings occur in

152: 17     August, and so given that we finished the

152: 18     paper in late'01, this would have been

152: 19     the August '01 presentation.

152: 20    Q.   And do you recall, do you

152: 21     have any specific recollection whether

152: 22     there were any people from Merck in the

152: 23     audience to hear the presentation on your

152: 24     naproxen study?

153: 1    A.   Yes, there were.

153: 2    Q.   Okay.

153: 3     Do you remember who was in

153: 4     the audience from Merck to hear your

153: 5     presentation about the effect of

153: 6     naproxen?

153: 7    A.   One person I remember

153: 8     clearly, because we talked about it right

153: 9     at the end of the presentation, was Dr.

153: 10     Harry Guess, who at that time was the

153: 11     head of epidemiology at Merck.

153: 12    Q.   What, if anything, was

153: 13     presented to the audience, including Dr.

153: 14     Guess, about the likelihood of Vioxx

153: 15     being cardiotoxic as a result of your

153: 16     study which you presented?

153: 17    A.   In the presentation, I

153: 18     recall that Dr. Solomon -- clearly what

153: 19     was interesting was what does this mean

153: 20     about the VIGOR findings. And I recall

153: 21     that Dr. Solomon said essentially what is

153: 22     in the paper that we later wrote on that

153: 23     topic later that year, that we had found

153: 24     only a very small effect, about 16

154: 1     percent of reduction from naproxen, and

154: 2     that that made it unlikely that naproxen

154: 3     was the reason that -- that a

154: 4     cardioprotective effect of naproxen was

154: 5     the reason to explain this five-fold

154: 6     increase in heart attacks in the Vioxx

154: 7     group of patients in the VIGOR study

154: 8     compared to the naproxen group of

154: 9     patients. And that, therefore, the only

154: 10     other possible explanation was if it

154: 11     wasn't that naproxen was preventing heart

**Objections column:**

**Def. Obj**: 151:16 is answer to question that was re-asked after leading objection, should be eliminated from designation.

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 154: 12 | attacks, the only other logical | | |
| 154: 13 | possibility was that Vioxx was causing | | |
| 154: 14 | heart attacks. | | |
| 154: 15 | Q.  And this was in mid-2001? | | |
| 154: 16 | A.  The presentation was in | | |
| 154: 17 | August of 2001, and we finished the | | |
| 154: 18 | work -- actually, we finished the work | | |
| 154: 19 | that summer. | | |
| 154: 20 | Q.  And you personally spoke to | **Re: 154:20-155:3** | **Re: 154:20-155:3** |
| 154: 21 | Dr. Guess about these results? | **Def. Obj:** Answer | Overruled |
| 154: 22 | A.  Yes.  The answer I spoke | contains hearsay | |
| 154: 23 | with Dr. Guess was that Dr. Solomon had | regarding what Dr. | |
| 154: 24 | been in touch with Dr. Cannuscio at Merck | Solomon said to | |
| 155: 1 | since actually the beginning of 2001, | Dr. Cannuscio. Witness | |
| 155: 2 | because he had indicated to her that he | is here testifying as a | |
| 155: 3 | thought this was -- | fact witness, not an | |
| | | expert and therefore | |
| | | cannot rely on or relate | |
| 45 155:8    -  157:24 | Avorn, Jerome 2006-06-29 | hearsay. | |
| 155: 8 | A.  -- that there was an issue | | |
| 155: 9 | which we had been discussing in our | **Re: 155:8-157:24** | **Re: 155:8-157:24** |
| 155: 10 | division that this needed to be studied | **Def. Obj:** Answer has | Overruled |
| 155: 11 | subsequent to the VIGOR paper.  And I | hearsay within it | |
| 155: 12 | instructed Dr. Solomon to see whether | regarding conversations | |
| 155: 13 | this was something which a study could be | witness did not | |
| 155: 14 | funded by anybody.  And one of the | participate in. | |
| 155: 15 | difficulties about adverse effects | | |
| 155: 16 | research is that FDA doesn't have hardly | | |
| 155: 17 | any money to spend on them and the | | |
| 155: 18 | National Institutes of Health doesn't | | |
| 155: 19 | spend that much money on them.  And | | |
| 155: 20 | often, if you are a scientist studying | | |
| 155: 21 | drug side effects, as we are, one needs | | |
| 155: 22 | to go to the manufacturer of the drug and | | |
| 155: 23 | say, we think this is an important issue | | |
| 155: 24 | in relation to the drug that you're | | |
| 156: 1 | making, and we want to do a study. | | |
| 156: 2 | And as I said earlier, we've | | |
| 156: 3 | often had perfectly fine relationships | | |
| 156: 4 | with companies.  Sometimes a company will | | |
| 156: 5 | come to us and say we think there may be | | |
| 156: 6 | a problem with our drug, would you study | | |
| 156: 7 | it for us so that we can know what's true | | |
| 156: 8 | about our drug.  We had a very good | | |
| 156: 9 | experience with a Parkinson's drug not | | |
| 156: 10 | long ago in that way. | | |
| 156: 11 | And so I asked Dr. Solomon | | |
| 156: 12 | to talk with people at Merck, and as it | | |
| 156: 13 | turns out, Dr. Cannuscio had recently | | |
| 156: 14 | graduated from the Harvard School of | | |
| 156: 15 | Public Health in epidemiology and then | | |
| 156: 16 | went to work for Merck, so, she was kind | | |
| 156: 17 | of a conduit for our communications with | | |
| 156: 18 | Merck.  And nothing had come of those | | |
| 156: 19 | discussions even though he was trying | | |
| 156: 20 | hard. | | |
| 156: 21 | And so I took Dr. Guess | | |
| 156: 22 | aside as Dr. Cannuscio's boss at that | | |
| 156: 23 | pharmacoepi meeting in August of 2001, | | |
| 156: 24 | and sort of chief to chief, and I said, | | |
| 157: 1 | Harry, my guy has been talking to your | | |
| 157: 2 | person and it doesn't seem to be getting | | |
| 157: 3 | anywhere.  We think this issue is | | |
| 157: 4 | important, and we now can study Vioxx as | | |
| 157: 5 | well as naproxen, because when we first | | |
| 157: 6 | did this study, Vioxx was new enough on | | |
| 157: 7 | the market that there weren't enough | | |
| 157: 8 | people actually taking it for us to be | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 157: 9 | able to do a big population study.  But | | |
| 157: 10 | by the time it was getting to be the | | |
| 157: 11 | summer of 2001, it was being very heavily | | |
| 157: 12 | promoted, and the number of people taking | | |
| 157: 13 | it was on the rise. | | |
| 157: 14 | And I told Dr. Guess that I | | |
| 157: 15 | thought that this really was something | | |
| 157: 16 | that ought to move forward, because we | | |
| 157: 17 | could do a study very much like the study | | |
| 157: 18 | that we're looking at now, but instead of | | |
| 157: 19 | looking at naproxen and the older | | |
| 157: 20 | nonsteroidals, we would be able to have | | |
| 157: 21 | the same design and to look at Vioxx and | | |
| 157: 22 | Celebrex as well and answer that question | | |
| 157: 23 | in a large population to try to get to | | |
| 157: 24 | the bottom of this. | | |

46 158:6      -   162:9      Avorn, Jerome 2006-06-29

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 158: 6 | MR. TISI:  I'm going to show | | |
| 158: 7 | you what I would like to have | | |
| 158: 8 | marked as Exhibit Number 17. | | |
| 158: 9 | -  -  - | | |
| 158: 10 | (Whereupon, Deposition | | |
| 158: 11 | Exhibit Avorn-17, Memo dated | | |
| 158: 12 | 8.28.01, MRK-ACC0018681 - | | |
| 158: 13 | MRK-ACC0018692, was marked for | | |
| 158: 14 | identification.) | | |
| 158: 15 | -  -  - | | |
| 158: 16 | BY MR. TISI: | | |
| 158: 17 | Q.  I'm going to represent that | | |
| 158: 18 | this document came from the Merck files. | | |
| 158: 19 | It is Bates Number MRK-ACC0018681. | | |
| 158: 20 | It's a memo from a gentleman | | |
| 158: 21 | by the name of Doug Watson to various | | |
| 158: 22 | people.  These are some of the people | | |
| 158: 23 | you've mentioned here in your testimony | | |
| 158: 24 | here today? | | |
| 159: 1 | A.  Right. | | |
| 159: 2 | Q.  And it includes some of the | | |
| 159: 3 | papers, actually, some of the | | |
| 159: 4 | presentations that were made at that | | |
| 159: 5 | meeting in mid-2001? | | |
| 159: 6 | A.  Right. | | |
| 159: 7 | Q.  If you'd go to Page 1 -- the | | |
| 159: 8 | document that ends with 686.  Is that the | | |
| 159: 9 | paper that Dr. Solomon presented? | | |
| 159: 10 | A.  Yes. | | |
| 159: 11 | Q.  Okay. | | |
| 159: 12 | And following that is some | | |
| 159: 13 | notes that Dr. Guess made of that | | |
| 159: 14 | meeting.  Do you see that? | | |
| 159: 15 | A.  Right.  Handwritten notes. | | |
| 159: 16 | Q.  Have you had an opportunity | | |
| 159: 17 | to read this, Doctor? | | |
| 159: 18 | A.  Yes. | | |
| 159: 19 | Q.  Is this something -- | | |
| 159: 20 | Just to be fair, is this | | |
| 159: 21 | something I presented to you -- is this a | | |
| 159: 22 | document you had ever seen at the time of | | |
| 159: 23 | your involvement with Vioxx in mid-2001? | | |
| 159: 24 | A.  No. | | |
| 160: 1 | Q.  Okay. | | |
| 160: 2 | And do you see at the bottom | | |
| 160: 3 | of the second page where it says, "The | | |
| 160: 4 | Conclusion"? | | |
| 160: 5 | A.  Yes. | | |
| 160: 6 | Q.  Okay. | | |

| | Objections | Ruling in Barnett |
|---|---|---|

160: 7          Would you go to the next
160: 8          page, two pages down, please.  Keep
160: 9          going.  One more.
160: 10    A.   Actually, a couple more.
160: 11    Q.   One more.
160: 12          Now, have you read this,
160: 13          Doctor?
160: 14    A.   Yes.
160: 15    Q.   Does this appear to comport
160: 16          with your recollection of Dr. Solomon's
160: 17          presentation at that meeting?
160: 18    A.   Correct.
160: 19    Q.   Would you please read the
160: 20          conclusion as recorded by Dr. Guess?
160: 21    A.   Yes.
160: 22          "NSAIDs as group, no effect.
160: 23          Naproxen, 16-20% decrease in risk.
160: 24          Hypothesis that selective" that is
161: 1          selective COX-2 inhibitors like Vioxx,
161: 2          "may increase risk."
161: 3    Q.   Is this something --
161: 4          Does this comport with your
161: 5          recollection of what you and Dr. Guess
161: 6          talked about?
161: 7    A.   Absolutely.
161: 8    Q.   Did you consider it
161: 9          important in mid-2001 to specifically
161: 10          study the relationship between COX-2s and
161: 11          heart attacks?
161: 12    A.   Yes.
161: 13    Q.   Why?
161: 14    A.   Because there are a couple
161: 15          of reasons, the largest of which was the
161: 16          VIGOR study, which, as I said, had been
161: 17          published in November of 2000, had been
161: 18          kind of announced, the findings, in
161: 19          spring of 2000, and here was sitting out
161: 20          there this finding that five times more
161: 21          people in the Vioxx group were having
161: 22          heart attacks than people in the naproxen
161: 23          group, and that seemed like an important
161: 24          public health issue that somebody should
162: 1          look at.
162: 2    Q.   How much does a study like
162: 3          that you discussed with Dr. Guess cost?
162: 4    A.   Oh, about 5 or $600,000.
162: 5    Q.   And how long does such a
162: 6          study typically take?
162: 7    A.   If we pull out all the stops
162: 8          and can proceed real quickly, we can do
162: 9          it in a year or less.

47 163:4      -   166:19    Avorn, Jerome 2006-06-29
163: 4          I'm going to show you what
163: 5          I'd like to have marked as Exhibit
163: 6          Number 18.
163: 7          - - -
163: 8          (Whereupon, Deposition
163: 9          Exhibit Avorn-18, E-mails,
163: 10          MRK-ABY0020300, was marked for
163: 11          identification.)
163: 12          - - -
163: 13          BY MR. TISI:
163: 14    Q.   Following the meeting, the
163: 15          ISPE meeting in August of 2001, did you
163: 16          have followup contacts with Merck
163: 17          regarding the proposed study to study

Objections      Ruling in Barnett

| | |
|---|---|
| 163: 18 | Vioxx and heart attacks? |
| 163: 19 | A. Frequently. |
| 163: 20 | Q. Okay. |
| 163: 21 | When you say "frequently," |
| 163: 22 | what do you mean? |
| 163: 23 | A. That there was ongoing |
| 163: 24 | discussion from -- really from the |
| 164: 1 | beginning of 2001, I believe, that it was |
| 164: 2 | February of 2001 when I asked Dr. Solomon |
| 164: 3 | to begin those conversations through |
| 164: 4 | until actually the publication of the |
| 164: 5 | paper in 2004. |
| 164: 6 | Q. And is this an e-mail that |
| 164: 7 | you recall? |
| 164: 8 | A. Yes. |
| 164: 9 | Q. Okay. |
| 164: 10 | Did you have any role in |
| 164: 11 | this e-mail exchange? |
| 164: 12 | A. Yes. I urged Dr. Solomon or |
| 164: 13 | instructed Dr. Solomon to please move |
| 164: 14 | things along as best he could with Merck. |
| 164: 15 | Once there was an expression of interest |
| 164: 16 | in such a study, to please get it |
| 164: 17 | finalized so that we could actually get |
| 164: 18 | the funding we needed to do the work. |
| 164: 19 | Q. Okay. |
| 164: 20 | Could you please go down to |
| 164: 21 | the e-mail from Dr. Solomon. First of |
| 164: 22 | all, is that an e-mail that you received |
| 164: 23 | in the normal course of business? |
| 164: 24 | A. Yes. It was cc'd to me. |
| 165: 1 | Q. Okay. |
| 165: 2 | Is this an e-mail that you |
| 165: 3 | directed Dr. Solomon to send to Merck? |
| 165: 4 | A. Yes. |
| 165: 5 | Q. And would you please -- |
| 165: 6 | Who is it sent to? |
| 165: 7 | A. It was sent by Dr. Solomon |
| 165: 8 | to Dr. Cannuscio, who, as I mentioned, |
| 165: 9 | was the epidemiologist that had trained |
| 165: 10 | in our neighborhood and then went to work |
| 165: 11 | as a Merck staffer. |
| 165: 12 | Q. Okay. |
| 165: 13 | And would you please read |
| 165: 14 | for the record what Dr. Solomon, at your |
| 165: 15 | direction, told Dr. Cannuscio? |
| 165: 16 | A. Sure. So, this is September |
| 165: 17 | of 2001, which would have been a month |
| 165: 18 | after the pharmacoepi meeting in which I |
| 165: 19 | spoke with Dr. Guess and Dr. Solomon |
| 165: 20 | presented our findings and about eight |
| 165: 21 | months or seven or eight months after he |
| 165: 22 | had initiated his first contact with Dr. |
| 165: 23 | Cannuscio. |
| 165: 24 | It says, "Dear Carolyn, I |
| 166: 1 | was pleased to hear last week that Merck |
| 166: 2 | is indeed prepared to move forward with |
| 166: 3 | support of our study on NSAIDs, COX-2s," |
| 166: 4 | including Vioxx, "and MI," which is heart |
| 166: 5 | attack, "but as I mentioned when we |
| 166: 6 | spoke, after so many months we really |
| 166: 7 | need at least an e-mail note from you |
| 166: 8 | indicating that the commitment is truly |
| 166: 9 | there. We will need to forego other |
| 166: 10 | possible sources of support for this |
| 166: 11 | project to work with Merck, and given how |
| 166: 12 | long it has taken thus far, we're nervous |

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| | 166: 13 | about rejecting other possibilities | | |
| | 166: 14 | without any written indication of | | |
| | 166: 15 | commitment." | | |
| | 166: 16 | Q.  Let me stop you there, | **Re: 166:18-19** | **Re:  166:18-166:19** |
| | 166: 17 | Doctor. | **Def. Obj:** Is a question | Overruled |
| | 166: 18 | What was your purpose in | that misrepresents the | |
| | 166: 19 | writing this to Dr. Cannuscio? | document - witness did | |
| | | | not write to Ms. Cannuscio | |
| 48 **167:3**    -   **168:4** | | Avorn, Jerome 2006-06-29 | | |
| | 167: 3 | I told Dr. Solomon to | **Re: 167:3-168:1** | **Re:  167:3-168:1** |
| | 167: 4 | essentially, after so many months from | **Def. Obj:** Not responsive | Overruled |
| | 167: 5 | February to September, particularly on | to any question pending. | |
| | 167: 6 | the heels of the meeting with Dr. Guess | | |
| | 167: 7 | in August, to basically tell them to fish | | |
| | 167: 8 | or cut bait, that I felt this was an | | |
| | 167: 9 | important project to do, that there were | | |
| | 167: 10 | important clinical and public health | | |
| | 167: 11 | issues at stake, and that we had been | | |
| | 167: 12 | working along with Merck or trying to | | |
| | 167: 13 | based on their indicating to us that they | | |
| | 167: 14 | were kind of interested in supporting the | | |
| | 167: 15 | study. | | |
| | 167: 16 | But so many months later, I | | |
| | 167: 17 | told Dr. Solomon to write a note saying, | | |
| | 167: 18 | look, if you guys aren't going to really | | |
| | 167: 19 | fund this study, we need to know that so | | |
| | 167: 20 | we can look for funding from somewhere | | |
| | 167: 21 | else since we don't like to peddle the | | |
| | 167: 22 | same study to a lot of different people | | |
| | 167: 23 | and hope that somebody will accept it. | | |
| | 167: 24 | And so it was basically I asked him to | | |
| | 168: 1 | write a fish or cut bait memo to Merck. | | |
| | 168: 2 | Q.  And that's what this memo | | |
| | 168: 3 | was? | | |
| | 168: 4 | A.  Yes. | | |
| 49 **169:23**    -   **173:20** | | Avorn, Jerome 2006-06-29 | | |
| | 169: 23 | What was Dr. Cannuscio's | | |
| | 169: 24 | response to your fish or cut bait memo, | | |
| | 170: 1 | as you called it? | | |
| | 170: 2 | A.  The note that she sent to | | |
| | 170: 3 | both Dr. Solomon and me on September | | |
| | 170: 4 | 17th about two hours after Dr. Solomon's | | |
| | 170: 5 | note to her was that they -- she had -- | | |
| | 170: 6 | we, I can't know who "we" was, but | | |
| | 170: 7 | somebody at Merck had presented the idea | | |
| | 170: 8 | of the study that we had proposed to | | |
| | 170: 9 | several groups within Merck, and that she | | |
| | 170: 10 | said that there was interest in working | | |
| | 170: 11 | with us to develop a complete protocol, | | |
| | 170: 12 | present the detailed protocol to Merck's | | |
| | 170: 13 | scientific review committee, and to | | |
| | 170: 14 | basically discuss having a contract. | | |
| | 170: 15 | And then she mentioned in | | |
| | 170: 16 | that last paragraph, "I have spoken with | | |
| | 170: 17 | Harry Guess, who heads the epidemiology | | |
| | 170: 18 | department."  "Though Harry and I are not | | |
| | 170: 19 | authorized to finalize a contract to | | |
| | 170: 20 | support a research project of this scale, | | |
| | 170: 21 | we wish to affirm our interest in | | |
| | 170: 22 | pursuing with you the steps outlined | | |
| | 170: 23 | above."  And so basically it was an | | |
| | 170: 24 | agreement to have further discussions | | |
| | 171: 1 | about having an agreement. | | |
| | 171: 2 | Q.  Okay. | | |
| | 171: 3 | Doctor, at about the time | | |
| | 171: 4 | that you were involved with the | | |

|  | Objections | Ruling in Barnett |
|---|---|---|

171: 5          discussions with Dr. Cannuscio, were you
171: 6          aware that the company was in discussions
171: 7          with the Food & Drug Administration about
171: 8          what would go into the label on the
171: 9          results of VIGOR?
171: 10   A.   No.
171: 11   Q.   Doctor, I did provide you
171: 12          material that was sent to the Food & Drug
171: 13          Administration.  Have I showed you this
171: 14          before today's deposition?
171: 15   A.   Yes.
171: 16   Q.   Have you had an opportunity
171: 17          to take a look at it?
171: 18   A.   Yes.
171: 19   Q.   Is this a letter that was
171: 20          sent to the -- appear to be a letter sent
171: 21          to the Food & Drug Administration in part
171: 22          referring to your study results on the
171: 23          naproxen study?
171: 24   A.   Yes.  It was sent by Merck
172: 1          by Dr. Silverman, I believe.
172: 2    Q.   Okay.
172: 3          Can you turn to Page 3 of
172: 4          that cover letter that was sent to the
172: 5          Food & Drug Administration.
172: 6    A.   (Witness complies.)
172: 7    Q.   And the top part of it
172: 8          refers to "Thrombotic Cardiovascular
172: 9          Data," and has some discussion about the
172: 10          VIGOR study.  Do you see that, Doctor?
172: 11   A.   Yes.
172: 12   Q.   Okay.
172: 13          If you'd go down to the
172: 14          second full paragraph --
172: 15   A.   Yes.
172: 16   Q.   -- is there a reference to
172: 17          your study?
172: 18   A.   Yes, there is.
172: 19   Q.   Okay.
172: 20          Would you tell us where that
172: 21          is, Doctor?
172: 22   A.   Yes.  That would be
172: 23          beginning on line 4, the last word of the
172: 24          line, "The."  Okay.
173: 1          Shall I read it?
173: 2    Q.   Yes.  Sure.
173: 3    A.   "The concept that there are
173: 4          differences among NSAIDs is supported by
173: 5          external epidemiologic data from three
173: 6          separate studies that utilized different
173: 7          clinical databases, indicating that the
173: 8          use of naproxen, but not other NSAIDs, is
173: 9          cardioprotective."  And then it is
173: 10          references 2, 3 and 4, and ours is
173: 11          reference 4.
173: 12          "Among these studies, is a
173: 13          U.S. study of over 22,000 patients in New
173: 14          Jersey by a Boston academic group
173: 15          unaffiliated with industry."  And that's
173: 16          us.
173: 17   Q.   Doctor, having read this
173: 18          document, do you have any impression
173: 19          about what was being conveyed to the FDA
173: 20          about your study?

50 **173:22**      -   **174:21**   Avorn, Jerome 2006-06-29
173: 22          THE WITNESS:  Well, it's not

Objections | Ruling in Barnett

173: 23        an impression.  It's what they
173: 24        say.  What they say is that our
174: 1         study shows that naproxen protects
174: 2         the heart.  And in the context of
174: 3         what is on the rest of the page,
174: 4         it is justification for the notion
174: 5         that Vioxx does not cause heart
174: 6         attacks, naproxen prevents them.
174: 7         BY MR. TISI:
174: 8    Q.   Did they specifically single
174: 9         out your study as being, quote,
174: 10        independent?
174: 11   A.   Yes.
174: 12   Q.   Doctor, were you aware at
174: 13        the time that Merck was using your study
174: 14        results that were presented to Dr. Guess
174: 15        in August of 2001 to suggest that the
174: 16        results of VIGOR were the result of the
174: 17        cardioprotective effect of naproxen?
174: 18   A.   No, I was not aware of that
174: 19        at the time.
174: 20   Q.   If you had been aware of
174: 21        that, what would your reaction have been?

51 174:24    -    176:2      Avorn, Jerome 2006-06-29
174: 24        THE WITNESS:  Well, I can
175: 1         tell you what my reaction is right
175: 2         now, which is I'm indignant that
175: 3         they took a finding of ours that
175: 4         was very clearly communicated,
175: 5         that is, the very modest effect of
175: 6         protection of the hearts that we
175: 7         found with naproxen, which we
175: 8         explicitly said was not enough to
175: 9         explain the increase in heart
175: 10        attacks in the naproxen/Vioxx
175: 11        comparison in VIGOR, that Dr.
175: 12        Guess was in the room when we
175: 13        presented that, and I now
175: 14        understand, even wrote down, that
175: 15        we hypothesized that what really
175: 16        was probably going on was an
175: 17        increased risk from the selective
175: 18        COX-2, or Vioxx, as an explanation
175: 19        of the VIGOR study.
175: 20        I am upset right now, and I
175: 21        was the first time I saw this, to
175: 22        know that they were essentially
175: 23        distorting our scientific findings
175: 24        to justify exactly the opposite
176: 1         position from what we have said
176: 2         both in writing and in public.

52 176:12    -    176:18     Avorn, Jerome 2006-06-29
176: 12        Looking at that document, is
176: 13        that a fair and accurate representation
176: 14        of the science that you presented to Dr.
176: 15        Guess at the ISPE meeting in August of
176: 16        2001?
176: 17   A.   No, it's a distortion of
176: 18        what was presented.

53 177:1    -    178:1       Avorn, Jerome 2006-06-29
177: 1         You mentioned the study that
177: 2         we talked about before, the published
177: 3         version of this study.  Have you on other
177: 4         occasions said that the results of your

|  | Objections | Ruling in Barnett |
|---|---|---|

177: 5          study does not explain cardioprotective
177: 6          -- does not explain the results that were
177: 7          seen in VIGOR?
177: 8      A.  Yes.  There are a number of
177: 9          times in the course of early 2000 where I
177: 10         stated that.
177: 11     Q.  Okay.
177: 12         Would you go to another
177: 13         article that I have in your book, Exhibit
177: 14         Number 14?
177: 15     A.  Yes.
177: 16     Q.  Do you recognize that,
177: 17         Doctor?
177: 18     A.  Yes.  That is a paper that
177: 19         was published in a journal called
177: 20         "Pharmacoepidemiology and Drug Safety"
177: 21         describing a panel that I was invited to
177: 22         be on at another meeting of the
177: 23         Pharmacoepidemiology Society that was
177: 24         held in Edinborough in Scotland in August
178: 1          of 2002.

**54 178:2      -   178:23**   Avorn, Jerome 2006-06-29
178: 2      Q.  And among the co-authors is
178: 3          a gentleman by the name of Dr. Wayne Ray?
178: 4      A.  Correct.
178: 5      Q.  Who is Dr. Ray?
178: 6      A.  Dr. Ray is a very respected
178: 7          pharmacoepidemiologist, probably one of
178: 8          the best in the field, who is a professor
178: 9          at Vanderbilt University.
178: 10     Q.  And David Graham, do you see
178: 11         he's represented there as well?
178: 12     A.  Yes.  Dr. Graham is a
178: 13         physician and epidemiologist at the Food
178: 14         & Drug Administration.
178: 15     Q.  Okay.
178: 16         And Dr. Solomon is there as
178: 17         well?
178: 18     A.  Right.
178: 19     Q.  Don't want to leave Dr.
178: 20         MacDonald out.  Who is Dr. MacDonald?
178: 21     A.  Tom MacDonald is a
178: 22         pharmacoepidemiologist who works in
178: 23         Scotland.

**55 178:24     -   179:16**   Avorn, Jerome 2006-06-29
178: 24     Q.  And, of course, you are
179: 1          listed there as well?
179: 2      A.  Right.
179: 3      Q.  Did you anywhere indicate,
179: 4          again, your feelings about the naproxen
179: 5          hypothesis as an explanation of VIGOR?
179: 6      A.  Yes, I did.
179: 7      Q.  Okay.
179: 8          Would you please go to the
179: 9          last page of the document, please?
179: 10     A.  Yes.  The last full page?
179: 11     Q.  Actually the last full page.
179: 12     A.  Yes.
179: 13     Q.  Okay.
179: 14         Would you tell the members
179: 15         of the jury what you wrote in 2000, and I
179: 16         guess this is 2003?

**56 180:2      -   181:6**   Avorn, Jerome 2006-06-29
180: 2          Right.  In brief, the key

| | Objections | Ruling in Barnett |
|---|---|---|

180: 3      sentence there is, "These studies," which
180: 4      reviews what was known at the time,
180: 5      "suggest that any potential protective
180: 6      effect of naproxen does not fully account
180: 7      for the findings in the VIGOR study."
180: 8    Q.  And what were you trying to
180: 9      convey there in this article that was
180: 10      published in 2002 -- 2003, excuse me.
180: 11    A.  Right.  But based on
180: 12      statements that we made in August of
180: 13      2002, and this was pretty much a
180: 14      transcript of what we had said at that
180: 15      point.  That we reviewed as a group the
180: 16      existing data about evidence relating to
180: 17      cardiac outcomes from nonsteroidal drugs.
180: 18      And we discussed the dramatic increase in
180: 19      rate of heart attack in VIGOR in people
180: 20      taking naproxen -- in people taking Vioxx
180: 21      compared to naproxen and the hypothesis
180: 22      that had been offered by Merck that that
180: 23      was because naproxen protects your heart.
180: 24      And in that August of '02
181: 1      symposium, all of us, I think, were in
181: 2      accord since we all signed off on this,
181: 3      "These studies suggest that any potential
181: 4      protective effect of naproxen does not
181: 5      fully account for the findings in the
181: 6      VIGOR study."

57 181:23   -   181:24    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 181: 23    Q.  What were you trying to | **Re: 181:23-24** | Re:  181:23-181:24 |
| 181: 24      communicate there in this sentence? | **Def. Obj:** Irrelevant, | Overruled |
| | improper examination to | |
| 58 182:5   -   183:8    Avorn, Jerome 2006-06-29 | ask witness what he | |
| 182: 5      THE WITNESS:  Okay. | "was trying to | |
| 182: 6      What I said was, there are | communicate" - | |
| 182: 7      only -- and the context of the | document speaks for | |
| 182: 8      proceeding paragraph, there's only | itself. | |
| 182: 9      two ways that you can explain a | **Re: 182:5-183:8** | |
| 182: 10      five-fold difference in heart | **Def. Obj:** Irrelevant | |
| 182: 11      attack between group A and group B | (see above) | |
| 182: 12      in a randomized trial.  Either the | | |

182: 13      people in the group that has the
182: 14      higher number of heart attacks
182: 15      were given a drug that causes
182: 16      heart attacks, or the people in
182: 17      the group given the comparison
182: 18      drug got a drug that prevents
182: 19      heart attacks or perhaps some
182: 20      combination of the two.
182: 21      And what that sentence says
182: 22      is that you can't explain the
182: 23      five-fold increase in number of
182: 24      heart attacks in VIGOR seen in
183: 1      people given Vioxx by the data
183: 2      that were available at the time
183: 3      about naproxen preventing heart
183: 4      attacks because it just wasn't
183: 5      there.
183: 6      BY MR. TISI:
183: 7    Q.  And did you draw any
183: 8      conclusions from that?

59 183:15   -   184:2    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 183: 15    A.  The only logical -- this was | **Re: 183:15-184:2** | |
| 183: 16      discussed widely from the podium, I | **Def. Obj:** Irrelevant | |
| 183: 17      recall it vividly.  The only logical | (see above) | |

| | Objections | Ruling in Barnett |
|---|---|---|

183: 18          alternative is that if it is not because
183: 19          naproxen is preventing heart attacks or
183: 20          if only a teeny fraction of the
183: 21          difference can possibly be expected, be
183: 22          explained by that, then the only other
183: 23          logical possibility is that Vioxx caused
183: 24          heart attacks.
184: 1      Q.   Is that the same thing you
184: 2          told Dr. Guess in mid-2001?

60 **184:5        -   184:20**      Avorn, Jerome 2006-06-29
184: 5          THE WITNESS:  In mid-2001, I
184: 6          told Dr. Guess that I thought that
184: 7          was an important question that
184: 8          needed to be addressed.
184: 9          BY MR. TISI:
184: 10     Q.   All right.  Moving forward.
184: 11         Let's go back to your
184: 12         negotiations with Merck to do your study.
184: 13         Following the September fish
184: 14         or cut bait e-mail with Dr. Cannuscio,
184: 15         September 2001 fish or cut bait memo with
184: 16         Dr. Cannuscio, did they execute a
184: 17         contract?
184: 18     A.   Not for many, many months
184: 19         until later did they finally actually
184: 20         sign the contract.

61 **189:7        -   189:15**      Avorn, Jerome 2006-06-29
189: 7      Q.   Okay.
189: 8          Doctor, did there come a
189: 9          time that the contract was actually
189: 10         signed?
189: 11     A.   Yes.  My recollection is
189: 12         that it was in April of 2002, about 15
189: 13         months after the initial conversation
189: 14         that Dr. Solomon had with Dr. Cannuscio
189: 15         that the contract was eventually signed.

62 **190:24       -   191:9**      Avorn, Jerome 2006-06-29
190: 24         Are you aware that at the
191: 1          time that Merck executed the contract for
191: 2          your study on April 24th, 2002 that Merck
191: 3          had just received two weeks prior the
191: 4          approval for the new label that did not
191: 5          contain a cardiovascular warning?
191: 6      A.   I was not aware of that.
191: 7      Q.   Doctor, are you familiar
191: 8          with the term "First, do no harm"?
191: 9      A.   Yes.

63 **193:7        -   194:20**      Avorn, Jerome 2006-06-29
193: 7      Q.   Doctor, before we broke, I
193: 8          showed you a public affairs plan for the
193: 9          GI label change for Vioxx dated March
193: 10         23rd, 2001.
193: 11     A.   Right.
193: 12     Q.   Have you seen that before?
193: 13         I've shown you that in context of showing
193: 14         you documents for litigation here.
193: 15     A.   That's right.
193: 16     Q.   Okay.
193: 17         Would you please turn to the
193: 18         page containing the Bates range 20167.
193: 19         Do you see that?
193: 20     A.   Yes.
193: 21     Q.   See "Overall Communication

| | Objections | Ruling in Barnett |
|---|---|---|
| 193: 22    Objectives."  Do you see that? | | |
| 193: 23    A.  Yes. | | |
| 193: 24    Q.  Do you see the first bullet | | |
| 194: 1    point? | | |
| 194: 2    A.  Yes. | | |
| 194: 3    Q.  Would you please tell the | | |
| 194: 4    members of the jury what it says? | | |
| 194: 5    A.  It says "Do no harm." | | |
| 194: 6    Q.  Can you read the rest? | | |
| 194: 7    A.  Yes. | | |
| 194: 8    "Refrain from proactively | | |
| 194: 9    generating coverage that jeopardizes | | |
| 194: 10    label negotiations and/or that links | | |
| 194: 11    Vioxx to cardiovascular adverse events." | | |
| 194: 12    Q.  Doctor, were you concerned | | |
| 194: 13    in 2001 and 2002 about the delay in | | |
| 194: 14    actually getting your study off the | | |
| 194: 15    ground? | | |
| 194: 16    A.  Very concerned. | | |
| 194: 17    Q.  Do you have any explanation | Re: 194:17-20 | Re:  194:17-194:20 |
| 194: 18    for Merck's inability to execute a | Def. Obj: Calls for | Overruled.  Not asked |
| 194: 19    contract until after the label | speculation on Merck's | state of mind. |
| 194: 20    approved for Vioxx? | state of mind. | |
| 64 194:24    -    195:13    Avorn, Jerome 2006-06-29 | | |
| 194: 24    THE WITNESS:  At that time, | Re: 194:24-196:13 | |
| 195: 1    I had no understanding of the | Def. Obj: Witness | |
| 195: 2    label discussions that were going | speculates on Merck's | |
| 195: 3    on.  I just was concerned that | state of mind/intent/ | |
| 195: 4    either this was a very big company | decision-making | |
| 195: 5    that couldn't get out of its own | | |
| 195: 6    way and make a decision in less | | |
| 195: 7    than a year on an important study, | | |
| 195: 8    or perhaps, and I vividly recall | | |
| 195: 9    raising this possibility with Dr. | | |
| 195: 10    Solomon, perhaps the foot dragging | | |
| 195: 11    was intentional because they | | |
| 195: 12    really didn't want the study to | | |
| 195: 13    get done. | | |
| 65 195:24    -    196:3    Avorn, Jerome 2006-06-29 | | |
| 195: 24    First of all, was that what | | |
| 196: 1    was on your mind at the time, that there | | |
| 196: 2    was a concern there was foot dragging on | | |
| 196: 3    the part of the company? | | |
| 66 196:8    -    196:17    Avorn, Jerome 2006-06-29 | | |
| 196: 8    THE WITNESS:  We had | | |
| 196: 9    conversations on almost a biweekly | | |
| 196: 10    basis about why is it taking so | | |
| 196: 11    long. | | |
| 196: 12    BY MR. TISI: | | |
| 196: 13    Q.  Okay. | | |
| 196: 14    Now, Doctor, I assume that | Re: 196:14-17 | Re:  196:14-196:17 |
| 196: 15    once the contract was signed, you got | Def. Obj: Is a leading | Overruled.  Is leading |
| 196: 16    right to work on actually doing the | question, form objection | but on point 4-11(c) |
| 196: 17    study; is that correct? | preserved. | |
| 67 196:19    -    200:4    Avorn, Jerome 2006-06-29 | | |
| 196: 19    THE WITNESS:  We -- that was | Re: 196:19-20 | Re:  196:19-196:20 |
| 196: 20    our plan, but... | Def. Obj: Answer to | Overruled |
| 196: 21    BY MR. TISI: | leading question | |
| 196: 22    Q.  What happened? | | |
| 196: 23    A.  There was -- I learned a | | |
| 196: 24    lesson, which is that I had learned with | | |
| 197: 1    discussions with other pharmaceutical | | |
| 197: 2    companies to never allow the funding to | | |

| | Objections | Ruling in Barnett |
|---|---|---|

197: 3    be contingent upon their acceptance of
197: 4    the work product because that, in effect,
197: 5    would give a company censorship over what
197: 6    we were able to publish.  And we managed
197: 7    every step of the way except for one to
197: 8    not have as any of the benchmarks in the
197: 9    contract any words like "produce a
197: 10    manuscript that is acceptable to Merck"
197: 11    or "produce data that are satisfactory to
197: 12    Merck" because I learned not to do that.
197: 13    The thing I hadn't learned
197: 14    yet but learned from this was that as one
197: 15    of the -- as the only benchmark that was
197: 16    there in the beginning was language, and
197: 17    it's in the contract, and perhaps I
197: 18    should actually refer to the contract,
197: 19    the first milestone or benchmark was,
197: 20    payment to our hospital to fund the
197: 21    research "will be made upon acceptance of
197: 22    a detailed protocol."
197: 23    And it turns out that --
197: 24    that's not a mistake I'll make again.  It
198: 1    turns out that Merck's acceptance of the
198: 2    protocol even after more than a year of
198: 3    discussion about getting the contract
198: 4    signed, took another nine months before
198: 5    they actually accepted the protocol.
198: 6    MR. TISI:  Doctor, I'm going
198: 7    to hand you a group of documents
198: 8    that I'm going to collectively
198: 9    refer to as Exhibits 23A through,
198: 10    I think it's K.
198: 11    - - -
198: 12    (Whereupon, Deposition
198: 13    Exhibit 23A-K, Study protocols,
198: 14    was marked for identification.)
198: 15    - - -
198: 16    BY MR. TISI:
198: 17  Q.  Doctor, is this -- what are
198: 18    those, Doctor?
198: 19  A.  This is a succession of
198: 20    study protocols that we submitted to
198: 21    Merck and which Merck then was not
198: 22    satisfied with and then resubmit -- asked
198: 23    us to make this change or that change,
198: 24    often matters that seemed to us to be
199: 1    relatively modest to trivial, but each
199: 2    step of the way we were told, no, you
199: 3    need to fix that, you need to change
199: 4    that.  And this is what occupied the
199: 5    better part of 2002 before we could
199: 6    actually get their okay to start doing
199: 7    the work.
199: 8  Q.  How long did it take
199: 9    Harvard and Merck to agree on the
199: 10    protocol of the study?
199: 11  A.  Well, the first one in your
199: 12    pile is dated June 7th, 2002, which was
199: 13    relatively soon after the contract was
199: 14    signed in the end of April.  And then
199: 15    there's another one dated September 4th,
199: 16    2002, and then another revision dated --
199: 17    let's see, there's several revisions,
199: 18    "Comments from Dan from 10-1," another
199: 19    revision October 4th; October 22nd;
199: 20    October 24th; another revision dated
199: 21    October 31st, and then changed November

**Re: 199:8-200:4**
**Def. Obj:** Is a question and answer pair with the answer completely non-responsive to the question.

**Re: 199:8-200:4**
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

199: 22    6th; another one from November 12th;
199: 23    another one from December 17th; and
199: 24    another one from February 2003.
200: 1    And this was unprecedented
200: 2    in my many years of research, that there
200: 3    would be this long a period before a
200: 4    company signs off on a research protocol.

**68 203:9        -    206:22**    Avorn, Jerome 2006-06-29

203: 9    Q.  Doctor, the protocols that I
203: 10    laid in front of you, after those
203: 11    protocols in early 2003, did you actually
203: 12    get to start the study?
203: 13    A.  Well, no.  Part of what
203: 14    Merck asked us to do during this many,
203: 15    many months of negotiation was they asked
203: 16    us to go back and review the individual
203: 17    patient records for a sample of the
203: 18    subjects in our study to see if the
203: 19    people that we were studying as having
203: 20    heart attacks actually had heart attacks.
203: 21    And we pointed out to Merck
203: 22    that that was a question that had been
203: 23    studied by other groups previously and
203: 24    that there was pretty good evidence in
204: 1    the medical literature that a combination
204: 2    of diagnosis codes and hospital codes
204: 3    virtually always meant that the person
204: 4    had had a heart attack.  And Merck's
204: 5    response was, no, we really want to be
204: 6    sure, and so go out and validate, have
204: 7    people go down to Pennsylvania, get in
204: 8    contact with the hospitals, have them
204: 9    pull the patient's actual medical records
204: 10    and check to see if they really had heart
204: 11    attacks.
204: 12    Q.  Doctor, you've done -- how
204: 13    many studies have you done with this
204: 14    particular database that you're talking
204: 15    about here?
204: 16    A.  Dozens.
204: 17    Q.  Have you ever had any
204: 18    company ask you to do the kind of
204: 19    validation that Merck asked you to do?
204: 20    A.  No.
204: 21    Q.  Did you actually do what
204: 22    Merck asked you to do?
204: 23    A.  We had to.
204: 24    Q.  What did you do?  What
205: 1    happened?
205: 2    A.  We hired a professional
205: 3    review organization to go down to
205: 4    Pennsylvania, we established a protocol
205: 5    for how they would review the charts, the
205: 6    criteria from the World Health
205: 7    Organization about how you define a heart
205: 8    attack, and we gave them the list of a
205: 9    sample of patients.  And they went and
205: 10    pulled each one of their medical records,
205: 11    which was both an expensive and a time
205: 12    consuming process.  And they then
205: 13    confirmed that indeed in about 93 or 94
205: 14    percent of the cases, they had heart
205: 15    attacks, which is about as good as any
205: 16    validation study gets.
205: 17    Q.  Doctor, who conducted the
205: 18    independent validation?

|  |  | Objections | Ruling in Barnett |
|--|--|-----------|-------------------|

205: 19　　A.  It was a company that was a
205: 20　　　　professional review organization.  I
205: 21　　　　think they were called KeyPro, which is a
205: 22　　　　group sanctioned by the government to go
205: 23　　　　in and inspect hospital records.
205: 24　　Q.  And did they find any
206: 1　　　　problem with what you did?
206: 2　　A.  No.  They found that we had
206: 3　　　　a remarkably high rate of validation.
206: 4　　Q.  Okay.
206: 5　　　　And when you finally got the
206: 6　　　　approval and the contract was signed and
206: 7　　　　all of the protocols were done and the
206: 8　　　　independent evaluation was done and all
206: 9　　　　those things, did you finally get to do
206: 10　　　your study?
206: 11　　A.  No.
206: 12　　Q.  What happened?
206: 13　　A.  Merck told us that we could
206: 14　　　　not proceed until we had an independent
206: 15　　　　epidemiologist come in and review the
206: 16　　　　protocol as an outsider and also review
206: 17　　　　all the programming code that our
206: 18　　　　programmers had written to do the
206: 19　　　　analyses.
206: 20　　Q.  And who was that?  Who did
206: 21　　　　that?
206: 22　　A.  That was Dr. Rhonda Bohn.

69 **210:7**　　　-　　**211:2**　　Avorn, Jerome 2006-06-29
210: 7　　Q.  Did she find any problems
210: 8　　　　with your codes and the things she was
210: 9　　　　asked to do?
210: 10　　A.  No.
210: 11　　Q.  Okay.
210: 12　　　　Now, Doctor, did there
210: 13　　　　finally come a time where you actually
210: 14　　　　had an opportunity to do the study?
210: 15　　A.  Yes.  By spring of 2003,
210: 16　　　　we -- there was finally no other concerns
210: 17　　　　that Merck had and we were given a green
210: 18　　　　light to proceed.
210: 19　　Q.  And did you actually do the
210: 20　　　　data analysis at that time?
210: 21　　A.  Yes.
210: 22　　Q.  And what did you find?
210: 23　　A.  We found that there was a
210: 24　　　　significant increase in the risk of heart
211: 1　　　　attack in patients taking Vioxx compared
211: 2　　　　to comparator drugs.

70 **212:3**　　　-　　**213:15**　　Avorn, Jerome 2006-06-29
212: 3　　　　Let me ask you these
212: 4　　　　questions.
212: 5　　　　Did Merck have input into
212: 6　　　　the design of the study?
212: 7　　A.  Yes, in that they would not
212: 8　　　　let us proceed until they were perfectly
212: 9　　　　satisfied with the protocol.
212: 10　　Q.  And did they indicate that
212: 11　　　　they were satisfied with the protocol in
212: 12　　　　the end of the day?
212: 13　　A.  Yes.  They signed off on the
212: 14　　　　protocol.
212: 15　　Q.  Okay.
212: 16　　　　Did they have one of
212: 17　　　　their --

| | Objections | Ruling in Barnett |
|---|---|---|

212: 18      Did they have any employees
212: 19      who they employed working on the study?
212: 20   A.   Yes. Dr. Cannuscio was a
212: 21      key member of the project team, and she
212: 22      was a Merck employee.
212: 23   Q.   All right.
212: 24      Now, I put in front of you a
213: 1      document entitled "The Relationship
213: 2      Between COX-2 Inhibitors and Acute
213: 3      Myocardial Infarction" dated May 5th,
213: 4      2003. Would you tell me what this is?
213: 5   A.   Yes. This is just the
213: 6      tables, basically the data as we had it
213: 7      in May of 2003 from the study.
213: 8   Q.   Okay.
213: 9      In an overview, what did it
213: 10      tell the people at Merck about the
213: 11      results of your study of the -- the
213: 12      epidemiologic study?
213: 13   A.   That we found an increased
213: 14      rate of heart attacks in people taking
213: 15      Vioxx compared to comparison drugs.

**71 214:21     -   216:9**   Avorn, Jerome 2006-06-29
214: 21   Q.   Okay.
214: 22      Now, the results that you
214: 23      saw here, from a public health
214: 24      standpoint, did you consider them to be
215: 1      important findings?
215: 2   A.   Yes.
215: 3   Q.   Why?
215: 4   A.   Because in there -- let me
215: 5      just turn to the page with the data on it
215: 6      as it was eventually published. We found
215: 7      that in the final tables, there was a
215: 8      significant increase in the risk of heart
215: 9      attack that we found with Vioxx compared
215: 10      to with Celebrex. We also found that it
215: 11      was particularly high in people who were
215: 12      taking higher doses of Vioxx. And that
215: 13      seemed like an important finding. The
215: 14      data for the high-dose Vioxx versus
215: 15      high-dose Celebrex was a 70 percent
215: 16      increase, or almost a doubling of the
215: 17      risk of heart attack in our patient
215: 18      population.
215: 19   Q.   Did you find an increased
215: 20      risk with low dose?
215: 21   A.   Yes.
215: 22   Q.   Did you find an increased
215: 23      risk at less than 30 days?
215: 24   A.   Yes.
216: 1   Q.   Did you find an increased
216: 2      risk at 30 to 90 days?
216: 3   A.   Yes.
216: 4   Q.   And was that increased risk
216: 5      seen whether you were comparing it to
216: 6      Celebrex or other NSAIDs?
216: 7   A.   We found it with a wide
216: 8      variety of comparison drugs or
216: 9      nonexposures.

**72 217:1     -   217:15**   Avorn, Jerome 2006-06-29
217: 1   Q.   Okay.
217: 2      Doctor, did there come a
217: 3      time where you sought to write these
217: 4      results up in an abstract?

Objections                    Ruling in Barnett

217: 5      A.  Yes.
217: 6      Q.  Did you speak to Dr.
217: 7          Cannuscio about doing that?
217: 8      A.  Yes.  The terms of our
217: 9          contract were that we would allow them to
217: 10         see what we were publishing, although
217: 11         they did not have the right to censure it
217: 12         or to hold it back, but as a courtesy, we
217: 13         agreed to let them see what we were going
217: 14         to submit and give them a period of time
217: 15         to comment.

73 **218:1**      -   **218:6**      Avorn, Jerome 2006-06-29
218: 1      Q.  Okay.
218: 2          Doctor, did there come a
218: 3          time where there was discussion about
218: 4          whether or not Dr. Cannuscio would
218: 5          actually be on the paper?
218: 6      A.  Yes.

74 **219:19**     -   **219:21**     Avorn, Jerome 2006-06-29
219: 19     Q.  Doctor, did you --
219: 20         I've handed you what I've
219: 21         had marked as Exhibit 27.

75 **220:14**     -   **223:14**     Avorn, Jerome 2006-06-29
220: 14     Q.  Does this include the
220: 15         abstract that was written by your
220: 16         division?
220: 17     A.  Correct.
220: 18     Q.  And there's an e-mail there
220: 19         as well, correct?
220: 20     A.  Right.
220: 21     Q.  What does the e-mail say
220: 22         about the tables?  It says, "These tables
220: 23         all suggest that the higher adjusted odds
220: 24         ratios seen in shorter duration use is
221: 1          not confined to high....risk users."
221: 2          What does that --
221: 3      A.  "High dosage users."
221: 4      Q.  "High dosage users."
221: 5          What does that mean?
221: 6      A.  That's a note from Dr.
221: 7          Solomon to Dr. Cannuscio pointing out
221: 8          something about our findings, which is
221: 9          that this was not just about people
221: 10         taking high-dose Vioxx, this was about
221: 11         people taking regular dose Vioxx as well.
221: 12     Q.  Okay.
221: 13         And was there further
221: 14         discussion about the co-authorship of the
221: 15         paper?
221: 16     A.  Yes.
221: 17     Q.  Okay.
221: 18         Would you please read that?
221: 19     A.  Yes.  In Paragraph 2, Dr.
221: 20         Solomon writes, "I would like to discuss
221: 21         your co-authorship on the paper.  You
221: 22         have contributed substantially to the
221: 23         project and I am very comfortable with
221: 24         you being a co-author, assuming that you
222: 1          are comfortable with its content.  In
222: 2          light of our findings, there may be
222: 3          aspects of the paper that will be
222: 4          problematic from Merck's perspective.
222: 5          You may be in a difficult position as a
222: 6          Merck employee and a co-author."

|  | Objections | Ruling in Barnett |
|---|---|---|

222: 7     Q.  Stop right there, Doctor.
222: 8          What did you and Dr. --
222: 9          What was your concern as
222: 10         reflected in this paragraph?
222: 11    A.  Well, this, again, was a
222: 12         note that he sent to Dr. Cannuscio at my
222: 13         suggestion to convey to her that we did
222: 14         feel that she was a member of the project
222: 15         team, but that we were both worried, now
222: 16         that the study had shown that Vioxx did
222: 17         increase the risk of heart attack, would
222: 18         that be a problem for Merck and would
222: 19         that be problematic for her to have her
222: 20         name on the paper.
222: 21    Q.  Did you actually present
222: 22         this paper --
222: 23         Did you actually present
222: 24         this at a professional meeting?
223: 1     A.  Dr. Solomon presented it in
223: 2          the fall of 2003 at the American College
223: 3          of Rheumatology.
223: 4          -  -  -
223: 5          (Whereupon, Deposition
223: 6          Exhibit Avorn-28, ARC 2003
223: 7          Presentation MRK-AAD0333175 -
223: 8          MRK-AAD0333207, was marked for
223: 9          identification.)
223: 10         -  -  -
223: 11         BY MR. TISI:
223: 12    Q.  I'm handing you what's
223: 13         marked as Exhibit Number 23.
223: 14    A.  Yes.

**76 226:22      -    227:15**     Avorn, Jerome 2006-06-29
226: 22    Q.  Doctor, is this the abstract
226: 23         that was presented in -- at the
226: 24         association --
227: 1     A.  The American.
227: 2     Q.  -- the American College of
227: 3          Rheumatology in 2003?
227: 4     A.  Correct.
227: 5     Q.  Okay.
227: 6          And is this the results of
227: 7          your study, your Merck-funded study?
227: 8     A.  Correct.
227: 9     Q.  Okay.
227: 10         And does it have Carolyn
227: 11         Cannuscio's name on the top?
227: 12    A.  Yes, it does.
227: 13    Q.  Does it have your name on
227: 14         the top?
227: 15    A.  Yes, it does.

**77 228:2       -    228:9**     Avorn, Jerome 2006-06-29
228: 2     Q.  Okay.
228: 3          Doctor, did there come a
228: 4          time when you sought to convert this
228: 5          abstract into an actual published
228: 6          article?
228: 7     A.  Yes.
228: 8     Q.  And did you do that?
228: 9     A.  Yes.

**78 228:20      -    229:21**     Avorn, Jerome 2006-06-29
228: 20         Did you submit that
228: 21         manuscript to Merck for its comment?
228: 22    A.  Yes, we did.

|  | Objections | Ruling in Barnett |
|---|---|---|

228: 23   Q.  Okay.
228: 24        Did they have an opportunity
229: 1         to make comments?
229: 2    A.  Yes.
229: 3    Q.  Did you accept some
229: 4         comments?
229: 5    A.  We accepted some and we
229: 6         didn't accept others.
229: 7    Q.  Okay.
229: 8         Would you describe for us
229: 9         the comments that Merck did not accept?
229: 10   A.  You mean that we did not
229: 11        accept?
229: 12   Q.  You did not accept that
229: 13        Merck --
229: 14   A.  Right, sure.
229: 15        There were some helpful
229: 16        comments that Merck made about making
229: 17        things clearer.  We accepted those.  And
229: 18        then there were others which we felt
229: 19        would have deemphasized the importance or
229: 20        the extent of our findings, and we tended
229: 21        to not accept those.

**79 230:17   -   232:14**   Avorn, Jerome 2006-06-29
230: 17   Q.  Would you please tell us
230: 18        what was rejected by you that Merck had
230: 19        suggested?
230: 20   A.  Sure.  As best I can recall,
230: 21        there were, for example, in the abstract
230: 22        of the paper, as it was eventually
230: 23        presented, there was one finding that
230: 24        demonstrated an increased risk of Vioxx,
231: 1         and the statistical significance of that
231: 2         was a p-value of .054.  Now, let me
231: 3         explain what that means.
231: 4    A.  p-value of .05 or 5
231: 5         percent means that there's a 95 percent
231: 6         certainty that the finding you are
231: 7         reporting was not the result of chance.
231: 8         And that is a benchmark that is often
231: 9         used, it's not engraved in stone, but it
231: 10        is a convenient benchmark that people
231: 11        often use to understand how likely it is
231: 12        that this was not just the result of
231: 13        happenstance.
231: 14        And one of our findings had
231: 15        a p-value of 0.54, which means that
231: 16        instead of a 95 percent certainty or
231: 17        likelihood that this was not the result
231: 18        of chance, there was instead of 95
231: 19        percent, 94.6 percent likelihood that
231: 20        this was not the result of chance.  We
231: 21        felt that given particularly the public
231: 22        health importance of heart attack and the
231: 23        widespread use of this drug that that
231: 24        needed to be in the abstract.
232: 1         Merck objected that this
232: 2         was, quote, not a significant finding
232: 3         because it was a 94.6 percent probability
232: 4         that it was not chance instead of a 95
232: 5         percent and said we should take it out of
232: 6         the abstract.
232: 7         They also told us that we
232: 8         should change the way we described that
232: 9         finding as a numerical difference that
232: 10        was not significant or something to that

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 232: 11 | effect.  And we disagreed on both points. | |
| 232: 12 | Q.  And did you have discussions | |
| 232: 13 | with Merck about this? | |
| 232: 14 | A.  Yes. | |

**80 232:15   -   233:1**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 232: 15 | Q.  And did there come a time | |
| 232: 16 | where you had to make a decision about | |
| 232: 17 | what remained in the paper and what did | |
| 232: 18 | not remain in the paper? | |
| 232: 19 | A.  Yes.  Dr. Solomon and I | |
| 232: 20 | discussed this on an almost daily basis | |
| 232: 21 | at that point. | |
| 232: 22 | Q.  Okay. | |
| 232: 23 | And did you actually submit | |
| 232: 24 | the paper as you wished it to be? | |
| 233: 1 | A.  Yes. | |

**81 233:2   -   233:9**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 233: 2 | Q.  And was it accepted for | |
| 233: 3 | publication? | |
| 233: 4 | A.  Yes.  It was initially sent | |
| 233: 5 | to the New England Journal and JAMA, and | |
| 233: 6 | they passed on it, and it was eventually | |
| 233: 7 | accepted in Cardiology -- I'm sorry, in | |
| 233: 8 | Circulation, which is the number one | |
| 233: 9 | cardiology journal in the world. | |

**82 233:10   -   233:21**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 233: 10 | Q.  And did anything unusual | **Re: 233:10-21** |
| 233: 11 | happen at about the time of the | **Def. Obj:** |
| 233: 12 | publication of the article that we've | No Foundation - no evidence |
| 233: 13 | been talking about? | he was on the phone call |
| 233: 14 | A.  Yes.  As the article was in | |
| 233: 15 | galley on page proof, which is the | |
| 233: 16 | printed version of the article that is | |
| 233: 17 | sent back to the authors to make sure | |
| 233: 18 | there's no typos, we received a phone | |
| 233: 19 | call from Dr. Santanello instructing us | |
| 233: 20 | to remove Dr. Cannuscio's name from the | |
| 233: 21 | paper. | |

**83 241:2   -   241:6**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 241: 2 | Did her name come off the | |
| 241: 3 | paper? | |
| 241: 4 | A.  Her name came off the paper, | |
| 241: 5 | and I reluctantly agreed to let that | |
| 241: 6 | happen. | |

**84 243:12   -   244:19**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 243: 12 | Q.  Did you acknowledge Dr. | **Re: 243:12-244:19** |
| 243: 13 | Cannuscio in any other way in that paper? | **Def. Obj:** |
| 243: 14 | A.  Yes.  I wrote an | No Foundation - no evidence |
| 243: 15 | acknowledgment that I asked Dr. Solomon | he was on the phone call |
| 243: 16 | to include in the paper. | |
| 243: 17 | Q.  And you did that? | |
| 243: 18 | A.  Yes.  That was my  -- those | |
| 243: 19 | are my words. | |
| 243: 20 | Because I felt that leaving | **Re: 243:20-244:19**    Re:  243:20-244:19 |
| 243: 21 | aside the ethics of it, here was a young | **Def. Obj:** Non-responsive    Overruled |
| 243: 22 | woman starting out her career who was | to question; irrevelant |
| 243: 23 | about to have a paper in the best | |
| 243: 24 | cardiology journal in the world and that | |
| 244: 1 | she deserved to be a co-author of.  And I | |
| 244: 2 | was concerned, almost in my faculty role, | |
| 244: 3 | that here somebody's hard work was being | |
| 244: 4 | snatched away from her. | |

| | Objections | Ruling in Barnett |
|---|---|---|

244: 5          So, I wrote that language
244: 6          that indicated there was an unnamed
244: 7          epidemiologist who had worked with us, as
244: 8          it says, "Actively in the study design,
244: 9          statistical analysis, and interpretation
244: 10         of the date and preparation of the
244: 11         manuscript," which are, in fact, the
244: 12         criteria for authorship.  And while we
244: 13         are forbidden from using Dr. Cannuscio's
244: 14         name, I wanted her to be able to refer to
244: 15         that as she went on in her career and say
244: 16         that was really me.  And so we did put
244: 17         the acknowledgment that I wrote at the
244: 18         end of the paper, but still respected her
244: 19         wishes to be not listed as a co-author.

**85 245:4          -    247:4**     Avorn, Jerome 2006-06-29
245: 4     Q.   Now, Doctor, this article
245: 5          was then published in Circulation?
245: 6     A.   That's right.
245: 7               MR. TISI:  Okay.
245: 8               And I'm going to show you
245: 9          what I would like to have marked
245: 10         as Exhibit 30.
245: 11             - - -
245: 12             (Whereupon, Deposition
245: 13         Exhibit Avorn-30, Bulletin
245: 14         4-21-04 MRK-AAR0069284, was
245: 15         marked for identification.)
245: 16             - - -
245: 17             BY MR. TISI:
245: 18    Q.   And you testified before,
245: 19         and I just want to refer you to that
245: 20         testimony, that you felt this was an
245: 21         important public health issue that your
245: 22         study was addressing?
245: 23    A.   I've said that, and I felt
245: 24         that, and I feel that.
246: 1     Q.   Okay.
246: 2               Now, let me show you what I
246: 3          have had marked as Exhibit Number 29 --
246: 4               THE COURT REPORTER:  30.
246: 5               BY MR. TISI:
246: 6     Q.   30.  I will represent to you
246: 7          that it is a bulletin being used for
246: 8          detailers detailing Vioxx.
246: 9     A.   You mean the sales
246: 10         representatives?
246: 11    Q.   The sales representatives.
246: 12    A.   For Merck?
246: 13    Q.   Yes.
246: 14             And it's dated April 21st,
246: 15         2004.
246: 16    A.   Correct.
246: 17    Q.   Do you see that, Doctor?
246: 18             And does it refer to your
246: 19         particular study?
246: 20    A.   Yes.
246: 21    Q.   And it's called an "Obstacle
246: 22         Response."  Do you see that?
246: 23    A.   Right.
246: 24    Q.   Did you consider your paper
247: 1          an obstacle?
247: 2     A.   No.
247: 3     Q.   You're smiling.  Why do you
247: 4          smile?

| | **Re: 247:3-4**<br>**Def. Obj:** Improper | **Re:  247:3-247:4**<br>Overruled |

| | Objections | Ruling in Barnett |
|---|---|---|

**86 247:7    -   247:15**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| | question. | |
| 247: 7 | THE WITNESS:  Because it was | **Re: 247:7-15** |
| 247: 8 | an important finding about the | **Def. Obj**: Answer is non- |
| 247: 9 | risks of a very, very widely-used | responsive and consists of |
| 247: 10 | drug in relation to a very common | speculation |
| 247: 11 | and important and dangerous side | |
| 247: 12 | effect that was only an obstacle, | |
| 247: 13 | I suppose, from the perspective of | |
| 247: 14 | Vioxx sales, but it was not an | |
| 247: 15 | obstacle in terms of science. | |

**87 247:20    -   248:7**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 247: 20 | Q.  When it says "Action | **Re: 247:20-249:10** |
| 247: 21 | required," it says, "Do not initiate | **Def. Obj:** Question seeks |
| 247: 22 | discussions on this article with | testimony that is not the |
| 247: 23 | physicians."  Do you see that? | proper subject of expert |
| 247: 24 | A.  I see that. | testimony, witness is not |
| 248: 1 | Q.  Doctor, as somebody who has | qualified to opine on these |
| 248: 2 | been involved in academic detailing, | subject matters, including |
| 248: 3 | which we spoke about before, can you | sales rep training |
| | | materials; irrevelant |
| 248: 4 | think of any medical or scientific reason | Smith's MI] |
| 248: 5 | why a responsible drug company would not | |
| 248: 6 | want to have all of the evidence | |
| 248: 7 | discussed with physicians? | |

**88 248:13    -   248:18**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 248: 13 | Q.  I'm not asking you to | **Re:  248:13-248:18** |
| 248: 14 | speculate, Doctor.  I'm asking you as | Overruled |
| 248: 15 | somebody who has done research in this | |
| 248: 16 | area, is there any medical or scientific | |
| 248: 17 | reason why this article and this research | |
| 248: 18 | should not be shared with doctors? | |

**89 248:20    -   249:10**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 248: 20 | THE WITNESS:  No. | **Re:  248:20-249:10** |
| 248: 21 | BY MR. TISI: | Overruled |
| 248: 22 | Q.  Why not? | |
| 248: 23 | A.  As someone who has spent his | |
| 248: 24 | life studying how doctors make | |
| 249: 1 | prescribing decisions and written papers | |
| 249: 2 | about and conducted programs in the fair | |
| 249: 3 | and evidenced-based presentations of both | |
| 249: 4 | benefit and risk data to physicians so | |
| 249: 5 | that they can be helped to make more | |
| 249: 6 | appropriate decisions to benefit their | |
| 249: 7 | patients, I can think of no reason that | |
| 249: 8 | anybody would -- no legitimate reason why | |
| 249: 9 | it would be ever appropriate to suppress | |
| 249: 10 | negative findings about a drug risk. | |

**90 249:14    -   256:21**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 249: 14 | Q.  Is there anything in this | |
| 249: 15 | obstacle response that indicates that | |
| 249: 16 | Merck funded this study, approved the | |
| 249: 17 | protocol, approved the statistical | |
| 249: 18 | analysis and worked on the manuscript? | |
| 249: 19 | A.  No. | |
| 249: 20 | Q.  Doctor, I'd like for you to | **Re: 249:20-256:21** |
| 249: 21 | turn, and I'm going to switch topics for | **Def. Obj:** Not the proper |
| 249: 22 | a moment.  Let's go to Avorn Exhibit | subject of expert |
| 249: 23 | Number 9, which is in the binder there. | testimony, witness is not |
| 249: 24 | And it's an article entitled "Adjustment | qualified to opine on |
| 250: 1 | for Unmeasured Confounders." | these subject matters, |
| 250: 2 | A.  Yes. | including effects of |
| 250: 3 | Q.  Do you remember that study? | marketing on physicians |

| | | **Re: 249:20-256:21** |
|---|---|---|
| | | Overruled |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 250: 4 | A.  Yes. | and direct-to-consumer |
| 250: 5 | Q.  Was that Merck funded? | advertising on consumers. |
| 250: 6 | A.  Yes. | See Merck's Daubert |
| 250: 7 | Q.  And what was the purpose of | Motion. |
| 250: 8 | that study? | |
| 250: 9 | A.  We wanted to be certain in | |
| 250: 10 | -- | |
| 250: 11 | When we found that there was | |
| 250: 12 | a higher risk of heart attack in patients | |
| 250: 13 | taking Vioxx, as I said before, we wanted | |
| 250: 14 | to make sure that to be fair to the drug, | |
| 250: 15 | that was not because people who happened | |
| 250: 16 | to be on Vioxx were sicker or had -- or | |
| 250: 17 | were more likely to be smokers, which we | |
| 250: 18 | know causes heart attack, or might have | |
| 250: 19 | been more overweight or perhaps were less | |
| 250: 20 | likely to be taking aspirin. | |
| 250: 21 | And these are all potential | |
| 250: 22 | risk factors for heart attack, but we did | |
| 250: 23 | not have information about them in our | |
| 250: 24 | data about their drug prescriptions and | |
| 251: 1 | their medical history.  And we wanted to | |
| 251: 2 | have some independent assessment of maybe | |
| 251: 3 | people who were taking Vioxx were sicker | |
| 251: 4 | than people taking Celebrex.  And if that | |
| 251: 5 | was the case, it would cast our findings | |
| 251: 6 | into doubt and we wanted to get it right. | |
| 251: 7 | Q.  And when you did the study, | |
| 251: 8 | what did you find? | |
| 251: 9 | A.  That there was no meaningful | |
| 251: 10 | difference between Vioxx users and | |
| 251: 11 | Celebrex users, and, in fact, to the very | |
| 251: 12 | small extent that there was a little bit | |
| 251: 13 | of a difference, it indicated that our | |
| 251: 14 | findings would have underestimated the | |
| 251: 15 | risk of Vioxx. | |
| 251: 16 | Q.  Go to the next document, | |
| 251: 17 | Exhibit Number 6.  It's another article, | |
| 251: 18 | "Determinants of Selective COX-2 | |
| 251: 19 | Prescribing." | |
| 251: 20 | A.  Yes. | |
| 251: 21 | Q.  Do you see that? | |
| 251: 22 | A.  Yes. | |
| 251: 23 | Q.  Okay. | |
| 251: 24 | "Are patient or physician | |
| 252: 1 | characteristics more important?" | |
| 252: 2 | A.  Right. | |
| 252: 3 | Q.  Do you see that? | |
| 252: 4 | A.  Yes. | |
| 252: 5 | Q.  Okay. | |
| 252: 6 | Is that an article you | |
| 252: 7 | wrote? | |
| 252: 8 | A.  Yes.  With my team. | |
| 252: 9 | Q.  And it was published in | |
| 252: 10 | 2003? | |
| 252: 11 | A.  Yes. | |
| 252: 12 | Q.  Okay. | |
| 252: 13 | What, if anything, briefly, | |
| 252: 14 | did you conclude? | |
| 252: 15 | A.  Well, we were at that point | |
| 252: 16 | trying to understand how it could be that | |
| 252: 17 | the use of COX-2 drugs, both Vioxx and | |
| 252: 18 | Celebrex, were going through the roof | |
| 252: 19 | despite the fact that they had never been | |
| 252: 20 | shown to be better pain relievers or | |
| 252: 21 | anti-inflammatory drugs and with the | |
| 252: 22 | evidence that was already out there about | |

Objections          Ruling in Barnett

252: 23    their risks.  The benefit that they had
252: 24    in relation to less stomach symptoms did
253: 1     not seem to us to be enough reason to
253: 2     explain that astronomical rise.
253: 3     So, we looked in our
253: 4     database at the patterns of use, and we
253: 5     thought, well, maybe there are more
253: 6     people out there who are getting this
253: 7     drug because they have a history of ulcer
253: 8     or a bleeding problem or are on
253: 9     anticoagulants, all of which would be
253: 10    reasons to use them.
253: 11  Q.  And what did you find?
253: 12  A.  We found that that really
253: 13    didn't predict who was getting these
253: 14    drugs.
253: 15  Q.  In the conclusion, if you go
253: 16    to Page 720, it says, "Important
253: 17    questions have emerged as to whether or
253: 18    not possible increases in cardiovascular
253: 19    risk associated with these agents should
253: 20    limit their use to patients who are most
253: 21    likely to benefit from improved
253: 22    gastrointestinal safety."
253: 23  A.  Correct.
253: 24  Q.  What, if anything, are you
254: 1     saying here about the risk/benefit of
254: 2     Vioxx?
254: 3   A.  That by 2003, we were
254: 4     writing that there was already, as we
254: 5     say, important questions about they
254: 6     might -- about whether they increase
254: 7     cardiovascular risk, and that, therefore,
254: 8     these should be drugs used in patients
254: 9     who are -- in whom it's worth taking that
254: 10    risk if you really needed to have a drug
254: 11    that was gentler on the stomach, but not
254: 12    in other people who didn't need that
254: 13    extra degree of stomach protection.
254: 14  Q.  Could you turn to Page
254: 15    718 -- 719, excuse me.
254: 16  A.  Yes.
254: 17  Q.  It says, "Other factors" in
254: 18    the middle of the page.  "Other factors
254: 19    may also be important correlates to
254: 20    prescribing, such as patients education
254: 21    level and...social"  work, as well as --
254: 22  A.  Social network.
254: 23  Q.  -- "social network," and
254: 24    "patient...exposure to advertising."
255: 1     Do you see that?
255: 2   A.  Patient and physician
255: 3     exposure to advertising.
255: 4   Q.  Yeah.  And what did you mean
255: 5     by that?
255: 6   A.  That since we couldn't
255: 7     explain the very, very widespread use of
255: 8     these drugs based on their being
255: 9     prescribed to patients in whom it would
255: 10    be worth the tradeoff of higher heart
255: 11    attack risk in exchange for perhaps more
255: 12    ulcer protection, that there must be
255: 13    something else going on.  And one of the
255: 14    factors that was an obvious potential
255: 15    cause was the extensive advertising to
255: 16    patients and to doctors.
255: 17  Q.  Have you written about the

49

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 255: 18 | effect of direct-to-consumer advertising | |
| 255: 19 | in commercial detailing on prescribing | |
| 255: 20 | practices? | |
| 255: 21 | A.  Yes, I have. | |
| 255: 22 | Q.  What, if any, effect does | |
| 255: 23 | direct-to-consumer advertising have on | |
| 255: 24 | physician prescribing behavior? | |
| 256: 1 | A.  As I've written, and as many | |
| 256: 2 | people have found, it drives physician | |
| 256: 3 | prescribing, which is why it gets done so | |
| 256: 4 | much.  And that patients will often tell | |
| 256: 5 | a doctor, I saw this ad or I heard this | |
| 256: 6 | commercial, do you think I ought to be on | |
| 256: 7 | this drug, give me t drug. | |
| 256: 8 | Q.  Now, you've testified to a | |
| 256: 9 | lot of issues that you developed during | |
| 256: 10 | the course of your work with Merck and | |
| 256: 11 | during the course of the time the drug | |
| 256: 12 | was on the market.  Do you hold those | |
| 256: 13 | opinions in things that you've testified | |
| 256: 14 | to to a reasonable degree of medical | |
| 256: 15 | certainty, Doctor? | |
| 256: 16 | A.  Yes, I do. | |
| 256: 17 | Q.  Okay. | |
| 256: 18 | And you still hold those | |
| 256: 19 | opinions to a reasonable degree of | |
| 256: 20 | medical certainty today? | |
| 256: 21 | A.  Absolutely. | |

| | | |
|---|---|---|
| 91 **268:11**    -   **268:21** | Avorn, Jerome 2006-06-29 | |
| 268: 11 | Q.  Do you feel it important to | |
| 268: 12 | the issues that we asked you to address | |
| 268: 13 | to review the deposition testimony or the | |
| 268: 14 | trial testimony of every Merck witness | |
| 268: 15 | who has testified in this litigation? | |
| 268: 16 | A.  That would not even be | |
| 268: 17 | possible even if I wanted to.  But my | |
| 268: 18 | concern has been on what was done and | |
| 268: 19 | said and acted upon at the time, not a | |
| 268: 20 | reconstruction of that years later in the | |
| 268: 21 | midst of litigation. | |

| | | |
|---|---|---|
| 92 **274:13**    -   **275:5** | Avorn, Jerome 2006-06-29 | |
| 274: 13 | Q.  Now, let me ask you some of | **Re: 274:13-20** |
| 274: 14 | your opinions generally, and we can | **Def. Obj**: lawyer |
| 274: 15 | hopefully move through these fairly | preamble/sidebar |
| 274: 16 | quickly. | |
| 274: 17 | Doctor, we addressed this | |
| 274: 18 | previously about what your opinions were | |
| 274: 19 | at the time that you were studying Vioxx. | |
| 274: 20 | Let's move forward in time. | |
| 274: 21 | As of today, do you have an | |
| 274: 22 | opinion to a reasonable degree of medical | |
| 274: 23 | certainty as to whether or not Vioxx was | |
| 274: 24 | any more effective as a pain reliever | |
| 275: 1 | than other nonsteroidal | |
| 275: 2 | anti-inflammatories, whether it be | |
| 275: 3 | aspirin, Motrin, naproxen, all the others | |
| 275: 4 | we've talked about? | |
| 275: 5 | A.  Yes, I have such an opinion. | |

| | | |
|---|---|---|
| 93 **275:23**    -   **277:17** | Avorn, Jerome 2006-06-29 | |
| 275: 23 | Q.  What is your opinion? | |
| 275: 24 | A.  My opinion, I think it's | |
| 276: 1 | pretty universal, is that there's really | |
| 276: 2 | no evidence that Vioxx was or is any more | |
| 276: 3 | effective as an analgesic or a pain | |

| | Objections | Ruling in Barnett |
|---|---|---|

276: 4      reliever than any of the older
276: 5      nonsteroidals that are on the market.
276: 6    Q.   Do you know whether or not
276: 7      Merck ever claimed that Vioxx was better
276: 8      at pain relief than any other drug that
276: 9      was on the market?
276: 10    A.   It did not.
276: 11    Q.   Is that important in
276: 12      applying the risk/benefit analysis that
276: 13      we talked about before?
276: 14    A.   Yes.   Because if there were
276: 15      a drug that was -- when Vioxx first came
276: 16      out, there were a lot of articles in the
276: 17      newspapers calling it the super aspirin
276: 18      and kind of implying that it worked much
276: 19      better than aspirin or Motrin.   If that
276: 20      were true, then maybe for somebody with
276: 21      really bad arthritis, you might even be
276: 22      willing to consider a slight increase in
276: 23      some other risks if this was really the
276: 24      most fantastic pain reliever ever.   But
277: 1      it's about as good as all the others we
277: 2      have.
277: 3    Q.   Let me go on.
277: 4      Do you know whether or
277: 5      not -- do you have an opinion as to
277: 6      whether or not Vioxx had any effect on
277: 7      the GI system?
277: 8    A.   Yes.
277: 9    Q.   And what is that opinion?
277: 10    A.   Well, like all drugs in the
277: 11      nonsteroidal class, it's more irritating
277: 12      than not taking anything.   But it also,
277: 13      in the VIGOR study, was found to actually
277: 14      be less irritating to the stomach and
277: 15      less producing of important gastric
277: 16      problems than other drugs like naproxen
277: 17      in particular.

**94 277:20    -   280:8**    Avorn, Jerome 2006-06-29

277: 20      In assessing the benefits
277: 21      and the risks of Vioxx, have you
277: 22      considered the fact that at least
277: 23      compared to naproxen it had a better GI
277: 24      benefit?
278: 1    A.   Yes.   That was actually the
278: 2      substance of the discussions that I had
278: 3      with my colleagues around the time that
278: 4      the VIGOR data was coming out, that,
278: 5      well, if it is worse for your heart but
278: 6      better for your stomach, is that a
278: 7      tradeoff that was worth making?   Because
278: 8      often in either practice or research or
278: 9      teaching medical students or residents, I
278: 10      have to confront the issue of this drug
278: 11      is worse in this respect but better in
278: 12      this respect, and how do you balance
278: 13      those two.
278: 14      There's a couple of sections
278: 15      in my book about that, because a lot of
278: 16      drugs will have some pluses and some
278: 17      minuses, and you have to be able to
278: 18      measure them and then weigh them.
278: 19    Q.   Do you know whether or not
278: 20      Merck, in connection with Vioxx, as time
278: 21      went on, suggested that patients who are
278: 22      at risk for heart problems should take

| | | Objections | Ruling in Barnett |
|---|---|---|---|

278: 23   aspirin?
278: 24  A.  Yes.
279: 1    Q.  That Vioxx was no substitute
279: 2   for aspirin?
279: 3  A.  Correct.  They stated that.
279: 4    Q.  In patients in which aspirin
279: 5   and Vioxx were taken, how did that affect
279: 6   the GI benefit?  Do you have an opinion
279: 7   as to that?
279: 8  A.  I have an opinion.
279: 9    Q.  And what is that opinion?
279: 10  A.  Well, based on Merck's own
279: 11   study, they did a study which I think was
279: 12   called the aspirin endoscopy study in
279: 13   which they actually looked at whether or
279: 14   not the gentler on your stomach advantage
279: 15   of Vioxx would still be there in patients
279: 16   who needed to take a baby aspirin a day
279: 17   to protect their heart.
279: 18   Because after the VIGOR
279: 19   study came out, Merck themselves were
279: 20   saying, if you need to be on aspirin
279: 21   while you're taking Vioxx, you should
279: 22   take aspirin to protect your heart.
279: 23   And in the study which they
279: 24   conducted of patients who were given both
280: 1   aspirin and Vioxx, what they found was
280: 2   that the protective effect on the stomach
280: 3   of Vioxx was actually lost if a patient
280: 4   was taking aspirin in addition.  That is,
280: 5   you couldn't demonstrate the
280: 6   gastroprotective effect of Vioxx if a
280: 7   patient was taking a baby aspirin
280: 8   alongside it.

95 **280:11** - **281:2** Avorn, Jerome 2006-06-29
280: 11   Do you have an opinion that
280: 12   you hold to a reasonable degree of
280: 13   medical and scientific certainty as to
280: 14   whether or not Vioxx is capable of
280: 15   causing heart attacks in human beings?
280: 16  A.  I have an opinion.
280: 17    Q.  And what is that opinion?
280: 18  A.  That Vioxx does cause heart
280: 19   disease, specifically heart attacks in
280: 20   human beings.
280: 21    Q.  Would you briefly give us
280: 22   the basis of that opinion?
280: 23  A.  Yes.  I think that there's a
280: 24   number of different reasons for coming to
281: 1   that opinion, all of which, in my view,
281: 2   point in the same direction.

96 **284:11** - **286:12** Avorn, Jerome 2006-06-29
284: 11   What are the bases of your
284: 12   opinion as an epidemiologist that Vioxx
284: 13   is capable of causing heart attacks in
284: 14   human beings?
284: 15  A.  The clinical trial evidence
284: 16   I think is the number one strongest
284: 17   indication for -- or evidence for this,
284: 18   that randomized controlled clinical
284: 19   trials double blind in which patients who
284: 20   were given Vioxx compared to other drugs,
284: 21   the consistency of the evidence that
284: 22   Vioxx causes a higher number of heart
284: 23   attacks or other cardiovascular adverse

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 284: 24 | events from a number of studies which we | | |
| 285: 1 | could go through, that is one key | | |
| 285: 2 | foundation of this association.  And that | | |
| 285: 3 | was found in VIGOR, in 090, in ADVANTAGE, | | |
| 285: 4 | in a number of studies, most of which | | |
| 285: 5 | actually were conducted by Merck which | | |
| 285: 6 | showed -- | | |
| 285: 7 | Q.  APPROVe? | | |
| 285: 8 | A.  -- a higher -- I'm sorry? | | |
| 285: 9 | Q.  APPROVe, does APPROVe fit in | | |
| 285: 10 | there? | | |
| 285: 11 | A.  APPROVe, I'm sorry, that was | | |
| 285: 12 | the one that got it off the market. | | |
| 285: 13 | All of those are studies | | |
| 285: 14 | which showed a higher rate of heart | | |
| 285: 15 | attacks and other cardiovascular outcomes | | |
| 285: 16 | in patients given Vioxx.  That is one | | |
| 285: 17 | line of evidence. | | |
| 285: 18 | The other line of evidence, | | |
| 285: 19 | which is totally separate, but also | | |
| 285: 20 | points in the same direction, is studies | | |
| 285: 21 | of the kind that we have done where you | | |
| 285: 22 | look at people taking Vioxx compared to | | |
| 285: 23 | people taking Celebrex compared to other | | |
| 285: 24 | medications, and, again, finding that the | | |
| 286: 1 | people taking Vioxx out there in the | | |
| 286: 2 | normal world, not in the clinical trial, | | |
| 286: 3 | are having more heart attacks than people | | |
| 286: 4 | not taking it. | | |
| 286: 5 | And then in a way, the icing | Re: 286:5-9 | Re:  286:5-286:9 |
| 286: 6 | on the cake is if there is some reason | Def. Obj: Speaks to | Overruled |
| 286: 7 | for being able to say we think we may | biological plausibility | |
| 286: 8 | know why this happens, that is additional | mechanism, a subject | |
| 286: 9 | helpful information. | matter not contained in | |
| 286: 10 | Q.  And did you have all three | Dr. Avorn's report and on | |
| 286: 11 | of those in connection with -- to support | which he is not qualified | |
| 286: 12 | Vioxx? | to testify | |

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| 97 287:3 | - 288:14 | Avorn, Jerome 2006-06-29 | | |
| | 287: 3 | A.  Yes.  I think all three | | |
| | 287: 4 | lines of argument were present and | | |
| | 287: 5 | reasonably clear in the case of Vioxx. | | |
| | 287: 6 | Q.  All right.  Moving forward, | | |
| | 287: 7 | Doctor. | | |
| | 287: 8 | Do you have an opinion as to | | |
| | 287: 9 | whether or not it is generally accepted | | |
| | 287: 10 | in the medical and scientific community | | |
| | 287: 11 | today that Vioxx is capable of causing | | |
| | 287: 12 | heart attacks in human beings? | | |
| | 287: 13 | A.  Yes.  That was the unanimous | | |
| | 287: 14 | view of the FDA Advisory Committee that | | |
| | 287: 15 | met in 2005. | | |
| | 287: 16 | Q.  When you say "the unanimous | | |
| | 287: 17 | view," what do you mean? | | |
| | 287: 18 | A.  I think there were 32 people | | |
| | 287: 19 | voting, and I believe that 32 in answer | | |
| | 287: 20 | to the question, does Vioxx cause | | |
| | 287: 21 | cardiovascular disease in humans, I think | | |
| | 287: 22 | 32 out of the 32 said yes, and I don't | | |
| | 287: 23 | think anyone said no. | | |
| | 287: 24 | Q.  Okay. | | |
| | 288: 1 | Dr. Avorn, do you have an | | |
| | 288: 2 | opinion that you hold to a reasonable | | |
| | 288: 3 | degree of medical certainty as to whether | | |
| | 288: 4 | or not a person has to be taking Vioxx | | |
| | 288: 5 | for any particular period of time before | | |
| | 288: 6 | they are actually at risk for a | | |

| | Objections | Ruling in Barnett |
|---|---|---|

288: 7      Vioxx-induced heart attack?
288: 8      A. Well, in our study, we found
288: 9      an increase in risk in 1 to 30 days, as
288: 10      well as 30 to 90 days. So -- and we've
288: 11      recently just in the last week or two
288: 12      seen that the contention --
288: 13      Q. Let me ask you a question.
288: 14      A. Okay.

98 **290:5** - **290:11**    Avorn, Jerome 2006-06-29

290: 5      Has there been any evidence
290: 6      that has come out in the past two days
290: 7      that support your opinion that there is
290: 8      not a period of time in which it is
290: 9      necessary for a person to be on Vioxx
290: 10      before they develop a Vioxx-induced heart
290: 11      attack?

**Objections for 98:**
Re: 290:5-11
**Def. Obj:** Plaintiff seeks to elicit opinions not disclosed in Dr. Avorn's expert report.

**Ruling for 98:**
Re: 290:5-290:11
Overruled

99 **290:15** - **291:21**    Avorn, Jerome 2006-06-29

290: 15      A. Well, let's call it the last
290: 16      week, because it was put up on the
290: 17      website of the New England Journal of
290: 18      Medicine in the last several days, and I
290: 19      don't remember if it was two or three.
290: 20      Q. Go ahead.
290: 21      A. But it has just become known
290: 22      to the world at large that the analysis
290: 23      which was performed on the data from the
290: 24      APPROVe study, which was the study that
291: 1      was released in September of '04, which
291: 2      was the occasion for withdrawing the drug
291: 3      from the market, that the analysis which
291: 4      was initially done and reported in the
291: 5      New England Journal, to their
291: 6      embarrassment, was incorrect, and that it
291: 7      was -- it looked at this issue of before
291: 8      18 months versus after 18 months in a way
291: 9      that was erroneous in a statistical
291: 10      sense. And that if one looks at it in
291: 11      the correct way, that there is not this
291: 12      phenomenon of no effect before 18 months
291: 13      and then the effect starts.
291: 14      Q. And --
291: 15      A. And if I could just complete
291: 16      that thought.
291: 17      The New England Journal
291: 18      required the authors of that paper to
291: 19      publish a correction to their original
291: 20      report, which is the new element that has
291: 21      come out in just the last few days.

**Objections for 99:**
Re: 290:15-291:21
**Def. Obj:** Undisclosed opinions, Merck did not have an opportunity to conduct a discovery deposition on these opinions and therefore preservation video deposition is not the proper means for plaintiff to present testimony on opinions that are not in report.

100 **292:2** - **293:8**    Avorn, Jerome 2006-06-29

292: 2      Q. Doctor, are there any other
292: 3      clinical trials that you are aware of in
292: 4      reviewing the materials we asked you to
292: 5      review which were shorter term studies
292: 6      where risks were seen?
292: 7      A. Yes. The VIGOR study itself
292: 8      only lasted nine months, and that was the
292: 9      study in which the four or five-fold
292: 10      increase in heart attacks was seen. So,
292: 11      if there was no effect before 18 months,
292: 12      it would have not been seen in VIGOR, but
292: 13      it was.
292: 14      In addition, studies like
292: 15      ADVANTAGE and study 090 were much briefer
292: 16      than that, and they also found an effect

| | | Objections | Ruling in Barnett |
|---|---|---|---|

292: 17      that was different in Vioxx users versus
292: 18      the comparison group in well under six
292: 19      months.
292: 20   Q.  And looking at all of those
292: 21      together, in your opinion, did a pattern
292: 22      emerge that in any way suggested, good or
292: 23      bad, that there was not a cutoff period
292: 24      of time where the risk begins?
293: 1   A.  I think looking at all the
293: 2      data together from the clinical trials,
293: 3      and in addition, separately looking at
293: 4      the data from the observational or the
293: 5      epidemiologic studies, the totality of
293: 6      the evidence does not suggest that there
293: 7      is a, quote, safe period early on when
293: 8      you don't get into trouble with the drug.

**101 294:21   -   296:6**      Avorn, Jerome 2006-06-29

294: 21   Q.  Doctor, we talked about the
294: 22      VIGOR study in the earlier part of your
294: 23      deposition.  Have you since come to learn
294: 24      that the data from the VIGOR study is
295: 1      different than you initially thought it
295: 2      was at the time it was published?
295: 3   A.  Yes.
295: 4   Q.  What did you understand is
295: 5      now different than what was originally
295: 6      reported by Merck in November of 2000?
295: 7   A.  Well, apparently -- not
295: 8      apparently, it is now agreed, I think, by
295: 9      all parties that there were three cases
295: 10      of heart attack in patients who were in
295: 11      the VIGOR study, who actually were in the
295: 12      Vioxx arm of the VIGOR study whose heart
295: 13      attacks were not included in the original
295: 14      report as it was published in the New
295: 15      England Journal of Medicine.
295: 16   Q.  Were those in any particular
295: 17      subgroup in the VIGOR study that is of
295: 18      clinical importance?
295: 19   A.  All of them were in what was
295: 20      called the aspirin not indicated group,
295: 21      which was the supposedly lower risk for
295: 22      cardiac disease subgroup of the study.
295: 23   Q.  In terms of the whole, what
295: 24      we call the naproxen issue, what
296: 1      significance, in as simple a way as you
296: 2      can explain it, what significance is it
296: 3      that the three deaths --
296: 4   A.  Heart attacks.
296: 5   Q.  -- heart attacks were not in
296: 6      the aspirin-indicated group?

**Re: 294:21-296:6**
**Def. Obj:** Opinions on
NEJM and VIGOR issue
not disclosed in expert
report, testimony is
cumulative of
Dr. Curfman's

Re: 294:21-296:6
Overruled

**102 297:11   -   299:5**      Avorn, Jerome 2006-06-29

297: 11      THE WITNESS:  Okay.
297: 12      The fact that the three
297: 13      heart attacks that were not
297: 14      originally reported in the first
297: 15      -- in the publication of the
297: 16      Vioxx -- of the VIGOR study, the
297: 17      importance of their having all
297: 18      occurred in the, quote, aspirin
297: 19      not indicated group is the
297: 20      following:
297: 21      The argument that was being
297: 22      made in the VIGOR study as it was
297: 23      published was that the reason that

**Re: 297:11-299:5**
**Def. Obj:** Opinions on
NEJM and VIGOR issue
not disclosed in expert
report, testimony is
cumulative of
Dr. Curfman's

Re: 297:11-299:5
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 297: 24 | there were more heart attacks seen | | |
| 298: 1 | in people taking Vioxx compared to | | |
| 298: 2 | people taking naproxen was that | | |
| 298: 3 | naproxen had this very powerful | | |
| 298: 4 | aspirin-like effect on your | | |
| 298: 5 | platelets which made them not | | |
| 298: 6 | clot, and that Vioxx didn't have | | |
| 298: 7 | that effect, and that's how | | |
| 298: 8 | naproxen was supposedly preventing | | |
| 298: 9 | heart attacks rather than having | | |
| 298: 10 | Vioxx cause heart attacks. | | |
| 298: 11 | The importance of those | | |
| 298: 12 | three cases occurring in the | | |
| 298: 13 | patients who didn't need aspirin | | |
| 298: 14 | group is that that doesn't fit, | | |
| 298: 15 | that if the issue was that Vioxx | | |
| 298: 16 | lacked the aspirin-like effect | | |
| 298: 17 | that naproxen supposedly had, then | | |
| 298: 18 | you would not expect people who | | |
| 298: 19 | didn't need aspirin to do any | | |
| 298: 20 | worse, but, in fact, the people | | |
| 298: 21 | who didn't need aspirin also did | | |
| 298: 22 | worse on Vioxx, which is | | |
| 298: 23 | consistent with the idea that it | | |
| 298: 24 | wasn't just about some imagined | | |
| 299: 1 | naproxen protective effect, but, | | |
| 299: 2 | rather, about the likelihood, | | |
| 299: 3 | which I think is now quite | | |
| 299: 4 | plausible that Vioxx was actually | | |
| 299: 5 | precipitating the heart attacks. | | |
| 103 **300:9**    -   **301:15** | Avorn, Jerome 2006-06-29 | | |
| 300: 9 | Q.  Let's go to the next | **Re: 300:9-300:16** | Re:  300:9-300:16 |
| 300: 10 | question that we asked you to address, | **Def. Obj:** Lawyer sidebar | Overruled |
| 300: 11 | which is Merck's investigation and | and it references improper | |
| 300: 12 | management of -- investigation of the | expert testimony. | |
| 300: 13 | potential of Vioxx to cause heart attacks | | |
| 300: 14 | and their management of that issue, the | | |
| 300: 15 | studies, the communications, et cetera. | | |
| 300: 16 | Okay? | | |
| 300: 17 | First of all, have you | | |
| 300: 18 | reviewed documents that were before the | | |
| 300: 19 | new drug application was filed for Vioxx? | | |
| 300: 20 | A.  Yes.  There were some | | |
| 300: 21 | initial reports of clinical trials that | | |
| 300: 22 | had been conducted. | | |
| 300: 23 | Q.  What is the term "signal," | | |
| 300: 24 | Doctor?  First of all, is the term | | |
| 301: 1 | "signal" something that is commonly used | | |
| 301: 2 | in your field of pharmacoepidemiology? | | |
| 301: 3 | A.  Yes. | | |
| 301: 4 | Q.  Would you please explain to | | |
| 301: 5 | the jury what a "signal" is? | | |
| 301: 6 | A.  Yes.  I think a good regular | **Re: 301:6-15** | Re:  301:6-301:15 |
| 301: 7 | language word would be "clue."  That if | **Def. Obj:** Improper expert | Overruled |
| 301: 8 | there may be some evidence that comes up | testimony including | |
| 301: 9 | that is not in itself a slam dunk proof | references to "smoking | |
| 301: 10 | that there's a problem, but something | gun" - answer is also | |
| 301: 11 | that might be called a smoking gun, | non-responsive to the | |
| 301: 12 | something that sure looks suspicious and | question. | |
| 301: 13 | warrants followup, even though in itself | | |
| 301: 14 | it does not absolutely wrap up the | | |
| 301: 15 | certainty that there's a problem. | | |
| 104 **301:22**    -   **302:7** | Avorn, Jerome 2006-06-29 | | |
| 301: 22 | Q.  Okay. | **Re: 301:23-302:7** | Re:  301:22-302:7 |
| 301: 23 | Doctor, do you have an | **Def. Obj:** Not the proper | Overruled |

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 301: 24 | opinion as to whether or not Merck should | subject of expert |
| 302: 1 | have recognized -- a reasonable and | testimony, witness is not |
| 302: 2 | prudent company with the knowledge that | qualified to opine on |
| 302: 3 | Merck had before the drug was on the | these subject matters, |
| 302: 4 | market should have recognized that there | including what a |
| 302: 5 | was the potential for cardiovascular | "reasonable and prudent |
| 302: 6 | disease in patients who took Vioxx? | company" should have |
| 302: 7 | A.  Yes. | done; improper state of |
| | | mind testimony; |
| | | undisclosed opinion |

105 **302:14    -  307:17**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 302: 14 | If one looks at the totality | |
| 302: 15 | of the information that was | **Re: 302:14-309:13** | **Re: 302:14-309:13** |
| 302: 16 | available as of the time that the | **Def. Obj:** Not the proper | Overruled |
| 302: 17 | new drug application was | subject of expert | |
| 302: 18 | submitted, there were a number of | testimony, witness is not | |
| 302: 19 | pieces of information from | qualified to opine on | |
| 302: 20 | clinical trial data, as well as | these subject matters, | |
| 302: 21 | from other sources, that certainly | including what a | |
| 302: 22 | raised a question as to whether or | "reasonable and prudent | |
| 302: 23 | not this was a problem.  And I'm | company" should have | |
| 302: 24 | not saying that they were slam | done; Witness offering | |
| 303: 1 | dunk, to use a phrase from the | undisclosed opinions | |
| 303: 2 | current administration, slam dunk | | |
| 303: 3 | evidence that there was a problem, | | |
| 303: 4 | but that certainly were very | | |
| 303: 5 | suspicious worries. | | |
| 303: 6 | - - - | | |
| 303: 7 | (Whereupon, Deposition | | |
| 303: 8 | Exhibit Avorn-31, Research | | |
| 303: 9 | Management Committee 4-10-96 | | |
| 303: 10 | MRK-ABC0048699 - MRK-ABC0048706, | | |
| 303: 11 | was marked for identification.) | | |
| 303: 12 | - - - | | |
| 303: 13 | BY MR. TISI: | | |
| 303: 14 | Q.  I'm going to hand you what I | | |
| 303: 15 | have had marked as Exhibit Number 31. | | |
| 303: 16 | And for the record, this is a Research | | |
| 303: 17 | Management Committee document dated | | |
| 303: 18 | October 10, 1996, MRK-ABC0048699. | | |
| 303: 19 | Have you seen this document | | |
| 303: 20 | before? | | |
| 303: 21 | A.  Yes, I have. | | |
| 303: 22 | Q.  Is this a document you | | |
| 303: 23 | relied on in supporting your opinion that | | |
| 303: 24 | there was a, quote, signal of potential | | |
| 304: 1 | cardiotoxicity for Vioxx prior to filing | | |
| 304: 2 | of the new drug application? | | |
| 304: 3 | A.  In part. | | |
| 304: 4 | Q.  Okay. | | |
| 304: 5 | Would you please go to Page | | |
| 304: 6 | 8. | | |
| 304: 7 | A.  Yes. | | |
| 304: 8 | Q.  First of all, what is | | |
| 304: 9 | MK-966? | | |
| 304: 10 | A.  That was the working name | | |
| 304: 11 | for Vioxx before it was called Vioxx. | | |
| 304: 12 | Q.  And is this a document that | | |
| 304: 13 | is a Merck document? | | |
| 304: 14 | A.  Yes. | | |
| 304: 15 | Q.  In Section 3, it indicates a | | |
| 304: 16 | section that says "Adverse Events."  Do | | |
| 304: 17 | you see that? | | |
| 304: 18 | A.  Yes. | | |
| 304: 19 | Q.  Okay. | | |
| 304: 20 | Would you tell us what, if | | |
| 304: 21 | anything, was significant in your review | | |
| 304: 22 | of this document which supports your | | |

| | Objections | Ruling in Barnett |
|---|---|---|

304: 23          opinions?

304: 24    A.  Sure.  In fairness, I should

305: 1         point out that these were very, very big

305: 2         doses of Vioxx.  This was before they

305: 3         really knew what the right dose would be,

305: 4         and so these doses were 125 to 175

305: 5         milligrams.  I think that's part of the

305: 6         picture here.

305: 7    Q.  Sure.

305: 8    A.  Having said that, the second

305: 9         paragraph -- and the other important

305: 10        point was that this study lasted only six

305: 11        weeks.  And so it was a really remarkably

305: 12        short period of time in which you really

305: 13        would not expect to see a cardiovascular

305: 14        risk because it was only a

305: 15        month-and-a-half long.

305: 16        And the second paragraph

305: 17        reads, "Adverse events of most concern

305: 18        were in the cardiovascular system (e.g.,

305: 19        MI) or heart attack, "unstable angina"

305: 20        which is increasing chest pain from heart

305: 21        disease, "rapid fall in hemoglobin and

305: 22        hematocrit in some subjects, and a small

305: 23        increase in blood pressure."

305: 24    Q.  And this is October of 1996?

306: 1    A.  Correct.

306: 2         And then the next sentence

306: 3         which I think is also relevant, "We plan

306: 4         to evaluate MK-966" or Vioxx "in a study

306: 5         where subjects are also given low-dose

306: 6         aspirin."

306: 7    Q.  Was that study ever done?

306: 8    A.  It was not until the VIGOR

306: 9         data came out in 2000 that Merck began to

306: 10        advocate using aspirin in people taking

306: 11        Vioxx, and so that would have been, oh,

306: 12        four years later.

306: 13    Q.  All right.

306: 14        Now, Doctor, did you also

306: 15        review the medical officer reviews for

306: 16        Vioxx, the FDA medical officer review for

306: 17        Vioxx when the drug was approved?

306: 18    A.  Yes.

306: 19    Q.  And did you consider the

306: 20        views of the medical officer when forming

306: 21        your opinions?

306: 22    A.  Yes.  Because that was what

306: 23        was known at the time.

306: 24    Q.  What, if any, significance,

307: 1         and I'm going to try to go through these

307: 2         fairly quickly, what, if any,

307: 3         significance was there in the

307: 4         cardiovascular section of the medical

307: 5         officer review for the Vioxx clinical

307: 6         trial program that assisted you in

307: 7         formulating your opinions?

307: 8    A.  Well, a number of the FDA

307: 9         staff that were evaluating Vioxx, and I'm

307: 10        thinking of Dr. Pulayo, Dr. Villalba and

307: 11        Dr. Targum, were struck with and noticed

307: 12        and wrote about the fact that there

307: 13        appeared to be an excess of

307: 14        cardiovascular disease in patients who

307: 15        were given Vioxx in the clinical trials

307: 16        that were submitted by Merck to FDA in

307: 17        the late '90s.

Objections | Ruling in Barnett

106 **308:6**    -    **309:13**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 308: 6 | Q.  I'm going to show you a |
| 308: 7 | document.  First of all, is this a |
| 308: 8 | document that you reviewed in the context |
| 308: 9 | of your opinions that you prepared to |
| 308: 10 | render in this case? |
| 308: 11 | A.  Yes. |
| 308: 12 | Q.  Okay. |
| 308: 13 | What is this document, |
| 308: 14 | Doctor? |
| 308: 15 | A.  This is labeled "Scientific |
| 308: 16 | Advisors Meeting, May 3-May 6, 1998." |
| 308: 17 | Q.  And what is this document? |
| 308: 18 | A.  This is a summary of the |
| 308: 19 | report of a group of scientific advisors |
| 308: 20 | that Merck pulled together to advise it |
| 308: 21 | on the development of the -- of Vioxx as |
| 308: 22 | it was in its preapproval state, that is, |
| 308: 23 | before it was  -- before the FDA approved |
| 308: 24 | it. |
| 309: 1 | Q.  Would you turn to Page 11 of |
| 309: 2 | this document? |
| 309: 3 | A.  Yes. |
| 309: 4 | Q.  Under the section entitled |
| 309: 5 | "Cardiovascular." |
| 309: 6 | A.  Yes. |
| 309: 7 | Q.  Do you see that? |
| 309: 8 | A.  Yes. |
| 309: 9 | Q.  Would you please tell the |
| 309: 10 | members of the jury what Merck was being |
| 309: 11 | told by its Board of Scientific Advisors |
| 309: 12 | about the potential problems for Vioxx |
| 309: 13 | prior to the drug being on the market? |

107 **309:21**    -    **311:12**    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 309: 21 | THE WITNESS:  The Board of |
| 309: 22 | Scientific Advisors drew the |
| 309: 23 | company's attention to three |
| 309: 24 | specific issues that were there |
| 310: 1 | here.  One was the possibility of, |
| 310: 2 | we talked about this balance of |
| 310: 3 | COX-1 and COX-2, that if you block |
| 310: 4 | COX-2 and don't block COX-1, the |
| 310: 5 | committee, which was outside |
| 310: 6 | pharmacologists of some renown, |
| 310: 7 | said here's something that could |
| 310: 8 | happen that one might expect or |
| 310: 9 | worry about if you block COX-2 and |
| 310: 10 | don't block COX-1 as much. |
| 310: 11 | One is "the development of |
| 310: 12 | lipid rich coronary plaques."  And |
| 310: 13 | that's basically gunk developed, |
| 310: 14 | building up in the artery of the |
| 310: 15 | heart, which can then erupt and |
| 310: 16 | form a clot and cause heart |
| 310: 17 | disease. |
| 310: 18 | Two, 'The destabilization of |
| 310: 19 | the cap of these plaques by |
| 310: 20 | inflammatory cells, making them |
| 310: 21 | 'rupture prone'."  And that is |
| 310: 22 | what we now believe is the |
| 310: 23 | mechanism of heart attacks.  That |
| 310: 24 | you have this fatty gunk sitting |
| 311: 1 | in your arteries, and then for |
| 311: 2 | some reason it ruptures and the |
| 311: 3 | fat is kind of spilled into the |

| | Objections | Ruling in Barnett |
|---|---|---|

311: 4     artery and that causes the clot to
311: 5     form and that causes the heart
311: 6     attack.
311: 7     And three, "The thrombotic
311: 8     occlusion of the vessel at the
311: 9     site of plaque rupture with
311: 10    ensuing consequences of ischemia."
311: 11    That basically means having a
311: 12    heart attack.

108 311:21    -    312:8    Avorn, Jerome 2006-06-29

311: 21    Q.   Doctor, putting all the kind
311: 22    of evidence that we've been talking about
311: 23    together, do you have an opinion as to
311: 24    whether or not there was evidence prior
312: 1     to Vioxx being on the market that a
312: 2     reasonable and prudent company reviewing
312: 3     the safety profile of this drug would
312: 4     have considered in terms of designing
312: 5     their clinical trial program and
312: 6     investigating this signal?
312: 7     A.   Yes.
312: 8     Q.   What is that opinion?

**Re: 311:21-312:8**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable and prudent company" should have done; Plaintiff seeks to elicit undisclosed opinions from witness

**Re: 311:21-312:8**
Overruled

109 313:2    -    316:8    Avorn, Jerome 2006-06-29

313: 2     THE WITNESS:  In developing
313: 3     a drug or looking at drug risks
313: 4     and benefits, it is necessary to
313: 5     look not just at what is found in
313: 6     a particular study, but also what
313: 7     is all the evidence about what
313: 8     might work and what might not
313: 9     work.  And, in fact, what might
313: 10    work can be very useful in
313: 11    planning the development of the
313: 12    drug.
313: 13    And when I teach in a course
313: 14    at Tufts Medical School for drug
313: 15    company executives about thinking
313: 16    about risks and benefits in drug
313: 17    development, one of the points I
313: 18    mention is that it's key to pull
313: 19    together everything that's known
313: 20    so that you can plan your clinical
313: 21    development program, whether it's
313: 22    animal studies or human studies or
313: 23    followup epidemiologic studies so
313: 24    as to follow up on signals.  Some
314: 1     signals may be good signals, like
314: 2     here is a potential really good
314: 3     effect of this drug that we want
314: 4     to find out more about, as well as
314: 5     the bad signals.
314: 6     And looking at it all
314: 7     together, there is the evidence
314: 8     from Merck's own pharmacology
314: 9     advisors saying here's some
314: 10    problems that you guys need to
314: 11    keep an eye out for because,
314: 12    specifically, 1, 2, 3, here are
314: 13    ways in which this drug might
314: 14    cause heart attacks.  Nobody knew
314: 15    specifically at the time that it
314: 16    would, but they were told, watch
314: 17    out for this.  I think there was
314: 18    some phrase in here that they
314: 19    should be actively pursued or

**Re: 313:2-316:8**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable and prudent company" should have done;
Plaintiff seeks to elicit undisclosed opinions from witness

| | | Objections | Ruling in Barnett |
|---|---|---|---|

314: 20    something to that effect.
314: 21    There were the earlier
314: 22    clinical trials that Merck had
314: 23    performed in which whatever the
314: 24    dose, if you have a drug that
315: 1     increases heart attacks in a
315: 2     six-week study, that's an
315: 3     important signal to worry about.
315: 4     There were the animal
315: 5     studies and other pharmacologic
315: 6     studies that say, gee, you know,
315: 7     maybe blocking COX-2 selectively
315: 8     is not a totally good idea, maybe
315: 9     there are some important good
315: 10    things a COX-2 does that you don't
315: 11    want to block totally.  And that
315: 12    was in the literature before the
315: 13    drug was on the market.
315: 14    And so combining the advice
315: 15    from their scientific advisors,
315: 16    the evidence from the animal
315: 17    studies, from the pharmacologic
315: 18    literature and the evidence from
315: 19    their own clinical trial
315: 20    suggesting an increase in events,
315: 21    I'm not saying they should have
315: 22    not marketed the drug, I'm not
315: 23    saying they should have pulled it
315: 24    off the market the day it was
316: 1     approved, but I am saying that
316: 2     these were some smoking guns that
316: 3     a reasonable company would have
316: 4     said, as we market this drug,
316: 5     let's make sure that we're also
316: 6     keeping an eye on this potential
316: 7     problem that we've been warned
316: 8     about from multiple sources.

110 327:18    -    328:1    Avorn, Jerome 2006-06-29
327: 18    Dr. Avorn, do you have an
327: 19    opinion that you hold to a reasonable
327: 20    degree of medical certainty as to when
327: 21    there was reasonable evidence of an
327: 22    association between Vioxx and heart
327: 23    attacks?
327: 24    A.  Yes.
328: 1     Q.  What is that opinion?

| | Objections | Ruling in Barnett |
|---|---|---|
| | Re: 327:18-328:1 | Re:  327:18-328:1 |
| | Def. Obj: Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters. See Merck's Daubert Motion. | Overruled |

111 329:19    -    330:16    Avorn, Jerome 2006-06-29
329: 19    That said, I have such an
329: 20    opinion, and it is that by the
329: 21    time the data from the VIGOR study
329: 22    were available to Merck, which
329: 23    would have been the spring of
329: 24    2000, combining the VIGOR data
330: 1     with the evidence from the other
330: 2     clinical trials, all of which
330: 3     Merck had conducted itself,
330: 4     coupled with the guidance that
330: 5     Merck had sought and received from
330: 6     its own Board of Scientific
330: 7     Advisors, coupled with the
330: 8     pharmacologic evidence that was
330: 9     out there in the literature prior
330: 10    to that point, by the spring of
330: 11    2000, the burden of evidence was
330: 12    enough to suggest that there was

| | Objections | Ruling in Barnett |
|---|---|---|
| | Re: 329:19-330:16 | Re:  329:19-330:16 |
| | Def. Obj: Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters. See Merck's Daubert Motion. | Overruled |

Objections | Ruling in Barnett

| | | |
|---|---|---|
| 330: 13 | indeed a reason for concern that | |
| 330: 14 | Vioxx was associated with heart | |
| 330: 15 | attack and other cardiovascular | |
| 330: 16 | disease in humans. | |

112 **331:5** - **333:13** Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 331: 5 | Q.  Let's talk about a couple of | |
| 331: 6 | those trials.  You mentioned the | |
| 331: 7 | ADVANTAGE trial before.  Could you tell | |
| 331: 8 | me, first of all, when did the ADVANTAGE | |
| 331: 9 | trial data become available to Merck as | |
| 331: 10 | best as you could tell from your review | |
| 331: 11 | of the evidence? | |
| 331: 12 | A.  As I understand it, | |
| 331: 13 | ADVANTAGE was conducted around the same | |
| 331: 14 | time frame as VIGOR, so that the evidence | |
| 331: 15 | from ADVANTAGE was becoming available in | |
| 331: 16 | 2000 just as the evidence from VIGOR was | |
| 331: 17 | becoming available. | |
| 331: 18 | Q.  Let's talk about ADVANTAGE | |
| 331: 19 | for a little bit. | |
| 331: 20 | Would you please describe | |
| 331: 21 | for the members of the jury what, if any, | |
| 331: 22 | significance you attach to the ADVANTAGE | |
| 331: 23 | study? | |
| 331: 24 | A.  Yes.  That was a study that, | |
| 332: 1 | as I recall, enrolled a smaller number | |
| 332: 2 | than VIGOR, my recollection would be | |
| 332: 3 | something like 4 or 5,000 patients who | |
| 332: 4 | were randomly allocated -- they were | |
| 332: 5 | patients with osteoarthritis.  And that's | |
| 332: 6 | important because one of the concerns | |
| 332: 7 | that was raised by Merck was, well, the | |
| 332: 8 | VIGOR study was in patients with | |
| 332: 9 | rheumatoid arthritis, and they are not | |
| 332: 10 | like typical patients, and they have more | |
| 332: 11 | heart disease, so that must be part of | |
| 332: 12 | why there were more heart attacks. | |
| 332: 13 | But ADVANTAGE was not about | |
| 332: 14 | rheumatoid arthritis, it was about | |
| 332: 15 | patients who had osteoarthritis, which is | |
| 332: 16 | the garden variety arthritis people get | |
| 332: 17 | in their hips and hands and knees and so | |
| 332: 18 | forth. | |
| 332: 19 | Secondly, ADVANTAGE was not | |
| 332: 20 | in comparison -- well, it was in | |
| 332: 21 | comparison with naproxen, but there were | |
| 332: 22 | patients in it who were taking aspirin as | |
| 332: 23 | I recall.  And as a result, the issue of, | |
| 332: 24 | well, this is only seen if you don't have | |
| 333: 1 | people taking aspirin I don't believe was | |
| 333: 2 | the case in ADVANTAGE. | |
| 333: 3 | It was also a relatively | |
| 333: 4 | brief study.  It did not last for the | |
| 333: 5 | full nine months on average that VIGOR | |
| 333: 6 | lasted.  It was much briefer than that, | |
| 333: 7 | and yet there was still a | |
| 333: 8 | disproportionate number of heart attacks | |
| 333: 9 | in the Vioxx group compared to the | |
| 333: 10 | comparison group.  And that was another | |
| 333: 11 | kind of brick in the wall indicating that | |
| 333: 12 | there was a higher rate of cardiovascular | |
| 333: 13 | disease in people given Vioxx. | |

113 **333:23** - **334:18** Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 333: 23 | Q.  Let's talk about the 090 | |
| 333: 24 | trial that you mentioned before. | |

|  | Objections | Ruling in Barnett |
|---|---|---|

334: 1    A.  Right.
334: 2    Q.  What is the 090 trial?
334: 3    A.  That was another study done
334: 4       in patients who had arthritis, and it was
334: 5       reviewed on the FDA materials along with
334: 6       study 085, I believe.  And 090 was
334: 7       important in this whole story because it
334: 8       was not testing Vioxx against naproxen,
334: 9       and so the idea that this was all because
334: 10      naproxen prevents heart attacks and that
334: 11      explains the VIGOR findings did not apply
334: 12      because the comparison groups in 090 were
334: 13      another nonsteroidal called nabumetone
334: 14      and placebo.  And there again, there was
334: 15      an increase in study 090 in the number of
334: 16      cardiovascular events that were in people
334: 17      randomly assigned to Vioxx compared to
334: 18      people on placebo or nabumetone.

114 335:21   -  336:18    Avorn, Jerome 2006-06-29
335: 21    Q.  Let me just ask you this.
335: 22       Do you know whether or not
335: 23       the, I think you used the word
335: 24       disproportionate distribution of heart
336: 1       attacks in that study, was that reported
336: 2       in the ADVANTAGE study in the published
336: 3       literature?
336: 4    A.  My understanding is that the
336: 5       version that eventually found its way
336: 6       into the press reported the so-called
336: 7       APTC composite but did not, as I
336: 8       understand it, report the actual number
336: 9       of heart attacks.  And the difference in
336: 10      the number of heart attacks on Vioxx
336: 11      compared to nabumetone or placebo was
336: 12      much more striking than the difference in
336: 13      the so-called APTC composite outcome.
336: 14      But that was not the way it was reported.
336: 15    Q.  Let's talk about 090 for a
336: 16       moment.  Do you know whether that study
336: 17       was ever published by Merck?
336: 18    A.  I can't recall that it was.

115 337:1   -  339:11    Avorn, Jerome 2006-06-29
337: 1       ask you this question.  Was 090, when did
337: 2       that become available to Merck?
337: 3    A.  My understanding is that
337: 4       that was also around the same time of
337: 5       2000.
337: 6    Q.  Okay.
337: 7       Now, in fairness, there's
337: 8       also another study called 085.  Are you
337: 9       familiar with that study?
337: 10    A.  Yes.  That was very much
337: 11      like 090.  And when the FDA reviewed the
337: 12      data, they reviewed them both together
337: 13      and did find this imbalance with more
337: 14      events in the Vioxx group than in the two
337: 15      other comparison groups, but for reasons
337: 16      that are unclear, most of the action
337: 17      seemed to be in the 090 and not in the
337: 18      085 piece of the study.
337: 19    Q.  In small studies like this,
337: 20      in other words, I think you mentioned it
337: 21      was a small study, if you see something
337: 22      in one small study and you don't see it
337: 23      in another study, do you ignore what you

| | Objections | Ruling in Barnett |
|---|---|---|

337: 24      see or how does that work in your
338: 1      profession?
338: 2  A.  The absence of a finding
338: 3      does not cancel out the presence of a
338: 4      finding especially if the finding is an
338: 5      excess risk of heart attacks.  And --
338: 6  Q.  Why is that?  Why is that?
338: 7  A.  Because sometimes you don't
338: 8      find a bad thing.  Sometimes you don't
338: 9      find a good thing.  So, for example,
338: 10      companies will often do multiple clinical
338: 11      trials, and if some show good effect and
338: 12      the others don't, very often they will
338: 13      bring the ones that show a good effect to
338: 14      FDA and say approve our drug on that
338: 15      basis because a lot of things can cause a
338: 16      study to yield a null finding, either a
338: 17      good effect or a bad effect, and we know
338: 18      that.  Studies are good things to do, and
338: 19      often things don't go as expected.
338: 20  Q.  Okay.
338: 21  A.  But I think when one looks
338: 22      at a 12-week study and you are seeing
338: 23      heart attacks, that's enormously
338: 24      important because you shouldn't be on
339: 1      anything that will cause a higher risk of
339: 2      heart attacks in 12 weeks.

| | | |
|---|---|---|
| 339: 3  Q.  Using VIGOR, 090 and | **Re: 339:3-11** | **Re:  339:3-339:11** |
| 339: 4      ADVANTAGE and all the other evidence you | **Def. Obj:** Not the proper | Overruled |
| 339: 5      talked about before, do you have an | subject of expert | |
| 339: 6      opinion to a reasonable degree of medical | testimony, witness is not | |
| 339: 7      certainty as to what a reasonable and | qualified to opine on | |
| 339: 8      prudent company looking at the totality | these subject matters, | |
| 339: 9      of that evidence should have concluded | including what a | |
| 339: 10      about the cardiovascular safety of Vioxx | "reasonable and prudent | |
| 339: 11      in the spring of 2000 when -- | company" should have | |
| | done. See Merck's | |
| 116 **340:3**     -    **342:23**  Avorn, Jerome 2006-06-29 | Daubert Motion. | |
| 340: 3  Q.  Doctor, what is your | Opinions also | |
| 340: 4      opinion? | undisclosed. | |
| 340: 5  A.  My opinion is that the | **Re: 340:3-342:23** | **Re:  340:3-342:23** |
| 340: 6      burden of evidence in the spring of 2000 | **Def. Obj:** Not the proper | Overruled |
| 340: 7      was such that there was evidence of a | subject of expert | |
| 340: 8      likely association between Vioxx and | testimony, witness is not | |
| 340: 9      heart disease in humans. | qualified to opine on | |
| 340: 10      - - - | these subject matters, | |
| 340: 11      (Whereupon, Deposition | including what a | |
| 340: 12      Exhibit Avorn-33, FDA Advisory | "reasonable and prudent | |
| 340: 13      Committee Briefing Document | company" should have | |
| 340: 14      2-8-01 (27 pages), was marked for | done. See Merck's | |
| 340: 15      identification.) | Daubert Motion. | |
| 340: 16      - - - | Opinions also | |
| 340: 17      BY MR. TISI: | undisclosed. | |
| 340: 18  Q.  Doctor, I'm going to show | | |
| 340: 19      you two documents I'm going to hand you | | |
| 340: 20      side by side.  One is Exhibit Number 33, | | |
| 340: 21      which is the FDA Advisory Committee | | |
| 340: 22      briefing document, specifically the | | |
| 340: 23      report of Dr. Villalba, and that is | | |
| 340: 24      February 8th, 2001. | | |
| 341: 1      And I'm also going to hand | | |
| 341: 2      you a second document, which is the FDA's | | |
| 341: 3      cardiovascular report consultation of a | | |
| 341: 4      Shari Targum. | | |
| 341: 5      Have you seen both of these | | |
| 341: 6      documents in connection with your | | |
| 341: 7      opinions? | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

341: 8    A.  I've reviewed both of these.
341: 9    Q.  Okay.
341: 10      Are these the kinds of
341: 11      things that experts like yourself would
341: 12      review in considering issues like the
341: 13      ones we've asked you to address?
341: 14    A.  Yes.  This is exactly the
341: 15      kind of information that FDA asked me to
341: 16      evaluate in relation to Lotronex around
341: 17      the question of whether it should be
341: 18      taken off the market around 2000 or so.
341: 19    Q.  Now, Doctor, let me ask you
341: 20      this.
341: 21      You reviewed both of these
341: 22      reports of these FDA medical officers.
341: 23      Do you know that or do you have an
341: 24      understanding as to whether they looked
342: 1      at these three studies together,
342: 2      ADVANTAGE, 090, 085 -- actually, we'll
342: 3      add 085 in there as well, and VIGOR, and
342: 4      reached the same conclusions you've
342: 5      reached?
342: 6    A.  That is my impression.
342: 7    Q.  Okay.
342: 8      Doctor, let me show you --
342: 9      let's go to Dr. Villalba's report for a
342: 10      moment.  If you can look at Page 11 and
342: 11      12.
342: 12    A.  Yes.
342: 13    Q.  Do you see at the bottom of
342: 14      there, there is a paragraph that starts,
342: 15      "The sponsor explanation for the excess
342: 16      of cardiovascular events in the VIGOR
342: 17      study"?  Do you see that?
342: 18    A.  Right.  Yes.
342: 19    Q.  Would you describe --
342: 20      And, of course, this is Dr.
342: 21      Villalba's report.  Would you describe
342: 22      the facts that -- what does Dr. Villalba
342: 23      conclude here?

**117 343:13    -    344:5**     Avorn, Jerome 2006-06-29

343: 13    A.  Okay.            **Re: 343:13-344:5**    Re:  343:13-344:5
343: 14      Dr. Villalba, who is an FDA      **Def. Obj:** Witness is    Overruled
343: 15      official who has reviewed all the data    speculating as to
343: 16      submitted while the drug was still on the    meaning of conclusions
343: 17      market, concluded that it was implausible    of FDA medical officer.
343: 18      that the difference between -- in the
343: 19      VIGOR study, that the difference in heart
343: 20      attack rates, and one can see that graph
343: 21      go up quite high for incidence of heart
343: 22      attacks in -- or thrombotic
343: 23      cardiovascular serious adverse
343: 24      experiences, the evidence that this could
344: 1      be explained by the fact that naproxen
344: 2      was preventing heart attacks was
344: 3      implausible.
344: 4    Q.  And what are the factors
344: 5      that Dr. Villalba indicates?

**118 345:18    -    347:13**     Avorn, Jerome 2006-06-29

345: 18    A.  Dr. Villalba was speaking      **Re: 345:18-346:1**    Re:  345:18-346:1
345: 19      specifically to the rapid rise in the    **Def. Obj:** Witness is    Overruled
345: 20      incidence of heart attacks in people    speculating as to
345: 21      taking Vioxx as compared with naproxen.    meaning of conclusions
345: 22      And she notes that there is no -- there    of FDA medical officer.
345: 23      are no placebo-controlled trials of

| | | Objections | Ruling in Barnett |
|---|---|---|---|

345: 24      naproxen that ever have shown that it
346: 1      reduces heart attacks.
346: 2   Q.  Stop right there.
346: 3      Is that something that you
346: 4      agree with?
346: 5   A.  Sure.
346: 6   Q.  Is that something you agreed
346: 7      with at the time?
346: 8   A.  I agree with it now too.
346: 9   Q.  Okay.
346: 10      Is it something that you
346: 11      actually investigated?
346: 12   A.  Yes.
346: 13   Q.  And you concluded that there
346: 14      was no evidence -- did you conclude --
346: 15      What did you conclude about
346: 16      the evidence of naproxen?
346: 17   A.  At the time that this was
346: 18      being discussed at FDA, we were
346: 19      concurrently doing research in my
346: 20      division on whether naproxen causes a
346: 21      reduction in the risk of heart attacks.
346: 22   Q.  Okay.
346: 23      Going to the next fact here
346: 24      noted by Dr. Villalba.
347: 1   A.  This is also in parallel
347: 2      with our own research, in that she points
347: 3      out that the effect of naproxen, and this
347: 4      is almost the exact language that we used
347: 5      in our paper, even though I had not seen
347: 6      her report at the time, that the effect
347: 7      size that you would need to have, that
347: 8      is, the protective effect of naproxen
347: 9      would need to be so huge that it would
347: 10      make it huger than had ever been seen
347: 11      with aspirin or with, frankly, any other
347: 12      drug for that matter, and that that also
347: 13      made the naproxen idea implausible.

119 **347:24**    -    **349:12**    Avorn, Jerome 2006-06-29
347: 24   Q.  Okay.  Next thing.
348: 1      Go to Section D.
348: 2   A.  Okay.
348: 3      She cites the other studies
348: 4      which we've talked about just now, 085,
348: 5      090 and 102, suggest -- this is her exact
348: 6      words.
348: 7      "Suggest trends towards
348: 8      higher rates of myocardial infarction,"
348: 9      or heart attack "in the rofecoxib," that
348: 10      is, Vioxx "group compared to active
348: 11      control groups."
348: 12   Q.  Doctor, let's turn to --
348: 13   A.  I'm sorry, just one other
348: 14      point, Mr. Tisi.
348: 15   Q.  Go ahead.
348: 16   A.  The next sentence, which I
348: 17      think is relevant here, is that she also
348: 18      points out -- because one of the things
348: 19      that we study in pharmacoepidemiology is
348: 20      doses and duration and whether or not
348: 21      there's a relationship to the effect.
348: 22      And she points out in 2001 that 085, 090
348: 23      and 102 involve lower doses of Vioxx and
348: 24      shorter durations of exposure than were
349: 1      seen in VIGOR and also allow the use of
349: 2      aspirin.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

349: 3    So, the reasons that had
349: 4    been put forward by Merck about why the
349: 5    VIGOR findings could be explained away,
349: 6    that is, no aspirin, patients had
349: 7    rheumatoid arthritis, there was a big
349: 8    dose of Vioxx used, and so this wouldn't
349: 9    apply to lower doses, and it was a long
349: 10   study, none of those were present in
349: 11   these studies, and yet the same increase
349: 12   in heart attack was seen.

**Re: 349:3-12**    Re: 349:3-349:12
**Def. Obj:** Witness    Overruled
testimony non-responsive
to any question, witness
was reading document
and then editorializes
without being asked any
questions.

120 **350:7    -    350:15**    Avorn, Jerome 2006-06-29
350: 7    Q.   Assuming it is February 8th,
350: 8         2001, is that about the time you had your
350: 9         conversation with Dr. Sherwood?
350: 10   A.   Yes.
350: 11   Q.   Now, let's go to Dr.
350: 12        Targum's report.
350: 13   A.   Okay.
350: 14   Q.   First of all, can we bring
350: 15        that up?

121 **351:11    -    354:24**    Avorn, Jerome 2006-06-29
351: 11        This is the report of Dr.
351: 12        Targum at the cardiorenal division,
351: 13        correct?
351: 14   A.   Yes.
351: 15   Q.   Okay.
351: 16        February 1st, 2004 --
351: 17   A.   2001.
351: 18   Q.   -- 2001, excuse me.
351: 19   A.   Right.
351: 20   Q.   Okay.
351: 21        If you'd go to page --
351: 22        actually 36 -- 34.
351: 23   A.   Got it.
351: 24   Q.   Do you see the Section 4 at
352: 1         the bottom of the page there, it talks
352: 2         about "Assessment of the sponsor's claim
352: 3         of CV risk"?
352: 4    A.   Yes.
352: 5    Q.   First of all, the sponsor's
352: 6         claim there that the "Sponsor claims that
352: 7         the difference in myocardial infarctions
352: 8         between the two groups is primarily due
352: 9         to the anti-platelet effects of
352: 10        naproxen."
352: 11   A.   Yes, I reviewed that
352: 12        section.
352: 13   Q.   Is that what they said in
352: 14        the VIGOR paper that we reviewed earlier
352: 15        today?
352: 16   A.   Yes.
352: 17   Q.   Okay.
352: 18        Is that what they were
352: 19        telling you and your people at Harvard?
352: 20   A.   That's what Dr. Sherwood
352: 21        told me.
352: 22   Q.   Okay.
352: 23        Is that what was being said
352: 24        by Merck publicly in your experience in
353: 1         2000 and 2001?
353: 2    A.   Correct.
353: 3    Q.   Okay.
353: 4         What does Dr. Targum say
353: 5         about the, quote, naproxen hypothesis?
353: 6    A.   I'll just read her words.

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| 353: 7 | | "The sponsor claims that the difference |
| 353: 8 | | in myocardial infarctions between the two |
| 353: 9 | | groups is primarily due to the |
| 353: 10 | | anti-platelet effects" or the protective |
| 353: 11 | | effects "of naproxen." |
| 353: 12 | | And then she goes on to say, |
| 353: 13 | | "This hypothesis is not supported by any |
| 353: 14 | | prospective placebo-controlled trials |
| 353: 15 | | with naproxen.  One can further argue |
| 353: 16 | | that, no matter what the attribution, the |
| 353: 17 | | results (from the cardiovascular |
| 353: 18 | | standpoint) are favorable for naproxen." |
| 353: 19 | Q. | Do you agree with that? |
| 353: 20 | A. | Yes. |
| 353: 21 | Q. | Is that what you testified |
| 353: 22 | | to earlier? |
| 353: 23 | A. | Yes. |
| 353: 24 | Q. | Next one, next bullet point |
| 354: 1 | | on the next page.  "The sponsor claims |
| 354: 2 | | that the majority of the cardiovascular |
| 354: 3 | | events in the VIGOR study occurred in |
| 354: 4 | | those patients who should have been |
| 354: 5 | | taking aspirin for cardioprotection." |
| 354: 6 | A. | Yes. |
| 354: 7 | Q. | Is that the issue that we |
| 354: 8 | | talked about before that had to be |
| 354: 9 | | corrected in the New England Journal of |
| 354: 10 | | Medicine? |
| 354: 11 | A. | That's right. |
| 354: 12 | Q. | And that was corrected in |
| 354: 13 | | 2005? |
| 354: 14 | A. | That's correct. |
| 354: 15 | Q. | Okay. |
| 354: 16 | | Do you agree with Dr. Targum |
| 354: 17 | | as to the significance of that fact? |
| 354: 18 | A. | Yes.  As she states it in |
| 354: 19 | | her own words, "This claim has not |
| 354: 20 | | convinced this medical reviewer," and she |
| 354: 21 | | goes on to say that there are increased |
| 354: 22 | | events, heart attacks in the Vioxx group |
| 354: 23 | | even in patients who did not fall into |
| 354: 24 | | the aspirin-indicated subgroup. |

| | | | | | |
|---|---|---|---|---|---|
| 122 **356:4** | - | **357:18** | Avorn, Jerome 2006-06-29 | | |
| | 356: 4 | Q. | Could you turn to Page 36, | **Re: 356:4-357:18** | Re:  356:4-357:18 |
| | 356: 5 | | please? | **Def. Obj:** Not the proper | Overruled |
| | 356: 6 | A. | Yes. | subject of expert | |
| | 356: 7 | Q. | At the bottom of the page | testimony, witness is not | |
| | 356: 8 | | there. | qualified to opine on | |
| | 356: 9 | A. | Yes. | these subject matters, | |
| | 356: 10 | Q. | The very bottom it says, | including labeling. | |
| | 356: 11 | | "Suggested labeling." | See Merck's Daubert | |
| | 356: 12 | A. | Yes. | Motion. | |
| | 356: 13 | Q. | Do you see that there? | | |
| | 356: 14 | A. | Yes. | | |
| | 356: 15 | Q. | Would you read what she says | | |
| | 356: 16 | | about that? | | |
| | 356: 17 | A. | Yes. | | |
| | 356: 18 | Q. | Well, actually, go to the | | |
| | 356: 19 | | second sentence, if you don't mind. | | |
| | 356: 20 | A. | All right. | | |
| | 356: 21 | | In bold it suggests labeling | | |
| | 356: 22 | | that would properly address CV risks. | | |
| | 356: 23 | Q. | In the last sentence there? | | |
| | 356: 24 | A. | "It would be difficult to | | |
| | 357: 1 | | imagine inclusion of VIGOR results in the | | |
| | 357: 2 | | rofecoxib" or Vioxx "labeling without | | |

|  | Objections | Ruling in Barnett |
|---|---|---|

357: 3     mentioning cardiovascular safety results
357: 4     in the study description as well as the
357: 5     Warnings section."
357: 6   Q. Okay.
357: 7     Do you agree with Dr.
357: 8     Targum?
357: 9   A. Yes.
357: 10   Q. Are all the opinions --
357: 11     So, in fairness, Doctor, I
357: 12     just want to be clear. The opinions that
357: 13     you gave earlier, are they consistent
357: 14     with what the medical officers were
357: 15     saying at the time when they reviewed the
357: 16     same data that you reviewed in connection
357: 17     with this litigation?
357: 18   A. Yes.

123 358:5     -   358:16     Avorn, Jerome 2006-06-29
358: 5     Does your opinions about the
358: 6     confluence of 090, 085, ADVANTAGE,
358: 7     APPROVe and all the other --
358: 8   A. Not APPROVe. You mean
358: 9     VIGOR.
358: 10   Q. VIGOR, and all the evidence
358: 11     surrounding that we've been talking
358: 12     about, do you come to the same
358: 13     conclusions about the validity of the
358: 14     naproxen hypothesis that both of these
358: 15     medical officers looking at the same
358: 16     information came to?

**Re: 358:5-16**
**Def. Obj:** Question seeks improper expert testimony - speculation as to the opinions two FDA medical officers.

Re: 358:5-16
Overruled

124 358:22     -   359:7     Avorn, Jerome 2006-06-29
358: 22     THE WITNESS: Yes, I do.
358: 23     And I think equally importantly,
358: 24     those are opinions which I wrote
359: 1     myself in our publications around
359: 2     this period.
359: 3     BY MR. TISI:
359: 4   Q. Okay.
359: 5     We haven't talked about the
359: 6     Alzheimer studies.
359: 7   A. Right.

125 359:13     -   359:24     Avorn, Jerome 2006-06-29
359: 13     Do you have an opinion to a
359: 14     reasonable degree of medical certainty as
359: 15     to whether or not there was reasonable
359: 16     evidence of increased mortality
359: 17     associated with Vioxx?
359: 18   A. Yes.
359: 19   Q. What is that opinion?
359: 20   A. That opinion is that there
359: 21     was an increase in mortality,
359: 22     particularly as reflected in the
359: 23     Alzheimer studies conducted by Merck with
359: 24     Vioxx.

126 366:23     -   367:1     Avorn, Jerome 2006-06-29
366: 23   Q. Doctor, when you looked at
366: 24     cardiac death in the Alzheimer's trials,
367: 1     was there an imbalance?

127 367:2     -   367:3     Avorn, Jerome 2006-06-29
367: 2   A. No.
367: 3   Q. Cardiac death.

128 367:4     -   368:24     Avorn, Jerome 2006-06-29

| | Objections | Ruling in Barnett |
|---|---|---|

367: 4   A.  I'm sorry.  I thought you
367: 5       meant cardiac outcomes.  I don't remember
367: 6       the cardiac death by heart.  Let me look
367: 7       at that.  I think that -- was the 8 to 2
367: 8       or 8 to 3 ratio of deaths, as I recall?
367: 9       And I can dig through it here, but if we
367: 10      agree that it was 8 to 2 or 8 to 3, the 2
367: 11      and 3 varied.  But there was a
367: 12      four-foldish increase.
367: 13   Q.  Is that significant, Doctor?
367: 14   A.  Well, it depends on what you
367: 15      mean by "significant."  It is striking.
367: 16      With small numbers, I honestly don't
367: 17      recall whether it was significant in the
367: 18      statistical sense.  But, again, I think
367: 19      if you tell me that there are four times
367: 20      as many people having cardiac deaths in
367: 21      group A versus group B, that would catch
367: 22      my attention.
367: 23   Q.  All right.
367: 24      Doctor, let's move on.
368: 1    A.  There's one point, Mr. Tisi,
368: 2       in answer to your question that I didn't
368: 3       get to say.  And that is, if one looks at
368: 4       the means of ascertaining events in these
368: 5       studies, I was struck with the fact that
368: 6       the studies did not seem to me as a
368: 7       geriatrician and as somebody who has
368: 8       written about geriatric pharmacology to
368: 9       be set up in a way that would ascertain
368: 10      cardiac events in a systematic way so
368: 11      that you could really be confident of the
368: 12      results that would come from any part of
368: 13      the study design that would identify who
368: 14      had a heart attack or who didn't or who
368: 15      had an angina and who didn't, who had a
368: 16      stroke and who didn't.
368: 17      I was underwhelmed with the
368: 18      care with which those outcomes were being
368: 19      looked at.  Perhaps their focus was just
368: 20      on tracking people's mental status.  But
368: 21      another reason that I suspect there was
368: 22      not a clear difference seen in
368: 23      cardiovascular events was that they were
368: 24      not being looked for very carefully.

129 **369:10**   -   371:18   Avorn, Jerome 2006-06-29
369: 10   Q.  Well, Doctor, did you review
369: 11      the data analysis plan and the standard
369: 12      operating procedure for ascertaining
369: 13      cardiovascular events?
369: 14   A.  Yes, I did.
369: 15   Q.  Okay.  And did you find, did
369: 16      you have an opinion as to whether or not
369: 17      this was set up appropriately to
369: 18      ascertain and analyze events in the Vioxx
369: 19      clinical trials?
369: 20   A.  Yes, I do.
369: 21   Q.  And what is that opinion?
369: 22   A.  Based on reviewing the
369: 23      cardiac standard operating procedure that
369: 24      Merck put together, which they argued was
370: 1       their response to the VIGOR data to look
370: 2       for cardiac events in all their other
370: 3       studies, I was struck with the fact that
370: 4       a number of key presentations of heart
370: 5       attack, that is, key manifestations of

Objections                    Ruling in Barnett

| | |
|---|---|
| 370: 6 | having a heart attack, seemed to have |
| 370: 7 | been deleted in the course of that |
| 370: 8 | standard operating procedure being |
| 370: 9 | implemented. |
| 370: 10 | So, for example, pulmonary |
| 370: 11 | edema, which is well known to be a |
| 370: 12 | presenting or a manifesting sign of a |
| 370: 13 | heart attack, congestive heart failure, |
| 370: 14 | arrhythmias, which is rhythm |
| 370: 15 | disturbances, all were excised from |
| 370: 16 | having been there before, were struck out |
| 370: 17 | in the version of the standard operating |
| 370: 18 | procedure at Merck that I saw, which |
| 370: 19 | would clearly result in under |
| 370: 20 | ascertainment or missing a lot of cases |
| 370: 21 | of heart attack, which particularly in |
| 370: 22 | the elderly, are going to present |
| 370: 23 | themselves in precisely that way. |
| 370: 24 | Q.  Doctor, do you have an |
| 371: 1 | opinion to a reasonable degree of medical |
| 371: 2 | certainty as somebody who has taught |
| 371: 3 | pharmaceutical company executives about |
| 371: 4 | looking at signals and designing clinical |
| 371: 5 | trials as to whether or not it was |
| 371: 6 | feasible to do a cardiovascular outcomes |
| 371: 7 | study that would have definitively |
| 371: 8 | answered this question while Vioxx was on |
| 371: 9 | the market? |
| 371: 10 | A.  Yes, I do. |
| 371: 11 | Q.  And what is that opinion? |
| 371: 12 | A.  My opinion is that it would |
| 371: 13 | have been feasible and ethical and quite |
| 371: 14 | doable to have such a study done in |
| 371: 15 | response to the signals that emerged and |
| 371: 16 | that the more than signals, the data that |
| 371: 17 | emerged from the studies we have been |
| 371: 18 | discussing. |
| | |
| 130 **374:18**    -    **384:19** | Avorn, Jerome 2006-06-29 |
| 374: 18 | Q.  I'm going to show you what I |
| 374: 19 | have had marked as Exhibit Number 36.  Is |
| 374: 20 | this the document to which you refer? |
| 374: 21 | A.  I think so. |
| 374: 22 | Q.  Okay. |
| 374: 23 | And when you look at the |
| 374: 24 | e-mail from Dr. Scolnick dated April 12, |
| 375: 1 | 2000, and this would have been right |
| 375: 2 | after the VIGOR study, the VIGOR on our |
| 375: 3 | timeline -- |
| 375: 4 | A.  Right. |
| 375: 5 | Q.  -- right after VIGOR was |
| 375: 6 | unblinded and the data became available? |
| 375: 7 | A.  Correct. |
| 375: 8 | Q.  Okay. |
| 375: 9 | Would you read what Dr. |
| 375: 10 | Scolnick has to say? |
| 375: 11 | A.  Yes.  This is to Dr. Reicin. |
| 375: 12 | "Hi, Alise.  I have been trading e-mails |
| 375: 13 | with Doug Greene in realtime.  We are all |
| 375: 14 | online too late.  I will tell you my |
| 375: 15 | worry quotient is high.  I actually am in |
| 375: 16 | minor agony.  What I really want to do is |
| 375: 17 | a 10,000 versus 10,000 patient study in |
| 375: 18 | mild to moderate osteoarthritis Tylenol |
| 375: 19 | versus Vioxx with PRN," which means as |
| 375: 20 | needed, "low-dose ASA," which is aspirin, |
| 375: 21 | "for those judged to need it.  Safety," I |

| | Objections | Ruling in Barnett |
|---|---|---|

375: 22      guess he means would be the "first
375: 23      primary endpoint and efficacy secondary
375: 24      or co-primary.  WE WILL NOT" now this is
376: 1      in capital letters, "WE WILL NOT KNOW FOR
376: 2      SURE WHAT IS GOING ON UNTIL WE DO THIS
376: 3      STUDY.  PLEASE THINK HARD ABOUT THE
376: 4      DESIGN BEFORE THE PAC MEETING.  Thanks,
376: 5      Ed."
376: 6    Q.  As somebody who conducts
376: 7      clinical trials and conducts
376: 8      epidemiologic studies and looks at these
376: 9      kinds of issues, would this have been an
376: 10      ethical study to do?
376: 11    A.  Yeah.  I think he got it
376: 12      exactly right.
376: 13    Q.  And was any such study ever
376: 14      done?
376: 15    A.  Not to my knowledge.
376: 16    Q.  Moving on, Doctor.
376: 17      Do you have an opinion as to
376: 18      whether or not to a reasonable degree of
376: 19      medical certainty, having reviewed all
376: 20      the documents you reviewed in connection
376: 21      with your prior experience, as to whether
376: 22      or not the benefits of Vioxx were
376: 23      outweighed by its risks?
376: 24    A.  Yes.
377: 1    Q.  And what is that opinion?
377: 2    A.  That its benefits were not
377: 3      outweighed by its risks.  If one counts
377: 4      up the number of serious gastrointestinal
377: 5      complications that it prevented, and it
377: 6      did at least in people not taking
377: 7      aspirin, and you compare those with the
377: 8      number of serious cardiovascular events
377: 9      that it caused, the numbers are actually
377: 10      quite close.  And clinically, it is worse
377: 11      to have a heart attack or a stroke than
377: 12      to have a GI bleed because you can fix
377: 13      the GI bleed by stopping the offending
377: 14      drug, maybe the patient may need a blood
377: 15      transfusion, and then they are as good as
377: 16      they were before.  But if you've had a
377: 17      heart attack or a stroke, there's often
377: 18      permanent damage to your heart or your
377: 19      brain, and you're usually not as good as
377: 20      you were before.
377: 21    Q.  Doctor, that brings me to
377: 22      another question.
377: 23      Do you have an opinion as to
377: 24      whether or not all NSAIDs have the same
378: 1      cardiovascular risk as Vioxx?
378: 2    A.  I have such an opinion.
378: 3    Q.  Okay.
378: 4      Is that something you've
378: 5      written about?
378: 6    A.  Yes.
378: 7    Q.  In fact, is that something
378: 8      that you looked at specifically in the
378: 9      context of your Vioxx studies compared to
378: 10      Celebrex?
378: 11    A.  Correct.
378: 12    Q.  And, in fact, that's
378: 13      something that you looked at in your
378: 14      NSAID study comparing naproxen to other
378: 15      drugs?
378: 16    A.  Correct.

**Objections column (at 376:17):**

**Re: 376:17-24**
**Def. Obj:** Asked and answered at 109:18-110:3, 380:10-385:8: Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including labeling and why physicians prescribe drugs. See Merck's Daubert Motion.

**Ruling in Barnett column (at 376:17):**

**Re: 376:17-376:24**
Overruled

<u>Objections</u>     <u>Ruling in Barnett</u>

378: 17     Q.   And in looking at the
378: 18          totality of evidence, do you have an
378: 19          opinion as to whether or not there is a,
378: 20          quote, class effect, a cardiovascular
378: 21          class effect between all nonsteroidal
378: 22          anti-inflammatory drugs?
378: 23     A.   I do have such an opinion.
378: 24     Q.   And what is that opinion?
379: 1      A.   My opinion is that there is
379: 2           not a unitary class effect, that is, it
379: 3           is not the same for all drugs, and that,
379: 4           in fact, there is a gradient of effects
379: 5           where with some drugs, which happen to be
379: 6           the ones that were taken off the market,
379: 7           namely, Vioxx and Bextra, having the
379: 8           worst risk of heart attack and stroke and
379: 9           then lower risk for Celebrex, but
379: 10          certainly Celebrex at high doses, and I
379: 11          think we know that from some clinical
379: 12          trial data, and then probably lower risk
379: 13          for the older nonsteroidals.  And then,
379: 14          of course, aspirin, on the other end of
379: 15          the spectrum, not only has no cardiac
379: 16          risk, but it prevents heart attacks.
379: 17     Q.   Have you communicated this
379: 18          opinion to the Food & Drug
379: 19          Administration?
379: 20     A.   Yes, I have.
379: 21     Q.   And is Celebrex still on the
379: 22          market, by the way?
379: 23     A.   Yes, it is.
379: 24     Q.   Is naproxen still on the
380: 1           market?
380: 2      A.   Yes, it is.
380: 3      Q.   Is diclofenac still on the
380: 4           market?
380: 5      A.   Yes, it is.
380: 6      Q.   Aspirin?
380: 7      A.   Yes.
380: 8      Q.   Naproxen?
380: 9      A.   Yes.
380: 10     Q.   Doctor, you testified that
380: 11          you're an expert in the factors that go
380: 12          into physician prescribing practices.
380: 13          What are those factors?
380: 14     A.   We've done a number of
380: 15          studies about what shapes physician
380: 16          prescribing decisions, and I mentioned
380: 17          the first one I published in 1982.  And
380: 18          in doing that work, we tried to define
380: 19          what predicts or drives what a doctor
380: 20          prescribes.  And a great deal of it is
380: 21          the doctor's perception of benefit versus
380: 22          risk which he or she learns from a
380: 23          variety of sources.
380: 24     Q.   What are the sources in
381: 1           which a pharmaceutical company
381: 2           communicates with doctors about their
381: 3           products?
381: 4      A.   Well, the legal governing
381: 5           document that is probably central because
381: 6           it determines what the company is allowed
381: 7           to say in all of its promotional material
381: 8           and all of its sales presentations is
381: 9           what FDA calls the labeling or sometimes
381: 10          it's called the package insert.  But it's
381: 11          a lengthy document, usually in small

Objections          Ruling in Barnett

| | |
|---|---|
| 381: 12 | print, that describes everything about a |
| 381: 13 | drug, what it's used for, what its |
| 381: 14 | benefits are, what its risks are, what |
| 381: 15 | its dose is and so forth. |
| 381: 16 | Q.  Are there any other methods |
| 381: 17 | by which a pharmaceutical company |
| 381: 18 | communicates with doctors that you're |
| 381: 19 | familiar with? |
| 381: 20 | A.  Sure.  They will also, of |
| 381: 21 | course, send out sales reps to doctors' |
| 381: 22 | offices to talk to us about the |
| 381: 23 | attributes of their drug, and, of course, |
| 381: 24 | they will take out ads in medical |
| 382: 1 | journals.  They will also take out ads or |
| 382: 2 | put commercials on TV for patients.  And |
| 382: 3 | they will sponsor continuing education |
| 382: 4 | programs for physicians. |
| 382: 5 | Q.  What about publication of |
| 382: 6 | medical articles? |
| 382: 7 | A.  Very often companies are |
| 382: 8 | heavily involved, as we've learned, in |
| 382: 9 | the publication of articles in the |
| 382: 10 | medical literature. |
| 382: 11 | Q.  Let me talk about some of |
| 382: 12 | those things for a moment.  Let's talk |
| 382: 13 | about the label for a moment. |
| 382: 14 | First of all, what's a black |
| 382: 15 | box warning? |
| 382: 16 | A.  A black box warning is the |
| 382: 17 | strongest kind of warning that appears on |
| 382: 18 | a label which is literally in a black |
| 382: 19 | box.  And if the FDA feels that there is |
| 382: 20 | a particularly important risk for a given |
| 382: 21 | drug, it insists that the manufacturer -- |
| 382: 22 | because the manufacturer kind of owns the |
| 382: 23 | words in the label and negotiates with |
| 382: 24 | the FDA, but ultimately it is the |
| 383: 1 | manufacturer's words, the FDA will insist |
| 383: 2 | that a black box appear at the very |
| 383: 3 | beginning of the description of the drug |
| 383: 4 | in the labeling information warning about |
| 383: 5 | a particular problem. |
| 383: 6 | Q.  What is a warning? |
| 383: 7 | A.  A warning is the next |
| 383: 8 | highest level of alert, and it is a |
| 383: 9 | section in the labeling in which the most |
| 383: 10 | important risks of a drug are presented. |
| 383: 11 | Q.  What about a precaution? |
| 383: 12 | A.  That's a much milder part of |
| 383: 13 | the labeling in which it's kind of a |
| 383: 14 | "watch out for this," but it's known as |
| 383: 15 | to be a lower standard of risk. |
| 383: 16 | - - - |
| 383: 17 | (Whereupon, Deposition |
| 383: 18 | Exhibit Avorn-37, Vioxx label |
| 383: 19 | 1999 MRK-LBL0000035 - |
| 383: 20 | MRK-LBL0000038, was marked for |
| 383: 21 | identification.) |
| 383: 22 | - - - |
| 383: 23 | BY MR. TISI: |
| 383: 24 | Q.  Let's look at the -- have |
| 384: 1 | you reviewed the label that was in effect |
| 384: 2 | from 1999 through 2002? |
| 384: 3 | A.  Yes, I have. |
| 384: 4 | Q.  And starting from the date |
| 384: 5 | of the VIGOR results, and let me hand |
| 384: 6 | that to you. |

| | Objections | Ruling in Barnett |
|---|---|---|

384: 7     Doctor, was there any black
384: 8     box warning for cardiovascular disease in
384: 9     this label?
384: 10   A.  There was no black box
384: 11     warning of any kind.
384: 12   Q.  Was there a warning?
384: 13   A.  No.
384: 14   Q.  Was there even a precaution
384: 15     in the original label that dealt with
384: 16     cardiovascular disease?
384: 17   A.  Let me just turn to the
384: 18     precautions section because I want to be
384: 19     sure I'm being fair to the company.

131 **384:22**   -   **385:8**   Avorn, Jerome 2006-06-29
384: 22     No.  I've just reviewed the
384: 23     precautions section again and I don't see
384: 24     anything about heart attack.
385: 1   Q.  And that was in effect until
385: 2     April of 2002?
385: 3   A.  That's correct.
385: 4   Q.  Okay.
385: 5     And VIGOR came out, VIGOR
385: 6     results became available in 2000, early
385: 7     2000?
385: 8   A.  In the spring of 2000.

132 **386:15**   -   **386:20**   Avorn, Jerome 2006-06-29
386: 15     Doctor, given what was known
386: 16     about Vioxx from 2000 to 2002, does this
386: 17     label contain information about
386: 18     cardiovascular risks that would have
386: 19     allowed physicians to weigh those risks
386: 20     against the benefits?

**Re:386:15-20** — **Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including labeling. See Merck's Daubert Motion. — Re:  386:15-386:20 Overruled

133 **388:19**   -   **389:5**   Avorn, Jerome 2006-06-29
388: 19     Does this label contain
388: 20     accurate medical and scientific
388: 21     information about the increased mortality
388: 22     seen in the Alzheimer's trials?
388: 23   A.  There's nothing in the label
388: 24     about the doubling of the death rate in
389: 1     the Alzheimer's study in this label.
389: 2   Q.  Is that, in your opinion,
389: 3     important information for doctors to
389: 4     consider in making a fair risk/benefit
389: 5     analysis for their patients?

**Re:388:19-389:5** — **Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including labeling. See Merck's Daubert Motion. — Re:  388:19-389:5 Overruled

134 **389:11**   -   **390:3**   Avorn, Jerome 2006-06-29
389: 11     THE WITNESS:  As someone who
389: 12     has published papers on doctors'
389: 13     assessment of risk versus benefit
389: 14     and how that drives their
389: 15     prescribing, and as someone who
389: 16     has conducted and studied programs
389: 17     to present information to doctors
389: 18     in an unbiased manner, I can
389: 19     assert with complete confidence
389: 20     that failing to indicate that a
389: 21     given drug has been associated
389: 22     with a doubling of death rate in a
389: 23     study that was statistically
389: 24     significant, failing to have that
390: 1     in the label does not give doctors
390: 2     the information they need to use
390: 3     that drug appropriately.

**Re: 389:11-390:3** — **Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including labeling. See Merck's Daubert Motion. — Re:  389:11-390:3 Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

135 390:15   -   390:18   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 390: 15   Q.   Doctor, have you looked at | **Re: 390:15-18** | Re:  390:15-390:18 |
| 390: 16        the 2002 label which I'm handing to you | **Def. Obj:** Not the proper | Overruled |
| 390: 17        now? | subject of expert | |
| 390: 18   A.   Yes, I have. | testimony, witness is not | |
| | qualified to opine on these | |
| | subject matters, | |

136 391:2   -   393:3   Avorn, Jerome 2006-06-29

| | including labeling. | |
|---|---|---|
| 391: 2   Q.   Is it your understanding | See Merck's Daubert | |
| 391: 3        that in April of 2002 the Vioxx label was | Motion. | |
| 391: 4        changed to include some information about | **Re: 391:2-393:3** | Re:  391:2-393:3 |
| 391: 5        the cardiac findings in the VIGOR study? | **Def. Obj:** Not the proper | Overruled |
| 391: 6   A.   Yes. | subject of expert | |
| 391: 7   Q.   And have you reviewed that, | testimony, witness is not | |
| 391: 8        Doctor? | qualified to opine on | |
| 391: 9   A.   Yes, I have. | these subject matters, | |
| 391: 10   Q.   And where does that -- | including labeling. | |
| 391: 11        First of all, let me ask | See Merck's Daubert | |
| 391: 12        you, is there a black box warning for | Motion. | |
| 391: 13        doctors in the 2002 label? | | |
| 391: 14   A.   No. | | |
| 391: 15   Q.   Is there a warning on | | |
| 391: 16        cardiovascular risk in the label? | | |
| 391: 17   A.   No. | | |
| 391: 18   Q.   Where does the information | | |
| 391: 19        about VIGOR appear in this label? | | |
| 391: 20   A.   It is over here in the | | |
| 391: 21        section that is called "Clinical | | |
| 391: 22        Studies." | | |
| 391: 23   Q.   Is it also in the | | |
| 391: 24        precautions section? | | |
| 392: 1   A.   I believe there is a | | |
| 392: 2        precaution about gastro -- about | | |
| 392: 3        cardiovascular effects. | | |
| 392: 4   Q.   Do you know whether or not | | |
| 392: 5        the -- | | |
| 392: 6        We talked about before, we | | |
| 392: 7        looked at the medical officer report of | | |
| 392: 8        Dr. Targum? | | |
| 392: 9   A.   Yes. | | |
| 392: 10   Q.   Okay. | | |
| 392: 11        Which talks about the, I | | |
| 392: 12        think her words were, it is hard to | | |
| 392: 13        conceive that this information from VIGOR | | |
| 392: 14        would not be contained in the warnings | | |
| 392: 15        section.  Do you remember that? | | |
| 392: 16   A.   Correct. | | |
| 392: 17   Q.   Okay. | | |
| 392: 18        Do you know whether or not | | |
| 392: 19        the FDA, in fact, did recommend that the | | |
| 392: 20        company include a warning about the | | |
| 392: 21        cardiovascular risk seen in VIGOR? | | |
| 392: 22   A.   Yes, I know that. | | |
| 392: 23   Q.   And do you have an opinion | | |
| 392: 24        as to whether or not there was a | | |
| 393: 1        reasonable evidence of association | | |
| 393: 2        between Vioxx and cardiovascular disease | | |
| 393: 3        at the time that VIGOR became available? | | |

137 393:9   -   393:16   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 393: 9   Q.   If that is the standard for | **Re: 392:23- 393:3** | Re:  393:9-393:16 |
| 393: 10        placing a warning -- | **Def. Obj:** Not the proper | Overruled |
| 393: 11   A.   Yes. | subject of expert | |
| 393: 12   Q.   -- would that information | testimony, witness is not | |
| 393: 13        alone have been enough to include the CV | qualified to opine on | |
| 393: 14        risk in the warnings section of the Vioxx | these subject matters, | |
| 393: 15        label? | including labeling. | |

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| | 393: 16 | A.  Yes. | See Merck's Daubert Motion. | |
| 138 394:1       -   394:13 | | Avorn, Jerome 2006-06-29 | | Re: 394:1-394:13 |
| | 394: 1 | Do you have an opinion, | Re: 394:1-13 | Overruled |
| | 394: 2 | again, to a reasonable degree of medical | Def. Obj: Not the proper | |
| | 394: 3 | certainty, as to whether or not the | subject of expert | |
| | 394: 4 | information in the warning label in 2002 | testimony, witness is not | |
| | 394: 5 | contained information about increased | qualified to opine on | |
| | 394: 6 | mortality? | these subject matters, | |
| | 394: 7 | A.  Do I have an -- I'm sorry. | including labeling. | |
| | 394: 8 | Do I have an opinion as to whether it was | See Merck's Daubert | |
| | 394: 9 | there? | Motion. | |
| | 394: 10 | Q.  Do you know whether it is | | |
| | 394: 11 | there or not? | | |
| | 394: 12 | A.  I know that it was not | | |
| | 394: 13 | there. | | |
| 139 395:19       -   395:24 | | Avorn, Jerome 2006-06-29 | | Re:  395:19-395:24 |
| | 395: 19 | Do you have an opinion to a | Re: 395:19-24 | Overruled |
| | 395: 20 | reasonable degree of medical certainty as | Def. Obj: Not the proper | |
| | 395: 21 | to whether or not the evidence of an | subject of expert | |
| | 395: 22 | association between Vioxx and increased | testimony, witness is not | |
| | 395: 23 | mortality should have been contained in | qualified to opine on | |
| | 395: 24 | the warnings section of the Vioxx label? | these subject matters, | |
| | | | including labeling. See | |
| | | | Merck's Daubert Motion. | |
| | | | Undisclosed opinion. | |
| 140 396:23       -   397:12 | | Avorn, Jerome 2006-06-29 | | Re: 396:23-397:2 |
| | 396: 23 | I have such an opinion, and | Re: 396:23-397:12 | Overruled |
| | 396: 24 | my opinion is that if a company is in | Def. Obj: Not the proper | |
| | 397: 1 | possession of data that indicates a | subject of expert | |
| | 397: 2 | statistically significant doubling of the | testimony, witness is not | |
| | 397: 3 | death rate in a placebo-controlled | qualified to opine on | |
| | 397: 4 | randomized control trial that it | these subject matters, | |
| | 397: 5 | conducted, then that information needs to | including labeling. | |
| | 397: 6 | be in the label to be able to guide | See Merck's Daubert | |
| | 397: 7 | physicians to make appropriate decisions | Motion. Undisclosed | |
| | 397: 8 | about the use of that drug. | opinion. | |
| | 397: 9 | Q.  Have you seen any evidence | | |
| | 397: 10 | that the FDA wanted to include | | |
| | 397: 11 | information about VIGOR and ADVANTAGE in | | |
| | 397: 12 | the warnings section? | | |
| 141 398:5       -   398:16 | | Avorn, Jerome 2006-06-29 | | Re: 398:5-398:16 |
| | 398: 5 | THE WITNESS:  I have seen | Re: 398:5-16 | Overruled |
| | 398: 6 | correspondence between Merck and | Def. Obj: Not the proper | |
| | 398: 7 | FDA in both directions about the | subject of expert | |
| | 398: 8 | modifications to the label that | testimony, witness is not | |
| | 398: 9 | were proposed. | qualified to opine on | |
| | 398: 10 | BY MR. TISI: | these subject matters, | |
| | 398: 11 | Q.  Okay. | including labeling. | |
| | 398: 12 | And do you know whether or | See Merck's Daubert | |
| | 398: 13 | not the FDA proposed that information | Motion. | |
| | 398: 14 | about VIGOR and ADVANTAGE on | | |
| | 398: 15 | cardiovascular events and cardiovascular | | |
| | 398: 16 | risk be placed in the warnings section? | | |
| 142 399:19       -   400:4 | | Avorn, Jerome 2006-06-29 | | Re: 399:19-400:4 |
| | 399: 19 | A.  Yes. | Re: 399:19-400:4 | Overruled |
| | 399: 20 | Q.  Okay. | Def. Obj: Not the proper | |
| | 399: 21 | Having seen it, and as | subject of expert | |
| | 399: 22 | somebody who is an expert in the factors | testimony, witness is not | |
| | 399: 23 | that drive doctors' prescribing | qualified to opine on | |
| | 399: 24 | practices, do you have an opinion as to | these subject matters, | |
| | 400: 1 | whether or not that kind of information | including labeling. | |
| | 400: 2 | in the warnings section would have | See Merck's Daubert | |

| | Objections | Ruling in Barnett |
|---|---|---|

| | | | |
|---|---|---|---|
| 400: 3 | assisted doctors in making a risk/benefit | Motion. | |
| 400: 4 | analysis for their patients? | | |

**143 400:11   -   400:20**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 400: 11 | THE WITNESS:  I have such an | **Re: 400:11-20** | Re:  400:11-400:20 |
| 400: 12 | opinion that that would have been | **Def. Obj:** Not the proper | Overruled |
| 400: 13 | an important piece of information | subject of expert | |
| 400: 14 | for doctors to have. | testimony, witness is not | |
| 400: 15 | BY MR. TISI: | qualified to opine on | |
| 400: 16 | Q.  Do you think that the lack | these subject matters, | |
| 400: 17 | of that information deprived doctors of | including labeling. | |
| 400: 18 | an important piece of information from | See Merck's Daubert | |
| 400: 19 | which they could make reasonable | Motion. | |
| 400: 20 | prescribing choices? | | |

**144 401:9   -   402:13**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 401: 9 | As someone who has done | **Re: 401:9-402:13** | Re:  401:9-402:13 |
| 401: 10 | research on published and peer-reviewed | **Def. Obj:** Not the proper | Overruled |
| 401: 11 | journals about physicians' assessments of | subject of expert | |
| 401: 12 | risks and benefits, and as someone who | testimony, witness is not | |
| 401: 13 | teaches physicians about weighing risks | qualified to opine on | |
| 401: 14 | and benefits, and has written a book | these subject matters, | |
| 401: 15 | about risks and benefits as drivers of | including labeling. | |
| 401: 16 | drug use, and as somebody who has written | See Merck's Daubert | |
| 401: 17 | a paper recently in the New England | Motion. | |
| 401: 18 | Journal about the effect of labeling on | | |
| 401: 19 | warnings and on prescribing, I can say | Also, 401:9 - 402:2 is | |
| 401: 20 | with a great deal of certainty that a | nonresponsive | |
| 401: 21 | physician not having information about | | |
| 401: 22 | doubling of mortality risk and of | | |
| 401: 23 | increased risk of heart attack caused by | | |
| 401: 24 | a drug would deprive that physician from | | |
| 402: 1 | the ability to be able to make a wise | | |
| 402: 2 | prescribing decision. | | |
| 402: 3 | Q.  Doctor, let me ask you this. | **Re: 402:3 - 405:2** | |
| 402: 4 | Do you have any evidence you | **Def. Obj:** | |
| 402: 5 | have seen in this case that the addition | Having Avorn attempt to | |
| 402: 6 | of such a warning, as opposed to a | interpret this Merck | |
| 402: 7 | precaution, would have been made a | document will not assist the | |
| 402: 8 | difference with respect to prescribing | jury (702); not proper | |
| 402: 9 | practices with respect to Vioxx? | expert testimony: witness | |
| 402: 10 | A.  Yes. | is being used as a prop | |
| 402: 11 | MR. TISI:  Let me show you | for lawyer argument & to | |
| 402: 12 | what I'd like to have marked as | introduce this document | |
| 402: 13 | Exhibit Number 39. | | |

**145 403:3   -   403:13**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 403: 3 | Q.  Doctor, have you seen this | **Re: 403:3-13** | Re:  403:3-403:13 |
| 403: 4 | before in preparation for your testimony | **Def. Obj:** Entire | Overruled |
| 403: 5 | today? | examination on this | |
| 403: 6 | A.  Yes, I have. | document is not proper | |
| 403: 7 | Q.  Would you describe -- | expert testimony, | |
| 403: 8 | First of all, this is July | witness not qualified | |
| 403: 9 | of 2001? | to talk about labeling | |
| 403: 10 | A.  Right. | | |
| 403: 11 | Q.  This is before the label | | |
| 403: 12 | change? | | |
| 403: 13 | A.  Right. | | |

**146 404:8   -   404:11**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 404: 8 | What does this document | **Re: 404:8-11** | Re:  404:8-404:11 |
| 404: 9 | indicate as to doctors' willingness to | **Def. Obj:** Entire | Overruled |
| 404: 10 | prescribe Vioxx if there is a warning | examination on this | |
| 404: 11 | versus a precaution?  Go ahead. | document is not proper | |
| | | expert testimony, witness | |
| | | not qualified and | |
| | | speculates. See Merck's | |

**147 404:15   -   405:2**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 404: 15 | THE WITNESS:  This document | |

|  | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 404: 16 | indicates that the individuals at | Daubert Motion. | |
| 404: 17 | Merck who prepared it had exactly | **Re: 404:15-405:2** | **Re: 404:15-405:2** |
| 404: 18 | the same impression as I did about | **Def. Obj:** Entire | Overruled |
| 404: 19 | the effect of a clear warning | examination on this | |
| 404: 20 | versus what they call a mild | document not proper | |
| 404: 21 | warning on utilization of the | expert testimony, | |
| 404: 22 | drug.  And what their graph | witness not qualified and | |
| 404: 23 | indicates is their projection that | speculates. See Merck's | |
| 404: 24 | utilization of the drug would be | Daubert Motion. | |
| 405: 1 | much lower if there was a strong | | |
| 405: 2 | warning versus a mild warning. | | |

| 148 405:14 | - 406:21 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 405: 14 | Q.  Is this consistent with your | **Re:405:14-406:3** | **Re:  405:14-406:3** |
| 405: 15 | own research that the various levels of | **Def. Obj:** Entire | Overruled |
| 405: 16 | warning make a difference with doctors? | examination on this | |
| 405: 17 | A.  Yes. | document is not proper | |
| 405: 18 | Q.  Doctor, you mentioned | expert testimony, | |
| 405: 19 | another method by which doctors | witness not qualified and | |
| 405: 20 | communicate -- companies communicate with | speculates. See Merck's | |
| 405: 21 | doctors is their statements to the press. | Daubert Motion. | |
| 405: 22 | I think you mentioned that before? | | |
| 405: 23 | A.  Right. | | |
| 405: 24 | Q.  Have you seen statements | | |
| 406: 1 | that Merck has made to the press about | | |
| 406: 2 | the cardiovascular safety of Vioxx? | | |
| 406: 3 | A.  Yes. | | |
| 406: 4 | MR. TISI:  I'm going to hand | | |
| 406: 5 | you what I would like to have | | |
| 406: 6 | marked as Exhibit Number 40. | | |
| 406: 7 | - - - | | |
| 406: 8 | (Whereupon, Deposition | | |
| 406: 9 | Exhibit Avorn-40, News Release | | |
| 406: 10 | 5-22-01, MRK-ABI0003228 - | | |
| 406: 11 | MRK-ABI0003230, was marked for | | |
| 406: 12 | identification.) | | |
| 406: 13 | - - - | | |
| 406: 14 | THE WITNESS:  Sounds right. | | |
| 406: 15 | BY MR. TISI: | | |
| 406: 16 | Q.  Doctor, have you seen this | | |
| 406: 17 | before as an example of the kind of | | |
| 406: 18 | communication that Merck made to the | | |
| 406: 19 | press? | | |
| 406: 20 | A.  Yes. | | |
| 406: 21 | Q.  What is this? | | |

| 149 407:3 | - 407:14 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 407: 3 | THE WITNESS:  This is | **Re: 407:3-14** | **Re:  407:3-407:14** |
| 407: 4 | labeled as a news release on | **Def. Obj:** Not the proper | Overruled |
| 407: 5 | Merck's stationary for immediate | subject of expert | |
| 407: 6 | release, and the title of it is -- | testimony, witness is not | |
| 407: 7 | and it's dated May 22nd, 2001. | qualified to opine on | |
| 407: 8 | And the title is "Merck Confirms | these subject matters, | |
| 407: 9 | Favorable Cardiovascular Safety | invades province of jury. | |
| 407: 10 | Profile of Vioxx." | See Merck's Daubert | |
| 407: 11 | BY MR. TISI: | Motion. | |
| 407: 12 | Q.  And this talks about the | | |
| 407: 13 | VIGOR study? | | |
| 407: 14 | A.  Right. | | |

| 150 408:2 | - 408:6 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 408: 2 | Knowing what you know about | **Re: 408:2-6** | **Re:  408:2-408:6** |
| 408: 3 | VIGOR, and looking at the medicine and | **Def. Obj:** Not the proper | Overruled |
| 408: 4 | science surrounding VIGOR, is this | subject of expert | |
| 408: 5 | medically and scientifically accurate | testimony, witness is not | |
| 408: 6 | information to disseminate to the public? | qualified to opine on | |

| | Objections | Ruling in Barnett |
|---|---|---|

151  **408:9     -   410:20**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 408: 9 | THE WITNESS:  A great deal | these subject matters, |
| 408: 10 | of my work, Mr. Tisi, involves | invades province of jury. |
| 408: 11 | looking at ways of presenting | See Merck's Daubert |
| 408: 12 | complicated information about drug | Motion. |
| 408: 13 | risks and drug benefits both to | **Re: 408:9-410:20** |
| 408: 14 | physicians and to patients.  We | **Def. Obj:** Not the proper |
| 408: 15 | did some of the first studies of | subject of expert |
| 408: 16 | how to present information to | testimony, witness is not |
| 408: 17 | patients back in the early 1980s | qualified to opine on |
| 408: 18 | relating to antibiotic risks and | these subject matters, |
| 408: 19 | benefits. | invades province of jury. |
| 408: 20 | We have since produced | See Merck's Daubert |
| 408: 21 | copious materials for patients in | Motion. |
| 408: 22 | our program in the State of | |
| 408: 23 | Pennsylvania explaining to them | |
| 408: 24 | the risks and benefits of various | |
| 409: 1 | drugs in addition to information | |
| 409: 2 | for doctors to teach them about | |
| 409: 3 | how to balance risks and benefits | |
| 409: 4 | of drugs in a program supported by | |
| 409: 5 | the State of Pennsylvania. | |
| 409: 6 | Our other studies on | |
| 409: 7 | presenting information about risks | |
| 409: 8 | and benefits to patients and to | |
| 409: 9 | physicians have been supported by | |
| 409: 10 | the National Institutes of Health | |
| 409: 11 | and the John A. Hartford | |
| 409: 12 | Foundation and a variety of other | |
| 409: 13 | sources, including the Arthritis | |
| 409: 14 | Foundation and Merck itself in a | |
| 409: 15 | current study that I'm doing with | |
| 409: 16 | Dr. Solomon about explaining to | |
| 409: 17 | patients how to balance their | |
| 409: 18 | risks and benefits of osteoporosis | |
| 409: 19 | drugs, of which the most prominent | |
| 409: 20 | one is made by Merck. | |
| 409: 21 | I have spent 25 years | |
| 409: 22 | studying the question of how one | |
| 409: 23 | can condense complicated data, | |
| 409: 24 | epidemiologic data, clinical data, | |
| 410: 1 | biological data, to doctors and | |
| 410: 2 | patients so as to inform their | |
| 410: 3 | prescribing in a way that is | |
| 410: 4 | driven by science and by patient | |
| 410: 5 | benefit, rather than driven by the | |
| 410: 6 | need to push or dump on a given | |
| 410: 7 | product.  That is what my career | |
| 410: 8 | has been about. | |
| 410: 9 | I spend most days thinking | |
| 410: 10 | about how to present such | |
| 410: 11 | information fairly.  And based on | |
| 410: 12 | that 25 and 20 years of | |
| 410: 13 | experience, published in | |
| 410: 14 | peer-reviewed journals, funded by | |
| 410: 15 | federal agencies and peer-reviewed | |
| 410: 16 | grant proposals, I can tell you | |
| 410: 17 | that this is an inadequate and a | |
| 410: 18 | deceptive way of presenting this | |
| 410: 19 | information to the press, to | |
| 410: 20 | doctors, to patients or to anyone. | |

**Re:  408:9-410:20**
Overruled

152  **411:16     -   412:9**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 411: 16 | Q.  Doctor, we have talked about | **Re: 411:16-412:9** |
| 411: 17 | another method of communicating risks and | **Def. Obj:** Not the proper |
| 411: 18 | benefits to patients and doctors as being | subject of expert |

**Re:  411:16-412:9**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

411: 19      the peer-reviewed published literature.
411: 20      We've talked about several articles today
411: 21      that did that.
411: 22    A.   Yes.
411: 23    Q.   Let's talk about the two
411: 24      articles that appeared in the New England
412: 1      Journal of Medicine, the APPROVe study
412: 2      and the VIGOR study.  Have you reviewed
412: 3      information about both of those studies?
412: 4    A.   Yes.
412: 5    Q.   Let's take VIGOR.  Was VIGOR
412: 6      accurate, complete and a scientifically
412: 7      appropriate way to present a fair and
412: 8      balanced picture of the data collected in
412: 9      that study?

**testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.**

153 412:14  -  412:16    Avorn, Jerome 2006-06-29
412: 14    A.   No, it was not.
412: 15    Q.   Okay.
412: 16      Why was it not, Doctor?

**Re: 412:14-16**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 412:14-412:16**
Overruled

154 413:7  -  414:23    Avorn, Jerome 2006-06-29
413: 7      Medically and scientifically
413: 8      having reviewed the VIGOR data and
413: 9      knowing what you know as an
413: 10      epidemiologist, was the information
413: 11      portrayed to doctors in a way that is
413: 12      medically and scientifically accurate?
413: 13    A.   No.
413: 14    Q.   Why is that?
413: 15    A.   Several reasons.  One is
413: 16      that it is inappropriate for authors,
413: 17      whether they work for a corporation or a
413: 18      university, to know about important side
413: 19      effects like a heart attack in patients
413: 20      in a study that they are reporting and to
413: 21      fail to include that information in the
413: 22      published version of that paper.  That's
413: 23      reason number one.
413: 24      Reason number two is the
414: 1      so-called flipping of the data, and,
414: 2      again, that's a Merck term, not mine, to
414: 3      present the difference in the heart
414: 4      attack rate between naproxen and Vioxx as
414: 5      being explained by the fact that naproxen
414: 6      was protecting patients' hearts, when at
414: 7      least an equally plausible conclusion,
414: 8      and, frankly, a far more plausible
414: 9      conclusion was that Vioxx was causing the
414: 10      heart attacks, and that inversion is
414: 11      something which was not a fair
414: 12      presentation of the data.
414: 13    Q.   Let's move forward to the
414: 14      APPROVe study.  Having reviewed the
414: 15      APPROVe study and now knowing what you
414: 16      know and seeing what you've seen, was the
414: 17      evidence presented and the information
414: 18      presented in the APPROVe study a
414: 19      medically and scientifically accurate
414: 20      presentation of the data collected in
414: 21      that study so that doctors in the
414: 22      scientific community would understand the
414: 23      risks and benefits associated with Vioxx?

**Re: 413:7-414:23**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 413:7-414:23**
Overruled

**Re: 414:13 - 417:2**
**Def. Obj:** Plaintiff tries to elicit testimony of undisclosed opinions

155 415:3  -  417:2    Avorn, Jerome 2006-06-29
415: 3      THE WITNESS:  All right.
415: 4      APPROVe was not a fair and

**Re: 415:3-416:12**
**Def. Obj:** Not the proper

**Re: 415:3-416:12**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|
| | | |

415: 5    accurate depiction of the data, we
415: 6    now know, for a couple of reasons.
415: 7    One is that it eliminated
415: 8    patients who had their cardiac
415: 9    events greater than two weeks
415: 10   after stopping the drug, and we
415: 11   now understand that there are
415: 12   aspects of the way that Vioxx
415: 13   might cause damage that could
415: 14   easily occur greater than two
415: 15   weeks after stopping the drug,
415: 16   and, in fact, the stroke data from
415: 17   the APPROVe followup does indicate
415: 18   that patients who had been on
415: 19   Vioxx continued to have a
415: 20   statistically significant higher
415: 21   rate of stroke after the study was
415: 22   completed or the active phase was
415: 23   completed compared to the patients
415: 24   who were on placebo.  That's
416: 1    reason number one.
416: 2    Reason number two is that it
416: 3    is now fairly well recognized that
416: 4    the study used an incorrect
416: 5    statistical approach which created
416: 6    the misimpression that the risk
416: 7    from Vioxx in that study only
416: 8    began at month 18 and that anyone
416: 9    taking the drug for less than 18
416: 10   months, according to the way that
416: 11   study was originally presented,
416: 12   had no risk.
416: 13   As of the last few days,
416: 14   that has been corrected in the New
416: 15   England Journal, and the statement
416: 16   that this is not a problem before
416: 17   18 months has been modified, as I
416: 18   understand it, in response to this
416: 19   becoming known by the editors of
416: 20   the New England Journal, who, as I
416: 21   know it, requested that change.
416: 22   And I think those are the
416: 23   two most important ways that, and
416: 24   very important ways, APPROVe did
417: 1    not present the data in an
417: 2    accurate and balanced manner.

subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 416:13-417:2**
**Def. Obj:** Contains undisclosed expert opinions that Merck did not have an opportunity to take a discovery deposition.

Re:  416:13-417:2
Overruled

156 **417:23    -   419:8**    Avorn, Jerome 2006-06-29
417: 23   Q.  Doctor, we talked about the
417: 24       ADVANTAGE study and the publication of
418: 1        the ADVANTAGE study.  Did the publication
418: 2        of the ADVANTAGE study contain
418: 3        information about myocardial infarction,
418: 4        heart attacks, as opposed to APTC events?
418: 5    A.  No.  The endpoint --
418: 6        although that data was collected, the
418: 7        endpoint that was chosen for publication
418: 8        was the so-called APTC or Anti-Platelet
418: 9        Trialists Collaborative definition, which
418: 10       was much broader.  That definition did
418: 11       not reveal a striking difference in
418: 12       outcomes, but had heart attacks, which is
418: 13       exactly the issue at hand, been the
418: 14       outcome that was presented, that would
418: 15       have revealed a difference.
418: 16   Q.  Did any of the published
418: 17       Alzheimer's studies publish the intention

| | Objections | Ruling in Barnett |
|---|---|---|
| 418: 18    to treat analysis that Dr. Chen reported | | |
| 418: 19    about the increased mortality in both of | | |
| 418: 20    those studies? | | |
| 418: 21  A.  No.  Even though that | | |
| 418: 22    analysis was done by Merck and available | | |
| 418: 23    to Merck, it was not presented in | | |
| 418: 24    published form to doctors. | | |
| 419: 1   Q.  Looking at all the major | **Re: 419:1-420:13** | Re:  419:1-419:8 |
| 419: 2    publications that were submitted to the | **Def. Obj:** Not the proper | Overruled |
| 419: 3    medical and scientific community, do you | subject of expert | |
| 419: 4    have an opinion as to whether or not the | testimony, question is vague | |
| 419: 5    medical and scientific information that | ("scientific evidence that | |
| 419: 6    came to them in their totality was a | came to *them");* undisclosed | |
| 419: 7    reasonable exposition of the medical and | opinion | |
| 419: 8    scientific information known to Merck? | | |

| | | |
|---|---|---|
| **157 419:14    -    420:13**  Avorn, Jerome 2006-06-29 | | Re:  419:14-420:13 |
| 419: 14    THE WITNESS:  As someone who | | Overruled |
| 419: 15    reviews articles for the New | | |
| 419: 16    England Journal of Medicine, | | |
| 419: 17    reviews articles for JAMA, a | | |
| 419: 18    number of other publications in | | |
| 419: 19    which the editors seek my peer | | |
| 419: 20    review as to the appropriateness | | |
| 419: 21    of presentation of the data, as | | |
| 419: 22    someone who has published over 200 | | |
| 419: 23    articles in which I myself have | | |
| 419: 24    been subjected to peer review | | |
| 420: 1    about the fairness of the | | |
| 420: 2    presentation of our own data, as | | |
| 420: 3    someone who has written widely | | |
| 420: 4    about physicians' and patients' | | |
| 420: 5    perception of risk and how that | | |
| 420: 6    perception drives their | | |
| 420: 7    prescribing, I can say that I have | | |
| 420: 8    never known a collection of papers | | |
| 420: 9    on any one topic in which there | | |
| 420: 10    has been such a constellation of | | |
| 420: 11    skewed and distorted presentation | | |
| 420: 12    of data in any drug studies that | | |
| 420: 13    I've ever looked at. | | |

| | | |
|---|---|---|
| **158 421:1    -    421:15**  Avorn, Jerome 2006-06-29 | | |
| 421: 1   Q.  Doctor, we talked about | **Re: 421:1-15** | Re:  421:1-421:15 |
| 421: 2    another method of Merck communicating the | **Def. Obj:** Not the proper | Overruled |
| 421: 3    risks, accurate information about the | subject of expert | |
| 421: 4    risks.  You do understand that there was | testimony, witness is not | |
| 421: 5    direct-to-consumer advertising for | qualified to opine on | |
| 421: 6    patients -- directly to patients, and | these subject matters, | |
| 421: 7    you've written about that, correct? | including direct-to- | |
| 421: 8  A.  Yes. | consumer marketing, | |
| 421: 9   Q.  Do you have an opinion as to | Undisclosed opinion; vague | |
| 421: 10    a reasonable degree of medical certainty | | |
| 421: 11    as to whether or not the | | |
| 421: 12    direct-to-consumer advertising conducted | | |
| 421: 13    by Merck played a role in what's a fair | | |
| 421: 14    and accurate depiction of the risks and | | |
| 421: 15    benefits associated with Vioxx? | | |

| | | |
|---|---|---|
| **159 421:22    -    423:2**  Avorn, Jerome 2006-06-29 | | |
| 421: 22    THE WITNESS:  Yes.  As I | **Re: 421:22-423:2** | Re:  421:22-423:2 |
| 421: 23    said in my Health Affairs article | **Def. Obj:** Not the proper | Overruled |
| 421: 24    about direct-to-consumer | subject of expert | |
| 422: 1    advertising a couple of years ago, | testimony, witness is not | |
| 422: 2    it's vital that patients be able | qualified to opine on | |
| 422: 3    to get a reasonable depiction of | these subject matters, | |
| 422: 4    both the good news and the bad | including direct-to- | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 422: 5 | news about a drug.  And given what | consumer marketing, | |
| 422: 6 | we now understand was available to | His opinions on direct | |
| 422: 7 | Merck at the time that all -- that | to consumer advertising | |
| 422: 8 | those $100 million a year of | are undisclosed | |
| 422: 9 | commercials and ads were being | | |
| 422: 10 | run, I think it is absolutely | | |
| 422: 11 | correct to say that they provided | | |
| 422: 12 | all the good news about the drug | | |
| 422: 13 | and did an inadequate job of | | |
| 422: 14 | presenting the bad news about the | | |
| 422: 15 | drug to patients. | | |
| 422: 16 | BY MR. TISI: | | |
| 422: 17 | Q.  Now, Doctor, let me turn to | | |
| 422: 18 | the one last topic I would ask you about | | |
| 422: 19 | here, and that is the detailing of the | | |
| 422: 20 | doctors, which is another method in which | | |
| 422: 21 | companies will communicate with doctors. | | |
| 422: 22 | Have you reviewed any of the | | |
| 422: 23 | detailing information that the provided | | |
| 422: 24 | to doctors? | | |
| 423: 1 | A.  Yes, as well as the training | | |
| 423: 2 | of the sales reps, which is part of that. | | |

**160 423:21    -    425:9**    Avorn, Jerome 2006-06-29

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 423: 21 | Q.  Did you see any information | **Re: 423:21-425:9** | **Re:  423:21-425:9** |
| 423: 22 | about how to respond to doctors' | **Def. Obj:** Not the proper | Overruled |
| 423: 23 | inquiries about cardiovascular events in | subject of expert | |
| 423: 24 | your review of the documents? | testimony, witness is not | |
| 424: 1 | A.  Yes. | qualified to opine on | |
| 424: 2 | Q.  What did you see? | these subject matters, | |
| 424: 3 | A.  Well, the most memorable was | (Dodgeball) | |
| 424: 4 | the dodge ball game that was apparently | Also-- | |
| 424: 5 | developed as a training tool for their | irrelevant given prescriber's | |
| 424: 6 | sales reps to be able to respond to | testimony | |
| 424: 7 | doctors' questions about the | | |
| 424: 8 | cardiovascular risks of Vioxx | | |
| 424: 9 | particularly after the APPROVe study | | |
| 424: 10 | findings had come out.  And I was | | |
| 424: 11 | struck -- | | |
| 424: 12 | Q.  You meant VIGOR, right? | | |
| 424: 13 | A.  I'm sorry.  That's what I | | |
| 424: 14 | meant to say. | | |
| 424: 15 | Q.  All right.  Okay. | | |
| 424: 16 | A.  And I was struck by the fact | | |
| 424: 17 | that the purpose is pretty much summed up | | |
| 424: 18 | in the name, that it was to dodge | | |
| 424: 19 | questions about this very important risk | | |
| 424: 20 | of the company's drug. | | |
| 424: 21 | Merck's training materials | | |
| 424: 22 | to their sales reps explicitly tell them, | | |
| 424: 23 | do not raise or do not initiate any | | |
| 424: 24 | discussion of our paper or of other | | |
| 425: 1 | papers related to cardiovascular risk. | | |
| 425: 2 | And there were a number of completely | | |
| 425: 3 | evasive answers that were being fed to | | |
| 425: 4 | the sales reps for them to give as | | |
| 425: 5 | responses to doctors who asked about | | |
| 425: 6 | whether or not this drug could cause | | |
| 425: 7 | heart attacks.  And that did not seem to | | |
| 425: 8 | me to be a reasonable or scientifically | | |
| 425: 9 | accurate presentation of the data. | | |

**161 426:17    -    426:22**    Avorn, Jerome 2006-06-29

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 426: 17 | Q.  We talked about academic | **Re: 426:17-22** | **Re:  426:17-426:22** |
| 426: 18 | detailing earlier in your deposition and | **Def. Obj:** Not the proper | Overruled |
| 426: 19 | the programs that you've developed and | subject of expert | |
| 426: 20 | studied and published in the New England | testimony, witness is not | |

| | Objections | Ruling in Barnett |
|---|---|---|

426: 21   Journal of Medicine.
426: 22   A. Yes.

**162 430:4 - 430:21** Avorn, Jerome 2006-06-29
430: 4   Q. Okay.
430: 5    Now, let me ask you, given
430: 6    all of that experience, Doctor, in your
430: 7    experience of 20-some odd, 30-some odd
430: 8    years in teaching how to communicate the
430: 9    risks and the benefits, looking at all
430: 10   the ways in which Vioxx was communicated,
430: 11   the risks and the benefits, the good news
430: 12   and the bad news to doctors, press
430: 13   releases, medical journals, labels,
430: 14   detailers, all of those things put
430: 15   together, do you have an opinion to a
430: 16   reasonable degree of medical and
430: 17   scientific certainty as to whether or not
430: 18   an accurate picture of the risks and
430: 19   benefits of the drugs was communicated to
430: 20   doctors so that they can make accurate
430: 21   prescribing decisions for their patients?

**163 431:9 - 432:10** Avorn, Jerome 2006-06-29
431: 9   THE WITNESS: That there was
431: 10   a pattern of gross distortion of
431: 11   the risks of Vioxx, and that no
431: 12   matter which way physicians turn,
431: 13   whether it was looking at the
431: 14   label, hearing what they were
431: 15   hearing from the Merck-trained
431: 16   sales representatives, trying to
431: 17   read the literature in the medical
431: 18   journals and trying to get some
431: 19   accurate, complete depiction of
431: 20   what was happening in the clinical
431: 21   trials, even the information their
431: 22   patients were bringing to them
431: 23   from the commercials and ads that
431: 24   they had seen, across the board,
432: 1    there was a pattern of what I
432: 2    would characterize as systematic
432: 3    distortion that rose almost to the
432: 4    level of grotesque. And, frankly,
432: 5    it was an embarrassment for me as
432: 6    a member of the medical profession
432: 7    that this was going on in
432: 8    presenting information to doctors
432: 9    in such a one-sided and lopsided
432: 10   way.

**164 432:19 - 433:3** Avorn, Jerome 2006-06-29
432: 19   Q. Now, is that opinion you
432: 20   just gave an opinion that you are basing
432: 21   on the scientific and medical information
432: 22   that you know was available at the time?
432: 23   A. It is the opinion of me as
432: 24   an expert who has spent 25 years studying
433: 1    the risks and benefits of drugs and how
433: 2    those risks and benefits should be
433: 3    communicated to doctors and to patients.

**165 447:15 - 447:16** Avorn, Jerome 2006-06-30
447: 15   Q. Doctor, once again, my name
447: 16   is Phil Beck, and I represent Merck.

**166 447:17 - 448:12** Avorn, Jerome 2006-06-30

**Objections column:**

qualified to opine on
these subject matters,
invades province of jury.
See Merck's Daubert
Motion.
**Re: 430:4-21**
**Def. Obj:** Not the proper
subject of expert
testimony, witness is not
qualified to opine on
these subject matters,
including whether
information was
accurately conveyed to
physicians; Plaintiff
elicits opinions concerning
undisclosed opinions

**Re: 431:9-432:10**
**Def. Obj:** same

**Re: 432:19-433:3**
**Def. Obj:** Improper
expert testimony,
witness opines on
subjects on which he is
not qualified including
labeling and marketing.
See Merck's Daubert
Motion.

**Ruling in Barnett column:**

**Re: 430:4-430:21**
Overruled

**Re: 431:9-432:10**
Objection overruled.

**Re: 432:19-433:3**
Overruled

Objections                    Ruling in Barnett

447: 17        As I understand it, sir, you
447: 18        were retained as an expert by the
447: 19        plaintiffs' lawyers in around May of
447: 20        2005; is that right?
447: 21    A.  That's right.
447: 22    Q.  And I think Mr. Tisi
447: 23        mentioned this, but they provided you
447: 24        with a large number of documents to
448: 1         review; is that right?
448: 2     A.  Thousands of pages, yes.
448: 3     Q.  And were these documents
448: 4         contained in binders that Mr. Tisi showed
448: 5         to us during your first deposition?
448: 6     A.  Yes.
448: 7     Q.  And I think you've got those
448: 8         binders with you today?
448: 9     A.  Right.
448: 10    Q.  What, are there ten or so
448: 11        binders of documents that they gave you?
448: 12    A.  Sounds about right, yes.

167 **470:21**    -   **471:7**    Avorn, Jerome 2006-06-30
470: 21    Q.  When you wrote your report,
470: 22        did the lawyers that you worked with turn
470: 23        around and mark it up and provide you
470: 24        with suggestions and changes from your
471: 1         report?
471: 2     A.  They did not do any marking
471: 3         up, but they did comment on aspects of
471: 4         it.  This is unclear, this is unfair to
471: 5         Merck, you forgot about this thing that
471: 6         we had talked about, but they didn't make
471: 7         any marks or changes.

168 **471:23**    -   **472:1**    Avorn, Jerome 2006-06-30
471: 23    Q.  Your testimony is that the
471: 24        lawyers did not provide you with any
472: 1         markups; is that right?

169 **472:3**    -   **472:16**    Avorn, Jerome 2006-06-30
472: 3         THE WITNESS:  By "markups,"
472: 4         you mean did they make notes on my
472: 5         report and make suggestions about
472: 6         changing it?  That's right, they
472: 7         did not.
472: 8         - - -
472: 9         (Whereupon, Deposition
472: 10        Exhibit Avorn-43, Email dated
472: 11        3.12.06, was marked for
472: 12        identification.)
472: 13        - - -
472: 14        BY MR. BECK:
472: 15    Q.  I'm handing you what we've
472: 16        marked as Exhibit 43.

170 **472:17**    -   **472:18**    Avorn, Jerome 2006-06-30
472: 17        Do you see that Exhibit 43
472: 18        is an e-mail to you from Jeff Grand?

171 **472:18**    -   **473:15**    Avorn, Jerome 2006-06-30
472: 18        is an e-mail to you from Jeff Grand?
472: 19    A.  Yes.
472: 20    Q.  And Jeff Grand is one of the
472: 21        lawyers that you worked with?
472: 22    A.  That's right.
472: 23    Q.  Do you see at the bottom --
472: 24        excuse me, I'll go back up to the top.

| | Objections | Ruling in Barnett |
|---|---|---|

473: 1      And this is dated March
473: 2      12th, 2006.  Do you see that?
473: 3   A.  Yes.
473: 4   Q.  And that was before the date
473: 5      of your expert report in this case,
473: 6      right?
473: 7   A.  It was before it was
473: 8      finalized, yes.
473: 9   Q.  Okay.
473: 10      Before it was finalized.
473: 11      And then do you see the very
473: 12      last thing that Mr. Grand said in his
473: 13      e-mail to you was, "Also, tomorrow, I
473: 14      will send you a mark-up of your report as
473: 15      we discussed."

172 **473:21**    -    **473:22**    Avorn, Jerome 2006-06-30
473: 21      THE WITNESS:  Yes, I see
473: 22      that.

173 **494:5**    -    **494:15**    Avorn, Jerome 2006-06-30
494: 5   Q.  Do you agree that there were
494: 6      good public health reasons for Merck to
494: 7      develop Vioxx?
494: 8   A.  Yes, I do.
494: 9   Q.  And do you agree that one of
494: 10      the good public health reasons for
494: 11      developing Vioxx was that there were
494: 12      serious gastrointestinal problems,
494: 13      particularly gastrointestinal bleeding,
494: 14      that resulted from the use of traditional
494: 15      NSAIDs?

174 **494:18**    -    **494:18**    Avorn, Jerome 2006-06-30
494: 18      THE WITNESS:  That's right.

175 **494:20**    -    **494:22**    Avorn, Jerome 2006-06-30
494: 20   Q.  And were the
494: 21      gastrointestinal bleeds an important
494: 22      clinical problem?

176 **495:1**    -    **495:1**    Avorn, Jerome 2006-06-30
495: 1      THE WITNESS:  That's right.

177 **495:3**    -    **495:14**    Avorn, Jerome 2006-06-30
495: 3   Q.  Have there been studies that
495: 4      showed the number of hospitalizations
495: 5      each year that came from gastrointestinal
495: 6      complications from traditional NSAIDs?
495: 7   A.  Yes, there were.
495: 8   Q.  And does it square with your
495: 9      recollection that these studies showed
495: 10      that there would be over 100,000
495: 11      hospitalizations each year due to
495: 12      gastrointestinal complications from
495: 13      traditional NSAIDs?
495: 14   A.  That's correct.

178 **495:17**    -    **495:18**    Avorn, Jerome 2006-06-30
495: 17      THE WITNESS:  That's
495: 18      correct.

179 **495:20**    -    **496:16**    Avorn, Jerome 2006-06-30
495: 20   Q.  Now, you talked about some
495: 21      FDA Advisory Committees yesterday.  Do
495: 22      you remember that?
495: 23   A.  Yes.

| | Objections | Ruling in Barnett |
|---|---|---|

495: 24   Q.   And I think you talked about
496: 1         the 2005 Advisory Committee meeting,
496: 2         right?
496: 3    A.   That's right.
496: 4    Q.   And I think you may have
496: 5         talked about the 2001 Advisory Committee?
496: 6    A.   That's right.
496: 7    Q.   Was there also an Advisory
496: 8         Committee that was convened in 1999 to
496: 9         consider whether Vioxx should be approved
496: 10        by the FDA?
496: 11   A.   That's right.
496: 12   Q.   And is it the case that
496: 13        before prescription medicines get
496: 14        approved, the FDA often seeks the advice
496: 15        of Advisory Committees made up of outside
496: 16        doctors and professionals?

180 **496:20      -   496:20**   Avorn, Jerome 2006-06-30
496: 20        THE WITNESS:  That's right.

181 **496:22      -   498:20**   Avorn, Jerome 2006-06-30
496: 22   Q.   And there was such an
496: 23        Advisory Committee convened concerning
496: 24        whether to approve Vioxx, right?
497: 1    A.   That's right.
497: 2    Q.   Were you asked to be on that
497: 3         committee?
497: 4    A.   No.
497: 5    Q.   Did that committee involve
497: 6         or include medical doctors?
497: 7    A.   Yes.
497: 8    Q.   Did it include
497: 9         pharmacologists?
497: 10   A.   Yes.
497: 11   Q.   Other Ph.D.s?
497: 12   A.   Usually such people are on
497: 13        those committees.
497: 14   Q.   Are you familiar with the
497: 15        materials that were examined by that
497: 16        committee and the conclusions that it
497: 17        came to?
497: 18   A.   Yes.
497: 19   Q.   Did the Advisory Committee
497: 20        in 1999 vote unanimously that Vioxx
497: 21        should be approved for the treatment of
497: 22        osteoarthritis?
497: 23   A.   They voted to approve.  I
497: 24        don't remember the vote numbers, but they
498: 1         clearly voted to approve.
498: 2    Q.   And you do not disagree with
498: 3         the recommendation of the Advisory
498: 4         Committee based on the information that
498: 5         was available at the time, do you?
498: 6    A.   Right.
498: 7    Q.   And as you've testified,
498: 8         Vioxx was approved by the Food & Drug
498: 9         Administration for use in the United
498: 10        States in May of 1999, right?
498: 11   A.   That's right.
498: 12   Q.   You do not disagree with
498: 13        that decision either, do you?
498: 14   A.   I do not.
498: 15   Q.   Yesterday you testified
498: 16        about something that's been referred to
498: 17        as an imbalance theory as a possible
498: 18        explanation for what you say are higher

|  | Objections | Ruling in Barnett |
|---|---|---|

498: 19           cardiovascular risks with Vioxx.  Do you
498: 20           remember that?

182 **498:24**    -    **499:8**    Avorn, Jerome 2006-06-30
498: 24           THE WITNESS:  That was one
499: 1           of the issues we discussed, yes.
499: 2           BY MR. BECK:
499: 3    Q.  At the time that the FDA
499: 4           approved Vioxx in May of 1999, they were
499: 5           aware of this imbalance theory that you
499: 6           talked about yesterday, were they not?
499: 7    A.  I can't speak to what FDA
499: 8           was or wasn't aware of.

183 **505:8**    -    **505:24**    Avorn, Jerome 2006-06-30
505: 8    Q.  Dr. Avorn, I've handed you
505: 9           what I've marked as Exhibit 44.  Do you
505: 10           recognize this as one of the documents
505: 11           that was provided to you for your review
505: 12           and analysis by the lawyers that you've
505: 13           been working with on this case?
505: 14    A.  Yes.
505: 15    Q.  And you understood it to be
505: 16           a copy or excerpts of the report by one
505: 17           of the medical review officers from the
505: 18           FDA, correct?
505: 19    A.  Right.
505: 20    Q.  And in your analysis in this
505: 21           case, you have relied on this document
505: 22           and other reviews by medical officers of
505: 23           the FDA; is that right?
505: 24    A.  Right.

184 **506:2**    -    **506:4**    Avorn, Jerome 2006-06-30
506: 2           Let's turn over to the 20th
506: 3           page in here, and I'll see how it's
506: 4           numbered.

185 **506:15**    -    **506:19**    Avorn, Jerome 2006-06-30
506: 15           So that you've got the page
506: 16           that I put up on the board that says "In
506: 17           summary" or up on the screen it says "In
506: 18           summary" on the top?
506: 19    A.  Yes.

186 **507:5**    -    **507:15**    Avorn, Jerome 2006-06-30
507: 5           Do you see here that under
507: 6           "Thromboembolic and Vascular Safety," do
507: 7           you see that heading there?
507: 8    A.  Yes.
507: 9    Q.  And for the benefit of the
507: 10           jury, what does "thromboembolic" mean?
507: 11    A.  That refers to problems that
507: 12           occur when there's a blood clot in the
507: 13           artery.
507: 14    Q.  And "vascular" refers to?
507: 15    A.  Relating to blood vessels.

187 **508:7**    -    **509:2**    Avorn, Jerome 2006-06-30
508: 7           So, it was reviewed in
508: 8           advance of the approval of Vioxx in May
508: 9           of 1999, right?
508: 10    A.  Correct.
508: 11    Q.  And so before the FDA
508: 12           approved Vioxx in May of 1999, the FDA
508: 13           medical officer understood the
508: 14           information I've blown up on the screen,

|  | Objections | Ruling in Barnett |
|---|---|---|

508: 15    that "There is a theoretical concern that
508: 16    patients chronically treated with a COX-2
508: 17    selective inhibitor may be at higher risk
508: 18    for thromboembolic cardiovascular adverse
508: 19    experiences than patients treated with
508: 20    COX-1/COX-2 inhibitors (conventional
508: 21    NSAIDs), due to the lack of effect of
508: 22    COX-1 inhibition on platelet function."
508: 23    Now, that's a mouthful, but
508: 24    would you agree with me, sir, that what's
509: 1    referred to there is the same imbalance
509: 2    theory that you were talking about?

188 **509:9    -    509:16**    Avorn, Jerome 2006-06-30
509: 9    THE WITNESS:  I think it's
509: 10    incorrect in that the so-called
509: 11    imbalance theory has a lot more to
509: 12    it than just platelet function.
509: 13    There's a lot of differences in
509: 14    prostacyclin versus thromboxane
509: 15    balance that are not just about
509: 16    platelet inhibition.

189 **509:19    -    509:24**    Avorn, Jerome 2006-06-30
509: 19    Does the imbalance theory
509: 20    that you talked about yesterday include
509: 21    the notion of platelet functioning as
509: 22    described here in this excerpt that we
509: 23    put up?
509: 24    A.  That's one piece of it.

190 **510:2    -    510:6**    Avorn, Jerome 2006-06-30
510: 2    So, certainly that piece of
510: 3    the imbalance theory, at the very least,
510: 4    was understood by the FDA when they
510: 5    approved Vioxx in May of 1999.  Would you
510: 6    agree with that?

191 **510:7    -    510:7**    Avorn, Jerome 2006-06-30
510: 7    A.  Yes.

192 **510:15    -    510:20**    Avorn, Jerome 2006-06-30
510: 15    Q.  Do you also agree, sir, that
510: 16    Vioxx worked to reduce pain and
510: 17    inflammation for the vast majority of
510: 18    patients who used it without causing them
510: 19    any side effects whatsoever?
510: 20    A.  That's probably true.

193 **510:21    -    512:11**    Avorn, Jerome 2006-06-30
510: 21    Q.  Yesterday you testified
510: 22    about some things that you said were
510: 23    signals of potential cardiovascular risks
510: 24    that you said were around in advance of
511: 1    the actual approval of Vioxx in May of
511: 2    1999.  Do you remember that?
511: 3    A.  Yes.
511: 4    Q.  And in that connection, did
511: 5    you testify about something called
511: 6    protocol 017?
511: 7    A.  That's right.
511: 8    Q.  Was it your position that
511: 9    you thought protocol 017 was some sort of
511: 10    a signal to Merck before Vioxx was
511: 11    approved that Vioxx could potentially be
511: 12    harmful to the heart?
511: 13    A.  Right.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

511: 14   Q. How long a study was
511: 15     protocol 017?
511: 16   A. It was very brief. It may
511: 17     have only been six weeks as I recall.
511: 18   Q. And what kind of patients
511: 19     were involved in that study?
511: 20   A. I'd need to go back to the
511: 21     notes. It was patients with arthritis.
511: 22     I don't remember the exact kind of
511: 23     reference.
511: 24   Q. Would you accept that it was
512: 1     rheumatoid arthritis? Does that refresh
512: 2     your recollection if I said that?
512: 3   A. That sounds reasonable.
512: 4   Q. And what doses of Vioxx were
512: 5     these patients receiving?
512: 6   A. 125 milligrams to 175
512: 7     milligrams.
512: 8   Q. And that is five to seven
512: 9     times the 25 milligram dose that is
512: 10     recommended on the label when Vioxx was
512: 11     approved, right?

**194 512:14 - 512:22**   Avorn, Jerome 2006-06-30
512: 14     THE WITNESS: Right. I
512: 15     think I mentioned yesterday that
512: 16     it was given in very high doses.
512: 17     BY MR. BECK:
512: 18   Q. And, in fact, it's so high
512: 19     that it would be five to seven times as
512: 20     high as the dose that was actually
512: 21     recommended on the label, correct?
512: 22   A. Right.

**195 513:1 - 514:3**   Avorn, Jerome 2006-06-30
513: 1   Q. How many people actually had
513: 2     a heart attack in this study of protocol
513: 3     017 that you said was a signal?
513: 4   A. There was a very small
513: 5     number. It was a handful, and I can't
513: 6     tell you the number sitting here, but it
513: 7     was a very small number.
513: 8   Q. Is there something in your
513: 9     report that you could look to and tell us
513: 10     how small a handful it was?
513: 11   A. No. I just know that it was
513: 12     a very small brief study, but the reason
513: 13     it seemed important was that it only
513: 14     lasted six weeks, and Merck's review of
513: 15     it indicated there was a worrisome
513: 16     increase in heart attacks and unstable
513: 17     angina.
513: 18   Q. Well, do you know that, in
513: 19     fact, there was only one person in the
513: 20     whole study who experienced a heart
513: 21     attack?
513: 22   A. The review within Merck
513: 23     spoke of a number of cardiovascular
513: 24     outcomes, including unstable angina, and
514: 1     at this point I do want to refer to my
514: 2     notes rather than try to do all of this
514: 3     from memory.

**196 514:4 - 514:20**   Avorn, Jerome 2006-06-30
514: 4   Q. Sure. I invited you to.      **Re: 514:4-20**
514: 5   A. Okay.      **Def. Obj**: Non-responsive
514: 6   Q. I asked you if there was      answers

Objections                    Ruling in Barnett

514: 7        anything in there that would help you --
514: 8    A.  Sure, sure.
514: 9    Q.  -- figure out how many
514: 10       people in this study that you called a
514: 11       signal actually had a heart attack?
514: 12   A.  Again, the signal aspect of
514: 13       it would not only be heart attacks, it
514: 14       would also be if somebody develops
514: 15       angina, which is the exact same kind of
514: 16       illness as a heart attack, but in six
514: 17       weeks you would be very surprised that
514: 18       anybody would progress to actually having
514: 19       a heart attack.  But if you want, I
514: 20       can --

197 514:21    -   515:7    Avorn, Jerome 2006-06-30
514: 21   Q.  How many people had a heart
514: 22       attack in this study?
514: 23   A.  If you confine it to heart
514: 24       attacks as opposed to heart attacks,
515: 1        unstable angina and other kinds of
515: 2        cardiovascular disease, I wouldn't be
515: 3        surprised that it was a very small
515: 4        number.  It could even have been one.
515: 5        But that was not the total number of
515: 6        cardiovascular adverse events that were
515: 7        observed.

198 519:7     -   520:10   Avorn, Jerome 2006-06-30
519: 7    Q.  Dr. Avorn, before we broke,
519: 8        we were talking about protocol 017 which
519: 9        you said was a six-week study involving
519: 10       high doses of Vioxx.  And my question for
519: 11       you, sir, was, do you know how many
519: 12       people actually had a heart attack in
519: 13       this study?
519: 14   A.  Yes.
519: 15   Q.  And how many people actually
519: 16       had a heart attack in this study?
519: 17   A.  One had a heart attack, and
519: 18       about six others had what the FDA
519: 19       characterized as cardiovascular adverse
519: 20       experiences.
519: 21   Q.  So, for the one person who
519: 22       actually had a heart attack, do you know
519: 23       what that person's risk factors were?
519: 24   A.  It was a 73-year-old person
520: 1        who I believe was a male, and those are
520: 2        risk factors in themselves.  Having
520: 3        rheumatoid arthritis is another risk
520: 4        factor for heart disease.  And I don't
520: 5        know about other characteristics of that
520: 6        one person.
520: 7    Q.  Do you know what the
520: 8        investigator said about whether he
520: 9        believed Vioxx caused the person's heart
520: 10       attack?

199 520:12    -   520:16   Avorn, Jerome 2006-06-30
520: 12       THE WITNESS:  I tend to not
520: 13       pay attention to investigator
520: 14       attributions especially in
520: 15       company-funded studies.  I think a
520: 16       heart attack is a heart attack.

200 520:18    -   520:21   Avorn, Jerome 2006-06-30
520: 18   Q.  Well, do you know one way or

|  | Objections | Ruling in Barnett |
|---|---|---|

520: 19       another what the investigator said is my
520: 20       question?
520: 21    A.  No.

**201 521:1      -   521:4**    Avorn, Jerome 2006-06-30
521: 1    Q.  You're not taking the
521: 2       position in this litigation that Vioxx
521: 3       caused the patient's heart attack in
521: 4       protocol 017, are you?

**202 521:6      -   521:8**    Avorn, Jerome 2006-06-30
521: 6       THE WITNESS:  I have no way
521: 7       of knowing in that particular
521: 8       instance.

**203 521:10      -   522:9**    Avorn, Jerome 2006-06-30
521: 10    Q.  We're done with that now.
521: 11       Actually, we may -- you were
521: 12       looking at -- when you were answering
521: 13       those questions, you were looking at
521: 14       Exhibit 44 --
521: 15    A.  Exhibit 44.
521: 16    Q.  -- which was Dr. Villalba's
521: 17       medical review?
521: 18    A.  Right.
521: 19    Q.  Is that what it's called?
521: 20    A.  Right.  Primary review of
521: 21       the new drug application.
521: 22    Q.  All right.
521: 23       Is that what you called
521: 24       yesterday the medical reviews?
522: 1    A.  Medical officer review I
522: 2       think is what I called it.
522: 3    Q.  Okay.
522: 4       And yesterday you talked
522: 5       about some of the medical officer
522: 6       reviews, right?
522: 7    A.  Right.
522: 8    Q.  Let's look at the 13th page
522: 9       of this document, Exhibit 44.

**204 522:13      -   522:18**    Avorn, Jerome 2006-06-30
522: 13       Let me put it up on the
522: 14       screen.  It's got Table 39 on it.
522: 15    A.  Got it.
522: 16    Q.  And table, what must be a
522: 17       part of Table 38.  Do you see that?
522: 18    A.  Right.

**205 522:19      -   523:12**    Avorn, Jerome 2006-06-30
522: 19    Q.  And do you see, can you tell
522: 20       from this page at the very bottom that
522: 21       Dr. Villalba is beginning a discussion
522: 22       there of study 017.  That's the same
522: 23       thing that you've been referring to as
522: 24       protocol 017, correct?
523: 1    A.  Right.
523: 2    Q.  Is that right?
523: 3    A.  Right.
523: 4    Q.  Okay.
523: 5       And then when we go over to
523: 6       the next page -- and let me ask here,
523: 7       this document that was provided to you
523: 8       for your review has some underlinings and
523: 9       markings.  Are those your underlinings
523: 10       and markings?
523: 11    A.  That's right.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

523: 12    Q.  Okay.

**206 523:13    -   524:14**    Avorn, Jerome 2006-06-30
523: 13      Do you see about halfway
523: 14      down on the page there was a paragraph
523: 15      that has a little handwritten bracket on
523: 16      the side.  Is that your handwritten
523: 17      bracket?
523: 18    A.  That's right.
523: 19    Q.  And would you read, please,
523: 20      what this says, this paragraph that you
523: 21      bracketed?
523: 22    A.  Sure.  "There were more
523: 23      patients with cardiovascular adverse
523: 24      events in the rofecoxib or Vioxx 175
524: 1      milligram group than in the placebo
524: 2      group."
524: 3    Q.  Would you read the next
524: 4      sentence?
524: 5    A.  Sure.  Table 9 is where they
524: 6      are listed.  "The number of patients
524: 7      enrolled in this study was small and no
524: 8      conclusions can be drawn from these
524: 9      data."  That's why it's a signal.
524: 10    Q.  Do you agree with the
524: 11      medical officer from the FDA that because
524: 12      of the small number of patients enrolled
524: 13      in the study that no conclusions can be
524: 14      drawn from these data?

**207 524:16    -   525:1**    Avorn, Jerome 2006-06-30
524: 16      THE WITNESS:  I would not
524: 17      have phrased it as "no
524: 18      conclusions."  I would say that
524: 19      there's no statistically
524: 20      significant difference, there's no
524: 21      proof, there's no hard and fast
524: 22      evidence from this one study, but
524: 23      I think a conclusion that I would
524: 24      draw was that this warrants
525: 1      further scrutiny.

**208 525:19    -   526:15**    Avorn, Jerome 2006-06-30
525: 19    Q.  Do you agree, sir, that
525: 20      based on the information that was in this
525: 21      document that you reviewed that the
525: 22      incidence of thromboembolic events with
525: 23      Vioxx appeared to be similar to that of
525: 24      comparator NSAIDs?
526: 1    A.  So now we're not talking
526: 2      about study 017 anymore, but the totality
526: 3      of the document?
526: 4    Q.  Yes.
526: 5    A.  Okay.
526: 6      If you can refer me to where
526: 7      it says that, that would speed things up.
526: 8    Q.  Okay.
526: 9      If we can go to, I think
526: 10      it's the next page.  No, it's not the
526: 11      next page.  It is about seven pages
526: 12      forward.  Let me put it up on the screen
526: 13      and it will help you find it.  It is the
526: 14      page that at the bottom has Table 52.
526: 15    A.  Right.

**209 526:16    -   527:22**    Avorn, Jerome 2006-06-30
526: 16    Q.  And do you see where at the      **Re: 526:16-19**    Re:  526:16-526:19

| | Objections | Ruling in Barnett |
|---|---|---|
| 526: 17    bottom of the second paragraph Dr. | **Def. Obj:** Answer to this | Overruled |
| 526: 18    Villalba said, "The incidence of | question after "Yes" is | |
| 526: 19    thromboembolic events with rofecoxib | non-responsive. | |
| 526: 20    appears to be similar to comparator | | |
| 526: 21    NSAIDs."  Do you see that, sir? | | |
| 526: 22   A.  Yes.  But it is important to | | |
| 526: 23    point out that a few lines later, to be | | |
| 526: 24    fair, in summary, which is where Dr. | | |
| 527: 1    Villalba puts all of it together in her | | |
| 527: 2    summary statement, and if you want, we | | |
| 527: 3    can just -- perhaps you might highlight | | |
| 527: 4    that a few lines down, "With the | | |
| 527: 5    available data, it is impossible to | | |
| 527: 6    answer with complete certainty whether | | |
| 527: 7    the risk of cardiovascular and | | |
| 527: 8    thromboembolic events is increased in | | |
| 527: 9    patients on rofecoxib.  A larger database | | |
| 527: 10    will be needed to answer this and other | | |
| 527: 11    safety comparison questions." | | |
| 527: 12    So, I think the most | | |
| 527: 13    important piece on that page is her | | |
| 527: 14    summary in which she says we can't tell | | |
| 527: 15    whether Vioxx increases the risk of heart | | |
| 527: 16    disease, more information is needed to | | |
| 527: 17    answer that question.  And I think that's | | |
| 527: 18    the culmination of Dr. Villalba's | | |
| 527: 19    analysis. | | |
| 527: 20   Q.  So, she said more | | |
| 527: 21    information is needed and, of course, | | |
| 527: 22    other studies were done, correct? | | |
| | | |
| 210 **527:24**    -    **528:5**    Avorn, Jerome 2006-06-30 | | |
| 527: 24    THE WITNESS:  I can't | | |
| 528: 1    identify a single study that was | | |
| 528: 2    done to specifically address the | | |
| 528: 3    question of cardiovascular safety. | | |
| 528: 4    BY MR. BECK: | | |
| 528: 5   Q.  Okay. | | |
| | | |
| 211 **528:6**    -    **530:22**    Avorn, Jerome 2006-06-30 | | |
| 528: 6    Well, let's move to another | | |
| 528: 7    document that we spent some time on | | |
| 528: 8    yesterday, the comments of the Board of | | |
| 528: 9    Scientific Advisors within Merck.  Do you | | |
| 528: 10    remember that document? | | |
| 528: 11   A.  Yes. | | |
| 528: 12   Q.  You have it in your stack. | | |
| 528: 13    It was Exhibit 32.  Do you want to take a | | |
| 528: 14    moment and pull it out? | | |
| 528: 15   A.  I'll pull it. | | |
| 528: 16    Okay.  I have it. | | |
| 528: 17   Q.  And up on the screen, is | | |
| 528: 18    this the same document that you've got in | | |
| 528: 19    front of you, Exhibit 32? | | |
| 528: 20   A.  Right. | | |
| 528: 21   Q.  And just to kind of reset | | |
| 528: 22    the scene, this was a Board of Scientific | | |
| 528: 23    Advisors who were, in May of 1998, giving | | |
| 528: 24    advice to Merck on the question of the | | |
| 529: 1    development of Vioxx, right? | | |
| 529: 2   A.  Correct. | | |
| 529: 3   Q.  Mr. Tisi had you focus on | | |
| 529: 4    Page 11 of this document -- I'm sorry, | | |
| 529: 5    let's see.  Is it Page 11?  Yes, it is | | |
| 529: 6    Page 11.  Do you have that in front of | | |
| 529: 7    you? | | |
| 529: 8   A.  Yes, I do. | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

529: 9    Q.  This is the discussion
529: 10        that's headed "Cardiovascular
529: 11        Pathophysiology," right?
529: 12    A.  Right.
529: 13    Q.  And I want to go over some
529: 14        of this language with you in some detail.
529: 15        The first sentence you may
529: 16        have discussed, it says, "The Board,"
529: 17        that would be the Board of Scientific
529: 18        Advisors, correct?
529: 19    A.  Right.
529: 20    Q.  "The Board addressed the
529: 21        potential for either benefits or adverse
529: 22        consequences of selective inhibition of
529: 23        COX-2 on coronary heart disease."  Right?
529: 24    A.  Correct.
530: 1     Q.  And when you read "selective
530: 2         inhibition of COX-2," that's basically a
530: 3         COX-2 inhibitor such as Vioxx, right?
530: 4     A.  Correct.
530: 5     Q.  So, the board was looking at
530: 6         the potential for either good things or
530: 7         bad things in terms of coronary heart
530: 8         disease that could come from a drug such
530: 9         as Vioxx; is that fair?
530: 10    A.  That's fair.
530: 11    Q.  And then the report goes on
530: 12        to say, "The possible effects of COX-2
530: 13        inhibition on three separate components
530: 14        of the process leading to coronary
530: 15        ischemic events were considered."  Again,
530: 16        do you read this to mean that the
530: 17        possible either benefits or adverse
530: 18        consequences of a drug such as Vioxx, a
530: 19        COX-2 inhibitor, were looked at in
530: 20        connection with these three items that
530: 21        are listed below?
530: 22    A.  Correct.

212 **530:23**    -    **531:6**    Avorn, Jerome 2006-06-30
530: 23    Q.  And in your testimony
530: 24        yesterday, isn't it true that the way you
531: 1         characterized this document was that the
531: 2         Board of Scientific Advisors was alerting
531: 3         Merck to the potential adverse
531: 4         consequences of Vioxx when it came to
531: 5         Item Number 1, "The development of
531: 6         lipid-rich coronary plaques"?

213 **531:9**    -    **531:10**    Avorn, Jerome 2006-06-30
531: 9         THE WITNESS:  That was one
531: 10        of the points that they made, yes.

214 **531:12**    -    **532:13**    Avorn, Jerome 2006-06-30
531: 12    Q.  Well, I'm talking about your
531: 13        testimony yesterday.
531: 14    A.  Right.
531: 15    Q.  You characterized this
531: 16        document, did you not, as alerting Merck
531: 17        to the potential adverse consequences of
531: 18        Vioxx when it came to "The development of
531: 19        lipid-rich coronary plaque"?
531: 20    A.  Correct.
531: 21    Q.  And you also characterized
531: 22        this document as alerting Merck to the
531: 23        adverse consequences of Vioxx with the
531: 24        second item listed, which is

| | Objections | Ruling in Barnett |
|---|---|---|

532: 1       "destabilization of plaque," right?
532: 2    A.   Right.
532: 3    Q.   Now, let's look at this
532: 4       document in a little bit more detail
532: 5       because, in fact, maybe we can shorten
532: 6       it.
532: 7       Do you agree with me that,
532: 8       in fact, the point of the document from
532: 9       the scientific advisors was that Vioxx
532: 10       could have benefits concerning the
532: 11       development of lipid-rich coronary plaque
532: 12       and could have benefits on the question
532: 13       of destabilization of plaque?

215 **532:17      -   532:24**    Avorn, Jerome 2006-06-30
532: 17       THE WITNESS:  In the first
532: 18       case, the development of
532: 19       lipid-rich coronary plaques, they
532: 20       say this could make things worse
532: 21       or this could make things better,
532: 22       we don't know.
532: 23       In the case of the second
532: 24       point, the relevant pieces on the

216 **532:24      -   533:8**    Avorn, Jerome 2006-06-30
532: 24       point, the relevant pieces on the
533: 1       next page where they describe that
533: 2       more fully, and this is the
533: 3       destabilization of the junk in the
533: 4       artery that when it bursts can
533: 5       cause a heart attack and the --
533: 6       let me just read this paragraph
533: 7       briefly because it's what you're
533: 8       talking about.

217 **533:11      -   534:3**    Avorn, Jerome 2006-06-30
533: 11       Okay.  What they're saying
533: 12       is that in the second sentence of
533: 13       the paragraph on the next page,
533: 14       "As the critical cells in this
533: 15       process are inflammatory cells,
533: 16       the possibility exists that the
533: 17       products of COX-2 could regulate
533: 18       thinning the cap of plaques and
533: 19       render them rupture-prone."
533: 20       BY MR. BECK:
533: 21    Q.   And what that means, Doctor,
533: 22       is that the COX-2 enzyme could cause
533: 23       plaque rupture, and, therefore, something
533: 24       that inhibits the COX-2 enzyme such as
534: 1       Vioxx would help protect against plaque
534: 2       rupture.  That was the real point of the
534: 3       scientific advisors, isn't that true?

218 **534:8      -   534:10**    Avorn, Jerome 2006-06-30
534: 8       THE WITNESS:  I can't tell
534: 9       from this what their main point
534: 10       was in that regard.

219 **534:12      -   535:1**    Avorn, Jerome 2006-06-30
534: 12    Q.   Yesterday you claimed that
534: 13       their main point was the opposite, didn't
534: 14       you?
534: 15    A.   I claimed that they were
534: 16       concerned that here was a brand new class
534: 17       of drugs that had an effect on many
534: 18       important aspects of the cardiovascular

| | | Objections | Ruling in Barnett |
|---|---|---|---|

534: 19    system and that it was difficult, because
534: 20    there had never been drugs like this
534: 21    before, to know whether they would make
534: 22    things better or make things worse.
534: 23    Q.   Well, let's take a look in
534: 24    more detail about what they said on both
535: 1    of these subjects.

220 **535:2** - **538:7**   Avorn, Jerome 2006-06-30
535: 2    We're going to look first at
535: 3    the development of the lipid-rich
535: 4    plaques.  That was Item Number 1, right?
535: 5    A.   Right.
535: 6    Q.   And before we get into their
535: 7    discussion, just to back up for a minute
535: 8    so the jury understands the significance.
535: 9    People develop plaque in
535: 10    their coronary arteries over time, right?
535: 11    A.   Right.
535: 12    Q.   And that can take many, many
535: 13    years, decades, in fact, right?
535: 14    A.   It can.
535: 15    Q.   And some plaque is more
535: 16    dangerous than others when it comes to
535: 17    heart attacks; is that right?
535: 18    A.   I'm not sure what you mean.
535: 19    Q.   Sure.
535: 20    There are some plaques that
535: 21    are lipid rich and more prone to rupture
535: 22    than other plaques.  Are you aware of
535: 23    that?
535: 24    A.   Well, but all plaques have
536: 1    lipid in them.
536: 2    Q.   Yeah.  And you see that here
536: 3    they're talking about lipid-rich coronary
536: 4    plaques.
536: 5    Are you aware, Doctor, that
536: 6    cardiologists draw a distinction between
536: 7    different kinds of plaques and say that
536: 8    some are more dangerous than others when
536: 9    it comes to heart attacks?
536: 10    A.   Yes.  But they all contain
536: 11    lipids.
536: 12    Q.   Are you aware, sir, that
536: 13    cardiologists, that people who actually
536: 14    specialize in heart disease, say that the
536: 15    plaques that have more lipids, that are
536: 16    lipid rich, are more dangerous than the
536: 17    plaques that have less lipid?
536: 18    A.   Right.
536: 19    Q.   Are you aware of that fact?
536: 20    A.   Yes.
536: 21    Q.   Okay.
536: 22    So, here the Board of
536: 23    Scientific Advisors is talking about the
536: 24    especially dangerous lipid-rich coronary
537: 1    plaques.  Isn't that what you meant?
537: 2    A.   Right.
537: 3    Q.   Okay.
537: 4    Down here in the middle of
537: 5    the page, do you see where the Board of
537: 6    Scientific Advisors says that "There is a
537: 7    growing body of evidence indicating that
537: 8    inflammatory disease is a risk factor for
537: 9    myocardial infarction, and such
537: 10    inflammatory processes almost certainly
537: 11    are accompanied by the release of" -- how

537: 12          do you pronounce that next word?
537: 13      A.  Cytokines.
537: 14      Q.  -- "cytokines that affect
537: 15          cells in the" --
537: 16      A.  Monocytic.
537: 17      Q.  -- "monocytic series in
537: 18          general, and COX-2 expression in
537: 19          particular."
537: 20      A.  Right.
537: 21      Q.  Now, when it says that
537: 22          inflammatory disease is a risk factor for
537: 23          myocardial infarction, what you
537: 24          understand that to mean is that
538: 1           inflammation might be a cause of heart
538: 2           attacks, right?
538: 3       A.  Correct.
538: 4       Q.  And inflammation comes from
538: 5           the COX-2 enzyme, I think you testified
538: 6           yesterday, right?
538: 7       A.  Right.

221 **538:8**     -     **538:13**      Avorn, Jerome 2006-06-30
538: 8       Q.  And so the point here is
538: 9           that the COX-2 enzyme, if it's causing
538: 10          inflammation, could cause this kind of --
538: 11          could be a risk factor for the heart
538: 12          attacks and contribute to the lipid-rich
538: 13          core, right?

222 **538:15**     -     **538:22**      Avorn, Jerome 2006-06-30
538: 15          THE WITNESS:  Actually, what
538: 16          they're saying in just the next
538: 17          sentence is it could go either
538: 18          way.  And if you just go to that
538: 19          very next sentence.
538: 20          BY MR. BECK:
538: 21      Q.  The "Accordingly"?
538: 22      A.  Yes.

223 **538:23**     -     **539:18**      Avorn, Jerome 2006-06-30
538: 23      Q.  "Accordingly, it is
538: 24          appropriate to ask whether COX-2
539: 1           expression in monocyte-macrophage" --
539: 2       A.  I think maybe we can speed
539: 3           this up, and I'll just, if you allow me,
539: 4           skip a lot of the words, because they are
539: 5           not germane to this argument.
539: 6           But, accordingly, it is
539: 7           appropriate to ask whether the COX-2
539: 8           enzyme regulates the progression of
539: 9           atherosclerosis either positively or
539: 10          negatively.  And what they're simply
539: 11          saying is, it seems to be involved in
539: 12          this process, and it's appropriate to
539: 13          study whether it makes things better or
539: 14          it makes things worse.  And that's pretty
539: 15          clearly what that next sentence says.
539: 16      Q.  And it is pretty different,
539: 17          actually, from how you characterized it
539: 18          yesterday; isn't that true?

224 **539:22**     -     **540:3**      Avorn, Jerome 2006-06-30
539: 22          THE WITNESS:  No.  I
539: 23          characterized it as they're
539: 24          indicating that this could be a
540: 1           problem, which is exactly what
540: 2           they said in the sentence I just

| | Objections | Ruling in Barnett |
|---|---|---|

540: 3    read.

225 **540:5** - **540:9** Avorn, Jerome 2006-06-30
540: 5  Q. Well, actually, what they
540: 6   said in the sentence that you just read
540: 7   was that it could be a problem or it
540: 8   could be a benefit?
540: 9  A. Correct.

226 **540:16** - **540:18** Avorn, Jerome 2006-06-30
540: 16   You left that out yesterday.
540: 17   You didn't mention that it could be a
540: 18   benefit yesterday, did you?

227 **540:22** - **541:4** Avorn, Jerome 2006-06-30
540: 22   THE WITNESS:  The issue at
540: 23   hand is whether there was evidence
540: 24   presented to Merck that there
541: 1   could be a problem, that their
541: 2   drug caused heart attacks in 1998,
541: 3   and I still contend that that is
541: 4   stated here.

228 **541:6** - **541:12** Avorn, Jerome 2006-06-30
541: 6  Q. How about on the next
541: 7   question, which is destabilization.
541: 8   Having read this document a few minutes
541: 9   ago and this paragraph, is it still your
541: 10   contention that this was somehow a red
541: 11   flag, that it indicated that there might
541: 12   be a problem with COX-2 inhibitors?

229 **541:17** - **542:11** Avorn, Jerome 2006-06-30
541: 17   THE WITNESS:  What it states
541: 18   here is in that second sentence,
541: 19   "the possibility exists that the
541: 20   products of COX-2 could regulate
541: 21   thinning the cap of plaques and
541: 22   rendering them rupture-prone."
541: 23   And COX-2 has numerous different
541: 24   products.  And it is hard to tell
542: 1   to what extent they were
542: 2   referring, as they do throughout,
542: 3   to the possible good or possible
542: 4   bad issues.  But what was key to
542: 5   me was that they were saying,
542: 6   look, this is a drug that is
542: 7   intimately involved in inhibiting
542: 8   an enzyme that has never been
542: 9   inhibited before, and it could
542: 10   have an important effect on the
542: 11   development of heart disease.

230 **542:13** - **542:22** Avorn, Jerome 2006-06-30
542: 13  Q. Well, this language that you
542: 14   referred to, the products of COX-2, that
542: 15   means the COX-2 enzyme, right?
542: 16  A. Right.
542: 17  Q. That the possibility exists
542: 18   that the COX-2 enzyme could regulate the
542: 19   thinning of the cap of the plaques and
542: 20   render them rupture-prone.  It means that
542: 21   the COX-2 enzyme could cause plaque
542: 22   rupture, right?

231 **543:1** - **543:11** Avorn, Jerome 2006-06-30
543: 1  Q. Is that correct?

| | Objections | Ruling in Barnett |
|---|---|---|

543: 2    A. The products of the COX-2
543: 3       enzyme.
543: 4    Q. Right.
543: 5       Could cause plaque rupture?
543: 6    A. Right.
543: 7    Q. And isn't the point here
543: 8       that that's something that would inhibit
543: 9       COX-2, that would hold down that enzyme,
543: 10      would be potentially helpful in guarding
543: 11      against plaque rupture?

232 **543:14** - **543:15**    Avorn, Jerome 2006-06-30
543: 14      THE WITNESS: I think that's
543: 15      a fair interpretation.

233 **543:17** - **543:19**    Avorn, Jerome 2006-06-30
543: 17    Q. That's not the
543: 18      interpretation you put on it yesterday,
543: 19      is it?

234 **543:22** - **543:22**    Avorn, Jerome 2006-06-30
543: 22      THE WITNESS: No.

235 **544:11** - **545:5**    Avorn, Jerome 2006-06-30
544: 11    Q. Before you testified
544: 12      yesterday about this document, had you
544: 13      read the testimony of any other witness,
544: 14      whether from Merck or independent experts
544: 15      or experts testifying on behalf of the
544: 16      plaintiffs, about the meaning of this
544: 17      document?
544: 18    A. No.
544: 19      But for the sake of
544: 20      completeness, Mr. Beck, I think we
544: 21      shouldn't just cherry pick which of the
544: 22      points of this we want to discuss unless
544: 23      you're about to get to events following
544: 24      plaque rupture, which is the most
545: 1      compelling place where the board of
545: 2      expert advisors talks about this, and I
545: 3      think it would be fair to the jury to not
545: 4      only talk about the first two and ignore
545: 5      the third.

236 **545:9** - **545:12**    Avorn, Jerome 2006-06-30
545: 9    Q. Obviously if you didn't read
545: 10      any testimony on this, that includes Dr.
545: 11      Reicin's testimony, correct?
545: 12    A. Correct.

237 **545:22** - **546:1**    Avorn, Jerome 2006-06-30
545: 22    Q. So, you didn't read or learn
545: 23      about from any other source what Dr.
545: 24      Reicin said about this or what Dr.
546: 1      Morrison said about this; is that right?

238 **546:3** - **546:4**    Avorn, Jerome 2006-06-30
546: 3      THE WITNESS: That's
546: 4      correct.

239 **546:9** - **546:17**    Avorn, Jerome 2006-06-30
546: 9    Q. Have you ever heard of Dr.
546: 10      Stephen Epstein?
546: 11    A. The name does not ring a
546: 12      bell.
546: 13    Q. He's a non-retained expert
546: 14      for the same lawyers that you're working

Objections                    Ruling in Barnett

546: 15        with.  He's an expert in atherosclerosis.
546: 16        Does that help you at all?  Does that
546: 17        ring a bell now?

240 **546:21**   -   **547:6**   Avorn, Jerome 2006-06-30
546: 21        THE WITNESS:  There's a lot
546: 22        of Dr. Epsteins.  No, it doesn't
546: 23        ring a bell.  He may well be a
546: 24        fantastic expert, I just --  the
547: 1         name just doesn't ring a bell.
547: 2         BY MR. BECK:
547: 3    Q.   He, from his deposition,
547: 4         said he took over for Dr. Eugene
547: 5         Braunwald as chief of cardiology at the
547: 6         National Institutes of Health.

241 **547:9**   -   **547:15**   Avorn, Jerome 2006-06-30
547: 9    Q.   Does that ring a bell yet?
547: 10   A.   No.
547: 11   Q.   Before you testified about
547: 12        whether the Board of Scientific Advisors
547: 13        was a red flag or not, did you learn what
547: 14        Dr. Epstein had to say about the meaning
547: 15        of the points we just went over?

242 **547:18**   -   **547:18**   Avorn, Jerome 2006-06-30
547: 18        THE WITNESS:  No.

243 **547:20**   -   **547:22**   Avorn, Jerome 2006-06-30
547: 20   Q.   Do you know what Dr. Epstein
547: 21        has said about whether Vioxx could have a
547: 22        beneficial effect on atherosclerosis?

244 **548:4**   -   **548:14**   Avorn, Jerome 2006-06-30
548: 4         THE WITNESS:  I know there
548: 5         was the hope when Vioxx was being
548: 6         developed, that as an
548: 7         anti-inflammatory drug, it might
548: 8         have the potential for helping
548: 9         with inflammation in the
548: 10        cardiovascular system.  That was a
548: 11        hoped for effect.  That actually
548: 12        never panned out, but it was a
548: 13        plausible hope in the mid-'90s,
548: 14        late '90s.

245 **548:16**   -   **548:19**   Avorn, Jerome 2006-06-30
548: 16   Q.   And part of that was that it
548: 17        was hoped that it could help reduce both
548: 18        the formation of plaque and the
548: 19        possibility of plaque rupture, right?

246 **548:21**   -   **549:7**   Avorn, Jerome 2006-06-30
548: 21        THE WITNESS:  I think the
548: 22        fairest way of presenting it is
548: 23        that there was the understanding
548: 24        that this recently described
549: 1         enzyme called COX-2 had a very
549: 2         important effect on the health of
549: 3         the arteries, and that inhibiting
549: 4         it could do bad things or could do
549: 5         good things.  And I think in 1998,
549: 6         those possibilities were both on
549: 7         the table.

247 **550:24**   -   **551:7**   Avorn, Jerome 2006-06-30
550: 24   Q.   Well, do you remember

Objections                    Ruling in Barnett

551: 1          yesterday when you went over this
551: 2          document you had no trouble at all
551: 3          holding yourself to talking about the
551: 4          potential bad consequences of COX-2
551: 5          inhibitors?  Do you remember that all you
551: 6          talked about in connection with this was
551: 7          the potential adverse consequences?

248 **551:20**   -   **552:8**   Avorn, Jerome 2006-06-30
551: 20         Q.  Do you remember that?
551: 21         A.  That was what we were
551: 22             talking about.
551: 23         Q.  Okay.
551: 24             And so yesterday you
552: 1          confined yourself to the potential
552: 2          adverse consequences, and now I'm just
552: 3          going to ask you whether you can give me
552: 4          answers that focus on the potential
552: 5          positive consequences rather than this,
552: 6          well, it may be good or it may be bad.
552: 7          Okay?
552: 8          A.  Yes.

249 **552:12**   -   **552:20**   Avorn, Jerome 2006-06-30
552: 12         Q.  Now, do you agree with me,
552: 13         sir, that back in 1998 and 1999 respected
552: 14         scientists said that among the potential
552: 15         good things that might come from Vioxx
552: 16         were that it would protect -- it could
552: 17         possibly protect against heart disease,
552: 18         number one, by helping to guard against
552: 19         the formation of plaque?  Do you agree
552: 20         with that?

250 **553:1**   -   **553:3**   Avorn, Jerome 2006-06-30
553: 1          THE WITNESS:  They said that
553: 2          there were both good and bad
553: 3          potentials.

251 **553:5**   -   **553:10**   Avorn, Jerome 2006-06-30
553: 5          Q.  Now, why is it today that
553: 6          you can't confine yourself to the good
553: 7          side that scientists talked about, when
553: 8          yesterday, you've already admitted, you
553: 9          were perfectly capable of confining
553: 10         yourself to the bad side?

252 **553:17**   -   **554:4**   Avorn, Jerome 2006-06-30
553: 17         THE WITNESS:  Because today,
553: 18         Mr. Beck, we're here to talk about
553: 19         the fact that it is now
553: 20         universally agreed that Vioxx
553: 21         causes heart attacks, and we're
553: 22         now trying to look back and find
553: 23         out what information was available
553: 24         to Merck.  We're not here
554: 1          discussing the fact that Vioxx
554: 2          prevents heart attack, in which
554: 3          case maybe that would be
554: 4          appropriate.

253 **555:7**   -   **555:16**   Avorn, Jerome 2006-06-30
555: 7          Were you aware back in 1998
555: 8          and 1999 what was being discussed in the
555: 9          scientific and medical community about
555: 10         the potential good things or bad things
555: 11         of COX-2 inhibitors?

Objections                  Ruling in Barnett

555: 12    A. Around this period, I don't
555: 13      know if it was 1999 or 2000, but when we
555: 14      were doing our own work on this, we did
555: 15      review what was known in the literature
555: 16      about the potential for good and for bad.

254 **555:17**    -   **555:24**    Avorn, Jerome 2006-06-30
555: 17    Q. And around the time that
555: 18      Vioxx came on the market, do you agree,
555: 19      sir, that one of the potential good
555: 20      things that scientists and doctors were
555: 21      talking about was that Vioxx might
555: 22      could be protective of the heart by
555: 23      guarding against plaque formation?
555: 24    A. Yes.

255 **556:7**    -   **556:14**    Avorn, Jerome 2006-06-30
556: 7    Q. And do you agree, sir, that
556: 8      another potential good thing that
556: 9      scientists and doctors were talking about
556: 10      around the time that Vioxx came on the
556: 11      market was that Vioxx could guard
556: 12      against -- could possibly guard against
556: 13      heart disease by helping to prevent
556: 14      plaque rupture?

256 **556:17**    -   **556:18**    Avorn, Jerome 2006-06-30
556: 17      THE WITNESS: That
556: 18      possibility was raised.

257 **557:10**    -   **561:12**    Avorn, Jerome 2006-06-30
557: 10    Q. Doctor, would you please
557: 11      turn to what was marked yesterday as
557: 12      Exhibit 7. It's in the folder of medical
557: 13      articles that Mr. Tisi gave you.
557: 14    A. Right. Got it.
557: 15    Q. And is Exhibit 7 an article
557: 16      where you were one of the authors?
557: 17    A. Yes. I was the senior
557: 18      author.
557: 19    Q. And it's titled the
557: 20      "Relationship Between Selective" -- how
557: 21      do you pronounce that next word?
557: 22    A. "Cyclooxygenase."
557: 23    Q. Is that the same thing as
557: 24      COX-2?
558: 1    A. COX-2. Yes. You can call
558: 2      it COX.
558: 3    Q. So, the "Relationship
558: 4      Between COX-2 Inhibitors and Acute
558: 5      Myocardial Infarction in Older Adults,"
558: 6      right?
558: 7    A. Correct.
558: 8    Q. Now, would you turn over --
558: 9      and what's the date of this article?
558: 10    A. This was published in May of
558: 11      '04, and I can look for the -- May 4th of
558: 12      '04.
558: 13    Q. Okay.
558: 14      So, some four or five years
558: 15      after Vioxx was first approved by the
558: 16      FDA, right?
558: 17    A. Right.
558: 18    Q. Okay.
558: 19      Now, turn over, if you
558: 20      would, please, to Page 2072, which I
558: 21      think is the fifth page in.

| | Objections | Ruling in Barnett |
|---|---|---|

558: 22  A.  Got it.
558: 23  Q.  I want to call your
559: 1         attention in the second column and the
559: 2         first full paragraph to one statement
559: 3         here about emerging data.  Are you with
559: 3         me on that?
559: 4  A.  Yes.
559: 5  Q.  In your copy?
559: 6  A.  Yes.
559: 7  Q.  "Emerging data support a
559: 8         varied role for COX-2" -- and there we're
559: 9         talking, again, just so the jury is
559: 10        clear, we're talking about the enzyme,
559: 11        not Vioxx or any other COX-2 inhibitors,
559: 12        right?
559: 13 A.  Correct.
559: 14 Q.  So, "emerging data support a
559: 15        varied role for the COX-2 enzyme," and
559: 16        then you list various things concluding
559: 17        with "atherogenesis."  Do you see that?
559: 18 A.  Right.
559: 19 Q.  And then you have these
559: 20        cites to these two items, Number 27 and
559: 21        28?
559: 22 A.  Right.
559: 23 Q.  What is atherogenesis?
559: 24 A.  It's atherogenesis.
560: 1  Q.  I'm sorry, atherogenesis.
560: 2  A.  It's the development of
560: 3         plaque in the artery wall.
560: 4  Q.  Okay.
560: 5         Same thing as
560: 6         atherosclerosis?
560: 7  A.  Well, atherosclerosis is
560: 8         kind of the end product of atherogenesis.
560: 9         Atherogenesis is the development of.
560: 10 Q.  Okay.
560: 11        The development of plaque.
560: 12        And your statement here, at
560: 13        least the portions I've highlighted, is
560: 14        that there is new information.  That
560: 15        would be emerging data, right?
560: 16 A.  Yes.  Ongoing work, yes.
560: 17 Q.  Ongoing work, new
560: 18        information indicating that the COX-2
560: 19        enzyme has some sort of possible role in
560: 20        the formation of plaque, right?
560: 21 A.  Correct.
560: 22 Q.  And then you cite these two
560: 23        sources, and if you go to the end of your
560: 24        article -- those were Sources 27 and 28,
561: 1         and then if you go to the end of your
561: 2         article, you've got the actual sources
561: 3         that you were referring to, correct?
561: 4  A.  Right.
561: 5  Q.  And one of those is an
561: 6         article by Burleigh, right?
561: 7  A.  Right.
561: 8  Q.  And the other is by -- how
561: 9         is his name pronounced, do you know?
561: 10 A.  After Burleigh, I think it's
561: 11        Cipollone.
561: 12 Q.  Cipollone.  Okay.

258 **562:1**   -   **562:17**   Avorn, Jerome 2006-06-30
562: 1  Q.  And I will hand you what I
562: 2         am marking as Exhibit 45.  Do you

Objections                    Ruling in Barnett

| | |
|---|---|
| 562: 3 | recognize Exhibit 45 as the first of your |
| 562: 4 | cited references, the Burleigh article? |
| 562: 5 | A.  Yes.  Correct. |
| 562: 6 | Q.  Let me put that up on the |
| 562: 7 | screen. |
| 562: 8 | Okay. |
| 562: 9 | So, this is the article by |
| 562: 10 | Burleigh that you cited when you said |
| 562: 11 | that there's emerging data concerning the |
| 562: 12 | role of the COX-2 enzyme on the |
| 562: 13 | development of plaque, right? |
| 562: 14 | A.  Right. |
| 562: 15 | Q.  Okay. |
| 562: 16 | And if you would please turn |
| 562: 17 | to Page 1822. |

259 **563:7**     -   **563:16**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 563: 7 | Q.  We were on the Burleigh |
| 563: 8 | article, which was cited in your article |
| 563: 9 | -- |
| 563: 10 | A.  Right. |
| 563: 11 | Q.  -- and we're on the last |
| 563: 12 | page of the text of the Burleigh article, |
| 563: 13 | Page 1822, right? |
| 563: 14 | A.  Right, yes. |
| 563: 15 | Q.  Are you with me, Doctor? |
| 563: 16 | A.  Yes. |

260 **564:9**     -   **566:24**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 564: 9 | And I've blown up here on |
| 564: 10 | the screen the last concluding paragraph |
| 564: 11 | of the article you cited.  Would you |
| 564: 12 | please read that for the jury? |
| 564: 13 | A.  Where would you like me to |
| 564: 14 | start?  The whole paragraph? |
| 564: 15 | Q.  "Mounting evidence." |
| 564: 16 | A.  "Mounting evidence supports |
| 564: 17 | an important role for inflammation in |
| 564: 18 | atherosclerosis and plaque rupture.  We |
| 564: 19 | present evidence that pharmacologic |
| 564: 20 | inhibition of COX-2 reduces |
| 564: 21 | atherosclerosis in the LDLR-deficient |
| 564: 22 | mouse model of atherosclerosis, and we |
| 564: 23 | provide genetic evidence indicating that |
| 564: 24 | macrophage COX-2 promotes early |
| 565: 1 | atherogenesis.  These results demonstrate |
| 565: 2 | the potential of COX-2 inhibitors in the |
| 565: 3 | treatment of atherosclerosis and support |
| 565: 4 | the potential of anti-inflammatory |
| 565: 5 | approaches to the prevention of coronary |
| 565: 6 | heart disease." |
| 565: 7 | Q.  And this article, I think we |
| 565: 8 | can tell from the very top, was written |
| 565: 9 | or at least published in April of 2002, |
| 565: 10 | right? |
| 565: 11 | A.  Correct. |
| 565: 12 | Q.  And do you agree with the |
| 565: 13 | statements that are in this paragraph? |
| 565: 14 | A.  Yes. |
| 565: 15 | Q.  And do you agree that what |
| 565: 16 | this paragraph indicates is that there is |
| 565: 17 | increasing support for the notion that |
| 565: 18 | the COX-2 enzyme can, through |
| 565: 19 | inflammation, can contribute to plaque |
| 565: 20 | formation?  Do you agree with that? |
| 565: 21 | A.  I'm not sure about the |
| 565: 22 | increasing support, where that comes |

Objections          Ruling in Barnett

```
565: 23              from.
565: 24    Q.  "Mounting evidence
566: 1           supports," the very first sentence?
566: 2     A.  Right.  That refers to just
566: 3           inflammation.
566: 4     Q.  Okay.
566: 5           Well, it says, actually,
566: 6           "Mounting evidence supports an important
566: 7           role for inflammation in atherosclerosis
566: 8           and plaque rupture," right?
566: 9     A.  Right.
566: 10    Q.  Okay.
566: 11          And do you agree, sir, that
566: 12          in 2002 there was evidence, number one,
566: 13          that inflammation contributed to
566: 14          atherosclerosis and plaque rupture?  Do
566: 15          you agree with that?
566: 16    A.  Correct.
566: 17    Q.  And do you agree, number
566: 18          two, that there was evidence that the
566: 19          COX-2 enzyme could contribute to
566: 20          inflammation, which, in turn, would --
566: 21          could cause atherosclerosis and plaque
566: 22          rupture?
566: 23    A.  Well, the products of the
566: 24          COX-2 enzyme, but yes.
```

```
261 567:9    -  567:18    Avorn, Jerome 2006-06-30
567: 9           And also, do you agree that
567: 10          in 2002 that scientists whom you cited in
567: 11          your own article were saying that there
567: 12          was a potential that COX-2 inhibitors,
567: 13          and that would include Vioxx and
567: 14          Celebrex, right --
567: 15    A.  Right.
567: 16    Q.  -- that COX-2 inhibitors
567: 17          could be useful in the treatment of
567: 18          atherosclerosis?
```

```
262 567:20   -  567:21    Avorn, Jerome 2006-06-30
567: 20          THE WITNESS:  That they had
567: 21          potential use.
```

```
263 568:1    -  569:1     Avorn, Jerome 2006-06-30
568: 1           Do you agree with this final
568: 2           sentence of the article that you cited,
568: 3           that the "Results demonstrate the
568: 4           potential of COX-2 inhibitors in the
568: 5           treatment of atherosclerosis and support
568: 6           the potential of anti-inflammatory
568: 7           approaches to the prevention of coronary
568: 8           heart disease"?
568: 9     A.  Right.  This is part of the
568: 10          same good news/bad news issue we've been
568: 11          talking about, that there's potential for
568: 12          good and there's potential for harm.
568: 13    Q.  And here they're talking
568: 14          about the potential for good, right?
568: 15    A.  That's right.
568: 16    Q.  And what publication did
568: 17          this article appear in?
568: 18    A.  Circulation.
568: 19    Q.  Is that the same one that at
568: 20          least some of your articles appeared in?
568: 21    A.  Right.
568: 22    Q.  And I think you said
568: 23          yesterday that it's the top cardiology
```

| | Objections | Ruling in Barnett |
|---|---|---|

568: 24        journal in the world, right?
569: 1     A.  That's right.

264 569:2    -   569:9     Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 569: 2        For completeness, we also | **Re: 569:2-569:9** | Re:  569:2-569:9 |
| 569: 3        cite the other side of the story in our | **Def. Obj:** Non-responsive | Overruled |
| 569: 4        paper.  You've selected one or two | to question, which is | |
| 569: 5        references where we talk about the | whether Circulation is a | |
| 569: 6        potential good effects, but the entire | top journal. | |
| 569: 7        part of the paragraph before the piece | | |
| 569: 8        you pulled out also discusses the | | |
| 569: 9        potential bad. | | |

265 569:14    -   569:17     Avorn, Jerome 2006-06-30
569: 14    Q.  Now, I want to move to the
569: 15         second of the cited references that we
569: 16         looked at in your article.
569: 17    A.  Okay.

266 570:6    -   570:9     Avorn, Jerome 2006-06-30
570: 6         Now I want to look at the
570: 7         next one, which was the -- was it
570: 8         Cipollone?
570: 9    A.  Right.

267 572:3    -   572:7     Avorn, Jerome 2006-06-30
572: 3         Is the document that I now
572: 4         have on the screen the same thing as the
572: 5         one that you have in front of you, which
572: 6         is the Cipollone article?
572: 7    A.  Correct.

268 572:17    -   572:22     Avorn, Jerome 2006-06-30
572: 17    Q.  And what journal was the
572: 18         Cipollone article published in?
572: 19    A.  Circulation.
572: 20    Q.  And what is the date of the
572: 21         Cipollone article?
572: 22    A.  2001.

269 572:23    -   572:24     Avorn, Jerome 2006-06-30
572: 23    Q.  Would you please turn to
572: 24         Page 926.  Are you with me there?

270 572:24    -   573:1     Avorn, Jerome 2006-06-30
572: 24         Page 926.  Are you with me there?
573: 1    A.  Yes.

271 573:8    -   574:13     Avorn, Jerome 2006-06-30
573: 8    Q.  Focusing on the last
573: 9         sentence in this article, would you
573: 10         please read that for the jury?
573: 11    A.  Yes.  "From a practical
573: 12         standpoint, these findings raise the
573: 13         possibility that the selective COX-2
573: 14         inhibitors now currently available for
573: 15         clinical use, or future PGES inhibitors
573: 16         might provide a novel form of therapy for
573: 17         plaque stabilization of patients with
573: 18         atherosclerotic disease and prevention of
573: 19         acute ischemic syndromes."
573: 20    Q.  And in 2001, did you agree
573: 21         with Dr. Cipollone and his colleagues
573: 22         that the findings in their study raised
573: 23         the possibility that COX-2 inhibitors
573: 24         such as Vioxx might provide a novel form
574: 1         of therapy for plaque stabilization for

| | Objections | Ruling in Barnett |
|---|---|---|

574: 2  patients with atherosclerotic disease?
574: 3  A. No, I did not.
574: 4  Q. You disagreed with that?
574: 5  A. Correct.  Because by then,
574: 6   there was evidence that the bad news
574: 7   pieces, which we had previously cited,
574: 8   were more likely to be real than a
574: 9   theoretical study from animals.
574: 10  Q. And yet you cited this
574: 11   article in your own 2002 article,
574: 12   correct?
574: 13  A. That's right.

272 **574:17** - **574:19** Avorn, Jerome 2006-06-30
574: 17  Q. I'm sorry.  Your 2004
574: 18   article?
574: 19  A. 2004.  Right.

273 **575:16** - **575:22** Avorn, Jerome 2006-06-30
575: 16  Q. Do you agree, sir, that
575: 17   during the entire time Vioxx was on the
575: 18   market, scientists whom you considered to
575: 19   be reputable were suggesting that Vioxx's
575: 20   anti-inflammatory properties might slow
575: 21   down the progression of atherosclerosis
575: 22   and help stabilize plaque?

274 **575:24** - **576:6** Avorn, Jerome 2006-06-30
575: 24   THE WITNESS:  I do not agree
576: 1   with that.  By the time it got to
576: 2   be 2003 and 2004, I don't think
576: 3   people were any more suggesting
576: 4   with the evidence at hand that
576: 5   Vioxx would be used to treat heart
576: 6   disease.

275 **576:8** - **576:9** Avorn, Jerome 2006-06-30
576: 8  Q. Your deposition of a few
576: 9   weeks ago beginning on page 389.

276 **577:6** - **577:18** Avorn, Jerome 2006-06-30
577: 6  Q. Line 23:  "Were you aware of
577: 7   any articles published by reputable
577: 8   scientists while Vioxx was on the market
577: 9   which said that Vioxx's anti-inflammatory
577: 10   properties might actually slow down the
577: 11   progression of atherosclerosis and help
577: 12   stabilize plaque?
577: 13   "Answer:  Yes.
577: 14   "Question:  And that was a
577: 15   theory that actually scientists were
577: 16   suggesting during the entire time Vioxx
577: 17   was on the market, true?
577: 18   "Answer:  Right."

277 **578:5** - **578:9** Avorn, Jerome 2006-06-30
578: 5  Q. Is that your sworn
578: 6   testimony?
578: 7  A. That's my testimony, which I
578: 8   think differs from the question you just
578: 9   asked me.

278 **578:16** - **578:22** Avorn, Jerome 2006-06-30
578: 16  Q. So that we can set the
578: 17   stage, again, the VIGOR trial involved
578: 18   Vioxx at 50 milligrams per day, correct?
578: 19  A. Correct.

| | | |
|---|---|---|
| 578: 20 | Q. Which was twice the maximum | |
| 578: 21 | dose that had been approved by the FDA at | |
| 578: 22 | the time of the VIGOR trial, right? | |

279 **578:24** - **580:9**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 578: 24 | THE WITNESS: I'd want to go |
| 579: 1 | back and look at the label, but |
| 579: 2 | that sounds reasonable. It was a |
| 579: 3 | dose that was being used in |
| 579: 4 | patients with arthritis commonly, |
| 579: 5 | although it was not the dose that |
| 579: 6 | was in the label. |
| 579: 7 | BY MR. BECK: |
| 579: 8 | Q. The label, as you recall, |
| 579: 9 | specified 25 milligrams, right? |
| 579: 10 | A. That's right. |
| 579: 11 | Q. And that was the standard |
| 579: 12 | dose, right? |
| 579: 13 | A. For osteoarthritis, but not |
| 579: 14 | for rheumatoid arthritis. |
| 579: 15 | Q. And the average use of the |
| 579: 16 | people who were involved in the VIGOR |
| 579: 17 | trial taking this 50 milligram dose was |
| 579: 18 | how long? |
| 579: 19 | A. Median duration was about |
| 579: 20 | nine months. |
| 579: 21 | Q. Now, do you know whether the |
| 579: 22 | label said anything about how long, if |
| 579: 23 | somebody is taking 50 milligrams a day |
| 579: 24 | instead of 25 milligrams a day, how long |
| 580: 1 | they should take that for? |
| 580: 2 | A. Well, I thought you just |
| 580: 3 | stipulated that the label didn't indicate |
| 580: 4 | use for 50 milligrams. |
| 580: 5 | Q. Well, do you remember |
| 580: 6 | whether there was anything in the label |
| 580: 7 | about if you're going to use 50 |
| 580: 8 | milligrams, only do it for, you know, |
| 580: 9 | five days or less? |

280 **580:14** - **581:6**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 580: 14 | Q. The question is, do you |
| 580: 15 | remember one way or the other? |
| 580: 16 | A. Yes, yes. Typically doses |
| 580: 17 | are recommended for a defined period of |
| 580: 18 | time, but it's well known that doctors |
| 580: 19 | tend to ignore that duration issue. |
| 580: 20 | Q. My question really is, do |
| 580: 21 | you remember, you talked about the two |
| 580: 22 | labels yesterday -- |
| 580: 23 | A. Right. |
| 580: 24 | Q. -- with Mr. Tisi, and if you |
| 581: 1 | don't remember, you don't remember, but |
| 581: 2 | my question is, do you remember what the |
| 581: 3 | label, the first label said about how |
| 581: 4 | long somebody should use 50 milligrams |
| 581: 5 | if, in fact, they're going to go up to |
| 581: 6 | that dose? |

281 **581:9** - **581:11**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 581: 9 | THE WITNESS: I think there |
| 581: 10 | was a time limit suggested in the |
| 581: 11 | label for 50 milligrams. |

282 **581:13** - **581:14**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 581: 13 | Q. And do you remember what |
| 581: 14 | that time limit was? |

Objections                    Ruling in Barnett

283 **581:16**    -    **581:18**    Avorn, Jerome 2006-06-30
    581: 16                    THE WITNESS:  Off the top of
    581: 17                    my head, I would say ten days, but
    581: 18                    we can check it out.

284 **581:20**    -    **582:8**    Avorn, Jerome 2006-06-30
    581: 20          Q.  Okay.
    581: 21                    It certainly wasn't nine
    581: 22                    months, though, right?
    581: 23          A.  Right.
    581: 24          Q.  And on the --
    582: 1                    You said that the VIGOR
    582: 2                    trial involved patients who had what
    582: 3                    condition?
    582: 4          A.  Rheumatoid arthritis.
    582: 5          Q.  Are people who have
    582: 6                    rheumatoid arthritis by nature at
    582: 7                    increased risk of heart attacks?
    582: 8          A.  Yes.

285 **582:12**    -    **582:12**    Avorn, Jerome 2006-06-30
    582: 12                    THE WITNESS:  Yes.

286 **582:14**    -    **582:18**    Avorn, Jerome 2006-06-30
    582: 14          Q.  And on the other side, on
    582: 15                    the other arm of the trial, so to speak,
    582: 16                    there were people who were taking
    582: 17                    naproxen, right?
    582: 18          A.  Correct.

287 **583:9**    -    **583:20**    Avorn, Jerome 2006-06-30
    583: 9          Q.  Now that you have the VIGOR
    583: 10                    publication in front of you --
    583: 11          A.  Yes.
    583: 12          Q.  -- can you tell me what the
    583: 13                    dose of naproxen was for the participants
    583: 14                    who took naproxen rather than Vioxx?
    583: 15          A.  500 milligrams twice a day.
    583: 16          Q.  In terms of the
    583: 17                    gastrointestinal results, did Vioxx
    583: 18                    significantly reduce the incidence of
    583: 19                    perforations, ulcers and bleeds?
    583: 20          A.  Yes.

288 **583:23**    -    **583:23**    Avorn, Jerome 2006-06-30
    583: 23                    THE WITNESS:  Yes.

289 **584:1**    -    **584:3**    Avorn, Jerome 2006-06-30
    584: 1          Q.  Did Vioxx significantly
    584: 2                    reduce serious complicated
    584: 3                    gastrointestinal problems?

290 **584:5**    -    **584:5**    Avorn, Jerome 2006-06-30
    584: 5                    THE WITNESS:  Yes.

291 **584:8**    -    **584:16**    Avorn, Jerome 2006-06-30
    584: 8                    For the people who used
    584: 9                    twice the normal dose of Vioxx for
    584: 10                    several months instead of days, was there
    584: 11                    any doubt that Vioxx was superior to
    584: 12                    naproxen from a gastrointestinal
    584: 13                    perspective?
    584: 14          A.  Yes, there was a doubt.
    584: 15          Q.  On the cardiovascular
    584: 16                    results, I think you testified yesterday

Objections          Ruling in Barnett

292 **584:16**   -   **585:6**    Avorn, Jerome 2006-06-30
   584: 16     results, I think you testified yesterday
   584: 17     that the difference in the CV events was
   584: 18     that there were five times as many heart
   584: 19     attacks in the Vioxx group as in the
   584: 20     naproxen group; is that right?
   584: 21   A.  As I said yesterday, the
   584: 22     numbers are variably presented, whether
   584: 23     it's four times or five times.
   584: 24   Q.  And you said they are
   585: 1     variously presented.  And one of your
   585: 2     criticisms yesterday of Merck, as I
   585: 3     recall, was the way that this data was
   585: 4     recorded in the New England Journal
   585: 5     article.  Do you remember that?
   585: 6   A.  That's right.

293 **585:13**   -   **585:23**    Avorn, Jerome 2006-06-30
   585: 13   Q.  Now, you know that when you
   585: 14     read the VIGOR article and you saw that
   585: 15     the risk of naproxen was represented as
   585: 16     .2 of the risk of Vioxx, you understood
   585: 17     .2 was one-fifth, right?
   585: 18   A.  Yes.
   585: 19   Q.  And you understood that what
   585: 20     that meant was that there were five times
   585: 21     as many heart attacks in the group that
   585: 22     took Vioxx as in the group that took
   585: 23     naproxen, correct?

294 **586:1**   -   **586:5**    Avorn, Jerome 2006-06-30
   586: 1     THE WITNESS:  Well, I do
   586: 2     this for a living, but what it
   586: 3     said was that there were one-fifth
   586: 4     as many heart attacks in the
   586: 5     naproxen group.

295 **586:7**   -   **586:12**    Avorn, Jerome 2006-06-30
   586: 7   Q.  My question is, when you
   586: 8     read that, you understood from reading
   586: 9     the VIGOR article that there were five
   586: 10     times as many heart attacks in the Vioxx
   586: 11     group as in the naproxen group, didn't
   586: 12     you?

296 **586:14**   -   **586:17**    Avorn, Jerome 2006-06-30
   586: 14     THE WITNESS:  If I stopped
   586: 15     and thought about it and flipped
   586: 16     around the numbers and did the
   586: 17     math, I could derive that number.

297 **586:19**   -   **586:19**    Avorn, Jerome 2006-06-30
   586: 19   Q.  Your deposition Page 360,

298 **587:14**   -   **587:22**    Avorn, Jerome 2006-06-30
   587: 14   Q.  Page 360, line 10.
   587: 15     "You understood, from
   587: 16     reading the results here in the abstract,
   587: 17     that there were five times the number of
   587: 18     heart attacks in the Vioxx arm than in
   587: 19     the naproxen arm, right?
   587: 20     "Answer:  Right."
   587: 21     Was that your testimony?
   587: 22   A.  Correct.

299 **589:17**   -   **589:22**    Avorn, Jerome 2006-06-30

Objections                    Ruling in Barnett

589: 17         Q.   Doctor, the question is
589: 18              whether at the time you first read the
589: 19              VIGOR article, my question is did you
589: 20              understand that there was five times as
589: 21              many heart attacks in the Vioxx group as
589: 22              in the naproxen group?

300 589:24    -    590:12   Avorn, Jerome 2006-06-30
589: 24              THE WITNESS: I think what's
590: 1              fair to say is the first time I
590: 2              read it, I read what it said,
590: 3              which is that there was one-fifth
590: 4              as many heart attacks in the
590: 5              naproxen group.
590: 6              BY MR. BECK:
590: 7         Q.   Did you understand from that
590: 8              that that's the same thing as five times
590: 9              as many heart attacks in the Vioxx group?
590: 10        A.   To tell you the truth, the
590: 11              first time I read it, that did not strike
590: 12              me.

301 590:18    -    591:9   Avorn, Jerome 2006-06-30
590: 18        Q.   And before you even read the
590: 19              VIGOR article, you knew that it had been
590: 20              publically reported that there were five
590: 21              times as many heart attacks in the Vioxx
590: 22              group as in the naproxen group; isn't
590: 23              that right?
590: 24        A.   No, that's not how it was
591: 1              publicly reported.
591: 2         Q.   Well, did you understand
591: 3              already by the time you read the article
591: 4              that there were more heart attacks in the
591: 5              Vioxx group than in the naproxen group?
591: 6         A.   Yes.
591: 7         Q.   And you understood there
591: 8              were five times as many, right?
591: 9         A.   To move things along, yes.

302 591:19    -    592:11   Avorn, Jerome 2006-06-30
591: 19        Q.   Yesterday you spent some
591: 20              time talking about the New England
591: 21              Journal article and the fact that --
591: 22        A.   May I ask which New England
591: 23              Journal article?
591: 24        Q.   The same one we were just
592: 1              looking at, Exhibit 16.
592: 2         A.   Okay.
592: 3         Q.   -- that there were three
592: 4              heart attacks that were not included in
592: 5              the data in the New England Journal
592: 6              article. Do you remember that subject?
592: 7         A.   Yes.
592: 8         Q.   Do you know from your review
592: 9              of materials in this case whether Merck
592: 10              informed the FDA about these three other
592: 11              heart attacks in October of 2000?

303 592:13    -    593:14   Avorn, Jerome 2006-06-30
592: 13              THE WITNESS: I know from my
592: 14              conversations with editors of the
592: 15              New England Journal that they did.
592: 16              BY MR. BECK:
592: 17        Q.   That Merck did inform the
592: 18              FDA of those three heart attacks?
592: 19        A.   Yes.

|  | Objections | Ruling in Barnett |
|---|---|---|

```
592: 20      Q.  You testified yesterday
592: 21          about a report written by Dr. Targum.  Do
592: 22          you remember that?
592: 23      A.  Yes.
592: 24      Q.  Do you remember whether Dr.
593: 1           Targum's analysis included those three
593: 2           additional heart attacks?
593: 3       A.  I believe that it did.
593: 4       Q.  You testified yesterday
593: 5           about the Advisory Committee that met in
593: 6           February of 2001 to discuss the VIGOR
593: 7           results.  Do you remember that?
593: 8       A.  Yes.
593: 9       Q.  Do you know whether this
593: 10          Advisory Committee was comprised of
593: 11          doctors and scientists who you would
593: 12          respect in their fields?
593: 13      A.  I expect that it would have
593: 14          been, yes.

304 593:20   -   594:7    Avorn, Jerome 2006-06-30
593: 20      Q.  Were you invited to
593: 21          participate?
593: 22      A.  No.  We've already
593: 23          established that.
593: 24      Q.  Have you read the transcript
594: 1           of that meeting?
594: 2       A.  Yes.
594: 3       Q.  And did the members of the
594: 4           Advisory Committee also have information
594: 5           concerning the three additional heart
594: 6           attacks?
594: 7       A.  I believe they did.

305 595:17   -   595:21   Avorn, Jerome 2006-06-30
595: 17          Yesterday you talked about
595: 18          something becoming clear in either the
595: 19          2000 or 2001 time frame.  Do you remember
595: 20          that?
595: 21      A.  Yes.

306 596:5    -   596:7    Avorn, Jerome 2006-06-30
596: 5       Q.  What were you talking about
596: 6           yesterday when you said that something
596: 7           became clear in that time frame?

307 596:16   -   597:24   Avorn, Jerome 2006-06-30
596: 16          THE WITNESS:  Sure.  That by
596: 17          the spring of 2001, when the
596: 18          original findings from the VIGOR
596: 19          study were released by Merck, in
596: 20          combination with the existing
596: 21          information from a variety of
596: 22          other studies that we've talked
596: 23          about that were done at around the
596: 24          same time, as well as the
597: 1           information from the preapproval
597: 2           studies and the evidence from the
597: 3           pharmacology studies that were
597: 4           also available by the spring of
597: 5           2000, that at that point, there
597: 6           was evidence of a likely
597: 7           association or even of a possible
597: 8           association between Vioxx and
597: 9           cardiovascular outcomes.
597: 10          BY MR. BECK:
597: 11      Q.  You said spring of 2001.
```

Objections            Ruling in Barnett

597: 12     A.  I'm sorry, I misspoke.  I
597: 13         meant spring of 2000.
597: 14     Q.  Okay.
597: 15         So, by the spring of 2000,
597: 16         several months before the publication in
597: 17         the New England Journal, right?
597: 18     A.  Correct.
597: 19     Q.  You were saying that there
597: 20         was evidence of a likely or possible
597: 21         association between the use of Vioxx
597: 22         and --
597: 23     A.  And adverse cardiovascular
597: 24         outcomes.

308 598:7      -     598:11     Avorn, Jerome 2006-06-30
598: 7      Q.  And yesterday, did you say
598: 8          that you, yourself, had concluded that
598: 9          there was this possible association back
598: 10         in the 2000 time frame?
598: 11     A.  Yes.

309 598:20     -     599:8     Avorn, Jerome 2006-06-30
598: 20     Q.  In any event, you, yourself,
598: 21         back in 2000, based on information that
598: 22         was available to you in the spring of
598: 23         2000, have concluded in your own mind
598: 24         that there was a likely or possible
599: 1          association between Vioxx and adverse
599: 2          cardiovascular outcomes?  Is that your
599: 3          testimony?
599: 4      A.  Certainly possible
599: 5          association, so, yes.
599: 6      Q.  Okay.
599: 7          So, a possible association?
599: 8      A.  Yes.

310 599:9      -     600:14     Avorn, Jerome 2006-06-30
599: 9      Q.  Rather than ask you what was
599: 10         your testimony yesterday, I'm going to
599: 11         try to short-circuit it.
599: 12         Is it your position that at
599: 13         the time of the VIGOR publication late in
599: 14         2000 that there was no reliable evidence
599: 15         to support the naproxen hypothesis?
599: 16     A.  "No" is an extreme term, but
599: 17         I would say virtually no.  There was the
599: 18         occasional naproxen platelet study, there
599: 19         was our own research that indicated a 16
599: 20         percent reduction.  So, I think the
599: 21         fairest way to characterize it would be
599: 22         that there was no convincing evidence
599: 23         that the so-called naproxen hypothesis
599: 24         explained the increased rate of
600: 1          cardiovascular disease seen in VIGOR.
600: 2          But, clearly, all the
600: 3          answers were not yet in, in part because
600: 4          the definitive clinical trial never got
600: 5          done, and there were unresolved
600: 6          questions.  But that's my position.
600: 7      Q.  Well, in fact, have you
600: 8          stated before that at the time of the
600: 9          VIGOR study alone that you thought it was
600: 10         fairly obvious from the absence of any
600: 11         corroborating evidence of any kind on the
600: 12         planet that naproxen was a major league
600: 13         cardioprotective drug?
600: 14     A.  Yes.

Objections                    Ruling in Barnett

311 **601:10**    -    **602:5**    Avorn, Jerome 2006-06-30
601: 10    Q.  So, I want to talk about
601: 11        what you and others on the planet were
601: 12        actually saying at the time about the
601: 13        potential cardioprotective effect of
601: 14        naproxen.
601: 15        During the time that Vioxx
601: 16        was on the market, were scientists whom
601: 17        you considered to be reputable writing
601: 18        articles saying that the difference in
601: 19        heart attacks in the VIGOR results could
601: 20        be explained by naproxen?
601: 21    A.  You'd have to characterize
601: 22        when you mean about while it was on the
601: 23        market, because certainly that was being
601: 24        said credibly in 1999.  It is much less
602: 1         likely that it was being said credibly in
602: 2         2004.
602: 3     Q.  Well, it wouldn't have been
602: 4         said in 1999 since VIGOR hadn't come out
602: 5         in 1999, right?

312 **602:7**    -    **602:9**    Avorn, Jerome 2006-06-30
602: 7         THE WITNESS:  I'm sorry,
602: 8         your question was about scientists
602: 9         speaking about what?

313 **602:11**    -    **602:16**    Avorn, Jerome 2006-06-30
602: 11    Q.  About the difference in
602: 12        heart attacks in VIGOR results could be
602: 13        explained by naproxen.
602: 14    A.  I'm sorry.  Yes.  2000.
602: 15        What was said in 2000 would have been
602: 16        more credible than what was said in 2004.

314 **602:17**    -    **603:15**    Avorn, Jerome 2006-06-30
602: 17    Q.  Do you know who Dr. Steven
602: 18        Nissen is?
602: 19    A.  Yes, I do.
602: 20    Q.  Was he a member of the
602: 21        Advisory Committee that met in February
602: 22        of 2001 to discuss the results of VIGOR?
602: 23    A.  I believe he was.
602: 24    Q.  Is he a cardiologist whom
603: 1         you respect?
603: 2     A.  Yes.
603: 3     Q.  At the time back in 2001, do
603: 4         you know where Dr. Nissen was working?
603: 5     A.  I think he was at the
603: 6         Cleveland Clinic then.
603: 7     Q.  Was he a colleague of Dr.
603: 8         Topol's back then?
603: 9     A.  That's right.
603: 10    Q.  Is Dr. Nissen still at the
603: 11        Cleveland clinic?
603: 12    A.  Yes, he is.
603: 13    Q.  Is Dr. Topol still at the
603: 14        Cleveland Clinic?
603: 15    A.  No.

315 **603:20**    -    **604:11**    Avorn, Jerome 2006-06-30
603: 20    Q.  You said you reviewed the
603: 21        transcript of the Advisory Committee
603: 22        meeting, right, the 2001 meeting?
603: 23    A.  Right.
603: 24    Q.  Do you remember whether Dr.

|  | Objections | Ruling in Barnett |
|---|---|---|

604: 1        Nissen made a presentation at that
604: 2        meeting?
604: 3   A.  Yes, he did.
604: 4   Q.  Do you remember what Dr.
604: 5        Nissen concluded about what could be
604: 6        gleaned from the VIGOR results?
604: 7   A.  Well, rather than going on
604: 8        my memory of what Dr. Nissen said, it
604: 9        might be more helpful if I could just
604: 10      look at the transcript you're referring
604: 11      to.

316 605:14   -  605:20   Avorn, Jerome 2006-06-30
605: 14   Q.  First, let's just establish,
605: 15        is Exhibit 47 the transcript of the
605: 16        Advisory Committee meeting that you
605: 17        reviewed?
605: 18   A.  Yes.
605: 19   Q.  And if you would please turn
605: 20      to Page 206.  The --

317 606:8   -  607:7   Avorn, Jerome 2006-06-30
606: 8   Q.  So, just referring to Page
606: 9        206.  And Dr. Nissen is quoted on Page
606: 10      206.  Did you review this quotation from
606: 11      Dr. Nissen when considering the materials
606: 12      in reaching your opinion?
606: 13   A.  Yes.
606: 14   Q.  And he's quoted here as
606: 15      saying, "Briefly, I think what I would
606: 16      say in the label that there was an excess
606: 17      of cardiovascular events in comparison to
606: 18      naproxen, that it remains uncertain
606: 19      whether this was due to beneficial
606: 20      cardioprotective effects of naproxen or
606: 21      prothrombotic effects of the agent, and
606: 22      leave it at that, that basically we don't
606: 23      know the reason.  We do know there was a
606: 24      difference.  That awareness should be
607: 1        made available to the prescriber and to
607: 2        the consumer, but without necessarily a
607: 3        final judgment as to the reasons for that
607: 4        difference."
607: 5        Did I read that quotation
607: 6        correctly?
607: 7   A.  Yes, you did.

318 607:16   -  608:2   Avorn, Jerome 2006-06-30
607: 16   Q.  After Dr. Nissen made this
607: 17      statement, do you know whether the
607: 18      Advisory Committee voted on whether
607: 19      that's how they recommended the subject
607: 20      be treated in the label?
607: 21   A.  I would want to look at the
607: 22      actual vote.  I know there was a vote,
607: 23      but I would want to see just how it was
607: 24      characterized.
608: 1   Q.  If you'd look at the next
608: 2        page.

319 609:6   -  610:22   Avorn, Jerome 2006-06-30
609: 6        has stopped, and during our pause, during
609: 7        the musical interlude, Doctor, did you
609: 8        have a chance to review the transcript
609: 9        pages around Dr. Nissen's comments?
609: 10      A.  Yes.  But I don't think it's
609: 11      fair to characterize it as a vote on Dr.

| | Objections | Ruling in Barnett |
|---|---|---|

609: 12     Nissen's comments.
609: 13   Q.  Okay.
609: 14     How would you characterize
609: 15     the vote?
609: 16   A.  I would characterize it as
609: 17     -- I will read the actual question that
609: 18     was posed.
609: 19   Q.  What page are you on?
609: 20   A.  207.
609: 21   Q.  And what line?
609: 22   A.  5.
609: 23     "So, let me ask for those
609: 24     feeling yes, that there needs to be
610: 1     something, some additional language," and
610: 2     I'm not sure that comma is placed
610: 3     appropriately.  I read it as, since it
610: 4     doesn't make sense where the comma is,
610: 5     "some additional language, perhaps along
610: 6     the lines of Dr. Nissen in terms of the
610: 7     label."  And so what it seems to me a
610: 8     fair reading of this question is, should
610: 9     there be something more in the label that
610: 10     describes the VIGOR findings perhaps
610: 11     along the lines that Dr. Nissen suggests.
610: 12   Q.  Okay.
610: 13     So --
610: 14   A.  And the vote was mostly on
610: 15     should there be more language in the
610: 16     label about the VIGOR findings.
610: 17   Q.  Well, nobody said that.
610: 18   A.  "That there needs to be
610: 19     something, some additional language," and
610: 20     the topic was the VIGOR findings,
610: 21     "perhaps along the lines of Dr. Nissen in
610: 22     terms of the label."

320 611:12     -    612:4    Avorn, Jerome 2006-06-30
611: 12   Q.  In any event, the actual
611: 13     language that was voted on was, "So, let
611: 14     me ask for those feeling yes, that there
611: 15     needs to be something, some additional
611: 16     language perhaps, along the lines of Dr.
611: 17     Nissen in terms of the label."  Is that
611: 18     the question that was posed?
611: 19   A.  Yes.
611: 20   Q.  And how did the vote come
611: 21     out?
611: 22   A.  The vote was, well, we can't
611: 23     get a count, but it looks like everybody
611: 24     but one voted for additional language.
612: 1   Q.  Well, voted for the question
612: 2     that was "some additional language
612: 3     perhaps along the lines of Dr. Nissen,"
612: 4     right?

321 612:7     -    612:16    Avorn, Jerome 2006-06-30
612: 7     THE WITNESS:  Right.  But,
612: 8     again, having read many of these
612: 9     transcripts and sat through some
612: 10     of these meetings, I see the
612: 11     question, and I think it's right
612: 12     there in the language, that
612: 13     "should there be something, some
612: 14     additional language" about the
612: 15     VIGOR findings, "perhaps along the
612: 16     lines of Dr. Nissen."

Objections | Ruling in Barnett

322 612:19   -   613:1   Avorn, Jerome 2006-06-30
612: 19   So, we agree that that was
612: 20   the question, and it was everybody except
612: 21   one person said yes to that?
612: 22   A.   Right.
612: 23   And my reading of that was
612: 24   that they said yes, there should be some
613: 1   additional language in the label.

Re: 612:23-613:1   Re:  612:23-613:1
Def. Obj: Non-responsive   Overruled

323 613:6   -   614:9   Avorn, Jerome 2006-06-30
613: 6   Q.   You don't have any reason to
613: 7   believe that the Advisory Committee
613: 8   members in 2001 were biased in favor of
613: 9   Merck, do you?
613: 10   A.   The reason I'm having a hard
613: 11   time answering that is that we know that
613: 12   the Advisory Committee's vote later on,
613: 13   and I simply don't know if it was the
613: 14   same members or how many were the same,
613: 15   definitely did split in their statements
613: 16   about Vioxx, about the other COX-2s, in
613: 17   relation to their affiliations with
613: 18   industry.  And this has been widely
613: 19   documented.
613: 20   And the question has been
613: 21   raised, I think understandably, that if
613: 22   the votes in a subsequent meeting, the
613: 23   one of 2005, I believe, of the Advisory
613: 24   Committee correlated very closely with
614: 1   the ties of Advisory Committee members to
614: 2   industry, that that raised the question
614: 3   as to whether there was perhaps
614: 4   unconscious, perhaps unintentional, bias.
614: 5   So, I don't think I can rule out that
614: 6   possibility in relation to this Advisory
614: 7   Committee either.
614: 8   Q.   Your sworn testimony from a
614: 9   few weeks ago, Page 379, line 20.

324 615:1   -   615:9   Avorn, Jerome 2006-06-30
615: 1   Q.   "Question:  There's no
615: 2   reason to think that the Advisory
615: 3   Committee in February of 2001 was biased
615: 4   in favor of Merck, was there, sir?
615: 5   "Answer:  Not to my
615: 6   knowledge."
615: 7   Was that your sworn
615: 8   testimony a couple weeks ago?
615: 9   A.   Yes.

325 642:18   -   643:24   Avorn, Jerome 2006-06-30
642: 18   Q.   Doctor, I'd like to now
642: 19   spend a few minutes on study 090.
642: 20   A.   Okay.
642: 21   Q.   Do you remember discussing
642: 22   that study with Mr. Tisi yesterday?
642: 23   A.   Yes, I do.
642: 24   Q.   And that was a clinical
643: 1   trial that was completed not long after
643: 2   the completion of VIGOR; is that right?
643: 3   A.   Right.
643: 4   Q.   So, that would have been in
643: 5   the 2000 time frame?
643: 6   A.   Right.
643: 7   Q.   Do you know whether Merck
643: 8   provided the results of study 090 to the

| | Objections | Ruling in Barnett |
|---|---|---|

643: 9          FDA?
643: 10         A.  I believe they did.
643: 11         Q.  And, in fact, did the FDA
643: 12             then make the results of study 090
643: 13             publically available by posting it on the
643: 14             FDA website?
643: 15         A.  Virtually no doctor goes to
643: 16             the FDA website to look at study results.
643: 17         Q.  No, my --
643: 18             Well, researchers do, do
643: 19             they not?
643: 20         A.  Sometimes, yes.
643: 21         Q.  And my question wasn't what
643: 22             prescribers do, but, rather, did the FDA
643: 23             make the results of study 090 available
643: 24             by publishing it on its website?

326 644:3       -    644:6     Avorn, Jerome 2006-06-30
644: 3              THE WITNESS:  They did
644: 4              disseminate or not disseminate,
644: 5              but they did make available what
644: 6              they had received from Merck, yes.

327 644:11      -    645:3     Avorn, Jerome 2006-06-30
644: 11             Was study 090 discussed by
644: 12             Dr. Targum in her memorandum that
644: 13             appeared around the time of the February
644: 14             2001 Advisory Committee?
644: 15         A.  Yes.
644: 16         Q.  Yesterday when you were
644: 17             discussing study 090, you testified that
644: 18             there was an increase in numbers of
644: 19             cardiovascular events.  Do you remember
644: 20             that?
644: 21         A.  Right.
644: 22         Q.  You did not testify
644: 23             yesterday, did you, that there was a
644: 24             statistically significant increase in
645: 1              cardiovascular events in study 090?
645: 2          A.  I don't believe that I said
645: 3              that.

328 654:9       -    654:19    Avorn, Jerome 2006-06-30
654: 9          Q.  So, when Vioxx was compared
654: 10             with people who took a sugar pill or
654: 11             placebo, there was no statistically
654: 12             significant difference in cardiovascular
654: 13             thrombotic events; is that correct?
654: 14         A.  When the placebo group
654: 15             was -- when both of the referent groups
654: 16             were combined, I believe there was.  When
654: 17             the placebo group, per se, which was half
654: 18             as large as the other study groups, was
654: 19             broken out, it was not.

329 654:20      -    655:16    Avorn, Jerome 2006-06-30
654: 20         Q.  I want to discuss some more
654: 21             of what it was that scientists were
654: 22             saying about the potential
654: 23             cardioprotective effect of naproxen
654: 24             during the 2000 through 2004 time frame.
655: 1              And first I would like to look at an
655: 2              article that you wrote, which I believe
655: 3              is Exhibit 4.  It was marked yesterday.
655: 4          A.  Then that would be in that
655: 5              binder.
655: 6          Q.  That would be in the binder.

Objections     Ruling in Barnett

| | |
|---|---|
| 655: 7 | A. Okay. |
| 655: 8 | Q. I've put up on the screen |
| 655: 9 | Exhibit 4. Is this an article that you |
| 655: 10 | were an author of? |
| 655: 11 | A. That's right. |
| 655: 12 | Q. What's the subject of the |
| 655: 13 | article? |
| 655: 14 | A. Nonsteroidal |
| 655: 15 | anti-inflammatory drug use and heart |
| 655: 16 | attack. |

330 **656:9** - **660:13**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 656: 9 | Q. What journal was this |
| 656: 10 | published in? |
| 656: 11 | A. Archives of Internal |
| 656: 12 | Medicine. |
| 656: 13 | Q. And when was it published? |
| 656: 14 | A. It was accepted for |
| 656: 15 | publication in January of '02, and it was |
| 656: 16 | published in May of '02. So, it was |
| 656: 17 | written in the end of '01. |
| 656: 18 | Q. Was this a study that you |
| 656: 19 | and some colleagues did concerning |
| 656: 20 | potential cardioprotective effects of |
| 656: 21 | naproxen? |
| 656: 22 | A. Yes. |
| 656: 23 | Q. Did you study patients who |
| 656: 24 | had taken naproxen, ibuprofen and other |
| 657: 1 | traditional NSAIDs? |
| 657: 2 | A. Right. |
| 657: 3 | Q. Would you please turn to |
| 657: 4 | Page 1104. And I'm going to put up on |
| 657: 5 | the screen the same paragraph that Mr. |
| 657: 6 | Tisi put on the screen and the two of you |
| 657: 7 | discussed yesterday. |
| 657: 8 | A. Right. |
| 657: 9 | Q. Do you remember this |
| 657: 10 | paragraph? |
| 657: 11 | A. Yes. |
| 657: 12 | Q. And it starts off with, "In |
| 657: 13 | the study by Bombardier et al." And |
| 657: 14 | that's in the VIGOR publication, correct? |
| 657: 15 | A. Correct. |
| 657: 16 | Q. And I think you went through |
| 657: 17 | the first two sentences where it said, |
| 657: 18 | "In the study by Bombardier et al.," -- |
| 657: 19 | that means and others, right? |
| 657: 20 | A. Right. |
| 657: 21 | Q. -- "in which patients with |
| 657: 22 | rheumatoid arthritis were randomized to |
| 657: 23 | receive rofecoxib or naproxen, the rates |
| 657: 24 | of AMI were 4-fold higher in patients |
| 658: 1 | taking rofecoxib." |
| 658: 2 | Rofecoxib, as we know, is |
| 658: 3 | Vioxx, right? |
| 658: 4 | A. Right. |
| 658: 5 | Q. And I think you also |
| 658: 6 | discussed the sentence that said, "These |
| 658: 7 | findings could have resulted from a |
| 658: 8 | protective effect of naproxen, a risk- |
| 658: 9 | enhancing effect of rofecoxib, or both," |
| 658: 10 | right? |
| 658: 11 | A. Right. |
| 658: 12 | Q. Now, did you go on to say, |
| 658: 13 | "The selective COX-2 inhibitors were not |
| 658: 14 | available during the period that we |
| 658: 15 | studied"? |

Objections                    Ruling in Barnett

658: 16    A.  Right.
658: 17    Q.  And to be clear, now you're
658: 18        talking about the paper we're looking at
658: 19        right now, your 2002 publication.  Even
658: 20        though Vioxx had been on the market since
658: 21        May of 1999, in your, I think you might
658: 22        have called it a look-back study --
658: 23    A.  In our database.
658: 24    Q.  -- you looked at a
659: 1         database --
659: 2     A.  Right.
659: 3     Q.  -- that went back in an
659: 4         earlier period of time when neither
659: 5         Celebrex nor Vioxx were on the market,
659: 6         right?
659: 7     A.  Or were on the market in
659: 8         such small amounts.  No, actually, you're
659: 9         correct.  We looked at data up until the
659: 10        end of 1995.  So, there were no COX-2s on
659: 11        the market in that period.
659: 12    Q.  Okay.
659: 13        So, just to be completely
659: 14        clear here, the study that you did when
659: 15        focusing on whether naproxen had a
659: 16        cardioprotective effect, there was no
659: 17        looking at Vioxx at all, right?
659: 18    A.  Correct.  Not in this study.
659: 19    Q.  Okay.
659: 20        And because of that, did you
659: 21        go on to say in your study that these
659: 22        findings do not clarify --
659: 23    A.  Can you tell me where you
659: 24        are looking?
660: 1     Q.  Yes.  I'm highlighting it on
660: 2         the screen.
660: 3     A.  Right, right.
660: 4     Q.  And I'll underline it.
660: 5     A.  Right.
660: 6     Q.  That basically because
660: 7         rofecoxib or Vioxx wasn't even on the
660: 8         market during the period that you
660: 9         studied, the findings of this paper do
660: 10        not clarify the role of Vioxx.  That's
660: 11        what you said, correct?
660: 12    A.  Right.  We didn't study
660: 13        Vioxx.

331 660:19    -    661:5    Avorn, Jerome 2006-06-30
660: 19        You went on to say that
660: 20        while your study did not clarify the role
660: 21        about rofecoxib, you said, "However, the
660: 22        data presented herein are consistent with
660: 23        a possible protective effect of
660: 24        naproxen," right?
661: 1     A.  That's right.  And to really
661: 2         round it out, we need to point out that
661: 3         the number that that refers to was a 16
661: 4         percent reduction, not an 80 percent
661: 5         reduction.

332 661:6    -    661:8    Avorn, Jerome 2006-06-30
661: 6     Q.  And I think yesterday you
661: 7         used a phrase when talking about 16
661: 8         percent, I can't remember, what was --

333 661:11    -    661:20    Avorn, Jerome 2006-06-30
661: 11    Q.  Wimpy.  Was that a phrase

122

Objections | Ruling in Barnett

661: 12     you used?
661: 13  A. In explaining an 80 percent
661: 14     reduction, yes.  In that context, it was
661: 15     wimpy.
661: 16  Q. So, yesterday you testified
661: 17     that a 16 percent increase in
661: 18     cardioprotective effect was a wimpy
661: 19     increase?
661: 20  A. No.

**334  661:23    -    662:21**  Avorn, Jerome 2006-06-30
661: 23     THE WITNESS:  No.  What I
661: 24     said was in relation to the
662: 1     supposed 80 percent effect that
662: 2     Merck was attributing to Vioxx, it
662: 3     was wimpy --
662: 4     BY MR. BECK:
662: 5  Q. Okay.
662: 6     I --
662: 7  A. I'm sorry -- to naproxen.
662: 8  Q. In any event, what you found
662: 9     without putting an adjective on it for
662: 10     the time being, what you did find in your
662: 11     2002 study was that the information you
662: 12     collected was consistent with a possible
662: 13     protective effect of naproxen, right?
662: 14  A. Right.  But to be fair, we
662: 15     need to read the rest of that section
662: 16     and line 10 of the last paragraph.
662: 17     Perhaps you can bring that up.  It's
662: 18     right below where you just cited, in
662: 19     which we say, to put this in
662: 20     perspective -- it's line 10 of the last
662: 21     paragraph.

**335  664:18    -    665:19**  Avorn, Jerome 2006-06-30
664: 18  Q. And how much do you want me
664: 19     to blow up there?
664: 20  A. I think just the two
664: 21     sentences beginning with, "To place the
664: 22     effect of naproxen in perspective."
664: 23  Q. Let me see if I can do that.
664: 24     How far down?
665: 1  A. Ending with the line
665: 2     beginning "by aspirin."
665: 3  Q. Okay.
665: 4  A. Okay.  All right.
665: 5     This is our summary that
665: 6     follows the point that you had cited
665: 7     above.
665: 8     "To place the effect of
665: 9     naproxen in perspective, in a large
665: 10     randomized trial of daily aspirin use in
665: 11     primary prevention, patients in the
665: 12     intervention arm experienced a 44%
665: 13     reduction in the risk of AMI.  Therefore,
665: 14     it would be false to equate the more
665: 15     modest effect of naproxen suggested in
665: 16     this study with the cardioprotection
665: 17     afforded by aspirin."
665: 18     And that's a key point in
665: 19     our concluding paragraph.

**336  665:21    -    668:3**  Avorn, Jerome 2006-06-30
665: 21     Now, let's turn to Page 1.
665: 22  A. Of the paper?
665: 23  Q. Of the paper.

| | Objections | Ruling in Barnett |
|---|---|---|

665: 24        And there you have this
666: 1          business at the top of the page that's
666: 2          sometimes called an abstract, right?
666: 3    A.   It's always called an
666: 4          abstract.
666: 5    Q.   Okay.
666: 6          It's always called an
666: 7          abstract, and you set forth the key
666: 8          information in the abstract; is that
666: 9          right?
666: 10   A.   Right.
666: 11   Q.   And then in the conclusions
666: 12         in the abstract, I take it that you set
666: 13         forth the key conclusions in this
666: 14         section, right?
666: 15   A.   Right.
666: 16   Q.   So, if it's okay with you --
666: 17   A.   Sure.
666: 18   Q.   -- I'll blow up the whole
666: 19         thing, the conclusion.
666: 20   A.   Sure.
666: 21   Q.   Was your key conclusion that
666: 22         you put in the abstract, "Although NSAIDs
666: 23         have anti-inflammatory and anti-platelet
666: 24         effects similar to those of aspirin, we
667: 1          did not find that these drugs confer a
667: 2          protective effect against AMI," being
667: 3          heart attacks, right?
667: 4    A.   Correct.
667: 5    Q.   "However, use of one
667: 6          specific NSAID, naproxen, appeared to be
667: 7          associated with the reduced rate of AMI,"
667: 8          or heart attack, "an effect recently
667: 9          suggested by a large randomized
667: 10         controlled trial as well."  Is that
667: 11         right?
667: 12   A.   Correct.
667: 13   Q.   And when you said that the
667: 14         use of naproxen appeared to be associated
667: 15         with a reduced rate of heart attack, that
667: 16         was from your own data, right?
667: 17   A.   That was the 16 percent
667: 18         reduction.
667: 19   Q.   And then you said that your
667: 20         data -- that this same effect of
667: 21         cardioprotection from naproxen was
667: 22         recently suggested by a large randomized
667: 23         control trial.  Was that the VIGOR trial?
667: 24   A.   Right.  I believe then and I
668: 1          believe now that naproxen reduces the
668: 2          rate of heart attack by about 15 or 16
668: 3          percent.

337 **668:4**    -    **668:18**    Avorn, Jerome 2006-06-30
668: 4    Q.   And the 16 percent figure
668: 5          comes from the VIGOR trial, right?
668: 6    A.   No.  That's from our own
668: 7          research.
668: 8    Q.   I'm sorry.  From your own
668: 9          research?
668: 10   A.   Right.  Others have found
668: 11         similar things.
668: 12   Q.   Well, in fact, others have
668: 13         found higher rates of cardioprotection
668: 14         from naproxen, right?
668: 15   A.   Some lower, some higher, but
668: 16         I think if you were to pull together all

Objections                    Ruling in Barnett

668: 17        the data, the most common finding is
668: 18        about 15 percent.

338 669:1      -    669:19    Avorn, Jerome 2006-06-30
669: 1         Q.   And in VIGOR, you know that
669: 2              the people -- it was a controlled study
669: 3              where they were using 500 milligrams
669: 4              twice a day, right?
669: 5         A.   Right.
669: 6         Q.   And I think you said the
669: 7              average length of time that people were
669: 8              in the study was nine months?
669: 9         A.   That's right.
669: 10        Q.   And your study was not a
669: 11             controlled study where everybody took the
669: 12             same amount of the drug every day for
669: 13             many months, right?
669: 14        A.   That's correct.
669: 15        Q.   Yours was looking back at
669: 16             medical records of people who had
669: 17             prescriptions for naproxen and other
669: 18             drugs, right?
669: 19        A.   That's right.

339 669:20     -    669:24    Avorn, Jerome 2006-06-30
669: 20        Q.   And your study did not take
669: 21             into account whether the patients were
669: 22             taking lower doses of naproxen than they
669: 23             were in the VIGOR study, right?
669: 24        A.   We looked at all doses.

340 670:7      -    670:11    Avorn, Jerome 2006-06-30
670: 7         Q.   Well, my question is, you
670: 8              did the study.  You know from having done
670: 9              the study, don't you, that lots of the
670: 10             patients were taking lower doses than 500
670: 11             milligrams twice a day?

341 670:20     -    670:22    Avorn, Jerome 2006-06-30
670: 20        A.   Well, let me find out where
670: 21             I want to be first.  I'm looking at
670: 22             dosage on Page 1100.

342 670:23     -    672:4     Avorn, Jerome 2006-06-30
670: 23             Okay.  Actually, you're
670: 24             incorrect.  If you look at Table 4 on
671: 1              Page 1103, we look at the very small
671: 2              cardioprotective effect of naproxen as it
671: 3              related to the dose.  And I've got a very
671: 4              bad Xerox, you may have a better copy,
671: 5              but the last three lines in Table 4 look
671: 6              at the odds ratio or the protection of a
671: 7              number less than 1 is protection against
671: 8              heart attack.
671: 9              And we look at those three
671: 10             numbers as a function of the dose, which
671: 11             we expressed as the percent of the
671: 12             maximum anti-inflammatory dosage.  So,
671: 13             again, it is hard to read my Xerox, but I
671: 14             believe the top line is greater than 75
671: 15             percent of the maximum anti-inflammatory
671: 16             dose.  The next line is 51 to 75 percent.
671: 17             And the last line is 50 percent or less.
671: 18             So, basically it's the
671: 19             highest doses, the medium doses and the
671: 20             smallest doses.  And looking at those
671: 21             three numbers, there is no relationship

Objections          Ruling in Barnett

671: 22     to the cardioprotective level of any
671: 23     meaningful kind with dose.  They are all
671: 24     between 77 percent and 81 percent.  So, I
672: 1      would disagree with you that our findings
672: 2      are explained by the fact that the people
672: 3      taking naproxen in our study were taking
672: 4      it at a lower dose.

343 **673:1**   -   **673:11**   Avorn, Jerome 2006-06-30
673: 1      Do you know whether lots of
673: 2      people in your study were taking naproxen
673: 3      at doses lower than 500 milligrams twice
673: 4      a day?
673: 5   A.  Well, in epidemiology, we
673: 6      try to avoid terms like "lots of."  But I
673: 7      can tell you that regardless of the dose,
673: 8      people, lots of people were taking it at
673: 9      the high dose, the medium dose and the
673: 10     low dose, and they all had the same
673: 11     effect.

344 **673:12**  -   **674:16**   Avorn, Jerome 2006-06-30
673: 12  Q.  You could not control in
673: 13     your study whether the patients were
673: 14     taking naproxen every day as they did in
673: 15     VIGOR, correct?
673: 16  A.  Correct.
673: 17  Q.  Did you ever study a
673: 18     subgroup of patients who used 500
673: 19     milligrams twice a day to see what the
673: 20     cardioprotective effect of naproxen would
673: 21     be at that dose used on a regular basis
673: 22     twice a day?
673: 23  A.  That group -- the closest to
673: 24     that group would be this highest greater
674: 1      than 75 percent of the maximum
674: 2      anti-inflammatory doses.  That would
674: 3      calibrate with the population that you
674: 4      described as best as possible.  And that
674: 5      group went all the way up to 19 percent
674: 6      instead of 16 percent.
674: 7   Q.  But you don't know if they
674: 8      used that twice a day or day in, day out
674: 9      for nine months, right?
674: 10  A.  Right.
674: 11  Q.  Have other scientists found,
674: 12     to your knowledge, that from a
674: 13     pharmacologic mechanistic perspective
674: 14     that naproxen at 500 milligrams twice a
674: 15     day mimics the anti-platelet effect of
674: 16     low-dose aspirin?

345 **674:24**  -   **675:5**   Avorn, Jerome 2006-06-30
674: 24     THE WITNESS:  I'm aware of
675: 1      the area of research you're
675: 2      describing.  I wouldn't use the
675: 3      word "mimics," but it is true that
675: 4      people have found anti-platelet
675: 5      effects of naproxen.

346 **675:7**   -   **675:13**   Avorn, Jerome 2006-06-30
675: 7   Q.  Well, my question is, do you
675: 8      know whether other scientists have found
675: 9      not only anti-platelet effects of
675: 10     naproxen, but that they mimic those of
675: 11     low-dose aspirin?
675: 12  A.  I just can't speak to the

|  | Objections | Ruling in Barnett |
|---|---|---|

675: 13          word "mimic."

347 **676:2**    -    **676:3**    Avorn, Jerome 2006-06-30
676: 2          Q.  I'm handing you an article
676: 3              we marked as Exhibit 49, which is an

348 **676:3**    -    **676:12**    Avorn, Jerome 2006-06-30
676: 3              we marked as Exhibit 49, which is an
676: 4              article written by Marta Capone and
676: 5              others.
676: 6          A.  Right.
676: 7          Q.  Have you ever seen this
676: 8              before?
676: 9          A.  I know of the studies.  I
676: 10              couldn't identify if it's the Capone
676: 11              study in which people have found an
676: 12              anti-platelet effect of naproxen.

349 **676:19**    -    **677:20**    Avorn, Jerome 2006-06-30
676: 19          Q.  What's the date of this
676: 20              report?
676: 21          A.  2004.
676: 22          Q.  What publication was it in?
676: 23          A.  Circulation.
676: 24          Q.  Look at the conclusion as
677: 1              set forth in the abstract.  Do you see
677: 2              where Dr. Capone and her colleagues said,
677: 3              "The regular administration of naproxen
677: 4              500 milligrams BID can mimic the
677: 5              anti-platelet" effect -- "anti-platelet
677: 6              COX-1 effect of low-dose aspirin"?
677: 7          A.  Right.
677: 8          Q.  So, this is one of the
677: 9              studies that talks about how it can work
677: 10              the same way that aspirin does?
677: 11          A.  Right.  This is in nine
677: 12              subjects followed for six days, correct.
677: 13          Q.  Have other scientists found
677: 14              that naproxen exerts an anti-thrombotic
677: 15              effect at least as potent as that of
677: 16              aspirin?
677: 17          A.  I know that there's
677: 18              literature out there indicating that
677: 19              there can, under some circumstances, be
677: 20              an anti-platelet effect of aspirin.

350 **681:19**    -    **682:7**    Avorn, Jerome 2006-06-30
681: 19          Q.  Do you remember discussing
681: 20              Exhibit 19 with Mr. Tisi yesterday?
681: 21          A.  Yes.
681: 22          Q.  And this was a submission by
681: 23              Merck to the FDA in November of 2001,
681: 24              correct?
682: 1          A.  Right.
682: 2          Q.  And would you please turn to
682: 3              Page 3?
682: 4          A.  Yes.
682: 5          Q.  There's language that you
682: 6              and Mr. Tisi went over that I would like
682: 7              to focus on with you.  Here we go.

351 **682:8**    -    **683:9**    Avorn, Jerome 2006-06-30
682: 8              I think this is the language
682: 9              that you focused on where Merck is
682: 10              writing to the FDA and Merck said, "The
682: 11              concept that there are differences among
682: 12              NSAIDs is supported by external

Objections | Ruling in Barnett

| | |
|---|---|
| 682: 13 | epidemiological data from three separate |
| 682: 14 | studies that utilized different clinical |
| 682: 15 | databases, indicating that the use of |
| 682: 16 | naproxen, but not other NSAIDs, is |
| 682: 17 | cardioprotective." |
| 682: 18 | And then there are three |
| 682: 19 | citations, and I think Number 4 is to |
| 682: 20 | your paper, correct? |
| 682: 21 | A.  Right. |
| 682: 22 | Q.  And then it goes on to say, |
| 682: 23 | "Among these studies is a U.S. study of |
| 682: 24 | over 22,000 patients in New Jersey by a |
| 683: 1 | Boston academic group unaffiliated with |
| 683: 2 | industry." |
| 683: 3 | And that refers to your |
| 683: 4 | group, right? |
| 683: 5 | A.  That's right. |
| 683: 6 | Q.  Yesterday you said that |
| 683: 7 | Merck distorted the results of your |
| 683: 8 | study.  Do you remember that? |
| 683: 9 | A.  Yes. |

352 **683:15**      -   **685:11**      Avorn, Jerome 2006-06-30

| | |
|---|---|
| 683: 15 | Q.  Now, when describing your |
| 683: 16 | study as one of three -- well, let's just |
| 683: 17 | go through the language here. |
| 683: 18 | The Merck submission says, |
| 683: 19 | "The concept that there are differences |
| 683: 20 | among NSAIDs is supported by external |
| 683: 21 | epidemiological data from three separate |
| 683: 22 | studies."  Now, just let me stop there. |
| 683: 23 | Does your study support the |
| 683: 24 | concept that there are differences among |
| 684: 1 | NSAIDs? |
| 684: 2 | A.  Yes. |
| 684: 3 | Q.  And it says, "That" used |
| 684: 4 | "different clinical databases."  And your |
| 684: 5 | study obviously used a different clinical |
| 684: 6 | database than the other ones did, right? |
| 684: 7 | A.  Right. |
| 684: 8 | Q.  And then it goes on to say |
| 684: 9 | that these three separate studies |
| 684: 10 | indicate "a use of naproxen, but not |
| 684: 11 | other NSAIDs, is cardioprotective." |
| 684: 12 | Did your study indicate that |
| 684: 13 | the use of naproxen, but not other |
| 684: 14 | NSAIDs, is cardioprotective? |
| 684: 15 | A.  Yes. |
| 684: 16 | Q.  And then the next sentence |
| 684: 17 | that says, "Among these studies is a U.S. |
| 684: 18 | study of over 22,000 patients in New |
| 684: 19 | Jersey."  And was your study of over |
| 684: 20 | 22,000 patients in New Jersey? |
| 684: 21 | A.  Yes. |
| 684: 22 | Q.  And then it says, "By a |
| 684: 23 | Boston academic group."  That's where |
| 684: 24 | you're from, right? |
| 685: 1 | A.  Right. |
| 685: 2 | Q.  "Unaffiliated with |
| 685: 3 | industry." And you are not affiliated |
| 685: 4 | with industry, correct? |
| 685: 5 | A.  Right. |
| 685: 6 | Q.  You've testified both |
| 685: 7 | yesterday and today, you've emphasized, I |
| 685: 8 | think it's fair to say, that the |
| 685: 9 | cardioprotective effect that you found |
| 685: 10 | was 16 percent, right? |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

685: 11       A.  Right.

353 **685:12**       -   **686:10**       Avorn, Jerome 2006-06-30

685: 12       Are we done with this
685: 13       document?
685: 14    Q.  Yes.
685: 15    A.  Because I think in fairness,
685: 16       we need to point out that the reason I
685: 17       feel there was a distortion was that it
685: 18       follows a paragraph in which Merck was
685: 19       arguing to the FDA that they could not
685: 20       tell if the difference in effect from --
685: 21       in the VIGOR study was because it was
685: 22       explained away by naproxen or by a
685: 23       prothrombotic or cardiotoxic effect of
685: 24       Vioxx.
686: 1       And the distortion piece has
686: 2       to do with the fact that the paragraph
686: 3       you just read was a justification for
686: 4       their saying we don't know whether this
686: 5       was because of naproxen or not, and let's
686: 6       just not attribute it to Vioxx because we
686: 7       can't tell.  And that was the distortion
686: 8       that I was referring to.
686: 9    Q.  Well, what they said about
686: 10       your study was accurate, right?

**Re: 685:12-686:8**
**Def. Obj:** Completely
non-responsive speech.
No question pending.

Re:  685:12-686:8
Overruled

354 **686:13**       -   **687:9**       Avorn, Jerome 2006-06-30

686: 13       THE WITNESS:  Not in the
686: 14       context that they presented it,
686: 15       no.
686: 16       BY MR. BECK:
686: 17    Q.  Well, they were making their
686: 18       position to the FDA.
686: 19    A.  And using my data to justify
686: 20       it.
686: 21    Q.  But what they said about
686: 22       your data, everything they said about
686: 23       your data was correct, isn't that true?
686: 24    A.  Well, correct in the sense
687: 1       that there was one-fifth as many heart
687: 2       attacks in the naproxen group.  It is the
687: 3       spin that I thought was the distortion.
687: 4    Q.  Now, back to my question.
687: 5       You've talked repeatedly
687: 6       about the effect that you found was
687: 7       16 percent, and I think you've agreed
687: 8       that yesterday at least in one context
687: 9       you said that that was wimpy, right?

355 **687:11**       -   **687:24**       Avorn, Jerome 2006-06-30

687: 11       THE WITNESS:  Let me be very
687: 12       clear.  Let me be very clear on
687: 13       this, Mr. Beck.  It was wimpy, to
687: 14       use that term, in trying to
687: 15       explain the 80 percent reduction.
687: 16       BY MR. BECK:
687: 17    Q.  Okay.
687: 18       Let's look at Deposition
687: 19       Exhibit 4.  That is your article we were
687: 20       looking at a little while ago.
687: 21    A.  Yes.
687: 22    Q.  And we're in that section
687: 23       called the abstract at the top.  And
687: 24       under "Results," do you say, "Use of

356 **687:24**       -   **688:4**       Avorn, Jerome 2006-06-30

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| | 687: 24 | under "Results," do you say, "Use of |
| | 688: 1 | naproxen was associated with a |
| | 688: 2 | significant reduction in the risk of AMI" |
| | 688: 3 | or heart attacks?  And then you set forth |
| | 688: 4 | the actual statistics. |

357 **688:7**   -   **688:18**   Avorn, Jerome 2006-06-30

| | 688: 7 | THE WITNESS:  I think you |
|---|---|---|
| | 688: 8 | are confused about the use of the |
| | 688: 9 | word "significant."  Significant |
| | 688: 10 | refers here to statistically |
| | 688: 11 | significant, as we've discussed it |
| | 688: 12 | in the past.  It does not mean |
| | 688: 13 | clinically significant or big deal |
| | 688: 14 | significant.  And that is always |
| | 688: 15 | the way this word is used in |
| | 688: 16 | medical papers.  And to suggest |
| | 688: 17 | that it means clinically important |
| | 688: 18 | would be incorrect. |

358 **688:20**   -   **689:23**   Avorn, Jerome 2006-06-30

| | 688: 20 | Q.  So, "significant" here |
|---|---|---|
| | 688: 21 | refers to this is statistically |
| | 688: 22 | significant? |
| | 688: 23 | A.  Correct. |
| | 688: 24 | Q.  And that concept is one I |
| | 689: 1 | think you discussed yesterday.  What that |
| | 689: 2 | means conventionally is that the relative |
| | 689: 3 | risk is above 1, and you talked about |
| | 689: 4 | the -- I'm sorry, the confidence |
| | 689: 5 | intervals would not include the number 1, |
| | 689: 6 | right? |
| | 689: 7 | A.  Correct. |
| | 689: 8 | Q.  And there's a p-value that |
| | 689: 9 | had to be, was it lower or higher than |
| | 689: 10 | .05? |
| | 689: 11 | A.  Lower than .05. |
| | 689: 12 | Q.  Lower than .05. |
| | 689: 13 | And so that's what's meant |
| | 689: 14 | in your paper here that there's a |
| | 689: 15 | statistically significant |
| | 689: 16 | cardioprotective effect of naproxen, |
| | 689: 17 | right? |
| | 689: 18 | A.  That's right. |
| | 689: 19 | Q.  And a 15 percent reduction, |
| | 689: 20 | would you consider that to be clinically |
| | 689: 21 | significant? |
| | 689: 22 | A.  It can be.  It depends what |
| | 689: 23 | you're looking at. |

358 **690:15**   -   **697:20**   Avorn, Jerome 2006-06-30        Sustained.

| | 690: 15 | Q.  I'm going to hand you what |
|---|---|---|
| | 690: 16 | we've marked as Exhibit 51.  And this, I |
| | 690: 17 | will represent to you, sir, we went on |
| | 690: 18 | the Brigham and Women's Hospital health |
| | 690: 19 | information website, and last night we |
| | 690: 20 | copied this article off of it. |
| | 690: 21 | MR. BUCHANAN:  Can I just |
| | 690: 22 | have an objection? |
| | 690: 23 | MR. BECK:  Sure. |
| | 690: 24 | MR. TISI:  I assume you're |
| | 691: 1 | going to give him an opportunity |
| | 691: 2 | to read it? |
| | 691: 3 | MR. BECK:  Yeah.  I'm going |
| | 691: 4 | to ask him some questions about |
| | 691: 5 | it. |
| | 691: 6 | THE WITNESS:  I didn't even |

Objections                    Ruling in Barnett

691: 7        know we had a health information
691: 8        website.
691: 9        BY MR. BECK:
691: 10   Q.  You did not know that?
691: 11   A.  No.
691: 12        MR. TISI:  Okay.
691: 13        Have you had an opportunity
691: 14        to read it?
691: 15        THE WITNESS:  No, I haven't.
691: 16        MR. BECK:  Okay.
691: 17        Why don't we --
691: 18        MR. TISI:  Perhaps we can go
691: 19        off the record for a moment and
691: 20        let --
691: 21        MR. BECK:  Sure.
691: 22        Let's go off the record and
691: 23        off the video.  It's two pages
691: 24        long, so, we'll take a few minutes
692: 1        and you can read it over.
692: 2        THE WITNESS:  Okay.
692: 3        THE VIDEOTAPE TECHNICIAN:
692: 4        The time is 2:19.  We are off the
692: 5        record.
692: 6        -  -  -
692: 7        (Whereupon, a recess was
692: 8        taken from 2:19 p.m. until
692: 9        2:22 p.m.)
692: 10        -  -  -
692: 11        THE VIDEOTAPE TECHNICIAN:
692: 12        We're back on the record.  The
692: 13        time is 2:22.
692: 14        BY MR. BECK:
692: 15   Q.  I've put Exhibit 51 on the
692: 16        screen.  And is this, up in the top
692: 17        left-hand corner, the Brigham and Women's
692: 18        Hospital, is that the logo for the
692: 19        Brigham and Women's Hospital?
692: 20   A.  Yes, it is.
692: 21        MR. BUCHANAN:  I'm just
692: 22        going to object to this
692: 23        publication on separate grounds
692: 24        that I don't believe a proper
693: 1        foundation has been laid as a
693: 2        learned treatise.
693: 3        BY MR. BECK:
693: 4    Q.  And does the Brigham and
693: 5        Women's Hospital have a website?
693: 6    A.  Yes.
693: 7    Q.  Okay.
693: 8        And do you see that this a
693: 9        paper by someone named Laurie LaRusso?
693: 10   A.  It's not a paper.
693: 11   Q.  It is --
693: 12   A.  I don't know what it is, but
693: 13        it certainly is not a paper in the sense
693: 14        that we have been talking about papers in
693: 15        the medical literature.
693: 16   Q.  Okay.
693: 17   A.  It is two pages of web text.
693: 18   Q.  It's two pages of what's
693: 19        called on the website of Brigham and
693: 20        Women's Hospital "Health Information,"
693: 21        correct?
693: 22   A.  Right.
693: 23   Q.  And the question that Ms.
693: 24        LaRusso is addressing in this posting on
694: 1        the Brigham and Women's Hospital is, "Can

| | Objections | Ruling in Barnett |
|---|---|---|

694: 2    ibuprofen and naproxen protect against
694: 3    heart attack?"  Do you see that?
694: 4  A.  Yes.
694: 5  Q.  And do you see where she
694: 6    says that "Two studies recently published
694: 7    in the Archives of Internal Medicine
694: 8    suggest that prescription strength
694: 9    naproxen may be the only non-aspirin
694: 10    NSAID that reduces the risk of heart
694: 11    attack."
694: 12    Do you see that?
694: 13  A.  Right.  Yes, I do.
694: 14    MR. BUCHANAN:  Can you help
694: 15    me out, Counsel, just as to where
694: 16    you are?
694: 17    MR. BECK:  Yeah.
694: 18    MR. BUCHANAN:  I see it on
694: 19    the screen, I just don't know
694: 20    where that came from.
694: 21    MR. BECK:  Right underneath
694: 22    where the blowup is.  It's the
694: 23    line right above "About the
694: 24    Studies."
695: 1    MR. BUCHANAN:  Okay.
695: 2    BY MR. BECK:
695: 3  Q.  And having looked this over
695: 4    and seen the second page of what sources
695: 5    she's talking about, do you understand
695: 6    that one of the two studies she's
695: 7    referring to is your study?
695: 8  A.  Right.
695: 9  Q.  Then on the second page,
695: 10    just going to the last paragraph, it
695: 11    says, "Many older people take
695: 12    prescription NSAIDs to relieve arthritis
695: 13    symptoms.  By virtue of their age, these
695: 14    same people are at increased risk for
695: 15    heart attack.  A study published in
695: 16    November of 2000 found that the NSAID
695: 17    rofecoxib (Vioxx) increased the risk of
695: 18    heart attack compared with naproxen."
695: 19    And then she says, "These
695: 20    two new studies in Archives suggest that
695: 21    the apparent increased heart attack risk
695: 22    associated with rofecoxib was likely a
695: 23    result of the beneficial effects of
695: 24    naproxen rather than any hazardous
696: 1    effects of rofecoxib."
696: 2    Is that what she says here?
696: 3    MR. BUCHANAN:  Objection,
696: 4    form, hearsay.
696: 5    MR. TISI:  Same objections.
696: 6    THE WITNESS:  I have been at
696: 7    the Brigham for 14 years.  I've
696: 8    never heard of Laurie LaRusso.
696: 9    She's not a physician, she's not
696: 10    an epidemiologist.  I don't know
696: 11    what the degree ELS means.  I
696: 12    didn't even know our hospital had
696: 13    a health information website.  But
696: 14    I can tell you that when I get
696: 15    back there next week, I'm going to
696: 16    have them take garbage like this
696: 17    off because it's four years old.
696: 18    It's written by somebody who
696: 19    clearly did not understand the
696: 20    papers.  It has not been

| | Objections | Ruling in Barnett |
|---|---|---|

696: 21     peer-reviewed.  It is incorrect.
696: 22     And I don't know who Richard
696: 23     Glickman Simon was who last
696: 24     reviewed this site in May of 2002.
697: 1      BY MR. BECK:
697: 2   Q.  That was --
697: 3     You're just blowing up the
697: 4     thing that I think you are referring to?
697: 5   A.  Right.
697: 6   Q.  "Last reviewed, May of 2002
697: 7     by Richard Glickman-Simon, M.D."
697: 8   A.  I know most of --
697: 9   Q.  You know what that is --
697: 10   A.  Yes.  But I know most of the
697: 11     doctors who are at the Brigham who are in
697: 12     this area.  I have never heard of Richard
697: 13     Glickman-Simon.  I've never heard of
697: 14     Laurie LaRusso.  I don't know what kind
697: 15     of training she has.  And this is just
697: 16     garbage that somebody at the hospital had
697: 17     the bad judgment to put up on the web
697: 18     from four years ago and never had the
697: 19     sense to take off.  Her conclusions are
697: 20     silly and really are beneath our

**359 698:16   -   699:1**    Avorn, Jerome 2006-06-30
698: 16   Q.  I'm handing you what we've
698: 17     marked as Exhibit 52.  Do you recognize
698: 18     that publication?
698: 19   A.  Yes.  It is worthy of
698: 20     discussion since I was a co-author of it.
698: 21     Sorry.  It's late.
698: 22     No.  In all seriousness, it
698: 23     it's also in a real journal, and it is
698: 24     written by people who have actually done
699: 1     research in this area.

**360 699:6   -   700:3**    Avorn, Jerome 2006-06-30
699: 6   Q.  As you indicated, you are
699: 7     one of the authors right?
699: 8   A.  Right.
699: 9   Q.  Along with your colleague,
699: 10     Dr. Solomon, whom you referenced several
699: 11     times yesterday?
699: 12   A.  Correct.
699: 13   Q.  And what's the date of this
699: 14     study?
699: 15   A.  It was published in 2003.
699: 16   Q.  And what publication was it
699: 17     in?
699: 18   A.  Current Opinion in
699: 19     Rheumatology.
699: 20   Q.  Now, is this an article
699: 21     where you, among other things, review the
699: 22     results of studies done by other people,
699: 23     as well as yourself?
699: 24   A.  Yes.
700: 1   Q.  And let's start on Page 123.
700: 2     So, that would be the second page of your
700: 3     article.  I want to focus on the

**361 700:3   -   701:2**    Avorn, Jerome 2006-06-30
700: 3     article.  I want to focus on the
700: 4     paragraph in the first column toward the
700: 5     bottom.  Are you with me?
700: 6   A.  Yes, I am.  I am.
700: 7   Q.  Okay.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| | 700: 8 | And you say, "Four studies |
| | 700: 9 | were published in 2002 examining whether |
| | 700: 10 | naproxen is associated with a reduced |
| | 700: 11 | risk of acute myocardial infarction." |
| | 700: 12 | And then you cite those four |
| | 700: 13 | studies, right? |
| | 700: 14 | A. Right. |
| | 700: 15 | Q. And then you say, "All used |
| | 700: 16 | similar methods, analyzing very large |
| | 700: 17 | claims databases from a number of |
| | 700: 18 | different healthcare systems," right? |
| | 700: 19 | A. Right. |
| | 700: 20 | Q. "The results were quite |
| | 700: 21 | consistent. Three found in primary |
| | 700: 22 | analyses that naproxen was associated |
| | 700: 23 | with a 17 to 39% reduction in acute |
| | 700: 24 | myocardial infarction compared with other |
| | 701: 1 | nonselective NSAIDs," correct? |
| | 701: 2 | A. Right. |
| 362 **702:23** - **703:4** | | Avorn, Jerome 2006-06-30 |
| | 702: 23 | Is it correct that these |
| | 702: 24 | three other studies found a reduction in |
| | 703: 1 | heart attacks in people using naproxen |
| | 703: 2 | compared to other NSAIDs of 17 to 39 |
| | 703: 3 | percent? |
| | 703: 4 | A. Yes. |
| 363 **703:5** - **706:10** | | Avorn, Jerome 2006-06-30 |
| | 703: 5 | Q. And let me ask you before we |
| | 703: 6 | go to the table, are you telling me that |
| | 703: 7 | that number can't really be compared to |
| | 703: 8 | the 16 percent that you used because it's |
| | 703: 9 | been adjusted in some way? |
| | 703: 10 | A. Correct. And you also need |
| | 703: 11 | to point out, as you did, that the study |
| | 703: 12 | by Ray, et al., initially found a zero |
| | 703: 13 | reduction. And it was the adjustment |
| | 703: 14 | that I wanted to talk about is where |
| | 703: 15 | you get the numbers that you read. |
| | 703: 16 | Q. Okay. |
| | 703: 17 | And you want to talk about |
| | 703: 18 | an adjustment? |
| | 703: 19 | A. Right. |
| | 703: 20 | Q. Do you want me to show Table |
| | 703: 21 | 1? |
| | 703: 22 | A. Sure. |
| | 703: 23 | Q. Okay. |
| | 703: 24 | A. Because where these numbers |
| | 704: 1 | come from was, to try and make the |
| | 704: 2 | studies comparable, we took the parent |
| | 704: 3 | findings, which for Ray, that first line, |
| | 704: 4 | would have been no reduction. And we |
| | 704: 5 | then, as it says in the caption, excluded |
| | 704: 6 | persons with a prior heart attack or |
| | 704: 7 | stroke to reduce confounding by |
| | 704: 8 | unmeasured aspirin use. And what that |
| | 704: 9 | means is that we wanted to make sure that |
| | 704: 10 | there were not people on aspirin in the |
| | 704: 11 | studies. And so we looked at a subset of |
| | 704: 12 | the rate studies so that instead of no |
| | 704: 13 | effect, that caused a, I guess, 17 |
| | 704: 14 | percent reduction. And that's why our |
| | 704: 15 | number is 82 and not 86, as it was in the |
| | 704: 16 | original paper. |
| | 704: 17 | Q. Okay. |
| | 704: 18 | So, let me ask, then. So, |

Objections | Ruling in Barnett

| | |
|---|---|
| 704: 19 | your study was one of the three studies |
| 704: 20 | that's referenced -- |
| 704: 21 | Your study that we talked |
| 704: 22 | about and we were saying 16 percent -- |
| 704: 23 | A. Right. |
| 704: 24 | Q. -- is one of the three |
| 705: 1 | studies that is referenced in here where |
| 705: 2 | it talks about 17-39 percent, right? |
| 705: 3 | A. Right. |
| 705: 4 | Q. And adjustments were made to |
| 705: 5 | yours, and so which one -- where does |
| 705: 6 | yours fall in the 17 to 39 percent? |
| 705: 7 | A. Well, it has to do with |
| 705: 8 | whether you are looking at excluding |
| 705: 9 | people who have had a heart attack or |
| 705: 10 | stroke. And that's what the numbers in |
| 705: 11 | this are. |
| 705: 12 | Q. Right. |
| 705: 13 | A. Whereas the numbers in the |
| 705: 14 | original paper are all comers, everybody. |
| 705: 15 | Q. Yeah, I understand that. |
| 705: 16 | And when we look at the 17 to 39 percent |
| 705: 17 | reduction -- |
| 705: 18 | A. Right. |
| 705: 19 | Q. -- you've explained, and I |
| 705: 20 | appreciate it, that one of the three |
| 705: 21 | studies was actually the one that we've |
| 705: 22 | been talking about that you did -- |
| 705: 23 | A. Right. |
| 705: 24 | Q. -- before, we said 16 |
| 706: 1 | percent, but an adjustment has been made? |
| 706: 2 | A. Right. If you take out |
| 706: 3 | everyone who had a heart attack or |
| 706: 4 | stroke, it goes from 16 percent to 18 |
| 706: 5 | percent. |
| 706: 6 | Q. 18 percent. |
| 706: 7 | So, yours is still on the |
| 706: 8 | low side in terms of what the three |
| 706: 9 | studies from 2002 found in terms of |
| 706: 10 | reduction in heart attack risk? |

364 **706:15    -    707:12**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 706: 15 | THE WITNESS: No. I think |
| 706: 16 | 79, 82, 83 would all be considered |
| 706: 17 | about the same number. |
| 706: 18 | BY MR. BECK: |
| 706: 19 | Q. 17 to -- |
| 706: 20 | A. I'm sorry. 79. I'm reading |
| 706: 21 | the actual -- I'm reading the actual |
| 706: 22 | adjusted risk. So, it's 100 minus those |
| 706: 23 | numbers. So, what I'm saying is, if you |
| 706: 24 | have a relative risk or an odds ratio of |
| 707: 1 | 82 percent, 83 percent, 79 percent, we |
| 707: 2 | would consider those to be pretty close |
| 707: 3 | to being the same number. |
| 707: 4 | Q. Well, would you consider a |
| 707: 5 | 17 percent reduction in heart attacks to |
| 707: 6 | be pretty close to a 39 percent reduction |
| 707: 7 | in heart attacks? |
| 707: 8 | A. No. The 39 was seen on the |
| 707: 9 | paper by Dr. Watson, who works for Merck. |
| 707: 10 | Q. And yours, I guess, would be |
| 707: 11 | 18 on this scale? |
| 707: 12 | A. Correct. |

Re: 707:8-9 | Re: 707:8-707:9
**Def. Obj:** Answer after | Overruled
"no"; non-responsive.

365 **708:8    -    709:24**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 708: 8 | Q. And is Exhibit 7 the same |

Objections          Ruling in Barnett

708: 9          document that I am showing up on the
708: 10          screen?
708: 11     A.  Yes.
708: 12     Q.  And you just indicated this
708: 13          is a Circulation paper, meaning it was
708: 14          the one published in the journal
708: 15          Circulation?
708: 16     A.  Correct.
708: 17     Q.  And what year was this one
708: 18          published in?
708: 19     A.  2004.
708: 20     Q.  And you discussed this
708: 21          article with Mr. Tisi yesterday.  Do you
708: 22          remember that?
708: 23     A.  That's right.
708: 24     Q.  And, in particular, you
709: 1          talked about the fact that Dr. Cannuscio
709: 2          does not appear as an author on this
709: 3          article as it was eventually published,
709: 4          correct?
709: 5     A.  That's right.
709: 6     Q.  All right.
709: 7          And I'll come back to that
709: 8          subject in a little bit.
709: 9          Yesterday when you were
709: 10          testifying about the findings in this
709: 11          article, you indicated that you found an
709: 12          increased risk using Vioxx for 30 days.
709: 13          Do you remember that?
709: 14     A.  For up to 30 days.
709: 15     Q.  Up to 30 days.
709: 16          And you also said yesterday
709: 17          that there was an increased risk that you
709: 18          found using Vioxx up to 90 days.  Do you
709: 19          remember that?
709: 20     A.  That's right.
709: 21     Q.  You did not testify
709: 22          yesterday, did you, about what your paper
709: 23          found concerning people who used Vioxx
709: 24          for more than 90 days?

366 710:5     -  711:1     Avorn, Jerome 2006-06-30
710: 5          THE WITNESS:  I don't
710: 6          remember if we covered it, but we
710: 7          can cover it now.
710: 8          BY MR. BECK:
710: 9     Q.  Well, in fact, what you
710: 10          found in your paper is that there was no
710: 11          increased risk of heart attack for people
710: 12          who use Vioxx after 90 days, right?
710: 13     A.  Almost right.  I think the
710: 14          correct way to state it is we did not
710: 15          find an increase in risk in people who
710: 16          used it over 90 days.  That's a little
710: 17          different from saying we show that there
710: 18          was no risk.
710: 19     Q.  Okay.
710: 20          You did not find any risk
710: 21          whatsoever in heart attacks for people
710: 22          who used Vioxx for 90 days or more?
710: 23     A.  That's correct.
710: 24     Q.  And in the conclusion
711: 1          section of this article, is that what is

367 711:1     -  711:13     Avorn, Jerome 2006-06-30
711: 1          section of this article, is that what is
711: 2          included in this sentence that I've

| | | Objections | Ruling in Barnett |
|---|---|---|---|

711: 3      highlighted here that says, "The risk was
711: 4      elevated in the first 90 days of use, but
711: 5      not thereafter"?
711: 6     A. That's correct. Our belief
711: 7      is that people who were having difficulty
711: 8      with the drug in the first 90 days
711: 9      stopped taking it.
711: 10    Q. Well, what you found was
711: 11      that there was no elevation in risk after
711: 12      90 days of use, right?
711: 13    A. Right.

**368 711:20   -   712:18**      Avorn, Jerome 2006-06-30

711: 20    Q. Did you set forth that
711: 21      belief your article?
711: 22    A. I can look and see, but I
711: 23      think even Merck agrees that there is a
711: 24      risk after 90 days. So, I'm trying to
712: 1      understand why it is that we found no
712: 2      risk. And I think that in an
712: 3      observational study, as you said, where
712: 4      we do not give people drugs in a kind of
712: 5      clinical trial setting, we can't make
712: 6      people stay on the drug. And if somebody
712: 7      is having problems with the drug, we
712: 8      often see in an observational study that
712: 9      people who are having difficulty with the
712: 10      drug stop taking the drug. And my
712: 11      belief, as the senior author of the
712: 12      paper, is that that is probably why we
712: 13      did not see a risk after 90 days.
712: 14    Q. Well, the kind of
712: 15      difficulties that they have on a drug
712: 16      like this would be gastrointestinal
712: 17      difficulties or it wasn't working to
712: 18      relieve their pain, right?

**Re: 711:20-712:13**

**Def. Obj:** Non-responsive speech; comments about Merck inaccurate and not the proper subject of expert testimony; Undisclosed opinion; No foundation: witness is not qualified to testify about what Merck "agrees"

**369 712:21   -   713:24**      Avorn, Jerome 2006-06-30

712: 21      THE WITNESS: No. The
712: 22      differences I'm thinking of is
712: 23      people's whose blood pressure went
712: 24      up, people who develop chest pain,
713: 1      people who develop congestive
713: 2      heart failure, all which are known
713: 3      side effects of Vioxx, may well
713: 4      have dropped out of taking the
713: 5      drugs since they were just in
713: 6      normal care. And I believe that
713: 7      that is why, after 90 days, we
713: 8      didn't see the risk.
713: 9      BY MR. BECK:
713: 10    Q. Why don't we take a break,
713: 11      and I would like you to read through your
713: 12      article, and when we come back from the
713: 13      break, tell me whether there is anywhere
713: 14      at all in your article where you say
713: 15      anything that would support your last
713: 16      answer.
713: 17    A. I can save time and tell you
713: 18      right now that it's not there because
713: 19      it's my current understanding of what our
713: 20      findings -- why our findings were as they
713: 21      are in light of the consensus opinion now
713: 22      that Vioxx does cause heart attacks after
713: 23      90 days, but we did not engage in that
713: 24      speculation in the paper.

**Re: 713:17-24**

**Def. Obj:** Non-responsive after "findings-" talks about "consensus" opinion; improper expert testimony hearsay.

Re: 713:17-713:24
Overruled

Objections                    Ruling in Barnett

370 **714:4**      -   **720:14**      Avorn, Jerome 2006-06-30
714: 4          You compared the use of
714: 5          Vioxx to the use of Celebrex, as well as
714: 6          the use of other traditional NSAIDs.  And
714: 7          did you also compare it to people who
714: 8          didn't use any NSAIDs at all?
714: 9      A.  Right.
714: 10     Q.  Okay.
714: 11         So, first, I want to talk
714: 12         about what you found with Vioxx versus
714: 13         Celebrex during this first 90 days of use
714: 14         where you found an elevated risk.
714: 15     A.  Right.
714: 16     Q.  Okay.
714: 17         We've talked yesterday and
714: 18         today about the concept of statistical
714: 19         significance.  And you talked about
714: 20         p-values and confidence intervals.  Do
714: 21         you remember that?
714: 22     A.  Right.
714: 23     Q.  And am I correct, Doctor,
714: 24         that those things, the p-values and
715: 1          confidence intervals, are used to
715: 2          basically estimate the likelihood that
715: 3          something is due to chance?
715: 4      A.  Exactly.
715: 5      Q.  There's another statistical
715: 6          concept that runs throughout many of the
715: 7          articles we've looked at called relative
715: 8          risk, correct?
715: 9      A.  Correct.
715: 10     Q.  And sometimes that's
715: 11         abbreviated as RR, right?
715: 12     A.  Correct.
715: 13     Q.  And then sometimes I've seen
715: 14         it referred to as OR.  What's that mean?
715: 15     A.  That's odds ratio, which for
715: 16         events that are not common, is about the
715: 17         same as relative risk.
715: 18     Q.  Okay.
715: 19         Now, the statistical
715: 20         significance and confidence intervals, as
715: 21         we said, that's, you know, how likely
715: 22         something is that it is due to chance,
715: 23         but then relative risk is a different
715: 24         concept, and am I right that it's
716: 1          basically a measurement of how much
716: 2          higher is the risk?
716: 3      A.  Exactly right.
716: 4      Q.  Okay.
716: 5          So, that --
716: 6          And the way that it's
716: 7          presented typically in one of these
716: 8          papers is that if the relative risk is 1,
716: 9          say if you're comparing Vioxx to no use
716: 10         of medicine at all, and there was a
716: 11         relative risk of 1, that would mean that
716: 12         Vioxx was the equivalent of not using any
716: 13         medicine at all, right?
716: 14     A.  Correct.
716: 15     Q.  So, 1 is kind of the
716: 16         baseline, right?
716: 17     A.  Correct.
716: 18     Q.  And then, for example, if it
716: 19         were 2, 2.0, that would mean that the
716: 20         risk of whichever the drug was two

| | Objections | Ruling in Barnett |
|---|---|---|

716: 21  times greater than the other one, right?
716: 22 A. Well, the risk of a given
716: 23  event if you take that drug is twice,
716: 24  yes.
717: 1 Q. Okay.
717: 2  So, if you were measuring
717: 3  heart attacks with drug A and drug B, and
717: 4  drug A had a relative risk of 2, then you
717: 5  would be saying that the chance or risk
717: 6  that that person using that drug would
717: 7  have a heart attack is twice as high as
717: 8  somebody using the other drug?
717: 9 A. Exactly.
717: 10 Q. 10 would be 10 times as
717: 11  high?
717: 12 A. Correct.
717: 13 Q. Okay.
717: 14  So, let's go back to your
717: 15  article here. Turn over to Table 2 on
717: 16  Page 2071.
717: 17 A. Got it.
717: 18 Q. And I'm going to highlight
717: 19  the first half or so of that so that it's
717: 20  just a little bit more legible. And I
717: 21  want to take a few minutes and walk
717: 22  through this if you'll bear with me, and
717: 23  I think it may help the jury understand
717: 24  it.
718: 1 A. Okay.
718: 2 Q. The title is "Adjusted
718: 3  Association Between Coxibs and Acute
718: 4  Myocardial Infarction."
718: 5  Now, that means you're
718: 6  looking at the relative risk comparing
718: 7  certain drugs to other drugs or no drugs
718: 8  at all. And what you're doing is looking
718: 9  at that in terms of heart attacks, right?
718: 10 A. Correct.
718: 11 Q. Okay.
718: 12  So, just looking at the
718: 13  first one, it says, "Exposure" and then
718: 14  "Reference group" in the heading on the
718: 15  first column. Do you see that?
718: 16 A. Right.
718: 17 Q. And then we have the
718: 18  "adjusted odds ratio," which has two
718: 19  components to it, right? And the
718: 20  "p-value" over here; is that correct?
718: 21 A. Correct, right.
718: 22 Q. Okay.
718: 23  And let's see if we can make
718: 24  that a little more concrete then, we'll
719: 1  take the first example.
719: 2  So, the exposure that the
719: 3  drug that you're measuring the risk of in
719: 4  this first item is rofecoxib, being
719: 5  Vioxx, right?
719: 6 A. Correct.
719: 7 Q. And the reference group or
719: 8  the drug that you're comparing it to is
719: 9  celecoxib or Celebrex, right?
719: 10 A. That's right.
719: 11 Q. And is this for this 90-day
719: 12  period or is this for --
719: 13 A. This is, I believe, for all
719: 14  periods studied.
719: 15 Q. Okay.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 719: 16 | | And so when you compare it |
| 719: 17 | | in this first item, Vioxx to Celebrex, |
| 719: 18 | | what you found was a relative risk or |
| 719: 19 | | odds ratio of 1.24, right? |
| 719: 20 | A. | Correct. |
| 719: 21 | Q. | So, higher than even, but |
| 719: 22 | | less than twice as much, right? |
| 719: 23 | A. | Correct. |
| 719: 24 | Q. | And then there's this |
| 720: 1 | | confidence interval that we talked about |
| 720: 2 | | before, and that bracket is above 1.0, |
| 720: 3 | | and, therefore, traditionally it would be |
| 720: 4 | | considered statistically significant? |
| 720: 5 | A. | Correct. |
| 720: 6 | Q. | And then the p-value, using |
| 720: 7 | | the p-value, would that be statistically |
| 720: 8 | | significant? |
| 720: 9 | A. | Correct. |
| 720: 10 | Q. | And that's because it's |
| 720: 11 | | above or below .05? |
| 720: 12 | A. | Less than .05. |
| 720: 13 | Q. | Less than .05. |
| 720: 14 | A. | Right. |

| | | | |
|---|---|---|---|
| 371 **720:15** - **722:9** | | Avorn, Jerome 2006-06-30 | |
| 720: 15 | Q. | Where on this table is it | |
| 720: 16 | | indicated, or is it not, how long the use | |
| 720: 17 | | is for this comparison of Vioxx versus | |
| 720: 18 | | Celebrex? | |
| 720: 19 | A. | This is everybody in this | |
| 720: 20 | | study.  This table includes all the data | |
| 720: 21 | | we had.  So, it's all durations of use. | |
| 720: 22 | Q. | Okay. | |
| 720: 23 | | Now, we talked about the | |
| 720: 24 | | relative risk or odds ratio, this number | |
| 721: 1 | | 1.24.  Is it true, Doctor, that | |
| 721: 2 | | epidemiologists generally consider an | |
| 721: 3 | | association with a relative risk of less | |
| 721: 4 | | than 2 to be a weak association? | |
| 721: 5 | A. | No.  That is not a universal | |
| 721: 6 | | view at all.  Some people believe that, | |
| 721: 7 | | others don't. | |
| 721: 8 | Q. | Are you familiar with Dr. | |
| 721: 9 | | Brian Strom? | |
| 721: 10 | A. | Yes, I am. | |
| 721: 11 | Q. | And his publication, | |
| 721: 12 | | Pharmacoepidemiology? | |
| 721: 13 | A. | You mean his textbook or the | |
| 721: 14 | | journal?  I think you mean the textbook. | |
| 721: 15 | Q. | Yes. | |
| 721: 16 | A. | Yes. | |
| 721: 17 | Q. | In fact, I'll hand you the | |
| 721: 18 | | text. | |
| 721: 19 | A. | Yes. | |
| 721: 20 | Q. | You're familiar with his | |
| 721: 21 | | textbook, Pharmacoepidemiology? | |
| 721: 22 | A. | I am, yes. | |
| 721: 23 | Q. | And I think you have | |
| 721: 24 | | indicated before that you consider Dr. | |
| 722: 1 | | Strom's textbook, Pharmacoepidemiology, | |
| 722: 2 | | to be one of the three or four leading | |
| 722: 3 | | textbooks in the field.  Is that a fair | |
| 722: 4 | | statement? | |
| 722: 5 | A. | Yes, right. | |
| 722: 6 | Q. | Okay. | |
| 722: 7 | | I'll just hand you the | |
| 722: 8 | | textbook here. | |

Objections                Ruling in Barnett

722: 9            A.  Got it.

372 **722:20    -   722:21**   Avorn, Jerome 2006-06-30
722: 20           Q.  So, Exhibit 53 is an excerpt
722: 21               from this book, and it's --

373 **724:14    -   725:3**   Avorn, Jerome 2006-06-30
724: 14           Q.  Doctor, before we took a
724: 15               break, we had looked at a table from your
724: 16               article showing a relative risk of Vioxx
724: 17               versus Celebrex of 1.24, and then I had
724: 18               asked you whether a relative risk of less
724: 19               than 2 was considered by epidemiologists
724: 20               to be a weak association.  You had
724: 21               answered that question, and then I had
724: 22               given you this textbook by Dr. Strom.
724: 23               And I think you already indicated that
724: 24               he's a leading man in the field and this
725: 1               book is one of the three or four most
725: 2               authoritative textbooks in the field of
725: 3               pharmacoepidemiology, right?

374 **725:7    -   726:4**   Avorn, Jerome 2006-06-30
725: 7            Q.  I think you were nodding
725: 8               yes; is that right?
725: 9            A.  Correct.
725: 10           Q.  Okay.
725: 11               And when I handed it to you
725: 12               and referred you to Page 20, you asked to
725: 13               see the book itself, and one of the
725: 14               reasons is you wanted to see who actually
725: 15               wrote the chapter, right?
725: 16           A.  Right.
725: 17           Q.  Because it is one thing if
725: 18               the book is edited by Dr. Strom, it's
725: 19               another thing if the chapter is written
725: 20               some guy you've never heard of, right?
725: 21           A.  Correct.
725: 22           Q.  Who wrote the chapter?
725: 23           A.  Dr. Strom.
725: 24           Q.  Okay.
726: 1               So, Dr. Strom, himself,
726: 2               wrote the chapter that Page 20 is on, and
726: 3               according to Dr. Strom --
726: 4            A.  I have it here.

375 **726:9    -   727:17**   Avorn, Jerome 2006-06-30
726: 9            Q.  According to Dr. Strom, does
726: 10               he state here, "Conventionally,
726: 11               epidemiologists consider an association
726: 12               with a relative risk of less than 2 a
726: 13               weak association"?
726: 14           A.  Correct.  Correct that he
726: 15               says that.  I don't agree with that
726: 16               statement.
726: 17           Q.  You disagree with Dr. Strom
726: 18               on that?
726: 19           A.  That's right.  And if I can
726: 20               explain why I disagree.  I think if I
726: 21               were to say to a patient, here's drug X,
726: 22               it doesn't work any better than drug Y in
726: 23               your case, but it will increase your risk
726: 24               of heart attack or stroke by 90 percent,
727: 1               would you like this drug or would you
727: 2               like the other drug, in my experience,
727: 3               patients would say, why would I want a
727: 4               drug that increases my risk of a heart

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | |
|---|---|
| 727: 5 | attack or stroke by 90 percent as, in |
| 727: 6 | fact, Vioxx does?  An increase of 90 |
| 727: 7 | percent would be a relative risk of less |
| 727: 8 | than 2.0.  Most of us would not want to |
| 727: 9 | incur a risk of 90 percent increase. |
| 727: 10 | Q.  Well, of course, one of the |
| 727: 11 | things that epidemiologists and |
| 727: 12 | statisticians do is they look at the |
| 727: 13 | strength of associations to see how |
| 727: 14 | likely something really is and to draw |
| 727: 15 | judgments that lay people might not be in |
| 727: 16 | a position to draw, right? |
| 727: 17 | A.  Right. |

**376 728:11  -  728:13**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 11 | Q.  In any event, the |
| 728: 12 | association that we were looking at in |
| 728: 13 | your article on Vioxx versus Celebrex, |

**377 728:14  -  728:16**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 14 | I'll put that back up on the screen, that |
| 728: 15 | was an association that was just 1.24, |
| 728: 16 | right? |

**378 728:19  -  728:22**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 19 | THE WITNESS:  I wouldn't use |
| 728: 20 | the "just."  The association was |
| 728: 21 | 1.24 or a nearly 25 percent |
| 728: 22 | increase in risk. |

**379 729:1  -  731:2**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 729: 1 | You testified yesterday that |
| 729: 2 | your 2004 study showed an increased risk |
| 729: 3 | with a variety of comparison drugs.  Do |
| 729: 4 | you remember that? |
| 729: 5 | A.  Yes. |
| 729: 6 | Q.  Let's look here.  Rofecoxib, |
| 729: 7 | which is Vioxx -- I just want to look |
| 729: 8 | here. |
| 729: 9 | We've already looked at |
| 729: 10 | rofecoxib versus Celebrex, right? |
| 729: 11 | A.  Right. |
| 729: 12 | Q.  Now here is rofecoxib or |
| 729: 13 | Vioxx versus naproxen, and there, the |
| 729: 14 | relative risk is lower, it's 1.17, right? |
| 729: 15 | A.  Right. |
| 729: 16 | Q.  And also there the |
| 729: 17 | confidence interval goes below 1.0, |
| 729: 18 | right? |
| 729: 19 | A.  Right. |
| 729: 20 | Q.  And under conventional |
| 729: 21 | approaches to this sort of thing, that |
| 729: 22 | would not be considered statistically |
| 729: 23 | significant, correct? |
| 729: 24 | A.  Right. |
| 730: 1 | Q.  And then you also -- so, |
| 730: 2 | just to put that in layman's terms, from |
| 730: 3 | a statistical point of view, when you |
| 730: 4 | compared Vioxx to naproxen in your study, |
| 730: 5 | there basically was no difference in |
| 730: 6 | terms of the effect, no statistically |
| 730: 7 | significant difference, right? |
| 730: 8 | A.  Right. |
| 730: 9 | Q.  Okay. |
| 730: 10 | And similarly, we have Vioxx |
| 730: 11 | down here versus ibuprofen.  Do you see |
| 730: 12 | that? |

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 730: 13 | A. Right. | |
| 730: 14 | Q. That's another NSAID, right? | |
| 730: 15 | A. Right. | |
| 730: 16 | Q. And there the relative risk | |
| 730: 17 |     is 1.21, correct? | |
| 730: 18 | A. Right. | |
| 730: 19 | Q. And, again, the confidence | |
| 730: 20 |     interval that we talked about starts at | |
| 730: 21 |     .92. So, that's below 1.0, right? | |
| 730: 22 | A. Right. | |
| 730: 23 | Q. So, again, that difference | |
| 730: 24 |     between Vioxx and ibuprofen is not | |
| 731: 1 |     statistically significant, correct? | |
| 731: 2 | A. That's right. | |

**380 731:3   -   731:7**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 731: 3 | Q. Yesterday you also testified | |
| 731: 4 |     that your 2004 study showed an increased | |
| 731: 5 |     risk of heart attacks with lower doses of | |
| 731: 6 |     Vioxx. Do you remember that? | |
| 731: 7 | A. Right. | |

**381 731:8   -   731:8**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 731: 8 | Q. Let me show you -- I'm | |

**382 731:8   -   732:10**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 731: 8 | Q. Let me show you -- I'm | |
| 731: 9 |     sorry. You already have this document in | |
| 731: 10 |     your stack somewhere. Exhibit 28 from | |
| 731: 11 |     yesterday. | |
| 731: 12 | A. Can you tell me what it was? | |
| 731: 13 | Q. It was a collection of | |
| 731: 14 |     things that included the abstract that | |
| 731: 15 |     you published. | |
| 731: 16 | A. From the American College of | |
| 731: 17 |     Rheumatology? | |
| 731: 18 | Q. Yes. The ACR document. | |
| 731: 19 | A. Got it. | |
| 731: 20 | Q. And the pages aren't | |
| 731: 21 |     numbered, but if you count, I think it | |
| 731: 22 |     was 17 we figured out yesterday, 17 or | |
| 731: 23 |     18, you'll find the abstract that you | |
| 731: 24 |     testified about? | |
| 732: 1 | A. You mean our paper? Is that | |
| 732: 2 |     what you mean? | |
| 732: 3 | Q. Yes. Your abstract. | |
| 732: 4 | A. Got it. | |
| 732: 5 | Q. Okay. | |
| 732: 6 |     So, do I have up on the | |
| 732: 7 |     screen the abstract that you published | |
| 732: 8 |     concerning this epidemiological study | |
| 732: 9 |     we've been talking about? | |
| 732: 10 | A. Right. | |

**383 734:4   -   737:4**   Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 734: 4 | Q. You identified this | |
| 734: 5 |     yesterday as an abstract that was | |
| 734: 6 |     presented somewhere? | |
| 734: 7 | A. Right. The American College | |
| 734: 8 |     of Rheumatology. | |
| 734: 9 | Q. And you presented this | |
| 734: 10 |     abstract, and then later on you turned | |
| 734: 11 |     this abstract into the full blown article | |
| 734: 12 |     that we've been looking at, right? | |
| 734: 13 | A. That's right. | |
| 734: 14 | Q. Okay. | |
| 734: 15 |     And I want to just focus on | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

734: 16       this subject that I raised before we turn
734: 17       to this document, and that is, your
734: 18       testimony yesterday that the study that
734: 19       resulted in this abstract and your
734: 20       article, you said, showed an increased
734: 21       risk of heart attacks with lower doses of
734: 22       Vioxx.  Okay?
734: 23   A.  Right.
734: 24   Q.  Now, does this abstract
735: 1       break down the results of increased risk
735: 2       by dosage for Vioxx?
735: 3   A.  Yes.
735: 4   Q.  And is that in the "Results"
735: 5       section?
735: 6   A.  Yes.
735: 7   Q.  Okay.
735: 8       Let me blow up the "Results"
735: 9       section.  And there's a lot of
735: 10       information in the "Results" section.
735: 11       And I want to focus on where in the
735: 12       "Results" section you show the results
735: 13       for 25 milligrams or less of Vioxx.
735: 14   A.  Okay.
735: 15       Would you like me to
735: 16       identify that for you?
735: 17   Q.  Yes, I would.
735: 18   A.  Sure.  If you go to the
735: 19       third line which is where it says, "The
735: 20       adjusted relative risk of AMI."
735: 21   Q.  Right.
735: 22   A.  Okay.
735: 23       It's basically that line and
735: 24       the next line.
736: 1   Q.  The first line is above 25
736: 2       milligrams, right?
736: 3   A.  Right.  Keep going.
736: 4   Q.  Okay.
736: 5       And rofecoxib, is it here
736: 6       below 25 milligrams?
736: 7   A.  Correct.  And they both are
736: 8       significantly increased.
736: 9   Q.  So, for comparing Vioxx
736: 10       below 25 milligrams to Celebrex --
736: 11   A.  In the low dose.  We
736: 12       compared high dose of Vioxx to high
736: 13       dose of Celebrex and low dose of --
736: 14   Q.  Yeah, and I am just focusing
736: 15       on the low dose now.
736: 16   A.  Okay.
736: 17   Q.  So, comparing low-dose Vioxx
736: 18       to low-dose Celebrex, you had a relative
736: 19       risk or odds ratio of 1.21, correct?
736: 20   A.  Right.
736: 21   Q.  And then you had a
736: 22       confidence interval which starts just
736: 23       above the 1.0 mark, which is the
736: 24       traditional mark for statistical
737: 1       significance, right?
737: 2   A.  Right.
737: 3   Q.  So, that's the comparison of
737: 4       Vioxx versus Celebrex?

384 737:6    -  737:19    Avorn, Jerome 2006-06-30
737: 6       MR. BECK:  At low dose, yes.
737: 7       BY MR. BECK:
737: 8   Q.  And then does the next line
737: 9       talk about different doses of Vioxx

Objections                    Ruling in Barnett

| | |
|---|---|
| 737: 10 | compared to people who did not use any |
| 737: 11 | NSAID at all? |
| 737: 12 | A.  Right. |
| 737: 13 | Q.  And, again, focusing on the |
| 737: 14 | lower dose or the 25 milligram dose, |
| 737: 15 | there when you compare Vioxx 25 milligram |
| 737: 16 | to people who didn't use any NSAID at |
| 737: 17 | all, the relative risk was just 1.11, |
| 737: 18 | correct? |
| 737: 19 | A.  Right. |

385 **737:20**   -   **737:24**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 737: 20 | Q.  And there, the confidence |
| 737: 21 | interval actually was such where the |
| 737: 22 | lower number fell below 1.0, so, it means |
| 737: 23 | it's not even statistically significant, |
| 737: 24 | right? |

386 **738:2**   -   **741:14**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 738: 2 | THE WITNESS:  Yes.  But I |
| 738: 3 | need to explain the issue of |
| 738: 4 | significance, and it relates to |
| 738: 5 | your question earlier about the |
| 738: 6 | studies that compared Vioxx to |
| 738: 7 | placebo. |
| 738: 8 | If the comparison group -- |
| 738: 9 | if any group is of small size, it |
| 738: 10 | is much less likely that the |
| 738: 11 | p-value will be statistically |
| 738: 12 | significant.  Again, this is sort |
| 738: 13 | of fancy statistics, but it is a |
| 738: 14 | universally agreed upon concept, |
| 738: 15 | that the smaller the group of |
| 738: 16 | people that you are studying, |
| 738: 17 | and/or the smaller of the |
| 738: 18 | comparison group, the more |
| 738: 19 | difficult it is to show |
| 738: 20 | statistical significance because |
| 738: 21 | that requires -- it's really a |
| 738: 22 | combination of two things, this |
| 738: 23 | significance stuff.  One is how |
| 738: 24 | big the effect is; and the other |
| 739: 1 | is the size of the population that |
| 739: 2 | you are studying. |
| 739: 3 | So, for example -- and I'm |
| 739: 4 | sorry to go into length about |
| 739: 5 | this, but it is very important. |
| 739: 6 | If you were to do a study of |
| 739: 7 | smoking and lung cancer, and you |
| 739: 8 | only studied like 20 people, you |
| 739: 9 | might find no statistically |
| 739: 10 | significant connection between |
| 739: 11 | smoking and lung cancer, not |
| 739: 12 | because the effect isn't there, |
| 739: 13 | but because the size of the group |
| 739: 14 | that you are studying was too |
| 739: 15 | small. |
| 739: 16 | What we see here is that the |
| 739: 17 | no NSAID group, and if we go back |
| 739: 18 | to one of the tables, was a group |
| 739: 19 | that was small in size in terms of |
| 739: 20 | -- in our terms, we tend to use |
| 739: 21 | huge populations, but -- or was |
| 739: 22 | this other NSAIDs or no NSAIDs? |
| 739: 23 | BY MR. BECK: |
| 739: 24 | Q.  No NSAIDs. |
| 740: 1 | A.  No NSAIDs. |

| | Objections | Ruling in Barnett |
|---|---|---|

740: 2    Q.  What are you looking at
740: 3       right now?
740: 4    A.  Okay.
740: 5       I'm trying to look at the
740: 6       sizes of the group, because what I'm
740: 7       going by, Mr. Beck, and I think what's
740: 8       the relevant and most important depiction
740: 9       of the dose effect is what appears in the
740: 10       final paper, which is when you take all
740: 11       comers and not just pick selectively
740: 12       which comparison group you are going to
740: 13       look at.  In the end of our results
740: 14       section in the paper, as it was actually
740: 15       published, what we say is that if you
740: 16       look at rofecoxib less than 25 milligrams
740: 17       or 25 or less, the odds ratio is 1.37 for
740: 18       everybody with a p-value of .0004, which
740: 19       is highly significant and was comparable
740: 20       to what we found for rofecoxib in the
740: 21       high dose, which was 1.38.
740: 22       And the point about the low
740: 23       dose is that it's a highly significant
740: 24       association if you take all comers.  If
741: 1       you take ever smaller comparison groups,
741: 2       you are likely not to see significance.
741: 3    Q.  I'm just focusing on the
741: 4       abstract that you presented, and you did
741: 5       include there a breakdown so that
741: 6       somebody could look and say, okay, if I'm
741: 7       interested in Vioxx versus somebody who
741: 8       didn't take any pain medication at all,
741: 9       and particularly the normal dose of Vioxx
741: 10       of 25 milligrams, then according to your
741: 11       abstract here, there's no statistically
741: 12       significant difference between taking
741: 13       Vioxx in 25 milligrams and not taking any
741: 14       medicine at all, right?

**Re: 741:3-14**
**Def Obj:** Question
withdrawn as re-asked

**387 741:21  -  742:6**   Avorn, Jerome 2006-06-30
741: 21       Am I correct, sir, that
741: 22       according to the abstract where you first
741: 23       presented your results, using 25
741: 24       milligrams of Vioxx --
742: 1    A.  Or less.
742: 2    Q.  -- or less, there was no
742: 3       statistically significant difference
742: 4       between that and not using any NSAID at
742: 5       all?
742: 6    A.  Right.

**388 742:8    -  743:9**   Avorn, Jerome 2006-06-30
742: 8       When you turn the abstract
742: 9       into the article that we have talked
742: 10       about, did you keep in the information
742: 11       about how there was no statistically
742: 12       significant difference between 25
742: 13       milligrams of Vioxx and the use of no
742: 14       NSAID at all?
742: 15    A.  We expressed it for the
742: 16       whole study, including all the study
742: 17       participants.  As you know, there's a
742: 18       limit to how many things, how much space
742: 19       you are allowed in an article.  I vividly
742: 20       remember that we went back and forth with
742: 21       Merck about this, and the language that
742: 22       we ended up with, which is the language
742: 23       that the journal accepted, was taking all

| | Objections | Ruling in Barnett |
|---|---|---|

742: 24     comers, looking at the dose of
743: 1     rofecoxib/Vioxx compared to naproxen,
743: 2     compared to other nonsteroidals, compared
743: 3     to no use.  We looked at the entire
743: 4     population, and that's where we came up
743: 5     with the dose estimate because of our
743: 6     belief, which the journal agreed with,
743: 7     that the best way of looking at the dose
743: 8     issue was to look at it across all comers
743: 9     for all comparison groups.

389 **743:12** - **743:19**   Avorn, Jerome 2006-06-30
743: 12     Did you or did you not
743: 13     include in the published article the
743: 14     information that we have been talking
743: 15     about in the abstract that shows that
743: 16     there is no statistically significant
743: 17     difference between using 25 milligrams of
743: 18     Vioxx and not taking any NSAIDs at all?
743: 19   A.  No, we did not.

390 **745:17** - **746:14**   Avorn, Jerome 2006-06-30
745: 17     But similarly, there's no
745: 18     place where they can look at short
745: 19     duration of low dose compared to
745: 20     naproxen.  Because if you consider
745: 21     how many different comparisons get
745: 22     made, there would be literally
745: 23     hundreds of comparisons, and you'd
745: 24     need hundreds of points in your
746: 1     table, datapoints in your table.
746: 2     So, if you look, for
746: 3     example, right next to the table
746: 4     we were just looking at, the main
746: 5     dose analysis is high dose versus
746: 6     low dose.  And that was the one
746: 7     that indicated a significant
746: 8     increase for both high dose and
746: 9     low dose.
746: 10     You can't present dose by
746: 11     duration by comparison for every
746: 12     possible combination.  And that's
746: 13     why that's not there.  It was not
746: 14     an attempt to hide any findings.

391 **747:19** - **748:6**   Avorn, Jerome 2006-06-30
747: 19   Q.  Now, regardless of whether
747: 20     you thought that Dr. Cannuscio should
747: 21     have been included as an author, setting
747: 22     that aside for a second, do you agree
747: 23     that Merck never took any of the grant
747: 24     money away from you because of the
748: 1     results of your study?
748: 2   A.  That's correct.
748: 3   Q.  And do you agree that Merck
748: 4     never did anything to try to persuade you
748: 5     not to publish your study?
748: 6   A.  That's correct.

391
A   **749:05:00** - **750:1**   Avorn, Jerome 2006-06-30
749: 5   Q.  And would you agree, sir,
749: 6     that Merck never took any inappropriate
749: 7     action after you published your study?
749: 8   A.  Well, I consider the action
749: 9     in relation to Dr. Cannuscio
749: 10     inappropriate.  I don't know whether you

Objections | Ruling in Barnett

749: 11 | would call that after or during the
749: 12 | publication or before the publication,
749: 13 | but I think that was inappropriate.
749: 14 | Q. Page 661, Line 5.
749: 15 | "Did Merck ever take any
749: 16 | inappropriate action after you published
749: 17 | your study?
749: 18 | "Answer: No."
749: 19 | Was that your sworn
749: 20 | testimony just a couple of weeks ago?
749: 21 | A. Yes. But you're not talking
749: 22 | about the Dr. Cannuscio issue. And I
749: 23 | don't want to be back into answering in a
749: 24 | way that would imply that I didn't think
750: 1 | that was inappropriate.

392 **750:10**    -   **752:4** | Avorn, Jerome 2006-06-30
750: 10 | Q. Setting aside the authorship
750: 11 | issue, do you agree that Merck never took
750: 12 | any inappropriate action after you
750: 13 | published your study?
750: 14 | A. I do not agree with that
750: 15 | statement. I think that their
750: 16 | presentation of our study to their sales
750: 17 | reps, to the public through statements
750: 18 | they made was inappropriate because it
750: 19 | was scientifically wrong.
750: 20 | Q. Page 661, Line 5 through
750: 21 | line 8.
750: 22 | "Question: Did Merck ever
750: 23 | take any inappropriate action after you
750: 24 | published your study?
751: 1 | "Answer: No."
751: 2 | That was your sworn
751: 3 | testimony?
751: 4 | A. I want to see in what
751: 5 | context that was. 661, line?
751: 6 | Q. 5.
751: 7 | A. Okay.
751: 8 | I think what we need to
751: 9 | explain here is that --
751: 10 | Q. First of all, was that your
751: 11 | sworn testimony?
751: 12 | A. To the questions about what
751: 13 | Merck did to us. And I think it's very
751: 14 | important and only fair to point out that
751: 15 | your line of questioning a few weeks ago
751: 16 | was about things that Merck did to us.
751: 17 | And I think it's a real bait and switch
751: 18 | to try and make it seem as if we were
751: 19 | talking about the same thing.
751: 20 | You were talking about did
751: 21 | they take away grant money from you? Did
751: 22 | they try to intimidate you? Did they try
751: 23 | to persuade you to publish the study?
751: 24 | Did they take any inappropriate action?
752: 1 | And in the context of did they --
752: 2 | Q. Those are exactly the same
752: 3 | four questions I just asked, aren't they?
752: 4 | A. Right. Well, I need to --

393 **752:9**    -   **754:3** | Avorn, Jerome 2006-06-30
752: 9 | THE WITNESS: At some point,
752: 10 | somebody else who has more time
752: 11 | can look at the words of the

| | Objections | Ruling in Barnett |
|---|---|---|

752: 12      questions, but what is absolutely
752: 13      clear, looking at the deposition
752: 14      of a couple of weeks ago, you were
752: 15      talking about things that Merck
752: 16      had or hadn't done to us to
752: 17      intimidate us, and it was all in
752: 18      the context of did they take away
752: 19      grants from you, did they try to
752: 20      intimidate you, did they ever try
752: 21      to persuade you not to publish
752: 22      your study?  And what I'm
752: 23      responding to now is did Merck
752: 24      ever take any inappropriate
753: 1      action.
753: 2      When you asked it a couple
753: 3      of weeks ago, it was all around
753: 4      did Merck ever do anything to you.
753: 5      And I quite appropriately
753: 6      responded to that in the context
753: 7      in which you asked it, no, Merck
753: 8      did not ever do anything
753: 9      inappropriate to me.
753: 10      However, if you were to take
753: 11      the question in isolation, as we
753: 12      are now doing, did they ever take
753: 13      any inappropriate action at all in
753: 14      relation to our study?  Yes, they
753: 15      did, in the way they presented our
753: 16      study to the world.
753: 17      BY MR. BECK:
753: 18   Q.  Are you done?
753: 19   A.  Yes.
753: 20   Q.  Okay.
753: 21      Did Merck have a right to
753: 22      disagree with some of the conclusions in
753: 23      your study?
753: 24   A.  Yes.
754: 1   Q.  And was one of the
754: 2      conclusions that Merck disagreed with --
754: 3      let's look at your study now, Exhibit 7.

394 **754:4**    -    **754:12**    Avorn, Jerome 2006-06-30
754: 4      You talked about this generally
754: 5      yesterday, although I'm not sure you
754: 6      focused on the specific language in the
754: 7      methods and results section.
754: 8      But there was something in
754: 9      the methods and results section that
754: 10      Merck and you had a disagreement about,
754: 11      correct?
754: 12   A.  Yes.

395 **754:13**    -    **756:18**    Avorn, Jerome 2006-06-30
754: 13   Q.  And I'm highlighting some
754: 14      language in there where it says, "Current
754: 15      use of" Vioxx "was associated with an
754: 16      elevated relative risk of AMI," or heart
754: 17      attack, "compared with Celebrex," and
754: 18      then it gives these statistics, "and with
754: 19      no NSAID."  Do you see that?
754: 20   A.  Yes.
754: 21   Q.  And was that one of the
754: 22      areas where you and Merck had a
754: 23      disagreement about how the data should be
754: 24      presented?
755: 1   A.  Correct.
755: 2   Q.  And was one of the points

Objections | Ruling in Barnett

755: 3    that Merck made to you that if you looked
755: 4    at NSAIDs, Vioxx versus NSAIDs at the 25
755: 5    milligram dose, that there was no
755: 6    statistically significant difference?
755: 7    A.  Wait a minute.  That's not
755: 8    what we're talking about here.  That's
755: 9    not what that says.
755: 10   Q.  No.  I know that's not what
755: 11   that says.
755: 12   Was one of the concerns that
755: 13   Merck articulated to you was that in the
755: 14   actual study, as we saw in the abstract,
755: 15   that when you compare a 25 milligram
755: 16   Vioxx to no NSAID use, there was no
755: 17   statistically significant difference, but
755: 18   that here, you combined all doses instead
755: 19   of breaking it down 25 versus 50
755: 20   milligrams?  Was that one issue that they
755: 21   were concerned about?
755: 22   A.  They didn't like the fact
755: 23   that we had that line that you
755: 24   underlined, that section in the paper.
756: 1    They would probably have preferred that
756: 2    we focus on the nonsignificant finding.
756: 3    Our response was, and I think most
756: 4    epidemiologists and statisticians would
756: 5    agree, that the most appropriate way to
756: 6    present data is to take the largest group
756: 7    possible and not present subgroups,
756: 8    especially if dividing things into
756: 9    subgroups makes the significance go away.
756: 10   That would not seem to me and I think to
756: 11   most people to be the fairest way to look
756: 12   at data in the abstract.
756: 13   Q.  Was one of the disagreements
756: 14   that Merck had with you that even when
756: 15   you combine 25 and 50 milligram use and
756: 16   compared it with no NSAIDs that the
756: 17   difference that you saw was not
756: 18   statistically significant?

396 **756:21    -    757:8**    Avorn, Jerome 2006-06-30
756: 21   THE WITNESS:  Their position
756: 22   was that a P.054 level of
756: 23   significance should be considered
756: 24   not important.  We differed with
757: 1    them and felt that .054, which I
757: 2    think I explained the other day
757: 3    was a 94.6 percent certainty
757: 4    versus a 95 percent certainty,
757: 5    that it was important enough that
757: 6    we felt it should remain in the
757: 7    paper.  That was a point of
757: 8    disagreement.

397 **757:10    -    760:20**    Avorn, Jerome 2006-06-30
757: 10   Q.  And Merck, did Merck feel
757: 11   that in the abstract that it should be
757: 12   pointed out that this was not
757: 13   statistically significant?
757: 14   A.  I believe they did.
757: 15   Q.  And you disagreed with that?
757: 16   A.  Correct.
757: 17   Q.  Okay.
757: 18   A.  I believe they wanted us to
757: 19   say in the abstract this was not
757: 20   statistically significant, which we

Objections       Ruling in Barnett

757: 21          interpret as just an attempt to minimize
757: 22          or undercut the finding.
757: 23    Q.  Okay.
757: 24          And that was a bone of
758: 1           contention between you and Merck?
758: 2    A.  That was one, yes.
758: 3    Q.  Okay.
758: 4           Now, I think you may have
758: 5          already agreed with this, but under a
758: 6          conventional statistical approach, a
758: 7          confidence interval that includes the
758: 8          number 1 is traditionally not considered
758: 9          statistically significant, right?
758: 10   A.  It is right on the
758: 11         borderline.
758: 12   Q.  And --
758: 13   A.  And reasonable people will
758: 14         disagree as to whether it falls on one
758: 15         side or the other.
758: 16   Q.  And similarly, the .054,
758: 17         reasonable people can differ on that,
758: 18         whether it's statistically significant,
758: 19         right?
758: 20   A.  Right.  Some would round it
758: 21         to .05, which is the way you would round
758: 22         .054, and some would say, well, it is
758: 23         bigger than .050, so, it's not.
758: 24   Q.  And the conventional
759: 1           approach is it bigger than .050,
759: 2           then it is not statistically significant,
759: 3           right?
759: 4    A.  But another conventional
759: 5          approach is if the rounded .05 -- if it
759: 6          rounds to .05, that's close.
759: 7    Q.  All right.
759: 8          So, in any event, you do
759: 9          agree that on both the confidence
759: 10         interval and whether this shows
759: 11         statistically significant, or the
759: 12         p-value, whether that shows statistically
759: 13         significant, reasonable people can
759: 14         disagree about that?
759: 15   A.  Right.  But my recollection
759: 16         was that they said take it out of the
759: 17         abstract.  And we felt that the concern
759: 18         about the confidence interval was
759: 19         perfectly expressed by just putting the
759: 20         numbers up there.  We put the confidence
759: 21         interval having 1.0 in it.  We put the
759: 22         p-value of .054, even though a lot of
759: 23         times people will round p-values to just
759: 24         two numbers.  And our position was that
760: 1           there's a concern about that, all the
760: 2           data that you need to deal with that are
760: 3           in the abstract.  And I think their
760: 4           position was, take it out of the
760: 5           abstract.
760: 6    Q.  Or put in the abstract the
760: 7         statement that it is not statistically
760: 8         significant, right?
760: 9   A.  Right.  And I don't recall
760: 10         which option they favored.  But in our
760: 11         view, you'd need to highlight it by
760: 12         saying this is not significant because
760: 13         all the numbers are there for any reader
760: 14         to judge.
760: 15   Q.  Incidentally, do you agree

Objections                          Ruling in Barnett

| | | |
|---|---|---|
| 760: 16 | with Merck that this difference was not | |
| 760: 17 | statistically significant? | |
| 760: 18 | A.  No, I do not agree. | |
| 760: 19 | Q.  Let's go to Page 2071 of | |
| 760: 20 | your article.  At the very bottom of the | |

398 **760:20**     -   **761:24**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 760: 20 | your article.  At the very bottom of the |
| 760: 21 | left-hand column, and then continuing |
| 760: 22 | over to the top of the right-hand |
| 760: 23 | columns, if I can get these things |
| 760: 24 | aligned. |
| 761: 1 | A.  Right. |
| 761: 2 | Q.  Did you say in the actual |
| 761: 3 | article, "The adjusted relative risk of |
| 761: 4 | AMI," or heart attacks, "with rofecoxib |
| 761: 5 | was elevated but did not reach |
| 761: 6 | statistical significance compared to no |
| 761: 7 | current NSAID"?  Is that what you |
| 761: 8 | actually said in the body of the article? |
| 761: 9 | A.  Right.  As I recall, that |
| 761: 10 | was a concession that we made to Merck, |
| 761: 11 | because they were so unhappy with that |
| 761: 12 | number.  I think what we agreed in kind |
| 761: 13 | of a horse trading way was, we're going |
| 761: 14 | to leave it in the abstract, but we're |
| 761: 15 | willing to point out in the body that it |
| 761: 16 | was not statistically significant.  I |
| 761: 17 | think that was the agreement we made. |
| 761: 18 | Because we really were trying to come to |
| 761: 19 | agreement with them. |
| 761: 20 | Q.  And Merck's position was |
| 761: 21 | it's misleading to have the information |
| 761: 22 | in the abstract, but not the observation |
| 761: 23 | that these numbers are not statistically |
| 761: 24 | significant, right? |

399 **762:3**     -   **762:4**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 762: 3 | Q.  And this back and forth, |
| 762: 4 | that was a position that you took, right? |

400 **762:6**     -   **763:9**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 762: 6 | THE WITNESS:  I'm just |
| 762: 7 | trying to remember. |
| 762: 8 | I'm not sure how anyone |
| 762: 9 | could say that there was anything |
| 762: 10 | in the abstract that did not give |
| 762: 11 | that impression because it was all |
| 762: 12 | there with the p-value and the |
| 762: 13 | confidence interval.  So, it's not |
| 762: 14 | as if anybody would have missed |
| 762: 15 | that in the abstract. |
| 762: 16 | But I think that in an |
| 762: 17 | attempt to come to some agreement |
| 762: 18 | with them so that the paper could |
| 762: 19 | actually get published, I think |
| 762: 20 | they wanted us to say something |
| 762: 21 | like it was numerically elevated, |
| 762: 22 | but not significant.  And we felt |
| 762: 23 | that that was a real -- again, |
| 762: 24 | this is just my recollection of |
| 763: 1 | the words from several years ago, |
| 763: 2 | and we felt that that was not |
| 763: 3 | acceptable because that seems to |
| 763: 4 | really low ball the difference. |
| 763: 5 | And I think this is what we |
| 763: 6 | negotiated with them as the |

| | Objections | Ruling in Barnett |
|---|---|---|

763: 7    wording.  And we put that in in an
763: 8    attempt to just get to yes and to
763: 9    move forward.

401 **763:11** - **764:1**   Avorn, Jerome 2006-06-30
763: 11   Q.  Yesterday you talked about
763: 12       why you thought Merck decided to remove
763: 13       Dr. Cannuscio as an author of the study.
763: 14       Do you remember that?
763: 15   A.  Right.
763: 16   Q.  Now, the truth is that based
763: 17       on your personal interactions with Merck,
763: 18       you do not know why Merck decided that
763: 19       they did not want Dr. Cannuscio's name to
763: 20       appear on your paper; isn't that true?
763: 21   A.  True.
763: 22   Q.  In fact, you never discussed
763: 23       the issue of Dr. Cannuscio being an
763: 24       author with anybody from Merck, right?
764: 1    A.  Right.

402 **764:2** - **765:1**   Avorn, Jerome 2006-06-30
764: 2    Q.  You did not have any direct
764: 3        discussions with Dr. Santanello from
764: 4        Merck about the issue of whether Dr.
764: 5        Cannuscio's name would remain on the
764: 6        paper; is that right?
764: 7    A.  Right.  I just know the
764: 8        facts.
764: 9    Q.  Well, you're repeating what
764: 10       somebody else told you, right?
764: 11   A.  No.  I --
764: 12   Q.  You did not --
764: 13   A.  Excuse me.  You just made a          Re: 764:13-765:1          Re:  764:13-765:1
764: 14       misstatement that I need to correct.     **Def. Obj:** Non-responsive;   Overruled
764: 15       I know the fact was that Dr.            witness has no personal
764: 16       Cannuscio indicated in correspondence   knowledge as revealed at
764: 17       with both Dr. Solomon and me that she   765:5-9; Hearsay
764: 18       wanted to be a co-author, and we
764: 19       communicated back to her that we agreed
764: 20       that she was to be a co-author.
764: 21       And the other fact that I
764: 22       know is that Dr. Santanello told Dr.
764: 23       Solomon to take her off the paper, and
764: 24       that I knew that that was not something
765: 1        that was she was keen to do.

403 **765:5** - **765:9**   Avorn, Jerome 2006-06-30
765: 5    Q.  You did not have any
765: 6        discussions yourself with Dr. Cannuscio
765: 7        about whether her name would remain on
765: 8        the paper, correct?
765: 9    A.  That's right.

404 **765:10** - **768:3**   Avorn, Jerome 2006-06-30
765: 10   Q.  Now, in your testimony just
765: 11       a few minutes ago, you said that the
765: 12       journal agreed with you on the way that
765: 13       the data should be presented in the
765: 14       abstract.  Do you remember that?
765: 15   A.  Right.  In the sense that
765: 16       they accepted it and published it.
765: 17   Q.  And the journal that we're
765: 18       talking about is Circulation, right?
765: 19   A.  Right.
765: 20   Q.  Yesterday you said that you
765: 21       had submitted your paper for publication

| | | Objections | Ruling in Barnett |
|---|---|---|---|

765: 22    to the New England Journal of Medicine.
765: 23    Do you remember that?
765: 24  A.  Right.
766: 1   Q.  And also you submitted it to
766: 2    the Journal of the American Medical
766: 3    Association, correct?
766: 4   A.  Right.  Right.
766: 5   Q.  And the phrase that you used
766: 6    was that they passed on your paper,
766: 7    right?
766: 8   A.  Right.
766: 9   Q.  In fact, the Journal of the
766: 10    American Medical Association rejected
766: 11    your article and refused to publish it,
766: 12    correct?
766: 13  A.  Well, I think that's --
766: 14    rejected and refused.  Most submissions
766: 15    to both of those journals do not get
766: 16    accepted.  They accept only about 10
766: 17    percent of submissions.  It's shooting
766: 18    very high.  And it's no shame to not have
766: 19    a paper in the New England Journal or
766: 20    JAMA.
766: 21  Q.  Well, in any event, the
766: 22    Journal of the American Medical
766: 23    Association rejected your article for
766: 24    publication; is that true?
767: 1   A.  Sure.
767: 2   Q.  And the New England Journal
767: 3    of Medicine rejected your article for
767: 4    publication; is that true?
767: 5   A.  Sure.
767: 6   Q.  And both of these journals
767: 7    provided you with information explaining
767: 8    the concerns that they had about the way
767: 9    you presented data in your article,
767: 10    didn't they?
767: 11  A.  Well, they expressed
767: 12    concerns with -- yeah, that's what
767: 13    happens when a journal doesn't take your
767: 14    paper.  I write letters like that to
767: 15    journals all the time saying why they
767: 16    shouldn't accept a given paper.  That's
767: 17    what the peer-review process is about.
767: 18  Q.  And the comments that you
767: 19    received from both the Journal of the
767: 20    American Medical Association, as well as
767: 21    the New England Journal of Medicine about
767: 22    concerns that they had about your paper
767: 23    were, in some instances, exactly the same
767: 24    concerns that Merck had expressed to you
768: 1    about the way that you were presenting
768: 2    information in your paper; isn't that
768: 3    true?

405 **768:8**    -   **768:10**    Avorn, Jerome 2006-06-30
768: 8    THE WITNESS:  I would need
768: 9    to look at those reviewer's
768: 10    comments before answering that.

406 **769:12**    -   **769:17**    Avorn, Jerome 2006-06-30
769: 12  Q.  Doctor, I've handed you what
769: 13    I've marked as Exhibit 54.  And you said
769: 14    you would need to see the reviewer
769: 15    comments when they decided not to accept
769: 16    your manuscript.  Do you see that Exhibit
769: 17    54?  Let me put it up on the screen.

|  | Objections | Ruling in Barnett |
|---|---|---|

**407 770:1   -   770:23**   Avorn, Jerome 2006-06-30

770: 1   Q.  This is a fax cover sheet
770: 2       from Dr. Solomon to Dr. Cannuscio,
770: 3       correct?
770: 4   A.  Correct.
770: 5   Q.  And then over on the next
770: 6       page, you see that he's transmitting a
770: 7       letter from the Journal of the American
770: 8       Medical Association dated September 30th,
770: 9       2003.  It's addressed to him.  Do you see
770: 10      that?
770: 11  A.  Yep.
770: 12  Q.  And the middle paragraph of
770: 13      the letter from JAMA to Dr. Solomon says,
770: 14      "Based on our in-house evaluation" of the
770: 15      comments -- I'm sorry.
770: 16      "Based on our in-house
770: 17      evaluation and the comments of external
770: 18      reviewers, we will not accept your
770: 19      article for publication.  I am enclosing
770: 20      the" relevant -- "I am enclosing the
770: 21      reviewer's comments, which I hope you
770: 22      will find helpful."
770: 23      Do you see that?

**408 771:3   -   771:19**   Avorn, Jerome 2006-06-30

771: 3   Q.  Do you see that?
771: 4   A.  Right.  Right after they say
771: 5       that they don't accept 7/8ths of the
771: 6       papers that are submitted to them.
771: 7   Q.  Incidentally, you saw this
771: 8       at the time, right?
771: 9   A.  Yes.
771: 10  Q.  Dr. Solomon shared it with
771: 11      you, correct?
771: 12  A.  Sure.
771: 13  Q.  Including the reviewer's
771: 14      comments?
771: 15  A.  Yes.
771: 16  Q.  Will you turn over, please,
771: 17      to under the fax numbering is Page 5 of
771: 18      7.
771: 19  A.  Yes.

**409 771:20   -   772:5**   Avorn, Jerome 2006-06-30

771: 20  Q.  And this is some of the
771: 21      comments from one of the reviewers,
771: 22      correct?
771: 23  A.  Right.
771: 24  Q.  And you looked at these at
772: 1       the time they were transmitted?
772: 2   A.  Yes.
772: 3   Q.  I'm going to focus on two of
772: 4       the comments from the reviewer.  Comment
772: 5       number one says --

**410 772:14   -   773:8**   Avorn, Jerome 2006-06-30

772: 14  Q.  "In the abstract, the
772: 15      authors report a comparison of rofecoxib
772: 16      with no NSAID and an odds ratio of 1.14,
772: 17      95 percent confidence interval equals 1
772: 18      to 1.31 as an elevated risk.  Only on
772: 19      Page 11 did they point out that this did
772: 20      not reach statistical significance."
772: 21      Did you read that reviewer's
772: 22      comment at the time?

| | Objections | Ruling in Barnett |
|---|---|---|

772: 23    A.  Right.  And that's why Dr.
772: 24        Solomon wrote in after that, "Include
773: 1         p-values in abstract."  And that was our
773: 2         response to that.
773: 3     Q.  This was quite similar to
773: 4         the objection that Merck raised that you
773: 5         indicated an elevated risk in the
773: 6         abstract, but only later in the article
773: 7         did you acknowledge that it did not reach
773: 8         statistical significance, correct?

411 **773:13    -    773:17**    Avorn, Jerome 2006-06-30
773: 13        THE WITNESS:  And our
773: 14        response to that was in the
773: 15        submission to Circulation to
773: 16        include p-values in the abstract,
773: 17        as he indicates.

412 **773:19    -    774:1**    Avorn, Jerome 2006-06-30
773: 19    Q.  And then the next comment
773: 20        says, "The authors do not present actual
773: 21        results, i.e. no AMIs in each group," or
773: 22        "number of AMIs in each group."  "This
773: 23        information should be presented for all
773: 24        groups and subgroups analyzed in the
774: 1         tables."

413 **774:4    -    774:8**    Avorn, Jerome 2006-06-30
774: 4     Q.  Was this also one of the
774: 5         points that Merck raised, that they
774: 6         thought that you should have the
774: 7         information for subgroups such as 25
774: 8         milligrams Vioxx versus no NSAID use?

414 **774:12    -    778:1**    Avorn, Jerome 2006-06-30
774: 12        THE WITNESS:  What the
774: 13        reviewer is clearly talking about
774: 14        is what we call the N or the
774: 15        number of people who had an MI.
774: 16        And what the reviewer actually
774: 17        says is the information, that is,
774: 18        the number of heart attacks should
774: 19        be presented for all the groups
774: 20        and subgroups analyzed in the
774: 21        tables.  And so what the reviewer
774: 22        is really asking for is, if you
774: 23        have a table, you should present
774: 24        the numbers of heart attacks for
775: 1         the people that you describe in
775: 2         the table, and that is what we
775: 3         actually did in Table 2.
775: 4         In the caption of the table
775: 5         and a part that you didn't show,
775: 6         we do present the numbers of heart
775: 7         attacks for the people in the
775: 8         table.  What the reviewer does not
775: 9         say, as you imply that he does, is
775: 10        that analysis should be done on
775: 11        all groups and all subgroups.
775: 12        That's not at all what's said
775: 13        here.
775: 14        And since you characterized
775: 15        this, Mr. Beck, as they refused to
775: 16        publish the article and they
775: 17        rejected it, I think in fairness,
775: 18        it is important to point out that
775: 19        the reviewers -- the first

| | | Objections | Ruling in Barnett |
|---|---|---|---|

775: 20   reviewer in his or her main
775: 21   comment about our paper said,
775: 22   "This manuscript reports a well
775: 23   thought out investigation and is
775: 24   well written and concise.  There
776: 1   are a number of probably minor
776: 2   issues and one major issue."  That
776: 3   was the first reviewer.
776: 4   And then the other reviewer
776: 5   said, the one whose comments you
776: 6   are reading now, at the beginning
776: 7   of the review as the summary
776: 8   statement, "The authors have
776: 9   conducted a large scale study with
776: 10   appropriate analysis."  And then I
776: 11   will just continue reading, "The
776: 12   strength of the manuscript is the
776: 13   consistency of the findings for
776: 14   different subgroups and the
776: 15   sensitivity analysis.  However,
776: 16   conclusions must be tempered with
776: 17   caveats regarding retrospective
776: 18   data from a database, rather than
776: 19   a prospective randomized control
776: 20   trial," et cetera.
776: 21   So, I think it is important
776: 22   for the jury to understand that
776: 23   these were both favorable reviews.
776: 24   We often receive favorable
777: 1   reviews.  I often receive favorable
777: 2   reviews in which I say, this is a
777: 3   perfectly fine study.  I even tell
777: 4   the editors if I'm reviewing
777: 5   something, I think you should
777: 6   publish it.  And then the editors,
777: 7   since they end up rejecting
777: 8   between 80 and 90 percent of the
777: 9   submissions because you can't fit
777: 10   all the articles that get
777: 11   submitted, even the good ones,
777: 12   into a journal, will turn it down.
777: 13   But I think you gave the
777: 14   misimpression that they rejected
777: 15   your paper or refused to publish
777: 16   it as if it had gotten reviews
777: 17   that said it was a bad study.
777: 18   In fact, if you are fair
777: 19   enough to read the summary
777: 20   statements of the reviewers, they
777: 21   say, both of them, this was a very
777: 22   good study, and they make a couple
777: 23   of suggestions, one of which we
777: 24   dealt with and one of which you
778: 1   just mischaracterized.

415 **782:19**   -   **783:17**   Avorn, Jerome 2006-06-30
782: 19   Q.  Please look at Exhibit 14,
782: 20     which is in your binder.
782: 21   A.  Got it.
782: 22   Q.  And is Exhibit 14 one that
782: 23     Mr. Tisi asked you about yesterday?
782: 24   A.  Yes.
783: 1   Q.  And this is an article where
783: 2     the first listed author is Dr. Ray, and
783: 3     then you are also an author of this
783: 4     document; is that correct?
783: 5   A.  That's right.

<u>Objections</u>                    <u>Ruling in Barnett</u>

| | |
|---|---|
| 783: 6 | Q.  And what year was this |
| 783: 7 | published in? |
| 783: 8 | A.  It was published in 2003. |
| 783: 9 | Actually, it was published online, it |
| 783: 10 | says on top, in 2002. |
| 783: 11 | Q.  So, late 2002/early 2003? |
| 783: 12 | A.  Right.  Summarizing a |
| 783: 13 | meeting that happened in August of 2002. |
| 783: 14 | Q.  And what publication was |
| 783: 15 | this in? |
| 783: 16 | A.  Pharmacoepidemiology and |
| 783: 17 | Drug Safety. |

**416 783:18   -   783:19**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 783: 18 | Q.  If you'll go over to the |
| 783: 19 | second page, this language here, was this |

**417 783:19   -   784:11**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 783: 19 | second page, this language here, was this |
| 783: 20 | language that you and Mr. Tisi discussed |
| 783: 21 | yesterday, that these studies suggest |
| 783: 22 | that -- |
| 783: 23 | A.  Right. |
| 783: 24 | Q.  -- any protective effect of |
| 784: 1 | naproxen does not fully account for the |
| 784: 2 | findings in the VIGOR study? |
| 784: 3 | A.  Correct. |
| 784: 4 | Q.  And I think you've indicated |
| 784: 5 | already the VIGOR study involved use of |
| 784: 6 | 50 milligrams of Vioxx, right? |
| 784: 7 | A.  Right. |
| 784: 8 | Q.  And in this study with Dr. |
| 784: 9 | Ray, did you look at people, 20,000 |
| 784: 10 | people or so who used 25 milligrams or |
| 784: 11 | lower Vioxx? |

**418 784:19   -   785:5**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 784: 19 | A.  Right.  Yeah.  This was not |
| 784: 20 | the report of a research study.  This was |
| 784: 21 | the proceedings of a panel discussion |
| 784: 22 | that occurred at the pharmacoepi meetings |
| 784: 23 | in 2002. |
| 784: 24 | Q.  And did you attend the panel |
| 785: 1 | discussion? |
| 785: 2 | A.  I was part of it, yes. |
| 785: 3 | Q.  Okay. |
| 785: 4 | Then let's just go to the |
| 785: 5 | last page.  It says here, "There was no |

**419 785:5   -   785:18**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 785: 5 | last page.  It says here, "There was no |
| 785: 6 | evidence of an increased risk of serious |
| 785: 7 | CHD."  What is CHD? |
| 785: 8 | A.  Coronary heart disease. |
| 785: 9 | Q.  "There was no evidence of an |
| 785: 10 | increased risk of serious coronary heart |
| 785: 11 | disease in all individuals receiving |
| 785: 12 | naproxen, ibuprofen or Celebrex compared |
| 785: 13 | to individuals who did not receive an |
| 785: 14 | NSAID." |
| 785: 15 | And then it says, "There was |
| 785: 16 | also no evidence of increased risk for |
| 785: 17 | doses of rofecoxib at 25 milligrams or |
| 785: 18 | below," correct? |

**420 785:22   -   786:11**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 785: 22 | THE WITNESS:  Yeah.  I'm |

Objections                          Ruling in Barnett

785: 23    trying to understand when it says
785: 24    "There was no evidence."  I need
786: 1     to understand what he's talking
786: 2     -- what this paragraph is talking
786: 3     about.  It's "we."
786: 4     (Witness reviewing
786: 5     document.)
786: 6     Okay.  So, what this is, the
786: 7     "this" is a review of the paper
786: 8     that Dr. Ray published that is
786: 9     Reference Number 20 that was in
786: 10    the Lancet.  So, this a
786: 11    description of that paper.

421 786:14    -    786:22    Avorn, Jerome 2006-06-30
786: 14    And in the description of
786: 15    that paper, does this commentary where
786: 16    you are one of the authors say that in
786: 17    that study he did from the Lancet that
786: 18    there was no evidence of increased risk
786: 19    of coronary heart disease for doses of
786: 20    Vioxx at 25 milligrams or below?
786: 21    A.  Right.  That's a statement
786: 22    of Dr. Ray's findings.

422 786:23    -    787:13    Avorn, Jerome 2006-06-30
786: 23    Q.  Were you present at any
786: 24    gatherings where Dr. Ray presented his
787: 1     conclusions following his -- both before
787: 2     and after his Lancet article?
787: 3     A.  I am having a hard time
787: 4     remembering that.  If I had been, it
787: 5     would have been at these annual
787: 6     pharmacoepi meetings, and I just don't
787: 7     remember whether he made a presentation
787: 8     that I attended at these meetings.
787: 9     Q.  Do you remember hearing Dr.
787: 10    Ray in late 2000 and early 2001 after the
787: 11    VIGOR results came out and after he did
787: 12    his analysis telling people that in his
787: 13    judgment, 25 milligram Vioxx was safe?

423 787:16    -    787:20    Avorn, Jerome 2006-06-30
787: 16    THE WITNESS:  I know that
787: 17    that was what the paper that we
787: 18    just discussed reported, so, I
787: 19    would expect that he would have
787: 20    believed that.

424 788:9    -    788:10    Avorn, Jerome 2006-06-30
788: 9     Q.  I'm handing you what we've
788: 10    marked as Exhibit 56.

425 788:14    -    789:18    Avorn, Jerome 2006-06-30
788: 14    Q.  Yesterday you talked about
788: 15    one of the things that you do is you work
788: 16    with the medical students and residents
788: 17    on how they ought to go about making
788: 18    prescribing decisions.  Do you remember
788: 19    that?
788: 20    A.  Right.
788: 21    Q.  And can you tell us what
788: 22    Exhibit 56 is?
788: 23    A.  Sure.  This is an
788: 24    educational piece that Dr. Solomon
789: 1     published, along with Cherylnn Griffin
789: 2     and Kelly Curtis, who are two -- who were

| | Objections | Ruling in Barnett |
|---|---|---|

789: 3       two pharmacists at the Brigham on, the
789: 4       title is, "COX-2 Inhibitors:  Who Really
789: 5       Needs Them?"
789: 6   Q.  Does your name appear on
789: 7       Exhibit 56?
789: 8   A.  Right.  I was the editor of
789: 9       this series.
789: 10  Q.  Okay.  So, you say Dr.
789: 11      Solomon, whom you've talked about a lot,
789: 12      wrote this, but you were the editor of
789: 13      this whole series; is that right?
789: 14  A.  That's correct.
789: 15  Q.  Okay.
789: 16      So, you saw this at the time
789: 17      that it was prepared and edited, right?
789: 18  A.  That's correct.

**426 789:20   -   790:1**   Avorn, Jerome 2006-06-30
789: 20      I would like you to look,
789: 21      please, at the criteria for use, and let
789: 22      me put this up on the screen.
789: 23      Do you see at the bottom
789: 24      there's a heading "Criteria for use"?
790: 1   A.  Yes.

**427 790:9   -   790:17**   Avorn, Jerome 2006-06-30
790: 9   Q.  Well, you know who it was
790: 10      used with, don't you?
790: 11  A.  Yes.
790: 12  Q.  Okay.
790: 13      Who?
790: 14  A.  The medical students and
790: 15      interns and residents and faculty at the
790: 16      Brigham and Women's Hospital.
790: 17  Q.  Okay.

**428 790:19   -   791:6**   Avorn, Jerome 2006-06-30
790: 19      use, do you see that -- and this is what
790: 20      date?  I'm sorry.
790: 21  A.  March 2002.
790: 22  Q.  So, March 2002, a couple of
790: 23      years after the VIGOR results are known,
790: 24      right?
791: 1   A.  Right.  Yes.  A couple,
791: 2       right.
791: 3   Q.  And after the period where
791: 4       you testified earlier that you had come
791: 5       to the conclusion that Vioxx posed
791: 6       serious cardiovascular risks, right?

**429 791:9   -   791:11**   Avorn, Jerome 2006-06-30
791: 9       THE WITNESS:  No, I think
791: 10      you are, once again, misstating
791: 11      what I had said.

**430 791:19   -   793:20**   Avorn, Jerome 2006-06-30
791: 19      By 2002, had you concluded
791: 20      that Vioxx posed an increased risk of
791: 21      cardiovascular disease?
791: 22  A.  I would rather indicate what
791: 23      I did conclude at that time, which is
791: 24      that there was evidence of an association
792: 1       between Vioxx and cardiovascular disease.
792: 2   Q.  Okay.
792: 3       So, 2002, criteria for use
792: 4       in the publication used with the Harvard
792: 5       medical students, it is stated, "Because

Objections                                      Ruling in Barnett

792: 6         of their high cost, COX-2 selective
792: 7         inhibitors should be reserved for
792: 8         patients at high risk of bleeding who
792: 9         require an NSAID."  And then they go on
792: 10        to specify who that would be appropriate
792: 11        for.  Do you see that?
792: 12    A.  Yes.
792: 13    Q.  Is there any statement in
792: 14        here that the use of COX-2 inhibitors
792: 15        should be avoided because of an
792: 16        association with cardiovascular disease?
792: 17    A.  Yes.  A few lines just below
792: 18        that it says --
792: 19    Q.  Are we on the next page now?
792: 20    A.  Yeah.
792: 21    Q.  Okay.
792: 22    A.  At the very top.
792: 23    Q.  Okay.
792: 24    A.  "The VIGOR trial found a
793: 1         four-fold higher rate of MI in rheumatoid
793: 2         arthritis patients randomized to
793: 3         rofecoxib compared to rheumatoid
793: 4         arthritis patients randomized to
793: 5         naproxen.  While it is possible that
793: 6         naproxen confers a protective effect
793: 7         against MI, it also may be the case that
793: 8         COX-2 selective inhibitors are associated
793: 9         with an increased risk of MI.  The
793: 10        possible mechanism for this action might
793: 11        be an imbalance in the activity of COX-1
793: 12        to COX-2 enzymes producing a relative
793: 13        tendency to clot or otherwise damaging
793: 14        the endothelial surface," which is the
793: 15        surface of the arteries.  "This is an
793: 16        active area of research."
793: 17    Q.  And at the time that this
793: 18        was presented to the Harvard medical
793: 19        students, was this a fair summary of your
793: 20        view of the existing state of knowledge?

431 **793:22**      -   **794:10**    Avorn, Jerome 2006-06-30
793: 22        THE WITNESS:  I would not --
793: 23        no.  If these had been my words,
793: 24        as opposed to my having presided
794: 1         over the series, I would have
794: 2         said, it has been suggested that
794: 3         naproxen confers a protective
794: 4         effect against MI, but it is
794: 5         likely that COX-2 selective
794: 6         inhibitors are associated with an
794: 7         increased risk in MI.  That would
794: 8         have -- and I think that was what
794: 9         I was writing myself in my own
794: 10        voice during this period.

432 **794:13**      -   **795:24**    Avorn, Jerome 2006-06-30
794: 13        But what Dr. Solomon, your
794: 14        colleague, was writing --
794: 15    A.  And the two pharmacists.
794: 16    Q.  -- and presenting to the
794: 17        Harvard medical students was, "While it
794: 18        is possible that naproxen confers a
794: 19        protective effect against MI, it may also
794: 20        be...that COX-2 selective inhibitors are
794: 21        associated with an increased risk of MI."
794: 22    A.  Correct.
794: 23    Q.  I know you were the editor

| | Objections | Ruling in Barnett |
|---|---|---|

```
794: 24              of this series.  Did you actually look at
795: 1               this document back at the time?
795: 2          A.  Yes.
795: 3          Q.  Okay.
795: 4          A.  And I still think that
795: 5               naproxen does confer a very small
795: 6               protective effect against MI.
795: 7          Q.  Then down further on the
795: 8               page, do you see that there's a table
795: 9               that -- well, first, there's the heading
795: 10              "Choosing between Celebrex and Vioxx if a
795: 11              COX-2 agent is required."
795: 12         A.  Right.
795: 13         Q.  And then there's a table
795: 14              that, am I right, it basically summarizes
795: 15              the pros and cons of Celebrex versus
795: 16              Vioxx for different types of patients?
795: 17         A.  Yes.
795: 18         Q.  Is there anywhere in this
795: 19              training piece for the Harvard medical
795: 20              students saying that other things being
795: 21              equal, they ought to use Celebrex versus
795: 22              Vioxx because of an increased association
795: 23              of cardiovascular disease?
795: 24         A.  No.

433 796:10    -   797:2    Avorn, Jerome 2006-06-30
796: 10         Q.  Let me show you what --
796: 11         A.  I'm sorry, Mr. Beck, there's
796: 12              just one thing I just want to point out
796: 13              about the authorship here.  What I notice
796: 14              is that it actually says this review was
796: 15              prepared with help of Cherylnn Griffin
796: 16              R.Ph., and Kelly Curtis, R.Ph., the two
796: 17              pharmacists, and then it says, "For
796: 18              further information, contact Dan Solomon
796: 19              via hospital e-mail."  So, I guess I
796: 20              can't really testify to what role Dr.
796: 21              Solomon had in the writing of this, just
796: 22              to be clear.
796: 23         Q.  All you know is you reviewed
796: 24              it before it was used with the Harvard
797: 1               medical students and approved it, right?
797: 2          A.  Right.

434 797:10    -   798:10    Avorn, Jerome 2006-06-30
797: 10         Q.  Exhibit 57, is that another
797: 11              educational piece that came out in the
797: 12              series that you edited?
797: 13         A.  Yes.  It is basically the
797: 14              same document about a year later.
797: 15         Q.  Okay.
797: 16              And was this used not just
797: 17              with medical students, but with Harvard
797: 18              faculty and interns and others?
797: 19         A.  Right.
797: 20         Q.  And Exhibit, both 56 and 57,
797: 21              you approved of their use with the
797: 22              medical students, with the residents and
797: 23              with the faculty, correct?
797: 24         A.  Right.
798: 1          Q.  So, now, Exhibit 57, I think
798: 2               you indicated that this was kind of an
798: 3               updated version of what we saw before?
798: 4          A.  Right.
798: 5          Q.  And what's the date of this?
798: 6          A.  April of 2003.
```

|  | Objections | Ruling in Barnett |
|---|---|---|

798: 7    Q.  There's a section called
798: 8       "Safety and cardiovascular disease" at
798: 9       the bottom.  Do you see that?
798: 10   A.  Right.

**435 798:17    -    799:14**   Avorn, Jerome 2006-06-30
798: 17     And does this piece that you
798: 18     reviewed and approved state, "The VIGOR
798: 19     trial found a four-fold higher rate of MI
798: 20     in rheumatoid arthritis patients
798: 21     randomized to rofecoxib compared to
798: 22     rheumatoid arthritis patients randomized
798: 23     to naproxen"?
798: 24   A.  Right.
799: 1    Q.  And then does the document
799: 2       say, "More recent research suggests an
799: 3       increased risk of myocardial infarction
799: 4       in patients taking rofecoxib at doses
799: 5       greater than 25 milligrams"?
799: 6    A.  Right.
799: 7    Q.  And then it goes on to talk
799: 8       about the possible mechanism, right?
799: 9    A.  Right.
799: 10   Q.  And is there any statement
799: 11      in here at all suggesting that there's
799: 12      any risk of a higher rate of heart attack
799: 13      for people who take 25 milligrams?
799: 14   A.  No.

**436 799:15    -    799:21**   Avorn, Jerome 2006-06-30
799: 15     We were only able to work
799: 16     from the evidence that we had, and we
799: 17     were not aware of a lot of the evidence
799: 18     that was available to the company
799: 19     documenting the higher risk that was not
799: 20     available to us in the medical
799: 21     literature.

**Re: 799:15-21**
**Def. Obj:** Non-responsive; question is whether a statement appears in the documents.

Re:  799:15-799:21
Overruled

**437 800:3    -    800:15**   Avorn, Jerome 2006-06-30
800: 3     On direct-examination, you
800: 4     talked about how the Alzheimer's trials,
800: 5     you said, showed an increase in all-cause
800: 6     mortality in the Vioxx arm versus the
800: 7     placebo arm.
800: 8     Do you remember that?
800: 9    A.  That's right.
800: 10   Q.  And all-cause mortality
800: 11      means that people died, and regardless of
800: 12      what somebody thinks about the cause of
800: 13      the death, more people died in the Vioxx
800: 14      group than in the placebo group, right?
800: 15   A.  That's correct.

**438 800:22    -    801:2**   Avorn, Jerome 2006-06-30
800: 22   Q.  Was there also information
800: 23      developed in the Alzheimer's trials that
800: 24      compared the frequency of heart attacks
801: 1      in the Vioxx arm versus the placebo arm?
801: 2    A.  Yes.

**439 801:24    -    802:8**   Avorn, Jerome 2006-06-30
801: 24     As part of your work in this
802: 1      case, you testified that you reviewed
802: 2      submissions made by Merck to the FDA,
802: 3      correct?
802: 4    A.  Correct.
802: 5    Q.  And you reviewed FDA medical

Objections | Ruling in Barnett

| | |
|---|---|
| 802: 6 | officers' evaluations of the clinical |
| 802: 7 | trials, correct? |
| 802: 8 | A.  Correct. |

440 **803:19** - **803:24**    Avorn, Jerome 2006-06-30
| | |
|---|---|
| 803: 20 | Did you see, sir, in the |
| 803: 21 | materials that the FDA believed that |
| 803: 22 | there was no statistically significant |
| 803: 23 | difference in heart attacks in the |
| 803: 24 | Alzheimer's trials? |

441 **804:1** - **804:2**    Avorn, Jerome 2006-06-30
| | |
|---|---|
| 804: 1 | MR. TISI:  Objection. |
| 804: 2 | BY MR. BECK: |

441 **804:3** - **804:23**    Avorn, Jerome 2006-06-30
| | |
|---|---|
| 804: 3 | Q.  Can you answer that yes or |
| 804: 4 | no? |
| 804: 5 | A.  I would be pleased to look |
| 804: 6 | at it if you want to show it to me.  I |
| 804: 7 | have seen reports, I don't remember if it |
| 804: 8 | was an FDA report or a Merck report or an |
| 804: 9 | article indicating that there was not a |
| 804: 10 | significant difference.  And if you have |
| 804: 11 | an FDA report you would like me to look |
| 804: 12 | at, I'd be happy to look at it. |
| 804: 13 | Q.  From your deposition, Page |
| 804: 14 | 502, Line 20. |
| 804: 15 | "Question:  Okay.  Did you |
| 804: 16 | see, sir, in the materials that the FDA |
| 804: 17 | believed that there was no statistically |
| 804: 18 | significant difference in heart attacks |
| 804: 19 | in the Alzheimer's trials? |
| 804: 20 | "Answer:  Yes." |
| 804: 21 | Was that your sworn |
| 804: 22 | testimony a couple of weeks ago? |
| 804: 23 | A.  I guess. |

442 **806:1** - **806:8**    Avorn, Jerome 2006-06-30
| | |
|---|---|
| 806: 1 | Q.  Well, yeah, you disagreed |
| 806: 2 | with the FDA. |
| 806: 3 | A.  Right.  Right. |
| 806: 4 | Q.  But the question I had asked |
| 806: 5 | you before is, did the FDA conclude that |
| 806: 6 | there was no statistically significant |
| 806: 7 | difference?  And your answer in your |
| 806: 8 | deposition was yes, right? |

443 **806:11** - **808:4**    Avorn, Jerome 2006-06-30
| | |
|---|---|
| 806: 11 | Q.  Correct, sir? |
| 806: 12 | A.  Yes. |
| 806: 13 | Q.  All right. |
| 806: 14 | Did you analyze all-cause |
| 806: 15 | mortality in the Vioxx osteoarthritis |
| 806: 16 | trials? |
| 806: 17 | A.  I don't recall performing |
| 806: 18 | those analyses myself, no. |
| 806: 19 | Q.  Do you recall looking at |
| 806: 20 | anybody else's analysis of that? |
| 806: 21 | A.  Yes.  I don't recall |
| 806: 22 | having -- I do recall having seen other |
| 806: 23 | people's analyses of that. |
| 806: 24 | Q.  How about for VIGOR, |
| 807: 1 | ADVANTAGE and APPROVe, did you conduct |
| 807: 2 | any all-cause mortality analysis in |
| 807: 3 | those, concerning those clinical trials? |
| 807: 4 | A.  We have to go back to the |

| | Objections | Ruling in Barnett |
|---|---|---|

807: 5     same point.  I didn't conduct analyses of
807: 6     the trials.  I reviewed the reports of
807: 7     those who had done so.
807: 8   Q.  And in reviewing the reports
807: 9     of those who did look at all-cause
807: 10     mortality for the osteoarthritis trials,
807: 11     VIGOR, ADVANTAGE and APPROVe, is it true
807: 12     that the conclusion was that there was no
807: 13     statistically significant difference in
807: 14     mortality in any one of those trials?
807: 15   A.  I would need to go back and
807: 16     take a look at that data before just
807: 17     answering off the top of my head.
807: 18   Q.  Do you remember as to any
807: 19     one of those any analyses of all-cause
807: 20     mortality suggesting that there was a
807: 21     statistically significant difference
807: 22     between Vioxx and either placebo or any
807: 23     comparator drug?
807: 24   A.  Sitting here at the end of a
808: 1     very long day, I cannot identify that.
808: 2     But if you want, I can go back over the
808: 3     analyses which we have here on the table
808: 4     and take a look at them.

444 **808:21**   -   **808:22**    Avorn, Jerome 2006-06-30
808: 21   Q.  Doctor, I'm going to hand
808: 22     you what I've marked as Exhibit 58.

445 **809:9**   -   **809:14**    Avorn, Jerome 2006-06-30
809: 9     as an exhibit or not.  Maybe you do.  Do
809: 10     you recognize Exhibit 58?
809: 11   A.  Well, I've certainly seen
809: 12     it.  I don't remember if it was an
809: 13     exhibit in the last day or two, but I
809: 14     know the Villalba report.

446 **809:22**   -   **810:7**    Avorn, Jerome 2006-06-30
809: 22   Q.  And you called this the
809: 23     Villalba report?
809: 24   A.  Right.
810: 1   Q.  What do you mean by that?
810: 2   A.  The one of December '04
810: 3     called "Interim review."
810: 4   Q.  So, we have here on the
810: 5     first page, "December 2004 Interim
810: 6     Review" by Dr. Villalba, correct?
810: 7   A.  Correct.

447 **810:8**   -   **810:11**    Avorn, Jerome 2006-06-30
810: 8   Q.  And let's look over on Page
810: 9     7, please.  Is there somewhere on Page 7
810: 10     where the FDA indicates whether the --
810: 11     here we go.

448 **810:12**   -   **810:17**    Avorn, Jerome 2006-06-30
810: 12     What's indicated on
810: 13     Paragraph 2.1 of the Villalba review?
810: 14   A.  "The current submission...
810: 15     did not suggest an excess in the total
810: 16     number of CV thrombotic events for Vioxx
810: 17     as compared to placebo."

449 **810:18**   -   **810:24**    Avorn, Jerome 2006-06-30
810: 18     Shall I go on?       **Re: 810:18-24**
810: 19   Q.  Sure.       **Def. Obj:** Irrelevant
810: 20   A.  I thought we were talking

Objections | Ruling in Barnett

810: 21       about deaths.
810: 22   Q.  Well, I'm now talking about
810: 23       CV events.
810: 24   A.  All right.

450 811:10      -   811:20      Avorn, Jerome 2006-06-30
811: 10       Is this one of the documents
811: 11       that was provided to you by the lawyers
811: 12       that you are working with so that you
811: 13       could help form your opinion and testify
811: 14       yesterday and today?
811: 15   A.  Yes.
811: 16   Q.  Did you take it into account
811: 17       when you reached your opinions?
811: 18   A.  Yes, I did.
811: 19   Q.  Did you take it into
811: 20       account --

451 811:23      -   812:1      Avorn, Jerome 2006-06-30
811: 23   Q.  -- before you testified
811: 24       yesterday on direct-examination?
812: 1    A.  Yes.

452 812:23      -   813:8      Avorn, Jerome 2006-06-30
812: 23   Q.  So, focusing on
812: 24       cardiovascular deaths, does this indicate
813: 1        in the Alzheimer's studies that there was
813: 2        no difference between Vioxx and placebo?
813: 3    A.  That's not what this box
813: 4        that you've put up talks about, Mr. Beck.
813: 5    Q.  Well, then, tell me what it
813: 6        says.
813: 7    A.  This is fatal and nonfatal
813: 8        events.

453 813:9      -   813:14      Avorn, Jerome 2006-06-30
813: 9    Q.  I'm sorry.  So,
813: 10       cardiovascular events, whether they were
813: 11       deaths or not deaths, there was no
813: 12       difference between Vioxx and placebo in
813: 13       the Alzheimer's trials, correct?
813: 14   A.  Right.

454 816:1      -   817:19      Avorn, Jerome 2006-06-30
816: 1        Yesterday you referred to an
816: 2        article which was Exhibit 9.  You don't
816: 3        have to pull it out.  But it was about
816: 4        confounders.  Do you remember that?
816: 5    A.  Yes.
816: 6    Q.  And I think you described
816: 7        that you wanted to make sure that you
816: 8        took into account variables that might
816: 9        affect heart attack rates other than the
816: 10       medications that were being examined,
816: 11       right?
816: 12   A.  Right.
816: 13   Q.  For example, that for some
816: 14       reason one group had a lot of smokers in
816: 15       it and the other didn't and that could
816: 16       skew the results, right?
816: 17   A.  Correct.
816: 18   Q.  And that's because you know
816: 19       that smokers are more likely to have
816: 20       heart attacks than nonsmokers, right?
816: 21   A.  Correct.
816: 22   Q.  And there are other
816: 23       confounders such as people who are

Objections                    Ruling in Barnett

| | | |
|---|---|---|
| 816: 24 | overweight or high cholesterol, things | |
| 817: 1 | like that, right? | |
| 817: 2 | A.  Correct. | |
| 817: 3 | Q.  All of those would be | |
| 817: 4 | considered risk factors for someone to | |
| 817: 5 | have a heart attack; is that right? | |
| 817: 6 | A.  Correct. | |
| 817: 7 | Q.  What about, this is not | |
| 817: 8 | something you've mentioned, but would | |
| 817: 9 | someone who was subjected to years and | |
| 817: 10 | years of secondhand smoke, would that | |
| 817: 11 | also be a confounder? | |
| 817: 12 | A.  Well, we know that | |
| 817: 13 | secondhand smoke is a risk factor for | |
| 817: 14 | heart disease. | |
| 817: 15 | Q.  So, if, for example, one | |
| 817: 16 | spouse had been smoking for decades, the | |
| 817: 17 | other spouse would be at increased risk | |
| 817: 18 | from that alone of having a heart attack; | |
| 817: 19 | is that right? | |

455 **817:22**    -    **818:2**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 817: 22 | THE WITNESS:  Right.  So, if | |
| 817: 23 | Vioxx users had more spouses who | |
| 817: 24 | smoked than Celebrex users, then | |
| 818: 1 | that would be something that was | |
| 818: 2 | not measured. | |

456 **818:4**    -    **818:9**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 818: 4 | Q.  In any event, my question is | |
| 818: 5 | simply, if somebody's spouse has been | |
| 818: 6 | smoking for years, that alone puts them | |
| 818: 7 | at greater risk for a heart attack, | |
| 818: 8 | right? | |
| 818: 9 | A.  Yes. | |

457 **818:15**    -    **819:6**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 818: 15 | Q.  On the question of the | |
| 818: 16 | labels where you and Mr. Tisi went | |
| 818: 17 | through the 1999 and the 2002 labels | |
| 818: 18 | yesterday, do you remember that? | |
| 818: 19 | A.  Yes. | |
| 818: 20 | Q.  And you indicated that in | |
| 818: 21 | the 1999 label there was no black box | |
| 818: 22 | warning, no warning or no precaution | |
| 818: 23 | concerning cardiovascular risk.  Do you | |
| 818: 24 | remember that? | |
| 819: 1 | A.  Right. | |
| 819: 2 | Q.  Do you know whether for the | |
| 819: 3 | label that was in effect for Celebrex in | |
| 819: 4 | 1999, was there a black box warning | |
| 819: 5 | concerning cardiovascular risk? | |
| 819: 6 | A.  No. | |

458 **819:9**    -    **819:10**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 819: 9 | Q.  Was there a warning | |
| 819: 10 | concerning cardiovascular risk? | |

459 **819:13**    -    **819:15**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 819: 13 | THE WITNESS:  I have not | |
| 819: 14 | reviewed the Celebrex label in | |
| 819: 15 | that level of detail. | |

460 **820:8**    -    **820:12**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 820: 8 | Q.  And for other prescription | |
| 820: 9 | NSAIDs in 1999, did any of them have a | |
| 820: 10 | black box warning about cardiovascular | |

| | Objections | Ruling in Barnett |
|---|---|---|

820: 11      risk?
820: 12      A.  Not to my knowledge.

**461 821:22    -    823:2**  Avorn, Jerome 2006-06-30
821: 22      Q.  So, focusing on other NSAIDs
821: 23      other than Vioxx or Celebrex, did any of
821: 24      them have warnings about cardiovascular
822: 1      risks?
822: 2      A.  In 1999?
822: 3      Q.  In 1999.
822: 4      A.  I do not think so.
822: 20      Q.  We know that Vioxx was
822: 21      withdrawn from the market in the fall of
822: 22      2004, right?
822: 23      A.  Right.
822: 24      Q.  And then later, all of the
823: 1      NSAIDs, prescription NSAIDs ended up with
823: 2      black box warnings, correct?

**462 823:8    -    824:3**  Avorn, Jerome 2006-06-30
823: 8      Q.  Well, is that true or not?
823: 9      Do you know?
823: 10      A.  Well, I know, and it is
823: 11      actually a complicated answer, I'm
823: 12      afraid.  And that is, that FDA seemed to
823: 13      encourage that, but it is not clear that
823: 14      all other nonsteroidal manufacturers have
823: 15      actually put those into their labels.
823: 16      Q.  Okay.
823: 17      Well, let me ask this.
823: 18      Now, after Vioxx was
823: 19      withdrawn from the market and then there
823: 20      was an Advisory Committee meeting in
823: 21      early 2005, as you indicated, did the FDA
823: 22      encourage the manufacturers of all
823: 23      prescription NSAIDs to add a black box
823: 24      warning?
824: 1      A.  They encouraged that, but I
824: 2      don't think that most of the companies
824: 3      did so.

**463 824:9    -    824:10:00**  Avorn, Jerome 2006-06-30
824: 9      Q.  Did Celebrex add one?
824: 10      A.  I believe it did.

**464 831:3    -    831:11**  Avorn, Jerome 2006-06-30
831: 3      Q.  Do you have any information
831: 4      about whether Mr. Gerald Barnett reviewed
831: 5      any direct-to-consumer advertisements?
831: 6      A.  No.
831: 7      Q.  Do you have any information
831: 8      about the materials that were considered
831: 9      by the physicians who prescribed Vioxx
831: 10      for Mr. Barnett?
831: 11      A.  No.

**465 835:20    -    836:3**  Avorn, Jerome 2006-06-30
835: 20      the big picture, if I could.  Doctor, you
835: 21      expressed a lot of opinions in your
835: 22      direct-examination, and I'm going to go
835: 23      through some of those opinions and see
835: 24      whether you still hold them to a
836: 1      reasonable degree of medical and
836: 2      scientific certainty.  Okay?
836: 3      A.  Okay.

**466 837:2    -    838:3**  Avorn, Jerome 2006-06-30

Objections for 465: **Re: 835:20-836:3** **Def. Obj:** Cumulative.

Ruling for 465: **Re: 835:20-836:3** Overruled

| | Objections | Ruling in Barnett |
|---|---|---|
| 837: 2    Q.  And he has indeed shown you<br>837: 3        quite a few documents, correct?<br>837: 4    A.  Correct.<br>837: 5    Q.  Is there any document that<br>837: 6        Mr. Beck has shown you that he has changed<br>837: 7        the opinion you gave on<br>837: 8        direct-examination that Vioxx is capable<br>837: 9        of causing heart attacks in human beings?<br>837: 10   A.  I have not changed my<br>837: 11       opinion.<br>837: 12   Q.  Is there any document that<br>837: 13       Mr. Beck has shown you in<br>837: 14       cross-examination that changes your<br>837: 15       opinion that Vioxx is capable of causing<br>837: 16       strokes in human beings?<br>837: 17   A.  I have not changed my<br>837: 18       opinion.<br>837: 19   Q.  Is there any document that<br>837: 20       Mr. Beck has shown you in<br>837: 21       cross-examination that changes your<br>837: 22       opinion that there was a reasonable<br>837: 23       evidence of association between heart<br>837: 24       attack and Vioxx when the VIGOR results<br>838: 1        became available to Merck in March of<br>838: 2        2000?<br>838: 3    A.  That is still my opinion. | **Re: 837:1-838:3**<br>**Def. Obj:** Cumulative;<br>restating opinions | |
| 467 838:10    -   838:16    Avorn, Jerome 2006-06-30<br>838: 10       Is there anything that Mr.<br>838: 11       Beck showed you in cross-examination that<br>838: 12       changed your opinion that Merck failed to<br>838: 13       express in a fair and accurate way the<br>838: 14       scientific and medical evidence of Vioxx<br>838: 15       as that evidence was emerging as you have<br>838: 16       reviewed it? | **Re: 838:10-839:13**<br>**Def. Obj:** Not proper<br>expert testimony; See<br>Merck's Daubert Motion;<br>cumulative | Re:  838:10-839:13<br>Overruled |
| 468 839:3    -   839:17    Avorn, Jerome 2006-06-30<br>839: 3        THE WITNESS:  Nothing he has<br>839: 4        shown me has changed my opinion<br>839: 5        about that matter.<br>839: 6        BY MR. TISI:<br>839: 7    Q.  Is there anything that Mr.<br>839: 8        Beck has shown you in the course of the<br>839: 9        past eight hours or so that has changed<br>839: 10       any of the core opinions that you have<br>839: 11       given in a direct-examination in this<br>839: 12       case?<br>839: 13   A.  Nothing.<br>839: 14   Q.  You were asked questions<br>839: 15       about who has financial interest in this<br>839: 16       case.  Do you remember that question?<br>839: 17   A.  Yes. | | |
| 469 847:5    -   848:12    Avorn, Jerome 2006-06-30<br>847: 5    Q.  Doctor, I have placed two<br>847: 6        exhibits before you, before you sat down<br>847: 7        there, and they are exhibits -- would you<br>847: 8        tell me what exhibits those are?<br>847: 9    A.  Yes.  41 and 42.<br>847: 10   Q.  You were asked some<br>847: 11       questions about Exhibit Number 42, and<br>847: 12       those being those eight documents that<br>847: 13       were relevant to Merck's defenses.  Do<br>847: 14       you remember those lines of questions?<br>847: 15   A.  Yes.<br>847: 16   Q.  Could you please turn to the<br>847: 17       next exhibit, Document 41? | | |

| | Objections | Ruling in Barnett |
|---|---|---|

847: 18     A.  Yes.
847: 19     Q.  And can you tell me how many
847: 20         references are in document -- could you
847: 21         tell me what Document 41 is?
847: 22     A.  Yes.  It is the reliance
847: 23         materials or the materials that were sent
847: 24         to me by plaintiffs' counsel in
848: 1          formulating my opinion.
848: 2      Q.  And the document that is
848: 3          Exhibit Number 42 says, "Additional
848: 4          materials provided," correct?
848: 5      A.  Correct.
848: 6      Q.  "Related to Merck's
848: 7          defenses"?
848: 8      A.  Correct.
848: 9      Q.  And it lists eight
848: 10         additional pieces of information,
848: 11         correct?
848: 12     A.  Correct.

**470 848:23     -  849:7**     Avorn, Jerome 2006-06-30
848: 23         Now, if you'd turn to
848: 24         Exhibit 41, you've indicated that there
849: 1          are almost 200 references in that
849: 2          document?
849: 3      A.  That's right.
849: 4      Q.  Included in those documents
849: 5          are depositions of Dr. Scolnick, for
849: 6          example, correct?
849: 7      A.  Right.

**471 849:11     -  849:19**     Avorn, Jerome 2006-06-30
849: 11         Included in those are
849: 12         published peer-reviewed medical journal
849: 13         articles published by Merck officials,
849: 14         Merck employees, correct?
849: 15     A.  That's right.
849: 16     Q.  Included in that would be
849: 17         FDA compilations of data that you
849: 18         reviewed; is that correct?
849: 19     A.  That's right.

**472 849:23     -  850:8**     Avorn, Jerome 2006-06-30
849: 23         Has any of that literature
849: 24         that was provided to you been generated
850: 1          by the plaintiffs' lawyers, in other
850: 2          words, are those our documents?
850: 3      A.  No.
850: 4      Q.  Okay.
850: 5          So, those either came from
850: 6          the public, the public domain, from
850: 7          Merck, or from the FDA, correct?
850: 8      A.  Right.

**473 850:9     -  850:17**     Avorn, Jerome 2006-06-30
850: 9      Q.  Doctor, you were asked some
850: 10         questions about the preapproval signals.
850: 11         Do you remember that?
850: 12     A.  Yes.
850: 13     Q.  Okay.
850: 14         Do you remember we talked a
850: 15         little bit about -- let's talk first
850: 16         about trial 17.  Do you remember that?
850: 17     A.  Yes.

**474 850:20     -  852:2**     Avorn, Jerome 2006-06-30
850: 20         First of all, was that a

**Re: 849:4**
**Def. Obj:** Leading; form
objection preserved at
849:8

**Re:  849:4-849:7**
Overruled.  Is leading
but not significant
811©

Objections                    Ruling in Barnett

| | |
|---|---|
| 850: 21 | placebo-controlled trial? |
| 850: 22 | A.  I believe it was. |
| 850: 23 | Q.  Was it blinded? |
| 850: 24 | A.  I believe it was. |
| 851: 1 | Q.  And you were asked a |
| 851: 2 | question by Mr. Beck whether or not the |
| 851: 3 | investigator in the case, in that |
| 851: 4 | individual case where there was a heart |
| 851: 5 | attack, attributed the heart attack to |
| 851: 6 | Vioxx.  Do you remember that question? |
| 851: 7 | A.  I remember the question. |
| 851: 8 | Q.  Is that possible to do in a |
| 851: 9 | blinded placebo-controlled trial?  Does |
| 851: 10 | the investigator know whether or not the |
| 851: 11 | patient is on the experimental drug or |
| 851: 12 | the sugar pill? |
| 851: 13 | A.  The study would have to be |
| 851: 14 | unblinded for them to know that. |
| 851: 15 | Q.  And typically that is not |
| 851: 16 | the case with an investigator, they do |
| 851: 17 | not get that information? |
| 851: 18 | A.  Right. |
| 851: 19 | Q.  And where does the |
| 851: 20 | investigator in a company-run trial get |
| 851: 21 | information about the side effects of the |
| 851: 22 | study drug? |
| 851: 23 | A.  Well, especially if it's a |
| 851: 24 | drug that is not yet on the market, the |
| 852: 1 | only place they could get it would be |
| 852: 2 | from the company. |

475 853:19      -   853:21     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 853: 19 | Q.  Could you please go to |
| 853: 20 | Exhibit Number 44 in the stack of |
| 853: 21 | documents that you were given.  And that |

476 854:10      -   855:10     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 854: 10 | Q.  That would be Dr. |
| 854: 11 | Villalba's, just for the record, her |
| 854: 12 | medical officer report preapproval of the |
| 854: 13 | drug in 1998; is that correct? |
| 854: 14 | A.  1998 through 1999, yes. |
| 854: 15 | Q.  Would you please go to the |
| 854: 16 | page -- they're not really paginated |
| 854: 17 | there. |
| 854: 18 | A.  Tell me the table number. |
| 854: 19 | Q.  Table 51 to 52. |
| 854: 20 | A.  Got it. |
| 854: 21 | Q.  Would you read the paragraph |
| 854: 22 | starting, "Evaluation of CV |
| 854: 23 | thromboembolic events"? |
| 854: 24 | A.  Yes.  "Evaluation of |
| 855: 1 | cardiovascular thromboembolic events |
| 855: 2 | regardless of seriousness shows a |
| 855: 3 | numerically higher incidence of |
| 855: 4 | ischemic/thromboembolic events (angina, |
| 855: 5 | myocardial infarction, CVA," which is |
| 855: 6 | stroke, "TIA)," which is like a stroke, |
| 855: 7 | "in patients taking rofecoxib when |
| 855: 8 | compared with patients taking placebo, |
| 855: 9 | but the exposure to placebo was less than |
| 855: 10 | the exposure to rofecoxib." |

477 855:23      -   856:3     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 855: 23 | "In 6 weeks studies there |
| 855: 24 | was one event in the placebo group" or |
| 856: 1 | 2/10ths of a percent "and a total of 12 |

**Re:855:23-856:1**
**Def Obj:** Leading from
previous question.

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 856: 2   events (approximately 1%) in the | | |
| 856: 3   rofecoxib groups." | | |
| | | |
| **478 856:19   -   857:8**   Avorn, Jerome 2006-06-30 | | |
| 856: 19   A.  "In 6-month studies there | | |
| 856: 20   were 3 events in placebo (approximately | | |
| 856: 21   1%) and 23 (approximately 1%) in the | | |
| 856: 22   total rofecoxib group, even though | | |
| 856: 23   placebo patients were only exposed for up | | |
| 856: 24   to 18 weeks.  The data seem to suggest | | |
| 857: 1   that in 6-week studies, thromboembolic | | |
| 857: 2   events are more frequent in patients | | |
| 857: 3   receiving rofecoxib than placebo but do | | |
| 857: 4   not show a clear dose response | | |
| 857: 5   relationship with rofecoxib." | | |
| 857: 6   Q.  Is that consistent with what | **Re: 857:6-8** | **Re: 857:6-857:8** |
| 857: 7   you ultimately saw in your study which | **Def. Obj:** Leading; form | Overruled |
| 857: 8   was published in 2004? | objection preserved at 857:18 | |
| | | |
| **479 857:10   -   857:17**   Avorn, Jerome 2006-06-30 | | |
| 857: 10   THE WITNESS:  Yes.  It's all | **Re:857:10-13** | |
| 857: 11   the same pattern of a higher rate | **Def. Obj:** Answer to | |
| 857: 12   seen with rofecoxib or Vioxx | leading question. | |
| 857: 13   compared to placebo. | | |
| 857: 14   BY MR. TISI: | | |
| 857: 15   Q.  And is that what you meant | **Re: 857:15-19** | **Re: 857:15-857:19** |
| 857: 16   by way of a signal where you look at, you | **Def. Obj:** Leading; form | Overruled |
| 857: 17   see a trend and it raises a red flag? | objection preserved at 857:9 | |
| | | |
| **480 857:19   -   857:24**   Avorn, Jerome 2006-06-30 | | |
| 857: 19   THE WITNESS:  That's right. | | |
| 857: 20   BY MR. TISI: | | |
| 857: 21   Q.  Well, let me ask you, | | |
| 857: 22   Doctor, when you used the word "red flag" | | |
| 857: 23   in your direct testimony, what did that | | |
| 857: 24   mean? | | |
| | | |
| **481 858:15   -   858:22**   Avorn, Jerome 2006-06-30 | | |
| 858: 15   A. signal or a red flag is | **Re: 857:21-858:22** | **Re: 857:21-858:22** |
| 858: 16   evidence of an increased prevalence of a | **Def. Obj:** Beyond the | Overruled |
| 858: 17   problem, in this case in one drug | scope of cross; results | |
| 858: 18   compared to another, even though | from leading of witness | |
| 858: 19   initially that may not reach the level of | 857:15-19. Form | |
| 858: 20   statistical significance because there's | objection preserved at | |
| 858: 21   not yet enough experience with the drug | 858:1-6 | |
| 858: 22   to see that. | | |
| | | |
| **483 860:11   -   860:24**   Avorn, Jerome 2006-06-30 | | |
| 860: 11   Q.  You were asked some | | |
| 860: 12   questions about the Board of Scientific | | |
| 860: 13   Advisors report.  Do you remember that | | |
| 860: 14   earlier? | | |
| 860: 15   A.  Yes. | | |
| 860: 16   Q.  And Mr. Beck asked you | **Re: 860:16-24** | **Re:  860:16-860:24** |
| 860: 17   questions, and this is just for | **Def. Obj:** Lawyer sidebar | Overruled |
| 860: 18   reference, about some of the good | on "collateral potential | |
| 860: 19   potential -- I think we can fairly call | benefits" | |
| 860: 20   them collateral potential benefits and | | |
| 860: 21   potential safety problems.  Do you | | |
| 860: 22   remember the good and the bad discussion | | |
| 860: 23   that you had with Mr. Beck? | | |
| 860: 24   A.  Yes. | | |
| | | |
| **484 861:6   -   862:3**   Avorn, Jerome 2006-06-30 | | |
| 861: 6   Well, first of all, do you | **Re: 861:6-862:3** | **Re:  861:6-862:3** |
| 861: 7   know whether or not Vioxx was being | **Def. Obj:** Witness | Overruled |
| 861: 8   investigated for the purpose of being a | does not know - doesn't | |

| | Objections | Ruling in Barnett |
|---|---|---|

861: 9          drug for cardioprotection?
861: 10     A. I don't know of any studies
861: 11          that were conducted in humans to
861: 12          demonstrate that.
861: 13     Q. Okay.
861: 14          Do you know whether or not
861: 15          that was the purpose for developing
861: 16          Vioxx?
861: 17     A. No, it was not, as far as I
861: 18          know.
861: 19     Q. Do you know whether or not
861: 20          they filed a new drug application,
861: 21          supplemental new drug application or
861: 22          anything to investigate whether or not
861: 23          Vioxx could be capable of being a
861: 24          cardioprotective drug?
862: 1      A. That was never part of the
862: 2           Vioxx human development program as far as
862: 3           I know.

say he investigated and
determined there were no
such investigations.
Opinions are without
basis and not disclosed
in expert report.

485 **862:12      -   862:14**     Avorn, Jerome 2006-06-30
862: 12     Q. I would like you to find, if
862: 13          you could, the Board of Scientific
862: 14          Advisors note or report.

486 **863:3       -   863:4**     Avorn, Jerome 2006-06-30
863: 3      Q. If you'd go to the page with
863: 4           the cardiovascular issues.

487 **863:13      -   864:1**     Avorn, Jerome 2006-06-30
863: 13          Now, you see that they
863: 14          identify three different issues?
863: 15     A. Yes.
863: 16     Q. And Mr. Beck asked you,
863: 17          well, isn't it true that some of these
863: 18          could be potentially helpful?
863: 19     A. Right.
863: 20     Q. First of all, he didn't ask
863: 21          you about Number 3.  Let me ask you about
863: 22          Number 3.
863: 23     A. Yeah.  Number 3 is where a
863: 24          lot of the action is.  We didn't get to
864: 1           talk about that.

**Re: 863:23-864:1**          Re: 863:23-864:1
**Def. Obj:** Non-responsive.   Overruled

488 **864:7       -   865:9**     Avorn, Jerome 2006-06-30
864: 7      Q. Let me ask you about Number
864: 8           3.  Can it ever be a good thing that
864: 9           there is "thromboembolic occlusion of the
864: 10          vessel at the site of plaque rupture with
864: 11          ensuing consequences of ischemia"?
864: 12     A. No.  That means that there's
864: 13          a blood clot that forms and it blocks the
864: 14          artery, and the ischemia refers to the
864: 15          deprivation of the tissue of oxygen and
864: 16          often results in the death of the tissue.
864: 17     Q. Is there ever a circumstance
864: 18          where Number 3 is a good thing?
864: 19     A. Well, I think in fairness,
864: 20          we need to point out that if you could
864: 21          prevent it, it would be a good thing.  1,
864: 22          2 and 3 were all phrased by the board as
864: 23          the bad thing.  And in the case of 1,
864: 24          they said it could be better or it could
865: 1           be worse.  In the case of 2, Mr. Beck
865: 2           pointed out that their discussion was
865: 3           primarily of preventing the badness.  And
865: 4           in Number 3, it is predominantly about

| | Objections | Ruling in Barnett |
|---|---|---|

865: 5     causing the badness, but I would want to
865: 6     spend a moment, in fairness, just making
865: 7     sure that they were not talking about
865: 8     preventing the badness of point number 3.
865: 9   Q.   Feel free to take a look.

**489 865:12 - 866:2**   Avorn, Jerome 2006-06-30
865: 12     Okay.
865: 13     I think a fair reading of
865: 14     number 3 is that it is pretty much
865: 15     exclusively looking at the likelihood or
865: 16     the threat that a selective COX-2
865: 17     inhibitor like Vioxx could just do harm.
865: 18     There was no good news in their
865: 19     presentation about topic number 3.
865: 20   Q.   And do you have an opinion
865: 21     to a reasonable degree of medical
865: 22     certainty as to whether or not a
865: 23     pharmaceutical company putting a drug on
865: 24     the market has a responsibility to
866: 1     investigate potential bad things that it
866: 2     may become aware of?

**Re: 865:20-866:19**
**Def. Obj:** Not proper expert testimony; See Daubert Brief.

**Re: 865:20-866:19**
Overruled

**490 866:9 - 866:19**   Avorn, Jerome 2006-06-30
866: 9     THE WITNESS: I have such an
866: 10     opinion, and my opinion, which is
866: 11     compatible with what I've written
866: 12     in my book and teach to classes
866: 13     that include pharmaceutical
866: 14     executives, is that it's necessary
866: 15     to do so. I've -- since the Vioxx
866: 16     withdrawal, I've even made the
866: 17     argument that it is a good
866: 18     business case to do so because you
866: 19     can really regret it if you don't.

**491 867:4 - 867:15**   Avorn, Jerome 2006-06-30
867: 4     Do you have an opinion to a
867: 5     reasonable degree of medical and
867: 6     scientific certainty as an expert in drug
867: 7     risks and benefits and evaluating them as
867: 8     to whether or not Vioxx in this case had
867: 9     any responsibility to actually --
867: 10   A.   You mean Merck had a
867: 11     responsibility?
867: 12   Q.   -- Merck had a
867: 13     responsibility or not to investigate the
867: 14     potential bad effect that's identified
867: 15     here by the Board of Scientific Advisors?

**Re: 867:4-868:9**
**Def. Obj:** Not proper expert testimony. Covered on direct at 311:21-312:8; 313:2-316:8; cumulative

**Re: 867:4-868:9**
Overruled

**492 868:4 - 868:22**   Avorn, Jerome 2006-06-30
868: 4     THE WITNESS: I have such an
868: 5     opinion, and the opinion is that
868: 6     the company did have a
868: 7     responsibility to follow up the
868: 8     issued raised in an effective
868: 9     manner by the scientific board.
868: 10     BY MR. TISI:
868: 11   Q.   Now, I want you to put
868: 12     yourself back in 1998 when the Board of
868: 13     Scientific Advisors commented on the
868: 14     potential good and the potential bad as
868: 15     indicated here in this document. Okay?
868: 16   A.   Okay.
868: 17   Q.   Could a responsible
868: 18     pharmaceutical company have designed at
868: 19     that time a trial to investigate whether

**Re: 868:17-870:2**
**Def. Obj:** Not proper expert testimony;

**Re: 868:17-870:2**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 868: 20<br>868: 21<br>868: 22 | Vioxx was good or bad for the heart using<br>the information provided by the Board of<br>Scientific Advisors? | cumulative; repeating<br>direct at 370:24-371:18 | |

**493 869:8   -   869:16**   Avorn, Jerome 2006-06-30

| 869: 8 | THE WITNESS:  Yes.  I |
| 869: 9 | believe such a study could have |
| 869: 10 | been initiated at that time. |
| 869: 11 | BY MR. TISI: |
| 869: 12 | Q.  And do you know whether or |
| 869: 13 | not a study -- or was a cardiovascular |
| 869: 14 | outcomes study ever designed in 1998 to |
| 869: 15 | look at the issue identified by the Board |
| 869: 16 | of Scientific Advisors? |

**494 869:22   -   871:1**   Avorn, Jerome 2006-06-30

| 869: 22 | THE WITNESS:  I'm not aware |
| 869: 23 | that in any year a study was |
| 869: 24 | designed and implemented to test |
| 870: 1 | the question of the cardiovascular |
| 870: 2 | risk of Vioxx in particular. |
| 870: 3 | BY MR. TISI: |
| 870: 4 | Q.  You were asked some |
| 870: 5 | questions about arm bleeds and rat |
| 870: 6 | studies and all those kinds of questions. |
| 870: 7 | Do you remember those questions that you |
| 870: 8 | spoke to earlier? |
| 870: 9 | A.  Yes. |
| 870: 10 | Q.  Beyond questions of looking |
| 870: 11 | about whether or not these studies, |
| 870: 12 | animal studies, et cetera, generally |
| 870: 13 | demonstrate biologic plausibility, what |
| 870: 14 | relevance do those studies have in light |
| 870: 15 | of clinical trial and epidemiologic |
| 870: 16 | evidence showing an association? |
| 870: 17 | A.  The ultimate outcome is what |
| 870: 18 | happens to patients.  And we try to learn |
| 870: 19 | what happens -- what is going to happen |
| 870: 20 | to patients based on animal studies or |
| 870: 21 | lab models or other kinds of science, |
| 870: 22 | which can be interesting and informative. |
| 870: 23 | But at the end of the day, what matters |
| 870: 24 | most is the good and the bad effects as |
| 871: 1 | they are recorded in actual human beings. |

**495 871:21   -   872:1**   Avorn, Jerome 2006-06-30

| 871: 21 | Do you remember when Mr. | **Re: 871:21-872:6** | **Re: 871:21-872:6** |
| 871: 22 | Beck asked you a series of questions | **Def. Obj:** Sidebar | Overruled |
| 871: 23 | about why you did not mention the good | | |
| 871: 24 | aspects of the Board of Scientific | | |
| 872: 1 | Advisors?  Do you remember that? | | |

**496 872:5   -   872:6**   Avorn, Jerome 2006-06-30

| 872: 5 | THE WITNESS:  I recall what |
| 872: 6 | you are talking about. |

**497 874:1   -   874:20**   Avorn, Jerome 2006-06-30

| 874: 1 | Mr. Beck showed you a couple |
| 874: 2 | of articles.  I think he showed you the |
| 874: 3 | Burleigh article, and I think he showed |
| 874: 4 | you another article by Dr. -- |
| 874: 5 | A.  Cipollone. |
| 874: 6 | Q.  -- Cipollone.  But there |
| 874: 7 | were other articles that you also cited |
| 874: 8 | in your article, correct? |
| 874: 9 | A.  Right. |
| 874: 10 | Q.  Okay. |

| | Objections | Ruling in Barnett |
|---|---|---|

874: 11    And ultimately, after
874: 12    reviewing the literature on all sides of
874: 13    the issue, including the articles that
874: 14    Mr. Beck highlighted for you and
874: 15    attached, looking at all the references
874: 16    and doing your own studies, what did you
874: 17    conclude?
874: 18  A.  Well, I can probably best
874: 19        answer --
874: 20  Q.  In humans?

**Re: 874:11 - 879:20**
**Def. Obj:**
Non-responsive; beyond
scope of cross; volunteered
argument by advocate - not
proper expert testimomy

498 **875:1**    -    **879:20**    Avorn, Jerome 2006-06-30

875: 1     THE WITNESS:  Well, I think
875: 2     an answer that is not going to
875: 3     repeat anything that we've done
875: 4     today is the papers that Mr.
875: 5     Goldman asked me to identify for
875: 6     him at the first deposition two
875: 7     weeks ago, because I think we've
875: 8     heard today a rather skewed
875: 9     presentation of the pharmacology
875: 10    evidence that was in place before
875: 11    the drug was marketed.  And two
875: 12    weeks ago Mr. Goldman asked me to
875: 13    identify animal studies that I had
875: 14    relied upon in formulating my
875: 15    opinion.  And we haven't gotten to
875: 16    talk about those, but since we are
875: 17    now talking about the animal
875: 18    studies related to the effect of
875: 19    Vioxx and related drugs, it
875: 20    probably would be appropriate to
875: 21    just mention them since they were
875: 22    material that Mr. Goldman had
875: 23    asked about.  And these are the
875: 24    three papers that I had identified
876: 1     for Merck's counsel.
876: 2     And very brief, because the
876: 3     hour is late, but one is from 1997
876: 4     in Nature.  And it's a paper by
876: 5     Murata, and I can provide the full
876: 6     reference later.  Mr. Goldman
876: 7     actually has it already, and I
876: 8     assume he shared that with Mr.
876: 9     Beck.  And essentially what it
876: 10    says is that if one disrupts the
876: 11    gene for prostacyclin, which is
876: 12    the substance that Vioxx reduces
876: 13    the production of, the
876: 14    susceptibility to thrombosis is
876: 15    increased.
876: 16    And then they go on to say,
876: 17    "Our results establish that
876: 18    prostacyclin is an anti-thrombotic
876: 19    agent in vivo."  And what that
876: 20    means in English is, that the
876: 21    material that Vioxx reduces the
876: 22    production of prevents clotting,
876: 23    so that blocking that would
876: 24    increase clotting, and that was,
877: 1     as I said, in 1997 in Nature.
877: 2     The other one Mr. Goldman
877: 3     asked me about was a paper that
877: 4     was in the Journal of Biological
877: 5     Chemistry, which is the main
877: 6     journal in biochemistry, published
877: 7     in 1999, again, February of 1999,

| | Objections | Ruling in Barnett |
|---|---|---|

877: 8     before the availability of Vioxx
877: 9     on the market.
877: 10    And this was a study in
877: 11    which there was an investigation
877: 12    of whether heart cells were
877: 13    influenced by COX-2, the enzyme
877: 14    that Vioxx blocks.  And their
877: 15    conclusion on their abstract is
877: 16    that in heart cells that are
877: 17    injured in a variety of
877: 18    experimental ways, prostacyclin,
877: 19    which is the chemical that Vioxx
877: 20    blocks, protects the heart cells.
877: 21    And their conclusion was that if
877: 22    you block that prostacyclin
877: 23    chemical that protects the heart
877: 24    cells, as you would do with a
878: 1     COX-2 inhibitor such as Vioxx,
878: 2     that would block the protection of
878: 3     heart cells in an injured heart.
878: 4     And the third paper, very
878: 5     briefly, that I want to talk
878: 6     about -- that paper was by
878: 7     Adderley and Fitzgerald, a
878: 8     different Fitzgerald, by the way.
878: 9     And the last one is a paper
878: 10    by Shinmura.  Again, Mr. Goldman,
878: 11    and I expect Mr. Beck, have the
878: 12    reference that I provided two
878: 13    weeks ago.  This was a study about
878: 14    the cardioprotective effects in
878: 15    animal studies when they damage
878: 16    animal hearts, and it says -- the
878: 17    title is "Cyclooxygenase-2" or
878: 18    COX-2, "mediates the
878: 19    cardioprotective effects of" a
878: 20    bunch of other things having to do
878: 21    with heart damage.
878: 22    And, again, in brief, what
878: 23    it says, quite clearly, in their
878: 24    abstract is that this study
879: 1     identifies COX-2 as a
879: 2     cardioprotective protein.  They go
879: 3     on to say, "COX-2 mediates the
879: 4     anti-infarct effects," which means
879: 5     COX-2, which is the enzyme that is
879: 6     blocked by Vioxx, mediates or
879: 7     helps to promote the anti-heart
879: 8     attack effects in their model.
879: 9     So, these were -- Mr.
879: 10    Goldman's question to me to which
879: 11    these were a response was what
879: 12    evidence was there before Vioxx
879: 13    was marketed that inhibiting COX-2
879: 14    selectively might be bad for the
879: 15    heart.  And I think this is pretty
879: 16    clear that, granted, there was
879: 17    evidence on both sides, but there
879: 18    was pretty compelling evidence on
879: 19    the damage side already, even
879: 20    before the drug hit the market.

**499 881:2   -  881:17**   Avorn, Jerome 2006-06-30
881: 2     Doctor, let me go back to
881: 3     your article, okay?  Your article, which
881: 4     is Number 7 in the book.
881: 5     A.  Is that my copy of the book?

|  | Objections | Ruling in Barnett |
|---|---|---|

881: 6   Q.  Yes.
881: 7   A.  Okay.
881: 8   Q.  In that article you refer to
881: 9      both the Burleigh and the --
881: 10   A.  Cipollone.
881: 11   Q.  -- Cipollone articles.
881: 12   A.  Right.
881: 13   Q.  Correct?
881: 14   A.  Right.
881: 15   Q.  So --
881: 16   A.  Cipollone.
881: 17   Q.  Cipollone.

500 **881:20    -  881:24**   Avorn, Jerome 2006-06-30
881: 20      What were you trying to do
881: 21      by referring the readers to articles like
881: 22      these, as well as articles on the other
881: 23      side of the issue that were also
881: 24      contained in your paper?

501 **882:3    -  882:24**   Avorn, Jerome 2006-06-30
882: 3      THE WITNESS:  What that
882: 4      section is about was essentially
882: 5      saying this is a very active area
882: 6      of research.  There's a lot of new
882: 7      information that is developing
882: 8      about the effect of this COX-2
882: 9      enzyme which had not been fully
882: 10      studied over the years but that
882: 11      people had begun to understand was
882: 12      having an important effect on the
882: 13      health of the vessel wall, as well
882: 14      as on the ability of blood to
882: 15      clot, as well as on the function
882: 16      of the arteries, and that this is
882: 17      an important area because there's
882: 18      a lot of very exciting research
882: 19      going on, that COX-2 has a lot to
882: 20      do with the arteries.
882: 21      BY MR. TISI:
882: 22   Q.  Now, and when you took those
882: 23      issues and you actually studied them in
882: 24      human beings, what did you find?

**Re: 882:22-883:15**
**Def. Obj:** Beyond the
scope of direct
examination; cross

**Re:  882:22-883:15**
Overruled

502 **883:9    -  883:15**   Avorn, Jerome 2006-06-30
883: 9      THE WITNESS:  In brief, we
883: 10      found that when all is said and
883: 11      done, if you look at real typical
883: 12      patients out there in the
883: 13      community, they were more likely
883: 14      to have heart attacks if they were
883: 15      taking Vioxx.

503 **884:15    -  884:23**   Avorn, Jerome 2006-06-30
884: 15   Q.  In your article that you
884: 16      wrote, did you acknowledge, and we went
884: 17      through some of the articles on both
884: 18      sides of the issue, that perhaps Vioxx
884: 19      could have a beneficial effect and a bad
884: 20      effect in terms of the animal models that
884: 21      you identified?
884: 22   A.  Right.  Those are the
884: 23      citations that Mr. Beck asked me about.

505 **886:8    -  887:5**   Avorn, Jerome 2006-06-30
886: 8      THE WITNESS:  In fairness, I
886: 9      can't speak to what Merck did or

**Re: 886:8-887:5**
**Def. Obj:** No question;

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 886: 10  didn't say.  This is an article | improper expert | |
| 886: 11  written by many people, and there | testimony. | |
| 886: 12  will be other testimony about what | | |
| 886: 13  Merck did or didn't do in relation | | |
| 886: 14  to the presentation of the | | |
| 886: 15  findings in VIGOR. | | |
| 886: 16  So, I can speak just to the | | |
| 886: 17  paper as it appeared in the New | | |
| 886: 18  England Journal that Dr. | | |
| 886: 19  Bombardier and colleagues wrote. | | |
| 886: 20  We know there was a lot of | | |
| 886: 21  interaction with Merck, but let me | | |
| 886: 22  just speak about the paper. | | |
| 886: 23  The paper is really | | |
| 886: 24  presented in a very one-sided way. | | |
| 887: 1  It was all about the good news, | | |
| 887: 2  and the bad news was presented in | | |
| 887: 3  a way that minimized, in fact, | | |
| 887: 4  inverted it so that it was not | | |
| 887: 5  even presented as bad news. | | |

**506 887:14   -   887:20   Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 887: 14  Q.  In any of the materials that | **Re:887:14-887:20** | |
| 887: 15  you've seen, the educational materials, | **Def. Obj:** Question | |
| 887: 16  the label, the medical literature, | withdrawn without | |
| 887: 17  anything that came out of Merck, was | answer. | |
| 887: 18  there ever an acknowledgment that at | | |
| 887: 19  least a potential mechanism of action was | | |
| 887: 20  that this drug would be prothrombotic? | | |

**507 888:5   -   888:11   Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 888: 5  Q.  Well, let me ask you the | | |
| 888: 6  question. | | |
| 888: 7  What, if anything, have you | **Re: 888:7-889:6** | **Re:  888:7-889:6** |
| 888: 8  ever seen -- have you seen in any of the | **Def. Obj:** Outside the | Overruled |
| 888: 9  Merck literature that presented Vioxx as | scope of cross; also | |
| 888: 10  having any potential side effects before | repeating direct | |
| 888: 11  APPROVe? | examination at 431:9- | |
| | 432:10. | |

**508 888:17   -   890:3   Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 888: 17  THE WITNESS:  The vast | | |
| 888: 18  preponderance of the material that | | |
| 888: 19  Merck produced either in articles | | |
| 888: 20  that it had its staff or | | |
| 888: 21  consultants author, or the | | |
| 888: 22  educational so-called materials | | |
| 888: 23  for physicians, the vast, vast | | |
| 888: 24  predominance of it was all the | | |
| 889: 1  good things about Vioxx.  And I | | |
| 889: 2  cannot recall any materials that | | |
| 889: 3  Merck produced that said this drug | | |
| 889: 4  may increase -- may be | | |
| 889: 5  prothrombotic, except in reciting | | |
| 889: 6  the VIGOR data. | | |
| 889: 7  BY MR. TISI: | | |
| 889: 8  Q.  Doctor, do you remember the | | |
| 889: 9  Tuleja article that you were asked about? | | |
| 889: 10  Do you remember whether these men -- and | | |
| 889: 11  this was the -- | | |
| 889: 12  A.  Bleeding. | | |
| 889: 13  Q.  -- bleeding time study that | | |
| 889: 14  we talked about before. | | |
| 889: 15  Do you remember whether | | |
| 889: 16  these were healthy or unhealthy men? | | |
| 889: 17  A.  They were healthy men as far | | |
| 889: 18  as I know. | | |
| 889: 19  Q.  Do you know whether or not | | |

Objections                    Ruling in Barnett

889: 20          they looked at -- what kind of vessels
889: 21          they looked at?  Did they look at
889: 22          capillaries, coronary arteries, anything
889: 23          like that?
889: 24     A.  I don't recall what kind of
890: 1          vessels.
890: 2     Q.  Let me show you the article.
890: 3          I'm showing you my copy.

509 **890:13**     -  **892:7**     Avorn, Jerome 2006-06-30
890: 13         THE WITNESS:  It says,
890: 14         "Standard microvascular injury."
890: 15         BY MR. TISI:
890: 16     Q.  What does that mean to you?
890: 17     A.  That it is an experimental
890: 18         technique in which they damage the
890: 19         smallest vessels.
890: 20     Q.  Okay.
890: 21         Are those the same kind of
890: 22         vessels that cause heart attacks in human
890: 23         beings?
890: 24     A.  No.
891: 1     Q.  Okay.
891: 2         Did they have
891: 3         atherosclerosis?
891: 4     A.  No.  They were healthy men.
891: 5     Q.  And can you tell us who
891: 6         funded this particular study?
891: 7     A.  Merck of Poland.
891: 8     Q.  Let's go on to the next --
891: 9     A.  And in fairness, the Polish
891: 10         State Research Council.
891: 11     Q.  Let's discuss the 2001
891: 12         Advisory Committee for a moment.  Do you
891: 13         have that transcript there?  I believe
891: 14         it's the big one there.
891: 15     A.  Okay.
891: 16     Q.  I'd like to take you through
891: 17         some things here.
891: 18         First of all, I would like
891: 19         to orient the jury.  This was an Advisory
891: 20         Committee that was held in February of
891: 21         2001 to discuss the VIGOR data?
891: 22     A.  Yes.
891: 23     Q.  First of all, tell us a
891: 24         little bit about Advisory Committees.
892: 1         Are they -- how many drugs do they see
892: 2         over the course of sitting as an Advisory
892: 3         Committee?
892: 4     A.  It will vary.  Sometimes
892: 5         they will see a bunch at one sitting.
892: 6         Sometimes they will focus just on one
892: 7         drug.

510 **892:18**     -  **894:12**     Avorn, Jerome 2006-06-30
892: 18         And do they typically
892: 19         receive a packet of information prior to
892: 20         going in and sitting and hearing
892: 21         presentations?
892: 22     A.  Yeah.  But sometimes it's
892: 23         just like the day before.
892: 24     Q.  And how much information do
893: 1         they actually get if you're typically
893: 2         speaking?
893: 3     A.  Well, again, it varies.
893: 4         Sometimes they get a ream that colleagues
893: 5         of mine who are on these committees say

| | | Objections | Ruling in Barnett |
|---|---|---|---|
| 893: 6 | they can't possibly get through. | | |
| 893: 7 | Sometimes they get just a small packet. | | |
| 893: 8 | Q. And who typically presents | | |
| 893: 9 | at these Advisory Committees? | | |
| 893: 10 | A. There will often be somebody | | |
| 893: 11 | from FDA presenting. There will often be | | |
| 893: 12 | somebody from the company presenting. | | |
| 893: 13 | And sometimes they even have patients | | |
| 893: 14 | presenting. | | |
| 893: 15 | Q. Now, looking at the Advisory | | |
| 893: 16 | Committee of 2001, this would have been | | |
| 893: 17 | approximately a year after Merck became | | |
| 893: 18 | aware of the VIGOR results? | | |
| 893: 19 | A. Right. | | |
| 893: 20 | Q. And would you go to the | | |
| 893: 21 | transcript at Page 5, if you could. | | |
| 893: 22 | First of all, it's a | | |
| 893: 23 | presentation by Dr. Goldman. | | |
| 893: 24 | A. Okay. | | |
| 894: 1 | Q. And Dr. Goldman, I'll | | |
| 894: 2 | represent to you, is the Merck | | |
| 894: 3 | representative. | | |
| 894: 4 | A. Right. | | |
| 894: 5 | Q. Do you see where it says, | | |
| 894: 6 | "We believe that the highly significant | | |
| 894: 7 | results from VIGOR mirrored a | | |
| 894: 8 | modification of the product label to | | |
| 894: 9 | reflect a more appropriate presentation | | |
| 894: 10 | of the demonstrated GI safety benefits | | |
| 894: 11 | that is specific to Vioxx"? | | |
| 894: 12 | Do you see that? | | |

**511 895:7      -   895:19**   Avorn, Jerome 2006-06-30

| | | | |
|---|---|---|---|
| 895: 7 | Do you have any | | |
| 895: 8 | understanding reading that as to what the | | |
| 895: 9 | primary purpose of this Advisory | | |
| 895: 10 | Committee was? | | |
| 895: 11 | A. Well, sure. Not just from | | |
| 895: 12 | that paragraph, but from having reviewed | | |
| 895: 13 | the transcript, the question, as well as | | |
| 895: 14 | the rest of the history. The question | | |
| 895: 15 | was whether the official labeling of | | |
| 895: 16 | Vioxx was going to be revised to include | | |
| 895: 17 | in it information about Vioxx having a | | |
| 895: 18 | greater safety on the GI tract compared | | |
| 895: 19 | to other drugs. | | |

**512 898:20      -   899:18**   Avorn, Jerome 2006-06-30

| | | | |
|---|---|---|---|
| 898: 20 | Q. First of all, this is an | **Re: 898:20-910** | Re:  898:20-900:16 |
| 898: 21 | internal e-mail from Merck dated January | **Def. Obj:** Outside the | Overruled |
| 898: 22 | 29th, 2001; is that correct? | scope of cross | |
| 898: 23 | A. That's right. | examination. | |
| 898: 24 | Q. And is this before the | | |
| 899: 1 | February 8th Advisory Committee? | | |
| 899: 2 | A. About a week before. | | |
| 899: 3 | Q. Okay. | | |
| 899: 4 | And do you see the first, | | |
| 899: 5 | the e-mail from Dr. Shapiro to, among | | |
| 899: 6 | other things, Alise Reicin? | | |
| 899: 7 | A. Which one is that, that you | | |
| 899: 8 | want me to look at? | | |
| 899: 9 | Q. The very top of the page. | | |
| 899: 10 | A. The top one. | | |
| 899: 11 | Q. Uh-huh. Do you see that? | | |
| 899: 12 | A. From Dr. Shapiro to Dr. | | |
| 899: 13 | Reicin, yes. | | |
| 899: 14 | Q. Yes. | | |

| | Objections | Ruling in Barnett |
|---|---|---|

899: 15     And that's the same Dr.
899: 16     Reicin that made the presentation to the
899: 17     Advisory Committee --
899: 18 A. Right.

**514 900:7 - 900:16** Avorn, Jerome 2006-06-30
900: 7     THE WITNESS: Yes. 30 to
900: 8     10.
900: 9     BY MR. TISI:
900: 10 Q. Okay.
900: 11     Is that the kind of
900: 12     information --
900: 13     Do you know whether that
900: 14     information was ever shared with the
900: 15     members of the Advisory Committee?
900: 16 A. I don't believe it was.

**515 901:10 - 901:13** Avorn, Jerome 2006-06-30
901: 10 A. To my knowledge, that
901: 11     information was never shared with the
901: 12     Advisory Committee as it was thinking
901: 13     about the labeling.

Objections: **Re: 901:10-13** **Def. Obj:** Outside the scope of cross examination; also asked

Ruling in Barnett: Re: 901:10-901:13 Overruled

**517 901:23 - 902:9** Avorn, Jerome 2006-06-30
901: 23     THE WITNESS: Sure. Dr.
901: 24     Deborah Shapiro was a
902: 1     biostatistician, I believe, who
902: 2     worked for Merck, and she was
902: 3     asked to pull together an overview
902: 4     of all of the studies of -- all
902: 5     the clinical studies of Vioxx that
902: 6     was presented at some Merck
902: 7     management meeting, and I had
902: 8     occasion to review the data from
902: 9     that report.

**518 902:11 - 902:16** Avorn, Jerome 2006-06-30
902: 11 Q. And what did that data show
902: 12     you --
902: 13     And I'll represent to you
902: 14     that that data was compiled and shared
902: 15     within Merck in the fall of 2000 before
902: 16     this Advisory Committee.

Objections: **Re: 902:11-903:21** **Def. Obj:** Beyond the scope of cross.

Ruling in Barnett: Re: 902:11-903:21 Overruled

**519 903:11 - 903:21** Avorn, Jerome 2006-06-30
903: 11     THE WITNESS: My
903: 12     recollection was that that was an
903: 13     analysis that was done once VIGOR
903: 14     and ADVANTAGE and 090 and a number
903: 15     of other studies had been
903: 16     completed, and it was an overview
903: 17     of the relative events in Vioxx
903: 18     versus the various comparator
903: 19     groups. And there is a summary
903: 20     slide that I've looked at that if
903: 21     you have --

**520 906:14 - 907:2** Avorn, Jerome 2006-06-30
906: 14 Q. Doctor, first of all, what
906: 15     is this?
906: 16 A. This is Bates Number
906: 17     MRK-NJ0070364. It's now marked as
906: 18     Exhibit 61. And it's labeled, "Vioxx
906: 19     Preliminary Cardiovascular Meta-Analysis,
906: 20     Dr. Deborah Shapiro, October 18th, 2000."
906: 21 Q. So, that would have been
906: 22     before the Advisory Committee raised

Objections: **Re: 906:13-907:2** **Def. Obj:** Beyond the scope of cross; counsel is attempting to cover new subjections under guise of asking what 2001 Advisory Committee had in front of them.

Ruling in Barnett: Re: 906:13-907:2 Overruled

Objections

Ruling in Barnett

| | | |
|---|---|---|
| 906: 23 | their hands and made any kind of | |
| 906: 24 | recommendations on labeling changes that | |
| 907: 1 | Mr. Beck asked you about? | |
| 907: 2 | A.  Months before. | |

521 **907:6**    -    **907:9**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 907: 6 | Did Dr. Shapiro do a | **Re: 907:6-910:18** |
| 907: 7 | meta-analysis of MI-only events seen in | **Def. Obj:** Outside the |
| 907: 8 | the Vioxx clinical trials? | scope of cross; |
| 907: 9 | A.  Yes. | completely new subject. |

**Re:  907:6-910:18**
Overruled

522 **907:13**    -    **907:14**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 907: 13 | Q.  What did Dr. Shapiro present |
| 907: 14 | within Merck in October of 2000? |

523 **907:17**    -    **908:7**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 907: 17 | THE WITNESS:  The MI |
| 907: 18 | endpoint of rofecoxib or Vioxx |
| 907: 19 | versus nonsteroidals.  And there's |
| 907: 20 | a summary of a variety of the |
| 907: 21 | studies with the number of |
| 907: 22 | patients in them, the number of |
| 907: 23 | patients who had events, the |
| 907: 24 | rates, and then the relative |
| 908: 1 | risks, which is the risk of the |
| 908: 2 | event in Vioxx compared to the |
| 908: 3 | nonsteroidal drug that it was |
| 908: 4 | compared to. |
| 908: 5 | BY MR. TISI: |
| 908: 6 | Q.  Okay. |
| 908: 7 | And what does it indicate? |

524 **908:17**    -    **910:2**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 908: 17 | A.  The first row is all |
| 908: 18 | patients, which I assume is a summary of |
| 908: 19 | everything else on the slide.  And |
| 908: 20 | basically it says relative risk 2.02 with |
| 908: 21 | a confidence interval of 1.44 to 3.55, |
| 908: 22 | which basically means a doubling of risk |
| 908: 23 | of heart attacks in the overview of all |
| 908: 24 | the studies that Dr. Shapiro of Merck |
| 909: 1 | evaluated, which, interestingly, was |
| 909: 2 | almost exactly the same number as the |
| 909: 3 | APPROVe study in many years would find. |
| 909: 4 | And then she subdivides that |
| 909: 5 | into other studies, specific studies. |
| 909: 6 | So, VIGOR, and she then has a five-fold |
| 909: 7 | increase in heart attacks listed for |
| 909: 8 | VIGOR.  ADVANTAGE, she has a 2.95 or |
| 909: 9 | almost a three-fold increase in heart |
| 909: 10 | attacks in the ADVANTAGE study.  One |
| 909: 11 | called RA has a relative risk of 1.82 or |
| 909: 12 | almost a doubling of risk. |
| 909: 13 | I think this is probably a |
| 909: 14 | summary of all the RA studies, that is, |
| 909: 15 | all the rheumatoid arthritis studies. |
| 909: 16 | And the next line is non-RA, which, I |
| 909: 17 | guess, is the non-rheumatoid arthritis |
| 909: 18 | studies, and that has a relative risk of |
| 909: 19 | 1.68 or a 68 percent increase.  And then |
| 909: 20 | the last line is 0A-069, and that has a |
| 909: 21 | lower number of 0.55. |
| 909: 22 | Q.  Now, Doctor, looking at the |
| 909: 23 | overall results, is that, that greater |
| 909: 24 | than 2.0, is that the level that Dr. |
| 910: 1 | Strom in his book that Mr. Beck put in |
| 910: 2 | front of you is highly significant? |

| | Objections | Ruling in Barnett |
|---|---|---|
| 525 910:11   -   910:18   Avorn, Jerome 2006-06-30 | | |
| 910: 11        THE WITNESS:  It's a | | |
| 910: 12        doubling of risk, and that is in | | |
| 910: 13        the category -- it's slightly | | |
| 910: 14        greater than a doubling of risk, | | |
| 910: 15        and that is in the category that, | | |
| 910: 16        according to Dr. Strom's textbook, | | |
| 910: 17        would be categorized as an | | |
| 910: 18        important big deal. | | |
| 526 911:4   -   911:12   Avorn, Jerome 2006-06-30 | Re: 911:4-12 | Re:  911:4-911:12 |
| 911: 4     Q.  Going back to the Advisory | Def. Obj: Outside the | Overruled |
| 911: 5        Committee which raised its hand and Mr. | scope of cross. | |
| 911: 6        Beck asked you questions about what they | | |
| 911: 7        recommended and why they recommended, the | | |
| 911: 8        basis of their recommendations, was Dr. | | |
| 911: 9        Shapiro's analysis, to your knowledge, | | |
| 911: 10        shared by Dr. Reicin before the Advisory | | |
| 911: 11        Committee when they raised their hand and | | |
| 911: 12        made their votes? | | |
| 527 911:15   -   911:18   Avorn, Jerome 2006-06-30 | Re: 911:15-18 | Re:  911:15-911:18 |
| 911: 15        THE WITNESS:  To my | Def. Obj: Witness has | Overruled |
| 911: 16        knowledge, none of this | no basis for knowing what | |
| 911: 17        information was shared with the | was presented to | |
| 911: 18        Advisory Committee by Merck. | Advisory Committee; | |
| 528 922:20   -   923:2   Avorn, Jerome 2006-06-30 | outside the scope of cross. | |
| 922: 20     Q.  Now, as a result of the | Re: 922:20-923:22 | Re:  922:20-923:22 |
| 922: 21        Advisory Committee, the FDA did make a | Def. Obj: Asked and | Overruled |
| 922: 22        recommendation to Merck, did it not? | answered on direct at | |
| 922: 23     A.  Yes. | 392:17-22; Repeat of | |
| 922: 24     Q.  And when it did, did it ask | direct at 391:2-393:3; | |
| 923: 1        that a warning for cardiovascular events | 393:8-16. | |
| 923: 2        be included in the label? | | |
| 529 923:8   -   923:12   Avorn, Jerome 2006-06-30 | | |
| 923: 8        THE WITNESS:  Yes, they did. | | |
| 923: 9        The documents I reviewed indicated | | |
| 923: 10        that was a request. | | |
| 923: 11        BY MR. TISI: | | |
| 923: 12     Q.  And was that ever done? | | |
| 530 923:20   -   924:6   Avorn, Jerome 2006-06-30 | | |
| 923: 20     Q.  Was it ever done? | | |
| 923: 21     A.  It was never done, to my | | |
| 923: 22        knowledge. | | |
| 923: 23     Q.  He asked you -- Mr. Beck | | |
| 923: 24        asked you many questions about Dr. Topol | | |
| 924: 1        and Dr. Nissen. | | |
| 924: 2     A.  Right. | | |
| 924: 3     Q.  Have you read Dr. Topol and | | |
| 924: 4        Dr. Nissen's public articles concerning | | |
| 924: 5        Vioxx? | | |
| 924: 6     A.  Sure. | | |
| 531 925:7   -   925:17   Avorn, Jerome 2006-06-30 | | |
| 925: 7        Since you were asked on your | | |
| 925: 8        cross-examination about Dr. Nissen and | | |
| 925: 9        Dr. Topol, I'm going to ask you this | | |
| 925: 10        question. | | |
| 925: 11        Having read -- having read | | |
| 925: 12        their scholarship on their articles | | |
| 925: 13        on Vioxx -- | | |
| 925: 14     A.  Yes. | | |
| 925: 15     Q.  -- how would you | Re: 925:15-17 | |

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| | 925: 16 | characterize their scholarship in terms | **Def Obj:** | |
| | 925: 17 | of the risks and benefits of Vioxx? | calls for hearsay testimony re: ops of Nissen and Topol. | |
| 533 **927:14** - **927:19** | | Avorn, Jerome 2006-06-30 | **Re: 927:14- 930:19** | Re: **927:14-927:19** |
| | 927: 14 | Turning to your study. | **Def. Obj:** Beyond the scope of cross; asked and answered; non-responsive | Overruled |
| | 927: 15 | First of all, is the concept that you | | |
| | 927: 16 | referred to, the "depletion of the | | |
| | 927: 17 | susceptibles," a generally accepted | | |
| | 927: 18 | concept in epidemiology? | | |
| | 927: 19 | A.  Yes. | | |
| 534 **928:22** - **929:1** | | Avorn, Jerome 2006-06-30 | | Re: **928:22-929:1** |
| | 928: 22 | What was your explanation of | | Overruled |
| | 928: 23 | why you did not see a risk after 90 days | | |
| | 928: 24 | when you were asked that question by Mr. | | |
| | 929: 1 | Beck? | | |
| 535 **929:9** - **930:2** | | Avorn, Jerome 2006-06-30 | | |
| | 929: 9 | Whether or not I used the | | |
| | 929: 10 | term "depletion of susceptibles," | | |
| | 929: 11 | I certainly said to Mr. Beck that | | |
| | 929: 12 | our understanding of the failure | | |
| | 929: 13 | to see an effect after 90 days was | | |
| | 929: 14 | that in an observational study | | |
| | 929: 15 | where we're not controlling who | | |
| | 929: 16 | takes what drug, patients who were | | |
| | 929: 17 | going to get into trouble with | | |
| | 929: 18 | Vioxx, many of them had already | | |
| | 929: 19 | done so by 90 days or had had | | |
| | 929: 20 | related side effects to cause them | | |
| | 929: 21 | to drop out of the study, and that | | |
| | 929: 22 | that is what I believe explains | | |
| | 929: 23 | why we did not see an effect after | | |
| | 929: 24 | 90 days, even though it is now | | |
| | 930: 1 | well known that there is an effect | | |
| | 930: 2 | after 90 days. | | |
| 536 **930:8** - **930:19** | | Avorn, Jerome 2006-06-30 | | |
| | 930: 8 | Q.  Is there a scientific or | | |
| | 930: 9 | epidemiologic term for that phenomenon -- | | |
| | 930: 10 | A.  Yes. | | |
| | 930: 11 | Q.  -- that you just described? | | |
| | 930: 12 | A.  It is called "depletion of | | |
| | 930: 13 | susceptibles." | | |
| | 930: 14 | Q.  And is that something that | **Re: 930:14-19** | Re: **930:14-930:19** |
| | 930: 15 | is generally recognized in the | **Def. Obj:** Leading; form objection preserved at 930:20. | Overruled |
| | 930: 16 | epidemiologic community as a principle of | | |
| | 930: 17 | when you look at epidemiologic studies | | |
| | 930: 18 | like this? | | |
| | 930: 19 | A.  Yes. | | |
| 537 **931:5** - **932:2** | | Avorn, Jerome 2006-06-30 | | |
| | 931: 5 | Q.  You mentioned that in | **Re: 931:5-933:13** | Re: **931:5-931:14** |
| | 931: 6 | response to Mr. Beck's question that one | **Def. Obj:** Beyond the scope of cross. | Overruled |
| | 931: 7 | of the reasons that it might -- that | | |
| | 931: 8 | people may drop out in the first 30 to 90 | | |
| | 931: 9 | days would be things like hypertension, | | |
| | 931: 10 | CHF, those kinds of things, just | | |
| | 931: 11 | referring you to testimony.  Do you | | |
| | 931: 12 | remember that testimony? | | |
| | 931: 13 | A.  Yes. | | |
| | 931: 14 | Q.  Okay. | | |
| | 931: 15 | You have done studies into | | |
| | 931: 16 | comparing celecoxib or Vioxx -- Celebrex | | |
| | 931: 17 | and Vioxx on the issue of hypertension | | |
| | 931: 18 | and congestive heart failure.  Have you | | |
| | 931: 19 | done those kinds of studies? | | |

| | Objections | Ruling in Barnett |
|---|---|---|

931: 20      A.  That is correct.
931: 21      Q.  Okay.
931: 22           Would those be the same two
931: 23           comparators that were involved in your MI
931: 24           study that we're referring to as Exhibit
932: 1           Number 7?
932: 2      A.  Yes.

538 **932:20      -   933:2**      Avorn, Jerome 2006-06-30
932: 20           Is there a scientific basis,
932: 21           based upon your own studies, for your
932: 22           conclusion that people in the first 30 to
932: 23           90 days would drop out at a greater rate
932: 24           compared to Celebrex because of
933: 1           hypertension and congestive heart
933: 2           failure?

539 **933:8      -   933:13**      Avorn, Jerome 2006-06-30
933: 8      A.  Yes.  Our studies of
933: 9           hypertension in Vioxx, as well as those
933: 10           of others such as Dr. Whelton, indicate a
933: 11           higher rate of patients becoming
933: 12           hypertensive when they take Vioxx
933: 13           compared to when they take Celebrex.

540 **934:15      -   936:18**      Avorn, Jerome 2006-06-30
934: 15      Q.  Could you please go, Doctor,
934: 16           to your methods and results section of
934: 17           your paper that's up on the screen here?
934: 18      A.  Yes.
934: 19      Q.  Could you -- I think it's 4,
934: 20           where it says .054, the p-value that Mr.
934: 21           Beck --
934: 22      A.  Yes --
934: 23      Q.  -- was asking you about.
934: 24           How many lines up is it?  My eyes are not
935: 1           so good.
935: 2      A.  No.  It's in the abstract.
935: 3      Q.  In the abstract portion of
935: 4           it.
935: 5      A.  If you could just blow up
935: 6           the bottom half of the methods section.
935: 7      Q.  Right there.  Right there.
935: 8      A.  Yeah, that's good.  Okay.
935: 9           It's on Lines 2 and 3.
935: 10      Q.  Do you see that?
935: 11      A.  Yes.
935: 12      Q.  You were asked some
935: 13           questions about some suggestions by the
935: 14           Journal of the American Medical
935: 15           Association, about including the fact --
935: 16           including information about statistical
935: 17           significance.  Do you remember those
935: 18           questions?
935: 19      A.  Yes.
935: 20      Q.  Did you do anything in
935: 21           response to that particular suggestion
935: 22           when you resubmitted the paper to
935: 23           Circulation?
935: 24      A.  Yes.  As Dr. Solomon
936: 1           indicated on his handwritten note that
936: 2           Mr. Beck projected, we put the p-value
936: 3           into the abstract, as you can see it
936: 4           right there.
936: 5      Q.  And for anybody who's
936: 6           reading this article, is the p-value
936: 7           prominently displayed for them to look

| | Objections | Ruling in Barnett |
|---|---|---|

|  |  |  |
|---|---|---|
| 936: 8 | at? | |
| 936: 9 | A.  Sure.  It's right there. | |
| 936: 10 | It's on line -- of the blowup, it's line | |
| 936: 11 | 3, just a couple of characters in.  If | |
| 936: 12 | you can highlight that.  It's right | |
| 936: 13 | there, p=.054. | |
| 936: 14 | Q.  Now, in your article in the | |
| 936: 15 | journal of the -- comments of the Journal | |
| 936: 16 | of the American Medical Association, | |
| 936: 17 | which I believe was Exhibit Number 54, if | |
| 936: 18 | you can pull that, please. | |

**541 937:2      -   937:13**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 937: 2 | Q.  Overall comments of the | |
| 937: 3 | people that investigated -- who looked at | |
| 937: 4 | the paper, the peer reviewers? | |
| 937: 5 | A.  Yes.  Do you want to | |
| 937: 6 | indicate what page you're looking at? | |
| 937: 7 | Q.  Page 2. | |
| 937: 8 | A.  Page 2 of what?  Page 2 -- | |
| 937: 9 | well, yeah.  It's, I guess, Bates Number | |
| 937: 10 | 3253 -- | |
| 937: 11 | Q.  Yes. | |
| 937: 12 | A.  -- is probably the best way | |
| 937: 13 | to refer to it. | |

**542 937:20      -   938:13**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 937: 20 | Q.  First of all, just so | |
| 937: 21 | everybody understands, these are | |
| 937: 22 | anonymous peer reviewers who look at | |
| 937: 23 | manuscripts that are submitted for | |
| 937: 24 | publication.  Is that fair? | |
| 938: 1 | A.  Right. | |
| 938: 2 | Q.  So, you don't know who these | |
| 938: 3 | people are? | |
| 938: 4 | A.  Right. | |
| 938: 5 | Q.  You don't know whether they | |
| 938: 6 | -- who they work for, what their academic | |
| 938: 7 | or affiliation is, nothing? | |
| 938: 8 | A.  Right.  Just experts in the | |
| 938: 9 | field. | |
| 938: 10 | Q.  Okay. | |
| 938: 11 | Now, what is the result -- | |
| 938: 12 | what does the first author say about the | |
| 938: 13 | manuscript as a general matter? | |

**543 940:12      -   943:2**    Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 940: 12 | THE WITNESS:  Okay. | **Re: 940:12-941:3** |
| 940: 13 | I think in the interest of | **Def. Obj:** Unsolicited |
| 940: 14 | time, I can just indicate that | speech not responsive to |
| 940: 15 | reviews always start out with an | any question. |
| 940: 16 | overview, and there's a | |
| 940: 17 | line-and-a-half overview that is | |
| 940: 18 | the reviewer's general impression. | |
| 940: 19 | I will just read the | |
| 940: 20 | line-and-a-half overview. | |
| 940: 21 | "This manuscript reports a | |
| 940: 22 | well-thought out investigation and | |
| 940: 23 | is well written and concise. | |
| 940: 24 | There are a number of probably | |
| 941: 1 | minor issues and one major issue." | |
| 941: 2 | That's the general overview as | |
| 941: 3 | stated by the reviewer. | |
| 941: 4 | BY MR. TISI: | |
| 941: 5 | Q.  Okay. | |
| 941: 6 | Going to the next comment. | |
| 941: 7 | A.  The next reviewer, you mean? | |

In the Objections column for 940:12-941:3: **Re: 940:12-941:3** / **Def. Obj:** Unsolicited speech not responsive to any question.

In the Ruling in Barnett column: Re:  940:12-941:3 Overruled

Objections          Ruling in Barnett

941: 8      Q.  Yes.  Could you please read
941: 9          the --
941: 10     A.  Okay.
941: 11         Yes.  Again, the overview
941: 12         that the reviewer presents.  "The authors
941: 13         have conducted a large scale study with
941: 14         appropriate analysis."
941: 15     Q.  Keep going, please.
941: 16     A.  "The strength of the
941: 17         manuscript is the consistency of findings
941: 18         for different subgroups and the
941: 19         sensitivity analysis.  However,
941: 20         conclusions must be tempered with caveats
941: 21         regarding retrospective data from a
941: 22         database, rather than a prospective
941: 23         randomized control trial or even a cohort
941: 24         observational study with propensity
942: 1          analysis of the likelihood of receiving a
942: 2          particular treatment."
942: 3      Q.  Okay.
942: 4          Now, in your study that was
942: 5          published, did you address the
942: 6          limitations of observational analyses?
942: 7          Did you address the potential issues of
942: 8          the study that you conducted with Dr.
942: 9          Solomon?
942: 10     A.  I believe we did that, yes.
942: 11     Q.  Going to the next reviewer's
942: 12         comments.  I'd like to refer you to
942: 13         the general comment that says, "The
942: 14         study's results are interesting."
942: 15     A.  Yes.
942: 16     Q.  Okay.
942: 17         "The study's results are
942: 18         interesting, but not novel."
942: 19     A.  Right.
942: 20     Q.  "Previous observational
942: 21         studies and meta-analyses have already
942: 22         suggested a deleterious effect of
942: 23         rofecoxib and/or a protective effect of
942: 24         naproxen."
943: 1          Do you see that?
943: 2      A.  Yes.

544 **953:1**        -   953:22   Avorn, Jerome 2006-06-30
953: 1          Did you have the information
953: 2          that you have been made aware of during
953: 3          the course of this litigation about, let
953: 4          me ask you, trial 090?  Did you know
953: 5          that?
953: 6      A.  No, I did not have that
953: 7          information.
953: 8      Q.  Did you know of the results
953: 9          of the ADVANTAGE trial that you now know?
953: 10     A.  I did not have that
953: 11         information.
953: 12     Q.  Did you know of the results
953: 13         of the Alzheimer's study that you now
953: 14         know?
953: 15     A.  Right.  There was no way I
953: 16         could have seen that information.
953: 17     Q.  Did you know that in the
953: 18         Alzheimer's study there was an imbalance
953: 19         of cardiovascular deaths, 8 to 2?  Did
953: 20         you know that?
953: 21     A.  That information was never
953: 22         made available.

| | Objections | Ruling in Barnett |
|---|---|---|

545 954:14      -   954:20      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 954: 14   Q.   Is that the kind of | **Re: 954:14-955:10** | Re:  954:14-955:10 |
| 954: 15       information that you as a doctor helping | **Def. Obj:** Speculation; | Overruled |
| 954: 16       make decisions about what goes on a | Outside the scope of | |
| 954: 17       pharmaceutical and therapeutics committee | cross. | |
| 954: 18       at the Brigham hospital would have wanted | | |
| 954: 19       to know when you were making decisions | | |
| 954: 20       about patients in your hospital? | | |

546 955:3      -   955:10      Avorn, Jerome 2006-06-30

955: 3       If a drug doubles the risk
955: 4       of death, I would want to know that as a
955: 5       member of the pharmacy and therapeutics
955: 6       committee, because I would not be
955: 7       comfortable having that drug on our
955: 8       formulary unless it had some incredible
955: 9       beneficial property that would outweigh
955: 10       the doubling of the risk of death.

547 956:22      -   957:8      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 956: 22   Q.   Doctor, you wrote this in | | |
| 956: 23       the 2002/2003 time frame, which would | | |
| 956: 24       have been about the time that you were | | |
| 957: 1       writing these or editing these particular | | |
| 957: 2       things for the Brigham? | | |
| 957: 3   A.   Right. | | |
| 957: 4   Q.   Would you tell us, sir, what | **Re: 957:4-958:3** | Re:  957:4-957:8 |
| 957: 5       you wrote in that time frame about the | **Def. Obj:** Speculation; | Overruled |
| 957: 6       risk of heart attack based upon your | Outside the scope of | |
| 957: 7       understanding of the evidence? | cross. | |
| 957: 8   A.   Yes. | | |

548 957:12      -   958:3      Avorn, Jerome 2006-06-30

957: 12       THE WITNESS:  The first full
957: 13       paragraph on Page 202, "As for the
957: 14       products in question:" which is
957: 15       the COX-2 inhibitors, "Years of
957: 16       clinical research and experience
957: 17       have confirmed that the coxibs,"
957: 18       or COX-2 inhibitors, "are no more
957: 19       effective than older drugs,
957: 20       despite massive ad campaigns that
957: 21       subtly imply otherwise.  And while
957: 22       the coxibs do reduce gastric
957: 23       bleeding somewhat, this advantage
957: 24       appears to be modest.  Then, of
958: 1       course, came the findings that
958: 2       these medications can increase the
958: 3       risk of heart attack and stroke."

549 958:23      -   960:4      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 958: 23   Q.   I thought this was -- | **Re: 958:23-960:4** | Re:  958:23-960:4 |
| 958: 24   A.   Right, right.  No.  The | **Def. Obj:** Beyond the | Overruled |
| 959: 1       paperback was published later.  So, let | scope of cross; hearsay; | |
| 959: 2       me read from Page 202 of the book as it | inadmissable opinions; | |
| 959: 3       was -- came out in mid-'04, having been | not the proper subject of | |
| 959: 4       written in 2002/2003.  Okay.  To read. | expert testimony. | |
| 959: 5       "As for the products in | | |
| 959: 6       question, years of clinical research and | | |
| 959: 7       experience have confirmed that the coxibs | | |
| 959: 8       are no more effective than older drugs | | |
| 959: 9       despite massive ad campaigns that subtly | | |
| 959: 10       imply otherwise.  And while the coxibs do | | |
| 959: 11       reduce gastric bleeding somewhat, this | | |
| 959: 12       advantage appears to be modest.  Concerns | | |
| 959: 13       have also emerged about other safety | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

959: 14    problems, primarily for Merck's Vioxx.
959: 15    Research led by Dr. Dan Solomon in my
959: 16    division, as well as studies from
959: 17    Vanderbilt University, and even Merck's
959: 18    own clinical trial data, indicate that
959: 19    Vioxx can increase the risk of heart
959: 20    attack, as well as cause high blood
959: 21    pressure.
959: 22    "Nonetheless, extravagant
959: 23    marketing aimed at patients and doctors
959: 24    have made these among the most profitable
960: 1    drugs ever sold.  Those of us who work at
960: 2    universities may not be very good at
960: 3    turning ordinary things into gold, but
960: 4    others clearly are."

550 **962:3** - **962:12**    Avorn, Jerome 2006-06-30
962: 3    Would you please read the
962: 4    one sentence that begins with the word
962: 5    "Research."
962: 6    A.  "Research led by Dr. Dan
962: 7    Solomon in my division, as well as
962: 8    studies from Vanderbilt University, and
962: 9    even Merck's own clinical trial data,
962: 10    indicate that Vioxx can increase the risk
962: 11    of heart attack, as well as cause high
962: 12    blood pressure."

551 **963:6** - **963:9**    Avorn, Jerome 2006-06-30

963: 6    Is there information that
963: 7    you were not aware of that you are now
963: 8    aware of that would have changed in any
963: 9    way your statement in your book?

**Re: 963:6-20**
**Def. Obj:** Irrelevant; beyond the scope of cross examination.

**Re: 963:6-963:20**
Overruled

552 **963:16** - **963:20**    Avorn, Jerome 2006-06-30
963: 16    THE WITNESS:  The
963: 17    information that I have become
963: 18    aware of since the withdrawal of
963: 19    the drug would have just made that
963: 20    an even stronger statement.

553 **964:11** - **965:5**    Avorn, Jerome 2006-06-30
964: 11    Q.  Is there anything about
964: 12    these documents that Mr. Beck showed you
964: 13    that needs to be clarified, sir?
964: 14    A.  Yes.  If the question is,
964: 15    what did I believe about the riskiness of
964: 16    Vioxx or the safety of Vioxx in 2003, I
964: 17    think probably the most relevant piece is
964: 18    the fact that Dr. Solomon and I asked our
964: 19    pharmacy and therapeutics committee,
964: 20    which we both sit on, to remove high-dose
964: 21    Vioxx from the formulary because we felt
964: 22    that it was unnecessarily safe (sic), and
964: 23    we questioned the decision of having
964: 24    Vioxx be the COX-2 of choice at our
965: 1    hospital because we felt that at any
965: 2    dose, it was not as safe as other
965: 3    alternatives, and we requested the
965: 4    hospital computer system be changed to
965: 5    reflect that.

**Re: 964:11-965:5**
**Def Obj:** Non-responsive speech; beyond the scope of cross.

555 **965:14** - **965:19**    Avorn, Jerome 2006-06-30
965: 14    Q.  Let me just ask you one
965: 15    question.  Mr. Beck asked you several
965: 16    questions about Celebrex and other drugs
965: 17    and their cardiovascular risks.  Do you

| | | Objections | Ruling in Barnett |
|---|---|---|---|

965: 18     remember those questions?
965: 19     A. Yes.

556 966:14   -   966:18     Avorn, Jerome 2006-06-30

966: 14     Do you have an opinion that
966: 15     you hold to a reasonable degree of
966: 16     medical certainty as to whether or not
966: 17     Celebrex carries the same cardiovascular
966: 18     risks as Vioxx does?

**Re: 966:14-968:5**
**Def Obj**: Beyond the scope of cross. 378:24-379:22, covered this on direct; cumulative.

557 966:24   -   967:6     Avorn, Jerome 2006-06-30

966: 24     THE WITNESS: Yes, I do.
967: 1     And I did at the time that we
967: 2     prepared the document educating
967: 3     the Brigham doctors that Mr. Beck
967: 4     asked me about.
967: 5     BY MR. TISI:
967: 6     Q. And what was that opinion?

558 967:17   -   968:5     Avorn, Jerome 2006-06-30

967: 17     A. As of 2002/2003, there was
967: 18     evidence in place in the literature, and
967: 19     we now know beyond that, that Vioxx
967: 20     increased the risk of heart attack, and
967: 21     that comparable evidence of a similar
967: 22     magnitude was not available for Celebrex,
967: 23     which is why, in comparing the two drugs,
967: 24     we had petitioned our pharmacy and
968: 1     therapeutics committee to not have Vioxx
968: 2     be the COX-2 of choice, to not allow use
968: 3     of the high-dose drug at all, and to
968: 4     allow doctors to use Celebrex rather than
968: 5     Vioxx if that was their preference.

559 972:17   -   972:20     Avorn, Jerome 2006-06-30

972: 17     Q. And, Doctor, do you have an
972: 18     opinion as to whether or not Vioxx is an
972: 19     unsafe drug?
972: 20     A. Yes, I do.

**Re: 972:17-20**
**Def. Obj**: Asked and answered; e.g. 284:4-286:12; 280:11-20; 359:13-18

Re: 972:17-972:20
Overruled

560 973:8   -   973:11     Avorn, Jerome 2006-06-30

973: 8     Q. And what is that?
973: 9     A. I have such an opinion, and
973: 10     the opinion is that Vioxx is an unsafe
973: 11     drug.

**Re: 973:8-11**
**Def. Obj**: Asked and answered; e.g. 284:4-286:12; 280:11-20; 359:13-18

Re: 973:8-973:11
Overruled

561 973:18   -   974:16     Avorn, Jerome 2006-06-30

973: 18     Q. Doctor, I have a few
973: 19     questions on one subject that Mr. Tisi
973: 20     asked you about, and that is
973: 21     hypertension.
973: 22     Do you remember talking with
973: 23     Mr. Tisi about the question of whether
973: 24     Vioxx increases the risk of hypertension?
974: 1     A. Yes.
974: 2     Q. Was hypertension and the
974: 3     possibility that it could be caused by
974: 4     Vioxx something that was in the Vioxx
974: 5     label from day one?
974: 6     A. I have the labels here, and
974: 7     let me just quickly look at them and I
974: 8     can answer that.
974: 9     Q. Do you remember off the top
974: 10     of your head?
974: 11     A. I know there was mention of
974: 12     hypertension, but I can't tell you
974: 13     whether it was from day one or whether

Objections                    Ruling in Barnett

974: 14          there was the April '02 label or the 1999
974: 15          label, but I know they're here, and I can
974: 16          just find them and look at them.

974:21    -    974:23    Avorn, Jerome 2006-06-30
974: 21          During the time that Vioxx
974: 22          was on the market, was hypertension
974: 23          generally defined as 140 over 90?

562 975:9    -    975:14    Avorn, Jerome 2006-06-30
975: 9      Q.   If a patient had mostly
975: 10          normal blood pressure readings during the
975: 11          time he took Vioxx but had some elevated
975: 12          blood pressure spikes, would you agree
975: 13          that that would not be considered
975: 14          hypertension?

563 975:20    -    975:24    Avorn, Jerome 2006-06-30
975: 20          THE WITNESS:  I couldn't
975: 21          answer that without looking at the
975: 22          patient's clinical record.
975: 23          BY MR. BECK:
975: 24      Q.   Your deposition, Page 330.

564 976:12    -    976:22    Avorn, Jerome 2006-06-30
976: 12      Q.   330.  Lines 4 through 10.
976: 13          "Question:  What if a
976: 14          patient actually had mostly normal
976: 15          readings of blood pressure during the
976: 16          period of time that he was on Vioxx, but
976: 17          had some elevated blood pressure spikes?
976: 18          Would you consider that to be
976: 19          hypertension?
976: 20          "Answer:  No."
976: 21          Was that your sworn
976: 22          testimony a couple of weeks ago?

565 977:7    -    977:14    Avorn, Jerome 2006-06-30
977: 7      Q.   Was that your sworn
977: 8          testimony?
977: 9      A.   It is what I said, but I
977: 10          don't think what I said was correct.
977: 11      Q.   Is it true, sir, that all
977: 12          NSAIDs can cause hypertension?
977: 13      A.   Virtually all the ones that
977: 14          I know about.

566 978:14    -    978:17    Avorn, Jerome 2006-06-30
978: 14      Q.   -- to you is, is it true
978: 15          that long before Vioxx came on the
978: 16          market, the medical community knew that
978: 17          NSAIDs could cause hypertension?

567 978:20    -    978:21    Avorn, Jerome 2006-06-30
978: 20          THE WITNESS:  Yes, but some
978: 21          can do it more than others.

568 978:23    -    979:7    Avorn, Jerome 2006-06-30
978: 23      Q.   And, of course, it was also
978: 24          known that hypertension could increase
979: 1          the risk of heart attack and stroke,
979: 2          correct?
979: 3      A.   Yes.
979: 4      Q.   Before the FDA approved
979: 5          Vioxx, was the FDA, to your knowledge,
979: 6          aware that Vioxx could cause
979: 7          hypertension?

Objections | Ruling in Barnett

569 **979:17** - **979:18**    Avorn, Jerome 2006-06-30
    979: 17    THE WITNESS:  I believe it
    979: 18    did.

570 **979:20** - **980:7**    Avorn, Jerome 2006-06-30
    979: 20    Q.  You just said a second ago
    979: 21    that some NSAIDs -- I think you said that
    979: 22    all or most NSAIDs can increase blood
    979: 23    pressure, and some do it more than
    979: 24    others, right?
    980: 1    A.  Correct.
    980: 2    Q.  And from your review of the
    980: 3    material, is it true, sir, that the FDA
    980: 4    was aware, prior to approval of Vioxx,
    980: 5    that in some studies Vioxx increased
    980: 6    blood pressure and hypertension more than
    980: 7    certain other NSAIDs?

571 **980:11** - **980:14**    Avorn, Jerome 2006-06-30
    980: 11    THE WITNESS:  I can't answer
    980: 12    that without looking at all the
    980: 13    materials, and I don't think we
    980: 14    have time for that.

572 **980:16** - **981:2**    Avorn, Jerome 2006-06-30
    980: 16    Q.  Page 331 of your deposition,
    980: 17    going over to 332, starting at line 24.
    980: 18    "Question:  And the FDA was
    980: 19    also fully aware, prior to approval and
    980: 20    thereafter, that Vioxx, in some studies,
    980: 21    increased blood pressure and hypertension
    980: 22    more than comparator NSAIDs, right?
    980: 23    "Answer:  I believe they
    980: 24    were aware of that."
    981: 1    Was that your testimony a
    981: 2    couple of weeks ago?

573 **981:7** - **981:8**    Avorn, Jerome 2006-06-30
    981: 7    THE WITNESS:  That is what
    981: 8    it says.

574 **981:10** - **981:14**    Avorn, Jerome 2006-06-30
    981: 10    Q.  And also you're aware, are
    981: 11    you not, of other studies showing that
    981: 12    there's no difference in the risk of
    981: 13    hypertension between Vioxx and other
    981: 14    NSAIDs?

575 **981:17** - **982:3**    Avorn, Jerome 2006-06-30
    981: 17    THE WITNESS:  And my answer
    981: 18    now is the same as my answer then,
    981: 19    that I was aware of studies and am
    981: 20    aware of studies that come to the
    981: 21    opposite conclusion, including our
    981: 22    own.  I cannot cite for you a
    981: 23    study that shows no difference.
    981: 24    But if there is one that you want
    982: 1    me to review, I'd be happy to look
    982: 2    at it.  I don't have a citation in
    982: 3    my head about that.

576 **982:18** - **983:3**    Avorn, Jerome 2006-06-30
    982: 18    Q.  It's mixed on whether Vioxx
    982: 19    causes more hypertension or doesn't cause
    982: 20    more hypertension?
    982: 21    A.  I know there are some

982: 22         studies that show that it causes more.  I
982: 23         know there's some studies that show that
982: 24         it causes a comparable amount.  I can
983: 1          think of no studies that I'm aware of
983: 2          sitting here at the end of a long day
983: 3          that show that it causes less.