UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | ) MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| THIS DOCUMENT RELATES TO | ) JUDGE FALLON |
| MDL Nos. 05-3383, 05-4185, 05-5331, 05-451, 05-2933, 05-5603 | ) MAG. JUDGE KNOWLES |

### DEFENDANT MERCK & CO., INC.'S MOTION AND INCORPORATED MEMORANDUM FOR A SCHEDULING ORDER SETTING BRIEFING ON THE REMAINING FOREIGN CLASS ACTIONS SUBJECT TO MERCK'S MOTION TO DISMISS

On January 13, 2006, Merck moved to dismiss the foreign class action complaints under the doctrine of *forum non conveniens*. Merck's motion and opening brief were addressed to complaints filed on behalf of citizens of England, Australia, Italy, France, South Africa, Canada, "Europe," and "the world."[1] After Merck had filed its motion and opening brief, Merck and counsel for the foreign plaintiffs agreed that the motion should be decided first as it applied to the Italian and French class actions, and therefore limited their remaining briefing to those countries. On August 30, 2006, this Court entered an order dismissing the French and Italian class action complaints under the doctrine of *forum non conveniens*.

---

[1] Additional complaints have been filed on behalf of citizens of Israel, Germany, New Zealand, the Netherlands, and Poland. To avoid burdening the Court with additional affidavits of foreign law, Merck did not include those cases in its original motion. However, as Merck indicated in that motion, its arguments there apply equally to these additional jurisdictions. Accordingly, if plaintiffs continue to press these complaints, Merck intends to file a similar follow-on motion seeking to dismiss these additional complaints under the doctrine of *forum non conveniens* as well.

1

Merck now respectfully requests that this Court issue a Scheduling Order directing plaintiffs to file briefs (if any) addressing the remaining complaints subject to Merck's Motion within thirty (30) days. Merck's dismissal motion as to these countries has been pending since January, and there is no reason to delay the briefing on these countries, particularly because this Court's August 30 Order resolved the key issues as to those remaining countries. Indeed, the very purpose of limiting the initial round of briefing to two countries was the prospect that the Court's ruling on those class actions would establish principles that might obviate the need for further briefing with regard to the other proposed classes. And that purpose was achieved. The Court's Order analyzed the public and private interest factors at issue in these cases and held that they decisively favor trial of the foreign plaintiffs' claims in their home forums. This analysis applies equally to all of the countries at issue in the remaining complaints. The Court similarly set forth the legal parameters that will govern the analysis of the adequacy of the alternative forums available in foreign countries.

In light of the progress that has now been made in addressing the propriety of hearing foreign class actions in this MDL proceeding, the Court should direct plaintiffs to brief any remaining issues within thirty days, so that the balance of Merck's motion can be decided promptly.

827549v.1

Dated: September 5, 2006                    Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum for Entry of a Scheduling Order Setting Briefing on the Remaining Foreign Class Actions Subject to Merck's Motion to Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel