UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| This Document Relates to: | * | |
| 2:05-CV-535 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION FOR LEAVE TO FILE
## PLAINTIFFS' FIRST SUPPLEMENTAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, BILL JOLLEY, CHERYL JOLLEY, JAMES HOLLANDSWORTH, JAMES FORD, and ADONNA FORD, and files this their Unopposed Motion for Leave to File Plaintiffs' First Supplemental Complaint and in support thereof would show the Court as follows:

**1.00   SUPPLEMENTATION:**

In order to conform the pleadings to the current status of the Plaintiffs and the claims for relief which are sought, the Plaintiffs request that they be granted leave to supplement their Complaint.

**2.00   RELIEF REQUESTED:**

Plaintiffs respectfully request an Order of this Court granting them leave to file their First Supplemental Complaint, a copy of which is attached hereto as Exhibit "A".  A proposed Order is also being provided.