UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| **This Document Relates to:** | * | |
| **2:05-CV-535** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT

CAME ON to be considered Plaintiffs' Unopposed Motion For Leave To File First Supplemental Complaint, the Court has read the Motion and finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs are granted leave of Court to file the Plaintiffs' First Supplemental Complaint.

SIGNED this _____ day of _____, 2006.

_____
**U.S. DISTRICT JUDGE**