THE LAW OFFICES OF
## FRANK L. BRANSON, P.C.

FRANK L. BRANSON
DEBBIE DUDLEY BRANSON
THOMAS J. FARMER*
MICHAEL G. GUAJARDO
QUENTIN D. BROGDON*
J. GREG MARKS*
ERIC T. STAHL

18TH FLOOR
HIGHLAND PARK PLACE
4514 COLE AVENUE
DALLAS, TEXAS 75205-4185

214-522-0200
D/FW METRO: 972-263-7452
FAX: 214-521-5485

OF COUNSEL

J. HADLEY EDGAR, JR.

*BOARD CERTIFIED IN
PERSONAL INJURY TRIAL LAW

September 6, 2006

*Via Electronic Filing*
Clerk, USDC
Eastern District of Louisiana
500 Poydras Street Room C-151
New Orleans, LA 70130

    Re: Vioxx Products Liability Litigation MDL 1657;

    This Document Relates to:    *Jolley vs. Merck, et al;* Cause No. 2:05CV535

Dear Sir or Madam:

Enclosed please the following documents for filing in the above-referenced case:

    Plaintiffs' Unopposed Motion for Leave to File Supplemental Complaint; and

    Order Granting Agreed Motion for Leave to File Supplemental Complaint.

Please file these in the above referenced case and present the Motion and Order to Judge Fallon for the Court's consideration.

Liaison counsel has received true and correct copies of these documents via U.S. mail and LexisNexis File & Serve, and all other parties have received true and correct copies of same via LexisNexis File & Serve.

                                      Sincerely,

                                      /s/ Thomas J. Farmer_____
                                      Thomas J. Farmer

TJF/kh
enclosure