UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti (Deceased) v. Merck & Co., Inc.*, No. 06-2356

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims and the instant lawsuit against Merck, subject to the following conditions:

1. Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased further agrees that in the event he re-files such lawsuit, any discovery

that has taken place or will take place in *In re VIOXX Marketing, Sales Practices and Products Liab. Litig.* (MDL No. 1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased agrees to the above-stated conditions and wish to dismiss his claims and the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation. Pursuant to Pretrial Order No. 8A, Plaintiff's counsel certifies that they will make the necessary changes to party status caused by this pleading directly on Lexis Nexis File & Serve when this Order is entered.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased and the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully Submitted by:

Dated: __8/29__, 2006

Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
Telephone: (618) 259-2222
Telecopier: (618) 259-2251
tmiracle@simmonscooper.com

Hanley Conroy Bierstein
Sheridan Fisher & Hayes
112 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 784-6400
Telecopier: (212) 784-6420

Attorneys for Plaintiff Anthony Ginnetti, As Administrator of the Estate of Elizabeth Ginnetti, Deceased

Dated: __September 7__, 2006

Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Thomas P. Owen, Jr., 28181
  Of
STANLEY, FLANAGAN & REUTER, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580
Telecopier: (504) 524-0069

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
  Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL No. 1657, on this 7th day of September, 2006.

*[signature]*

4