UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| **This Document Relates to:** | * | |
| **2:05-CV-535** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION FOR LEAVE TO FILE
### PLAINTIFFS' FIRST SUPPLEMENTAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, BILL JOLLEY, CHERYL JOLLEY, JAMES HOLLANDSWORTH, JAMES FORD, and ADONNA FORD, and files this their Unopposed Motion for Leave to File Plaintiffs' First Supplemental Complaint and in support thereof would show the Court as follows:

**1.00    SUPPLEMENTATION:**

In order to conform the pleadings to the current status of the Plaintiffs and the claims for relief which are sought, the Plaintiffs request that they be granted leave to supplement their Complaint.

**2.00    RELIEF REQUESTED:**

Plaintiffs respectfully request an Order of this Court granting them leave to file their First Supplemental Complaint, a copy of which is attached hereto as Exhibit "A". A proposed Order is also being provided.

## CERTIFICATE OF CONFERENCE

Plaintiffs' Motion for Leave to File First Supplemental Complaint was discussed with Mr. Jonathan Skidmore, counsel for Defendant, and Mr. Skidmore agreed to the granting of this Motion.

/s/ Michael G. Guajardo
**MICHAEL G. GUAJARDO**

Respectfully submitted,

**THE LAW OFFICES OF
FRANK L. BRANSON, P.C.**

/s/ Thomas J. Farmer
**FRANK L. BRANSON**
Texas Bar No. 02899000
**THOMAS J. FARMER**
Texas Bar No. 06826400
**MICHAEL G. GUAJARDO**
Texas Bar No. 00784183
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas  75205

(214) 522-0200
(214) 521-5485 Fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiffs' Unopposed Motion for Leave to File First Supplemental Complaint has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and by e-mail and upon all parties by electronically uploading the same to LexisNexis Fire & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of September, 2006.

      /s/Thomas J. Farmer
**FRANK L. BRANSON**
Texas Bar No. 02899000
**THOMAS J. FARMER**
Texas Bar No. 06826400
**MICHAEL G. GUAJARDO**
Texas Bar No. 00784183
Attorneys For Plaintiffs
**LAW OFFICES OF FRANK L. BRANSON, P.C.**
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas  75205
(214) 522-0200
(214) 521-5485 Fax
tjfarmer@flbranson.com

O:\MGG\Vioxx Cases\Jolley\Pleadings\m-leave.amend.complaint.wpd