THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | ) | **MDL Docket No. 1657** |
| | ) | |
| **VIOXX PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| **VIRGINIA OLLER, ET AL  V.** | ) | |
| **MERCK & CO., INC., 05-1102** | ) | **MAG. JUDGE KNOWLES** |
| | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF JANET WALTERS

Plaintiff Janet Walters, and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1), to a dismissal without prejudice of all claims of Janet Walters only in the above-styled lawsuit, subject to the following conditions:

1.    Janet Walters agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2.    Janet Walters further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in In re VIOXX Products Liab. Litig. (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by her, as though she had been a party and had had an opportunity to participate in that discovery.

3. Janet Walters agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or

third-party claims.  The petition shall remain in full force and effect on behalf of the remaining plaintiffs against Merck.

4.  In compliance with PreTrial Order No. 8A, the undersigned counsel hereby certify that as soon as the Order of Dismissal is entered by the Court they will make the change directly on File & Serve to reflect the dismissal without prejudice for the above-referenced matter.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Janet Walters only in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

David M. McMullan, Jr., MB No. 8494
Barrett Law Office, P.A.
P. O. Box 987
Lexington, MS 39095
Telephone: 662 834 2376
Facsimile:   662 834 2409

Attorney for Plaintiff

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Defendants' Liaison Counsel

John A. Kenney, OBA #4976
Sheryl N. Young, OBA #14183
Brandon L. Buchanan, OBA #18661
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
Counsel for Merck & Co., Inc.

2

3

APPROVED AND SO ORDERED:

_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

Dated this ____ day of _____, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice

of Claims of Janet Walters has been served on liason Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with

PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

system which will send a Notice of Electronic Filing in accord with the procedures established in

MDL 1657 on this ___7th___ day of _September_, 2006.


Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Defendants' Liaison Counsel

4

Jerry W. Foshee, P.C.
M. Blake Yaffe, P.C

Gary G. Prochaska,P.C.
Walter E. Suttle
Rick E. Powell
Donald O. Kiffin
Monty L. Cain, P.C.
E. Seth Hendrick
D. Eliot Yaffe, P.C.
Betsy Ann Brown
Chris Hammons
S. Alex Yaffe
Elliot T. Everett

OF COUNSEL
Jeff R. Laird, P.C.
Rohit Sharma

# FOSHEE & YAFFE
### Attorneys at Law



Serving Oklahoma Since 1977
www.fosheeyaffe.com

**Mailing Address:**
PO Box 890420
Oklahoma City, OK 73189

Telephone: (405) 632-6668
Facsimile: (405) 632-3036

**Location:**
12231 South May Avenue
Oklahoma City, OK

SCANNED

Re: Vioxx Litigation

I, _Janet J. Walker_, do verify that Foshee & Yaffe has informed me of the following:

1. My case against Merck for taking the medication Vioxx is going to be dismissed without prejudice because I have no verifiable proof that any damage occurred because I took Vioxx;

2. I have one year from the date of the dismissal without prejudice to re-file my lawsuit against Merck;

3. If I do not re-file my lawsuit within one year of the dismissal without prejudice, I will be forever barred by the applicable statute of limitations from bringing a lawsuit against Merck relating to taking the drug Vioxx;

4. I have the option to consult another attorney;

5. All questions surrounding the dismissal of my Vioxx lawsuit have been fully answered.

_____   Date _7/25/06_
Client

_____   Date _8/1/06_
Foshee & Yaffe

The foregoing instrument was acknowledged before me on _____, 2006.


Notary Public
Commission No. _____

My Commission Expires

_____
(SEAL)