IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

Products Liability Litigation

This Document Relates to:

05 - cv - 5382

MDL DOCKET NO. 1657

SECTION : L

JUDGE FALLON
MAG. JUDGE KNOWLES

ORDER

AND NOW, this __28th__ day of __August__, 2006, upon consideration of plaintiff's Motion for leave to amend the complaint, and answer thereto, it is hereby ORDERED that plaintiff is granted leave to file an amended complaint. The complaint shall conform substantially to the form and content which plaintiff has requested leave to add in his motion to amend.

UNITED STATES DISTRICT JUDGE

- 1 -