Maureen C. VanderMay, CSB #123977
maureen@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone:       (503) 588-8053
Facsimile:   (503) 588-3624



Attorneys for Plaintiffs Sherry A. Janke, et al.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-cv-01245-EEF-DEK<br><br>SHERRY A. JANKE, ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　　Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## MOTION AND NOTICE OF MOTION TO WITHDRAW APPEARANCE

TO:  Phillip A. Wittmann                         Wilfred P. Coronato
     Stone Pigman Walther Wittmann LLC           Hughes Hubbard & Reed LLP
     One United Plaza                            101 Hudson Street, Suite 3601
     4041 Essen Lane, Suite 501                  Jersey City, New Jersey 07302-3918
     Baton Rouge, Louisiana 70809

     Liaison Counsel for Defendant

PLEASE TAKE NOTICE that Maureen C. VanderMay and The VanderMay Law Firm will move

the District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana

70130, for an order withdrawing Maureen C. VanderMay's appearance as counsel of record for Plaintiffs

1    MOTION AND NOTICE OF MOTION
     TO WITHDRAW APPEARANCE

K:\worddoc\civil\client\janke s.a. 2852-02\janke motion and notice of motion to withdraw appearance.wpd

\_\_\_ Fee_____
\_\_\_ Process_____    The VanderMay Law Firm
_X_ Dktd_____        388 State Street, Suite 340
\_\_\_ CtRmDep_____      Salem, Oregon 97301
\_\_\_ Doc. No_____     (503) 588-8053

Sherry A. Janke, Patricia Fagundes, Randy Creel and Patricia Walker in this action. Pursuant to Eastern District of Louisiana Local Rule 83.2.11 and Federal Rule of Civil Procedure 78, counsel for Plaintiffs requests this motion be submitted without hearing to expedite the Court's business and because the wording of Local Rule 83.2.11 does not require hearing. This motion will be made on the grounds that Plaintiffs Sherry A. Janke, Patricia Fagundes, Randy Creel and the Estate of Patricia Walker do not wish for Maureen C. VanderMay and The VanderMay Law Firm to continue their representation of them in this matter.

In accordance with Eastern District of Louisiana Local Rule 83.2.11, Plaintiffs' counsel requesting withdrawal must disclose the following information if no substitute counsel has yet been selected by Plaintiffs:

    A.    Plaintiffs' addresses: Plaintiff Sherry A. Janke receives mail at 1060 Boyce Street, Eugene, Oregon 97404. Plaintiff Patricia Fagundes receives mail at 1060 Boyce Street, Eugene, Oregon 97404. Plaintiff Randy Creel receives mail at 1060 Boyce Street, Eugene, Oregon 97404. Counsel has been informed by Plaintiff Sherry A. Janke that Patricia Walker is now deceased. Because the remaining Plaintiffs have not provided counsel with contact information for Ms. Walker's estate, Counsel has been forwarding information for the estate to Ms. Janke's attention. Ms. Janke previously informed counsel that she would act as the contact person for counsel with the other Plaintiffs. Plaintiff Patricia Walker's estate can be reached care of Sherry Janke at the above-referenced address in Eugene, Oregon.

    B.    Plaintiffs' phone numbers: Plaintiff Sherry A. Janke can be reached at 541-463-8294. Plaintiff Patricia Fagundes can be reached at 541-463-8294. Plaintiff Randy Creel can be reached at 541-463-8294. Plaintiff Patricia Walker's estate can be reached care of Sherry Janke, 541-463-8294.

////

////

2    MOTION AND NOTICE OF MOTION
TO WITHDRAW APPEARANCE
K:\worddoc\civil\client\janke s.a. 2852-02\janke motion and notice of motion to withdraw appearance.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

C. Plaintiffs have been informed of all deadlines and pending court appearances in this matter, and further Plaintiffs have been warned that, given the complexity of the MDL No. 1657 proceedings, hiring or otherwise procuring substitute counsel is advisable. Plaintiffs have been advised that without such substitute counsel, their case could be dismissed for failure to prosecute this claim. Plaintiffs will be advised that the next action in this case is revising the Plaintiff's Profile Form to conform with Merck's recent deficiency notice. Plaintiffs have also been made aware that there are no currently scheduled court appearances for Plaintiffs in this matter.

D. Plaintiffs' counsel has contemporaneously sent a copy of this motion by certified mail, return receipt requested, to all Plaintiffs at the address listed in section A above.

Further, in accordance with the February 2, 2006, MDL No. 1657 Minute Entry, counsel has notified Lexis/Nexis File & Serve of the potential that Maureen C. VanderMay may no longer be counsel of record in this matter if an order allowing her to withdraw is signed, and counsel shall notify Lexis/Nexis File & Serve of Maureen C. VanderMay's removal as counsel upon confirmation from the Eastern District of Louisiana that she has, in fact, been allowed to withdraw as counsel of record.

DATED this the 15th day of August, 2006.

THE VANDERMAY LAW FIRM

Maureen C. VanderMay
CSB No. 123977
The VanderMay Law Firm
maureen@vandermaylawfirm.com
Telephone:  503-588-8053
Facsimile:  503-588-3624
of Attorneys for Plaintiffs Sherry A. Janke, et al.

3   MOTION AND NOTICE OF MOTION
    TO WITHDRAW APPEARANCE
K:\worddoc\civil\client\janke s.a. 2852-02\janke motion and notice of motion to withdraw appearance.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Notice of Motion to Withdraw Appearance, along with the Order Granting Motion to Withdraw Appearance, have been served on Liaison Counsel, Wilfred P. Coronato at Hughes Hubard & Reed LLP, electronically by LexisNexis File & Serve, by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 18B; and on Plaintiffs Sherry A. Janke, Patricia Fagundes, Randy Creel and Patricia Walker, by certified mail, return receipt requested, by depositing a true and correct copy of these documents in the mails of Salem, Oregon, 97301, to the following addresses on August 15, 2006:

Sherry A. Janke
1060 Boyce Street
Eugene, Oregon 97404

Patricia Fagundes
1060 Boyce Street
Eugene, Oregon 97404

Randy Creel
1060 Boyce Street
Eugene, Oregon 97404

Estate of Patricia Walker
c/o Sherry Janke
1060 Boyce Street
Eugene, Oregon 97404

DATED this the 24th day of August, 2006.

Maureen C. VanderMay, CSB #123970
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Attorneys for Plaintiffs