Maureen C. VanderMay, CSB # 123977
maureen@vandermaylawfirm.com
The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
Phone:          (503) 588-8053
Facsimile:      (503) 588-3624

Attorneys for Plaintiffs Sherry A. Janke, et al.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -5 PM 2: 38

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>Case No. 2:05-cv-01245-EEF-DEK<br><br>SHERRY A. JANKE, ET AL.,<br><br>            Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon motion of Maureen C. VanderMay and The VanderMay Law Firm's motion to withdraw appearance as counsel of record for Plaintiffs Sherry A. Janke, Patricia Fagundes, Randy Creel and Patricia Walker, and it appearing to the Court that Plaintiffs and movant have agreed to discontinue the attorney-client relationship between them;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

1    ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

K:\worddoc\civil\client\janke s.a. 2852-02\janke order granting motion to withdraw 7-27-06 cmc.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053

IT IS HEREBY ORDERED that Maureen C. VanderMay and The VanderMay Law Firm's motion is granted and Maureen C. VanderMay and The VanderMay Law Firm are given leave to withdraw their appearance as attorney of record in this action.

DATE: Sept 1, 00, 2006.
New Orleans, Louisiana

U.S. District Judge

2   ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
K:\worddoc\civil\client\janke s.a. 2852-02\janke order granting motion to withdraw 7-27-06 cmc.wpd

The VanderMay Law Firm
388 State Street, Suite 340
Salem, Oregon 97301
(503) 588-8053