**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 30, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| This document relates to CA 06-3152 | JUDGE FALLON |
| Robbie Tallas, et al v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
Wednesday, August 30, 2006, 9:30 am
**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** Jodi Simcox

**Appearances:** Ryan Durkin, Esq. for plaintiffs

---

**Motion of plaintiffs, Robbie Tallas and Danielle Tallas, for Determination of Previously Filed Motion to Remand: (#6228)**

**Motion is GRANTED.** It is Ordered that the above captioned case is hereby REMANDED to the Court of Common Pleas of Philadelphia County, Trial Division, Philadelphia, PA 19107. (state court #06-388)

**JS-10:   :09**