**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 31, 2006**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| This document relates to CA 05-4379 | JUDGE FALLON |
| Robert Smith v. Merck & Co., Inc. | MAG. JUDGE KNOWLES |

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy: Gaylyn Lambert**
**Court Reporter: Cathy Pepper**

**Appearances:** Collyn Peddie, Esq., John Boundas, Esq., Mikal Watts, Esq. and Steve Kherkher, Esq. for plaintiff
Phil Beck, Esq., Andrew Goldman, Esq. for defendant

---

**In Limine Motions for both sides were heard this date.**
**See Court's Order of August 31, 2006 for the rulings rendered.**

JS-10:   :55