MINUTE ENTRY
FALLON, J.
AUGUST 31, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

The pretrial conference was held on this date in the Chambers of Judge Eldon E. Fallon. Drew Ranier, Steven Kherkher, John Boundas, Grant Kaiser, Brett Powers, Mikal Watts, Andy Birchfield, and Leigh O'Dell participated on behalf of the Plaintiff. Phil Beck and Andy Goldman participated on behalf of the Defendant. At the conference, the parties discussed issues relating to the upcoming trial.

The Court imposed time limits for the trial of this case. Accordingly, IT IS ORDERED that on Monday, September 11, 2006, the parties will pick the jury and make opening statements. IT IS FURTHER ORDERED that the Plaintiff will have from Tuesday, September 12, 2006 until Tuesday, September 19, 2006 (including Saturday, September 16, 2006) to try his case. IT IS FURTHER ORDERED that the Defendant will have from Wednesday, September 20, 2006 until

JS10(00:45)

-1-

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

Tuesday, September 26, 2006 to try its case. On Wednesday, September 27, 2006, the parties will present closing arguments and the case will be submitted to the jury. The parties are of course free to use less than the allotted time, in which event the case will be submitted to the jury prior to Wednesday, September 27, 2006.

At the conference, the parties informed each other of the witnesses they intend to call at trial. The Plaintiff informed the Court that he intends to call as witnesses Merck sales representatives who spoke with Dr. Michael Grefer, the Plaintiff's prescribing physician. To enable the Plaintiff to decide which representatives to call, IT IS FURTHER ORDERED that by September 5, 2006, Merck shall provide to the Plaintiff the custodial files of the three representatives who visited Dr. Grefer most frequently: Amy Block; Holly Biss; and Tom Schatzman.

The Court also reviewed the jury questionnaires with the parties, and heard oral argument on Motions in Limine. These matters are the subject of separate orders dated August 31, 2006.

The Court's electronic equipment shall be available for the parties' use during trial. The courtroom will be available to the parties on Friday, September 8, 2006, from 9:00 a.m. until 5:00 p.m., for setup and preparation.

