UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: Jan Holmes, former Wife and Personal Representative of the Estate of John Holmes, Decedent v. Merck & Co., Inc., No. 05-5599. | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

Plaintiff and Defendant Merck & Co., Inc. ("Merck"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to dismiss the above-captioned action, having been transferred to the Judicial Panel on Multi District Litigation and docketed as Cause No. 05-5599, from the United States District Court, District of Idaho, Case No. CIV-05-00404-BLW. The parties further stipulate that such dismissal is made without prejudice and that each party shall bear its own fees and costs. The parties also stipulate that any future action by Plaintiff against the Defendant arising out of the same injuries, transactions or circumstances as the above-captioned action shall not be brought in state court but only in the United States District Court for the District of Idaho, and Plaintiff hereby consents to transfer of any such suit to the Multi District Litigation 1657.

STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE - 1     BOI_MT2:624296.1

DATED this 31 day of August, 2006.

GREENER BANDUCCI SHOEMAKER, P.A.

By _____
Shaun P. Bailey – Of the Firm
Attorneys for Plaintiffs

DATED this 5th day of September, 2006.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____
Stephen R. Thomas – Of the Firm
Attorneys for Defendant
Merck & Co., Inc.

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE - 2**   BOI_MT2:624296.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Dismiss Action Without Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.1