## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | Master Docket No. 05-MD-01657-EEF-DEK |
|---|---|
| THIS RELATES TO: MDL Case No. 06-3092 | Plaintiff: Dale Sager |

### STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff, Dale Sager, and Defendant, Merck & Co., Inc., ("Merck"), hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

2. Plaintiff further agrees that, in the event he re-files such a lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by plaintiff, as though plaintiff had been a party and had had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: August 30, 2006        HELLMUTH & JOHNSON, PLLC

                              By: _____
                                  Christopher P. Parrington, #034090X
                                  Benjamin R. Skjold, #292217
                              10400 Viking Drive, Suite 500
                              Eden Prairie, MN ~~66344~~ 55344
                              Telephone: (952) 941-4005
                              Facsimile: (952) 941-2337

                              ATTORNEYS FOR PLAINTIFF


Dated: ~~August~~ Sept. 5, 2006    HALLELAND LEWIS NILAN & JOHNSON, P.A.

                              By: _____
                                  Scott A. Smith – Reg. No. 174026
                                  Amanda M. Cialkowski – Reg. No. 306514
                                  Jan R. McLean Bernier – Reg. No. 0307853
                              U.S. Bank Plaza South, Suite 600
                              220 South Sixth Street
                              Minneapolis, MN 66402
                              Telephone: (612) 338-1838
                              Facsimile: (612) 338-7858

                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation for Voluntary Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.1