**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 1, 2006**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Reid v. Merck & Co., Inc.*, 05-5314

The Court received the attached letter and forwarded it to Plaintiffs' Liaison Counsel for an appropriate response. Accordingly, the Court is entering this Minute Entry to put the letter into the record.

<u>Clerk is directed to serve the following:</u>

Jimmy Reid
1421 Miltonwood Road
Brown Summit, NC 27214

Russ M. Herman
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170

Leonard A. Davis
201 St. Charles Ave., Suite 4310
New Orleans, LA 70170



\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

JS10(00:05)