# Jimmy Reid

Pro Se Plaintiff

1421 Miltonwood Road
Brown Summit, NC 27214
(336) 954-5543
jimmyrreid@hotmail.com

August 27, 2006

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA 70130

    Re:    Jimmy Reid v. Merck & Co., Inc., C.A. No. 1:05-348

Dear Honorable Fallon:

It is my understanding that the Plaintiff's Steering Committee should be forwarding to me, pretrial motions and orders entered by the courts. To date, since my case was transferred to the MDL, I have not received any further information from the court.

Please forward to me information concerning my case, orders entered, or further directions. I would like my case remanded back to North Carolina where I can continue to trial and receive adequate information.

Sincerely,

Jimmy Reid
Pro Se Plaintiff