UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -5 PM 1:44

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: VIOXX | * | MDL DOCKET No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L - DIVISION 3 |
| This document relates to<br>CASE NO. 2:05CV2524 | * | JUDGE FALLON |
| ANTHONY WAYNE DEDRICK,<br>an Individual, | * | MAG. JUDGE KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

### PLAINTIFF ANTHONY WAYNE DEDRICK'S PRELIMINARY FACT WITNESS LIST

COME NOW Plaintiff Anthony Wayne Dedrick, by and through his undersigned counsel, and files this preliminary fact witness list in accordance with the Court's Scheduling Order, dated August 31, 2006. Plaintiff reserves the right to amend or supplement this list if additional fact witnesses are identified. Moreover, Plaintiff's final witness list, due September 25, 2006, may identify additional witnesses, including: (1) witnesses that will be deposed between now and the trial; (2) expert witnesses identified by the parties; (3) witnesses whose previously taken depositions will be played at trial; and (4) witnesses identified by Defendant Merck & Co., Inc.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

Plaintiff anticipates eliciting fact testimony from the following witnesses:

| | |
|---|---|
| Anthony Wayne Dedrick<br>329 Highway 64 W Apt 5B<br>Waynesboro, Tennessee 38485<br>(931) 722-9223 | Plaintiff. |
| Sherry Curtis<br>1591 Moccasin Creek<br>Waynesboro, Tennessee 38485<br>(931) 722-7821 | Plaintiff's friend. |
| Kenny Dedrick<br>Springvalley Apartments, Apt. 131B<br>Waynesboro, Tennessee 38485<br>(931) 722-6340 | Plaintiff's brother. |
| Phil Dedrick<br>105 Mindy Dr<br>Waynesboro, TN 38485<br>(931) 722-7716 | Plaintiff's brother. |
| Tammy Dedrick<br>105 Mindy Dr<br>Waynesboro, Tennessee 38485<br>(931) 722-7716 | Mr. Phil Dedrick's wife and Plaintiff's sister-in-law. |
| Nina Davis<br>Waynesboro, Tennessee 38485 | Plaintiff's sister. |
| Bernice White<br>Waynesboro, Tennessee 38485 | Plaintiff's sister. |
| Johnny Perry<br>Waynesboro, Tennessee 38485 | Plaintiff's friend. |
| Custodian of pharmaceutical<br>and billing records<br>Duren Discount Drugs<br>215 Dexter L. Woods Memorial<br>Waynesboro, Tennessee 38485<br>(931) 722-5466 | Healthcare provider. |

| | |
|---|---|
| Custodian of pharmaceutical and billing records<br>Fred's Discount Store<br>aka Fred's Pharmacy #3226<br>307 Hwy 64E<br>Waynesboro, Tennessee 38485<br>(931) 722-9075 | Healthcare provider. |
| Custodian of pharmaceutical and billing records<br>Collinwood Drugs<br>313 Hwy 13S<br>Collinwood, Tennessee 38450<br>(931) 724-9197 | Healthcare provider. |
| William Coltharp, M.D.<br>Cardiovascular Surgery Associates<br>4230 Harding Road, Suite 450<br>Nashville, Tennessee 37205 | Healthcare provider. |
| Mark Koenig, M.D.<br>The Heart Group<br>4230 Harding Road, Suite 330<br>Nashville, Tennessee 37205 | Healthcare provider. |
| John McPherson, M.D.<br>The Heart Group<br>4230 Harding Road, Suite 330<br>Nashville, Tennessee 37205 | Healthcare provider. |
| Esmeraldo Herrera, M.D.<br>905 Andrew Jackson Drive, Suite A<br>Waynesboro, Tennessee 38485<br>(931) 722-5452 | Healthcare provider. |
| Custodian of medical and billing records<br>The Heart Group<br>4230 Harding Road, Suite 330<br>Nashville, Tennessee 37205 | Healthcare provider. |

| | |
|---|---|
| Custodian of medical and billing records<br>Cardiovascular Surgery Associates<br>4230 Harding Road, Suite 450<br>Nashville, Tennessee 37205 | Healthcare provider. |
| Custodian of medical and billing records<br>Saint Thomas Hospital<br>4220 Harding Road<br>Nashville, Tennessee 37205 | Healthcare provider. |
| Garrett Cirulli<br>Rachel Pilkinton Stovall<br>Kristin Harris<br>Michael Curlin Richards<br>Ronald Frank Smith<br>Lee Michael English, Jr<br>Sharath Chandra<br>Stephanie B. Ison<br>Vinay K. Sood<br>Justin R. Spencer<br>Melissa C. McAllister<br>Denise M. Miller<br>Shay M. Ingram<br>Elizabeth Lowery Bond<br>Bradley Fogelman<br>Rebecca Burcham<br>Jennifer Hudson<br>Sheryl Harrison-Koestner<br>Mark Strong<br>Darrius Hereford<br>Allison Simpson<br>Bradley Akin<br>Stephanie Buck<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, New Jersey 08889 | Current and former Merck sales representatives. |

Respectfully submitted this 1st day of September, 2006.

_/s/ P. Leigh O'Dell_

**ANDY BIRCHFIELD**
P. LEIGH O'DELL
Attorney for Plaintiff
***BEASLEY, ALLEN, CROW,***
***METHVIN, PORTIS & MILES, P.C.***
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343 telephone
(334) 954-7555 facsimile

**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
**PLAINTIFFS' LIAISON COUNSEL**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

**Christopher A. Seeger**, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelley Sanford, Esquire
GOFORTH, LEWIS, SANFORD LLP
2200 Texaco Heritage Plaza
1111 Bagby
Houston, TX 77002
(713) 650-0022 (telephone)
(713) 650-1669 (telecopier)

Drew Ranier, Esquire
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337)494-7171 (telephone)
(337) 494-7218 (telecopier)

Mark Robinson, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive
7th Floor
Newport Beach, CA 92660
(949) 720-1288 (telephone)
(949) 720-1292 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W.
Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

**PLAINTIFF'S STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff Anthony Wayne Dedrick's Preliminary Fact Witness List has been served on Defendants' Liaison Counsel, Phillip A. Wittman, Merck's Counsel, Douglas R. Marvin and Philip S. Beck, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance with Pretrial Order No. 8A, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of September, 2006.

/s/ P. Leigh O'Dell
P. Leigh O'Dell
Attorney for Plaintiff
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.