**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 6, 2006**

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                          **MDL NO. 1657**
         **PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION:  L**

                                                          **JUDGE FALLON**
                                                          **MAG. JUDGE KNOWLES**

**This document relates to:**
**Robert Smith v. Merck & Co., Inc. CA  05-4379**

**BEFORE JUDGE ELDON E. FALLON**
**Courtroom Deputy: Gaylyn Lambert**
**Court Reporter: Toni Tusa**

**Appearances: Steve Kherkher, Esq., Collyn Peddie, Esq. & Amy Carter, Esq.**
                 **For plaintiff**
                 **Phil Beck, Esq. And Andrew Goldman, Esq. For Merck & Co., Inc.**

**Various motions were argued on this date.**
**The Court's rulings will follow.**

JS-10:   1:30