UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                         *   MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION      *
                                            *   SECTION: L(3)
                                            *
                                            *   JUDGE FALLON
                                            *   MAG. JUDGE KNOWLES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:
   *Tallas, et al. v. Merck & Co., Inc., et al.*, 06-3152

### ORDER

The Court heard oral argument on August 30, 2006 on the Plaintiff's Motion to Remand (Rec. Doc. 6228). For reasons stated on the record, the Plaintiff's motion is GRANTED and this matter is REMANDED to the Philadelphia Court of Common Pleas.

As an MDL Court, this Court has been charged with the task of presiding over thousands of cases involving hundreds of thousands of litigants. To promote the just and efficient conduct of these actions, the Court has previously indicated that it would deal with remand motions as a group in accordance with procedures to be determined at a future date. The Court is still committed to this plan. The facts of the present case, however, were so exceptional that they justified the Court's taking earlier action.

New Orleans, Louisiana, this __5th__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE