# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 1657** |
| **IN RE: VIOXX** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE KNOWLES** |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
   *Barnett v. Merck & Co., Inc.*, 06-485

## ORDER

Considering the Plaintiff's request that the following motions be withdrawn, IT IS

ORDERED that the following motions are DENIED AS MOOT:

1. Plaintiff's Motion for Order Excluding Testimony of Paul Roach, M.D. (Rec. Doc. 5971);

2. Plaintiff's Motion for Order Excluding the Cumulative Testimony of Defendant Merck's Deposition Designations of Plaintiff's Treating Physicians Including Drs. Mikola and McCaffrey Regarding Pain Medication Alternatives (Rec. Doc. 6065).

New Orleans, Louisiana, this __6th__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-