UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins et al. v. Merck & Co., Inc.,* **No. 05-4054 (Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid Only)**

## ORDER OF PARTIAL DISMISSAL

Considering the foregoing Stipulation of Partial Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs John Kovacs, Opal McLemore, and W.S. Norrid, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this  6th  day of  September , 2006.

_____
UNITED STATES DISTRICT JUDGE

6