# Exhibit A

**Exhibit A**

Plaintiffs Who Failed to Provide a Plaintiff Profile Form

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deryl Orton v. Merck & Co., Inc. | 2:05-cv-02286-EEF-DEK | Beltz & Hearne | Deryl Orton | December 30, 2005 | February 14, 2006 | March 6, 2006 | B | April 4, 2006 | April 24, 2006 | M |
| Gary Murray v. Merck & Co., Inc. | 2:05-cv-01030-EEF-DEK | Beltz & Hearne | Gary Murray | December 30, 2005 | February 14, 2006 | March 6, 2006 | C | April 4, 2006 | April 24, 2006 | N |
| Frank Pescatello v. Merck & Co., Inc. | 2:05-cv-01255-EEF-DEK | Conway & Londregan | Frank Pescatello | December 30, 2005 | February 14, 2006 | March 6, 2006 | D | April 4, 2006 | April 24, 2006 | O |
| Bobbie I. Thompson v. Merck & Co., Inc. | 2:05-cv-04055-EEF-DEK | Wagstaff & Cartmell | Reynaldo Salinas | January 14, 2006 | February 21, 2006 | March 13, 2006 | E | April 7, 2006 | April 27, 2006 | P |
| Elijah Perry v. Merck & Co., Inc. | 2:05-cv-01289-EEF-DEK | Sherman & Salkow | Elijah Perry | December 30, 2005 | February 22, 2006 | March 14, 2006 | F | April 7, 2006 | April 27, 2006 | Q |
| Larry Polk v. Merck & Co., Inc. | 2:05-cv-02361-EEF-DEK | Pearson & Campbell | Larry Polk | December 30, 2005 | February 21, 2006 | March 13, 2006 | G | April 7, 2006 | April 27, 2006 | R |
| Sandra Lowe v. Merck & Co., Inc. | 2:05-cv-02251-EEF-DEK | Speiser, Wilner, Maxwell & Matthews | S. E. Lowe | December 15, 2005 | January 26, 2006 | February 15, 2006 | H | June 8, 2006 | June 28, 2006 | S |
| Fred Thomas v. Merck & Co., Inc. | 2:05-cv-00981-EEF-DEK | The Anderson Law Firm | Fred Thomas | January 14, 2006 | February 22, 2006 | March 14, 2006 | I | April 7, 2005 | April 27, 2005 | T |
| Olga Sanchez v. Merck & Co., Inc. | 2:05-cv-00559-EEF-DEK | Ricardo A. Garcia | Olga Sanchez | January 14, 2006 | February 17, 2006 | March 9, 2006 | J | April 7, 2006 | April 27, 2006 | U |
| Elizabeth Aiken v. Merck & Co., Inc. | 2:05-cv-00513-EEF-DEK | Rubenstein & Rynecki | Mary Aiken | November 15, 2005 | December 2, 2005 | December 22, 2005 | K | February 7, 2006 | February 27, 2006 | V |
| Loviey Richard v. Merck & co., Inc. | 2:05-cv-00534-EEF-DEK | Pearson & Campbell | Loviey Richard | December 30, 2005 | February 21, 2006 | March 13, 2006 | L | April 7, 2006 | April 27, 2006 | W |

# Exhibit B

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-3120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 14, 2006

**VIA TELECOPY AND MAIL (314-863-4247)**

Mark Belz, Esq.
Belz and Hearne LLC
7777 Bonhomme
Suite 1605
St. Louis, MO 63105

Re:   *In re Vioxx® Products Liability Litigation*
*MDL No. 1657*
*Deryl Orton v. Merck & Co., Inc.*
<u>*Docket No. 2:05-cv-02286-EEF-DEK*</u>

Dear Mr. Belz:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have **not** received a plaintiff profile form ("PPF") and appropriate medical authorizations for Deryl Orton. Pretrial Order No. 18B required Mr. Orton to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Deryl Orton no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005172670

