# Exhibit H

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

January 26, 2006

**VIA TELECOPY (904-358-6889)**

Norwood S. Wilner, Esq.
Spohrer Wilner Maxwell and Matthews PA
701 W. Adams Street
Jacksonville, FL 32204

> Re: **In re Vioxx® Products Liability Litigation**
> **MDL No. 1657**
> **Sandra Lowe v. Merck & Co., Inc.**
> **Docket No. 2:05-cv-02251-EEF-DEK**

Dear Mr. Wilner:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for S. E. Lowe. Pretrial Order No. 18B required your client, plaintiff Sandra Lowe, to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for S. E. Lowe no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
```

TIME  :  01/26/2006 11:33
NAME  :
FAX#  :
TEL#  :
SER.# :  000005100038

```
DATE,TIME          01/26  11:32
FAX NO./NAME       100073418351904358689
DURATION           00:00:28
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Norwood S. Wilner, Esq. | Spohrer Wilner Maxwell and Matthews PA | 904-358-6889 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | January 26, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Norwood S. Wilner, Esq. | Spohrer Wilner Maxwell and Matthews PA | 904-358-6889 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008967_1.DOC

# Exhibit I

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 22, 2006

**VIA TELECOPY AND MAIL (619-338-0710)**

Robert C. Anderson, Esq.
The Anderson Law Firm
3333 Camino del Rio South
Suite 220
San Diego, CA 92108

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Fred Thomas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00981-EEF-DEK*

Dear Mr. Anderson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fred Thomas. Pretrial Order No. 18B required Mr. Thomas to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fred Thomas no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M0060410T6

```
┌─────────────────────────┐
│     JOB STATUS REPORT    │
└─────────────────────────┘

                                    TIME  : 02/22/2006 18:35
                                    NAME  : HUGHES HUBBARD
                                    FAX#  : 2019465738
                                    TEL.# :
                                    SER.# : 000005100030

┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME            02/22  18:35                                 │
│   FAX NO./NAME         18007341635161933300710                     │
│   DURATION             00:00:32                                     │
│   PAGE(S)              02                                           │
│   RESULT               OK                                          │
│   MODE                 STANDARD                                    │
│                        ECM                                         │
└──────────────────────────────────────────────────────────────────┘
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07301-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 22, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert C. Anderson, Esq. | The Anderson Law Firm | 619-338-0710 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006241077

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 22, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Robert C. Anderson, Esq. | The Anderson Law Firm | 619-338-0710 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

MDG0041078

# Exhibit J

**Hughes Hubbard & Reed LLP**

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 17, 2006

**VIA TELECOPY AND MAIL (956-630-5393)**

Ricardo A. Garcia, Esq.
Law Office of Ricardo A. Garcia
820 S. Main
McAllen, TX 78501

> **Re:**    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Olga Sanchez v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00559-EEF-DEK*

Dear Mr. Garcia:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Olga Sanchez. Pretrial Order No. 18B required Ms. Sanchez to serve this PPF no later than January 14, 2006, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Olga Sanchez no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M005D28876

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
```

```
TIME   : 02/17/2006 12:58
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME            02/17  12:58
FAX NO./NAME         18007341835195663B5393
DURATION             00:00:33
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 17, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ricardo A. Garcia, Esq. | Law Office of Ricardo A. Garcia | 956-630-5393 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M005028877

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | February 17, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Ricardo A. Garcia, Esq. | Law Office of Ricardo A. Garcia | 956-630-5393 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005D28878

# Exhibit K

# Hughes Hubbard & Reed LLP
### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

December 2, 2005

**VIA TELECOPY (718-522-3804)**

Scott E. Rynecki, Esq.
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

Re:     *In re Vioxx® Products Liability Litigation*
        *MDL No. 1657*
        *Elizabeth Aiken v. Merck & Co., Inc.*
        Docket No. 2:05-cv-00513-EEF-DEK

Dear Mr. Rynecki:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary Aiken. Pretrial Order No. 18B required your client, plaintiff Elizabeth Aiken, to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Mary Aiken no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                        Very truly yours,

                        /s/ John N. Poulos

                        John N. Poulos

cc:     Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME  : 12/02/2005 17:27
NAME  :
FAX#  :
TEL#  :
SER.# : 000005100038
```

| | |
|---|---|
| DATE,TIME | 12/02  17:26 |
| FAX NO./NAME | 10007341835▓ |
| DURATION | 00:00:20 |
| PAGE(S) | 02 |
| RESULT | STANDARD |
| MODE | ECM |

