# Exhibit P

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (816-531-2372) & US MAIL**

Thomas P. Cartmell, Esq.
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Re:   *In re Vioxx® Products Liability Litigation*
      *MDL No. 1657*
      *Bobbie L. Thompson v. Merck & Co., Inc.*
      *Docket No. 2:05-cv-04055-EEF-DEK*

Dear Mr. Cartmell:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Reynaldo Salinas. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Reynaldo Salinas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

NY

JOB STATUS REPORT

TIME    : 04/07/2006 10:34
NAME    : HUGHES HUBBARD
FAX#    : 2019465738
TEL#    :
SER.#   : 000005100038

DATE,TIME                          04/07  10:34
FAX NO./NAME                       18007341835181G5312372
DURATION                           00:00:27
PAGE(S)                            02
RESULT                             OK
MODE                               STANDARD
                                   ECM

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|---|---|---|
| Thomas P. Cartmell, Esq. | Wagstaff & Cartmell, LLP | 816-531-2372 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

# Exhibit Q

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-336-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

VIA TELECOPY (310-914-0079) & US MAIL

Arthur Sherman, Esq.
Sherman Salkow & Newkirk
11601 Wilshire Boulevard
Suite 675
Los Angeles, CA 90025

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Elijah Perry v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-01289-EEF-DEK*

Dear Mr. Sherman:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Elijah Perry. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Elijah Perry no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
     Russ M. Herman, Esq. (via telecopy)

NY

M008B06455

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Arthur Sherman, Esq. | Sherman Salkow & Newkirk | 310-914-0079 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

JOB STATUS REPORT

```
TIME   : 04/07/2006 10:16
NAME   : HUGHES HUBBARD
FAX#   : 2019465730
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME              04/07  10:15
FAX NO./NAME           100073418351310914007'9
DURATION               00:01:02
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Exhibit R

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (409-838-6139) & US MAIL**

Thomas J. Pearson, Esq.
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX 77702

> **Re:** ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Larry Polk v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02361-EEF-DEK***

Dear Mr. Pearson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Larry Polk. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Larry Polk no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:    Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

NY

M006B06483

JOB STATUS REPORT

TIME  : 04/07/2006 18:21
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038

DATE,TIME          04/07  18:21
FAX NO./NAME       1800734183514098386139
DURATION           00:00:49
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM

M006B06484

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|--------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M00GB0648S

# Exhibit S

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9720
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

June 8, 2006

**VIA U.S. MAIL & TELECOPY (904-358-6889)**

Norwood Sherman Wilner, Esq.
Spohrer Wilner Maxwell and Matthews PA
701 West Adams Street
Suite 2
Jacksonville, FL 32204

> **Re:**   ***In re Vioxx® Products Liability Litigation***
> ***MDL No. 1657***
> ***Sandra Lowe v. Merck & Co., Inc.***
> ***Docket No. 2:05-cv-02251-EEF-DEK***

Dear Mr. Wilner:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for S E Lowe. Pretrial Order No. 18B required your client, plaintiff Sandra Lowe, to serve this PPF no later than December 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for S E Lowe no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via e-mail)
Russ M. Herman, Esq. (via e-mail)

MDL0959450

06/08/2006 14:12 FAX  12124224726      HUGHES HUBBARD LLP                    🗹001

```
                              ********************
                              ***  TX REPORT  ***
                              ********************


           TRANSMISSION OK

           TX/RX NO            0096
           RECIPIENT ADDRESS   16152562988
           DESTINATION ID
           ST. TIME           06/08 14:11
           TIME USE           00'47
           PAGES SENT           2
           RESULT             OK
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| **FROM** | **Telephone No.** | **Date** |
|---|---|---|
| John N. Poulos, Esq. | 201-536-9220 | June 8, 2006 |

| **TO** | **Firm** | **Fax No.** |
|---|---|---|
| Michael D. Dillon, Esq. | Stillman and Friedland | 615-256-2988 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | via e-mail |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | via e-mail |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

# Exhibit T

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9120
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA CERTIFIED MAIL**

Robert C. Anderson, Esq.
The Anderson Law Firm
3333 Camino del Rio South
Suite 220
San Diego, CA 92108

> Re:   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Fred Thomas v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00981-EEF-DEK*

Dear Mr. Anderson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Fred Thomas. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Fred Thomas no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M000806375

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7005 3110 0004 3714 0868

Sent To  Robert C. Anderson, Esq.
The Anderson Law Firm
Street, Apt. No.; or PO Box No.  3333 Camino del Rio South, Suite 22
City, State, ZIP+4  San Diego, CA 92108

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert C. Anderson, Esq.
The Anderson Law Firm
3333 Camino del Rio South, Suite 22
San Diego, CA 92108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _William Kim_          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   4-10-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 3110 0004 3714 0868

