UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| Deryl Orton v. Merck & Co., Inc., 05-cv-02286 | * * * | |
| Gary Murray v. Merck & Co., Inc., 05-cv-01030 | * * * | |
| Frank Pescatello v. Merck & Co., Inc., 05-cv-01255 | * * * | |
| Bobbie L. Thompson v. Merck & Co., Inc., 05-cv-04055, And Only Regarding Reynaldo Salinas | * * * * | |
| Elijah Perry v. Merck & Co., Inc., 05-cv-01289 | * * * | |
| Larry Polk v. Merck & Co., Inc., 05-cv-02361 | * * * | |
| Sandra Lowe v. Merck & Co., Inc., 05-cv-02251 | * * * | |
| Fred Thomas v. Merck & Co., Inc., 05-cv-00981 | * * * | |
| Olga Sanchez v. Merck & Co., Inc., 05-cv-00559 | * * * | |
| Elizabeth Aiken v. Merck & Co., Inc., 05-cv-00513 | * * * * * | |

827813v.1

|  |  |
|---|---|
| Lovicy Richard v. Merck & Co., Inc., 05-cv-00534. | *<br>*<br>*<br>*<br>* |
| * * * * * * * * * * * * * * * * | * |

## NOTICE OF HEARING

Please take notice that Merck & Co., Inc.'s Rule to Show Cause and Incorporated Memorandum will be brought on for hearing on the 11th day of October, 2006, at 9:00 o'clock a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                                          Respectfully submitted,

                                          */s/ Dorothy H. Wimberly*
                                          Phillip A. Wittmann, 13625
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, LA 70130

                                          Defendants' Liaison Counsel

827813v.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Hearing on Rule to Show Cause and Incorporated Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2006.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:  504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel

827813v.1