Lemuel A. Moye, M.D.

Page 198

1  aspirin will have thromboxane inhibited
2  by the aspirin, right?
3      A.   Yes.
4      Q.   The way aspirin works is it
5  blocks thromboxane irreversibly, right?
6      A.   Yes, that's right.  For the
7  life of the platelet.
8      Q.   For the life of the
9  platelet?
10     A.   Yes.
11     Q.   Okay.
12          What that means as a
13 practical matter, your platelets
14 regenerate themselves, right?
15     A.   Yes.
16     Q.   So, within a couple of days,
17 you have new platelets that are not
18 inhibited?
19     A.   Unless you continue to take
20 aspirin.
21     Q.   Unless you continue to take
22 aspirin, in which case aspirin
23 irreversibly inhibits the new ones,
24 right?

Page 199

1      A.   Yes.
2      Q.   Aspirin has that effect of
3  irreversibly inhibiting thromboxane even
4  at fairly low doses, right?
5      A.   Yes.
6      Q.   At 81 milligrams a day?
7      A.   Yes.
8      Q.   Now, I want to just talk
9  briefly about the myocardial infarction
10 process.  Are you familiar with that from
11 your work in cardiology drugs?
12     A.   Yes.
13     Q.   Typically when a myocardial
14 infarction occurs, the process starts
15 with some degree of plaque buildup in the
16 artery; is that right?
17     A.   Yes.
18     Q.   And the initiating event
19 most often is what's referred to as a
20 plaque rupture or a plaque fissure?
21         MR. SIZEMORE:  Object to
22     form.
23         THE WITNESS:  That's one
24     possible initiating event, that's

Page 200

1      correct.
2  BY MR. PIORKOWSKI:
3      Q.   It is what's regarded as the
4  most common initiating event, right?
5         MR. SIZEMORE:  Object to
6     form.
7         THE WITNESS:  Well, I would
8     say that the thrombus is what
9     really -- maybe we're having a
10    little discussion about
11    terminology.  The thrombus is what
12    initiates the actual heart attack.
13 BY MR. PIORKOWSKI:
14     Q.   I just want to walk through
15 the process, and correct me if I'm wrong.
16     A.   Okay.
17     Q.   It all has to start with a
18 beginning point?
19     A.   Right.
20     Q.   A thrombus doesn't just
21 spontaneously form in the absence of a
22 plaque rupture?
23         MR. SIZEMORE:  Object to
24     form.

Page 201

1         THE WITNESS:  Unless you've
2     thrown an embolus.
3  BY MR. PIORKOWSKI:
4      Q.   Unless you've thrown an
5  embolus, right.
6      A.   Right.
7      Q.   But, I mean, under normal
8  circumstances, unless you've thrown an
9  embolus, a clot just doesn't form in your
10 artery spontaneously?
11     A.   That's right.
12     Q.   Typically, what happens with
13 a myocardial infarction is the process
14 starts with a plaque rupture or fissure,
15 right?
16     A.   Well, I guess typically it
17 starts with the development of this
18 atherogenic gruel over time that narrows
19 the artery.
20     Q.   All right.
21         That's a good point.  Let's
22 back up and start there.
23         What plaque represents is a
24 buildup of, as you called it,

Page 202

1 atherosclerotic gruel, is that --
2     A.    Atherogenic gruel.
3     Q.    Atherogenic gruel.
4           And what that means is
5 essentially a buildup of cholesterol and
6 other fibrous deposits?
7     A.    Right. Fibrin, lipid laden
8 macrophages die and deposit their
9 material, and over time the volume of
10 this grows.
11    Q.    What happens is if you think
12 of it as the garden hose, on the inside
13 of the garden hose there's a buildup of
14 essentially layers of this gruel that
15 you're referring to, right?
16    A.    Yes.
17    Q.    That's the beginning of the
18 process?
19    A.    Yes.
20    Q.    If you don't have gruel,
21 then there's no plaque to rupture?
22    A.    Right.
23    Q.    Okay.
24          Then once a person has

