Lemuel A. Moye, M.D.

Page 278

1    A.    Right.
2    Q.    Okay.
3          And those are the groups
4    that you just told me that you understood
5    were compared?
6    A.    Yes, that's right.
7    Q.    Okay.
8          Do you see under Vioxx
9    patients where it says that "All
10   treatment groups from the Vioxx studies
11   were combined"?
12   A.    Yes.
13   Q.    "All patients receiving at
14   least one day of study drug (placebo,
15   active NSAID comparator, or Vioxx) in
16   double blind, placebo controlled trials
17   of Vioxx were included in the analysis."
18   A.    Right.
19   Q.    So, that means that some of
20   the people in the analysis were Vioxx
21   patients?
22   A.    Right.
23   Q.    Other people in the analysis
24   may have been diclofenac patients or

Page 279

1    ibuprofen patients?
2    A.    Okay.
3    Q.    And other people may have
4    been placebo patients?
5    A.    Right.
6    Q.    And regardless of what they
7    received for purposes of this analysis,
8    they were treated as, quote, Vioxx
9    patients?
10   A.    Right.
11   Q.    So, we're not dealing with
12   just patients taking Vioxx here?
13   A.    Right.
14   Q.    We're talking about the
15   result for all patients who are in the
16   Vioxx clinical trial program regardless
17   of whether they were receiving Vioxx,
18   placebo or a comparator, right?
19   A.    Yes. Right.
20   Q.    So, if there's an increased
21   risk even for the sake of discussion, we
22   don't know if that increased risk is
23   related to Vioxx or not?
24   A.    Actually, it is even worse

Page 280

1    than that.  There is an increased risk,
2    and, in fact, the increased risk is seen
3    in patients who are either on Vioxx or
4    not on Vioxx.  Which means when you
5    combine these groups, and let's presume
6    for a second that patients in the placebo
7    group aren't going to have an increased
8    risk and there's no reason to suspect
9    that patients on other active NSAIDs are
10   going to have an increased risk, so,
11   you've got a group whose risk you don't
12   know, the Vioxx group, to be fair, a
13   group whose risk you don't know, Vioxx,
14   versus combined with a group whose risk
15   you do know, and you wind up with a risk
16   that's elevated above -- a rate that's
17   elevated above placebo, that makes me
18   think that what we've got here is a bias
19   to the null.
20         And, in fact, if you had
21   excluded the group that you pointed out
22   that were on placebo or on diclofenac or
23   something else, excluded those patients
24   since they don't have an elevated risk,

Page 281

1    the risk we see here, the risk that we
2    would see in that comparison would be far
3    greater.  So, this is an underestimate of
4    the effect.
5    Q.    Doctor, what you've got here
6    is you've got an analysis that's done on
7    blinded patients that puts together Vioxx
8    users, other NSAID users and placebo
9    users, right?
10   A.    Right.
11   Q.    And compares that to the
12   placebo group from another study, right?
13   A.    Right.
14   Q.    These data are later
15   unblinded, right?
16   A.    Yes.
17   Q.    Those unblinded data are
18   analyzed, right?
19   A.    Yes.
20   Q.    Those unblinded data are
21   reported, and the CV event rates are
22   analyzed, right?
23   A.    You mean where?
24   Q.    In the new drug application.

Lemuel A. Moye, M.D.

Page 282

1   A.   In the NDA. Somewhere in
2   the NDA. Okay.
3   Q.   Well, in the integrated
4   safety summary.
5   A.   Okay.
6   Q.   Do you dispute that these
7   data are set forth in the integrated
8   safety summary?
9   A.   I don't know as I sit here
10  whether Table 6 appears in the ISS.
11  Q.   As an epidemiologist, if you
12  have the same data unblinded completed
13  study, analyzed in accordance with the
14  original study protocol, is that more
15  meaningful than an analysis that is
16  conducted that groups patients together
17  and compares it against a historical
18  placebo group?
19  A.   If I'm looking for efficacy,
20  then I take your point. If I am looking
21  for signal of harm, which requires me to
22  be vigilant and really turn over, open
23  all the closets to find it, then the
24  answer is no. This epidemiologic

