UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

ROBERT G. SMITH  :
:
    Plaintiff,  :
vs.  : Case No. 2:05-CV-04379
:
MERCK & CO., INC.  :
: TRIAL DEPOSITION
    Defendant.  :

---

Deposition of: MICHAEL A. GREFER, M.D.

Taken: By the Plaintiff

Date: Thursday, June 29, 2006

Time: Commencing at 11:20 AM

Place: Commonwealth Orthopaedic Center
200 South Hill Medical Center
525 Alexandria Pike
Southgate, Kentucky  41071

Before: Luke T. Lavin, RDR, CRR
Notary Public - Commonwealth of Kentucky

Pages:  1 - 67.

Michael A. Grefer, M.D.

Michael A. Grefer, M.D.

Page 62

1  of concern, and I'm -- let me hand you --
2      MR. WRIGHT: Let me get my papers
3  organized real quick here so that we don't
4  have to waste time.
5      Did we mark the VIGOR article? Did I
6  mark it?
7      MR. SKIDMORE: (Shaking head.)
8      MR. BLACKWELL: I don't believe so.
9      MR. WRIGHT: Okay. Let me go ahead
10 and mark it just so that we -- I don't
11 think we --
12     We all know what we're talking about,
13 but just in case.
14             (Plaintiff's Exhibit 5
15              was marked for identi-
                 fication.)
16  Q.  Let me hand you the VIGOR article that
17 we've now marked as Exhibit Number 5. Just -- just
18 keep that there in front of you for the moment.
19     If you -- going back to this risk
20 benefit analysis, if you look in the VIGOR article,
21 they have a chart that shows the difference between
22 Vioxx and naproxen in the events of gastrointestinal
23 problems. Correct?
24  A.  Yes.
25  Q.  Will you hold that up so the camera

Page 63

1  can see it.
2   A.  (Witness complies with request.)
3   Q.  And it shows a -- a big separation
4  between naproxen on the top and Vioxx on the bottom.
5  Correct?
6   A.  Yes.
7   Q.  Okay. Was that somewhat impressive to
8  you, as a physician, for patients who might have a
9  problem with -- a stomach problem with naproxen or
10 other NSAIDs and Vioxx's benefit over them?
11  A.  Yes.
12     MR. WRIGHT: Okay.
13     MR. SKIDMORE: Which -- which chart
14 were you showing him?
15     THE WITNESS: (Handing exhibit.)
16     MR. WRIGHT: It's one of the appen-
17 dixes to the VIGOR article.
18     MR. SKIDMORE: Okay.
19  Q.  Do you see a similar chart in there
20 for showing the difference in the cardiovascular
21 experience?
22  A.  No.
23  Q.  All right. Do you think it might have
24 been helpful to you in comparing the risk benefit
25 analysis of patients like Garry who have not had a

Page 64

1  problem, a prior problem with NSAIDs and stomach
2  problems, to have seen a similar chart for the
3  cardiovascular risk separation between the two
4  groups?
5   A.  Yes.
6   Q.  In the New England Journal reaffir-
7  mation they include such a chart that -- do you see
8  that? Can you hold it up for the -- for the jury.
9   A.  (Witness complies with request.)
10  Q.  Does it show a significant separation
11 between the Vioxx group on the top for cardiovascular
12 events and the naproxen group on the bottom?
13  A.  Yes.
14  Q.  If you had seen a chart like that
15 showing that kind of separation back in October of
16 2002, if you had been shown that by the Merck
17 representatives, would it have affected or could it
18 have affected your decision to prescribe Vioxx in a
19 patient like Garry who did not have the risk of or
20 did not appear to have the risk of stomach bleeding?
21  A.  Yes.
22     MR. SKIDMORE: Objection. Lack of
23     foundation and speculation.
24  Q.  Because of the objection I need to ask
25 the question again.

Page 65

1      If you had been shown a chart like
2  that that you just saw in the reaffirmation of the
3  expression of concern back in October of 2002 or
4  before October 2002, would it have likely affected
5  your decision to prescribe Vioxx in a patient like
6  Garry Smith who did not appear to have the problems
7  with NSAIDs, conventional NSAIDs and stomach prob-
8  lems?
9      MR. SKIDMORE: The same -- the same
10     objection as before, plus speculation, lack
11     of foundation.
12  A.  It would have affected it, yes.
13  Q.  All right. Is it fair to say, Doctor,
14 that you were influenced to some extent by the entire
15 campaign of the Vioxx -- I'm just going to call it --
16 let me restate the question.
17     Is it or is it not fair to say,
18 Doctor, that you were influenced to some extent by
19 the entire Vioxx sales campaign, in print, in tele-
20 vision, in sales representatives' meetings, in other
21 physicians being asked by Merck to come talk to you?
22 Is it fair to say that that entire campaign
23 influenced your decision to start prescribing more
24 Vioxx to patients like Garry Smith?
25     MR. SKIDMORE: Objection. Leading.

17 (Pages 62 to 65)