**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 7, 2006**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:**
Robert Smith v. Merck & Co., Inc. CA 05-4379

**BEFORE JUDGE ELDON E. FALLON**
Courtroom Deputy: Gaylyn Lambert
Court Reporter: Cathy Pepper

**Appearances:** Steve Kherkher, Esq., John Boundas, Esq., Amy Carter, Esq.,
Drew Ranier, Esq. and Chris Tisi, Esq. (by telephone) for plaintiff
Phil Beck, Esq. And Andrew Goldman, Esq. For Merck & Co., Inc.

Various motions were argued on this date.
The Court's rulings will follow.

JS-10:   2:45