UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support of Motion of Merck & Co., Inc. for New Trial on All Issues,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted twenty (20) additional pages, for a total of forty-five (45) pages for its Memorandum in Support of Motion of Merck & Co., Inc. for New Trial on All Issues.

NEW ORLEANS, LOUISIANA, this __7th__ day of __September__, 2006.

_____
DISTRICT JUDGE

826641v.1