UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | )<br>) MDL NO. 1657<br>) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L<br>)<br>) JUDGE FALLON |
| THIS DOCUMENT RELATES TO | )<br>) |
| MDL Nos. 05-3383, 05-4185, 05-5331, 05-451, 05-2933, 05-5603 | ) MAG. JUDGE KNOWLES<br>)<br>) |

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion and Incorporated Memorandum for Entry of a Scheduling Order Setting Briefing on the Remaining Foreign Class Actions Subject to Merck's Motion to Dismiss,

IT IS ORDERED that plaintiffs file briefs, if any, addressing the remaining complaints subject to Merck's Motion to Dismiss the Foreign Class Actions within thirty (30) days.

NEW ORLEANS, LOUISIANA, this  7th  day of September, 2006.

_____
DISTRICT JUDGE

1

827552v.1