UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP -8 A II: 31
LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                : MDL NO. 1657

PRODUCTS LIABILITY LITIGATION   : SECTION: L

                                                      :
                                                      : JUDGE FALLON
                                                      :
                                                      : MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

### ORDER

IT IS ORDERED that the Defendant's Motion for Order Excluding Testimony of Jerry Avorn, M.D. (Rec. Doc. 6257) is DENIED AS MOOT. The Court's rulings are noted on the deposition designation transcript.

New Orleans, Louisiana, this __8th__ day of __September__, 2006.

UNITED STATES DISTRICT JUDGE

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____