UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2006 SEP -8 A 11: 31

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                        :        MDL NO. 1657

PRODUCTS LIABILITY LITIGATION       :        SECTION: L

                                    :

                                    :        JUDGE FALLON

                                    :        MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
*Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

Considering that the parties have amicably resolved the following six (6) motions and requested that they be withdrawn, IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Merck & Co., Inc.'s ("Merck") Motion for Order Excluding Testimony of John D. Abramson, M.D. (Rec. Doc. 6247);

2. Merck's Motion for Order Excluding Testimony of Douglas P. Zipes, M.D. (Rec. Doc. 6249);

3. Merck's Motion for Order Excluding Testimony of Richard M. Kapit, M.D. (Rec. Doc. 6256);

4. Merck's Motion for Order Excluding Testimony of John W. Farquhar, M.D. (Rec. Doc. 6255);

5. Merck's Motion for Order Excluding Testimony of Richard Kronmal, Ph.D. (Rec. Doc. 6252);

6. Merck's Motion for Order Excluding Testimony of Wayne A. Ray, Ph.D.(Rec. Doc. 6253).

-1-

___ Fee_____
___ Process_____
_X_/Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this __8th__ day of __September__, 2006.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE