UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8  A 11: 31

LORETTA G. WHYTE
CLERK

:                    MDL NO. 1657

IN RE: VIOXX                    :

    PRODUCTS LIABILITY LITIGATION    :    SECTION: L

                    :

                    :    JUDGE FALLON

                    :    MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO**
    *Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

Pending before the Court are the Defendant's Motion for Order Excluding Testimony of

Gary Sander, M.D. (Rec. Doc. 6470), the Defendant's Motion for Order Excluding Testimony of

Cornelia Pechmann, Ph.D. (Rec. Doc. 6258), and the Defendant's Motion for Order Excluding

Testimony of Lemuel A. Moye, M.D., Ph.D. (Rec. Doc. 6567).  After considering the issues and

for the reasons transcribed during the August 31, 2006 and September 6, 2006 hearings, IT IS

ORDERED that:

(1) The Defendant's Motion for Order Excluding Testimony of Gary Sander, M.D. is

DENIED; and

(2) The Defendant's Motion for Order Excluding Testimony of Cornelia Pechmann,

Ph.D. is GRANTED IN PART AND DENIED IN PART.

(3) The Defendant's Motion for Order Excluding Testimony of Lemuel A. Moye, M.D.,

Ph.D. is DENIED.

-1-

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓_ CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this __8th__ day of ___September___, 2006.

_____
UNITED STATES DISTRICT JUDGE