UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8  A 11: 31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

Pending before the Court are the Motion of Merck & Co., Inc. ("Merck") for Order Excluding Expert Testimony that Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 6261), Merck's Motion for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis (Rec. Doc. 6260), and the Plaintiff's Motion to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use (Rec. Doc. 6267).

As a gatekeeper, the Court must evaluate methodology, not conclusions. The proper forum for challenging conclusions is during cross-examination, not in a *Daubert* motion.

Accordingly, for the reasons given in its Order & Reasons dated November 18, 2005 (Rec. Doc. 1516), IT IS ORDERED that Merck's Motion for Order Excluding Expert Testimony

-1-

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

that Short-Term Vioxx Use Increases Cardiovascular Risk (Rec. Doc. 6261), Merck's Motion for Order Excluding Opinion Testimony by Plaintiff's Experts that Vioxx Accelerates Atherosclerosis (Rec. Doc. 6260), and the Plaintiff's Motion to Exclude Argument or Opinion Testimony that an Increased Risk of Heart Attack Exists Only After 18 Months of Vioxx Use (Rec. Doc. 6267) are DENIED.

New Orleans, Louisiana, this __8th__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE