UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8  A 11: 31

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

## ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of Laura Demopolous, M.D., Michael A. Grefer, M.D., and Jerry Avorn, M.D. The Defendant, however, made several objections to the proffered deposition testimony. In addition, the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __8th__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

-1-