**Smith v. Merck & Co., Inc.**
**Deposition Designations for Jerome Avorn**

| | Objections | Ruling in Barnett |

1 31:2   -   34:6    Avorn, Jerome 2006-06-29

| | |
|---|---|
| 31: 2 | Q.  Good afternoon, Doctor. |
| 31: 3 | A:  Good afternoon. |
| 31: 4 | Q.  Would you please introduce |
| 31: 5 |     yourself to the members of the jury. |
| 31: 6 | A.  Yes.  My name is Jerry |
| 31: 7 |     Avorn. |
| 31: 8 | Q.  And where do you currently |
| 31: 9 |     live, sir? |
| 31: 10 | A.  In Brookline, just outside |
| 31: 11 |     of Boston, Massachusetts. |
| 31: 12 | Q.  And do you hold any academic |
| 31: 13 |     positions? |
| 31: 14 | A.  Yes.  I'm a professor of |
| 31: 15 |     medicine at Harvard Medical School. |
| 31: 16 | Q.  And do you hold any other |
| 31: 17 |     professional positions at Harvard Medical |
| 31: 18 |     School? |
| 31: 19 | A.  Yes.  I am the chief of the |
| 31: 20 |     division of pharmacoepidemiology and |
| 31: 21 |     pharmacoeconomics at the Brigham and |
| 31: 22 |     Women's Hospital, which is one of the |
| 31: 23 |     main Harvard teaching hospitals. |
| 31: 24 | Q.  And would you tell us a |
| 32: 1 |     little bit about the division of |
| 32: 2 |     pharmacoepidemiology and |
| 32: 3 |     pharmacoeconomics? |
| 32: 4 | A.  Yes.  That's a division that |
| 32: 5 |     I was asked to start in 1997, and it |
| 32: 6 |     opened its doors in 1998.  And it is a |
| 32: 7 |     collection of 25 researchers of whom |
| 32: 8 |     there's 11 faculty, and the rest are |
| 32: 9 |     programmers and research assistants and |
| 32: 10 |     administrators.  And our main agenda is |
| 32: 11 |     the study of patterns of medication use, |
| 32: 12 |     side effects caused by drugs, good |
| 32: 13 |     effects caused by drugs, the cost |
| 32: 14 |     effectiveness of drugs, the impact of |
| 32: 15 |     policy such as reimbursement and other |
| 32: 16 |     sorts of policy on how doctors prescribe |
| 32: 17 |     drugs, how patients use drugs, and, |
| 32: 18 |     finally, the way that physicians make |
| 32: 19 |     prescribing decisions and how those |
| 32: 20 |     decisions can be made better. |
| 32: 21 | Q.  And forgive me if |
| 32: 22 |     occasionally I ask you to explain some |
| 32: 23 |     terms. |
| 32: 24 |     You mentioned the term |
| 33: 1 |     "pharmacoepidemiology."  Would you please |
| 33: 2 |     describe what that is? |
| 33: 3 | A.  Sure.  That is the study of |
| 33: 4 |     the beneficial and adverse effects of |
| 33: 5 |     drugs as seen in, quote, the real world |
| 33: 6 |     as typical doctors and typical patients |
| 33: 7 |     use those medications, both the good |
| 33: 8 |     effects and the bad effects. |
| 33: 9 | Q.  And what about the term |
| 33: 10 |     "pharmacoeconomics"? |
| 33: 11 | A.  Pharmacoeconomics is the |

|  |  | Objections | Ruling in Barnett |
|--|--|-----------|-------------------|

33: 12      study of the relationship between what a
33: 13      drug does and what its cost is. So, we
33: 14      try to understand whether a given drug is
33: 15      worth its price and whether it's cost
33: 16      effective, whether it might even save
33: 17      money for the healthcare system, and how
33: 18      those balance out.
33: 19    Q. How is your division funded,
33: 20      Dr. Avorn?
33: 21    A. Primarily by our
33: 22      peer-reviewed research grants from the
33: 23      National Institutes of Health, which is,
33: 24      of course, the federal agency that
34: 1      supports scientific research. We also
34: 2      receive money from foundations that are
34: 3      devoted to, let's say, arthritis and
34: 4      other areas that we are concerned in.
34: 5      And we also will accept research grants
34: 6      from pharmaceutical companies.

**2 35:9  - 36:15**   Avorn, Jerome 2006-06-29
35: 9      I'd like to go through some
35: 10      of your education and experience a little
35: 11      bit. Okay?
35: 12    A. Sure.
35: 13    Q. All right.
35: 14      Would you please tell the
35: 15      men and women of the jury a little bit
35: 16      about your educational background, how
35: 17      you became a professor of medicine at
35: 18      Harvard?
35: 19    A. Sure. In brief, I grew up
35: 20      in New York City. I went to Columbia as
35: 21      an undergrad. I then went to Harvard
35: 22      Medical School, where I was awarded the
35: 23      M.D. degree in 1974. I then did my
35: 24      internship and residency in various of
36: 1      the Harvard teaching hospitals and became
36: 2      certified in internal medicine. And
36: 3      around the time that I was a resident, I
36: 4      also began teaching at the medical school
36: 5      in a variety of areas that primarily
36: 6      related to medication use.
36: 7    Q. Do you currently teach
36: 8      medical students and residents at
36: 9      Harvard?
36: 10    A. Yes. That's where I just
36: 11      came from an hour ago.
36: 12    Q. Okay.
36: 13      And do you conduct
36: 14      independent research?
36: 15    A. Yes, I do.

**3 36:18  - 37:3**   Avorn, Jerome 2006-06-29
36: 18      In what medical and
36: 19      scientific fields do you conduct medical
36: 20      research?
36: 21    A. The utilization of drugs by
36: 22      doctors, the side effects of those drugs,
36: 23      the utilization of drugs by patients, the
36: 24      relationship between the healthcare
37: 1      system and medication use, and in
37: 2      general, the outcomes of drug use and how
37: 3      it can be improved.

| | Objections | Ruling in Barnett |
|---|---|---|

37:4    -   37:17    Avorn, Jerome 2006-06-29

37: 4    Q.  Now, you mentioned Brigham
37: 5        and Women's Hospital.  Does the division
37: 6        that you head have any relationship to
37: 7        the day-to-day function of the Brigham
37: 8        and Women's Hospital?
37: 9    A.  Yes.  One of the missions of
37: 10       our division is to help advise the
37: 11       hospital about what medications should be
37: 12       used at the hospital and also to teach
37: 13       the interns and residents and medical
37: 14       students and physicians who are
37: 15       practicing at the hospital about the best
37: 16       way to use the drugs that are on our list
37: 17       of drugs or the formulary.

37:18    -   42:10    Avorn, Jerome 2006-06-29

37: 18   Q.  Okay.
37: 19       Now, you previously
37: 20       described to the members of the jury
37: 21       pharmacoepidemiology, pharmacoeconomics.
37: 22       You also mentioned that you do research
37: 23       in the field of looking at the factors
37: 24       that affect prescribing choices of
38: 1        physicians?
38: 2    A.  That's right.
38: 3    Q.  Okay.
38: 4        Would you describe your
38: 5        particular interest in that area?
38: 6    A.  Sure.  The first paper I
38: 7        published in that area was actually back
38: 8        in 1982 in which I was interested in how
38: 9        doctors make decisions about what drugs
38: 10       to use.  And I was interested in whether
38: 11       -- the balance between the information
38: 12       that we as prescribers get from the
38: 13       medical literature versus from commercial
38: 14       sources like advertising or sales reps.
38: 15       And so we did a study of primary care
38: 16       docs in the Boston area, and we asked
38: 17       them where they got their information
38: 18       from, and then we gave them little
38: 19       quizzes about the drugs that they
38: 20       commonly used.  And although they thought
38: 21       that they got most of their information
38: 22       from just reading the medical journals,
38: 23       in fact, what our quiz showed was that a
38: 24       lot of what they believed actually came
39: 1        from what you could only find in ads or
39: 2        from sales reps.
39: 3    Q.  What is academic detailing,
39: 4        Doctor?
39: 5    A.  Academic dealing is an
39: 6        approach that I pretty much invented in
39: 7        the late 1970s and early 1980s.  And it
39: 8        was based on the following idea:  That we
39: 9        know that the drug manufacturers are
39: 10       awfully good communicators.  They send
39: 11       people into our offices.  They have very
39: 12       well-presented spiels that they give us.
39: 13       They interact with us in a very friendly
39: 14       way.  They've got great graphical
39: 15       material.  They will have dinner meetings
39: 16       in good restaurants and show us their

Re: 37:18-42:10
**Def. Obj**: Not the proper
subject of expert
testimony.  Witness is not
qualified to opine on these
subject matters - See
Merck's Daubert Motion

3

|  | Objections | Ruling in Barnett |
|--|------------|-------------------|

39: 17  presentations.  And that's really very
39: 18  effective communication, but it's just to
39: 19  sell product.  That's the only reason
39: 20  that they do that communication.
39: 21  By contrast, faculty in
39: 22  medical schools tend to have a pretty
39: 23  good handle on the evidence and don't
39: 24  usually have a particular axe to grind
40: 1  about selling a product, but we tend to
40: 2  be lousy communicators.  We give dull
40: 3  lectures.  We don't really have very good
40: 4  graphical material.  We stay in our ivory
40: 5  tower and we don't go out to doctors'
40: 6  offices.
40: 7  And what I began to wonder
40: 8  about in the late '70s and early '80s is
40: 9  whether we could kind of marry that very
40: 10  effective communication approach that the
40: 11  pharmaceutical industry has with the more
40: 12  balanced evidence-based approach that
40: 13  medical school or academic faculty have.
40: 14  And because the approach of the sales
40: 15  reps in the drug industry is called
40: 16  detailing, I call that academic
40: 17  detailing.
40: 18  And our first study was
40: 19  funded by the federal government in 1979
40: 20  and ultimately was published in the New
40: 21  England Journal in 1983 in which we
40: 22  showed that by sending pharmacists that
40: 23  we trained to be the so-called unsales
40: 24  reps out to doctors' offices to teach
41: 1  them about how to prescribe better in
41: 2  this interactive and engaging manner, we
41: 3  could actually influence their
41: 4  prescribing for the better in a way that
41: 5  was both effective and actually paid for
41: 6  itself.
41: 7  Q.  Doctor, have various
41: 8  governments and different organizations
41: 9  adopted the concept of academic
41: 10  detailing?
41: 11  A.  Yes.  As a matter of fact,
41: 12  just a few weeks ago I came back from
41: 13  Australia where the entire country has a
41: 14  very large program of academic detailing
41: 15  which we actually helped them set up
41: 16  based on our early research in which they
41: 17  have pharmacists and nurses going out to
41: 18  doctors all over the country to advise
41: 19  them on how to prescribe so that they are
41: 20  not dependent on ads or sales reps from
41: 21  the drug companies to know about the
41: 22  drugs they use.
41: 23  Q.  Any states have programs
41: 24  and --
42: 1  A.  Yes.  We're actually running
42: 2  a program on behalf of the State of
42: 3  Pennsylvania which has asked our group to
42: 4  put together educational materials for
42: 5  doctors all over Pennsylvania.  And the
42: 6  State of Pennsylvania funds nurses and
42: 7  pharmacists to go out and teach doctors
42: 8  how to prescribe so that they are not,
42: 9  again, dependent on just what they hear

| | |
|---|---|
| 42: 10 | from the sales reps and see in the ads. |

**42:16   -   44:3   Avorn, Jerome 2006-06-29**

| | |
|---|---|
| 42: 16 | Have you published in each |
| 42: 17 | of the areas that you've identified, |
| 42: 18 | pharmacoepidemiology, pharmacoeconomics, |
| 42: 19 | and physician drug practices? |
| 42: 20 | A.  Yes, I have. |
| 42: 21 | Q.  In the course of your |
| 42: 22 | career, Dr. Avorn, have pharmaceutical |
| 42: 23 | companies funded some of your research? |
| 42: 24 | A.  Yes.  As I said, we do have |
| 43: 1 | research support from a number of drug |
| 43: 2 | companies. |
| 43: 3 | Q.  Do these include some of the |
| 43: 4 | studies that you have conducted with |
| 43: 5 | respect -- |
| 43: 6 | Well, first of all, let me |
| 43: 7 | back up. |
| 43: 8 | Have you studied the class |
| 43: 9 | of drugs that we'll talk about here today |
| 43: 10 | called nonsteroidal anti-inflammatory |
| 43: 11 | drugs or NSAIDs? |
| 43: 12 | A.  That's right. |
| 43: 13 | Q.  And have you studied COX-2 |
| 43: 14 | drugs? |
| 43: 15 | A.  That's right.  We've been |
| 43: 16 | looking at that class of drugs since |
| 43: 17 | before 1990. |
| 43: 18 | Q.  Okay. |
| 43: 19 | And have you received grants |
| 43: 20 | and funds from various pharmaceutical |
| 43: 21 | companies to study that class of drugs? |
| 43: 22 | A.  Yes.  Both drug companies |
| 43: 23 | and also the National Institutes of |
| 43: 24 | Health. |
| 44: 1 | Q.  Would you tell us some of |
| 44: 2 | the drug companies who have funded your |
| 44: 3 | research? |

**7 44:8   -   48:5   Avorn, Jerome 2006-06-29**

| | |
|---|---|
| 44: 8 | A.  In general, Pfizer, Glaxo, |
| 44: 9 | Pharmacia, Kabi, Merck. |
| 44: 10 | Q.  Are you currently being |
| 44: 11 | funded by Merck? |
| 44: 12 | A.  Yes.  Dr. Solomon in our |
| 44: 13 | group has a project in which I'm |
| 44: 14 | participating in which Merck has funded |
| 44: 15 | us to look at the underuse of drugs for |
| 44: 16 | osteoporosis or bone thinning. |
| 44: 17 | Q.  And have you been funded by |
| 44: 18 | Merck to do studies in the field of COX-2 |
| 44: 19 | drugs including Vioxx? |
| 44: 20 | A.  Yes, we have. |
| 44: 21 | Q.  Other than your experience |
| 44: 22 | with Vioxx, which we'll talk about during |
| 44: 23 | the course of this deposition, putting |
| 44: 24 | that aside for a moment, how would you |
| 45: 1 | have described your experience with |
| 45: 2 | Merck? |
| 45: 3 | A.  Other than with our Vioxx |
| 45: 4 | experience? |
| 45: 5 | Q.  Yes. |
| 45: 6 | A.  I always thought of Merck as |
| 45: 7 | the most respected, upstanding, careful |

45: 8      pharmaceutical company in the country, as
45: 9      most everybody else did in, let's
45: 10     say, the 1980s and early '90s.
45: 11  Q. Was your, and we'll talk
45: 12     about this, but was your experience with
45: 13     Merck different with respect to the COX-2
45: 14     drugs?
45: 15  A. Yes, it was.
45: 16  Q. Do you currently hold any
45: 17     leadership appointments within your
45: 18     field?
45: 19  A. Well, I have served in the
45: 20     past as the president of the
45: 21     International Society for
45: 22     Pharmacoepidemiology, which is the main
45: 23     professional body of researchers all
45: 24     around the world who study drug side
46: 1      effects and drug utilization and drug
46: 2      cost effectiveness.
46: 3   Q. And are you licensed to
46: 4      practice medicine?
46: 5   A. Yes, I am, in Massachusetts.
46: 6   Q. And are you board certified
46: 7      in any specialty of medicine?
46: 8   A. Internal medicine.
46: 9   Q. Do you supervise the
46: 10     treatment of patients at Harvard's
46: 11     Brigham and Young -- Brigham Hospital?
46: 12  A. Brigham and Women's, yes, I
46: 13     do.
46: 14  Q. Has there ever been a time
46: 15     in the past 20 years where you have not
46: 16     treated or supervised treatment of
46: 17     patients?
46: 18  A. No.  I've treated or
46: 19     supervised continuously pretty much since
46: 20     I got my M.D.
46: 21  Q. Okay.
46: 22     Do you specialize in the
46: 23     treatment of any particular patient
46: 24     populations, Dr. Avorn?
47: 1   A. I've had a particular
47: 2      expertise and interest in medication use
47: 3      in the elderly, people over 65.
47: 4   Q. As an internist, do you
47: 5      supervise the treatment of patients with
47: 6      chronic pain conditions such as
47: 7      arthritis?
47: 8   A. Sure.
47: 9   Q. As an internist, you
47: 10     supervise patients with acute pain
47: 11     conditions?
47: 12  A. Yes.
47: 13  Q. How about cardiovascular
47: 14     disease?
47: 15  A. Certainly.
47: 16  Q. Okay.
47: 17     Have you had occasion to
47: 18     prescribe or supervise the prescription
47: 19     of medications for patients at the
47: 20     Brigham Hospital, including nonsteroidal
47: 21     anti-inflammatory drugs?
47: 22  A. Yes.
47: 23  Q. In addition to your --
47: 24     Let me talk for a moment

|  | Objections | Ruling in Barnett |
|---|---|---|

```
48: 1          about your publications, Doctor.
48: 2          Approximately how many original articles
48: 3          have you written for the peer-reviewed
48: 4          medical literature?
48: 5      A.  About 200.

8 48:12  - 49:13    Avorn, Jerome 2006-06-29
48: 12     Q.  What are some of the
48: 13         medical, the peer-review medical journals
48: 14         in which you have been published?
48: 15     A.  The New England Journal of
48: 16         Medicine, the Journal of the American
48: 17         Medical Association, the British Medical
48: 18         Journal, Health Affairs, the Archives of
48: 19         Internal Medicine, the Annals of Internal
48: 20         Medicine and a few dozen others.
48: 21     Q.  Okay.
48: 22         Have you been or --
48: 23         Are you now or have you been
48: 24         a peer reviewer yourself?
49: 1      A.  Yes.  I regularly review
49: 2          articles for the New England Journal of
49: 3          Medicine and for JAMA in particular,
49: 4          "JAMA" being the Journal of the American
49: 5          Medical Association.
49: 6      Q.  Thank you.
49: 7          Has your publications --
49: 8          Has your work as an
49: 9          academician in publishing information
49: 10         been recognized generally?
49: 11     A.  Yes.
49: 12     Q.  Would you tell us a little
49: 13         bit about that?

9 50:1   - 51:20    Avorn, Jerome 2006-06-29
50: 1          THE WITNESS:  That I was
50: 2          identified by the scientific body
50: 3          that keeps track of all medical
50: 4          references in the world as one of
50: 5          the most highly cited researchers
50: 6          in the field of medicine and
50: 7          social science because of the
50: 8          number of citations to my research
50: 9          that have been in the medical
50: 10         literature.
50: 11         BY MR. TISI:
50: 12     Q.  Doctor, have you published
50: 13         specifically about the safety of Vioxx?
50: 14     A.  Yes, I have.
50: 15     Q.  Have you published
50: 16         specifically regarding the safety of
50: 17         COX-2 drugs including both Vioxx and
50: 18         Celebrex?
50: 19     A.  Yes.
50: 20     Q.  Have you published
50: 21         specifically about the safety of
50: 22         nonsteroidal anti-inflammatory drugs?
50: 23     A.  That's right.
50: 24     Q.  How long have you been
51: 1          publishing in that particular field?
51: 2      A.  I think the first paper on
51: 3          nonsteroidals was one that I did with Dr.
51: 4          Gurwitz that I believe was in the Journal
51: 5          of the American Medical Association back
51: 6          in 1990.
```

| | Objections | Ruling in Barnett |
|---|---|---|

| | |
|---|---|
| 51: 7   Q.  Have you published | **Re: 51:7-12** |
| 51: 8        specifically about Merck's conduct in | **Def. Obj**: Not subject of |
| 51: 9        their communication of risk and benefit | expert testimony; witness |
| 51: 10       of Vioxx to physicians? | not qualified on these |
| 51: 11  A.  I've written about that, | subject matters |
| 51: 12       yes. | |
| 51: 13  Q.  Dr. Avorn, from the almost | |
| 51: 14       200 peer-reviewed articles that are in | |
| 51: 15       your curriculum vitae, I have pulled | |
| 51: 16       documents from your peer-reviewed | |
| 51: 17       documents, the articles which I'm going | |
| 51: 18       to hand to you as an exhibit, and they | |
| 51: 19       would be Exhibits 2 through 15. | |
| 51: 20  A.  Right. | |

Handwritten in ruling column: *Overruled; see Supra.*

10 55:15   -  55:19   Avorn, Jerome 2006-06-29
    55: 15   Q.  Would these be the articles
    55: 16        that you have written in the
    55: 17        peer-reviewed medical literature
    55: 18        pertaining to nonsteroidal
    55: 19        anti-inflammatory drugs?

11 55:22   -  63:19   Avorn, Jerome 2006-06-29
    55: 22        Yes, that's some of them.
    55: 23   Q.  Okay.
    55: 24        Would that include articles
    56: 1         you've written on various COX-2 drugs
    56: 2         including Vioxx?
    56: 3    A.  Yes.
    56: 4    Q.  Are any of these studies
    56: 5         funded by Merck?
    56: 6    A.  Yes.  The one from
    56: 7         Circulation that appeared in 2004 was
    56: 8         supported by Merck.  And several of the
    56: 9         others were based on our research funded
    56: 10        by Merck as well.
    56: 11   Q.  Could you identify the
    56: 12        article that was supported by Merck?
    56: 13   A.  Sure.
    56: 14   Q.  And identify it by exhibit
    56: 15        number.
    56: 16   A.  Sure.
    56: 17        (Witness reviewing
    56: 18        documents.)
    56: 19        Okay.  One of them is
    56: 20        Exhibit Number 7, which is the one that
    56: 21        appeared in the journal called
    56: 22        Circulation in 2004.
    56: 23        There's another one that
    56: 24        appeared in the journal called
    57: 1         Epidemiology in 2005 that was also
    57: 2         supported by Merck.
    57: 3    Q.  And the title of that --
    57: 4    A.  I'm sorry.
    57: 5    Q.  Those both involve Vioxx?
    57: 6    A.  Yes.  Those are both about
    57: 7         the COX-2 drugs, which were basically
    57: 8         Vioxx and Celebrex primarily.
    57: 9         There's also a paper we had
    57: 10        in the New England Journal of Medicine in
    57: 11        2004 called "Medicaid Prior-Authorization
    57: 12        Programs and the Use of COX-2
    57: 13        Inhibitors," and we acknowledge there
    57: 14        that we also were receiving a grant from
    57: 15        Merck which contributed to that study.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | |
|---|---|
| 57: 16 | I'm checking carefully |
| 57: 17 | because we usually don't pay attention to |
| 57: 18 | who's paying for the study when we do the |
| 57: 19 | work. |
| 57: 20 | We acknowledged in a paper |
| 57: 21 | that came out in the Journal of Clinical |
| 57: 22 | Epidemiology in 2005 about physician |
| 57: 23 | preferences in relation to the use of |
| 57: 24 | COX-2 drugs like Vioxx and Celebrex in |
| 58: 1 | which we received funding from Merck, but |
| 58: 2 | Merck did not specifically fund that |
| 58: 3 | study. |
| 58: 4 | There's another paper here, |
| 58: 5 | Exhibit Number 13, "Cardiovascular |
| 58: 6 | Outcomes in New Users of Coxibs and |
| 58: 7 | NSAIDs," that also acknowledges that |
| 58: 8 | we've received support from Merck to do |
| 58: 9 | that work. |
| 58: 10 | Not that one. |
| 58: 11 | So, that's pretty much it. |
| 58: 12 | Q.  Have you written any books |
| 58: 13 | which pertain to issues of drug safety? |
| 58: 14 | A.  Yes, I have. |
| 58: 15 | Q.  Doctor, I'm going to hand |
| 58: 16 | you a book.  I'm not going to mark it as |
| 58: 17 | an exhibit unless we have to.  Is that |
| 58: 18 | the book that you've written? |
| 58: 19 | A.  Yes.  "Powerful Medicines: |
| 58: 20 | The Benefits, Risks, and Costs of |
| 58: 21 | Prescription Drugs."  It came out in |
| 58: 22 | 2004. |
| 58: 23 | Q.  Doctor, have you been a |
| 58: 24 | consultant for the United States Food & |
| 59: 1 | Drug Administration at any time in the |
| 59: 2 | past? |
| 59: 3 | A.  Yes, I have. |
| 59: 4 | Q.  Would you describe for the |
| 59: 5 | members of the jury what that is about? |
| 59: 6 | A.  Sure.  There was a |
| 59: 7 | medication on the market called Lotronex, |
| 59: 8 | which was a drug for irritable bowel |
| 59: 9 | syndrome.  And there was a concern that |
| 59: 10 | it was causing severe side effects, even |
| 59: 11 | death, in patients who took it, and the |
| 59: 12 | FDA was trying to determine whether its |
| 59: 13 | safety was such that it should be kept on |
| 59: 14 | the market or pulled from the market. |
| 59: 15 | And the FDA asked me to consult with it |
| 59: 16 | as part of its Advisory Committee that |
| 59: 17 | would look at the safety of that drug. |
| 59: 18 | Q.  Have you testified before |
| 59: 19 | the United States Congress on issues |
| 59: 20 | relating to drug safety and healthcare |
| 59: 21 | policy? |
| 59: 22 | A.  Yes.  On a number of |
| 59: 23 | occasions, I was invited to testify by |
| 59: 24 | the U.S. Senate, Special Committee on |
| 60: 1 | Aging, the House Committee on Aging, and |
| 60: 2 | other committees of Congress about |
| 60: 3 | medication effects. |
| 60: 4 | Q.  Have you advised the |
| 60: 5 | President of the United States on drug |
| 60: 6 | safety or drug policy? |
| 60: 7 | A.  I was invited by a |
| 60: 8 | transition team of the president-elect to |

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 60: 9 | advise about drug policy. | |
| 60: 10 | Q. And have you received grants | |
| 60: 11 | from the National Institute of Health to | |
| 60: 12 | conduct your research? | |
| 60: 13 | A. Yes. | |
| 60: 14 | Q. I'm going to ask you some | |
| 60: 15 | questions, Doctor, about your expertise | |
| 60: 16 | directly. | |
| 60: 17 | A. Okay. | |
| 60: 18 | Q. Dr. Avorn, are you an expert | |
| 60: 19 | in the field of pharmacoepidemiology? | |
| 60: 20 | A. Yes. | |
| 60: 21 | Q. Are you an expert in the | |
| 60: 22 | field of pharmacoeconomics? | |
| 60: 23 | A. Yes. | |
| 60: 24 | Q. Are you an expert in the | |
| 61: 1 | field of pharmaceutical study design? | |
| 61: 2 | A. Yes. | |
| 61: 3 | Q. And are you an expert in the | |
| 61: 4 | field of the conduct of pharmaceutical | |
| 61: 5 | studies? | |
| 61: 6 | A. Yes. | |
| 61: 7 | Q. Are you an expert in the | Re: 61:7-20 | |
| 61: 8 | factors that drive prescribing practices | **Def. Obj**: Not the proper | |
| 61: 9 | and habits of physicians generally? | subject of expert | |
| 61: 10 | A. Yes. | testimony witness not | |
| 61: 11 | Q. Are you an expert in the | qualified to opine on these | |
| 61: 12 | field of internal medicine? | subject matters - See | |
| 61: 13 | A. Yes. | Daubert Motion | |
| 61: 14 | Q. Geriatric medicine? | |
| 61: 15 | A. Yes. | |
| 61: 16 | Q. An expert in the | |
| 61: 17 | communication of risks and benefits to | |
| 61: 18 | physicians and elder health care | |
| 61: 19 | providers? | |
| 61: 20 | A. Yes. | |
| 61: 21 | Q. Are you an expert in the | |
| 61: 22 | risks and benefits of a class of drugs | |
| 61: 23 | known as nonsteroidal anti-inflammatory | |
| 61: 24 | drugs? | |
| 62: 1 | A. Yes. | |
| 62: 2 | Q. COX-2 inhibitors? | |
| 62: 3 | A. Yes. | |
| 62: 4 | Q. How about an expert in the | |
| 62: 5 | field in the risks and benefits of Vioxx? | |
| 62: 6 | A. Yes. | |
| 62: 7 | Q. Are all the areas that I've | |
| 62: 8 | just asked you your expertise about areas | |
| 62: 9 | in which you have actually published in | |
| 62: 10 | the peer-reviewed medical literature? | |
| 62: 11 | A. That's right. | |
| 62: 12 | Q. Dr. Avorn, are you prepared | |
| 62: 13 | to offer the jury in this case your | |
| 62: 14 | professional opinions regarding the drug | |
| 62: 15 | Vioxx manufactured by Merck? | |
| 62: 16 | A. Yes. | |
| 62: 17 | Q. During the time that Vioxx | |
| 62: 18 | was on the market, did you have occasion | |
| 62: 19 | to speak with Merck officials concerning | |
| 62: 20 | Vioxx? | |
| 62: 21 | A. Yes. | |
| 62: 22 | Q. During the time that Vioxx | |
| 62: 23 | was on the market, did you formulate | |
| 62: 24 | opinions regarding Vioxx's safety, | |
| 63: 1 | efficacy and its cardiovascular risk? | |

| | Objections | Ruling in Barnett |
|---|---|---|

```
63: 2      A.  Yes.
63: 3      Q.  Did you share those opinions
63: 4              with Merck?
63: 5      A.  Yes.
63: 6      Q.  Until 2004, when Vioxx was
63: 7              no longer available on the market, were
63: 8              you asked to present your scientific and
63: 9              medical opinions on Vioxx and other
63: 10             NSAIDs, including naproxen, which we'll
63: 11             talk about, at national and international
63: 12             scientific and professional meetings?
63: 13     A.  Yes.
63: 14     Q.  During the time Vioxx was on
63: 15             the market and shortly thereafter, did
63: 16             you publish articles and editorials in
63: 17             the peer-reviewed literature concerning
63: 18             the FDA's role in evaluating Vioxx?
63: 19     A.  I did.
```

```
12  63:23    -   64:6    Avorn, Jerome 2006-06-29
63: 23             When you were formulating
63: 24             these opinions and publishing them in the
64: 1              medical literature, were you consulting
64: 2              with any lawyers like myself who were
64: 3              representing individuals who claim that
64: 4              they were injured as a result of Vioxx?
64: 5      A.  No.  I try to avoid
64: 6              consulting with lawyers whenever I can.
```

```
13  64:18    -   66:8    Avorn, Jerome 2006-06-29
64: 18     Q.  When is the first time you
64: 19             met with any lawyer representing people
64: 20             who claimed injuries as a result of
64: 21             Vioxx?
64: 22     A.  I would say the only time I
64: 23             actually -- well, the first time I
64: 24             actually met with anybody, as opposed to
65: 1              calling them back and saying no thank
65: 2              you, would have been May of '05.
65: 3      Q.  Since May of 2005 when you
65: 4              first had your meeting with lawyers
65: 5              representing people who claim injuries as
65: 6              a result of Vioxx, have you been provided
65: 7              with additional materials that you had
65: 8              not had an opportunity to see while you
65: 9              were conducting studies involving Vioxx,
65: 10             NSAIDs and COX-2s?
65: 11     A.  Yes.  There was a lot of
65: 12             material that came out as a result of the
65: 13             discovery process that I had not had
65: 14             access to before.
65: 15     Q.  Have you formed additional
65: 16             opinions since May of 2005 as a result of
65: 17             reviewing those additional documents that
65: 18             were provided to you?
65: 19     A.  Yes.
65: 20     Q.  Are you prepared to offer
65: 21             those additional opinions to the members
65: 22             of the jury today?
65: 23     A.  Sure.
65: 24     Q.  Doctor, are all the opinions
66: 1              that you will testify about today,
66: 2              whether they were formed before you were
66: 3              retained as an expert in this litigation
66: 4              or since you were retained as an expert
```

|  | Objections | Ruling in Barnett |
|---|---|---|

66: 5         in this litigation, opinions that you
66: 6         hold to a reasonable degree of medical
66: 7         and scientific certainty?
66: 8    A.  Definitely.

