| | Objections | Ruling in Barnett |
|---|---|---|

380: 19      what predicts or drives what a doctor
380: 20      prescribes. And a great deal of it is
380: 21      the doctor's perception of benefit versus
380: 22      risk which he or she learns from a
380: 23      variety of sources.
380: 24  Q.  What are the sources in
381: 1      which a pharmaceutical company
381: 2      communicates with doctors about their
381: 3      products?
381: 4  A.  Well, the legal governing
381: 5      document that is probably central because
381: 6      it determines what the company is allowed
381: 7      to say in all of its promotional material
381: 8      and all of its sales presentations is
381: 9      what FDA calls the labeling or sometimes
381: 10      it's called the package insert. But it's
381: 11      a lengthy document, usually in small
381: 12      print, that describes everything about a
381: 13      drug, what it's used for, what its
381: 14      benefits are, what its risks are, what
381: 15      its dose is and so forth.
381: 16  Q.  Are there any other methods
381: 17      by which a pharmaceutical company
381: 18      communicates with doctors that you're
381: 19      familiar with?
381: 20  A.  Sure. They will also, of
381: 21      course, send out sales reps to doctors'
381: 22      offices to talk to us about the
381: 23      attributes of their drug, and, of course,
381: 24      they will take out ads in medical
382: 1      journals. They will also take out ads or
382: 2      put commercials on TV for patients. And
382: 3      they will sponsor continuing education
382: 4      programs for physicians.
382: 5  Q.  What about publication of
382: 6      medical articles?
382: 7  A.  Very often companies are
382: 8      heavily involved, as we've learned, in
382: 9      the publication of articles in the
382: 10      medical literature.
382: 11  Q.  Let me talk about some of
382: 12      those things for a moment. Let's talk
382: 13      about the label for a moment.
382: 14      First of all, what's a black
382: 15      box warning?
382: 16  A.  A black box warning is the
382: 17      strongest kind of warning that appears on
382: 18      a label which is literally in a black
382: 19      box. And if the FDA feels that there is
382: 20      a particularly important risk for a given
382: 21      drug, it insists that the manufacturer --
382: 22      because the manufacturer kind of owns the
382: 23      words in the label and negotiates with
382: 24      the FDA, but ultimately it is the
383: 1      manufacturer's words, the FDA will insist
383: 2      that a black box appear at the very
383: 3      beginning of the description of the drug
383: 4      in the labeling information warning about
383: 5      a particular problem.
383: 6  Q.  What is a warning?
383: 7  A.  A warning is the next
383: 8      highest level of alert, and it is a
383: 9      section in the labeling in which the most
383: 10      important risks of a drug are presented.
383: 11  Q.  What about a precaution?

| | | Objections | Ruling in Barnett |
|---|---|---|---|

383: 12    A.  That's a much milder part of
383: 13         the labeling in which it's kind of a
383: 14         "watch out for this," but it's known as
383: 15         to be a lower standard of risk.
383: 16         - - -
383: 17         (Whereupon, Deposition
383: 18         Exhibit Avorn-37, Vioxx label
383: 19         1999 MRK-LBL0000035 -
383: 20         MRK-LBL0000038, was marked for
383: 21         identification.)
383: 22         - - -
383: 23         BY MR. TISI:
383: 24    Q.  Let's look at the -- have
384: 1         you reviewed the label that was in effect
384: 2         from 1999 through 2002?
384: 3    A.  Yes, I have.
384: 4    Q.  And starting from the date
384: 5         of the VIGOR results, and let me hand
384: 6         that to you.
384: 7         Doctor, was there any black
384: 8         box warning for cardiovascular disease in
384: 9         this label?
384: 10   A.  There was no black box
384: 11        warning of any kind.
384: 12   Q.  Was there a warning?
384: 13   A.  No.
384: 14   Q.  Was there even a precaution
384: 15        in the original label that dealt with
384: 16        cardiovascular disease?
384: 17   A.  Let me just turn to the
384: 18        precautions section because I want to be
384: 19        sure I'm being fair to the company.

131 **384:22 - 385:8**   Avorn, Jerome 2006-06-29
384: 22        No.  I've just reviewed the
384: 23        precautions section again and I don't see
384: 24        anything about heart attack.
385: 1    Q.  And that was in effect until
385: 2         April of 2002?
385: 3    A.  That's correct.
385: 4    Q.  Okay.
385: 5         And VIGOR came out, VIGOR
385: 6         results became available in 2000, early
385: 7         2000?
385: 8    A.  In the spring of 2000.

132 **386:15 - 386:20**   Avorn, Jerome 2006-06-29
386: 15        Doctor, given what was known
386: 16        about Vioxx from 2000 to 2002, does this
386: 17        label contain information about
386: 18        cardiovascular risks that would have
386: 19        allowed physicians to weigh those risks
386: 20        against the benefits?

133 **388:19 - 389:5**   Avorn, Jerome 2006-06-29
388: 19        Does this label contain
388: 20        accurate medical and scientific
388: 21        information about the increased mortality
388: 22        seen in the Alzheimer's trials?
388: 23   A.  There's nothing in the label
388: 24        about the doubling of the death rate in
389: 1         the Alzheimer's study in this label.
389: 2    Q.  Is that, in your opinion,
389: 3         important information for doctors to
389: 4         consider in making a fair risk/benefit

**Re:386:15-20**
**Def. Obj:** Not the proper
subject of expert
testimony, witness is not
qualified to opine on
these subject matters,
including labeling. See
Merck's Daubert Motion.

**Re:388:19-389:5**
**Def. Obj:** Not the proper
subject of expert
testimony, witness is not
qualified to opine on
these subject matters,
including labeling.
See Merck's Daubert
Motion.

**Re: 386:15-386:20**
Overruled

**Re: 388:19-389:5**
Overruled



|  |  | | Objections | Ruling in Barnett |
|---|---|---|---|---|
| 389: 5 | | analysis for their patients? | | |

**389:11  -  390:3**   Avorn, Jerome 2006-06-29

| | | | Re: 389:11-390:3 | Re: 389:11-390:3 |
|---|---|---|---|---|
| 389: 11 | THE WITNESS:  As someone who | | **Def. Obj:** Not the proper | Overruled |
| 389: 12 | has published papers on doctors' | | subject of expert | |
| 389: 13 | assessment of risk versus benefit | | testimony, witness is not | |
| 389: 14 | and how that drives their | | qualified to opine on | |
| 389: 15 | prescribing, and as someone who | | these subject matters, | |
| 389: 16 | has conducted and studied programs | | including labeling. | |
| 389: 17 | to present information to doctors | | See Merck's Daubert | |
| 389: 18 | in an unbiased manner, I can | | Motion. | |
| 389: 19 | assert with complete confidence | | | |
| 389: 20 | that failing to indicate that a | | | |
| 389: 21 | given drug has been associated | | | |
| 389: 22 | with a doubling of death rate in a | | | |
| 389: 23 | study that was statistically | | | |
| 389: 24 | significant, failing to have that | | | |
| 390: 1 | in the label does not give doctors | | | |
| 390: 2 | the information they need to use | | | |
| 390: 3 | that drug appropriately. | | | |

**135  390:15  -  390:18**   Avorn, Jerome 2006-06-29

| | | | Re: 390:15-18 | Re: 390:15-390:18 |
|---|---|---|---|---|
| 390: 15 | Q.  Doctor, have you looked at | | **Def. Obj:** Not the proper | Overruled |
| 390: 16 | the 2002 label which I'm handing to you | | subject of expert | |
| 390: 17 | now? | | testimony, witness is not | |
| 390: 18 | A.  Yes, I have. | | qualified to opine on these | |

**136  391:2  -  393:3**   Avorn, Jerome 2006-06-29

| | | | subject matters, | |
|---|---|---|---|---|
| 391: 2 | Q.  Is it your understanding | | including labeling. | |
| 391: 3 | that in April of 2002 the Vioxx label was | | See Merck's Daubert | |
| 391: 4 | changed to include some information about | | Motion. | |
| 391: 5 | the cardiac findings in the VIGOR study? | | Re: 391:2-393:3 | Re: 391:2-393:3 |
| 391: 6 | A.  Yes. | | **Def. Obj:** Not the proper | Overruled |
| 391: 7 | Q.  And have you reviewed that, | | subject of expert | |
| 391: 8 | Doctor? | | testimony, witness is not | |
| 391: 9 | A.  Yes, I have. | | qualified to opine on | |
| 391: 10 | Q.  And where does that -- | | these subject matters, | |
| 391: 11 | First of all, let me ask | | including labeling. | |
| 391: 12 | you, is there a black box warning for | | See Merck's Daubert | |
| 391: 13 | doctors in the 2002 label? | | Motion. | |
| 391: 14 | A.  No. | | | |
| 391: 15 | Q.  Is there a warning on | | | |
| 391: 16 | cardiovascular risk in the label? | | | |
| 391: 17 | A.  No. | | | |
| 391: 18 | Q.  Where does the information | | | |
| 391: 19 | about VIGOR appear in this label? | | | |
| 391: 20 | A.  It is over here in the | | | |
| 391: 21 | section that is called "Clinical | | | |
| 391: 22 | Studies." | | | |
| 391: 23 | Q.  Is it also in the | | | |
| 391: 24 | precautions section? | | | |
| 392: 1 | A.  I believe there is a | | | |
| 392: 2 | precaution about gastro -- about | | | |
| 392: 3 | cardiovascular effects. | | | |
| 392: 4 | Q.  Do you know whether or not | | | |
| 392: 5 | the -- | | | |
| 392: 6 | We talked about before, we | | | |
| 392: 7 | looked at the medical officer report of | | | |
| 392: 8 | Dr. Targum? | | | |
| 392: 9 | A.  Yes. | | | |
| 392: 10 | Q.  Okay. | | | |
| 392: 11 | Which talks about the, I | | | |
| 392: 12 | think her words were, it is hard to | | | |
| 392: 13 | conceive that this information from VIGOR | | | |
| 392: 14 | would not be contained in the warnings | | | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 392: 15 | section. Do you remember that? | | |
| 392: 16 | A. Correct. | | |
| 392: 17 | Q. Okay. | | |
| 392: 18 | Do you know whether or not | | |
| 392: 19 | the FDA, in fact, did recommend that the | | |
| 392: 20 | company include a warning about the | | |
| 392: 21 | cardiovascular risk seen in VIGOR? | | |
| 392: 22 | A. Yes, I know that. | | |
| 392: 23 | Q. And do you have an opinion | | |
| 392: 24 | as to whether or not there was a | | |
| 393: 1 | reasonable evidence of association | | |
| 393: 2 | between Vioxx and cardiovascular disease | | |
| 393: 3 | at the time that VIGOR became available? | | |

*Overruled* (handwritten)

| 137 393:9 - 393:16 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 393: 9 | Q. If that is the standard for | **Re: 393:9-16** | **Re: 393:9-393:16** |
| 393: 10 | placing a warning -- | **Def. Obj:** Not the proper | Overruled |
| 393: 11 | A. Yes. | subject of expert | |
| 393: 12 | Q. -- would that information | testimony, witness is not | |
| 393: 13 | alone have been enough to include the CV | qualified to opine on | |
| 393: 14 | risk in the warnings section of the Vioxx | these subject matters, | |
| 393: 15 | label? | including labeling. | |
| 393: 16 | A. Yes. | See Merck's Daubert | |
| | | Motion. | |

| 138 394:1 - 394:13 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 394: 1 | Do you have an opinion, | **Re: 394:1-13** | **Re: 394:1-394:13** |
| 394: 2 | again, to a reasonable degree of medical | **Def. Obj:** Not the proper | Overruled |
| 394: 3 | certainty, as to whether or not the | subject of expert | |
| 394: 4 | information in the warning label in 2002 | testimony, witness is not | |
| 394: 5 | contained information about increased | qualified to opine on | |
| 394: 6 | mortality? | these subject matters, | |
| 394: 7 | A. Do I have an -- I'm sorry. | including labeling. | |
| 394: 8 | Do I have an opinion as to whether it was | See Merck's Daubert | |
| 394: 9 | there? | Motion. | |
| 394: 10 | Q. Do you know whether it is | | |
| 394: 11 | there or not? | | |
| 394: 12 | A. I know that it was not | | |
| 394: 13 | there. | | |

| 139 395:19 - 395:24 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 395: 19 | Do you have an opinion to a | **Re: 395:19-24** | **Re: 395:19-395:24** |
| 395: 20 | reasonable degree of medical certainty as | **Def. Obj:** Not the proper | Overruled |
| 395: 21 | to whether or not the evidence of an | subject of expert | |
| 395: 22 | association between Vioxx and increased | testimony, witness is not | |
| 395: 23 | mortality should have been contained in | qualified to opine on | |
| 395: 24 | the warnings section of the Vioxx label? | these subject matters, | |
| | | including labeling. See | |
| | | Merck's Daubert Motion. | |

| 140 396:23 - 397:12 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 396: 23 | I have such an opinion, and | **Re: 396:23-397:2** | **Re: 396:23-397:2** |
| 396: 24 | my opinion is that if a company is in | **Def. Obj:** Not the proper | Overruled |
| 397: 1 | possession of data that indicates a | subject of expert | |
| 397: 2 | statistically significant doubling of the | testimony, witness is not | |
| 397: 3 | death rate in a placebo-controlled | qualified to opine on | |
| 397: 4 | randomized control trial that it | these subject matters, | |
| 397: 5 | conducted, then that information needs to | including labeling. | |
| 397: 6 | be in the label to be able to guide | See Merck's Daubert | |
| 397: 7 | physicians to make appropriate decisions | Motion. | |
| 397: 8 | about the use of that drug. | | |
| 397: 9 | Q. Have you seen any evidence | | |
| 397: 10 | that the FDA wanted to include | | |
| 397: 11 | information about VIGOR and ADVANTAGE in | | |
| 397: 12 | the warnings section? | | |

| 141 398:5 - 398:16 | Avorn, Jerome 2006-06-29 | | |
|---|---|---|---|
| 398: 5 | THE WITNESS: I have seen | Re: 398:5-16 | Re: 398:5-398:16 |

|  | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 398: 6  correspondence between Merck and | **Def. Obj:** Not the proper | Overruled |
| 398: 7  FDA in both directions about the | subject of expert | |
| 398: 8  modifications to the label that | testimony, witness is not | |
| 398: 9  were proposed. | qualified to opine on | |
| 398: 10  BY MR. TISI: | these subject matters, | |
| 398: 11  Q.  Okay. | including labeling. | |
| 398: 12  And do you know whether or | See Merck's Daubert | |
| 398: 13  not the FDA proposed that information | Motion. | |
| 398: 14  about VIGOR and ADVANTAGE on | | |
| 398: 15  cardiovascular events and cardiovascular | | |
| 398: 16  risk be placed in the warnings section? | | |

*Overruled* (handwritten)

**142 399:19   -   400:4**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 399: 19  A.  Yes. | **Re: 399:19-400:4** | **Re:  399:19-400:4** |
| 399: 20  Q.  Okay. | **Def. Obj:** Not the proper | Overruled |
| 399: 21  Having seen it, and as | subject of expert | |
| 399: 22  somebody who is an expert in the factors | testimony, witness is not | |
| 399: 23  that drive doctors' prescribing | qualified to opine on | |
| 399: 24  practices, do you have an opinion as to | these subject matters, | |
| 400: 1  whether or not that kind of information | including labeling. | |
| 400: 2  in the warnings section would have | See Merck's Daubert | |
| 400: 3  assisted doctors in making a risk/benefit | Motion. | |
| 400: 4  analysis for their patients? | | |

**143 400:11   -   400:20**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 400: 11  THE WITNESS:  I have such an | **Re: 400:11-20** | **Re: 400:11-400:20** |
| 400: 12  opinion that that would have been | **Def. Obj:** Not the proper | Overruled |
| 400: 13  an important piece of information | subject of expert | |
| 400: 14  for doctors to have. | testimony, witness is not | |
| 400: 15  BY MR. TISI: | qualified to opine on | |
| 400: 16  Q.  Do you think that the lack | these subject matters, | |
| 400: 17  of that information deprived doctors of | including labeling. | |
| 400: 18  an important piece of information from | See Merck's Daubert | |
| 400: 19  which they could make reasonable | Motion. | |
| 400: 20  prescribing choices? | | |

**144 401:9   -   402:13**  Avorn, Jerome 2006-06-29

| | | |
|---|---|---|
| 401: 9  As someone who has done | **Re: 401:9-402:13** | **Re: 401:9-402:13** |
| 401: 10  research on published and peer-reviewed | **Def. Obj:** Not the proper | Overruled |
| 401: 11  journals about physicians' assessments of | subject of expert | |
| 401: 12  risks and benefits, and as someone who | testimony, witness is not | |
| 401: 13  teaches physicians about weighing risks | qualified to opine on | |
| 401: 14  and benefits, and has written a book | these subject matters, | |
| 401: 15  about risks and benefits as drivers of | including labeling. | |
| 401: 16  drug use, and as somebody who has written | See Merck's Daubert | |
| 401: 17  a paper recently in the New England | Motion. | |
| 401: 18  Journal about the effect of labeling on | | |
| 401: 19  warnings and on prescribing, I can say | | |
| 401: 20  with a great deal of certainty that a | | |
| 401: 21  physician not having information about | | |
| 401: 22  doubling of mortality risk and of | | |
| 401: 23  increased risk of heart attack caused by | | |
| 401: 24  a drug would deprive that physician from | | |
| 402: 1  the ability to be able to make a wise | | |
| 402: 2  prescribing decision. | | |
| 402: 3  Q.  Doctor, let me ask you this. | | |
| 402: 4  Do you have any evidence you | | |
| 402: 5  have seen in this case that the addition | | |
| 402: 6  of such a warning, as opposed to a | | |
| 402: 7  precaution, would have been made a | | |
| 402: 8  difference with respect to prescribing | | |
| 402: 9  practices with respect to Vioxx? | | |
| 402: 10  A.  Yes. | | |
| 402: 11  MR. TISI:  Let me show you | | |
| 402: 12  what I'd like to have marked as | | |

*[Handwritten annotation across top center: "This is a pretrial + clearly he showed watered at either before testimony before testimony 403"]*

| | | **Objections** | **Ruling in Barnett** |
|---|---|---|---|

402: 13       Exhibit Number 39.

**403:3 - 403:13**    Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 403: 3 | Q. Doctor, have you seen this | **Re: 403:3-13** | **Re: 403:3-403:13** |
| 403: 4 | before in preparation for your testimony | **Def. Obj:** Entire | Overruled |
| 403: 5 | today? | examination on this | |
| 403: 6 | A. Yes, I have. | document is not proper | |
| 403: 7 | Q. Would you describe -- | expert testimony, | |
| 403: 8 | First of all, this is July | witness not qualified and | |
| 403: 9 | of 2001? | speculates. See Merck's | |
| 403: 10 | A. Right. | Daubert Motion. | |
| 403: 11 | Q. This is before the label | | |
| 403: 12 | change? | | |
| 403: 13 | A. Right. | | |

**146 404:8 - 404:11**    Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 404: 8 | What does this document | **Re: 404:8-11** | **Re: 404:8-404:11** |
| 404: 9 | indicate as to doctors' willingness to | **Def. Obj:** Entire | Overruled |
| 404: 10 | prescribe Vioxx if there is a warning | examination on this | |
| 404: 11 | versus a precaution? Go ahead. | document is not proper | |

**147 404:15 - 405:2**    Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 404: 15 | THE WITNESS: This document | expert testimony, witness | |
| 404: 16 | indicates that the individuals at | not qualified and | |
| 404: 17 | Merck who prepared it had exactly | speculates. See Merck's | |
| 404: 18 | the same impression as I did about | Daubert Motion. | |
| 404: 19 | the effect of a clear warning | **Re: 404:15-405:2** | **Re: 404:15-405:2** |
| 404: 20 | versus what they call a mild | **Def. Obj:** Entire | Overruled |
| 404: 21 | warning on utilization of the | examination on this | |
| 404: 22 | drug. And what their graph | document is not proper | |
| 404: 23 | indicates is their projection that | expert testimony, | |
| 404: 24 | utilization of the drug would be | witness not qualified and | |
| 405: 1 | much lower if there was a strong | speculates. See Merck's | |
| 405: 2 | warning versus a mild warning. | Daubert Motion. | |

**148 405:14 - 406:21**    Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 405: 14 | Q. Is this consistent with your | **Re:405:14-406:3** | **Re: 405:14-406:3** |
| 405: 15 | own research that the various levels of | **Def. Obj:** Entire | Overruled |
| 405: 16 | warning make a difference with doctors? | examination on this | |
| 405: 17 | A. Yes. | document is not proper | |
| 405: 18 | Q. Doctor, you mentioned | expert testimony, | |
| 405: 19 | another method by which doctors | witness not qualified and | |
| 405: 20 | communicate -- companies communicate with | speculates. See Merck's | |
| 405: 21 | doctors is their statements to the press. | Daubert Motion. | |
| 405: 22 | I think you mentioned that before? | | |
| 405: 23 | A. Right. | | |
| 405: 24 | Q. Have you seen statements | | |
| 406: 1 | that Merck has made to the press about | | |
| 406: 2 | the cardiovascular safety of Vioxx? | | |
| 406: 3 | A. Yes. | | |
| 406: 4 | MR. TISI: I'm going to hand | | |
| 406: 5 | you what I would like to have | | |
| 406: 6 | marked as Exhibit Number 40. | | |
| 406: 7 | - - - | | |
| 406: 8 | (Whereupon, Deposition | | |
| 406: 9 | Exhibit Avorn-40, News Release | | |
| 406: 10 | 5-22-01, MRK-ABI0003228 - | | |
| 406: 11 | MRK-ABI0003230, was marked for | | |
| 406: 12 | identification.) | | |
| 406: 13 | - - - | | |
| 406: 14 | THE WITNESS: Sounds right. | | |
| 406: 15 | BY MR. TISI: | | |
| 406: 16 | Q. Doctor, have you seen this | | |
| 406: 17 | before as an example of the kind of | | |
| 406: 18 | communication that Merck made to the | | |

|  | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 406: 19 | press? | | |
| 406: 20 | A. Yes. | | |
| 406: 21 | Q. What is this? | | |

**149 407:3  - 407:14   Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 407: 3 | THE WITNESS:  This is | **Re: 407:3-14** | **Re: 407:3-407:14** |
| 407: 4 | labeled as a news release on | **Def. Obj:** Not the proper | Overruled |
| 407: 5 | Merck's stationary for immediate | subject of expert | |
| 407: 6 | release, and the title of it is -- | testimony, witness is not | |
| 407: 7 | and it's dated May 22nd, 2001. | qualified to opine on | |
| 407: 8 | And the title is "Merck Confirms | these subject matters, | |
| 407: 9 | Favorable Cardiovascular Safety | invades province of jury. | |
| 407: 10 | Profile of Vioxx." | See Merck's Daubert | |
| 407: 11 | BY MR. TISI: | Motion. | |
| 407: 12 | Q. And this talks about the | | |
| 407: 13 | VIGOR study? | | |
| 407: 14 | A. Right. | | |

**150 408:2  - 408:6   Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 408: 2 | Knowing what you know about | **Re: 408:2-6** | **Re: 408:2-408:6** |
| 408: 3 | VIGOR, and looking at the medicine and | **Def. Obj:** Not the proper | Overruled |
| 408: 4 | science surrounding VIGOR, is this | subject of expert | |
| 408: 5 | medically and scientifically accurate | testimony, witness is not | |
| 408: 6 | information to disseminate to the public? | qualified to opine on | |

**151 408:9  - 410:20   Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 408: 9 | THE WITNESS:  A great deal | these subject matters, | |
| 408: 10 | of my work, Mr. Tisi, involves | invades province of jury. | |
| 408: 11 | looking at ways of presenting | See Merck's Daubert | |
| 408: 12 | complicated information about drug | Motion. | |
| 408: 13 | risks and drug benefits both to | **Re: 408:9-410:20** | **Re: 408:9-410:20** |
| 408: 14 | physicians and to patients.  We | **Def. Obj:** Not the proper | Overruled |
| 408: 15 | did some of the first studies of | subject of expert | |
| 408: 16 | how to present information to | testimony, witness is not | |
| 408: 17 | patients back in the early 1980s | qualified to opine on | |
| 408: 18 | relating to antibiotic risks and | these subject matters, | |
| 408: 19 | benefits. | invades province of jury. | |
| 408: 20 | We have since produced | See Merck's Daubert | |
| 408: 21 | copious materials for patients in | Motion. | |
| 408: 22 | our program in the State of | | |
| 408: 23 | Pennsylvania explaining to them | | |
| 408: 24 | the risks and benefits of various | | |
| 409: 1 | drugs in addition to information | | |
| 409: 2 | for doctors to teach them about | | |
| 409: 3 | how to balance risks and benefits | | |
| 409: 4 | of drugs in a program supported by | | |
| 409: 5 | the State of Pennsylvania. | | |
| 409: 6 | Our other studies on | | |
| 409: 7 | presenting information about risks | | |
| 409: 8 | and benefits to patients and to | | |
| 409: 9 | physicians have been supported by | | |
| 409: 10 | the National Institutes of Health | | |
| 409: 11 | and the John A. Hartford | | |
| 409: 12 | Foundation and a variety of other | | |
| 409: 13 | sources, including the Arthritis | | |
| 409: 14 | Foundation and Merck itself in a | | |
| 409: 15 | current study that I'm doing with | | |
| 409: 16 | Dr. Solomon about explaining to | | |
| 409: 17 | patients how to balance their | | |
| 409: 18 | risks and benefits of osteoporosis | | |
| 409: 19 | drugs, of which the most prominent | | |
| 409: 20 | one is made by Merck. | | |
| 409: 21 | I have spent 25 years | | |
| 409: 22 | studying the question of how one | | |
| 409: 23 | can condense complicated data, | | |

Overrule

| | | Objections | Ruling in Barnett |

409: 24   epidemiologic data, clinical data,
410: 1   biological data, to doctors and
410: 2   patients so as to inform their
410: 3   prescribing in a way that is
410: 4   driven by science and by patient
410: 5   benefit, rather than driven by the
410: 6   need to push or dump on a given
410: 7   product.  That is what my career
410: 8   has been about.
410: 9   I spend most days thinking
410: 10   about how to present such
410: 11   information fairly.  And based on
410: 12   that 25 and 20 years of
410: 13   experience, published in
410: 14   peer-reviewed journals, funded by
410: 15   federal agencies and peer-reviewed
410: 16   grant proposals, I can tell you
410: 17   that this is an inadequate and a
410: 18   deceptive way of presenting this
410: 19   information to the press, to
410: 20   doctors, to patients or to anyone.

152 411:16  -  412:9   Avorn, Jerome 2006-06-29
411: 16   Q.  Doctor, we have talked about
411: 17   another method of communicating risks and
411: 18   benefits to patients and doctors as being
411: 19   the peer-reviewed published literature.
411: 20   We've talked about several articles today
411: 21   that did that.
411: 22   A.  Yes.
411: 23   Q.  Let's talk about the two
411: 24   articles that appeared in the New England
412: 1   Journal of Medicine, the APPROVe study
412: 2   and the VIGOR study.  Have you reviewed
412: 3   information about both of those studies?
412: 4   A.  Yes.
412: 5   Q.  Let's take VIGOR.  Was VIGOR
412: 6   accurate, complete and a scientifically
412: 7   appropriate way to present a fair and
412: 8   balanced picture of the data collected in
412: 9   that study?

