| | Objections | Ruling in Barnett |
|---|---|---|

741: 21    Am I correct, sir, that
741: 22    according to the abstract where you first
741: 23    presented your results, using 25
741: 24    milligrams of Vioxx --
742: 1    A.  Or less.
742: 2    Q.  -- or less, there was no
742: 3    statistically significant difference
742: 4    between that and not using any NSAID at
742: 5    all?
742: 6    A.  Right.

388 **742:8   -   743:9**    Avorn, Jerome 2006-06-30
742: 8    When you turn the abstract
742: 9    into the article that we have talked
742: 10    about, did you keep in the information
742: 11    about how there was no statistically
742: 12    significant difference between 25
742: 13    milligrams of Vioxx and the use of no
742: 14    NSAID at all?
742: 15    A.  We expressed it for the
742: 16    whole study, including all the study
742: 17    participants.  As you know, there's a
742: 18    limit to how many things, how much space
742: 19    you are allowed in an article.  I vividly
742: 20    remember that we went back and forth with
742: 21    Merck about this, and the language that
742: 22    we ended up with, which is the language
742: 23    that the journal accepted, was taking all
742: 24    comers, looking at the dose of
743: 1    rofecoxib/Vioxx compared to naproxen,
743: 2    compared to other nonsteroidals, compared
743: 3    to no use.  We looked at the entire
743: 4    population, and that's where we came up
743: 5    with the dose estimate because of our
743: 6    belief, which the journal agreed with,
743: 7    that the best way of looking at the dose
743: 8    issue was to look at it across all comers
743: 9    for all comparison groups.

389 **743:12   -   743:19**    Avorn, Jerome 2006-06-30
743: 12    Did you or did you not
743: 13    include in the published article the
743: 14    information that we have been talking
743: 15    about in the abstract that shows that
743: 16    there is no statistically significant
743: 17    difference between using 25 milligrams of
743: 18    Vioxx and not taking any NSAIDs at all?
743: 19    A.  No, we did not.

390 **745:17   -   746:14**    Avorn, Jerome 2006-06-30
745: 17    But similarly, there's no
745: 18    place where they can look at short
745: 19    duration of low dose compared to
745: 20    naproxen.  Because if you consider
745: 21    how many different comparisons get
745: 22    made, there would be literally
745: 23    hundreds of comparisons, and you'd
745: 24    need hundreds of points in your
746: 1    table, datapoints in your table.
746: 2    So, if you look, for
746: 3    example, right next to the table
746: 4    we were just looking at, the main
746: 5    dose analysis is high dose versus
746: 6    low dose.  And that was the one
746: 7    that indicated a significant

| | Objections | Ruling in Barnett |
|---|---|---|

| | |
|---|---|
| 746: 8 | increase for both high dose and |
| 746: 9 | low dose. |
| 746: 10 | You can't present dose by |
| 746: 11 | duration by comparison for every |
| 746: 12 | possible combination. And that's |
| 746: 13 | why that's not there. It was not |
| 746: 14 | an attempt to hide any findings. |

**391 747:19   -   750:1     Avorn, Jerome 2006-06-30**

| | |
|---|---|
| 747: 19 | Q. Now, regardless of whether |
| 747: 20 | you thought that Dr. Cannuscio should |
| 747: 21 | have been included as an author, setting |
| 747: 22 | that aside for a second, do you agree |
| 747: 23 | that Merck never took any of the grant |
| 747: 24 | money away from you because of the |
| 748: 1 | results of your study? |
| 748: 2 | A. That's correct. |
| 748: 3 | Q. And do you agree that Merck |
| 748: 4 | never did anything to try to persuade you |
| 748: 5 | not to publish your study? |
| 748: 6 | A. That's correct. |
| 748: 7 | Q. And do you agree that Merck |
| 748: 8 | never tried to intimidate you in any way |
| 748: 9 | because of the results of your study? |
| 748: 10 | A. I'd have a hard time saying |
| 748: 11 | yes to that in light of Dr. Reicin's |
| 748: 12 | visit to our unit to tell us that our |
| 748: 13 | findings didn't fit any of the other |
| 748: 14 | findings that Merck had and that it would |
| 748: 15 | be an embarrassment to us when our |
| 748: 16 | findings were published because they were |
| 748: 17 | wrong. That wasn't intimidation like |
| 748: 18 | with a baseball bat, but it was a kind of |
| 748: 19 | scary statement. |
| 748: 20 | Q. Page 660 of your deposition, |
| 748: 21 | Line 23. |
| 748: 22 | "Did Merck ever try to |
| 748: 23 | intimidate you because of the results of |
| 748: 24 | your study? |
| 749: 1 | "Answer: No." |
| 749: 2 | Was that your sworn |
| 749: 3 | testimony just a couple of weeks ago? |
| 749: 4 | A. Yes. |
| 749: 5 | Q. And would you agree, sir, |
| 749: 6 | that Merck never took any inappropriate |
| 749: 7 | action after you published your study? |
| 749: 8 | A. Well, I consider the action |
| 749: 9 | in relation to Dr. Cannuscio |
| 749: 10 | inappropriate. I don't know whether you |
| 749: 11 | would call that after or during the |
| 749: 12 | publication or before the publication, |
| 749: 13 | but I think that was inappropriate. |
| 749: 14 | Q. Page 661, Line 5. |
| 749: 15 | "Did Merck ever take any |
| 749: 16 | inappropriate action after you published |
| 749: 17 | your study? |
| 749: 18 | "Answer: No." |
| 749: 19 | Was that your sworn |
| 749: 20 | testimony just a couple of weeks ago? |
| 749: 21 | A. Yes. But you're not talking |
| 749: 22 | about the Dr. Cannuscio issue. And I |
| 749: 23 | don't want to be back into answering in a |
| 749: 24 | way that would imply that I didn't think |
| 750: 1 | that was inappropriate. |

**750:10   -   752:4**    Avorn, Jerome 2006-06-30

750: 10     Q.  Setting aside the authorship
750: 11         issue, do you agree that Merck never took
750: 12         any inappropriate action after you
750: 13         published your study?
750: 14     A.  I do not agree with that
750: 15         statement.  I think that their
750: 16         presentation of our study to their sales
750: 17         reps, to the public through statements
750: 18         they made was inappropriate because it
750: 19         was scientifically wrong.
750: 20     Q.  Page 661, Line 5 through
750: 21         line 8.
750: 22         "Question:  Did Merck ever
750: 23         take any inappropriate action after you
750: 24         published your study?
751: 1          "Answer:  No."
751: 2          That was your sworn
751: 3          testimony?
751: 4      A.  I want to see in what
751: 5          context that was.  661, line?
751: 6      Q.  5.
751: 7      A.  Okay.
751: 8          I think what we need to
751: 9          explain here is that --
751: 10     Q.  First of all, was that your
751: 11         sworn testimony?
751: 12     A.  To the questions about what
751: 13         Merck did to us.  And I think it's very
751: 14         important and only fair to point out that
751: 15         your line of questioning a few weeks ago
751: 16         was about things that Merck did to us.
751: 17         And I think it's a real bait and switch
751: 18         to try and make it seem as if we were
751: 19         talking about the same thing.
751: 20         You were talking about did
751: 21         they take away grant money from you?  Did
751: 22         they try to intimidate you?  Did they try
751: 23         to persuade you to publish the study?
751: 24         Did they take any inappropriate action?
752: 1          And in the context of did they --
752: 2      Q.  Those are exactly the same
752: 3          four questions I just asked, aren't they?
752: 4      A.  Right.  Well, I need to --

**393 752:9   -   754:3**    Avorn, Jerome 2006-06-30

752: 9          THE WITNESS:  At some point,
752: 10         somebody else who has more time
752: 11         can look at the words of the
752: 12         questions, but what is absolutely
752: 13         clear, looking at the deposition
752: 14         of a couple of weeks ago, you were
752: 15         talking about things that Merck
752: 16         had or hadn't done to us to
752: 17         intimidate us, and it was all in
752: 18         the context of did they take away
752: 19         grants from you, did they try to
752: 20         intimidate you, did they ever try
752: 21         to persuade you not to publish
752: 22         your study?  And what I'm
752: 23         responding to now is did Merck
752: 24         ever take any inappropriate
753: 1          action.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

753: 2    When you asked it a couple
753: 3    of weeks ago, it was all around
753: 4    did Merck ever do anything to you.
753: 5    And I quite appropriately
753: 6    responded to that in the context
753: 7    in which you asked it, no, Merck
753: 8    did not ever do anything
753: 9    inappropriate to me.
753: 10   However, if you were to take
753: 11   the question in isolation, as we
753: 12   are now doing, did they ever take
753: 13   any inappropriate action at all in
753: 14   relation to our study? Yes, they
753: 15   did, in the way they presented our
753: 16   study to the world.
753: 17   BY MR. BECK:
753: 18   Q.  Are you done?
753: 19   A.  Yes.
753: 20   Q.  Okay.
753: 21       Did Merck have a right to
753: 22       disagree with some of the conclusions in
753: 23       your study?
753: 24   A.  Yes.
754: 1    Q.  And was one of the
754: 2        conclusions that Merck disagreed with --
754: 3        let's look at your study now, Exhibit 7.

394 754:4    -    754:12    Avorn, Jerome 2006-06-30
754: 4        You talked about this generally
754: 5        yesterday, although I'm not sure you
754: 6        focused on the specific language in the
754: 7        methods and results section.
754: 8        But there was something in
754: 9        the methods and results section that
754: 10       Merck and you had a disagreement about,
754: 11       correct?
754: 12   A.  Yes.

395 754:13   -    756:18    Avorn, Jerome 2006-06-30
754: 13   Q.  And I'm highlighting some
754: 14       language in there where it says, "Current
754: 15       use of" Vioxx "was associated with an
754: 16       elevated relative risk of AMI," or heart
754: 17       attack, "compared with Celebrex," and
754: 18       then it gives these statistics, "and with
754: 19       no NSAID."  Do you see that?
754: 20   A.  Yes.
754: 21   Q.  And was that one of the
754: 22       areas where you and Merck had a
754: 23       disagreement about how the data should be
754: 24       presented?
755: 1    A.  Correct.
755: 2    Q.  And was one of the points
755: 3        that Merck made to you that if you looked
755: 4        at NSAIDs, Vioxx versus NSAIDs at the 25
755: 5        milligram dose, that there was no
755: 6        statistically significant difference?
755: 7    A.  Wait a minute.  That's not
755: 8        what we're talking about here.  That's
755: 9        not what that says.
755: 10   Q.  No.  I know that's not what
755: 11       that says.
755: 12       Was one of the concerns that
755: 13       Merck articulated to you that in the
755: 14       actual study, as we saw in the abstract,

| | | Objections | Ruling in Barnett |
|---|---|---|---|

755: 15     that when you compare a 25 milligram
755: 16     Vioxx to no NSAID use, there was no
755: 17     statistically significant difference, but
755: 18     that here, you combined all doses instead
755: 19     of breaking it down 25 versus 50
755: 20     milligrams? Was that one issue that they
755: 21     were concerned about?
755: 22    A.   They didn't like the fact
755: 23     that we had that line that you
755: 24     underlined, that section in the paper.
756: 1     They would probably have preferred that
756: 2     we focus on the nonsignificant finding.
756: 3     Our response was, and I think most
756: 4     epidemiologists and statisticians would
756: 5     agree, that the most appropriate way to
756: 6     present data is to take the largest group
756: 7     possible and not present subgroups,
756: 8     especially if dividing things into
756: 9     subgroups makes the significance go away.
756: 10     That would not seem to me and I think to
756: 11     most people to be the fairest way to look
756: 12     at data in the abstract.
756: 13    Q.   Was one of the disagreements
756: 14     that Merck had with you that even when
756: 15     you combine 25 and 50 milligram use and
756: 16     compared it with no NSAIDs that the
756: 17     difference that you saw was not
756: 18     statistically significant?

**396 756:21   -   757:8**    Avorn, Jerome 2006-06-30

756: 21     THE WITNESS: Their position
756: 22     was that a P.054 level of
756: 23     significance should be considered
756: 24     not important. We differed with
757: 1     them and felt that .054, which I
757: 2     think I explained the other day
757: 3     was a 94.6 percent certainty
757: 4     versus a 95 percent certainty,
757: 5     that it was important enough that
757: 6     we felt it should remain in the
757: 7     paper. That was a point of
757: 8     disagreement.

**397 757:10   -   760:20**    Avorn, Jerome 2006-06-30

757: 10    Q.   And Merck, did Merck feel
757: 11     that in the abstract that it should be
757: 12     pointed out that this was not
757: 13     statistically significant?
757: 14    A.   I believe they did.
757: 15    Q.   And you disagreed with that?
757: 16    A.   Correct.
757: 17    Q.   Okay.
757: 18    A.   I believe they wanted us to
757: 19     say in the abstract this was not
757: 20     statistically significant, which we
757: 21     interpret as just an attempt to minimize
757: 22     or undercut the finding.
757: 23    Q.   Okay.
757: 24     And that was a bone of
758: 1     contention between you and Merck?
758: 2    A.   That was one, yes.
758: 3    Q.   Okay.
758: 4     Now, I think you may have
758: 5     already agreed with this, but under a
758: 6     conventional statistical approach, a

|  | Objections | Ruling in Barnett |
|---|---|---|

758: 7     confidence interval that includes the
758: 8     number 1 is traditionally not considered
758: 9     statistically significant, right?
758: 10  A.  It is right on the
758: 11     borderline.
758: 12  Q.  And --
758: 13  A.  And reasonable people will
758: 14     disagree as to whether it falls on one
758: 15     side or the other.
758: 16  Q.  And similarly, the .054,
758: 17     reasonable people can differ on that,
758: 18     whether it's statistically significant,
758: 19     right?
758: 20  A.  Right.  Some would round it
758: 21     to .05, which is the way you would round
758: 22     .054, and some would say, well, it is
758: 23     bigger than .050, so, it's not.
758: 24  Q.  And the conventional
759: 1     approach is if it is bigger than .050,
759: 2     then it is not statistically significant,
759: 3     right?
759: 4  A.  But another conventional
759: 5     approach is if the rounded .05 -- if it
759: 6     rounds to .05, that's close.
759: 7  Q.  All right.
759: 8     So, in any event, you do
759: 9     agree that on both the confidence
759: 10     interval and whether this shows
759: 11     statistically significant, or the
759: 12     p-value, whether that shows statistically
759: 13     significant, reasonable people can
759: 14     disagree about that?
759: 15  A.  Right.  But my recollection
759: 16     was that they said take it out of the
759: 17     abstract.  And we felt that the concern
759: 18     about the confidence interval was
759: 19     perfectly expressed by just putting the
759: 20     numbers up there.  We put the confidence
759: 21     interval having 1.0 in it.  We put the
759: 22     p-value of .054, even though a lot of
759: 23     times people will round p-values to just
759: 24     two numbers.  And our position was if
760: 1     there's a concern about that, all the
760: 2     data that you need to deal with that are
760: 3     in the abstract.  And I think their
760: 4     position was, take it out of the
760: 5     abstract.
760: 6  Q.  Or put in the abstract the
760: 7     statement that it is not statistically
760: 8     significant, right?
760: 9  A.  Right.  And I don't recall
760: 10     which option they favored.  But in our
760: 11     view, you'd need to highlight it by
760: 12     saying this is not significant because
760: 13     all the numbers are there for any reader
760: 14     to judge.
760: 15  Q.  Incidentally, do you agree
760: 16     with Merck that this difference was not
760: 17     statistically significant?
760: 18  A.  No, I do not agree.
760: 19  Q.  Let's go to Page 2071 of
760: 20     your article.  At the very bottom of the

398 **760:20  -  761:24**     Avorn, Jerome 2006-06-30
760: 20     your article.  At the very bottom of the

| | Objections | Ruling in Barnett |
|---|---|---|

760: 21 left-hand column, and then continuing
760: 22 over to the top of the right-hand
760: 23 columns, if I can get these things
760: 24 aligned.
761: 1 A. Right.
761: 2 Q. Did you say in the actual
761: 3 article, "The adjusted relative risk of
761: 4 AMI," or heart attacks, "with rofecoxib
761: 5 was elevated but did not reach
761: 6 statistical significance compared to no
761: 7 current NSAID"? Is that what you
761: 8 actually said in the body of the article?
761: 9 A. Right. As I recall, that
761: 10 was a concession that we made to Merck,
761: 11 because they were so unhappy with that
761: 12 number. I think what we agreed in kind
761: 13 of a horse trading way was, we're going
761: 14 to leave it in the abstract, but we're
761: 15 willing to point out in the body that it
761: 16 was not statistically significant. I
761: 17 think that was the agreement we made.
761: 18 Because we really were trying to come to
761: 19 agreement with them.
761: 20 Q. And Merck's position was
761: 21 it's misleading to have the information
761: 22 in the abstract, but not the observation
761: 23 that these numbers are not statistically
761: 24 significant, right?

399 **762:3 - 762:4** Avorn, Jerome 2006-06-30
762: 3 Q. And this back and forth,
762: 4 that was a position that you took, right?

