UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8 PM 2: 30

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                           :       MDL NO. 1657

PRODUCTS LIABILITY LITIGATION          :       SECTION: L

                                       :

                                       :       JUDGE FALLON

                                       :       MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO
*Smith v. Merck & Co., Inc.*, 05-4379

### ORDER

The Plaintiff sought to introduce at trial portions of depositions taken of David Graham, M.D., Eric J. Topol, M.D., and Daniel J. Courtade, M.D. The Defendant, however, made several objections to the proffered deposition testimony. In addition, the Defendant offered its own counter-designations, which were objected to by the Plaintiff. The Court ruled on all these objections. The Court's rulings are noted on the attached deposition testimony, which has been entered into the record.

New Orleans, Louisiana, this __8th__ day of __September__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-