**Smith v. Merck & Co., Inc.**
**Deposition Designations for Daniel Courtade**

| | | | | | | Objections | Responses |
|---|---|---|---|---|---|---|---|

**1**  **4:16**  **- 4:18**   Courtade, Daniel 2006-06-22   00:00:05

4: 16   Q.  Doctor, could you state your full name
4: 17        for the record, please.
4: 18   A.  Daniel Joseph Courtade.

**2**  **8:5**  **- 8:9**   Courtade, Daniel 2006-06-22   00:00:11

8: 5   Q.  One thing you mentioned was you told
8: 6        him that you told either your patient or Mr. Wright
8: 7        that it -- it was very difficult to make an associa-
8: 8        tion between his heart attack and -- and use of
8: 9        Vioxx.

*Objections (right column):*
Re: 8:5-8:22
**Pltf Obj:** Lack of
foundation - calls for
expert medical opinion
re: Vioxx - this witness
does not have the
appropriate training/
experience as
determined by the
rulings of this court;
leading;
speculative; hearsay

*Responses (right column):*
**Def Resp:** Question
properly summarizes
earlier answer as
confirmed by witness;
witness is a board
certified, practicing
cardiologist and
plaintiff's treating
physician who may
properly testify
concerning his
understanding of
plaintiff's condition and
the causes thereof

**3**  **8:11**  **- 9:1**   Courtade, Daniel 2006-06-22   00:00:33

8: 11   Q.  Is -- is that what was said?  Is that
8: 12        how it was said?
8: 13   A.  Yes, yes.
8: 14   Q.  Okay.  And that's something you agree
8: 15        with?
8: 16   A.  Yes, i still stand by that.  I think
8: 17        that's a very difficult association to make, is cause
8: 18        and effect association, correct.
8: 19   Q.  And you don't plan to make any asso-
8: 20        ciation in this lawsuit?
8: 21   A.  i don't plan on saying it any differ-
8: 22        ently than that, correct.
8: 23   Q.  Let me just back up a minute and kind
8: 24        of get a little background information on you for the
8: 25        jury.
9: 1   A.  Certainly.

*Handwritten annotation:* Overruled. This is a Treater. Goes to his state of mind, credibility, explains what he did + why + what he did not know. all relevant

**9:2**  **- 9:25**   Courtade, Daniel 2006-06-22   00:01:01

9: 2   Q.  If that'd be okay.  Can you describe
9: 3        for the jury where we are and a little bit about this
9: 4        practice that you have.
9: 5   A.  I've been in -- I'm originally from
9: 6        western New York, from Buffalo, and trained at univ--
9: 7        at McGill University for undergraduate, at University
9: 8        of Rochester in Rochester, New York, for my medical
9: 9        school; and at University of Cincinnati for my -- for
9: 10       my internal medicine.
9: 11       I went out in practice as an emergency
9: 12       room and as -- and as a practicing internist for a
9: 13       year and went back and did my cardiology training and
9: 14       have been in cardiology practice in northern Kentucky
9: 15       since 1988.
9: 16       I was with a group called Cardiology
9: 17       Associates for approximately 17 years.  Two and a
9: 18       half, almost three years ago, we -- three of us broke
9: 19       off from that group for philosophical reasons, and we
9: 20       started Northern Kentucky Heart, and I've been with
9: 21       that group since.
9: 22       I'm president of Northern Kentucky
9: 23       Heart, one of the founding members, and continue to
9: 24       practice general interventional and noninvasive
9: 25       cardiology.

*Handwritten annotation:* Sustained

**5**  **10:1**  **- 10:7**   Courtade, Daniel 2006-06-22   00:00:12

10: 1   Q.  Well, I've heard good things about
10: 2        your practice here.  I've made some inquiries and
10: 3        heard some very nice things about you and -- and this
10: 4        practice.
10: 5   A.  I appreciate that.
10: 6   Q.  What is it that makes it such a good
10: 7        practice here?

*Objections (right column):*
Re: 10:1-5
**Pltf Obj:** Relevance

*Responses (right column):*
**Def Resp:** Necessary
background for
questions that follow

| | | | | **Objections** | **Responses** |
|---|---|---|---|---|---|

**6   10:9        -   11:2   Courtade, Daniel 2006-06-22**          00:01:05

```
10: 9     A.  Well, I -- i can -- our somewhat
10: 10        philosophical approaches are we -- we try to stay --
10: 11        practice evidence-based medicine, practice with
10: 12        compassion, practice in a -- in a standard of care.
10: 13        We try to follow guidelines when they're appropriate.
10: 14        We are a -- a -- a medicine driven rather than just
10: 15        financial driven practice.
10: 16        We -- we think our -- our approach to
10: 17        patients is -- is a common approach in that we try to
10: 18        involve patients in their care, try to inform
10: 19        patients as best we can, involve them in their deci-
10: 20        sions, timely in our responses when we -- as -- as
10: 21        much as we can be, what is humanly possible.  Some-
10: 22        times that's difficult.  But I think overall that
10: 23        atmosphere that we've developed in terms of high-
10: 24        quality, evidence-based, guideline-assisted respon-
10: 25        sive and a community-based cardiology practice I
11: 1         think is what -- what has the reputation as in -- in
11: 2         our favor.
```

**7   11:3        -   11:7   Courtade, Daniel 2006-06-22**          00:00:11

```
11: 3     Q.  You talked a little bit about your
11: 4         background.  Now, you're board certified, aren't you?
11: 5     A.  I'm board certified in internal
11: 6         medicine, I'm board certified in cardiology, and I'm
11: 7         board certified in interventional cardiology.
```

*overruled*

**8   11:8        -   12:13   Courtade, Daniel 2006-06-22**          00:01:11

```
11: 8     Q.  Can you explain to the jury what those
11: 9         board certifications mean and what it takes to
11: 10        achieve them, generally?
11: 11    A.  Board certification is declared by the
11: 12        American Board of Internal Medicine for general
11: 13        medicine and for medical subspecialties.  It requires
11: 14        a certain level of training depending on that board.
11: 15        For internal medicine it's three years.  At my time
11: 16        for cardiology it's two years of special training,
11: 17        and for interventional it was either grandfathered in
11: 18        because of a great deal of experience, which is the
11: 19        track I took, or very -- four or five years ago, and
11: 20        now I think in the last year you're required to do an
11: 21        extra year of training in -- in intervention, angio-
11: 22        plasty and the like.
11: 23        After completing that training you
11: 24        have to sit for an exam administered by the American
11: 25        Board of Internal Medicine and then you have to pass
12: 1         that exam.
12: 2     Q.  And you have done that?
12: 3     A.  And I've done that for all three
12: 4         certifications.
12: 5     Q.  In three different areas?
12: 6     A.  Correct.
12: 7     Q.  Do you know -- or, now, in your group
12: 8         there are -- are there two other cardiologists?
12: 9     A.  There are five other cardiologists and
12: 10        soon to be six other cardiologists.
12: 11    Q.  So you all have grown since you split
12: 12        off?
12: 13    A.  Yes, we have, fortunately.
```

Re: 11:8-12:6

Pltf Obj: Cumulative

**Def Resp:** Not cumulative. No prior testimony re: board certifications

**9   12:14       -   13:22   Courtade, Daniel 2006-06-22**          00:01:32

```
12: 14    Q.  Well, can you describe for the jury
12: 15        what your practice is here.  What is it that you do
12: 16        every day?
12: 17    A.  Personally?
12: 18    Q.  Yes, sir.
12: 19    A.  Okay.  And -- and as, by and large,
12: 20        for most of my partners, we specialize a little bit.
12: 21        In other words, I have two partners who do pace-
```

| | Objections | Responses |
|---|---|---|

12: 22　makers. I have two partners who specialize in
12: 23　nuclear. I don't do either one of those, but I do do
12: 24　the interventional, which includes the angioplasty
12: 25　and stents, and not all the partners do that. That,
13: 1　we feel, took special training and -- and board
13: 2　certification.
13: 3　Now, as a general, what we all do is
13: 4　we see patients three to five days a week for half-
13: 5　days in the -- in the office. We take new consults,
13: 6　we see follow-up patients, we manage initial concerns
13: 7　on the basis, generally referred from -- from a
13: 8　primary care physician for things like chest pain or
13: 9　shortness of breath or irregular heart rhythms or an
13: 10　abnormal test, a stress test or an echocardiogram,
13: 11　we'll see them on initial evaluation. And then we'll
13: 12　proceed to order testing from there, either testing
13: 13　in our office or testing at the hospital.
13: 14　I spend most half-days during the week
13: 15　at the hospital seeing patients in the hospital
13: 16　either referred from the emergency room for heart
13: 17　attacks or chest pains or questions or concerns,
13: 18　congestive heart failure, either new -- new patients
13: 19　or repeat follow-up patients who come in with -- with
13: 20　acute problems. We take care of the patients, often
13: 21　either on referral from emergency rooms and/or
13: 22　primary care physicians.

10　15:4　- 17:2　Courtade, Daniel 2006-06-22　　　00:02:30

15: 4　Q. You mentioned that you spend these
15: 5　half days at the hospital. Can you tell the jury
15: 6　what hospital that is?
15: 7　A. I spend my days at three hospitals:
15: 8　St. Elizabeth Medical Center, St. Luke Hospital East
15: 9　and St. Luke Hospital West. By and large I spend
15: 10　very little time at two hospitals in Cincinnati: The
15: 11　Christ Hospital and the Jewish Hospital.
15: 12　Q. Which -- which of the hospitals have
15: 13　the cath lab where you do the majority of your work?
15: 14　A. All three hospitals have cath lab. I
15: 15　do the -- I do all, virtually all of my interventions
15: 16　at St. Elizabeth South Hospital where we have the --
15: 17　the cath lab and the -- the wherewithal tools, staff
15: 18　to do angioplasty or stenting and that sort of thing.
15: 19　As a consequence of that specializa-
15: 20　tion of the hospital, we will take patient from St.
15: 21　Luke's Hospitals in the setting of either urgent or
15: 22　even elective care and transfer them, as happened
15: 23　with Mr. Smith. He presented at St. Luke's Hospital
15: 24　West. We had to transfer him, because in the setting
15: 25　of a heart attack, my anticipated intervention is
16: 1　going to be go in, open up a -- an artery and
16: 2　possibly put a stent in to -- to resolve the heart
16: 3　attack and save the heart muscle that's at risk.
16: 4　Q. And your best place to do that is St.
16: 5　Elizabeth?
16: 6　A. That is correct.
16: 7　Q. All right. You mentioned a -- a
16: 8　couple of things. You know, opening up of a -- an
16: 9　artery and stenting. Can you explain to the jury
16: 10　what that -- if they don't already know, what that
16: 11　means in terms of cardiac intervention for a patient.
16: 12　What are you doing?
16: 13　A. These are arteries that are -- supply
16: 14　the heart, with the heart muscle. They lie on top of
16: 15　the heart and they go from the leg up into the chest
16: 16　into the aorta. Against flow you inject radiographic
16: 17　dye so that you can see the outline of the artery.
16: 18　In the setting of a heart attack,
16: 19　which was the case with Mr. Smith, we -- I found, as
16: 20　I anticipated from his presentation from the electro-
16: 21　cardiogram, I found a closed artery. What I'll do

| | | | | Objections | Responses |
|---|---|---|---|---|---|

|  | 16: 22 | | is, through a small catheter, pass a wire.  Go with | | |
|  | 16: 23 | | that wire through a clot -- it's closed off, that | | |
|  | 16: 24 | | artery -- put a balloon, open up the artery, re- | | |
|  | 16: 25 | | establish flow, and then work to try to maintain that | | |
|  | 17: 1 | | opening.  And sometimes the stent acts like a | | |
|  | 17: 2 | | scaffold to keep that -- that opening. | | |

*overruled*

| 11 | 17:3 | - 17:5 | Courtade, Daniel 2006-06-22 | 00:00:08 | | |
|  | 17: 3 | | Q.  Okay.  So it a way that you can go in | | **Re: 17:3-13** | **Def Resp:** Properly |
|  | 17: 4 | | and repair what we've done over -- over the years | | **Pltf Obj:** Argumentative; | addresses pre-existing |
|  | 17: 5 | | damaging ourselves in terms of atherosclerosis? | | leading; assumes facts | narrowing of arteries |

| 12 | 17:7 | - 20:1 | Courtade, Daniel 2006-06-22 | 00:02:50 | not in evidence | caused by behavioral |
|  | 17: 7 | | A.  I can repair the progressive disease | | | issues; witness |
|  | 17: 8 | | from whatever cause, whether it's behavioral, | | | understands question |
|  | 17: 9 | | natural, genetic, or associated with anything else, | | | and answers |
|  | 17: 10 | | but I can repair the damage that usually develops | | | appropriately |
|  | 17: 11 | | over time with age and repair that spot that's the | | | |
|  | 17: 12 | | troublemaker at that time. | | *overruled* | |
|  | 17: 13 | | Q.  Now, do you consider heart disease to | | | |
|  | 17: 14 | | be a serious public health problem in the U.S.? | | **Re: 17:14-18:7** | **Def Resp:** Assumes |
|  | 17: 15 | | A.  It's the number one reason for death | | **Pltf Obj:** Assumes | no facts; asks witness |
|  | 17: 16 | | in the U.S. now.  I would consider that a -- to get | | facts not in evidence; | if heart disease is a |
|  | 17: 17 | | our attention, yes.  I consider it serious. | | leading; lawyer's | public health problem; |
|  | 17: 18 | | Q.  It's my understanding it's been the | | "understanding" is not | properly asks if heart |
|  | 17: 19 | | leading cause of death for over a hundred years.  Is | | relevant | disease has been the |
|  | 17: 20 | | that accurate? | | | leading cause of death; |
|  | 17: 21 | | A.  That's an accurate recall. | | | no form objection at |
|  | 17: 22 | | Q.  Now, it's also my understanding that | | | time so "leading" is |
|  | 17: 23 | | more than one-third of the deaths in the U.S. each | | | waived |
|  | 17: 24 | | year are caused by cardiovascular disease.  Does that | | | |
|  | 17: 25 | | sound accurate? | | | |
|  | 18: 1 | | A.  That's approximate, yes. | | | |
|  | 18: 2 | | Q.  And that -- I also understand the next | | | |
|  | 18: 3 | | four causes of death behind that don't take -- don't | | | |
|  | 18: 4 | | even equal the number of deaths by cardiovascular | | | |
|  | 18: 5 | | disease. | | | |
|  | 18: 6 | | A.  The next three causes of death don't | | | |
|  | 18: 7 | | equal the number, correct. | | | |
|  | 18: 8 | | Q.  Now, you have been involved with the | | **Re: 18:8-20:1** | **Def Resp:** Lays |
|  | 18: 9 | | American Heart Association, haven't you? | | **Pltf Obj:** Relevance | proper foundation for |
|  | 18: 10 | | A.  Excuse me.  Yes, I have. | | | testimony by |
|  | 18: 11 | | Q.  I've seen from some of the information | | | establishing background |
|  | 18: 12 | | I've read on you -- | | | and experience; |
|  | 18: 13 | | A.  Uh-huh. | | *Sustained* | remainder establishes |
|  | 18: 14 | | Q.  -- that you've been involved in a lot | | | reliability of materials |
|  | 18: 15 | | of public service. | | | prepared by American |
|  | 18: 16 | | A.  I have. | | | Heart Association |
|  | 18: 17 | | Q.  And one thing is a role with the | | | |
|  | 18: 18 | | American Heart Association? | | | |
|  | 18: 19 | | A.  Correct. | | | |
|  | 18: 20 | | Q.  Can you explain what your role was | | | |
|  | 18: 21 | | with the American Heart Association? | | | |
|  | 18: 22 | | A.  I've been a member of the American | | | |
|  | 18: 23 | | Heart Association on clinical car-- Council on | | | |
|  | 18: 24 | | Clinical Cardiology for a number of years, greater | | | |
|  | 18: 25 | | than ten, maybe 15 or more.  I was president of a -- | | | |
|  | 19: 1 | | of the local chapter of the American Heart Associa- | | | |
|  | 19: 2 | | tion.  That was Northern Kentucky at the time.  They | | | |
|  | 19: 3 | | since have been assimilated into Southwestern Ohio as | | | |
|  | 19: 4 | | American Heart Association.  So I supported the local | | | |
|  | 19: 5 | | efforts in terms of fund-raising and getting out | | | |
|  | 19: 6 | | there. | | | |
|  | 19: 7 | | I speak annually for the -- for the | | | |
|  | 19: 8 | | past 14 -- maybe 14 out of 15 years to an American -- | | | |
|  | 19: 9 | | an American Heart Association joint conference with | | | |
|  | 19: 10 | | St. Luke and St. E's called Cardiovascular Nursing | | | |
|  | 19: 11 | | Update, and I'll be speaking again this year.  Basi- | | | |
|  | 19: 12 | | cally it's a -- it's a day-long seminar reviewing | | | |
|  | 19: 13 | | newer cardiovascular techniques and treatments and | | | |
|  | 19: 14 | | diagnoses to our nursing staff in northern Kentucky. | | | |

|  |  | | | **Objections** | **Responses** |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|

19: 15    Q. Now, can you -- I think most of the
19: 16      jury's probably familiar with the American Heart
19: 17      Association. But it is a voluntary, national
19: 18      voluntary organization that -- whose mission is to
19: 19      reduce disability and death from cardiovascular
19: 20      disease?
19: 21    A. That is true.
19: 22    Q. Now, as part of that mission does it
19: 23      provide public health information to assist the
19: 24      public with like managing the risk factors for
19: 25      cardiovascular disease?
20: 1    A. Yes, it does.

*overruled* (handwritten)

**13  21:7          - 21:19**  Courtade, Daniel 2006-06-22         00:00:25

21: 7    Q. The third thing I have is a -- is a
21: 8      brochure there that's Exhibit Number 3, and it's a
21: 9      brochure called "Controlling Your Risk Factors." I
21: 10      assume you've seen this before?
21: 11    A. I have.
21: 12    Q. And this is a publication of the
21: 13      American Heart Association?
21: 14    A. Yes.
21: 15    Q. And is this an example of some of the
21: 16      literature that they provide the public to help
21: 17      people understand and -- and address cardiovascular
21: 18      risks?
21: 19    A. Correct.

**Re: 21:7-19**
**Pltf Obj:** Relevance; hearsay; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith

**Def Resp:** Relevant to establish reliability of criteria and risk factors identified by the American Heart Association

**14  22:19         - 24:9**  Courtade, Daniel 2006-06-22         00:02:21

22: 19    Q. And can you explain to the jury what
22: 20      atherosclerosis is?
22: 21    A. Atherosclerosis is one of the many
22: 22      factors that are involved in our arteries, including
22: 23      our arteries to the heart. We'll stick with the
22: 24      heart. It involves the building up of cells and
22: 25      material, fatty materials, to -- along the -- the
23: 1      vessel or the --
23: 2      If you think of the vessel or the
23: 3      artery as a tube.
23: 4      -- along the vessel walls that do a
23: 5      couple of things, one of which progressively narrow
23: 6      in the artery and can cause impairment of flow
23: 7      through the artery. That has many implications. The
23: 8      other, it can cause a -- a disruption of that, even
23: 9      just a -- a minor plaque in there that can suddenly
23: 10      rupture. We call it a ruptured plaque because it's
23: 11      an unsettled, inflamed and sort of -- if -- if you
23: 12      want to think of it much like an inflammation or an
23: 13      injury from whatever processes go on there, which is
23: 14      very, very complex, can rupture, expose the under-
23: 15      lying, just a very small amount of tissue, and then
23: 16      blood clot -- or blood can notice it, the blood --
23: 17      platelet corpuscles can notice it, and that can leave
23: 18      us at risk for a sudden event, and that's where a
23: 19      clot can close off the artery.
23: 20    Q. Now, this atherosclerosis or this
23: 21      buildup of plaque in our arteries that blocks the
23: 22      blood flow, how early in life does that begin in a
23: 23      person like Mr. Smith or -- or anyone?
23: 24    A. Well, we think it -- it -- it -- it
23: 25      begins in childhood. If you look at -- and, again,
24: 1      this is -- this is a -- a study in -- in flux. But
24: 2      if you look at autopsies from Vietnam veterans, or
24: 3      Vietnam victims, soldiers who lost their lives from
24: 4      the war, there was considerable -- a surprising
24: 5      amount of atherosclerosis built up in -- in those
24: 6      soldiers' hearts. These are 19-, 21-, 23-year-old
24: 7      individuals. So it certainly begins at that point.
24: 8      It begins much earlier in some patients or some
24: 9      people and much later in others.

|  | Objections | Responses |
|---|---|---|

**15  24:10            -  25:7    Courtade, Daniel 2006-06-22**            00:01:14

| | |
|---|---|
| 24: 10  Q.   If you -- if someone has a consider- | |
| 24: 11        able amount of blockage in their arteries to their | **Re: 24:10-25:3** |
| 24: 12        heart, is that generally something that takes years | **Pltf Obj:** Vague; |
| 24: 13        to build up? | lack of foundation; |
| 24: 14  A.   Yes.  Again, there are two processes. | calls for an improper |
| 24: 15        One is the progressive buildup in the thickness and | expert medical opinion |
| 24: 16        the narrowing, and that will cause a prog-- you know, | outside the scope of |
| 24: 17        over many years, a process or a progression where | this witness' treatment |
| 24: 18        it -- it may cause a stable but progressive chest | of Mr. Smith; |
| 24: 19        discomfort, shortness of breath for those features | incomplete and |
| 24: 20        where that part of the heart muscle is not working. | improper hypothetical |
| 24: 21        Then there's the other process that we | |
| 24: 22        look at, this is a very simplified look at it, where | |
| 24: 23        it's not so terribly blocked.  There has been no | |
| 24: 24        warning because flow is perfectly normal down the | |
| 24: 25        artery, but that ruptured or inflamed plaque all of a | |
| 25: 1        sudden splits.  The underlying exposure of the tissue | |
| 25: 2        presents itself to the blood cells and then you have | |
| 25: 3        a clot.  That's without warning, a very sudden event. | |
| 25: 4  Q.   So one is the buildup of the -- of the | **Re: 25:4-9** |
| 25: 5        plaque or the atherosclerosis over the years.  That's | **Pltf Obj:** Lack of |
| 25: 6        a -- that -- that -- to reach 80 percent block- | foundation; calls for an |
| 25: 7        age, that will take many, many years? | improper expert |

**Def Resp:** Board certified, practicing cardiologist is more than qualified to explain plaque build up as background for his treatment of this plaintiff

