UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 <br><br> Section L <br><br> Judge Eldon E. Fallon <br><br> Magistrate Judge Daniel E. Knowles, III |

THIS DOCUMENT RELATES TO:
*Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

PLAINTIFF ROBERT G. SMITH'S MOTION TO
EXCLUDE THE "MARTIN REPORT"

I. **Introduction**

Plaintiff Robert G. Smith moves to exclude from evidence the so-called "Martin Report."[1] This report is plainly hearsay and does not fall within any hearsay exception. Therefore, the report is inadmissible.

II. **Argument**

Two days ago Merck released to the public the so-called "Martin Report," attached as Exhibit A. It purports to present the findings of an "independent investigation" into Merck's "senior" management's conduct regarding Vioxx. *Id.* Several points about the report, however, are worth noting.

The "investigation" was conducted by a prominent New York-based corporate defense law firm, Debevoise & Plimpton ("Debevoise"), which lists among its clients corporate defendants in

---

[1] The full name for the "Martin Report" is the "Report of The Honorable John S. Martin, Jr., to the Special Committee of the Board of Directors of Merck & Co., Inc., Concerning the Conduct of Senior Management in the Development and Marketing of Vioxx."

mass tort products liability litigation and securities fraud. Further, the "investigation" was paid for entirely by Merck, to the tune of over $21 million. Further, the New York Times reports that Debevoise sent an advanced draft of the report in May – four months before its release – to lawyers at Hughes, Hubbard & Reed, a firm defending Merck in Vioxx suits, and to Merck's general counsel, Kenneth C. Frazier. Merck's lawyers reviewed the report for "accuracy."

Putting aside the serious doubts about the report's independence, reliability, and motive – Merck's Debevoise lawyers announced the report's conclusions at a press conference literally days before this case's voir dire – the report is 175 pages of plain hearsay. *See* Federal Rule of Evidence 801(c). It is nothing more than lawyers hired by Merck summarizing their "investigation," which consisted of reviewing documents produced in litigation, depositions, trial transcripts, and interviewing Merck employees and paid consultants,[2] two years after the drugs withdrawal. The report, therefore, does not come within any hearsay exception. *See* Federal Rule of Evidence 803.

## III. Conclusion

For the forgoing reasons, Plaintiff's motion to exclude the Martin Report should be granted.

---

[2]Interestingly, the investigators failed to interview even one of the independent scientists who were publicly critical of Merck
, or who published studies contradicting Merck's party line.

2

Dated: September 8, 2006

                                          Respectfully submitted,

| | |
|---|---|
| Drew Ranier<br>Louisiana Bar No. 8320<br>**RANIER, GAYLE & ELLIOT LLC**<br>1419 Ryan Street<br>Lake Charles, Louisiana 70601<br>(337) 494-7171; fax (337) 494-7218 | /s/ Grant Kaiser<br>Grant Kaiser<br>Texas Bar No. 11078900<br>**THE KAISER FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 223-0000; fax (713) 223-0440 |
| Walter Umphrey<br>Texas Bar No. 20380000<br>**PROVOST UMPHREY LAW FIRM LLP**<br>490 Park Street<br>Beaumont, Texas 77701<br>(409) 835-6000; fax (409) 838-8888 | Mikal Watts<br>Texas Bar No. 20981820<br>**THE WATTS LAW FIRM LLP**<br>Tower II Building, 14th Floor<br>555 North Carancahua Street<br>Corpus Christi, Texas 78478<br>(361) 887-0500; fax (361) 887-0055 |
| James L. "Larry" Wright<br>Texas Bar No. 22038500<br>**THE WATTS LAW FIRM LLP**<br>111 Congress Avenue, Suite 1010<br>Austin, Texas 78701<br>(512) 479-0500; fax (512) 473-0328 | John Eddie Williams, Jr.<br>Texas Bar No. 21600300<br>Jim Doyle<br>Texas Bar No.6094450<br>Collyn A. Peddie<br>Texas Bar No. 15707300<br>**WILLIAMS BAILEY LAW FIRM LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, Texas 77017<br>(713) 230-2200; fax (713) 643-6226 |

ATTORNEYS FOR PLAINTIFF ROBERT G. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of September, 2006.

/s/ Grant Kaiser
Grant Kaiser
**THE KAISER FIRM LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
(713) 230-0000; fax (713) 230-0440
gkaiser@thekaiserfirm.com

cc    By email only:

Robert Van Kirk            rvankirk@wc.com
**Williams & Connolly LLP**
725 Twelfth Street Northwest
Washington, D.C. 20005
(202) 434-5000; fax (202) 434-5029

Carrie A. Jablonski        carrie.jablonski@bartlit-beck.com
**Bartlit, Beck, Herman, Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
(312) 494-4400; fax (312) 494-4440