THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**SUSAN ANN WHITE**  CIVIL ACTION NO.: 05-5791

**VERSUS**  JURY TRIAL DEMANDED

**MERCK & CO., INC.**  JUDGE_____

### ORDER

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **ELWOOD H. KEIM** be and is hereby enrolled as counsel of record in the above captioned matter and that the name of **ELWOOD H. KEIM, JR.** be added to the record of the Court as Attorney of Record for Susan Ann White in the above entitled and numbered proceeding.

Baton Rouge, Louisiana, this 6th day of September, 2006.

_____
JUDGE, EASTERN DISTRICT

**PLEASE NOTIFY:**

Elwood H. Keim, Jr., 13541 Tiger Bend Road, Post Office Box 86360, Baton Rouge, LA, 70879;

Melissa Beaugh, Stanley, Flanagan & Reuter, 909 Poydras St., Ste. 2500, New Orleans, LA 70112; and

Hughes, Hubbard, and Reed, LLP, 101 Hudson Street, Ste. 3601, Jersey City, New Jersey, 07302-9220.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____