IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8 PM 12: 02

LORETTA G. WHYTE
CLERK

STEPHEN P. DUFRENE, §
    Plaintiff §
 §
VS. §    Civil Action No. 05-5988
 §
MERCK & CO., INC. §
    Defendant §

---

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN P. DUFRENE | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 6th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 6th_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____