IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MORRIS ALLEN,<br>§ Plaintiff<br>§<br>VS.<br>§<br>MERCK & CO., INC.<br>§ Defendant | §<br>§<br>§<br>§ Civil Action No. 05-5975<br>§<br>§<br>§ |

| | |
|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>MORRIS ALLEN | § MDL NO. 1657<br>§<br>§ SECTION L<br>§<br>§ JUDGE ELDON E. FALLON<br>§<br>§ MAGISTRATE JUDGE<br>§ DANIEL E. KNOWLES, III |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8 PM 12:01

LORETTA G. WHYTE
CLERK

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 6th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 6th_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____