IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8 PM 12: 01

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GENE BOVIE, | § | |
|     Plaintiff | § § § | |
| VS. | § | Civil Action No. 05-5977 |
| | § § | |
| MERCK & CO., INC. | § | |
|     Defendant | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | § | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
|     GENE BOVIE | § | |
| | § | MAGISTRATE JUDGE |
| | § | DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 6th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 6th_, 2006.

HONORABLE JUDGE LDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorney for Plaintiff

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____