IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYRA EDGAR BROWN,<br>    Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>    Defendant | §<br>§<br>§<br>§  Civil Action No. 05-5979<br>§<br>§<br>§<br>§ |
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>MYRA EDGAR BROWN | §<br>§  MDL NO. 1657<br>§<br>§  SECTION L<br>§<br>§  JUDGE ELDON E. FALLON<br>§<br>§  MAGISTRATE JUDGE<br>§  DANIEL E. KNOWLES, III |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8  PM 12: 05

LORETTA G. WHYTE
     CLERK

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 6th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 6th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____