**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8 PM 12: 03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DOROTHY L. HARRIS, | § | |
| **Plaintiff** | § | |
| | § | |
| VS. | § | Civil Action No. 05-5997 |
| | § | |
| MERCK & CO., INC. | § | |
| **Defendant** | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | § | |
| SALES PRACTICES AND | § | **MDL NO. 1657** |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | **SECTION L** |
| | § | |
| THIS DOCUMENT RELATES TO: | § | **JUDGE ELDON E. FALLON** |
| DORTHOY L. HARRIS | § | |
| | § | **MAGISTRATE JUDGE** |
| | § | **DANIEL E. KNOWLES, III** |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 7th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 7th_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorney for Plaintiff

____ Fee_____
____ Process____
_X_ Dktd____
____ CtRmDep____
____ Doc. No____