**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 8, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  VIOXX | * | **MDL NO. 1657** |
|         PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION: L(3)** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
          *ALL CASES*

  A status conference was held on this date in the Chambers of Judge Eldon E. Fallon.

Russ Herman and Jerry Meunier participated on behalf of the Plaintiffs' Steering Committee

("PSC").  Steve Kherkher and Brett Powers participated on behalf of the Plaintiff's trial team in

*Smith v. Merck & Co., Inc.*, 05-4379.  Phillip Wittmann participated via telephone on behalf of

the Defendant's Steering Committee.

  At the conference, the parties discussed Merck's recent publication of the Martin Report

and associated press conferences, and the PSC's press release of September 6, 2006.  The parties

agreed to confer on these matters and keep the Court informed of any issues that arise.

JS10(00:30)