IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| Mary Thompson, et al v. Merck & Co., | ) | |
| Inc., 2:06 CV 0433 | ) | MAG. JUDGE KNOWLES |

### ORDER DISMISSING WITHOUT PREJUDICE
### CLAIMS OF BEATRICE LEWIS

Considering the Stipulation of Dismissal Without Prejudice of Claims of Beatrice Lewis filed herein,

IT IS ORDERED that the claims of Plaintiff Beatrice Lewis be and they hereby are dismissed without prejudice, subject to the terms and conditions set forth in said Stipulation. Each party shall bear its own costs.

NEW ORLEANS, LOUISIANA, this 8th day of September, 2006.

*(signature)*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE