UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | Master Docket No. 05-MD-01657-EEF-DEK |
|---|---|
| THIS RELATES TO: MDL Case No. 06-3092 | Plaintiff: Dale Sager |

## ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter came before the undersigned judge on the parties' stipulation to dismiss this matter without prejudice.

Based upon that stipulation,

IT IS HEREBY ORDERED:

1. Defendant Merck & Co., Inc. shall be dismissed in the above-entitled action without prejudice;

2. There shall be no costs or disbursements to any party.

The parties' stipulation is approved and **IT IS SO ORDERED.**

Dated: September 8th, 2006

BY THE COURT:

*/s/ Eldon E. Fallon/*
Eldon Fallon, Judge
United States District Court
Eastern District of Louisiana