## Smith v. Merck & Co., Inc.
## Deposition Designations for Mary Blake

|   |   |   |   |   | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|---|
| 1 | 11:12 - 11:13<br>11: 12<br>11: 13 | Blake, Mary 2005-11-29<br>Q.   Okay. Good morning, Mrs. Blake.<br>A.   Good morning. How are you? | | 00:00:02 | | |
| 2 | 13:19 - 13:21<br>13: 19<br>13: 20<br>13: 21 | Blake, Mary 2005-11-29<br>Q.   All right. You are currently working<br>for Merck, correct?<br>A.   Yes, I am. | | 00:00:04 | | |
| 3 | 13:22 - 13:24<br>13: 22<br>13: 23<br>13: 24 | Blake, Mary 2005-11-29<br>Q.   What is your current title?<br>A.   I am senior director for Merck<br>Vaccines, Public Affairs. | | 00:00:06 | | |
| 4 | 16:5 - 16:8<br>16: 5<br>16: 6<br>16: 7<br>16: 8 | Blake, Mary 2005-11-29<br>Q.   Okay. And when you were hired as a<br>full-time Merck employee, what were you hired as?<br>A.   I was hired as a public affairs<br>associate. | | 00:00:07 | | |
| 5 | 16:14 - 16:15<br>16: 14<br>16: 15 | Blake, Mary 2005-11-29<br>Q.   And that was specifically what date?<br>A.   December 1993. I think it might have | | 00:00:07 | | |
| 6 | 18:18 - 19:2<br>18: 18<br>18: 19<br>18: 20<br>18: 21<br>18: 22<br>18: 23<br>18: 24<br>18: 25<br>19: 1<br>19: 2 | Blake, Mary 2005-11-29<br>Q.   So from, say '9 -- what was your job<br>title from 1997 through 2001?<br>A.   It varied, but for most of that time,<br>I was a manager of public affairs.<br>Q.   Manager. Okay. And who did you work<br>for?<br>A.   There I worked for a number of<br>people. Primarily Jan Weiner, who was the head of<br>that group. Sometimes I worked directly for her,<br>other times I worked for other people in between. | | 00:00:29 | | |
| 7 | 22:14 - 23:2<br>22: 14<br>22: 15<br>22: 16<br>22: 17<br>22: 18<br>22: 19<br>22: 20<br>22: 21<br>22: 22<br>22: 23<br>22: 24<br>22: 25<br>23: 1<br>23: 2 | Blake, Mary 2005-11-29<br>When is the first time you became<br>involved with the drug Vioxx or its predecessor,<br>while working for Merck?<br>A.   I started work on Vioxx, I did some<br>help when I wasn't directly responsible for it, in<br>the middle of 1999.<br>Q.   Okay.<br>A.   Sometime in the spring, early summer<br>of 1999. And I was assigned Vioxx in the fall of<br>1999.<br>Q.   So in the fall of 1999, you say you<br>were "assigned Vioxx". What does that mean?<br>A.   Um-hmm. I became the manager with<br>responsibility for Vioxx. | | 00:00:39 | | |
| 8 | 23:03 - 23:4<br>23: 3<br>23: 4 | Blake, Mary 2005-11-29<br>Q.   In the United States only or --<br>A.   In the United States only. | | 00:00:05 | | |
| 9 | 23:18 - 23:22<br>23: 18<br>23: 19<br>23: 20<br>23: 21<br>23: 22 | Blake, Mary 2005-11-29<br>As it related to Vioxx, what was your<br>exact title?<br>A.   Manager.<br>Q.   Manager?<br>A.   U.S.H.H. Public Affairs. | | 00:00:21 | | |
| 10 | 26:5 - 26:19<br>26: 5<br>26: 6<br>26: 7 | Blake, Mary 2005-11-29<br>Q.   All right. Epidemiology. Did you<br>manage epidemiologic issues related to Vioxx?<br>A.   I worked with Merck Research Labs as | | 00:00:50 | | |

|    |                |                                                                                                      |          | Objections/Responses in Smith | Ruling in Barnett |
|----|----------------|------------------------------------------------------------------------------------------------------|----------|-------------------------------|-------------------|
|    | 26: 8          | well as others on epidemiological studies, as I --                                                   |          |                               |                   |
|    | 26: 9          | in terms of drafting public affairs materials. Yes,                                                  |          |                               |                   |
|    | 26: 10         | I did that.                                                                                          |          |                               |                   |
|    | 26: 11         | Q.   Okay. And what people within Merck                                                              |          |                               |                   |
|    | 26: 12         | Research Laboratories did you deal with concerning                                                   |          |                               |                   |
|    | 26: 13         | those issues?                                                                                        |          |                               |                   |
|    | 26: 14         | A.   It could range based on the                                                                     |          |                               |                   |
|    | 26: 15         | individual study. If it was an epidemiological                                                       |          |                               |                   |
|    | 26: 16         | study, it would gen -- I would generally speak with                                                  |          |                               |                   |
|    | 26: 17         | Nancy Santanello and Alise Reicin, as well as                                                        |          |                               |                   |
|    | 26: 18         | perhaps others in their department, but it depended                                                  |          |                               |                   |
|    | 26: 19         | on the situation.                                                                                    |          |                               |                   |
| 11 | 27:9 - 27:20   | Blake, Mary 2005-11-29                                                                               | 00:00:39 |                               |                   |
|    | 27: 9          | Q.   Before I get to that, describe for me                                                           |          |                               |                   |
