## Smith v. Merck & Co., Inc.
## Deposition Designations for Tom Cannell

|   |   |   | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| 1 | 9:3 - 9:5 | Cannell, Tom 2005-12-15 | 00:00:05 | | |
| | 9: 3 | Q: Do you want to state your name for the | | | |
| | 9: 4 | record, please. | | | |
| | 9: 5 | A: My name is Tom Cannell. | | | |
| 2 | 11:20 - 12:5 | Cannell, Tom 2005-12-15 | 00:00:37 | | |
| | 11: 20 | Q: And at one time you were the executive | | | |
| | 11: 21 | marketing director for Vioxx for Merck? | | | |
| | 11: 22 | A: That's right. | | | |
| | 11: 23 | Q: At what time period were you the executive | | | |
| | 11: 24 | marketing director for Merck on Vioxx? | | | |
| | 11: 25 | A: From approximately mid February of 2001 to | | | |
| | 12: 1 | December of 2002. | | | |
| | 12: 2 | Q: What were your duties as the executive | | | |
| | 12: 3 | marketing director for Vioxx on behalf of Merck? | | | |
| | 12: 4 | A: I was responsible for our direct to consumer | | | |
| | 12: 5 | promotion and for our physician promotion. | | | |
| 3 | 17:7 - 17:17 | Cannell, Tom 2005-12-15 | 00:01:35 | | |
| | 17: 7 | Q: Now, Exhibit Number 1 is Merck's code of | | | |
| | 17: 8 | conduct, which is a booklet created by Merck regarding | | | |
| | 17: 9 | their values and standards, correct? | | | |
| | 17: 10 | A: That's correct. Can I just take one moment | | | |
| | 17: 11 | to -- | | | |
| | 17: 12 | Q: Yeah. Go ahead and read it. Have you read | | | |
| | 17: 13 | it? | | | |
| | 17: 14 | A: I glanced through it, yes. | | | |
| | 17: 15 | Q: You are familiar with the Merck code of | | | |
| | 17: 16 | conduct, correct? | | | |
| | 17: 17 | A: I am familiar with this. | | | |
| 4 | 18:18 - 20:2 | Cannell, Tom 2005-12-15 | 00:01:56 | | |
| | 18: 18 | Q: Do you see there is a section entitled honest | | | |
| | 18: 19 | communication? | | | |
| | 18: 20 | A: (Nodding head.) | | | |
| | 18: 21 | Q: And first of all, let me ask you this. As | | | |
| | 18: 22 | the executive marketing director for Vioxx and as a vice | | | |
| | 18: 23 | president, related to sales duties and marketing duties | | | |
| | 18: 24 | for Vioxx, did you follow this practice of honest | | | |
| | 18: 25 | communication? | | | |
| | 19: 1 | A: Yes. We did and I did. | | | |
| | 19: 2 | Q: And looking at the first sentence under | | | |
| | 19: 3 | honest communication does it say, 'Lives depend not only | | | |
| | 19: 4 | on the quality of our products and services but also on | | | |
| | 19: 5 | the quality of the information we provide to the medical | | | |
| | 19: 6 | community and general public'? Did I read that right? | | | |
| | 19: 7 | A: Yes, you did. | | | |
| | 19: 8 | Q: Then does it say, 'Information furnished to | | | |
| | 19: 9 | our customers about our products and services including | | | |
| | 19: 10 | availability and delivery must be useful, accurate, | | | |
| | 19: 11 | supported by scientific evidence where relevant and | | | |
| | 19: 12 | presented honestly, fairly and by proper means'? Did I | | | |
| | 19: 13 | read that right? | | | |
| | 19: 14 | A: Yes, you did. | | | |
| | 19: 15 | Q: And is there a term used in sales and | | | |
| | 19: 16 | marketing in your business called a fair comment or a | | | |
| | 19: 17 | fairness in communication? | | | |
| | 19: 18 | A: Fair balance is -- | | | |
| | 19: 19 | Q: Fair balance? | | | |
| | 19: 20 | A: Yes, there is. | | | |

|   |   |   |   |   | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|---|
|   | 19:21 |   | Q: What does that refer to, for the jury's sake? |   |   |   |