JOB STATUS REPORT

```
TIME   : 02/14/2006 12:11
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME          02/14  12:10
FAX NO./NAME       10007341835131486534247
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005172572

# Exhibit C

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 14, 2006

**VIA TELECOPY AND MAIL (314-863-4247)**

Mark Belz, Esq.
Belz and Hearne LLC
7777 Bonhomme
Suite 1605
St. Louis, MO 63105

> **Re:**    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Gary Murray v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01030-EEF-DEK*

Dear Mr. Belz:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gary Murray. Pretrial Order No. 18B required Mr. Murray to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Gary Murray no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

| JOB STATUS REPORT |

```
TIME   : 02/14/2006 12:10
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 02/14  12:09 |
| FAX NO./NAME | 1008734183513148534247 |
| DURATION | 00:00:21 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M0S172830

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

MOO5172831

# Exhibit D

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 14, 2006

**VIA TELECOPY AND MAIL (860-444-6103)**

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

> *Re:*     *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Frank Pescatello v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01255-EEF-DEK*

Dear Mr. Monaco:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Frank Pescatello. Pretrial Order No. 18B required Mr. Pescatello to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Frank Pescatello no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006510922

| JOB STATUS REPORT |
|---|

```
TIME  : 02/14/2006 15:26
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| DATE,TIME<br>FAX NO./NAME<br>DURATION<br>PAGE(S)<br>RESULT<br>MODE | 02/14  15:25<br>10007341835106044461 03<br>00:00:32<br>02<br>OK<br>STANDARD<br>ECM |
|---|---|

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006810923

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 14, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M006810924

# Exhibit E

- ۲

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (816-531-2372)**

Thomas P. Cartmell, Esq.
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

> *Re:*   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Bobbie L. Thompson v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-04055-EEF-DEK*

Dear Mr. Cartmell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Reynaldo Salinas. Pretrial Order No. 18B required Mr. Salinas to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Reynaldo Salinas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

```
┌─────────────────────────┐
│     JOB STATUS REPORT    │
└─────────────────────────┘
```

```
TIME  : 02/21/2006 17:09
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100030
```

```
DATE,TIME        02/21  17:07
FAX NO./NAME     10007341835101653I2372
DURATION         00:02:19
PAGE(S)          16
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

## FACSIMILE TRANSMITTAL

**TO:** Thomas P. Cartmell, Esq.          **DATE:** February 21, 2006

**FIRM:** Wagstaff & Cartmell, LLP        **FAX NO:** 816-531-2372

**CITY:** _____         **TEL NO:** _____

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 16

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER BELOW.

**FROM:** John N. Poulos, Esq.            **TEL NO:** 201-536-9220

MESSAGE:

Please be advised that we have yet to receive plaintiff profile form ("PPF") and medical authorizations on the following individuals:

1. Jim McPhail                           11. Bill Thibeault

# Exhibit F

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 22, 2006

**VIA TELECOPY AND MAIL (310-914-0079)**

Arthur Sherman, Esq.
Sherman Salkow & Newkirk
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025

> *Re:* ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Elijah Perry v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-01289-EEF-DEK***

Dear Mr. Sherman:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Elijah Perry. Pretrial Order No. 18B required Mr. Perry to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Elijah Perry no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

```
JOB STATUS REPORT
```

```
TIME  : 02/22/2006 15:03
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

| DATE,TIME | 02/22 ·15:03 |
|---|---|
| FAX NO./NAME | 10007341835131091140079 |
| DURATION | 00:00:36 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 22, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Arthur Sherman, Esq. | Sherman Salkow & Newkirk | 310-914-0079 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 22, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Arthur Sherman, Esq. | Sherman Salkow & Newkirk | 310-914-0079 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

# Exhibit G

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (409-838-6139)**

Thomas J. Pearson, Esq.
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX 77702

> Re:  ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Larry Polk v. Merck & Co., Inc.***
> <u>***Docket No. 2:05-cv-02361-EEF-DEK***</u>

Dear Mr. Pearson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Larry Polk. Pretrial Order No. 18B required Mr. Polk to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Larry Polk no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005028801

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

TIME  :  02/21/2006 14:33
NAME  :  HUGHES HUBBARD
FAXH  :  2019465738
TELH  :
SER.# :  000005100038

| | |
|---|---|
| DATE,TIME | 02/21  14:31 |
| FAX NO./NAME | 10007341835140983086139 |
| DURATION | 00:01:28 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028802

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005028803