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | Rubenstein & Rynecki | ▓▓▓▓▓▓▓ |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | December 2, 2005 |

| TO | Firm | Fax No. |
|------|------|---------|
| Scott E. Rynecki, Esq. | Rubenstein & Rynecki | 718-522-3804 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1003635_1.DOC

# Exhibit L

# Hughes Hubbard & Reed LLP

### A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 21, 2006

**VIA TELECOPY AND MAIL (409-838-6139)**

Thomas J. Pearson, Esq.
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX 77702

> **Re:**  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Lovicy Richard v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00534-EEF-DEK*

Dear Mr. Pearson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lovicy Richard. Pretrial Order No. 18B required Mr. Richard to serve this PPF no later than December 30, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lovicy Richard no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

JOB STATUS REPORT

```
TIME  : 02/21/2006 14:30
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100030
```

```
DATE,TIME          02/21  14:30
FAX NO./NAME       10007341835140983086139
DURATION           00:00:32
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

M006028805

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 21, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1008862_1.DOC

M005028806

# Exhibit M

# Hughes Hubbard & Reed LLP
A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

VIA TELECOPY (314-863-4247) & US MAIL

Mark Belz, Esq.
Belz and Hearne LLC
7777 Bonhomme
Suite 1605
St. Louis, MO 63105

Re:  *In re Vioxx® Products Liability Litigation*
     *MDL No. 1657*
     *Deryl Orton v. Merck & Co., Inc.*
     *Docket No. 2:05-cv-02286-EEF-DEK*

Dear Mr. Belz:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Deryl Orton. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Deryl Orton no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs' failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

/s/ John N. Poulos

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘

                              TIME   : 04/04/2006 19:35
                              NAME   : HUGHES HUBBARD
                              FAX#   : 2019465738
                              TEL#   :
                              SER.#  : 000005100038
```

```
DATE,TIME          04/04  19:35
FAX NO./NAME       10007341835131485342447
DURATION           00:00:20
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: **2**

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

MDG632963

# Exhibit N

. Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (314-863-4247) & US MAIL**

Mark Belz, Esq.
Belz and Hearne LLC
7777 Bonhomme
Suite 1605
St. Louis, MO 63105

        *Re:*    *In re Vioxx® Products Liability Litigation*
                *MDL No. 1657*
                *Gary Murray v. Merck & Co., Inc.*
                <u>*Docket No. 2:05-cv-01030-EEF-DEK*</u>

Dear Mr. Belz:

        We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Gary Murray. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

        Please produce a completed PPF for Gary Murray no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

                      Very truly yours,

                      */s/ John N. Poulos*

                      John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
       Russ M. Herman, Esq. (via telecopy)

M003832984

JOB STATUS REPORT

TIME  : 04/04/2006 19:34
NAME  : HUGHES HUBBARD
FAX#  : 2019465730
TEL#  :
SER.# : 000005100038

DATE,TIME      04/04  19:34
FAX NO./NAME   1000734183513140534247
DURATION       00:00:21
PAGE(S)        02
RESULT         OK
MODE           STANDARD
               ECM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|------|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Mark Belz, Esq. | Belz and Hearne LLC | 314-863-4247 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M006302968

# Exhibit O

# · Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey  07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 4, 2006

**VIA TELECOPY (860-444-6103) & US MAIL**

Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

> *Re:*    *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Frank Pescatello v. Merck & Co., Inc.*
> <u>*Docket No. 2:05-cv-01255-EEF-DEK*</u>

Dear Mr. Monaco:

      We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Frank Pescatello. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

      Please produce a completed PPF for Frank Pescatello no later than ten days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
        Russ M. Herman, Esq. (via telecopy)

```
┌─────────────────────────┐
│    JOB STATUS REPORT     │
└─────────────────────────┘
```

```
TIME  :  04/04/2006 19:39
NAME  :  HUGHES HUBBARD
FAX#  :  2019465738
TEL#  :
SER.# :  000005100030
```

```
DATE,TIME            04/04  19:39
FAX NO./NAME         10007341835186Ø4446103
DURATION             ØØ:ØØ:26
PAGE(S)              Ø2
RESULT               ØK
MODE                 STANDARD
                     ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE:

COMMENTS:

Please see the attached correspondence.

M006161304

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
| --- | --- | --- |
| John N. Poulos, Esq. | 201-536-9220 | April 4, 2006 |

| TO | Firm | Fax No. |
| --- | --- | --- |
| Ralph J. Monaco, Esq. | Conway & Londregan, P.C. | 860-444-6103 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

MDL0101305