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# Exhibit U

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (956-630-5393) & US MAIL**

Ricardo A. Garcia, Esq.
Law Office of Ricardo A. Garcia
820 S. Main
McAllen, TX 78501

> **Re:**   *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Olga Sanchez v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00559-EEF-DEK*

Dear Mr. Garcia:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Olga Sanchez. Pretrial Order No. 18B required you to serve this PPF no later than January 14, 2006 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Olga Sanchez no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

MO06B0A52

JOB STATUS REPORT

TIME    : 04/07/2006 10:26
NAME    : HUGHES HUBBARD
FAX#    : 2019465738
TEL#    :
SER.# : 000005100038

DATE,TIME                    04/07  10:25
FAX NO./NAME                 10007341835195566305393
DURATION                     00:00:34
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM

M006806453

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Ricardo A. Garcia, Esq. | Law Office of Ricardo A. Garcia | 956-630-5393 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M006B06454

# Exhibit V

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

February 7, 2006

**VIA TELECOPY (718-522-3804)**

Scott E. Rynecki, Esq.
Rubenstein & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

> Re:  *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Elizabeth Aiken v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00513-EEF-DEK*

Dear Mr. Rynecki:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Mary Aiken. Pretrial Order No. 18B required your client, plaintiff Elizabeth Aiken, to serve this PPF no later than November 15, 2005, and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Mary Aiken no later than twenty days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiff's failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:  Phillip A. Wittmann, Esq. (via telecopy)
Russ M. Herman, Esq. (via telecopy)

M001878270

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
```

```
TIME  : 02/07/2006 11:39
NAME  : HUGHES HUBBARD
FAX#  : 2019465738
TEL#  :
SER.# : 000005100038
```

```
DATE,TIME        02/07  11:39
FAX NO./NAME     100073418351718522300 4
DURATION         00:00:25
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Scott E. Rynecki, Esq. | Rubenstein & Rynecki | 718-522-3804 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:  2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

MD01878371

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

IoI Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9210
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | February 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Scott E. Rynecki, Esq. | Rubenstein & Rynecki | 718-522-3804 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

M001079372

# Exhibit W

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

April 7, 2006

**VIA TELECOPY (409-838-6139) & US MAIL**

Thomas J. Pearson, Esq.
Pearson & Campbell, PC
2394 Calder Avenue
Beaumont, TX 77702

> Re: *In re Vioxx® Products Liability Litigation*
> *MDL No. 1657*
> *Lovicy Richard v. Merck & Co., Inc.*
> *Docket No. 2:05-cv-00534-EEF-DEK*

Dear Mr. Pearson:

We represent Defendant Merck & Co., Inc. ("Merck") in the action referenced above. This letter is to notify you that we have not received a plaintiff profile form ("PPF") and appropriate medical authorizations for Lovicy Richard. Pretrial Order No. 18B required you to serve this PPF no later than December 30, 2005 and Merck has not consented to any extension of time in which to respond.

Please produce a completed PPF for Lovicy Richard no later than ten (10) days from the date of this letter. Merck reserves its right to move to dismiss the referenced action for plaintiffs failure to respond to discovery. If plaintiff does not serve a completed PPF within the time requested, Merck may seek a dismissal without further warning.

Very truly yours,

*/s/ John N. Poulos*

John N. Poulos

cc:   Phillip A. Wittmann, Esq. (via telecopy)
      Russ M. Herman, Esq. (via telecopy)

MDG6806413

NY

JOB STATUS REPORT

```
TIME   : 04/07/2006 10:23
NAME   : HUGHES HUBBARD
FAX#   : 2019465738
TEL#   :
SER.#  : 000005100038
```

```
DATE,TIME              04/07  10:22
FAX NO./NAME           1000734183514098386139
DURATION               00:00:32
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

M006B06414

# Hughes Hubbard & Reed LLP

A New York Limited Liability Partnership

1o1 Hudson Street
Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: 201-536-9220
Fax: 201-536-0799

Wilfred P. Coronato
Resident Partner

| FROM | Telephone No. | Date |
|------|---------------|------|
| John N. Poulos, Esq. | 201-536-9220 | April 7, 2006 |

| TO | Firm | Fax No. |
|----|------|---------|
| Thomas J. Pearson, Esq. | Pearson & Campbell, PC | 409-838-6139 |
| Phillip A. Wittmann, Esq. | Stone Pigman Walther Wittmann LLC | 504-596-0804 |
| Russ M. Herman, Esq. | Herman, Herman, Katz & Cotlar L.L.P. | 850-837-8178 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:   2

IF YOU DO NOT RECEIVE ALL PAGES AS INDICATED, PLEASE CALL SENDER ABOVE.

COMMENTS:

Please see the attached correspondence.

THIS FAX/TELECOPY IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

NY 1026789_1.DOC

M00GB06415