Page 203

1 plaque on their artery, if the plaque
2 ruptures or there's a breakoff of a piece
3 of the plaque, that initiates a process,
4 right?
5     A.    Yes.
6     Q.    The body's natural response
7 to that process is to treat that broken
8 off plaque as foreign material, right?
9     A.    Yes.
10    Q.    And the body tries to wall
11 that material off, right?
12    A.    Yes.
13    Q.    And what it does is it forms
14 a clot around the material, right?
15    A.    Yes.
16    Q.    And the problem is that the
17 clot, as it continues, gets bigger and
18 bigger?
19    A.    Yes.
20    Q.    Right?
21    A.    Yes.
22    Q.    Much like a snowball rolling
23 down a hill?
24    A.    Okay. Possible that just

Page 204

1 the presence -- it's possible that the
2 clot could be -- the gruel could be large
3 enough, just the formation of the clot
4 itself is enough to narrow the lumen
5 sufficiently.
6     Q.    Fair enough.
7     A.    And we also can't ignore the
8 chronic effect of conditions such as
9 diabetes or hypertension which would tend
10 to accelerate this process.
11    Q.    Okay.
12          But to come back to the
13 point you were originally making, what
14 ends up happening is eventually either
15 the clot grows so large or the
16 combination of the plaque material in the
17 clot grows so large that it blocks the
18 blood flow through the artery; is that
19 right?
20    A.    Right. And, of course,
21 there also could be a little spasm of the
22 coronary artery itself. Since it has got
23 muscle, that muscle can reflexively
24 contract and cause a further reduction in

Page 205

1 the lumen.
2     Q.    So, in addition to having
3 the clot block the vessel, you can also
4 have spasm of the vessel itself or
5 sometimes called vasospasm, right?
6     A.    Yes.
7     Q.    All right.
8           Now, to come back to
9 aspirin, the way aspirin works is if
10 thromboxane has been inhibited, then when
11 the plaque breaks off, then the clot is
12 not as likely to form; is that right?
13    A.    Right.
14    Q.    Now, in addition to aspirin,
15 there's a number of other nonsteroidal
16 anti-inflammatory drugs that are also
17 known to block thromboxane to various
18 degrees; is that right?
19    A.    Yes.
20    Q.    In fact, when you used to
21 prescribe nonsteroidal anti-inflammatory
22 drugs to your patients, did you typically
23 tell them to stop taking those drugs a
24 few days before having surgery?

Lemuel A. Moye, M.D.

Page 206

1  A.  Well, when I prescribed
2  these nonsteroidal anti-inflammatory
3  agents, they were not going to have
4  surgery during the time period that we
5  were prescribing them. So, it was not a
6  chronic prescription that was achieved.
7      Q.  Okay.
8          Are you familiar with the
9  practice among physicians of instructing
10 patients who are taking nonsteroidal
11 anti-inflammatory drugs on a long-term
12 basis to stop taking them before surgery?
13     A.  Yes.
14     Q.  It is common medical
15 practice?
16     A.  Yes.
17     Q.  Something you learned in
18 medical school?
19     A.  Yes.
20     Q.  Now, one of the things that
21 was known about the COX-2 inhibitors
22 early on in the mid-'90s is they did not
23 have an effect on thromboxane, correct?
24     A.  It depends on which ones

Page 207

1  we're talking about.
2      Q.  Okay.
3          Let's talk about Vioxx.
4      A.  Okay.
5          Vioxx is primarily a COX-2
6  inhibitor. And so being primarily a
7  COX-2, I can't say exclusively, but
8  primarily a COX-2 inhibitor, it did not
9  have this effect on thromboxane.
10     Q.  Okay.
11         And the same is true for
12 other COX-2 inhibitors like Celebrex,
13 right?
14     A.  Celebrex, I don't quite
15 agree with that with Celebrex, because my
16 understanding of Celebrex is that it has
17 more COX-1, anti-COX-1 activity than
18 Vioxx does. So, to the degree that it
19 has more anti-COX-1 activity is the
20 degree to which it might inhibit
21 thromboxane.
22     Q.  Have you looked at any
23 literature that discusses the effect of
24 Celebrex on thromboxane or not?