Page 283

1   evaluation as presented here carries
2   important weight in demonstrating a
3   signal associated with Vioxx use. In
4   fact, this Table 6 and 7 underestimated
5   the strength of association between Vioxx
6   and CV adverse events.
7   Q.   How can you say that when
8   you've got the results of the Phase III
9   clinical studies after they have been
10  unblinded and analyzed in comparison with
11  the original study protocol?
12  A.   Well, for a couple of
13  reasons. Number one, smaller numbers.
14  Those studies that you just described
15  were not designed to look for CV events.
16  They are underpowered. Now we're in an
17  environment which may not be -- may not
18  have exceedingly high power, but has more
19  power. And, in fact, when we have more
20  power, a signal emerges.
21  Q.   Where does that come from?
22  A.   Well, we've got more
23  patients here.
24  Q.   Doctor, did you read the

Page 284

1   Konstam article?
2   A.   Yes.
3   Q.   Konstam did a meta-analysis
4   of all of the OA studies after the VIGOR
5   study came out. Do you recall that?
6   A.   Right.
7   Q.   There was no increased CV
8   risk.
9       MR. WACKER: Object to form.
10  BY MR. PIORKOWSKI:
11  Q.   Is that true?
12  A.   Marv found no CV risks.
13  Q.   What's that?
14  A.   Marv Konstam found no
15  elevated CV risks. However, that was
16  after VIGOR came out. This is 1998. And
17  in February 1998, the information that
18  was in Merck's possession, which we now
19  know to be right, is that there is
20  increased cardiovascular risk associated
21  with Vioxx.
22  Q.   Doctor, the data that Marv
23  Konstam analyzed is the same data that
24  Watson did his analysis on, isn't it?

Page 285

1   A.   Well, I don't know. I think
2   that there might be some differences.
3   Well, I have to look and see, not so much
4   the data, but the definitions they use.
5       But nevertheless, in 1998,
6   they didn't have the Konstam
7   meta-analysis, they had this in the
8   presence of -- well, they had this, and
9   this information to me reveals that there
10  is increased CV risk associated with
11  Vioxx.
12  Q.   One analysis of unblinded
13  patients that may or may not have been
14  using Vioxx compared to two clinical
15  trial historical placebo groups, that's
16  the basis of your saying that Merck
17  withheld information?
18  A.   Well, I would say the best
19  epidemiologic information you had based
20  on a combination of studies which
21  increased power and was subject to a bias
22  to the null demonstrates an increased
23  risk in most all demographic subgroups
24  when they were warned there might be one

Page 286

1  there.
2  Q. When you say "bias to the
3  null," what's your understanding of what
4  the rate of serious cardiovascular
5  adverse events is in the general
6  population or in the placebo group?
7  A. I'd have to look it up. I
8  don't know. I didn't come prepared to
9  answer that.
10 Q. Do you have any notion?
11 A. I wouldn't speculate. It
12 depends on risk factors. It depends on
13 lots of things.
14 Q. Okay.
15    You said today we know that
16 there's no increased risk associated with
17 other NSAIDs. What's your basis for
18 saying that?
19 A. I'm saying -- what I'm
20 saying is that there was no increased
21 risk at the time anticipated for placebo
22 group, Fosamax or Proscar.
23 Q. Come again.
24 A. Sure. It was anticipated

Page 287

1  that there was no increased risk of
2  cardiovascular events associated with the
3  placebo group in Proscar or Fosamax
4  studies. We're comparing -- the control
5  group for this study are the placebo
6  groups from those two studies.
7  Q. That's why they're doing the
8  study?
9  A. Right.
10 Q. Okay. So --
11 A. Maybe I didn't get your
12 question right.
13 Q. You said that there's a bias
14 to the null. Is that what you said?
15 A. Yes.
16 Q. And your reason for saying
17 that is because you're assuming there's
18 no increased risk with the placebo group,
19 right?
20 A. Right.
21 Q. And you're assuming there's
22 no increased risk with comparator NSAIDs?
23 A. Right.
24 Q. Is your latter assumption