**14  66:12   -   68:19**    Avorn, Jerome 2006-06-29

66: 12        Are you aware that your
66: 13        testimony is being videotaped so it could
66: 14        be shown to the members of the jury?
66: 15   A.  Yes.  The clue was that big
66: 16        video camera in front of me.
66: 17   Q.  Okay.
66: 18        Why is it that you are not
66: 19        appearing live to give your opinions to
66: 20        the members of this jury?
66: 21   A.  Because I have a day job,
66: 22        and I spend an enormous amount of time
66: 23        just running my division at Harvard and
66: 24        at the Brigham and teaching medical
67: 1         students and occasionally supervising
67: 2         patient care, and I wouldn't have time to
67: 3         do this for more than just once.
67: 4   Q.  Are you being paid
67: 5         personally for the time that you spent
67: 6         consulting with us and appearing at this
67: 7         videotape testimony?
67: 8   A.  No.  I received no payment
67: 9         for any of my work in this case.
67: 10   Q.  Well, don't doctors like
67: 11        yourself usually submit bills when they
67: 12        do work like this?
67: 13   A.  They traditionally do, but I
67: 14        prefer, since I've established a policy
67: 15        in my division that none of us accepts
67: 16        any direct payment from drug companies,
67: 17        it seemed reasonable to also not accept
67: 18        any payment personally from plaintiffs'
67: 19        lawyers or plaintiffs either, and so I do
67: 20        this pro bono, and if the attorneys I'm
67: 21        working with want to make a donation to a
67: 22        charitable cause, that's fine with me.
67: 23        But I don't take any personal
67: 24        remuneration.
68: 1   Q.  Have you set up a charitable
68: 2         fund which any money that would be billed
68: 3         would go into that fund?
68: 4   A.  Sure.  Right.
68: 5   Q.  And what is the purpose of
68: 6         this charitable fund?
68: 7   A.  It is basically to have an
68: 8         endowment to support noncommercial
68: 9         research about medication use and
68: 10        medication effects, because I think
68: 11        there's a real need for that to be a
68: 12        source of funding that is independent of
68: 13        any particular companies.
68: 14   Q.  Do you derive any personal
68: 15        monetary benefit as a result of the money
68: 16        that we may hourly -- any hourly rate you
68: 17        may bill us which we pay into this
68: 18        charitable fund?
68: 19   A.  No, I don't.

**15  69:10   -   69:11**    Avorn, Jerome 2006-06-29

69: 10   Q.  Doctor, my name is Phil

**Objections column:**

Re: 66:12-67:3
**Def. Obj**: Distracting for
the jury to explain why
witness is not testifying
live.

Re: 67:4-68:19
**Def. Obj**: irrelevant and
prejudicial, whether
Dr. Avorn receives direct
payment and gives
money to charity or
whether he asks
plaintiff's lawyers to
make charitable
donations in lieu of
direct payment makes
no difference - what an
expert does with his
compensation is
irrelevant.

**Ruling in Barnett column:**

Re: 66:12-67:3
Overruled.

This is less harmless not relevant but why bother

Sustained



| | Objections | Ruling in Barnett |
|---|---|---|

69: 11      Beck.  I represent Merck.

**82:5   -   82:22**    Avorn, Jerome 2006-06-29

82: 5    Q.  And what is the hourly rate
82: 6       that you use when consulting with
82: 7       lawyers?
82: 8    A.  $750 an hour.
82: 9    Q.  And how many hours have you
82: 10      worked on this case?
82: 11    A.  Thus far, I would estimate
82: 12      about 200, I think.  I don't keep real
82: 13      close track.
82: 14    Q.  So, 200 times 750, I'm not
82: 15      good at math, but how much does that --
82: 16      can you figure out --
82: 17    A.  I think you should do the
82: 18      math if you are asking the question.
82: 19    Q.  Okay.  I'll do that then.
82: 20      When I do the math, that
82: 21      comes to $150,000.
82: 22    A.  Sounds about right.

*Sustained*

**18 86:7   -   87:24**    Avorn, Jerome 2006-06-29

86: 7    Q.  And how many times have you
86: 8      consulted with Mr. Tisi before the Vioxx
86: 9      litigation?
86: 10    A.  Before the Vioxx litigation?
86: 11      Once.
86: 12    Q.  And what was that in
86: 13      connection with?
86: 14    A.  A drug called Rezulin.
86: 15    Q.  Have you also overcome your
86: 16      reluctance to consult with lawyers and
86: 17      work with them, plaintiffs' lawyers, on
86: 18      the diet drug litigation?
86: 19    A.  Right.  I think there have
86: 20      been about four cases total that I've
86: 21      become involved with.
86: 22    Q.  So, Rezulin, which you did
86: 23      with Mr. Tisi, right?
86: 24    A.  Right.
87: 1    Q.  And just so we don't have
87: 2      any loose ends, did he pay the bill in
87: 3      Rezulin?
87: 4    A.  I don't even know who the
87: 5      bill was paid by because there's these
87: 6      consortia of lawyers, but something got
87: 7      paid independent of the outcome of the
87: 8      case.

*Sustained*

87: 9    Q.  And diet drugs, you
87: 10      consulted with plaintiffs' lawyers,
87: 11      right?
87: 12    A.  Yes.
87: 13    Q.  Am I correct that you also
87: 14      consulted with plaintiffs' lawyers on a
87: 15      drug called Baycol?
87: 16    A.  Yes.
87: 17    Q.  And did you say there was
87: 18      another one other than those?
87: 19    A.  PPA, phenylpropanolamine.
87: 20    Q.  PPA?
87: 21    A.  Yes.
87: 22    Q.  And all of this has been,
87: 23      what, within the last five, six years?
87: 24    A.  Probably.

| | | Objections | Ruling in Barnett |
|---|---|---|---|



**19 97:1  -  97:14**   Avorn, Jerome 2006-06-29

97: 1          First of all, were you
97: 2          personally involved in how Merck managed
97: 3          the risks of Vioxx through your work with
97: 4          them on the observational studies that
97: 5          you testified to earlier?
97: 6     A.  Yes.  We performed research
97: 7          funded by them with which we worked very
97: 8          closely with Merck epidemiologists on the
97: 9          development of the study and on the
97: 10         conduct of the study and on the
97: 11         interpretation of the findings.  And that
97: 12         was germane to what was known at the time
97: 13         as it was developing about the cardiac
97: 14         risks of Vioxx.

*Overruled but asked a Q + be answers it.*

Re: 97:1-97:14
**Def. Obj**: Not the proper
subject of expert
testimony.  Witness not
qualified to opine on these
subject matters,
specifically Merck's
conduct or management
of risks.  See Merck's
Daubert Motion.

**20 107:17  -  108:13**   Avorn, Jerome 2006-06-29

107: 17    Q.  Doctor, are you an expert on
107: 18         the issue of Vioxx's risks throughout the
107: 19         development and marketing of that drug?
107: 20    A.  Yes.
107: 21    Q.  Thank you.
107: 22         Why?
107: 23    A.  Is that a question?
107: 24    Q.  Yes.  Why?
108: 1     A.  Okay.
108: 2          Because, as I said before,
108: 3          pharmacoepidemiology and also the
108: 4          research about medication risks and
108: 5          benefits beyond the epidemiology is about
108: 6          looking at all aspects of the drug's
108: 7          properties, the pharmacology, the
108: 8          clinical effects in the early trials, the
108: 9          randomized trials that occur on a larger
108: 10         scale, and the post-marketing use of that
108: 11         drug.  And all of that is a part of what
108: 12         I study and teach at Harvard and write
108: 13         papers about.

*Overruled*

Re: 107:22-108:13
**Def. Obj:** Not relevant
why witness believes he
is an expert in
something, witness has
already been qualified on
this subject matter.
Cumulative.

Re: 107:22-108:13
Overruled.

**21 109:11  -  109:16**   Avorn, Jerome 2006-06-29

109: 11         Have you carefully studied.
109: 12         Vioxx?
109: 13    A.  Yes, I have.
109: 14    Q.  And have you carefully
109: 15         studied Merck's conduct?
109: 16    A.  Yes, I have.

*Overruled*

Re: 109:11-16
**Def. Obj**: Not the proper
subject of expert
testimony, witness is not
qualified to opine on these
subject matters,
specifically "Merck's
conduct."  See Merck's
Daubert Motion.

**22 109:18  -  110:13**   Avorn, Jerome 2006-06-29

109: 18         Do you have an opinion that
109: 19         you hold to a reasonable degree of
109: 20         medical certainty as to whether or not
109: 21         Vioxx is a drug for which the risks
109: 22         outweigh the benefits?
109: 23    A.  Yes, I have that opinion.
109: 24    Q.  What is that opinion?
110: 1     A.  That Vioxx's risks do indeed
110: 2          outweigh its benefits, which is the view
110: 3          that the FDA agreed with as well.
110: 4     Q.  And do you have an opinion
110: 5          that you hold to a reasonable degree of
110: 6          medical certainty as to whether or not
110: 7          Merck accurately conveyed through all of
110: 8          its activities, publications, detailing,
110: 9          direct-to-consumer advertising, labeling,

*Overruled - He said what He said - can be impeached with his testimony or other witness(s)*

Re: 109:24-110:3
**Def Obj:** Witness
cannot testify to what
FDA's views are about
whether the risks
outweigh  the benefits
of Vioxx and witness
provides no basis for his
opinions.
Re: 110:4-13
**Def. Obj**: Question seeks
improper expert testimony

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 110: 10    "Dear Doctor" letters, et cetera, | regarding Merck's conduct | |
| 110: 11    effectively communicated the risks and | and state of mind, not the | |
| 110: 12    benefits so doctors can make | proper subject of expert | |
| 110: 13    evidence-based prescribing decisions? | testimony, witness not | |
| | qualified to opine on these | |
| 23 110:18   -   110:22    Avorn, Jerome 2006-06-29 | subject matters. See | |
| 110: 18    THE WITNESS:  Yes, I have | Merck's Daubert Motion. | |
| 110: 19    such an opinion. | | |
| 110: 20    BY MR. TISI: | | |
| 110: 21    Q.  Okay. | **Re: 110:18-110:19** | |
| 110: 22    And what is that opinion? | **Def Obj:** Answer to | |
| | improper question (see | |
| 24 110:24   -   111:10    Avorn, Jerome 2006-06-29 | above) | |
| 110: 24    THE WITNESS:  That Merck's | **Re: 110:24-111:10** | **Re: 110:24-111:10** |
| 111: 1    conduct over the research program | **Def. Obj:** Not the proper | Overruled |
| 111: 2    and analysis of its data and | subject of expert | |
| 111: 3    communication of those data to | testimony, witness is not | |
| 111: 4    physicians, to patients, even to | qualified to opine on these | |
| 111: 5    FDA, was inadequate in that it | subject matters, | |
| 111: 6    failed to truthfully represent | specifically See Merck's | |
| 111: 7    what was known to Merck at the | Daubert Motion. | |
| 111: 8    time about the risks of its drug | | |
| 111: 9    in relation to the cardiovascular | | |
| 111: 10    symptoms. | **Re: 112:2-112:5** | |
| | **Def. Obj:** Not the proper | |
| 25 112:2   -   112:5    Avorn, Jerome 2006-06-29 | subject of expert | **Re: 112:2-112:5** |
| 112: 2    Q.  Do you have an opinion as to | testimony, witness is not | Overruled |
| 112: 3    whether or not Merck acted reasonably and | qualified to opine on these | |
| 112: 4    prudently in communicating the risks of | subject matters, | |
| 112: 5    Vioxx to physicians? | specifically See Merck's | |
| | Daubert Motion. | |
| 112:11   -   113:15    Avorn, Jerome 2006-06-29 | | |
| 112: 11    THE WITNESS:  As someone who | | |
| 112: 12    has conducted years of research on | | |
| 112: 13    how physicians make prescribing | **Re: 112:11-113:7** | **Re: 112:11-113:7** |
| 112: 14    decisions in relation to what | **Def. Obj:** Not the proper | Overruled |
| 112: 15    evidence is available to them and | subject of expert | |
| 112: 16    have conducted studies and actual | testimony, witness is not | |
| 112: 17    interventions to improve | qualified to opine on these | |
| 112: 18    physicians' use of drugs which | subject matters, | |
| 112: 19    have been published in the New | specifically See Merck's | |
| 112: 20    England Journal of Medicine and | Daubert Motion. | |
| 112: 21    other peer-reviewed journals, I | | |
| 112: 22    think a lot about how physicians | | |
| 112: 23    use information that they have | | |
| 112: 24    available to them in making | | |
| 113: 1    prescribing decisions.  And my | | |
| 113: 2    clear impression is that doctors | | |
| 113: 3    did not have adequate information | | |
| 113: 4    presented to them by Merck to make | | |
| 113: 5    a fair and reasonable | | |
| 113: 6    evidence-based decision about | | |
| 113: 7    Vioxx. | | |
| | | |
| 27 113:21   -   115:15    Avorn, Jerome 2006-06-29 | | |
| 113: 21    Q.  First, I would like to help | | |
| 113: 22    the jury understand a little bit about | | |
| 113: 23    the drugs we'll be talking about today. | | |
| 113: 24    What are nonsteroidal | | |
| 114: 1    anti-inflammatory drugs? | | |
| 114: 2    A.  That's a class of drugs that | | |
| 114: 3    actually includes aspirin, but the more | | |
| 114: 4    modern nonsteroidal anti-inflammatory | | |
| 114: 5    drugs began to appear in the 1970s, and | | |
| 114: 6    they are called nonsteroidal | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

```
114: 7              anti-inflammatory drugs because they
114: 8              reduce inflammation like steroids do, but
114: 9              they are not steroids.  They have a
114: 10             different mechanism of action that's a
114: 11             little bit more like aspirin.
114: 12         Q.  Would you give us examples
114: 13             of commonly known nonsteroidal
114: 14             anti-inflammatory drugs that the jury
114: 15             might be familiar with?
114: 16         A.  Sure.  The most common and
114: 17             oldest ones are ibuprofen, which is sold
114: 18             as Motrin, and it's also available
114: 19             over-the-counter as Advil or Nuprin.
114: 20             Another older and commonly
114: 21             used one is naproxen, which used to be, I
114: 22             guess is still sold as Naprosyn as a
114: 23             prescription drug, and that's sold as
114: 24             Aleve over the counter.
115: 1          Q.  Let's talk about aspirin for
115: 2              a moment.  Prior to 2000, 1999/2000 when
115: 3              Vioxx came on the market, was there any
115: 4              evidence that you're aware of that
115: 5              aspirin might be good for the heart?
115: 6          A.  Yes.  There were studies
115: 7              that were actually done by colleagues of
115: 8              mine at Harvard and the Brigham and
115: 9              Women's Hospital in which thousands of
115: 10             doctors were actually randomized to get
115: 11             aspirin or a placebo or a dummy pill.
115: 12             And they were followed for years.  And
115: 13             then Dr. Hennekens, who did the study,
115: 14             and his colleagues attempted to find out
115: 15             whether they had heart attacks or not.

28 116:6    -   117:9     Avorn, Jerome 2006-06-29
116: 6          Q.  Doctor, in 2000 when Vioxx
116: 7              was being promoted on the market, was the
116: 8              use of aspirin, low-dose aspirin a
116: 9              standard of care for treatment of
116: 10             patients with cardiovascular risk
116: 11             factors?
116: 12         A.  Yes.
116: 13         Q.  And have you ever personally
116: 14             prescribed aspirin to patients at risk
116: 15             for heart disease?
116: 16         A.  Yes.
116: 17         Q.  And switching to a drug
116: 18             called naproxen, I think we talked about
116: 19             before, Aleve?
116: 20         A.  Yes.
116: 21         Q.  How long has naproxen or
116: 22             Aleve been on the market?
116: 23         A.  I would say since the 1970s.
116: 24         Q.  And what, if any, evidence
117: 1              existed prior to 2000 that naproxen was
117: 2              good for the heart in the same way that
117: 3              aspirin was?
117: 4          A.  Virtually no evidence.
117: 5          Q.  Did the manufacturers of
117: 6              naproxen ever make the claim that that
117: 7              drug was what we call cardioprotective?
117: 8          A.  They couldn't because they
117: 9              had no grounds to claim that.

29 117:11   -   118:4     Avorn, Jerome 2006-06-29
```

*Overruled*
*That is his an opinion. He is an xpert/gives his opinion*

Re: 117:5-9
**Def. Obj:** Witness is
speculating as to why
the markers of naproxen
did or did not make a
claim that Naproxen was
cardioprotective,

Re: 117:5-117:9
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 117: 11 | Do you know whether the | improper expert |
| 117: 12 | manufacturer of naproxen makes that claim | testimony. |
| 117: 13 | even today? | |
| 117: 14 | A.  No, they don't. | |
| 117: 15 | Q.  Is it and has it ever been | |
| 117: 16 | the standard of care for physicians such | |
| 117: 17 | as yourself to prescribe naproxen to | |
| 117: 18 | patients to protect their hearts? | |
| 117: 19 | A.  No. | |
| 117: 20 | Q.  Have you ever prescribed | |
| 117: 21 | naproxen to patients for the purpose of | |
| 117: 22 | protecting their hearts? | |
| 117: 23 | A.  No.  There's no evidence | |
| 117: 24 | that it protects your heart in any useful | |
| 118: 1 | way. | |
| 118: 2 | Q.  And do you know anybody who | |
| 118: 3 | does that? | |
| 118: 4 | A.  No. | |

**30 118:5   -   121:17**   Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 118: 5 | Q.  Second question. | |
| 118: 6 | NSAIDs in general, | |
| 118: 7 | traditional NSAIDs as a class -- | |
| 118: 8 | A.  Right. | |
| 118: 9 | Q.  -- are there safety issues | |
| 118: 10 | that are understood about traditional | |
| 118: 11 | NSAIDs? | |
| 118: 12 | A.  Sure. | |
| 118: 13 | Q.  Would you describe the | |
| 118: 14 | significant side effects of NSAIDs as you | |
| 118: 15 | knew them back in 2000, 1999, 2000, 2001? | |
| 118: 16 | A.  Sure.  We actually did some | |
| 118: 17 | of those studies in which we looked at | |
| 118: 18 | the capacity of the older NSAIDs, like | |
| 118: 19 | Motrin, to reduce kidney function in | |
| 118: 20 | older people.  We did studies showing | |
| 118: 21 | that the older NSAIDs like, again, like | |
| 118: 22 | Motrin, which is ibuprofen, can raise | |
| 118: 23 | your blood pressure.  Other people have | |
| 118: 24 | done studies showing the association | |
| 119: 1 | between the older nonsteroidals or NSAIDs | |
| 119: 2 | and congestive heart failure.  That was | |
| 119: 3 | pretty well known by 2000. | |
| 119: 4 | Q.  What about GI, what we call | |
| 119: 5 | gastrointestinal issues? | |
| 119: 6 | A.  Yeah.  That's the biggest | |
| 119: 7 | problem from the traditional | |
| 119: 8 | nonsteroidals.  They can cause stomach | |
| 119: 9 | pain, stomach upset in a lot of patients, | |
| 119: 10 | and they also can cause gastrointestinal | |
| 119: 11 | bleeding. | |
| 119: 12 | Q.  Is that a serious problem | |
| 119: 13 | associated with traditional nonsteroidal | |
| 119: 14 | anti-inflammatories? | |
| 119: 15 | A.  Yes, it can be. | |
| 119: 16 | Q.  Now, with that in mind, did | |
| 119: 17 | there come a time when you became | |
| 119: 18 | familiar with the fact that certain drug | |
| 119: 19 | manufacturers were developing a class of | |
| 119: 20 | drugs called COX-2 inhibitors? | |
| 119: 21 | A.  Right. | |
| 119: 22 | Q.  Would you describe for the | |
| 119: 23 | members of the jury what a COX-2 | |
| 119: 24 | inhibitor is and your understanding about | |
| 120: 1 | why they were being developed? | |

Objections | Ruling in Barnett

| | |
|---|---|
| 120: 2 | A.  Sure.  The COX-2 inhibitors, |
| 120: 3 | sometimes called coxibs, are a subset of |
| 120: 4 | the bigger class of nonsteroidal |
| 120: 5 | anti-inflammatory drugs or NSAIDs.  And |
| 120: 6 | the hope was that -- well, I should back |
| 120: 7 | up. |
| 120: 8 | It turns out that there's an |
| 120: 9 | enzyme called cyclooxygenase, which is |
| 120: 10 | abbreviated as COX.  And people |
| 120: 11 | discovered that there are two subsets of |
| 120: 12 | that, COX-1 and COX-2.  And one kind of |
| 120: 13 | simple way of thinking about it was that |
| 120: 14 | COX-2 was the bad subset, because that's |
| 120: 15 | the one that caused pain and |
| 120: 16 | inflammation, and COX-1, in a very |
| 120: 17 | simplistic way, was thought to be the |
| 120: 18 | good COX because that protected the |
| 120: 19 | lining of your stomach. |
| 120: 20 | And viewed in that kind of |
| 120: 21 | simple black and white way, the hope was |
| 120: 22 | that if you could develop a drug -- since |
| 120: 23 | nonsteroidals tend to block both the |
| 120: 24 | COX-1 and the COX-2 enzymes, if you could |
| 121: 1 | develop a drug that would only block the |
| 121: 2 | bad COX, or COX-2, you would be able to |
| 121: 3 | get rid of pain and inflammation without |
| 121: 4 | blocking the good COX, or COX-1, which |
| 121: 5 | protects the stomach lining. |
| 121: 6 | And the hope was, and this |
| 121: 7 | is what went into the development of |
| 121: 8 | Vioxx and Celebrex, that by doing so, you |
| 121: 9 | would be able to have a drug that would |
| 121: 10 | treat pain and inflammation and not cause |
| 121: 11 | as much risk of stomach bleeding. |
| 121: 12 | Q.  Do you have any problem, Dr. |
| 121: 13 | Avorn, with Merck investigating COX-2s as |
| 121: 14 | a potential pain medication with the lack |
| 121: 15 | of a GI side effect? |
| 121: 16 | A.  No.  It seemed like a neat |
| 121: 17 | idea at the time. |

31 **123:3**   -   **124:23:00** Avorn, Jerome 2006-06-29

| | |
|---|---|
| 123: 3 | MR. TISI:  I'm going to hand |
| 123: 4 | you what I'd like to have marked |
| 123: 5 | as the next exhibit, Exhibit |
| 123: 6 | Number 16. |
| 123: 7 | - - - |
| 123: 8 | (Whereupon, Deposition |
| 123: 9 | Exhibit Avorn-16, Article, NEJM, |
| 123: 10 | "Comparison of Upper |
| 123: 11 | Gastrointestinal Toxicity of |
| 123: 12 | Rofecoxib and Naproxen in |
| 123: 13 | Patients with Rheumatoid |
| 123: 14 | Arthritis," Pages 1520-1528, was |
| 123: 15 | marked for identification.) |
| 123: 16 | - - - |
| 123: 17 | BY MR. TISI: |
| 123: 18 | Q.  Doctor, do you recognize |
| 123: 19 | that? |
| 123: 20 | A.  Yes.  That is the VIGOR |
| 123: 21 | study as it was published in the New |
| 123: 22 | England Journal of Medicine in November |
| 123: 23 | of 2000. |
| 123: 24 | Q.  And what is the exact date |
| 124: 1 | of this article? |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

124: 2    A.  November 23, 2000.
124: 3    Q.  When did you first learn of
124: 4      the VIGOR study?
124: 5    A.  Well, actually, information
124: 6      about the findings began to circulate in
124: 7      the spring of 2000, I think it would have
124: 8      been March when I guess it was either
124: 9      presented or Merck issued a statement
124: 10      about the findings.
124: 11    Q.  And do you know, would you
124: 12      briefly describe the study and what it
124: 13      was designed to do?
124: 14    A.  Sure.  It was funded by
124: 15      Merck, and a number of the co-authors
124: 16      were Merck employees.  And it was
124: 17      designed to ask the question, is Vioxx
124: 18      safer on your stomach than older
124: 19      nonsteroidals?  And so about 8,000
124: 20      patients who all had rheumatoid
124: 21      arthritis, which is a kind of arthritis,
124: 22      but were otherwise reasonably healthy,
124: 23      were --

**32  126:1  -  129:19  Avorn, Jerome  2006-06-29**

126: 1      THE WITNESS:  About 8,000
126: 2      patients were randomly divided
126: 3      into two groups.  One group was
126: 4      given Vioxx at a dose of 50
126: 5      milligrams a day, and the other
126: 6      group was given naproxen, this
126: 7      older nonsteroidal.  And then they
126: 8      were followed for a median period
126: 9      of nine months.  And there were a
126: 10      number of outcomes that were
126: 11      studied.  One was whether or --
126: 12      what kind of pain relief it gave,
126: 13      because its purpose was to be a
126: 14      pain reliever.  And another
126: 15      outcome, which was the one of
126: 16      particular interest, was whether
126: 17      or not the patients who were
126: 18      randomly assigned to the Vioxx
126: 19      group were having a lower rate of
126: 20      stomach bleeding and perforation
126: 21      and ulcer.
126: 22      And the findings, as they
126: 23      emerged, were that as a pain
126: 24      reliever, Vioxx worked about as
127: 1      well as naproxen, no better, no
127: 2      worse, but there was the hope for
127: 3      reduction in gastrointestinal
127: 4      events like ulcers and
127: 5      perforations in the patients
127: 6      taking Vioxx compared to the
127: 7      patients taking naproxen.  And a
127: 8      surprise finding that emerged from
127: 9      that study was that there was an
127: 10      approximately five-fold increase
127: 11      in heart attacks in the people
127: 12      randomly assigned to take Vioxx as
127: 13      compared to taking naproxen.
127: 14      BY MR. TISI:
127: 15    Q.  When you say "surprise
127: 16      finding," was it a surprise to you,
127: 17      Doctor?