**Re: 411:16-412:9**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 411:16-412:9**
Overruled

153 412:14  -  412:16   Avorn, Jerome 2006-06-29
412: 14   A.  No, it was not.
412: 15   Q.  Okay.
412: 16   Why was it not, Doctor?

**Re: 412:14-16**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 412:14-412:16**
Overruled

154 413:7  -  414:23   Avorn, Jerome 2006-06-29
413: 7   Medically and scientifically
413: 8   having reviewed the VIGOR data and
413: 9   knowing what you know as an
413: 10   epidemiologist, was the information
413: 11   portrayed to doctors in a way that is
413: 12   medically and scientifically accurate?
413: 13   A.  No.
413: 14   Q.  Why is that?
413: 15   A.  Several reasons.  One is
413: 16   that it is inappropriate for authors,
413: 17   whether they work for a corporation or a
413: 18   university, to know about important side
413: 19   effects like a heart attack in patients
413: 20   in a study that they are reporting and to
413: 21   fail to include that information in the
413: 22   published version of that paper.  That's
413: 23   reason number one.

**Re: 413:7-414:23**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 413:7-414:23**
Overruled



| | | Objections | Ruling in Barnett |
|---|---|---|---|

413: 24     Reason number two is the
414: 1     so-called flipping of the data, and,
414: 2     again, that's a Merck term, not mine, to
414: 3     present the difference in the heart
414: 4     attack rate between naproxen and Vioxx as
414: 5     being explained by the fact that naproxen
414: 6     was protecting patients' hearts, when at
414: 7     least an equally plausible conclusion,
414: 8     and, frankly, a far more plausible
414: 9     conclusion was that Vioxx was causing the
414: 10     heart attacks, and that inversion is
414: 11     something which was not a fair
414: 12     presentation of the data.
414: 13   Q.   Let's move forward to the
414: 14     APPROVe study.  Having reviewed the
414: 15     APPROVe study and now knowing what you
414: 16     know and seeing what you've seen, was the
414: 17     evidence presented and the information
414: 18     presented in the APPROVe study a
414: 19     medically and scientifically accurate
414: 20     presentation of the data collected in
414: 21     that study so that doctors in the
414: 22     scientific community would understand the
414: 23     risks and benefits associated with Vioxx?

155 415:3   -   417:2    Avorn, Jerome 2006-06-29

415: 3     THE WITNESS:  All right.
415: 4     APPROVe was not a fair and
415: 5     accurate depiction of the data, we
415: 6     now know, for a couple of reasons.
415: 7     One is that it eliminated
415: 8     patients who had their cardiac
415: 9     events greater than two weeks
415: 10     after stopping the drug, and we
415: 11     now understand that there are
415: 12     aspects of the way that Vioxx
415: 13     might cause damage that could
415: 14     easily occur greater than two
415: 15     weeks after stopping the drug,
415: 16     and, in fact, the stroke data from
415: 17     the APPROVe followup does indicate
415: 18     that patients who had been on
415: 19     Vioxx continued to have a
415: 20     statistically significant higher
415: 21     rate of stroke after the study was
415: 22     completed or the active phase was
415: 23     completed compared to the patients
415: 24     who were on placebo.  That's
416: 1     reason number one.
416: 2     Reason number two is that it
416: 3     is now fairly well recognized that
416: 4     the study used an incorrect
416: 5     statistical approach which created
416: 6     the misimpression that the risk
416: 7     from Vioxx in that study only
416: 8     began at month 18 and that anyone
416: 9     taking the drug for less than 18
416: 10     months, according to the way that
416: 11     study was originally presented,
416: 12     had no risk.
416: 13     As of the last few days,
416: 14     that has been corrected in the New
416: 15     England Journal, and the statement
416: 16     that this is not a problem before
416: 17     18 months has been modified, as I

**Re: 415:3-416:12**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

Re: 415:3-416:12
Overruled

**Re: 416:13-417:2**
**Def. Obj:** Contains undisclosed expert opinions that Merck did not have an opportunity to take a

Re: 416:13-417:2
Overruled

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

| | | discovery deposition. | |

416: 18 — understand it, in response to this
416: 19 — becoming known by the editors of
416: 20 — the New England Journal, who, as I
416: 21 — know it, requested that change.
416: 22 — And I think those are the
416: 23 — two most important ways that, and
416: 24 — very important ways, APPROVe did
417: 1 — not present the data in an
417: 2 — accurate and balanced manner.

**156 417:23  -  419:8    Avorn, Jerome 2006-06-29**

417: 23 — Q. Doctor, we talked about the
417: 24 — ADVANTAGE study and the publication of
418: 1 — the ADVANTAGE study. Did the publication
418: 2 — of the ADVANTAGE study contain
418: 3 — information about myocardial infarction,
418: 4 — heart attacks, as opposed to APTC events?
418: 5 — A. No. The endpoint --
418: 6 — although that data was collected, the
418: 7 — endpoint that was chosen for publication
418: 8 — was the so-called APTC or Anti-Platelet
418: 9 — Trialists Collaborative definition, which
418: 10 — was much broader. That definition did
418: 11 — not reveal a striking difference in
418: 12 — outcomes, but had heart attacks, which is
418: 13 — exactly the issue at hand, been the
418: 14 — outcome that was presented, that would
418: 15 — have revealed a difference.
418: 16 — Q. Did any of the published
418: 17 — Alzheimer's studies publish the intention
418: 18 — to treat analysis that Dr. Chen reported
418: 19 — about the increased mortality in both of
418: 20 — those studies?
418: 21 — A. No. Even though that
418: 22 — analysis was done by Merck and available
418: 23 — to Merck, it was not presented in
418: 24 — published form to doctors.
419: 1 — Q. Looking at all the major
419: 2 — publications that were submitted to the
419: 3 — medical and scientific community, do you
419: 4 — have an opinion as to whether or not the
419: 5 — medical and scientific information that
419: 6 — came to them in their totality was a
419: 7 — reasonable exposition of the medical and
419: 8 — scientific information known to Merck?

**Re: 419:1-8**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 419:1-419:8**
Overruled

*Overruled* (handwritten)

**157 419:14  -  420:13   Avorn, Jerome 2006-06-29**

419: 14 — THE WITNESS: As someone who
419: 15 — reviews articles for the New
419: 16 — England Journal of Medicine,
419: 17 — reviews articles for JAMA, a
419: 18 — number of other publications in
419: 19 — which the editors seek my peer
419: 20 — review as to the appropriateness
419: 21 — of presentation of the data, as
419: 22 — someone who has published over 200
419: 23 — articles in which I myself have
419: 24 — been subjected to peer review
420: 1 — about the fairness of the
420: 2 — presentation of our own data, as
420: 3 — someone who has written widely
420: 4 — about physicians' and patients'
420: 5 — perception of risk and how that
420: 6 — perception drives their
420: 7 — prescribing, I can say that I have

**Re: 419:14-420:13**
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, invades province of jury. See Merck's Daubert Motion.

**Re: 419:14-420:13**
Overruled

*(witness writes + teaches + he is a peer reviewer of a number of journals. Is qualified)* (handwritten)

| | | Objections | Ruling in Barnett |
|---|---|---|---|

420: 8     never known a collection of papers
420: 9     on any one topic in which there
420: 10    has been such a constellation of
420: 11    skewed and distorted presentation
420: 12    of data in any drug studies that
420: 13    I've ever looked at.

*Overruled*

158 421:1   -   421:15    **Avorn, Jerome 2006-06-29**
421: 1    Q. Doctor, we talked about
421: 2      another method of Merck communicating the
421: 3      risks, accurate information about the
421: 4      risks. You do understand that there was
421: 5      direct-to-consumer advertising for
421: 6      patients -- directly to patients, and
421: 7      you've written about that, correct?
421: 8    A. Yes.
421: 9    Q. Do you have an opinion as to
421: 10      a reasonable degree of medical certainty
421: 11      as to whether or not the
421: 12      direct-to-consumer advertising conducted
421: 13      by Merck played a role in what's a fair
421: 14      and accurate depiction of the risks and
421: 15      benefits associated with Vioxx?

Re: 421:1-15
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including direct-to-consumer marketing, invades province of jury. See Merck's Daubert Motion.

Re: 421:1-421:15
Overruled

(See P. 12 of report)

159 421:22   -   423:2    **Avorn, Jerome 2006-06-29**
421: 22    THE WITNESS: Yes. As I
421: 23      said in my Health Affairs article
421: 24      about direct-to-consumer
422: 1      advertising a couple of years ago,
422: 2      it's vital that patients be able
422: 3      to get a reasonable depiction of
422: 4      both the good news and the bad
422: 5      news about a drug. And given what
422: 6      we now understand was available to
422: 7      Merck at the time that all -- that
422: 8      those $100 million a year of
422: 9      commercials and ads were being
422: 10      run, I think it is absolutely
422: 11      correct to say that they provided
422: 12      all the good news about the drug
422: 13      and did an inadequate job of
422: 14      presenting the bad news about the
422: 15      drug to patients.
422: 16    BY MR. TISI:
422: 17    Q. Now, Doctor, let me turn to
422: 18      the one last topic I would ask you about
422: 19      here, and that is the detailing of the
422: 20      doctors, which is another method in which
422: 21      companies will communicate with doctors.
422: 22      Have you reviewed any of the
422: 23      detailing information that was provided
422: 24      to doctors?
423: 1    A. Yes, as well as the training
423: 2      of the sales reps, which is part of that.

Re: 421:22-423:2
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including direct-to-consumer marketing, invades province of jury. See Merck's Daubert Motion.

Re: 421:22-423:2
Overruled

160 423:21   -   425:9    **Avorn, Jerome 2006-06-29**
423: 21    Q. Did you see any information
423: 22      about how to respond to doctors'
423: 23      inquiries about cardiovascular events in
423: 24      your review of the documents?
424: 1    A. Yes.
424: 2    Q. What did you see?
424: 3    A. Well, the most memorable was
424: 4      the dodge ball game that was apparently
424: 5      developed as a training tool for their

Re: 423:21-425:9
**Def. Obj:** Not the proper subject of expert testimony, witness is not qualified to opine on these subject matters, including marketing, invades province of jury. See Merck's Daubert

Re: 423:21-425:9
Overruled

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|
| 424: 6 | sales reps to be able to respond to | Motion. |
| 424: 7 | doctors' questions about the | |
| 424: 8 | cardiovascular risks of Vioxx | |
| 424: 9 | particularly after the APPROVe study | |
| 424: 10 | findings had come out. And I was | |
| 424: 11 | struck -- | |
| 424: 12 | Q. You meant VIGOR, right? | |
| 424: 13 | A. I'm sorry. That's what I | |
| 424: 14 | meant to say. | |
| 424: 15 | Q. All right. Okay. | |
| 424: 16 | A. And I was struck by the fact | |
| 424: 17 | that the purpose is pretty much summed up | |
| 424: 18 | in the name, that it was to dodge | |
| 424: 19 | questions about this very important risk | |
| 424: 20 | of the company's drug. | |
| 424: 21 | Merck's training materials | |
| 424: 22 | to their sales reps explicitly tell them, | |
| 424: 23 | do not raise or do not initiate any | |
| 424: 24 | discussion of our paper or of other | |
| 425: 1 | papers related to cardiovascular risk. | |
| 425: 2 | And there were a number of completely | |
| 425: 3 | evasive answers that were being fed to | |
| 425: 4 | the sales reps for them to give as | |
| 425: 5 | responses to doctors who asked about | |
| 425: 6 | whether or not this drug could cause | |
| 425: 7 | heart attacks. And that did not seem to | |
| 425: 8 | me to be a reasonable or scientifically | |
| 425: 9 | accurate presentation of the data. | |

**161 426:17   -  426:22    Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 426: 17 | Q. We talked about academic | **Re: 426:17-22** | **Re: 426:17-426:22** |
| 426: 18 | detailing earlier in your deposition and | **Def. Obj:** Not the proper | Overruled |
| 426: 19 | the programs that you've developed and | subject of expert | |
| 426: 20 | studied and published in the New England | testimony, witness is not | |
| 426: 21 | Journal of Medicine. | qualified to opine on | |
| 426: 22 | A. Yes. | these subject matters, | |
| | | invades province of jury. | |
| | | See Merck's Daubert | |

**162 430:4   -   430:21    Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 430: 4 | Q. Okay. | Motion. | |
| 430: 5 | Now, let me ask you, given | **Re: 430:4-21** | **Re: 430:4-430:21** |
| 430: 6 | all of that experience, Doctor, in your | **Def. Obj:** Not the proper | Overruled |
| 430: 7 | experience of 20-some odd, 30-some odd | subject of expert | |
| 430: 8 | years in teaching how to communicate the | testimony, witness is not | |
| 430: 9 | risks and the benefits, looking at all | qualified to opine on | |
| 430: 10 | the ways in which Vioxx was communicated, | these subject matters, | |
| 430: 11 | the risks and the benefits, the good news | including whether | |
| 430: 12 | and the bad news to doctors, press | information was | |
| 430: 13 | releases, medical journals, labels, | accurately conveyed to | |
| 430: 14 | detailers, all of those things put | physicians. See Merck's | |
| 430: 15 | together, do you have an opinion to a | Daubert Motion. | |
| 430: 16 | reasonable degree of medical and | | |
| 430: 17 | scientific certainty as to whether or not | | |
| 430: 18 | an accurate picture of the risks and | | |
| 430: 19 | benefits of the drugs was communicated to | | |
| 430: 20 | doctors so that they can make accurate | | |
| 430: 21 | prescribing decisions for their patients? | | |

**163 431:9   -   432:10    Avorn, Jerome 2006-06-29**

| | | | |
|---|---|---|---|
| 431: 9 | THE WITNESS: That there was | **Re: 431:9-432:10** | **Re: 431:9-432:10** |
| 431: 10 | a pattern of gross distortion of | **Def. Obj:** Improper | Objection overruled. |
| 431: 11 | the risks of Vioxx, and that no | expert testimony, | |
| 431: 12 | matter which way physicians turn, | witness opines on | |
| 431: 13 | whether it was looking at the | subjects on which he is | |
| 431: 14 | label, hearing what they were | not qualified including | |
| 431: 15 | hearing from the Merck-trained | labeling and marketing. | |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| 431: 16 | sales representatives, trying to | See Merck's Daubert |
| 431: 17 | read the literature in the medical | Motion. |
| 431: 18 | journals and trying to get some | |
| 431: 19 | accurate, complete depiction of | |
| 431: 20 | what was happening in the clinical | |
| 431: 21 | trials, even the information their | |
| 431: 22 | patients were bringing to them | |
| 431: 23 | from the commercials and ads that | |
| 431: 24 | they had seen, across the board, | |
| 432: 1 | there was a pattern of what I | |
| 432: 2 | would characterize as systematic | |
| 432: 3 | distortion that rose almost to the | |
| 432: 4 | level of grotesque. And, frankly, | |
| 432: 5 | it was an embarrassment for me as | |
| 432: 6 | a member of the medical profession | |
| 432: 7 | that this was going on in | |
| 432: 8 | presenting information to doctors | |
| 432: 9 | in such a one-sided and lopsided | |
| 432: 10 | way. | |

**164 432:19   -   433:3**   Avorn, Jerome 2006-06-29

| | | | |
|---|---|---|---|
| 432: 19 | Q.  Now, is that opinion you | **Re: 432:19-433:3** | **Re: 432:19-433:3** |
| 432: 20 | just gave an opinion that you are basing | **Def. Obj:** Improper | Overruled |
| 432: 21 | on the scientific and medical information | expert testimony, | |
| 432: 22 | that you know was available at the time? | witness opines on | |
| 432: 23 | A.  It is the opinion of me as | subjects on which he is | |
| 432: 24 | an expert who has spent 25 years studying | not qualified including | |
| 433: 1 | the risks and benefits of drugs and how | labeling and marketing. | |
| 433: 2 | those risks and benefits should be | See Merck's Daubert | |
| 433: 3 | communicated to doctors and to patients. | Motion. | |

**447:15   -   447:16**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 447: 15 | Q.  Doctor, once again, my name |
| 447: 16 | is Phil Beck, and I represent Merck. |

**166 447:17   -   448:12**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 447: 17 | As I understand it, sir, you |
| 447: 18 | were retained as an expert by the |
| 447: 19 | plaintiffs' lawyers in around May of |
| 447: 20 | 2005; is that right? |
| 447: 21 | A.  That's right. |
| 447: 22 | Q.  And I think Mr. Tisi |
| 447: 23 | mentioned this, but they provided you |
| 447: 24 | with a large number of documents to |
| 448: 1 | review; is that right? |
| 448: 2 | A.  Thousands of pages, yes. |
| 448: 3 | Q.  And were these documents |
| 448: 4 | contained in binders that Mr. Tisi showed |
| 448: 5 | to us during your first deposition? |
| 448: 6 | A.  Yes. |
| 448: 7 | Q.  And I think you've got those |
| 448: 8 | binders with you today? |
| 448: 9 | A.  Right. |
| 448: 10 | Q.  What, are there ten or so |
| 448: 11 | binders of documents that they gave you? |
| 448: 12 | A.  Sounds about right, yes. |

**167 470:21   -   471:7**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 470: 21 | Q.  When you wrote your report, |
| 470: 22 | did the lawyers that you worked with turn |
| 470: 23 | around and mark it up and provide you |
| 470: 24 | with suggestions and changes from your |
| 471: 1 | report? |
| 471: 2 | A.  They did not do any marking |
| 471: 3 | up, but they did comment on aspects of |

|  | Objections | Ruling in Barnett |
|---|---|---|

471: 4        it.  This is unclear, this is unfair to
471: 5        Merck, you forgot about this thing that
471: 6        we had talked about, but they didn't make
471: 7        any marks or changes.

168 471:23   -   472:1        Avorn, Jerome 2006-06-30
471: 23       Q.  Your testimony is that the
472: 24       lawyers did not provide you with any
472: 1        markups; is that right?

169 472:3   -   472:16        Avorn, Jerome 2006-06-30
472: 3        THE WITNESS:  By "markups,"
472: 4        you mean did they make notes on my
472: 5        report and make suggestions about
472: 6        changing it?  That's right, they
472: 7        did not.
472: 8        - - -
472: 9        (Whereupon, Deposition
472: 10       Exhibit Avorn-43, Email dated
472: 11       3.12.06, was marked for
472: 12       identification.)
472: 13       - - -
472: 14       BY MR. BECK:
472: 15       Q.  I'm handing you what we've
472: 16       marked as Exhibit 43.

170 472:17   -   472:18        Avorn, Jerome 2006-06-30
472: 17       Do you see that Exhibit 43
472: 18       is an e-mail to you from Jeff Grand?

171 472:18   -   473:15        Avorn, Jerome 2006-06-30
472: 18       is an e-mail to you from Jeff Grand?
472: 19       A.  Yes.
472: 20       Q.  And Jeff Grand is one of the
472: 21       lawyers that you worked with?
472: 22       A.  That's right.
472: 23       Q.  Do you see at the bottom --
472: 24       excuse me, I'll go back up to the top.
473: 1        And this is dated March
473: 2        12th, 2006.  Do you see that?
473: 3        A.  Yes.
473: 4        Q.  And that was before the date
473: 5        of your expert report in this case,
473: 6        right?
473: 7        A.  It was before it was
473: 8        finalized, yes.
473: 9        Q.  Okay.
473: 10       Before it was finalized.
473: 11       And then do you see the very
473: 12       last thing that Mr. Grand said in his
473: 13       e-mail to you was, "Also, tomorrow, I
473: 14       will send you a mark-up of your report as
473: 15       we discussed."

172 473:21   -   473:22        Avorn, Jerome 2006-06-30
473: 21       THE WITNESS:  Yes, I see
473: 22       that.

173 494:5   -   494:15        Avorn, Jerome 2006-06-30
494: 5        Q.  Do you agree that there were
494: 6        good public health reasons for Merck to
494: 7        develop Vioxx?
494: 8        A.  Yes, I do.
494: 9        Q.  And do you agree that one of
494: 10       the good public health reasons for

| | Objections | Ruling in Barnett |
|---|---|---|

494: 11      developing Vioxx was that there were
494: 12      serious gastrointestinal problems,
494: 13      particularly gastrointestinal bleeding,
494: 14      that resulted from the use of traditional
494: 15      NSAIDs?

174 494:18  -  494:18    Avorn, Jerome 2006-06-30
494: 18      THE WITNESS:  That's right.

175 494:20  -  494:22    Avorn, Jerome 2006-06-30
494: 20    Q.  And were the
494: 21      gastrointestinal bleeds an important
494: 22      clinical problem?

176 495:1  -  495:1    Avorn, Jerome 2006-06-30
495: 1      THE WITNESS:  That's right.

177 495:3  -  495:14    Avorn, Jerome 2006-06-30
495: 3    Q.  Have there been studies that
495: 4      showed the number of hospitalizations
495: 5      each year that came from gastrointestinal
495: 6      complications from traditional NSAIDs?
495: 7    A.  Yes, there were.
495: 8    Q.  And does it square with your
495: 9      recollection that these studies showed
495: 10      that there would be over 100,000
495: 11      hospitalizations each year due to
495: 12      gastrointestinal complications from
495: 13      traditional NSAIDs?
495: 14    A.  That's correct.

495:17  -  495:18    Avorn, Jerome 2006-06-30
495: 17      THE WITNESS:  That's
495: 18      correct.

179 495:20  -  496:16    Avorn, Jerome 2006-06-30
495: 20    Q.  Now, you talked about some
495: 21      FDA Advisory Committees yesterday.  Do
495: 22      you remember that?
495: 23    A.  Yes.
495: 24    Q.  And I think you talked about
496: 1      the 2005 Advisory Committee meeting,
496: 2      right?
496: 3    A.  That's right.
496: 4    Q.  And I think you may have
496: 5      talked about the 2001 Advisory Committee?
496: 6    A.  That's right.
496: 7    Q.  Was there also an Advisory
496: 8      Committee that was convened in 1999 to
496: 9      consider whether Vioxx should be approved
496: 10      by the FDA?
496: 11    A.  That's right.
496: 12    Q.  And is it the case that
496: 13      before prescription medicines get
496: 14      approved, the FDA often seeks the advice
496: 15      of Advisory Committees made up of outside
496: 16      doctors and professionals?

180 496:20  -  496:20    Avorn, Jerome 2006-06-30
496: 20      THE WITNESS:  That's right.

181 496:22  -  498:20    Avorn, Jerome 2006-06-30
496: 22    Q.  And there was such an
496: 23      Advisory Committee convened concerning
496: 24      whether to approve Vioxx, right?

|  | Objections | Ruling in Barnett |
|---|---|---|

497: 1    A.   That's right.
497: 2    Q.   Were you asked to be on that
497: 3       committee?
497: 4    A.   No.
497: 5    Q.   Did that committee involve
497: 6       or include medical doctors?
497: 7    A.   Yes.
497: 8    Q.   Did it include
497: 9       pharmacologists?
497: 10   A.   Yes.
497: 11   Q.   Other Ph.D.s?
497: 12   A.   Usually such people are on
497: 13       those committees.
497: 14   Q.   Are you familiar with the
497: 15       materials that were examined by that
497: 16       committee and the conclusions that it
497: 17       came to?
497: 18   A.   Yes.
497: 19   Q.   Did the Advisory Committee
497: 20       in 1999 vote unanimously that Vioxx
497: 21       should be approved for the treatment of
497: 22       osteoarthritis?
497: 23   A.   They voted to approve. I
497: 24       don't remember the vote numbers, but they
498: 1       clearly voted to approve.
498: 2    Q.   And you do not disagree with
498: 3       the recommendation of the Advisory
498: 4       Committee based on the information that
498: 5       was available at the time, do you?
498: 6    A.   Right.
498: 7    Q.   And as you've testified,
498: 8       Vioxx was approved by the Food & Drug
498: 9       Administration for use in the United
498: 10      States in May of 1999, right?
498: 11   A.   That's right.
498: 12   Q.   You do not disagree with
498: 13       that decision either, do you?
498: 14   A.   I do not.
498: 15   Q.   Yesterday you testified
498: 16       about something that's been referred to
498: 17       as an imbalance theory as a possible
498: 18       explanation for what you say are higher
498: 19       cardiovascular risks with Vioxx. Do you
498: 20       remember that?

182 498:24   -   499:8      Avorn, Jerome 2006-06-30
498: 24       THE WITNESS: That was one
499: 1       of the issues we discussed, yes.
499: 2       BY MR. BECK:
499: 3    Q.   At the time that the FDA
499: 4       approved Vioxx in May of 1999, they were
499: 5       aware of this imbalance theory that you
499: 6       talked about yesterday, were they not?
499: 7    A.   I can't speak to what FDA
499: 8       was or wasn't aware of.

183 505:8   -   505:24     Avorn, Jerome 2006-06-30
505: 8    Q.   Dr. Avorn, I've handed you
505: 9       what I've marked as Exhibit 44. Do you
505: 10      recognize this as one of the documents
505: 11      that was provided to you for your review
505: 12      and analysis by the lawyers that you've
505: 13      been working with on this case?
505: 14   A.   Yes.
505: 15   Q.   And you understood it to be

| | | Objections | Ruling in Barnett |
|---|---|---|---|

505: 16    a copy or excerpts of the report by one
505: 17    of the medical review officers from the
505: 18    FDA, correct?
505: 19 A. Right.
505: 20 Q. And in your analysis in this
505: 21    case, you have relied on this document
505: 22    and other reviews by medical officers of
505: 23    the FDA; is that right?
505: 24 A. Right.

184 **506:2 - 506:4**   Avorn, Jerome 2006-06-30
506: 2    Let's turn over to the 20th
506: 3    page in here, and I'll see how it's
506: 4    numbered.

185 **506:15 - 506:19**  Avorn, Jerome 2006-06-30
506: 15    So that you've got the page
506: 16    that I put up on the board that says "In
506: 17    summary" or up on the screen it says "In
506: 18    summary" on the top?
506: 19 A. Yes.

186 **507:5 - 507:15**   Avorn, Jerome 2006-06-30
507: 5    Do you see here that under
507: 6    "Thromboembolic and Vascular Safety," do
507: 7    you see that heading there?
507: 8 A. Yes.
507: 9 Q. And for the benefit of the
507: 10    jury, what does "thromboembolic" mean?
507: 11 A. That refers to problems that
507: 12    occur when there's a blood clot in the
507: 13    artery.
507: 14 Q. And "vascular" refers to?
507: 15 A. Relating to blood vessels.