400 **762:6 - 763:9** Avorn, Jerome 2006-06-30
762: 6 THE WITNESS: I'm just
762: 7 trying to remember.
762: 8 I'm not sure how anyone
762: 9 could say that there was anything
762: 10 in the abstract that did not give
762: 11 that impression because it was all
762: 12 there with the p-value and the
762: 13 confidence interval. So, it's not
762: 14 as if anybody would have missed
762: 15 that in the abstract.
762: 16 But I think that in an
762: 17 attempt to come to some agreement
762: 18 with them so that the paper could
762: 19 actually get published, I think
762: 20 they wanted us to say something
762: 21 like it was numerically elevated,
762: 22 but not significant. And we felt
762: 23 that that was a real -- again,
762: 24 this is just my recollection of
763: 1 the words from several years ago,
763: 2 and we felt that that was not
763: 3 acceptable because that seems to
763: 4 really low ball the difference.
763: 5 And I think this is what we
763: 6 negotiated with them as the
763: 7 wording. And we put that in in an
763: 8 attempt to just get to yes and to
763: 9 move forward.

401 **763:11 - 764:1** Avorn, Jerome 2006-06-30
763: 11 Q. Yesterday you talked about

| | | Objections | Ruling in Barnett |
|---|---|---|---|

763: 12     why you thought Merck decided to remove
763: 13     Dr. Cannuscio as an author of the study.
763: 14     Do you remember that?
763: 15     A. Right.
763: 16     Q. Now, the truth is that based
763: 17     on your personal interactions with Merck,
763: 18     you do not know why Merck decided that
763: 19     they did not want Dr. Cannuscio's name to
763: 20     appear on your paper; isn't that true?
763: 21     A. True.
763: 22     Q. In fact, you never discussed
763: 23     the issue of Dr. Cannuscio being an
763: 24     author with anybody from Merck, right?
764: 1     A. Right.

**402 764:2 - 765:1**     Avorn, Jerome 2006-06-30
764: 2     Q. You did not have any direct
764: 3     discussions with Dr. Santanello from
764: 4     Merck about the issue of whether Dr.
764: 5     Cannuscio's name would remain on the
764: 6     paper; is that right?
764: 7     A. Right. I just know the
764: 8     facts.
764: 9     Q. Well, you're repeating what
764: 10     somebody else told you, right?
764: 11     A. No. I --
764: 12     Q. You did not --
764: 13     A. Excuse me. You just made a
764: 14     misstatement that I need to correct.
764: 15     I know the fact was that Dr.
764: 16     Cannuscio indicated in correspondence
764: 17     with both Dr. Solomon and me that she
764: 18     wanted to be a co-author, and we
764: 19     communicated back to her that we agreed
764: 20     that she was to be a co-author.
764: 21     And the other fact that I
764: 22     know is that Dr. Santanello told Dr.
764: 23     Solomon to take her off the paper, and
764: 24     that I knew that that was not something
765: 1     that was she was keen to do.

**403 765:5 - 765:9**     Avorn, Jerome 2006-06-30
765: 5     Q. You did not have any
765: 6     discussions yourself with Dr. Cannuscio
765: 7     about whether her name would remain on
765: 8     the paper; correct?
765: 9     A. That's right.

**404 765:10 - 768:3**     Avorn, Jerome 2006-06-30
765: 10     Q. Now, in your testimony just
765: 11     a few minutes ago, you said that the
765: 12     journal agreed with you on the way that
765: 13     the data should be presented in the
765: 14     abstract. Do you remember that?
765: 15     A. Right. In the sense that
765: 16     they accepted it and published it.
765: 17     Q. And the journal that we're
765: 18     talking about is Circulation, right?
765: 19     A. Right.
765: 20     Q. Yesterday you said that you
765: 21     had submitted your paper for publication
765: 22     to the New England Journal of Medicine.
765: 23     Do you remember that?
765: 24     A. Right.
766: 1     Q. And also you submitted it to

**Objections (Re: 764:13-765:1):**
Def. Obj: Non-responsive; witness has no personal knowledge as revealed at 765:5-9

**Ruling in Barnett (Re: 764:13-765:1):**
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

766: 2      the Journal of the American Medical
766: 3      Association, correct?
766: 4    A.   Right. Right.
766: 5    Q.   And the phrase that you used
766: 6      was that they passed on your paper,
766: 7      right?
766: 8    A.   Right.
766: 9    Q.   In fact, the Journal of the
766: 10      American Medical Association rejected
766: 11      your article and refused to publish it,
766: 12      correct?
766: 13    A.   Well, I think that's --
766: 14      rejected and refused. Most submissions
766: 15      to both of those journals do not get
766: 16      accepted. They accept only about 10
766: 17      percent of submissions. It's shooting
766: 18      very high. And it's no shame to not have
766: 19      a paper in the New England Journal or
766: 20      JAMA.
766: 21    Q.   Well, in any event, the
766: 22      Journal of the American Medical
766: 23      Association rejected your article for
766: 24      publication; is that true?
767: 1    A.   Sure.
767: 2    Q.   And the New England Journal
767: 3      of Medicine rejected your article for
767: 4      publication; is that true?
767: 5    A.   Sure.
767: 6    Q.   And both of these journals
767: 7      provided you with information explaining
767: 8      the concerns that they had about the way
767: 9      you presented data in your article,
767: 10      didn't they?
767: 11    A.   Well, they expressed
767: 12      concerns with -- yeah, that's what
767: 13      happens when a journal doesn't take your
767: 14      paper. I write letters like that to
767: 15      journals all the time saying why they
767: 16      shouldn't accept a given paper. That's
767: 17      what the peer-review process is about.
767: 18    Q.   And the comments that you
767: 19      received from both the Journal of the
767: 20      American Medical Association, as well as
767: 21      the New England Journal of Medicine about
767: 22      concerns that they had about your paper
767: 23      were, in some instances, exactly the same
767: 24      concerns that Merck had expressed to you
768: 1      about the way that you were presenting
768: 2      information in your paper; isn't that
768: 3      true?

405 **768:8 - 768:10**    Avorn, Jerome 2006-06-30
768: 8      THE WITNESS: I would need
768: 9      to look at those reviewer's
768: 10      comments before answering that.

406 **769:12 - 769:17**    Avorn, Jerome 2006-06-30
769: 12    Q.   Doctor, I've handed you what
769: 13      I've marked as Exhibit 54. And you said
769: 14      you would need to see the reviewer
769: 15      comments when they decided not to accept
769: 16      your manuscript. Do you see that Exhibit
769: 17      54? Let me put it up on the screen.

407 **770:1 - 770:23**    Avorn, Jerome 2006-06-30

| | Objections | Ruling in Barnett |
|---|---|---|

770: 1    Q. This is a fax cover sheet
770: 2      from Dr. Solomon to Dr. Cannuscio,
770: 3      correct?
770: 4    A. Correct.
770: 5    Q. And then over on the next
770: 6      page, you see that he's transmitting a
770: 7      letter from the Journal of the American
770: 8      Medical Association dated September 30th,
770: 9      2003. It's addressed to him. Do you see
770: 10      that?
770: 11    A. Yep.
770: 12    Q. And the middle paragraph of
770: 13      the letter from JAMA to Dr. Solomon says,
770: 14      "Based on our in-house evaluation" of the
770: 15      comments -- I'm sorry.
770: 16      "Based on our in-house
770: 17      evaluation and the comments of external
770: 18      reviewers, we will not accept your
770: 19      article for publication. I am enclosing
770: 20      the" relevant -- "I am enclosing the
770: 21      reviewer's comments, which I hope you
770: 22      will find helpful."
770: 23      Do you see that?

408 771:3   - 771:19    Avorn, Jerome 2006-06-30
771: 3    Q. Do you see that?
771: 4    A. Right. Right after they say
771: 5      that they don't accept 7/8ths of the
771: 6      papers that are submitted to them.
771: 7    Q. Incidentally, you saw this
771: 8      at the time, right?
771: 9    A. Yes.
771: 10    Q. Dr. Solomon shared it with
771: 11      you, correct?
771: 12    A. Sure.
771: 13    Q. Including the reviewer's
771: 14      comments?
771: 15    A. Yes.
771: 16    Q. Will you turn over, please,
771: 17      to under the fax numbering is Page 5 of
771: 18      7.
771: 19    A. Yes.

409 771:20   - 772:5    Avorn, Jerome 2006-06-30
771: 20    Q. And this is some of the
771: 21      comments from one of the reviewers,
771: 22      correct?
771: 23    A. Right.
771: 24    Q. And you looked at these at
772: 1      the time they were transmitted?
772: 2    A. Yes.
772: 3    Q. I'm going to focus on two of
772: 4      the comments from the reviewer. Comment
772: 5      number one says --

410 772:14   - 773:8    Avorn, Jerome 2006-06-30
772: 14    Q. "In the abstract, the
772: 15      authors report a comparison of rofecoxib
772: 16      with no NSAID and an odds ratio of 1.14,
772: 17      95 percent confidence interval equals 1
772: 18      to 1.31 as an elevated risk. Only on
772: 19      Page 11 did they point out that this did
772: 20      not reach statistical significance."
772: 21      Did you read that reviewer's
772: 22      comment at the time?

| | Objections | Ruling in Barnett |
|---|---|---|

772: 23    A. Right. And that's why Dr.
772: 24      Solomon wrote in after that, "Include
773: 1      p-values in abstract." And that was our
773: 2      response to that.
773: 3    Q. This was quite similar to
773: 4      the objection that Merck raised that you
773: 5      indicated an elevated risk in the
773: 6      abstract, but only later in the article
773: 7      did you acknowledge that it did not reach
773: 8      statistical significance, correct?

411 773:13  -  773:17     Avorn, Jerome 2006-06-30
773: 13      THE WITNESS: And our
773: 14      response to that was in the
773: 15      submission to Circulation to
773: 16      include p-values in the abstract,
773: 17      as he indicates.

412 773:19  -  774:1     Avorn, Jerome 2006-06-30
773: 19    Q. And then the next comment
773: 20      says, "The authors do not present actual
773: 21      results, i.e. no AMIs in each group," or
773: 22      "number of AMIs in each group." "This
773: 23      information should be presented for all
773: 24      groups and subgroups analyzed in the
774: 1      tables."

413 774:4  -  774:8     Avorn, Jerome 2006-06-30
774: 4    Q. Was this also one of the
774: 5      points that Merck raised, that they
774: 6      thought that you should have the
774: 7      information for subgroups such as 25
774: 8      milligrams Vioxx versus no NSAID use?

414 774:12  -  778:1     Avorn, Jerome 2006-06-30
774: 12      THE WITNESS: What the
774: 13      reviewer is clearly talking about
774: 14      is what we call the N or the
774: 15      number of people who had an MI.
774: 16      And what the reviewer actually
774: 17      says is the information, that is,
774: 18      the number of heart attacks should
774: 19      be presented for all the groups
774: 20      and subgroups analyzed in the
774: 21      tables. And so what the reviewer
774: 22      is really asking for is, if you
774: 23      have a table, you should present
774: 24      the numbers of heart attacks for
775: 1      the people that you describe in
775: 2      the table, and that is what we
775: 3      actually did in Table 2.
775: 4      In the caption of the table
775: 5      and a part that you didn't show,
775: 6      we do present the numbers of heart
775: 7      attacks for the people in the
775: 8      table. What the reviewer does not
775: 9      say, as you imply that he does, is
775: 10      that analysis should be done on
775: 11      all groups and all subgroups.
775: 12      That's not at all what's said
775: 13      here.
775: 14      And since you characterized
775: 15      this, Mr. Beck, as they refused to
775: 16      publish the article and they
775: 17      rejected it, I think in fairness,

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

| | |
|---|---|
| 775: 18 | it is important to point out that |
| 775: 19 | the reviewers -- the first |
| 775: 20 | reviewer in his or her main |
| 775: 21 | comment about our paper said, |
| 775: 22 | "This manuscript reports a well |
| 775: 23 | thought out investigation and is |
| 775: 24 | well written and concise.  There |
| 776: 1 | are a number of probably minor |
| 776: 2 | issues and one major issue."  That |
| 776: 3 | was the first reviewer. |
| 776: 4 | And then the other reviewer |
| 776: 5 | said, the one whose comments you |
| 776: 6 | are reading now, at the beginning |
| 776: 7 | of the review as the summary |
| 776: 8 | statement, "The authors have |
| 776: 9 | conducted a large scale study with |
| 776: 10 | appropriate analysis."  And then I |
| 776: 11 | will just continue reading, "The |
| 776: 12 | strength of the manuscript is the |
| 776: 13 | consistency of the findings for |
| 776: 14 | different subgroups and the |
| 776: 15 | sensitivity analysis.  However, |
| 776: 16 | conclusions must be tempered with |
| 776: 17 | caveats regarding retrospective |
| 776: 18 | data from a database, rather than |
| 776: 19 | a prospective randomized control |
| 776: 20 | trial," et cetera. |
| 776: 21 | So, I think it is important |
| 776: 22 | for the jury to understand that |
| 776: 23 | these were both favorable reviews. |
| 776: 24 | We often receive favorable |
| 777: 1 | reviews.  I often write favorable |
| 777: 2 | reviews in which I say, this is a |
| 777: 3 | perfectly fine study.  I even tell |
| 777: 4 | the editors if I'm reviewing |
| 777: 5 | something, I think you should |
| 777: 6 | publish it.  And then the editors, |
| 777: 7 | since they end up rejecting |
| 777: 8 | between 80 and 90 percent of the |
| 777: 9 | submissions because you can't fit |
| 777: 10 | all the articles that get |
| 777: 11 | submitted, even the good ones, |
| 777: 12 | into a journal, will turn it down. |
| 777: 13 | But I think you gave the |
| 777: 14 | misimpression that they rejected |
| 777: 15 | your paper or refused to publish |
| 777: 16 | it as if it had gotten reviews |
| 777: 17 | that said it was a bad study. |
| 777: 18 | In fact, if you are fair |
| 777: 19 | enough to read the summary |
| 777: 20 | statements of the reviewers, they |
| 777: 21 | say, both of them, this was a very |
| 777: 22 | good study, and they make a couple |
| 777: 23 | of suggestions, one of which we |
| 777: 24 | dealt with and one of which you |
| 778: 1 | just mischaracterized. |

| 415 782:19   -   783:17 | Avorn, Jerome 2006-06-30 |
|---|---|
| 782: 19 | Q.  Please look at Exhibit 14, |
| 782: 20 | which is in your binder. |
| 782: 21 | A.  Got it. |
| 782: 22 | Q.  And is Exhibit 14 one that |
| 782: 23 | Mr. Tisi asked you about yesterday? |
| 782: 24 | A.  Yes. |
| 783: 1 | Q.  And this is an article where |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

783: 2    the first listed author is Dr. Ray, and
783: 3    then you are also an author of this
783: 4    document; is that correct?
783: 5    A.  That's right.
783: 6    Q.  And what year was this
783: 7    published in?
783: 8    A.  It was published in 2003.
783: 9        Actually, it was published online, it
783: 10       says on top, in 2002.
783: 11   Q.  So, late 2002/early 2003?
783: 12   A.  Right.  Summarizing a
783: 13       meeting that happened in August of 2002.
783: 14   Q.  And what publication was
783: 15       this in?
783: 16   A.  Pharmacoepidemiology and
783: 17       Drug Safety.

416  783:18  -  783:19    Avorn, Jerome 2006-06-30
783: 18   Q.  If you'll go over to the
783: 19       second page, this language here, was this

417  783:19  -  784:11    Avorn, Jerome 2006-06-30
783: 19       second page, this language here, was this
783: 20       language that you and Mr. Tisi discussed
783: 21       yesterday, that these studies suggest
783: 22       that --
783: 23   A.  Right.
783: 24   Q.  -- any protective effect of
784: 1        naproxen does not fully account for the
784: 2        findings in the VIGOR study?
784: 3    A.  Correct.
784: 4    Q.  And I think you've indicated
784: 5        already the VIGOR study involved use of
784: 6        50 milligrams of Vioxx, right?
784: 7    A.  Right.
784: 8    Q.  And in this study with Dr.
784: 9        Ray, did you look at people, 20,000
784: 10       people or so who used 25 milligrams or
784: 11       lower Vioxx?

418  784:19  -  785:5    Avorn, Jerome 2006-06-30
784: 19   A.  Right.  Yeah.  This was not
784: 20       the report of a research study.  This was
784: 21       the proceedings of a panel discussion
784: 22       that occurred at the pharmacoepi meetings
784: 23       in 2002.
784: 24   Q.  And did you attend the panel
785: 1        discussion?
785: 2    A.  I was part of it, yes.
785: 3    Q.  Okay.
785: 4        Then let's just go to the
785: 5        last page.  It says here, "There was no

419  785:5  -  785:18    Avorn, Jerome 2006-06-30
785: 5        last page.  It says here, "There was no
785: 6        evidence of an increased risk of serious
785: 7        CHD."  What is CHD?
785: 8    A.  Coronary heart disease.
785: 9    Q.  "There was no evidence of an
785: 10       increased risk of serious coronary heart
785: 11       disease in all individuals receiving
785: 12       naproxen, ibuprofen or Celebrex compared
785: 13       to individuals who did not receive an
785: 14       NSAID."
785: 15       And then it says, "There was

| | Objections | Ruling in Barnett |
|---|---|---|

785: 16     also no evidence of increased risk for
785: 17     doses of rofecoxib at 25 milligrams or
785: 18     below," correct?

420 **785:22   -   786:11**    Avorn, Jerome 2006-06-30
785: 22     THE WITNESS:  Yeah.  I'm
785: 23     trying to understand when it says
785: 24     "There was no evidence."  I need
786: 1     to understand what he's talking
786: 2     -- what this paragraph is talking
786: 3     about.  It's "we."
786: 4     (Witness reviewing
786: 5     document.)
786: 6     Okay.  So, what this is, the
786: 7     "this" is a review of the paper
786: 8     that Dr. Ray published that is
786: 9     Reference Number 20 that was in
786: 10     the Lancet.  So, this a
786: 11     description of that paper.