**Def Resp:** Same as previous

**16  25:9            -  26:1    Courtade, Daniel 2006-06-22**            00:00:47

| | |
|---|---|
| 25: 9  A.   Correct. | medical opinion outside |
| 25: 10  Q.   But then you talked about a sudden | the scope of |
| 25: 11        event which -- which is where a piece of that plaque | this witness' treatment |
| 25: 12        that has built up breaks lose, and that results in | of Mr. Smith; |
| 25: 13        the clot or the acute event? | incomplete hypothetical; |
| 25: 14  A.   That is correct. | leading |
| 25: 15  Q.   Okay.  Now, as the -- the atheroscle- | **Re: 25:10-26:1** |
| 25: 16        rosis narrows a vessel, sometimes we hear of people | **Pltf Obj:** Lack of |
| 25: 17        having chest pain.  Is that what's causing it, the -- | foundation; calls for an |
| 25: 18        the restriction of the blood flow? | improper expert |
| 25: 19  A.   If the chest pain is attributed to the | medical opinion |
| 25: 20        arteries.  There's many reasons for chest pain.  But, | outside the scope of |
| 25: 21        yes, it's a -- it's a -- it's a deceased amount of -- | this witness' treatment |
| 25: 22        of flow to a heart.  Much like a tourniquet on an arm | of Mr. Smith; |
| 25: 23        will make a hand hurt, if -- if -- if there is | incomplete hypothetical |
| 25: 24        decrease in the -- in the -- in the flow, often -- | |
| 25: 25        not always, but often -- a patient will develop | |
| 26: 1        angina or heart-related chest pain. | |

**Def Resp:** Same as previous; no hypothetical posed; simply asking witness to explain general background of cardiovascular events

**17  26:2            -  26:22    Courtade, Daniel 2006-06-22**            00:00:55

| |
|---|
| 26: 2  Q.   Now, when you talk about this -- this |
| 26: 3        plaque breaking loose and a blood clot forming, is |
| 26: 4        that one of the more common ways that heart attacks |
| 26: 5        occur? |
| 26: 6  A.   That is -- in our model today, that is |
| 26: 7        the way a heart attack occurs.  If an artery is |
| 26: 8        completely closed off, there's something there that |
| 26: 9        caused the blood clot. |
| 26: 10        Now, a smooth progressive plaque that |
| 26: 11        has not been disrupted shouldn't develop a blood clot |
| 26: 12        in it unless it became so so narrow that in itself it |
| 26: 13        became turbulent and would cause a clot.  But most |
| 26: 14        heart attacks, as we understand it, are because of |
| 26: 15        plaque rupture. |
| 26: 16        Not all heart attacks are because of |
| 26: 17        complete blockage of the heart.  There are a few that |
| 26: 18        occur without demonstrated blockage in the heart. |
| 26: 19        And that's why it continues to be a little bit of |
| 26: 20        a -- of a puzzle sometimes.  But the vast majority |
| 26: 21        are because of plaque rupture, clot, close the |
| 26: 22        artery. |

**18  26:23            -  27:16    Courtade, Daniel 2006-06-22**            00:00:48

| |
|---|
| 26: 23  Q.   So has it been true during your |

|  | Objections | Responses |
|---|---|---|

```
26: 24        practice of --
26: 25        What did you say, 22 years, 23 years?
27: 1    A.   I've been in northern Kentucky for 23
27: 2         years.  I've been in cardiology since 1988, so --
27: 3    Q.   However many years that is.
27: 4    A.   18 years, yeah.
27: 5    Q.   Yeah.  In your years of cardiology
27: 6         practice has this been, in your experience, the most
27: 7         common way heart attacks occur?
27: 8    A.   Absolutely.
27: 9    Q.   Where you have buildup of athero-
27: 10        sclerosis, plaque rupture, and the formation of a
27: 11        clot?
27: 12   A.   Correct.  The vast majority.
27: 13   Q.   There are other ways they happen?
27: 14   A.   Yes.
27: 15   Q.   But that is the major cause?
27: 16   A.   Correct.
```

```
19  27:17        - 27:21   Courtade, Daniel 2006-06-22                        00:00:09
27: 17   Q.   And obviously when you cut off blood
27: 18        supply, the blood flow to the heart, you're going to
27: 19        have heart muscle dying?
27: 20   A.   That is correct.  That's what a heart
27: 21        attack is.
```

```
20  27:22        - 28:8    Courtade, Daniel 2006-06-22                        00:00:38
27: 22   Q.   And that's what a heart attack is,
27: 23        so --
27: 24        Now, in terms of dealing with cardio-
27: 25        vascular disease, we hear a lot about risk factors
28: 1         and controlling risk factors like this pamphlet talks
28: 2         about.  As a matter of fact, there on page 2, right
28: 3         there under atherosclerosis it -- down near the
28: 4         bottom of that page it says, "Many heart attack and
28: 5         stroke risk factors speed up atherosclerosis.  That's
28: 6         why it's so important to work with your doctor or
28: 7         healthcare provider to control as many of these
28: 8         factors as you can."
```

Re: 27:22-29:12
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; leading; calls for speculation

**Def Resp:** Same as previous; not leading, asks witness to explain; not speculation given that witness served as president of AHA chapter that sponsored publication and is amply qualified to explain general cardiovascular risk factors identified in the publication

Overruled

```
21  28:10        - 30:17   Courtade, Daniel 2006-06-22                        00:02:28
28: 10   Q.   What does that mean?  What does it
28: 11        mean to the public?
28: 12   A.   If you look at traditional risk
28: 13        factors, and we can -- and we can enumerate just some
28: 14        of them but not all of them, and to modify the risk
28: 15        factors which they will go on later in this brochure
28: 16        to outline, that means blood pressure, take your
28: 17        blood pressure.  If it's elevated beyond what we
28: 18        consider general guidelines, treat it appropriately.
28: 19        It may be difficult for the diabetic, it may be dif-
28: 20        ferent for another person, but to treat it according
28: 21        to the -- to what -- what we feel are general guide-
28: 22        lines, which change over time.
28: 23        If you reach a certain point in,
28: 24        usually, adulthood, get your cholesterol checked.
28: 25        Now, what age that is is not necessarily an agreement
29: 1         upon between pediatricians, internists and cardiolo-
29: 2         gists, but you check your cholesterol.
29: 3         Obviously, tobacco use, particularly
29: 4         cigarette smoking, you stop it.  You do the modifi-
29: 5         able risk factors.
29: 6         There's other risk factors that you
29: 7         don't necessarily -- can't control, including family
29: 8         history, including some other -- other ailments that
29: 9         are -- we don't quite understand, but those are the
29: 10        sort of risk factors that the American Heart Associa-
29: 11        tion wants to direct, particularly the modifiable
29: 12        risk factors.
29: 13   Q.   Okay.  Well, now, you mentioned some
29: 14        that are not modifiable, and you mentioned family
```

Re: 29:13-30:17
**Pltf Obj:** Lack of

**Def Resp:** As a board certified and practicing

| | Objections | Responses |
|---|---|---|

29: 15 history. What does that mean? Does that mean if
29: 16 somebody else had cardiovascular disease?
29: 17 A. If you have a -- one of the what we
29: 18 consider traditional risk factors or Framingham risk
29: 19 factors would be a family history of premature heart
29: 20 disease, in other words, a male who had a heart
29: 21 attack, generally a parent or a sibling who had a
29: 22 heart attack, a male before 55 and a female before
29: 23 65, we would consider those premature. That in
29: 24 itself is a risk factor for going on and developing
29: 25 heart disease.
30: 1 Q. So if I have a -- a brother who has a
30: 2 heart attack before -- under age 55, does that mean I
30: 3 have a risk factor?
30: 4 A. That does mean you have a risk factor.
30: 5 Q. All right. And does that mean I need
30: 6 to pay more attention to my cardiovascular health?
30: 7 A. That means you have a risk factor.
30: 8 Now, whether you need to pay more attention, I think
30: 9 we all should pay attention, because that's one risk
30: 10 factor. There are many things that we don't know,
30: 11 but that certainly would be a -- a -- a risk factor
30: 12 that would trigger more attention, but that -- if you
30: 13 didn't have that risk factor, that doesn't mean that
30: 14 you would not pay attention. So it doesn't give you
30: 15 a green light if there -- if you have no risk fac-
30: 16 tors. But, yes, you would -- you would -- you would
30: 17 pay attention to that.

**Objections:** foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative

**Responses:** cardiologist, witness is qualified to explain general cardiovascular risk factors including what constitutes family history as background for treatment of this patient

*Overruled*

---

22  30:22      - 31:5   Courtade, Daniel 2006-06-22          00:00:26
30: 22 Q. Age is another nonmodifiable risk
30: 23 factor. And what -- what are -- is it just simply
30: 24 the older you get, the higher your risk for a heart
30: 25 attack, or --
31: 1 A. I think that's a fair statement. It's
31: 2 not identifiable or used as a traditional risk factor
31: 3 because it's -- I -- I suppose for a number of
31: 4 reasons we would presume it, and hopefully it will be
31: 5 an inevitable risk. We hope all to get there.

---

23  31:13      - 35:2   Courtade, Daniel 2006-06-22          00:04:11
31: 13 Q. Okay. Now, high blood pressure, how
31: 14 does that increase your risk of cardiovascular
31: 15 disease?
31: 16 A. That is an -- an excellent question
31: 17 that we are still looking for the reason for that.
31: 18 But we do know high blood pressure increases your
31: 19 risk for a heart attack, and we know your in-- your
31: 20 high blood pressure increases your risk for
31: 21 developing atheroma on the artery. We know that high
31: 22 blood pressure increases your risk for other
31: 23 cardiovascular events like stroke, like aneurysms,
31: 24 like peripheral vascular disease, that sort of thing.
31: 25 Now, exactly the mechanism, like many
32: 1 of our drugs or many of our other risk factors, we're
32: 2 not exactly sure how that happens. Is it a mechani-
32: 3 cal flow problem? Is there a -- a combination of
32: 4 other things that lead to high blood pressure as --
32: 5 as well? Is there a stiffening -- as well as heart
32: 6 problems? Is there a stiffening in the arteries
32: 7 regardless of the pressure inside the arteries?
32: 8 We don't know exactly how it happens,
32: 9 but high blood pressure is a risk factor, and treat-
32: 10 ing the high blood pressure decreases your risk for
32: 11 stroke and heart attack.
32: 12 Q. And there is data available that
32: 13 cardiologists rely upon that supports that?
32: 14 A. That is correct.
32: 15 Q. What about excess weight and lack of
32: 16 exercise? I kind of combine the two a little bit and
32: 17 I may -- maybe I shouldn't. But are those -- are

**Re: 31:13-32:11**
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative

**Def Resp:** As a board certified and practicing cardiologist, witness is qualified to explain general cardiovascular risk factors including what constitutes family history as background for treatment of this patient

*Overruled*

**Re: 32:12-14**
**Pltf Obj:** Hearsay

**Def Resp:** Whether the witness is aware of data supporting the connection between high blood pressure and cv risk is not hearsay

| | | Objections | Responses |
|---|---|---|---|

32: 18     those risk factors?

32: 19   A.  Those -- those are poorly understood

32: 20     as risk factors. Overweight is -- has an increased

32: 21     risk of diabetes. Overweight often has -- is asso-

32: 22     ciated with a higher fat content. Overweight is a

32: 23     risk for -- for a poor lipid or cholesterol profile,

32: 24     if you will.

32: 25     Now, is it the overweight, or is it

33: 1     those things that go along with that? We still are

33: 2     not quite certain, and it depends on how you want to

33: 3     go back and do your statistical analysis of individ-

33: 4     ual risk factors. You want to set up, what a

33: 5     statistician would say, a regression analysis. We --

33: 6     we don't exactly know.

33: 7     It is not considered itself as a

33: 8     risk -- a traditional Framingham risk factor. We all

33: 9     consider it as a -- a problem. It certainly has its

33: 10     problem for other risks, hyp-- hypertension and, as I

33: 11     say, unfavorable cholesterol profiles. But in itself

33: 12     overweight is not a -- I think, generally considered

33: 13     a -- a risk but associated with all those other risk

33: 14     factors.

33: 15   Q.  Okay. A couple other terms I'd -- I'd

33: 16     like for you to help me with before we start talking

33: 17     about Mr. Smith's medical records and your care of

33: 18     him. One is, what is metabolic syndrome, and what

33: 19     does it mean in terms of cardiovascular health?

33: 20   A.  In Europe there is no such thing as

33: 21     metabolic syndrome. It's declared just this past

33: 22     year.

33: 23     Metabolic syndrome in the United

33: 24     States and Canada has -- we have lumped it into a

33: 25     number of some nontraditional and traditional risk

34: 1     factors, and it includes obesity, particularly

34: 2     central obesity, diabetes or glucose intolerance,

34: 3     elevated triglyceride levels --

34: 4     Which are not the cholesterol but

34: 5     another blood fats.

34: 6     -- low good cholesterol, which itself

34: 7     is a -- I suppose, if you want to think, a negative

34: 8     risk fac-- a positive risk factor. High good

34: 9     cholesterol would be con-- would be considered a

34: 10     negative risk factor. So the HDL, or the good

34: 11     cholesterol, if it's low, is part of that metabolic

34: 12     syndrome.

34: 13     And whether there are some other

34: 14     things that should go into that metabolic syndrome

34: 15     are still being tested. Do we add some of the other

34: 16     fancy lipid testing? The apolipoprotein B's, do we

34: 17     put that in there?

34: 18     So it's -- it's a matter of discussion

34: 19     as to what is metabolic syndrome, but generally the

34: 20     overweight, overfed, dia-- diabetic or prediabetic

34: 21     with a lipid disorder.

34: 22   Q.  And is that -- in terms of cardio-

34: 23     vascular health, if you diagnose somebody as having

34: 24     metabolic syndrome, is that a good thing or a bad

34: 25     thing?

35: 1   A.  Oh, it would be an undesirable thing

35: 2     in terms of cardiovascular risk, absolutely.

**Objections (Re: 32:15-33:14):**
Re: 32:15-33:14
Pltf Obj: Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; incomplete hypothetical; speculative; cumulative

*Overruled*

**Responses:**
Def Resp: Whether the witness is aware of data supporting the connection between high blood pressure and cv risk is not hearsay

**Objections (Re: 33:15-35:2):**
Re: 33:15-35:2
Pltf Obj: Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; relevance; incomplete hypothetical

*Overruled*

**Responses:**
Def Resp: Whether the witness is aware of data supporting the connection between high blood pressure and cv risk is not hearsay

---

24   37:24   -  40:5   Courtade, Daniel 2006-06-22     00:02:50

37: 24   Q.  So if you call it an acute coronary

37: 25     syndrome, could that mean that there -- that it

38: 1     was -- it was caught before it was a full heart

38: 2     attack?

38: 3   A.  The American Heart Association in

38: 4     their ACL protocol, which I awful -- also have taught

38: 5     for a number of years and still do, the acute

38: 6     coronary syndrome includes a heart attack and a

38: 7     non-ST-segment elevation MI, a threatened heart

**Objections (Re: 37:24-38:8):**
Re: 37:24-38:8
Pltf Obj: Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; hearsay; incomplete hypothetical

**Responses:**
Def Resp: Whether the witness is aware of data supporting the connection between high blood pressure and cv risk is not hearsay

| | Objections | Responses |
|---|---|---|

```
38: 8        attack.
38: 9    Q. Okay.  The last terminology I need a
38: 10       little help with, and I think this has to do with
38: 11       lipids or cholesterol readings, is the difference in
38: 12       the terms dyslipidemia and hyperlipidemia.
38: 13   A. Dyslipidemia is a broader term
38: 14       including all abnormal liper (sic) -- lipid profiles.
38: 15       Hyperlipidemia means elevated lipids.
38: 16       In the simple scheme of things you
38: 17       have four measurements:  total cholesterol; HDL, or
38: 18       good cholesterol; LDL, or bad cholesterol; and
38: 19       triglycerides.  It can get much more complicated than
38: 20       that, and we have those much more complicated tests
38: 21       available to us, but in the scheme of things and --
38: 22       and standard of care, there are those four things.
38: 23       An elevated cholesterol would be a
38: 24       dyslipidemia, but it also would be a hyperlipidemia.
38: 25   A. good cholesterol that was low would be a dyslipid-
39: 1        emia, but there's nothing elevated, so it wouldn't a
39: 2        hyperlipidemia.
39: 3        So the dyslipidemia is a broad term.
39: 4        Hyperlipidemia is the subcategory that includes
39: 5        probably most people with elevated -- it includes
39: 6        everybody with an elevated level.  It's just that
39: 7        there's that subcategory of people, like the
39: 8        metabolic syndrome, where they have a low good
39: 9        cholesterol.
39: 10   Q. Okay.  Now, the good cholesterol, the
39: 11       HDL, it's my understanding that that -- it is
39: 12       considered the good cholesterol because it actually
39: 13       carries cholesterol out of the body.  Is that right?
39: 14   A. Well, I mean, it's not like it takes
39: 15       it down to the river and dumps it.  It -- what it
39: 16       does do, it's considered, if you will, a scavenger
39: 17       cholesterol where it has the ability to clean up the
39: 18       plaque or the cholesterol plaque along the arteries.
39: 19       So what it does is it takes it to the liver and then
39: 20       metabolizes it and hopefully out into the bile acid
39: 21       where it's -- part of it is to be eliminated.
39: 22   Q. So we want a lot of HDL?
39: 23   A. You want a high HDL.
39: 24   Q. And LDL is kind of the opposite of the
39: 25       HDL?
40: 1    A. It is the bad cholesterol in terms of
40: 2        a simple nomenclature like that, yes.
40: 3    Q. And that is the cholesterol that
40: 4        leaves the deposits in our bloodstream or on our
40: 5        arterially -- arterial walls?
```

25  40:7      -  40:24   Courtade, Daniel 2006-06-22                    00:00:46
```
40: 7    A. We generally consider that as being
40: 8        the risk for more blood cholesterol and other things
40: 9        that deposit in our arteries, yes.  L-- high LDL is
40: 10       associated with more atherosclerosis.
40: 11   Q. All right.  And so if we actually --
40: 12       we want high HDL, and even though a low HDL is not a
40: 13       known abnormality, there's a medical term for that
40: 14       dyslipidemia?
40: 15   A. If there was a high HDL, a high good
40: 16       cholesterol?
40: 17   Q. No.
40: 18   A. No, a low good cholesterol --
40: 19   Q. Correct.
40: 20   A. -- and a low bad cholesterol, that
40: 21       would still be in the broad category of dyslipidemia.
40: 22   Q. Okay.  Well, let me turn to your care
40: 23       of Mr. Smith.  Now, does he go by Garry?
40: 24   A. I believe so.
```

26  40:25     -  44:9    Courtade, Daniel 2006-06-22                    00:03:50
```
40: 25   Q. Yeah.  Let me turn to your care of
```

Re: 38:9-40:21
**Pltf Obj:** Cumulative; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith

*Overruled*

**Def Resp:** No prior testimony re: dyslipidemia so not cumulative; as a board certified and practicing cardiologist, witness is amply qualified to address the general issue of high cholesterol as it relates to cv risk

41: 1   Garry Smith.  Now, I -- I saw that you first saw him,
41: 2   if I'm correct, on February 17th, 2003.
41: 3 A. That is correct.
41: 4 Q. And that was the date you performed
41: 5   a -- a cardiac cath on him?
41: 6 A. That is correct.
41: 7 Q. Okay.  And have you been his regular
41: 8   heart doctor since then?
41: 9 A. Yes.  Yes, I have.  My last visit with
41: 10   him was in August of 2005, and my next scheduled
41: 11   visit with him was one year from then.  So to my
41: 12   knowledge, I still am his cardiologist.  I anticipate
41: 13   seeing him late this summer.
41: 14 Q. Now, other than -- if we look back to
41: 15   February 17th of 2003, the date he came in with his
41: 16   cardiac event --
41: 17 A. Uh-huh.
41: 18 Q. -- you didn't know him before that?
41: 19 A. I did not.
41: 20 Q. And you did not know his health
41: 21   history?
41: 22 A. I did not.
41: 23 Q. And other than what he told you that
41: 24   day, you really didn't have a full understanding of
41: 25   any potential risk cardiac, cardiovascular disease
42: 1   risk factors he might have?
42: 2 A. When you meet somebody in a heart
42: 3   attack, things are under duress.  You don't have a
42: 4   casual conversation about a lot of different risks.
42: 5   We go through some very brief things:  do you smoke,
42: 6   do you have a family history, do you have high
42: 7   cholesterol, do you have diabetes, do you have high
42: 8   blood pressure, are you allergic to anything?  And
42: 9   then you explain what you're about to do under very
42: 10   urgent conditions.
42: 11   So I did not have a full appreciation
42: 12   of what his previous health care has been or other
42: 13   health concerns.
42: 14 Q. And you first -- from looking at your
42: 15   medical records, you first started to learn more
42: 16   about that after the urgent situation was past?
42: 17 A. That is correct.
42: 18 Q. Well, I'm going to start with -- and
42: 19   feel free to look at Deposition -- Deposition Exhibit
42: 20   2, which is a compilation of the records we're going
42: 21   to talk about here today.  I believe the only one
42: 22   that isn't yours is the top record from St. Luke
42: 23   Hospital ER.
42: 24 A. Correct.
42: 25 Q. And I don't even know if you have that
43: 1   in your file or not.  So if we can flip to those.
43: 2   If you'd look at that, and that's a
43: 3   report by a Dr. David Allen.
43: 4 A. Okay.
43: 5 Q. Do you know David Allen?
43: 6 A. I know David Allen.
43: 7 Q. Can you -- can you tell us what's
43: 8   significant in the history, in terms of a patient,
43: 9   from there?  And you're -- you're welcome just to
43: 10   read it to us.  For a patient coming into the cardiac
43: 11   event.
43: 12 A. The key highlike (sic) -- I guess the
43: 13   highlights of this presentation was a 52-year-old
43: 14   gentleman who presents with a syn-- a syndrome of
43: 15   chest pain associated with breaking out in a sweat
43: 16   and then shortness of breath.  He had been shoveling
43: 17   snow a little -- a little bit prior to that and had
43: 18   just gotten out of the shower.
43: 19   He had a brief episode while at a
43: 20   physical therapy appointment approximately a week
43: 21   ago.  He had undergone previous knee surgery.

| | | | | Objections | Responses |
|---|---|---|---|---|---|

43: 22 — He presents to the emergency room.  He
43: 23 — was identified to have an acute myocardial infarction
43: 24 — or an acute heart attack on his ECG.  He was treated
43: 25 — initially in a very standard fashion, and he was
44: 1 — given some blood thinners.
44: 2 — He was given a blood clot -- a clot
44: 3 — buster, which at that time was -- was being used.  It
44: 4 — still in some centers is being used.  And then, after
44: 5 — calling the cardiologist, he was to be transferred to
44: 6 — the catheterization lab where we were to meet him.
44: 7 — Q.  And it looks like they were transfer-
44: 8 — ring him from St. Luke over to St. Elizabeth where
44: 9 — you would do -- be able to do a cath procedure.