|    | 27: 10         | generally what your job responsibilities were as                                                     |          |                               |                   |
|    | 27: 11         | manager, U.S.H.H., of public affairs for Vioxx.                                                      |          |                               |                   |
|    | 27: 12         | A.   Essentially in that position I had                                                              |          |                               |                   |
|    | 27: 13         | responsibility for interactions with the news media                                                  |          |                               |                   |
|    | 27: 14         | related to Vioxx and also for public affairs                                                         |          |                               |                   |
|    | 27: 15         | programs related to disease awareness.                                                               |          |                               |                   |
|    | 27: 16         | Q.   What does that mean, the last part?                                                             |          |                               |                   |
|    | 27: 17         | A.   The disease awareness part? We                                                                  |          |                               |                   |
|    | 27: 18         | worked with third-party groups to implement programs                                                 |          |                               |                   |
|    | 27: 19         | that encouraged consumers to talk to their doctor                                                    |          |                               |                   |
|    | 27: 20         | about osteoarthritis, if they had it.                                                                |          |                               |                   |
| 12 | 33:2 - 33:6    | Blake, Mary 2005-11-29                                                                               | 00:00:13 |                               |                   |
|    | 33: 2          | Q.   When you worked for public affairs,                                                             |          |                               |                   |
|    | 33: 3          | there would be various tools that you would use to                                                   |          |                               |                   |
|    | 33: 4          | get the word out when you needed to concerning                                                       |          |                               |                   |
|    | 33: 5          | Vioxx, correct?                                                                                      |          |                               |                   |
|    | 33: 6          | A.   Yes.                                                                                            |          |                               |                   |
| 13 | 33:11 - 33:19  | Blake, Mary 2005-11-29                                                                               | 00:00:20 |                               |                   |
|    | 33: 11         | Q.   Who was in charge of press releases                                                             |          |                               |                   |
|    | 33: 12         | for Vioxx?                                                                                           |          |                               |                   |
|    | 33: 13         | A.   Well, ultimately the public affairs                                                             |          |                               |                   |
|    | 33: 14         | department is responsible for developing and getting                                                 |          |                               |                   |
|    | 33: 15         | the appropriate approvals and issuing news releases                                                  |          |                               |                   |
|    | 33: 16         | in consultation with the various reviewers,                                                          |          |                               |                   |
|    | 33: 17         | including medical/legal board.                                                                       |          |                               |                   |
|    | 33: 18         | Q.   But who was in charge? Where did the                                                            |          |                               |                   |
|    | 33: 19         | buck stop --                                                                                         |          |                               |                   |
| 14 | 33:25 - 34:7   | Blake, Mary 2005-11-29                                                                               | 00:00:14 |                               |                   |
|    | 33: 25         | THE WITNESS: In terms of where the                                                                   |          |                               |                   |
|    | 34: 1          | buck stopped, ultimately Merck Research Labs and                                                     |          |                               |                   |
|    | 34: 2          | legal have the final say in terms of whether or not                                                  |          |                               |                   |
|    | 34: 3          | a news release is issued.                                                                            |          |                               |                   |