|   | 19:22 |   | A: When we discuss a product with a customer, |   |   |   |
|   | 19:23 |   | the basis for that discussion is the package insert or |   |   |   |
|   | 19:24 |   | package circular. And the expectation of the FDA and the |   |   |   |
|   | 19:25 |   | expectation of Merck is that there be a balanced |   |   |   |
|   | 20:1 |   | discussion where we not only talk about the benefits of |   |   |   |
|   | 20:2 |   | the product but also safety and tolerability information. |   |   |   |
| 5 | 20:15 - 20:18 |   | Cannell, Tom 2005-12-15 | 00:00:17 |   |   |
|   | 20:15 |   | Q: Now, when you communicated to doctors and to |   |   |   |
|   | 20:16 |   | consumers about Vioxx, did you also have a duty to tell |   |   |   |
|   | 20:17 |   | the consumers about the cardiovascular risks which |   |   |   |
|   | 20:18 |   | included heart attacks and strokes? |   |   |   |
| 6 | 22:12 - 22:16 |   | Cannell, Tom 2005-12-15 | 00:00:28 |   |   |
|   | 22:12 |   | THE WITNESS: When we through promotion |   |   |   |
|   | 22:13 |   | talked to consumers or talked to physicians, talked to |   |   |   |
|   | 22:14 |   | doctors about Vioxx, we were obligated to give a balanced |   |   |   |
|   | 22:15 |   | presentation of Vioxx based on the package circular of |   |   |   |
|   | 22:16 |   | the brand. |   |   |   |
| 7 | 32:14 - 32:20 |   | Cannell, Tom 2005-12-15 | 00:00:17 |   |   |
|   | 32:14 |   | Q: Is there any letter that you ever received |   |   |   |
|   | 32:15 |   | from the FDA that said you cannot discuss the VIGOR |   |   |   |
|   | 32:16 |   | results with treating doctors and prescribing doctors |   |   |   |
|   | 32:17 |   | pending a new label? |   |   |   |
|   | 32:18 |   | A: I don't recall that letter. |   | Overruled | |
|   | 32:19 |   | Q: There was no letter, correct? |   |   |   |
|   | 32:20 |   | A: Not that I am aware of. |   |   |   |
| 8 | 47:18 - 48:5 |   | Cannell, Tom 2005-12-15 | 00:02:00 | Re: 47:18-50:24 | Overruled. |
|   | 47:18 |   | Q: Okay. Let's move on here. So this is |   | **Def Obj**: Hearsay; |   |
|   | 47:19 |   | Exhibit Number 6. And for the record, it begins at Bates |   | irrelevant; prejudicial |   |
|   | 47:20 |   | number MRK ADG 0057776, correct? That's the Bates |   |   |   |
|   | 47:21 |   | number? |   |   |   |
|   | 47:22 |   | A: Are you asking me? |   |   |   |
|   | 47:23 |   | Q: 7776? |   |   |   |
|   | 47:24 |   | A: Yes. That's correct. |   |   |   |
|   | 47:25 |   | Q: Just for the record, this is a Tom Cannell |   |   |   |
|   | 48:1 |   | Power Point, right? |   |   |   |
|   | 48:2 |   | A: This is a presentation with my name. I'm not |   |   |   |
|   | 48:3 |   | sure if this is Power Point or not. |   |   |   |
|   | 48:4 |   | Q: It's a presentation? |   |   |   |
|   | 48:5 |   | A: Yeah. |   |   |   |
| 9 | 50:8 - 50:16 |   | Cannell, Tom 2005-12-15 | 00:00:51 |   |   |
|   | 50:8 |   | Q: And let's back up to 7793. So your core |   |   |   |
|   | 50:9 |   | messages are tied to marketing strategy, correct? |   |   |   |
|   | 50:10 |   | A: That's correct. That's what it says here. |   |   |   |
|   | 50:11 |   | Q: Attributes known to impact prescribing, |   |   |   |
|   | 50:12 |   | ensures consistency of promotional campaign, allows for |   |   |   |
|   | 50:13 |   | refreshed reasons to believe. Continuing on, powerful |   |   |   |
|   | 50:14 |   | pain relief, chronic efficacy for OA and RA, proven GI |   |   |   |
|   | 50:15 |   | risk reduction, elderly safety data. Does that complete |   |   |   |