Page 208

1  A.  I have not looked at any
2  particular literature, no.
3      Q.  There's nothing you've seen
4  that tells you one way or the other?
5      A.  I haven't looked to answer
6  the question.
7      Q.  Okay.
8          Is it fair to say then that
9  you would not expect Vioxx to have an
10 aspirin-like effect on platelets?
11     A.  Yes. Insofar that it is not
12 a COX-1 inhibitor.
13     Q.  Okay.
14         With respect to thromboxane,
15 the effect you would expect it to have is
16 no effect or a neutral effect on
17 thromboxane?
18     A.  I don't know. I would just
19 say it is not like aspirin.
20     Q.  Well, would you expect it to
21 have any effect on thromboxane at all?
22     A.  If we accept the premise
23 that it completely ignores COX-1, then
24 you wouldn't expect it to have any effect

Page 209

1  on thromboxane.
2      Q.  Have you seen any data to
3  suggest that Vioxx does, in fact, have
4  any effect on inhibiting thromboxane?
5      A.  I haven't seen anything in
6  particular. I guess I would say it would
7  be useful to have seen that in Merck's
8  testing program, and if that's available,
9  I would like to see it, but I haven't
10 seen it.
11     Q.  You would like to see in
12 Merck's testing program whether it was
13 evaluated with respect to its effect on
14 thromboxane?
15     A.  Yes.
16     Q.  Okay.
17         Now, a couple of years into
18 the Phase III studies, there was a study
19 called 023 that was done, right?
20     A.  Yes.
21     Q.  You're familiar with that
22 because it is in your report, right?
23     A.  Yes.
24     Q.  One of the incidental

53 (Pages 206 to 209)

Lemuel A. Moye, M.D.

Page 210

1  findings of study 023 was that they found
2  urinary prostacyclin levels that were
3  lower in Vioxx users, right?
4      A.  I'd have to see my report.
5          MR. SIZEMORE:  Can we take a
6  break?
7          MR. PIORKOWSKI:  Sure.
8              - - -
9          (Whereupon, a recess was
10 taken from 1:58 p.m. until 2:10
11 p.m.)
12             - - -
13         MR. PIORKOWSKI:  Paul needs
14 to catch a flight, so we need to
15 put on the record the notices of
16 deposition and the documents that
17 have been produced in response.
18         Paul, it's my understanding
19 that the CDs that you've produced
20 today, the 14 CDs, represent all
21 available documents responsive to
22 the duces tecum portions of the
23 notice of deposition in both the
24 MDL and California cases; is that

Page 211

1  right?
2          MR. SIZEMORE:  That's
3  correct.
4          Shayna, if there's an issue
5  with that, will you folks contact
6  me?
7          Just for the record, to Ted
8  Wacker, who is here for the MDL
9  and is going to assume the
10 California duties, any objections
11 that he makes would be applicable
12 among the different cases?  Is
13 that fine?
14         MR. PIORKOWSKI:  Fair
15 enough.
16         MR. WACKER:  Just so that
17 everything is clear, I think we
18 agreed during the break that if
19 any attorney makes an objection,
20 it is equally applicable to all
21 the cases.
22         MR. PIORKOWSKI:  So
23 stipulated.
24             - - -

Page 212

1          (Whereupon, Deposition
2  Exhibit Moye MDL 5, Invoices (9
3  pages), was marked for
4  identification.)
5              - - -
6  BY MR. PIORKOWSKI:
7      Q.  Before I get back to my
8  question on study 023, let me do some
9  housekeeping things.
10     A.  Sure.
11     Q.  I've marked as Exhibit 5,
12 and I think you've already got a copy,
13 Ted, documents that have been produced to
14 us that are represented as your time
15 records; is that right?
16     A.  Yes.
17     Q.  Does it appear to be an
18 accurate copy?
19     A.  Yes.
20     Q.  Let me just ask you, the
21 2/26 is the first involvement in Vioxx,
22 right?
23     A.  Right.
24     Q.  Where it says "FDA