Page 288

1  that there's no increased risk with
2  comparator NSAIDs, is that true?
3  A. I believe so. And excuse
4  me. Number one, not only do I believe
5  that that's true, but I believe a
6  reasonable and prudent drug company would
7  have assumed that was true when they are
8  trying to assess the CV risk of their own
9  product.
10 Q. Was the Watson analysis
11 results shared with the Board of
12 Scientific Advisors?
13 A. Actually, I don't know.
14 This report appeared in February of 1998,
15 and the Watson committee met in May of
16 1998. I think that's right.
17 Q. The scientific advisory
18 committee?
19 A. Right. That's what I meant
20 to say. The Advisory Committee.
21    The Scientific Advisory
22 Committee met in May of 1998. So, I
23 don't know if it was shared or not. It
24 is certainly possible that it could have

Page 289

1  been shared. I don't know what they
2  looked at.
3  Q. Did Watson find what he
4  considered to be an increased risk?
5  A. Watson's conclusions, I
6  think, were wrong.
7  Q. Well, his conclusion,
8  whether you think it was right or wrong,
9  was that he did not feel there was an
10 increased risk, right?
11 A. Right.
12 Q. In Paragraph 24 of your
13 report, you talked about two mechanisms
14 by which you believe Vioxx produces
15 cardiovascular disease?
16    MR. WACKER: Which
17    paragraph, 24?
18    THE WITNESS: Back up for
19    just a second. What Dr. Watson
20    said, "In summary, CV SAE
21    incidence rates in patients
22    enrolled in Vioxx trials appears
23    to be roughly consistent with what
24    would be expected in the general

Page 290

population, and there was no clear evidence of consistently elevated adjusted risk compared to placebo controls from Proscar and Fosamax." That's not a vigilance statement. That's a protective statement.

BY MR. PIORKOWSKI:
Q. This statement --
A. So, certainly it is his statement and he's responsible for it. But, I mean, to me it just belies the attitude that was used to review the data.

MR. JOSEPHSON: Objection to responsiveness.

BY MR. PIORKOWSKI:
Q. You originally said that the purpose of this was to do a rough look, right?
A. Right.
Q. That's exactly what it is when you do a comparison to a historical placebo group, is a rough look, right?

Page 291

A. Absolutely.
Q. And Dr. Watson's conclusion that there was not an increased CV risk, if that was taken in isolation and nothing further was done, then that's a different thing than having the board of scientific advisors meet and discuss the results of his analysis and reach a conclusion that they are going to implement the CVSOP. Do you agree with that?
A. Well, not necessarily on the one. Maybe I missed it. But I didn't see anywhere in the Scientific Advisory meeting minutes that we discussed when they said they looked at the Watson report and how they factored it. I didn't see anything in here about that.

Number two, this is a vigilant evaluation, which means you look for reason, you look for evidence that something is there and not look for a reason to explain away what is there.

And certainly I would agree

Page 292

with you, in a coarse look, somebody who didn't want to find an elevated CV risk could come up with lots of reasons why the results could be discarded. But that's not the proper conduct for a reasonable and prudent company looking for a signal when they have been told that one might very well be there.

Q. At the time of Vioxx's initial approval, there was no controlled study that showed an increased risk in Vioxx users compared to placebo users or any other comparator; is that right?

MR. WACKER: Object to form.
THE WITNESS: At the time of the approval?