<table>
<tr><td></td><td></td><td>Objections</td><td>Ruling in Barnett</td></tr>
</table>

127: 18  A.  Well, there had been
127: 19      evidence of a potential there, but this
127: 20      was a large demonstration of this in a
127: 21      big randomized trial, even though there
127: 22      had been other evidence of patients who
127: 23      had been given Vioxx having similar
127: 24      problems.  But I think to the medical
128: 1       public as a whole, it was something which
128: 2       they did not know was going to happen.
128: 3   Q.  Now, as a
128: 4       pharmacoepidemiologist, was the finding
128: 5       about the cardiovascular risk a concern
128: 6       to you personally?
128: 7   A.  If you mean personally in my
128: 8       professional role?
128: 9   Q.  Yes.
128: 10  A.  Yes.
128: 11  Q.  Okay.
128: 12      And why was that a
128: 13      significant concern to you
128: 14      professionally?
128: 15  A.  Because if there were a drug
128: 16      that causes a five-fold increase in your
128: 17      risk of having a heart attack, that's a
128: 18      real problem.  It's not a drug that you
128: 19      would be happy about giving to a patient
128: 20      unless it had some other incredible
128: 21      benefit to outweigh that.
128: 22  Q.  At the time that VIGOR came
128: 23      out, how prevalent was the use of Vioxx?
128: 24  A.  It was on the upswing.  The
129: 1       curve of Vioxx use was just heading for
129: 2       the moon, and by November of 2000, it was
129: 3       well on that upswing.
129: 4   Q.  Given the findings of VIGOR
129: 5       and the number of patients that were
129: 6       actually taking it, did you have an
129: 7       opinion at the time as to whether or not
129: 8       there were any potential public health
129: 9       issues concerned with Vioxx?
129: 10  A.  Yes.  At the time, I clearly
129: 11      remember saying and discussing with my
129: 12      colleagues and with Dr. Sherwood and with
129: 13      a number of people that if it were true
129: 14      that this drug causes a five-fold or
129: 15      four-fold increase in the risk of heart
129: 16      attacks, then that could be a real issue
129: 17      that could well outweigh whatever benefit
129: 18      it might have in reducing stomach
129: 19      problems.

33 130:14   -  130:20   Avorn, Jerome 2006-06-29
130: 14  Q.  When you reviewed the actual
130: 15      text of the VIGOR article, as an
130: 16      epidemiologist, in the way in which the
130: 17      statistics were reported, were they
130: 18      reported in a way that was of concern to
130: 19      you?
130: 20  A.  Yes.

**Re: 130:14-20**
**Def. Obj:** Question is
leading and form
objection preserved.

**Re: 130:14-130:20**
Overruled

131:2   -  131:19   Avorn, Jerome 2006-06-29
131: 2       What was very unusual and
131: 3       unorthodox about the way the findings
131: 4       were presented in the VIGOR paper was
131: 5       that instead of saying patients randomly

**Re: 131:2-19**
**Def. Obj:** Testimony is
not responsive to any
question.

**Re: 131:2-131:19**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

131: 6       assigned to take Vioxx had five times the
131: 7       number of heart attacks or four times,
131: 8       there's different numbers in different
131: 9       parts of the paper, compared to people
131: 10      assigned to take naproxen, instead, it
131: 11      was flipped around in a way that is
131: 12      virtually never done in reporting a
131: 13      clinical trial, which is to say the
131: 14      patients assigned to take naproxen had a
131: 15      reduction in their heart attack rate.
131: 16      And that was striking.  I remember the
131: 17      first time I read the paper, that was a
131: 18      striking difference, because you just
131: 19      never see reports written like that.

35 **132:3   -   133:16**    Avorn, Jerome 2006-06-29
132: 3       As somebody who does
132: 4       epidemiology, you work with statistics,
132: 5       would that be fair to say?
132: 6    A.  Yes.
132: 7    Q.  And in doing so, does the
132: 8       manner in which you convey statistics,
132: 9       present statistics, can that sometimes
132: 10      convey a message about what the
132: 11      statistics mean?
132: 12   A.  Yes.  In fact, there's a
132: 13      whole section in my book about what's
132: 14      called framing of risk information.  And
132: 15      it's been well known, and there's groups
132: 16      at Stanford and, in fact, the Nobel Prize
132: 17      was awarded in economics on this topic,
132: 18      that how you frame a question can often
132: 19      drive the kind of answer that you get or
132: 20      the kind of belief that somebody has.
132: 21      So, if you say that here's
132: 22      an operation that works 95 percent of the
132: 23      time, do you want to have that operation,
132: 24      you get a different answer than if you
133: 1       say 5 percent of people who have this
133: 2       operation will get no benefit from it.
133: 3       And similarly -- and we think a lot about
133: 4       framing when we do our programs to
133: 5       present information to doctors about
133: 6       choices, and what you want to do is have
133: 7       the framing be as neutral as possible and
133: 8       let the data speak for themselves.
133: 9       And if you frame the VIGOR
133: 10      study as naproxen reduces the risk of
133: 11      heart attack instead of framing it as
133: 12      there were five times more people who
133: 13      were given Vioxx who had heart attacks
133: 14      than people given naproxen, it creates a
133: 15      very different sense of the riskiness of
133: 16      the drug to the doctor.

36 **133:23   -   135:12**    Avorn, Jerome 2006-06-29
133: 23   Q.  Doctor, having read the
133: 24      paper, and I return your attention to the
134: 1       last page of the paper and actually the
134: 2       page before the last paragraph --
134: 3    A.  Yes.
134: 4    Q.  -- does it discuss the
134: 5       cardiovascular findings in VIGOR in that
134: 6       section of the paper?
134: 7    A.  Yes.

*This is part of his field the teaches this subject wrote articles & books on it*

*Overruled*

Re: 133:9-16

**Def. Obj:** Is not proper
expert testimony,
witness is speculating
as to how physicians
interpreted the VIGOR
study publication.

Re: 133:9-133:16
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 134: 8 | Q. Okay. | |
| 134: 9 | What, if anything, does the | |
| 134: 10 | paper say about naproxen and the role of | |
| 134: 11 | naproxen in heart disease? | |
| 134: 12 | A. Okay. | |
| 134: 13 | At the very bottom of Page | |
| 134: 14 | 1526, the last two words "Thus, our," | |
| 134: 15 | and then it goes on to 1527. "Thus, our | |
| 134: 16 | results are consistent with the theory | |
| 134: 17 | that naproxen has a coronary protective | |
| 134: 18 | effect and highlight the fact that | |
| 134: 19 | rofecoxib does not provide this kind of | |
| 134: 20 | protection owing to its selective | |
| 134: 21 | inhibition of cyclogenase-2," or COX-2, | |
| 134: 22 | "at its therapeutic dose and at higher | Re: 134:24-135:12 | Re: 134:24-135:12 |
| 134: 23 | doses." | **Def. Obj:** Is not proper | Overruled |
| 134: 24 | Q. Doctor, having reviewed the | expert testimony, | |
| 135: 1 | entirety of the paper, but looking at | witness is speculating | |
| 135: 2 | this particular statement as well, did | as to what was | |
| 135: 3 | Merck and the Merck authors on this paper | "communicated" by | |
| 135: 4 | ever communicate that there was a | the VIGOR study | |
| 135: 5 | potential for an increased risk of heart | publication. Implication | |
| 135: 6 | attacks related to the use of Vioxx as | is that doctors who read | |
| 135: 7 | opposed to a decreased risk associated | the VIGOR study | |
| 135: 8 | with the cardioprotectiveness of | publication did not | |
| 135: 9 | naproxen? | understand possible CV | |
| 135: 10 | A. I don't think there is | risk. Witness not giving | |
| 135: 11 | anything in the paper that suggests that | his own opinion but | |
| 135: 12 | Vioxx increases the risk of heart attack. | trying to speculate | |
| | | by implication | |

| | | | |
|---|---|---|---|
| 37 136:7 - 136:11 | Avorn, Jerome 2006-06-29 | | |
| 136: 7 | Q. Did you have any concerns | Re: 136:7-11 | Re: 136:7-136:11 |
| 136: 8 | about the way in which this particular | **Def. Obj:** Irrelevant | Overruled |
| 136: 9 | article was written in terms of the | | |
| 136: 10 | accurate presentation of the potential | | |
| 136: 11 | benefits and the potential risks? | | |

| | | | |
|---|---|---|---|
| 38 136:14 - 137:12 | Avorn, Jerome 2006-06-29 | | |
| 136: 14 | THE WITNESS: Yes. As | Re: 136:14-137:12 | Re: 136:14-137:12 |
| 136: 15 | someone who thinks about drug | **Def. Obj:** Irrelevant, | Overruled |
| 136: 16 | benefits and risks and patterns of | what a "reasonable and | |
| 136: 17 | use of drugs and has written about | prudent company" | |
| 136: 18 | the presentation of risk data to | would do is not the | |
| 136: 19 | physicians, I was concerned that | proper subject of expert | |
| 136: 20 | it did not seem to be an accurate | testimony, witness is | |
| 136: 21 | way of presenting the risk and, in | not qualified to opine on | |
| 136: 22 | fact, it was, I think the term | these subject matters. | |
| 136: 23 | that the Merck people might have | See Merck's Daubert | |
| 136: 24 | used was "flipped" from the way | Motion. | |
| 137: 1 | that one would normally present | | |
| 137: 2 | risk information. | | |
| 137: 3 | BY MR. TISI: | | |
| 137: 4 | Q. Let me ask you this | | |
| 137: 5 | question, Doctor. | | |
| 137: 6 | A. reasonable and prudent | | |
| 137: 7 | company presenting the risks and the | | |
| 137: 8 | benefits, potential risks and benefits of | | |
| 137: 9 | a drug using evidence-based medicine, | | |
| 137: 10 | does this comport with what is expected | | |
| 137: 11 | of pharmaceutical companies in doing | | |
| 137: 12 | that? | | |

| | | | |
|---|---|---|---|
| 39 137:17 - 143:17 | Avorn, Jerome 2006-06-29 | | |
| 137: 17 | THE WITNESS: Well, as | Re: 137:17-138:16 | Re: 137:17-138:16 |
| 137: 18 | someone who reviews papers for the | **Def. Obj:** Witness is | Overruled |

|  | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 137: 19 | New England Journal of Medicine | not qualified to testify to |
| 137: 20 | and JAMA and also runs programs | what a reasonable and |
| 137: 21 | about communication of risks and | prudent company would |
| 137: 22 | benefits to physicians and has | do. |
| 137: 23 | written a book about that topic, I | |
| 137: 24 | don't feel that this was a fair | |
| 138: 1 | way of presenting the data    I | |
| 138: 2 | think a fair way would have been | |
| 138: 3 | to say, in essence, the good news | |
| 138: 4 | is, our drug seems to cause less | |
| 138: 5 | gastrointestinal problems.  The | |
| 138: 6 | bad news is, it doesn't work any | |
| 138: 7 | better or any worse than the | |
| 138: 8 | comparison drug in terms of being | |
| 138: 9 | a pain reliever.  And the really | |
| 138: 10 | bad news is that the people given | |
| 138: 11 | our drug had five times more heart | |
| 138: 12 | attacks than the people given a | |
| 138: 13 | comparison drug.  I think that | |
| 138: 14 | would have been a fair and neutral | |
| 138: 15 | presentation of the good and bad | |
| 138: 16 | news that came out of this study. | |
| 138: 17 | BY MR. TISI: | |
| 138: 18 | Q.  Now, Doctor, did there come | |
| 138: 19 | a time where you had contact with Merck | |
| 138: 20 | officials about the results of VIGOR? | |
| 138: 21 | A.  Yes. | |
| 138: 22 | Q.  Who is Lou Sherwood? | |
| 138: 23 | A.  Lou Sherwood was actually a | |
| 138: 24 | physician at the Beth Israel Hospital in | |
| 139: 1 | Boston, another one of the Harvard | |
| 139: 2 | teaching hospitals, at around the same | |
| 139: 3 | time that I was there.  He was in | |
| 139: 4 | academics before he went to work for | |
| 139: 5 | Merck.  And I kind of knew him a little | |
| 139: 6 | bit around those years, and we had been | |
| 139: 7 | at some meetings together in the | |
| 139: 8 | intervening years. | |
| 139: 9 | And around January of 2000, | |
| 139: 10 | I was asked by the chairman of our | |
| 139: 11 | department of medicine to set up a weekly | |
| 139: 12 | lecture that would be about controversies | |
| 139: 13 | in pharmaceuticals.  And they asked me to | |
| 139: 14 | moderate it and to pick the presenters. | |
| 139: 15 | So, I thought it would be fair to pick | |
| 139: 16 | somebody from the pharmaceutical industry | |
| 139: 17 | and somebody from an HMO who had been | |
| 139: 18 | critical of the pharmaceutical industry | |
| 139: 19 | and have them discuss issues about | |
| 139: 20 | medications. | |
| 139: 21 | And I identified Dr. | |
| 139: 22 | Sherwood as somebody who had been an | |
| 139: 23 | academic who was known to me and who was | |
| 139: 24 | now in a senior position with the drug | |
| 140: 1 | company, and I asked Lou to come and be | |
| 140: 2 | the pharmaceutical company guy.  And I | |
| 140: 3 | asked somebody from one of the HMOs in | |
| 140: 4 | Boston to be the critic guy.  And it was | |
| 140: 5 | a very stimulating discussion which I was | |
| 140: 6 | just kind of the referee for. | |
| 140: 7 | And then afterwards, we | |
| 140: 8 | arranged to have Dr. Sherwood meet with | |
| 140: 9 | me and members of my division to talk | |
| 140: 10 | about matters of mutual interest, our | |
| 140: 11 | work on drugs, his work at Merck.  And | |

| | Objections | Ruling in Barnett |
|---|---|---|

140: 12   since this was within a brief number of
140: 13   weeks after the VIGOR study had come out,
140: 14   and because Dr. Solomon, who is my
140: 15   colleague who is a rheumatologist as well
140: 16   as an epidemiologist was there, the
140: 17   conversation turned to VIGOR and my
140: 18   noting that it was a disturbing finding
140: 19   that there was this dramatic increase in
140: 20   the number of people who had heart
140: 21   attacks in the VIGOR group — in the
140: 22   Vioxx group, I'm sorry.
140: 23   And I was somewhat taken
140: 24   aback because Dr. Sherwood said, oh,
141: 1   that's just because naproxen prevents
141: 2   heart attacks.
141: 3   And I remember asking at the
141: 4   time, well, how do we know that? Is that
141: 5   something that should be studied or
141: 6   tested? And he kind of dismissed it as,
141: 7   well, you know, sort of it's an obvious
141: 8   finding, and that's what was said in the
141: 9   paper, and there was really nothing more
141: 10   to be discussed.
141: 11   Q.   Doctor, at the time you were
141: 12   having this conversation with Dr.
141: 13   Sherwood, were you in the process of
141: 14   doing any research on the issue of the
141: 15   effect of NSAIDs on the heart?
141: 16   A.   Yes. As a matter of fact,
141: 17   Dr. Solomon in my division and I had
141: 18   already become interested in this
141: 19   question of regular nonsteroidals and the
141: 20   heart. And we realized that there was
141: 21   essentially no literature out there in
141: 22   humans that suggested that the older
141: 23   nonsteroidals like naproxen or Motrin or
141: 24   ibuprofen can protect the heart.
142: 1   And Dr. Solomon and I
142: 2   decided it would be interesting to look
142: 3   at whether that was something you could
142: 4   find. If there was such a massive
142: 5   protective effect of naproxen as was
142: 6   found in VIGOR, you'd think that you
142: 7   would be able to find that in a study
142: 8   looking at tens of thousands of people,
142: 9   and we have databases in our division in
142: 10   which we have information about
142: 11   medication use and hospitalizations and
142: 12   doctor visits for hundreds of thousands
142: 13   of people, although we have their names
142: 14   and identifiers stripped off. But we can
142: 15   look at all the people who were
142: 16   prescribed any drug and see if their rate
142: 17   of heart attacks was higher or lower than
142: 18   the rate of heart attacks of people
142: 19   either not taking that drug or taking
142: 20   another drug.
142: 21   And so I believe we had been
142: 22   talking about that throughout 2000. Our
142: 23   interest in it was increased in the
142: 24   spring of 2000 when the initial VIGOR
143: 1   findings were released. And then, of
143: 2   course, when they were published in the
143: 3   New England Journal in 2000, we decided
143: 4   that this was definitely something that

| | Objections | Ruling in Barnett |
|---|---|---|

143: 5    we wanted to proceed on just because it
143: 6    seemed like an important question.  If
143: 7    naproxen was that great and no one had
143: 8    ever discovered it before, maybe that
143: 9    would be something that was worth
143: 10    knowing.
143: 11  Q.  And did you do that study?
143: 12  A.  Yes, we did.
143: 13  Q.  Did you perform what we call
143: 14    an epidemiologic study that studied the
143: 15    question of naproxen's effect on the
143: 16    heart?
143: 17  A.  Yes, we did.

**40 146:13   -   147:3**   Avorn, Jerome 2006-06-29

146: 13  Q.  And, in fact, did you
146: 14    publish a study, the study results that
146: 15    came out of this epidemiologic study that
146: 16    we just talked about?
146: 17  A.  Yes, we did.
146: 18  Q.  And it's all right just for
146: 19    the purposes of this deposition, I know
146: 20    you studied a lot of drugs in the context
146: 21    of that particular study, if I call it
146: 22    the naproxen study?
146: 23  A.  That's fine.
146: 24  Q.  Okay.
147: 1    Did you --
147: 2    You published it -- do you
147: 3    remember where it was published, Doctor?

**147:11   -   147:16**   Avorn, Jerome 2006-06-29

147: 11    It was published in the
147: 12    Archives of Internal Medicine in 2002, in
147: 13    May of 2002.
147: 14  Q.  Are you the senior author on
147: 15    the paper?
147: 16  A.  That's right.

**42 147:22   -   148:16**   Avorn, Jerome 2006-06-29

147: 22  Q.  And what, if any,
147: 23    conclusions did you and Dr. Solomon reach
147: 24    regarding naproxen?
148: 1  A.  Well, overall, we found that
148: 2    nonsteroidals in general like Motrin and
148: 3    so forth taken as a group did not seem to
148: 4    have any important protective effect on
148: 5    the heart.  But when you looked at
148: 6    naproxen separately, it had a very modest
148: 7    reduction in the risk of heart disease in
148: 8    people who took it compared to the
148: 9    comparison patients who were similar in
148: 10    all other ways.  That is, there was about
148: 11    a 16 percent reduction in the risk of
148: 12    heart attack, which is a pretty small
148: 13    reduction.
148: 14  Q.  Did you address the findings
148: 15    of VIGOR in the context of this article?
148: 16  A.  Yes, we did.

**149:12   -   151:14**   Avorn, Jerome 2006-06-29

149: 12  Q.  Would you please go to the
149: 13    section where that is addressed?  And if
149: 14    you go down to the last paragraph, I
149: 15    think that's where that is.

| | Objections | Ruling in Barnett |
|---|---|---|

149: 16   A.   Yes.  Right.
149: 17        In the end of the
149: 18        discussion, "To place the effect of
149: 19        naproxen in perspective, in a large
149: 20        randomized trial of daily aspirin use in
149: 21        primary prevention, patients in the
149: 22        intervention arm experienced a 44%
149: 23        reduction in the risk of acute myocardial
149: 24        infarction" or heart attack.  "Therefore,
150: 1        it would be false to equate the more
150: 2        modest effect of naproxen," that is a 16
150: 3        percent reduction as compared to a 44
150: 4        percent reduction, "it would be false to
150: 5        equate the more modest effect of naproxen
150: 6        suggested in this study with the
150: 7        cardioprotection afforded by aspirin."
150: 8   Q.   Would you tell the members
150: 9        of the jury in a very simple way what you
150: 10       were saying there about the VIGOR study?
150: 11  A.   Yes.  What we said in that
150: 12       paper that came out in 2002 was that the
150: 13       very, I guess you could say wimpy effect
150: 14       of naproxen in protecting the heart of
150: 15       just reducing the rate by 16 percent was
150: 16       in no way big enough to account for what
150: 17       would have had to have been an 80 percent
150: 18       reduction in risk to give you that 5 to 1
150: 19       difference that was seen between Vioxx
150: 20       and naproxen in the VIGOR study.
150: 21       Naproxen would have had to have been the
150: 22       most magical drug to protect your heart
150: 23       that was ever invented, and we didn't
150: 24       find that.
151: 1   Q.   And you wrote this in 2002,
151: 2        correct?
151: 3   A.   Right.
151: 4   Q.   And was that before you and
151: 5        I had ever met on the issue of Vioxx?
151: 6   A.   Right.  And in fact, let me
151: 7        look at -- the paper, it says lower on
151: 8        that page, was accepted for publication
151: 9        in January 31st, 2002, which meant that
151: 10       we would have written it in 2001.
151: 11  Q.   And is this consistent with
151: 12       your reaction to Dr. Sherwood's comment
151: 13       about the effect of naproxen in early
151: 14       2001?

44 151:16  -  155:3   Avorn, Jerome 2006-06-29
151: 16       THE WITNESS:  That's right.
151: 17       BY MR. TISI:
151: 18  Q.   Okay.
151: 19       Doctor, were the results of
151: 20       this paper actually presented before it
151: 21       was actually published?
151: 22  A.   Yes, it was.  Dr. Solomon
151: 23       presented them at the International
151: 24       Society for Pharmacoepidemiology
152: 1        meetings.
152: 2   Q.   The International Society
152: 3        for Pharmacoepidemiology, is that the
152: 4        international society that you had been a
152: 5        president of?
152: 6   A.   That's right.
152: 7   Q.   Okay.

*The purpose of requiring someone to raise an objection as to form of Q. is to allow the Q. questioner to restate the Q.*

*Overruled*

Re: 151:16
**Def. Obj**: 151:16 is
answer to question that
was re-asked after leading
objection, should be
eliminated
from designation.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

152: 8       And do you remember actually
152: 9         that presentation?
152: 10   A.   Yes.
152: 11   Q.   And who made the
152: 12         presentation?
152: 13   A.   Dr. Solomon did.
152: 14   Q.   Do you remember when it was
152: 15         in relationship to this paper?
152: 16   A.   Yes. The meetings occur in
152: 17         August, and so given that we finished the
152: 18         paper in late '01, this would have been
152: 19         the August '01 presentation.
152: 20   Q.   And do you recall, do you
152: 21         have any specific recollection whether
152: 22         there were any people from Merck in the
152: 23         audience to hear the presentation on your
152: 24         naproxen study?
153: 1   A.   Yes, there were.
153: 2   Q.   Okay.
153: 3         Do you remember who was in
153: 4         the audience from Merck to hear your
153: 5         presentation about the effect of
153: 6         naproxen?
153: 7   A.   One person I remember
153: 8         clearly, because we talked about it right
153: 9         at the end of the presentation, was Dr.
153: 10         Harry Guess, who at that time was the
153: 11         head of epidemiology at Merck.
153: 12   Q.   What, if anything, was
153: 13         presented to the audience, including Dr.
153: 14         Guess, about the likelihood of Vioxx
153: 15         being cardiotoxic as a result of your
153: 16         study which you presented?
153: 17   A.   In the presentation, I
153: 18         recall that Dr. Solomon -- clearly what
153: 19         was interesting was what does this mean
153: 20         about the VIGOR findings. And I recall
153: 21         that Dr. Solomon said essentially what is
153: 22         in the paper that we later wrote on that
153: 23         topic later that year, that we had found
153: 24         only a very small effect, about 16
154: 1         percent of reduction from naproxen, and
154: 2         that that made it unlikely that naproxen
154: 3         was the reason that -- that a
154: 4         cardioprotective effect of naproxen was
154: 5         the reason to explain this five-fold
154: 6         increase in heart attacks in the Vioxx
154: 7         group of patients in the VIGOR study
154: 8         compared to the naproxen group of
154: 9         patients. And that, therefore, the only
154: 10         other possible explanation was if it
154: 11         wasn't that naproxen was preventing heart
154: 12         attacks, the only other logical
154: 13         possibility was that Vioxx was causing
154: 14         heart attacks.
154: 15   Q.   And this was in mid-2001?
154: 16   A.   The presentation was in
154: 17         August of 2001, and we finished the
154: 18         work -- actually, we finished the work
154: 19         that summer.
154: 20   Q.   And you personally spoke to
154: 21         Dr. Guess about these results?
154: 22   A.   Yes. The reason I spoke
154: 23         with Dr. Guess was that Dr. Solomon had
154: 24         been in touch with Dr. Cannuscio at Merck

*Overruled*

Re: 154:20-155:3
**Def. Obj:** Answer
contains hearsay
regarding what Dr.
Solomon said to