187 **508:7 - 509:2**   Avorn, Jerome 2006-06-30
508: 7    So, it was reviewed in
508: 8    advance of the approval of Vioxx in May
508: 9    of 1999, right?
508: 10 A. Correct.
508: 11 Q. And so before the FDA
508: 12    approved Vioxx in May of 1999, the FDA
508: 13    medical officer understood the
508: 14    information I've blown up on the screen,
508: 15    that "There is a theoretical concern that
508: 16    patients chronically treated with a COX-2
508: 17    selective inhibitor may be at higher risk
508: 18    for thromboembolic cardiovascular adverse
508: 19    experiences than patients treated with
508: 20    COX-1/COX-2 inhibitors (conventional
508: 21    NSAIDs), due to the lack of effect of
508: 22    COX-1 inhibition on platelet function."
508: 23    Now, that's a mouthful, but
508: 24    would you agree with me, sir, that what's
509: 1    referred to there is the same imbalance
509: 2    theory that you were talking about?

188 **509:9 - 509:16**   Avorn, Jerome 2006-06-30
509: 9    THE WITNESS: I think it's
509: 10    incorrect in that the so-called
509: 11    imbalance theory has a lot more to
509: 12    it than just platelet function.
509: 13    There's a lot of differences in
509: 14    prostacyclin versus thromboxane
509: 15    balance that are not just about

| | Objections | Ruling in Barnett |
|---|---|---|

509: 16              platelet inhibition.

**509:19  -  509:24**   Avorn, Jerome 2006-06-30
509: 19              Does the imbalance theory
509: 20              that you talked about yesterday include
509: 21              the notion of platelet functioning as
509: 22              described here in this excerpt that we
509: 23              put up?
509: 24          A.  That's one piece of it.

190 **510:2   -  510:6**   Avorn, Jerome 2006-06-30
510: 2              So, certainly that piece of
510: 3              the imbalance theory, at the very least,
510: 4              was understood by the FDA when they
510: 5              approved Vioxx in May of 1999.  Would you
510: 6              agree with that?

191 **510:7   -  510:7**   Avorn, Jerome 2006-06-30
510: 7          A.  Yes.

192 **510:15  -  510:20**   Avorn, Jerome 2006-06-30
510: 15         Q.  Do you also agree, sir, that
510: 16             Vioxx worked to reduce pain and
510: 17             inflammation for the vast majority of
510: 18             patients who used it without causing them
510: 19             any side effects whatsoever?
510: 20         A.  That's probably true.

193 **510:21  -  512:11**   Avorn, Jerome 2006-06-30
510: 21         Q.  Yesterday you testified
510: 22             about some things that you said were
510: 23             signals of potential cardiovascular risks
510: 24             that you said were around in advance of
511: 1              the actual approval of Vioxx in May of
511: 2              1999.  Do you remember that?
511: 3          A.  Yes.
511: 4          Q.  And in that connection, did
511: 5              you testify about something called
511: 6              protocol 017?
511: 7          A.  That's right.
511: 8          Q.  Was it your position that
511: 9              you thought protocol 017 was some sort of
511: 10             a signal to Merck before Vioxx was
511: 11             approved that Vioxx could potentially be
511: 12             harmful to the heart?
511: 13         A.  Right.
511: 14         Q.  How long a study was
511: 15             protocol 017?
511: 16         A.  It was very brief.  It may
511: 17             have only been six weeks as I recall.
511: 18         Q.  And what kind of patients
511: 19             were involved in that study?
511: 20         A.  I'd need to go back to the
511: 21             notes.  It was patients with arthritis.
511: 22             I don't remember the exact kind of
511: 23             reference.
511: 24         Q.  Would you accept that it was
512: 1              rheumatoid arthritis?  Does that refresh
512: 2              your recollection if I said that?
512: 3          A.  That sounds reasonable.
512: 4          Q.  And what doses of Vioxx were
512: 5              these patients receiving?
512: 6          A.  125 milligrams to 175
512: 7              milligrams.
512: 8          Q.  And that is five to seven

| | | Objections | Ruling in Barnett |
|---|---|---|---|

512: 9      times the 25 milligram dose that is
512: 10    recommended on the label when Vioxx was
512: 11    approved, right?

**194 512:14   -   512:22**    Avorn, Jerome 2006-06-30
512: 14        THE WITNESS:  Right.  I
512: 15    think I mentioned yesterday that
512: 16    it was given in very high doses.
512: 17        BY MR. BECK:
512: 18    Q.  And, in fact, it's so high
512: 19    that it would be five to seven times as
512: 20    high as the dose that was actually
512: 21    recommended on the label, correct?
512: 22    A.  Right.

**195 513:1   -   514:3**    Avorn, Jerome 2006-06-30
513: 1    Q.  How many people actually had
513: 2    a heart attack in this study of protocol
513: 3    017 that you said was a signal?
513: 4    A.  There was a very small
513: 5    number.  It was a handful, and I can't
513: 6    tell you the number sitting here, but it
513: 7    was a very small number.
513: 8    Q.  Is there something in your
513: 9    report that you could look to and tell us
513: 10    how small a handful it was?
513: 11    A.  No.  I just know that it was
513: 12    a very small brief study, but the reason
513: 13    it seemed important was that it only
513: 14    lasted six weeks, and Merck's review of
513: 15    it indicated there was a worrisome
513: 16    increase in heart attacks and unstable
513: 17    angina.
513: 18    Q.  Well, do you know that, in
513: 19    fact, there was only one person in the
513: 20    whole study who experienced a heart
513: 21    attack?
513: 22    A.  The review within Merck
513: 23    spoke of a number of cardiovascular
513: 24    outcomes, including unstable angina, and
514: 1    at this point I do want to refer to my
514: 2    notes rather than try to do all of this
514: 3    from memory.

*Overruled* (handwritten)

**196 514:4   -   514:20**    Avorn, Jerome 2006-06-30
514: 4    Q.  Sure.  I invited you to.
514: 5    A.  Okay.
514: 6    Q.  I asked you if there was
514: 7    anything in there that would help you --
514: 8    A.  Sure, sure.
514: 9    Q.  -- figure out how many
514: 10    people in this study that you called a
514: 11    signal actually had a heart attack?
514: 12    A.  Again, the signal aspect of
514: 13    it would not only be heart attacks, it
514: 14    would also be if somebody develops
514: 15    angina, which is the exact same kind of
514: 16    illness as a heart attack, but in six
514: 17    weeks you would be very surprised that
514: 18    anybody would progress to actually having
514: 19    a heart attack.  But if you want, I
514: 20    can --

**Re: 514:4-20**
**Def. Obj**: Non-responsive
answers

**197 514:21   -   515:7**    Avorn, Jerome 2006-06-30
514: 21    Q.  How many people had a heart

|  | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 514: 22 | | attack in this study? |
| 514: 23 | A. | If you confine it to heart |
| 514: 24 | | attacks as opposed to heart attacks, |
| 515: 1 | | unstable angina and other kinds of |
| 515: 2 | | cardiovascular disease, I wouldn't be |
| 515: 3 | | surprised that it was a very small |
| 515: 4 | | number.  It could even have been one. |
| 515: 5 | | But that was not the total number of |
| 515: 6 | | cardiovascular adverse events that were |
| 515: 7 | | observed. |

**198 519:7   -   520:10**      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 519: 7 | Q. | Dr. Avorn, before we broke, |
| 519: 8 | | we were talking about protocol 017 which |
| 519: 9 | | you said was a six-week study involving |
| 519: 10 | | high doses of Vioxx  And my question for |
| 519: 11 | | you, sir, was, do you know how many |
| 519: 12 | | people actually had a heart attack in |
| 519: 13 | | this study? |
| 519: 14 | A. | Yes. |
| 519: 15 | Q. | And how many people actually |
| 519: 16 | | had a heart attack in this study? |
| 519: 17 | A. | One had a heart attack, and |
| 519: 18 | | about six others had what the FDA |
| 519: 19 | | characterized as cardiovascular adverse |
| 519: 20 | | experiences. |
| 519: 21 | Q. | So, for the one person who |
| 519: 22 | | actually had a heart attack, do you know |
| 519: 23 | | what that person's risk factors were? |
| 519: 24 | A. | It was a 73-year-old person |
| 520: 1 | | who I believe was a male, and those are |
| 520: 2 | | risk factors in themselves.  Having |
| 520: 3 | | rheumatoid arthritis is another risk |
| 520: 4 | | factor for heart disease.  And I don't |
| 520: 5 | | know about other characteristics of that |
| 520: 6 | | one person. |
| 520: 7 | Q. | Do you know what the |
| 520: 8 | | investigator said about whether he |
| 520: 9 | | believed Vioxx caused the person's heart |
| 520: 10 | | attack? |

**199 520:12   -   520:16**      Avorn, Jerome 2006-06-30

| | |
|---|---|
| 520: 12 | THE WITNESS: I tend to not |
| 520: 13 | pay attention to investigator |
| 520: 14 | attributions especially in |
| 520: 15 | company-funded studies.  I think a |
| 520: 16 | heart attack is a heart attack. |

**200 520:18   -   520:21**      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 520: 18 | Q. | Well, do you know one way or |
| 520: 19 | | another what the investigator said is my |
| 520: 20 | | question? |
| 520: 21 | A. | No. |

**201 521:1   -   521:4**      Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 521: 1 | Q. | You're not taking the |
| 521: 2 | | position in this litigation that Vioxx |
| 521: 3 | | caused the patient's heart attack in |
| 521: 4 | | protocol 017, are you? |

**521:6   -   521:8**      Avorn, Jerome 2006-06-30

| | |
|---|---|
| 521: 6 | THE WITNESS: I have no way |
| 521: 7 | of knowing in that particular |
| 521: 8 | instance. |

Objections                    Ruling in Barnett

**203 521:10   -   522:9**      Avorn, Jerome 2006-06-30
521: 10         Q.   We're done with that now.
521: 11              Actually, we may -- you were
521: 12              looking at -- when you were answering
521: 13              those questions, you were looking at
521: 14              Exhibit 44 --
521: 15         A.   Exhibit 44.
521: 16         Q.   -- which was Dr. Villalba's
521: 17              medical review?
521: 18         A.   Right.
521: 19         Q.   Is that what it's called?
521: 20         A.   Right.  Primary review of
521: 21              the new drug application.
521: 22         Q.   All right.
521: 23              Is that what you called
521: 24              yesterday the medical reviews?
522: 1          A.   Medical officer review I
522: 2               think is what I called it.
522: 3          Q.   Okay.
522: 4               And yesterday you talked
522: 5               about some of the medical officer
522: 6               reviews, right?
522: 7          A.   Right.
522: 8          Q.   Let's look at the 13th page
522: 9               of this document, Exhibit 44.

**204 522:13   -   522:18**     Avorn, Jerome 2006-06-30
522: 13              Let me put it up on the
522: 14              screen.  It's got Table 39 on it.
522: 15         A.   Got it.
522: 16         Q.   And table, what must be a
522: 17              part of Table 38.  Do you see that?
522: 18         A.   Right.

**205 522:19   -   523:12**     Avorn, Jerome 2006-06-30
522: 19         Q.   And do you see, can you tell
522: 20              from this page at the very bottom that
522: 21              Dr. Villalba is beginning a discussion
522: 22              there of study 017.  That's the same
522: 23              thing that you've been referring to as
522: 24              protocol 017, correct?
523: 1          A.   Right.
523: 2          Q.   Is that right?
523: 3          A.   Right.
523: 4          Q.   Okay.
523: 5               And then when we go over to
523: 6               the next page -- and let me ask here,
523: 7               this document that was provided to you
523: 8               for your review has some underlinings and
523: 9               markings.  Are those your underlinings
523: 10              and markings?
523: 11         A.   That's right.
523: 12         Q.   Okay.

**206 523:13   -   524:14**     Avorn, Jerome 2006-06-30
523: 13              Do you see about halfway
523: 14              down on the page there was a paragraph
523: 15              that has a little handwritten bracket on
523: 16              the side.  Is that your handwritten
523: 17              bracket?
523: 18         A.   That's right.
523: 19         Q.   And would you read, please,
523: 20              what this says, this paragraph that you
523: 21              bracketed?

| | | Objections | Ruling in Barnett |
|---|---|---|---|

523: 22    A.  Sure.  "There were more
523: 23      patients with cardiovascular adverse
523: 24      events in the rofecoxib or Vioxx 175
524: 1      milligram group than in the placebo
524: 2      group."
524: 3    Q.  Would you read the next
524: 4      sentence?
524: 5    A.  Sure.  Table 9 is where they
524: 6      are listed.  "The number of patients
524: 7      enrolled in this study was small and no
524: 8      conclusions can be drawn from these
524: 9      data."  That's why it's a signal.
524: 10    Q.  Do you agree with the
524: 11      medical officer from the FDA that because
524: 12      of the small number of patients enrolled
524: 13      in the study that no conclusions can be
524: 14      drawn from these data?

**207 524:16   -   525:1**    Avorn, Jerome 2006-06-30
524: 16      THE WITNESS:  I would not
524: 17      have phrased it as "no
524: 18      conclusions."  I would say that
524: 19      there's no statistically
524: 20      significant difference, there's no
524: 21      proof, there's no hard and fast
524: 22      evidence from this one study, but
524: 23      I think a conclusion that I would
524: 24      draw was that this warrants
525: 1      further scrutiny.

**208 525:19   -   526:15**    Avorn, Jerome 2006-06-30
525: 19    Q.  Do you agree, sir, that
525: 20      based on the information that was in this
525: 21      document that you reviewed that the
525: 22      incidence of thromboembolic events with
525: 23      Vioxx appeared to be similar to that of
525: 24      comparator NSAIDs?
526: 1    A.  So now we're not talking
526: 2      about study 017 anymore, but the totality
526: 3      of the document?
526: 4    Q.  Yes.
526: 5    A.  Okay.
526: 6      If you can refer me to where
526: 7      it says that, that would speed things up.
526: 8    Q.  Okay.
526: 9      If we can go to, I think
526: 10      it's the next page.  No, it's not the
526: 11      next page.  It is about seven pages
526: 12      forward.  Let me put it up on the screen
526: 13      and it will help you find it.  It is the
526: 14      page that at the bottom has Table 52.
526: 15    A.  Right.

**209 526:16   -   527:22**    Avorn, Jerome 2006-06-30
526: 16    Q.  And do you see where at the
526: 17      bottom of the second paragraph Dr.
526: 18      Villalba said, "The incidence of
526: 19      thromboembolic events with rofecoxib
526: 20      appears to be similar to comparator
526: 21      NSAIDs."  Do you see that, sir?
526: 22    A.  Yes.  But it is important to
526: 23      point out that a few lines later, to be
526: 24      fair, in summary, which is where Dr.
527: 1      Villalba puts all of it together in her
527: 2      summary statement, and if you want, we

*Overruled*

**Re: 526:16-19**
**Def. Obj:** Answer to this
question after "Yes" is
non-responsive.

**Re: 526:16-526:19**
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

527: 3     can just -- perhaps you might highlight
527: 4     that a few lines down, "With the
527: 5     available data, it is impossible to
527: 6     answer with complete certainty whether
527: 7     the risk of cardiovascular and
527: 8     thromboembolic events is increased in
527: 9     patients on rofecoxib.  A larger database
527: 10     will be needed to answer this and other
527: 11     safety comparison questions."
527: 12     So, I think the most
527: 13     important piece on that page is her
527: 14     summary in which she says we can't tell
527: 15     whether Vioxx increases the risk of heart
527: 16     disease, more information is needed to
527: 17     answer that question.  And I think that's
527: 18     the culmination of Dr. Villalba's
527: 19     analysis.
527: 20    Q. So, she said more
527: 21     information is needed and, of course,
527: 22     other studies were done, correct?

210 **527:24  -  528:5**     Avorn, Jerome 2006-06-30
527: 24     THE WITNESS:  I can't
528: 1     identify a single study that was
528: 2     done to specifically address the
528: 3     question of cardiovascular safety.
528: 4     BY MR. BECK:
528: 5    Q. Okay.

211 **528:6  -  530:22**     Avorn, Jerome 2006-06-30
528: 6     Well, let's move to another
528: 7     document that we spent some time on
528: 8     yesterday, the comments of the Board of
528: 9     Scientific Advisors within Merck.  Do you
528: 10     remember that document?
528: 11    A. Yes.
528: 12    Q. You have it in your stack.
528: 13     It was Exhibit 32.  Do you want to take a
528: 14     moment and pull it out?
528: 15    A. I'll pull it.
528: 16     Okay.  I have it.
528: 17    Q. And up on the screen, is
528: 18     this the same document that you've got in
528: 19     front of you, Exhibit 32?
528: 20    A. Right.
528: 21    Q. And just to kind of reset
528: 22     the scene, this was a Board of Scientific
528: 23     Advisors who were, in May of 1998, giving
528: 24     advice to Merck on the question of the
529: 1     development of Vioxx, right?
529: 2    A. Correct.
529: 3    Q. Mr. Tisi had you focus on
529: 4     Page 11 of this document -- I'm sorry,
529: 5     let's see.  Is it Page 11?  Yes, it is
529: 6     Page 11.  Do you have that in front of
529: 7     you?
529: 8    A. Yes, I do.
529: 9    Q. This is the discussion
529: 10     that's headed "Cardiovascular
529: 11     Pathophysiology," right?
529: 12    A. Right.
529: 13    Q. And I want to go over some
529: 14     of this language with you in some detail.
529: 15     The first sentence you may
529: 16     have discussed, it says, "The Board,"

| | Objections | Ruling in Barnett |
|---|---|---|

529: 17        that would be the Board of Scientific
529: 18        Advisors, correct?
529: 19   A.  Right.
529: 20   Q.  "The Board addressed the
529: 21        potential for either benefits or adverse
529: 22        consequences of selective inhibition of
529: 23        COX-2 on coronary heart disease." Right?
529: 24   A.  Correct.
530: 1   Q.  And when you read "selective
530: 2        inhibition of COX-2," that's basically a
530: 3        COX-2 inhibitor such as Vioxx, right?
530: 4   A.  Correct.
530: 5   Q.  So, the board was looking at
530: 6        the potential for either good things or
530: 7        bad things in terms of coronary heart
530: 8        disease that could come from a drug such
530: 9        as Vioxx; is that fair?
530: 10   A.  That's fair.
530: 11   Q.  And then the report goes on
530: 12        to say, "The possible effects of COX-2
530: 13        inhibition on three separate components
530: 14        of the process leading to coronary
530: 15        ischemic events were considered." Again,
530: 16        do you read this to mean that the
530: 17        possible either benefits or adverse
530: 18        consequences of a drug such as Vioxx, a
530: 19        COX-2 inhibitor, were looked at in
530: 20        connection with these three items that
530: 21        are listed below?
530: 22   A.  Correct.

**530:23 - 531:6**    Avorn, Jerome 2006-06-30
530: 23   Q.  And in your testimony
530: 24        yesterday, isn't it true that the way you
531: 1        characterized this document was that the
531: 2        Board of Scientific Advisors was alerting
531: 3        Merck to the potential adverse
531: 4        consequences of Vioxx when it came to
531: 5        Item Number 1, "The development of
531: 6        lipid-rich coronary plaques"?

213 **531:9 - 531:10**    Avorn, Jerome 2006-06-30
531: 9        THE WITNESS: That was one
531: 10        of the points that they made, yes.

214 **531:12 - 532:13**    Avorn, Jerome 2006-06-30
531: 12   Q.  Well, I'm talking about your
531: 13        testimony yesterday.
531: 14   A.  Right.
531: 15   Q.  You characterized this
531: 16        document, did you not, as alerting Merck
531: 17        to the potential adverse consequences of
531: 18        Vioxx when it came to "The development of
531: 19        lipid-rich coronary plaque"?
531: 20   A.  Correct.
531: 21   Q.  And you also characterized
531: 22        this document as alerting Merck to the
531: 23        adverse consequences of Vioxx with the
531: 24        second item listed, which is
532: 1        "destabilization of plaque," right?
532: 2   A.  Right.
532: 3   Q.  Now, let's look at this
532: 4        document in a little bit more detail
532: 5        because, in fact, maybe we can shorten
532: 6        it.

| | |
|---|---|
| 532: 7 | Do you agree with me that, |
| 532: 8 | in fact, the point of the document from |
| 532: 9 | the scientific advisors was that Vioxx |
| 532: 10 | could have benefits concerning the |
| 532: 11 | development of lipid-rich coronary plaque |
| 532: 12 | and could have benefits on the question |
| 532: 13 | of destabilization of plaque? |

**215 532:17  -  532:24**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 532: 17 | THE WITNESS:  In the first |
| 532: 18 | case, the development of |
| 532: 19 | lipid-rich coronary plaques, they |
| 532: 20 | say this could make things worse |
| 532: 21 | or this could make things better, |
| 532: 22 | we don't know. |
| 532: 23 | In the case of the second |
| 532: 24 | point, the relevant pieces on the |

**216 532:24  -  533:8**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 532: 24 | point, the relevant pieces on the |
| 533: 1 | next page where they describe that |
| 533: 2 | more fully, and this is the |
| 533: 3 | destabilization of the junk in the |
| 533: 4 | artery that when it bursts can |
| 533: 5 | cause a heart attack and the -- |
| 533: 6 | let me just read this paragraph |
| 533: 7 | briefly because it's what you're |
| 533: 8 | talking about. |

**217 533:11  -  534:3**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 533: 11 | Okay.  What they're saying |
| 533: 12 | is that in the second sentence of |
| 533: 13 | the paragraph on the next page, |
| 533: 14 | "As the critical cells in this |
| 533: 15 | process are inflammatory cells, |
| 533: 16 | the possibility exists that the |
| 533: 17 | products of COX-2 could regulate |
| 533: 18 | thinning the cap of plaques and |
| 533: 19 | render them rupture-prone." |
| 533: 20 | BY MR. BECK: |
| 533: 21 | Q.  And what that means, Doctor, |
| 533: 22 | is that the COX-2 enzyme could cause |
| 533: 23 | plaque rupture, and, therefore, something |
| 533: 24 | that inhibits the COX-2 enzyme such as |
| 534: 1 | Vioxx would help protect against plaque |
| 534: 2 | rupture.  That was the real point of the |
| 534: 3 | scientific advisors, isn't that true? |

**218 534:8  -  534:10**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 534: 8 | THE WITNESS:  I can't tell |
| 534: 9 | from this what their main point |
| 534: 10 | was in that regard. |

**219 534:12  -  535:1**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 534: 12 | Q.  Yesterday you claimed that |
| 534: 13 | their main point was the opposite, didn't |
| 534: 14 | you? |
| 534: 15 | A.  I claimed that they were |
| 534: 16 | concerned that here was a brand new class |
| 534: 17 | of drugs that had an effect on many |
| 534: 18 | important aspects of the cardiovascular |
| 534: 19 | system and that it was difficult, because |
| 534: 20 | there had never been drugs like this |
| 534: 21 | before, to know whether they would make |
| 534: 22 | things better or make things worse. |

|          |          |                                                        |
|----------|----------|--------------------------------------------------------|
| 534: 23  | Q.       | Well, let's take a look in                             |
| 534: 24  |          | more detail about what they said on both               |
| 535: 1   |          | of these subjects.                                     |

220 **535:2**    -   **538:7**    Avorn, Jerome 2006-06-30

|          |          |                                                        |
|----------|----------|--------------------------------------------------------|
| 535: 2   |          | We're going to look first at                           |
| 535: 3   |          | the development of the lipid-rich                      |
| 535: 4   |          | plaques.  That was Item Number 1, right?               |
| 535: 5   | A.       | Right.                                                 |
| 535: 6   | Q.       | And before we get into their                           |
| 535: 7   |          | discussion, just to back up for a minute               |
| 535: 8   |          | so the jury understands the significance.              |
| 535: 9   |          | People develop plaque in                               |
| 535: 10  |          | their coronary arteries over time, right?              |
| 535: 11  | A.       | Right.                                                 |
| 535: 12  | Q.       | And that can take many, many                           |
| 535: 13  |          | years, decades, in fact, right?                        |
| 535: 14  | A.       | It can.                                                |
| 535: 15  | Q.       | And some plaque is more                                |
| 535: 16  |          | dangerous than others when it comes to                 |
| 535: 17  |          | heart attacks; is that right?                          |
| 535: 18  | A.       | I'm not sure what you mean.                            |
| 535: 19  | Q.       | Sure.                                                  |
| 535: 20  |          | There are some plaques that                            |
| 535: 21  |          | are lipid rich and more prone to rupture               |
| 535: 22  |          | than other plaques.  Are you aware of                  |
| 535: 23  |          | that?                                                  |
| 535: 24  | A.       | Well, but all plaques have                             |
| 536: 1   |          | lipid in them.                                         |
| 536: 2   | Q.       | Yeah.  And you see that here                           |
| 536: 3   |          | they're talking about lipid-rich coronary              |
| 536: 4   |          | plaques.                                               |
| 536: 5   |          | Are you aware, Doctor, that                            |
| 536: 6   |          | cardiologists draw a distinction between               |
| 536: 7   |          | different kinds of plaques and say that                |
| 536: 8   |          | some are more dangerous than others when               |
| 536: 9   |          | it comes to heart attacks?                             |
| 536: 10  | A.       | Yes.  But they all contain                             |
| 536: 11  |          | lipids.                                                |
| 536: 12  | Q.       | Are you aware, sir, that                               |
| 536: 13  |          | cardiologists, that people who actually                |
| 536: 14  |          | specialize in heart disease, say that the              |
| 536: 15  |          | plaques that have more lipids, that are                |
| 536: 16  |          | lipid rich, are more dangerous than the                |
| 536: 17  |          | plaques that have less lipid?                          |
| 536: 18  | A.       | Right.                                                 |
| 536: 19  | Q.       | Are you aware of that fact?                            |
| 536: 20  | A.       | Yes.                                                   |
| 536: 21  | Q.       | Okay.                                                  |
| 536: 22  |          | So, here the Board of                                  |
| 536: 23  |          | Scientific Advisors is talking about the               |
| 536: 24  |          | especially dangerous lipid-rich coronary               |
| 537: 1   |          | plaques.  Isn't that what you understand?              |
| 537: 2   | A.       | Right.                                                 |
| 537: 3   | Q.       | Okay.                                                  |
| 537: 4   |          | Down here in the middle of                             |
| 537: 5   |          | the page, do you see where the Board of                |
| 537: 6   |          | Scientific Advisors says that "There is a              |
| 537: 7   |          | growing body of evidence indicating that               |
| 537: 8   |          | inflammatory disease is a risk factor for              |
| 537: 9   |          | myocardial infarction, and such                        |
| 537: 10  |          | inflammatory processes almost certainly                |
| 537: 11  |          | are accompanied by the release of" -- how              |
| 537: 12  |          | do you pronounce that next word?                       |
| 537: 13  | A.       | Cytokines.                                             |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

537: 14    Q.  -- "cytokines that affect
537: 15        cells in the" --
537: 16    A.  Monocytic.
537: 17    Q.  -- "monocytic series in
537: 18        general, and COX-2 expression in
537: 19        particular."
537: 20    A.  Right.
537: 21    Q.  Now, when it says that
537: 22        inflammatory disease is a risk factor for
537: 23        myocardial infarction, what you
537: 24        understand that to mean is that
538: 1         inflammation might be a cause of heart
538: 2         attacks, right?
538: 3    A.  Correct.
538: 4    Q.  And inflammation comes from
538: 5        the COX-2 enzyme, I think you testified
538: 6        yesterday, right?
538: 7    A.  Right.