421 **786:14   -   786:22**    Avorn, Jerome 2006-06-30
786: 14     And in the description of
786: 15     that paper, does this commentary where
786: 16     you are one of the authors say that in
786: 17     that study he did from the Lancet that
786: 18     there was no evidence of increased risk
786: 19     of coronary heart disease for doses of
786: 20     Vioxx at 25 milligrams or below?
786: 21     A.  Right.  That's a statement
786: 22     of Dr. Ray's findings.

**786:23   -   787:13**    Avorn, Jerome 2006-06-30
786: 23     Q.  Were you present at any
786: 24     gatherings where Dr. Ray presented his
787: 1     conclusions following his -- both before
787: 2     and after his Lancet article?
787: 3     A.  I am having a hard time
787: 4     remembering that.  If I had been, it
787: 5     would have been at these annual
787: 6     pharmacoepi meetings, and I just don't
787: 7     remember whether he made a presentation
787: 8     that I attended at these meetings.
787: 9     Q.  Do you remember hearing Dr.
787: 10     Ray in late 2000 and early 2001 after the
787: 11     VIGOR results came out and after he did
787: 12     his analysis telling people that in his
787: 13     judgment, 25 milligram Vioxx was safe?

423 **787:16   -   787:20**    Avorn, Jerome 2006-06-30
787: 16     THE WITNESS:  I know that
787: 17     that was what the paper that we
787: 18     just discussed reported, so, I
787: 19     would expect that he would have
787: 20     believed that.

424 **788:9   -   788:10**    Avorn, Jerome 2006-06-30
788: 9     Q.  I'm handing you what we've
788: 10     marked as Exhibit 56.

**788:14   -   789:18**    Avorn, Jerome 2006-06-30
788: 14     Q.  Yesterday you talked about
788: 15     one of the things that you do is you work
788: 16     with the medical students and residents
788: 17     on how they ought to go about making
788: 18     prescribing decisions.  Do you remember

Objections          Ruling in Barnett

788: 19          that?
788: 20     A.  Right.
788: 21     Q.  And can you tell us what
788: 22          Exhibit 56 is?
788: 23     A.  Sure.  This is an
788: 24          educational piece that Dr. Solomon
789: 1           published, along with Cherylnn Griffin
789: 2           and Kelly Curtis, who are two -- who were
789: 3           two pharmacists at the Brigham on, the
789: 4           title is, "COX-2 Inhibitors:  Who Really
789: 5           Needs Them?"
789: 6      Q.  Does your name appear on
789: 7           Exhibit 56?
789: 8      A.  Right.  I was the editor of
789: 9           this series.
789: 10     Q.  Okay.  So, you say Dr.
789: 11          Solomon, whom you've talked about a lot,
789: 12          wrote this, but you were the editor of
789: 13          this whole series; is that right?
789: 14     A.  That's correct.
789: 15     Q.  Okay.
789: 16          So, you saw this at the time
789: 17          that it was prepared and edited, right?
789: 18     A.  That's correct.

426 789:20   -  790:1    Avorn, Jerome 2006-06-30
789: 20          I would like you to look,
789: 21          please, at the criteria for use, and let
789: 22          me put this up on the screen.
789: 23          Do you see at the bottom
789: 24          there's a heading "Criteria for use"?
790: 1      A.  Yes.

427 790:9    -  790:17   Avorn, Jerome 2006-06-30
790: 9      Q.  Well, you know who it was
790: 10          used with, don't you?
790: 11     A.  Yes.
790: 12     Q.  Okay.
790: 13          Who?
790: 14     A.  The medical students and
790: 15          interns and residents and faculty at the
790: 16          Brigham and Women's Hospital.
790: 17     Q.  Okay.

428 790:19   -  791:6    Avorn, Jerome 2006-06-30
790: 19          use, do you see that -- and this is what
790: 20          date?  I'm sorry.
790: 21     A.  March 2002.
790: 22     Q.  So, March 2002, a couple of
790: 23          years after the VIGOR results are known,
790: 24          right?
791: 1      A.  Right.  Yes.  A couple,
791: 2           right.
791: 3      Q.  And after the period where
791: 4           you testified earlier that you had come
791: 5           to the conclusion that Vioxx posed
791: 6           serious cardiovascular risks, right?

429 791:9    -  791:11   Avorn, Jerome 2006-06-30
791: 9           THE WITNESS:  No, I think
791: 10          you are, once again, misstating
791: 11          what I had said.

430 791:19   -  793:20   Avorn, Jerome 2006-06-30
791: 19          By 2002, had you concluded

| | Objections | Ruling in Barnett |
|---|---|---|

791: 20        that Vioxx posed an increased risk of
791: 21        cardiovascular disease?
791: 22    A.  I would rather indicate what
791: 23        I did conclude at that time, which is
791: 24        that there was evidence of an association
792: 1         between Vioxx and cardiovascular disease.
792: 2     Q.  Okay.
792: 3         So, 2002, criteria for use
792: 4         in the publication used with the Harvard
792: 5         medical students, it is stated, "Because
792: 6         of their high cost, COX-2 selective
792: 7         inhibitors should be reserved for
792: 8         patients at high risk of bleeding who
792: 9         require an NSAID." And then they go on
792: 10        to specify who that would be appropriate
792: 11        for. Do you see that?
792: 12    A.  Yes.
792: 13    Q.  Is there any statement in
792: 14        here that the use of COX-2 inhibitors
792: 15        should be avoided because of an
792: 16        association with cardiovascular disease?
792: 17    A.  Yes. A few lines just below
792: 18        that it says --
792: 19    Q.  Are we on the next page now?
792: 20    A.  Yeah.
792: 21    Q.  Okay.
792: 22    A.  At the very top.
792: 23    Q.  Okay.
792: 24    A.  "The VIGOR trial found a
793: 1         four-fold higher rate of MI in rheumatoid
793: 2         arthritis patients randomized to
793: 3         rofecoxib compared to rheumatoid
793: 4         arthritis patients randomized to
793: 5         naproxen. While it is possible that
793: 6         naproxen confers a protective effect
793: 7         against MI, it also may be the case that
793: 8         COX-2 selective inhibitors are associated
793: 9         with an increased risk of MI. The
793: 10        possible mechanism for this action might
793: 11        be an imbalance in the activity of COX-1
793: 12        to COX-2 enzymes producing a relative
793: 13        tendency to clot or otherwise damaging
793: 14        the endothelial surface," which is the
793: 15        surface of the arteries. "This is an
793: 16        active area of research."
793: 17    Q.  And at the time that this
793: 18        was presented to the Harvard medical
793: 19        students, was this a fair summary of your
793: 20        view of the existing state of knowledge?

431 793:22    -   794:10    Avorn, Jerome 2006-06-30
793: 22        THE WITNESS: I would not --
793: 23        no. If these had been my words,
793: 24        as opposed to my having presided
794: 1         over the series, I would have
794: 2         said, it has been suggested that
794: 3         naproxen confers a protective
794: 4         effect against MI, but it is
794: 5         likely that COX-2 selective
794: 6         inhibitors are associated with an
794: 7         increased risk in MI. That would
794: 8         have -- and I think that was what
794: 9         I was writing myself in my own
794: 10        voice during this period.

Objections | Ruling in Barnett

432 794:13  -  795:24    Avorn, Jerome 2006-06-30
794: 13             But what Dr. Solomon, your
794: 14             colleague, was writing --
794: 15        A.   And the two pharmacists.
794: 16        Q.   -- and presenting to the
794: 17             Harvard medical students was, "While it
794: 18             is possible that naproxen confers a
794: 19             protective effect against MI, it may also
794: 20             be...that COX-2 selective inhibitors are
794: 21             associated with an increased risk of MI."
794: 22        A.   Correct.
794: 23        Q.   I know you were the editor
794: 24             of this series.  Did you actually look at
795: 1              this document back at the time?
795: 2         A.   Yes.
795: 3         Q.   Okay.
795: 4         A.   And I still think that
795: 5              naproxen does confer a very small
795: 6              protective effect against MI.
795: 7         Q.   Then down further on the
795: 8              page, do you see that there's a table
795: 9              that -- well, first, there's this heading
795: 10             "Choosing between Celebrex and Vioxx if a
795: 11             COX-2 agent is required."
795: 12        A.   Right.
795: 13        Q.   And then there's a table
795: 14             that, am I right, it basically summarizes
795: 15             the pros and cons of Celebrex versus
795: 16             Vioxx for different types of patients?
795: 17        A.   Yes.
795: 18        Q.   Is there anywhere in this
795: 19             training piece for the Harvard medical
795: 20             students saying that other things being
795: 21             equal, they ought to use Celebrex versus
795: 22             Vioxx because of an increased association
795: 23             of cardiovascular disease?
795: 24        A.   No.

433 796:10  -  797:2    Avorn, Jerome 2006-06-30
796: 10        Q.   Let me show you what --
796: 11        A.   I'm sorry, Mr. Beck, there's
796: 12             just one thing I just want to point out
796: 13             about the authorship here.  What I notice
796: 14             is that it actually says this review was
796: 15             prepared with help of Cherylnn Griffin
796: 16             R.Ph., and Kelly Curtis, R.Ph., the two
796: 17             pharmacists, and then it says, "For
796: 18             further information, contact Dan Solomon
796: 19             via hospital e-mail."  So, I guess I
796: 20             can't really testify to what role Dr.
796: 21             Solomon had in the writing of this, just
796: 22             to be clear.
796: 23        Q.   All you know is you reviewed
796: 24             it before it was used with the Harvard
797: 1              medical students and approved it, right?
797: 2         A.   Right.

434 797:10  -  798:10    Avorn, Jerome 2006-06-30
797: 10        Q.   Exhibit 57, is that another
797: 11             educational piece that came out in the
797: 12             series that you edited?
797: 13        A.   Yes.  It is basically the
797: 14             same document about a year later.
797: 15        Q.   Okay.

| | | |
|---|---|---|
| 797: 16 | | And was this used not just |
| 797: 17 | | with medical students, but with Harvard |
| 797: 18 | | faculty and interns and others? |
| 797: 19 | A. | Right. |
| 797: 20 | Q. | And Exhibit, both 56 and 57, |
| 797: 21 | | you approved of their use with the |
| 797: 22 | | medical students, with the residents and |
| 797: 23 | | with the faculty, correct? |
| 797: 24 | A. | Right. |
| 798: 1 | Q. | So, now, Exhibit 57, I think |
| 798: 2 | | you indicated that this was kind of an |
| 798: 3 | | updated version of what we saw before? |
| 798: 4 | A. | Right. |
| 798: 5 | Q. | And what's the date of this? |
| 798: 6 | A. | April of 2003. |
| 798: 7 | Q. | There's a section called |
| 798: 8 | | "Safety and cardiovascular disease" at |
| 798: 9 | | the bottom. Do you see that? |
| 798: 10 | A. | Right. |

**435 798:17   -   799:14   Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 798: 17 | | And does this piece that you |
| 798: 18 | | reviewed and approved state, "The VIGOR |
| 798: 19 | | trial found a four-fold higher rate of MI |
| 798: 20 | | in rheumatoid arthritis patients |
| 798: 21 | | randomized to rofecoxib compared to |
| 798: 22 | | rheumatoid arthritis patients randomized |
| 798: 23 | | to naproxen"? |
| 798: 24 | A. | Right. |
| 799: 1 | Q. | And then does the document |
| 799: 2 | | say, "More recent research suggests an |
| 799: 3 | | increased risk of myocardial infarction |
| 799: 4 | | in patients taking rofecoxib at doses |
| 799: 5 | | greater than 25 milligrams"? |
| 799: 6 | A. | Right. |
| 799: 7 | Q. | And then it goes on to talk |
| 799: 8 | | about the possible mechanism, right? |
| 799: 9 | A. | Right. |
| 799: 10 | Q. | And is there any statement |
| 799: 11 | | in here at all suggesting that there's |
| 799: 12 | | any risk of a higher rate of heart attack |
| 799: 13 | | for people who take 25 milligrams? |
| 799: 14 | A. | No. |

**436 799:15   -   799:21   Avorn, Jerome 2006-06-30**

| | |
|---|---|
| 799: 15 | We were only able to work |
| 799: 16 | from the evidence that we had, and we |
| 799: 17 | were not aware of a lot of the evidence |
| 799: 18 | that was available to the company |
| 799: 19 | documenting the higher risk that was not |
| 799: 20 | available to us in the medical |
| 799: 21 | literature. |

Re: 799:15-21
**Def. Obj:** Non-responsive;
question is whether a
statement appears in the
documents.

Re: 799:15-799:21
Overruled

*(handwritten)* Overruled xplain answer

**437 800:3   -   800:15   Avorn, Jerome 2006-06-30**

| | | |
|---|---|---|
| 800: 3 | | On direct-examination, you |
| 800: 4 | | talked about how the Alzheimer's trials, |
| 800: 5 | | you said, showed an increase in all-cause |
| 800: 6 | | mortality in the Vioxx arm versus the |
| 800: 7 | | placebo arm. |
| 800: 8 | | Do you remember that? |
| 800: 9 | A. | That's right. |
| 800: 10 | Q. | And all-cause mortality |
| 800: 11 | | means that people died, and regardless of |
| 800: 12 | | what somebody thinks about the cause of |
| 800: 13 | | the death, more people died in the Vioxx |

| | Objections | Ruling in Barnett |
|---|---|---|

800: 14          group than in the placebo group, right?
800: 15     A.   That's correct.

**800:22   -   801:2**   Avorn, Jerome 2006-06-30
800: 22     Q.   Was there also information
800: 23          developed in the Alzheimer's trials that
800: 24          compared the frequency of heart attacks
801: 1           in the Vioxx arm versus the placebo arm?
801: 2      A.   Yes.

**439 801:24   -   802:8**   Avorn, Jerome 2006-06-30
801: 24          As part of your work in this
802: 1           case, you testified that you reviewed
802: 2           submissions made by Merck to the FDA,
802: 3           correct?
802: 4      A.   Correct.
802: 5      Q.   And you reviewed FDA medical
802: 6           officers' evaluations of the clinical
802: 7           trials, correct?
802: 8      A.   Correct.

**440 803:19   -   803:24**   Avorn, Jerome 2006-06-30
803: 20          Did you see, sir, in the
803: 21          materials that the FDA believed that
803: 22          there was no statistically significant
803: 23          difference in heart attacks in the
803: 24          Alzheimer's trials?

**441 804:1   -   804:2**   Avorn, Jerome 2006-06-30
804: 1           MR. TISI:  Objection.
804: 2           BY MR. BECK:

**804:3   -   804:23**   Avorn, Jerome 2006-06-30
804: 3      Q.   Can you answer that yes or
804: 4           no?
804: 5      A.   I would be pleased to look
804: 6           at it if you want to show it to me.  I
804: 7           have seen reports, I don't remember if it
804: 8           was an FDA report or a Merck report or an
804: 9           article indicating that there was not a
804: 10          significant difference.  And if you have
804: 11          an FDA report you would like me to look
804: 12          at, I'd be happy to look at it.
804: 13     Q.   From your deposition, Page
804: 14          502, Line 20.
804: 15          "Question:  Okay.  Did you
804: 16          see, sir, in the materials that the FDA
804: 17          believed that there was no statistically
804: 18          significant difference in heart attacks
804: 19          in the Alzheimer's trials?
804: 20          "Answer:  Yes."
804: 21          Was that your sworn
804: 22          testimony a couple of weeks ago?
804: 23     A.   I guess.

**442 806:1   -   806:8**   Avorn, Jerome 2006-06-30
806: 1      Q.   Well, yeah, you disagreed
806: 2           with the FDA.
806: 3      A.   Right.  Right.
806: 4      Q.   But the question I had asked
806: 5           you before is, did the FDA conclude that
806: 6           there was no statistically significant
806: 7           difference?  And your answer in your
806: 8           deposition was yes, right?

| | Objections | Ruling in Barnett |
|---|---|---|

443 806:11   -   808:4      Avorn, Jerome 2006-06-30

806: 11      Q.   Correct, sir?
806: 12      A.   Yes.
806: 13      Q.   All right.
806: 14            Did you analyze all-cause
806: 15            mortality in the Vioxx osteoarthritis
806: 16            trials?
806: 17      A.   I don't recall performing
806: 18            those analyses myself, no.
806: 19      Q.   Do you recall looking at
806: 20            anybody else's analysis of that?
806: 21      A.   Yes.  I don't recall
806: 22            having -- I do recall having seen other
806: 23            people's analyses of that.
806: 24      Q.   How about for VIGOR,
807: 1            ADVANTAGE and APPROVe, did you conduct
807: 2            any all-cause mortality analysis in
807: 3            those, concerning those clinical trials?
807: 4      A.   We have to go back to the
807: 5            same point.  I didn't conduct analyses of
807: 6            the trials.  I reviewed the reports of
807: 7            those who had done so.
807: 8      Q.   And in reviewing the reports
807: 9            of those who did look at all-cause
807: 10            mortality for the osteoarthritis trials,
807: 11            VIGOR, ADVANTAGE and APPROVe, is it true
807: 12            that the conclusion was that there was no
807: 13            statistically significant difference in
807: 14            mortality in any one of those trials?
807: 15      A.   I would need to go back and
807: 16            take a look at that data before just
807: 17            answering off the top of my head.
807: 18      Q.   Do you remember as to any
807: 19            one of those any analyses of all-cause
807: 20            mortality suggesting that there was a
807: 21            statistically significant difference
807: 22            between Vioxx and either placebo or any
807: 23            comparator drug?
807: 24      A.   Sitting here at the end of a
808: 1            very long day, I cannot identify that.
808: 2            But if you want, I can go back over the
808: 3            analyses which we have here on the table
808: 4            and take a look at them.