**27   44:10        -   45:12   Courtade, Daniel 2006-06-22                          00:01:19**

44: 10 — A.  That is correct.
44: 11 — Q.  Okay.  Now, are these very common
44: 12 — symptoms of a cardiovascular event or a heart attack?
44: 13 — A.  These are very common symptoms of a
44: 14 — heart attack.
44: 15 — Q.  I noticed in there that he related
44: 16 — that he had been shoveling snow for an hour prior to
44: 17 — that --
44: 18 — A.  Correct.
44: 19 — Q.  -- prior to this event.
44: 20 — A.  Correct.
44: 21 — Q.  Now, some of us from the South, and
44: 22 — the jury here in this case, may not be as understand-
44: 23 — ing of how strenuous shoveling snow is, but is that a
44: 24 — fairly strenuous event?
44: 25 — A.  It's a very strenuous event, and
45: 1 — people with known coronary artery disease, we try to
45: 2 — have them avoid it for two reasons:  one, the
45: 3 — physical defiance of gravity of picking up a fairly
45: 4 — heavy substance, particularly as wet snow tends to be
45: 5 — heavy; and, two, it's cold, which also is a -- a
45: 6 — stress on the -- a physiological stress on the
45: 7 — system.
45: 8 — Q.  Can the cold -- and -- and assume with
45: 9 — me that this day that this occurred it was in the low
45: 10 — 20s, low to mid-20s that day.  How does the cold
45: 11 — impact -- how does the cold work with the exertion to
45: 12 — set yourself up for a cardiovascular event?

**28   45:14        -   46:21   Courtade, Daniel 2006-06-22                          00:01:28**

45: 14 — A.  Cold is something that the body has to
45: 15 — respond to, and if you want to think of it as an
45: 16 — increased adrenaline output.  Physical activity is
45: 17 — another body response that requires an increased
45: 18 — adrenaline output.  It requires a little faster heart
45: 19 — rate, a little higher blood pressure.  Or those are
45: 20 — the consequences of the higher epinephrine or adren-
45: 21 — aline, if you will, colloq-- as a colloquialism,
45: 22 — output, and so we think of it as a higher stress on
45: 23 — the heart.
45: 24 — I cannot tell you that there's been
45: 25 — any controlled trial of people shoveling snow versus
46: 1 — people basking in the sun, but it -- there is a
46: 2 — higher risk clinically that we appreciate from effort
46: 3 — in the cold versus effort in the warm, much like we
46: 4 — appreciate differences that don't always go explained
46: 5 — why people have more heart attacks on Monday, why
46: 6 — people have more heart attacks between 4:00 and 6:00
46: 7 — in the morning, why people have -- it doesn't include
46: 8 — everybody, but there's a trend.
46: 9 — So there's a trend clinically and
46: 10 — historically that we appreciate -- there's no science
46: 11 — to that -- that cold, presumably because of the --
46: 12 — the stress it puts on the body, puts you at risk.
46: 13 — We know from athletes, if they go out
46: 14 — and run, they're doing fine, it's after they run

*Overruled*

Re: 44:15-45:7
**Pltf Obj:** Foundation - calls for expert opinion; speculative

**Def Resp:** As a board certified and practicing cardiologist the witness is qualified to address the question as background for his treatment of and conclusions concerning plaintiff

Re: 45:8-46:21
**Pltf Obj:** Foundation - calls for expert opinion; assumes facts not in evidence; speculative; incomplete hypothetical

**Def Resp:** As a board certified and practicing cardiologist the witness is qualified to address the question as background for his treatment of and conclusions concerning plaintiff

| | Objections | Responses |
|---|---|---|

46: 15   they're at a higher risk for -- this is for run-
46: 16   ners -- they're at a higher risk for heart attack.
46: 17   Most runners don't have heart attacks after they run,
46: 18   but after running there is a risk for a higher heart
46: 19   attack, presumably because of that adrenaline effect
46: 20   on your heart, or that increased stress on your -- on
46: 21   your entire body.

**29  47:5        -  47:7**   Courtade, Daniel 2006-06-22                          00:00:10
47: 5   Q.  Doctor, so the manner in which these
47: 6   symptoms of a heart attack surface are not unusual in
47: 7   your practice?

Re: 47:5-11
**Pltf Obj:** Vague; lack
of foundation - calls for
expert opinion; leading

**Def Resp:** As a board
certified and practicing
cardiologist the witness
is qualified to address
the question as
background for his
treatment of and
conclusions concerning
plaintiff

**30  47:9        -  47:11**   Courtade, Daniel 2006-06-22                          00:00:10
47: 9   A.  The manners in which that -- that he
47: 10   presented with these symptoms of heart attack are not
47: 11   unusual, correct.

**31  47:12       -  48:6**   Courtade, Daniel 2006-06-22                          00:01:02
47: 12   Q.  Now, it mentions in this report on the
47: 13   second page, it mentions that he was given an RPA
47: 14   protocol.  Can you explain to the jury what is?
47: 15   A.  It's some -- in the literature it's a
47: 16   clot buster.  It's a -- a medicine we give to try
47: 17   to -- to undo a clot if under the -- the model -- and
47: 18   this -- this occurs most of the time -- where a
47: 19   person presents with strong evidence of a heart
47: 20   attack, chest discomfort and an abnormal ECG, you
47: 21   want to get that artery open as fast as possible.
47: 22   So what they did was give initially --
47: 23   this RPA is a thrombolytic therapy.  Generally you
47: 24   give two boluses of it.  And in Dr. Allen's judgment,
47: 25   he wanted to get that artery opened quickly, and he
48: 1   gave the first treatment of that.
48: 2   Contacting cardiology next, the next
48: 3   plan was to -- to say don't open it chemically but
48: 4   we're going to open it mechanically.  So we stopped
48: 5   the second bolus, send him over, and do it mechani-
48: 6   cally.

_Overruled_

**32  48:7        -  48:11**   Courtade, Daniel 2006-06-22                          00:00:10
48: 7   Q.  So basically you typically give two
48: 8   treatments of this clot buster drug.
48: 9   A.  Typically we --
48: 10   Q.  Correct?
48: 11   A.  -- we do when we use it.

**33  48:12       -  48:14**   Courtade, Daniel 2006-06-22                          00:00:06
48: 12   Q.  All right.
48: 13   A.  And -- and we don't use it anywheres
48: 14   near as often as we did back in 2003.

**1  48:15        -  49:13**   Courtade, Daniel 2006-06-22                          00:01:03
48: 15   Q.  Is there a new clot buster or smart
48: 16   bomb today?
48: 17   A.  Well, there's probably no more effec-
48: 18   tive.  There are at least one more clot buster that
48: 19   came out after this, but we have come to understand
48: 20   that -- and again, this -- there's still a matter of
48: 21   controversy of this -- if you're so far out, go ahead
48: 22   and give it, before you can get to a cath lab.  Maybe
48: 23   that's an hour and a half, maybe that's two, maybe
48: 24   it's less.
48: 25   If you're very close to a cath lab, go
49: 1   ahead and do it.  Because the risk of the clot
49: 2   buster -- there's risk of bleeding into the head, and
49: 3   that risk is extremely low with a cath.  So the
49: 4   alternatives of doing nothing is most unfavorable.
49: 5   The alternative then of using a clot buster is better
49: 6   than not doing anything.
49: 7   And then the standard of care now is,

Re: 48:15-49:13
**Def Obj:** Irrelevant;
explanation relates to
a treatment that is not
relevant to Plaintiff

_Sustained_

| | Objections | Responses |
|---|---|---|

| | | |
|---|---|---|
| 49: 8 | | if available, go ahead and -- and not give the clot |
| 49: 9 | | buster, go and do it mechanically with a balloon if |
| 49: 10 | | you have that resource available to you. |
| 49: 11 | Q. | Does that help you avoid the risk of a |
| 49: 12 | | bleed? |
| 49: 13 | A. | Of a bleed in the head, yes. |

**35   49:14       -   50:1   Courtade, Daniel 2006-06-22       00:00:34**

| | | |
|---|---|---|
| 49: 14 | Q. | Okay.  So Mr. Smith was then trans- |
| 49: 15 | | ferred to St. Elizabeth and, from what it said, in |
| 49: 16 | | stable condition? |
| 49: 17 | A. | Stable condition generally.  In the |
| 49: 18 | | state of a heart attack, that's an unstable situa- |
| 49: 19 | | tion.  Blood pressure is okay.  His heart hasn't |
| 49: 20 | | started to fail.  He's not in an irregular rhythm |
| 49: 21 | | where he has to be shocked.  He doesn't require any |
| 49: 22 | | assisted ventilation or CPR or blood pressure |
| 49: 23 | | medications, correct. |
| 49: 24 | | So in the setting of a heart attack |
| 49: 25 | | it's -- it's stable with potential for becoming |
| 50: 1 | | unstable quickly. |

**36   51:4       -   52:10   Courtade, Daniel 2006-06-22       00:01:24**

| | | |
|---|---|---|
| 51: 4 | Q. | Okay.  Well, in your orders, the |
| 51: 5 | | physician orders -- |
| 51: 6 | | Is that it?  Yeah. |
| 51: 7 | | -- can you just tell us generally what |
| 51: 8 | | these say and what these mean, your initial physician |
| 51: 9 | | orders on Mr. Smith. |
| 51: 10 | A. | I admitted him to the post-interven- |
| 51: 11 | | tion care unit, which is often where we go after a |
| 51: 12 | | stable intervention, whether it's a heart attack or |
| 51: 13 | | an elective.  I told him the diagnosis is an acute |
| 51: 14 | | inferior myocardial infarction or a heart attack. |
| 51: 15 | | I have a set of routine cardiac care |
| 51: 16 | | orders where we measure cardiac troponins, or |
| 51: 17 | | enzymes, and I was telling them the initial one -- we |
| 51: 18 | | do zero, three, six, nine, 12 hours.  So the initial |
| 51: 19 | | one was at St. Luke's West, so they could go to there |
| 51: 20 | | to get that -- that result. |
| 51: 21 | | Integrilin is a blood thinner I was |
| 51: 22 | | using at the time, for about 16 to 20 hours.  We |
| 51: 23 | | still do use that. |
| 51: 24 | | I was giving fluids, normal saline, |
| 51: 25 | | aspirin, or ASA.  Plavix is a blood thinner.  Meto- |
| 52: 1 | | prolol is a beta blocker, a standard care of heart |
| 52: 2 | | attacks.  Sometimes a -- the metoprolol will lower |
| 52: 3 | | blood pressure or heart rate, so you put limits.  If |
| 52: 4 | | the heart rate's less than 50 or the systolic blood |
| 52: 5 | | pressure is less than a hundred, don't give it. |
| 52: 6 | | I told them up after four hours was |
| 52: 7 | | going to be okay, which means you can get out of bed. |
| 52: 8 | | And then I had two labs, including complete blood |
| 52: 9 | | count and a metabolic profile, a basic metabolic |
| 52: 10 | | profile in the AM. |

**37   52:11       -   55:5   Courtade, Daniel 2006-06-22       00:03:06**

| | | |
|---|---|---|
| 52: 11 | Q. | Okay. |
| 52: 12 | A. | And then signature. |
| 52: 13 | Q. | Okay.  Then next we turn to your |
| 52: 14 | | progress notes, and in those progress notes can you |
| 52: 15 | | tell the jury what those -- what those say and mean |
| 52: 16 | | and what they reflect. |
| 52: 17 | A. | Okay.  The progress notes that |
| 52: 18 | | occurred in the cath lab, and I wrote -- this my |
| 52: 19 | | first history and physical -- and I identified him as |
| 52: 20 | | a 52-year-old white gentleman who had approximately |
| 52: 21 | | one and a half hour episode of a chest discomfort |
| 52: 22 | | occurring after shoveling snow, associated with |
| 52: 23 | | shortness of breath, sweatiness, nausea, and light- |
| 52: 24 | | headedness.  He had previously been in good health to |

| | Objections | Responses |
|---|---|---|

| | |
|---|---|
| 52: 25 | my -- to my knowledge. He presented to the St. Luke |
| 53: 1 | West emergency room. He was recognized, by his EKG |
| 53: 2 | is the implication, to have an acute inferior wall |
| 53: 3 | myocardial infarction. Given a dose of the thrombo- |
| 53: 4 | lytic RPA and then transferred here. |
| 53: 5 | I said, reflected once again he had a |
| 53: 6 | self-limiting episode approximately two weeks ago. I |
| 53: 7 | didn't know the full details of that. |
| 53: 8 | THE WITNESS: Thank you. |
| 53: 9 | A. His only medication that I was aware |
| 53: 10 | of at the time was a gout medication called allo- |
| 53: 11 | purinol. He did not smoke. His past medical history |
| 53: 12 | was unremarkable as far as I knew. |
| 53: 13 | He had a brother who had a coronary |
| 53: 14 | artery disease with a stent placed at 42 years old, |
| 53: 15 | and an unc-- a brother of his father who had some |
| 53: 16 | earlier heart disease. We didn't know details. |
| 53: 17 | The rest are details of my exam, |
| 53: 18 | including blood pressure, the ECG, or EKG as some |
| 53: 19 | people refer to, is described by me as demonstrating |
| 53: 20 | the heart attack. The laboratory data including -- |
| 53: 21 | or noted, including the -- of importance is the |
| 53: 22 | glucose, which is just a little bit high, but is |
| 53: 23 | often in stress. This is creatinine kinase, which is |
| 53: 24 | just a little bit elevated, tell me he presented |
| 53: 25 | early, and the creatinine showed me he developed a |
| 54: 1 | little bit of renal insufficiency. He might have |
| 54: 2 | just been dry after working. |
| 54: 3 | My assessment, or "A," is he had a -- |
| 54: 4 | a heart attack in the bottom part of his heart or |
| 54: 5 | inferior. He was hemodynamically -- blood pressure, |
| 54: 6 | heart rate, breathing -- stable. I note that he did |
| 54: 7 | get the half dose of a thrombolytic. Questionable |
| 54: 8 | history of gout, and I don't know what his lipids |
| 54: 9 | were. |
| 54: 10 | Q. And -- and from right there, at that |
| 54: 11 | point, that's -- then you describe your procedure. |
| 54: 12 | Correct? |
| 54: 13 | A. Then I describe my procedure. |
| 54: 14 | Q. Which also has a -- a drawing and a |
| 54: 15 | cardiac procedure report? |
| 54: 16 | A. It's a dictated report, and I do like |
| 54: 17 | to draw my pictures. |
| 54: 18 | Q. Okay. Well, I like them. I appre- |
| 54: 19 | ciate that. |
| 54: 20 | Well, let me back up a second on |
| 54: 21 | your -- your February 17th progress note that's |
| 54: 22 | contained in Exhibit 2 and mention a couple of |
| 54: 23 | things. One, on the first page you talked about his |
| 54: 24 | brother getting a stent at age 42. |
| 54: 25 | A. Yes. |
| 55: 1 | Q. And it -- does that then talk about |
| 55: 2 | the family history risk factor being one that Mr. |
| 55: 3 | Smith has? |
| 55: 4 | A. It does address that one of his risk |
| 55: 5 | factors -- |

**Re: 53:13-16**
**Pltf Obj:** Speculative; hearsay; lack of foundation; plaintiff incorporates his MIL

**Def Resp:** Same as previous; defendant incorporates response to plaintiff's MIL on the relevance family history

*Overruled* (handwritten)

| | | |
|---|---|---|
| 38 | 55:7 - 55:7 | Courtade, Daniel 2006-06-22 |
| | 55: 7 | A. -- is a family history. |

00:00:02

| | | |
|---|---|---|
| 39 | 55:8 - 55:19 | Courtade, Daniel 2006-06-22 |
| | 55: 8 | Q. Okay. And do you know how to quantify |
| | 55: 9 | how that increases his risk of this cardiovascular |
| | 55: 10 | disease? |
| | 55: 11 | A. Absolutely not. In fact, that's a |
| | 55: 12 | very good point in that there is a calculated |
| | 55: 13 | Framingham risk score that calculates your ten-year |
| | 55: 14 | and 20-year risk based on the traditional family -- |
| | 55: 15 | or traditional risk factors, including cholesterol, |
| | 55: 16 | blood pressure, whether you smoke, et cetera. |
| | 55: 17 | The one thing that is not in there is |

00:00:35

**Re: 54:18-55:7**
**Pltf Obj:** Speculative; hearsay; foundation - calls for expert opinion; plaintiff incorporates MIL

**Def Resp:** Same as previous; defendant incorporates response to plaintiff's MIL on the relevance family history

Objections          Responses

55: 18          family history, because nobody knows how to quantify
55: 19          it. There is no way to quantify it.

**55:20          -  55:22**   Courtade, Daniel 2006-06-22                    00:00:07
55: 20          Q.  You know it's a risk factor; you just
55: 21              don't know --
55: 22          A.  How to measure it.

41   **57:12          -  57:15**   Courtade, Daniel 2006-06-22                    00:00:09
57: 12          Q.  Okay. And so from there you went to
57: 13              do the -- the decision was made to do a cardiac
57: 14              catheterization procedure?
57: 15          A.  Yes.

42   **57:16          -  57:21**   Courtade, Daniel 2006-06-22                    00:00:15
57: 16          Q.  And that is something you talk to your
57: 17              patient about before you do it?
57: 18          A.  Under urgent conditions, yes. Remem-
57: 19              ber, this is a fellow who's sort of hurting, just
57: 20              came in with a heart attack, we presume his heart is
57: 21              closed, and I have to move quickly to try to open it.

43   **58:6          -  60:9**   Courtade, Daniel 2006-06-22                    00:02:37
58: 6           Q.  Okay. First, can you explain to the
58: 7               jury what a heart catheterization is and then what
58: 8               you do from there, you know, how this is accomplished
58: 9               and what you are doing?
58: 10          A.  Okay. Again, the -- the -- the model
58: 11              we have is that if you present with a heart attack
58: 12              that there's a closed or nearly closed artery to the
58: 13              heart jeopardizing the heart muscle. As -- when --
58: 14              when we want to open up mechanically, we have to go
58: 15              in and -- and get at this artery and put something in
58: 16              to open it up, so we go through the -- one of the
58: 17              arteries, generally through the right groin -- it can
58: 18              be the arm or the other leg -- go up with a small
58: 19              tube, enter the arteries to the heart, inject dye,
58: 20              identify which is the artery that's the culprit.
58: 21              Then we mechanically open up the
58: 22              artery, or attempt to open up the artery, put a wire
58: 23              down it, and down following it along -- tracked along
58: 24              that wire we put a balloon and/or a stent. Take a
58: 25              balloon, open it up, and open up that blockage.
59: 1               Now you have a metal stent in there,
59: 2               so we do have to use blood thinners, but now we've
59: 3               got full blood flow restored that artery. Now, for
59: 4               how much -- for whatever time it was closed, there
59: 5               was damage to the heart, but for -- but generally we
59: 6               try to preserve, and we do preserve, heart muscle
59: 7               that otherwise would -- it would have been more
59: 8               extensive damage had we not restored blood supply to
59: 9               that part of the heart.
59: 10          Q.  Okay. Well, with this cardiac cath
59: 11              procedure one of the things you do is you put in a --
59: 12              a dye and then you're able to look at the vessels.
59: 13          A.  Correct.
59: 14          Q.  Okay. And you're looking at the
59: 15              arteries feeding the heart?
59: 16          A.  That is correct.
59: 17          Q.  Okay. And -- and in doing this, when
59: 18              you put this dye in there, do you have like an X-ray
59: 19              movie that you watch?
59: 20          A.  That's exactly right. And so it's an
59: 21              iodine dye that casts a shadow of the internal tube
59: 22              or artery of the heart, to the heart, and then by --
59: 23              by virtue of a series of two-dimensional pictures we
59: 24              move this camera around. It's like a -- what we call
59: 25              a C arm. It moves around the patient, and we can
60: 1               reconstruct what we learn about the internal lining
60: 2               of that artery.
60: 3           Q.  Okay. Let me -- let me mark sepa-

| | Objections | Responses |
|---|---|---|

60: 4    rately.  I think the next page in this report is a
60: 5    diagram that you did of the -- of the cath procedure,
60: 6    and I'm just going to mark one separately as Exhibit
60: 7    Number 4 and set that in front of you so I -- would
60: 8    that be a good way for you to talk about what you
60: 9    found from that -- during that cath procedure?

**45  60:12          -  60:25    Courtade, Daniel 2006-06-22                    00:00:31**
60: 12    A.  Yes, it would.
60: 13    Q.  And as a matter of fact, let me get
60: 14        you, if you could, a -- a red marker to color in on
60: 15        top of your coloring to show the blockage in the
60: 16        coronary artery, the left main.  Or right.
60: 17    A.  Okay.
60: 18    Q.  I'm sorry.  Excuse me.  I'm --
60: 19    A.  That's okay.
60: 20    Q.  Get this in the right coronary artery.
60: 21    A.  The culprit artery is in the right
60: 22        coronary artery where there's a clot.
60: 23    Q.  Okay.
60: 24    A.  And there's an 80 percent blockage, 70
60: 25        to 80 percent blockage, and there's a clot in there.

**46  61:1          -  61:4    Courtade, Daniel 2006-06-22                    00:00:14**
61: 1    Q.  Okay.  And then if you could use the
61: 2        green to just kind of highlight the -- the blockage
61: 3        in the other arteries that you did not feel were the
61: 4        culprit arteries.

**47  61:6          -  61:11    Courtade, Daniel 2006-06-22                    00:00:20**
61: 6    A.  (Marking on Exhibit 4).  The red color
61: 7        is the culprit artery.  Green color is the internal
61: 8        portion of the arteries where they were not culprit
61: 9        at the time.  There was significant disease, but they
61: 10       weren't causing any trouble at the time, so they did
61: 11       not require an intervention.