|    | 34: 4          | BY MR. PLACITELLA:                                                                                   |          |                               |                   |
|    | 34: 5          | Q.   Who is responsible for drafting the                                                             |          |                               |                   |
|    | 34: 6          | press releases and putting them in final form?                                                       |          |                               |                   |
|    | 34: 7          | A.   Public affairs.                                                                                 |          |                               |                   |
| 15 | 34:18 - 34:24  | Blake, Mary 2005-11-29                                                                               | 00:00:13 |                               |                   |
|    | 34: 18         | Q.   Could the press releases go out                                                                 |          |                               |                   |
|    | 34: 19         | without your approval?                                                                               |          |                               |                   |
|    | 34: 20         | A.   Without my approval?                                                                            |          |                               |                   |
|    | 34: 21         | Q.   Um-hmm.                                                                                         |          |                               |                   |
|    | 34: 22         | A.   Ultimately, the final sign-off of                                                               |          |                               |                   |
|    | 34: 23         | press releases is really Merck Research Labs and                                                     |          |                               |                   |
|    | 34: 24         | legal.                                                                                               |          |                               |                   |
| 16 | 35:14 - 36:4   | Blake, Mary 2005-11-29                                                                               | 00:00:37 |                               |                   |
|    | 35: 14         | Q.   What is a standby statement?                                                                    |          |                               |                   |
|    | 35: 15         | A.   Standby statements are documents that                                                           |          |                               |                   |
|    | 35: 16         | we create if we anticipate getting questions about                                                   |          |                               |                   |
|    | 35: 17         | something that we would need to respond to within                                                    |          |                               |                   |
|    | 35: 18         | public affairs.                                                                                      |          |                               |                   |
|    | 35: 19         | Q.   And who was it intended that the                                                                |          |                               |                   |
|    | 35: 20         | standby statements would be used by?                                                                 |          |                               |                   |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 35: 21 | A. Standby statements are intended to be | | | |
| | 35: 22 | used by public affairs people in their interactions | | | |
| | 35: 23 | with the news media as well as investor relations | | | |
| | 35: 24 | for their interactions with analysts. | | | |
| | 35: 25 | Q. Were they ever given to people within | | | |
| | 36: 1 | Merck for responding to interviews? | | | |
| | 36: 2 | A. With the news media? | | | |
| | 36: 3 | Q. Correct. | | | |
| | 36: 4 | A. Yes. | | | |
| 17 | 36:21 - 37:21 | Blake, Mary 2005-11-29 | 00:01:10 | | |
| | 36: 21 | Q. What about video news releases, were | | | |
| | 36: 22 | they a tool used for getting the word out? | | | |
| | 36: 23 | A. Yes, we used video news releases as | | | |
| | 36: 24 | well. | | | |
| | 36: 25 | Q. And the video news releases, who was | | | |
| | 37: 1 | the person primarily responsible within public | | | |
| | 37: 2 | affairs for the video news releases related to | | | |
| | 37: 3 | Vioxx? | | | |
| | 37: 4 | A. Well, that too could vary based on | | | |
| | 37: 5 | who had responsibility for a given project. Often, | | | |
| | 37: 6 | I had responsibility, and it would always go through | | | |
| | 37: 7 | medical/legal board. They had the final say. | | | |
| | 37: 8 | Q. In fact, you were involved with media | | | |
| | 37: 9 | training for the video news releases and interviews | | | |
| | 37: 10 | at various points in time related to Vioxx, true? | | | |
| | 37: 11 | A. Yes, I did media training. | | | |
| | 37: 12 | Q. And interviews with spokespersons for | | | |
| | 37: 13 | Merck, was that a tool that was used for getting the | | | |
| | 37: 14 | word out related to Vioxx? | | | |
| | 37: 15 | A. Merck people participated in | | | |
| | 37: 16 | interviews about Vioxx, yes. | | | |
| | 37: 17 | Q. What about spokespersons versus -- | | | |
| | 37: 18 | did you have spokespersons that you hired that were | | | |
| | 37: 19 | non-Merck employees to get the word out related to | | | |
| | 37: 20 | Vioxx? | | | |
| | 37: 21 | A. Yes. | | | |
| 18 | 38:8 - 38:23 | Blake, Mary 2005-11-29 | 00:00:43 | | |