|   | 50:16 |   | your core messages? |   |   |   |
| 10 | 50:18 - 50:24 |   | Cannell, Tom 2005-12-15 | 00:00:13 |   |   |
|   | 50:18 |   | THE WITNESS: I don't recall them. That |   |   |   |
|   | 50:19 |   | is what's on this document. |   |   |   |
|   | 50:20 |   | BY MR. ROBINSON: |   |   |   |
|   | 50:21 |   | Q: And nowhere in your core messages is there |   |   |   |
|   | 50:22 |   | mention of the potential for cardiovascular risks, |   |   |   |
|   | 50:23 |   | correct? |   |   |   |
|   | 50:24 |   | A: That's correct. |   |   |   |
| 11 | 51:11 - 51:12 |   | Cannell, Tom 2005-12-15 | 00:00:13 |   |   |

2

| # | Designation | Deposition | Duration | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 51: 11<br>51: 12 | Q: Isn't it true that you actually looked at the<br>cardiovascular risks as an obstacle to sales? | | | |
| 12 | **51:14 - 51:24**<br>51: 14<br>51: 15<br>51: 16<br>51: 17<br>51: 18<br>51: 19<br>51: 20<br>51: 21<br>51: 22<br>51: 23<br>51: 24 | Cannell, Tom 2005-12-15<br>THE WITNESS: I don't — I don't recall<br>characterizing that -- Physicians had questions about<br>cardiovascular data for Vioxx and we would answer those<br>questions. This is after the label change. So now we<br>are answering them completely using the VIGOR data that's<br>in the package circular.<br>BY MR. ROBINSON:<br>Q: But Merck and you as executive director of<br>marketing looked at the cardiovascular risk issues and<br>questions from prescribers as, quote, obstacles, end<br>quote, correct? | 00:00:31 | | Overruled |
| 13 | **52:1 - 52:3**<br>52: 1<br>52: 2<br>52: 3 | Cannell, Tom 2005-12-15<br>THE WITNESS: I don't recall using that<br>term. But the fact is there were questions being raised<br>by doctors. | 00:00:05 | | |
| 14 | **52:10 - 52:17**<br>52: 10<br>52: 11<br>52: 12<br>52: 13<br>52: 14<br>52: 15<br>52: 16<br>52: 17 | Cannell, Tom 2005-12-15<br>Q: Let's take a look here. We will stay on<br>Exhibit Number 6 but I want you to look at Exhibit Number<br>7. Here is Exhibit Number 7. Exhibit Number 7 is an<br>e-mail from you to Antonia Sisti, correct?<br>A: That's correct.<br>Q: And copies going to Maureen Christiano and<br>Tyrus Barker, right?<br>A: That's correct. | 00:00:50 | **Re: 52:10-54:5**<br>**Def Obj**: Hearsay; irrelevant. | Overruled. |
| 15 | **53:9 - 53:22**<br>53: 9<br>53: 10<br>53: 11<br>53: 12<br>53: 13<br>53: 14<br>53: 15<br>53: 16<br>53: 17<br>53: 18<br>53: 19<br>53: 20<br>53: 21<br>53: 22 | Cannell, Tom 2005-12-15<br>Q: Let's read what your e-mail says, which is<br>Exhibit Number 7. You say, 'I think three, two, one, go<br>would work.' Did I read that right?<br>A: Yes, you did.<br>Q: And then you say, 'Three are the strengths we<br>have; one, efficacy; two, proven GI outcomes; and three,<br>cost.' Did I read that right?<br>A: Yes, you did.<br>Q: And then you say, 'Two are the obstacles we<br>need to be able to handle confidently; one, CV; and two,<br>hypertension.' Did I read that right?<br>A: Yes, you did.<br>Q: And by CV, that's cardiovascular risk,<br>correct? | 00:00:37 | | |
| 16 | **53:24 - 54:2**<br>53: 24<br>53: 25<br>54: 1<br>54: 2 | Cannell, Tom 2005-12-15<br>THE WITNESS: CV stands for cardiovascular<br>questions.<br>BY MR. ROBINSON:<br>Q: You looked at that as an obstacle, correct? | 00:00:07 | | Overruled |
| 17 | **54:4 - 54:5**<br>54: 4<br>54: 5 | Cannell, Tom 2005-12-15<br>THE WITNESS: Right. We use the term<br>obstacle and question interchangeably. | 00:00:04 | | |