Page 213

1  transcript review," that's the Advisory
2  Committee meetings you talked about?
3      A.  Yes, sir.
4      Q.  Okay.
5          You read all three of those
6  transcripts?
7      A.  I don't remember how many I
8  read.  Well, the 26th -- now, wait a
9  second.  26th was actually before, was it
10 not, the third Advisory Committee
11 meeting, was it not?  I'm just trying --
12     Q.  The third Advisory Committee
13 meeting was sometime in --
14     A.  March?
15     Q.  -- February of 2005.  I
16 don't remember which date.
17     A.  Okay.  All right.
18         I certainly read the first
19 two.  I don't know if I read the third
20 one.  I don't know if the third one was
21 available yet.  I certainly read the
22 first two.
23     Q.  All right.
24         And then you have -- on the

54 (Pages 210 to 213)

Lemuel A. Moye, M.D.

Page 214

1    next page it says, "Vioxx Review 2 Hour",
2    "Vioxx Review 3 Hour," and then there's a
3    meeting on March 4th.
4         A.   Right.
5         Q.   Okay.
6              What was the Vioxx review
7    two hours and three hours? Any
8    indication what that is?
9         A.   Well, I would tell you that
10   the only -- what I would have had
11   available to review were published
12   manuscripts.
13        Q.   Okay.
14             So, other than published
15   manuscripts and what was on the FDA's
16   website, that really would have been the
17   limitations of your review at that time?
18        A.   Yes, sir.
19        Q.   And then the meeting we
20   talked about is the next entry, right?
21        A.   Right.
22        Q.   Then it says on the next
23   page -- well, let me be clear.
24             Did you not do anything

Page 215

1    between March 4th and then May 11th of
2    2005?
3         A.   Did lots of things, nothing
4    to do with Vioxx.
5         Q.   All right.
6              It says, "Vioxx Prep 2
7    Hours," "Vioxx Prep 2 Hours," on the 11th
8    and the 29th. What does "Vioxx prep"
9    mean as opposed to "Vioxx review"?
10        A.   Just synonymous. So, I'm
11   still reviewing published literature.
12        Q.   All right.
13             Then it goes from May 30,
14   2005 up to July 10, 2005?
15        A.   Yes.
16        Q.   Did you do anything related
17   to Vioxx in between those dates?
18        A.   No, sir.
19        Q.   Then it starts and it says,
20   "Affidavit Prep."
21        A.   Yes.
22        Q.   And then really until we get
23   down to the bottom of September, which is
24   September the 9th, all of the entries

Page 216

1    there refer to affidavit prep, right?
2         A.   Right.
3         Q.   Now, does that mean that you
4    started writing the report on July 10,
5    2005?
6         A.   Yes.
7         Q.   Okay.
8              And all of these affidavit
9    prep entries are all related to the
10   writing of your report?
11        A.   Yes.
12        Q.   And then there's a break.
13   Did you issue -- let me back up.
14             Between September 9, 2005
15   and December 9, 2005, did you do any work
16   related to Vioxx?
17        A.   No, sir.
18        Q.   Now, you have discussion
19   with one hour. Is that a meeting with an
20   attorney?
21        A.   Yes.
22        Q.   Vioxx prep is just a review
23   of materials?
24        A.   Yes.

Page 217

1         Q.   "Review Biochemistry," what
2    does that mean?
3         A.   It just means review the
4    published biochemistry.
5         Q.   "Clinical Trial Review," you
6    have that broken out as a separate entry?
7         A.   Right.
8         Q.   What does that mean?
9         A.   Just means review of the
10   clinical trial manuscripts.
11        Q.   What about "Epi Review"?
12        A.   Epi review is a review of
13   the epidemiology underlies and the
14   epidemiologic -- underlies the
15   observational studies and the
16   observational studies themselves that
17   relate to Vioxx -- that relate to the
18   NSAIDs and COX-2 and cardiovascular
19   disease.
20        Q.   That's the only entry I see
21   on epi review three hours; is that right?
22        A.   That's the only one I see,
23   too.
24        Q.   "Manuscript Review," what