BY MR. PIORKOWSKI:
Q. At the time of Vioxx's initial approval, there was no clinical study that showed an increased cardiovascular risk with Vioxx compared to NSAID comparators or placebo?
A. Oh, I would say this. Of course. But that carries no weight

Page 293

because none of these studies were powered to look for this, so, there's no surprise that a single study is not going to demonstrate an increased risk of CV events in Vioxx group, even though we now know it was in the population. That's why you turn to, what we say, coarse advisories and coarse methodology like this.

MR. PIORKOWSKI: Object to the nonresponsive portion.

BY MR. PIORKOWSKI:
Q. Did any combination of analyses that was submitted to the FDA -- when a sponsor submits their Phase III studies to the FDA, they don't simply submit a collection of individual study results, they analyze the data collectively, right?

MR. WACKER: Object to form.
THE WITNESS: I have seen that happen commonly. It doesn't happen all the time. I've seen it happen commonly.

Page 294

BY MR. PIORKOWSKI:
Q.  Did you see it happen in the ISS for Vioxx?
A.  Yes.
Q.  Okay.
And when those data were analyzed collectively, there was no indication of an increased risk of serious cardiovascular events, correct?
MR. WACKER:  Object to form.
THE WITNESS:  In the analysis that they did, which did not include the Watson analysis.
BY MR. PIORKOWSKI:
Q.  Right.
And in the analysis of the controlled clinical trials that were the trials that were discussed with the FDA at the end of Phase II meeting, none of those studies or any combination of those studies showed an increased risk of serious cardiovascular events?
A.  Well, they didn't show this combination.

Page 295

Q.  They didn't.  They didn't show the study that included Vioxx users and users of several other drugs compared to a historical placebo group.  That's true.  That was not --
A.  Right.  They didn't show that.  And that showed a signal.
Q.  But my question is not whether this rough look showed a signal.  My question is whether any individual clinical trial or any combination of data from the clinical trials showed an increased risk at the time of the initial approval?
A.  Maybe I don't understand your question.  When you say "combination," I think Watson.  Do you want to exclude that?
Q.  Watson is not a study of just Vioxx users.
A.  Watson is a study of combined results from Merck's own program development using Merck's own data analyzed by Merck's own people.  I mean,

Page 296

I think it is relevant.
Q.  But it is not Vioxx patients?
A.  It is Vioxx patients.
Q.  It is Vioxx patients and a lot of other patients.
A.  So it's Vioxx patients, and it's Vioxx patients combined with other Merck patients which had no increased risk of CV disease and, in fact, shows an increased risk.  The study is biased to the null.  It is very relevant, certainly when it is positive.
Q.  On Page 11 of your report, Paragraph 24, you describe that there are two mechanisms by which you believe Vioxx produces cardiovascular disease.  Do you see that?
A.  Yes.
Q.  The first is elevation in blood pressure, right?
A.  Right.
Q.  And is it your opinion that because Vioxx can elevate blood pressure

Page 297

that it "adds to the force of atherosclerotic disease development"?
A.  Yes.
MR. WACKER:  Object to form.
THE WITNESS:  Sorry.
MR. PIORKOWSKI:  That's his language.
BY MR. PIORKOWSKI:
Q.  That's your verbatim language out of your report, right?
A.  Yes.
Q.  Okay.
And by "adds to the force of atherosclerotic disease development," does that mean it causes atherosclerosis?
A.  It is a factor in the generation of atherosclerosis.
Q.  Okay.
The second point you make is that Vioxx affects the blood's clotting balance, which you say causes angina pectoris, heart attacks and sudden death, right?
A.  Right.