Re: 154:20-155:3
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

*Overruled*

|  | | |
|---|---|---|
| 155: 1 | since actually the beginning of 2001, | Dr. Cannuscio. Witness |
| 155: 2 | because he had indicated to her that he | is here testifying as a |
| 155: 3 | thought this was -- | fact witness, not an |

| | | | |
|---|---|---|---|
| 45 155:8 - 157:24 | Avorn, Jerome 2006-06-29 | expert and therefore | |
| 155: 8 | A.  -- that there was an issue | cannot rely on or relate | |
| 155: 9 | which we had been discussing in our | hearsay. | |
| 155: 10 | division that this needed to be studied | **Re: 155:8-157:24** | **Re: 155:8-157:24** |
| 155: 11 | subsequent to the VIGOR paper.  And I | **Def. Obj:** Answer has | Overruled |
| 155: 12 | instructed Dr. Solomon to see whether | hearsay within it | |
| 155: 13 | this was something which a study could be | regarding conversations | |
| 155: 14 | funded by anybody.  And one of the | witness did not | |
| 155: 15 | difficulties about adverse effects | participate in. | |
| 155: 16 | research is that FDA doesn't have hardly | | |
| 155: 17 | any money to spend on them and the | | |
| 155: 18 | National Institutes of Health doesn't | | |
| 155: 19 | spend that much money on them.  And | | |
| 155: 20 | often, if you are a scientist studying | | |
| 155: 21 | drug side effects, as we are, one needs | | |
| 155: 22 | to go to the manufacturer of the drug and | | |
| 155: 23 | say, we think this is an important issue | | |
| 155: 24 | in relation to the drug that you're | | |
| 156: 1 | making, and we want to do a study. | | |
| 156: 2 | And as I said earlier, we've | | |
| 156: 3 | often had perfectly fine relationships | | |
| 156: 4 | with companies.  Sometimes a company will | | |
| 156: 5 | come to us and say we think there may be | | |
| 156: 6 | a problem with our drug, would you study | | |
| 156: 7 | it for us so that we can know what's true | | |
| 156: 8 | about our drug.  We had a very good | | |
| 156: 9 | experience with a Parkinson's drug not | | |
| 156: 10 | long ago in that way. | | |
| 156: 11 | And so I asked Dr. Solomon | | |
| 156: 12 | to talk with people at Merck, and as it | | |
| 156: 13 | turns out, Dr. Cannuscio had recently | | |
| 156: 14 | graduated from the Harvard School of | | |
| 156: 15 | Public Health in epidemiology and then | | |
| 156: 16 | went to work for Merck, so, she was kind | | |
| 156: 17 | of a conduit for our communications with | | |
| 156: 18 | Merck.  And nothing had come of those | | |
| 156: 19 | discussions even though he was trying | | |
| 156: 20 | hard. | | |
| 156: 21 | And so I took Dr. Guess | | |
| 156: 22 | aside as Dr. Cannuscio's boss at that | | |
| 156: 23 | pharmacoepi meeting in August of 2001, | | |
| 156: 24 | and sort of chief to chief, and I said, | | |
| 157: 1 | Harry, my guy has been talking to your | | |
| 157: 2 | person and it doesn't seem to be getting | | |
| 157: 3 | anywhere.  We think this issue is | | |
| 157: 4 | important, and we now can study Vioxx as | | |
| 157: 5 | well as naproxen, because when we first | | |
| 157: 6 | did this study, Vioxx was new enough on | | |
| 157: 7 | the market that there weren't enough | | |
| 157: 8 | people actually taking it for us to be | | |
| 157: 9 | able to do a big population study.  But | | |
| 157: 10 | by the time it was getting to be the | | |
| 157: 11 | summer of 2001, it was being very heavily | | |
| 157: 12 | promoted, and the number of people taking | | |
| 157: 13 | it was on the rise. | | |
| 157: 14 | And I told Dr. Guess that I | | |
| 157: 15 | thought that this really was something | | |
| 157: 16 | that ought to move forward, because we | | |
| 157: 17 | could do a study very much like the study | | |
| 157: 18 | that we're looking at now, but instead of | | |
| 157: 19 | looking at naproxen and the older | | |

| | Objections | Ruling in Barnett |
|---|---|---|

| | |
|---|---|
| 157: 20 | nonsteroidals, we would be able to have |
| 157: 21 | the same design and to look at Vioxx and |
| 157: 22 | Celebrex as well and answer that question |
| 157: 23 | in a large population to try to get to |
| 157: 24 | the bottom of this. |
| | |
| 46 158:6   -  162:9 | Avorn, Jerome 2006-06-29 |
| 158: 6 | MR. TISI:  I'm going to show |
| 158: 7 | you what I would like to have |
| 158: 8 | marked as Exhibit Number 17. |
| 158: 9 | - - - |
| 158: 10 | (Whereupon, Deposition |
| 158: 11 | Exhibit Avorn-17, Memo dated |
| 158: 12 | 8.28.01, MRK-ACC0018681 - |
| 158: 13 | MRK-ACC0018692, was marked for |
| 158: 14 | identification.) |
| 158: 15 | - - - |
| 158: 16 | BY MR. TISI: |
| 158: 17 | Q.  I'm going to represent that |
| 158: 18 | this document came from the Merck files. |
| 158: 19 | It is Bates Number MRK-ACC0018681. |
| 158: 20 | It's a memo from a gentleman |
| 158: 21 | by the name of Doug Watson to various |
| 158: 22 | people.  These are some of the people |
| 158: 23 | you've mentioned here in your testimony |
| 158: 24 | here today? |
| 159: 1 | A.  Right. |
| 159: 2 | Q.  And it includes some of the |
| 159: 3 | papers, actually, some of the |
| 159: 4 | presentations that were made at that |
| 159: 5 | meeting in mid-2001? |
| 159: 6 | A.  Right. |
| 159: 7 | Q.  If you'd go to Page 1 -- the |
| 159: 8 | document that ends with 686.  Is that the |
| 159: 9 | paper that Dr. Solomon presented? |
| 159: 10 | A.  Yes. |
| 159: 11 | Q.  Okay. |
| 159: 12 | And following that is some |
| 159: 13 | notes that Dr. Guess made of that |
| 159: 14 | meeting.  Do you see that? |
| 159: 15 | A.  Right.  Handwritten notes. |
| 159: 16 | Q.  Have you had an opportunity |
| 159: 17 | to read this, Doctor? |
| 159: 18 | A.  Yes. |
| 159: 19 | Q.  Is this something -- |
| 159: 20 | Just to be fair, is this |
| 159: 21 | something I presented to you -- is this a |
| 159: 22 | document you had ever seen at the time of |
| 159: 23 | your involvement with Vioxx in mid-2001? |
| 159: 24 | A.  No. |
| 160: 1 | Q.  Okay. |
| 160: 2 | And do you see at the bottom |
| 160: 3 | of the second page where it says, "The |
| 160: 4 | Conclusion"? |
| 160: 5 | A.  Yes. |
| 160: 6 | Q.  Okay. |
| 160: 7 | Would you go to the next |
| 160: 8 | page, two pages down, please.  Keep |
| 160: 9 | going.  One more. |
| 160: 10 | A.  Actually, a couple more. |
| 160: 11 | Q.  One more. |
| 160: 12 | Now, have you read this, |
| 160: 13 | Doctor? |
| 160: 14 | A.  Yes. |
| 160: 15 | Q.  Does this appear to comport |

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 160: 16 | | with your recollection of Dr. Solomon's |
| 160: 17 | | presentation at that meeting? |
| 160: 18 | A. | Correct. |
| 160: 19 | Q. | Would you please read the |
| 160: 20 | | conclusion as recorded by Dr. Guess? |
| 160: 21 | A. | Yes. |
| 160: 22 | | "NSAIDs as group, no effect. |
| 160: 23 | | Naproxen, 16-20% decrease in risk. |
| 160: 24 | | Hypothesis that selective" that is |
| 161: 1 | | selective COX-2 inhibitors like Vioxx, |
| 161: 2 | | "may increase risk." |
| 161: 3 | Q. | Is this something -- |
| 161: 4 | | Does this comport with your |
| 161: 5 | | recollection of what you and Dr. Guess |
| 161: 6 | | talked about? |
| 161: 7 | A. | Absolutely. |
| 161: 8 | Q. | Did you consider it |
| 161: 9 | | important in mid-2001 to specifically |
| 161: 10 | | study the relationship between COX-2s and |
| 161: 11 | | heart attacks? |
| 161: 12 | A. | Yes. |
| 161: 13 | Q. | Why? |
| 161: 14 | A. | Because there are a couple |
| 161: 15 | | of reasons, the largest of which was the |
| 161: 16 | | VIGOR study, which, as I said, had been |
| 161: 17 | | published in November of 2000, had been |
| 161: 18 | | kind of announced, the findings, in |
| 161: 19 | | spring of 2000, and here was sitting out |
| 161: 20 | | there this finding that five times more |
| 161: 21 | | people in the Vioxx group were having |
| 161: 22 | | heart attacks than people in the naproxen |
| 161: 23 | | group, and that seemed like an important |
| 161: 24 | | public health issue that somebody should |
| 162: 1 | | look at. |
| 162: 2 | Q. | How much does a study like |
| 162: 3 | | that you discussed with Dr. Guess cost? |
| 162: 4 | A. | Oh, about 5 or $600,000. |
| 162: 5 | Q. | And how long does such a |
| 162: 6 | | study typically take? |
| 162: 7 | A. | If we pull out all the stops |
| 162: 8 | | and can proceed real quickly, we can do |
| 162: 9 | | it in about a year or less. |
| **47 163:4 - 166:19** | Avorn, Jerome 2006-06-29 | |
| 163: 4 | | I'm going to show you what |
| 163: 5 | | I'd like to have marked as Exhibit |
| 163: 6 | | Number 18. |
| 163: 7 | | - - - |
| 163: 8 | | (Whereupon, Deposition |
| 163: 9 | | Exhibit Avorn-18, E-mails, |
| 163: 10 | | MRK-ABY0020300, was marked for |
| 163: 11 | | identification.) |
| 163: 12 | | - - - |
| 163: 13 | | BY MR. TISI: |
| 163: 14 | Q. | Following the meeting, the |
| 163: 15 | | ISPE meeting in August of 2001, did you |
| 163: 16 | | have followup contacts with Merck |
| 163: 17 | | regarding the proposed study to study |
| 163: 18 | | Vioxx and heart attacks? |
| 163: 19 | A. | Frequently. |
| 163: 20 | Q. | Okay. |
| 163: 21 | | When you say "frequently," |
| 163: 22 | | what do you mean? |
| 163: 23 | A. | That there was ongoing |
| 163: 24 | | discussion from -- really from the |

| | Objections | Ruling in Barnett |
|---|---|---|

164: 1     beginning of 2001, I believe, that it was
164: 2     February of 2001 when I asked Dr. Solomon
164: 3     to begin those conversations through
164: 4     until actually the publication of the
164: 5     paper in 2004.
164: 6    Q. And is this an e-mail that
164: 7     you recall?
164: 8    A. Yes.
164: 9    Q. Okay.
164: 10     Did you have any role in
164: 11     this e-mail exchange?
164: 12    A. Yes. I urged Dr. Solomon or
164: 13     instructed Dr. Solomon to please move
164: 14     things along as best he could with Merck.
164: 15     Once there was an expression of interest
164: 16     in such a study, to please get it
164: 17     finalized so that we could actually get
164: 18     the funding we needed to do the work.
164: 19    Q. Okay.
164: 20     Could you please go down to
164: 21     the e-mail from Dr. Solomon. First of
164: 22     all, is that an e-mail that you received
164: 23     in the normal course of business?
164: 24    A. Yes. It was cc'd to me.
165: 1    Q. Okay.
165: 2     Is this an e-mail that you
165: 3     directed Dr. Solomon to send to Merck?
165: 4    A. Yes.
165: 5    Q. And would you please --
165: 6     Who is it sent to?
165: 7    A. It was sent by Dr. Solomon
165: 8     to Dr. Cannuscio, who, as I mentioned,
165: 9     was the epidemiologist that had trained
165: 10     in our neighborhood and then went to work
165: 11     as a Merck staffer.
165: 12    Q. Okay.
165: 13     And would you please read
165: 14     for the record what Dr. Solomon, at your
165: 15     direction, told Dr. Cannuscio?
165: 16    A. Sure. So, this is September
165: 17     of 2001, which would have been a month
165: 18     after the pharmacoepi meeting in which I
165: 19     spoke with Dr. Guess and Dr. Solomon
165: 20     presented our findings and about eight
165: 21     months or seven or eight months after he
165: 22     had initiated his first contact with Dr.
165: 23     Cannuscio.
165: 24     It says, "Dear Carolyn, I
166: 1     was pleased to hear last week that Merck
166: 2     is indeed prepared to move forward with
166: 3     support of our study on NSAIDs, COX-2s,"
166: 4     including Vioxx, "and MI," which is heart
166: 5     attack, "but as I mentioned when we
166: 6     spoke, after so many months we really
166: 7     need at least an e-mail note from you
166: 8     indicating that the commitment is truly
166: 9     there. We will need to forego other
166: 10     possible sources of support for this
166: 11     project to work with Merck, and given how
166: 12     long it has taken thus far, we're nervous
166: 13     about rejecting other possibilities
166: 14     without any written indication of
166: 15     commitment."
166: 16    Q. Let me stop you there,
166: 17     Doctor.

Re: 166:18-19
**Def. Obj:** Is a question

Re: **166:18-166:19**
Overruled

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

166: 18      What was your purpose in
166: 19      writing this to Dr. Cannuscio?

that misrepresents the
document - witness did
not write to Ms. Cannuscio

**167:3   -   168:4**      Avorn, Jerome 2006-06-29

| | | **Re: 167:3-168:1** | **Re: 167:3-168:1** |
|---|---|---|---|

167: 3      I told Dr. Solomon to
167: 4      essentially, after so many months from
167: 5      February to September, particularly on
167: 6      the heels of the meeting with Dr. Guess
167: 7      in August, to basically tell them to fish
167: 8      or cut bait, that I felt this was an
167: 9      important project to do, that there were
167: 10      important clinical and public health
167: 11      issues at stake, and that we had been
167: 12      working along with Merck or trying to
167: 13      based on their indicating to us that they
167: 14      were kind of interested in supporting the
167: 15      study.
167: 16      But so many months later, I
167: 17      told Dr. Solomon to write a note saying,
167: 18      look, if you guys aren't going to really
167: 19      fund this study, we need to know that so
167: 20      we can look for funding from somewhere
167: 21      else since we don't like to peddle the
167: 22      same study to a lot of different people
167: 23      and hope that somebody will accept it.
167: 24      And so it was basically I asked him to
168: 1      write a fish or cut bait memo to Merck.
168: 2   Q.  And that's what this memo
168: 3      was?
168: 4   A.  Yes.

**Def. Obj:** Not responsive
to any question pending.

Overruled

**169:23   -   173:20**      Avorn, Jerome 2006-06-29

169: 23      What was Dr. Cannuscio's
169: 24      response to your fish or cut bait memo,
170: 1      as you called it?
170: 2   A.  The note that she sent to
170: 3      both Dr. Solomon and to me on September
170: 4      17th about two hours after Dr. Solomon's
170: 5      note to her was that they -- she had --
170: 6      we, I can't know who "we" was, but
170: 7      somebody at Merck had presented the idea
170: 8      of the study that we had proposed to
170: 9      several groups within Merck, and that she
170: 10      said that there was interest in working
170: 11      with us to develop a complete protocol,
170: 12      present the detailed protocol to Merck's
170: 13      scientific review committee, and to
170: 14      basically discuss having a contract.
170: 15      And then she mentioned in
170: 16      that last paragraph, "I have spoken with
170: 17      Harry Guess, who heads the epidemiology
170: 18      department." "Though Harry and I are not
170: 19      authorized to finalize a contract to
170: 20      support a research project of this scale,
170: 21      we wish to affirm our interest in
170: 22      pursuing with you the steps outlined
170: 23      above." And so basically it was an
170: 24      agreement to have further discussions
171: 1      about having an agreement.
171: 2   Q.  Okay.
171: 3      Doctor, at about the time
171: 4      that you were involved with the
171: 5      discussions with Dr. Cannuscio, were you
171: 6      aware that the company was in discussions
171: 7      with the Food & Drug Administration about

| | Objections | Ruling in Barnett |
|---|---|---|

```
171: 8              what would go into the label on the
171: 9              results of VIGOR?
171: 10     A.  No.
171: 11     Q.  Doctor, I did provide you
171: 12             material that was sent to the Food & Drug
171: 13             Administration.  Have I showed you this
171: 14             before today's deposition?
171: 15     A.  Yes.
171: 16     Q.  Have you had an opportunity
171: 17             to take a look at it?
171: 18     A.  Yes.
171: 19     Q.  Is this a letter that was
171: 20             sent to the -- appear to be a letter sent
171: 21             to the Food & Drug Administration in part
171: 22             referring to your study results on the
171: 23             naproxen study?
171: 24     A.  Yes.  It was sent by Merck
172: 1              by Dr. Silverman, I believe.
172: 2      Q.  Okay.
172: 3              Can you turn to Page 3 of
172: 4              that cover letter that was sent to the
172: 5              Food & Drug Administration.
172: 6      A.  (Witness complies.)
172: 7      Q.  And the top part of it
172: 8              refers to "Thrombotic Cardiovascular
172: 9              Data," and has some discussion about the
172: 10             VIGOR study.  Do you see that, Doctor?
172: 11     A.  Yes.
172: 12     Q.  Okay.
172: 13             If you'd go down to the
172: 14             second full paragraph --
172: 15     A.  Yes.
172: 16     Q.  -- is there a reference to
172: 17             your study?
172: 18     A.  Yes, there is.
172: 19     Q.  Okay.
172: 20             Would you tell us where that
172: 21             is, Doctor?
172: 22     A.  Yes.  That would be
172: 23             beginning on line 4, the last word of the
172: 24             line, "The."  Okay.
173: 1              Shall I read it?
173: 2      Q.  Yes.  Sure.
173: 3      A.  "The concept that there are
173: 4              differences among NSAIDs is supported by
173: 5              external epidemiologic data from three
173: 6              separate studies that utilized different
173: 7              clinical databases, indicating that the
173: 8              use of naproxen, but not other NSAIDs, is
173: 9              cardioprotective."  And then it is
173: 10             references 2, 3 and 4, and ours is
173: 11             reference 4.
173: 12             "Among these studies, is a
173: 13             U.S. study of over 22,000 patients in New
173: 14             Jersey by a Boston academic group
173: 15             unaffiliated with industry."  And that's
173: 16             us.
173: 17     Q.  Doctor, having read this
173: 18             document, do you have any impression
173: 19             about what was being conveyed to the FDA
173: 20             about your study?
```

```
50 173:22   -  174:21    Avorn, Jerome 2006-06-29
173: 22             THE WITNESS:  Well, it's not
173: 23             an impression.  It's what they
```

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 173: 24 | say.  What they say is that our | |
| 174: 1 | study shows that naproxen protects | |
| 174: 2 | the heart.  And in the context of | |
| 174: 3 | what is on the rest of the page, | |
| 174: 4 | it is justification for the notion | |
| 174: 5 | that Vioxx does not cause heart | |
| 174: 6 | attacks, naproxen prevents them. | |
| 174: 7 | BY MR. TISI: | |
| 174: 8 | Q.  Did they specifically single | |
| 174: 9 | out your study as being, quote, | |
| 174: 10 | independent? | |
| 174: 11 | A.  Yes. | |
| 174: 12 | Q.  Doctor, were you aware at | |
| 174: 13 | the time that Merck was using your study | |
| 174: 14 | results that were presented to Dr. Guess | |
| 174: 15 | in August of 2001 to suggest that the | |
| 174: 16 | results of VIGOR were the result of the | |
| 174: 17 | cardioprotective effect of naproxen? | |
| 174: 18 | A.  No, I was not aware of that | |
| 174: 19 | at the time. | |
| 174: 20 | Q.  If you had been aware of | |
| 174: 21 | that, what would your reaction have been? | |

| 51 174:24   -   176:2 | Avorn, Jerome 2006-06-29 | |
|---|---|---|
| 174: 24 | THE WITNESS:  Well, I can | |
| 175: 1 | tell you what my reaction is right | |
| 175: 2 | now, which is I'm indignant that | |
| 175: 3 | they took a finding of ours that | |
| 175: 4 | was very clearly communicated, | |
| 175: 5 | that is, the very modest effect of | |
| 175: 6 | protection of the hearts that we | |
| 175: 7 | found with naproxen, which we | |
| 175: 8 | explicitly said was not enough to | |
| 175: 9 | explain the increase in heart | |
| 175: 10 | attacks in the naproxen/Vioxx | |
| 175: 11 | comparison in VIGOR, that Dr. | |
| 175: 12 | Guess was in the room when we | |
| 175: 13 | presented that, and I now | |
| 175: 14 | understand, even wrote down, that | |
| 175: 15 | we hypothesized that what really | |
| 175: 16 | was probably going on was an | |
| 175: 17 | increased risk from the selective | |
| 175: 18 | COX-2, or Vioxx, as an explanation | |
| 175: 19 | of the VIGOR study. | |
| 175: 20 | I am upset right now, and I | |
| 175: 21 | was the first time I saw this, to | |
| 175: 22 | know that they were essentially | |
| 175: 23 | distorting our scientific findings | |
| 175: 24 | to justify exactly the opposite | |
| 176: 1 | position from what we have said | |
| 176: 2 | both in writing and in public. | |

| 52 176:12   -   176:18 | Avorn, Jerome 2006-06-29 | |
|---|---|---|
| 176: 12 | Looking at that document, is | |
| 176: 13 | that a fair and accurate representation | |
| 176: 14 | of the science that you presented to Dr. | |
| 176: 15 | Guess at the ISPE meeting in August of | |
| 176: 16 | 2001? | |
| 176: 17 | A.  No, it's a distortion of | |
| 176: 18 | what was presented. | |

| 53 177:1   -   178:1 | Avorn, Jerome 2006-06-29 | |
|---|---|---|
| 177: 1 | You mentioned the study that | |
| 177: 2 | we talked about before, the published | |
| 177: 3 | version of this study.  Have you on other | |

| | Objections | Ruling in Barnett |
|---|---|---|

```
177: 4          occasions said that the results of your
177: 5          study does not explain cardioprotective
177: 6          -- does not explain the results that were
177: 7          seen in VIGOR?
177: 8      A.  Yes.  There are a number of
177: 9          times in the course of early 2000 where I
177: 10         stated that.
177: 11     Q.  Okay.
177: 12         Would you go to another
177: 13         article that I have in your book, Exhibit
177: 14         Number 14?
177: 15     A.  Yes.
177: 16     Q.  Do you recognize that,
177: 17         Doctor?
177: 18     A.  Yes.  That is a paper that
177: 19         was published in a journal called
177: 20         "Pharmacoepidemiology and Drug Safety"
177: 21         describing a panel that I was invited to
177: 22         be on at another meeting of the
177: 23         Pharmacoepidemiology Society that was
177: 24         held in Edinborough in Scotland in August
178: 1          of 2002.
```

```
54 178:2   -   178:23    Avorn, Jerome 2006-06-29
178: 2      Q.  And among the co-authors is
178: 3          a gentleman by the name of Dr. Wayne Ray?
178: 4      A.  Correct.
178: 5      Q.  Who is Dr. Ray?
178: 6      A.  Dr. Ray is a very respected
178: 7          pharmacoepidemiologist, probably one of
178: 8          the best in the field, who is a professor
178: 9          at Vanderbilt University.
178: 10     Q.  And David Graham, do you see
178: 11         he's represented there as well?
178: 12     A.  Yes.  Dr. Graham is a
178: 13         physician and epidemiologist at the Food
178: 14         & Drug Administration.
178: 15     Q.  Okay.
178: 16         And Dr. Solomon is there as
178: 17         well?
178: 18     A.  Right.
178: 19     Q.  Don't want to leave Dr.
178: 20         MacDonald out.  Who is Dr. MacDonald?
178: 21     A.  Tom MacDonald is a
178: 22         pharmacoepidemiologist who works in
178: 23         Scotland.
```

```
55 178:24   -   179:16    Avorn, Jerome 2006-06-29
178: 24     Q.  And, of course, you are
179: 1          listed there as well?
179: 2      A.  Right.
179: 3      Q.  Did you anywhere indicate,
179: 4          again, your feelings about the naproxen
179: 5          hypothesis as an explanation of VIGOR?
179: 6      A.  Yes, I did.
179: 7      Q.  Okay.
179: 8          Would you please go to the
179: 9          last page of the document, please?
179: 10     A.  Yes.  The last full page?
179: 11     Q.  Actually the last full page.
179: 12     A.  Yes.
179: 13     Q.  Okay.
179: 14         Would you tell the members
179: 15         of the jury what you wrote in 2000, and I
179: 16         guess this is 2003?
```

| | Objections | Ruling in Barnett |
|---|---|---|

**56 180:2   -   181:6**   Avorn, Jerome 2006-06-29

180: 2    Right.  In brief, the key
180: 3    sentence there is, "These studies," which
180: 4    reviews what was known at the time,
180: 5    "suggest that any potential protective
180: 6    effect of naproxen does not fully account
180: 7    for the findings in the VIGOR study."
180: 8    Q.  And what were you trying to
180: 9    convey there in this article that was
180: 10    published in 2002 -- 2003, excuse me.
180: 11    A.  Right.  But based on
180: 12    statements that we made in August of
180: 13    2002, and this was pretty much a
180: 14    transcript of what we had said at that
180: 15    point.  That we reviewed as a group the
180: 16    existing data about evidence relating to
180: 17    cardiac outcomes from nonsteroidal drugs.
180: 18    And we discussed the dramatic increase in
180: 19    rate of heart attack in VIGOR in people
180: 20    taking naproxen -- in people taking Vioxx
180: 21    compared to naproxen and the hypothesis
180: 22    that had been offered by Merck that that
180: 23    was because naproxen protects your heart.
180: 24    And in that August of '02
181: 1    symposium, all of us, I think, were in
181: 2    accord since we all signed off on this,
181: 3    "These studies suggest that any potential
181: 4    protective effect of naproxen does not
181: 5    fully account for the findings in the
181: 6    VIGOR study."

**57 181:23   -   181:24**   Avorn, Jerome 2006-06-29

181: 23    Q.  What were you trying to
181: 24    communicate there in this sentence?

**58 182:5   -   183:8**   Avorn, Jerome 2006-06-29

182: 5    THE WITNESS:  Okay.
182: 6    What I said was, there are
182: 7    only -- and the context of the
182: 8    proceeding paragraph, there's only
182: 9    two ways that you can explain a
182: 10    five-fold difference in heart
182: 11    attack between group A and group B
182: 12    in a randomized trial.  Either the
182: 13    people in the group that has the
182: 14    higher number of heart attacks
182: 15    were given a drug that causes
182: 16    heart attacks, or the people in
182: 17    the group given the comparison
182: 18    drug got a drug that prevents
182: 19    heart attacks or perhaps some
182: 20    combination of the two.
182: 21    And what that sentence says
182: 22    is that you can't explain the
182: 23    five-fold increase in number of
182: 24    heart attacks in VIGOR seen in
183: 1    people given Vioxx by the data
183: 2    that were available at the time
183: 3    about naproxen preventing heart
183: 4    attacks because it just wasn't
183: 5    there.
183: 6    BY MR. TISI:
183: 7    Q.  And did you draw any
183: 8    conclusions from that?

Overruled. He is being asked what he meant by the statement. He can explain what he meant by it. This is done every day in courts.

**Re: 181:23-24**
**Def. Obj:** Irrelevant, improper examination to ask witness what he "was trying to communicate" - document speaks for itself.
**Re: 182:5-183:8**
**Def. Obj:** Irrelevant (see above)

**Re: 181:23-181:24**
Overruled

|  | Objections | Ruling in Barnett |
|---|---|---|

**59 183:15   -   184:2**   Avorn, Jerome 2006-06-29

| 183: 15 | A. | The only logical -- this was |
| 183: 16 | | discussed widely from the podium, I |
| 183: 17 | | recall it vividly.  The only logical |
| 183: 18 | | alternative is that if it is not because |
| 183: 19 | | naproxen is preventing heart attacks or |
| 183: 20 | | if only a teeny fraction of the |
| 183: 21 | | difference can possibly be expected, be |
| 183: 22 | | explained by that, then the only other |
| 183: 23 | | logical possibility is that Vioxx caused |
| 183: 24 | | heart attacks. |
| 184: 1 | Q. | Is that the same thing you |
| 184: 2 | | told Dr. Guess in mid-2001? |

Re: 183:15-184:2
**Def. Obj:** Irrelevant
(see above)

**60 184:5   -   184:20**   Avorn, Jerome 2006-06-29

| 184: 5 | | THE WITNESS:  In mid-2001, I |
| 184: 6 | | told Dr. Guess that I thought that |
| 184: 7 | | was an important question that |
| 184: 8 | | needed to be addressed. |
| 184: 9 | | BY MR. TISI: |
| 184: 10 | Q. | All right.  Moving forward. |
| 184: 11 | | Let's go back to your |
| 184: 12 | | negotiations with Merck to do your study. |
| 184: 13 | | Following the September fish |
| 184: 14 | | or cut bait e-mail with Dr. Cannuscio, |
| 184: 15 | | September 2001 fish or cut bait memo with |
| 184: 16 | | Dr. Cannuscio, did they execute a |
| 184: 17 | | contract? |
| 184: 18 | A. | Not for many, many months |
| 184: 19 | | until later did they finally actually |
| 184: 20 | | sign the contract. |

**61 189:7   -   189:15**   Avorn, Jerome 2006-06-29

| 189: 7 | Q. | Okay. |
| 189: 8 | | Doctor, did there come a |
| 189: 9 | | time that the contract was actually |
| 189: 10 | | signed? |
| 189: 11 | A. | Yes.  My recollection is |
| 189: 12 | | that it was in April of 2002, about 15 |
| 189: 13 | | months after the initial conversation |
| 189: 14 | | that Dr. Solomon had with Dr. Cannuscio |
| 189: 15 | | that the contract was eventually signed. |

**62 190:24   -   191:9**   Avorn, Jerome 2006-06-29

| 190: 24 | | Are you aware that at the |
| 191: 1 | | time that Merck executed the contract for |
| 191: 2 | | your study on April 24th, 2002 that Merck |
| 191: 3 | | had just received two weeks prior the |
| 191: 4 | | approval for the new label that did not |
| 191: 5 | | contain a cardiovascular warning? |
| 191: 6 | A. | I was not aware of that. |
| 191: 7 | Q. | Doctor, are you familiar |
| 191: 8 | | with the term "First, do no harm"? |
| 191: 9 | A. | Yes. |

**63 193:7   -   194:20**   Avorn, Jerome 2006-06-29

| 193: 7 | Q. | Doctor, before we broke, I |
| 193: 8 | | showed you a public affairs plan for the |
| 193: 9 | | GI label change for Vioxx dated March |
| 193: 10 | | 23rd, 2001. |
| 193: 11 | A. | Right. |
| 193: 12 | Q. | Have you seen that before? |
| 193: 13 | | I've shown you that in context of showing |
| 193: 14 | | you documents for litigation here. |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

193: 15   A.   That's right.
193: 16   Q.   Okay.
193: 17        Would you please turn to the
193: 18        page containing the Bates range 20167.
193: 19        Do you see that?
193: 20   A.   Yes.
193: 21   Q.   See "Overall Communication
193: 22        Objectives." Do you see that?
193: 23   A.   Yes.
193: 24   Q.   Do you see the first bullet
194: 1         point?
194: 2    A.   Yes.
194: 3    Q.   Would you please tell the
194: 4         members of the jury what it says?
194: 5    A.   It says "Do no harm."
194: 6    Q.   Can you read the rest?
194: 7    A.   Yes.
194: 8         "Refrain from proactively
194: 9         generating coverage that jeopardizes
194: 10        label negotiations and/or that links
194: 11        Vioxx to cardiovascular adverse events."
194: 12   Q.   Doctor, were you concerned
194: 13        in 2001 and 2002 about the delay in
194: 14        actually getting your study off the
194: 15        ground?
194: 16   A.   Very concerned.
194: 17   Q.   Do you have any explanation
194: 18        for Merck's inability to execute a
194: 19        contract until after the label was
194: 20        approved for Vioxx?