221 **538:8   -   538:13**    Avorn, Jerome 2006-06-30
538: 8    Q.  And so the point here is
538: 9        that the COX-2 enzyme, if it's causing
538: 10       inflammation, could cause this kind of --
538: 11       could be a risk factor for the heart
538: 12       attacks and contribute to the lipid-rich
538: 13       core, right?

222 **538:15   -   538:22**    Avorn, Jerome 2006-06-30
538: 15       THE WITNESS:  Actually, what
538: 16       they're saying in just the next
538: 17       sentence is it could go either
538: 18       way.  And if you just go to that
538: 19       very next sentence.
538: 20       BY MR. BECK:
538: 21    Q.  The "Accordingly"?
538: 22    A.  Yes.

223 **538:23   -   539:18**    Avorn, Jerome 2006-06-30
538: 23    Q.  "Accordingly, it is
538: 24       appropriate to ask whether COX-2
539: 1        expression in monocyte-macrophage" --
539: 2    A.  I think maybe we can speed
539: 3        this up, and I'll just, if you allow me,
539: 4        skip a lot of the words, because they are
539: 5        not germane to this argument.
539: 6        But, accordingly, it is
539: 7        appropriate to ask whether the COX-2
539: 8        enzyme regulates the progression of
539: 9        atherosclerosis either positively or
539: 10       negatively.  And what they're simply
539: 11       saying is, it seems to be involved in
539: 12       this process, and it's appropriate to
539: 13       study whether it makes things better or
539: 14       it makes things worse.  And that's pretty
539: 15       clearly what that next sentence says.
539: 16    Q.  And it is pretty different,
539: 17       actually, from how you characterized it
539: 18       yesterday; isn't that true?

224 **539:22   -   540:3**    Avorn, Jerome 2006-06-30
539: 22       THE WITNESS:  No.  I
539: 23       characterized it as they're
539: 24       indicating that this could be a
540: 1        problem, which is exactly what
540: 2        they said in the sentence I just

|  | Objections | Ruling in Barnett |
|---|---|---|

540: 3          read.

**540:5   -   540:9**      Avorn, Jerome 2006-06-30
540: 5          Q.  Well, actually, what they
540: 6               said in the sentence that you just read
540: 7               was that it could be a problem or it
540: 8               could be a benefit?
540: 9          A.  Correct.

226 **540:16   -   540:18**      Avorn, Jerome 2006-06-30
540: 16              You left that out yesterday.
540: 17              You didn't mention that it could be a
540: 18              benefit yesterday, did you?

227 **540:22   -   541:4**      Avorn, Jerome 2006-06-30
540: 22              THE WITNESS:  The issue at
540: 23              hand is whether there was evidence
540: 24              presented to Merck that there
541: 1               could be a problem, that their
541: 2               drug caused heart attacks in 1998,
541: 3               and I still contend that that is
541: 4               stated here.

228 **541:6   -   541:12**      Avorn, Jerome 2006-06-30
541: 6          Q.  How about on the next
541: 7               question, which is destabilization.
541: 8               Having read this document a few minutes
541: 9               ago and this paragraph, is it still your
541: 10              contention that this was somehow a red
541: 11              flag, that it indicated that there might
541: 12              be a problem with COX-2 inhibitors?

**541:17   -   542:11**      Avorn, Jerome 2006-06-30
541: 17              THE WITNESS:  What it states
541: 18              here is in that second sentence,
541: 19              "the possibility exists that the
541: 20              products of COX-2 could regulate
541: 21              thinning the cap of plaques and
541: 22              rendering them rupture-prone."
541: 23              And COX-2 has numerous different
541: 24              products.  And it is hard to tell
542: 1               to what extent they were
542: 2               referring, as they do throughout,
542: 3               to the possible good or possible
542: 4               bad issues.  But what was key to
542: 5               me was that they were saying,
542: 6               look, this is a drug that is
542: 7               intimately involved in inhibiting
542: 8               an enzyme that has never been
542: 9               inhibited before, and it could
542: 10              have an important effect on the
542: 11              development of heart disease.

230 **542:13   -   542:22**      Avorn, Jerome 2006-06-30
542: 13         Q.  Well, this language that you
542: 14              referred to, the products of COX-2, that
542: 15              means the COX-2 enzyme, right?
542: 16         A.  Right.
542: 17         Q.  That the possibility exists
542: 18              that the COX-2 enzyme could regulate the
542: 19              thinning of the cap of the plaques and
542: 20              render them rupture-prone.  It means that
542: 21              the COX-2 enzyme could cause plaque
542: 22              rupture, right?

|  | Objections | Ruling in Barnett |
|---|---|---|

231 **543:1** - **543:11**       Avorn, Jerome 2006-06-30
   543: 1   Q.  Is that correct?
   543: 2   A.  The products of the COX-2
   543: 3      enzyme.
   543: 4   Q.  Right.
   543: 5      Could cause plaque rupture?
   543: 6   A.  Right.
   543: 7   Q.  And isn't the point here
   543: 8      that that's something that would inhibit
   543: 9      COX-2, that would hold down that enzyme,
   543: 10      would be potentially helpful in guarding
   543: 11      against plaque rupture?

232 **543:14** - **543:15**       Avorn, Jerome 2006-06-30
   543: 14      THE WITNESS:  I think that's
   543: 15      a fair interpretation.

233 **543:17** - **543:19**       Avorn, Jerome 2006-06-30
   543: 17   Q.  That's not the
   543: 18      interpretation you put on it yesterday,
   543: 19      is it?

234 **543:22** - **543:22**       Avorn, Jerome 2006-06-30
   543: 22      THE WITNESS:  No.

235 **544:11** - **545:5**       Avorn, Jerome 2006-06-30
   544: 11   Q.  Before you testified
   544: 12      yesterday about this document, had you
   544: 13      read the testimony of any other witness,
   544: 14      whether from Merck or independent experts
   544: 15      or experts testifying on behalf of the
   544: 16      plaintiffs, about the meaning of this
   544: 17      document?
   544: 18   A.  No.
   544: 19      But for the sake of
   544: 20      completeness, Mr. Beck, I think we
   544: 21      shouldn't just cherry pick which of the
   544: 22      points of this we want to discuss unless
   544: 23      you're about to get to events following
   544: 24      plaque rupture, which is the most
   545: 1      compelling place where the board of
   545: 2      expert advisors talks about this, and I
   545: 3      think it would be fair to the jury to not
   545: 4      only talk about the first two and ignore
   545: 5      the third.

236 **545:9** - **545:12**       Avorn, Jerome 2006-06-30
   545: 9   Q.  Obviously if you didn't read
   545: 10      any testimony on this, that includes Dr.
   545: 11      Reicin's testimony, correct?
   545: 12   A.  Correct.

237 **545:22** - **546:1**       Avorn, Jerome 2006-06-30
   545: 22   Q.  So, you didn't read or learn
   545: 23      about from any other source what Dr.
   545: 24      Reicin said about this or what Dr.
   546: 1      Morrison said about this; is that right?

238 **546:3** - **546:4**       Avorn, Jerome 2006-06-30
   546: 3      THE WITNESS:  That's
   546: 4      correct.

239 **546:9** - **546:17**       Avorn, Jerome 2006-06-30
   546: 9   Q.  Have you ever heard of Dr.

| | Objections | Ruling in Barnett |
|---|---|---|

```
546: 10            Stephen Epstein?
546: 11    A.  The name does not ring a
546: 12            bell.
546: 13    Q.  He's a non-retained expert
546: 14            for the same lawyers that you're working
546: 15            with. He's an expert in atherosclerosis.
546: 16            Does that help you at all? Does that
546: 17            ring a bell now?
```

**240 546:21  -  547:6     Avorn, Jerome 2006-06-30**
```
546: 21            THE WITNESS: There's a lot
546: 22            of Dr. Epsteins. No, it doesn't
546: 23            ring a bell. He may well be a
546: 24            fantastic expert, I just -- the
547: 1             name just doesn't ring a bell.
547: 2             BY MR. BECK:
547: 3     Q.  He, from his deposition,
547: 4             said he took over for Dr. Eugene
547: 5             Braunwald as chief of cardiology at the
547: 6             National Institutes of Health.
```

**241 547:9  -  547:15     Avorn, Jerome 2006-06-30**
```
547: 9     Q.  Does that ring a bell yet?
547: 10    A.  No.
547: 11    Q.  Before you testified about
547: 12            whether the Board of Scientific Advisors
547: 13            was a red flag or not, did you learn what
547: 14            Dr. Epstein had to say about the meaning
547: 15            of the points we just went over?
```

**242 547:18  -  547:18     Avorn, Jerome 2006-06-30**
```
547: 18            THE WITNESS: No.
```

**243 547:20  -  547:22     Avorn, Jerome 2006-06-30**
```
547: 20    Q.  Do you know what Dr. Epstein
547: 21            has said about whether Vioxx could have a
547: 22            beneficial effect on atherosclerosis?
```

**244 548:4  -  548:14     Avorn, Jerome 2006-06-30**
```
548: 4             THE WITNESS: I know there
548: 5             was the hope when Vioxx was being
548: 6             developed, that as an
548: 7             anti-inflammatory drug, it might
548: 8             have the potential for helping
548: 9             with inflammation in the
548: 10            cardiovascular system. That was a
548: 11            hoped for effect. That actually
548: 12            never panned out, but it was a
548: 13            plausible hope in the mid-'90s,
548: 14            late '90s.
```

**245 548:16  -  548:19     Avorn, Jerome 2006-06-30**
```
548: 16    Q.  And part of that was that it
548: 17            was hoped that it could help reduce both
548: 18            the formation of plaque and the
548: 19            possibility of plaque rupture, right?
```

**246 548:21  -  549:7     Avorn, Jerome 2006-06-30**
```
548: 21            THE WITNESS: I think the
548: 22            fairest way of presenting it is
548: 23            that there was the understanding
548: 24            that this recently described
549: 1             enzyme called COX-2 had a very
549: 2             important effect on the health of
549: 3             the arteries, and that inhibiting
```

| | Objections | Ruling in Barnett |
|---|---|---|

549: 4    it could do bad things or could do
549: 5    good things. And I think in 1998,
549: 6    those possibilities were both on
549: 7    the table.

247 550:24  -  551:7    Avorn, Jerome 2006-06-30
550: 24  Q.  Well, do you remember
551: 1    yesterday when you went over this
551: 2    document you had no trouble at all
551: 3    holding yourself to talking about the
551: 4    potential bad consequences of COX-2
551: 5    inhibitors? Do you remember that all you
551: 6    talked about in connection with this was
551: 7    the potential adverse consequences?

248 551:20  -  552:8    Avorn, Jerome 2006-06-30
551: 20  Q.  Do you remember that?
551: 21  A.  That was what we were
551: 22    talking about.
551: 23  Q.  Okay.
551: 24    And so yesterday you
552: 1    confined yourself to the potential
552: 2    adverse consequences, and now I'm just
552: 3    going to ask you whether you can give me
552: 4    answers that focus on the potential
552: 5    positive consequences rather than this,
552: 6    well, it may be good or it may be bad.
552: 7    Okay?
552: 8  A.  Yes.

249 552:12  -  552:20    Avorn, Jerome 2006-06-30
552: 12  Q.  Now, do you agree with me,
552: 13    sir, that back in 1998 and 1999 respected
552: 14    scientists said that among the potential
552: 15    good things that might come from Vioxx
552: 16    were that it would protect -- it could
552: 17    possibly protect against heart disease,
552: 18    number one, by helping to guard against
552: 19    the formation of plaque? Do you agree
552: 20    with that?

250 553:1  -  553:3    Avorn, Jerome 2006-06-30
553: 1    THE WITNESS: They said that
553: 2    there were both good and bad
553: 3    potentials.

251 553:5  -  553:10    Avorn, Jerome 2006-06-30
553: 5  Q.  Now, why is it today that
553: 6    you can't confine yourself to the good
553: 7    side that scientists talked about, when
553: 8    yesterday, you've already admitted, you
553: 9    were perfectly capable of confining
553: 10    yourself to the bad side?

252 553:17  -  554:4    Avorn, Jerome 2006-06-30
553: 17    THE WITNESS: Because today,
553: 18    Mr. Beck, we're here to talk about
553: 19    the fact that it is now
553: 20    universally agreed that Vioxx
553: 21    causes heart attacks, and we're
553: 22    now trying to look back and find
553: 23    out what information was available
553: 24    to Merck. We're not here
554: 1    discussing the fact that Vioxx
554: 2    prevents heart attack, in which

| | Objections | Ruling in Barnett |
|---|---|---|

| | |
|---|---|
| 554: 3 | case maybe that would be |
| 554: 4 | appropriate. |

253 **555:7 - 555:16**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 555: 7 | Were you aware back in 1998 |
| 555: 8 | and 1999 what was being discussed in the |
| 555: 9 | scientific and medical community about |
| 555: 10 | the potential good things or bad things |
| 555: 11 | of COX-2 inhibitors? |
| 555: 12 | A. Around this period, I don't |
| 555: 13 | know if it was 1999 or 2000, but when we |
| 555: 14 | were doing our own work on this, we did |
| 555: 15 | review what was known in the literature |
| 555: 16 | about the potential for good and for bad. |

254 **555:17 - 555:24**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 555: 17 | Q. And around the time that |
| 555: 18 | Vioxx came on the market, do you agree, |
| 555: 19 | sir, that one of the potential good |
| 555: 20 | things that scientists and doctors were |
| 555: 21 | talking about was that Vioxx potentially |
| 555: 22 | could be protective of the heart by |
| 555: 23 | guarding against plaque formation? |
| 555: 24 | A. Yes. |

255 **556:7 - 556:14**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 556: 7 | Q. And do you agree, sir, that |
| 556: 8 | another potential good thing that |
| 556: 9 | scientists and doctors were talking about |
| 556: 10 | around the time that Vioxx came on the |
| 556: 11 | market was that Vioxx could guard |
| 556: 12 | against -- could possibly guard against |
| 556: 13 | heart disease by helping to prevent |
| 556: 14 | plaque rupture? |

256 **556:17 - 556:18**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 556: 17 | THE WITNESS: That |
| 556: 18 | possibility was raised. |

257 **557:10 - 561:12**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 557: 10 | Q. Doctor, would you please |
| 557: 11 | turn to what was marked yesterday as |
| 557: 12 | Exhibit 7. It's in the folder of medical |
| 557: 13 | articles that Mr. Tisi gave you. |
| 557: 14 | A. Right. Got it. |
| 557: 15 | Q. And is Exhibit 7 an article |
| 557: 16 | where you were one of the authors? |
| 557: 17 | A. Yes. I was the senior |
| 557: 18 | author. |
| 557: 19 | Q. And it's titled the |
| 557: 20 | "Relationship Between Selective" -- how |
| 557: 21 | do you pronounce that next word? |
| 557: 22 | A. "Cyclooxygenase." |
| 557: 23 | Q. Is that the same thing as |
| 557: 24 | COX-2? |
| 558: 1 | A. COX-2. Yes. You can call |
| 558: 2 | it COX. |
| 558: 3 | Q. So, the "Relationship |
| 558: 4 | Between COX-2 Inhibitors and Acute |
| 558: 5 | Myocardial Infarction in Older Adults," |
| 558: 6 | right? |
| 558: 7 | A. Correct. |
| 558: 8 | Q. Now, would you turn over -- |
| 558: 9 | and what's the date of this article? |
| 558: 10 | A. This was published in May of |

558: 11    '04, and I can look for the -- May 4th of
558: 12    '04.
558: 13  Q. Okay.
558: 14    So, some four or five years
558: 15    after Vioxx was first approved by the
558: 16    FDA, right?
558: 17  A. Right.
558: 18  Q. Okay.
558: 19    Now, turn over, if you
558: 20    would, please, to Page 2072, which I
558: 21    think is the fifth page in.
558: 22  A. Got it.
558: 23  Q. I want to call your
558: 24    attention in the second column and the
559: 1    first full paragraph to one statement
559: 2    here about emerging data.  Are you with
559: 3    me on that?
559: 4  A. Yes.
559: 5  Q. In your copy?
559: 6  A. Yes.
559: 7  Q. "Emerging data support a
559: 8    varied role for COX-2" -- and there we're
559: 9    talking, again, just so the jury is
559: 10    clear, we're talking about the enzyme,
559: 11    not Vioxx or any other COX-2 inhibitors,
559: 12    right?
559: 13  A. Correct.
559: 14  Q. So, "emerging data support a
559: 15    varied role for the COX-2 enzyme," and
559: 16    then you list various things concluding
559: 17    with "atherogenesis."  Do you see that?
559: 18  A. Right.
559: 19  Q. And then you have these
559: 20    cites to these two items, Number 27 and
559: 21    28?
559: 22  A. Right.
559: 23  Q. What is atherogenesis?
559: 24  A. It's atherogenesis.
560: 1  Q. I'm sorry, atherogenesis.
560: 2  A. It's the development of
560: 3    plaque in the artery wall.
560: 4  Q. Okay.
560: 5    Same thing as
560: 6    atherosclerosis?
560: 7  A. Well, atherosclerosis is
560: 8    kind of the end product of atherogenesis.
560: 9    Atherogenesis is the development of.
560: 10  Q. Okay.
560: 11    The development of plaque.
560: 12    And your statement here, at
560: 13    least the portions I've highlighted, is
560: 14    that there is new information.  That
560: 15    would be emerging data, right?
560: 16  A. Yes.  Ongoing work, yes.
560: 17  Q. Ongoing work, new
560: 18    information indicating that the COX-2
560: 19    enzyme has some sort of possible role in
560: 20    the formation of plaque, right?
560: 21  A. Correct.
560: 22  Q. And then you cite these two
560: 23    sources, and if you go to the end of your
560: 24    article -- those were Sources 27 and 28,
561: 1    and then if you go to the end of your
561: 2    article, you've got the actual sources
561: 3    that you were referring to, correct?

| | |
|---|---|
| 561: 4 | A. Right. |
| 561: 5 | Q. And one of those is an |
| 561: 6 | article by Burleigh, right? |
| 561: 7 | A. Right. |
| 561: 8 | Q. And the other is by -- how |
| 561: 9 | is his name pronounced, do you know? |
| 561: 10 | A. After Burleigh, I think it's |
| 561: 11 | Cipollone. |
| 561: 12 | Q. Cipollone. Okay. |

258 562:1    -    562:17    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 562: 1 | Q. And I will hand you what I |
| 562: 2 | am marking as Exhibit 45. Do you |
| 562: 3 | recognize Exhibit 45 as the first of your |
| 562: 4 | cited references, the Burleigh article? |
| 562: 5 | A. Yes. Correct. |
| 562: 6 | Q. Let me put that up on the |
| 562: 7 | screen. |
| 562: 8 | Okay. |
| 562: 9 | So, this is the article by |
| 562: 10 | Burleigh that you cited when you said |
| 562: 11 | that there's emerging data concerning the |
| 562: 12 | role of the COX-2 enzyme on the |
| 562: 13 | development of plaque, right? |
| 562: 14 | A. Right. |
| 562: 15 | Q. Okay. |
| 562: 16 | And if you would please turn |
| 562: 17 | to Page 1822. |

259 563:7    -    563:16    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 563: 7 | Q. We were on the Burleigh |
| 563: 8 | article, which was cited in your article |
| 563: 9 | -- |
| 563: 10 | A. Right. |
| 563: 11 | Q. -- and we're on the last |
| 563: 12 | page of the text of the Burleigh article, |
| 563: 13 | Page 1822, right? |
| 563: 14 | A. Right, yes. |
| 563: 15 | Q. Are you with me, Doctor? |
| 563: 16 | A. Yes. |

260 564:9    -    566:24    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 564: 9 | And I've blown up here on |
| 564: 10 | the screen the last concluding paragraph |
| 564: 11 | of the article you cited. Would you |
| 564: 12 | please read that for the jury? |
| 564: 13 | A. Where would you like me to |
| 564: 14 | start? The whole paragraph? |
| 564: 15 | Q. "Mounting evidence." |
| 564: 16 | A. "Mounting evidence supports |
| 564: 17 | an important role for inflammation in |
| 564: 18 | atherosclerosis and plaque rupture. We |
| 564: 19 | present evidence that pharmacologic |
| 564: 20 | inhibition of COX-2 reduces |
| 564: 21 | atherosclerosis in the LDLR-deficient |
| 564: 22 | mouse model of atherosclerosis, and we |
| 564: 23 | provide genetic evidence indicating that |
| 564: 24 | macrophage COX-2 promotes early |
| 565: 1 | atherogenesis. These results demonstrate |
| 565: 2 | the potential of COX-2 inhibitors in the |
| 565: 3 | treatment of atherosclerosis and support |
| 565: 4 | the potential of anti-inflammatory |
| 565: 5 | approaches to the prevention of coronary |
| 565: 6 | heart disease." |
| 565: 7 | Q. And this article, I think we |

|  |  | Objections | Ruling in Barnett |
|--|--|------------|-------------------|

565: 8     can tell from the very top, was written
565: 9     or at least published in April of 2002,
565: 10    right?
565: 11  A.  Correct.
565: 12  Q.  And do you agree with the
565: 13    statements that are in this paragraph?
565: 14  A.  Yes.
565: 15  Q.  And do you agree that what
565: 16    this paragraph indicates is that there is
565: 17    increasing support for the notion that
565: 18    the COX-2 enzyme can, through
565: 19    inflammation, can contribute to plaque
565: 20    formation?  Do you agree with that?
565: 21  A.  I'm not sure about the
565: 22    increasing support, where that comes
565: 23    from.
565: 24  Q.  "Mounting evidence
566: 1     supports," the very first sentence?
566: 2  A.  Right.  That refers to just
566: 3    inflammation.
566: 4  Q.  Okay.
566: 5    Well, it says, actually,
566: 6    "Mounting evidence supports an important
566: 7    role for inflammation in atherosclerosis
566: 8    and plaque rupture," right?
566: 9  A.  Right.
566: 10  Q.  Okay.
566: 11    And do you agree, sir, that
566: 12    in 2002 there was evidence, number one,
566: 13    that inflammation contributed to
566: 14    atherosclerosis and plaque rupture?  Do
566: 15    you agree with that?
566: 16  A.  Correct.
566: 17  Q.  And do you agree, number
566: 18    two, that there was evidence that the
566: 19    COX-2 enzyme could contribute to
566: 20    inflammation, which, in turn, would --
566: 21    could cause atherosclerosis and plaque
566: 22    rupture?
566: 23  A.  Well, the products of the
566: 24    COX-2 enzyme, but yes.

261 567:9  -  567:18    Avorn, Jerome 2006-06-30
567: 9     And also, do you agree that
567: 10    in 2002 that scientists whom you cited in
567: 11    your own article were saying that there
567: 12    was a potential that COX-2 inhibitors,
567: 13    and that would include Vioxx and
567: 14    Celebrex, right --
567: 15  A.  Right.
567: 16  Q.  -- that COX-2 inhibitors
567: 17    could be useful in the treatment of
567: 18    atherosclerosis?

262 567:20  -  567:21    Avorn, Jerome 2006-06-30
567: 20    THE WITNESS:  That they had
567: 21    potential use.

263 568:1  -  569:1    Avorn, Jerome 2006-06-30
568: 1     Do you agree with this final
568: 2    sentence of the article that you cited,
568: 3    that the "Results demonstrate the
568: 4    potential of COX-2 inhibitors in the
568: 5    treatment of atherosclerosis and support
568: 6    the potential of anti-inflammatory

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

568: 7     approaches to the prevention of coronary
568: 8     heart disease"?
568: 9     A. Right. This is part of the
568: 10     same good news/bad news issue we've been
568: 11     talking about, that there's potential for
568: 12     good and there's potential for harm.
568: 13     Q. And here they're talking
568: 14     about the potential for good, right?
568: 15     A. That's right.
568: 16     Q. And what publication did
568: 17     this article appear in?
568: 18     A. Circulation.
568: 19     Q. Is that the same one that at
568: 20     least some of your articles appeared in?
568: 21     A. Right.
568: 22     Q. And I think you said
568: 23     yesterday that it's the top cardiology
568: 24     journal in the world, right?
569: 1     A. That's right.

**264 569:2 - 569:9**     Avorn, Jerome 2006-06-30

569: 2     For completeness, we also
569: 3     cite the other side of the story in our
569: 4     paper. You've selected one or two
569: 5     references where we talk about the
569: 6     potential good effects, but the entire
569: 7     part of the paragraph before the piece
569: 8     you pulled out also discusses the
569: 9     potential bad.

Re: 569:2-569:9 | Re: 569:2-569:9
**Def. Obj:** Non-responsive | Overruled
to question, which is
whether Circulation is a
top journal.

**265 569:14 - 569:17**     Avorn, Jerome 2006-06-30

569: 14     Q. Now, I want to move to the
569: 15     second of the cited references that we
569: 16     looked at in your article.
569: 17     A. Okay.

**266 570:6 - 570:9**     Avorn, Jerome 2006-06-30

570: 6     Now I want to look at the
570: 7     next one, which was the -- was it
570: 8     Cipollone?
570: 9     A. Right.

**267 572:3 - 572:7**     Avorn, Jerome 2006-06-30

572: 3     Is the document that I now
572: 4     have on the screen the same thing as the
572: 5     one that you have in front of you, which
572: 6     is the Cipollone article?
572: 7     A. Correct.

**268 572:17 - 572:22**     Avorn, Jerome 2006-06-30

572: 17     Q. And what journal was the
572: 18     Cipollone article published in?
572: 19     A. Circulation.
572: 20     Q. And what is the date of the
572: 21     Cipollone article?
572: 22     A. 2001.

**269 572:23 - 572:24**     Avorn, Jerome 2006-06-30

572: 23     Q. Would you please turn to
572: 24     Page 926. Are you with me there?

**270 572:24 - 573:1**     Avorn, Jerome 2006-06-30

572: 24     Page 926. Are you with me there?
573: 1     A. Yes.

| | Objections | Ruling in Barnett |
|---|---|---|

**271 573:8   -   574:13**   Avorn, Jerome 2006-06-30

573: 8   Q.   Focusing on the last
573: 9        sentence in this article, would you
573: 10       please read that for the jury?
573: 11   A.   Yes.  "From a practical
573: 12        standpoint, these findings raise the
573: 13        possibility that the selective COX-2
573: 14        inhibitors now currently available for
573: 15        clinical use, or future PGES inhibitors
573: 16        might provide a novel form of therapy for
573: 17        plaque stabilization of patients with
573: 18        atherosclerotic disease and prevention of
573: 19        acute ischemic syndromes."
573: 20   Q.   And in 2001, did you agree
573: 21        with Dr. Cipollone and his colleagues
573: 22        that the findings in their study raised
573: 23        the possibility that COX-2 inhibitors
573: 24        such as Vioxx might provide a novel form
574: 1        of therapy for plaque stabilization for
574: 2        patients with atherosclerotic disease?
574: 3    A.   No, I did not.
574: 4    Q.   You disagreed with that?
574: 5    A.   Correct.  Because by then,
574: 6        there was evidence that the bad news
574: 7        pieces, which we had previously cited,
574: 8        were more likely to be real than a
574: 9        theoretical study from animals.
574: 10   Q.   And yet you cited this
574: 11       article in your own 2002 article,
574: 12       correct?
574: 13   A.   That's right.