444 808:21   -   808:22      Avorn, Jerome 2006-06-30

808: 21      Q.   Doctor, I'm going to hand
808: 22            you what I've marked as Exhibit 58.

445 809:9   -   809:14      Avorn, Jerome 2006-06-30

809: 9            as an exhibit or not.  Maybe you do.  Do
809: 10            you recognize Exhibit 58?
809: 11      A.   Well, I've certainly seen
809: 12            it.  I don't remember if it was an
809: 13            exhibit in the last day or two, but I
809: 14            know the Villalba report.

446 809:22   -   810:7      Avorn, Jerome 2006-06-30

809: 22      Q.   And you called this the
809: 23            Villalba report?
809: 24      A.   Right.
810: 1      Q.   What do you mean by that?
810: 2      A.   The one of December '04
810: 3            called "Interim review."
810: 4      Q.   So, we have here on the

| | | Objections | Ruling in Barnett |
|---|---|---|---|

810: 5      first page, "December 2004 Interim
810: 6      Review" by Dr. Villalba, correct?
810: 7    A.   Correct.

447 810:8    -    810:11    Avorn, Jerome 2006-06-30
810: 8    Q.   And let's look over on Page
810: 9      7, please.  Is there somewhere on Page 7
810: 10      where the FDA indicates whether the --
810: 11      here we go.

448 810:12    -    810:17    Avorn, Jerome 2006-06-30
810: 12      What's indicated on
810: 13      Paragraph 2.1 of the Villalba review?
810: 14    A.   "The current submission...
810: 15      did not suggest an excess in the total
810: 16      number of CV thrombotic events for Vioxx
810: 17      as compared to placebo."

449 810:18    -    810:24    Avorn, Jerome 2006-06-30
810: 18      Shall I go on?
810: 19    Q.   Sure.
810: 20    A.   I thought we were talking
810: 21      about deaths.
810: 22    Q.   Well, I'm now talking about
810: 23      CV events.
810: 24    A.   All right.

**Re: 810:18-24**
**Def. Obj:** Irrelevant

450 811:10    -    811:20    Avorn, Jerome 2006-06-30
811: 10      Is this one of the documents
811: 11      that was provided to you by the lawyers
811: 12      that you are working with so that you
811: 13      could help form your opinion and testify
811: 14      yesterday and today?
811: 15    A.   Yes.
811: 16    Q.   Did you take it into account
811: 17      when you reached your opinions?
811: 18    A.   Yes, I did.
811: 19    Q.   Did you take it into
811: 20      account --

451 811:23    -    812:1    Avorn, Jerome 2006-06-30
811: 23    Q.   -- before you testified
811: 24      yesterday on direct-examination?
812: 1    A.   Yes.

452 812:23    -    813:8    Avorn, Jerome 2006-06-30
812: 23    Q.   So, focusing on
812: 24      cardiovascular deaths, does this indicate
813: 1      in the Alzheimer's studies that there was
813: 2      no difference between Vioxx and placebo?
813: 3    A.   That's not what this box
813: 4      that you've put up talks about, Mr. Beck.
813: 5    Q.   Well, then, tell me what it
813: 6      says.
813: 7    A.   This is fatal and nonfatal
813: 8      events.

453 813:9    -    813:14    Avorn, Jerome 2006-06-30
813: 9    Q.   I'm sorry.  So,
813: 10      cardiovascular events, whether they were
813: 11      deaths or not deaths, there was no
813: 12      difference between Vioxx and placebo in
813: 13      the Alzheimer's trials, correct?
813: 14    A.   Right.

|  | Objections | Ruling in Barnett |
|---|---|---|

**454 816:1   -   817:19**   Avorn, Jerome 2006-06-30

816: 1    Yesterday you referred to an
816: 2    article which was Exhibit 9.  You don't
816: 3    have to pull it out.  But it was about
816: 4    confounders.  Do you remember that?
816: 5    A.  Yes.
816: 6    Q.  And I think you described
816: 7    that you wanted to make sure that you
816: 8    took into account variables that might
816: 9    affect heart attack rates other than the
816: 10    medications that were being examined,
816: 11    right?
816: 12    A.  Right.
816: 13    Q.  For example, that for some
816: 14    reason one group had a lot of smokers in
816: 15    it and the other didn't and that could
816: 16    skew the results, right?
816: 17    A.  Correct.
816: 18    Q.  And that's because you know
816: 19    that smokers are more likely to have
816: 20    heart attacks than nonsmokers, right?
816: 21    A.  Correct.
816: 22    Q.  And there are other
816: 23    confounders such as people who are
816: 24    overweight or high cholesterol, things
817: 1    like that, right?
817: 2    A.  Correct.
817: 3    Q.  All of those would be
817: 4    considered risk factors for someone to
817: 5    have a heart attack; is that right?
817: 6    A.  Correct.
817: 7    Q.  What about, this is not
817: 8    something you've mentioned, but would
817: 9    someone who was subjected to years and
817: 10    years of secondhand smoke, would that
817: 11    also be a confounder?
817: 12    A.  Well, we know that
817: 13    secondhand smoke is a risk factor for
817: 14    heart disease.
817: 15    Q.  So, if, for example, one
817: 16    spouse had been smoking for decades, the
817: 17    other spouse would be at increased risk
817: 18    from that alone of having a heart attack;
817: 19    is that right?

**455 817:22   -   818:2**   Avorn, Jerome 2006-06-30

817: 22    THE WITNESS:  Right.  So, if
817: 23    Vioxx users had more spouses who
817: 24    smoked than Celebrex users, then
818: 1    that would be something that was
818: 2    not measured.

**456 818:4   -   818:9**   Avorn, Jerome 2006-06-30

818: 4    Q.  In any event, my question is
818: 5    simply, if somebody's spouse has been
818: 6    smoking for years, that alone puts them
818: 7    at greater risk for a heart attack,
818: 8    right?
818: 9    A.  Yes.

**457 818:15   -   819:6**   Avorn, Jerome 2006-06-30

818: 15    Q.  On the question of the
818: 16    labels where you and Mr. Tisi went
818: 17    through the 1999 and the 2002 labels

818: 18          yesterday, do you remember that?
818: 19     A.   Yes.
818: 20     Q.   And you indicated that in
818: 21          the 1999 label there was no black box
818: 22          warning, no warning or no precaution
818: 23          concerning cardiovascular risk.  Do you
818: 24          remember that?
819: 1      A.   Right.
819: 2      Q.   Do you know whether for the
819: 3          label that was in effect for Celebrex in
819: 4          1999, was there a black box warning
819: 5          concerning cardiovascular risk?
819: 6      A.   No.

458 819:9    -   819:10    Avorn, Jerome 2006-06-30
819: 9      Q.   Was there a warning
819: 10          concerning cardiovascular risk?

459 819:13   -   819:15    Avorn, Jerome 2006-06-30
819: 13          THE WITNESS:  I have not
819: 14          reviewed the Celebrex label in
819: 15          that level of detail.

460 820:8    -   820:12    Avorn, Jerome 2006-06-30
820: 8      Q.   And for other prescription
820: 9          NSAIDs in 1999, did any of them have a
820: 10          black box warning about cardiovascular
820: 11          risk?
820: 12     A.   Not to my knowledge.

461 821:22   -   823:2     Avorn, Jerome 2006-06-30
821: 22     Q.   So, focusing on other NSAIDs
821: 23          other than Vioxx or Celebrex, did any of
821: 24          them have warnings about cardiovascular
822: 1          risks?
822: 2      A.   In 1999?
822: 3      Q.   In 1999.
822: 4      A.   I do not think so.
822: 20     Q.   We know that Vioxx was
822: 21          withdrawn from the market in the fall of
822: 22          2004, right?
822: 23     A.   Right.
822: 24     Q.   And then later, all of the
823: 1          NSAIDs, prescription NSAIDs ended up with
823: 2          black box warnings, correct?

462 823:8    -   824:3     Avorn, Jerome 2006-06-30
823: 8      Q.   Well, is that true or not?
823: 9          Do you know?
823: 10     A.   Well, I know, and it is
823: 11          actually a complicated answer, I'm
823: 12          afraid.  And that is, that FDA seemed to
823: 13          encourage that, but it is not clear that
823: 14          all other nonsteroidal manufacturers have
823: 15          actually put those into their labels.
823: 16     Q.   Okay.
823: 17          Well, let me ask this.
823: 18          Now, after Vioxx was
823: 19          withdrawn from the market and then there
823: 20          was an Advisory Committee meeting in
823: 21          early 2005, as you indicated, did the FDA
823: 22          encourage the manufacturers of all
823: 23          prescription NSAIDs to add a black box
823: 24          warning?
824: 1      A.   They encouraged that, but I

| | Objections | Ruling in Barnett |
|---|---|---|

824: 2    don't think that most of the companies
824: 3    did so.

● 824:9 - 824:10:00 Avorn, Jerome 2006-06-30
824: 9   Q. Did Celebrex add one?
824: 10   A. I believe it did.

464 831:3 - 831:11 Avorn, Jerome 2006-06-30
831: 3   Q. Do you have any information
831: 4    about whether Mr. Gerald Barnett reviewed
831: 5    any direct-to-consumer advertisements?
831: 6   A. No.
831: 7   Q. Do you have any information
831: 8    about the materials that were considered
831: 9    by the physicians who prescribed Vioxx
831: 10    for Mr. Barnett?
831: 11   A. No.

465 835:20 - 836:3 Avorn, Jerome 2006-06-30
835: 20   the big picture, if I could. Doctor, you
835: 21   expressed a lot of opinions in your
835: 22   direct-examination, and I'm going to go
835: 23   through some of those opinions and see
835: 24   whether you still hold them to a
836: 1    reasonable degree of medical and
836: 2    scientific certainty. Okay?
836: 3   A. Okay.

466 837:2 - 838:3 Avorn, Jerome 2006-06-30
837: 2   Q. And he has indeed shown you
837: 3    quite a few documents, correct?
837: 4   A. Correct.
837: 5   Q. Is there any document that
837: 6    Mr. Beck has shown you that has changed
837: 7    the opinion you gave on
837: 8    direct-examination that Vioxx is capable
837: 9    of causing heart attacks in human beings?
837: 10   A. I have not changed my
837: 11    opinion.
837: 12   Q. Is there any document that
837: 13    Mr. Beck has shown you in
837: 14    cross-examination that changes your
837: 15    opinion that Vioxx is capable of causing
837: 16    strokes in human beings?
837: 17   A. I have not changed my
837: 18    opinion.
837: 19   Q. Is there any document that
837: 20    Mr. Beck has shown you in
837: 21    cross-examination that changes your
837: 22    opinion that there was a reasonable
837: 23    evidence of association between heart
837: 24    attack and Vioxx when the VIGOR results
838: 1    became available to Merck in March of
838: 2    2000?
838: 3   A. That is still my opinion.

467 838:10 - 838:16 Avorn, Jerome 2006-06-30
838: 10   Is there anything that Mr.
838: 11   Beck showed you in cross-examination that
838: 12   changed your opinion that Merck failed to
838: 13   express in a fair and accurate way the
838: 14   scientific and medical evidence of Vioxx
838: 15   as that evidence was emerging as you have
838: 16   reviewed it?

Overruled

Re: 835:20-836:3
**Def. Obj:** Cumulative.

Re: 835:20-836:3
Overruled

Re: 837:1-838:3
**Def. Obj:** Cumulative;
restating opinions

Re: 838:10-839:13
**Def. Obj:** Not proper
expert testimony; See
Merck's Daubert Motion;
cumulative

Re: 838:10-839:13
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

**468 839:3   -   839:17**   Avorn, Jerome 2006-06-30

839: 3     THE WITNESS:  Nothing he has
839: 4     shown me has changed my opinion
839: 5     about that matter.
839: 6     BY MR. TISI:
839: 7   Q.  Is there anything that Mr.
839: 8     Beck has shown you in the course of the
839: 9     past eight hours or so that has changed
839: 10     any of the core opinions that you have
839: 11     given in a direct-examination in this
839: 12     case?
839: 13   A.  Nothing.
839: 14   Q.  You were asked questions
839: 15     about who has financial interest in this
839: 16     case.  Do you remember that question?
839: 17   A.  Yes.

**469 847:5   -   848:12**   Avorn, Jerome 2006-06-30

847: 5   Q.  Doctor, I have placed two
847: 6     exhibits before you, before you sat down
847: 7     there, and they are exhibits -- would you
847: 8     tell me what exhibits those are?
847: 9   A.  Yes.  41 and 42.
847: 10   Q.  You were asked some
847: 11     questions about Exhibit Number 42, and
847: 12     those being those eight documents that
847: 13     were relevant to Merck's defenses.  Do
847: 14     you remember those lines of questions?
847: 15   A.  Yes.
847: 16   Q.  Could you please turn to the
847: 17     next exhibit, Document 41?
847: 18   A.  Yes.
847: 19   Q.  And can you tell me how many
847: 20     references are in document -- could you
847: 21     tell me what Document 41 is?
847: 22   A.  Yes.  It is the reliance
847: 23     materials or the materials that were sent
847: 24     to me by plaintiffs' counsel in
848: 1     formulating my opinion.
848: 2   Q.  And the document that is
848: 3     Exhibit Number 42 says, "Additional
848: 4     materials provided," correct?
848: 5   A.  Correct.
848: 6   Q.  "Related to Merck's
848: 7     defenses"?
848: 8   A.  Correct.
848: 9   Q.  And it lists eight
848: 10     additional pieces of information,
848: 11     correct?
848: 12   A.  Correct.

**470 848:23   -   849:7**   Avorn, Jerome 2006-06-30

848: 23     Now, if you'd turn to
848: 24     Exhibit 41, you've indicated that there
849: 1     are almost 200 references in that
849: 2     document?
849: 3   A.  That's right.
849: 4   Q.  Included in those documents
849: 5     are depositions of Dr. Scolnick, for
849: 6     example, correct?
849: 7   A.  Right.

**471 849:11   -   849:19**   Avorn, Jerome 2006-06-30

849: 11     Included in those are

*(handwritten)* Overruled (cc) 811

**Re: 849:4**
**Def. Obj:** Leading; form
objection preserved at
849:8

**Re: 849:4-849:7**
Overruled.  Is leading
but not significant
811©

| | Objections | Ruling in Barnett |
|---|---|---|

849: 12     published peer-reviewed medical journal
849: 13     articles published by Merck officials,
849: 14     Merck employees, correct?
849: 15    A. That's right.
849: 16    Q. Included in that would be
849: 17     FDA compilations of data that you
849: 18     reviewed; is that correct?
849: 19    A. That's right.

472 849:23  -  850:8    Avorn, Jerome 2006-06-30
849: 23     Has any of that literature
849: 24     that was provided to you been generated
850: 1     by the plaintiffs' lawyers, in other
850: 2     words, are those our documents?
850: 3    A. No.
850: 4    Q. Okay.
850: 5     So, those either came from
850: 6     the public, the public domain, from
850: 7     Merck, or from the FDA, correct?
850: 8    A. Right.

473 850:9  -  850:17    Avorn, Jerome 2006-06-30
850: 9    Q. Doctor, you were asked some
850: 10     questions about the preapproval signals.
850: 11     Do you remember that?
850: 12    A. Yes.
850: 13    Q. Okay.
850: 14     Do you remember we talked a
850: 15     little bit about -- let's talk first
850: 16     about trial 17. Do you remember that?
850: 17    A. Yes.

47-- 850:20  -  852:2    Avorn, Jerome 2006-06-30
850: 20     First of all, was that a
850: 21     placebo-controlled trial?
850: 22    A. I believe it was.
850: 23    Q. Was it blinded?
850: 24    A. I believe it was.
851: 1    Q. And you were asked a
851: 2     question by Mr. Beck whether or not the
851: 3     investigator in the case, in that
851: 4     individual case where there was a heart
851: 5     attack, attributed the heart attack to
851: 6     Vioxx. Do you remember that question?
851: 7    A. I remember the question.
851: 8    Q. Is that possible to do in a
851: 9     blinded placebo-controlled trial? Does
851: 10     the investigator know whether or not the
851: 11     patient is on the experimental drug or
851: 12     the sugar pill?
851: 13    A. The study would have to be
851: 14     unblinded for them to know that.
851: 15    Q. And typically that is not
851: 16     the case with an investigator, they do
851: 17     not get that information?
851: 18    A. Right.
851: 19    Q. And where does the
851: 20     investigator in a company-run trial get
851: 21     information about the side effects of the
851: 22     study drug?
851: 23    A. Well, especially if it's a
851: 24     drug that is not yet on the market, the
852: 1     only place they could get it would be
852: 2     from the company.

| | Objections | Ruling in Barnett |
|---|---|---|

**475  853:19  -  853:21**   Avorn, Jerome 2006-06-30

853: 19  Q.  Could you please go to
853: 20      Exhibit Number 44 in the stack of
853: 21      documents that you were given.  And that

**476  854:10  -  855:10**   Avorn, Jerome 2006-06-30

854: 10  Q.  That would be Dr.
854: 11      Villalba's, just for the record, her
854: 12      medical officer report preapproval of the
854: 13      drug in 1998; is that correct?
854: 14  A.  1998 through 1999, yes.
854: 15  Q.  Would you please go to the
854: 16      page -- they're not really paginated
854: 17      there.
854: 18  A.  Tell me the table number.
854: 19  Q.  Table 51 to 52.
854: 20  A.  Got it.
854: 21  Q.  Would you read the paragraph
854: 22      starting, "Evaluation of CV
854: 23      thromboembolic events"?
854: 24  A.  Yes.  "Evaluation of
855: 1      cardiovascular thromboembolic events
855: 2      regardless of seriousness shows a
855: 3      numerically higher incidence of
855: 4      ischemic/thromboembolic events (angina,
855: 5      myocardial infarction, CVA," which is
855: 6      stroke, "TIA)," which is like a stroke,
855: 7      "in patients taking rofecoxib when
855: 8      compared with patients taking placebo,
855: 9      but the exposure to placebo was less than
855: 10     the exposure to rofecoxib."