**48  61:12          -  64:8    Courtade, Daniel 2006-06-22                    00:03:09**
61: 12    Q.  Okay.  And on Exhibit 3 can you kind
61: 13       of walk us through -- and you can use that or your
61: 14       report, either one -- the procedure so you can kind
61: 15       of explain what you saw.
61: 16    A.  Okay.  The catheter goes -- there's
61: 17       two types of catheters I used for the diagnostic part
61: 18       of it.  I go in, I hand inject dye as the movie X-ray
61: 19       goes, and then as dye runs through the artery, it
61: 20       outlines that for me so I can see those -- those
61: 21       linings.
61: 22       I have the artery down the front of
61: 23       the heart demonstrated at 30 percent.  The artery
61: 24       down the side of the heart at 60, 50 and 40, three
61: 25       little lesions I identified as being sort of
62: 1      narrowed, if you want to think of it as a dog bone.
62: 2      And then the culprit artery, because it was 80
62: 3      percent, because it was -- had clot told me this was
62: 4      the culprit -- I identified in the right coronary
62: 5      artery.  The remainder of the right coronary had
62: 6      nothing of special note.
62: 7      Also of importance is this artery down
62: 8      at the bottom part of the heart.  That has what we
62: 9      call hypokinesis, or part of that heart muscle wasn't
62: 10     moving as well as the rest of it.  It was very
62: 11     subtle, so that's why "Subtle HK."  So that's where
62: 12     the -- the potential -- that's where the damage to
62: 13     the heart was, in the distribution of that right
62: 14     coronary artery.
62: 15     That combination of information told
62: 16     me that artery was the troublemaker, fix it now.
62: 17    Q.  Okay.  Let me back up a second.  On
62: 18       the far right-hand side of your drawing, is that the
62: 19       left --

|  |  | Objections | Responses |
|---|---|---|---|

| 62: 20 | A. | That's -- |
| 62: 21 | Q. | -- anterior descending artery? |
| 62: 22 | A. | The LAD, which was marked all the way |
| 62: 23 | | down at the end, is left anterior descending. Left |
| 62: 24 | | main, circumflex comes off the left main, and the |
| 62: 25 | | left anterior descending comes off the left main. So |
| 63: 1 | | the left main or left coronary artery develops -- or |
| 63: 2 | | it breaks off into two. |
| 63: 3 | | There also happens to be a neighbor |
| 63: 4 | | called a ramus that not everybody has, but a ramus |
| 63: 5 | | intermedius branch, I call it just the ramus there, |
| 63: 6 | | which demonstrates no blockages. So the left |
| 63: 7 | | anterior descending artery is the LAD, correct. |
| 63: 8 | Q. | And from your drawing you showed a -- |
| 63: 9 | | just one 30 percent blockage lesion in the LAD. |
| 63: 10 | A. | Correct. |
| 63: 11 | Q. | And in the circumflex you saw three |
| 63: 12 | | different lesions. Is that correct? |
| 63: 13 | A. | I did. |
| 63: 14 | Q. | Three or four. I can't tell. |
| 63: 15 | A. | Three in tandem. 60, 50, the proxi- |
| 63: 16 | | mate -- the very -- the letter -- that c-i-r-c is |
| 63: 17 | | circumflex, is the abbreviation for circumflex, so -- |
| 63: 18 | | and then three lesions in tandem, if you will, where |
| 63: 19 | | there's a tightest of blockages of 60, 50 and 40. |
| 63: 20 | Q. | Those blockages, what do -- what does |
| 63: 21 | | that mean? |
| 63: 22 | A. | That's atherosclerosis -- athero- |
| 63: 23 | | sclerosis, not narrowed enough to interfere with flow |
| 63: 24 | | but still at risk if they were to rupture. In other |
| 63: 25 | | words, the ruptured plaque that we described before, |
| 64: 1 | | there are -- there are two models, if you want to |
| 64: 2 | | think of it, where there's a progressive, stable |
| 64: 3 | | over-the-years buildup of arteries and narrowing it, |
| 64: 4 | | and then there's a plaque no matter how -- how narrow |
| 64: 5 | | it is, still is vulnerable for rupture or splitting, |
| 64: 6 | | developing a -- a substrate for blood clot to form |
| 64: 7 | | urgently and quickly. That was not happening at the |
| 64: 8 | | time to those arteries. |

| 49 | 64:9 | - | **64:19** | Courtade, Daniel 2006-06-22 | 00:00:27 |
|---|---|---|---|---|---|

| 64: 9 | Q. | Now, does -- I know that you did not |
| 64: 10 | | stent these areas, which I assume was not the -- the |
| 64: 11 | | right procedure. |
| 64: 12 | A. | They were not the culprit. They were |
| 64: 13 | | not causing trouble at the time. You would treat |
| 64: 14 | | those as best you can, pre-- prevent any further |
| 64: 15 | | trouble and treat those with medications, diet, |
| 64: 16 | | exercise, behavioral modification when it's |
| 64: 17 | | appropriate. |
| 64: 18 | Q. | Treat somebody's risk factors? |
| 64: 19 | A. | You treat the risk factors, exactly. |

| 50 | 64:20 | - | **66:16** | Courtade, Daniel 2006-06-22 | 00:02:08 |
|---|---|---|---|---|---|

| 64: 20 | Q. | Okay. Now, on the culprit, you -- you |
| 64: 21 | | notice in the right coronary artery you showed |
| 64: 22 | | blockage of 70 to 80 percent at -- |
| 64: 23 | A. | Correct. |
| 64: 24 | Q. | -- one location. And then you show a |
| 64: 25 | | clot on there. Is this something you could |
| 65: 1 | | visualize in your catheterization procedure? |
| 65: 2 | A. | Yes. It's a defect. It's a -- it's |
| 65: 3 | | a -- a little ball, like a squished marble, if you |
| 65: 4 | | will. So the dye isn't filled in there. There's |
| 65: 5 | | something that displaces the dye. So you can't look |
| 65: 6 | | at it and say, ha-ha, that's a clot. But in that |
| 65: 7 | | setting, the setting of acute MI, that's the way you |
| 65: 8 | | identify it. |
| 65: 9 | Q. | And so is this piece of clot attached |
| 65: 10 | | to something? |
| 65: 11 | A. | It's not moving, so it must be. It |

Objections                    Responses

65: 12    must be attached to the end of that or caught up in
65: 13    that -- if you want to think of it as a volcano in
65: 14    that athero-- atherosclerotic plaque.
65: 15  Q.  Is it connected to a place where the
65: 16    wall has ruptured?
65: 17  A.  Correct.
65: 18  Q.  And does it just connect itself
65: 19    somehow?  I'm -- I'm --
65: 20  A.  It's sticky.  Think of it as sticky.
65: 21  Q.  Okay.  And so based upon seeing this
65: 22    clot there, did -- did it -- did you come to any
65: 23    conclusion on how that clot formed?
65: 24  A.  Yes.  What happens is you have this
65: 25    baseline 70 to 80 percent atheroma or cholesterol
66: 1    plaque.  The plaque becomes unstable, ruptures,
66: 2    exposes that, if you want to think of as, rancid fats
66: 3    or whatever is part of that inflammatory process
66: 4    under there where now there's a split or a fissure in
66: 5    that, and then the -- as the blood goes through
66: 6    there, there develops a clot in that lesion.  And at
66: 7    that time when -- on presentation, I presume, closed
66: 8    off that artery entirely.
66: 9    Now, he got, if you remember, a half
66: 10    dose of thrombolytic.  That probably restored some
66: 11    blood flow to that area.  And, obviously, there
66: 12    was -- not obvious, but the presumption is that
66: 13    it's -- it did benefit.  So it cleaned up some of the
66: 14    clot, allowed for some restoration of blood flow, but
66: 15    we still have this lesion that needed further treat-
66: 16    ment so it didn't happen again.

51  66:17         -  66:23    Courtade, Daniel 2006-06-22                          00:00:18
66: 17  Q.  Is this the type of clot that you
66: 18    mentioned earlier is the most common cause of the
66: 19    heart attack?
66: 20  A.  Yes.
66: 21  Q.  And when you visualized it, was there
66: 22    blood flow getting through at the time you saw it?
66: 23  A.  Yes.

52  66:24         -  67:24    Courtade, Daniel 2006-06-22                          00:00:59
66: 24  Q.  Okay.  And so your decision was you
66: 25    need to go in and open that up with a stent?
67: 1  A.  Correct.
67: 2  Q.  And did you already have a
67: 3    stent in there, or do you have to then put one in?
67: 4  A.  First I have to look at it, and then I
67: 5    change equipment to a little bit bigger equipment, go
67: 6    back in, and then I put a wire down and then I put a
67: 7    stent in.
67: 8  Q.  Okay.  And that is what you did?
67: 9  A.  That is what I did.
67: 10  Q.  And I noticed in your records you said
67: 11    that it went from 80 percent blockage with a clot to
67: 12    zero percent.
67: 13  A.  Right.
67: 14  Q.  And does that mean it's fully opened
67: 15    up?
67: 16  A.  That's fully opened.  You've -- you've
67: 17    mechanically just squeeze it open.  You pancake that
67: 18    and you smush it up along the wall, and so you --
67: 19    there's no further narrowing of the artery at the
67: 20    time.
67: 21  Q.  So when you did this you not only
67: 22    covered up the atherosclerosis that had the 70 to 80
67: 23    percent blockage, but you also covered up this clot?
67: 24  A.  Correct.  You hope.

53  67:25         -  68:5    Courtade, Daniel 2006-06-22                          00:00:12
67: 25  Q.  Okay.  Then during this process you --
68: 1    you noticed, you said you noticed some subtle hypo-

| | Objections | Responses |
|---|---|---|

| | | |
|---|---|---|
| 68: 2 kinesis? | | |
| 68: 3 A. Right. | | |
| 68: 4 Q. And that's where some part of the | **Re: 68:4 -68:22** | **Def Resp:** Not |
| 68: 5 wall -- a minor abnormality in the wall motion? | **Pltf Obj:** Cumulative; | cumulative; succinct |
| | foundation - calls for | explanation of kinesis |
| **54  68:7      - 69:2**  Courtade, Daniel 2006-06-22   00:01:04 | expert opinion; | and degree of damage |
| 68: 7 A. Yes.  Kinesis is wall motion.  There | leading | to heart; same response |
| 68: 8 is normal wall motion and then there's diminished | | to Dr. Courtade's ability |
| 68: 9 wall motion.  Diminished wall motion is hypokinesis, | | to provide background |
| 68: 10 lower than normal wall motion.  Then there's no wall | | testimony concerning |
| 68: 11 motion at all, or akinesis. | | his area of practice |
| 68: 12 There are degrees, obviously, between | | |
| 68: 13 normal wall motion and no wall motion at all.  Those | | |
| 68: 14 hypokinesis -- and there's no real form-- I mean, | | |
| 68: 15 there are other formal scales to it, all of which are | | |
| 68: 16 quite arbitrary.  But marked, severe would say | | |
| 68: 17 there's a significant amount of damage.  I don't know | | |
| 68: 18 how much it's going to return.  There's moderate, | | |
| 68: 19 which is, again, there -- the heart got stunned or | | |
| 68: 20 damaged; we'll see how much returns.  And then | | |
| 68: 21 there's subtle, in other words, there was some damage | | |
| 68: 22 but, indeed, very little. | | |
| 68: 23 Q. And so you found subtle hypokinesis? | **Re: 68:23-69:2** | **Def Resp:** Allowed to |
| 68: 24 A. Correct. | **Pltf Obj:** Leading; | lead witness; Doctor |
| 68: 25 Q. And is this where the heart maybe just | argumentative; | clearly may discuss |
| 69: 1 in a minor way stunned from the event? | foundation; cumulative | what he found when |
| 69: 2 A. Yes. | | treating Mr. Smith. |
| | | |
| **55  69:15      - 69:22**  Courtade, Daniel 2006-06-22   00:00:15 | | |
| 69: 15 Q. And can I -- let me ask you a question | | |
| 69: 16 on that.  Is the left ventricle the pump of our | | |
| 69: 17 heart? | | |
| 69: 18 A. The main pump of the heart. | | |
| 69: 19 Q. Okay.  And if someone has a heart | | |
| 69: 20 attack, one of the main things you look at is:  have | | |
| 69: 21 we have had some damage to that muscle? | | |
| 69: 22 A. That is correct. | | |
| | | |
| **56  70:3      - 71:23**  Courtade, Daniel 2006-06-22   00:01:56 | **Re: 70:3-71:12** | **Def Resp:** Not |
| 70: 3 I've heard a term called ejection | **Pltf Obj:** Cumulative; | cumulative; same |
| 70: 4 fraction.  And is that a measurement of the pumping | lack of foundation - | response re: foundation |
| 70: 5 action of the left ventricle? | expert opinion; | expert opinion; no |
| 70: 6 A. That is correct. | improper narrative | objection to |
| 70: 7 Q. And how do you measure that? | | responsiveness at the |
| 70: 8 A. The -- each time the heart beats, it | | time, but answer is |
| 70: 9 has a certain amount of blood at -- when it's fully | | proper in any event |
| 70: 10 at rest, or expanded or relaxed.  And then the heart | | |
| 70: 11 beats.  It squeezes out a certain percent of the | | |
| 70: 12 blood with each heartbeat. | | |
| 70: 13 The percentage of that blood is the | | |
| 70: 14 ejection fraction.  You don't want a hundred percent | | |
| 70: 15 because it will have no blood in the heart.  So you | | |
| 70: 16 want -- and there's, like any machine, or engine, you | | |
| 70: 17 want it to -- to work at a certain efficiency. | | |
| 70: 18 So ejection fraction at a normal | | |
| 70: 19 efficiency is approximately 60 percent.  And that's | | |
| 70: 20 the way I measured his, and it's generally a -- an | | |
| 70: 21 eyeball.  You can do it formally, but in -- in most | | |
| 70: 22 cases we do it by eyeball, eyeball estimate with -- | | |
| 70: 23 with experience.  His was normal functioning of the | | |
| 70: 24 heart other than his very subtle hypokinesis. | | |
| 70: 25 A. very bad heart would have had an | | |
| 71: 1 ejection fraction of 15 percent.  That's one of many | | |
| 71: 2 measures of measuring the function of the heart, not | | |
| 71: 3 the only, but in the setting of the heart attack, | | |
| 71: 4 that's the one we're most interested in in terms of | | |
| 71: 5 prognosis, treatment and -- you know, overall | | |
| 71: 6 approach to other, you know, potential risks. | | |
| 71: 7 If I had, you know, a -- an ejection | | |
| 71: 8 fraction of -- 15 percent and I had hardly any | | |
| 71: 9 heart muscle left, you know, a 60 percent blockage | | |

Objections                    Responses

71: 10       would mean a lot more to me than if I had a normal
71: 11       heart muscle.  I have wiggle room, time to -- to
71: 12       prevent any more damage.
71: 13   Q.  And you're kind of looking at -- what
71: 14       you're talking about is the other blockages that he
71: 15       has --
71: 16   A.  Yes.
71: 17   Q.  -- whether you've got to address them
71: 18       right now or not?
71: 19   A.  Correct.
71: 20   Q.  And you mentioned that you measured
71: 21       his ejection fraction, the pumping action of his
71: 22       heart, at 60 percent?
71: 23   A.  Yes.

**57    71:24                - 72:12    Courtade, Daniel 2006-06-22                    00:00:35**
71: 24   Q.  For someone his age, 51, 52, what
71: 25       would have been a normal pumping heart for somebody
72: 1       that never had heart attack?
72: 2   A.  60 percent for the ejection fraction.
72: 3       But there would be no subtle hypokinesis; there would
72: 4       be no little damage.  You want to call that a minor
72: 5       heart attack?  I call a minor heart attack the one on
72: 6       the next guy.
72: 7       That puts you at risk for more heart
72: 8       attacks just having that heart attack.  You know,
72: 9       whether -- all the mechanisms, that I don't know, but
72: 10      that is a normal-functioning heart with the small
72: 11      provision that there was a little bit of damage to
72: 12      it.

**58    73:2                 - 73:8     Courtade, Daniel 2006-06-22                    00:00:16**
73: 2   Q.  I believe that was everything I had on
73: 3       that report.  And I guess at the conclusion of it he
73: 4       was in stable condition?
73: 5   A.  Correct.
73: 6   Q.  And this -- was the stent procedure as
73: 7       successful as you wanted it to be?
73: 8   A.  Yes, it was.

**59    73:9                 - 74:12    Courtade, Daniel 2006-06-22                    00:01:21**
73: 9   Q.  Now, in terms of effects from the
73: 10      heart attack itself, you know, did you -- did you
73: 11      feel that he had a good outcome?
73: 12   A.  He had a good prognosis for somebody
73: 13      who has coronary disease.  I mean, it's not always as
73: 14      good a prognosis as someone who's never had a heart
73: 15      condition.  But overall his heart, he's got good
73: 16      prognosis, and I expect him to return to a normal
73: 17      life, return to normal activity, with the provision
73: 18      that now we've got to pay very close attention to our
73: 19      risk factors to make sure this never happens again.
73: 20   Q.  I assume now that he's had a heart
73: 21      attack and you've had a look at his heart, it's --
73: 22      you know some things you didn't know before you
73: 23      looked at his heart?
73: 24   A.  About him, correct.
73: 25   Q.  And what are those things?
74: 1   A.  Those things that -- that are impor-
74: 2      tant are that he now has these other blockages that
74: 3      we have to modify so that it doesn't happen in this
74: 4      territory.
74: 5      He tells me he's -- although we're in
74: 6      extremis, his blood pressure's just a little bit
74: 7      elevated there.  And we don't have a history of a
74: 8      high blood pressure.  He tells me from the -- the
74: 9      pressures in the heart that he's hemodynamically
74: 10      stable.  He's not at risk right now for going into
74: 11      congestive heart failure or failing the heart.  And
74: 12      then the other issues we discussed already.



| | | | | Objections | Responses |
|---|---|---|---|---|---|

**60  74:13   -   74:15**   Courtade, Daniel 2006-06-22   *00:00:06*

74:13  Q. Okay. So it's time for you to tackle
74:14     his risk factors?
74:15  A. Correct.

**Re: 74:13-15**
**Pltf Obj:**
Argumentative

**Def Resp:** Not argumentative at all; asks witness whether next steps in treatment involve addressing risk factors and witness agrees

**61  74:17   -   75:15**   Courtade, Daniel 2006-06-22   *00:01:18*

74:17  Q. Now, this blockages that he -- that he
74:18     has throughout his heart that you identified, how
74:19     long do you think those have been developing in him?
74:20  A. Since he came out of his momma's womb.
74:21     You know, again, I say we have evidence for visibly
74:22     developing atherosclerotic in a small but definite
74:23     number of young -- trauma victims from war was our --
74:24     our -- our largest number. You know, in children
74:25     you -- you -- except in very special circumstances,
75:1      you don't see it. But is it developing? You know,
75:2      that's a question that becomes of -- of keen inter-
75:3      est. So yes. I mean, in all of us it develops.
75:4      And if you look at another very spe-
75:5      cial population, the -- the camps of -- of Germany,
75:6      the concentration camps, on autopsies there was no
75:7      coronary artery disease. But in a starvation
75:8      condition is that what happens?
75:9      So it's a -- it's an interesting
75:10     phenomenon. I -- I don't think anybody can tell you
75:11     exactly when it starts except perhaps maybe when you
75:12     have your first steak.
75:13  Q. So it's fair to say that -- that these
75:14     blockages that you saw in your -- in your cath proce-
75:15     dure had been developing for many years?

**Re: 74:17 - 75:18**
**Pltf Obj:** Foundation; speculative; cumulative

**Def Resp:** Same response re: foundation and speculation; not cumulative because asks question specifically as it relates to blockages found in plaintiff

**62  75:17   -   77:19**   Courtade, Daniel 2006-06-22   *00:02:15*

75:17  A. I think it's fair to say that is an
75:18     assumption, that's a fair assumption.
75:19  Q. All right. You know, I want to just
75:20     flip for a second to -- it's your May 28, 2004,
75:21     letter to his primary care physician --
75:22  A. All right.
75:23  Q. -- Mark Sander.
75:24  A. Okay.
75:25  Q. It's in Exhibit 2.
76:1   A. Thre-- okay.
76:2   Q. It's actually Exhibit 2, if I've been
76:3      calling it Exhibit 3 at times.
76:4   A. May 28th.
76:5   Q. Yes, sir.
76:6   A. What year?
76:7   Q. 2004.
76:8   A. Okay. Very good. There.
76:9   Q. I assume in your letters to physicians
76:10     you kind of follow the same format generally?
76:11  A. Correct.
76:12  Q. Okay. Down under "In summary" you
76:13     described his cardiovascular event in a certain way.
76:14     Can you read that under paragraph 1.
76:15  A. Concerning -- number 1, that he -- he
76:16     does have coronary artery disease, and usually that's
76:17     the principal reason I see him.
76:18     Presented in February in 2003 with a
76:19     heart attack or one of those acute coronary
76:20     syndromes.
76:21     And "a very small nontrasmural"
76:22     meaning it did not cross the entire wall of the
76:23     ventricle and there was a very small amount of
76:24     damage.
76:25     When I took him to cardiac catheteri-
77:1      zation, he had a very high-grade, meaning 80 percent,
77:2      blockage with thrombus, meaning the clot, as I
77:3      described. So he had a -- a high-grade complex
77:4      lesion. Generally that means that's an ulcerative or

**Re: 75:19 - 79:14**
**Pltf Obj:** Hearsay; best evidence

**Def Resp:** Not hearsay; Exhibit 2 is admissible and testimony concerning doctor's conclusions and diagnosis at the time are proper

|  |  | Objections | Responses |
|---|---|---|---|

77: 5              ruptured plaque, the process we initially discussed.
77: 6      Q. Let me -- can I stop you there.
77: 7      A. Uh-huh.
77: 8      Q. Back -- I was kind of interested in
77: 9          you said "in February of 2003 with an acute coronary
77: 10         syndrome" --
77: 11         Which is one of those you gave us
77: 12         earlier?
77: 13     A. Correct.
77: 14     Q. -- which is "a very small nontrans-
77: 15         mural myocardial infarction."
77: 16     A. Right.
77: 17     Q. And what -- and by very small I assume
77: 18         you mean it was -- that's just a -- a judgment of
77: 19         yours in terms of how severe this heart attack was?