| | 38: 8 | Q. Okay. Did you use websites as a | | | |
| | 38: 9 | vehicle for getting the word out related to Vioxx? | | | |
| | 38: 10 | A. Within public affairs? | | | |
| | 38: 11 | Q. Um-hmm. | | | |
| | 38: 12 | A. Yes, we did. | | | |
| | 38: 13 | Q. And what websites did you use? | | | |
| | 38: 14 | A. Some -- if I'm remembering correctly, | | | |
| | 38: 15 | and I apologize, it was a long time ago, we had a | | | |
| | 38: 16 | disease awareness website in conjunction with the | | | |
| | 38: 17 | Arthritis Foundation around the Speaking of Pain | | | |
| | 38: 18 | program. And I can't remember the URL for that. | | | |
| | 38: 19 | The content was also on the Arthritis Foundation's | | | |
| | 38: 20 | website. It might even still be there. | | | |
| | 38: 21 | And then, in addition to that, some | | | |
| | 38: 22 | of the public affairs materials, I believe, were on | | | |
| | 38: 23 | Vioxx.com. | | | |
| 19 | 41:7 - 41:20 | Blake, Mary 2005-11-29 | 00:00:49 | | |
| | 41: 7 | Q. Did marketing have -- did marketing | | | |
| | 41: 8 | also have to approve your press releases before they | | | |
| | 41: 9 | were sent out? | | | |
| | 41: 10 | A. They were reviewed again. | | | |
| | 41: 11 | Q. And who was that? Who approved your | | | |
| | 41: 12 | press releases in marketing? | | | |
| | 41: 13 | A. That would also vary by the news | | | |
| | 41: 14 | release. My primary point of contact for many | | | |
| | 41: 15 | things was Carrie Bourdow on the marketing team, but | | | |
| | 41: 16 | some things would also be reviewed by her bosses as | | | |
| | 41: 17 | well as the vice president of the marketing team. | | | |
| | 41: 18 | Q. Did that include Wendy Dixon? | | | |
| | 41: 19 | A. Yes, Wendy was the vice president at | | | |
| | 41: 20 | the time, if I remember correctly. | | | |

|    |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |          | Objections/Responses in Smith | Ruling in Barnett |
|----|----------------|------|----------|--|--|
| 20 | 41:23 - 42:17  | Blake, Mary 2005-11-29<br>41: 23  Public affairs was really responsible<br>41: 24  for communications concerning Vioxx to the general<br>41: 25  public, correct?<br>42: 1   A.  No, to the news media.<br>42: 2   Q.  Only to the news media?<br>42: 3   A.  The news media is the primary<br>42: 4   audience. The programs that we work on and the<br>42: 5   materials we create are intended for use by the news<br>42: 6   media. Now, we talked before about the disease<br>42: 7   education program. That involves working with<br>42: 8   consumer groups and also had a media component to it<br>42: 9   as well.<br>42: 10  Q.  Well, you call it public affairs,<br>42: 11  correct?<br>42: 12  A.  That is the name of our department,<br>42: 13  yes.<br>42: 14  Q.  Meaning that you understood that the<br>42: 15  messages that you were issuing would ultimately --<br>42: 16  were ultimately intended to reach the public,<br>42: 17  correct? | 00:00:44 |  |  |
| 21 | 42:20 - 43:2   | Blake, Mary 2005-11-29<br>42: 20  THE WITNESS: Our news releases go to<br>42: 21  the news media who then communicate to the public.<br>42: 22  BY MR. PLACITELLA:<br>42: 23  Q.  The purpose of your reaching the news<br>42: 24  media wasn't so they took the press releases and<br>42: 25  video materials home and put them on -- in a shelf,<br>43: 1   right?<br>43: 2   A.  That is correct. | 00:00:18 |  |  |
| 22 | 43:23 - 44:13  | Blake, Mary 2005-11-29<br>43: 23  Q.  The -- you understood that the<br>43: 24  messages that you were delivering were ultimately<br>43: 25  intended for the public to see, correct?<br>44: 1   A.  Well -- I apologize, it's hard to<br>44: 2   answer the question that way just because, I mean,<br>44: 3   the materials that we create go to the news media,<br>44: 4   who then are responsible for the stories that they<br>44: 5   write, and they have other sources besides Merck.<br>44: 6   So it would be exceedingly rare for a<br>44: 7   news release just to go -- to be seen by the general<br>44: 8   public. It goes to the news media, who then writes<br>44: 9   their stories. So, but, yes, ultimately they go to<br>44: 10  the public --<br>44: 11  Q.  All right. I'll --<br>44: 12  A.  The story is seen by the public, but<br>44: 13  the news release is not necessarily. | 00:00:51 |  |  |
| 23 | 44:14 - 44:16  | Blake, Mary 2005-11-29<br>44: 14  Q.  But the purpose of the news tools<br>44: 15  that we've discussed is to communicate Merck's<br>44: 16  message to the public ultimately, true? | 00:00:13 |  |  |
| 24 | 44:18 - 45:6   | Blake, Mary 2005-11-29<br>44: 18  THE WITNESS: Yes.<br>44: 19  BY MR. PLACITELLA:<br>44: 20  Q.  Okay. And, in fact, you issued your<br>44: 21  press releases online as well, didn't you?<br>44: 22  A.  We distribute our news releases<br>44: 23  through various news wire services. We change them<br>44: 24  during the course of time. And they also appeared<br>44: 25  on Merck.com.<br>45: 1   Q.  Right.<br>45: 2   A.  So --<br>45: 3   Q.  So if somebody was searching for<br>45: 4   Vioxx, let's say, they could very well see your<br>45: 5   press releases on Merck.com, correct?<br>45: 6   A.  They could, yes. | 00:00:34 |  |  |

4

|    |              |                                                                                                          |          | Objections/Responses in Smith | Ruling in Barnett |
|----|--------------|----------------------------------------------------------------------------------------------------------|----------|-------------------------------|-------------------|
| 25 | 45:20 - 45:23 | Blake, Mary 2005-11-29<br>45:20 Q. Okay. And as somebody who worked in<br>45:21 the office of medical/legal, you recognized, did you<br>45:22 not, that all of the tools that we've discussed were<br>45:23 governed by the FDA labeling law, true? | 00:00:20 |                               |                   |