| 18 | **60:14 - 60:24**<br>60: 14<br>60: 15<br>60: 16<br>60: 17<br>60: 18<br>60: 19<br>60: 20<br>60: 21 | Cannell, Tom 2005-12-15<br>Q: Has somebody discussed with you the idea that<br>maybe you should change the word obstacle to question<br>before we sat here for this deposition?<br>A: I have never heard anyone say that. I can<br>tell you that since I started with Merck in 1987,<br>question and obstacle were always used interchangeably.<br>Q: Well, I mean, there were questions regarding<br>efficacy, correct, of the drug? | 00:00:38 | **Re: 60:14-62:4**<br>**Def Obj**: Foundation; Argumentative | Overruled. |

| | | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|---|
| | 60: 22 | | A: There were -- There was a lot of discussion | | | |
| | 60: 23 | | about efficacy. | | | |
| | 60: 24 | | Q: But you don't call that an obstacle, do you? | | | |
| 19 | 61:1 - 61:2 | | Cannell, Tom 2005-12-15 | 00:00:05 | | |
| | 61: 1 | | THE WITNESS: As you saw, efficacy is | | | |
| | 61: 2 | | actually referred to as a core message in this document. | | | |
| 20 | 62:4 - 62:4 | | Cannell, Tom 2005-12-15 | 00:00:01 | | |
| | 62: 4 | | Q: It's not an obstacle? | | | |
| 21 | 62:6 - 62:6 | | Cannell, Tom 2005-12-15 | 00:00:01 | Re: 62:6-62:6 | Overruled. |
| | 62: 6 | | THE WITNESS: It's a core message. | | Def Obj: Hearsay | |
| 22 | 63:10 - 63:11 | | Cannell, Tom 2005-12-15 | 00:00:24 | Re: 63:10-64:5 | Overruled. |
| | 63: 10 | | Q: I want to go back to this presentation. | | Def Obj: Hearsay; irrelevant. | |
| | 63: 11 | | MR. ROBINSON: I think that's Exhibit 6. | | | |
| 23 | 63:21 - 63:25 | | Cannell, Tom 2005-12-15 | 00:00:26 | | |
| | 63: 21 | | Q: Yes. In your core messages regarding Vioxx, | | | |
| | 63: 22 | | you talk about marketing strategy. You talk about | | | |
| | 63: 23 | | powerful pain relief, chronic efficacy, proven GI risk, | | | |
| | 63: 24 | | elderly safety data. But you do not talk about the | | | |
| | 63: 25 | | cardiovascular issue, correct? | | | |
| 24 | 64:2 - 64:5 | | Cannell, Tom 2005-12-15 | 00:00:11 | | |
| | 64: 2 | | THE WITNESS: The core messages do not | | | |
| | 64: 3 | | reference cardiovascular. However, the expectation is | | | |
| | 64: 4 | | that representatives would deliver a balanced discussion | | | |
| | 64: 5 | | consistent with the PI. | | | |
| 25 | 64:24 - 64:25 | | Cannell, Tom 2005-12-15 | 00:00:05 | Re: 64:24-64:45 | Overruled. |
| | 64: 24 | | Q: But one of your messages was elderly safety | | Def Obj: Question fragment, does not include answer. | |
| | 64: 25 | | data, right? | | | |
| 26 | 65:10 - 65:16 | | Cannell, Tom 2005-12-15 | 00:00:29 | | |
| | 65: 10 | | Q: Are you aware from your work at Merck or from | | | |
| | 65: 11 | | your reading of any literature on MIs and strokes that | | | |
| | 65: 12 | | older people are at a higher risk for heart attack and | | | |
| | 65: 13 | | stroke than younger people? | | | |
| | 65: 14 | | A: Yes. I believe -- it's my understanding that | | | |
| | 65: 15 | | older people are sometimes at an increased risk of | | | |
| | 65: 16 | | certain cardiovascular events than younger people. | | | |
| 27 | 80:20 - 81:4 | | Cannell, Tom 2005-12-15 | 00:00:51 | Re: 80:20-81:4 | Overruled. |
| | 80: 20 | | Q: Now let's go to Bates number MRK ADG 57804. | | Def Obj: Hearsay; irrelevant. | |
| | 80: 21 | | Let's go back to -- Let's go back to 802. So this is | | | |
| | 80: 22 | | going to be for the sales reps, right? | | | |
| | 80: 23 | | A: This is a draft of a deck that I used in | | | |
| | 80: 24 | | presentations to either sales representatives or | | | |
| | 80: 25 | | managers. I don't recall what level. | | | |
| | 81: 1 | | Q: But you're telling them at page 802 -- you're | | | |