Page 218

1 does that mean?
2    A.   It just means I am reviewing
3 the manuscripts that are published.
4    Q.   Articles?
5    A.   Yes.
6    Q.   And then we're back to
7 affidavit prep. That's more preparing
8 your report?
9    A.   Yes.
10   Q.   Then "Document Review,"
11 "Review of Materials," is that the same
12 thing?
13   A.   No. Now, this is -- this is
14 now -- let's see. I didn't do anything
15 on Vioxx from the end of 2005 until April
16 2006, April 8th. At this point now I'm
17 reviewing other types of material. I'm
18 reviewing material that's on the CDs.
19 I'm reviewing internal documents,
20 memoranda, internal reports.
21        So, the material now that
22 I'm reviewing is separate and apart from
23 the articles that I've been reviewing up
24 to this point.

Page 219

1    Q.   Do you know what materials
2 you were reviewing on April 9th and 10th?
3    A.   No.
4    Q.   How about the 11th through
5 the 13th?
6    A.   No.
7    Q.   "Meeting at Dave Matthews 2
8 Hours" on the 14th. That's a meeting
9 here?
10   A.   Yes, sir.
11   Q.   Do you know who was in
12 attendance at that?
13   A.   Dave Matthews. I think
14 there was another attorney who I don't
15 remember.
16   Q.   "Document Review," what
17 documents were those?
18   A.   Similar kinds of documents.
19 I think what happens typically is we have
20 a meeting and I express other documents
21 I'd like to review, and they get sent to
22 me. Commonly they are there waiting by
23 the time I get home. And I review those
24 subsequent to the meeting. So, this

Page 220

1 cycle that we've got is a reflection of
2 that work pattern.
3    Q.   "Study Review," what does
4 that mean, 4/18?
5    A.   4/18. Same thing as a
6 protocol review that's coming up.
7 Looking at some of the clinical studies.
8    Q.   "Curfman Depo Review," I
9 assume that means that's when you read
10 the depositions and the exhibits?
11   A.   Yes, sir.
12   Q.   "Approve New England Journal
13 Review 2 Hours." What does that mean?
14   A.   I'm sorry, you skipped down.
15 Okay. APPROVe New England Journal
16 manuscript review and also additional
17 documents related to APPROVe.
18   Q.   Okay.
19        Then it says, "Document
20 Review" from May 2000 -- May 5th down to
21 May 10th?
22   A.   Yes.
23   Q.   "Meeting With Attorneys" on
24 May 11?

Page 221

1    A.   That's what that's supposed
2 to say. Yes.
3    Q.   What is that? Do you
4 remember who you met with then?
5    A.   Actually, Ted was here, Paul
6 was here. I don't remember who else was
7 in attendance, but it was continued
8 discussions about my opinions and my
9 relating to them what additional material
10 I would need to review.
11   Q.   What about 5/18?
12   A.   5/18? Same thing. Same
13 kind of pattern. Same attorneys were
14 here and the same agenda for the meeting.
15   Q.   Okay.
16        Now, I see on 5/22 through
17 5/29, or actually through 5/31, you still
18 have a lot of document reviews. What
19 were those documents?
20   A.   These are documents now,
21 these are e-mails, these are information
22 like Watson's report, review material
23 from reviewers to authors about
24 Vioxx-related manuscripts.

Lemuel A. Moye, M.D.

Page 222

1    Q.   What about the meeting on
2   5/31, was that to prepare for the
3   deposition?
4    A.   Yes.
5    Q.   Who was at that meeting?
6    A.   Paul was on the phone, I
7   think. Ted was here. One or two other
8   attorneys were here whose names I don't
9   remember.
10   Q.   Now, I don't see anything on
11  here about SAS file review.
12   A.   I haven't talked anything
13  about SAS file review.
14   Q.   Okay.
15       So, you've started to look
16  at it, but you haven't charged anything?
17   A.   What I have done, and the
18  modus operandi I wanted to use, I didn't
19  want to spend a lot of my time, spend a
20  lot of somebody else's money for an
21  unproductive review. So, I did a cursory
22  examination and realized it was going to
23  be very complicated. So, I reported
24  that, didn't charge for that, and had put