Page 298

1  Q. Okay.
2     Now, those are the
3  conclusions you've reached after
4  reviewing all the scientific evidence and
5  about 200 hours worth of documents,
6  right?
7  A. Yes.
8  Q. Okay.
9     Are there any other
10 mechanisms by which you believe Vioxx
11 produces cardiovascular disease?
12 A. Well, mechanism two in
13 addition to mechanism -- by catastrophic
14 thrombotic events, I mean that it can
15 increase -- potentially increase
16 atherogenesis or make plaques more
17 friable in addition to producing
18 thrombus.
19 Q. Where does it say that in
20 your report?
21 A. Well, that's what I mean.
22 When you asked me what did I mean, that's
23 what I mean.
24 Q. Well, it says it

Page 299

1  destabilizes the blood clotting balance.
2  There's nothing in here about
3  destabilizing plaque.
4  A. Okay. But that's what I
5  mean.
6  Q. Okay.
7     Well, let's take them one at
8  a time. First of all, what's your basis
9  mechanistically for saying that Vioxx
10 destabilizes plaque? Do you have any
11 paper or any scientific evidence of that?
12 A. I don't have any paper that
13 shows definitively that in intravascular
14 atherosclerosis production that COX-2
15 inhibitors can accelerate that. I guess
16 I would have expected to see that from
17 Merck's own development program. I mean,
18 it wasn't there.
19    However, I do understand the
20 complexity of the atherosclerotic
21 generation system. I also understand the
22 delicate interplay in the role of
23 thrombus, and I believe it is admissible
24 that COX-2 inhibitors, like Vioxx, and

Page 300

1  exclusively COX-2 inhibitors, can make
2  atherogenic caps more friable.
3     MR. JOSEPHSON: Objection,
4  nonresponsive.
5  BY MR. PIORKOWSKI:
6  Q. Based on what?
7  A. Based on my understanding of
8  how these mechanisms work.
9  Q. We already talked about
10 MMP-9 and 2 and their effect on
11 stabilizing plaque when you inhibit them.
12 Do you have any theory or any paper that
13 supports that inhibiting COX-2 causes
14 destabilization of plaque specifically?
15    MR. WACKER: Object to form.
16    THE WITNESS: It is my
17 assessment -- it is my opinion
18 based on the summing up of my
19 understanding of the mechanisms by
20 which atherogenic mounds develop
21 and break off.
22    MR. PIORKOWSKI: Objection,
23 nonresponsive.
24 BY MR. PIORKOWSKI:

Page 301

1  Q. So, the answer is, no, you
2  can't cite me to any scientific study?
3     MR. WACKER: That's
4  argumentative.
5     THE WITNESS: I guess my
6  answer is --
7     MR. PIORKOWSKI: No, it's
8  not. My question is, is there a
9  study, not what's his
10 understanding.
11    THE WITNESS: My answer is,
12 no, there's not, and I would have
13 expected to see one in Merck's
14 development program.
15 BY MR. PIORKOWSKI:
16 Q. Is the basis for your belief
17 that Vioxx adds to the force of
18 atherosclerosis, that increases in blood
19 pressure for any reason add to the force
20 of atherosclerosis?
21 A. I would say chronic
22 increases in blood pressure, not just a
23 temporary acute increase, but chronic
24 increase.

Lemuel A. Moye, M.D.

Page 302

1  Q. So, is it your opinion with
2  respect to Vioxx, that Vioxx causes
3  chronic increases in blood pressure?
4  A. Yes.
5  Q. And what's that based on?
6  A. It's based on the APPROVe
7  study.
8  Q. Anything else?
9  A. I think APPROVe is the best
10 source of information. I can't think of
11 anything else as I sit here.
12 Q. Let me ask you this.
13    Is there anything unique in
14 your view about elevated blood pressure
15 caused by Vioxx?
16 A. I don't know what you mean
17 by that.
18 Q. Is elevated blood pressure
19 caused by Vioxx different than elevated
20 blood pressure caused by not taking your
21 antihypertensive medication or elevated
22 blood pressure caused by some other
23 medication that causes elevated blood
24 pressure?