194:24  -  195:13   Avorn, Jerome 2006-06-29
194: 24        THE WITNESS: At that time,
195: 1         I had no understanding of the
195: 2         label discussions that were going
195: 3         on. I just was concerned that
195: 4         either this was a very big company
195: 5         that couldn't get out of its own
195: 6         way and make a decision in less
195: 7         than a year on an important study,
195: 8         or perhaps, and I vividly recall
195: 9         raising this possibility with Dr.
195: 10        Solomon, perhaps the foot dragging
195: 11        was intentional because they
195: 12        really didn't want the study to
195: 13        get done.

65 195:24  -  196:3   Avorn, Jerome 2006-06-29
195: 24        First of all, was that what
196: 1         was on your mind at the time, that there
196: 2         was a concern there was foot dragging on
196: 3         the part of the company?

66 196:8  -  196:17   Avorn, Jerome 2006-06-29
196: 8         THE WITNESS: We had
196: 9         conversations on almost a biweekly
196: 10        basis about why is it taking so
196: 11        long.
196: 12        BY MR. TISI:
196: 13   Q.   Okay.
196: 14        Now, Doctor, I assume that
196: 15        once the contract was signed, you got
196: 16        right to work on actually doing the
196: 17        study; is that correct?

Re: 194:17-20
**Def. Obj:** Calls for speculation on Merck's state of mind.

Re: 194:17-194:20
Overruled. Not asked state of mind.

Re: 194:24-195:13
**Def. Obj:** Witness speculates on Merck's state of mind/intent/ decision-making

Re: 196:14-17
**Def. Obj:** Is a leading question, form objection preserved.

Re: 196:14-196:17
Overruled. Is leading but on point 4-11(c)

38

| | | Objections | Ruling in Barnett |

67 196:19 - 200:4          Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 196: 19 | THE WITNESS: We -- that was | Re: 196:19-20 | Re: 196:19-196:20 |
| 196: 20 | our plan, but... | Def. Obj: Answer to | Overruled |
| 196: 21 | BY MR. TISI: | leading question | |
| 196: 22 | Q. What happened? | | |
| 196: 23 | A. There was -- I learned a | | |
| 196: 24 | lesson, which is that I had learned with | | |
| 197: 1 | discussions with other pharmaceutical | | |
| 197: 2 | companies to never allow the funding to | | |
| 197: 3 | be contingent upon their acceptance of | | |
| 197: 4 | the work product because that, in effect, | | |
| 197: 5 | would give a company censorship over what | | |
| 197: 6 | we were able to publish.  And we managed | | |
| 197: 7 | every step of the way except for one to | | |
| 197: 8 | not have as any of the benchmarks in the | | |
| 197: 9 | contract any words like "produce a | | |
| 197: 10 | manuscript that is acceptable to Merck" | | |
| 197: 11 | or "produce data that are satisfactory to | | |
| 197: 12 | Merck" because I learned not to do that. | | |
| 197: 13 | The thing I hadn't learned | | |
| 197: 14 | yet but learned from this was that as one | | |
| 197: 15 | of the -- as the only benchmark that was | | |
| 197: 16 | there in the beginning was language, and | | |
| 197: 17 | it's in the contract, and perhaps I | | |
| 197: 18 | should actually refer to the contract, | | |
| 197: 19 | the first milestone or benchmark was, | | |
| 197: 20 | payment to our hospital to fund the | | |
| 197: 21 | research "will be made upon acceptance of | | |
| 197: 22 | a detailed protocol." | | |
| 197: 23 | And it turns out that -- | | |
| 197: 24 | that's not a mistake I'll make again.  It | | |
| 198: 1 | turns out that Merck's acceptance of the | | |
| 198: 2 | protocol even after more than a year of | | |
| 198: 3 | discussion about getting the contract | | |
| 198: 4 | signed, took another nine months before | | |
| 198: 5 | they actually accepted the protocol. | | |
| 198: 6 | MR. TISI:  Doctor, I'm going | | |
| 198: 7 | to hand you a group of documents | | |
| 198: 8 | that I'm going to collectively | Re: 199:8-200:4 | Re: 199:8-200:4 |
| 198: 9 | refer to as Exhibits 23A through, | Def. Obj: Is a question | Overruled |
| 198: 10 | I think it's K. | and answer pair with the | |
| 198: 11 | - - - | answer completely | |
| 198: 12 | (Whereupon, Deposition | non-responsive to the | |
| 198: 13 | Exhibit 23A-K, Study protocols, | question. | |
| 198: 14 | was marked for identification.) | | |
| 198: 15 | - - - | | |
| 198: 16 | BY MR. TISI: | | |
| 198: 17 | Q. Doctor, is this -- what are | | |
| 198: 18 | those, Doctor? | | |
| 198: 19 | A. This is a succession of | | |
| 198: 20 | study protocols that we submitted to | | |
| 198: 21 | Merck and which Merck then was not | | |
| 198: 22 | satisfied with and then resubmit -- asked | | |
| 198: 23 | us to make this change or that change, | | |
| 198: 24 | often matters that seemed to us to be | | |
| 199: 1 | relatively modest to trivial, but each | | |
| 199: 2 | step of the way we were told, no, you | | |
| 199: 3 | need to fix that, you need to change | | |
| 199: 4 | that.  And this is what occupied the | | |
| 199: 5 | better part of 2002 before we could | | |
| 199: 6 | actually get their okay to start doing | | |
| 199: 7 | the work. | | |
| 199: 8 | Q. How long did it take | | |
| 199: 9 | Harvard and Merck to agree on the | | |

| | Objections | Ruling in Barnett |
|---|---|---|

199: 10      protocol of the study?
199: 11    A.   Well, the first one in your
199: 12      pile is dated June 7th, 2002, which was
199: 13      relatively soon after the contract was
199: 14      signed in the end of April. And then
199: 15      there's another one dated September 4th,
199: 16      2002, and then another revision dated --
199: 17      let's see, there's several revisions,
199: 18      "Comments from Dan from 10-1," another
199: 19      revision October 4th; October 22nd;
199: 20      October 24th; another revision dated
199: 21      October 31st, and then changed November
199: 22      6th; another one from November 12th;
199: 23      another one from December 17th; and
199: 24      another one from February 2003.
200: 1      And this was unprecedented
200: 2      in my many years of research, that there
200: 3      would be this long a period before a
200: 4      company signs off on a research protocol.

68 203:9   -   206:22    Avorn, Jerome 2006-06-29
203: 9    Q.   Doctor, the protocols that I
203: 10      laid in front of you, after those
203: 11      protocols in early 2003, did you actually
203: 12      get to start the study?
203: 13    A.   Well, no. Part of what
203: 14      Merck asked us to do during this many,
203: 15      many months of negotiation was they asked
203: 16      us to go back and review the individual
203: 17      patient records for a sample of the
203: 18      subjects in our study to see if the
203: 19      people that we were studying as having
203: 20      heart attacks actually had heart attacks.
203: 21      And we pointed out to Merck
203: 22      that that was a question that had been
203: 23      studied by other groups previously and
203: 24      that there was pretty good evidence in
204: 1      the medical literature that a combination
204: 2      of diagnosis codes and hospital codes
204: 3      virtually always meant that the person
204: 4      had had a heart attack. And Merck's
204: 5      response was, no, we really want to be
204: 6      sure, and so go out and validate, have
204: 7      people go down to Pennsylvania, get in
204: 8      contact with the hospitals, have them
204: 9      pull the patient's actual medical records
204: 10      and check to see if they really had heart
204: 11      attacks.
204: 12    Q.   Doctor, you've done -- how
204: 13      many studies have you done with this
204: 14      particular database that you're talking
204: 15      about here?
204: 16    A.   Dozens.
204: 17    Q.   Have you ever had any
204: 18      company ask you to do the kind of
204: 19      validation that Merck asked you to do?
204: 20    A.   No.
204: 21    Q.   Did you actually do what
204: 22      Merck asked you to do?
204: 23    A.   We had to.
204: 24    Q.   What did you do? What
205: 1      happened?
205: 2    A.   We hired a professional
205: 3      review organization to go down to
205: 4      Pennsylvania, we established a protocol

| | Objections | Ruling in Barnett |
|---|---|---|

205: 5    for how they would review the charts, the
205: 6    criteria from the World Health
205: 7    Organization about how you define a heart
205: 8    attack, and we gave them the list of a
205: 9    sample of patients.  And they went and
205: 10    pulled each one of their medical records,
205: 11    which was both an expensive and a time
205: 12    consuming process.  And they then
205: 13    confirmed that indeed in about 93 or 94
205: 14    percent of the cases, they had heart
205: 15    attacks, which is about as good as any
205: 16    validation study gets.
205: 17  Q.  Doctor, who conducted the
205: 18    independent validation?
205: 19  A.  It was a company that was a
205: 20    professional review organization.  I
205: 21    think they were called KeyPro, which is a
205: 22    group sanctioned by the government to go
205: 23    in and inspect hospital records.
205: 24  Q.  And did they find any
206: 1    problem with what you did?
206: 2  A.  No.  They found that we had
206: 3    a remarkably high rate of validation.
206: 4  Q.  Okay.
206: 5    And when you finally got the
206: 6    approval and the contract was signed and
206: 7    all of the protocols were done and the
206: 8    independent evaluation was done and all
206: 9    those things, did you finally get to do
206: 10    your study?
206: 11  A.  No.
206: 12  Q.  What happened?
206: 13  A.  Merck told us that we could
206: 14    not proceed until we had an independent
206: 15    epidemiologist come in and review the
206: 16    protocol as an outsider and also review
206: 17    all the programming code that our
206: 18    programmers had written to do the
206: 19    analyses.
206: 20  Q.  And who was that?  Who did
206: 21    that?
206: 22  A.  That was Dr. Rhonda Bohn.

69 210:7  -  211:2    Avorn, Jerome 2006-06-29
210: 7  Q.  Did she find any problems
210: 8    with your codes and the things she was
210: 9    asked to do?
210: 10  A.  No.
210: 11  Q.  Okay.
210: 12    Now, Doctor, did there
210: 13    finally come a time where you actually
210: 14    had an opportunity to do the study?
210: 15  A.  Yes.  By spring of 2003,
210: 16    we -- there was finally no other concerns
210: 17    that Merck had and we were given a green
210: 18    light to proceed.
210: 19  Q.  And did you actually do the
210: 20    data analysis at that time?
210: 21  A.  Yes.
210: 22  Q.  And what did you find?
210: 23  A.  We found that there was a
210: 24    significant increase in the risk of heart
211: 1    attack in patients taking Vioxx compared
211: 2    to comparator drugs.

| | Objections | Ruling in Barnett |
|---|---|---|

**70 212:3   -   213:15**     Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 212: 3 | | Let me ask you these |
| 212: 4 | | questions. |
| 212: 5 | | Did Merck have input into |
| 212: 6 | | the design of the study? |
| 212: 7 | A. | Yes, in that they would not |
| 212: 8 | | let us proceed until they were perfectly |
| 212: 9 | | satisfied with the protocol. |
| 212: 10 | Q. | And did they indicate that |
| 212: 11 | | they were satisfied with the protocol in |
| 212: 12 | | the end of the day? |
| 212: 13 | A. | Yes.  They signed off on the |
| 212: 14 | | protocol. |
| 212: 15 | Q. | Okay. |
| 212: 16 | | Did they have one of |
| 212: 17 | | their -- |
| 212: 18 | | Did they have any employees |
| 212: 19 | | who they employed working on the study? |
| 212: 20 | A. | Yes.  Dr. Cannuscio was a |
| 212: 21 | | key member of the project team, and she |
| 212: 22 | | was a Merck employee. |
| 212: 23 | Q. | All right. |
| 212: 24 | | Now, I put in front of you a |
| 213: 1 | | document entitled "The Relationship |
| 213: 2 | | Between COX-2 Inhibitors and Acute |
| 213: 3 | | Myocardial Infarction" dated May 5th, |
| 213: 4 | | 2003.  Would you tell me what this is? |
| 213: 5 | A. | Yes.  This is just the |
| 213: 6 | | tables, basically the data as we had it |
| 213: 7 | | in May of 2003 from the study. |
| 213: 8 | Q. | Okay. |
| 213: 9 | | In an overview, what did it |
| 213: 10 | | tell the people at Merck about the |
| 213: 11 | | results of your study of the -- the |
| 213: 12 | | epidemiologic study? |
| 213: 13 | A. | That we found an increased |
| 213: 14 | | rate of heart attacks in people taking |
| 213: 15 | | Vioxx compared to comparison drugs. |

**71 214:21   -   216:9**     Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 214: 21 | Q. | Okay. |
| 214: 22 | | Now, the results that you |
| 214: 23 | | saw here, from a public health |
| 214: 24 | | standpoint, did you consider them to be |
| 215: 1 | | important findings? |
| 215: 2 | A. | Yes. |
| 215: 3 | Q. | Why? |
| 215: 4 | A. | Because in there -- let me |
| 215: 5 | | just turn to the page with the data on it |
| 215: 6 | | as it was eventually published.  We found |
| 215: 7 | | that in the final tables, there was a |
| 215: 8 | | significant increase in the risk of heart |
| 215: 9 | | attack that we found with Vioxx compared |
| 215: 10 | | to with Celebrex.  We also found that it |
| 215: 11 | | was particularly high in people who were |
| 215: 12 | | taking higher doses of Vioxx.  And that |
| 215: 13 | | seemed like an important finding.  The |
| 215: 14 | | data for the high-dose Vioxx versus |
| 215: 15 | | high-dose Celebrex was a 70 percent |
| 215: 16 | | increase, or almost a doubling of the |
| 215: 17 | | risk of heart attack in our patient |
| 215: 18 | | population. |
| 215: 19 | Q. | Did you find an increased |
| 215: 20 | | risk with low dose? |

| | Objections | Ruling in Barnett |
|---|---|---|

```
215: 21        A.  Yes.
215: 22        Q.  Did you find an increased
215: 23            risk at less than 30 days?
215: 24        A.  Yes.
216: 1         Q.  Did you find an increased
216: 2             risk at 30 to 90 days?
216: 3         A.  Yes.
216: 4         Q.  And was that increased risk
216: 5             seen whether you were comparing it to
216: 6             Celebrex or other NSAIDs?
216: 7         A.  We found it with a wide
216: 8             variety of comparison drugs or
216: 9             nonexposures.

72 217:1   -   217:15    Avorn, Jerome 2006-06-29
217: 1         Q.  Okay.
217: 2             Doctor, did there come a
217: 3             time where you sought to write these
217: 4             results up in an abstract?
217: 5         A.  Yes.
217: 6         Q.  Did you speak to Dr.
217: 7             Cannuscio about doing that?
217: 8         A.  Yes.  The terms of our
217: 9             contract were that we would allow them to
217: 10            see what we were publishing, although
217: 11            they did not have the right to censure it
217: 12            or to hold it back, but as a courtesy, we
217: 13            agreed to let them see what we were going
217: 14            to submit and give them a period of time
217: 15            to comment.

218:1   -   218:6    Avorn, Jerome 2006-06-29
218: 1         Q.  Okay.
218: 2             Doctor, did there come a
218: 3             time where there was discussion about
218: 4             whether or not Dr. Cannuscio would
218: 5             actually be on the paper?
218: 6         A.  Yes.

74 219:19   -   219:21    Avorn, Jerome 2006-06-29
219: 19        Q.  Doctor, did you --
219: 20            I've handed you what I've
219. 21            had marked as Exhibit 27.

75 220:14   -   223:14    Avorn, Jerome 2006-06-29
220: 14        Q.  Does this include the
220: 15            abstract that was written by your
220: 16            division?
220: 17        A.  Correct.
220: 18        Q.  And there's an e-mail there
220: 19            as well, correct?
220: 20        A.  Right.
220: 21        Q.  What does the e-mail say
220: 22            about the tables?  It says, "These tables
220: 23            all suggest that the higher adjusted odds
220: 24            ratios seen in shorter duration use is
221: 1             not confined to high....risk users."
221: 2             What does that --
221: 3         A.  "High dosage users."
221: 4         Q.  "High dosage users."
221: 5             What does that mean?
221: 6         A.  That's a note from Dr.
221: 7             Solomon to Dr. Cannuscio pointing out
221: 8             something about our findings, which is
221: 9             that this was not just about people
```

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 221: 10 | | taking high-dose Vioxx, this was about |
| 221: 11 | | people taking regular dose Vioxx as well. |
| 221: 12 | Q. | Okay. |
| 221: 13 | | And was there further |
| 221: 14 | | discussion about the co-authorship of the |
| 221: 15 | | paper? |
| 221: 16 | A. | Yes. |
| 221: 17 | Q. | Okay. |
| 221: 18 | | Would you please read that? |
| 221: 19 | A. | Yes.  In Paragraph 2, Dr. |
| 221: 20 | | Solomon writes, "I would like to discuss |
| 221: 21 | | your co-authorship on the paper.  You |
| 221: 22 | | have contributed substantially to the |
| 221: 23 | | project and I am very comfortable with |
| 221: 24 | | you being a co-author, assuming that you |
| 222: 1 | | are comfortable with its content.  In |
| 222: 2 | | light of our findings, there may be |
| 222: 3 | | aspects of the paper that will be |
| 222: 4 | | problematic from Merck's perspective. |
| 222: 5 | | You may be in a difficult position as a |
| 222: 6 | | Merck employee and a co-author." |
| 222: 7 | Q. | Stop right there, Doctor. |
| 222: 8 | | What did you and Dr. -- |
| 222: 9 | | What was your concern as |
| 222: 10 | | reflected in this paragraph? |
| 222: 11 | A. | Well, this, again, was a |
| 222: 12 | | note that he sent to Dr. Cannuscio at my |
| 222: 13 | | suggestion to convey to her that we did |
| 222: 14 | | feel that she was a member of the project |
| 222: 15 | | team, but that we were both worried, now |
| 222: 16 | | that the study had shown that Vioxx did |
| 222: 17 | | increase the risk of heart attack, would |
| 222: 18 | | that be a problem for Merck and would |
| 222: 19 | | that be problematic for her to have her |
| 222: 20 | | name on the paper. |
| 222: 21 | Q. | Did you actually present |
| 222: 22 | | this paper -- |
| 222: 23 | | Did you actually present |
| 222: 24 | | this at a professional meeting? |
| 223: 1 | A. | Dr. Solomon presented it in |
| 223: 2 | | the fall of 2003 at the American College |
| 223: 3 | | of Rheumatology. |
| 223: 4 | | - - - |
| 223: 5 | | (Whereupon, Deposition |
| 223: 6 | | Exhibit Avorn-28, ARC 2003 |
| 223: 7 | | Presentation MRK-AAD0333175 - |
| 223: 8 | | MRK-AAD0333207, was marked for |
| 223: 9 | | identification.) |
| 223: 10 | | - - - |
| 223: 11 | | BY MR. TISI: |
| 223: 12 | Q. | I'm handing you what's |
| 223: 13 | | marked as Exhibit Number 23. |
| 223: 14 | A. | Yes. |

| | | |
|---|---|---|
| 76 226:22   -   227:15 | | Avorn, Jerome 2006-06-29 |
| 226: 22 | Q. | Doctor, is this the abstract |
| 226: 23 | | that was presented -- at the |
| 226: 24 | | association -- |
| 227: 1 | A. | The American. |
| 227: 2 | Q. | -- the American College of |
| 227: 3 | | Rheumatology in 2003? |
| 227: 4 | A. | Correct. |
| 227: 5 | Q. | Okay. |
| 227: 6 | | And is this the results of |
| 227: 7 | | your study, your Merck-funded study? |

|  | Objections | Ruling in Barnett |
|---|---|---|

```
      227: 8        A.  Correct.
      227: 9        Q.  Okay.
      227: 10           And does it have Carolyn
      227: 11           Cannuscio's name on the top?
      227: 12       A.  Yes, it does.
      227: 13       Q.  Does it have your name on
      227: 14           the top?
      227: 15       A.  Yes, it does.

77 228:2   -  228:9   Avorn, Jerome 2006-06-29
      228: 2        Q.  Okay.
      228: 3            Doctor, did there come a
      228: 4            time when you sought to convert this
      228: 5            abstract into an actual published
      228: 6            article?
      228: 7        A.  Yes.
      228: 8        Q.  And did you do that?
      228: 9        A.  Yes.

78 228:20  -  229:21  Avorn, Jerome 2006-06-29
      228: 20           Did you submit that
      228: 21           manuscript to Merck for its comment?
      228: 22       A.  Yes, we did.
      228: 23       Q.  Okay.
      228: 24           Did they have an opportunity
      229: 1            to make comments?
      229: 2        A.  Yes.
      229: 3        Q.  Did you accept some
      229: 4            comments?
      229: 5        A.  We accepted some and we
      229: 6            didn't accept others.
      229: 7        Q.  Okay.
      229: 8            Would you describe for us
      229: 9            the comments that Merck did not accept?
      229: 10       A.  You mean that we did not
      229: 11           accept?
      229: 12       Q.  You did not accept that
      229: 13           Merck --
      229: 14       A.  Right, sure.
      229: 15           There were some helpful
      229: 16           comments that Merck made about making
      229: 17           things clearer.  We accepted those.  And
      229: 18           then there were others which we felt
      229: 19           would have deemphasized the importance or
      229: 20           the extent of our findings, and we tended
      229: 21           to not accept those.

79 230:17  -  232:14  Avorn, Jerome 2006-06-29
      230: 17       Q.  Would you please tell us
      230: 18           what was rejected by you that Merck had
      230: 19           suggested?
      230: 20       A.  Sure.  As best I can recall,
      230: 21           there were, for example, in the abstract
      230: 22           of the paper, as it was eventually
      230: 23           presented, there was one finding that
      230: 24           demonstrated an increased risk of Vioxx,
      231: 1            and the statistical significance of that
      231: 2            was a p-value of .054.  Now, let me
      231: 3            explain what that means.
      231: 4        A.  p-value of .05 or 5
      231: 5            percent means that there's a 95 percent
      231: 6            certainty that the finding you are
      231: 7            reporting was not the result of chance.
      231: 8            And that is a benchmark that is often
      231: 9            used, it's not engraved in stone, but it
```

| | | Objections | Ruling in Barnett |
|---|---|---|---|

231: 10    is a convenient benchmark that people
231: 11    often use to understand how likely it is
231: 12    that this was not just the result of
231: 13    happenstance.
231: 14    And one of our findings had
231: 15    a p-value of 0.54, which means that
231: 16    instead of a 95 percent certainty or
231: 17    likelihood that this was not the result
231: 18    of chance, there was instead of 95
231: 19    percent, 94.6 percent likelihood that
231: 20    this was not the result of chance.  We
231: 21    felt that given particularly the public
231: 22    health importance of heart attack and the
231: 23    widespread use of this drug that that
231: 24    needed to be in the abstract.
232: 1    Merck objected that this
232: 2    was, quote, not a significant finding
232: 3    because it was a 94.6 percent probability
232: 4    that it was not chance instead of a 95
232: 5    percent and said we should take it out of
232: 6    the abstract.
232: 7    They also told us that we
232: 8    should change the way we described that
232: 9    finding as a numerical difference that
232: 10    was not significant or something to that
232: 11    effect.  And we disagreed on both points.
232: 12 Q.  And did you have discussions
232: 13    with Merck about this?
232: 14 A.  Yes.

80 232:15   -   233:1    Avorn, Jerome 2006-06-29
232: 15 Q.  And did there come a time
232: 16    where you had to make a decision about
232: 17    what remained in the paper and what did
232: 18    not remain in the paper?
232: 19 A.  Yes.  Dr. Solomon and I
232: 20    discussed this on an almost daily basis
232: 21    at that point.
232: 22 Q.  Okay.
232: 23    And did you actually submit
232: 24    the paper as you wished it to be?
233: 1  A.  Yes.

81 233:2   -   233:9    Avorn, Jerome 2006-06-29
233: 2  Q.  And was it accepted for
233: 3    publication?
233: 4  A.  Yes.  It was initially sent
233: 5    to the New England Journal and JAMA, and
233: 6    they passed on it, and it was eventually
233: 7    accepted in Cardiology -- I'm sorry, in
233: 8    Circulation, which is the number one
233: 9    cardiology journal in the world.

82 233:10   -   233:21    Avorn, Jerome 2006-06-29
233: 10 Q.  And did anything unusual
233: 11    happen at about the time of the
233: 12    publication of the article that we've
233: 13    been talking about?
233: 14 A.  Yes.  As the article was in
233: 15    galley on page proof, which is the
233: 16    printed version of the article that is
233: 17    sent back to the authors to make sure
233: 18    there's no typos, we received a phone
233: 19    call from Dr. Santanello instructing us
233: 20    to remove Dr. Cannuscio's name from the

*Sustained* (handwritten)

| | Objections | Ruling in Barnett |
|---|---|---|

233: 21     paper.

**241:2   -   241:6**    Avorn, Jerome 2006-06-29

241: 2      Did her name come off the
241: 3      paper?
241: 4    A.   Her name came off the paper,
241: 5      and I reluctantly agreed to let that
241: 6      happen.

*Sustained*

---

**84 243:12   -   244:19**    Avorn, Jerome 2006-06-29

243: 12    Q.   Did you acknowledge Dr.
243: 13      Cannuscio in any other way in that paper?
243: 14    A.   Yes. I wrote an
243: 15      acknowledgment that I asked Dr. Solomon
243: 16      to include in the paper.
243: 17    Q.   And you did that?
243: 18    A.   Yes. That was my -- those
243: 19      are my words.
243: 20      Because I felt that leaving
243: 21      aside the ethics of it, here was a young
243: 22      woman starting out her career who was
243: 23      about to have a paper in the best
243: 24      cardiology journal in the world and that
244: 1      she deserved to be a co-author of. And I
244: 2      was concerned, almost in my faculty role,
244: 3      that here somebody's hard work was being
244: 4      snatched away from her.
244: 5      So, I wrote that language
244: 6      that indicated there was an unnamed
244: 7      epidemiologist who had worked with us, as
244: 8      it says, "Actively in the study design,
244: 9      statistical analysis, and interpretation
244: 10      of the date and preparation of the
244: 11      manuscript," which are, in fact, the
244: 12      criteria for authorship. ~~And while we~~
244: 13      ~~are forbidden from using Dr. Cannuscio's~~
244: 14      ~~name,~~ I wanted her to be able to refer to
244: 15      that as she went on in her career and say
244: 16      that was really me. And so we did put
244: 17      the acknowledgment that I wrote at the
244: 18      end of the paper, but still respected her
244: 19      wishes to be not listed as a co-author.