**272 574:17   -   574:19**   Avorn, Jerome 2006-06-30

574: 17   Q.   I'm sorry.  Your 2004
574: 18       article?
574: 19   A.   2004.  Right.

**273 575:16   -   575:22**   Avorn, Jerome 2006-06-30

575: 16   Q.   Do you agree, sir, that
575: 17       during the entire time Vioxx was on the
575: 18       market, scientists whom you considered to
575: 19       be reputable were suggesting that Vioxx's
575: 20       anti-inflammatory properties might slow
575: 21       down the progression of atherosclerosis
575: 22       and help stabilize plaque?

**274 575:24   -   576:6**   Avorn, Jerome 2006-06-30

575: 24       THE WITNESS:  I do not agree
576: 1        with that.  By the time it got to
576: 2        be 2003 and 2004, I don't think
576: 3        people were any more suggesting
576: 4        with the evidence at hand that
576: 5        Vioxx would be used to treat heart
576: 6        disease.

**275 576:8   -   576:9**   Avorn, Jerome 2006-06-30

576: 8    Q.   Your deposition of a few
576: 9        weeks ago beginning on page 389.

**577:6   -   577:18**   Avorn, Jerome 2006-06-30

577: 6    Q.   Line 23:  "Were you aware of
577: 7        any articles published by reputable
577: 8        scientists while Vioxx was on the market
577: 9        which said that Vioxx's anti-inflammatory

| | |
|---|---|
| 577: 10 | properties might actually slow down the |
| 577: 11 | progression of atherosclerosis and help |
| 577: 12 | stabilize plaque? |
| 577: 13 | "Answer:  Yes. |
| 577: 14 | "Question:  And that was a |
| 577: 15 | theory that actually scientists were |
| 577: 16 | suggesting during the entire time Vioxx |
| 577: 17 | was on the market, true? |
| 577: 18 | "Answer:  Right." |

**277 578:5   -   578:9**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 578: 5 | Q.  Is that your sworn |
| 578: 6 | testimony? |
| 578: 7 | A.  That's my testimony, which I |
| 578: 8 | think differs from the question you just |
| 578: 9 | asked me. |

**278 578:16   -   578:22**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 578: 16 | Q.  So that we can set the |
| 578: 17 | stage, again, the VIGOR trial involved |
| 578: 18 | Vioxx at 50 milligrams per day, correct? |
| 578: 19 | A.  Correct. |
| 578: 20 | Q.  Which was twice the maximum |
| 578: 21 | dose that had been approved by the FDA at |
| 578: 22 | the time of the VIGOR trial, right? |

**279 578:24   -   580:9**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 578: 24 | THE WITNESS:  I'd want to go |
| 579: 1 | back and look at the label, but |
| 579: 2 | that sounds reasonable.  It was a |
| 579: 3 | dose that was being used in |
| 579: 4 | patients with arthritis commonly, |
| 579: 5 | although it was not the dose that |
| 579: 6 | was in the label. |
| 579: 7 | BY MR. BECK: |
| 579: 8 | Q.  The label, as you recall, |
| 579: 9 | specified 25 milligrams, right? |
| 579: 10 | A.  That's right. |
| 579: 11 | Q.  And that was the standard |
| 579: 12 | dose, right? |
| 579: 13 | A.  For osteoarthritis, but not |
| 579: 14 | for rheumatoid arthritis. |
| 579: 15 | Q.  And the average use of the |
| 579: 16 | people who were involved in the VIGOR |
| 579: 17 | trial taking this 50 milligram dose was |
| 579: 18 | how long? |
| 579: 19 | A.  Median duration was about |
| 579: 20 | nine months. |
| 579: 21 | Q.  Now, do you know whether the |
| 579: 22 | label said anything about how long, if |
| 579: 23 | somebody is taking 50 milligrams a day |
| 579: 24 | instead of 25 milligrams a day, how long |
| 580: 1 | they should take that for? |
| 580: 2 | A.  Well, I thought you just |
| 580: 3 | stipulated that the label didn't indicate |
| 580: 4 | use for 50 milligrams. |
| 580: 5 | Q.  Well, do you remember |
| 580: 6 | whether there was anything in the label |
| 580: 7 | about if you're going to use 50 |
| 580: 8 | milligrams, only do it for, you know, |
| 580: 9 | five days or less? |

**280 580:14   -   581:6**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 580: 14 | Q.  The question is, do you |
| 580: 15 | remember one way or the other? |

|  |  |
|---|---|
| 580: 16 | A. Yes, yes.  Typically doses |
| 580: 17 | are recommended for a defined period of |
| 580: 18 | time, but it's well known that doctors |
| 580: 19 | tend to ignore that duration issue. |
| 580: 20 | Q. My question really is, do |
| 580: 21 | you remember, you talked about the two |
| 580: 22 | labels yesterday -- |
| 580: 23 | A. Right. |
| 580: 24 | Q. -- with Mr. Tisi, and if you |
| 581: 1 | don't remember, you don't remember, but |
| 581: 2 | my question is, do you remember what the |
| 581: 3 | label, the first label said about how |
| 581: 4 | long somebody should use 50 milligrams |
| 581: 5 | if, in fact, they're going to go up to |
| 581: 6 | that dose? |

**281 581:9   -   581:11**   Avorn, Jerome 2006-06-30

| 581: 9 | THE WITNESS:  I think there |
|---|---|
| 581: 10 | was a time limit suggested in the |
| 581: 11 | label for 50 milligrams. |

**282 581:13   -   581:14**   Avorn, Jerome 2006-06-30

| 581: 13 | Q. And do you remember what |
|---|---|
| 581: 14 | that time limit was? |

**283 581:16   -   581:18**   Avorn, Jerome 2006-06-30

| 581: 16 | THE WITNESS:  Off the top of |
|---|---|
| 581: 17 | my head, I would say ten days, but |
| 581: 18 | we can check it out. |

**284 581:20   -   582:8**   Avorn, Jerome 2006-06-30

| 581: 20 | Q. Okay. |
|---|---|
| 581: 21 | It certainly wasn't nine |
| 581: 22 | months, though, right? |
| 581: 23 | A. Right. |
| 581: 24 | Q. And on the -- |
| 582: 1 | You said that the VIGOR |
| 582: 2 | trial involved patients who had what |
| 582: 3 | condition? |
| 582: 4 | A. Rheumatoid arthritis. |
| 582: 5 | Q. Are people who have |
| 582: 6 | rheumatoid arthritis by nature at |
| 582: 7 | increased risk of heart attacks? |
| 582: 8 | A. Yes. |

**285 582:12   -   582:12**   Avorn, Jerome 2006-06-30

| 582: 12 | THE WITNESS:  Yes. |
|---|---|

**286 582:14   -   582:18**   Avorn, Jerome 2006-06-30

| 582: 14 | Q. And on the other side, on |
|---|---|
| 582: 15 | the other arm of the trial, so to speak, |
| 582: 16 | there were people who were taking |
| 582: 17 | naproxen, right? |
| 582: 18 | A. Correct. |

**287 583:9   -   583:20**   Avorn, Jerome 2006-06-30

| 583: 9 | Q. Now that you have the VIGOR |
|---|---|
| 583: 10 | publication in front of you -- |
| 583: 11 | A. Yes. |
| 583: 12 | Q. -- can you tell me what the |
| 583: 13 | dose of naproxen was for the participants |
| 583: 14 | who took naproxen rather than Vioxx? |
| 583: 15 | A. 500 milligrams twice a day. |
| 583: 16 | Q. In terms of the |
| 583: 17 | gastrointestinal results, did Vioxx |

<table>
<tr><td></td><td>Objections</td><td>Ruling in Barnett</td></tr>
</table>

583: 18       significantly reduce the incidence of
583: 19       perforations, ulcers and bleeds?
583: 20       A.  Yes.

288 583:23   -   583:23       Avorn, Jerome 2006-06-30
583: 23       THE WITNESS:  Yes.

289 584:1   -   584:3       Avorn, Jerome 2006-06-30
584: 1       Q.  Did Vioxx significantly
584: 2       reduce serious complicated
584: 3       gastrointestinal problems?

290 584:5   -   584:5       Avorn, Jerome 2006-06-30
584: 5       THE WITNESS:  Yes.

291 584:8   -   584:16       Avorn, Jerome 2006-06-30
584: 8       For the people who used
584: 9       twice the normal dose of Vioxx for
584: 10       several months instead of days, was there
584: 11       any doubt that Vioxx was superior to
584: 12       naproxen from a gastrointestinal
584: 13       perspective?
584: 14       A.  Yes, there was a doubt.
584: 15       Q.  On the cardiovascular
584: 16       results, I think you testified yesterday

292 584:16   -   585:6       Avorn, Jerome 2006-06-30
584: 16       results, I think you testified yesterday
584: 17       that the difference in the CV events was
584: 18       that there were five times as many heart
584: 19       attacks in the Vioxx group as in the
584: 20       naproxen group; is that right?
584: 21       A.  As I said yesterday, the
584: 22       numbers are variably presented, whether
584: 23       it's four times or five times.
584: 24       Q.  And you said they are
585: 1       variously presented.  And one of your
585: 2       criticisms yesterday of Merck, as I
585: 3       recall, was the way that this data was
585: 4       recorded in the New England Journal
585: 5       article.  Do you remember that?
585: 6       A.  That's right.

293 585:13   -   585:23       Avorn, Jerome 2006-06-30
585: 13       Q.  Now, you know that when you
585: 14       read the VIGOR article and you saw that
585: 15       the risk of naproxen was represented as
585: 16       .2 of the risk of Vioxx, you understood
585: 17       .2 was one-fifth, right?
585: 18       A.  Yes.
585: 19       Q.  And you understood that what
585: 20       that meant was that there were five times
585: 21       as many heart attacks in the group that
585: 22       took Vioxx as in the group that took
585: 23       naproxen, correct?

294 586:1   -   586:5       Avorn, Jerome 2006-06-30
586: 1       THE WITNESS:  Well, I do
586: 2       this for a living, but what it
586: 3       said was that there were one-fifth
586: 4       as many heart attacks in the
586: 5       naproxen group.

295 586:7   -   586:12       Avorn, Jerome 2006-06-30
586: 7       Q.  My question is, when you

586: 8  read that, you understood from reading
586: 9  the VIGOR article that there were five
586: 10  times as many heart attacks in the Vioxx
586: 11  group as in the naproxen group, didn't
586: 12  you?

296 **586:14 - 586:17** Avorn, Jerome 2006-06-30
586: 14  THE WITNESS: If I stopped
586: 15  and thought about it and flipped
586: 16  around the numbers and did the
586: 17  math, I could derive that number.

297 **586:19 - 586:19** Avorn, Jerome 2006-06-30
586: 19  Q. Your deposition Page 360,

298 **587:14 - 587:22** Avorn, Jerome 2006-06-30
587: 14  Q. Page 360, line 10.
587: 15  "You understood, from
587: 16  reading the results here in the abstract,
587: 17  that there were five times the number of
587: 18  heart attacks in the Vioxx arm than in
587: 19  the naproxen arm, right?
587: 20  "Answer: Right."
587: 21  Was that your testimony?
587: 22  A. Correct.

299 **589:17 - 589:22** Avorn, Jerome 2006-06-30
589: 17  Q. Doctor, the question is
589: 18  whether at the time you first read the
589: 19  VIGOR article, my question is, did you
589: 20  understand that there was five times as
589: 21  many heart attacks in the Vioxx group as
589: 22  in the naproxen group?

300 **589:24 - 590:12** Avorn, Jerome 2006-06-30
589: 24  THE WITNESS: I think what's
590: 1  fair to say is the first time I
590: 2  read it, I read what it said,
590: 3  which is that there were one-fifth
590: 4  as many heart attacks in the
590: 5  naproxen group.
590: 6  BY MR. BECK:
590: 7  Q. Did you understand from that
590: 8  that that's the same thing as five times
590: 9  as many heart attacks in the Vioxx group?
590: 10  A. To tell you the truth, the
590: 11  first time I read it, that did not strike
590: 12  me.

301 **590:18 - 591:9** Avorn, Jerome 2006-06-30
590: 18  Q. And before you even read the
590: 19  VIGOR article, you knew that it had been
590: 20  publically reported that there were five
590: 21  times as many heart attacks in the Vioxx
590: 22  group as in the naproxen group; isn't
590: 23  that right?
590: 24  A. No, that's not how it was
591: 1  publicly reported.
591: 2  Q. Well, did you understand
591: 3  already by the time you read the article
591: 4  that there were more heart attacks in the
591: 5  Vioxx group than in the naproxen group?
591: 6  A. Yes.
591: 7  Q. And you understood there
591: 8  were five times as many, right?

| | Objections | Ruling in Barnett |
|---|---|---|

591: 9        A.  To move things along, yes.

**591:19   -   592:11**        Avorn, Jerome 2006-06-30
591: 19        Q.  Yesterday you spent some
591: 20            time talking about the New England
591: 21            Journal article and the fact that --
591: 22        A.  May I ask which New England
591: 23            Journal article?
591: 24        Q.  The same one we were just
592: 1            looking at, Exhibit 16.
592: 2        A.  Okay.
592: 3        Q.  -- that there were three
592: 4            heart attacks that were not included in
592: 5            the data in the New England Journal
592: 6            article.  Do you remember that subject?
592: 7        A.  Yes.
592: 8        Q.  Do you know from your review
592: 9            of materials in this case whether Merck
592: 10            informed the FDA about these three other
592: 11            heart attacks in October of 2000?

**303 592:13   -   593:14**        Avorn, Jerome 2006-06-30
592: 13            THE WITNESS:  I know from my
592: 14            conversations with editors of the
592: 15            New England Journal that they did.
592: 16            BY MR. BECK:
592: 17        Q.  That Merck did inform the
592: 18            FDA of those three heart attacks?
592: 19        A.  Yes.
592: 20        Q.  You testified yesterday
592: 21            about a report written by Dr. Targum.  Do
592: 22            you remember that?
592: 23        A.  Yes.
592: 24        Q.  Do you remember whether Dr.
593: 1            Targum's analysis included those three
593: 2            additional heart attacks?
593: 3        A.  I believe that it did.
593: 4        Q.  You testified yesterday
593: 5            about the Advisory Committee that met in
593: 6            February of 2001 to discuss the VIGOR
593: 7            results.  Do you remember that?
593: 8        A.  Yes.
593: 9        Q.  Do you know whether this
593: 10            Advisory Committee was comprised of
593: 11            doctors and scientists who you would
593: 12            respect in their fields?
593: 13        A.  I expect that it would have
593: 14            been, yes.

**304 593:20   -   594:7**        Avorn, Jerome 2006-06-30
593: 20        Q.  Were you invited to
593: 21            participate?
593: 22        A.  No.  We've already
593: 23            established that.
593: 24        Q.  Have you read the transcript
594: 1            of that meeting?
594: 2        A.  Yes.
594: 3        Q.  And did the members of the
594: 4            Advisory Committee also have information
594: 5            concerning the three additional heart
594: 6            attacks?
594: 7        A.  I believe they did.

**305 595:17   -   595:21**        Avorn, Jerome 2006-06-30
595: 17            Yesterday you talked about

| | | Objections | Ruling in Barnett |

```
        595: 18            something becoming clear in either the
        595: 19            2000 or 2001 time frame.  Do you remember
        595: 20            that?
        595: 21        A.  Yes.

306 596:5   -  596:7   Avorn, Jerome 2006-06-30
        596: 5         Q.  What were you talking about
        596: 6            yesterday when you said that something
        596: 7            became clear in that time frame?

307 596:16  -  597:24  Avorn, Jerome 2006-06-30
        596: 16            THE WITNESS:  Sure.  That by
        596: 17            the spring of 2001, when the
        596: 18            original findings from the VIGOR
        596: 19            study were released by Merck, in
        596: 20            combination with the existing
        596: 21            information from a variety of
        596: 22            other studies that we've talked
        596: 23            about that were done at around the
        596: 24            same time, as well as the
        597: 1             information from the preapproval
        597: 2             studies and the evidence from the
        597: 3             pharmacology studies that were
        597: 4             also available by the spring of
        597: 5             2000, that at that point, there
        597: 6             was evidence of a likely
        597: 7             association or even of a possible
        597: 8             association between Vioxx and
        597: 9             cardiovascular outcomes.
        597: 10            BY MR. BECK:
        597: 11        Q.  You said spring of 2001.
        597: 12        A.  I'm sorry, I misspoke.  I
        597: 13            meant spring of 2000.
        597: 14        Q.  Okay.
        597: 15            So, by the spring of 2000,
        597: 16            several months before the publication in
        597: 17            the New England Journal, right?
        597: 18        A.  Correct.
        597: 19        Q.  You were saying that there
        597: 20            was evidence of a likely or possible
        597: 21            association between the use of Vioxx
        597: 22            and --
        597: 23        A.  And adverse cardiovascular
        597: 24            outcomes.

308 598:7   -  598:11  Avorn, Jerome 2006-06-30
        598: 7         Q.  And yesterday, did you say
        598: 8             that you, yourself, had concluded that
        598: 9             there was this possible association back
        598: 10            in the 2000 time frame?
        598: 11        A.  Yes.

309 598:20  -  599:8   Avorn, Jerome 2006-06-30
        598: 20        Q.  In any event, you, yourself,
        598: 21            back in 2000, based on information that
        598: 22            was available to you in the spring of
        598: 23            2000, have concluded in your own mind
        598: 24            that there was a likely or possible
        599: 1             association between Vioxx and adverse
        599: 2             cardiovascular outcomes?  Is that your
        599: 3             testimony?
        599: 4         A.  Certainly possible
        599: 5             association, so, yes.
        599: 6         Q.  Okay.
        599: 7             So, a possible association?
```

|  | Objections | Ruling in Barnett |
|---|---|---|

599: 8          A.  Yes.

**599:9    -   600:14**    Avorn, Jerome 2006-06-30
599: 9          Q.   Rather than ask you what was
599: 10              your testimony yesterday, I'm going to
599: 11              try to short-circuit it.
599: 12              Is it your position that at
599: 13              the time of the VIGOR publication late in
599: 14              2000 that there was no reliable evidence
599: 15              to support the naproxen hypothesis?
599: 16         A.   "No" is an extreme term, but
599: 17              I would say virtually no.  There was the
599: 18              occasional naproxen platelet study, there
599: 19              was our own research that indicated a 16
599: 20              percent reduction.  So, I think the
599: 21              fairest way to characterize it would be
599: 22              that there was no convincing evidence
599: 23              that the so-called naproxen hypothesis
599: 24              explained the increased rate of
600: 1               cardiovascular disease seen in VIGOR.
600: 2               But, clearly, all the
600: 3               answers were not yet in, in part because
600: 4               the definitive clinical trial never got
600: 5               done, and there were unresolved
600: 6               questions.  But that's my position.
600: 7          Q.   Well, in fact, have you
600: 8               stated before that at the time of the
600: 9               VIGOR study alone that you thought it was
600: 10              fairly obvious from the absence of any
600: 11              corroborating evidence of any kind on the
600: 12              planet that naproxen was a major league
600: 13              cardioprotective drug?
600: 14         A.   Yes.

311 **601:10   -   602:5**    Avorn, Jerome 2006-06-30
601: 10         Q.   So, I want to talk about
601: 11              what you and others on the planet were
601: 12              actually saying at the time about the
601: 13              potential cardioprotective effect of
601: 14              naproxen.
601: 15              During the time that Vioxx
601: 16              was on the market, were scientists whom
601: 17              you considered to be reputable writing
601: 18              articles saying that the difference in
601: 19              heart attacks in the VIGOR results could
601: 20              be explained by naproxen?
601: 21         A.   You'd have to characterize
601: 22              when you mean about while it was on the
601: 23              market, because certainly that was being
601: 24              said credibly in 1999.  It is much less
602: 1               likely that it was being said credibly in
602: 2               2004.
602: 3          Q.   Well, it wouldn't have been
602: 4               said in 1999 since VIGOR hadn't come out
602: 5               in 1999, right?

312 **602:7    -   602:9**    Avorn, Jerome 2006-06-30
602: 7               THE WITNESS:  I'm sorry,
602: 8               your question was about scientists
602: 9               speaking about what?

313 **602:11   -   602:16**   Avorn, Jerome 2006-06-30
602: 11         Q.   About the difference in
602: 12              heart attacks in VIGOR results could be
602: 13              explained by naproxen.

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 602: 14 | A. I'm sorry.  Yes.  2000. | |
| 602: 15 | What was said in 2000 would have been | |
| 602: 16 | more credible than what was said in 2004. | |

**314 602:17  -  603:15**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 602: 17 | Q. Do you know who Dr. Steven |
| 602: 18 | Nissen is? |
| 602: 19 | A. Yes, I do. |
| 602: 20 | Q. Was he a member of the |
| 602: 21 | Advisory Committee that met in February |
| 602: 22 | of 2001 to discuss the results of VIGOR? |
| 602: 23 | A. I believe he was. |
| 602: 24 | Q. Is he a cardiologist whom |
| 603: 1 | you respect? |
| 603: 2 | A. Yes. |
| 603: 3 | Q. At the time back in 2001, do |
| 603: 4 | you know where Dr. Nissen was working? |
| 603: 5 | A. I think he was at the |
| 603: 6 | Cleveland Clinic then. |
| 603: 7 | Q. Was he a colleague of Dr. |
| 603: 8 | Topol's back then? |
| 603: 9 | A. That's right. |
| 603: 10 | Q. Is Dr. Nissen still at the |
| 603: 11 | Cleveland clinic? |
| 603: 12 | A. Yes, he is. |
| 603: 13 | Q. Is Dr. Topol still at the |
| 603: 14 | Cleveland Clinic? |
| 603: 15 | A. No. |

**315 603:20  -  604:11**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 603: 20 | Q. You said you reviewed the |
| 603: 21 | transcript of the Advisory Committee |
| 603: 22 | meeting, right, the 2001 meeting? |
| 603: 23 | A. Right. |
| 603: 24 | Q. Do you remember whether Dr. |
| 604: 1 | Nissen made a presentation at that |
| 604: 2 | meeting? |
| 604: 3 | A. Yes, he did. |
| 604: 4 | Q. Do you remember what Dr. |
| 604: 5 | Nissen concluded about what could be |
| 604: 6 | gleaned from the VIGOR results? |
| 604: 7 | A. Well, rather than going on |
| 604: 8 | my memory of what Dr. Nissen said, it |
| 604: 9 | might be more helpful if I could just |
| 604: 10 | look at the transcript you're referring |
| 604: 11 | to. |

**316 605:14  -  605:20**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 605: 14 | Q. First, let's just establish, |
| 605: 15 | is Exhibit 47 the transcript of the |
| 605: 16 | Advisory Committee meeting that you |
| 605: 17 | reviewed? |
| 605: 18 | A. Yes. |
| 605: 19 | Q. And if you would please turn |
| 605: 20 | to Page 206.  The -- |

**317 606:8  -  607:7**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 606: 8 | Q. So, just referring to Page |
| 606: 9 | 206.  And Dr. Nissen is quoted on Page |
| 606: 10 | 206.  Did you review this quotation from |
| 606: 11 | Dr. Nissen when considering the materials |
| 606: 12 | in reaching your opinion? |
| 606: 13 | A. Yes. |
| 606: 14 | Q. And he's quoted here as |
| 606: 15 | saying, "Briefly, I think what I would |

| | Objections | Ruling in Barnett |

| 606: 16 | say in the label that there was an excess |
| 606: 17 | of cardiovascular events in comparison to |
| 606: 18 | naproxen, that it remains uncertain |
| 606: 19 | whether this was due to beneficial |
| 606: 20 | cardioprotective effects of naproxen or |
| 606: 21 | prothrombotic effects of the agent, and |
| 606: 22 | leave it at that, that basically we don't |
| 606: 23 | know the reason.  We do know there was a |
| 606: 24 | difference.  That awareness should be |
| 607: 1 | made available to the prescriber and to |
| 607: 2 | the consumer, but without necessarily a |
| 607: 3 | final judgment as to the reasons for that |
| 607: 4 | difference." |
| 607: 5 | Did I read that quotation |
| 607: 6 | correctly? |
| 607: 7 | A.  Yes, you did. |

**318 607:16  -  608:2**  Avorn, Jerome 2006-06-30

| 607: 16 | Q.  After Dr. Nissen made this |
| 607: 17 | statement, do you know whether the |
| 607: 18 | Advisory Committee voted on whether |
| 607: 19 | that's how they recommended the subject |
| 607: 20 | be treated in the label? |
| 607: 21 | A.  I would want to look at the |
| 607: 22 | actual vote.  I know there was a vote, |
| 607: 23 | but I would want to see just how it was |
| 607: 24 | characterized. |
| 608: 1 | Q.  If you'd look at the next |
| 608: 2 | page. |

**319 609:6  -  610:22**  Avorn, Jerome 2006-06-30

| 609: 6 | has stopped, and during our pause, during |
| 609: 7 | the musical interlude, Doctor, did you |
| 609: 8 | have a chance to review the transcript |
| 609: 9 | pages around Dr. Nissen's comments? |
| 609: 10 | A.  Yes.  But I don't think it's |
| 609: 11 | fair to characterize it as a vote on Dr. |
| 609: 12 | Nissen's comments. |
| 609: 13 | Q.  Okay. |
| 609: 14 | How would you characterize |
| 609: 15 | the vote? |
| 609: 16 | A.  I would characterize it as |
| 609: 17 | -- I will read the actual question that |
| 609: 18 | was posed. |
| 609: 19 | Q.  What page are you on? |
| 609: 20 | A.  207. |
| 609: 21 | Q.  And what line? |
| 609: 22 | A.  5. |
| 609: 23 | "So, let me ask for those |
| 609: 24 | feeling yes, that there needs to be |
| 610: 1 | something, some additional language," and |
| 610: 2 | I'm not sure that comma is placed |
| 610: 3 | appropriately.  I read it as, since it |
| 610: 4 | doesn't make sense where the comma is, |
| 610: 5 | "some additional language, perhaps along |
| 610: 6 | the lines of Dr. Nissen in terms of the |
| 610: 7 | label."  And so what it seems to me a |
| 610: 8 | fair reading of this question is, should |
| 610: 9 | there be something more in the label that |
| 610: 10 | describes the VIGOR findings perhaps |
| 610: 11 | along the lines that Dr. Nissen suggests. |
| 610: 12 | Q.  Okay. |
| 610: 13 | So -- |
| 610: 14 | A.  And the vote was mostly on |
| 610: 15 | should there be more language in the |

| | Objections | Ruling in Barnett |
|---|---|---|

610: 16      label about the VIGOR findings.
610: 17   Q. Well, nobody said that.
610: 18   A. "That there needs to be
610: 19      something, some additional language," and
610: 20      the topic was the VIGOR findings,
610: 21      "perhaps along the lines of Dr. Nissen in
610: 22      terms of the label."