**477  855:23  -  856:3**   Avorn, Jerome 2006-06-30

855: 23     "In 6 weeks studies there
855: 24     was one event in the placebo group" or
856: 1      2/10ths of a percent "and a total of 12
856: 2      events (approximately 1%) in the
856: 3      rofecoxib groups."

*Re:855:23-856:1*
**Def Obj:** Leading from
previous question.

**478  856:19  -  857:8**   Avorn, Jerome 2006-06-30

856: 19  A.  "In 6-month studies there
856: 20     were 3 events in placebo (approximately
856: 21     1%) and 23 (approximately 1%) in the
856: 22     total rofecoxib group, even though
856: 23     placebo patients were only exposed for up
856: 24     to 18 weeks.  The data seem to suggest
857: 1      that in 6-week studies, thromboembolic
857: 2      events are more frequent in patients
857: 3      receiving rofecoxib than placebo but do
857: 4      not show a clear dose response
857: 5      relationship with rofecoxib."
857: 6   Q.  Is that consistent with what
857: 7      you ultimately saw in your study which
857: 8      was published in 2004?

Re: 857:6-8
**Def. Obj:** Leading; form
objection preserved at
857:18

Re: 857:6-857:8
Overruled

**479  857:10  -  857:17**   Avorn, Jerome 2006-06-30

857: 10     THE WITNESS:  Yes.  It's all
857: 11     the same pattern of a higher rate
857: 12     seen with rofecoxib or Vioxx
857: 13     compared to placebo.
857: 14     BY MR. TISI:
857: 15  Q.  And is that what you meant
857: 16     by way of a signal where you look at, you
857: 17     see a trend and it raises a red flag?

Re:857:10-13
**Def. Obj:** Answer to
leading question.

Re: 857:15-19
**Def Obj:** Leading; form
objection preserved at

Re: 857:15-857:19
Overruled

*Overruled* (handwritten annotation)



| | Objections | Ruling in Barnett |
|---|---|---|

857:9

**480 857:19  -  857:24** Avorn, Jerome 2006-06-30
857: 19  THE WITNESS:  That's right.
857: 20  BY MR. TISI:
857: 21  Q.  Well, let me ask you,
857: 22  Doctor, when you used the word "red flag"
857: 23  in your direct testimony, what did that
857: 24  mean?

**481 858:15  -  858:22** Avorn, Jerome 2006-06-30
858: 15  A.  signal or a red flag is
858: 16  evidence of an increased prevalence of a
858: 17  problem, in this case in one drug
858: 18  compared to another, even though
858: 19  initially that may not reach the level of
858: 20  statistical significance because there's
858: 21  not yet enough experience with the drug
858: 22  to see that.

**Re: 857:21-858:22**
**Def. Obj:** Beyond the
scope of cross; results
from leading of witness
857:15-19.  Form
objection preserved at
858:1-6

**Re: 857:21-858:22**
Overruled

**483 860:11  -  860:24** Avorn, Jerome 2006-06-30
860: 11  Q.  You were asked some
860: 12  questions about the Board of Scientific
860: 13  Advisors report.  Do you remember that
860: 14  earlier?
860: 15  A.  Yes.
860: 16  Q.  And Mr. Beck asked you
860: 17  questions, and this is just for
860: 18  reference, about some of the good
860: 19  potential -- I think we can fairly call
860: 20  them collateral potential benefits and
860: 21  potential safety problems.  Do you
860: 22  remember the good and the bad discussion
860: 23  that you had with Mr. Beck?
860: 24  A.  Yes.

**Re: 860:16-24**
**Def. Obj:** Lawyer sidebar
on "collateral potential
benefits"

**Re: 860:16-860:24**
Overruled

**484 861:6  -  862:3** Avorn, Jerome 2006-06-30
861: 6  Well, first of all, do you
861: 7  know whether or not Vioxx was being
861: 8  investigated for the purpose of being a
861: 9  drug for cardioprotection?
861: 10  A.  I don't know of any studies
861: 11  that were conducted in humans to
861: 12  demonstrate that.
861: 13  Q.  Okay.
861: 14  Do you know whether or not
861: 15  that was the purpose for developing
861: 16  Vioxx?
861: 17  A.  No, it was not, as far as I
861: 18  know.
861: 19  Q.  Do you know whether or not
861: 20  they filed a new drug application,
861: 21  supplemental new drug application or
861: 22  anything to investigate whether or not
861: 23  Vioxx could be capable of being a
861: 24  cardioprotective drug?
862: 1  A.  That was never part of the
862: 2  Vioxx human development program as far as
862: 3  I know.

**Re: 861:6-862:3**
**Def. Obj:** Witness
does not know - doesn't
say he investigated and
determined there were no
such investigations.
Opinions are without
basis and not disclosed
in expert report.

**Re: 861:6-862:3**
Overruled

**485 862:12  -  862:14** Avorn, Jerome 2006-06-30
862: 12  Q.  I would like you to find, if
862: 13  you could, the Board of Scientific
862: 14  Advisors note or report.

**486 863:3  -  863:4** Avorn, Jerome 2006-06-30

| | Objections | Ruling in Barnett |



863: 3    Q.   If you'd go to the page with
863: 4        the cardiovascular issues.

863:13   -   864:1    Avorn, Jerome 2006-06-30
863: 13        Now, you see that they
863: 14        identify three different issues?
863: 15    A.   Yes.
863: 16    Q.   And Mr. Beck asked you,
863: 17        well, isn't it true that some of these
863: 18        could be potentially helpful?
863: 19    A.   Right.
863: 20    Q.   First of all, he didn't ask
863: 21        you about Number 3.  Let me ask you about
863: 22        Number 3.
863: 23    A.   Yeah.  Number 3 is where a
863: 24        lot of the action is.  We didn't get to
864: 1        talk about that.

488 864:7   -   865:9    Avorn, Jerome 2006-06-30
864: 7    Q.   Let me ask you about Number
864: 8        3.  Can it ever be a good thing that
864: 9        there is "thromboembolic occlusion of the
864: 10        vessel at the site of plaque rupture with
864: 11        ensuing consequences of ischemia"?
864: 12    A.   No.  That means that there's
864: 13        a blood clot that forms and it blocks the
864: 14        artery, and the ischemia refers to the
864: 15        deprivation of the tissue of oxygen and
864: 16        often results in the death of the tissue.
864: 17    Q.   Is there ever a circumstance
864: 18        where Number 3 is a good thing?
864: 19    A.   Well, I think in fairness,
864: 20        we need to point out that if you could
864: 21        prevent it, it would be a good thing.  1,
864: 22        2 and 3 were all phrased by the board as
864: 23        the bad thing.  And in the case of 1,
864: 24        they said it could be better or it could
865: 1        be worse.  In the case of 2, Mr. Beck
865: 2        pointed out that their discussion was
865: 3        primarily of preventing the badness.  And
865: 4        in Number 3, it is predominantly about
865: 5        causing the badness, but I would want to
865: 6        spend a moment, in fairness, just making
865: 7        sure that they were not talking about
865: 8        preventing the badness of point number 3.
865: 9    Q.   Feel free to take a look.

489 865:12   -   866:2    Avorn, Jerome 2006-06-30
865: 12        Okay.
865: 13        I think a fair reading of
865: 14        number 3 is that it is pretty much
865: 15        exclusively looking at the likelihood or
865: 16        the threat that a selective COX-2
865: 17        inhibitor like Vioxx could just do harm.
865: 18        There was no good news in their
865: 19        presentation about topic number 3.
865: 20    Q.   And do you have an opinion
865: 21        to a reasonable degree of medical
865: 22        certainty as to whether or not a
865: 23        pharmaceutical company putting a drug on
865: 24        the market has a responsibility to
866: 1        investigate potential bad things that it
866: 2        may become aware of?

490 866:9   -   866:19    Avorn, Jerome 2006-06-30

**Re: 863:23-864:1**
**Def. Obj:** Non-responsive.

**Re: 863:23-864:1**
Overruled

**Re: 865:20-866:19**
**Def. Obj:** Not proper
expert testimony; See
Daubert Brief.

**Re: 865:20-866:19**
Overruled

| | | Objections | Ruling in Barnett |
|---|---|---|---|

866: 9       THE WITNESS: I have such an
866: 10      opinion, and my opinion, which is
866: 11      compatible with what I've written
866: 12      in my book and teach to classes
866: 13      that include pharmaceutical
866: 14      executives, is that it's necessary
866: 15      to do so. I've -- since the Vioxx
866: 16      withdrawal, I've even made the
866: 17      argument that it is a good
866: 18      business case to do so because you
866: 19      can really regret it if you don't.

491 867:4 - 867:15    Avorn, Jerome 2006-06-30
867: 4      Do you have an opinion to a
867: 5      reasonable degree of medical and
867: 6      scientific certainty as an expert in drug
867: 7      risks and benefits and evaluating them as
867: 8      to whether or not Vioxx in this case had
867: 9      any responsibility to actually --
867: 10  A. You mean Merck had a
867: 11      responsibility?
867: 12  Q. -- Merck had a
867: 13      responsibility or not to investigate the
867: 14      potential bad effect that's identified
867: 15      here by the Board of Scientific Advisors?

**Re: 867:4-868:9**
**Def. Obj:** Not proper
expert testimony. Covered
on direct at 311:21-312:8;
313:2-316:8; cumulative

**Re: 867:4-868:9**
Overruled

492 868:4 - 868:22    Avorn, Jerome 2006-06-30
868: 4      THE WITNESS: I have such an
868: 5      opinion, and the opinion is that
868: 6      the company did have a
868: 7      responsibility to follow up the
868: 8      issued raised in an effective
868: 9      manner by the scientific board.
868: 10     BY MR. TISI:
868: 11  Q. Now, I want you to put
868: 12      yourself back in 1998 when the Board of
868: 13      Scientific Advisors commented on the
868: 14      potential good and the potential bad as
868: 15      indicated here in this document.  Okay?
868: 16  A. Okay.
868: 17  Q. Could a responsible
868: 18      pharmaceutical company have designed at
868: 19      that time a trial to investigate whether
868: 20      Vioxx was good or bad for the heart using
868: 21      the information provided by the Board of
868: 22      Scientific Advisors?

**Re: 868:17-870:2**
**Def. Obj:** Not proper
expert testimony;
cumulative; repeating
direct at 370:24-371:18

**Re: 868:17-870:2**
Overruled

493 869:8 - 869:16    Avorn, Jerome 2006-06-30
869: 8      THE WITNESS: Yes. I
869: 9      believe such a study could have
869: 10     been initiated at that time.
869: 11     BY MR. TISI:
869: 12  Q. And do you know whether or
869: 13      not a study -- or was a cardiovascular
869: 14      outcomes study ever designed in 1998 to
869: 15      look at the issue identified by the Board
869: 16      of Scientific Advisors?

494 869:22 - 871:1    Avorn, Jerome 2006-06-30
869: 22     THE WITNESS: I'm not aware
869: 23     that in any year a study was
869: 24     designed and implemented to test
870: 1      the question of the cardiovascular
870: 2      risk of Vioxx in particular.
870: 3      BY MR. TISI:



| | | Objections | Ruling in Barnett |
|---|---|---|---|

870: 4   Q.  You were asked some
870: 5       questions about arm bleeds and rat
870: 6       studies and all those kinds of questions.
870: 7       Do you remember those questions that you
870: 8       spoke to earlier?
870: 9   A.  Yes.
870: 10  Q.  Beyond questions of looking
870: 11      about whether or not these studies,
870: 12      animal studies, et cetera, generally
870: 13      demonstrate biologic plausibility, what
870: 14      relevance do those studies have in light
870: 15      of clinical trial and epidemiologic
870: 16      evidence showing an association?
870: 17  A.  The ultimate outcome is what
870: 18      happens to patients.  And we try to learn
870: 19      what happens -- what is going to happen
870: 20      to patients based on animal studies or
870: 21      lab models or other kinds of science,
870: 22      which can be interesting and informative.
870: 23      But at the end of the day, what matters
870: 24      most is the good and the bad effects as
871: 1       they are recorded in actual human beings.

495 871:21   -   872:1   Avorn, Jerome 2006-06-30
871: 21      Do you remember when Mr.
871: 22      Beck asked you a series of questions
871: 23      about why you did not mention the good
871: 24      aspects of the Board of Scientific
872: 1       Advisors?  Do you remember that?

**Re: 871:21-872:6**          **Re: 871:21-872:6**
**Def. Obj:** Sidebar         Overruled

496 872:5   -   872:6   Avorn, Jerome 2006-06-30
872: 5       THE WITNESS:  I recall what
872: 6       you are talking about.

497 874:1   -   874:20   Avorn, Jerome 2006-06-30
874: 1       Mr. Beck showed you a couple
874: 2       of articles.  I think he showed you the
874: 3       Burleigh article, and I think he showed
874: 4       you another article by Dr. --
874: 5   A.  Cipollone.
874: 6   Q.  -- Cipollone.  But there
874: 7       were other articles that you also cited
874: 8       in your article, correct?
874: 9   A.  Right.
874: 10  Q.  Okay.
874: 11      And ultimately, after
874: 12      reviewing the literature on all sides of
874: 13      the issue, including the articles that
874: 14      Mr. Beck highlighted for you and
874: 15      attached, looking at all the references
874: 16      and doing your own studies, what did you
874: 17      conclude?
874: 18  A.  Well, I can probably best
874: 19      answer --
874: 20  Q.  In humans?

498 875:1   -   879:20   Avorn, Jerome 2006-06-30
875: 1       THE WITNESS:  Well, I think
875: 2       an answer that is not going to
875: 3       repeat anything that we've done
875: 4       today is the papers that Mr.
875: 5       Goldman asked me to identify for
875: 6       him at the first deposition two
875: 7       weeks ago, because I think we've
875: 8       heard today a rather skewed

| | Objections | Ruling in Barnett |
|---|---|---|

875: 9    presentation of the pharmacology
875: 10   evidence that was in place before
875: 11   the drug was marketed. And two
875: 12   weeks ago Mr. Goldman asked me to
875: 13   identify animal studies that I had
875: 14   relied upon in formulating my
875: 15   opinion. And we haven't gotten to
875: 16   talk about those, but since we are
875: 17   now talking about the animal
875: 18   studies related to the effect of
875: 19   Vioxx and related drugs, it
875: 20   probably would be appropriate to
875: 21   just mention them since they were
875: 22   material that Mr. Goldman had
875: 23   asked about. And these are the
875: 24   three papers that I had identified
876: 1    for Merck's counsel.
876: 2    And very brief, because the
876: 3    hour is late, but one is from 1997
876: 4    in Nature. And it's a paper by
876: 5    Murata, and I can provide the full
876: 6    reference later. Mr. Goldman
876: 7    actually has it already, and I
876: 8    assume he shared that with Mr.
876: 9    Beck. And essentially what it
876: 10   says is that if one disrupts the
876: 11   gene for prostacyclin, which is
876: 12   the substance that Vioxx reduces
876: 13   the production of, the
876: 14   susceptibility to thrombosis is
876: 15   increased.
876: 16   And then they go on to say,
876: 17   "Our results establish that
876: 18   prostacyclin is an anti-thrombotic
876: 19   agent in vivo." And what that
876: 20   means in English is, that the
876: 21   material that Vioxx reduces the
876: 22   production of prevents clotting,
876: 23   so that blocking that would
876: 24   increase clotting, and that was,
877: 1    as I said, in 1997 in Nature.
877: 2    The other one Mr. Goldman
877: 3    asked me about was a paper that
877: 4    was in the Journal of Biological
877: 5    Chemistry, which is the main
877: 6    journal in biochemistry, published
877: 7    in 1999, again, February of 1999,
877: 8    before the availability of Vioxx
877: 9    on the market.
877: 10   And this was a study in
877: 11   which there was an investigation
877: 12   of whether heart cells were
877: 13   influenced by COX-2, the enzyme
877: 14   that Vioxx blocks. And their
877: 15   conclusion on their abstract is
877: 16   that in heart cells that are
877: 17   injured in a variety of
877: 18   experimental ways, prostacyclin,
877: 19   which is the chemical that Vioxx
877: 20   blocks, protects the heart cells.
877: 21   And their conclusion was that if
877: 22   you block that prostacyclin
877: 23   chemical that protects the heart
877: 24   cells, as you would do with a
878: 1    COX-2 inhibitor such as Vioxx,

|  | Objections | Ruling in Barnett |
|---|---|---|

878: 2  that would block the protection of
878: 3  heart cells in an injured heart.
878: 4  And the third paper, very
878: 5  briefly, that I want to talk
878: 6  about -- that paper was by
878: 7  Adderley and Fitzgerald, a
878: 8  different Fitzgerald, by the way.
878: 9  And the last one is a paper
878: 10  by Shinmura. Again, Mr. Goldman,
878: 11  and I expect Mr. Beck, have the
878: 12  reference that I provided two
878: 13  weeks ago. This was a study about
878: 14  the cardioprotective effects in
878: 15  animal studies when they damage
878: 16  animal hearts, and it says -- the
878: 17  title is "Cyclooxygenase-2" or
878: 18  COX-2, "mediates the
878: 19  cardioprotective effects of" a
878: 20  bunch of other things having to do
878: 21  with heart damage.
878: 22  And, again, in brief, what
878: 23  it says, quite clearly, in their
878: 24  abstract is that this study
879: 1  identifies COX-2 as a
879: 2  cardioprotective protein. They go
879: 3  on to say, "COX-2 mediates the
879: 4  anti-infarct effects," which means
879: 5  COX-2, which is the enzyme that is
879: 6  blocked by Vioxx, mediates or
879: 7  helps to promote the anti-heart
879: 8  attack effects in their model.
879: 9  So, these were -- Mr.
879: 10  Goldman's question to me to which
879: 11  these were a response was what
879: 12  evidence was there before Vioxx
879: 13  was marketed that inhibiting COX-2
879: 14  selectively might be bad for the
879: 15  heart. And I think this is pretty
879: 16  clear that, granted, there was
879: 17  evidence on both sides, but there
879: 18  was pretty compelling evidence on
879: 19  the damage side already, even
879: 20  before the drug hit the market.