**63   77:21         -  79:14    Courtade, Daniel 2006-06-22                00:01:59**
77: 21     A. Correct. And my -- my ways of
77: 22         measuring that was what's the ejection fraction, how
77: 23         much heart muscle do I have left and how is the heart
77: 24         handling it, and was there subtle, small, moderate or
77: 25         severe hypokinesis of the area involved. It was very
78: 1          subtle.
78: 2      Q. And by nontransmural you meant it was
78: 3          not through the -- completely through the -- the
78: 4          wall?
78: 5      A. There's a qualification there. He
78: 6          presented first with ST-segment elevation. Got to
78: 7          get that open now. Artery's closed. By the time I
78: 8          got to him, the artery had already been opened,
78: 9          presumably with the small clot buster, and if I
78: 10         repeated the EKG at that point, it might not be an
78: 11         ST-segment elevation heart attack.
78: 12         Now we have flow. His EKG -- if I had
78: 13         the time to take it, but I had to focus on fixing him
78: 14         first. So it changed from what we call traditionally
78: 15         and I -- and I --
78: 16         This is just for terminology.
78: 17         ST-segment elevation versus
78: 18         nonST-settle -- segment elevation. We think of the
78: 19         ST-segment -- segment elevation as the artery is
78: 20         completely closed, the nonST-segment elevation as not
78: 21         completely closed but something we had time to -- to
78: 22         deal with, maybe a -- a matter of hours to deal with.
78: 23         He came in with an ST-segment
78: 24         elevation. We've got to work now.
78: 25         If you get it open, you can save a
79: 1          good part of that heart muscle, if the heart muscle
79: 2          works well. It obviously didn't -- it did not
79: 3          involve the entire width of that wall of the heart,
79: 4          so it's nontransmural.
79: 5          Some people will -- will say it -- you
79: 6          know, will interpret nontransmural as being the other
79: 7          acute coronary syndrome, the nonST-segment elevation.
79: 8          So I don't mean to confuse it, but I specifically
79: 9          said that to infer a very small amount of damage, not
79: 10         to infer why we went quickly.
79: 11     Q. Okay. So you indicated it was small
79: 12         damage, but then you talked about the ejection
79: 13         fraction being normal?
79: 14     A. An important measure of the outcome.

**64   79:16         -  79:19    Courtade, Daniel 2006-06-22                00:00:11**
79: 16     Q. Okay. Okay. And I'll get back to
79: 17         your -- just past your chart. I was going to get to
79: 18         your discharge instructions.
79: 19     A. Uh-huh.

**65   80:8          -  81:13    Courtade, Daniel 2006-06-22                00:01:25**
80: 8      Q. Okay. And what are the discharge
80: 9          instructions Mr. Smith was given generally?

| | | | | **Objections** | **Responses** |
|---|---|---|---|---|---|

```
        80: 10    A.  This -- this is medication.
        80: 11            First, to follow up, as you'll see
        80: 12            down towards the end, in two to three weeks, and the
        80: 13            patient was to call for an appointment for follow-up.
        80: 14            Medication instructions are aspirin,
        80: 15            325 milligrams once a day; Plavix, a blood thinner,
        80: 16            also 300 -- or, rather, 75 milligrams once a day;
        80: 17            Toprol-XL, which is a beta blocker, an adrenaline
        80: 18            blocker; Foltx, which is a vitamin, vitamin B6, 12
        80: 19            and folic acid; Lisinopril, which is generally a
        80: 20            blood pressure medicine, but I use it in people who
        80: 21            have atherosclerotic disease, based on a couple of
        80: 22            very important studies.
        80: 23            And I told him not to the take the
        80: 24            Vioxx, which apparently I did learn he was taking
        80: 25            after he was admitted and after we had done our
        81: 1             urgent intervention.
        81: 2     Q.  And why did you D/C the Vioxx?
        81: 3     A.  At the time there was a concern, but
        81: 4             uncertainty of -- of the COX-2 inhibitors, based on
        81: 5             VIGOR trial, classic trial.  We didn't quite know
        81: 6             where we stood.  So I -- I couldn't imply it; I
        81: 7             couldn't deny it.  But at this point he just had a
        81: 8             heart attack.  We don't need to confuse this issue
        81: 9             until we learn more.
        81: 10            So when I -- when I understand that
        81: 11            there's some raised concerns about it, until we have
        81: 12            a better understanding and if there -- if there is
        81: 13            not a risk, I ask that patients not take it.
```

| 66 | 81:14 | - 81:16 | Courtade, Daniel 2006-06-22 | 00:00:05 | | |

```
        81: 14    Q.  And that was just a precaution as a
        81: 15            cardiologist understanding the medical literature at
        81: 16            the time?
```

*Overruled 611(c)* (handwritten)

**Re: 81:14 -18**
**Pltf Obj:** Leading

**Def Resp:** Question is proper and, in any event, defendant is entitled to lead on cross examination

| | 81:18 | - 81:18 | Courtade, Daniel 2006-06-22 | 00:00:01 | | |

```
        81: 18    A.  Correct.
```

| 68 | 81:19 | - 82:13 | Courtade, Daniel 2006-06-22 | 00:00:55 | | |

```
        81: 19    Q.  And as a matter of fact, at that time
        81: 20            the -- the label for the Vioxx included a discussion
        81: 21            of the -- of the VIGOR study?
        81: 22            MR. WRIGHT:  Object to the form.
        81: 23    A.  I don't know the label on Vioxx.  I
        81: 24            couldn't quote it, you know, chapter and verse, but
        81: 25            I -- I know what I read and know the pharmacology.  I
        82: 1             get my information on drugs more than just the -- the
        82: 2             label, but the -- yes.
```

**Re: 81:19 - 82:13**
**Pltf Obj:** Relevance (this doctor did not prescribe Vioxx to plaintiff); leading; foundation

*Sustained* (handwritten)

**Def Resp:** Relevant to establish doctor's understanding of existing warnings and science at time he discontinued Vioxx; witness's answer establishes that he has knowledge of the scientific debate

```
        82: 3     Q.  Back at the time when you told him not
        82: 4             to take the Vioxx, was there ongoing scientific
        82: 5             debate in the community about COX-2 inhibitors like
        82: 6             Vioxx and potential for cardiovascular risk?
        82: 7     A.  There -- there was.  It was very early
        82: 8             and, in fact, it still goes on.  It's still a debate
        82: 9             and it's still a concern, but it still -- it still
        82: 10            remains a debate.
        82: 11    Q.  Okay.  And as a precaution, you asked
        82: 12            him not to take it?
        82: 13    A.  That is correct.
```

*Overruled* (handwritten)

| 69 | 82:15 | - 83:2 | Courtade, Daniel 2006-06-22 | 00:00:24 | | |

```
        82: 15    A.  This is a patient who's -- I'm
        82: 16            responsible for his care now and I have to do -- from
        82: 17            what I know, I have to confer on my best advice.  I'm
        82: 18            not going to just sit and discuss all the details
        82: 19            with him.  He's not going to understand it.  I'll
        82: 20            confuse --
        82: 21    Q.  Right.
        82: 22    A.  -- the cholesterol issue.  I'll
        82: 23            confuse his other medications.  I'll confuse, you
        82: 24            know, his activity.  He wants to get back to work.
```

**Re: 82:15 - 83:2**
**Pltf Obj:** Non-responsive answer; leading

**Def Resp:** Answer is fully responsive to question concerning doctor's decision to discontinue Vioxx



|  |  |  | Objections | Responses |
|---|---|---|---|---|

82: 25 — I'll say, look, just let's keep the Vioxx -- I'm --
83: 1 — we're not sure about the Vioxx.  Let's keep it off
83: 2 — right now.

**83:4   -   83:14   Courtade, Daniel 2006-06-22   00:00:16**
83: 4   Q.  Okay.
83: 5   A.  I have to be his advocate.
83: 6   Q.  Okay.  Okay.  Well, after -- after you
83: 7        discharged him, we talked about you needed to then
83: 8        start addressing his risk factors.
83: 9   A.  Correct.
83: 10  Q.  Correct?
83: 11  A.  Correct.
83: 12  Q.  And that's why you would schedule him
83: 13       to return to your office?
83: 14  A.  Correct.

**71   83:15   -   83:22   Courtade, Daniel 2006-06-22   00:00:24**
83: 15  Q.  Okay.  Now, this heart attack that he
83: 16       had, that you saw there, was -- is that -- was that a
83: 17       common or uncommon type of heart attack that you see
83: 18       in your practice?
83: 19  A.  It is a common heart attack.
83: 20  Q.  Are these the types of heart attacks
83: 21       you've been seeing throughout your career?
83: 22  A.  Correct.

Re: 83:15 - 83:22
**Pltf Obj:** Cumulative; redundant; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith

**Def Resp:** Not cumulative as it relates to typical nature of plaintiff's event; same response re: foundation

**72   83:23   -   83:23   Courtade, Daniel 2006-06-22   00:00:02**
83: 23  Q.  Okay.  Both before and after --

Re: 83:23 - 84:2
**Pltf Obj:** Foundation

**Def Resp:** Witness's decades of experience provide proper foundation

**73   83:25   -   84:2   Courtade, Daniel 2006-06-22   00:00:04**
83: 25  Q.  -- before Vioxx was on the market and
84: 1        since it's been taken off the market?
84: 2   A.  Correct.

**84:4   -   84:6   Courtade, Daniel 2006-06-22   00:00:07**
84: 4   Q.  Now, you're not aware of any
84: 5        scientific evidence that Vioxx caused or contributed
84: 6        to -- to your patient's heart attack?

Re: 84:4-6
**Pltf Obj:** Leading; foundation; call for expert opinion; non-responsive; 403; hearsay; lack of personal knowledge

**Def Resp:** As a board certified, practicing cardiologist, witness has sufficient background to provide testimony concerning his assessment of his patient's heart attack; question calls for treating physician's assessment, not expert opinion

**75   84:8   -   84:17   Courtade, Daniel 2006-06-22   00:00:27**
84: 8   A.  I -- I'm aware of the discussion that
84: 9        goes on with the COX-2 inhibitors, the nonsteroidal
84: 10       anti-inflammatories, even aspirin, in terms of the
84: 11       long-term effects on this.  There's a lot of things
84: 12       that are unsettled.
84: 13       So I'm not of any -- aware of any
84: 14       scientific evidence that has proven to me, even with
84: 15       some doubts, but hasn't -- has not proven that the
84: 16       COX-2 inhibitors has caused a heart attack in
84: 17       anybody.

Re: 84:8-17
**Pltf Obj:** Leading; foundation; call for expert opinion; non-responsive; 403; hearsay; lack of personal knowledge

**Def Resp:** The same as 84:4-6

**76   84:19   -   85:5   Courtade, Daniel 2006-06-22   00:00:30**
84: 19  Q.  And do you have an opinion as to
84: 20       whether or not Vioxx caused or contributed to Mr.
84: 21       Smith's heart attack?
84: 22  A.  I had a concern because of the
84: 23       information out there, and still unsettled, that it
84: 24       may have contributed to, the cause of his heart
84: 25       attack.  But, no, I had no evidence to prove -- no
85: 1        evidence to even suggest that it did.
85: 2        Now, but because there remained that
85: 3        concern and because it was not an urgent issue that
85: 4        he took it, I preferred he didn't.
85: 5   Q.  Okay.  Were you aware that he had --

Re: 84:19-85:7
**Pltf Obj:** Foundation; calls for expert opinion; 403; hearsay

**Def Resp:** As a board certified, practicing cardiologist, witness has sufficient background to provide testimony concerning his assessment of his patient's heart attack; question calls for treating physician's assessment, not expert opinion

**77   85:08   -   85:24   Courtade, Daniel 2006-06-22   00:00:5?**
85: 8   Q.  Okay.  I assume in this lawsuit you
85: 9        don't plan to give any opinion as to whether or not
85: 10       Vioxx contributed in any manner to his heart attack?

| | | | | | Objections | Responses |
|---|---|---|---|---|---|---|

85: 11   A. I do not plan on giving an opinion
85: 12       whether it contributed to or did not contribute to
85: 13       his heart attack.  You know, I'm not here as a -- as
85: 14       an expert witness who's done an exhaustive review of
85: 15       the data from the trials that are available, from
85: 16       Merck's data.
85: 17       I -- I do understand that there
85: 18       remains an ongoing debate.  I certainly have some
85: 19       personal disagreements with the way the discussion
85: 20       has been handled.  But, no, in -- in terms of Mr.
85: 21       Smith, it could have, it couldn't have.  We -- I
85: 22       don't know that we -- we know or can determine that.
85: 23   Q. Okay.
85: 24   A. And -- and that's not -- I'm not of

*Overruled*

**Re: 85:11-86:1**
**Def Obj:** Lacks foundation; improper opinion testimony (602, 701)

**Pltf Resp:** Witness is testifying to his inability to give opinion testimony rather than giving opinion testimony

78  85:25    - 86:1   Courtade, Daniel 2006-06-22                00:00:07
85: 25       expertise to be able to offer that opinion.  Perhaps
86: 1        others feel they can.

79  86:2     - 86:5   Courtade, Daniel 2006-06-22                00:00:09
86: 2    Q. Okay.  Based upon your review of the
86: 3        literature, do you feel that there's sufficient
86: 4        scientific evidence to come to a conclusion right
86: 5        now?

*Overruled*

**Re: 86:2-9**
**Pltf Obj:** Assumes facts not in evidence (the witness testified that he had not reviewed the literature); misleading; foundation; calls for expert opinion; 403

**Def Resp:** Question assumes no facts, asks whether witness has an opinion concerning specific causation; question is not misleading as witness's answer demonstrates; as a board certified, practicing cardiologist, witness has sufficient background to provide testimony concerning his assessment of his patient's heart attack; question calls for treating physician's assessment, not expert opinion

80  86:7     - 86:9   Courtade, Daniel 2006-06-22                00:00:13
86: 7    A. I do not feel there's just, you know,
86: 8        significant enough scientific conclusion to make it
86: 9        clinically relevant.

81  86:10    - 86:22  Courtade, Daniel 2006-06-22                00:00:42
86: 10   Q. Okay.  Now, about a -- about a month
86: 11       after you discharged Mr. Smith from the hospital, he
86: 12       came back in for a visit?
86: 13   A. Yes.
86: 14   Q. And I'm looking at your March 17,
86: 15       2003, note that's there in Exhibit 2.
86: 16   A. Okay.
86: 17   Q. And I noted in there that you -- you
86: 18       stated that he was doing quite well?
86: 19   A. Correct.
86: 20   Q. And that he should be able to go back
86: 21       to work soon?
86: 22   A. Correct.

*These points are legitimate arguement not sufficient to stop a treater from giving his opinion on his patient*

82  86:23    - 87:15  Courtade, Daniel 2006-06-22                00:00:57
86: 23   Q. One thing you -- you did was you
86: 24       talked to him about details of his diet.  Why is
86: 25       that?
87: 1    A. Well, certainly diet has been implied.
87: 2        Again, not with a great deal of heavy scientific
87: 3        importance other than some very limited data we have
87: 4        from the DASH and the Mediterranean diet.
87: 5        But we -- you know, again I -- I'm his
87: 6        advocate and I need to talk to him about things to
87: 7        avoid, any -- from this ever happening again, and one
87: 8        of the things includes behavioral modification.
87: 9        And one of the general rules that I
87: 10       try to ask people to -- to adopt is to stay away from
87: 11       saturated animal fats and lean more towards an -- a
87: 12       Omega-3 fatty acid diet and closer to a vegetarian
87: 13       diet.
87: 14   Q. Fish rather than steak?
87: 15   A. Pig, cow bad; fish good.

87:16    - 88:12  Courtade, Daniel 2006-06-22                00:00:46
87: 16   Q. Okay.  Shortly after this visit about
87: 17       a month after his heart attack, you did sign an order
87: 18       that he could return to work.  Do you recall that?
87: 19   A. Yes.
87: 20   Q. Okay.

| | | Objections | Responses |
|---|---|---|---|

```
87: 21    A.  We did a stress test in the interim,
87: 22        too, to make sure that he was going to do well.
87: 23    Q.  Yeah.  I wanted to ask you what you
87: 24        did to confirm that he was ready to go back to work.
87: 25    A.  A stress test.
88: 1     Q.  And what did that tell us?
88: 2     A.  That he had a very good exercise
88: 3         tolerance.  He had normal heart response.  He had
88: 4         normal blood pressure, his EKG or ECG response.  And
88: 5         he did very well without consequence on a fairly
88: 6         vigorous stress test.
88: 7     Q.  And what does that mean to you as a --
88: 8         as his cardiologist?
88: 9     A.  He has good prognosis, he has little
88: 10        by way of activity tolerance, and he ought to be
88: 11        return to work certainly at his level of a super-
88: 12        visor.  He was doing well.
```

**Overruled**

Re: 88:7 - 88:12
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside of the scope of this witness' treatment of Mr. Smith

**Def Resp:** Same as previous

```
84  88:19      -  89:2    Courtade, Daniel 2006-06-22    00:00:17
88: 19    Q.  And what's -- what's the date of your
88: 20        return to work authorization?
88: 21    A.  March 20th, 2003.
88: 22    Q.  And did you put any restrictions on
88: 23        him?
88: 24    A.  I specifically said:  be able to
88: 25        return to work without restrictions.
89: 1     Q.  That's a pretty good outcome from him,
89: 2         isn't it?
```

Re: 89:1 - 6
**Pltf Obj:** Leading; vague

**Def Resp:** Question is proper and not improperly vague; clearly relates to previous question concerning plaintiff's ability to return to work without restrictions

```
85  89:4      -  90:7    Courtade, Daniel 2006-06-22    00:01:18
89: 4     A.  It is.
89: 5     Q.  This is -- this --
89: 6     A.  I'm happy for him.
89: 7     Q.  This is about a month after his heart
89: 8         attack?
89: 9     A.  Correct.
89: 10    Q.  Now, at the time you released him to
89: 11        return to work, whether at work or outside of work,
89: 12        did you put any restrictions on him?
89: 13    A.  Don't shovel snow.
89: 14    Q.  Outside.
89: 15    A.  I don't know specifically if I said
89: 16        that to him about shoveling snow, but I -- I gen-
89: 17        erally advise people, as we get closer to the winter,
89: 18        don't -- don't put yourself in extreme circumstances.
89: 19        But, no, you can be able to do normal
89: 20        physical activity that you used to do for a 52-year-
89: 21        old, which would include, you know, certainly working
89: 22        as a supervisor, certainly walking in a vigorous
89: 23        fashion, riding a bicycle, swimming.
89: 24        And I -- I was -- you know, whether I
89: 25        did specifically with him, I -- I -- I can't detail
90: 1         with every single patient, but I'll have a casual
90: 2         conversation as to what they -- they can do.
90: 3         I -- I certainly don't think it's
90: 4         appropriate for a 52-year-old to start, you know,
90: 5         climb-- rock climbing, you know, El Capitan, but, you
90: 6         know, I think with -- with common sense he had no
90: 7         real restrictions for his lifestyle.
```

Re: 89:10 - 90:7
**Pltf Obj:** Best evidence; speculation; 403

**Def Resp:** Not speculative; answered question concerning instructions based on personal knowledge and typical practice as well as actual conclusions about plaintiff's prognosis

**Overruled**

```
86  90:15      -  90:24    Courtade, Daniel 2006-06-22    00:00:23
90: 15    Q.  If someone came off the street and you
90: 16        saw them there for the first time at their age and
90: 17        you did a stress test on them, with no cardiovascular
90: 18        history you're aware of, is this -- would you expect
90: 19        to see that kind of stress test or something else?
90: 20    A.  I'd expect to see that kind of stress
90: 21        test.
90: 22    Q.  And that's the kind of stress test he
90: 23        had?
90: 24    A.  Yes, a normal stress test.
```

Objections                    Responses

87  91:1        - 91:4      Courtade, Daniel 2006-06-22                    00:00:06
        91: 1      Q.  Normal for his age?
        91: 2      A.  Uh-huh.
        91: 3      Q.  Correct?
        91: 4      A.  Correct.

89  94:10       - 96:13     Courtade, Daniel 2006-06-22                    00:02:28
        94: 10     Q.  Now, since -- since his heart attack
        94: 11         and you followed him, the -- the -- has he had a -- a
        94: 12         very good recovery or a bad recovery or a slow
        94: 13         recovery?  Can you describe what you -- you know,
        94: 14         your perception of his recovery?
        94: 15     A.  He had a very good recovery.  He was
        94: 16         very enthusiastic to get on with his life and get
        94: 17         back to work, and he's done the right things.
        94: 18     Q.  Now, you know, about a month out you
        94: 19         released him with no restrictions to return to work.
        94: 20     A.  Correct.
        94: 21     Q.  Have you -- have you since then put
        94: 22         any restrictions on him?
        94: 23     A.  I don't believe I have.
        94: 24     Q.  Since you released him to return to
        94: 25         work in '03, have you done any further -- other than
        95: 1          blood work and the standard types of laboratory work
        95: 2          you do, have you done any diagnostic testing on
        95: 3          Garry?
        95: 4      A.  Risk factor modification is the goal
        95: 5          for the rest of his life.  Okay?  And I don't -- just
        95: 6          blood work, specifically cholesterol, on cholesterol
        95: 7          drug, make sure the -- the liver's okay.
        95: 8          If he's having absolutely no symptoms,
        95: 9          you're not having any chest discomfort, you're not
        95: 10         having any activity restrictions, you are not out of
        95: 11         range with respect to your restrictions, there's no
        95: 12         need to routinely do follow-up stress testing,
        95: 13         there's no need to be do-- routinely doing angio-
        95: 14         grams.  You wait for the next event.
        95: 15         More importantly, you try to prevent
        95: 16         the next event.  If you go on and start doing this
        95: 17         sort of random or follow-up testing, you probably
        95: 18         would wind up doing too much testing and too many
        95: 19         things to people who don't need them.
        95: 20         That's a controversial area.  There
        95: 21         are some who will do annual stress test.  It's not
        95: 22         part of the guidelines now.  The guidelines for the
        95: 23         American College of Cardiology, the American Heart
        95: 24         Association say, sure, you can do routine stress
        95: 25         testing in someone who has poor risk factor
        96: 1          modification.
        96: 2          Well, what does that mean?  You know,
        96: 3          there's nothing more specific than that.  Or if
        96: 4          they're an asymptomatic, don't do that.  So it's --
        96: 5          it's a gray area.
        96: 6          But, no, I do not do routine testing
        96: 7          other than those specifically related to risk factor
        96: 8          modification, which in my eyes also include regular
        96: 9          exercise and diet, not just drugs.
        96: 10     Q.  And if you felt that there was --
        96: 11         there were symptoms or some level of suspicion on
        96: 12         your part that his cardiovascular disease was
        96: 13         progressing, would you then order other testing?