| 26 | 46:1 - 46:17 | Blake, Mary 2005-11-29<br>46:1 THE WITNESS: Yes, I'm familiar with<br>46:2 that.<br>46:3 BY MR. PLACITELLA:<br>46:4 Q. Okay. In other words -- and labeling<br>46:5 includes not just a package insert, it includes your<br>46:6 press releases, your video news releases, anything<br>46:7 you'd give out to the public, right?<br>46:8 A. Well, when I said labeling before, I<br>46:9 was referring specifically to the product<br>46:10 information.<br>46:11 Q. You're aware that your press releases<br>46:12 and other tools were governed by the FDA labeling<br>46:13 law, true?<br>46:14 A. Yes, I'm aware that public affairs<br>46:15 materials are governed by FDA regulations.<br>46:16 Q. Okay. And that law required that all<br>46:17 of your materials be fairly balanced, correct? | 00:00:58 |                               |                   |
| 27 | 46:20 - 46:21 | Blake, Mary 2005-11-29<br>46:20 THE WITNESS: Within FDA regulations,<br>46:21 yes, there's an expectation for fair and balanced. | 00:00:03 |                               |                   |
| 28 | 46:23 - 47:2 | Blake, Mary 2005-11-29<br>46:23 Q. Okay.<br>46:24 A. But, ultimately -- I just do want to<br>46:25 clarify that -- you know, as part of the<br>47:1 medical/legal board review process, I mean, that's<br>47:2 where those decisions get made. | 00:00:09 |                               |                   |
| 29 | 47:7 - 47:11 | Blake, Mary 2005-11-29<br>47:7 Q. Well, you were part of the<br>47:8 medical/legal review, so you had some knowledge<br>47:9 about the regulations that pertain to what was<br>47:10 necessary to comply with the FDA's laws, correct?<br>47:11 A. With -- yes. Within -- | 00:00:14 |                               |                   |
| 30 | 48:5 - 48:12 | Blake, Mary 2005-11-29<br>48:5 A. -- what my job was within the office<br>48:6 of medical/legal.<br>48:7 I was the liaison to the FDA in terms<br>48:8 of sending them promotional materials for their<br>48:9 pre-review, for example, for the products that I<br>48:10 worked on. I reviewed those materials as they came<br>48:11 through, but that was once they had already gone<br>48:12 through medical/legal board. | 00:00:19 |                               |                   |
| 31 | 48:13 - 48:15 | Blake, Mary 2005-11-29<br>48:13 Q. Okay.<br>48:14 A. I was not a sign-off on any<br>48:15 materials. | 00:00:03 |                               |                   |
| 32 | 48:18 - 49:2 | Blake, Mary 2005-11-29<br>48:18 You were generally aware of what the<br>48:19 FDA rules were concerning labeling and public<br>48:20 affairs materials, correct?<br>48:21 A. Generally. But, again, I'm not a<br>48:22 lawyer or doctor.<br>48:23 Q. But that was part of your job to<br>48:24 know, correct?<br>48:25 A. It was part of my job to be familiar<br>49:1 with, but I would not call myself an expert in any<br>49:2 way. | 00:00:21 |                               |                   |
| 33 | 49:6 - 49:10 | Blake, Mary 2005-11-29                                                                                   | 00:00:23 |                               |                   |

|    |                      |                                                                                                                                                                                                                                                                                                                          |          | Objections/Responses in Smith | Ruling in Barnett |
|----|----------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|---|---|
|    | 49: 6<br>49: 7<br>49: 8<br>49: 9<br>49: 10 | Q.   It was part of your job to know and<br>understand what the rules were concerning what you<br>could say and not say in public affairs materials,<br>true?<br>A.   To understand, yes. | | | |
| 34 | 52:14 - 52:20<br>52: 14<br>52: 15<br>52: 16<br>52: 17<br>52: 18<br>52: 19<br>52: 20 | Blake, Mary 2005-11-29<br>Q.   Well, you understand as the director<br>or manager of public affairs that it's your<br>responsibility to make sure, from your perspective,<br>that the information that's contained in your<br>materials that's sent out into the public, that it<br>contains the truth and the whole truth, not half the<br>truth, correct? | 00:00:25 | | |
| 35 | 52:23 - 52:24<br>52: 23<br>52: 24 | Blake, Mary 2005-11-29<br>           THE WITNESS:   Yes, our materials are<br>truthful. I recognize that as our responsibility. | 00:00:01 | | |
| 36 | 54:17 - 54:19<br>54: 17<br>54: 18<br>54: 19 | Blake, Mary 2005-11-29<br>           MR. PLACITELLA:   Let me have this<br>marked as P-1. This is the only one I don't have<br>multiple copies of, so I apologize. | 00:00:07 | | |
| 37 | 54:24 - 55:1<br>54: 24<br>54: 25<br>55: 1 | Blake, Mary 2005-11-29<br>Q.   I'm going to show you what's been<br>marked P-1 for identification and ask you if you<br>have ever seen this before? | 00:00:17 | | |
| 38 | 55:2 - 55:6<br>55: 2<br>55: 3<br>55: 4<br>55: 5<br>55: 6 | Blake, Mary 2005-11-29<br>A.   Okay. I believe that this is a field<br>communication document, but I may be wrong.<br>Q.   Have you ever seen it before?<br>A.   I believe so.<br>Q.   Okay. Can you turn to Page 44. | 00:00:44 | | |
| 39 | 55:7 - 55:13<br>55: 7<br>55: 8<br>55: 9<br>55: 10<br>55: 11<br>55: 12<br>55: 13 | Blake, Mary 2005-11-29<br>A.   Um-hmm. Yes.<br>Q.   See where it says, "General<br>Principles of Promotion"?<br>A.   Um-hmm.<br>Q.   This is a Merck document, by the way,<br>correct?<br>A.   Yes. | 00:00:10 | | |
| 40 | 56:1 - 56:5<br>56: 1<br>56: 2<br>56: 3<br>56: 4<br>56: 5 | Blake, Mary 2005-11-29<br>Q.   Okay. And here it says, "General<br>Principles of Promotion. FDA regulations impose<br>five main principles on promotion."<br>           Do you see that?<br>A.   Yes, I do. | 00:00:10 | | |