| | 81: 2 | | saying, 'Product knowledge. Know the PIs,' which is the | | | |
| | 81: 3 | | package insert, right? | | | |
| | 81: 4 | | A: That's correct. | | | |
| 28 | 82:1 - 82:3 | | Cannell, Tom 2005-12-15 | 00:00:12 | Re: 82:1-82:12 | Overruled. |
| | 82: 1 | | Q: And then what you're doing is you're telling | | Def Obj: Mischaracterizes the evidence; hearsay; irrelevant. | |
| | 82: 2 | | them to discern between the different parts of the FDA | | | |
| | 82: 3 | | labeling guidelines, right? | | | |
| | 82:5 - 82:12 | | Cannell, Tom 2005-12-15 | 00:00:25 | | |
| | 82: 5 | | THE WITNESS: What we did here is we | | | |
| | 82: 6 | | actually took excerpts from the FDA Web site that | | | |
| | 82: 7 | | describe the different sections of the label. | | | |
| | 82: 8 | | BY MR. ROBINSON: | | | |

| # | Range | Source | Time | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 82:9-82:12 | Q: So what's going on here is this, is you have -- For example, 57803 is sort of a portion of the definition of contraindications; is that right?<br>A: From the FDA Web site. That's correct. | | | Overruled |
| 30 | 83:8 - 84:2 | Cannell, Tom 2005-12-15<br>Q: Well, for example, I'm reading from your own presentation under contraindications. You say, 'Contraindications. Description of situations in which the drug should not be used because the risk of use outweighs any possible benefit.' Did I read that right?<br>A: Yes, you did.<br>Q: Then for warnings you say to the sales reps and marketing managers, 'Description of serious adverse reactions and potential safety hazards, subsequent limitation in use and steps that should be taken if they occur.' Did I read that right?<br>A: Yes, you did.<br>Q: Then under precautions you say, 'Information regarding any special care to be exercised for the safe and effective use of the drug includes general precautions and information for patients on drug interactions, carcinogenesis, mutagenesis, pregnancy rating, labor and deliver, nursing mothers and pediatric news.' Did I read that right?<br>A: Yes, you did. | 00:01:03 | Re: 83:8-84:2<br>Def Obj: Hearsay; irrelevant. | Overruled. |
| 31 | 88:1 - 88:7 | Cannell, Tom 2005-12-15<br>Q: Yeah. In other words, what you are telling your salespeople is that they should know the difference between precautions, warnings and contraindications sections of the label to point out to the doctors that the FDA only required some language about VIGOR in the precautions section and not the warnings or the contraindications section, correct? | 00:00:28 | Re: 88:1-88:7<br>Def Obj: Mischaracterizes the evidence; hearsay; irrelevant. | Overruled. |
| 32 | 88:9 - 88:13 | Cannell, Tom 2005-12-15<br>THE WITNESS: No, that's not correct. I mean, we're teaching our representatives to use the label, the package circular as the basis for their discussions regarding Vioxx, which is what we have been talking about this morning. | 00:00:14 | | |
| 33 | 90:8 - 90:11 | Cannell, Tom 2005-12-15<br>Q: The -- I want to make it clear now. You are saying that you agree that the cardiovascular risk VIGOR language was not in the contraindication or warning section of the April 2002 label? | 00:00:20 | | |
| 34 | 90:13 - 90:21 | Cannell, Tom 2005-12-15<br>THE WITNESS: I'm saying Vioxx did not increase the risk, the cardiovascular risk. I'm saying there was cardiovascular data from VIGOR in at least the clinical studies section as well as the precaution section.<br>BY MR. ROBINSON:<br>Q: But it wasn't in the contraindication or warnings section, right?<br>A: Not that I recall. | 00:00:15 | | |