Page 223

1   it down for the time being.
2    Q.   Okay.
3        Now, when we talked about
4   your review of these documents in -- I
5   can't remember what exhibit it is, 2? Is
6   that Exhibit 2?
7    A.   Yes.
8    Q.   Where on your time sheets
9   would all of this review be? For
10  example, you have the depositions of
11  David Anstice and Briggs Morrison and
12  Eliav Barr and Barry Gertz?
13   A.   Yes.
14   Q.   Where would all of the
15  review of those materials be listed?
16   A.   It would start in April.
17   Q.   April of 2005?
18   A.   2006.
19   Q.   2006? Okay.
20       So, prior to April of 2006,
21  you had not reviewed internal company
22  documents?
23   A.   Correct.
24   Q.   You had not reviewed company

Page 224

1   witness depositions?
2    A.   Correct.
3    Q.   You had not reviewed Dr.
4   Curfman's deposition?
5    A.   That also is correct.
6    Q.   You had not reviewed the
7   study protocols?
8    A.   That's correct. The
9   unpublished study protocols, the
10  unpublished FDA reports I had not
11  reviewed, that's right.
12           - - -
13       (Whereupon, Deposition
14  Exhibit Moye MDL 4, "Testimony of
15  Lemuel A. Moye, MD, PhD" (2
16  pages), was marked for
17  identification.)
18           - - -
19  BY MR. PIORKOWSKI:
20   Q.   Okay.
21       I've also marked as Exhibit
22  4 a document that was produced to us and
23  represented to be a summary of your
24  testimony.

Page 225

1    A.   Okay.
2    Q.   Is this a document that you
3   prepared?
4    A.   It is not.
5    Q.   Do you know who prepared it?
6    A.   I think Scientific Evidence
7   prepared this.
8    Q.   Okay.
9        Does Scientific Evidence
10  track your testimony?
11   A.   I think they do. Actually,
12  yes, they do.
13   Q.   Have you reviewed this to
14  see if it's accurate?
15   A.   I have not until this time.
16  I can look at it for a moment and see if
17  it is accurate.
18   Q.   Sure.
19   A.   (Witness reviewing
20  document.)
21       This is an accurate
22  reflection of my testimony.
23   Q.   All right.
24       Let's go back to where we

Lemuel A. Moye, M.D.

Page 226

1  were before the last break. I was asking
2  you about study 023. Do you remember
3  that?
4      A.  Yes.
5      Q.  I had asked whether an
6  incidental finding of the study was that
7  urinary prostacyclin levels were lower in
8  Vioxx users?
9      A.  Yes.
10         MR. SIZEMORE: Object to
11  form.
12         THE WITNESS: I'm sorry,
13  yes.
14         MR. PIORKOWSKI: I'm sorry.
15  What's the basis, Ted?
16         MR. WACKER: You are calling
17  it an incidental finding.
18         MR. PIORKOWSKI: That's
19  fair.
20  BY MR. PIORKOWSKI:
21      Q.  Okay.
22         By "incidental finding," is
23  it your understanding an incidental
24  finding is a finding that's an

Page 227

1  observation during a study that was not
2  sort of the intended endpoint of the
3  study?
4      A.  I would say this. That it
5  is -- I would say an exploratory finding.
6  It is a finding on an endpoint that was
7  not prospectively declared.
8      Q.  Is it fair in scientific
9  parlance to refer to it as an incidental
10  finding?
11     A.  I think the two are
12  synonymous, yes.
13     Q.  All right.
14        The finding was that, so
15  we're all clear, urinary prostacyclin
16  levels were lower in Vioxx users?
17     A.  Yes.
18     Q.  All right.
19        Based on the documents you
20  reviewed, there was lots of discussion
21  among the people at Merck about what that
22  finding meant and what that finding
23  didn't mean, right?
24     A.  Yes.