Page 303

1  A. I actually don't know.
2  Q. You don't have any reason to
3  believe it is?
4  A. I just don't know.
5  Q. Well, you're assuming in
6  assuming -- well, part of your inference
7  that Vioxx affects atherosclerosis is
8  based on what you know about blood
9  pressure from causes not Vioxx, right?
10 A. Yes.
11 Q. And you're inferring that
12 because it's widely accepted that
13 increases in blood pressure promote
14 atherosclerosis, if Vioxx promotes
15 atherosclerosis, then it is reasonable to
16 assume that if Vioxx increases blood
17 pressure, it is reasonable to assume that
18 Vioxx promotes atherosclerosis? Is that
19 your reasoning?
20 A. Yes.
21 Q. Okay.
22    And you believe it is widely
23 known within the medical community that
24 increasing blood pressure can increase

Page 304

1  the risk of atherosclerosis?
2  A. It does increase the risk of
3  atherosclerosis.
4  Q. It does increase the risk?
5  A. Right.
6  Q. Okay.
7     Now, the potential to cause
8  blood pressure elevations is a potential
9  side effect of all drugs in the
10 nonsteroidal anti-inflammatory family,
11 true?
12    MR. WACKER: Object to form.
13    THE WITNESS: There is some
14    increased risk with many different
15    drugs, right, including NSAIDs.
16 BY MR. PIORKOWSKI:
17 Q. Well, I'm asking
18 specifically, though, about NSAIDs.
19    Are you aware that every
20 NSAID has the potential to cause blood
21 pressure elevations?
22 A. Yes.
23 Q. And, in fact, that was a
24 fairly widely known fact back in the

Page 305

1  early '90s, right?
2  A. Yes.
3  Q. Okay.
4     And, in fact, because all
5  NSAIDs were known to have the effect of
6  increasing blood pressure, that was a
7  fact that was known to Merck and to the
8  FDA at the time Merck started doing its
9  clinical trials on Vioxx, right?
10 A. Well, it was certainly
11 appreciated that NSAIDs could increase
12 blood pressure.
13 Q. Back at that time?
14 A. Yes.
15 Q. There was no reason to think
16 that Vioxx was different than any other
17 NSAID or that it was an exception to the
18 rule that NSAIDs could elevate blood
19 pressure, right?
20    MR. WACKER: Objection to
21    form as to time.
22    MR. PIORKOWSKI: Okay.
23    Fair point.
24 BY MR. PIORKOWSKI:

77 (Pages 302 to 305)

Lemuel A. Moye, M.D.

Page 306

1  Q. At the time Vioxx Phase III
2  clinical studies started, right, there
3  was no reason to believe that Vioxx was
4  an exception to the rule that NSAIDs can
5  cause elevated blood pressure?
6  A. Okay. Right.
7  Q. Is that fair to say?
8  A. Yes.
9  Q. And because of that, blood
10 pressure was evaluated during the Phase
11 III clinical trials, true?
12 A. Yes, true.
13 Q. And you saw several
14 evaluations of the effect of Vioxx on
15 blood pressure in the integrated summary
16 of safety that you reviewed, right?
17 A. Yes.
18 Q. Okay.
19     And certainly based on your
20 review of the materials like the medical
21 officer reviews, certainly the FDA was
22 aware that all NSAIDs can elevate blood
23 pressure at the time it was reviewing
24 Vioxx for approval, right?

Page 307

1  A. Yes. That's right.
2  Q. And when the Vioxx clinical
3  studies were submitted to the FDA as a
4  part of the new drug application, all of
5  the information about the effects of
6  Vioxx on blood pressure in the clinical
7  trials was included, wasn't it?
8  A. Yes.
9  Q. You have no reason to
10 believe, as you sit here today, that
11 there was any information about adverse
12 effects on blood pressure that was
13 withheld from the FDA or from the FDA
14 Advisory Committee?
15 A. I don't know.
16 Q. You don't know one way or
17 the other?
18 A. I don't know.
19 Q. You don't have any reason to
20 know that it was withheld, though?
21 A. Right.
22 Q. As you sit here today, you
23 can't say here's a document that shows
24 that Merck knew that it really was bad