*Overruled*

Re: 243:20-244:19
**Def. Obj:** Non-responsive
to question.

Re: 243:20-244:19
Overruled

---

**85 245:4   -   247:4**    Avorn, Jerome 2006-06-29

245: 4    Q.   Now, Doctor, this article
245: 5      was then published in Circulation?
245: 6    A.   That's right.
245: 7      MR. TISI: Okay.
245: 8      And I'm going to show you
245: 9      what I would like to have marked
245: 10      as Exhibit 30.
245: 11      - - -
245: 12      (Whereupon, Deposition
245: 13      Exhibit Avorn-30, Bulletin
245: 14      4-21-04 MRK-AAR0069284, was
245: 15      marked for identification.)
245: 16      - - -
245: 17      BY MR. TISI:
245: 18    Q.   And you testified before,
245: 19      and I just want to refer you to that
245: 20      testimony, that you felt this was an
245: 21      important public health issue that your
245: 22      study was addressing?
245: 23    A.   I've said that, and I felt
245: 24      that, and I feel that.

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

246: 1   Q.  Okay.
246: 2        Now, let me show you what I
246: 3        have had marked as Exhibit Number 29 --
246: 4        THE COURT REPORTER:  30.
246: 5        BY MR. TISI:
246: 6   Q.  30.  I will represent to you
246: 7        that it is a bulletin being used for
246: 8        detailers detailing Vioxx.
246: 9   A.  You mean the sales
246: 10       representatives?
246: 11  Q.  The sales representatives.
246: 12  A   For Merck?
246: 13  Q.  Yes.
246: 14       And it's dated April 21st,
246: 15       2004.
246: 16  A.  Correct.
246: 17  Q.  Do you see that, Doctor?
246: 18       And does it refer to your
246: 19       particular study?
246: 20  A.  Yes.
246: 21  Q.  And it's called an "Obstacle
246: 22       Response."  Do you see that?
246: 23  A.  Right.
246: 24  Q.  Did you consider your paper
247: 1        an obstacle?
247: 2   A.  No.
247: 3   Q.  You're smiling.  Why do you
247: 4        smile?



Handwritten: *Overruled* — This is a video depo. He is the witness smiling. It is an asked interrogation & not a question not a big deal asked about it.

**86** 247:7   -  247:15    Avorn, Jerome 2006-06-29
247: 7        THE WITNESS:  Because it was
247: 8        an important finding about the
247: 9        risks of a very, very widely-used
247: 10       drug in relation to a very common
247: 11       and important and dangerous side
247: 12       effect that was only an obstacle,
247: 13       I suppose, from the perspective of
247: 14       Vioxx sales, but it was not an
247: 15       obstacle in terms of science.

**87** 247:20  -  248:7    Avorn, Jerome 2006-06-29
247: 20  Q.  When it says "Action
247: 21       required," it says, "Do not initiate
247: 22       discussions on this article with
247: 23       physicians."  Do you see that?
247: 24  A.  I see that.
248: 1   Q.  Doctor, as somebody who has
248: 2        been involved in academic detailing,
248: 3        which we spoke about before, can you
248: 4        think of any medical or scientific reason
248: 5        why a responsible drug company would not
248: 6        want to have all of the evidence
248: 7        discussed with physicians?

**88** 248:13  -  248:18   Avorn, Jerome 2006-06-29
248: 13  Q.  I'm not asking you to
248: 14       speculate, Doctor.  I'm asking you as
248: 15       somebody who has done research in this
248: 16       area, is there any medical or scientific
248: 17       reason why this article and this research
248: 18       should not be shared with doctors?

**89** 248:20  -  249:10   Avorn, Jerome 2006-06-29
248: 20       THE WITNESS:  No.
248: 21       BY MR. TISI:

**Objections column:**

Re: 247:3-4
**Def. Obj:** Improper question.

Re: 247:7-15
**Def. Obj:** Answer is non-responsive and consists of speculation

Re: 248:1-7
**Def. Obj:** Question seeks testimony that is not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable drug company" would do. See Merck's Daubert Motion.

Re: 248:13-248:18
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters. See Merck's Daubert Motion.

**Ruling in Barnett column:**

Re: 247:3-247:4
Overruled

Re: 248:1-248:7
Overruled

Re: 248:13-248:18
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 248: 22 | Q. Why not? | **Re: 248:20-249:10** | **Re: 248:20-249:10** |
| 248: 23 | A. As someone who has spent his | **Def. Obj:** Not the proper | Overruled |
| 248: 24 | life studying how doctors make | subject of expert | |
| 249: 1 | prescribing decisions and written papers | testimony, witness is not | |
| 249: 2 | about and conducted programs in the fair | qualified to opine on these | |
| | | subject matters. | |
| 249: 3 | and evidenced-based presentations of both | See Merck's Daubert | |
| 249: 4 | benefit and risk data to physicians so | Motion. | |
| 249: 5 | that they can be helped to make more | | |
| 249: 6 | appropriate decisions to benefit their | | |
| 249: 7 | patients, I can think of no reason that | | |
| 249: 8 | anybody would -- no legitimate reason why | | |
| 249: 9 | it would be ever appropriate to suppress | | |
| 249: 10 | negative findings about a drug risk. | | |

90 **249:14 - 256:21**    Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 249: 14 | Q. Is there anything in this | | |
| 249: 15 | obstacle response that indicates that | | |
| 249: 16 | Merck funded this study, approved the | | |
| 249: 17 | protocol, approved the statistical | | |
| 249: 18 | analysis and worked on the manuscript? | | |
| 249: 19 | A. No. | | |
| 249: 20 | Q. Doctor, I'd like for you to | **Re: 249:20-256:21** | **Re: 249:20-256-21** |
| 249: 21 | turn, and I'm going to switch topics for | **Def. Obj:** Not the proper | Overruled |
| 249: 22 | a moment. Let's go to Avorn Exhibit | subject of expert | |
| 249: 23 | Number 9, which is in the binder there. | testimony, witness is not | |
| 249: 24 | And it's an article entitled "Adjustment | qualified to opine on | |
| 250: 1 | for Unmeasured Confounders." | these subject matters, | |
| 250: 2 | A. Yes. | including effects of | |
| 250: 3 | Q. Do you remember that study? | marketing on physicians | |
| 250: 4 | A. Yes. | and direct-to-consumer | |
| 250: 5 | Q. Was that Merck funded? | advertising on consumers. | |
| 250: 6 | A. Yes. | See Merck's Daubert | |
| 250: 7 | Q. And what was the purpose of | Motion. | |
| 250: 8 | that study? | | |
| 250: 9 | A. We wanted to be certain in | | |
| 250: 10 | -- | | |
| 250: 11 | When we found that there was | | |
| 250: 12 | a higher risk of heart attack in patients | | |
| 250: 13 | taking Vioxx, as I said before, we wanted | | |
| 250: 14 | to make sure that to be fair to the drug, | | |
| 250: 15 | that was not because people who happened | | |
| 250: 16 | to be on Vioxx were sicker or had -- or | | |
| 250: 17 | were more likely to be smokers, which we | | |
| 250: 18 | know causes heart attack, or might have | | |
| 250: 19 | been more overweight or perhaps were less | | |
| 250: 20 | likely to be taking aspirin. | | |
| 250: 21 | And these are all potential | | |
| 250: 22 | risk factors for heart attack, but we did | | |
| 250: 23 | not have information about them in our | | |
| 250: 24 | data about their drug prescriptions and | | |
| 251: 1 | their medical history. And we wanted to | | |
| 251: 2 | have some independent assessment of maybe | | |
| 251: 3 | people who were taking Vioxx were sicker | | |
| 251: 4 | than people taking Celebrex. And if that | | |
| 251: 5 | was the case, it would cast our findings | | |
| 251: 6 | into doubt and we wanted to get it right. | | |
| 251: 7 | Q. And when you did the study, | | |
| 251: 8 | what did you find? | | |
| 251: 9 | A. That there was no meaningful | | |
| 251: 10 | difference between Vioxx users and | | |
| 251: 11 | Celebrex users, and, in fact, to the very | | |
| 251: 12 | small extent that there was a little bit | | |
| 251: 13 | of a difference, it indicated that our | | |
| 251: 14 | findings would have underestimated the | | |

251: 15      risk of Vioxx.
251: 16   Q.   Go to the next document,
251: 17      Exhibit Number 6. It's another article,
251: 18      "Determinants of Selective COX-2
251: 19      Prescribing."
251: 20   A.   Yes.
251: 21   Q.   Do you see that?
251: 22   A.   Yes.
251: 23   Q.   Okay.
251: 24      "Are patient or physician
252: 1      characteristics more important?"
252: 2   A.   Right.
252: 3   Q.   Do you see that?
252: 4   A.   Yes.
252: 5   Q.   Okay.
252: 6      Is that an article you
252: 7      wrote?
252: 8   A.   Yes. With my team.
252: 9   Q.   And it was published in
252: 10      2003?
252: 11   A.   Yes.
252: 12   Q.   Okay.
252: 13      What, if anything, briefly,
252: 14      did you conclude?
252: 15   A.   Well, we were at that point
252: 16      trying to understand how it could be that
252: 17      the use of COX-2 drugs, both Vioxx and
252: 18      Celebrex, were going through the roof
252: 19      despite the fact that they had never been
252: 20      shown to be better pain relievers or
252: 21      anti-inflammatory drugs and with the
252: 22      evidence that was already out there about
252: 23      their risks. The benefit that they had
252: 24      in relation to less stomach symptoms did
253: 1      not seem to us to be enough reason to
253: 2      explain that astronomical rise.
253: 3      So, we looked in our
253: 4      database at the patterns of use, and we
253: 5      thought, well, maybe there are more
253: 6      people out there who are getting this
253: 7      drug because they have a history of ulcer
253: 8      or a bleeding problem or are on
253: 9      anticoagulants, all of which would be
253: 10      reasons to use them.
253: 11   Q.   And what did you find?
253: 12   A.   We found that that really
253: 13      didn't predict who was getting these
253: 14      drugs.
253: 15   Q.   In the conclusion, if you go
253: 16      to Page 720, it says, "Important
253: 17      questions have emerged as to whether or
253: 18      not possible increases in cardiovascular
253: 19      risk associated with these agents should
253: 20      limit their use to patients who are most
253: 21      likely to benefit from improved
253: 22      gastrointestinal safety."
253: 23   A.   Correct.
253: 24   Q.   What, if anything, are you
254: 1      saying here about the risk/benefit of
254: 2      Vioxx?
254: 3   A.   That by 2003, we were
254: 4      writing that there was already, as we
254: 5      say, important questions about they
254: 6      might -- about whether they increase
254: 7      cardiovascular risk, and that, therefore,

| | Objections | Ruling in Barnett |
|---|---|---|

```
254: 8          these should be drugs used in patients
254: 9          who are -- in whom it's worth taking that
254: 10         risk if you really needed to have a drug
254: 11         that was gentler on the stomach, but not
254: 12         in other people who didn't need that
254: 13         extra degree of stomach protection.
254: 14    Q.   Could you turn to Page
254: 15         718 -- 719, excuse me.
254: 16    A.   Yes.
254: 17    Q.   It says, "Other factors" in
254: 18         the middle of the page.  "Other factors
254: 19         may also be important correlates to
254: 20         prescribing, such as patients education
254: 21         level and...social" work, as well as --
254: 22    A.   Social network.
254: 23    Q.   -- "social network," and
254: 24         "patient...exposure to advertising."
255: 1          Do you see that?
255: 2     A.   Patient and physician
255: 3          exposure to advertising.
255: 4     Q.   Yeah.  And what did you mean
255: 5          by that?
255: 6     A.   That since we couldn't
255: 7          explain the very, very widespread use of
255: 8          these drugs based on their being
255: 9          prescribed to patients in whom it would
255: 10         be worth the tradeoff of higher heart
255: 11         attack risk in exchange for perhaps more
255: 12         ulcer protection, that there must be
255: 13         something else going on.  And one of the
255: 14         factors that was an obvious potential
255: 15         cause was the extensive advertising to
255: 16         patients and to doctors.
255: 17    Q.   Have you written about the
255: 18         effect of direct-to-consumer advertising
255: 19         in commercial detailing on prescribing
255: 20         practices?
255: 21    A.   Yes, I have.
255: 22    Q.   What, if any, effect does
255: 23         direct-to-consumer advertising have on
255: 24         physician prescribing behavior?
256: 1     A.   As I've written, and as many
256: 2          people have found, it drives physician
256: 3          prescribing, which is why it gets done so
256: 4          much.  And that patients will often tell
256: 5          a doctor, I saw this ad or I heard this
256: 6          commercial, do you think I ought to be on
256: 7          this drug, give me t drug.
256: 8     Q.   Now, you've testified to a
256: 9          lot of issues that you developed during
256: 10         the course of your work with Merck and
256: 11         during the course of the time the drug
256: 12         was on the market.  Do you hold those
256: 13         opinions in things that you've testified
256: 14         to to a reasonable degree of medical
256: 15         certainty, Doctor?
256: 16    A.   Yes, I do.
256: 17    Q.   Okay.
256: 18         And you still hold those
256: 19         opinions to a reasonable degree of
256: 20         medical certainty today?
256: 21    A.   Absolutely.

91 268:11  -  268:21    Avorn, Jerome 2006-06-29
   268: 11    Q.   Do you feel it important to
```

| | Objections | Ruling in Barnett |
|---|---|---|

268: 12      the issues that we asked you to address
268: 13      to review the deposition testimony or the
268: 14      trial testimony of every Merck witness
268: 15      who has testified in this litigation?
268: 16    A.  That would not even be
268: 17      possible even if I wanted to.  But my
268: 18      concern has been on what was done and
268: 19      said and acted upon at the time, not a
268: 20      reconstruction of that years later in the
268: 21      midst of litigation.

**92 274:13  -  275:5**    Avorn, Jerome 2006-06-29
274: 13    Q.  Now, let me ask you some of
274: 14      your opinions generally, and we can
274: 15      hopefully move through these fairly
274: 16      quickly.
274: 17      Doctor, we addressed this
274: 18      previously about what your opinions were
274: 19      at the time that you were studying Vioxx.
274: 20      Let's move forward in time.
274: 21      As of today, do you have an
274: 22      opinion to a reasonable degree of medical
274: 23      certainty as to whether or not Vioxx was
274: 24      any more effective as a pain reliever
275: 1      than other nonsteroidal
275: 2      anti-inflammatories, whether it be
275: 3      aspirin, Motrin, naproxen, all the others
275: 4      we've talked about?
275: 5    A.  Yes, I have such an opinion.

**93 275:23  -  277:17**    Avorn, Jerome 2006-06-29
275: 23    Q.  What is your opinion?
275: 24    A.  My opinion, I think it's
276: 1      pretty universal, is that there's really
276: 2      no evidence that Vioxx was or is any more
276: 3      effective as an analgesic or a pain
276: 4      reliever than any of the older
276: 5      nonsteroidals that are on the market.
276: 6    Q.  Do you know whether or not
276: 7      Merck ever claimed that Vioxx was better
276: 8      at pain relief than any other drug that
276: 9      was on the market?
276: 10    A.  It did not.
276: 11    Q.  Is that important in
276: 12      applying the risk/benefit analysis that
276: 13      we talked about before?
276: 14    A.  Yes.  Because if there were
276: 15      a drug that was -- when Vioxx first came
276: 16      out, there were a lot of articles in the
276: 17      newspapers calling it the super aspirin
276: 18      and kind of implying that it worked much
276: 19      better than aspirin or Motrin.  If that
276: 20      were true, then maybe for somebody with
276: 21      really bad arthritis, you might even be
276: 22      willing to consider a slight increase in
276: 23      some other risks if this was really the
276: 24      most fantastic pain reliever ever.  But
277: 1      it's about as good as all the others we
277: 2      have.
277: 3    Q.  Let me go on.
277: 4      Do you know whether or
277: 5      not -- do you have an opinion as to
277: 6      whether or not Vioxx had any effect on
277: 7      the GI system?
277: 8    A.  Yes.

*Handwritten in Objections column:* Overruled - a lead in to another subject.

*Objections column text:*
Re: 274:13-20
Def. Obj: lawyer
preamble/sidebar

277: 9    Q.  And what is that opinion?
277: 10   A.  Well, like all drugs in the
277: 11       nonsteroidal class, it's more irritating
277: 12       than not taking anything.  But it also,
277: 13       in the VIGOR study, was found to actually
277: 14       be less irritating to the stomach and
277: 15       less producing of important gastric
277: 16       problems than other drugs like naproxen
277: 17       in particular.

94 277:20   -  280:8    Avorn, Jerome 2006-06-29
277: 20       In assessing the benefits
277: 21       and the risks of Vioxx, have you
277: 22       considered the fact that at least
277: 23       compared to naproxen it had a better GI
277: 24       benefit?
278: 1    A.  Yes.  That was actually the
278: 2        substance of the discussions that I had
278: 3        with my colleagues around the time that
278: 4        the VIGOR data was coming out, that,
278: 5        well, if it is worse for your heart but
278: 6        better for your stomach, is that a
278: 7        tradeoff that was worth making?  Because
278: 8        often in either practice or research or
278: 9        teaching medical students or residents, I
278: 10       have to confront the issue of this drug
278: 11       is worse in this respect but better in
278: 12       this respect, and how do you balance
278: 13       those two.
278: 14       There's a couple of sections
278: 15       in my book about that, because a lot of
278: 16       drugs will have some pluses and some
278: 17       minuses, and you have to be able to
278: 18       measure them and then weigh them.
278: 19   Q.  Do you know whether or not
278: 20       Merck, in connection with Vioxx, as time
278: 21       went on, suggested that patients who are
278: 22       at risk for heart problems should take
278: 23       aspirin?
278: 24   A.  Yes.
279: 1    Q.  That Vioxx was no substitute
279: 2        for aspirin?
279: 3    A.  Correct.  They stated that.
279: 4    Q.  In patients in which aspirin
279: 5        and Vioxx were taken, how did that affect
279: 6        the GI benefit?  Do you have an opinion
279: 7        as to that?
279: 8    A.  I have an opinion.
279: 9    Q.  And what is that opinion?
279: 10   A.  Well, based on Merck's own
279: 11       study, they did a study which I think was
279: 12       called the aspirin endoscopy study in
279: 13       which they actually looked at whether or
279: 14       not the gentler on your stomach advantage
279: 15       of Vioxx would still be there in patients
279: 16       who needed to take a baby aspirin a day
279: 17       to protect their heart.
279: 18       Because after the VIGOR
279: 19       study came out, Merck themselves were
279: 20       saying, if you need to be on aspirin
279: 21       while you're taking Vioxx, you should
279: 22       take aspirin to protect your heart.
279: 23       And in the study which they
279: 24       conducted of patients who were given both
280: 1        aspirin and Vioxx, what they found was

| | Objections | Ruling in Barnett |
|---|---|---|

280: 2    that the protective effect on the stomach
280: 3    of Vioxx was actually lost if a patient
280: 4    was taking aspirin in addition. That is,
280: 5    you couldn't demonstrate the
280: 6    gastroprotective effect of Vioxx if a
280: 7    patient was taking a baby aspirin
280: 8    alongside it.

95 280:11   -   281:2    Avorn, Jerome 2006-06-29
280: 11    Do you have an opinion that
280: 12    you hold to a reasonable degree of
280: 13    medical and scientific certainty as to
280: 14    whether or not Vioxx is capable of
280: 15    causing heart attacks in human beings?
280: 16    A.   I have an opinion.
280: 17    Q.   And what is that opinion?
280: 18    A.   That Vioxx does cause heart
280: 19    disease, specifically heart attacks in
280: 20    human beings.
280: 21    Q.   Would you briefly give us
280: 22    the basis of that opinion?
280: 23    A.   Yes. I think that there's a
280: 24    number of different reasons for coming to
281: 1    that opinion, all of which, in my view,
281: 2    point in the same direction.

96 284:11   -   286:12    Avorn, Jerome 2006-06-29
284: 11    What are the bases of your
284: 12    opinion as an epidemiologist that Vioxx
284: 13    is capable of causing heart attacks in
284: 14    human beings?
284: 15    A.   The clinical trial evidence
284: 16    I think is the number one strongest
284: 17    indication for -- or evidence for this,
284: 18    that randomized controlled clinical
284: 19    trials double blind in which patients who
284: 20    were given Vioxx compared to other drugs,
284: 21    the consistency of the evidence that
284: 22    Vioxx causes a higher number of heart
284: 23    attacks or other cardiovascular adverse
284: 24    events from a number of studies which we
285: 1    could go through, that is one key
285: 2    foundation of this association. And that
285: 3    was found in VIGOR, in 090, in ADVANTAGE,
285: 4    in a number of studies, most of which
285: 5    actually were conducted by Merck which
285: 6    showed --
285: 7    Q.   APPROVe?
285: 8    A.   -- a higher -- I'm sorry?
285: 9    Q.   APPROVe, does APPROVe fit in
285: 10    there?
285: 11    A.   APPROVe, I'm sorry, that was
285: 12    the one that got it off the market.
285: 13    All of those are studies
285: 14    which showed a higher rate of heart
285: 15    attacks and other cardiovascular outcomes
285: 16    in patients given Vioxx. That is one
285: 17    line of evidence.
285: 18    The other line of evidence,
285: 19    which is totally separate, but also
285: 20    points in the same direction, is studies
285: 21    of the kind that we have done where you
285: 22    look at people taking Vioxx compared to
285: 23    people taking Celebrex compared to other
285: 24    medications, and, again, finding that the

| | Objections | Ruling in Barnett |
|---|---|---|

286: 1  people taking Vioxx out there in the
286: 2  normal world, not in the clinical trial,
286: 3  are having more heart attacks than people
286: 4  not taking it.
286: 5  And then in a way, the icing
286: 6  on the cake is if there is some reason
286: 7  for being able to say we think we may
286: 8  know why this happens, that is additional
286: 9  helpful information.
286: 10  Q.  And did you have all three
286: 11  of those in connection with -- to support
286: 12  Vioxx?

**Re: 286:5-9**
**Def. Obj:** Speaks to
biological plausibility
mechanism, a subject
matter not contained in
Dr. Avorn's report and on
which he is not qualified
to testify

**Re: 286:5-286:9**
Overruled

**97 287:3    -  288:14**  Avorn, Jerome 2006-06-29
287: 3  A.  Yes.  I think all three
287: 4  lines of argument were present and
287: 5  reasonably clear in the case of Vioxx.
287: 6  Q.  All right.  Moving forward,
287: 7  Doctor.
287: 8  Do you have an opinion as to
287: 9  whether or not it is generally accepted
287: 10  in the medical and scientific community
287: 11  today that Vioxx is capable of causing
287: 12  heart attacks in human beings?
287: 13  A.  Yes.  That was the unanimous
287: 14  view of the FDA Advisory Committee that
287: 15  met in 2005.
287: 16  Q.  When you say "the unanimous
287: 17  view," what do you mean?
287: 18  A.  I think there were 32 people
287: 19  voting, and I believe that 32 in answer
287: 20  to the question, does Vioxx cause
287: 21  cardiovascular disease in humans, I think
287: 22  32 out of the 32 said yes, and I don't
287: 23  think anyone said no.
287: 24  Q.  Okay.
288: 1  Dr. Avorn, do you have an
288: 2  opinion that you hold to a reasonable
288: 3  degree of medical certainty as to whether
288: 4  or not a person has to be taking Vioxx
288: 5  for any particular period of time before
288: 6  they are actually at risk for a
288: 7  Vioxx-induced heart attack?
288: 8  A.  Well, in our study, we found
288: 9  an increase in risk in 1 to 30 days, as
288: 10  well as 30 to 90 days.  So -- and we've
288: 11  recently just in the last week or two
288: 12  seen that the contention --
288: 13  Q.  Let me ask you a question.
288: 14  A.  Okay.

*Overruled* (handwritten)

**98 290:5    -  290:11**  Avorn, Jerome 2006-06-29
290: 5  Has there been any evidence
290: 6  that has come out in the past two days
290: 7  that support your opinion that there is
290: 8  not a period of time in which it is
290: 9  necessary for a person to be on Vioxx
290: 10  before they develop a Vioxx-induced heart
290: 11  attack?

**Re: 290:5-11**
**Def. Obj:** Plaintiff seeks
to elicit opinions not
disclosed in Dr. Avorn's
expert report.

**Re: 290:5-290:11**
Overruled

**290:15    -  291:21**  Avorn, Jerome 2006-06-29
290: 15  A.  Well, let's call it the last
290: 16  week, because it was put up on the
290: 17  website of the New England Journal of
290: 18  Medicine in the last several days, and I

**Re: 290:15-291:21**
**Def. Obj:** Undisclosed
opinions, Merck did not
have an opportunity to

| | Objections | Ruling in Barnett |
|---|---|---|

290: 19     don't remember if it was two or three.
290: 20   Q.  Go ahead.
290: 21   A.  But it has just become known
290: 22     to the world at large that the analysis
290: 23     which was performed on the data from the
290: 24     APPROVe study, which was the study that
291: 1     was released in September of '04, which
291: 2     was the occasion for withdrawing the drug
291: 3     from the market, that the analysis which
291: 4     was initially done and reported in the
291: 5     New England Journal, to their
291: 6     embarrassment, was incorrect, and that it
291: 7     was -- it looked at this issue of before
291: 8     18 months versus after 18 months in a way
291: 9     that was erroneous in a statistical
291: 10     sense. And that if one looks at it in
291: 11     the correct way, that there is not this
291: 12     phenomenon of no effect before 18 months
291: 13     and then the effect starts.
291: 14   Q.  And --
291: 15   A.  And if I could just complete
291: 16     that thought.
291: 17     The New England Journal
291: 18     required the authors of that paper to
291: 19     publish a correction to their original
291: 20     report, which is the new element that has
291: 21     come out in just the last few days.

**100 292:2 - 293:8**   Avorn, Jerome 2006-06-29
292: 2   Q.  Doctor, are there any other
292: 3     clinical trials that you are aware of in
292: 4     reviewing the materials we asked you to
292: 5     review which were shorter term studies
292: 6     where risks were seen?
292: 7   A.  Yes. The VIGOR study itself
292: 8     only lasted nine months, and that was the
292: 9     study in which the four or five-fold
292: 10     increase in heart attacks was seen. So,
292: 11     if there was no effect before 18 months,
292: 12     it would have not been seen in VIGOR, but
292: 13     it was.
292: 14     In addition, studies like
292: 15     ADVANTAGE and study 090 were much briefer
292: 16     than that, and they also found an effect
292: 17     that was different in Vioxx users versus
292: 18     the comparison group in well under six
292: 19     months.
292: 20   Q.  And looking at all of those
292: 21     together, in your opinion, did a pattern
292: 22     emerge that in any way suggested, good or
292: 23     bad, that there was not a cutoff period
292: 24     of time where the risk begins?
293: 1   A.  I think looking at all the
293: 2     data together from the clinical trials,
293: 3     and in addition, separately looking at
293: 4     the data from the observational or the
293: 5     epidemiologic studies, the totality of
293: 6     the evidence does not suggest that there
293: 7     is a, quote, safe period early on when
293: 8     you don't get into trouble with the drug.

**101 294:21 - 296:6**   Avorn, Jerome 2006-06-29
294: 21   Q.  Doctor, we talked about the
294: 22     VIGOR study in the earlier part of your
294: 23     deposition. Have you since come to learn

Objections column (for 290:19 block):
conduct a discovery
deposition on these
opinions and therefore
preservation video
deposition is not the
proper means for plaintiff
to present testimony on
opinions that are not in
report.