**320 611:12   -   612:4**    Avorn, Jerome 2006-06-30
611: 12   Q. In any event, the actual
611: 13      language that was voted on was, "So, let
611: 14      me ask for those feeling yes, that there
611: 15      needs to be something, some additional
611: 16      language perhaps, along the lines of Dr.
611: 17      Nissen in terms of the label."  Is that
611: 18      the question that was posed?
611: 19   A. Yes.
611: 20   Q. And how did the vote come
611: 21      out?
611: 22   A. The vote was, well, we can't
611: 23      get a count, but it looks like everybody
611: 24      but one voted for additional language.
612: 1   Q. Well, voted for the question
612: 2      that was "some additional language
612: 3      perhaps along the lines of Dr. Nissen,"
612: 4      right?

**321 612:7   -   612:16**    Avorn, Jerome 2006-06-30
612: 7      THE WITNESS: Right.  But,
612: 8      again, having read many of these
612: 9      transcripts and sat through some
612: 10      of these meetings, I see the
612: 11      question, and I think it's right
612: 12      there in the language, that
612: 13      "should there be something, some
612: 14      additional language" about the
612: 15      VIGOR findings, "perhaps along the
612: 16      lines of Dr. Nissen."

**322 612:19   -   613:1**    Avorn, Jerome 2006-06-30
612: 19      So, we agree that that was
612: 20      the question, and it was everybody except
612: 21      one person said yes to that?
612: 22   A. Right.
612: 23      And my reading of that was
612: 24      that they said yes, there should be some
613: 1      additional language in the label.

Re: 612:23-613:1    Re: 612:23-613:1
**Def. Obj:** Non-responsive   Overruled

**323 613:6   -   614:9**    Avorn, Jerome 2006-06-30
613: 6   Q. You don't have any reason to
613: 7      believe that the Advisory Committee
613: 8      members in 2001 were biased in favor of
613: 9      Merck, do you?
613: 10   A. The reason I'm having a hard
613: 11      time answering that is that we know that
613: 12      the Advisory Committee's vote later on,
613: 13      and I simply don't know if it was the
613: 14      same members or how many were the same,
613: 15      definitely did split in their statements
613: 16      about Vioxx, about the other COX-2s, in
613: 17      relation to their affiliations with
613: 18      industry.  And this has been widely
613: 19      documented.
613: 20      And the question has been
613: 21      raised, I think understandably, that if

| | Objections | Ruling in Barnett |
|---|---|---|

613: 22     the votes in a subsequent meeting, the
613: 23     one of 2005, I believe, of the Advisory
613: 24     Committee correlated very closely with
614: 1      the ties of Advisory Committee members to
614: 2      industry, that that raised the question
614: 3      as to whether there was perhaps
614: 4      unconscious, perhaps unintentional, bias.
614: 5      So, I don't think I can rule out that
614: 6      possibility in relation to this Advisory
614: 7      Committee either.
614: 8   Q.  Your sworn testimony from a
614: 9      few weeks ago, Page 379, line 20.

**324 615:1  -  615:9**     Avorn, Jerome 2006-06-30
615: 1   Q.  "Question: There's no
615: 2      reason to think that the Advisory
615: 3      Committee in February of 2001 was biased
615: 4      in favor of Merck, was there, sir?
615: 5      "Answer:  Not to my
615: 6      knowledge."
615: 7      Was that your sworn
615: 8      testimony a couple weeks ago?
615: 9   A.  Yes.

**325 642:18  -  643:24**     Avorn, Jerome 2006-06-30
642: 18  Q.  Doctor, I'd like to now
642: 19     spend a few minutes on study 090.
642: 20  A.  Okay.
642: 21  Q.  Do you remember discussing
642: 22     that study with Mr. Tisi yesterday?
642: 23  A.  Yes, I do.
642: 24  Q.  And that was a clinical
643: 1      trial that was completed not long after
643: 2      the completion of VIGOR; is that right?
643: 3   A.  Right.
643: 4   Q.  So, that would have been in
643: 5      the 2000 time frame?
643: 6   A.  Right.
643: 7   Q.  Do you know whether Merck
643: 8      provided the results of study 090 to the
643: 9      FDA?
643: 10  A.  I believe they did.
643: 11  Q.  And, in fact, did the FDA
643: 12     then make the results of study 090
643: 13     publically available by posting it on the
643: 14     FDA website?
643: 15  A.  Virtually no doctor goes to
643: 16     the FDA website to look at study results.
643: 17  Q.  No, my --
643: 18     Well, researchers do, do
643: 19     they not?
643: 20  A.  Sometimes, yes.
643: 21  Q.  And my question wasn't what
643: 22     prescribers do, but, rather, did the FDA
643: 23     make the results of study 090 available
643: 24     by publishing it on its website?

**326 644:3  -  644:6**     Avorn, Jerome 2006-06-30
644: 3      THE WITNESS:  They did
644: 4      disseminate or not disseminate,
644: 5      but they did make available what
644: 6      they had received from Merck, yes.

**327 644:11  -  645:3**     Avorn, Jerome 2006-06-30
644: 11     Was study 090 discussed by

| | Objections | Ruling in Barnett |
|---|---|---|

644: 12      Dr. Targum in her memorandum that
644: 13      appeared around the time of the February
644: 14      2001 Advisory Committee?
644: 15    A.   Yes.
644: 16    Q.   Yesterday when you were
644: 17      discussing study 090, you testified that
644: 18      there was an increase in numbers of
644: 19      cardiovascular events.  Do you remember
644: 20      that?
644: 21    A.   Right.
644: 22    Q.   You did not testify
644: 23      yesterday, did you, that there was a
644: 24      statistically significant increase in
645: 1      cardiovascular events in study 090?
645: 2    A.   I don't believe that I said
645: 3      that.

**328 654:9 - 654:19   Avorn, Jerome 2006-06-30**
654: 9    Q.   So, when Vioxx was compared
654: 10      with people who took a sugar pill or
654: 11      placebo, there was no statistically
654: 12      significant difference in cardiovascular
654: 13      thrombotic events; is that correct?
654: 14    A.   When the placebo group
654: 15      was -- when both of the referent groups
654: 16      were combined, I believe there was.  When
654: 17      the placebo group, per se, which was half
654: 18      as large as the other study groups, was
654: 19      broken out, it was not.

**329 654:20 - 655:16   Avorn, Jerome 2006-06-30**
654: 20    Q.   I want to discuss some more
654: 21      of what it was that scientists were
654: 22      saying about the potential
654: 23      cardioprotective effect of naproxen
654: 24      during the 2000 through 2004 time frame.
655: 1      And first I would like to look at an
655: 2      article that you wrote, which I believe
655: 3      is Exhibit 4.  It was marked yesterday.
655: 4    A.   Then that would be in that
655: 5      binder.
655: 6    Q.   That would be in the binder.
655: 7    A.   Okay.
655: 8    Q.   I've put up on the screen
655: 9      Exhibit 4.  Is this an article that you
655: 10      were an author of?
655: 11    A.   That's right.
655: 12    Q.   What's the subject of the
655: 13      article?
655: 14    A.   Nonsteroidal
655: 15      anti-inflammatory drug use and heart
655: 16      attack.

**330 656:9 - 660:13   Avorn, Jerome 2006-06-30**
656: 9    Q.   What journal was this
656: 10      published in?
656: 11    A.   Archives of Internal
656: 12      Medicine.
656: 13    Q.   And when was it published?
656: 14    A.   It was accepted for
656: 15      publication in January of '02, and it was
656: 16      published in May of '02.  So, it was
656: 17      written in the end of '01.
656: 18    Q.   Was this a study that you
656: 19      and some colleagues did concerning

| | Objections | Ruling in Barnett |
|---|---|---|

| | | |
|---|---|---|
| 656: 20 | potential cardioprotective effects of | |
| 656: 21 | naproxen? | |
| 656: 22 | A. Yes. | |
| 656: 23 | Q. Did you study patients who | |
| 656: 24 | had taken naproxen, ibuprofen and other | |
| 657: 1 | traditional NSAIDs? | |
| 657: 2 | A. Right. | |
| 657: 3 | Q. Would you please turn to | |
| 657: 4 | Page 1104. And I'm going to put up on | |
| 657: 5 | the screen the same paragraph that Mr. | |
| 657: 6 | Tisi put on the screen and the two of you | |
| 657: 7 | discussed yesterday. | |
| 657: 8 | A. Right. | |
| 657: 9 | Q. Do you remember this | |
| 657: 10 | paragraph? | |
| 657: 11 | A. Yes. | |
| 657: 12 | Q. And it starts off with, "In | |
| 657: 13 | the study by Bombardier et al." And | |
| 657: 14 | that's in the VIGOR publication, correct? | |
| 657: 15 | A. Correct. | |
| 657: 16 | Q. And I think you went through | |
| 657: 17 | the first two sentences where it said, | |
| 657: 18 | "In the study by Bombardier et al.," -- | |
| 657: 19 | that means and others, right? | |
| 657: 20 | A. Right. | |
| 657: 21 | Q. -- "in which patients with | |
| 657: 22 | rheumatoid arthritis were randomized to | |
| 657: 23 | receive rofecoxib or naproxen, the rates | |
| 657: 24 | of AMI were 4-fold higher in patients | |
| 658: 1 | taking rofecoxib." | |
| 658: 2 | Rofecoxib, as we know, is | |
| 658: 3 | Vioxx, right? | |
| 658: 4 | A. Right. | |
| 658: 5 | Q. And I think you also | |
| 658: 6 | discussed the sentence that said, "These | |
| 658: 7 | findings could have resulted from a | |
| 658: 8 | protective effect of naproxen, a risk- | |
| 658: 9 | enhancing effect of rofecoxib, or both," | |
| 658: 10 | right? | |
| 658: 11 | A. Right. | |
| 658: 12 | Q. Now, did you go on to say, | |
| 658: 13 | "The selective COX-2 inhibitors were not | |
| 658: 14 | available during the period that we | |
| 658: 15 | studied"? | |
| 658: 16 | A. Right. | |
| 658: 17 | Q. And to be clear, now you're | |
| 658: 18 | talking about the paper we're looking at | |
| 658: 19 | right now, your 2002 publication. Even | |
| 658: 20 | though Vioxx had been on the market since | |
| 658: 21 | May of 1999, in your, I think you might | |
| 658: 22 | have called it a look-back study -- | |
| 658: 23 | A. In our database. | |
| 658: 24 | Q. -- you looked at a | |
| 659: 1 | database -- | |
| 659: 2 | A. Right. | |
| 659: 3 | Q. -- that went back in an | |
| 659: 4 | earlier period of time when neither | |
| 659: 5 | Celebrex nor Vioxx were on the market, | |
| 659: 6 | right? | |
| 659: 7 | A. Or were on the market in | |
| 659: 8 | such small amounts. No, actually, you're | |
| 659: 9 | correct. We looked at data up until the | |
| 659: 10 | end of 1995. So, there were no COX-2s on | |
| 659: 11 | the market in that period. | |
| 659: 12 | Q. Okay. | |

| | Objections | Ruling in Barnett |
|---|---|---|

659: 13      So, just to be completely
659: 14      clear here, the study that you did when
659: 15      focusing on whether naproxen had a
659: 16      cardioprotective effect, there was no
659: 17      looking at Vioxx at all, right?
659: 18   A.  Correct. Not in this study.
659: 19   Q.  Okay.
659: 20      And because of that, did you
659: 21      go on to say in your study that these
659: 22      findings do not clarify --
659: 23   A.  Can you tell me where you
659: 24      are looking?
660: 1   Q.  Yes. I'm highlighting it on
660: 2      the screen.
660: 3   A.  Right, right.
660: 4   Q.  And I'll underline it.
660: 5   A.  Right.
660: 6   Q.  That basically because
660: 7      rofecoxib or Vioxx wasn't even on the
660: 8      market during the period that you
660: 9      studied, the findings of this paper do
660: 10      not clarify the role of Vioxx. That's
660: 11      what you said, correct?
660: 12   A.  Right. We didn't study
660: 13      Vioxx.

**331 660:19 - 661:5**   Avorn, Jerome 2006-06-30
660: 19      You went on to say that
660: 20      while your study did not clarify the role
660: 21      about rofecoxib, you said, "However, the
660: 22      data presented herein are consistent with
660: 23      a possible protective effect of
660: 24      naproxen," right?
661: 1   A.  That's right. And to really
661: 2      round it out, we need to point out that
661: 3      the number that that refers to was a 16
661: 4      percent reduction, not an 80 percent
661: 5      reduction.

**332 661:6 - 661:8**   Avorn, Jerome 2006-06-30
661: 6   Q.  And I think yesterday you
661: 7      used a phrase when talking about 16
661: 8      percent, I can't remember, what was --

**333 661:11 - 661:20**   Avorn, Jerome 2006-06-30
661: 11   Q.  Wimpy. Was that a phrase
661: 12      you used?
661: 13   A.  In explaining an 80 percent
661: 14      reduction, yes. In that context, it was
661: 15      wimpy.
661: 16   Q.  So, yesterday you testified
661: 17      that a 16 percent increase in
661: 18      cardioprotective effect was a wimpy
661: 19      increase?
661: 20   A.  No.

**334 661:23 - 662:21**   Avorn, Jerome 2006-06-30
661: 23      THE WITNESS: No. What I
661: 24      said was in relation to the
662: 1      supposed 80 percent effect that
662: 2      Merck was attributing to Vioxx, it
662: 3      was wimpy --
662: 4      BY MR. BECK:
662: 5   Q.  Okay.
662: 6      I --

| | Objections | Ruling in Barnett |
|---|---|---|

662: 7    A.  I'm sorry -- to naproxen.
662: 8    Q.  In any event, what you found
662: 9        without putting an adjective on it for
662: 10        the time being, what you did find in your
662: 11        2002 study was that the information you
662: 12        collected was consistent with a possible
662: 13        protective effect of naproxen, right?
662: 14    A.  Right.  But to be fair, we
662: 15        need to read the rest of that section
662: 16        and line 10 of the last paragraph.
662: 17        Perhaps you can bring that up.  It's
662: 18        right below where you just cited, in
662: 19        which we say, to put this in
662: 20        perspective -- it's line 10 of the last
662: 21        paragraph.

**335 664:18 - 665:19**    Avorn, Jerome 2006-06-30
664: 18    Q.  And how much do you want me
664: 19        to blow up there?
664: 20    A.  I think just the two
664: 21        sentences beginning with, "To place the
664: 22        effect of naproxen in perspective."
664: 23    Q.  Let me see if I can do that.
664: 24        How far down?
665: 1    A.  Ending with the line
665: 2        beginning "by aspirin."
665: 3    Q.  Okay.
665: 4    A.  Okay.  All right.
665: 5        This is our summary that
665: 6        follows the point that you had cited
665: 7        above.
665: 8        "To place the effect of
665: 9        naproxen in perspective, in a large
665: 10        randomized trial of daily aspirin use in
665: 11        primary prevention, patients in the
665: 12        intervention arm experienced a 44%
665: 13        reduction in the risk of AMI.  Therefore,
665: 14        it would be false to equate the more
665: 15        modest effect of naproxen suggested in
665: 16        this study with the cardioprotection
665: 17        afforded by aspirin."
665: 18        And that's a key point in
665: 19        our concluding paragraph.

**336 665:21 - 668:3**    Avorn, Jerome 2006-06-30
665: 21        Now, let's turn to Page 1.
665: 22    A.  Of the paper?
665: 23    Q.  Of the paper.
665: 24        And there you have this
666: 1        business at the top of the page that's
666: 2        sometimes called an abstract, right?
666: 3    A.  It's always called an
666: 4        abstract.
666: 5    Q.  Okay.
666: 6        It's always called an
666: 7        abstract, and you set forth the key
666: 8        information in the abstract; is that
666: 9        right?
666: 10    A.  Right.
666: 11    Q.  And then in the conclusions
666: 12        in the abstract, I take it that you set
666: 13        forth the key conclusions in this
666: 14        section, right?
666: 15    A.  Right.
666: 16    Q.  So, if it's okay with you --

    

| | |
|---|---|
| 666: 17 | A.  Sure. |
| 666: 18 | Q.  -- I'll blow up the whole |
| 666: 19 | thing, the conclusion. |
| 666: 20 | A.  Sure. |
| 666: 21 | Q.  Was your key conclusion that |
| 666: 22 | you put in the abstract, "Although NSAIDs |
| 666: 23 | have anti-inflammatory and anti-platelet |
| 666: 24 | effects similar to those of aspirin, we |
| 667: 1 | did not find that these drugs confer a |
| 667: 2 | protective effect against AMI," being |
| 667: 3 | heart attacks, right? |
| 667: 4 | A.  Correct. |
| 667: 5 | Q.  "However, use of one |
| 667: 6 | specific NSAID, naproxen, appeared to be |
| 667: 7 | associated with the reduced rate of AMI," |
| 667: 8 | or heart attack, "an effect recently |
| 667: 9 | suggested by a large randomized |
| 667: 10 | controlled trial as well."  Is that |
| 667: 11 | right? |
| 667: 12 | A.  Correct. |
| 667: 13 | Q.  And when you said that the |
| 667: 14 | use of naproxen appeared to be associated |
| 667: 15 | with a reduced rate of heart attack, that |
| 667: 16 | was from your own data, right? |
| 667: 17 | A.  That was the 16 percent |
| 667: 18 | reduction. |
| 667: 19 | Q.  And then you said that your |
| 667: 20 | data -- that this same effect of |
| 667: 21 | cardioprotection from naproxen was |
| 667: 22 | recently suggested by a large randomized |
| 667: 23 | control trial.  Was that the VIGOR trial? |
| 667: 24 | A.  Right.  I believe then and I |
| 668: 1 | believe now that naproxen reduces the |
| 668: 2 | rate of heart attack by about 15 or 16 |
| 668: 3 | percent. |

337 **668:4**   -   **668:18**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 668: 4 | Q.  And the 16 percent figure |
| 668: 5 | comes from the VIGOR trial, right? |
| 668: 6 | A.  No.  That's from our own |
| 668: 7 | research. |
| 668: 8 | Q.  I'm sorry.  From your own |
| 668: 9 | research? |
| 668: 10 | A.  Right.  Others have found |
| 668: 11 | similar things. |
| 668: 12 | Q.  Well, in fact, others have |
| 668: 13 | found higher rates of cardioprotection |
| 668: 14 | from naproxen, right? |
| 668: 15 | A.  Some lower, some higher, but |
| 668: 16 | I think if you were to pull together all |
| 668: 17 | the data, the most common finding is |
| 668: 18 | about 15 percent. |

338 **669:1**   -   **669:19**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 669: 1 | Q.  And in VIGOR, you know that |
| 669: 2 | the people -- it was a controlled study |
| 669: 3 | where they were using 500 milligrams |
| 669: 4 | twice a day, right? |
| 669: 5 | A.  Right. |
| 669: 6 | Q.  And I think you said the |
| 669: 7 | average length of time that people were |
| 669: 8 | in the study was nine months? |
| 669: 9 | A.  That's right. |
| 669: 10 | Q.  And your study was not a |
| 669: 11 | controlled study where everybody took the |

| | |
|---|---|
| 669: 12 | same amount of the drug every day for |
| 669: 13 | many months, right? |
| 669: 14 | A.  That's correct. |
| 669: 15 | Q.  Yours was looking back at |
| 669: 16 | medical records of people who had |
| 669: 17 | prescriptions for naproxen and other |
| 669: 18 | drugs, right? |
| 669: 19 | A.  That's right. |

339 **669:20   -   669:24**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 669: 20 | Q.  And your study did not take |
| 669: 21 | into account whether the patients were |
| 669: 22 | taking lower doses of naproxen than they |
| 669: 23 | were in the VIGOR study, right? |
| 669: 24 | A.  We looked at all doses. |

340 **670:7   -   670:11**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 670: 7 | Q.  Well, my question is, you |
| 670: 8 | did the study.  You know from having done |
| 670: 9 | the study, don't you, that lots of the |
| 670: 10 | patients were taking lower doses than 500 |
| 670: 11 | milligrams twice a day? |

341 **670:20   -   670:22**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 670: 20 | A.  Well, let me find out where |
| 670: 21 | I want to be first.  I'm looking at |
| 670: 22 | dosage on Page 1100. |

342 **670:23   -   672:4**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 670: 23 | Okay.  Actually, you're |
| 670: 24 | incorrect.  If you look at Table 4 on |
| 671: 1 | Page 1103, we look at the very small |
| 671: 2 | cardioprotective effect of naproxen as it |
| 671: 3 | related to the dose.  And I've got a very |
| 671: 4 | bad Xerox, you may have a better copy, |
| 671: 5 | but the last three lines in Table 4 look |
| 671: 6 | at the odds ratio or the protection of a |
| 671: 7 | number less than 1 is protection against |
| 671: 8 | heart attack. |
| 671: 9 | And we look at those three |
| 671: 10 | numbers as a function of the dose, which |
| 671: 11 | we expressed as the percent of the |
| 671: 12 | maximum anti-inflammatory dosage.  So, |
| 671: 13 | again, it is hard to read my Xerox, but I |
| 671: 14 | believe the top line is greater than 75 |
| 671: 15 | percent of the maximum anti-inflammatory |
| 671: 16 | dose.  The next line is 51 to 75 percent. |
| 671: 17 | And the last line is 50 percent or less. |
| 671: 18 | So, basically it's the |
| 671: 19 | highest doses, the medium doses and the |
| 671: 20 | smallest doses.  And looking at those |
| 671: 21 | three numbers, there is no relationship |
| 671: 22 | to the cardioprotective level of any |
| 671: 23 | meaningful kind with dose.  They are all |
| 671: 24 | between 77 percent and 81 percent.  So, I |
| 672: 1 | would disagree with you that our findings |
| 672: 2 | are explained by the fact that the people |
| 672: 3 | taking naproxen in our study were taking |
| 672: 4 | it at a lower dose. |

**673:1   -   673:11**    Avorn, Jerome 2006-06-30

| | |
|---|---|
| 673: 1 | Do you know whether lots of |
| 673: 2 | people in your study were taking naproxen |
| 673: 3 | at doses lower than 500 milligrams twice |
| 673: 4 | a day? |

| | Objections | Ruling in Barnett |
|---|---|---|

673: 5    A.  Well, in epidemiology, we
673: 6      try to avoid terms like "lots of."  But I
673: 7      can tell you that regardless of the dose,
673: 8      people, lots of people were taking it at
673: 9      the high dose, the medium dose and the
673: 10      low dose, and they all had the same
673: 11      effect.

**344 673:12  -  674:16**  Avorn, Jerome 2006-06-30
673: 12    Q.  You could not control in
673: 13      your study whether the patients were
673: 14      taking naproxen every day as they did in
673: 15      VIGOR, correct?
673: 16    A.  Correct.
673: 17    Q.  Did you ever study a
673: 18      subgroup of patients who used 500
673: 19      milligrams twice a day to see what the
673: 20      cardioprotective effect of naproxen would
673: 21      be at that dose used on a regular basis
673: 22      twice a day?
673: 23    A.  That group -- the closest to
673: 24      that group would be this highest greater
674: 1      than 75 percent of the maximum
674: 2      anti-inflammatory doses.  That would
674: 3      calibrate with the population that you
674: 4      described as best as possible.  And that
674: 5      group went all the way up to 19 percent
674: 6      instead of 16 percent.
674: 7    Q.  But you don't know if they
674: 8      used that twice a day or day in, day out
674: 9      for nine months, right?
674: 10    A.  Right.
674: 11    Q.  Have other scientists found,
674: 12      to your knowledge, that from a
674: 13      pharmacologic mechanistic perspective
674: 14      that naproxen at 500 milligrams twice a
674: 15      day mimics the anti-platelet effect of
674: 16      low-dose aspirin?

**345 674:24  -  675:5**  Avorn, Jerome 2006-06-30
674: 24      THE WITNESS:  I'm aware of
675: 1      the area of research you're
675: 2      describing.  I wouldn't use the
675: 3      word "mimics," but it is true that
675: 4      people have found anti-platelet
675: 5      effects of naproxen.

**346 675:7  -  675:13**  Avorn, Jerome 2006-06-30
675: 7    Q.  Well, my question is, do you
675: 8      know whether other scientists have found
675: 9      not only anti-platelet effects of
675: 10      naproxen, but that they mimic those of
675: 11      low-dose aspirin?
675: 12    A.  I just can't speak to the
675: 13      word "mimic."

**347 676:2  -  676:3**  Avorn, Jerome 2006-06-30
676: 2    Q.  I'm handing you an article
676: 3      we marked as Exhibit 49, which is an

**676:3  -  676:12**  Avorn, Jerome 2006-06-30
676: 3      we marked as Exhibit 49, which is an
676: 4      article written by Marta Capone and
676: 5      others.
676: 6    A.  Right.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

676: 7    Q.  Have you ever seen this
676: 8        before?
676: 9    A.  I know of the studies.  I
676: 10        couldn't identify if it's the Capone
676: 11        study in which people have found an
676: 12        anti-platelet effect of naproxen.

**349 676:19   -   677:20**   Avorn, Jerome 2006-06-30
676: 19    Q.  What's the date of this
676: 20        report?
676: 21    A.  2004.
676: 22    Q.  What publication was it in?
676: 23    A.  Circulation.
676: 24    Q.  Look at the conclusion as
677: 1        set forth in the abstract.  Do you see
677: 2        where Dr. Capone and her colleagues said,
677: 3        "The regular administration of naproxen
677: 4        500 milligrams BID can mimic the
677: 5        anti-platelet" effect -- "anti-platelet
677: 6        COX-1 effect of low-dose aspirin"?
677: 7    A.  Right.
677: 8    Q.  So, this is one of the
677: 9        studies that talks about how it can work
677: 10        the same way that aspirin does?
677: 11    A.  Right.  This is in nine
677: 12        subjects followed for six days, correct.
677: 13    Q.  Have other scientists found
677: 14        that naproxen exerts an anti-thrombotic
677: 15        effect at least as potent as that of
677: 16        aspirin?
677: 17    A.  I know that there's
677: 18        literature out there indicating that
677: 19        there can, under some circumstances, be
677: 20        an anti-platelet effect of aspirin.

**350 681:19   -   682:7**   Avorn, Jerome 2006-06-30
681: 19    Q.  Do you remember discussing
681: 20        Exhibit 19 with Mr. Tisi yesterday?
681: 21    A.  Yes.
681: 22    Q.  And this was a submission by
681: 23        Merck to the FDA in November of 2001,
681: 24        correct?
682: 1    A.  Right.
682: 2    Q.  And would you please turn to
682: 3        Page 3?
682: 4    A.  Yes.
682: 5    Q.  There's language that you
682: 6        and Mr. Tisi went over that I would like
682: 7        to focus on with you.  Here we go.