499 881:2    -   881:17    Avorn, Jerome 2006-06-30
881: 2  Doctor, let me go back to
881: 3  your article, okay? Your article, which
881: 4  is Number 7 in the book.
881: 5  A.  Is that my copy of the book?
881: 6  Q.  Yes.
881: 7  A.  Okay.
881: 8  Q.  In that article you refer to
881: 9  both the Burleigh and the --
881: 10  A.  Cipollone.
881: 11  Q.  -- Cipollone articles.
881: 12  A.  Right.
881: 13  Q.  Correct?
881: 14  A.  Right.
881: 15  Q.  So --
881: 16  A.  Cipollone.
881: 17  Q.  Cipollone.

500 881:20   -   881:24    Avorn, Jerome 2006-06-30
881: 20  What were you trying to do
881: 21  by referring the readers to articles like

|  | Objections | Ruling in Barnett |

881: 22      these, as well as articles on the other
881: 23      side of the issue that were also
881: 24      contained in your paper?

501 882:3 - 882:24      Avorn, Jerome 2006-06-30
882: 3      THE WITNESS:  What that
882: 4      section is about was essentially
882: 5      saying this is a very active area
882: 6      of research.  There's a lot of new
882: 7      information that is developing
882: 8      about the effect of this COX-2
882: 9      enzyme which had not been fully
882: 10      studied over the years but that
882: 11      people had begun to understand was
882: 12      having an important effect on the
882: 13      health of the vessel wall, as well
882: 14      as on the ability of blood to
882: 15      clot, as well as on the function
882: 16      of the arteries, and that this is
882: 17      an important area because there's
882: 18      a lot of very exciting research
882: 19      going on, that COX-2 has a lot to
882: 20      do with the arteries.
882: 21      BY MR. TISI:
882: 22      Q.  Now, and when you took those
882: 23      issues and you actually studied them in
882: 24      human beings, what did you find?

**Re: 882:22-883:15**
**Def. Obj:** Beyond the scope of direct examination; cross

**Re: 882:22-883:15**
Overruled

502 883:9 - 883:15      Avorn, Jerome 2006-06-30
883: 9      THE WITNESS:  In brief, we
883: 10      found that when all is said and
883: 11      done, if you look at real typical
883: 12      patients out there in the
883: 13      community, they were more likely
883: 14      to have heart attacks if they were
883: 15      taking Vioxx.

503 884:15 - 884:23      Avorn, Jerome 2006-06-30
884: 15      Q.  In your article that you
884: 16      wrote, did you acknowledge, and we went
884: 17      through some of the articles on both
884: 18      sides of the issue, that perhaps Vioxx
884: 19      could have a beneficial effect and a bad
884: 20      effect in terms of the animal models that
884: 21      you identified?
884: 22      A.  Right.  Those are the
884: 23      citations that Mr. Beck asked me about.

505 886:8 - 887:5      Avorn, Jerome 2006-06-30
886: 8      THE WITNESS:  In fairness, I
886: 9      can't speak to what Merck did or
886: 10      didn't say.  This is an article
886: 11      written by many people, and there
886: 12      will be other testimony about what
886: 13      Merck did or didn't do in relation
886: 14      to the presentation of the
886: 15      findings in VIGOR.
886: 16      So, I can speak just to the
886: 17      paper as it appeared in the New
886: 18      England Journal that Dr.
886: 19      Bombardier and colleagues wrote.
886: 20      We know there was a lot of
886: 21      interaction with Merck, but let me
886: 22      just speak about the paper.
886: 23      The paper is really

**Re: 886:8-887:5**
**Def. Obj:** No question; improper expert testimony.

*Overruled*

*Overruled*

| | Objections | Ruling in Barnett |
|---|---|---|

886: 24          presented in a very one-sided way.
887: 1          It was all about the good news,
887: 2          and the bad news was presented in
887: 3          a way that minimized, in fact,
887: 4          inverted it so that it was not
887: 5          even presented as bad news.

**506 887:14  -  887:20**    Avorn, Jerome 2006-06-30
887: 14    Q.  In any of the materials that
887: 15        you've seen, the educational materials,
887: 16        the label, the medical literature,
887: 17        anything that came out of Merck, was
887: 18        there ever an acknowledgment that at
887: 19        least a potential mechanism of action was
887: 20        that this drug would be prothrombotic?

Re:887:14-887:20
**Def. Obj:** Question
withdrawn without
answer.

**507 888:5  -  888:11**    Avorn, Jerome 2006-06-30
888: 5    Q.  Well, let me ask you the
888: 6        question.
888: 7        What, if anything, have you
888: 8        ever seen -- have you seen in any of the
888: 9        Merck literature that presented Vioxx as
888: 10       having any potential side effects before
888: 11       APPROVe?

Re: 888:7-889:6
**Def. Obj:** Outside the
scope of cross; also
repeating direct
examination at 431:9-
432:10.

**Re: 888:7-889:6**
Overruled

**508 888:17  -  890:3**    Avorn, Jerome 2006-06-30
888: 17       THE WITNESS:  The vast
888: 18       preponderance of the material that
888: 19       Merck produced either in articles
888: 20       that it had its staff or
888: 21       consultants author, or the
888: 22       educational so-called materials
888: 23       for physicians, the vast, vast
888: 24       predominance of it was all the
889: 1        good things about Vioxx.  And I
889: 2        cannot recall any materials that
889: 3        Merck produced that said this drug
889: 4        may increase -- may be
889: 5        prothrombotic, except in reciting
889: 6        the VIGOR data.
889: 7        BY MR. TISI:
889: 8    Q.  Doctor, do you remember the
889: 9        Tuleja article that you were asked about?
889: 10       Do you remember whether these men -- and
889: 11       this was the --
889: 12    A.  Bleeding.
889: 13    Q.  -- bleeding time study that
889: 14        we talked about before.
889: 15        Do you remember whether
889: 16       these were healthy or unhealthy men?
889: 17    A.  They were healthy men as far
889: 18        as I know.
889: 19    Q.  Do you know whether or not
889: 20       they looked at -- what kind of vessels
889: 21       they looked at?  Did they look at
889: 22       capillaries, coronary arteries, anything
889: 23       like that?
889: 24    A.  I don't recall what kind of
890: 1        vessels.
890: 2    Q.  Let me show you the article.
890: 3        I'm showing you my copy.

**509 890:13  -  892:7**    Avorn, Jerome 2006-06-30
890: 13       THE WITNESS:  It says,
890: 14       "Standard microvascular injury."

| | | Objections | Ruling in Barnett |
|---|---|---|---|

| | |
|---|---|
| 890: 15 | BY MR. TISI: |
| 890: 16 | Q. What does that mean to you? |
| 890: 17 | A. That it is an experimental |
| 890: 18 | technique in which they damage the |
| 890: 19 | smallest vessels. |
| 890: 20 | Q. Okay. |
| 890: 21 | Are those the same kind of |
| 890: 22 | vessels that cause heart attacks in human |
| 890: 23 | beings? |
| 890: 24 | A. No. |
| 891: 1 | Q. Okay. |
| 891: 2 | Did they have |
| 891: 3 | atherosclerosis? |
| 891: 4 | A. No. They were healthy men. |
| 891: 5 | Q. And can you tell us who |
| 891: 6 | funded this particular study? |
| 891: 7 | A. Merck of Poland. |
| 891: 8 | Q. Let's go on to the next -- |
| 891: 9 | A. And in fairness, the Polish |
| 891: 10 | State Research Council. |
| 891: 11 | Q. Let's discuss the 2001 |
| 891: 12 | Advisory Committee for a moment. Do you |
| 891: 13 | have that transcript there? I believe |
| 891: 14 | it's the big one there. |
| 891: 15 | A. Okay. |
| 891: 16 | Q. I'd like to take you through |
| 891: 17 | some things here. |
| 891: 18 | First of all, I would like |
| 891: 19 | to orient the jury. This was an Advisory |
| 891: 20 | Committee that was held in February of |
| 891: 21 | 2001 to discuss the VIGOR data? |
| 891: 22 | A. Yes. |
| 891: 23 | Q. First of all, tell us a |
| 891: 24 | little bit about Advisory Committees. |
| 892: 1 | Are they -- how many drugs do they see |
| 892: 2 | over the course of sitting as an Advisory |
| 892: 3 | Committee? |
| 892: 4 | A. It will vary. Sometimes |
| 892: 5 | they will see a bunch at one sitting. |
| 892: 6 | Sometimes they will focus just on one |
| 892: 7 | drug. |

| | | |
|---|---|---|
| 510 **892:18   -   894:12** | Avorn, Jerome 2006-06-30 | |
| 892: 18 | And do they typically |
| 892: 19 | receive a packet of information prior to |
| 892: 20 | going in and sitting and hearing |
| 892: 21 | presentations? |
| 892: 22 | A. Yeah. But sometimes it's |
| 892: 23 | just like the day before. |
| 892: 24 | Q. And how much information do |
| 893: 1 | they actually get if you're typically |
| 893: 2 | speaking? |
| 893: 3 | A. Well, again, it varies. |
| 893: 4 | Sometimes they get a ream that colleagues |
| 893: 5 | of mine who are on these committees say |
| 893: 6 | they can't possibly get through. |
| 893: 7 | Sometimes they get just a small packet. |
| 893: 8 | Q. And who typically presents |
| 893: 9 | at these Advisory Committees? |
| 893: 10 | A. There will often be somebody |
| 893: 11 | from FDA presenting. There will often be |
| 893: 12 | somebody from the company presenting. |
| 893: 13 | And sometimes they even have patients |
| 893: 14 | presenting. |
| 893: 15 | Q. Now, looking at the Advisory |

| | | Objections | Ruling in Barnett |
|---|---|---|---|

893: 16     Committee of 2001, this would have been
893: 17     approximately a year after Merck became
893: 18     aware of the VIGOR results?
893: 19   A. Right.
893: 20   Q. And would you go to the
893: 21     transcript at Page 5, if you could.
893: 22     First of all, it's a
893: 23     presentation by Dr. Goldman.
893: 24   A. Okay.
894: 1   Q. And Dr. Goldman, I'll
894: 2     represent to you, is the Merck
894: 3     representative.
894: 4   A. Right.
894: 5   Q. Do you see where it says,
894: 6     "We believe that the highly significant
894: 7     results from VIGOR mirrored a
894: 8     modification of the product label to
894: 9     reflect a more appropriate presentation
894: 10     of the demonstrated GI safety benefits
894: 11     that is specific to Vioxx"?
894: 12     Do you see that?

**511 895:7    -   895:19**    Avorn, Jerome 2006-06-30
895: 7     Do you have any
895: 8     understanding reading that as to what the
895: 9     primary purpose of this Advisory
895: 10     Committee was?
895: 11   A. Well, sure. Not just from
895: 12     that paragraph, but from having reviewed
895: 13     the transcript, the question, as well as
895: 14     the rest of the history. The question
895: 15     was whether the official labeling of
895: 16     Vioxx was going to be revised to include
895: 17     in it information about Vioxx having a
895: 18     greater safety on the GI tract compared
895: 19     to other drugs.

Overruled

**512 898:20    -   899:18**    Avorn, Jerome 2006-06-30
898: 20   Q. First of all, this is an
898: 21     internal e-mail from Merck dated January
898: 22     29th, 2001; is that correct?
898: 23   A. That's right.
898: 24   Q. And is this before the
899: 1     February 8th Advisory Committee?
899: 2   A. About a week before.
899: 3   Q. Okay.
899: 4     And do you see the first,
899: 5     the e-mail from Dr. Shapiro to, among
899: 6     other things, Alise Reicin?
899: 7   A. Which one is that, that you
899: 8     want me to look at?
899: 9   Q. The very top of the page.
899: 10   A. The top one.
899: 11   Q. Uh-huh. Do you see that?
899: 12   A. From Dr. Shapiro to Dr.
899: 13     Reicin, yes.
899: 14   Q. Yes.
899: 15     And that's the same Dr.
899: 16     Reicin that made the presentation to the
899: 17     Advisory Committee --
899: 18   A. Right.

Re: 898:20-900:16     Re: 898:20-900:16
**Def. Obj:** Outside the     Overruled
scope of cross
examination.

**514 900:7    -   900:16**    Avorn, Jerome 2006-06-30
900: 7     THE WITNESS: Yes. 30 to
900: 8     10.

| | | Objections | Ruling in Barnett |
|---|---|---|---|

900: 9      BY MR. TISI:
900: 10      Q. Okay.
900: 11         Is that the kind of
900: 12         information --
900: 13         Do you know whether that
900: 14         information was ever shared with the
900: 15         members of the Advisory Committee?
900: 16      A. I don't believe it was.

**515 901:10  - 901:13**    Avorn, Jerome 2006-06-30
901: 10      A. To my knowledge, that
901: 11         information was never shared with the
901: 12         Advisory Committee as it was thinking
901: 13         about the labeling.

*Objections:* Re: 901:10-13 **Def. Obj:** Outside the scope of cross examination; also asked

*Ruling in Barnett:* Re: 901:10-901:13 Overruled

**517 901:23  - 902:9**    Avorn, Jerome 2006-06-30
901: 23      THE WITNESS: Sure. Dr.
901: 24         Deborah Shapiro was a
902: 1         biostatistician, I believe, who
902: 2         worked for Merck, and she was
902: 3         asked to pull together an overview
902: 4         of all of the studies of -- all
902: 5         the clinical studies of Vioxx that
902: 6         was presented at some Merck
902: 7         management meeting, and I had
902: 8         occasion to review the data from
902: 9         that report.

**518 902:11  - 902:16**    Avorn, Jerome 2006-06-30
902: 11      Q. And what did that data show
902: 12         you --
902: 13         And I'll represent to you
902: 14         that that data was compiled and shared
902: 15         within Merck in the fall of 2000 before
902: 16         this Advisory Committee.

*Objections:* Re: 902:11-903:21 **Def. Obj:** Beyond the scope of cross.

*Ruling in Barnett:* Re: 902:11-903:21 Overruled

**519 903:11  - 903:21**    Avorn, Jerome 2006-06-30
903: 11      THE WITNESS: My
903: 12         recollection was that that was an
903: 13         analysis that was done once VIGOR
903: 14         and ADVANTAGE and 090 and a number
903: 15         of other studies had been
903: 16         completed, and it was an overview
903: 17         of the relative events in Vioxx
903: 18         versus the various comparator
903: 19         groups. And there is a summary
903: 20         slide that I've looked at that if
903: 21         you have --

**520 906:14  - 907:2**    Avorn, Jerome 2006-06-30
906: 14      Q. Doctor, first of all, what
906: 15         is this?
906: 16      A. This is Bates Number
906: 17         MRK-NJ0070364. It's now marked as
906: 18         Exhibit 61. And it's labeled, "Vioxx
906: 19         Preliminary Cardiovascular Meta-Analysis,
906: 20         Dr. Deborah Shapiro, October 18th, 2000."
906: 21      Q. So, that would have been
906: 22         before the Advisory Committee raised
906: 23         their hands and made any kind of
906: 24         recommendations on labeling changes that
907: 1         Mr. Beck asked you about?
907: 2      A. Months before.

*Objections:* Re: 906:13-907:2 **Def. Obj:** Beyond the scope of cross; counsel is attempting to cover new subjections under guise of asking what 2001 Advisory Committee had in front of them.

*Ruling in Barnett:* Re: 906:13-907:2 Overruled

**521 907:6  - 907:9**    Avorn, Jerome 2006-06-30

| | Objections | Ruling in Barnett |
|---|---|---|

907: 6              Did Dr. Shapiro do a

907: 7              meta-analysis of MI-only events seen in

907: 8              the Vioxx clinical trials?

907: 9     A.  Yes.