90  96:14       - 96:20     Courtade, Daniel 2006-06-22                    00:00:15
        96: 14     A.  Correct.
        96: 15     Q.  But as long as things are in order,
        96: 16         you don't?
        96: 17     A.  Correct.
        96: 18     Q.  I want to walk back through just
        96: 19         leading up to Garry's heart attack.  There were
        96: 20         certain risk factors he had.  Is that fair?

| | Objections | Responses |
|---|---|---|

91   96:22        - 102:16   Courtade, Daniel 2006-06-22                           00:06:08

| | | |
|---|---|---|
| 96: 22  A. That's fair. | | |
| 96: 23  Q. And I want to kind of talk about those | Re: 96:23 - 97:1 | Def Res: Same; |
| 96: 24      risk factors that he had that -- that may have caused | Pltf Obj: Foundation | Defendant incorporates |
| 96: 25      or contributed to his heart attack. Okay? | | its response to plaintiff's |
| 97: 1   A. Okay. | | MIL |
| 97: 2   Q. You mentioned family history. He had | Re: 97:2 - 7 | Def Resp: Same as |
| 97: 3       a brother and an uncle? | Pltf Obj: Foundation; | previous; Defendant |
| 97: 4   A. Correct. | speculation; plaintiff | incorporates its |
| 97: 5   Q. And we've discussed how the -- that | refers to MIL | response to plaintiff's |
| 97: 6       risk factor may play a role. | | MIL |
| 97: 7   A. Correct. | | |
| 97: 8   Q. We talked about age, when athero- | | |
| 97: 9       sclerosis begins. | | |
| 97: 10  A. Correct. | | |
| 97: 11  Q. And at age, you know, 52 he's had a | | |
| 97: 12      number of years of opportunity for atherosclerosis to | | |
| 97: 13      develop? | | |
| 97: 14  A. He did, and he had atherosclerosis not | | |
| 97: 15      related to the heart attack. | | |
| 97: 16  Q. Physical activity -- activity. We | | |
| 97: 17      know that physical inactivity is not a good thing. | | |
| 97: 18      Is that fair? | | |
| 97: 19  A. That's a fair statement. | | |
| 97: 20  Q. I notice in your visits with Garry you | | |
| 97: 21      talked to him about getting on some type of regular | | |
| 97: 22      exercise program. | | |
| 97: 23  A. Yes. | | |
| 97: 24  Q. Do you know if he had been on that | Re: 97:24 - 98:15 | Def Resp: Same as |
| 97: 25      before? | Pltf Obj: Foundation; | previous |
| 98: 1   A. To my knowledge, he was on no regular | speculation | |
| 98: 2       regimented exercise. He was a supervisor and, I | | |
| 98: 3       mean, did a lot of the usual activities, but no | | |
| 98: 4       regular vigorous exercise. That's -- | | |
| 98: 5       I -- I usually specify that in my more | | |
| 98: 6       casual conversation, to include 40 to 60 minutes of a | | |
| 98: 7       constant aerobic exercise. To my knowledge, Garry | | |
| 98: 8       wasn't on that. Now, I -- I also wasn't aware of his | | |
| 98: 9       orthopedic issues which would probably interfere with | | |
| 98: 10      that, but -- | | |
| 98: 11  Q. All right. | | |
| 98: 12  A. No. Before that, no, as far as I | | |
| 98: 13      know. But that's -- you know, what -- what's in the | | |
| 98: 14      past wasn't as important to me as, okay, where do we | | |
| 98: 15      go from -- from the future. | | |
| 98: 16  Q. Were you aware that some, oh, four to | | |
| 98: 17      five months before his heart attack he had had some | | |
| 98: 18      major knee surgery? | | |
| 98: 19  A. I learned that later. | | |
| 98: 20  Q. Okay. | | |
| 98: 21  A. Not at the time I first saw him. | | |
| 98: 22  Q. How does -- if, in fact, during that | Re: 98:22 - 99:24 | Def Resp: Same as |
| 98: 23      time period he was less physically active than he | Pltf Obj: Foundation; | previous |
| 98: 24      would normally be, how could that impact somebody's | speculation | |
| 98: 25      cardiovascular risk profile? | | |
| 99: 1   A. This is a very gray area with very | | |
| 99: 2       little data. Exercise will increase your HDL or good | | |
| 99: 3       cholesterol. That's well established. It's a very | | |
| 99: 4       small increase, but it's very well established. | | |
| 99: 5       Elevated HDL or good cholesterol decreases your risk | | |
| 99: 6       of a heart attack. That's well established. | | |
| 99: 7       Does exercise decrease your risk of a | | |
| 99: 8       heart attack? That's not as well established. But | | |
| 99: 9       by inference and for a number of other reasons, and I | | |
| 99: 10      think there's some soft data, a regular, vigorous, | | |
| 99: 11      almost daily exercise program should help. You do | | |
| 99: 12      what you can. | | |
| 99: 13      Could I say that Garry's -- if he had | | |
| 99: 14      been on a regular exercise program beforehand, that | | |
| 99: 15      he would not have had a heart attack? No. I can | | |

*Overruled*

*This is P'P cardiologist*

| | Objections | Responses |
|---|---|---|

99: 16   tell you I have had people who have never smoked, are
99: 17   marathon runners, do very good with aerobic exercise,
99: 18   that I've sent to bypass surgery or have had heart
99: 19   attacks. They had good cholesterol profiles.
99: 20   There's more to this than we under-
99: 21   stand. So I think it would be very presumptive to
99: 22   say he could have prevented this if he went on an
99: 23   exercise program or that sort of thing. We don't --
99: 24   we don't know that.
99: 25   Q. We know that the -- that it's
100: 1   recommended that you have more physical activity than
100: 2   less?
100: 3   A. It is a general recommendation in
100: 4   terms of national guidelines and it is consistently
100: 5   my recommendation.
100: 6   Q. Okay. And your recommendations for
100: 7   Garry?
100: 8   A. Correct.
100: 9   Q. Which I -- from reading your records,
100: 10   it appears that he did --
100: 11   A. Start to walk,
100: 12   Q. -- start to walk?
100: 13   A. Uh-huh.
100: 14   Q. Which was a -- which is a good thing
100: 15   in terms of cardiovascular health?
100: 16   A. Right.
100: 17   Q. On pa-- in Exhibit Number 3, the
100: 18   American Heart Association brochure, on page 3 it
100: 19   talks about high blood pressure or hypertension.
100: 20   It's my understanding from reading this brochure that
100: 21   hypertension is a major risk factor for heart
100: 22   attacks.
100: 23   A. Yes, it is. Well recognized.
100: 24   Q. And why is that?
100: 25   A. As I said before in this discussion,
101: 1   we don't know exactly why. But it is associated with
101: 2   a higher degree of cardiovascular problems, including
101: 3   heart attacks, strokes, aneurysms, et cetera.
101: 4   Now why it is, is it a mechanical
101: 5   pressure? Is there something that changes in the
101: 6   wall of the arteries that also contributes to high
101: 7   blood pressure? That's a complex issue that's a
101: 8   long, long discussion.
101: 9   But I -- I don't think anybody can say
101: 10   we know exactly why high blood pressure increases
101: 11   your risk of heart attack, but it does. And we also
101: 12   know that treating high blood pressure or lowering
101: 13   blood pressure decreases your risk of heart attack
101: 14   and other cardiovascular complications.
101: 15   Q. Now, in this brochure it indicates
101: 16   that high blood pressure can be defined as systolic
101: 17   blood pressure of 140 or more --
101: 18   A. Correct.
101: 19   Q. -- or diastolic blood pressure of 90
101: 20   or more --
101: 21   A. Correct.
101: 22   Q. -- measured on two or more occasions.
101: 23   A. Correct.
101: 24   Q. If you have either one of those,
101: 25   you're considered in the high blood pressure?
102: 1   A. Well, there's more to that. Sitting
102: 2   in -- in a sitting position, arm at the heart -- at
102: 3   the level of your heart for five minutes.
102: 4   Now, you could get on and more and
102: 5   more complicated for this patient education protocol,
102: 6   but that's also the -- the setting that you should be
102: 7   doing it. As an outpatient measurement greater than
102: 8   two, those -- consistently those measurements, yes.
102: 9   Q. And one thing this brochure says is
102: 10   that high blood pressure usually has no symptoms. Is
102: 11   that correct?



Overruled

Re: 99:25 - 100:5
**Pltf Obj:** Hearsay;
best evidence;
foundation

**Def Resp:** Witness is
qualified to address
whether exercise is
recommended by
professionals in his
field

Overruled

Re: 100:17 - 100:23
**Pltf Obj:** Foundation;
speculation; hearsay;
best evidence

**Def Resp:** Same re:
foundation/speculation;
exhibit is appropriate
basis for identifying
general cv risk factors
and witnesses
understanding re: same
particularly as they
relate to the plaintiff

Re: 100:24 - 102:16
**Pltf Obj:** Foundation;
speculation; hearsay;
best evidence

**Def Resp:** Same re:
foundation/speculation;
exhibit is appropriate
basis for identifying
general cv risk factors
and witnesses
understanding re: same
particularly as they
relate to the plaintiff

|  |  |  | **Objections** | **Responses** |
|---|---|---|---|---|

102: 12     A. That's often the case. More often
102: 13         than not.
102: 14     Q. And it goes on to say that's why it's
102: 15         often called the silent killer?
102: 16     A. That is correct.

**92   102:20     -   103:11   Courtade, Daniel 2006-06-22**      00:00:44

102: 20     Q. Now handing you what is marked as
102: 21         Deposition Exhibit 5, now, you were not familiar with
102: 22         Garry's blood pressures before he came to see you in
102: 23         February of 2003?
102: 24     A. February 17th, 2003. I mentioned his
102: 25         blood pressure was 140 at the time I did the
103: 1         catheterization. But he's hurting. He's in the
103: 2         middle of a heart attack. It's stressful and that's
103: 3         not the way to measure pre-- pressure. And he was
103: 4         lying down.
103: 5     Q. Well, I was going to look at a few of
103: 6         these in terms of the definition of hypertension.
103: 7     A. Sure.
103: 8     Q. And -- and I was mainly looking at the
103: 9         diastolic pressures, but you can look at both. If
103: 10         you'll flip to the second record there.
103: 11     A. Okay.

**Re: 102:20 - 103:4**
**Pltf Obj:** 403; misleading

**Def Resp:** No unfair prejudice; not misleading; asks witness if familiar with prior blood pressure readings

**Re: 103:5 - 103:11**
**Pltf Obj:** Foundation; hearsay; 403

**Def Resp:** Same on foundation; assessment of blood pressure records is not hearsay and is relevant to treating physician's assessment

**93   103:19     -   105:1   Courtade, Daniel 2006-06-22**      00:01:03

103: 19     Q. And it would be -- the date is right
103: 20         here (indicating), which is June 15th, 2000.
103: 21     A. Correct.
103: 22     Q. And if you'll look under the supine
103: 23         blood pressure --
103: 24     A. Correct.
103: 25     Q. -- what does that say?
104: 1     A. It's 135 over 100.
104: 2     Q. And so the -- on -- on this one the
104: 3         diastolic is greater than 90?
104: 4     A. He's lying down.
104: 5     Q. Okay.
104: 6     A. He should have been sitting up.
104: 7     Q. Okay.
104: 8     A. If you want to -- if you want to
104: 9         diagnose high blood pressure, he should have been
104: 10         sitting up. This is a sitting -- a different
104: 11         setting, and I think this is preoperative risk --
104: 12         Well I'm not sure exactly the -- the
104: 13         details of why he had this, but presumably this is
104: 14         before an operation. Or he's getting cleared for
104: 15         surgery, is he?
104: 16     Q. Actually, these are from his primary
104: 17         care physician --
104: 18     A. Okay.
104: 19     Q. -- records, from going in to see his
104: 20         primary --
104: 21     A. Okay.
104: 22     Q. -- care physician.
104: 23     A. Yeah, but supine blood pressure 135
104: 24         over 100, it is an alarm, but it is not a diagnosis
104: 25         of high blood pressure until he's sitting arm at
105: 1         heart level, two readings, five minutes of rest.

**Re: 103:19-105:1**
**Def Obj:** Irrelevant; witness states that elevated supine blood pressure readings are not relevant to a diagnosis of high blood pressure

*overruled*

**94   105:2     -   105:11   Courtade, Daniel 2006-06-22**      00:00:22

105: 2     Q. Okay. Flip to the next page --
105: 3     A. Okay.
105: 4     Q. -- which would be August 3, 2000. And
105: 5         they show a blood pressure, sitting blood pressure
105: 6         of -- with a diastolic of 90.
105: 7     A. Correct.
105: 8     Q. Which would be one of those in the
105: 9         category of high blood pressure?
105: 10     A. Correct.
105: 11     Q. Then flip to the next page --

|  | | | | Objections | Responses |
|---|---|---|---|---|---|

**95  105:13  -  107:3  Courtade, Daniel 2006-06-22**   00:01:34

```
105: 13   Q.  -- which is three weeks later, August
105: 14        24th, 2000.  And what is his sitting blood pressure
105: 15        at that time?
105: 16   A.  130 over 90.
105: 17   Q.  And this is all before you ever saw
105: 18        him.  Correct?
105: 19   A.  Correct.
105: 20   Q.  And these are records you're seeing
105: 21        for the first time today?
105: 22   A.  That is correct.
105: 23   Q.  And so that would -- would that be a
105: 24        second occasion?
105: 25   A.  That would be a second occasion.
106: 1    Q.  And based upon the definition, would
106: 2         that put him in the category of being a person diag--
106: 3         that could be diagnosed with high blood pressure?
106: 4    A.  Yes.
106: 5    Q.  And what does that mean in terms of a
106: 6         risk factor for a cardiovascular disease?
106: 7    A.  That will add to his risks of having
106: 8         cardiovascular events, including heart attack.
106: 9    Q.  Okay.  And if you'll flip to the next
106: 10        page, it's from December 27th, '01, which is some
106: 11        year or plus later.
106: 12   A.  Right.
106: 13   Q.  And what was his sitting blood
106: 14        pressure?
106: 15   A.  130 over 92.
106: 16   Q.  And is that still in the same
106: 17        category?
106: 18   A.  That's still in the same category of
106: 19        diastolic blood pressure or hypertension.
106: 20   Q.  Okay.  And then if you could flip to
106: 21        the next page, which would be August 26th of 2002,
106: 22        and does he still have a hypertensive diastolic blood
106: 23        pressure at that time?
106: 24   A.  He still has a hypertensive diastolic
106: 25        blood pressure.  He does have a narrow pulse
107: 1         pressure, which is a good thing, but that's no -- not
107: 2         been correlated anywhere near as well as a diastolic
107: 3         blood pressure.
```

**96  107:13  -  107:22  Courtade, Daniel 2006-06-22**   00:00:29

```
107: 13   Q.  So based upon your review of these
107: 14        records today, do you have an opinion as to whether,
107: 15        at least prior to Garry having his heart attack,
107: 16        he -- he was hypertensive?
107: 17   A.  I would have to say that's a fair
107: 18        assessment.  Mildly, but hypertensive.
107: 19   Q.  Okay.  So in addition to family his-
107: 20        tory and age and possibly to some degree physical
107: 21        inactivity, Garry also had a risk factor of hyper-
107: 22        tension?
```

**97  107:24  -  107:25  Courtade, Daniel 2006-06-22**   00:00:04

```
107: 24   A.  I have to think that that's a fair
107: 25        statement.
```

**98  108:2  -  108:4  Courtade, Daniel 2006-06-22**   00:00:13

```
108: 2         reask the question.  Let me just say:  do you have an
108: 3         opinion as to, prior to Garry's heart attack, family
108: 4         history was a risk factor for Garry?
```

Re: 108:2 - 108:6
**Pltf Obj:** Foundation; cumulative

**Def Resp:** Same re: foundation; not cumulative as it relates to plaintiff specifically

**108:6  -  110:2  Courtade, Daniel 2006-06-22**   00:02:30

```
108: 6    A.  Yes, it was.  Correct.
108: 7    Q.  Prior to Garry's heart attack, was
108: 8         hypertension a risk factor for Garry?
108: 9    A.  Now looking at these records that you
```

Re: 108:7 - 108:16
**Pltf Obj:** Foundation; assumes facts not in

**Def Resp:** Same re: foundation; medical records will be admitted;

| | | | Objections | Responses |
|---|---|---|---|---|
| 108: 10 | | provided me, I'd have to say Garry was hypertensive, | evidence; 403; | not cumulative as it |
| 108: 11 | | mild hypertension. And that is a risk factor for | cumulative | relates to plaintiffs |
| 108: 12 | | cardiovascular events, including heart attack, yes. | | specifically; no unfair |
| 108: 13 | Q. | And is hypertension one of the more | | prejudice in having |
| 108: 14 | | major risk factors? | | treating cardiologist |
| 108: 15 | A. | Hypertension is a major risk factor. | | testify re: patients |
| 108: 16 | | Probably the major risk factor. | | medical records |
| 108: 17 | Q. | Okay. Let me direct your attention to | | |
| 108: 18 | | the section in this book, Exhibit Number 3, on -- on | *Sustained* | |
| 108: 19 | | high blood cholesterol. | **Re: 108:17 - 109:22** | **Def Resp:** Same re: |
| 108: 20 | A. | Okay. | **Pltf Obj:** Foundation; | foundation; identification |
| 108: 21 | Q. | And high blood caress (sic) -- choles- | hearsay; best evidence | of basis for testimony is |
| 108: 22 | | terol, where would you rank it in terms of risk | | not hearsay |
| 108: 23 | | factors for cardiovascular disease? | | |
| 108: 24 | A. | If you look at the Framingham popu- | | |
| 108: 25 | | lation, it's considered a moderate but significant | | |
| 109: 1 | | risk factor. Not quite as high as -- as hyper- | | |
| 109: 2 | | tension, but certainly very important. | | |
| 109: 3 | | Now, if you can break that down into | | |
| 109: 4 | | the HDL cholesterol or low good cholesterol, that | | |
| 109: 5 | | would be a risk factor. The LDL cholesterol, a | | |
| 109: 6 | | little softer, but that would be a risk factor:  a | | |
| 109: 7 | | high LDL cholesterol. | | |
| 109: 8 | Q. | So in terms of looking at cholesterol | | |
| 109: 9 | | levels, we have to look at both LDL and HDL? | | |
| 109: 10 | A. | Correct. | | |
| 109: 11 | Q. | And total? | | |
| 109: 12 | A. | Total is used as -- as an index, as a | | |
| 109: 13 | | tool, but total cholesterol itself is probably -- | | |
| 109: 14 | | there's probably not as much emphasis as -- to be | | |
| 109: 15 | | treating total cholesterol as there is treating LDL. | | |
| 109: 16 | Q. | And if a person has dyslipidemia, | | |
| 109: 17 | | which is characterized by low HDL and high LDL and | | |
| 109: 18 | | high triglycerides, what does that mean in terms of | | |
| 109: 19 | | risk factors for cardiovascular disease? | | |
| 109: 20 | A. | That's a significant element in -- in | *Overruled* | |
| 109: 21 | | terms of measuring his risk, his increased risk for | | |
| 109: 22 | | cardiovascular events. | | |
| 109: 23 | Q. | Okay. Now, prior -- you were not | **Re: 109:23 - 112:8** | **Def Resp:** Same re: |
| 109: 24 | | familiar with Garry's cholesterol readings prior to | **Pltf Obj:** Foundation; | foundation/speculation; |
| 109: 25 | | you ever seeing him. | hearsay; assumes | medical records will be |
| 110: 1 | A. | Correct. | facts not in evidence; | admitted; no unfair |
| 110: 2 | Q. | Is that fair? | speculation; 403 | prejudice to having |

| 100 | 110:20 | - 112:8 | Courtade, Daniel 2006-06-22 | 00:01:56 | treating cardiologist review medical records |
|---|---|---|---|---|---|

| 110: 20 | Q. | I'm going to hand you what is marked |
| 110: 21 | | as Exhibit Number 6 to your deposition so that we can |
| 110: 22 | | just look a little bit about Mr. Smith's cholesterol |
| 110: 23 | | readings, laboratory work before you ever saw him. |
| 110: 24 | | Now, in fairness, you have not seen |
| 110: 25 | | these before today, at least the ones that apply |
| 111: 1 | | before his heart attack? |
| 111: 2 | A. | That is correct. |
| 111: 3 | Q. | Okay. I want to visit with you about |
| 111: 4 | | whether prior to his heart attack you would have |
| 111: 5 | | characterized him as having a risk factor of high |
| 111: 6 | | cholesterol or dyslipidemia. Okay? |
| 111: 7 | A. | Okay. |
| 111: 8 | Q. | The first one I've given you in |
| 111: 9 | | Exhibit 6 -- and Exhibit 6 is a stack of the |
| 111: 10 | | laboratory levels. And the first one I've given you |
| 111: 11 | | is an Alliance Laboratory from September 30th of |
| 111: 12 | | 2000. And can you tell us what -- what that -- what |
| 111: 13 | | information we get from that. |
| 111: 14 | A. | The total cholesterol, the two-- or |
| 111: 15 | | circled are 223 and the LDL cholesterol is 140. In |
| 111: 16 | | 2000, the standard of care at that time would have |
| 111: 17 | | been to suggest a low saturated fat diet. But it is |
| 111: 18 | | an abnormal lipid profile or cholesterol reading, |
| 111: 19 | | with an elevation of the bad cholesterol or LDL. |
| 111: 20 | Q. | Would you consider this -- strike |

| | | | | Objections | Responses |
|---|---|---|---|---|---|
| | 111: 21 | | that. | | |
| | 111: 22 | | What is your opinion about whether | | |
| | 111: 23 | | this would put Mr. Smith in the category of having a | | |
| | 111: 24 | | risk factor of high cholesterol? | | |
| | 111: 25 | A. | This would be a modest risk factor, | | |
| | 112: 1 | | but it would add to his risk of having developed -- | | |
| | 112: 2 | | his -- risk of developing cardiovascular disease, | | |
| | 112: 3 | | yes. | | |
| | 112: 4 | Q. | And would this be more or less | | |
| | 112: 5 | | significant, in your mind, than the hypertension that | | |
| | 112: 6 | | he suffered from? | | |
| | 112: 7 | A. | Probably softer or less significant | | |
| | 112: 8 | | than the hypertension, but still a risk. | | |

**101  112:9     -  112:10  Courtade, Daniel 2006-06-22     00:00:04**

| | 112: 9 | Q. | And would you -- |
| | 112: 10 | A. | I'd say a mild risk factor. |

**102  112:11    -  112:15  Courtade, Daniel 2006-06-22     00:00:21**

| | 112: 11 | Q. | Okay.  Okay.  Let me flip to the next |
| | 112: 12 | | one, which is a laboratory report from his primary |
| | 112: 13 | | care, it was a Labcorp actual test, dated May 1, |
| | 112: 14 | | 2002. |
| | 112: 15 | A. | Okay. |

Re: 112:11 - 113:2
**Pltf Obj:** Foundation;
calls for expert opinion;

**Def Resp:** Witness has
sufficient background
to provide testimony
concerning his
assessment of plaintiff's
cholesterol readings  and
its affect on
plaintiff's risk profile;
question calls for
treating physician's
assessment of his
patient

**103  112:21    -  113:2   Courtade, Daniel 2006-06-22     00:00:22**

| | 112: 21 | Q. | Can you tell us what these -- these -- |
| | 112: 22 | | these lab values tell us. |
| | 112: 23 | A. | A very similar pattern of elevated |
| | 112: 24 | | total cholesterol, but, more importantly, an elevated |
| | 112: 25 | | LDL cholesterol or bad cholesterol.  Again, that |
| | 113: 1 | | would be -- add somewhat to his risk for developing |
| | 113: 2 | | cardiovascular disease. |

**113:3     -  113:19  Courtade, Daniel 2006-06-22     00:01:11**

| | 113: 3 | Q. | Okay.  And actually the next one I |
| | 113: 4 | | have is on the date of his heart attack, his event |
| | 113: 5 | | when he was at St. Elizabeth, and can you tell us |
| | 113: 6 | | what that profile tells us. |
| | 113: 7 | A. | That shows a total cholesterol of 161 |
| | 113: 8 | | and LDL of 80, which are actually surprisingly low or |
| | 113: 9 | | normal.  The HDL cholesterol, which I'd like to see |
| | 113: 10 | | higher than his at 36, that low of 36 is a signifi- |
| | 113: 11 | | cant risk factor for heart disease. |
| | 113: 12 | | The triglycerides at 224, not appre- |
| | 113: 13 | | ciated as much in 2003, but that's part of the |
| | 113: 14 | | metabolic syndrome.  That low HDL and very mild high |
| | 113: 15 | | elevated triglyceride as well as, you know, weight |
| | 113: 16 | | would add to the -- the metabolic syndrome. |
| | 113: 17 | | How that imposes itself in the risk, |
| | 113: 18 | | we're -- we're not quite certain, but the low HDL |
| | 113: 19 | | does.  The LDL is normal, surprisingly. |

**106  114:3     -  114:4   Courtade, Daniel 2006-06-22     00:00:04**

| | 114: 3 | Q. | And at the time -- on the day of his |
| | 114: 4 | | heart attack, he was okay on the LDL? |

**107  114:6     -  114:9   Courtade, Daniel 2006-06-22     00:00:04**

| | 114: 6 | A. | Right. |
| | 114: 7 | Q. | But he -- where he did have a problem |
| | 114: 8 | | was a low HDL? |
| | 114: 9 | A. | Correct. |

**108  114:11    -  120:11  Courtade, Daniel 2006-06-22     00:06:56**

| | 114: 11 | Q. | And -- and were his triglycerides high |
| | 114: 12 | | or low? |
| | 114: 13 | A. | His triglycerides are slightly |
| | 114: 14 | | elevated.  Yes, they're high. |
| | 114: 15 | Q. | Okay.  Based upon this profile, you |
| | 114: 16 | | know, which this one is on the date of his heart |
| | 114: 17 | | attack, and going backwards, do you have an opinion |

Overruled

|  |  | Objections | Responses |
|---|---|---|---|

114: 18  as to whether Mr. Smith was a person that had a risk
114: 19  factor of high cholesterol or dyslipidemia?
114: 20  A. He did.
114: 21  Q. Okay. And was that -- would you add
114: 22  that to the list we previously talked about of his
114: 23  risk factors before his heart attack?
114: 24  A. I would add it to his list of risk
114: 25  factors.