| 41 | 57:16 - 58:10<br>57: 16<br>57: 17<br>57: 18<br>57: 19<br>57: 20<br>57: 21<br>57: 22<br>57: 23<br>57: 24<br>57: 25<br>58: 1<br>58: 2<br>58: 3<br>58: 4<br>58: 5<br>58: 6<br>58: 7<br>58: 8<br>58: 9 | Blake, Mary 2005-11-29<br>Q.   It says, "A promotional claim may not<br>be interpreted in a false or misleading manner by a<br>significant minority of prescribers."<br>           Did I read that correctly?<br>A.   Yes.<br>Q.   Okay. It then says, "Inclusion of<br>proper balance. There must be appropriate weight<br>given to all clinically relevant information, that<br>is, the risks and benefits, that can affect a<br>physician's prescribing practices."<br>           Did you understand that to be the<br>case?<br>A.   That's what it says, yes.<br>Q.   Okay. Then it says, "Absence of<br>omissions of relevant information. Promotional<br>material, when taken as a whole, is inadequate if it<br>does not tell the whole truth, i.e., unfavorable<br>information may not be omitted."<br>           Correct? | 00:00:49 | | |

|    |                   |                                                                                    |          | Objections/Responses in Smith | Ruling in Barnett |
|----|-------------------|------------------------------------------------------------------------------------|----------|---|---|
|    | 58: 10            | A.   Yes.                                                                          |          |   |   |
| 42 | 58:17 - 59:2      | Blake, Mary 2005-11-29                                                             | 00:00:31 |   |   |
|    | 58: 17            | Q.   "Support by adequate clinical                                                 |          |   |   |
|    | 58: 18            | studies. Promotion may not promote the product in a                                |          |   |   |
|    | 58: 19            | light more favorable than shown by data obtained                                   |          |   |   |
|    | 58: 20            | from clinical experience."                                                         |          |   |   |
|    | 58: 21            |      Did I read that correctly?                                                    |          |   |   |
|    | 58: 22            | A.   Yes.                                                                          |          |   |   |
|    | 58: 23            | Q.   Did you understand that these were                                            |          |   |   |
|    | 58: 24            | the general principles that guided you in                                          |          |   |   |
|    | 58: 25            | constructing promotional materials for the product                                 |          |   |   |
|    | 59: 1             | Vioxx?                                                                             |          |   |   |
|    | 59: 2             | A.   Yes, I'm familiar with those.                                                 |          |   |   |
| 43 | 60:12 - 60:16     | Blake, Mary 2005-11-29                                                             | 00:00:13 |   |   |
|    | 60: 12            | Q.   So in terms of your understanding, if                                         |          |   |   |
|    | 60: 13            | a company indicates that a drug does not have side                                 |          |   |   |
|    | 60: 14            | effects, when there's credible scientific evidence                                 |          |   |   |
|    | 60: 15            | to the contrary, that would be false and misleading,                               |          |   |   |
|    | 60: 16            | from your understanding?                                                           |          |   |   |
| 44 | 60:19 - 60:22     | Blake, Mary 2005-11-29                                                             | 00:00:04 |   |   |
|    | 60: 19            |      THE WITNESS: From my understanding?                                           |          |   |   |
|    | 60: 20            | BY MR. PLACITELLA:                                                                 |          |   |   |
|    | 60: 21            | Q.   Yes.                                                                          |          |   |   |
|    | 60: 22            | A.   Yes.                                                                          |          |   |   |
| 45 | 62:17 - 62:19     | Blake, Mary 2005-11-29                                                             | 00:00:12 |   |   |
|    | 62: 17            |      One of your missions as it related to                                         |          |   |   |
|    | 62: 18            | the drug Vioxx was to minimize the attention given                                 |          |   |   |
|    | 62: 19            | to heart attack issues, correct?                                                   |          |   |   |
| 46 | 62:22 - 63:7      | Blake, Mary 2005-11-29                                                             | 00:00:47 |   |   |
|    | 62: 22            |      THE WITNESS: One of my                                                        |          |   |   |
|    | 62: 23            | responsibilities as the -- one of the public affairs                               |          |   |   |
|    | 62: 24            | people responsible for Vioxx was once the VIGOR                                    |          |   |   |
|    | 62: 25            | results came out and the media reported again and                                  |          |   |   |
|    | 63: 1             | again on the cardiovascular findings of VIGOR was to                               |          |   |   |
|    | 63: 2             | -- there was so much coverage on the cardiovascular                                |          |   |   |
|    | 63: 3             | findings, to bring that essentially back into                                      |          |   |   |
|    | 63: 4             | balance, because that's what they reported on all                                  |          |   |   |
|    | 63: 5             | the time, and MRL, based on their analysis, didn't                                 |          |   |   |