Page 228

1      Q.  One of the things that Merck
2  did was they discussed that finding with
3  their Board of Scientific Advisors,
4  right?
5      A.  Yes, sir.
6      Q.  Okay.
7         Now, let me just ask you, is
8  it your understanding that the study
9  results became known in late 1997?
10     A.  I think so, yes.
11     Q.  Prior to 1997, are you aware
12  of anything that suggested that Vioxx had
13  any effect on the prostacyclin levels?
14     A.  Let me look in my report for
15  a second.
16     Q.  Certainly.
17     A.  (Witness reviewing
18  document.)
19         Not on the prostacyclin
20  levels, no. I'm not aware of any.
21     Q.  Okay. All right.
22            - - -
23         (Whereupon, Deposition
24  Exhibit Moye MDL 6, "Scientific

Page 229

1  Advisors' Meeting May 3-May 6,
2  1998 Programmatic Review Vioxx
3  Program" MRK-AEI0002734 -
4  MRK-AEI0002746, was marked for
5  identification.)
6          - - -
7  BY MR. PIORKOWSKI:
8      Q.  Let me hand you what I've
9  marked as Exhibit 6, and this is one of
10  the documents that you've looked at as a
11  part of your review, right?
12     A.  Yes, sir.
13     Q.  In fact, you specifically
14  reference this document in your report,
15  right?
16     A.  I do.
17     Q.  First of all, the title of
18  this document is "Scientific Advisors
19  Meeting," right?
20     A.  Yes, sir.
21     Q.  What's your understanding of
22  what the Board of Scientific Advisors
23  was?
24     A.  I believe it was a group of

58 (Pages 226 to 229)

Lemuel A. Moye, M.D.

Page 230

1  experts, primarily outside experts whose
2  job it was to examine the progress of the
3  Vioxx development program at Merck.
4      Q.   Were these experts, any of
5  them, company employees?
6      A.   That I don't know.
7      Q.   What was the purpose in
8  having them?
9      A.   Well, in a complicated
10 development program, not just Vioxx, but
11 any complicated program, people who work
12 on the program continuously sometimes
13 lose the appropriate perspective on their
14 work.  And it's useful to have an outside
15 group of experts come in and provide
16 their own point of view.
17     Q.   Okay.
18          So, is it your understanding
19 that Exhibit 6 reflects a summary of a
20 meeting of the scientific advisors
21 concerning Vioxx that was held between
22 May 6 -- I'm sorry, May 3rd and May 6th,
23 1998?
24     A.   Yes.

Page 231

1      Q.   Were the results of study
2  023, by the way, published in the
3  peer-reviewed medical literature?
4      A.   I think so, but I'm not
5  sure.  Actually, I'm pretty sure they
6  were published.  I think I saw them
7  referenced in another manuscript I read.
8  So, they were published.
9      Q.   Now, on the third page of
10 this document -- well, let's put this
11 back up a minute.
12          What this document talks
13 about, this is at a point in time when
14 the Phase III studies are still ongoing,
15 right?
16     A.   Yes, sir.
17     Q.   And they are at a point in
18 time where they are coming up on the end
19 of the middle to the end of Phase III,
20 right?
21     A.   Yes.
22     Q.   New drug application hasn't
23 been submitted yet, but it is probably a
24 few months away?

Page 232

1      A.   Yes, sir.
2      Q.   Is that the appropriate
3  point in time?
4      A.   That's the time when this
5  group was meeting.
6      Q.   What this particular
7  document reviews is it reviews various
8  aspects of the Vioxx development program
9  and issues that have arisen, right?
10     A.   Yes.
11     Q.   And it starts off, for
12 example, talking about gastrointestinal
13 effects, right?
14     A.   Yes.
15     Q.   On the third page, there's a
16 discussion of cardiovascular
17 pathophysiology, right?
18     A.   Yes.
19          MR. WACKER:  The third page,
20     which is Page 11 of the document.
21          MR. PIORKOWSKI:  Fair
22     enough.
23 BY MR. PIORKOWSKI:
24     Q.   Now, if we were going to