Page 308

1  for blood pressure elevation, but didn't
2  give it to the FDA?
3  A. That's correct.
4  Q. Okay.
5     Let me back up a minute and
6  ask you some general questions about risk
7  factors.
8     Is it correct that
9  cardiovascular disease is what they call
10 a multifactorial disease?
11 A. You mean atherosclerotic
12 cardiovascular disease?
13 Q. Yes.
14 A. By and large, yes.
15 Q. What do you mean "by and
16 large"? Is there a --
17 A. Well, a Prinzmetal variant
18 is not multifactorial. To my knowledge,
19 that's not multifactorial.
20 Q. When you teach your
21 students, do you tell your students that
22 cardiovascular disease -- that
23 atherosclerotic cardiovascular disease is
24 a multifactorial disease?

Page 309

1  A. Yes.
2  Q. And that means that it has
3  many causes, right?
4  A. Yes.
5  Q. Is hypertension a recognized
6  cause of heart disease?
7  A. It is.
8  Q. Is hypertension a recognized
9  cause of myocardial infarction?
10 A. Yes.
11 Q. Is hypertension a recognized
12 cause of sudden death?
13 A. In and of itself? I guess I
14 don't think so, in and of itself.
15 Q. Is hypertension a recognized
16 cause of stroke?
17 A. Yes.
18 Q. Is hypertension a recognized
19 cause of peripheral vascular disease?
20 A. Yes.
21 Q. Hypertension can cause
22 cardiovascular disease even in the
23 absence of Vioxx, right?
24 A. Yes.

Lemuel A. Moye, M.D.

Page 310

1  Q. Been doing it for centuries,
2  right?
3  A. Sadly, right.
4  Q. Sadly.
5      Is elevated cholesterol a
6  recognized cause of heart disease?
7  A. Yes.
8  Q. Is elevated cholesterol a
9  recognized cause of myocardial
10 infarction?
11 A. Yes.
12 Q. Is elevated cholesterol a
13 recognized cause of sudden cardiac death?
14 A. Yes.
15 Q. Is elevated cholesterol a
16 recognized cause of stroke?
17 A. Yes. And just so I can be
18 clear, we are talking about total
19 cholesterol. We're not talking HDL.
20 Q. My question -- that's a good
21 clarification. My question that I was
22 asking right now is total cholesterol.
23 A. Okay.
24 Q. Right.

Page 311

1  A. Okay.
2  Q. And is elevated total
3  cholesterol a recognized cause of
4  peripheral vascular disease?
5  A. It is.
6  Q. If I asked you the same
7  question and instead of total
8  cholesterol, I asked you LDL cholesterol,
9  would all the answers be the same?
10 A. They would.
11 Q. If I asked you whether
12 having a low HDL cholesterol is a
13 recognized cause of heart disease, what
14 would you say to that?
15 A. I would agree with that.
16 Q. Okay.
17     Is having a low HDL
18 cholesterol a recognized cause of stroke?
19 A. I don't know. It certainly
20 follows. I just don't know if there's
21 any study that really shows that.
22 Q. Is having a low HDL
23 cholesterol a recognized cause of
24 peripheral vascular disease?

Page 312

1  A. Again, I'm not really sure
2  about that. But the reasoning tracks.
3  Q. Is smoking a recognized
4  cause of heart disease?
5  A. It is.
6  Q. Is it a recognized cause of
7  myocardial infarction?
8  A. Yes.
9  Q. Is smoking a recognized
10 cause of sudden cardiac death?
11 A. Yes.
12 Q. Is smoking a recognized
13 cause of stroke?
14 A. Yes.
15 Q. Is it a recognized cause of
16 peripheral vascular disease?
17 A. Yes.
18 Q. Is diabetes a recognized
19 cause of heart disease?
20 A. Yes.
21 Q. Is it a recognized cause of
22 myocardial infarction?
23 A. Yes.
24 Q. Is diabetes a recognized