Objections (for 294:21-296:6):
Re: 294:21-296:6
**Def. Obj:** Opinions on
NEJM and VIGOR issue

Ruling in Barnett (for 294:21-296:6):
Re: 294:21-296:6
Overruled

*Overruled* (handwritten, center)

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| 294: 24 | that the data from the VIGOR study is | not disclosed in expert |
| 295: 1 | different than you initially thought it | report, testimony is |
| 295: 2 | was at the time it was published? | cumulative of |
| 295: 3 | A. Yes. | Dr. Curfman's |
| 295: 4 | Q. What did you understand is |
| 295: 5 | now different than what was originally |
| 295: 6 | reported by Merck in November of 2000? |
| 295: 7 | A. Well, apparently -- not |
| 295: 8 | apparently, it is now agreed, I think, by |
| 295: 9 | all parties that there were three cases |
| 295: 10 | of heart attack in patients who were in |
| 295: 11 | the VIGOR study, who actually were in the |
| 295: 12 | Vioxx arm of the VIGOR study whose heart |
| 295: 13 | attacks were not included in the original |
| 295: 14 | report as it was published in the New |
| 295: 15 | England Journal of Medicine. |
| 295: 16 | Q. Were those in any particular |
| 295: 17 | subgroup in the VIGOR study that is of |
| 295: 18 | clinical importance? |
| 295: 19 | A. All of them were in what was |
| 295: 20 | called the aspirin not indicated group, |
| 295: 21 | which was the supposedly lower risk for |
| 295: 22 | cardiac disease subgroup of the study. |
| 295: 23 | Q. In terms of the whole, what |
| 295: 24 | we call the naproxen issue, what |
| 296: 1 | significance, in as simple a way as you |
| 296: 2 | can explain it, what significance is it |
| 296: 3 | that the three deaths -- |
| 296: 4 | A. Heart attacks. |
| 296: 5 | Q. -- heart attacks were not in |
| 296: 6 | the aspirin-indicated group? |

Handwritten annotation (right margin): *Overruled*

*The N.E.J. article came out a few days before his depo, could not have been in his report, also this info. known to D. for several years, Can't be a surprise*

152 297:11   -   299:5       Avorn, Jerome 2006-06-29

| 297: 11 | THE WITNESS:  Okay. | Re: 297:11-299:5 | Re: 297:11-299:5 |
| 297: 12 | The fact that the three | **Def. Obj:** Opinions on | Overruled |
| 297: 13 | heart attacks that were not | NEJM and VIGOR issue | |
| 297: 14 | originally reported in the first | not disclosed in expert | |
| 297: 15 | -- in the publication of the | report, testimony is | |
| 297: 16 | Vioxx -- of the VIGOR study, the | cumulative of | |
| 297: 17 | importance of their having all | Dr. Curfman's | |
| 297: 18 | occurred in the, quote, aspirin |
| 297: 19 | not indicated group is the |
| 297: 20 | following: |
| 297: 21 | The argument that was being |
| 297: 22 | made in the VIGOR study as it was |
| 297: 23 | published was that the reason that |
| 297: 24 | there were more heart attacks seen |
| 298: 1 | in people taking Vioxx compared to |
| 298: 2 | people taking naproxen was that |
| 298: 3 | naproxen had this very powerful |
| 298: 4 | aspirin-like effect on your |
| 298: 5 | platelets which made them not |
| 298: 6 | clot, and that Vioxx didn't have |
| 298: 7 | that effect, and that's how |
| 298: 8 | naproxen was supposedly preventing |
| 298: 9 | heart attacks rather than having |
| 298: 10 | Vioxx cause heart attacks. |
| 298: 11 | The importance of those |
| 298: 12 | three cases occurring in the |
| 298: 13 | patients who didn't need aspirin |
| 298: 14 | group is that that doesn't fit, |
| 298: 15 | that if the issue was that Vioxx |
| 298: 16 | lacked the aspirin-like effect |
| 298: 17 | that naproxen supposedly had, then |
| 298: 18 | you would not expect people who |



| | | Objections | Ruling in Barnett |
|---|---|---|---|



298: 19  didn't need aspirin to do any
298: 20  worse, but, in fact, the people
298: 21  who didn't need aspirin also did
298: 22  worse on Vioxx, which is
298: 23  consistent with the idea that it
298: 24  wasn't just about some imagined
299: 1  naproxen protective effect, but,
299: 2  rather, about the likelihood,
299: 3  which I think is now quite
299: 4  plausible that Vioxx was actually
299: 5  precipitating the heart attacks.

103 300:9  -  301:15    Avorn, Jerome 2006-06-29
300: 9  Q.  Let's go to the next
300: 10  question that we asked you to address,
300: 11  which is Merck's investigation and
300: 12  management of -- investigation of the
300: 13  potential of Vioxx to cause heart attacks
300: 14  and their management of that issue, the
300: 15  studies, the communications, et cetera.
300: 16  Okay?
300: 17  First of all, have you
300: 18  reviewed documents that were before the
300: 19  new drug application was filed for Vioxx?
300: 20  A.  Yes.  There were some
300: 21  initial reports of clinical trials that
300: 22  had been conducted.
300: 23  Q.  What is the term "signal,"
300: 24  Doctor?  First of all, is the term
301: 1  "signal" something that is commonly used
301: 2  in your field of pharmacoepidemiology?
301: 3  A.  Yes.
301: 4  Q.  Would you please explain to
301: 5  the jury what a "signal" is?
301: 6  A.  Yes.  I think a good regular
301: 7  language word would be "clue."  That if
301: 8  there may be some evidence that comes up
301: 9  that is not in itself a slam dunk proof
301: 10  that there's a problem, but something
301: 11  that might be called a smoking gun,
301: 12  something that sure looks suspicious and
301: 13  warrants followup, even though in itself
301: 14  it does not absolutely wrap up the
301: 15  certainty that there's a problem.

**Re: 300:9-300:16**
**Def. Obj:** Lawyer sidebar and it references improper expert testimony.

**Re: 300:9-300:16**
Overruled

**Re: 301:6-15**
**Def. Obj:** Improper expert testimony including references to "smoking gun" - answer is also non-responsive to the question.

**Re: 301:6-301:15**
Overruled

104 301:22  -  302:7    Avorn, Jerome 2006-06-29
301: 22  Q.  Okay.
301: 23  Doctor, do you have an
301: 24  opinion as to whether or not Merck should
302: 1  have recognized -- a reasonable and
302: 2  prudent company with the knowledge that
302: 3  Merck had before the drug was on the
302: 4  market should have recognized that there
302: 5  was the potential for cardiovascular
302: 6  disease in patients who took Vioxx?
302: 7  A.  Yes.

**Re: 301:22-302:7**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable and prudent company" should have done. See Merck's Daubert Motion.

**Re: 301:22-302:7**
Overruled

105 302:14  -  307:17    Avorn, Jerome 2006-06-29
302: 14  If one looks at the totality
302: 15  of the information that was
302: 16  available as of the time that the
302: 17  new drug application was
302: 18  submitted, there were a number of
302: 19  pieces of information from
302: 20  clinical trial data, as well as

**Re: 302:14-309:13**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a

**Re: 302:14-309:13**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

302: 21  from other sources, that certainly
302: 22  raised a question as to whether or
302: 23  not this was a problem. And I'm
302: 24  not saying that they were slam
303: 1  dunk, to use a phrase from the
303: 2  current administration, slam dunk
303: 3  evidence that there was a problem,
303: 4  but that certainly were very
303: 5  suspicious worries.
303: 6  - - -
303: 7  (Whereupon, Deposition
303: 8  Exhibit Avorn-31, Research
303: 9  Management Committee 4-10-96
303: 10  MRK-ABC0048699 - MRK-ABC0048706,
303: 11  was marked for identification.)
303: 12  - - -
303: 13  BY MR. TISI:
303: 14  Q.  I'm going to hand you what I
303: 15  have had marked as Exhibit Number 31.
303: 16  And for the record, this is a Research
303: 17  Management Committee document dated
303: 18  October 10, 1996, MRK-ABC0048699.
303: 19  Have you seen this document
303: 20  before?
303: 21  A.  Yes, I have.
303: 22  Q.  Is this a document you
303: 23  relied on in supporting your opinion that
303: 24  there was a, quote, signal of potential
304: 1  cardiotoxicity for Vioxx prior to filing
304: 2  of the new drug application?
304: 3  A.  In part.
304: 4  Q.  Okay.
304: 5  Would you please go to Page
304: 6  8.
304: 7  A.  Yes.
304: 8  Q.  First of all, what is
304: 9  MK-966?
304: 10  A.  That was the working name
304: 11  for Vioxx before it was called Vioxx.
304: 12  Q.  And is this a document that
304: 13  is a Merck document?
304: 14  A.  Yes.
304: 15  Q.  In Section 3, it indicates a
304: 16  section that says "Adverse Events." Do
304: 17  you see that?
304: 18  A.  Yes.
304: 19  Q.  Okay.
304: 20  Would you tell us what, if
304: 21  anything, was significant in your review
304: 22  of this document which supports your
304: 23  opinions?
304: 24  A.  Sure. In fairness, I should
305: 1  point out that these were very, very big
305: 2  doses of Vioxx. This was before they
305: 3  really knew what the right dose would be,
305: 4  and so these doses were 125 to 175
305: 5  milligrams. I think that's part of the
305: 6  picture here.
305: 7  Q.  Sure.
305: 8  A.  Having said that, the second
305: 9  paragraph -- and the other important
305: 10  point was that this study lasted only six
305: 11  weeks. And so it was a really remarkably
305: 12  short period of time in which you really
305: 13  would not expect to see a cardiovascular

"reasonable and prudent
company" should have
done. See Merck's
Daubert Motion.

*This follows this
studies that
stiff + has
written about
+ + teaches it*

| | Objections | Ruling in Barnett |
|---|---|---|

305: 14      risk because it was only a
305: 15      month-and-a-half long.
305: 16      And the second paragraph
305: 17      reads, "Adverse events of most concern
305: 18      were in the cardiovascular system (e.g.,
305: 19      MI" or heart attack, "unstable angina"
305: 20      which is increasing chest pain from heart
305: 21      disease, "rapid fall in hemoglobin and
305: 22      hematocrit in some subjects, and a small
305: 23      increase in blood pressure."
305: 24    Q.   And this is October of 1996?
306: 1    A.   Correct.
306: 2      And then the next sentence
306: 3      which I think is also relevant, "We plan
306: 4      to evaluate MK-966" or Vioxx "in a study
306: 5      where subjects are also given low-dose
306: 6      aspirin."
306: 7    Q.   Was that study ever done?
306: 8    A.   It was not until the VIGOR
306: 9      data came out in 2000 that Merck began to
306: 10      advocate using aspirin in people taking
306: 11      Vioxx, and so that would have been, oh,
306: 12      four years later.
306: 13    Q.   All right.
306: 14      Now, Doctor, did you also
306: 15      review the medical officer reviews for
306: 16      Vioxx, the FDA medical officer review for
306: 17      Vioxx when the drug was approved?
306: 18    A.   Yes.
306: 19    Q.   And did you consider the
306: 20      views of the medical officer when forming
306: 21      your opinions?
306: 22    A.   Yes.  Because that was what
306: 23      was known at the time.
306: 24    Q.   What, if any, significance,
307: 1      and I'm going to try to go through these
307: 2      fairly quickly, what, if any,
307: 3      significance was there in the
307: 4      cardiovascular section of the medical
307: 5      officer review for the Vioxx clinical
307: 6      trial program that assisted you in
307: 7      formulating your opinions?
307: 8    A.   Well, a number of the FDA
307: 9      staff that were evaluating Vioxx, and I'm
307: 10      thinking of Dr. Pulayo, Dr. Villalba and
307: 11      Dr. Targum, were struck with and noticed
307: 12      and wrote about the fact that there
307: 13      appeared to be an excess of
307: 14      cardiovascular disease in patients who
307: 15      were given Vioxx in the clinical trials
307: 16      that were submitted by Merck to FDA in
307: 17      the late '90s.

106 308:6   -   309:13    Avorn, Jerome 2006-06-29
308: 6    Q.   I'm going to show you a
308: 7      document.  First of all, is this a
308: 8      document that you reviewed in the context
308: 9      of your opinions that you prepared to
308: 10      render in this case?
308: 11    A.   Yes.
308: 12    Q.   Okay.
308: 13      What is this document,
308: 14      Doctor?
308: 15    A.   This is labeled "Scientific
308: 16      Advisors Meeting, May 3-May 6, 1998."

308: 17    Q.  And what is this document?
308: 18    A.  This is a summary of the
308: 19        report of a group of scientific advisors
308: 20        that Merck pulled together to advise it
308: 21        on the development of the -- of Vioxx as
308: 22        it was in its preapproval state, that is,
308: 23        before it was  -- before the FDA approved
308: 24        it.
309: 1     Q.  Would you turn to Page 11 of
309: 2         this document?
309: 3     A.  Yes.
309: 4     Q.  Under the section entitled
309: 5         "Cardiovascular."
309: 6     A.  Yes.
309: 7     Q.  Do you see that?
309: 8     A.  Yes.
309: 9     Q.  Would you please tell the
309: 10        members of the jury what Merck was being
309: 11        told by its Board of Scientific Advisors
309: 12        about the potential problems for Vioxx
309: 13        prior to the drug being on the market?

107 **309:21   -   311:12**   Avorn, Jerome 2006-06-29
309: 21        THE WITNESS:  The Board of
309: 22        Scientific Advisors drew the
309: 23        company's attention to three
309: 24        specific issues that are numbered
310: 1         here.  One was the possibility of,
310: 2         we talked about this balance of
310: 3         COX-1 and COX-2, that if you block
310: 4         COX-2 and don't block COX-1, the
310: 5         committee, which was outside
310: 6         pharmacologists of some renown,
310: 7         said here's something that could
310: 8         happen that one might expect or
310: 9         worry about if you block COX-2 and
310: 10        don't block COX-1 as much.
310: 11        One is "the development of
310: 12        lipid rich coronary plaques."  And
310: 13        that's basically gunk developed,
310: 14        building up in the artery of the
310: 15        heart, which can then erupt and
310: 16        form a clot and cause heart
310: 17        disease.
310: 18        Two, 'The destabilization of
310: 19        the cap of these plaques by
310: 20        inflammatory cells, making them
310: 21        'rupture prone'."  And that is
310: 22        what we now believe is the
310: 23        mechanism of heart attacks.  That
310: 24        you have this fatty gunk sitting
311: 1         in your arteries, and then for
311: 2         some reason it ruptures and the
311: 3         fat is kind of spilled into the
311: 4         artery and that causes the clot to
311: 5         form and that causes the heart
311: 6         attack.
311: 7         And three, "The thrombotic
311: 8         occlusion of the vessel at the
311: 9         site of plaque rupture with
311: 10        ensuing consequences of ischemia."
311: 11        That basically means having a
311: 12        heart attack.

108 **311:21   -   312:8**     Avorn, Jerome 2006-06-29

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 311: 21  Q. Doctor, putting all the kind | **Re: 311:21-312:8** | **Re: 311:21-312:8** |
| 311: 22      of evidence that we've been talking about | **Def. Obj:** Not the proper | Overruled |
| 311: 23      together, do you have an opinion as to | subject of expert | |
| 311: 24      whether or not there was evidence prior | testimony, witness is not | |
| 312: 1      to Vioxx being on the market that a | qualified to opine on | |
| 312: 2      reasonable and prudent company reviewing | these subject matters, | |
| 312: 3      the safety profile of this drug would | including what a | |
| 312: 4      have considered in terms of designing | "reasonable and prudent | |
| 312: 5      their clinical trial program and | company" should have | |
| 312: 6      investigating this signal? | done. See Merck's | |
| 312: 7  A. Yes. | Daubert Motion. | |
| 312: 8  Q. What is that opinion? | | |

**109 313:2    - 316:8**    Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 313: 2      THE WITNESS:  In developing | **Re: 313:2-316:8** | |
| 313: 3      a drug or looking at drug risks | **Def. Obj:** Not the proper | |
| 313: 4      and benefits, it is necessary to | subject of expert | |
| 313: 5      look not just at what is found in | testimony, witness is not | |
| 313: 6      a particular study, but also what | qualified to opine on | |
| 313: 7      is all the evidence about what | these subject matters, | |
| 313: 8      might work and what might not | including what a | |
| 313: 9      work.  And, in fact, what might | "reasonable and prudent | |
| 313: 10      work can be very useful in | company" should have | |
| 313: 11      planning the development of the | done. See Merck's | |
| 313: 12      drug. | Daubert Motion. | |
| 313: 13      And when I teach in a course | Opinions also | |
| 313: 14      at Tufts Medical School for drug | undisclosed. | |
| 313: 15      company executives about thinking | | |
| 313: 16      about risks and benefits in drug | | |
| 313: 17      development, one of the points I | | |
| 313: 18      mention is that it's key to pull | | |
| 313: 19      together everything that's known | | |
| 313: 20      so that you can plan your clinical | | |
| 313: 21      development program, whether it's | | |
| 313: 22      animal studies or human studies or | | |
| 313: 23      followup epidemiologic studies so | | |
| 313: 24      as to follow up on signals.  Some | | |
| 314: 1      signals may be good signals, like | | |
| 314: 2      here is a potential really good | | |
| 314: 3      effect of this drug that we want | | |
| 314: 4      to find out more about, as well as | | |
| 314: 5      the bad signals. | | |
| 314: 6      And looking at it all | | |
| 314: 7      together, there is the evidence | | |
| 314: 8      from Merck's own pharmacology | | |
| 314: 9      advisors saying here's some | | |
| 314: 10      problems that you guys need to | | |
| 314: 11      keep an eye out for because, | | |
| 314: 12      specifically, 1, 2, 3, here are | | |
| 314: 13      ways in which this drug might | | |
| 314: 14      cause heart attacks.  Nobody knew | | |
| 314: 15      specifically at the time that it | | |
| 314: 16      would, but they were told, watch | | |
| 314: 17      out for this.  I think there was | | |
| 314: 18      some phrase in here that they | | |
| 314: 19      should be actively pursued or | | |
| 314: 20      something to that effect. | | |
| 314: 21      There were the earlier | | |
| 314: 22      clinical trials that Merck had | | |
| 314: 23      performed in which whatever the | | |
| 314: 24      dose, if you have a drug that | | |
| 315: 1      increases heart attacks in a | | |
| 315: 2      six-week study, that's an | | |
| 315: 3      important signal to worry about. | | |
| 315: 4      There were the animal | | |

*[Handwritten note:]* This witness is the past Pres. of the Int'l Society of Pharmacoepid. He peer reviews articles from various journals including the New England Journal of Med.  He has written journal articles + books on drug safety evidence including histories on Merck's actions regarding Vioxx.  He can opine on this subject.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

315: 5    studies and other pharmacologic
315: 6    studies that say, gee, you know,
315: 7    maybe blocking COX-2 selectively
315: 8    is not a totally good idea, maybe
315: 9    there are some important good
315: 10    things a COX-2 does that you don't
315: 11    want to block totally.  And that
315: 12    was in the literature before the
315: 13    drug was on the market.
315: 14    And so combining the advice
315: 15    from their scientific advisors,
315: 16    the evidence from the animal
315: 17    studies, from the pharmacologic
315: 18    literature and the evidence from
315: 19    their own clinical trial
315: 20    suggesting an increase in events,
315: 21    I'm not saying they should have
315: 22    not marketed the drug, I'm not
315: 23    saying they should have pulled it
315: 24    off the market the day it was
316: 1    approved, but I am saying that
316: 2    these were some smoking guns that
316: 3    a reasonable company would have
316: 4    said, as we market this drug,
316: 5    let's make sure that we're also
316: 6    keeping an eye on this potential
316: 7    problem that we've been warned
316: 8    about from multiple sources.

**110 327:18 - 328:1**    Avorn, Jerome 2006-06-29

327: 18    Dr. Avorn, do you have an
327: 19    opinion that you hold to a reasonable
327: 20    degree of medical certainty as to when
327: 21    there was reasonable evidence of an
327: 22    association between Vioxx and heart
327: 23    attacks?
327: 24    A.  Yes.
328: 1    Q.  What is that opinion?

Re: 327:18-328:1 **Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters. See Merck's Daubert Motion.

Re: 327:18-328:1 Overruled

**111 329:19 - 330:16**    Avorn, Jerome 2006-06-29

329: 19    That said, I have such an
329: 20    opinion, and it is that by the
329: 21    time the data from the VIGOR study
329: 22    were available to Merck, which
329: 23    would have been the spring of
329: 24    2000, combining the VIGOR data
330: 1    with the evidence from the other
330: 2    clinical trials, all of which
330: 3    Merck had conducted itself,
330: 4    coupled with the guidance that
330: 5    Merck had sought and received from
330: 6    its own Board of Scientific
330: 7    Advisors, coupled with the
330: 8    pharmacologic evidence that was
330: 9    out there in the literature prior
330: 10    to that point, by the spring of
330: 11    2000, the burden of evidence was
330: 12    enough to suggest that there was
330: 13    indeed a reason for concern that
330: 14    Vioxx was associated with heart
330: 15    attack and other cardiovascular
330: 16    disease in humans.

Re: 329:19-330:16 **Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters. See Merck's Daubert Motion.

Re: 329:19-330:16 Overruled

**112 331:5 - 333:13**    Avorn, Jerome 2006-06-29

331: 5    Q.  Let's talk about a couple of

*Overruled* (handwritten)

| | Objections | Ruling in Barnett |
|---|---|---|

331: 6      those trials.  You mentioned the
331: 7      ADVANTAGE trial before.  Could you tell
331: 8      me, first of all, when did the ADVANTAGE
331: 9      trial data become available to Merck as
331: 10     best as you could tell from your review
331: 11     of the evidence?
331: 12  A.  As I understand it,
331: 13     ADVANTAGE was conducted around the same
331: 14     time frame as VIGOR, so that the evidence
331: 15     from ADVANTAGE was becoming available in
331: 16     2000 just as the evidence from VIGOR was
331: 17     becoming available.
331: 18  Q.  Let's talk about ADVANTAGE
331: 19     for a little bit.
331: 20     Would you please describe
331: 21     for the members of the jury what, if any,
331: 22     significance you attach to the ADVANTAGE
331: 23     study?
331: 24  A.  Yes.  That was a study that,
332: 1      as I recall, enrolled a smaller number
332: 2      than VIGOR, my recollection would be
332: 3      something like 4 or 5,000 patients who
332: 4      were randomly allocated -- they were
332: 5      patients with osteoarthritis.  And that's
332: 6      important because one of the concerns
332: 7      that was raised by Merck was, well, the
332: 8      VIGOR study was in patients with
332: 9      rheumatoid arthritis, and they are not
332: 10     like typical patients, and they have more
332: 11     heart disease, so that must be part of
332: 12     why there were more heart attacks.
332: 13     But ADVANTAGE was not about
332: 14     rheumatoid arthritis, it was about
332: 15     patients who had osteoarthritis, which is
332: 16     the garden variety arthritis people get
332: 17     in their hips and hands and knees and so
332: 18     forth.
332: 19     Secondly, ADVANTAGE was not
332: 20     in comparison -- well, it was in
332: 21     comparison with naproxen, but there were
332: 22     patients in it who were taking aspirin as
332: 23     I recall.  And as a result, the issue of,
332: 24     well, this is only seen if you don't have
333: 1      people taking aspirin I don't believe was
333: 2      the case in ADVANTAGE.
333: 3      It was also a relatively
333: 4      brief study.  It did not last for the
333: 5      full nine months on average that VIGOR
333: 6      lasted.  It was much briefer than that,
333: 7      and yet there was still a
333: 8      disproportionate number of heart attacks
333: 9      in the Vioxx group compared to the
333: 10     comparison group.  And that was another
333: 11     kind of brick in the wall indicating that
333: 12     there was a higher rate of cardiovascular
333: 13     disease in people given Vioxx.

113 **333:23   -   334:18**     Avorn, Jerome 2006-06-29
333: 23  Q.  Let's talk about the 090
333: 24     trial that you mentioned before.
334: 1   A.  Right.
334: 2   Q.  What is the 090 trial?
334: 3   A.  That was another study done
334: 4      in patients who had arthritis, and it was
334: 5      reviewed on the FDA materials along with

| | | Objections | Ruling in Barnett |
|---|---|---|---|

334: 6   study 085, I believe.  And 090 was
334: 7   important in this whole story because it
334: 8   was not testing Vioxx against naproxen,
334: 9   and so the idea that this was all because
334: 10  naproxen prevents heart attacks and that
334: 11  explains the VIGOR findings did not apply
334: 12  because the comparison groups in 090 were
334: 13  another nonsteroidal called nabumetone
334: 14  and placebo.  And there again, there was
334: 15  an increase in study 090 in the number of
334: 16  cardiovascular events that were in people
334: 17  randomly assigned to Vioxx compared to
334: 18  people on placebo or nabumetone.

114 335:21  -  336:18   Avorn, Jerome 2006-06-29
335: 21  Q.  Let me just ask you this.
335: 22      Do you know whether or not
335: 23      the, I think you used the word
335: 24      disproportionate distribution of heart
336: 1       attacks in that study, was that reported
336: 2       in the ADVANTAGE study in the published
336: 3       literature?
336: 4   A.  My understanding is that the
336: 5       version that eventually found its way
336: 6       into the press reported the so-called
336: 7       APTC composite but did not, as I
336: 8       understand it, report the actual number
336: 9       of heart attacks.  And the difference in
336: 10      the number of heart attacks on Vioxx
336: 11      compared to nabumetone or placebo was
336: 12      much more striking than the difference in
336: 13      the so-called APTC composite outcome.
336: 14      But that was not the way it was reported.
336: 15  Q.  Let's talk about 090 for a
336: 16      moment.  Do you know whether that study
336: 17      was ever published by Merck?
336: 18  A.  I can't recall that it was.

115 337:1  -  339:11   Avorn, Jerome 2006-06-29
337: 1       ask you this question.  Was 090, when did
337: 2       that become available to Merck?
337: 3   A.  My understanding is that
337: 4       that was also around the same time of
337: 5       2000.
337: 6   Q.  Okay.
337: 7       Now, in fairness, there's
337: 8       also another study called 085.  Are you
337: 9       familiar with that study?
337: 10  A.  Yes.  That was very much
337: 11      like 090.  And when the FDA reviewed the
337: 12      data, they reviewed them both together
337: 13      and did find this imbalance with more
337: 14      events in the Vioxx group than in the two
337: 15      other comparison groups, but for reasons
337: 16      that are unclear, most of the action
337: 17      seemed to be in the 090 and not in the
337: 18      085 piece of the study.
337: 19  Q.  In small studies like this,
337: 20      in other words, I think you mentioned it
337: 21      was a small study, if you see something
337: 22      in one small study and you don't see it
337: 23      in another study, do you ignore what you
337: 24      see or how does that work in your
338: 1       profession?
338: 2   A.  The absence of a finding

| | | Objections | Ruling in Barnett |
|---|---|---|---|

338: 3      does not cancel out the presence of a
338: 4      finding especially if the finding is an
338: 5      excess risk of heart attacks.  And --
338: 6   Q.  Why is that?  Why is that?
338: 7   A.  Because sometimes you don't
338: 8      find a bad thing.  Sometimes you don't
338: 9      find a good thing.  So, for example,
338: 10      companies will often do multiple clinical
338: 11      trials, and if some show good effect and
338: 12      the others don't, very often they will
338: 13      bring the ones that show a good effect to
338: 14      FDA and say approve our drug on that
338: 15      basis because a lot of things can cause a
338: 16      study to yield a null finding, either a
338: 17      good effect or a bad effect, and we know
338: 18      that.  Studies are good things to do, and
338: 19      often things don't go as expected.
338: 20   Q.  Okay.
338: 21   A.  But I think when one looks
338: 22      at a 12-week study and you are seeing
338: 23      heart attacks, that's enormously
338: 24      important because you shouldn't be on
339: 1      anything that will cause a higher risk of
339: 2      heart attacks in 12 weeks.
339: 3   Q.  Using VIGOR, 090 and
339: 4      ADVANTAGE and all the other evidence you
339: 5      talked about before, do you have an
339: 6      opinion to a reasonable degree of medical
339: 7      certainty as to what a reasonable and
339: 8      prudent company looking at the totality
339: 9      of that evidence should have concluded
339: 10      about the cardiovascular safety of Vioxx
339: 11      in the spring of 2000 when --

116 340:3   -   342:23    Avorn, Jerome 2006-06-29
340: 3   Q.  Doctor, what is your
340: 4      opinion?
340: 5   A.  My opinion is that the
340: 6      burden of evidence in the spring of 2000
340: 7      was such that there was evidence of a
340: 8      likely association between Vioxx and
340: 9      heart disease in humans.
340: 10      - - -
340: 11      (Whereupon, Deposition
340: 12      Exhibit Avorn-33, FDA Advisory
340: 13      Committee Briefing Document
340: 14      2-8-01 (27 pages), was marked for
340: 15      identification.)
340: 16      - - -
340: 17      BY MR. TISI:
340: 18   Q.  Doctor, I'm going to show
340: 19      you two documents I'm going to hand you
340: 20      side by side.  One is Exhibit Number 33,
340: 21      which is the FDA Advisory Committee
340: 22      briefing document, specifically the
340: 23      report of Dr. Villalba, and that is
340: 24      February 8th, 2001.
341: 1      And I'm also going to hand
341: 2      you a second document, which is the FDA's
341: 3      cardiovascular report consultation of a
341: 4      Shari Targum.
341: 5      Have you seen both of these
341: 6      documents in connection with your
341: 7      opinions?
341: 8   A.  I've reviewed both of these.