**351 682:8   -   683:9**   Avorn, Jerome 2006-06-30
682: 8        I think this is the language
682: 9        that you focused on where Merck is
682: 10        writing to the FDA and Merck said, "The
682: 11        concept that there are differences among
682: 12        NSAIDs is supported by external
682: 13        epidemiological data from three separate
682: 14        studies that utilized different clinical
682: 15        databases, indicating that the use of
682: 16        naproxen, but not other NSAIDs, is
682: 17        cardioprotective."
682: 18        And then there are three
682: 19        citations, and I think Number 4 is to
682: 20        your paper, correct?
682: 21    A.  Right.

| | Objections | Ruling in Barnett |
|---|---|---|

682: 22    Q.  And then it goes on to say,
682: 23        "Among these studies is a U.S. study of
682: 24        over 22,000 patients in New Jersey by a
683: 1        Boston academic group unaffiliated with
683: 2        industry."
683: 3        And that refers to your
683: 4        group, right?
683: 5    A.  That's right.
683: 6    Q.  Yesterday you said that
683: 7        Merck distorted the results of your
683: 8        study.  Do you remember that?
683: 9    A.  Yes.

**352 683:15  -  685:11**    Avorn, Jerome 2006-06-30

683: 15    Q.  Now, when describing your
683: 16        study as one of three -- well, let's just
683: 17        go through the language here.
683: 18        The Merck submission says,
683: 19        "The concept that there are differences
683: 20        among NSAIDs is supported by external
683: 21        epidemiological data from three separate
683: 22        studies." Now, just let me stop there.
683: 23        Does your study support the
683: 24        concept that there are differences among
684: 1        NSAIDs?
684: 2    A.  Yes.
684: 3    Q.  And it says, "That" used
684: 4        "different clinical databases." And your
684: 5        study obviously used a different clinical
684: 6        database than the other ones did, right?
684: 7    A.  Right.
684: 8    Q.  And then it goes on to say
684: 9        that these three separate studies
684: 10        indicate "a use of naproxen, but not
684: 11        other NSAIDs, is cardioprotective."
684: 12        Did your study indicate that
684: 13        the use of naproxen, but not other
684: 14        NSAIDs, is cardioprotective?
684: 15    A.  Yes.
684: 16    Q.  And then the next sentence
684: 17        that says, "Among these studies is a U.S.
684: 18        study of over 22,000 patients in New
684: 19        Jersey." And was your study of over
684: 20        22,000 patients in New Jersey?
684: 21    A.  Yes.
684: 22    Q.  And then it says, "By a
684: 23        Boston academic group." That's where
684: 24        you're from, right?
685: 1    A.  Right.
685: 2    Q.  "Unaffiliated with
685: 3        industry." And you are not affiliated
685: 4        with industry, correct?
685: 5    A.  Right.
685: 6    Q.  You've testified both
685: 7        yesterday and today, you've emphasized, I
685: 8        think it's fair to say, that the
685: 9        cardioprotective effect that you found
685: 10        was 16 percent, right?
685: 11    A.  Right.

**685:12  -  686:10**    Avorn, Jerome 2006-06-30

685: 12        Are we done with this
685: 13        document?
685: 14    Q.  Yes.
685: 15    A.  Because I think in fairness,

_Sustained_ (handwritten)

Re: 685:12-686:8
**Def. Obj:** Completely
non-responsive speech.
No question pending.

Re: 685:12-686:8
Overruled

|  | Objections | Ruling in Barnett |
|---|---|---|

685: 16       we need to point out that the reason I
685: 17       feel there was a distortion was that it
685: 18       follows a paragraph in which Merck was
685: 19       arguing to the FDA that they could not
685: 20       tell if the difference in effect from --
685: 21       in the VIGOR study was because it was
685: 22       explained away by naproxen or by a
685: 23       prothrombotic or cardiotoxic effect of
685: 24       Vioxx.
686: 1        And the distortion piece has
686: 2        to do with the fact that the paragraph
686: 3        you just read was a justification for
686: 4        their saying we don't know whether this
686: 5        was because of naproxen or not, and let's
686: 6        just not attribute it to Vioxx because we
686: 7        can't tell. And that was the distortion
686: 8        that I was referring to.
686: 9      Q. Well, what they said about
686: 10       your study was accurate, right?

354 686:13  -  687:9     Avorn, Jerome 2006-06-30
686: 13       THE WITNESS: Not in the
686: 14       context that they presented it,
686: 15       no.
686: 16       BY MR. BECK:
686: 17      Q. Well, they were making their
686: 18       position to the FDA.
686: 19      A. And using my data to justify
686: 20       it.
686: 21      Q. But what they said about
686: 22       your data, everything they said about
686: 23       your data was correct, isn't that true?
686: 24      A. Well, correct in the sense
687: 1        that there was one-fifth as many heart
687: 2        attacks in the naproxen group. It is the
687: 3        spin that I thought was the distortion.
687: 4      Q. Now, back to my question.
687: 5       You've talked repeatedly
687: 6       about how the effect that you found was
687: 7       16 percent, and I think you've agreed
687: 8       that yesterday at least in one context
687: 9       you said that that was wimpy, right?

355 687:11  -  687:24    Avorn, Jerome 2006-06-30
687: 11       THE WITNESS: Let me be very
687: 12       clear. Let me be very clear on
687: 13       this, Mr. Beck. It was wimpy, to
687: 14       use that term, in trying to
687: 15       explain the 80 percent reduction.
687: 16       BY MR. BECK:
687: 17      Q. Okay.
687: 18       Let's look at Deposition
687: 19       Exhibit 4. That is your article we were
687: 20       looking at a little while ago.
687: 21      A. Yes.
687: 22      Q. And we're in that section
687: 23       called the abstract at the top. And
687: 24       under "Results," do you say, "Use of

687:24  -  688:4     Avorn, Jerome 2006-06-30
687: 24       under "Results," do you say, "Use of
688: 1        naproxen was associated with a
688: 2        significant reduction in the risk of AMI"
688: 3        or heart attacks? And then you set forth
688: 4        the actual statistics.

| | Objections | Ruling in Barnett |
|---|---|---|

**357 688:7   -   688:18**    Avorn, Jerome 2006-06-30

688: 7         THE WITNESS: I think you
688: 8      are confused about the use of the
688: 9      word "significant." Significant
688: 10      refers here to statistically
688: 11      significant, as we've discussed it
688: 12      in the past. It does not mean
688: 13      clinically significant or big deal
688: 14      significant. And that is always
688: 15      the way this word is used in
688: 16      medical papers. And to suggest
688: 17      that it means clinically important
688: 18      would be incorrect.

**358 688:20   -   689:23**    Avorn, Jerome 2006-06-30

688: 20      Q.   So, "significant" here
688: 21         refers to this is statistically
688: 22         significant?
688: 23      A.   Correct.
688: 24      Q.   And that concept is one I
689: 1         think you discussed yesterday. What that
689: 2         means conventionally is that the relative
689: 3         risk is above 1, and you talked about
689: 4         the -- I'm sorry, the confidence
689: 5         intervals would not include the number 1,
689: 6         right?
689: 7      A.   Correct.
689: 8      Q.   And there's a p-value that
689: 9         had to be, was it lower or higher than
689: 10         .05?
689: 11      A.   Lower than .05.
689: 12      Q.   Lower than .05.
689: 13         And so that's what's meant
689: 14         in your paper here that there's a
689: 15         statistically significant
689: 16         cardioprotective effect of naproxen,
689: 17         right?
689: 18      A.   That's right.
689: 19      Q.   And a 15 percent reduction,
689: 20         would you consider that to be clinically
689: 21         significant?
689: 22      A.   It can be. It depends what
689: 23         you're looking at.

**358 690:15   -   697:20**    Avorn, Jerome 2006-06-30                                   Sustained.

690: 15      Q.   I'm going to hand you what
690: 16         we've marked as Exhibit 51. And this, I
690: 17         will represent to you, sir, we went on
690: 18         the Brigham and Women's Hospital health
690: 19         information website, and last night we
690: 20         copied this article off of it.
690: 21      MR. BUCHANAN: Can I just
690: 22      have an objection?
690: 23      MR. BECK: Sure.
690: 24      MR. TISI: I assume you're
691: 1      going to give him an opportunity
691: 2      to read it?
691: 3      MR. BECK: Yeah. I'm going
691: 4      to ask him some questions about
691: 5      it.
691: 6      THE WITNESS: I didn't even
691: 7      know we had a health information
691: 8      website.
691: 9      BY MR. BECK:

| | | Objections | Ruling in Barnett |
|---|---|---|---|

691: 10    Q. You did not know that?
691: 11    A. No.
691: 12        MR. TISI: Okay.
691: 13        Have you had an opportunity
691: 14        to read it?
691: 15        THE WITNESS: No, I haven't.
691: 16        MR. BECK: Okay.
691: 17        Why don't we --
691: 18        MR. TISI: Perhaps we can go
691: 19        off the record for a moment and
691: 20        let --
691: 21        MR. BECK: Sure.
691: 22        Let's go off the record and
691: 23        off the video. It's two pages
691: 24        long, so, we'll take a few minutes
692: 1        and you can read it over.
692: 2        THE WITNESS: Okay.
692: 3        THE VIDEOTAPE TECHNICIAN:
692: 4        The time is 2:19. We are off the
692: 5        record.
692: 6        - - -
692: 7        (Whereupon, a recess was
692: 8        taken from 2:19 p.m. until
692: 9        2:22 p.m.)
692: 10        - - -
692: 11        THE VIDEOTAPE TECHNICIAN:
692: 12        We're back on the record. The
692: 13        time is 2:22.
692: 14        BY MR. BECK:
692: 15    Q. I've put Exhibit 51 on the
692: 16        screen. And is this, up in the top
692: 17        left-hand corner, the Brigham and Women's
692: 18        Hospital, is that the logo for the
692: 19        Brigham and Women's Hospital?
692: 20    A. Yes, it is.
692: 21        MR. BUCHANAN: I'm just
692: 22        going to object to this
692: 23        publication on separate grounds
692: 24        that I don't believe a proper
693: 1        foundation has been laid as a
693: 2        learned treatise.
693: 3        BY MR. BECK:
693: 4    Q. And does the Brigham and
693: 5        Women's Hospital have a website?
693: 6    A. Yes.
693: 7    Q. Okay.
693: 8        And do you see that this a
693: 9        paper by someone named Laurie LaRusso?
693: 10    A. It's not a paper.
693: 11    Q. It is --
693: 12    A. I don't know what it is, but
693: 13        it certainly is not a paper in the sense
693: 14        that we have been talking about papers in
693: 15        the medical literature.
693: 16    Q. Okay.
693: 17    A. It is two pages of web text.
693: 18    Q. It's two pages of what's
693: 19        called on the website of Brigham and
693: 20        Women's Hospital "Health Information,"
693: 21        correct?
693: 22    A. Right.
693: 23    Q. And the question that Ms.
693: 24        LaRusso is addressing in this posting on
694: 1        the Brigham and Women's Hospital is, "Can
694: 2        ibuprofen and naproxen protect against

| | | | |
|---|---|---|---|
| 694: 3 | heart attack?"  Do you see that? | | |
| 694: 4 | A.   Yes. | | |
| 694: 5 | Q.   And do you see where she | | |
| 694: 6 | says that "Two studies recently published | | |
| 694: 7 | in the Archives of Internal Medicine | | |
| 694: 8 | suggest that prescription strength | | |
| 694: 9 | naproxen may be the only non-aspirin | | |
| 694: 10 | NSAID that reduces the risk of heart | | |
| 694: 11 | attack." | | |
| 694: 12 | Do you see that? | | |
| 694: 13 | A.   Right.  Yes, I do. | | |
| 694: 14 | MR. BUCHANAN:  Can you help | | |
| 694: 15 | me out, Counsel, just as to where | | |
| 694: 16 | you are? | | |
| 694: 17 | MR. BECK:  Yeah. | | |
| 694: 18 | MR. BUCHANAN:  I see it on | | |
| 694: 19 | the screen, I just don't know | | |
| 694: 20 | where that came from. | | |
| 694: 21 | MR. BECK:  Right underneath | | |
| 694: 22 | where the blowup is.  It's the | | |
| 694: 23 | line right above "About the | | |
| 694: 24 | Studies." | | |
| 695: 1 | MR. BUCHANAN:  Okay. | | |
| 695: 2 | BY MR. BECK: | | |
| 695: 3 | Q.   And having looked this over | | |
| 695: 4 | and seen the second page of what sources | | |
| 695: 5 | she's talking about, do you understand | | |
| 695: 6 | that one of the two studies she's | | |
| 695: 7 | referring to is your study? | | |
| 695: 8 | A.   Right. | | |
| 695: 9 | Q.   Then on the second page, | | |
| 695: 10 | just going to the last paragraph, it | | |
| 695: 11 | says, "Many older people take | | |
| 695: 12 | prescription NSAIDs to relieve arthritis | | |
| 695: 13 | symptoms.  By virtue of their age, these | | |
| 695: 14 | same people are at increased risk for | | |
| 695: 15 | heart attack.  A study published in | | |
| 695: 16 | November of 2000 found that the NSAID | | |
| 695: 17 | rofecoxib (Vioxx) increased the risk of | | |
| 695: 18 | heart attack compared with naproxen." | | |
| 695: 19 | And then she says, "These | | |
| 695: 20 | two new studies in Archives suggest that | | |
| 695: 21 | the apparent increased heart attack risk | | |
| 695: 22 | associated with rofecoxib was likely a | | |
| 695: 23 | result of the beneficial effects of | | |
| 695: 24 | naproxen rather than any hazardous | | |
| 696: 1 | effects of rofecoxib." | | |
| 696: 2 | Is that what she says here? | | |
| 696: 3 | MR. BUCHANAN:  Objection, | | |
| 696: 4 | form, hearsay. | | |
| 696: 5 | MR. TISI:  Same objections. | | |
| 696: 6 | THE WITNESS:  I have been at | | |
| 696: 7 | the Brigham for 14 years.  I've | | |
| 696: 8 | never heard of Laurie LaRusso. | | |
| 696: 9 | She's not a physician, she's not | | |
| 696: 10 | an epidemiologist.  I don't know | | |
| 696: 11 | what the degree ELS means.  I | | |
| 696: 12 | didn't even know our hospital had | | |
| 696: 13 | a health information website.  But | | |
| 696: 14 | I can tell you that when I get | | |
| 696: 15 | back there next week, I'm going to | | |
| 696: 16 | have them take garbage like this | | |
| 696: 17 | off because it's four years old. | | |
| 696: 18 | It's written by somebody who | | |
| 696: 19 | clearly did not understand the | | |

| | Objections | Ruling in Barnett |
|---|---|---|

696: 20    papers.  It has not been
696: 21    peer-reviewed.  It is incorrect.
696: 22    And I don't know who Richard
696: 23    Glickman Simon was who last
696: 24    reviewed this site in May of 2002.
697: 1      BY MR. BECK:
697: 2    Q.  That was --
697: 3      You're just blowing up the
697: 4      thing that I think you are referring to?
697: 5    A.  Right.
697: 6    Q.  "Last reviewed, May of 2002
697: 7      by Richard Glickman-Simon, M.D."
697: 8    A.  I know most of --
697: 9    Q.  You know what that is --
697: 10    A.  Yes.  But I know most of the
697: 11      doctors who are at the Brigham who are in
697: 12      this area.  I have never heard of Richard
697: 13      Glickman-Simon.  I've never heard of
697: 14      Laurie LaRusso.  I don't know what kind
697: 15      of training she has.  And this is just
697: 16      garbage that somebody at the hospital had
697: 17      the bad judgment to put up on the web
697: 18      from four years ago and never had the
697: 19      sense to take off.  Her conclusions are
697: 20      silly and really are beneath our

359 698:16  -  699:1    Avorn, Jerome 2006-06-30
698: 16    Q.  I'm handing you what we've
698: 17      marked as Exhibit 52.  Do you recognize
698: 18      that publication?
698: 19    A.  Yes.  It is worthy of
698: 20      discussion since I was a co-author of it.
698: 21      Sorry.  It's late.
698: 22      No.  In all seriousness, it
698: 23      it's also in a real journal, and it is
698: 24      written by people who have actually done
699: 1      research in this area.

360 699:6  -  700:3    Avorn, Jerome 2006-06-30
699: 6    Q.  As you indicated, you are
699: 7      one of the authors right?
699: 8    A.  Right.
699: 9    Q.  Along with your colleague,
699: 10      Dr. Solomon, whom you referenced several
699: 11      times yesterday?
699: 12    A.  Correct.
699: 13    Q.  And what's the date of this
699: 14      study?
699: 15    A.  It was published in 2003.
699: 16    Q.  And what publication was it
699: 17      in?
699: 18    A.  Current Opinion in
699: 19      Rheumatology.
699: 20    Q.  Now, is this an article
699: 21      where you, among other things, review the
699: 22      results of studies done by other people,
699: 23      as well as yourself?
699: 24    A.  Yes.
700: 1    Q.  And let's start on Page 123.
700: 2      So, that would be the second page of your
700: 3      article.  I want to focus on the

361 700:3  -  701:2    Avorn, Jerome 2006-06-30
700: 3      article.  I want to focus on the
700: 4      paragraph in the first column toward the

| | Objections | Ruling in Barnett |
|---|---|---|

700: 5      bottom. Are you with me?

700: 6   A.   Yes, I am. I am.

700: 7   Q.   Okay.

700: 8      And you say, "Four studies

700: 9      were published in 2002 examining whether

700: 10      naproxen is associated with a reduced

700: 11      risk of acute myocardial infarction."

700: 12      And then you cite those four

700: 13      studies, right?

700: 14   A.   Right.

700: 15   Q.   And then you say, "All used

700: 16      similar methods, analyzing very large

700: 17      claims databases from a number of

700: 18      different healthcare systems," right?

700: 19   A.   Right.

700: 20   Q.   "The results were quite

700: 21      consistent. Three found in primary

700: 22      analyses that naproxen was associated

700: 23      with a 17 to 39% reduction in acute

700: 24      myocardial infarction compared with other

701: 1      nonselective NSAIDs," correct?

701: 2   A.   Right.

**362 702:23  -  703:4**     Avorn, Jerome 2006-06-30

702: 23      Is it correct that these

702: 24      three other studies found a reduction in

703: 1      heart attacks in people using naproxen

703: 2      compared to other NSAIDs of 17 to 39

703: 3      percent?

703: 4   A.   Yes.

**703:5  -  706:10**     Avorn, Jerome 2006-06-30

703: 5   Q.   And let me ask you before we

703: 6      go to the table, are you telling me that

703: 7      that number can't really be compared to

703: 8      the 16 percent that you used because it's

703: 9      been adjusted in some way?

703: 10   A.   Correct. And you also need

703: 11      to point out, as you did, that the study

703: 12      by Ray, et al., initially found a zero

703: 13      reduction. And it was the adjustment

703: 14      that I wanted to talk about that is where

703: 15      you get the numbers that you read.

703: 16   Q.   Okay.

703: 17      And you want to talk about

703: 18      an adjustment?

703: 19   A.   Right.

703: 20   Q.   Do you want me to show Table

703: 21      1?

703: 22   A.   Sure.

703: 23   Q.   Okay.

703: 24   A.   Because where these numbers

704: 1      come from was, to try and make the

704: 2      studies comparable, we took the parent

704: 3      findings, which for Ray, that first line,

704: 4      would have been no reduction. And we

704: 5      then, as it says in the caption, excluded

704: 6      persons with a prior heart attack or

704: 7      stroke to reduce confounding by

704: 8      unmeasured aspirin use. And what that

704: 9      means is that we wanted to make sure that

704: 10      there were not people on aspirin in the

704: 11      studies. And so we looked at a subset of

704: 12      the rate studies so that instead of no

704: 13      effect, that caused a, I guess, 17

| | | Objections | Ruling in Barnett |
|---|---|---|---|

704: 14      percent reduction. And that's why our
704: 15      number is 82 and not 86, as it was in the
704: 16      original paper.
704: 17   Q. Okay.
704: 18      So, let me ask, then. So,
704: 19      your study was one of the three studies
704: 20      that's referenced --
704: 21      Your study that we talked
704: 22      about and we were saying 16 percent --
704: 23   A. Right.
704: 24   Q. -- is one of the three
705: 1      studies that is referenced in here where
705: 2      it talks about 17-39 percent, right?
705: 3   A. Right.
705: 4   Q. And adjustments were made to
705: 5      yours, and so which one -- where does
705: 6      yours fall in the 17 to 39 percent?
705: 7   A. Well, it has to do with
705: 8      whether you are looking at excluding
705: 9      people who have had a heart attack or
705: 10      stroke. And that's what the numbers in
705: 11      this are.
705: 12   Q. Right.
705: 13   A. Whereas the numbers in the
705: 14      original paper are all comers, everybody.
705: 15   Q. Yeah, I understand that.
705: 16      And when we look at the 17 to 39 percent
705: 17      reduction --
705: 18   A. Right.
705: 19   Q. -- you've explained, and I
705: 20      appreciate it, that one of the three
705: 21      studies was actually the one that we've
705: 22      been talking about that you did --
705: 23   A. Right.
705: 24   Q. -- before, we said 16
706: 1      percent, but an adjustment has been made?
706: 2   A. Right. If you take out
706: 3      everyone who had a heart attack or
706: 4      stroke, it goes from 16 percent to 18
706: 5      percent.
706: 6   Q. 18 percent.
706: 7      So, yours is still on the
706: 8      low side in terms of what the three
706: 9      studies from 2002 found in terms of
706: 10      reduction in heart attack risk?

364 706:15  -  707:12     Avorn, Jerome 2006-06-30
706: 15      THE WITNESS: No. I think
706: 16      79, 82, 83 would all be considered
706: 17      about the same number.
706: 18      BY MR. BECK:
706: 19   Q. 17 to --
706: 20   A. I'm sorry. 79. I'm reading
706: 21      the actual -- I'm reading the actual
706: 22      adjusted risk. So, it's 100 minus those
706: 23      numbers. So, what I'm saying is, if you
706: 24      have a relative risk or an odds ratio of
707: 1      82 percent, 83 percent, 79 percent, we
707: 2      would consider those to be pretty close
707: 3      to being the same number.
707: 4   Q. Well, would you consider a
707: 5      17 percent reduction in heart attacks to
707: 6      be pretty close to a 39 percent reduction
707: 7      in heart attacks?
707: 8   A. No. The 39 was seen on the

| | | Re: 707:8-9 | Re: 707:8-707:9 |
|---|---|---|---|

| | Objections | Ruling in Barnett |
|---|---|---|

707: 9       paper by Dr. Watson, who works for Merck.

707: 10      Q.  And yours, I guess, would be

707: 11       18 on this scale?

707: 12      A.  Correct.

**Def. Obj:** Answer after "no"; non-responsive.

Overruled

365 708:8  -  709:24    Avorn, Jerome 2006-06-30

708: 8      Q.  And is Exhibit 7 the same

708: 9       document that I am showing up on the

708: 10       screen?

708: 11      A.  Yes.

708: 12      Q.  And you just indicated this

708: 13       is a Circulation paper, meaning it was

708: 14       the one published in the journal

708: 15       Circulation?

708: 16      A.  Correct.

708: 17      Q.  And what year was this one

708: 18       published in?

708: 19      A.  2004.

708: 20      Q.  And you discussed this

708: 21       article with Mr. Tisi yesterday.  Do you

708: 22       remember that?

708: 23      A.  That's right.

708: 24      Q.  And, in particular, you

709: 1       talked about the fact that Dr. Cannuscio

709: 2       does not appear as an author on this

709: 3       article as it was eventually published,

709: 4       correct?

709: 5      A.  That's right.

709: 6      Q.  All right.

709: 7       And I'll come back to that

709: 8       subject in a little bit.

709: 9       Yesterday when you were

709: 10       testifying about the findings in this

709: 11       article, you indicated that you found an

709: 12       increased risk using Vioxx for 30 days.

709: 13       Do you remember that?

709: 14      A.  For up to 30 days.

709: 15      Q.  Up to 30 days.

709: 16       And you also said yesterday

709: 17       that there was an increased risk that you

709: 18       found using Vioxx up to 90 days.  Do you

709: 19       remember that?

709: 20      A.  That's right.

709: 21      Q.  You did not testify

709: 22       yesterday, did you, about what your paper

709: 23       found concerning people who used Vioxx

709: 24       for more than 90 days?

366 710:5  -  711:1    Avorn, Jerome 2006-06-30

710: 5       THE WITNESS:  I don't

710: 6       remember if we covered it, but we

710: 7       can cover it now.

710: 8       BY MR. BECK:

710: 9      Q.  Well, in fact, what you

710: 10       found in your paper is that there was no

710: 11       increased risk of heart attack for people

710: 12       who use Vioxx after 90 days, right?

710: 13      A.  Almost right.  I think the

710: 14       correct way to state it is we did not

710: 15       find an increase in risk in people who

710: 16       used it over 90 days.  That's a little

710: 17       different from saying we show that there

710: 18       was no risk.

710: 19      Q.  Okay.

710: 20       You did not find any risk

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | |
|---|---|
| 710: 21 | whatsoever in heart attacks for people |
| 710: 22 | who used Vioxx for 90 days or more? |
| 710: 23 | A.   That's correct. |
| 710: 24 | Q.   And in the conclusion |
| 711: 1 | section of this article, is that what is |

**367 711:1   -   711:13     Avorn, Jerome 2006-06-30**

| | |
|---|---|
| 711: 1 | section of this article, is that what is |
| 711: 2 | included in this sentence that I've |
| 711: 3 | highlighted here that says, "The risk was |
| 711: 4 | elevated in the first 90 days of use, but |
| 711: 5 | not thereafter"? |
| 711: 6 | A.   That's correct.  Our belief |
| 711: 7 | is that people who were having difficulty |
| 711: 8 | with the drug in the first 90 days |
| 711: 9 | stopped taking it. |
| 711: 10 | Q.   Well, what you found was |
| 711: 11 | that there was no elevation in risk after |
| 711: 12 | 90 days of use, right? |
| 711: 13 | A.   Right. |

**368 711:20   -   712:18     Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 711: 20 | Q.   Did you set forth that | **Re: 711:20-712:13** |
| 711: 21 | belief your article? | **Def. Obj:** Non-responsive |
| 711: 22 | A.   I can look and see, but I | speech; comments about |
| 711: 23 | think even Merck agrees that there is a | Merck inaccurate and |
| 711: 24 | risk after 90 days.  So, I'm trying to | not the proper subject |
| 712: 1 | understand why it is that we found no | of expert testimony; |
| 712: 2 | risk.  And I think that in an | witness is not qualified |
| 712: 3 | observational study, as you said, where | to testify about what |
| 712: 4 | we do not give people drugs in a kind of | Merck "agrees" to. |
| 712: 5 | clinical trial setting, we can't make | |
| 712: 6 | people stay on the drug.  And if somebody | |
| 712: 7 | is having problems with the drug, we | |
| 712: 8 | often see in an observational study that | |
| 712: 9 | people who are having difficulty with the | |
| 712: 10 | drug stop taking the drug.  And my | |
| 712: 11 | belief, as the senior author of the | |
| 712: 12 | paper, is that that is probably why we | |
| 712: 13 | did not see a risk after 90 days. | |

Re: 711:20-712:13
Overruled.