**Re: 907:6-910:18**
**Def. Obj:** Outside the scope of cross; completely new subject.

**Re: 907:6-910:18**
Overruled

*Overruled*

522 **907:13  -  907:14**   Avorn, Jerome 2006-06-30

907: 13    Q.  What did Dr. Shapiro present

907: 14          within Merck in October of 2000?

523 **907:17  -  908:7**   Avorn, Jerome 2006-06-30

907: 17          THE WITNESS:  The MI

907: 18          endpoint of rofecoxib or Vioxx

907: 19          versus nonsteroidals.  And there's

907: 20          a summary of a variety of the

907: 21          studies with the number of

907: 22          patients in them, the number of

907: 23          patients who had events, the

907: 24          rates, and then the relative

908: 1           risks, which is the risk of the

908: 2           event in Vioxx compared to the

908: 3           nonsteroidal drug that it was

908: 4           compared to.

908: 5           BY MR. TISI:

908: 6     Q.  Okay.

908: 7           And what does it indicate?

524 **908:17  -  910:2**   Avorn, Jerome 2006-06-30

908: 17     A.  The first row is all

908: 18          patients, which I assume is a summary of

908: 19          everything else on the slide.  And

908: 20          basically it says relative risk 2.02 with

908: 21          a confidence interval of 1.44 to 3.55,

908: 22          which basically means a doubling of risk

908: 23          of heart attacks in the overview of all

908: 24          the studies that Dr. Shapiro of Merck

909: 1           evaluated, which, interestingly, was

909: 2           almost exactly the same number as the

909: 3           APPROVe study in many years would find.

909: 4           And then she subdivides that

909: 5           into other studies, specific studies.

909: 6           So, VIGOR, and she then has a five-fold

909: 7           increase in heart attacks listed for

909: 8           VIGOR.  ADVANTAGE, she has a 2.95 or

909: 9           almost a three-fold increase in heart

909: 10         attacks in the ADVANTAGE study.  One

909: 11         called RA has a relative risk of 1.82 or

909: 12         almost a doubling of risk.

909: 13         I think this is probably a

909: 14         summary of all the RA studies, that is,

909: 15         all the rheumatoid arthritis studies.

909: 16         And the next line is non-RA, which, I

909: 17         guess, is the non-rheumatoid arthritis

909: 18         studies, and that has a relative risk of

909: 19         1.68 or a 68 percent increase.  And then

909: 20         the last line is 0A-069, and that has a

909: 21         lower number of 0.55.

909: 22    Q.  Now, Doctor, looking at the

909: 23         overall results, is that, that greater

909: 24         than 2.0, is that the level that Dr.

910: 1           Strom in his book that Mr. Beck put in

910: 2           front of you is highly significant?

525 **910:11  -  910:18**   Avorn, Jerome 2006-06-30

910: 11         THE WITNESS:  It's a

910: 12         doubling of risk, and that is in

| | | Objections | Ruling in Barnett |
|---|---|---|---|

910: 13    the category -- it's slightly
910: 14    greater than a doubling of risk,
910: 15    and that is in the category that,
910: 16    according to Dr. Strom's textbook,
910: 17    would be categorized as an
910: 18    important big deal.

526 911:4   -   911:12    Avorn, Jerome 2006-06-30
911: 4    Q.  Going back to the Advisory
911: 5        Committee which raised its hand and Mr.
911: 6        Beck asked you questions about what they
911: 7        recommended and why they recommended, the
911: 8        basis of their recommendations, was Dr.
911: 9        Shapiro's analysis, to your knowledge,
911: 10       shared by Dr. Reicin before the Advisory
911: 11       Committee when they raised their hand and
911: 12       made their votes?

**Re: 911:4-12**
**Def. Obj:** Outside the
scope of cross.

**Re: 911:4-911:12**
Overruled

527 911:15   -   911:18    Avorn, Jerome 2006-06-30
911: 15    THE WITNESS:  To my
911: 16    knowledge, none of this
911: 17    information was shared with the
911: 18    Advisory Committee by Merck.

**Re: 911:15-18**
**Def. Obj:** Witness has
no basis for knowing what
was presented to
Advisory Committee;
outside the scope of
cross.

**Re: 911:15-911:18**
Overruled

528 922:20   -   923:2    Avorn, Jerome 2006-06-30
922: 20    Q.  Now, as a result of the
922: 21        Advisory Committee, the FDA did make a
922: 22        recommendation to Merck, did it not?
922: 23    A.  Yes.
922: 24    Q.  And when it did, did it ask
923: 1         that a warning for cardiovascular events
923: 2         be included in the label?

**Re: 922:20-923:22**
**Def. Obj:** Asked and
answered on direct at
392:17-22; Repeat of
direct at 391:2-393:3;
393:8-16.

**Re: 922:20-923:22**
Overruled

529 923:8   -   923:12    Avorn, Jerome 2006-06-30
923: 8    THE WITNESS:  Yes, they did.
923: 9    The documents I reviewed indicated
923: 10   that was a request.
923: 11   BY MR. TISI:
923: 12   Q.  And was that ever done?

530 923:20   -   924:6    Avorn, Jerome 2006-06-30
923: 20    Q.  Was it ever done?
923: 21    A.  It was never done, to my
923: 22        knowledge.
923: 23    Q.  He asked you -- Mr. Beck
923: 24        asked you many questions about Dr. Topol
924: 1         and Dr. Nissen.
924: 2     A.  Right.
924: 3     Q.  Have you read Dr. Topol and
924: 4         Dr. Nissen's public articles concerning
924: 5         Vioxx?
924: 6     A.  Sure.

531 925:7   -   925:17    Avorn, Jerome 2006-06-30
925: 7     Since you were asked on your
925: 8     cross-examination about Dr. Nissen and
925: 9     Dr. Topol, I'm going to ask you this
925: 10    question.
925: 11    Having read -- having read
925: 12    their scholarship on and their articles
925: 13    on Vioxx --
925: 14    A.  Yes.
925: 15    Q.  -- how would you
925: 16    characterize their scholarship in terms
925: 17    of the risks and benefits of Vioxx?

**Re: 925:15-17**
**Def Obj:**
calls for hearsay

| | Objections | Ruling in Barnett |
|---|---|---|

testimony re: ops of
Nissen and Topol.

**533 927:14  -  927:19**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 927: 14 | Turning to your study. | |
| 927: 15 | First of all, is the concept that you | **Re: 927:14-19** |
| 927: 16 | referred to, the "depletion of the | **Def. Obj:** Beyond the |
| 927: 17 | susceptibles," a generally accepted | scope of cross. |
| 927: 18 | concept in epidemiology? | |
| 927: 19 | A.  Yes. | |

Ruling column: **Re: 927:14-927:19**
Overruled

**534 928:22  -  929:1**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 928: 22 | What was your explanation of | |
| 928: 23 | why you did not see a risk after 90 days | **Re: 928:22-929:1** |
| 928: 24 | when you were asked that question by Mr. | **Def. Obj:** Asked and |
| 929: 1 | Beck? | answered at 711:20- |

712:13 (designated by
Plaintiff) Also non-
responsive.

Ruling column: **Re: 928:22-929:1**
Overruled

**535 929:9  -  930:2**  Avorn, Jerome 2006-06-30

| | |
|---|---|
| 929: 9 | Whether or not I used the |
| 929: 10 | term "depletion of susceptibles," |
| 929: 11 | I certainly said to Mr. Beck that |
| 929: 12 | our understanding of the failure |
| 929: 13 | to see an effect after 90 days was |
| 929: 14 | that in an observational study |
| 929: 15 | where we're not controlling who |
| 929: 16 | takes what drug, patients who were |
| 929: 17 | going to get into trouble with |
| 929: 18 | Vioxx, many of them had already |
| 929: 19 | done so by 90 days or had had |
| 929: 20 | related side effects to cause them |
| 929: 21 | to drop out of the study, and that |
| 929: 22 | that is what I believe explains |
| 929: 23 | why we did not see an effect after |
| 929: 24 | 90 days, even though it is now |
| 930: 1 | well known that there is an effect |
| 930: 2 | after 90 days. |

**536 930:8  -  930:19**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 930: 8 | Q.  Is there a scientific or | |
| 930: 9 | epidemiologic term for that phenomenon -- | |
| 930: 10 | A.  Yes. | |
| 930: 11 | Q.  -- that you just described? | |
| 930: 12 | A.  It is called "depletion of | |
| 930: 13 | susceptibles." | |
| 930: 14 | Q.  And is that something that | **Re: 930:14-19** |
| 930: 15 | is generally recognized in the | **Def. Obj:** Leading; form |
| 930: 16 | epidemiologic community as a principle of | objection preserved at |
| 930: 17 | when you look at epidemiologic studies | 930:20. |
| 930: 18 | like this? | |
| 930: 19 | A.  Yes. | |

Ruling column: **Re: 930:14-930:19**
Overruled

**537 931:5  -  932:2**  Avorn, Jerome 2006-06-30

| | | |
|---|---|---|
| 931: 5 | Q.  You mentioned that in | |
| 931: 6 | response to Mr. Beck's question that one | **Re: 931:5-14** |
| 931: 7 | of the reasons that it might -- that | **Def. Obj:** Beyond the |
| 931: 8 | people may drop out in the first 30 to 90 | scope of cross. |
| 931: 9 | days would be things like hypertension, | |
| 931: 10 | CHF, those kinds of things, just | |
| 931: 11 | referring you to testimony.  Do you | |
| 931: 12 | remember that testimony? | |
| 931: 13 | A.  Yes. | |
| 931: 14 | Q.  Okay. | |
| 931: 15 | You have done studies into | |
| 931: 16 | comparing celecoxib or Vioxx -- Celebrex | |
| 931: 17 | and Vioxx on the issue of hypertension | |
| 931: 18 | and congestive heart failure.  Have you | |
| 931: 19 | done those kinds of studies? | |

Ruling column: **Re: 931:5-931:14**
Overruled

Handwritten annotation: *Overruled*

| | Objections | Ruling in Barnett |
|---|---|---|

931: 20    A.  That is correct.
931: 21    Q.  Okay.
931: 22        Would those be the same two
931: 23        comparators that were involved in your MI
931: 24        study that we're referring to as Exhibit
932: 1         Number 7?
932: 2     A.  Yes.

538 932:20   -   933:2    Avorn, Jerome 2006-06-30
932: 20        Is there a scientific basis,
932: 21        based upon your own studies, for your
932: 22        conclusion that people in the first 30 to
932: 23        90 days would drop out at a greater rate
932: 24        compared to Celebrex because of
933: 1         hypertension and congestive heart
933: 2         failure?

539 933:8    -   933:13    Avorn, Jerome 2006-06-30
933: 8     A.  Yes.  Our studies of
933: 9         hypertension in Vioxx, as well as those
933: 10        of others such as Dr. Whelton, indicate a
933: 11        higher rate of patients becoming
933: 12        hypertensive when they take Vioxx
933: 13        compared to when they take Celebrex.

540 934:15   -   936:18    Avorn, Jerome 2006-06-30
934: 15    Q.  Could you please go, Doctor,
934: 16        to your methods and results section of
934: 17        your paper that's up on the screen here?
934: 18    A.  Yes.
934: 19    Q.  Could you -- I think it's 4,
934: 20        where it says .054, the p-value that Mr.
934: 21        Beck --
934: 22    A.  Yes.
934: 23    Q.  -- was asking you about.
934: 24        How many lines up is it?  My eyes are not
935: 1         so good.
935: 2     A.  No.  It's in the abstract.
935: 3     Q.  In the abstract portion of
935: 4         it.
935: 5     A.  If you could just blow up
935: 6         the bottom half of the methods section.
935: 7     Q.  Right there.  Right there.
935: 8     A.  Yeah, that's good.  Okay.
935: 9         It's on Lines 2 and 3.
935: 10    Q.  Do you see that?
935: 11    A.  Yes.
935: 12    Q.  You were asked some
935: 13        questions about some suggestions by the
935: 14        Journal of the American Medical
935: 15        Association, about including the fact --
935: 16        including information about statistical
935: 17        significance.  Do you remember those
935: 18        questions?
935: 19    A.  Yes.
935: 20    Q.  Did you do anything in
935: 21        response to that particular suggestion
935: 22        when you resubmitted the paper to
935: 23        Circulation?
935: 24    A.  Yes.  As Dr. Solomon
936: 1         indicated on his handwritten note that
936: 2         Mr. Beck projected, we put the p-value
936: 3         into the abstract, as you can see it
936: 4         right there.
936: 5     Q.  And for anybody who's

|  | Objections | Ruling in Barnett |
|---|---|---|

```
936: 6              reading this article, is the p-value
936: 7              prominently displayed for them to look
936: 8              at?
936: 9    A.  Sure.  It's right there.
936: 10             It's on line -- of the blowup, it's line
936: 11             3, just a couple of characters in.  If
936: 12             you can highlight that.  It's right
936: 13             there, p=.054.
936: 14   Q.  Now, in your article in the
936: 15             journal of the -- comments of the Journal
936: 16             of the American Medical Association,
936: 17             which I believe was Exhibit Number 54, if
936: 18             you can pull that, please.
```

541 937:2    -  937:13    Avorn, Jerome 2006-06-30
```
937: 2    Q.  Overall comments of the
937: 3              people that investigated -- who looked at
937: 4              the paper, the peer reviewers?
937: 5    A.  Yes.  Do you want to
937: 6              indicate what page you're looking at?
937: 7    Q.  Page 2.
937: 8    A.  Page 2 of what?  Page 2 --
937: 9              well, yeah.  It's, I guess, Bates Number
937: 10             3253 --
937: 11   Q.  Yes.
937: 12   A.  -- is probably the best way
937: 13             to refer to it.
```

542 937:20   -  938:13    Avorn, Jerome 2006-06-30
```
937: 20   Q.  First of all, just so
937: 21             everybody understands, these are
937: 22             anonymous peer reviewers who look at
937: 23             manuscripts that are submitted for
937: 24             publication.  Is that fair?
938: 1    A.  Right.
938: 2    Q.  So, you don't know who these
938: 3              people are?
938: 4    A.  Right.
938: 5    Q.  You don't know whether they
938: 6              -- who they work for, what their academic
938: 7              or affiliation is, nothing?
938: 8    A.  Right.  Just experts in the
938: 9              field.
938: 10   Q.  Okay.
938: 11             Now, what is the result --
938: 12             what does the first author say about the
938: 13             manuscript as a general matter?
```

543 940:12   -  943:2    Avorn, Jerome 2006-06-30
```
940: 12             THE WITNESS:  Okay.
940: 13             I think in the interest of
940: 14             time, I can just indicate that
940: 15             reviews always start out with an
940: 16             overview, and there's a
940: 17             line-and-a-half overview that is
940: 18             the reviewer's general impression.
940: 19             I will just read the
940: 20             line-and-a-half overview.
940: 21             "This manuscript reports a
940: 22             well-thought out investigation and
940: 23             is well written and concise.
940: 24             There are a number of probably
941: 1              minor issues and one major issue."
941: 2              That's the general overview as
941: 3              stated by the reviewer.
```

Re: 940:12-941:3
**Def. Obj:** Unsolicited speech not responsive to any question.

Re:  940:12-941:3
Overruled

193

| | Objections | Ruling in Barnett |
|---|---|---|

```
941: 4          BY MR. TISI:
941: 5      Q.  Okay.
941: 6          Going to the next comment.
941: 7      A.  The next reviewer, you mean?
941: 8      Q.  Yes.  Could you please read
941: 9          the --
941: 10     A.  Okay.
941: 11         Yes.  Again, the overview
941: 12         that the reviewer presents.  "The authors
941: 13         have conducted a large scale study with
941: 14         appropriate analysis."
941: 15     Q.  Keep going, please.
941: 16     A.  "The strength of the
941: 17         manuscript is the consistency of findings
941: 18         for different subgroups and the
941: 19         sensitivity analysis.  However,
941: 20         conclusions must be tempered with caveats
941: 21         regarding retrospective data from a
941: 22         database, rather than a prospective
941: 23         randomized control trial or even a cohort
941: 24         observational study with propensity
942: 1          analysis of the likelihood of receiving a
942: 2          particular treatment."
942: 3      Q.  Okay.
942: 4          Now, in your study that was
942: 5          published, did you address the
942: 6          limitations of observational analyses?
942: 7          Did you address the potential issues of
942: 8          the study that you conducted with Dr.
942: 9          Solomon?
942: 10     A.  I believe we did that, yes.
942: 11     Q.  Going to the next reviewer's
942: 12         comments.  I'd like to refer you to
942: 13         the general comment that says, "The
942: 14         study's results are interesting."
942: 15     A.  Yes.
942: 16     Q.  Okay.
942: 17         "The study's results are
942: 18         interesting, but not novel."
942: 19     A.  Right.
942: 20     Q.  "Previous observational
942: 21         studies and meta-analyses have already
942: 22         suggested a deleterious effect of
942: 23         rofecoxib and/or a protective effect of
942: 24         naproxen."
943: 1          Do you see that?
943: 2      A.  Yes.

544 953:1   -  953:22    Avorn, Jerome 2006-06-30
953: 1          Did you have the information
953: 2          that you have been made aware of during
953: 3          the course of this litigation about, let
953: 4          me ask you, trial 090?  Did you know
953: 5          that?
953: 6      A.  No, I did not have that
953: 7          information.
953: 8      Q.  Did you know of the results
953: 9          of the ADVANTAGE trial that you now know?
953: 10     A.  I did not have that
953: 11         information.
953: 12     Q.  Did you know of the results
953: 13         of the Alzheimer's study that you now
953: 14         know?
953: 15     A.  Right.  There was no way I
953: 16         could have seen that information.
```

|  |  | Objections | Ruling in Barnett |
|---|---|---|---|

953: 17   Q.  Did you know that in the
953: 18     Alzheimer's study there was an imbalance
953: 19     of cardiovascular deaths, 8 to 2?  Did
953: 20     you know that?
953: 21   A.  That information was never
953: 22     made available.