**Re: 114:21 - 114:25**
**Pltf Obj:** Cumulative

**Def Res:** Not cumulative establishing that risk factors are additive

115: 1  Q. And some of these risk factors are --
115: 2  are they -- can you tell us how they're significant
115: 3  in terms of the development of atherosclerosis.
115: 4  A. Well, it -- again, you -- you -- you
115: 5  have risk factors, like an insurance estimates the
115: 6  risk factors. You know, age may be a risk factor for
115: 7  an accident, but it doesn't necessarily guarantee nor
115: 8  do you have all the information just by age, but we
115: 9  certainly do adjust rates based on just age.
115: 10  And so we have a relative risk
115: 11  difficult to quantify, but they are significant risk
115: 12  factors. We would consider them mild but addressable
115: 13  risk factors in him, including the modest elevation
115: 14  in his diastolic blood pressure.
115: 15  The -- the low HDL and modestly
115: 16  elevated LDL, treatment would still be exercise and
115: 17  diet for the -- for that at that time, and the
115: 18  unmodifiable risk factor of family history. An
115: 19  unmeasurable risk factor, now, you know.
115: 20  Q. Right. Just at this point, though, on
115: 21  February 17th, that's when you take over the care and
115: 22  you start to address his risk -- risk factors.
115: 23  Correct?
115: 24  A. Correct.
115: 25  Q. And if you'll take a flip through the

**Re: 115:1 - 115:19**
**Pltf Obj:** Lack of foundation; calls for improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith hearsay; assumes facts not in evidence; hearsay; 403

**Def Res:** Same re: foundation/speculation, medical records, testimony re risk factors will be admitted; no hearsay issue or unfair prejudice in treating cardiologist testifying about assessment to patient.

*Overrul[ed]*

*This is a cardiologist area This is [an area] of interest*

116: 1  remaining risk factors, it's -- it's interesting,
116: 2  and -- you know, on March 11th, 2004, we see some --
116: 3  some numbers, values went up again, did they not?
116: 4  A. Correct.
116: 5  Q. And -- and did that put him in the
116: 6  same category again of risk factors from high
116: 7  cholesterol?
116: 8  A. Absolutely.
116: 9  Q. But you made a recommendation at that
116: 10  point, did you not?
116: 11  A. A family doctor made the recommen-
116: 12  dation and then we agreed with it.
116: 13  Q. Okay. And -- and that was to put him
116: 14  on a statin drug?
116: 15  A. That is correct.
116: 16  Q. And can you tell the jury what those
116: 17  drugs do.
116: 18  A. They lower the LDL cholesterol as
116: 19  their most potent effect, and what they do is they
116: 20  inhibit the liver from manufacturing cholesterol. So
116: 21  they lower total cholesterol and they lower LDL
116: 22  cholesterol as their most dramatic effect.
116: 23  They also decease, by virtue of that,
116: 24  the risk of additional heart attack. We are under-
116: 25  standing more and more about the statins, of actually
117: 1  decreasing and reversing some of the blockages in the
117: 2  arteries to the heart.
117: 3  That's information that's very recent.
117: 4  That's over a matter of months. But it -- it's --
117: 5  but there's more and more excitement in terms of what
117: 6  they've done, but it's convincing that anybody who's
117: 7  had an atherosclerotic event, heart attack or stroke,
117: 8  should have their statins or should have their
117: 9  cholesterol treated within guidelines often using
117: 10  statins.
117: 11  Q. It appears to me, from looking at his
117: 12  record, that he has stayed on a statin drug maybe up
117: 13  to the current day.

*Overrul[ed]*

**Re: 116:16 - 117:10**
**Pltf Obj:** Cumulative; lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith

**Def Res:** Not cumulative no prior testimony re effects of statins; same re foundation

| | Objections | Responses |
|---|---|---|

117: 14    A.   The last time I saw him he was still
117: 15          on a statin drug.
117: 16    Q.   And can you tell us what the impact of
117: 17          that had been, just by flipping through those other
117: 18          lab values, on his -- the -- the prior risk factor he
117: 19          had of high cholesterol?
117: 20    A.   Well, as of his last value in October
117: 21          of 2005, is the test I asked for, after we had
117: 22          started him here on Crestor, a different statin drug,
117: 23          that he had an LDL that was markedly low at 35.
117: 24    Q.   And that's pretty impressive, is it
117: 25          not?
118: 1     A.   It's a very impressive effect from the
118: 2          statin. I like that. The other thing, the -- it
118: 3          tells me his liver is tolerating it well, which is
118: 4          what the AST was for.
118: 5     Q.   And do you believe that the therapy
118: 6          that had been recommended and initiated for him
118: 7          through his follow-up care has been helpful in low--
118: 8          in reducing that risk factor?
118: 9     A.   Correct.
118: 10    Q.   Okay. I wanted to visit with you a
118: 11          little bit about, if you'll flip in -- in this
118: 12          American Heart Association book to page 13, it talks
118: 13          about obesity and overweight.
118: 14    A.   Okay.
118: 15    Q.   And how is that a risk factor for
118: 16          cardiovascular disease?
118: 17    A.   As I said before, we don't know
118: 18          individually how it's a risk factor in -- in that,
118: 19          you know, it -- it -- included with obesity is a much
118: 20          higher incidence of diabetes, is a much higher
118: 21          incidence of elevated triglycerides. There's a much
118: 22          higher incidence of low HDL. There's a much higher
118: 23          incidence of little activity.
118: 24          Is it the diabetes or is it those
118: 25          other measures? There's very little data to say --
119: 1          measure weight versus risk factor to the exclusion of
119: 2          all those others.
119: 3          So we -- we consider weight as a
119: 4          problem, but in itself, whether it's a -- an isolated
119: 5          individual direct risk factor, I don't know that we
119: 6          can say that. There's -- there's a debate about
119: 7          that.
119: 8     Q.   As a cardiologist do you encourage
119: 9          people to -- to in a healthy way lower their weight
119: 10          to something that puts them at less risk for
119: 11          cardiovascular disease?
119: 12    A.   The first thing I do is I encourage a
119: 13          regular exercise program. There is some data out
119: 14          there to suggest people who exercise every day,
119: 15          regardless of weight, have fewer heart attacks and
119: 16          fewer strokes than not so overweight people who sit
119: 17          on the couch and are inactive.
119: 18          There's probably some -- some stronger
119: 19          support in other risk factors. Like the HDL will go
119: 20          up with weight, with activity, but the HDL doesn't go
119: 21          up with artificial means of weight loss, either
119: 22          drugs, surgery or starvation diets such as the Atkins
119: 23          diet or heavy saturated fat.
119: 24          So although the weight itself -- I
119: 25          very much like to -- to talk to people about weight
120: 1          in terms of their high blood pressure, in terms of
120: 2          their physical functional capacity, the long-term
120: 3          effects on the skeletal system, their joints. I
120: 4          encourage weight, but more importantly and much more
120: 5          important than weight is activity, regular exercise.
120: 6     Q.   Okay. The -- this American Heart
120: 7          Association brochure indicates that, you know, the
120: 8          heavier you are, the more obese you might be, the
120: 9          more health problems you may have. Is that a fair

**Re: 118:10 - 120:11**

**Pltf Obj:** Hearsay;
lack of foundation; calls
for an improper expert
medical opinion outside
the scope of this
witness' treatment of
Mr. Smith; best
evidence

**Def Res:** Same re
foundation and
testimony re risk factors
identified in American
Heart Association
publication.

| | | | | Objections | Responses |
|---|---|---|---|---|---|

120: 10    assessment?
120: 11    A.  That's a fair assessment.

**120:12    - 120:25  Courtade, Daniel 2006-06-22    00:00:46**

120: 12    Q.  And it indicates that a person six --
120: 13    six foot tall, if they exceed 221 pounds, they are at
120: 14    high risk and considered obese.  Do you see that?
120: 15    A.  That's American Heart Association's
120: 16    publication adapted from the National Institutes of
120: 17    Health.  Not everybody agrees with their guidelines,
120: 18    you know.  And the BMI came from the 1960s.  We think
120: 19    that there should be a great deal of modification of
120: 20    that.
120: 21    So I can't say that this is something
120: 22    that we all follow, nor would we necessarily ask for
120: 23    people to go with this goal.  I think we would first
120: 24    stress exercise, then stress diet, and the -- the
120: 25    healthy weight should come along.

**110 121:4    - 121:12  Courtade, Daniel 2006-06-22    00:00:35**

121: 4    Q.  Okay. I want to mention a couple of
121: 5    other things that -- prior to you seeing Mr. Smith.
121: 6    Assume with me that as -- as early as nineteen, I
121: 7    think ninety--
121: 8    I have it here somewhere.
121: 9    -- '97 or ninety-- actually, 1999 Mr.
121: 10    Smith was -- was getting prescriptions for Viagra and
121: 11    later other erectile dysfunction medications.
121: 12    A.  Okay.

Re: 121:4 - 121:12
**Pltf Obj:** 403; Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith hearsay; *Plaintiff refers to previously-filed Motion in Liminie*

**Def Res:** Defendant incorporates its response to plaintiff's MIL regarding the medical relevancy of ED; same re foundation; medical records not hearsay.

*Sustained 403*

**112 122:15    - 122:21  Courtade, Daniel 2006-06-22    00:00:19**

122: 15    Q.  Okay.  Now, are you familiar with --
122: 16    with a New England Journal article where they studied
122: 17    this and found that there was an association -- that
122: 18    they felt there was an association that should alert
122: 19    physicians to potentially working up patients for
122: 20    cardiovascular risk factors if they suffer from
122: 21    erectile dysfunction?

Re: 122:15 - 122:21
**Pltf Obj:** 403; Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith hearsay; *Plaintiff refers to previously-filed Motion in Liminie*

**Def Res:** Same

**114 122:23    - 123:7  Courtade, Daniel 2006-06-22    00:00:23**

122: 23    A.  Again, cardiovascular risk factors,
122: 24    not cardiac disease in particular, you know.  And
122: 25    yes, associated with diabetes, associated with
123: 1    hypertension, it is associated with cardiovascular
123: 2    risk factors, but not specifically heart disease, nor
123: 3    does it recommend that we go out and do stress
123: 4    testing or angiograms for a specific heart.  But,
123: 5    yes, they are -- they -- they keep the same company.
123: 6    MR. SKIDMORE:  Let me show you one
123: 7    other record.

Re: 122:23 - 123:7
**Pltf Obj:** 403; Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith hearsay; *Plaintiff refers to previously-filed Motion in Liminie*

**Def Res:** Same

**116 123:10    - 124:25  Courtade, Daniel 2006-06-22    00:02:11**

123: 10    Q.  I'm going to hand you what's marked as
123: 11    Exhibit 7.  This is a -- a note from a hand surgery
123: 12    specialist for Mr. Smith.
123: 13    A.  Okay.
123: 14    Q.  And I'm mainly referring back to the
123: 15    second page --
123: 16    A.  Okay.
123: 17    Q.  -- in the last paragraph, and he was
123: 18    talking about some arthritis symptoms that Garry was
123: 19    suffering from.  And the doctor mentioned that he saw
123: 20    evidence of atherosclerosis in his upper extremity
123: 21    arterial tree on his X-rays and suggested he have
123: 22    a -- a work-up for that.  Do you see what I'm talking
123: 23    about?
123: 24    A.  I do.
123: 25    Q.  Does that mean anything to you as a
124: 1    cardiologist?
124: 2    A.  It does.  It's -- it's of interest in
124: 3    that typically you -- what you see on an X-ray is

Re: 123:10 - 124:25
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; hearsay

**Def Res:** Same re foundation/speculation; medical records not hearsay.

|  | | | Objections | Responses |
|---|---|---|---|---|

| | 124: 4 | calcium deposits, which is evidence for risk for | | |
|---|---|---|---|---|
| | 124: 5 | atherosclerosis, as is the blood pressure, as is the | | |
| | 124: 6 | cholesterol, as is family history, all of which | | |
| | 124: 7 | should be related to risks for atherosclerosis and -- | | |
| | 124: 8 | and although as soft and not as well understood, but | | |
| | 124: 9 | calcification does. | | |
| | 124: 10 | It's been better understood when you | | |
| | 124: 11 | do CAT scans or what we call electron beam CT scans | | |
| | 124: 12 | of the heart and there's better correlation.  It | | |
| | 124: 13 | doesn't define atherosclerosis, but it is like the | | |
| | 124: 14 | other risk factors, I mean, his cholesterol, | | |
| | 124: 15 | hypertension.  It is a risk factor for developing it. | | |
| | 124: 16 | So, I mean, that -- that's probably one of several | | |
| | 124: 17 | clues that good diet, regular exercise -- and he | | |
| | 124: 18 | didn't smoke so -- but, yeah, he's at risk for it. | | |
| | 124: 19 | Q.   And what was the date of this report | | |
| | 124: 20 | if -- | | |
| | 124: 21 | A.   This is dated -- | | |
| | 124: 22 | Q.   Flip to the front page again. | | |
| | 124: 23 | A.   -- September 6, 2000. | | |
| | 124: 24 | Q.   And that was some two and a half -- | | |
| | 124: 25 | A.   Two and a half years before I saw him. | | |
| 118  125:5 | - 125:7 | Courtade, Daniel 2006-06-22 | 00:00:14 | |
| | 125: 5 | Q.   And this would be one more indication | | |
| | 125: 6 | of some -- some issues going on with atherosclerosis | | |
| | 125: 7 | before you saw Garry? | | |
| 120  125:9 | - 125:12 | Courtade, Daniel 2006-06-22 | 00:00:09 | |
| | 125: 9 | A.   It is. | | |
| | 125: 10 | Q.   You know, in your opinion sitting here | Re: 125:10 - 125:12 | Def Res: Same re |
| | 125: 11 | today, what was the cause of Garry's heart attack? | Pltf Obj: Lack of | foundation/speculation; |
| | 125: 12 | A.   Atherosclerosis with ruptured plaque. | foundation; calls for an | not cumulative |
| | | | improper expert medical | |
| | | | opinion outside the | |
| 125:15 | - 127:12 | Courtade, Daniel 2006-06-22 | 00:02:14 | scope of this witness' | |
| | 125: 15 | Q.   And what caused that -- what were the | treatment of Mr. Smith; | |
| | 125: 16 | risk factors, at least, you know, sitting here today, | this witness does not | |
| | 125: 17 | in Garry's history that would have caused or | have the training/ | |
| | 125: 18 | contributed to the development of that athero- | experience determined | |
| | 125: 19 | sclerosis? | by the rulings of this | |
| | 125: 20 | A.   Family history as defined when I first | court; speculation; | |
| | 125: 21 | saw him, hypertension, particularly diastolic | cumulative | |
| | 125: 22 | hypertension, and high cholesterol or hyperlipidemia. | Re: 125:15- 125:22 | Def Res: Treating |
| | 125: 23 | Q.   The -- the care you've given Garry | Pltf Obj: 403; Lack of | cardiologist's |
| | 125: 24 | since his heart attack has resulted, between your | foundation; calls for an | assessment does not |
| | 125: 25 | suggestions and him taking those suggestions to | improper expert medical | constitute unfair |
| | 126: 1 | heart, has resulted in a decrease of his cardio- | opinion outside the | prejudice; same re |
| | 126: 2 | vascular risk factors? | scope of this witness' | foundation/speculation, |
| | 126: 3 | A.   That is -- that is correct. | treatment of Mr. Smith; | appropriate summary, |
| | 126: 4 | Q.   And that's a good thing? | cumulative | not cumulative |
| | 126: 5 | A.   That's a good thing. | | |
| | 126: 6 | Q.   And for somebody like Garry, you've | | |
| | 126: 7 | actually seen the inside of the vessels of his heart? | | |
| | 126: 8 | A.   I've seen the outline of the internal | | |
| | 126: 9 | linings of his -- of the vessels to his heart. | | |
| | 126: 10 | Q.   Uh-huh. | | |
| | 126: 11 | A.   I mean, there are ways to look at the | | |
| | 126: 12 | inside.  I mean, it's not a direct look, but it's | | |
| | 126: 13 | an -- | | |
| | 126: 14 | Q.   Right. | | |
| | 126: 15 | A.   -- indirect profile, I guess, if you | | |
| | 126: 16 | will. | | |
| | 126: 17 | Q.   And because of that there are some | | |
| | 126: 18 | indications to you as a cardiologist that he needs to | | |
| | 126: 19 | take the -- his cardiovascular risk profile | | |
| | 126: 20 | seriously? | | |
| | 126: 21 | A.   Correct.  There's atherosclerosis | | |
| | 126: 22 | there that was not involved with the heart attack. | | |
| | 126: 23 | So it's clear that he did have atherosclerotic | | |
| | 126: 24 | disease that did not cause a heart attack but was -- | | |
| | 126: 25 | had developed. | | |

Overruled

| | | | | Objections | Responses |
|---|---|---|---|---|---|

```
        127: 1      Q.  And since you've been caring for him
        127: 2          the blood cholesterol has been significantly lowered?
        127: 3      A.  Correct.
        127: 4      Q.  He has lost weight?
        127: 5      A.  Uh-huh.
        127: 6      Q.  Correct?
        127: 7      A.  Correct.
        127: 8      Q.  He's been on an exercise program?
        127: 9      A.  He has.
        127: 10     Q.  And maybe more importantly, you were
        127: 11         able to go in there with a stent and remove an 80
        127: 12         percent blockage that he had?
```

123 127:14      -  127:19   Courtade, Daniel 2006-06-22                              00:00:06
```
        127: 14     Q.  Is that true?
        127: 15     A.  And opened up that 80 percent block-
        127: 16         age.  I didn't remove anything.  I just --
        127: 17     Q.  All right.
        127: 18     A.  -- squished it.
        127: 19     Q.  You corrected it?
```

124 127:21      -  127:25   Courtade, Daniel 2006-06-22                              00:00:10
```
        127: 21     A.  I corrected it.
        127: 22     Q.  Okay.  Now, for a sig-- for a
        127: 23         significant number of people, is their -- the first
        127: 24         indication of cardiovascular disease sometimes sudden
        127: 25         death?
```
Re: 127:21- 127:25
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; cumulative

**Def Res:** Same re foundation/speculation; not cumulative as to sudden death

125 128:2       -  128:6    Courtade, Daniel 2006-06-22                              00:00:13
```
        128: 2      A.  That is correct.
        128: 3      Q.  Now, while no one would suggest a
        128: 4          heart attack is ever a good thing, have there been --
        128: 5          has there been a silver lining in Garry's heart
        128: 6          attack in that it has helped with his health?
```
Re: 128:2- 128:9
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; 403 cumulative

**Def Res:** Same re foundation/speculation; no unfair prejudice or repetition re possible benefits of early detection.

126 128:8       -  128:9    Courtade, Daniel 2006-06-22                              00:00:05
```
        128: 8      Q.  It has -- it has helped with his
        128: 9          removal of risk factors?
```

127 128:11      -  128:17   Courtade, Daniel 2006-06-22                              00:00:12
```
        128: 11     A.  I think it has helped with ours and
        128: 12         his focus on his risk factors, more aggressive
        128: 13         treatment of his risk factors because of the heart
        128: 14         attack.
        128: 15     Q.  And does that improve his prognosis
        128: 16         for the future?
        128: 17     A.  It does.
```
Re: 128:11- 128:20
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; 403; cumulative

**Def Res:** Same re foundation/speculation; no unfair prejudice or repetition re possible benefits of early detection.

128 128:19      -  128:20   Courtade, Daniel 2006-06-22                              00:00:07
```
        128: 19     Q.  And that's a good thing?
        128: 20     A.  Oh, of course.
```