|    | 63: 6             | believe that to be the case. It was my job to talk                                 |          |   |   |
|    | 63: 7             | about that to the news media.                                                      |          |   |   |
| 48 | 63:12 - 63:18     | Blake, Mary 2005-11-29                                                             | 0:00:12  |   |   |
|    | 63: 12            | Q.   Your mission, yes or no, that you                                             |          |   |   |
|    | 63: 13            | were to accomplish was to minimize the attention                                   |          |   |   |
|    | 63: 14            | given to heart attack issues as it related to Vioxx?                               |          |   |   |
| 49 | 63:17 - 64:2      | Blake, Mary 2005-11-29                                                             | 00:00:24 |   |   |
|    | 63: 17            |      THE WITNESS: I apologize, I wouldn't                                          |          |   |   |
|    | 63: 18            | characterize that as my mission.                                                   |          |   |   |
|    | 63: 19            | BY MR. PLACITELLA:                                                                 |          |   |   |
|    | 63: 20            | Q.   One of your jobs was to convince the                                          |          |   |   |
|    | 63: 21            | world that there was no reason to believe that Vioxx                               |          |   |   |
|    | 63: 22            | caused heart attacks, true?                                                        |          |   |   |
|    | 63: 23            | A.   Based on Merck Research Labs'                                                 |          |   |   |
|    | 63: 24            | assessment, because, you know, they're the ones who                                |          |   |   |
|    | 63: 25            | know the data and understand the data. That was my                                 |          |   |   |
|    | 64: 1             | job to communicate that to the news media, my                                      |          |   |   |
|    | 64: 2             | interactions, but it was based on their assessment.                                |          |   |   |
| 50 | 64:24 - 65:2      | Blake, Mary 2005-11-29                                                             | 00:00:09 |   |   |
|    | 64: 24            | Q.   To convince -- it was your job to                                             |          |   |   |
|    | 64: 25            | tell the news media that there was no reason to                                    |          |   |   |
|    | 65: 1             | believe that Vioxx caused heart attacks, can we                                    |          |   |   |
|    | 65: 2             | agree on that?                                                                     |          |   |   |
| 51 | 65:5 - 65:12      | Blake, Mary 2005-11-29                                                             | 00:00:19 |   |   |
|    | 65: 5             |      THE WITNESS: It was -- well, I mean,                                          |          |   |   |

7

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 65: 6<br>65: 7<br>65: 8<br>65: 9<br>65: 10<br>65: 11<br>65: 12 | it's important to keep in mind that the news media<br>are a highly independent body, and it was my job to<br>convey to them Merck's perspective. Sometimes I did<br>that directly, sometimes we had people from Merck<br>Research Labs who did that, and ultimately reporters<br>put together a complete story based on our<br>perspective as well as others. And that included -- | | | |
| 52 | 65:24 - 65:24<br>65: 24 | Blake, Mary 2005-11-29<br>Q.  Can you answer that question? | 00:00:02 | | Overruled |
| 53 | 66:2 - 66:3<br>66: 2<br>66: 3 | Blake, Mary 2005-11-29<br>THE WITNESS: Yes. With Merck<br>Research Labs. | 0 | | |
| 54 | 67:2 - 67:3<br>67: 2<br>67: 3 | Blake, Mary 2005-11-29<br>MR. PLACITELLA: Can we have this<br>marked P-2 or P-Blake-2, however you want it. | 00:00:04 | 67:2-67:3<br>Def Obj: Irrelevant. Witness's performance review from the year 2000 is irrelevant to Plaintiff because his prescription and usage of Vioxx post dates this time period by almost 2 years. | |
| 55 | 68:2 - 68:11<br>68: 2<br>68: 3<br>68: 4<br>68: 5<br>68: 6<br>68: 7<br>68: 8<br>68: 9<br>68: 10<br>68: 11 | Blake, Mary 2005-11-29<br>THE WITNESS: My responsibility was<br>to interact with the news media, which throughout<br>most of 2000 was a lot of discussion about the<br>cardiovascular findings in the VIGOR trial.<br>BY MR. PLACITELLA:<br>Q.  You keep saying the news media, but<br>your whole point was to get the information that you<br>wanted out to the public, you didn't do it just so<br>the news media was going to take it home and put it<br>on a shelf, right? | 00:00:22 | | |
| 56 | 68:14 - 69:7<br>68: 14<br>68: 15<br>68: 16<br>68: 17<br>68: 18<br>68: 19<br>68: 20<br>68: 21<br>68: 22<br>68: 23<br>68: 24<br>68: 25<br>69: 1<br>69: 2<br>69: 3<br>69: 4<br>69: 5<br>69: 6<br>69: 7 | Blake, Mary 2005-11-29<br>THE WITNESS: As a public affairs<br>person, I mean, the news media is who I interact<br>with. I don't interact with the general public.<br>So, I mean, that's -- that's where interactions<br>were. Yes, they communicate to the broader public,<br>but they are the ones who have complete control over<br>what it is that they report. It's my job to convey<br>to them Merck's perspective.<br>BY MR. PLACITELLA:<br>Q.  Right. And that's my point. But<br>your hope was that in communicating to the news<br>media, they would communicate your message, in turn,<br>to the public, true?<br>A.  Yes.<br>Q.  Okay. Now, I want to show you P-2.<br>This is your performance review form?<br>A.  Um-hmm.<br>Q.  Do you recognize this?<br>A.  Yes. | 00:01:04 | Re: 69:3-69:7<br>69:19-69:22<br>70:8-70:19<br>Def Obj: Irrelevant. Testimony relates to witness's 2000 performance review regarding her duties in responding to the VIGOR study in the year 2000. Her job activities and performance review for 2000 are irrelevant to Mr. Smith because his prescription and usage of Vioxx post dates this time period by almost 2 years. | |