Page 233

1  fairly describe what this document said,
2  there's a description by the scientific
3  advisors that talks about the possible
4  effects of COX-2 inhibition on three
5  separate components of the process
6  leading to coronary ischemic events,
7  right?
8      A.   Yes.
9      Q.   And you recognize just
10 conceptually that a drug can have
11 different effects on different parts of
12 the process of coronary artery disease,
13 right?
14     A.   Well, yes.  In fact -- yes,
15 I am.
16     Q.   I mean, that's sort of what
17 we talked about with aspirin, right?
18     A.   Yes.
19     Q.   Now, one of the things that
20 the board is raising here is they're
21 raising three possible effects, and the
22 first two possible effects that they're
23 talking about are actually beneficial
24 effects, right?

59 (Pages 230 to 233)

Lemuel A. Moye, M.D.

Page 234

1    MR. SIZEMORE: Object to
2    form.
3    THE WITNESS: If we're on
4    Page 11, I disagree with you. I
5    mean, development of lipid rich
6    coronary plaques is not
7    beneficial. Destabilization is
8    certainly not beneficial.
9  BY MR. PIORKOWSKI:
10   Q. They are not beneficial
11 processes, but what this is saying is
12 that there's evidence that Vioxx may
13 actually be beneficial, because the
14 development of lipid rich plaques is an
15 inflammatory disease that's associated
16 with the release of cytokines and COX-2
17 expression, and COX-2 inhibition would be
18 beneficial for this.
19   MR. WACKER: Object to form.
20   THE WITNESS: I think I
21   understand what you are saying.
22   Certainly the second -- the
23   bottom two-thirds, let's say, of
24   Page 11, provides a rationale by

Page 235

1  which COX-2 might be expected to
2  be beneficial. However, they also
3  say up above that there are either
4  benefits or adverse consequences
5  on coronary heart disease. So,
6  agreed, here this paragraph is
7  talking about how it might be
8  helpful.
9  BY MR. PIORKOWSKI:
10   Q. Let me back up, because
11 there are three subsections under this
12 cardiovascular pathophysiology, right?
13   A. Yes.
14   Q. The first section is the
15 development of lipid rich coronary
16 plaques, right?
17   A. Yes.
18   Q. Second section is
19 destabilization of the cap of an
20 atheromatous plaque, right?
21   A. Yes.
22   Q. The third section is events
23 following a plaque rupture?
24   A. Yes.

Page 236

1   Q. The purpose of this section
2  is to discuss all of the effective COX-2
3  inhibition on all potential coronary
4  ischemic events, whether beneficial or
5  harmful?
6   A. It is a broad based
7  discussion of possibilities.
8   Q. Right.
9   A. Yes.
10   Q. Okay.
11   And possibility number one
12 that they discuss in the development of
13 lipid rich coronary plaques is suggesting
14 that one possible effect of COX-2
15 inhibition would be to decrease the
16 process of plaque formation?
17   MR. WACKER: Object to form.
18   THE WITNESS: This
19   speculative paragraph says one
20   possibility is this, right.
21 BY MR. PIORKOWSKI:
22   Q. Okay.
23   That's what the Board of
24 Scientific Advisors is discussing, right?

Page 237

1   A. Yes.
2   Q. And under the second
3  paragraph, under "Destabilization," it
4  says that "Recent evidence indicates that
5  inflammatory cells are present in the
6  thinned-out cap that covers the
7  atheromatous plaques, and it is thought
8  that these inflammatory cells contribute
9  to thinning the plaque at its margin that
10 is the frequent site of plaque rupture.
11 As the critical cells in this process are
12 inflammatory cells, the possibility
13 exists that the products of COX-2 could
14 regulate thinning of the caps of plaques
15 and render them rupture-prone." Right?
16   A. Right.
17   Q. So, what it's saying here is
18 that there's some scientific evidence
19 that COX-2 actually promotes plaque
20 destabilization?
21   A. Yes.
22   Q. And so inhibiting COX-2
23 would actually promote stabilization?
24   A. I think that is possible,

60 (Pages 234 to 237)