Page 313

1  cause of sudden cardiac death?
2  A. Yes.
3  Q. Is diabetes a recognized
4  cause of stroke?
5  A. Yes.
6  Q. Is it a recognized cause of
7  peripheral vascular disease?
8  A. Yes.
9      MR. WACKER: You should have
10     sent us a request for admissions.
11 BY MR. PIORKOWSKI:
12 Q. Is obesity a recognized
13 cause of heart attack?
14 A. Yes.
15 Q. Is it a recognized cause of
16 heart disease generally?
17 A. Yes.
18 Q. Is it a recognized cause of
19 stroke?
20 A. Yes.
21 Q. Is it a recognized cause of
22 peripheral vascular disease?
23 A. Yes.
24 Q. Do you regard stress as a

Lemuel A. Moye, M.D.

Page 314

1  recognized cause of heart disease?
2      A.  Yes, I do.
3      Q.  Do you recognize it as a
4  cause of myocardial infarction?
5      A.  Yes.
6      Q.  Is stress a recognized cause
7  of stroke?
8      A.  Yes.  It certainly seems
9  that way.
10     Q.  Okay.
11         Is stress a recognized cause
12 of sudden cardiac death?
13     A.  Yes.
14     Q.  Is sedentary lifestyle a
15 recognized cause of heart disease?
16         MR. WACKER:  Object to form.
17         THE WITNESS:  I believe so,
18     yes.
19 BY MR. PIORKOWSKI:
20     Q.  Is sedentary lifestyle a
21 recognized cause of myocardial
22 infarction?
23     A.  Yes.
24     Q.  Is sedentary lifestyle a

Page 315

1  recognized cause of sudden death?
2      A.  Yes.
3      Q.  Is sedentary lifestyle a
4  recognized cause of stroke?
5      A.  Yes.
6      Q.  Is it a recognized cause of
7  peripheral vascular disease?
8      A.  Yes.
9          MR. WACKER:  Is this a good
10     point for a two-minute break?
11         MR. PIORKOWSKI:  Sure,
12     absolutely.
13              - - -
14         (Whereupon, a recess was
15     taken from 3:58 p.m. until 4:11
16     p.m.)
17              - - -
18 BY MR. PIORKOWSKI:
19     Q.  Doctor, one of FDA's goals
20 when it reviews a label for a drug prior
21 to approval is to ensure that the
22 information from the clinical trials is
23 fairly and accurately set forth in the
24 label; is that right?

Page 316

1      A.  Yes.
2      Q.  And the original Vioxx label
3  contained information about the effects
4  of blood pressure, correct?
5      A.  May I see that, please?
6      Q.  Do you know?
7      A.  I just need to see it.
8      Q.  I'm not sure I have it
9  handy.
10         MR. JOSEPHSON:  What are you
11     looking for, Joe?
12         MR. PIORKOWSKI:  Original
13     label.
14         MR. JOSEPHSON:  No.
15         MR. WACKER:  I think it is
16     on the CD.
17         MR. JOSEPHSON:  I had it
18     yesterday.
19 BY MR. PIORKOWSKI:
20     Q.  Do you know without looking
21 at the label?  I can let you refer to it,
22 but do you know whether the effect of
23 Vioxx on increasing blood pressure was
24 disclosed in the original label?

Page 317

1      A.  I just need to look to be
2  sure.
3          MR. WACKER:  I think it's in
4      the adverse event section.
5              - - -
6          (Whereupon, Deposition
7      Exhibit Moye MDL 8, Vioxx May 1999
8      Label MRK-LBL0000027 -
9      MRK-LBL0000030, was marked for
10     identification.)
11             - - -
12         (Witness reviewing
13     document.)
14         THE WITNESS:  Okay.
15 BY MR. PIORKOWSKI:
16     Q.  So, my question is, is it
17 correct, Dr. Moye, that the original
18 Vioxx product label contained information
19 about the effect of Vioxx on blood
20 pressure?
21     A.  Yes.  Thank you for this
22 copy.  Yes.  It appears in the adverse
23 event -- adverse reaction section.
24     Q.  Okay.