**Objections column:**

Re: 339:3-11
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable and prudent company" should have done. See Merck's Daubert Motion. Opinions also undisclosed.

Re: 340:3-342:23
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including what a "reasonable and prudent company" should have done. See Merck's Daubert Motion. Opinions also undisclosed.

**Ruling in Barnett column:**

Re: 339:3-339:11
Overruled

Re: 340:3-342:23
Overruled



| | Objections | Ruling in Barnett |
|---|---|---|

341: 9   Q.  Okay.
341: 10      Are these the kinds of
341: 11      things that experts like yourself would
341: 12      review in considering issues like the
341: 13      ones we've asked you to address?
341: 14   A.  Yes.  This is exactly the
341: 15      kind of information that FDA asked me to
341: 16      evaluate in relation to Lotronex around
341: 17      the question of whether it should be
341: 18      taken off the market around 2000 or so.
341: 19   Q.  Now, Doctor, let me ask you
341: 20      this.
341: 21      You reviewed both of these
341: 22      reports of these FDA medical officers.
341: 23      Do you know that or do you have an
341: 24      understanding as to whether they looked
342: 1       at these three studies together,
342: 2       ADVANTAGE, 090, 085 -- actually, we'll
342: 3       add 085 in there as well, and VIGOR, and
342: 4       reached the same conclusions you've
342: 5       reached?
342: 6    A.  That is my impression.
342: 7    Q.  Okay.
342: 8       Doctor, let me show you --
342: 9       let's go to Dr. Villalba's report for a
342: 10      moment.  If you can look at Page 11 and
342: 11      12.
342: 12   A.  Yes.
342: 13   Q.  Do you see at the bottom of
342: 14      there, there is a paragraph that starts,
342: 15      "The sponsor explanation for the excess
342: 16      of cardiovascular events in the VIGOR
342: 17      study"?  Do you see that?
342: 18   A.  Right.  Yes.
342: 19   Q.  Would you describe --
342: 20      And, of course, this is Dr.
342: 21      Villalba's report.  Would you describe
342: 22      the facts that -- what does Dr. Villalba
342: 23      conclude here?

117 **343:13   -   344:5**      Avorn, Jerome 2006-06-29

343: 13   A.  Okay.
343: 14      Dr. Villalba, who is an FDA
343: 15      official who has reviewed all the data
343: 16      submitted while the drug was still on the
343: 17      market, concluded that it was implausible
343: 18      that the difference between -- in the
343: 19      VIGOR study, that the difference in heart
343: 20      attack rates, and one can see that graph
343: 21      go up quite high for incidence of heart
343: 22      attacks in -- or thrombotic
343: 23      cardiovascular serious adverse
343: 24      experiences, the evidence that this could
344: 1       be explained by the fact that naproxen
344: 2       was preventing heart attacks was
344: 3       implausible.
344: 4    Q.  And what are the factors
344: 5       that Dr. Villalba indicates?

**345:18   -   347:13**      Avorn, Jerome 2006-06-29

345: 18   A.  Dr. Villalba was speaking
345: 19      specifically to the rapid rise in the
345: 20      incidence of heart attacks in people
345: 21      taking Vioxx as compared with naproxen.
345: 22      And she notes that there is no -- there

**Re: 343:13-344:5**
**Def. Obj:** Witness is
speculating as to
meaning of conclusions
of FDA medical officer.

**Re: 343:13-344:5**
Overruled

**Re: 345:18-346:1**
**Def. Obj:** Witness is
speculating as to
meaning of conclusions
of FDA medical officer.

**Re: 345:18-346:1**
Overruled

*(Handwritten note: Witness not giving his opinion but interpreting what the FDA reported.  Overruled)*

345: 23          are no placebo-controlled trials of
345: 24          naproxen that ever have shown that it
346: 1           reduces heart attacks.
346: 2     Q.   Stop right there.
346: 3           Is that something that you
346: 4           agree with?
346: 5     A.   Sure.
346: 6     Q.   Is that something you agreed
346: 7           with at the time?
346: 8     A.   I agree with it now too.
346: 9     Q.   Okay.
346: 10          Is it something that you
346: 11          actually investigated?
346: 12    A.   Yes.
346: 13    Q.   And you concluded that there
346: 14          was no evidence -- did you conclude --
346: 15          What did you conclude about
346: 16          the evidence of naproxen?
346: 17    A.   At the time that this was
346: 18          being discussed at FDA, we were
346: 19          concurrently doing research in my
346: 20          division on whether naproxen causes a
346: 21          reduction in the risk of heart attacks.
346: 22    Q.   Okay.
346: 23          Going to the next fact here
346: 24          noted by Dr. Villalba.
347: 1     A.   This is also in parallel
347: 2           with our own research, in that she points
347: 3           out that the effect of naproxen, and this
347: 4           is almost the exact language that we used
347: 5           in our paper, even though I had not seen
347: 6           her report at the time, that the effect
347: 7           size that you would need to have, that
347: 8           is, the protective effect of naproxen
347: 9           would need to be so huge that it would
347: 10          make it huger than had ever been seen
347: 11          with aspirin or with, frankly, any other
347: 12          drug for that matter, and that that also
347: 13          made the naproxen idea implausible.

119 **347:24  -  349:12**     Avorn, Jerome 2006-06-29
347: 24    Q.   Okay.  Next thing.
348: 1           Go to Section D.
348: 2     A.   Okay.
348: 3           She cites the other studies
348: 4           which we've talked about just now, 085,
348: 5           090 and 102, suggest -- this is her exact
348: 6           words.
348: 7           "Suggest trends towards
348: 8           higher rates of myocardial infarction,"
348: 9           or heart attack "in the rofecoxib," that
348: 10          is, Vioxx "group compared to active
348: 11          control groups."
348: 12    Q.   Doctor, let's turn to --
348: 13    A.   I'm sorry, just one other
348: 14          point, Mr. Tisi.
348: 15    Q.   Go ahead.
348: 16    A.   The next sentence, which I
348: 17          think is relevant here, is that she also
348: 18          points out -- because one of the things
348: 19          that we study in pharmacoepidemiology is
348: 20          doses and duration and whether or not
348: 21          there's a relationship to the effect.
348: 22          And she points out in 2001 that 085, 090
348: 23          and 102 involve lower doses of Vioxx and

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 348: 24 | shorter durations of exposure than were | | |
| 349: 1 | seen in VIGOR and also allow the use of | | |
| 349: 2 | aspirin. | | |
| 349: 3 | So, the reasons that had | Re: 349:3-12 | Re: 349:3-349:12 |
| 349: 4 | been put forward by Merck about why the | Def. Obj: Witness | Overruled |
| 349: 5 | VIGOR findings could be explained away, | testimony non-responsive | |
| 349: 6 | that is, no aspirin, patients had | to any question, witness | |
| 349: 7 | rheumatoid arthritis, there was a big | was reading document | |
| 349: 8 | dose of Vioxx used, and so this wouldn't | and then editorializes | |
| 349: 9 | apply to lower doses, and it was a long | without being asked any | |
| 349: 10 | study, none of those were present in | questions. | |
| 349: 11 | these studies, and yet the same increase | | |
| 349: 12 | in heart attack was seen. | | |

*Overruled* (handwritten)

**120 350:7   -   350:15**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 350: 7 | Q.  Assuming it is February 8th, |
| 350: 8 | 2001, is that about the time you had your |
| 350: 9 | conversation with Dr. Sherwood? |
| 350: 10 | A.  Yes. |
| 350: 11 | Q.  Now, let's go to Dr. |
| 350: 12 | Targum's report. |
| 350: 13 | A.  Okay. |
| 350: 14 | Q.  First of all, can we bring |
| 350: 15 | that up? |

**121 351:11   -   354:24**   Avorn, Jerome 2006-06-29

| | |
|---|---|
| 351: 11 | This is the report of Dr. |
| 351: 12 | Targum at the cardiorenal division, |
| 351: 13 | correct? |
| 351: 14 | A.  Yes. |
| 351: 15 | Q.  Okay. |
| 351: 16 | February 1st, 2004 -- |
| 351: 17 | A.  2001. |
| 351: 18 | Q.  -- 2001, excuse me. |
| 351: 19 | A.  Right. |
| 351: 20 | Q.  Okay. |
| 351: 21 | If you'd go to page -- |
| 351: 22 | actually 36 -- 34. |
| 351: 23 | A.  Got it. |
| 351: 24 | Q.  Do you see the Section 4 at |
| 352: 1 | the bottom of the page there, it talks |
| 352: 2 | about "Assessment of the sponsor's claim |
| 352: 3 | of CV risk"? |
| 352: 4 | A.  Yes. |
| 352: 5 | Q.  First of all, the sponsor's |
| 352: 6 | claim there that the "Sponsor claims that |
| 352: 7 | the difference in myocardial infarctions |
| 352: 8 | between the two groups is primarily due |
| 352: 9 | to the anti-platelet effects of |
| 352: 10 | naproxen." |
| 352: 11 | A.  Yes, I reviewed that |
| 352: 12 | section. |
| 352: 13 | Q.  Is that what they said in |
| 352: 14 | the VIGOR paper that we reviewed earlier |
| 352: 15 | today? |
| 352: 16 | A.  Yes. |
| 352: 17 | Q.  Okay. |
| 352: 18 | Is that what they were |
| 352: 19 | telling you and your people at Harvard? |
| 352: 20 | A.  That's what Dr. Sherwood |
| 352: 21 | told me. |
| 352: 22 | Q.  Okay. |
| 352: 23 | Is that what was being said |
| 352: 24 | by Merck publicly in your experience in |
| 353: 1 | 2000 and 2001? |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

353: 2   A.  Correct.
353: 3   Q.  Okay.
353: 4       What does Dr. Targum say
353: 5       about the, quote, naproxen hypothesis?
353: 6   A.  I'll just read her words.
353: 7       "The sponsor claims that the difference
353: 8       in myocardial infarctions between the two
353: 9       groups is primarily due to the
353: 10      anti-platelet effects" or the protective
353: 11      effects "of naproxen."
353: 12      And then she goes on to say,
353: 13      "This hypothesis is not supported by any
353: 14      prospective placebo-controlled trials
353: 15      with naproxen.  One can further argue
353: 16      that, no matter what the attribution, the
353: 17      results (from the cardiovascular
353: 18      standpoint) are favorable for naproxen."
353: 19  Q.  Do you agree with that?
353: 20  A.  Yes.
353: 21  Q.  Is that what you testified
353: 22      to earlier?
353: 23  A.  Yes.
353: 24  Q.  Next one, next bullet point
354: 1       on the next page.  "The sponsor claims
354: 2       that the majority of the cardiovascular
354: 3       events in the VIGOR study occurred in
354: 4       those patients who should have been
354: 5       taking aspirin for cardioprotection."
354: 6   A.  Yes.
354: 7   Q.  Is that the issue that we
354: 8       talked about before that had to be
354: 9       corrected in the New England Journal of
354: 10      Medicine?
354: 11  A.  That's right.
354: 12  Q.  And that was corrected in
354: 13      2005?
354: 14  A.  That's correct.
354: 15  Q.  Okay.
354: 16      Do you agree with Dr. Targum
354: 17      as to the significance of that fact?
354: 18  A.  Yes.  As she states it in
354: 19      her own words, "This claim has not
354: 20      convinced this medical reviewer," and she
354: 21      goes on to say that there are increased
354: 22      events, heart attacks in the Vioxx group
354: 23      even in patients who did not fall into
354: 24      the aspirin-indicated subgroup.

122 356:4   -   357:18   Avorn, Jerome 2006-06-29
356: 4   Q.  Could you turn to Page 36,
356: 5       please?
356: 6   A.  Yes.
356: 7   Q.  At the bottom of the page
356: 8       there.
356: 9   A.  Yes.
356: 10  Q.  The very bottom it says,
356: 11      "Suggested labeling."
356: 12  A.  Yes.
356: 13  Q.  Do you see that there?
356: 14  A.  Yes.
356: 15  Q.  Would you read what she says
356: 16      about that?
356: 17  A.  Yes.
356: 18  Q.  Well, actually, go to the
356: 19      second sentence, if you don't mind.

Re: 356:4-357:18
**Def. Obj:** Not the proper
subject of expert
testimony, witness is not
qualified to opine on
these subject matters,
including labeling.
See Merck's Daubert
Motion.

Re: 356:4-357:18
Overruled



*Overruled* (handwritten)

| | Objections | Ruling in Barnett |
|---|---|---|

356: 20   A.  All right.
356: 21       In bold it suggests labeling
356: 22       that would properly address CV risks.
356: 23   Q.  In the last sentence there?
356: 24   A.  "It would be difficult to
357: 1        imagine inclusion of VIGOR results in the
357: 2        rofecoxib" or Vioxx "labeling without
357: 3        mentioning cardiovascular safety results
357: 4        in the study description as well as the
357: 5        Warnings section."
357: 6    Q.  Okay.
357: 7        Do you agree with Dr.
357: 8        Targum?
357: 9    A.  Yes.
357: 10   Q.  Are all the opinions --
357: 11       So, in fairness, Doctor, I
357: 12       just want to be clear.  The opinions that
357: 13       you gave earlier, are they consistent
357: 14       with what the medical officers were
357: 15       saying at the time when they reviewed the
357: 16       same data that you reviewed in connection
357: 17       with this litigation?
357: 18   A.  Yes.



123 **358:5   -   358:16**   Avorn, Jerome 2006-06-29
358: 5        Does your opinions about the
358: 6        confluence of 090, 085, ADVANTAGE,
358: 7        APPROVe and all the other --
358: 8    A.  Not APPROVe.  You mean
358: 9        VIGOR.
358: 10   Q.  VIGOR, and all the evidence
358: 11       surrounding that we've been talking
358: 12       about, do you come to the same
358: 13       conclusions about the validity of the
358: 14       naproxen hypothesis that both of these
358: 15       medical officers looking at the same
358: 16       information came to?

**Re: 358:5-16**
**Def. Obj:**  Question seeks
improper expert
testimony - speculation
as to the opinions two
FDA medical officers.

**Re:  358:5-16**
Overruled

124 **358:22   -   359:7**   Avorn, Jerome 2006-06-29
358: 22       THE WITNESS: Yes, I do.
358: 23       And I think equally importantly,
358: 24       those are opinions which I wrote
359: 1        myself in our publications around
359: 2        this period.
359: 3        BY MR. TISI:
359: 4    Q.  Okay.
359: 5        We haven't talked about the
359: 6        Alzheimer studies.
359: 7    A.  Right.

125 **359:13   -   359:24**   Avorn, Jerome 2006-06-29
359: 13       Do you have an opinion to a
359: 14       reasonable degree of medical certainty as
359: 15       to whether or not there was reasonable
359: 16       evidence of increased mortality
359: 17       associated with Vioxx?
359: 18   A.  Yes.
359: 19   Q.  What is that opinion?
359: 20   A.  That opinion is that there
359: 21       was an increase in mortality,
359: 22       particularly as reflected in the
359: 23       Alzheimer studies conducted by Merck with
359: 24       Vioxx.

126 **366:23   -   367:1**   Avorn, Jerome 2006-06-29

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

366: 23 Q. Doctor, when you looked at
366: 24   cardiac death in the Alzheimer's trials,
367: 1   was there an imbalance?

127 **367:2 - 367:3** Avorn, Jerome 2006-06-29
367: 2 A. No.
367: 3 Q. Cardiac death.

128 **367:4 - 368:24** Avorn, Jerome 2006-06-29
367: 4 A. I'm sorry.  I thought you
367: 5   meant cardiac outcomes.  I don't remember
367: 6   the cardiac death by heart.  Let me look
367: 7   at that.  I think that -- was the 8 to 2
367: 8   or 8 to 3 ratio of deaths, as I recall?
367: 9   And I can dig through it here, but if we
367: 10   agree that it was 8 to 2 or 8 to 3, the 2
367: 11   and 3 varied.  But there was a
367: 12   four-foldish increase.
367: 13 Q. Is that significant, Doctor?
367: 14 A. Well, it depends on what you
367: 15   mean by "significant."  It is striking.
367: 16   With small numbers, I honestly don't
367: 17   recall whether it was significant in the
367: 18   statistical sense.  But, again, I think
367: 19   if you tell me that there are four times
367: 20   as many people having cardiac deaths in
367: 21   group A versus group B, that would catch
367: 22   my attention.
367: 23 Q. All right.
367: 24   Doctor, let's move on.
368: 1 A. There's one point, Mr. Tisi,
368: 2   in answer to your question that I didn't
368: 3   get to say.  And that is, if one looks at
368: 4   the means of ascertaining events in these
368: 5   studies, I was struck with the fact that
368: 6   the studies did not seem to me as a
368: 7   geriatrician and as somebody who has
368: 8   written about geriatric pharmacology to
368: 9   be set up in a way that would ascertain
368: 10   cardiac events in a systematic way so
368: 11   that you could really be confident of the
368: 12   results that would come from any part of
368: 13   the study design that would identify who
368: 14   had a heart attack or who didn't or who
368: 15   had an angina and who didn't, who had a
368: 16   stroke and who didn't.
368: 17   I was underwhelmed with the
368: 18   care with which those outcomes were being
368: 19   looked at.  Perhaps their focus was just
368: 20   on tracking people's mental status.  But
368: 21   another reason that I suspect there was
368: 22   not a clear difference seen in
368: 23   cardiovascular events was that they were
368: 24   not being looked for very carefully.

129 **369:10 - 371:18** Avorn, Jerome 2006-06-29
369: 10 Q. Well, Doctor, did you review
369: 11   the data analysis plan and the standard
369: 12   operating procedure for ascertaining
369: 13   cardiovascular events?
369: 14 A. Yes, I did.
369: 15 Q. Okay.  And did you find, did
369: 16   you have an opinion as to whether or not
369: 17   this was set up appropriately to
369: 18   ascertain and analyze events in the Vioxx

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 369: 19 | clinical trials? | |
| 369: 20 | A. Yes, I do. | |
| 369: 21 | Q. And what is that opinion? | |
| 369: 22 | A. Based on reviewing the | |
| 369: 23 | cardiac standard operating procedure that | |
| 369: 24 | Merck put together, which they argued was | |
| 370: 1 | their response to the VIGOR data to look | |
| 370: 2 | for cardiac events in all their other | |
| 370: 3 | studies, I was struck with the fact that | |
| 370: 4 | a number of key presentations of heart | |
| 370: 5 | attack, that is, key manifestations of | |
| 370: 6 | having a heart attack, seemed to have | |
| 370: 7 | been deleted in the course of that | |
| 370: 8 | standard operating procedure being | |
| 370: 9 | implemented. | |
| 370: 10 | So, for example, pulmonary | |
| 370: 11 | edema, which is well known to be a | |
| 370: 12 | presenting or a manifesting sign of a | |
| 370: 13 | heart attack, congestive heart failure, | |
| 370: 14 | arrhythmias, which is rhythm | |
| 370: 15 | disturbances, all were excised from | |
| 370: 16 | having been there before, were struck out | |
| 370: 17 | in the version of the standard operating | |
| 370: 18 | procedure at Merck that I saw, which | |
| 370: 19 | would clearly result in under | |
| 370: 20 | ascertainment or missing a lot of cases | |
| 370: 21 | of heart attack, which particularly in | |
| 370: 22 | the elderly, are going to present | |
| 370: 23 | themselves in precisely that way. | |
| 370: 24 | Q. Doctor, do you have an | |
| 371: 1 | opinion to a reasonable degree of medical | |
| 371: 2 | certainty as somebody who has taught | |
| 371: 3 | pharmaceutical company executives about | |
| 371: 4 | looking at signals and designing clinical | |
| 371: 5 | trials as to whether or not it was | |
| 371: 6 | feasible to do a cardiovascular outcomes | |
| 371: 7 | study that would have definitively | |
| 371: 8 | answered this question while Vioxx was on | |
| 371: 9 | the market? | |
| 371: 10 | A. Yes, I do. | |
| 371: 11 | Q. And what is that opinion? | |
| 371: 12 | A. My opinion is that it would | |
| 371: 13 | have been feasible and ethical and quite | |
| 371: 14 | doable to have such a study done in | |
| 371: 15 | response to the signals that emerged and | |
| 371: 16 | that the more than signals, the data that | |
| 371: 17 | emerged from the studies we have been | |
| 371: 18 | discussing. | |
| 130 **374:18** - **384:19** | Avorn, Jerome 2006-06-29 | |
| 374: 18 | Q. I'm going to show you what I | |
| 374: 19 | have had marked as Exhibit Number 36. Is | |
| 374: 20 | this the document to which you refer? | |
| 374: 21 | A. I think so. | |
| 374: 22 | Q. Okay. | |
| 374: 23 | And when you look at the | |
| 374: 24 | e-mail from Dr. Scolnick dated April 12, | |
| 375: 1 | 2000, and this would have been right | |
| 375: 2 | after the VIGOR study, the VIGOR on our | |
| 375: 3 | timeline -- | |
| 375: 4 | A. Right. | |
| 375: 5 | Q. -- right after VIGOR was | |
| 375: 6 | unblinded and the data became available? | |
| 375: 7 | A. Correct. | |
| 375: 8 | Q. Okay. | |

| | Objections | Ruling in Barnett |
|---|---|---|

375: 9      Would you read what Dr.
375: 10      Scolnick has to say?
375: 11    A.   Yes. This is to Dr. Reicin.
375: 12      "Hi, Alise. I have been trading e-mails
375: 13      with Doug Greene in realtime. We are all
375: 14      online too late. I will tell you my
375: 15      worry quotient is high. I actually am in
375: 16      minor agony. What I really want to do is
375: 17      a 10,000 versus 10,000 patient study in
375: 18      mild to moderate osteoarthritis Tylenol
375: 19      versus Vioxx with PRN," which means as
375: 20      needed, "low-dose ASA," which is aspirin,
375: 21      "for those judged to need it. Safety," I
375: 22      guess he means would be the "first
375: 23      primary endpoint and efficacy secondary
375: 24      or co-primary. WE WILL NOT" now this is
376: 1      in capital letters, "WE WILL NOT KNOW FOR
376: 2      SURE WHAT IS GOING ON UNTIL WE DO THIS
376: 3      STUDY. PLEASE THINK HARD ABOUT THE
376: 4      DESIGN BEFORE THE PAC MEETING. Thanks,
376: 5      Ed."
376: 6    Q.   As somebody who conducts
376: 7      clinical trials and conducts
376: 8      epidemiologic studies and looks at these
376: 9      kinds of issues, would this have been an
376: 10      ethical study to do?
376: 11    A.   Yeah. I think he got it
376: 12      exactly right.
376: 13    Q.   And was any such study ever
376: 14      done?
376: 15    A.   Not to my knowledge.
376: 16    Q.   Moving on, Doctor.
376: 17      Do you have an opinion as to
376: 18      whether or not to a reasonable degree of
376: 19      medical certainty, having reviewed all
376: 20      the documents you reviewed in connection
376: 21      with your prior experience, as to whether
376: 22      or not the benefits of Vioxx were
376: 23      outweighed by its risks?
376: 24    A.   Yes.
377: 1    Q.   And what is that opinion?
377: 2    A.   That its benefits were not
377: 3      outweighed by its risks. If one counts
377: 4      up the number of serious gastrointestinal
377: 5      complications that it prevented, and it
377: 6      did at least in people not taking
377: 7      aspirin, and you compare those with the
377: 8      number of serious cardiovascular events
377: 9      that it caused, the numbers are actually
377: 10      quite close. And clinically, it is worse
377: 11      to have a heart attack or a stroke than
377: 12      to have a GI bleed because you can fix
377: 13      the GI bleed by stopping the offending
377: 14      drug, maybe the patient may need a blood
377: 15      transfusion, and then they are as good as
377: 16      they were before. But if you've had a
377: 17      heart attack or a stroke, there's often
377: 18      permanent damage to your heart or your
377: 19      brain, and you're usually not as good as
377: 20      you were before.
377: 21    Q.   Doctor, that brings me to
377: 22      another question.
377: 23      Do you have an opinion as to
377: 24      whether or not all NSAIDs have the same
378: 1      cardiovascular risk as Vioxx?

**Objections:**

**Re: 376:17-24**
**Def. Obj:** Asked and answered at 109:18-110:3, 380:10-385:8: Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including labeling and why physicians prescribe drugs. See Merck's Daubert Motion.

**Ruling in Barnett:**

**Re: 376:17-376:24**
Overruled

Overruled

| | |
|---|---|
| 378: 2 | A.  I have such an opinion. |
| 378: 3 | Q.  Okay. |
| 378: 4 | Is that something you've |
| 378: 5 | written about? |
| 378: 6 | A.  Yes. |
| 378: 7 | Q.  In fact, is that something |
| 378: 8 | that you looked at specifically in the |
| 378: 9 | context of your Vioxx studies compared to |
| 378: 10 | Celebrex? |
| 378: 11 | A.  Correct. |
| 378: 12 | Q.  And, in fact, that's |
| 378: 13 | something that you looked at in your |
| 378: 14 | NSAID study comparing naproxen to other |
| 378: 15 | drugs? |
| 378: 16 | A.  Correct. |
| 378: 17 | Q.  And in looking at the |
| 378: 18 | totality of evidence, do you have an |
| 378: 19 | opinion as to whether or not there is a, |
| 378: 20 | quote, class effect, a cardiovascular |
| 378: 21 | class effect between all nonsteroidal |
| 378: 22 | anti-inflammatory drugs? |
| 378: 23 | A.  I do have such an opinion. |
| 378: 24 | Q.  And what is that opinion? |
| 379: 1 | A.  My opinion is that there is |
| 379: 2 | not a unitary class effect, that is, it |
| 379: 3 | is not the same for all drugs, and that, |
| 379: 4 | in fact, there is a gradient of effects |
| 379: 5 | where with some drugs, which happen to be |
| 379: 6 | the ones that were taken off the market, |
| 379: 7 | namely, Vioxx and Bextra, having the |
| 379: 8 | worst risk of heart attack and stroke and |
| 379: 9 | then lower risk for Celebrex, but |
| 379: 10 | certainly Celebrex at high doses, and I |
| 379: 11 | think we know that from some clinical |
| 379: 12 | trial data, and then probably lower risk |
| 379: 13 | for the older nonsteroidals.  And then, |
| 379: 14 | of course, aspirin, on the other end of |
| 379: 15 | the spectrum, not only has no cardiac |
| 379: 16 | risk, but it prevents heart attacks. |
| 379: 17 | Q.  Have you communicated this |
| 379: 18 | opinion to the Food & Drug |
| 379: 19 | Administration? |
| 379: 20 | A.  Yes, I have. |
| 379: 21 | Q.  And is Celebrex still on the |
| 379: 22 | market, by the way? |
| 379: 23 | A.  Yes, it is. |
| 379: 24 | Q.  Is naproxen still on the |
| 380: 1 | market? |
| 380: 2 | A.  Yes, it is. |
| 380: 3 | Q.  Is diclofenac still on the |
| 380: 4 | market? |
| 380: 5 | A.  Yes, it is. |
| 380: 6 | Q.  Aspirin? |
| 380: 7 | A.  Yes. |
| 380: 8 | Q.  Naproxen? |
| 380: 9 | A.  Yes. |
| 380: 10 | Q.  Doctor, you testified that |
| 380: 11 | you're an expert in the factors that go |
| 380: 12 | into physician prescribing practices. |
| 380: 13 | What are those factors? |
| 380: 14 | A.  We've done a number of |
| 380: 15 | studies about what shapes physician |
| 380: 16 | prescribing decisions, and I mentioned |
| 380: 17 | the first one I published in 1982.  And |
| 380: 18 | in doing that work, we tried to define |