Sustained

| | |
|---|---|
| 712: 14 | Q.   Well, the kind of |
| 712: 15 | difficulties that they have on a drug |
| 712: 16 | like this would be gastrointestinal |
| 712: 17 | difficulties or it wasn't working to |
| 712: 18 | relieve their pain, right? |

**369 712:21   -   713:24     Avorn, Jerome 2006-06-30**

| | |
|---|---|
| 712: 21 | THE WITNESS:  No.  The |
| 712: 22 | differences I'm thinking of is |
| 712: 23 | people's whose blood pressure went |
| 712: 24 | up, people who develop chest pain, |
| 713: 1 | people who develop congestive |
| 713: 2 | heart failure, all which are known |
| 713: 3 | side effects of Vioxx, may well |
| 713: 4 | have dropped out of taking the |
| 713: 5 | drugs since they were just in |
| 713: 6 | normal care.  And I believe that |
| 713: 7 | that is why, after 90 days, we |
| 713: 8 | didn't see the risk. |
| 713: 9 | BY MR. BECK: |
| 713: 10 | Q.   Why don't we take a break, |
| 713: 11 | and I would like you to read through your |
| 713: 12 | article, and when we come back from the |
| 713: 13 | break, tell me whether there is anywhere |
| 713: 14 | at all in your article where you say |

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

| 713: 15 | anything that would support your last | | |
| 713: 16 | answer. | | |
| 713: 17 | A. I can save time and tell you | Re: 713:17-24 | Re: 713:17-713:24 |
| 713: 18 | right now that it's not there because | **Def. Obj:** Non-responsive | Overruled |
| 713: 19 | it's my current understanding of what our | after "findings-" talks | |
| 713: 20 | findings -- why our findings were as they | about "consensus" | |
| 713: 21 | are in light of the consensus opinion now | opinion; improper | |
| 713: 22 | that Vioxx does cause heart attacks after | expert testimony | *Overruled* |
| 713: 23 | 90 days, but we did not engage in that | hearsay. | |
| 713: 24 | speculation in the paper. | | |

370 **714:4   -   720:14**   Avorn, Jerome 2006-06-30

| 714: 4 | You compared the use of |
| 714: 5 | Vioxx to the use of Celebrex, as well as |
| 714: 6 | the use of other traditional NSAIDs.  And |
| 714: 7 | did you also compare it to people who |
| 714: 8 | didn't use any NSAIDs at all? |
| 714: 9 | A.  Right. |
| 714: 10 | Q.  Okay. |
| 714: 11 | So, first, I want to talk |
| 714: 12 | about what you found with Vioxx versus |
| 714: 13 | Celebrex during this first 90 days of use |
| 714: 14 | where you found an elevated risk. |
| 714: 15 | A.  Right. |
| 714: 16 | Q.  Okay. |
| 714: 17 | We've talked yesterday and |
| 714: 18 | today about the concept of statistical |
| 714: 19 | significance.  And you talked about |
| 714: 20 | p-values and confidence intervals.  Do |
| 714: 21 | you remember that? |
| 714: 22 | A.  Right. |
| 714: 23 | Q.  And am I correct, Doctor, |
| 714: 24 | that those things, the p-values and |
| 715: 1 | confidence intervals, are used to |
| 715: 2 | basically estimate the likelihood that |
| 715: 3 | something is due to chance? |
| 715: 4 | A.  Exactly. |
| 715: 5 | Q.  There's another statistical |
| 715: 6 | concept that runs throughout many of the |
| 715: 7 | articles we've looked at called relative |
| 715: 8 | risk, correct? |
| 715: 9 | A.  Correct. |
| 715: 10 | Q.  And sometimes that's |
| 715: 11 | abbreviated as RR, right? |
| 715: 12 | A.  Correct. |
| 715: 13 | Q.  And then sometimes I've seen |
| 715: 14 | it referred to as OR.  What's that mean? |
| 715: 15 | A.  That's odds ratio, which for |
| 715: 16 | events that are not common, is about the |
| 715: 17 | same as relative risk. |
| 715: 18 | Q.  Okay. |
| 715: 19 | Now, the statistical |
| 715: 20 | significance and confidence intervals, as |
| 715: 21 | we said, that's, you know, how likely |
| 715: 22 | something is that it is due to chance, |
| 715: 23 | but then relative risk is a different |
| 715: 24 | concept, and am I right that it's |
| 716: 1 | basically a measurement of how much |
| 716: 2 | higher is the risk? |
| 716: 3 | A.  Exactly right. |
| 716: 4 | Q.  Okay. |
| 716: 5 | So, that -- |
| 716: 6 | And the way that it's |
| 716: 7 | presented typically in one of these |
| 716: 8 | papers is that if the relative risk is 1, |

716: 9    say if you're comparing Vioxx to no use
716: 10   of medicine at all, and there was a
716: 11   relative risk of 1, that would mean that
716: 12   Vioxx was the equivalent of not using any
716: 13   medicine at all, right?
716: 14  A.  Correct.
716: 15  Q.  So, 1 is kind of the
716: 16   baseline, right?
716: 17  A.  Correct.
716: 18  Q.  And then, for example, if it
716: 19   were 2, 2.0, that would mean that the
716: 20   risk of whichever the drug was is two
716: 21   times greater than the other one, right?
716: 22  A.  Well, the risk of a given
716: 23   event if you take that drug is twice,
716: 24   yes.
717: 1   Q.  Okay.
717: 2    So, if you were measuring
717: 3    heart attacks with drug A and drug B, and
717: 4    drug A had a relative risk of 2, then you
717: 5    would be saying that the chance or risk
717: 6    that that person using that drug would
717: 7    have a heart attack is twice as high as
717: 8    somebody using the other drug?
717: 9   A.  Exactly.
717: 10  Q.  10 would be 10 times as
717: 11   high?
717: 12  A.  Correct.
717: 13  Q.  Okay.
717: 14   So, let's go back to your
717: 15   article here.  Turn over to Table 2 on
717: 16   Page 2071.
717: 17  A.  Got it.
717: 18  Q.  And I'm going to highlight
717: 19   the first half or so of that so that it's
717: 20   just a little bit more legible.  And I
717: 21   want to take a few minutes and walk
717: 22   through this if you'll bear with me, and
717: 23   I think it may help the jury understand
717: 24   it.
718: 1   A.  Okay.
718: 2   Q.  The title is "Adjusted
718: 3    Association Between Coxibs and Acute
718: 4    Myocardial Infarction."
718: 5    Now, that means you're
718: 6    looking at the relative risk comparing
718: 7    certain drugs to other drugs or no drugs
718: 8    at all.  And what you're doing is looking
718: 9    at that in terms of heart attacks, right?
718: 10  A.  Correct.
718: 11  Q.  Okay.
718: 12   So, just looking at the
718: 13   first one, it says, "Exposure" and then
718: 14   "Reference group" in the heading on the
718: 15   first column.  Do you see that?
718: 16  A.  Right.
718: 17  Q.  And then we have the
718: 18   "adjusted odds ratio," which has two
718: 19   components to it, right?  And the
718: 20   "p-value" over here; is that correct?
718: 21  A.  Correct, right.
718: 22  Q.  Okay.
718: 23   And let's see if we can make
718: 24   that a little more concrete by, we'll
719: 1    take the first example.

| | |
|---|---|
| 719: 2 | So, the exposure that the |
| 719: 3 | drug that you're measuring the risk of in |
| 719: 4 | this first item is rofecoxib, being |
| 719: 5 | Vioxx, right? |
| 719: 6 | A.  Correct. |
| 719: 7 | Q.  And the reference group or |
| 719: 8 | the drug that you're comparing it to is |
| 719: 9 | celecoxib or Celebrex, right? |
| 719: 10 | A.  That's right. |
| 719: 11 | Q.  And is this for this 90-day |
| 719: 12 | period or is this for -- |
| 719: 13 | A.  This is, I believe, for all |
| 719: 14 | periods studied. |
| 719: 15 | Q.  Okay. |
| 719: 16 | And so when you compare it |
| 719: 17 | in this first item, Vioxx to Celebrex, |
| 719: 18 | what you found was a relative risk or |
| 719: 19 | odds ratio of 1.24, right? |
| 719: 20 | A.  Correct. |
| 719: 21 | Q.  So, higher than even, but |
| 719: 22 | less than twice as much, right? |
| 719: 23 | A.  Correct. |
| 719: 24 | Q.  And then there's this |
| 720: 1 | confidence interval that we talked about |
| 720: 2 | before, and that bracket is above 1.0, |
| 720: 3 | and, therefore, traditionally it would be |
| 720: 4 | considered statistically significant? |
| 720: 5 | A.  Correct. |
| 720: 6 | Q.  And then the p-value, using |
| 720: 7 | the p-value, would that be statistically |
| 720: 8 | significant? |
| 720: 9 | A.  Correct. |
| 720: 10 | Q.  And that's because it's |
| 720: 11 | above or below .05? |
| 720: 12 | A.  Less than .05. |
| 720: 13 | Q.  Less than .05. |
| 720: 14 | A.  Right. |

371 **720:15  -  722:9**     Avorn, Jerome 2006-06-30

| | |
|---|---|
| 720: 15 | Q.  Where on this table is it |
| 720: 16 | indicated, or is it not, how long the use |
| 720: 17 | is for this comparison of Vioxx versus |
| 720: 18 | Celebrex? |
| 720: 19 | A.  This is everybody in this |
| 720: 20 | study.  This table includes all the data |
| 720: 21 | we had.  So, it's all durations of use. |
| 720: 22 | Q.  Okay. |
| 720: 23 | Now, we talked about the |
| 720: 24 | relative risk or odds ratio, this number |
| 721: 1 | 1.24.  Is it true, Doctor, that |
| 721: 2 | epidemiologists generally consider an |
| 721: 3 | association with a relative risk of less |
| 721: 4 | than 2 to be a weak association? |
| 721: 5 | A.  No.  That is not a universal |
| 721: 6 | view at all.  Some people believe that, |
| 721: 7 | others don't. |
| 721: 8 | Q.  Are you familiar with Dr. |
| 721: 9 | Brian Strom? |
| 721: 10 | A.  Yes, I am. |
| 721: 11 | Q.  And his publication, |
| 721: 12 | Pharmacoepidemiology? |
| 721: 13 | A.  You mean his textbook or the |
| 721: 14 | journal?  I think you mean the textbook. |
| 721: 15 | Q.  Yes. |
| 721: 16 | A.  Yes. |

|  |  |
|---|---|
| 721: 17 | Q.  In fact, I'll hand you the |
| 721: 18 | text. |
| 721: 19 | A.  Yes. |
| 721: 20 | Q.  You're familiar with his |
| 721: 21 | textbook, Pharmacoepidemiology? |
| 721: 22 | A.  I am, yes. |
| 721: 23 | Q.  And I think you have |
| 721: 24 | indicated before that you consider Dr. |
| 722: 1 | Strom's textbook, Pharmacoepidemiology, |
| 722: 2 | to be one of the three or four leading |
| 722: 3 | textbooks in the field.  Is that a fair |
| 722: 4 | statement? |
| 722: 5 | A.  Yes, right. |
| 722: 6 | Q.  Okay. |
| 722: 7 | I'll just hand you the |
| 722: 8 | textbook here. |
| 722: 9 | A.  Got it. |

**372 722:20   -   722:21**    Avorn, Jerome 2006-06-30

|  |  |
|---|---|
| 722: 20 | Q.  So, Exhibit 53 is an excerpt |
| 722: 21 | from this book, and it's -- |

**373 724:14   -   725:3**    Avorn, Jerome 2006-06-30

|  |  |
|---|---|
| 724: 14 | Q.  Doctor, before we took a |
| 724: 15 | break, we had looked at a table from your |
| 724: 16 | article showing a relative risk of Vioxx |
| 724: 17 | versus Celebrex of 1.24, and then I had |
| 724: 18 | asked you whether a relative risk of less |
| 724: 19 | than 2 was considered by epidemiologists |
| 724: 20 | to be a weak association.  You had |
| 724: 21 | answered that question, and then I had |
| 724: 22 | given you this textbook by Dr. Strom. |
| 724: 23 | And I think you already indicated that |
| 724: 24 | he's a leading man in the field and this |
| 725: 1 | book is one of the three or four most |
| 725: 2 | authoritative textbooks in the field of |
| 725: 3 | pharmacoepidemiology, right? |

**374 725:7   -   726:4**    Avorn, Jerome 2006-06-30

|  |  |
|---|---|
| 725: 7 | Q.  I think you were nodding |
| 725: 8 | yes; is that right? |
| 725: 9 | A.  Correct. |
| 725: 10 | Q.  Okay. |
| 725: 11 | And when I handed it to you |
| 725: 12 | and referred you to Page 20, you asked to |
| 725: 13 | see the book itself, and one of the |
| 725: 14 | reasons is you wanted to see who actually |
| 725: 15 | wrote the chapter, right? |
| 725: 16 | A.  Right. |
| 725: 17 | Q.  Because it is one thing if |
| 725: 18 | the book is edited by Dr. Strom, it's |
| 725: 19 | another thing if the chapter is written |
| 725: 20 | some guy you've never heard of, right? |
| 725: 21 | A.  Correct. |
| 725: 22 | Q.  Who wrote the chapter? |
| 725: 23 | A.  Dr. Strom. |
| 725: 24 | Q.  Okay. |
| 726: 1 | So, Dr. Strom, himself, |
| 726: 2 | wrote the chapter that Page 20 is on, and |
| 726: 3 | according to Dr. Strom -- |
| 726: 4 | A.  I have it here. |

**375 726:9   -   727:17**    Avorn, Jerome 2006-06-30

|  |  |
|---|---|
| 726: 9 | Q.  According to Dr. Strom, does |
| 726: 10 | he state here, "Conventionally, |

| | |
|---|---|
| 726: 11 | epidemiologists consider an association |
| 726: 12 | with a relative risk of less than 2 a |
| 726: 13 | weak association"? |
| 726: 14 | A.  Correct.  Correct that he |
| 726: 15 | says that.  I don't agree with that |
| 726: 16 | statement. |
| 726: 17 | Q.  You disagree with Dr. Strom |
| 726: 18 | on that? |
| 726: 19 | A.  That's right.  And if I can |
| 726: 20 | explain why I disagree.  I think if I |
| 726: 21 | were to say to a patient, here's drug X, |
| 726: 22 | it doesn't work any better than drug Y in |
| 726: 23 | your case, but it will increase your risk |
| 726: 24 | of heart attack or stroke by 90 percent, |
| 727: 1 | would you like this drug or would you |
| 727: 2 | like the other drug, in my experience, |
| 727: 3 | patients would say, why would I want a |
| 727: 4 | drug that increases my risk of a heart |
| 727: 5 | attack or stroke by 90 percent as, in |
| 727: 6 | fact, Vioxx does?  An increase of 90 |
| 727: 7 | percent would be a relative risk of less |
| 727: 8 | than 2.0.  Most of us would not want to |
| 727: 9 | incur a risk of 90 percent increase. |
| 727: 10 | Q.  Well, of course, one of the |
| 727: 11 | things that epidemiologists and |
| 727: 12 | statisticians do is they look at the |
| 727: 13 | strength of associations to see how |
| 727: 14 | likely something really is and to draw |
| 727: 15 | judgments that lay people might not be in |
| 727: 16 | a position to draw, right? |
| 727: 17 | A.  Right. |

**376 728:11   -   728:13**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 11 | Q.  In any event, the |
| 728: 12 | association that we were looking at in |
| 728: 13 | your article on Vioxx versus Celebrex, |

**377 728:14   -   728:16**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 14 | I'll put that back up on the screen, that |
| 728: 15 | was an association that was just 1.24, |
| 728: 16 | right? |

**378 728:19   -   728:22**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 728: 19 | THE WITNESS:  I wouldn't use |
| 728: 20 | the "just."  The association was |
| 728: 21 | 1.24 or a nearly 25 percent |
| 728: 22 | increase in risk. |

**379 729:1   -   731:2**   Avorn, Jerome 2006-06-30

| | |
|---|---|
| 729: 1 | You testified yesterday that |
| 729: 2 | your 2004 study showed an increased risk |
| 729: 3 | with a variety of comparison drugs.  Do |
| 729: 4 | you remember that? |
| 729: 5 | A.  Yes. |
| 729: 6 | Q.  Let's look here.  Rofecoxib, |
| 729: 7 | which is Vioxx -- I just want to look |
| 729: 8 | here. |
| 729: 9 | We've already looked at |
| 729: 10 | rofecoxib versus Celebrex, right? |
| 729: 11 | A.  Right. |
| 729: 12 | Q.  Now here is rofecoxib or |
| 729: 13 | Vioxx versus naproxen, and there, the |
| 729: 14 | relative risk is lower, it's 1.17, right? |
| 729: 15 | A.  Right. |
| 729: 16 | Q.  And also there the |

| | Objections | Ruling in Barnett |
|---|---|---|

729: 17    confidence interval goes below 1.0,
729: 18    right?
729: 19  A.  Right.
729: 20  Q.  And under conventional
729: 21    approaches to this sort of thing, that
729: 22    would not be considered statistically
729: 23    significant, correct?
729: 24  A.  Right.
730: 1  Q.  And then you also -- so,
730: 2    just to put that in layman's terms, from
730: 3    a statistical point of view, when you
730: 4    compared Vioxx to naproxen in your study,
730: 5    there basically was no difference in
730: 6    terms of the effect, no statistically
730: 7    significant difference, right?
730: 8  A.  Right.
730: 9  Q.  Okay.
730: 10    And similarly, we have Vioxx
730: 11    down here versus ibuprofen.  Do you see
730: 12    that?
730: 13  A.  Right.
730: 14  Q.  That's another NSAID, right?
730: 15  A.  Right.
730: 16  Q.  And there the relative risk
730: 17    is 1.21, correct?
730: 18  A.  Right.
730: 19  Q.  And, again, the confidence
730: 20    interval that we talked about starts at
730: 21    .92.  So, that's below 1.0, right?
730: 22  A.  Right.
730: 23  Q.  So, again, that difference
730: 24    between Vioxx and ibuprofen is not
731: 1    statistically significant, correct?
731: 2  A.  That's right.

380 731:3   -  731:7    Avorn, Jerome 2006-06-30
731: 3  Q.  Yesterday you also testified
731: 4    that your 2004 study showed an increased
731: 5    risk of heart attacks with lower doses of
731: 6    Vioxx.  Do you remember that?
731: 7  A.  Right.

381 731:8   -  731:8    Avorn, Jerome 2006-06-30
731: 8  Q.  Let me show you -- I'm

382 731:8   -  732:10    Avorn, Jerome 2006-06-30
731: 8  Q.  Let me show you -- I'm
731: 9    sorry.  You already have this document in
731: 10    your stack somewhere.  Exhibit 28 from
731: 11    yesterday.
731: 12  A.  Can you tell me what it was?
731: 13  Q.  It was a collection of
731: 14    things that included the abstract that
731: 15    you published.
731: 16  A.  From the American College of
731: 17    Rheumatology?
731: 18  Q.  Yes.  The ACR document.
731: 19  A.  Got it.
731: 20  Q.  And the pages aren't
731: 21    numbered, but if you count, I think it
731: 22    was 17 we figured out yesterday, 17 or
731: 23    18, you'll find the abstract that you
731: 24    testified about?
732: 1  A.  You mean our paper?  Is that
732: 2    what you mean?

| Objections | Ruling in Barnett |
| --- | --- |

732: 3    Q.  Yes.  Your abstract.
732: 4    A.  Got it.
732: 5    Q.  Okay.
732: 6        So, do I have up on the
732: 7        screen the abstract that you published
732: 8        concerning this epidemiological study
732: 9        we've been talking about?
732: 10   A.  Right.

**383 734:4 - 737:4**    Avorn, Jerome 2006-06-30
734: 4    Q.  You identified this
734: 5        yesterday as an abstract that was
734: 6        presented somewhere?
734: 7    A.  Right.  The American College
734: 8        of Rheumatology.
734: 9    Q.  And you presented this
734: 10       abstract, and then later on you turned
734: 11       this abstract into the full blown article
734: 12       that we've been looking at, right?
734: 13   A.  That's right.
734: 14   Q.  Okay.
734: 15       And I want to just focus on
734: 16       this subject that I raised before we turn
734: 17       to this document, and that is, your
734: 18       testimony yesterday that the study that
734: 19       resulted in this abstract and your
734: 20       article, you said, showed an increased
734: 21       risk of heart attacks with lower doses of
734: 22       Vioxx.  Okay?
734: 23   A.  Right.
734: 24   Q.  Now, does this abstract
735: 1        break down the results of increased risk
735: 2        by dosage for Vioxx?
735: 3    A.  Yes.
735: 4    Q.  And is that in the "Results"
735: 5        section?
735: 6    A.  Yes.
735: 7    Q.  Okay.
735: 8        Let me blow up the "Results"
735: 9        section.  And there's a lot of
735: 10       information in the "Results" section.
735: 11       And I want to focus on where in the
735: 12       "Results" section you show the results
735: 13       for 25 milligrams or less of Vioxx.
735: 14   A.  Okay.
735: 15       Would you like me to
735: 16       identify that for you?
735: 17   Q.  Yes, I would.
735: 18   A.  Sure.  If you go to the
735: 19       third line which is where it says, "The
735: 20       adjusted relative risk of AMI."
735: 21   Q.  Right.
735: 22   A.  Okay.
735: 23       It's basically that line and
735: 24       the next line.
736: 1    Q.  The first line is above 25
736: 2        milligrams, right?
736: 3    A.  Right.  Keep going.
736: 4    Q.  Okay.
736: 5        And rofecoxib, is it here
736: 6        below 25 milligrams?
736: 7    A.  Correct.  And they both are
736: 8        significantly increased.
736: 9    Q.  So, for comparing Vioxx
736: 10       below 25 milligrams to Celebrex --

| | | Objections | Ruling in Barnett |
|---|---|---|---|

```
736: 11    A.  In the low dose.  We
736: 12            compared high dose of Vioxx to high
736: 13            dose of Celebrex and low dose of --
736: 14    Q.  Yeah, and I am just focusing
736: 15            on the low dose now.
736: 16    A.  Okay.
736: 17    Q.  So, comparing low-dose Vioxx
736: 18            to low-dose Celebrex, you had a relative
736: 19            risk or odds ratio of 1.21, correct?
736: 20    A.  Right.
736: 21    Q.  And then you had a
736: 22            confidence interval which starts just
736: 23            above the 1.0 mark, which is the
736: 24            traditional mark for statistical
737: 1             significance, right?
737: 2     A.  Right.
737: 3     Q.  So, that's the comparison of
737: 4             Vioxx versus Celebrex?
```

**384 737:6    -   737:19**   Avorn, Jerome 2006-06-30
```
737: 6             MR. BECK:  At low dose, yes.
737: 7             BY MR. BECK:
737: 8     Q.  And then does the next line
737: 9             talk about different doses of Vioxx
737: 10            compared to people who did not use any
737: 11            NSAID at all?
737: 12    A.  Right.
737: 13    Q.  And, again, focusing on the
737: 14            lower dose or the 25 milligram dose,
737: 15            there when you compare Vioxx 25 milligram
737: 16            to people who didn't use any NSAID at
737: 17            all, the relative risk was just 1.11,
737: 18            correct?
737: 19    A.  Right.
```

**385 737:20   -   737:24**   Avorn, Jerome 2006-06-30
```
737: 20    Q.  And there, the confidence
737: 21            interval actually was such where the
737: 22            lower number fell below 1.0, so, it means
737: 23            it's not even statistically significant,
737: 24            right?
```

**386 738:2    -   741:14**   Avorn, Jerome 2006-06-30
```
738: 2             THE WITNESS:  Yes.  But I
738: 3             need to explain the issue of
738: 4             significance, and it relates to
738: 5             your question earlier about the
738: 6             studies that compared Vioxx to
738: 7             placebo.
738: 8             If the comparison group --
738: 9             if any group is of small size, it
738: 10            is much less likely that the
738: 11            p-value will be statistically
738: 12            significant.  Again, this is sort
738: 13            of fancy statistics, but it is a
738: 14            universally agreed upon concept,
738: 15            that the smaller the group of
738: 16            people that you are studying,
738: 17            and/or the smaller of the
738: 18            comparison group, the more
738: 19            difficult it is to show
738: 20            statistical significance because
738: 21            that requires -- it's really a
738: 22            combination of two things, this
738: 23            significance stuff.  One is how
```

| | Objections | Ruling in Barnett |
|---|---|---|

738: 24     big the effect is; and the other

739: 1     is the size of the population that

739: 2     you are studying.

739: 3     So, for example -- and I'm

739: 4     sorry to go into length about

739: 5     this, but it is very important.

739: 6     If you were to do a study of

739: 7     smoking and lung cancer, and you

739: 8     only studied like 20 people, you

739: 9     might find no statistically

739: 10     significant connection between

739: 11     smoking and lung cancer, not

739: 12     because the effect isn't there,

739: 13     but because the size of the group

739: 14     that you are studying was too

739: 15     small.

739: 16     What we see here is that the

739: 17     no NSAID group, and if we go back

739: 18     to one of the tables, was a group

739: 19     that was small in size in terms of

739: 20     -- in our terms, we tend to have

739: 21     huge populations, but -- or was

739: 22     this other NSAIDs or no NSAIDs?

739: 23     BY MR. BECK:

739: 24 Q.   No NSAIDs.

740: 1 A.   No NSAIDs.

740: 2 Q.   What are you looking at

740: 3     right now?

740: 4 A.   Okay.

740: 5     I'm trying to look at the

740: 6     sizes of the group, because what I'm

740: 7     going by, Mr. Beck, and i think what's

740: 8     the relevant and most important depiction

740: 9     of the dose effect is what appears in the

740: 10     final paper, which is when you take all

740: 11     comers and not just pick selectively

740: 12     which comparison group you are going to

740: 13     look at. In the end of our results

740: 14     section in the paper, as it was actually

740: 15     published, what we say is that if you

740: 16     look at rofecoxib less than 25 milligrams

740: 17     or 25 or less, the odds ratio is 1.37 for

740: 18     everybody with a p-value of .0004, which

740: 19     is highly significant and was comparable

740: 20     to what we found for rofecoxib in the

740: 21     high dose, which was 1.38.

740: 22     And the point about the low

740: 23     dose is that it's a highly significant

740: 24     association if you take all comers. If

741: 1     you take ever smaller comparison groups,

741: 2     you are likely not to see significance.

741: 3 Q.   I'm just focusing on the

741: 4     abstract that you presented, and you did

741: 5     include there a breakdown so that

741: 6     somebody could look and say, okay, if i'm

741: 7     interested in Vioxx versus somebody who

741: 8     didn't take any pain medication at all,

741: 9     and particularly the normal dose of Vioxx

741: 10     of 25 milligrams, then according to your

741: 11     abstract here, there's no statistically

741: 12     significant difference between taking

741: 13     Vioxx in 25 milligrams and not taking any

741: 14     medicine at all, right?

**Re: 741:3-14**
**Def Obj:** Question
withdrawn as re-asked

387 **741:21 - 742:6**    Avorn, Jerome 2006-06-30