*Overruled*

---

**545 954:14  -  954:20**  Avorn, Jerome 2006-06-30
954: 14   Q.  Is that the kind of
954: 15     information that you as a doctor helping
954: 16     make decisions about what goes on a
954: 17     pharmaceutical and therapeutics committee
954: 18     at the Brigham hospital would have wanted
954: 19     to know when you were making decisions
954: 20     about patients in your hospital?

Re: 954:14-955:10
**Def. Obj:** Speculation;
Outside the scope of
cross.

Re: 954:14-955:10
Overruled

---

**546 955:3   -  955:10**  Avorn, Jerome 2006-06-30
955: 3     If a drug doubles the risk
955: 4     of death, I would want to know that as a
955: 5     member of the pharmacy and therapeutics
955: 6     committee, because I would not be
955: 7     comfortable having that drug on our
955: 8     formulary unless it had some incredible
955: 9     beneficial property that would outweigh
955: 10    the doubling of the risk of death.

---

**547 956:22  -  957:8**  Avorn, Jerome 2006-06-30
956: 22   Q.  Doctor, you wrote this in
956: 23     the 2002/2003 time frame, which would
956: 24     have been about the time that you were
957: 1      writing these or editing these particular
957: 2      things for the Brigham?
957: 3   A.  Right.
957: 4   Q.  Would you tell us, sir, what
957: 5      you wrote in that time frame about the
957: 6      risk of heart attack based upon your
957: 7      understanding of the evidence?
957: 8   A.  Yes.

Re: 957:4-957:8
**Def. Obj:** Speculation;
Outside the scope of
cross.

Re: 957:4-957:8
Overruled

---

**548 957:12  -  958:3**  Avorn, Jerome 2006-06-30
957: 12    THE WITNESS:  The first full
957: 13    paragraph on Page 202, "As for the
957: 14    products in question:" which is
957: 15    the COX-2 inhibitors, "Years of
957: 16    clinical research and experience
957: 17    have confirmed that the coxibs,"
957: 18    or COX-2 inhibitors, "are no more
957: 19    effective than older drugs,
957: 20    despite massive ad campaigns that
957: 21    subtly imply otherwise.  And while
957: 22    the coxibs do reduce gastric
957: 23    bleeding somewhat, this advantage
957: 24    appears to be modest.  Then, of
958: 1      course, came the findings that
958: 2      these medications can increase the
958: 3      risk of heart attack and stroke."

---

**549 958:23   -  960:4**  Avorn, Jerome 2006-06-30
958: 23   Q.  I thought this was --
958: 24   A.  Right, right.  No.  The
959: 1      paperback was published later.  So, let
959: 2      me read from Page 202 of the book as it
959: 3      was -- came out in mid-'04, having been
959: 4      written in 2002/2003.  Okay.  To read.
959: 5      "As for the products in

Re: 958:23-960:4
**Def. Obj:** Beyond the
scope of cross; hearsay;
inadmissable opinions;
not the proper subject of
expert testimony.

Re: 958:23-960:4
Overruled

| | Objections | Ruling in Barnett |
|---|---|---|

959: 6      question, years of clinical research and
959: 7      experience have confirmed that the coxibs
959: 8      are no more effective than older drugs
959: 9      despite massive ad campaigns that subtly
959: 10     imply otherwise.  And while the coxibs do
959: 11     reduce gastric bleeding somewhat, this
959: 12     advantage appears to be modest.  Concerns
959: 13     have also emerged about other safety
959: 14     problems, primarily for Merck's Vioxx.
959: 15     Research led by Dr. Dan Solomon in my
959: 16     division, as well as studies from
959: 17     Vanderbilt University, and even Merck's
959: 18     own clinical trial data, indicate that
959: 19     Vioxx can increase the risk of heart
959: 20     attack, as well as cause high blood
959: 21     pressure.
959: 22     "Nonetheless, extravagant
959: 23     marketing aimed at patients and doctors
959: 24     have made these among the most profitable
960: 1      drugs ever sold.  Those of us who work at
960: 2      universities may not be very good at
960: 3      turning ordinary things into gold, but
960: 4      others clearly are."

**550 962:3    -   962:12**   Avorn, Jerome 2006-06-30
962: 3      Would you please read the
962: 4      one sentence that begins with the word
962: 5      "Research."
962: 6   A.   "Research led by Dr. Dan
962: 7      Solomon in my division, as well as
962: 8      studies from Vanderbilt University, and
962: 9      even Merck's own clinical trial data,
962: 10     indicate that Vioxx can increase the risk
962: 11     of heart attack, as well as cause high
962: 12     blood pressure."

Overruled

**551 963:6    -   963:9**   Avorn, Jerome 2006-06-30
963: 6      Is there information that
963: 7      you were not aware of that you are now
963: 8      aware of that would have changed in any
963: 9      way your statement in your book?

Re: 963:6-20
**Def. Obj:** Irrelevant;
beyond the scope of
cross examination.

Re: 963:6-963:20
Overruled

**552 963:16   -   963:20**   Avorn, Jerome 2006-06-30
963: 16     THE WITNESS:  The
963: 17     information that I have become
963: 18     aware of since the withdrawal of
963: 19     the drug would have just made that
963: 20     an even stronger statement.

Overruled

**553 964:11   -   965:5**   Avorn, Jerome 2006-06-30
964: 11  Q.   Is there anything about
964: 12     these documents that Mr. Beck showed you
964: 13     that needs to be clarified, sir?
964: 14  A.   Yes.  If the question is,
964: 15     what did I believe about the riskiness of
964: 16     Vioxx or the safety of Vioxx in 2003, I
964: 17     think probably the most relevant piece is
964: 18     the fact that Dr. Solomon and I asked our
964: 19     pharmacy and therapeutics committee,
964: 20     which we both sit on, to remove high-dose
964: 21     Vioxx from the formulary because we felt
964: 22     that it was unnecessarily safe (sic), and
964: 23     we questioned the decision of having
964: 24     Vioxx be the COX-2 of choice at our
965: 1      hospital because we felt that at any

Re: 964:11-965:5
**Def Obj:** Non-responsive
speech; beyond the
scope of cross.

| | | | Objections | Ruling in Barnett |
|---|---|---|---|---|

|  |  |
|---|---|
| 965: 2 | dose, it was not as safe as other |
| 965: 3 | alternatives, and we requested the |
| 965: 4 | hospital computer system be changed to |
| 965: 5 | reflect that. |

**555 965:14  -  965:19**    Avorn, Jerome 2006-06-30
| 965: 14 | Q.  Let me just ask you one |
|---|---|
| 965: 15 | question.  Mr. Beck asked you several |
| 965: 16 | questions about Celebrex and other drugs |
| 965: 17 | and their cardiovascular risks.  Do you |
| 965: 18 | remember those questions? |
| 965: 19 | A.  Yes. |

*Overruled*

**556 966:14  -  966:18**    Avorn, Jerome 2006-06-30
| 966: 14 | Do you have an opinion that |
|---|---|
| 966: 15 | you hold to a reasonable degree of |
| 966: 16 | medical certainty as to whether or not |
| 966: 17 | Celebrex carries the same cardiovascular |
| 966: 18 | risks as Vioxx does? |

**Re: 966:14-968:5**
**Def Obj:** Beyond the
scope of cross. 378:24-
379:22, covered this on
direct; cumulative.

**557 966:24  -  967:6**    Avorn, Jerome 2006-06-30
| 966: 24 | THE WITNESS:  Yes, I do. |
|---|---|
| 967: 1 | And I did at the time that we |
| 967: 2 | prepared the document educating |
| 967: 3 | the Brigham doctors that Mr. Beck |
| 967: 4 | asked me about. |
| 967: 5 | BY MR. TISI: |
| 967: 6 | Q.  And what was that opinion? |

**558 967:17  -  968:5**    Avorn, Jerome 2006-06-30
| 967: 17 | A.  As of 2002/2003, there was |
|---|---|
| 967: 18 | evidence in place in the literature, and |
| 967: 19 | we now know beyond that, that Vioxx |
| 967: 20 | increased the risk of heart attack, and |
| 967: 21 | that comparable evidence of a similar |
| 967: 22 | magnitude was not available for Celebrex, |
| 967: 23 | which is why, in comparing the two drugs, |
| 967: 24 | we had petitioned our pharmacy and |
| 968: 1 | therapeutics committee to not have Vioxx |
| 968: 2 | be the COX-2 of choice, to not allow use |
| 968: 3 | of the high-dose drug at all, and to |
| 968: 4 | allow doctors to use Celebrex rather than |
| 968: 5 | Vioxx if that was their preference. |

*Overruled*

**559 972:17  -  972:20**    Avorn, Jerome 2006-06-30
| 972: 17 | Q.  And, Doctor, do you have an |
|---|---|
| 972: 18 | opinion as to whether or not Vioxx is an |
| 972: 19 | unsafe drug? |
| 972: 20 | A.  Yes, I do. |

**Re: 972:17-20**
**Def. Obj:** Asked and
answered; e.g. 284:4-
286:12; 280:11-20;
359:13-18

**Re: 972:17-972:20**
Overruled

**560 973:8  -  973:11**    Avorn, Jerome 2006-06-30
| 973: 8 | Q.  And what is that? |
|---|---|
| 973: 9 | A.  I have such an opinion, and |
| 973: 10 | the opinion is that Vioxx is an unsafe |
| 973: 11 | drug. |

**Re: 973:8-11**
**Def. Obj:** Asked and
answered; e.g. 284:4-
286:12; 280:11-20;
359:13-18

**Re: 973-8:973:11**
Overruled

**561 973:18  -  974:16**    Avorn, Jerome 2006-06-30
| 973: 18 | Q.  Doctor, I have a few |
|---|---|
| 973: 19 | questions on one subject that Mr. Tisi |
| 973: 20 | asked you about, and that is |
| 973: 21 | hypertension. |
| 973: 22 | Do you remember talking with |
| 973: 23 | Mr. Tisi about the question of whether |
| 973: 24 | Vioxx increases the risk of hypertension? |
| 974: 1 | A.  Yes. |

| | Objections | Ruling in Barnett |
|---|---|---|

| | |
|---|---|
| 974: 2 | Q.  Was hypertension and the |
| 974: 3 | possibility that it could be caused by |
| 974: 4 | Vioxx something that was in the Vioxx |
| 974: 5 | label from day one? |
| 974: 6 | A.  I have the labels here, and |
| 974: 7 | let me just quickly look at them and I |
| 974: 8 | can answer that. |
| 974: 9 | Q.  Do you remember off the top |
| 974: 10 | of your head? |
| 974: 11 | A.  I know there was mention of |
| 974: 12 | hypertension, but I can't tell you |
| 974: 13 | whether it was from day one or whether |
| 974: 14 | there was the April '02 label or the 1999 |
| 974: 15 | label, but I know they're here, and I can |
| 974: 16 | just find them and look at them. |

| | |
|---|---|
| **974:21   -   974:23** | Avorn, Jerome 2006-06-30 |
| 974: 21 | During the time that Vioxx |
| 974: 22 | was on the market, was hypertension |
| 974: 23 | generally defined as 140 over 90? |

| | |
|---|---|
| 562 **975:9   -   975:14** | Avorn, Jerome 2006-06-30 |
| 975: 9 | Q.  If a patient had mostly |
| 975: 10 | normal blood pressure readings during the |
| 975: 11 | time he took Vioxx but had some elevated |
| 975: 12 | blood pressure spikes, would you agree |
| 975: 13 | that that would not be considered |
| 975: 14 | hypertension? |

| | |
|---|---|
| 563 **975:20   -   975:24** | Avorn, Jerome 2006-06-30 |
| 975: 20 | THE WITNESS:  I couldn't |
| 975: 21 | answer that without looking at the |
| 975: 22 | patient's clinical record. |
| 975: 23 | BY MR. BECK: |
| 975: 24 | Q.  Your deposition, Page 330. |

| | |
|---|---|
| 564 **976:12   -   976:22** | Avorn, Jerome 2006-06-30 |
| 976: 12 | Q.  330.  Lines 4 through 10. |
| 976: 13 | "Question:  What if a |
| 976: 14 | patient actually had mostly normal |
| 976: 15 | readings of blood pressure during the |
| 976: 16 | period of time that he was on Vioxx, but |
| 976: 17 | had some elevated blood pressure spikes? |
| 976: 18 | Would you consider that to be |
| 976: 19 | hypertension? |
| 976: 20 | "Answer:  No." |
| 976: 21 | Was that your sworn |
| 976: 22 | testimony a couple of weeks ago? |

| | |
|---|---|
| 565 **977:7   -   977:14** | Avorn, Jerome 2006-06-30 |
| 977: 7 | Q.  Was that your sworn |
| 977: 8 | testimony? |
| 977: 9 | A.  It is what I said, but I |
| 977: 10 | don't think what I said was correct. |
| 977: 11 | Q.  Is it true, sir, that all |
| 977: 12 | NSAIDs can cause hypertension? |
| 977: 13 | A.  Virtually all the ones that |
| 977: 14 | I know about. |

| | |
|---|---|
| 566 **978:14   -   978:17** | Avorn, Jerome 2006-06-30 |
| 978: 14 | Q.  -- to you is, is it true |
| 978: 15 | that long before Vioxx came on the |
| 978: 16 | market, the medical community knew that |
| 978: 17 | NSAIDs could cause hypertension? |

|  | Objections | Ruling in Barnett |
|---|---|---|

**567 978:20   -   978:21**        Avorn, Jerome 2006-06-30
    978: 20          THE WITNESS: Yes, but some
    978: 21          can do it more than others.

**568 978:23   -   979:7**        Avorn, Jerome 2006-06-30
    978: 23    Q.  And, of course, it was also
    978: 24          known that hypertension could increase
    979: 1          the risk of heart attack and stroke,
    979: 2          correct?
    979: 3    A.  Yes.
    979: 4    Q.  Before the FDA approved
    979: 5          Vioxx, was the FDA, to your knowledge,
    979: 6          aware that Vioxx could cause
    979: 7          hypertension?

**569 979:17   -   979:18**        Avorn, Jerome 2006-06-30
    979: 17          THE WITNESS: I believe it
    979: 18          did.

**570 979:20   -   980:7**        Avorn, Jerome 2006-06-30
    979: 20    Q.  You just said a second ago
    979: 21          that some NSAIDs -- I think you said that
    979: 22          all or most NSAIDs can increase blood
    979: 23          pressure, and some do it more than
    979: 24          others, right?
    980: 1    A.  Correct.
    980: 2    Q.  And from your review of the
    980: 3          material, is it true, sir, that the FDA
    980: 4          was aware, prior to approval of Vioxx,
    980: 5          that in some studies Vioxx increased
    980: 6          blood pressure and hypertension more than
    980: 7          certain other NSAIDs?

**571 980:11   -   980:14**        Avorn, Jerome 2006-06-30
    980: 11          THE WITNESS: I can't answer
    980: 12          that without looking at all the
    980: 13          materials, and I don't think we
    980: 14          have time for that.

**572 980:16   -   981:2**        Avorn, Jerome 2006-06-30
    980: 16    Q.  Page 331 of your deposition,
    980: 17          going over to 332, starting at line 24.
    980: 18          "Question: And the FDA was
    980: 19          also fully aware, prior to approval and
    980: 20          thereafter, that Vioxx, in some studies,
    980: 21          increased blood pressure and hypertension
    980: 22          more than comparator NSAIDs, right?
    980: 23          "Answer: I believe they
    980: 24          were aware of that."
    981: 1          Was that your testimony a
    981: 2          couple of weeks ago?

**573 981:7   -   981:8**        Avorn, Jerome 2006-06-30
    981: 7          THE WITNESS: That is what
    981: 8          it says.

**574 981:10   -   981:14**        Avorn, Jerome 2006-06-30
    981: 10    Q.  And also you're aware, are
    981: 11          you not, of other studies showing that
    981: 12          there's no difference in the risk of
    981: 13          hypertension between Vioxx and other
    981: 14          NSAIDs?

**575 981:17   -   982:3**        Avorn, Jerome 2006-06-30

|  | Objections | Ruling in Barnett |
|---|---|---|

981: 17    THE WITNESS: And my answer
981: 18    now is the same as my answer then,
981: 19    that I was aware of studies and am
981: 20    aware of studies that come to the
981: 21    opposite conclusion, including our
981: 22    own. I cannot cite for you a
981: 23    study that shows no difference.
981: 24    But if there is one that you want
982: 1    me to review, I'd be happy to look
982: 2    at it. I don't have a citation in
982: 3    my head about that.

576 **982:18**   -   **983:3**    Avorn, Jerome 2006-06-30
982: 18    Q. It's mixed on whether Vioxx
982: 19    causes more hypertension or doesn't cause
982: 20    more hypertension?
982: 21    A. I know there are some
982: 22    studies that show that it causes more. I
982: 23    know there's some studies that show that
982: 24    it causes a comparable amount. I can
983: 1    think of no studies that I'm aware of
983: 2    sitting here at the end of a long day
983: 3    that show that it causes less.