129 128:22      -  129:5    Courtade, Daniel 2006-06-22                              00:00:23
```
        128: 22     Q.  I assume you don't have any other
        128: 23         stress tests or anything planned for Garry?
        128: 24     A.  As long as he remains asymptomatic and
        128: 25         we have reasonable modification of risk -- of his
        129: 1          risk factors, I do not, or if there's a particular
        129: 2          risk that he's going to -- becomes a commercial
        129: 3          airline pilot, I may have to.  I mean, there -- there
        129: 4          are very cri-- strict criteria certain employers put
        129: 5          on me that they -- they have to have stress tests.
```
Re: 128:22- 129:5
**Pltf Obj:** Lack of foundation; calls for an improper expert medical opinion outside the scope of this witness' treatment of Mr. Smith; speculation; 403; cumulative

**Def Res:** Same re foundation/speculation; no unfair prejudice or repetition re possible benefits of early detection.

131 130:11      -  132:4    Courtade, Daniel 2006-06-22                              00:02:05
```
        130: 11     Q.  Doctor, I just wanted to go back and
        130: 12         clarify one point.  Back before -- right before Mr.
        130: 13         Smith's heart attack, if he had come to you for just
        130: 14         for your cardiovascular risk assessment and you had
        130: 15         done testing on him and determined that his ejection
        130: 16         fraction was 60 percent, what would be your conclu-
        130: 17         sion as to his cardiovascular health insofar as
```
Re: 130:11- 138:18
**Pltf Obj:** Relevance; cumulative; speculation; incomplete hypothetical; lack of foundation; calls for an improper expert medical opinion outside

**Def Res:** Same as to foundation/speculation; not cumulative as to ejection fraction; relevant to show lack of long-term damage

*Overrule*

|  | Objections | Responses |
|---|---|---|

| | | |
|---|---|
| 130: 18 | ejection fraction is concerned? |
| 130: 19 | A. With respect to just ejection |
| 130: 20 | fraction? |
| 130: 21 | Q. Yes, sir. |
| 130: 22 | A. He has a normal-functioning heart. |
| 130: 23 | That doesn't estimate his risk for cardiac event. |
| 130: 24 | Eject-- you would not use ejection fraction prior to |
| 130: 25 | a cardiac event. An abnormal ejection fraction would |
| 131: 1 | have suggested he had one; it was just silent. So |
| 131: 2 | just ejection fraction is not something you would |
| 131: 3 | necessarily use nor screen for. |
| 131: 4 | Q. All right. Is ejection fraction, |
| 131: 5 | though, the gold standard for measuring heart |
| 131: 6 | function and heart damage? |
| 131: 7 | A. Ejection fraction is a powerful tool |
| 131: 8 | in the setting of a heart attack or postheart attack |
| 131: 9 | for measuring prognosis. It's one of many tools that |
| 131: 10 | we use for overall cardiovascular risk, but just -- |
| 131: 11 | You know, all it involves is how |
| 131: 12 | strong is the heart muscle when it squeezes. It |
| 131: 13 | doesn't tell anything about the thickness or the |
| 131: 14 | valves or the stiffness or other things in the heart |
| 131: 15 | that are an important part of that, or even the |
| 131: 16 | arteries. Just the ejection fraction is one of many. |
| 131: 17 | It is a -- it is a powerful tool after a heart |
| 131: 18 | attack, for long-term prognosis. |
| 131: 19 | Q. Okay. Now, after the heart attack |
| 131: 20 | you -- you did an estimate of 60 percent as his |
| 131: 21 | ejection fraction? |
| 131: 22 | A. Correct. |
| 131: 23 | Q. And as of today do you have any reason |
| 131: 24 | to doubt he still has a strong ejection fraction? |
| 131: 25 | A. I have no reason to doubt he still has |
| 132: 1 | a long (sic) one, and I don't routinely check it. |
| 132: 2 | Q. Okay. And if he had 60 percent then |
| 132: 3 | and still had something in that range today, would |
| 132: 4 | you consider that normal? |

the scope of this
witness' treatment of
Mr. Smith

**132 132:6      - 133:1   Courtade, Daniel 2006-06-22                 00:00:55**

| | |
|---|---|
| 132: 6 | A. I would consider the ejection fraction |
| 132: 7 | normal, yes. |
| 132: 8 | Q. Okay. And there -- has there been any |
| 132: 9 | reason for you to do any further diagnostic testing |
| 132: 10 | like that up to today since his heart attack? |
| 132: 11 | A. Risk factor management, as I suggested |
| 132: 12 | before, which includes blood pressure, cholesterol, |
| 132: 13 | modifiable behavioral risk factors, including diet |
| 132: 14 | and exercise, weight control is still part of that, |
| 132: 15 | which usually comes along, and depending on those |
| 132: 16 | risk factor managements, I'm not planning on any |
| 132: 17 | routine cardiac testing, specifically stress testing |
| 132: 18 | or angiogram. |
| 132: 19 | Were there anything that concerned me |
| 132: 20 | like poor blood pressure control or poor behavior, we |
| 132: 21 | might take a little bit more aggressive risk. Or if |
| 132: 22 | he came in with new symptoms of fatigue, of shortness |
| 132: 23 | of breath, inactivity intolerance -- or activity |
| 132: 24 | intolerance. |
| 132: 25 | Q. But you haven't seen any of that? |
| 133: 1 | A. No. I have no reason to. |

**133 133:9      - 138:23   Courtade, Daniel 2006-06-22                 00:06:22**

| | |
|---|---|
| 133: 9 | Q. You've been treating Mr. Smith now |
| 133: 10 | for, I guess, about three years, a little more than |
| 133: 11 | three years. |
| 133: 12 | A. A little less than three years. It |
| 133: 13 | will be all -- this -- oh, no, a little more than. |
| 133: 14 | You're -- I'm sorry. A little more than three years, |
| 133: 15 | correct. |
| 133: 16 | Q. What kind of a patient is Mr. Smith? |
| 133: 17 | A. A splendid patient. Delightful person |

Objections                 Responses

133: 18   to take care of.  Does, within reason, the things
133: 19   that we ask him to do, follows up, takes his medi-
133: 20   cation.  I mean, he's been a very pleasant gentleman
133: 21   to take care of.
133: 22   Q.  In your interactions with him, has he
133: 23   seemed to be forthcoming and honest with you?
133: 24   A.  Yes.
133: 25   Q.  With regard to your instructions, does
134: 1   he seem to follow your instructions as best you can
134: 2   tell?
134: 3   A.  He does.  And he's reasonable and he
134: 4   shows evidence for it.
134: 5   Q.  When you first met Mr. Smith --
134: 6   I want to turn back to that day.
134: 7   -- what was his condition?  And by
134: 8   condition, I don't mean his vital statistics.  I just
134: 9   mean as a human being what was he going through and
134: 10   what did you perceive when you met with him for the
134: 11   very first time?
134: 12   A.  He was hurting.  He was in pain.  He
134: 13   was medically reasonably stable but at risk for un--
134: 14   instability.
134: 15   When we explain to people their
134: 16   alternatives, we have to explain that if we don't do
134: 17   this, you are at risk for -- for sudden death, for
134: 18   dying today.  That's very anxiety-provoking.
134: 19   Now, I can't recall exactly Mr.
134: 20   Smith's reaction to that.  I mean, he was certainly
134: 21   cooperative.  It wasn't a difficult discussion.
134: 22   We -- we got right on to business, took care of
134: 23   things quickly.
134: 24   But typically it's a very tense
134: 25   situation in the setting of a heart attack.  You --
135: 1   you need to have me go into your heart and find this
135: 2   blockage and open it up or something worse is going
135: 3   to happen.
135: 4   Q.  Does that usually cause even more
135: 5   stress for somebody who's going through a heart
135: 6   attack?
135: 7   A.  I don't know what you mean by more
135: 8   stress, but I think I described it enough to say it's
135: 9   very anxiety-provoking, it's a very tense situation,
135: 10   very uncomfortable situation, and that's -- that's no
135: 11   fun for every-- anybody.
135: 12   Q.  Mr. Smith described in his deposition
135: 13   that he felt like he had a 300-pound man standing on
135: 14   his chest before you opened him up.
135: 15   A.  Right.
135: 16   Q.  Before you opened up his blood
135: 17   vessels.  Is that common or uncommon?
135: 18   A.  Very common.  It's a precise
135: 19   description.
135: 20   Q.  Can you elaborate any more than that
135: 21   on what the patient's feeling by that kind of --
135: 22   A.  It's a great pressure.
135: 23   Q.  -- a pressure?
135: 24   A.  I mean, it's a great deal of discom-
135: 25   fort and it's a great deal of fear.  I mean,
136: 1   especially when you know it's your heart, and it's
136: 2   like something bad, bad, bad is happening to my
136: 3   heart.
136: 4   If I were to suddenly cut off the
136: 5   blood supply to your arm, your hand would hurt like
136: 6   a pain you haven't had before, not too unlike shutting
136: 7   it in a car door and closing the door.  It's -- it's
136: 8   a great deal of pain.
136: 9   And -- and people when -- at the point
136: 10   where they're short of breath and they're sweaty,
136: 11   that -- that's a fairly objective reflection of their
136: 12   pain.  So, yes, when he came in, he was in -- he was
136: 13   in a great deal of pain.  So he -- he described it

Overruled

Re: 133:22-24
**Def Obj:** Calls for
speculation; leading
(611)

**Pltf Resp:** Question
does not suggest
correct answer,
and therefore, is not
leading; objections
to leading and form are
waived under
FRCP32(d)(3)(B)

Re: 134:5-135:3
**Def Obj:** Calls for
speculation; lack of
personal knowledge

**Pltf Resp:** Witness
gives his impression of
Mr. Smith's condition at
the time of his treatment
of the plaintiff, and
therefore, is not
speculating

Overruled

Re: 135:12-135:19
**Def Obj:** Leading of a
non-hostile witness
(611)

**Pltf Resp:** Objections
to leading and form are
waived under
FRCP32(d)(3)(B)

Re:135:20-136:14
**Def Obj:** Calls for
speculation; improper
opinion testimony; lack of
foundation (602, 701)

**Pltf Resp:** Witness
gives his impression
of Mr. Smith's condition
gained through his
treatment of the plaintiff

| | Objections | Responses |
|---|---|---|

136: 14      accurately.
136: 15   Q. And then you took him to the cath lab.
136: 16      Correct?
136: 17   A. Correct.
136: 18   Q. And did your procedure, and that
136: 19      restored the blood flow. Does that then relieve, to
136: 20      some extent, the patient?
136: 21   A. It's a great deal of relief of the
136: 22      pain typically. Now, I'd have to go back -- and
136: 23      usually, unless I had a great deal of persistence of
136: 24      pain, I wouldn't have commented on that.
136: 25      But if I have my typical, ah, pain
137: 1      relief, he's feeling much better, now we can talk, we
137: 2      can find out a little bit more, now we can start
137: 3      talking about, you know, cholesterol or smoking. Not
137: 4      in his case, but, you know, exercise, medications,
137: 5      you're looking much better, we've had success.
137: 6      It's -- it's a much relieved situation.
137: 7      But understand, you're 52 years old.
137: 8      You just had a heart attack. Okay. I'm out of the
137: 9      hot water right now. Now what? Now is not a normal
137: 10      feeling. The rest of my life, okay, now I'm a heart
137: 11      patient.
137: 12   Q. Well, that's what I wanted to talk to
137: 13      you about, also. Are there customarily emotional
137: 14      components to having had a heart attack like Mr.
137: 15      Smith had?
137: 16   A. No doubt about it.
137: 17   Q. Can you describe what you customarily
137: 18      see in patients like Mr. Smith who have just had a
137: 19      heart attack for the very first time in their life?
137: 20   A. I'm no psychologist and I'm no
137: 21      psychiatrist, but --
137: 22   Q. And I'm -- I'm just look-- asking from
137: 23      your perspective as a cardiologist who treats people.
137: 24   A. Correct. And we certainly have tried
137: 25      to approach this. We try to approach it in our
138: 1      training. We try to be sensitive to it. But there's
138: 2      a great deal of anxiety to it. It's an anxiety and
138: 3      it's a fear.
138: 4      It's something that we often will
138: 5      address with patients and ask them to directly
138: 6      address it. It's not something I want to put people
138: 7      on drugs to make it go away. It doesn't go away that
138: 8      way. It just gets them on to another drug.
138: 9      There is an activity limitation. You
138: 10      cannot go -- get up, go out of the hospital and do
138: 11      anything you want just yet until we know it's safe to
138: 12      do that.
138: 13      If you're told that you -- you have a
138: 14      heart problem that you just can't go out right away
138: 15      and do what you don't -- want, I -- I think anybody
138: 16      can presume it's going to be some sort of anxiety. I
138: 17      don't know how to measure that. I know how to help
138: 18      someone with it. I don't know how to make it go
138: 19      away. It doesn't go away.
138: 20      Tell somebody you have cancer. Oh,
138: 21      but we can cure it. They still have cancer. It's
138: 22      anxiety-producing. You're going to do okay, but you
138: 23      still had it.

**Re: 137:12-138:23**
**Def Obj:** Lack of foundation; improper opinion testimony (602, 701); calls for speculation

**Pltf Resp:** Witness gives his impression of Mr. Smith's condition gained through his treatment of the plaintiff

---

**134  138:24      -  139:17  Courtade, Daniel 2006-06-22**     00:01:02
138: 24   Q. In your experience over 18 or 20
138: 25      years, can it affect interpersonal relationships for
139: 1      the patient and their family?
139: 2   A. Tough question. I have to presume it
139: 3      can. And I have to presume not just as a physician,
139: 4      but as a human being with my own family. Does it
139: 5      affect interpersonal relationships? Certainly.
139: 6      It can affect it for the better. I've
139: 7      had personal experience with that myself. It can

|  |  | Objections | Responses |
|---|---|---|---|

139: 8      affect it for the worse in that it can create a --
139: 9      a -- a pathologic or abnormal fear and loss of
139: 10    concentration, loss of focus, that sort of thing.
139: 11    So those are not -- I mean, those are
139: 12    issues we see as physicians.  Those are not issues
139: 13    that I can claim expertise at or know how to measure
139: 14    it.  But there -- those are things that we often have
139: 15    to talk about.  Sometimes we don't.  Sometimes the
139: 16    patient takes it in their own, and if that's the
139: 17    case, then we --

**135  149:2        -   149:22   Courtade, Daniel 2006-06-22                    00:01:00**

149: 2    Q.  All right.  And going back to -- going
149: 3       back to his heart attack --
149: 4    A.  Uh-huh.
149: 5    Q.  -- what I understood you to say is is
149: 6       that he had a plaque, the plaque ruptured, a blood
149: 7       clot formed around the site of the rupture --
149: 8    A.  Correct.
149: 9    Q.  -- and grew large enough to close off
149: 10      the blood flow through that artery.
149: 11    A.  Correct.
149: 12    Q.  And then the drug that he was given at
149: 13      St. Luke's partially dissolved the clot and allowed a
149: 14      limited amount of blood to go through.  Is that what
149: 15      you found?
149: 16    A.  That is my presumption, and that makes
149: 17      sense with what I found, yes.
149: 18    Q.  All right.  And then when you went in
149: 19      there, you resolved completely the clot that was
149: 20      blocking the artery and restored full flow through
149: 21      the artery?
149: 22    A.  Correct.

**149:23        -   150:24   Courtade, Daniel 2006-06-22                    00:01:43**

149: 23    Q.  Okay.  One final thing.  We talked a
149: 24      lot about Mr. Smith and we also talked a lot about
149: 25      Americans and young Americans and -- and all of us in
150: 1      general.  Without ever having seen me other than
150: 2      today and a few minutes the other day --
150: 3    A.  Right.
150: 4    Q.  -- do you assume that I have some
150: 5      atho-- atherosclerotic narrowing of my vessels?  Is
150: 6      it fair to make that assumption is what I'm asking.
150: 7    A.  I guess I would have to understand
150: 8      your risk profile.  If you had a very high HDL and
150: 9      you had a family history where everybody lived to be
150: 10      in their 90s to a hundred and you never smoked and
150: 11      you -- you were a very frequent runner, I'd say no,
150: 12      probably not.
150: 13      As an average American, probably don't
150: 14      do 60 minutes of exercise, probably not a vegetarian,
150: 15      probably have average family longevity, I'm going to
150: 16      assume that you have some degree.  I think it's safe
150: 17      to assume I will be right four out of five, if not
150: 18      more frequent, four out of five times.
150: 19      How do I know that?  Well, we're
150: 20      starting to get more information from, one, some of
150: 21      the very limited invasive tests, but, two, we have a
150: 22      newer tool called the CT scan, the rapid CT scan.
150: 23      We're starting to appreciate just how -- how frequent
150: 24      the coronary artery disease is, atherosclerosis.

Re: 149:23 - 150:24
**Pltf Obj:** Relevance;
foundation; calls for
expert opinion; 403

**Def Resp:** Witness has
sufficient background
to provide testimony
concerning prevalence
of atherosclerosis;
question calls for
treating physician's
understanding of
general risk factors as
they relate to this
patient, not expert
opinion

*Sustained*
*401 & 403*

**137  150:25        -   151:9   Courtade, Daniel 2006-06-22                    00:00:39**

150: 25    Q.  So is it fair to -- fair to say that
151: 1      it is not uncommon and, in fact, it's probably very
151: 2      common in a 52-year-old American man for him to have
151: 3      40 to 50 percent blockages?
151: 4    A.  Correct.
151: 5    Q.  All right.  And -- and people live
151: 6      their entire lives with 40 to 50 percent blockages

Re: 151:5-9
**Def Obj:** Leading (611);

**Pltf Resp:** Witness gives
his impression of Mr.
Smith's condition gained
through his treatment of

| | | | | Objections | Responses |
|---|---|---|---|---|---|
| | 151: 7 | | and no -- they never know it, because it never causes | calls for speculation | the plaintiff; objections |
| | 151: 8 | | any effect? | | leading and form are |
| | 151: 9 | A. | That's true. | | waived under |
| | | | | | FRCP32(d)(3)(B) |

**155 151:14    - 151:19** Courtade, Daniel 2006-06-22                     00:00:23

| | 151: 14 | Q. | Doctor, the only thing I wanted to | | **Def Resp:** Same re: |
|---|---|---|---|---|---|
| | 151: 15 | | follow up on that is, the fact that we do develop | **Re: 151:14 - 152:25** | foundation; not |
| | 151: 16 | | blockages here, you know, people in the United States | **Pltf Obj:** Lack of | cumulative re: common |
| | 151: 17 | | develop these blockages, is a reason that it is the | foundation; calls for an | nature of plaque build up |
| | 151: 18 | | leading cause of death in the United States.  Is that | improper expert medical | among Americans |
| | 151: 19 | | fair? | opinion outside the | |

**139 151:21    - 152:25** Courtade, Daniel 2006-06-22                     00:01:41

| | 151: 21 | A. | Cardiovascular disease is the leading | scope of this witness' | |
|---|---|---|---|---|---|
| | 151: 22 | | cause of death.  Strongly associated with athero- | treatment of Mr. Smith; | |
| | 151: 23 | | sclerosis.  That -- that certainly is -- it's a fair | cumulative | |
| | 151: 24 | | assessment -- assessment to say those are related. | | |
| | 151: 25 | | You know, why they're related or are | | |
| | 152: 1 | | they the cause of those cardiovascular deaths is | | |
| | 152: 2 | | harder to say because there are so many other | | |
| | 152: 3 | | implications to it. | | |
| | 152: 4 | | Is it -- is it high blood pressure, is | | |
| | 152: 5 | | it the diets that we're on, is it their lack of | | |
| | 152: 6 | | activity, is it -- you know, is it processed foods, | | |
| | 152: 7 | | is it the change in tobacco, is it change in our | | |
| | 152: 8 | | genetic makeup, is -- that sort of thing. | | |
| | 152: 9 | | I mean, it's an very interesting | | |
| | 152: 10 | | epidemiological thing why the Japanese, before they | | |
| | 152: 11 | | were westernized, had a lower incidence but now have | | |
| | 152: 12 | | a much higher incidence. | | |
| | 152: 13 | | So you -- you asked a com-- you asked | | |
| | 152: 14 | | a question with a very complex que-- answer, but in a | | |
| | 152: 15 | | simple format, yes, that's what's behind -- that's | | |
| | 152: 16 | | what we think is behind most of the cardiovascular | | |
| | 152: 17 | | death, but it can be -- but it can be legitimately | | |
| | 152: 18 | | challenged, too. | | |
| | 152: 19 | Q. | Right. | | |
| | 152: 20 | A. | It's an interesting discussion. | | |
| | 152: 21 | Q. | And one of the -- and -- and one of | | |
| | 152: 22 | | the central bases for the cardiovascular disease that | | |
| | 152: 23 | | leads to plaque rupture and heart attack is the | | |
| | 152: 24 | | development of atherosclerosis? | | |
| | 152: 25 | A. | Yes. | | |

**140 153:4    - 153:12** Courtade, Daniel 2006-06-22                     00:00:29

| | 153: 4 | Q. | You have never been asked by Mr. Smith | | **Def Resp:** Relevant to |
|---|---|---|---|---|---|
| | 153: 5 | | to refer him to any other health care practitioner to | **Re: 153:4 - 21** | claims of emotional |
| | 153: 6 | | help him deal with any social or psychological issues | **Pltf Obj:** Relevance; | harm/damages; no |
| | 153: 7 | | arising from his cardiovascular disease? | 403 | unfair prejudice |
| | 153: 8 | A. | No. | | |
| | 153: 9 | Q. | And I assume you have the type of | | |
| | 153: 10 | | relationship with him that you ask him about his | | |
| | 153: 11 | | health and how he's doing and give him an opportunity | | |
| | 153: 12 | | to ask those types of questions? | | |

**141 153:14    - 154:3** Courtade, Daniel 2006-06-22                     00:00:31

| | 153: 14 | A. | I would like to think so, yes.  I hope | | |
|---|---|---|---|---|---|
| | 153: 15 | | I do. | | |
| | 153: 16 | Q. | And he has never asked for that type | | |
| | 153: 17 | | of help from you? | | |
| | 153: 18 | A. | For psychological or -- | | |
| | 153: 19 | Q. | For consulting, any -- any consulting | | |
| | 153: 20 | | help from another practitioner to help him with any | | |
| | 153: 21 | | types of social or psychological issues. | | |
| | 153: 22 | A. | Not to my recollection, right. | | |
| | 153: 23 | Q. | As far as you are concerned, has he | | |
| | 153: 24 | | had a very good recovery? | | |
| | 153: 25 | A. | Yes. | | |
| | 154: 1 | Q. | And has he seemed to be in good | | |
| | 154: 2 | | spirits? | | |
| | 154: 3 | A. | Yes. | | |

403

Cumulative

Overruled