| 57 | 69:19 - 69:22<br>69: 19<br>69: 20<br>69: 21<br>69: 22 | Blake, Mary 2005-11-29<br>Q.  Here it says that for the year 2000,<br>your accomplishments concerning the VIGOR study were<br>-- included minimizing the attention to heart attack<br>issues, correct? | 00:00:17 | | |
| 58 | 70:8 - 70:19<br>70: 8<br>70: 9<br>70: 10<br>70: 11<br>70: 12<br>70: 13<br>70: 14<br>70: 15<br>70: 16<br>70: 17<br>70: 18<br>70: 19 | Blake, Mary 2005-11-29<br>Q.  See where it says, "Accomplishments<br>include" and then underneath it, it says "VIGOR"?<br>Do you see where it says "VIGOR"?<br>A.  Yes. I'm sorry, that was the<br>paragraph I was reading.<br>Q.  Okay. And part of your<br>accomplishment, which meant your mission, right, was<br>to minimize the attention to heart attack issues,<br>correct?<br>A.  Well, it does include that language,<br>yes, but this is done at the end of the year, not at<br>the beginning of the year. | 00:00:25 | | |

|    |              |                                                                                      |          | Objections/Responses in Smith | Ruling in Barnett |
|----|--------------|--------------------------------------------------------------------------------------|----------|-------------------------------|-------------------|
| 59 | 70:21 - 71:6 | Blake, Mary 2005-11-29<br>70: 21  A.   So when -- well, when you talk about<br>70: 22       mission, that implies that it started at the<br>70: 23       beginning of the year. And this was written at the<br>70: 24       end of 2000, after almost all of the media coverage<br>70: 25       was around the cardiovascular findings from the<br>71: 1         VIGOR trial.<br>71: 2              So it was my job to include Merck's<br>71: 3         perspective in those stories based on what Merck<br>71: 4         Research Labs said, bringing it from the point of<br>71: 5         overemphasis. So I think where it talks about<br>71: 6         balanced coverage, I mean, that was really the goal. | 00:00:32 | Re:70:21-71:6<br>71:7-71:14<br>Def Obj: Irrelevant. Testimony relates to witness's 2000 performance review regarding her duties in responding to the VIGOR study in the year 2000. Her job activities and performance review for 2000 are irrelevant to Mr. Smith because his prescription and usage of Vioxx post dates this time period by almost 2 years. | Overrule |
| 60 | 71:7 - 71:14 | Blake, Mary 2005-11-29<br>71: 7  Q.   All right. Let me ask the question<br>71: 8         again this way. The ultimate success in your job as<br>71: 9         it related to heart attack issues and Vioxx was to<br>71: 10       keep it out of the news altogether, correct?<br>71: 11 A.   No, I wouldn't characterize it in<br>71: 12       that way, no.<br>71: 13 Q.   Okay. So one of your accomplishments --<br>71: 14 A.   I'm sorry, can I finish? | 00:00:27 | | |
| 61 | 71:18 - 71:25 | Blake, Mary 2005-11-29<br>71: 18 Q.   Go ahead.<br>71: 19 A.   Because almost all of the media<br>71: 20       coverage about Vioxx in the year 2000 was around the<br>71: 21       cardiovascular findings from VIGOR. I often tried<br>71: 22       to talk to reporters about the GI findings from<br>71: 23       VIGOR, but really their attention was all on the<br>71: 24       cardiovascular findings. So it was getting it<br>71: 25       balanced. | 00:00:16 | Re: 71:18-71:25<br>72:1-72:12<br>72:15-72:24<br>73:1-73:5<br>Def Obj: Irrelevant. Testimony relates to witness's 2000 performance review regarding her duties in responding to the VIGOR study in the year 2000. Her job activities and performance review for 2000 are irrelevant to Mr. Smith because his prescription and usage of Vioxx post dates this time period by almost 2 years. | |
| 62 | 72:1 - 72:12 | Blake, Mary 2005-11-29<br>72: 1  Q.   Okay. And every time they asked you<br>72: 2         a question, your job was to tell them no, Vioxx does<br>72: 3         not cause heart attacks, and we have the proof,<br>72: 4         right?<br>72: 5  A.   Based on Merck Research Labs'<br>72: 6         assessment.<br>72: 7  Q.   Correct?<br>72: 8  A.   That was Merck Research Labs'<br>72: 9         assessment, yes.<br>72: 10 Q.   So -- and do you track, by the way,<br>72: 11       for the first year the number of media impressions<br>72: 12       where the Merck message got out? | 00:00:23 | | |
| 63 | 72:15 - 72:24 | Blake, Mary 2005-11-29<br>72: 15           THE WITNESS: It's hard to track. We<br>72: 16       do sometimes try and track that type. Certainly for<br>72: 17       the year 2000, for Vioxx, that would have been very<br>72: 18       hard because there was so much coverage of the VIGOR<br>72: 19       study.<br>72: 20 BY MR. PLACITELLA:<br>72: 21 Q.   You had never heard that there were<br>72: 22       at least a million -- a billion media impressions<br>72: 23       related to Vioxx with Merck's message in the year<br>72: 24       2000? | 00:00:19 | | |
| 64 | 73:1 - 73:9  | Blake, Mary 2005-11-29<br>73: 1           THE WITNESS: Well, actually, it<br>73: 2         wouldn't -- most of the media coverage in 2000 was<br>73: 3         around cardiovascular findings from VIGOR, if I<br>73: 4         remember correctly. That's certainly what it felt<br>73: 5         like.<br>73: 6  BY MR. PLACITELLA:<br>73: 7  Q.   A billion impressions, had you ever<br>73: 8         heard that? | 00:00:14 | | |

|  |  |  | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
|  | 73: 9 | A. I've heard that before, yes. | | | |
| 65 | **74:2 - 74:5** | Blake, Mary 2005-11-29 | 00:00:12 | | |
|  | 74: 2 | Q. In fact, it was the Merck message for | | | |
|  | 74: 3 | the billion media impressions, whenever asked, that | | | |
|  | 74: 4 | Vioxx does not cause heart attacks, correct? | | | |
|  | 74: 5 | A. That was Merck Research Labs, yes. | | | |