**Smith v. Merck & Co., Inc.**
**Deposition Designations for Edward Scolnik**

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| 1 | **102:17 - 102:22** | Scolnick E 20030130 | 00:00:24 | | |
| | 102: 17 | Merck Research Labs publishes the Merck | | | |
| | 102: 18 | Manual, does it not? | | | |
| | 102: 19 | A.   The Merck Manual is published by a group | | | |
| | 102: 20 | of people who publish the Merck Manuals, and I'm not | | | |
| | 102: 21 | certain at this point, organizationally, where that | | | |
| | 102: 22 | group actually sits. | | | |
| 2 | **104:2 - 106:3** | Scolnick E 20030130 | 00:01:50 | | |
| | 104: 2 | Q.   Doctor, I asked before we broke if you | | | |
| | 104: 3 | were familiar with the Merck Manual. | | | |
| | 104: 4 | A.   Yes, I am. | | | |
| | 104: 5 | Q.   Okay.  And are you familiar with | | | |
| | 104: 6 | Dr. Robert Berkow? | | | |
| | 104: 7 | A.   I was familiar with Dr. Robert Berkow. | | | |
| | 104: 8 | Q.   Is Dr. Berkow -- is Dr. Berkow passed | | | |
| | 104: 9 | away? | | | |
| | 104: 10 | A.   I believe he's retired. | | | |
| | 104: 11 | Q.   He's retired? | | | |
| | 104: 12 | A.   Many years since he was head of the | | | |
| | 104: 13 | Merck Manual.  I don't recall the exact time, how | | | |
| | 104: 14 | many. | | | |
| | 104: 15 | Q.   Okay.  What was -- prior to his | | | |
| | 104: 16 | retirement, what was Dr. Berkow's position at Merck | | | |
| | 104: 17 | Research Labs? | | | |
| | 104: 18 | A.   To the best of my recollection, he was | | | |
| | 104: 19 | in charge of the publication of the Merck Manual, and | | | |
| | 104: 20 | that was his primary role. | | | |
| | 104: 21 | Q.   Okay.  Is your -- in your position -- | | | |
| | 104: 22 | well, let me back up. | | | |
| | 104: 23 | Did he retire from Merck Research Labs | | | |
| | 104: 24 | after you took over as president of Merck Research | | | |
| | 104: 25 | Labs? | | | |
| | 105: 1 | A.   Yes, I believe that he did. | | | |
| | 105: 2 | Q.   Okay. | | | |
| | 105: 3 | A.   Yes. | | | |
| | 105: 4 | Q.   How much overlap was there? | | | |
| | 105: 5 | Do you know when he retired? | | | |
| | 105: 6 | A.   I don't recall exactly when he retired. | | | |
| | 105: 7 | There were several years of overlap. | | | |
| | 105: 8 | Q.   Okay. | | | |
| | 105: 9 | Did you -- did you have interaction with | | | |
| | 105: 10 | him while he was with Merck Research Labs? | | | |
| | 105: 11 | A.   A few occasions, very few. | | | |
| | 105: 12 | Q.   As a president of Merck Research Labs, | | | |
| | 105: 13 | did you have any oversight on the Merck Manual? | | | |
| | 105: 14 | A.   No, none whatsoever. | | | |
| | 105: 15 | Q.   Did you have any input at all? | | | |
| | 105: 16 | A.   No, not to the best of my recollection. | | | |
| | 105: 17 | Q.   To your recollection -- your | | | |
| | 105: 18 | recollection, did you and Dr. Berkow ever speak about | | | |
| | 105: 19 | anything at Merck -- anything, at any time, about the | | | |
| | 105: 20 | Merck Manual or the publication or inclusion of | | | |
| | 105: 21 | information in the Merck Manual? | | | |
| | 105: 22 | A.   I don't recall any conversations with | | | |
| | 105: 23 | Dr. Berkow about the content of any specific item | | | |
| | 105: 24 | published in the Merck Manual. | | | |
| | 105: 25 | Q.   Okay. | | | |
| | 106: 1 | Let me review with you the foreword of | | | |
| | 106: 2 | that book, and I want to ask you just some general | | | |
| | 106: 3 | questions first about the -- about the manual. | | | |
| 3 | **107:3 - 107:10** | Scolnick E 20030130 | 00:00:33 | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 107: 3 | I will represent that Exhibit Number 3 | | | |
| | 107: 4 | is a copy of the front cover the book, the | | | |
| | 107: 5 | publisher's page, the list of contributors of the | | | |
| | 107: 6 | Merck Manual, Sixteenth Edition, publish date 1992, | | | |
| | 107: 7 | Library of Congress catalog card number, 1-31760, and | | | |
| | 107: 8 | that all pages that are stapled together as Exhibit | | | |
| | 107: 9 | Number 3 came directly from the Sixteenth Edition of | | | |
| | 107: 10 | the Merck Manual. | | | |
| 4 | 107:16 - 108:10 | Scolnick E 20030130 | 00:00:47 | | |
| | 107: 16 | Q.   Let me go to the foreword with you, | | | |
| | 107: 17 | Doctor. | | | |
| | 107: 18 | A.   Uh-huh, yes. | | | |
| | 107: 19 | Q.   First of all, have you ever used the | | | |
| | 107: 20 | Merck Manual as a reference? | | | |
| | 107: 21 | A.   I can't say that I've never used it, but | | | |
| | 107: 22 | it's been rare that I've ever looked at it. | | | |
| | 107: 23 | Q.   But it's not disputed that Merck | | | |
| | 107: 24 | Research Labs and Merck & Company puts this out for | | | |
| | 107: 25 | use by physicians, nurses or by the general public? | | | |
| | 108: 1 | It's sold to the general public, is it not? | | | |
| | 108: 2 | A.   I believe it's sold to the general | | | |
| | 108: 3 | public. | | | |
| | 108: 4 | Q.   Okay. | | | |
| | 108: 5 | I want you to follow down with me about | | | |
| | 108: 6 | four lines before the end of the first paragraph, | | | |
| | 108: 7 | okay, where it starts the sentence, "Today." | | | |
| | 108: 8 | Tell me if I read this correctly. | | | |
| | 108: 9 | "Today, the manual is one of the most widely used | | | |
| | 108: 10 | medical texts in the world." | | | |
| 5 | 109:6 - 109:19 | Scolnick E 20030130 | 00:00:32 | | |
| | 109: 6 | Q.   Okay.  Tell me if I read this correctly. | | | |
| | 109: 7 | "Today, the manual is the most widely | | | |
| | 109: 8 | used medical text in the world.  While the book has | | | |
| | 109: 9 | grown to about 2800 pages, its primary purpose | | | |
| | 109: 10 | remains the same, to provide useful clinical | | | |
| | 109: 11 | information to practicing physicians, medical | | | |
| | 109: 12 | students, interns, residents and other health care | | | |
| | 109: 13 | professionals." | | | |
| | 109: 14 | A.   You've accurately read it. | | | |
| | 109: 15 | Q.   Okay. | | | |
| | 109: 16 | And as a publication from the company | | | |
| | 109: 17 | that you're with, is this -- do you -- can I take | | | |
| | 109: 18 | this to be a statement from the company that this is | | | |
| | 109: 19 | what they're claiming this book to be? | | | |
| 6 | 109:20 - 109:21 | Scolnick E 20030130 | 00:00:05 | | |
| | 109: 20 | MR. MAYER:  You're asking him about this | | | |
| | 109: 21 | 1992 edition? | | | |
| 7 | 109:22 - 110:9 | Scolnick E 20030130 | 00:00:37 | | |
| | 109: 22 | MR. MICELI:  Well, I'm going to go in | | | |
| | 109: 23 | and talk about the 1999 one in a bit, but this is all | | | |
| | 109: 24 | we're talking about right now. | | | |
| | 109: 25 | A.   Well, the Merck -- the group that | | | |
| | 110: 1 | publishes the Merck Manual is part of Merck & | | | |
| | 110: 2 | Company. | | | |
| | 110: 3 | I can't go beyond that in my statement | | | |
| | 110: 4 | with regard to Merck's guaranteeing or endorsing what | | | |
| | 110: 5 | is in the Merck Manual.  Merck is a company. | | | |
| | 110: 6 | Q.   I'm not asking for any guarantees, but | | | |
| | 110: 7 | what I'm -- you, as a former executive, and now | | | |
| | 110: 8 | you're the president -- | | | |
| | 110: 9 | A.   Emeritus. | | | |
| 8 | 110:10 - 110:21 | Scolnick E 20030130 | 00:00:30 | | |
| | 110: 10 | Q.   -- emeritus of Merck Research Labs | | | |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

```
110: 11    and -- do you still have your Board position with
110: 12    them?
110: 13    A.   No, I am no longer a Board member.
110: 14    Q.   And are you any longer an executive vice
110: 15    president?
110: 16    A.   No, no.
110: 17    Q.   You're now devoting your entire time to
110: 18    the research and development of drugs to treat -- is
110: 19    it Alzheimer's?
110: 20    A.   Neuropsychiatric illnesses.
110: 21    Q.   Neuro.  Okay.
```

**9    110:22  -  111:2    Scolnick E 20030130                    00:00:17**
```
110: 22    The Merck Manual is produced by Merck &
110: 23    Company and/or Merck Research Laboratories, and
110: 24    presents itself to be an authoritative treatise to
110: 25    practicing physicians, medical students, interns,
111: 1     residents and other health care professionals,
111: 2     doesn't it?
```

**10    111:9  -  113:20    Scolnick E 20030130                   00:03:16**
```
111: 9     A.   Yes.  I really can't answer the question
111: 10    the way you're phrasing it.
111: 11    The Merck Manual was published by the
111: 12    group that oversees its publication.
111: 13    It has an Editorial Board, which is
111: 14    designated on the frontage page of the 1992 edition,
111: 15    which reviews the chapters in the manual that are
111: 16    written by the persons who are part of the group that
111: 17    publishes the Merck Manual, and that review group
111: 18    interacting with the group who publishes the manual
111: 19    are responsible for being accurate in the manual, and
111: 20    that's the way I've always viewed this manual.
111: 21    Q.   Okay.
111: 22    In your research, have you ever had the
111: 23    opportunity to consult this manual?
111: 24    A.   As I said, I don't recall ever having
111: 25    consulted the manual.
112: 1     It's possible I looked at it once or
112: 2     twice for something, but I certainly didn't use it as
112: 3     a reference book.
112: 4     Q.   Okay.  I want to go to the second
112: 5     paragraph.  I'm just going to read the first
112: 6     sentence, and tell me if I read this correctly,
112: 7     because I want to make sure I understand it.
112: 8     "Fewer physicians now attempt to manage
112: 9     the whole range of medical disorders that can occur
112: 10    in infants, children and adults, but those who do
112: 11    must have available a broad spectrum of current and
112: 12    accurate information."
112: 13    The second sentence says, "Specialists
112: 14    require precise information about subjects outside
112: 15    their areas of expertise," and the last two lines,
112: 16    and I know that I'm splitting a sentence here -- I'll
112: 17    just read it -- the last sentence.
112: 18    "Keeping up with the rapid and
112: 19    extraordinary advances in cellular and molecular
112: 20    biology, molecular genetics and medical technology is
112: 21    more challenging than ever, but the Merck Manual
112: 22    continues to try to meet these needs, addressing only
112: 23    details --" excuse me "-- excluding only details of
112: 24    surgical procedures."
112: 25    A.   Again, that's what it says, yes.
113: 1     Q.   Okay.
113: 2     Let me go to the second page of that
113: 3     foreword.
113: 4     I want you to read the first full
113: 5     paragraph to yourself, and let me know when you're
```

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| | 113: 6 | done, and we'll want to talk to you about a few |
| | 113: 7 | things in it. |
| | 113: 8 | A.   I've read the first paragraph. |
| | 113: 9 | Q.   Okay. |
| | 113: 10 | A.   The first full paragraph. |
| | 113: 11 | Q.   Right.  The statement in this paragraph, |
| | 113: 12 | I'm just going to pull out a couple of key statements |
| | 113: 13 | that I see. |
| | 113: 14 | "Sections of that book were then sent |
| | 113: 15 | out -- sent to outside experts, who had nothing to do |
| | 113: 16 | with its preparation, to solicit their most candid |
| | 113: 17 | criticism." |
| | 113: 18 | That sounds to me like the beginning of |
| | 113: 19 | the peer-review process. |
| | 113: 20 | Would you agree with that? |

| | | | |
|---|---|---|---|
| 11 | 113:22  -  114:11 | Scolnick E 20030130 | 00:00:34 |
| | 113: 22 | A.   I think that is a form of peer review. |
| | 113: 23 | Q.   Okay. |
| | 113: 24 | Dropping down a few lines, it says, |
| | 113: 25 | "Their manuscripts were painstakingly edited by our |
| | 114: 1 | inhouse staff to obtain every valuable morsel of |
| | 114: 2 | knowledge while eliminating sometimes elegant but |
| | 114: 3 | unneeded words." |
| | 114: 4 | A.   I can read what you're reading. |
| | 114: 5 | Q.   Sir, and is that again more of the |
| | 114: 6 | distillation process of peer-reviewing, taking the |
| | 114: 7 | most candid criticisms and distilling down those |
| | 114: 8 | things that are most needed and cutting out those |
| | 114: 9 | things that are -- trying to think how we put |
| | 114: 10 | that -- eliminating sometimes elegant but unneeded |
| | 114: 11 | words? |

| | | | |
|---|---|---|---|
| 12 | 114:14  -  115:7 | Scolnick E 20030130 | 00:00:51 |
| | 114: 14 | A.   That part of the process is the |
| | 114: 15 | Editorial Board's opinion about the comments they're |
| | 114: 16 | getting back from the reviewers, yes. |
| | 114: 17 | Q.   Certainly. |
| | 114: 18 | And then the last two sentences or three |
| | 114: 19 | sentences, it says, "The authors then rework, modify |
| | 114: 20 | and polish their manuscripts.  Almost all of the |
| | 114: 21 | manuscripts were revised at least six times.  15 to |
| | 114: 22 | 20 revisions were not uncommon.  We believe that no |
| | 114: 23 | other medical text undergoes as many reviews and |
| | 114: 24 | revisions as the Merck Manual does." |
| | 114: 25 | And I read that correctly, didn't I? |
| | 115: 1 | A.   Yes, you did. |
| | 115: 2 | Q.   And that -- those segments of that |
| | 115: 3 | paragraph that I've pulled out basically characterize |
| | 115: 4 | and describe what at least the editors of this book |
| | 115: 5 | published by the company you were aligned with, or |
| | 115: 6 | worked with, believed it to be the most peer-reviewed |
| | 115: 7 | and distilled piece of medical text in the world. |

| | | | |
|---|---|---|---|
| 13 | 115:10  -  116:3 | Scolnick E 20030130 | 00:00:52 |
| | 115: 10 | A.   Yeah.  I think the paragraph says that |
| | 115: 11 | this is a highly peer-reviewed book that tries to be |
| | 115: 12 | clear and accurate in what it represents to people |
| | 115: 13 | who would read it. |
| | 115: 14 | I think that's how I understand this |
| | 115: 15 | paragraph. |
| | 115: 16 | Q.   And it explains the mechanisms of how |
| | 115: 17 | that is done by saying that sometimes six revisions, |
| | 115: 18 | but even, at times, 15 to 20, if necessary? |
| | 115: 19 | A.   The statement that you read says, |
| | 115: 20 | "Almost all of the manuscripts were revised at least |
| | 115: 21 | six times.  15 to 20 revisions were not uncommon." |
| | 115: 22 | Q.   Yes.  And in your professional |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| | 115: 23 | experience, the purpose for doing that, those |
| | 115: 24 | revisions, the sending it back to the editor, the |
| | 115: 25 | rewriting it 10, 15 times, maybe 20, is so that you |
| | 116: 1 | can weed out either bad science, improper opinions, |
| | 116: 2 | or maybe something that's been disproven by recent |
| | 116: 3 | scientific discovery? |

**14    116:8  -  117:21    Scolnick E 20030130                              00:01:51**

| | | |
|---|---|---|
| | 116: 8 | Q.   I'm not saying the reason that is done. |
| | 116: 9 | I'm saying that is the reason that we have peer |
| | 116: 10 | review, so that we can have some, albeit |
| | 116: 11 | confidential, discourse between professionals to get |
| | 116: 12 | to the very heart of the scientific issues. |
| | 116: 13 | A.   I would like to separate in my answer |
| | 116: 14 | peer review in general, which you're discussing and |
| | 116: 15 | we've discussed before -- |
| | 116: 16 | Q.   Yes, sir? |
| | 116: 17 | A.   -- and at least my understanding of the |
| | 116: 18 | Merck manual's aim. |
| | 116: 19 | As you pointed out, The Merck Manual is |
| | 116: 20 | read widely and is even available to lay persons |
| | 116: 21 | without a special medical background, and I believe |
| | 116: 22 | that The Merck Manual, in its various revisions and |
| | 116: 23 | reviews, that a significant part of the purpose of |
| | 116: 24 | those reviews was to try to get language and |
| | 116: 25 | expression of the wide variety of complex fields that |
| | 117: 1 | you've noted, so that it was clearly written and |
| | 117: 2 | understandable to a wide audience. |
| | 117: 3 | That's a slightly different purpose than |
| | 117: 4 | a technical peer review journal. |
| | 117: 5 | Q.   Well, I understand. |
| | 117: 6 | A.   Okay. |
| | 117: 7 | Q.   And for that reason, Merck publishes |
| | 117: 8 | about four or five different Merck manuals, don't |
| | 117: 9 | they? |
| | 117: 10 | A.   They publish four or five different |
| | 117: 11 | Merck Manuals because the audience and the content of |
| | 117: 12 | those manuals is somewhat different, and at this |
| | 117: 13 | point, I can't recall exactly what manuals cover |
| | 117: 14 | what. |
| | 117: 15 | Q.   Okay. |
| | 117: 16 | But there is a Merck Manual for |
| | 117: 17 | diagnosis and therapy, which is what we have in front |
| | 117: 18 | of you.  A portion of it is in front of you. |
| | 117: 19 | A.   I don't see the rest of the title -- |
| | 117: 20 | Q.   Okay. |
| | 117: 21 | A.   -- but that -- I assume you're correct. |

**15    118:2  -  118:14    Scolnick E 20030130                              00:00:24**

| | | |
|---|---|---|
| | 118: 2 | Q.   Okay.  It's on this page, Doctor, that |
| | 118: 3 | says, "Sixteenth Edition, Merck Manual of Diagnosis |
| | 118: 4 | and Therapy." |
| | 118: 5 | A.   Okay.  Thank you. |
| | 118: 6 | Q.   Okay?  And there's a Merck Manual for |
| | 118: 7 | geriatrics? |
| | 118: 8 | A.   Yes.  I believe so. |
| | 118: 9 | Q.   And there's a Merck Manual for household |
| | 118: 10 | use, so that when they're writing to the audience of |
| | 118: 11 | people like myself, who don't have medical training, |
| | 118: 12 | we can understand it. |
| | 118: 13 | A.   There's a manual that's written for a |
| | 118: 14 | broader audience.  That's correct. |

**16    118:20  -  119:4    Scolnick E 20030130                              00:00:23**

| | | |
|---|---|---|
| | 118: 20 | If you could turn to the copy of page |
| | 118: 21 | 2664. |
| | 118: 22 | A.   Yes. |
| | 118: 23 | Q.   Under the subheading, "Hematologic |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 118: 24 | Effects."  This is from a section, I'll represent to | | | |
| | 118: 25 | you, in the book. | | | |
| | 119: 1 | A.   Yes. | | | |
| | 119: 2 | Q.   There's prostaglandins, thromboxanes | | | |
| | 119: 3 | and -- I can't pronounce that last word -- | | | |
| | 119: 4 | leukotrines? | | | |
| 17 | 119:11 - 119:20 | Scolnick E 20030130 | 00:00:18 | | |
| | 119: 11 | A.   "Prostaglandins, Thromboxanes and | | | |
| | 119: 12 | Leukotrines." | | | |
| | 119: 13 | Q.   Trines.  Okay.  I'd like to go back to | | | |
| | 119: 14 | 2664. | | | |
| | 119: 15 | We've already covered some of this, but | | | |
| | 119: 16 | there's a reason for me doing this in this context. | | | |
| | 119: 17 | If you look at the last sentence of | | | |
| | 119: 18 | the -- well, if you'll just read the first paragraph | | | |
| | 119: 19 | to yourself, please. | | | |
| | 119: 20 | A.   The first paragraph? | | | |
| 18 | 119:24 - 121:17 | Scolnick E 20030130 | 00:02:15 | | |
| | 119: 24 | A.   I've completed reading that paragraph. | | | |
| | 119: 25 | Q.   And that paragraph ends with something | | | |
| | 120: 1 | we've already discussed, and that is that | | | |
| | 120: 2 | prostaglandins or  -- excuse me.  Thromboxane A2 is a | | | |
| | 120: 3 | potent platelet aggregator and vasoconstrictor and is | | | |
| | 120: 4 | synthesized primarily in the platelets or by the | | | |
| | 120: 5 | platelet? | | | |
| | 120: 6 | A.   That's correct. | | | |
| | 120: 7 | Q.   Okay. | | | |
| | 120: 8 | A.   That's what the paragraph says. | | | |
| | 120: 9 | Q.   And that is a correct -- it would be a | | | |
| | 120: 10 | correct statement to say thromboxane is a potent | | | |
| | 120: 11 | platelet aggregator, independently of the rest of it. | | | |
| | 120: 12 | Correct? | | | |
| | 120: 13 | A.   That would be correct. | | | |
| | 120: 14 | Q.   It would be correct to say independently | | | |
| | 120: 15 | of this statement that thromboxane A2 is a potent | | | |
| | 120: 16 | vasoconstrictor as well.  Correct? | | | |
| | 120: 17 | A.   I can't attest to its potency as a | | | |
| | 120: 18 | vasoconstrictor.  It is a vasoconstrictor. | | | |
| | 120: 19 | Q.   Okay. | | | |
| | 120: 20 | A.   And since 1992, there are many other | | | |
| | 120: 21 | vasoconstrictors and vasodilators, and I don't know, | | | |
| | 120: 22 | today, whether thromboxane A2 would be characterized | | | |
| | 120: 23 | exactly that way, so -- | | | |
| | 120: 24 | Q.   We're going to get to that in just a | | | |
| | 120: 25 | bit. | | | |
| | 121: 1 | At the bottom of the -- at the bottom of | | | |
| | 121: 2 | the page going one, two, three, four lines up, and | | | |
| | 121: 3 | one word with the sentence that starts with "This." | | | |
| | 121: 4 | Now, you can read the whole section if | | | |
| | 121: 5 | you'd like.  I don't want to take things out of | | | |
| | 121: 6 | context, but I don't want to -- | | | |
| | 121: 7 | A.   Do you want me to read that? | | | |
| | 121: 8 | Q.   Yes.  You don't have to read it out | | | |
| | 121: 9 | loud, but I just want you -- if you want to read the | | | |
| | 121: 10 | whole "Hematologic Effects" section so we know in | | | |
| | 121: 11 | what context we're talking about. | | | |
| | 121: 12 | A.   Okay.  I've read it.  Thank you. | | | |
| | 121: 13 | Q.   Okay. | | | |
| | 121: 14 | Would it be fair to say that that short | | | |
| | 121: 15 | section describes the relationship that prostacyclin | | | |
| | 121: 16 | and thromboxane A2 play in both platelet aggregation | | | |
| | 121: 17 | and in vasoconstriction? | | | |
| 19 | 121:24 - 122:20 | Scolnick E 20030130 | 00:00:52 | | |
| | 121: 24 | A.   The paragraph describes a relationship | | | |
| | 121: 25 | between thromboxane A2 and prostacyclin, yes. | | | |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

122: 1   Q.   Okay.  And vasoconstriction and platelet
122: 2   aggregation?
122: 3   A.   That's what the paragraph discusses,
122: 4   yes.
122: 5   Q.   In lay terms, what is platelet
122: 6   aggregation?
122: 7   A.   Platelet aggregation is the clumping
122: 8   together of platelets, in -- an early step in the
122: 9   formation of clots.
122: 10   Q.   Okay.
122: 11   A.   It can be reversible.  It cannot be
122: 12   reversible.
122: 13   Q.   Okay.
122: 14   What is vasoconstriction in lay terms?
122: 15   A.   Vasoconstriction, in lay terms, is
122: 16   narrowing of small -- usually, small vessels in the
122: 17   arterial tree.
122: 18   That would be generally what
122: 19   vasoconstriction would mean.  It can also apply to
122: 20   veins.

20   **122:21 - 123:2**   Scolnick E 20030130   00:00:24
122: 21   Q.   Okay.
122: 22   What is -- well, could the -- and this
122: 23   is -- let me -- the relationship between platelet
122: 24   aggregation and vasoconstriction is -- plays an
122: 25   important role in hemodynamic -- in hemodynamic
123: 1   integrity.  Correct?
123: 2   A.   I'm not --

21   **123:4 - 123:10**   Scolnick E 20030130   00:00:19
123: 4   A.   I'm not sure that I would describe it
123: 5   exactly that way, no.
123: 6   Q.   Okay.
123: 7   If you have platelet aggregation coupled
123: 8   with vasoconstriction, would you agree with me that
123: 9   the likelihood of an occlusive event, be it a heart
123: 10   attack or a stroke, is greater?

22   **123:13 - 123:17**   Scolnick E 20030130   00:00:13
123: 13   A.   I wouldn't be able to draw any
123: 14   conclusion about what was going on in a given animal
123: 15   or a person's vascular tree based on just those two
123: 16   comments.
123: 17   I think that's too incomplete.

23   **123:18 - 124:13**   Scolnick E 20030130   00:00:46
123: 18   Q.   Well, there are many factors that can go
123: 19   into whether a person has a stroke or a heart attack,
123: 20   and I understand that.
123: 21   What we're talking about, when we talk
123: 22   about platelet aggregation, we're talking about the
123: 23   beginning of platelets clumping together to form a
123: 24   clot.
123: 25   Correct?
124: 1   A.   That's correct.
124: 2   Q.   And vasoconstriction is the inability of
124: 3   an artery or a vein to expand, but instead stay
124: 4   constricted or become smaller.  Right?
124: 5   A.   That is also correct.
124: 6   Q.   And there are enzymes within our body
124: 7   that regulate the dilation or the constriction of
124: 8   arteries and veins?
124: 9   A.   There are many enzymes and hormones that
124: 10   regulate that process, in addition to, included in
124: 11   that group are thromboxane and prostacyclins.
124: 12   There are many other factors that affect
124: 13   that process.

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**24**   **124:14  -  124:16**   Scolnick E 20030130   00:00:04
124: 14   Q.   There are, and that's not -- I'm not
124: 15   here to argue that point with you.
124: 16   A.   Right.

**25**   **124:17  -  124:20**   Scolnick E 20030130   00:00:08
124: 17   Q.   But we do know that thromboxane A2 and
124: 18   prostacyclin affect vasoconstriction and platelet
124: 19   aggregation?
124: 20   A.   That's correct.

**26**   **125:1  -  125:10**   Scolnick E 20030130   00:00:47
125: 1   Let me show you what I'm going to mark
125: 2   as Deposition Exhibit Number 4, and I'm going to make
125: 3   my same representation.
125: 4   This is The Merck Manual, Seventeenth
125: 5   Edition, which was published, by the second page of
125: 6   that exhibit, in 1999, and you can flip through and
125: 7   review all of the pages if you'd like.  It has the
125: 8   same general foreword, although somewhat cut, but I
125: 9   want to draw your  -- ultimately draw your attention
125: 10   to the last page of that exhibit.

**27**   **126:8  -  126:15**   Scolnick E 20030130   00:00:28
126: 8   Q.   If you look at that index at page 2818
126: 9   with me, and you may want to, just for your own
126: 10   benefit, have the Sixteenth Edition at hand if you'd
126: 11   like.
126: 12   But if -- and I'll represent to you that
126: 13   this -- that I went back to the -- if you look at the
126: 14   Sixteenth Edition side by side, the last page of the
126: 15   document --

**28**   **126:16  -  126:18**   Scolnick E 20030130   00:00:04
126: 16   A.   The very last page that you've stapled
126: 17   together?
126: 18   Q.   Yes.  The index.

**29**   **126:23  -  127:1**   Scolnick E 20030130   00:00:18
126: 23   On the Sixteenth Edition, page 2834,
126: 24   between thrombotic, thrombocytopenic purpura and
126: 25   thrush is where you find thromboxane discussed.
127: 1   Correct?

**30**   **127:11  -  127:18**   Scolnick E 20030130   00:00:19
127: 11   A.   Yes, it appears in the alphabetical
127: 12   listing in the index --
127: 13   Q.   Okay.
127: 14   A.   Between thrombotic thrombocytic purpura
127: 15   and thrush.
127: 16   Q.   And in the Seventeenth Edition, between
127: 17   thrombotic, thrombocytopenic purpura and thrush, what
127: 18   is -- is there an entry for thromboxanes?

**31**   **127:22  -  128:19**   Scolnick E 20030130   00:01:06
127: 22   A.   The index in the Seventeenth Edition has
127: 23   thrombotic thrombocytopenic purpura-hemolytic-uremic
127: 24   syndrome, glomerulonephritis and then thrush.
127: 25   I see no comment on this page about
128: 1   thromboxane.
128: 2   Q.   Between the publication of the Sixteenth
128: 3   Edition in 1992 and the publication of the
128: 4   Seventeenth Edition in 1999, was there any
128: 5   ground-breaking research that was done with regard to
128: 6   whether or not thromboxane was a potent
128: 7   vasoconstrictor and vasodilator -- or excuse me --
128: 8   vasoconstrictor and platelet aggregator?

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 128: 9 | A.  I can't answer your question. | | |
| | 128: 10 | Q.  All right. | | |
| | 128: 11 | A.  I don't know. | | |
| | 128: 12 | Q.  It's my understanding, correct me if I'm | | |
| | 128: 13 | wrong, from the FDA regs that govern how | | |
| | 128: 14 | pharmaceutical companies -- I'm not trying to make a | | |
| | 128: 15 | legal statement here, but it's my understanding that | | |
| | 128: 16 | it's the obligation of the company to keep up with | | |
| | 128: 17 | the medical literature that impacts upon the drugs | | |
| | 128: 18 | that your company markets and manufactures. | | |
| | 128: 19 | Is that a generalization? | | |
| 32 | **129:3 - 129:19** | Scolnick E 20030130 | 00:00:42 | |
| | 129: 3 | A.  I can't answer your question.  I | | |
| | 129: 4 | would -- I would make the comment that the page in | | |
| | 129: 5 | the Seventeenth Edition that is not handed out here | | |
| | 129: 6 | by you is the page in the Sixteenth Edition, which | | |
| | 129: 7 | goes through the many external peer reviews that the | | |
| | 129: 8 | Sixteenth Edition went through. | | |
| | 129: 9 | To the best of my knowledge, The Merck | | |
| | 129: 10 | Manual is still peer-reviewed by many external | | |
| | 129: 11 | experts. | | |
| | 129: 12 | Q.  Oh, I -- that wasn't my question. | | |
| | 129: 13 | A.  It's not simply published by Merck & | | |
| | 129: 14 | Company.  It's reviewed by external experts, as you | | |
| | 129: 15 | so nicely pointed out in the Sixteenth Edition. | | |
| | 129: 16 | Q.  Certainly.  I'm trying to point out | | |
| | 129: 17 | though, and I'm just trying to find out, there's | | |
| | 129: 18 | obviously a reason why the prostacyclin thromboxane | | |
| | 129: 19 | section was removed between 1992 and 1999 -- | | |
| 33 | **130:6 - 130:10** | Scolnick E 20030130 | 00:00:13 | |
| | 130: 6 | don't know, but I want to know is, are you aware of | | |
| | 130: 7 | any -- of any research, ground-breaking research that | | |
| | 130: 8 | would change the correctness of what is stated in the | | |
| | 130: 9 | Sixteenth Edition about thromboxanes and | | |
| | 130: 10 | prostacyclins and prostaglandins? | | |
| 34 | **130:16 - 131:12** | Scolnick E 20030130 | 00:01:00 | |
| | 130: 16 | A.   The only answer that I can give you to | | |
| | 130: 17 | the general question you've asked about, but not the | | |
| | 130: 18 | way you've phrased the question, is that to the best | | |
| | 130: 19 | of my recollection, very, very little research or | | |
| | 130: 20 | attention in the medical literature has been paid to | | |
| | 130: 21 | thromboxane and prostacyclin since the mid-'80s and | | |
| | 130: 22 | early '90s. | | |
| | 130: 23 | In fact, probably very -- I would -- I | | |
| | 130: 24 | don't know for certain, but I believe that the topic | | |
| | 130: 25 | had received very little attention between 1992 and | | |
| | 131: 1 | 1999 in the medical literature. | | |
| | 131: 2 | Q.  Okay. | | |
| | 131: 3 | A.   Because its importance was not clear in | | |
| | 131: 4 | the medical literature. | | |
| | 131: 5 | Q.  Okay. | | |
| | 131: 6 | A.  And -- | | |
| | 131: 7 | Q.  Would you -- | | |
| | 131: 8 | A.  And in your terms, no new discoveries | | |
| | 131: 9 | had been made which gave it prominence. | | |
| | 131: 10 | Q.  Right. I understand. | | |
| | 131: 11 | Do you believe that that's the reason | | |
| | 131: 12 | why it was removed from the Sixteenth Edition? | | |
| 35 | **131:15 - 132:2** | Scolnick E 20030130 | 00:00:24 | |
| | 131: 15 | A.  I have no idea why it removed from | | |
| | 131: 16 | the Seventeenth Edition compared to the Sixteenth | | |
| | 131: 17 | Edition index. | | |
| | 131: 18 | Q.  Okay. | | |
| | 131: 19 | A.  I have no idea why it was removed. | | |

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
|  | 131: 20 | Q.   Okay. |  |  |
|  | 131: 21 | A.   I have never heard anything about why it |  |  |
|  | 131: 22 | was removed. |  |  |
|  | 131: 23 | Q.   Okay. |  |  |
|  | 131: 24 | But you would agree with the accuracy of |  |  |
|  | 131: 25 | the statements of what thromboxane and prostacyclin |  |  |
|  | 132: 1 | are, and what they do in our vascular system as it is |  |  |
|  | 132: 2 | stated briefly in the Sixteenth Edition? |  |  |
| 36 | **132:6  -  132:7** | **Scolnick E 20030130** | 00:00:04 |  |
|  | 132: 6 | A.   My comments earlier on that paragraph |  |  |
|  | 132: 7 | remain accurate. |  |  |
| 37 | **133:1  -  133:8** | **Scolnick E 20030130** | 00:00:26 |  |
|  | 133: 1 | I want you to just review it to |  |  |
|  | 133: 2 | yourself, and I want to make sure that we can agree |  |  |
|  | 133: 3 | that the book that's published by Merck & Company |  |  |
|  | 133: 4 | that we're looking at, or the portion that we're |  |  |
|  | 133: 5 | looking at, is factually and scientifically accurate, |  |  |
|  | 133: 6 | although it may be brief and there may be other |  |  |
|  | 133: 7 | exquisite points that we haven't discussed, but what |  |  |
|  | 133: 8 | is stated is accurate. |  |  |
| 38 | **133:10  -  134:23** | **Scolnick E 20030130** | 00:01:47 |  |
|  | 133: 10 | A.   What I would answer to your question is |  |  |
|  | 133: 11 | the paragraph that you and I discussed together |  |  |
|  | 133: 12 | beginning with the words "Following" and where the |  |  |
|  | 133: 13 | word "thromboxane" and "PGI" are discussed is a |  |  |
|  | 133: 14 | generally accurate paragraph. |  |  |
|  | 133: 15 | Q.   What about the preceding paragraph that |  |  |
|  | 133: 16 | starts with "PGI 1"? |  |  |
|  | 133: 17 | Is that a generally accurate paragraph? |  |  |
|  | 133: 18 | A.   The paragraph before that begins with |  |  |
|  | 133: 19 | "PGE-1"? |  |  |
|  | 133: 20 | Q.   "PGE-1," the first paragraph below |  |  |
|  | 133: 21 | "Hematologic Effects." |  |  |
|  | 133: 22 | A.   Yes. |  |  |
|  | 133: 23 | Q.   Is that a generally accurate paragraph? |  |  |
|  | 133: 24 | A.   I think, in 1992, this was generally |  |  |
|  | 133: 25 | true. |  |  |
|  | 134: 1 | I'm not sure every word in the paragraph |  |  |
|  | 134: 2 | is accurate, but it's generally true. |  |  |
|  | 134: 3 | Q.   Okay.  And, in 1992, Naproxen was being |  |  |
|  | 134: 4 | used -- was widely used as an NSAID, was it not? |  |  |
|  | 134: 5 | A.   I think Naproxen was available.  I -- I |  |  |
|  | 134: 6 | don't know exactly how widely used it was.  It was |  |  |
|  | 134: 7 | certainly used as an NSAID. |  |  |
|  | 134: 8 | Q.   Fair enough. |  |  |
|  | 134: 9 | In the bottom or the last paragraph |  |  |
|  | 134: 10 | three lines up states: "Low-dose aspirin |  |  |
|  | 134: 11 | administration, 81 to 325 milligrams, is widely used |  |  |
|  | 134: 12 | for preventive therapy in patients with angina, |  |  |
|  | 134: 13 | post-myocardial infarction or stroke and in patients |  |  |
|  | 134: 14 | with incipient risks for these catastrophes --" |  |  |
|  | 134: 15 | A.   Yes. |  |  |
|  | 134: 16 | Q.   "-- abnormal plasma, lipid, smokers, |  |  |
|  | 134: 17 | positive family history," et cetera.  Correct? |  |  |
|  | 134: 18 | A.   That is correct. |  |  |
|  | 134: 19 | Q.   Okay. |  |  |
|  | 134: 20 | And in 1992, when The Merck Manual was |  |  |
|  | 134: 21 | published, it didn't want to tell anybody -- it |  |  |
|  | 134: 22 | didn't publish to the world that aspirin and Naproxen |  |  |
|  | 134: 23 | are used for that prophylactic purpose? |  |  |
| 39 | **15:5  -  15:7** | **Scolnick, Edward 2005-03-22** | 00:00:05 |  |
|  | 15: 5 | Q: Are you Dr. Ed Scolnick? |  |  |
|  | 15: 6 | A:  Yes, I'm Dr. Edward |  |  |
|  | 15: 7 | Scolnick. |  |  |

| | | | Objections/Responses<br>in Smith | Ruling in Barnett |
|---|---|---|---|---|

**40**  **22:13 - 22:18**  Scolnick, Edward 2005-03-22          00:00:10
   22: 13   Q: Are you the Edward M.
   22: 14   Scolnick, President of Merck Research
   22: 15   Labs and then the Executive Vice
   22: 16   President Science and Technology for
   22: 17   Merck & Company?
   22: 18   A: Yes, I am.

**41**  **47:2 - 48:2**  Scolnick, Edward 2005-03-22          00:00:49
   47: 2   Q: Well, let me suggest it to
   47: 3   you if you'll look at Exhibit Number 4.
   47: 4   I'll bet you've seen this
   47: 5   e-mail lately getting ready for your
   47: 6   deposition, haven't you?
   47: 7   A: I don't recall seeing this
   47: 8   e-mail before right now.
   47: 9   Q: You don't recall seeing this
   47: 10   e-mail before?
   47: 11   A: I do not recall seeing this
   47: 12   e-mail before.
   47: 13   Q: All right. Well, if you'll
   47: 14   look down at your message dated December
   47: 15   5th, 2001, it's about an analyst who is
   47: 16   going to stand up in public and say
   47: 17   something negative about Vioxx. And
   47: 18   you're the fellow who wrote, 'David if he
   47: 19   says this I will boil him in oil at the
   47: 20   meeting.' That's what you said, isn't
   47: 21   it?
   47: 22   A: That is the e-mail you're
   47: 23   referring to, yes.
   47: 24   Q: Does that mean, yes, you
   48: 1   said it?
   48: 2   A: That is my e-mail.

**42**  **49:1 - 49:10**  Scolnick, Edward 2005-03-22          00:00:29
   49: 1   So, you were saying you were
   49: 2   going to boil this fellow in oil because
   49: 3   this was an analyst who was going to
   49: 4   stand up and suggest that maybe Vioxx
   49: 5   causes CV events, heart attacks, strokes,
   49: 6   things like that; right?
   49: 7   A: I don't recall the details
   49: 8   of his report. I have not seen this
   49: 9   e-mail, and I don't recall the details of
   49: 10   this at all.

**43**  **52:2 - 52:21**  Scolnick, Edward 2005-03-22          00:00:55
   52: 2   Q: Well, if you'll look behind
   52: 3   you'll see what it is that upset you.
   52: 4   It was this fellow named somebody, hang
   52: 5   on, his name is at the end, Richard
   52: 6   Stover, who prepared a reanalysis of
   52: 7   Merck's meta-analysis. Do you see where
   52: 8   it says that?
   52: 9   A: That is the title for the
   52: 10   article that you're referring to.
   52: 11   Q: Now, those are a lot of big
   52: 12   words for nonscientist people. But just
   52: 13   between you and me, what this really is
   52: 14   is it's a stock analyst, someone who
   52: 15   advises the investment community on
   52: 16   whether to buy or sell stock, and he's
   52: 17   basically examining some of what you guys
   52: 18   had been telling people about the safety
   52: 19   of your drug, isn't he?
   52: 20   A: He's talking about the VIGOR

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 52: 21 | study and Vioxx, yes. | | |
| 44 | **58:17 - 58:24** | Scolnick, Edward 2005-03-22 | 00:00:23 | |
| | 58: 17 | Q:  Okay. And that's why you | | |
| | 58: 18 | said 'David if he says this I will boil | | |
| | 58: 19 | him in oil at the meeting.' You didn't | | |
| | 58: 20 | want that kind of talk out there, did | | |
| | 58: 21 | you? | | |
| | 58: 22 | A:  I didn't want -- having read | | |
| | 58: 23 | this memo, I didn't want an inaccurate | | |
| | 58: 24 | statistical analysis of our data. | | |
| 45 | **68:3 - 68:4** | Scolnick, Edward 2005-03-22 | 00:00:05 | |
| | 68: 3 | Q:  I want to show you Scolnick | | |
| | 68: 4 | Exhibit Number 7. We're going to come | | |
| 46 | **68:11 - 68:18** | Scolnick, Edward 2005-03-22 | 00:00:22 | |
| | 68: 11 | Q:  Do you see your June 1, 1998 | | |
| | 68: 12 | e-mail? | | |
| | 68: 13 | A:  Yes, I do. | | |
| | 68: 14 | Q:  You did threaten to quit, | | |
| | 68: 15 | didn't you? | | |
| | 68: 16 | A:  I was upset with a | | |
| | 68: 17 | particular marketing person. I was -- | | |
| | 68: 18 | and that is the thrust of this e-mail. | | |
| 47 | **69:1 - 69:15** | Scolnick, Edward 2005-03-22 | 00:00:26 | |
| | 69: 1 | Q:  Well, when you said 'If you | | |
| | 69: 2 | lose I will leave, because I will not be | | |
| | 69: 3 | able to have any respect for this | | |
| | 69: 4 | company,' that's threatening to quit, | | |
| | 69: 5 | isn't it? | | |
| | 69: 6 | A:  The e-mail is accurate. | | |
| | 69: 7 | Q:  No. That wasn't my | | |
| | 69: 8 | question. | | |
| | 69: 9 | I said, when you say in your | | |
| | 69: 10 | e-mail, 'If you lose I will leave, | | |
| | 69: 11 | because I will not be able to have any | | |
| | 69: 12 | respect for this company,' you're | | |
| | 69: 13 | threatening to quit, aren't you? | | |
| | 69: 14 | A:  I accept that | | |
| | 69: 15 | interpretation. | | |
| 48 | **69:23 - 71:12** | Scolnick, Edward 2005-03-22 | 00:01:26 | |
| | 69: 23 | Q:  You're saying 'Merck | | |
| | 69: 24 | marketing for once has to compete and | | |
| | 70: 1 | win. If you do not beat Pfizer,' which | | |
| | 70: 2 | is who Searle was at the time; right? If | | |
| | 70: 3 | you don't beat Celebrex, that's what it | | |
| | 70: 4 | means; right? | | |
| | 70: 5 | A:  Yes, that's correct. | | |
| | 70: 6 | Q:  'If you do not beat PFIZER | | |
| | 70: 7 | 2/1 MERCK should throw in the towel and | | |
| | 70: 8 | just give up and hand the company over to | | |
| | 70: 9 | someone else. If YOU,' all capitals, | | |
| | 70: 10 | 'lose I will leave, because I will not be | | |
| | 70: 11 | able to have any respect for this | | |
| | 70: 12 | company.' You didn't threaten them to | | |
| | 70: 13 | boil them in oil, but you were pretty | | |
| | 70: 14 | upset with them, weren't you? | | |
| | 70: 15 | A:  It is a pointed e-mail. | | |
| | 70: 16 | Q:  Because you were upset; | | |
| | 70: 17 | weren't you? | | |
| | 70: 18 | A:  That is correct. | | |
| | 70: 19 | Q:  You were upset also because | | |
| | 70: 20 | of some study issues, research issues; | | |
| | 70: 21 | weren't you? | | |
| | 70: 22 | A:  I don't recall what you're | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 70: 23 | referring to. | | | |
| | 70: 24 | Q: Look at what it says at the | | | |
| | 71: 1 | start. You're saying that the reason | | | |
| | 71: 2 | y'all were three months behind Searle, | | | |
| | 71: 3 | the reason you were losing the race is | | | |
| | 71: 4 | because people in marketing 'demanded a | | | |
| | 71: 5 | label that said we cause no ulcers.' | | | |
| | 71: 6 | And then the budgets were so high that | | | |
| | 71: 7 | nobody could get the money that they | | | |
| | 71: 8 | needed for the study. And that's why | | | |
| | 71: 9 | y'all were behind? That's what you say; | | | |
| | 71: 10 | isn't it? | | | |
| | 71: 11 | A:  That is what the memo says, | | | |
| | 71: 12 | yes. | | | |
| 49 | 78:7  -  78:12 | Scolnick, Edward 2005-03-22 | 00:00:14 | | |
| | 78: 7 | Q:  Bottom line is, you were | | | |
| | 78: 8 | saying marketing needs to stop their | | | |
| | 78: 9 | demands and just get out there and | | | |
| | 78: 10 | compete and win for once; right? | | | |
| | 78: 11 | A:  That's what my memo | | | |
| | 78: 12 | indicates. | | | |
| 50 | 79:6  -  79:11 | Scolnick, Edward 2005-03-22 | 00:00:16 | | |
| | 79: 6 | Q:  Sir, y'all weren't ready to | | | |
| | 79: 7 | go to market with your product, with | | | |
| | 79: 8 | Vioxx, when Celebrex hit the market? | | | |
| | 79: 9 | Y'all got beat; right? | | | |
| | 79: 10 | A:  Celebrex got to the market | | | |
| | 79: 11 | first. That is correct. | | | |
| 51 | 96:23  -  97:5 | Scolnick, Edward 2005-03-22 | 00:00:15 | | |
| | 96: 23 | Q:  Well, we looked at an | | | |
| | 96: 24 | exhibit a few minutes ago, the 1998 one | | | |
| | 97: 1 | where you said that y'all were killing | | | |
| | 97: 2 | basic research again at Merck, once | | | |
| | 97: 3 | again. That's because y'all needed more | | | |
| | 97: 4 | money. You didn't have enough money in | | | |
| | 97: 5 | the budget; right? | | | |
| 2 | 98:3  -  98:9 | Scolnick, Edward 2005-03-22 | 00:00:17 | | |
| | 98: 3 | Q:  All right. So, now you'll | | | |
| | 98: 4 | agree with me in 1998 y'all didn't have | | | |
| | 98: 5 | enough money in your budget to do all the | | | |
| | 98: 6 | research you wanted to do. True? | | | |
| | 98: 7 | A:  That is true. That is | | | |
| | 98: 8 | always true of any really productive | | | |
| | 98: 9 | research laboratory. | | | |
| 52 | 101:12  -  101:20 | Scolnick, Edward 2005-03-22 | 00:00:15 | | |
| | 101: 12 | BY MR. LANIER: | | | |
| | 101: 13 | Q:  Well, sir, you weren't in | | | |
| | 101: 14 | marketing yourself, were you? | | | |
| | 101: 15 | A:  No. | | | |
| | 101: 16 | Q:  Well, why did you keep | | | |
| | 101: 17 | dabbling in the marketing end? Why were | | | |
| | 101: 18 | you sending broadside e-mails to people, | | | |
| | 101: 19 | because y'all were too slow on the | | | |
| | 101: 20 | marketing? | | | |
| 53 | 101:23  -  102:3 | Scolnick, Edward 2005-03-22 | 00:00:12 | | |
| | 101: 23 | THE WITNESS: I was | | | |
| | 101: 24 | competitive, and we had a terrific | | | |
| | 102: 1 | drug, and I wanted the company to | | | |
| | 102: 2 | present that drug well to | | | |
| | 102: 3 | physicians. | | | |
| 54 | 115:3  -  115:10 | Scolnick, Edward 2005-03-22 | 00:00:13 | | |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

115: 3   Q:  So, you had all the
115: 4   resources you needed to do the right
115: 5   studies, and if the studies weren't done,
115: 6   it was your fault for not doing them
115: 7   because you had the money. Is that what
115: 8   you're telling me?
115: 9   A:  We had sufficient resources
115: 10  to study Vioxx.

**55   118:5  -  118:11   Scolnick, Edward 2005-03-22          00:00:14**
118: 5   Q:  If you thought that there
118: 6   was an issue that needed debunking, you
118: 7   certainly knew how to order to get a
118: 8   study immediately to debunk the issue and
118: 9   destroy credibility, didn't you?
118: 10  A:  And to find out if we were
118: 11  wrong.

**56   118:18  -  119:3   Scolnick, Edward 2005-03-22          00:00:23**
118: 18  Q:  That wasn't my question,
118: 19  sir. I said, you could have done a
118: 20  study, and you could have ordered one to
118: 21  be done with speed on the issue of
118: 22  cardiovascular problems, heart attacks
118: 23  and strokes, couldn't you?
118: 24  A:  There was no reason to do
119: 1   such a study before Vioxx went to market
119: 2   based on all of the data, huge NDA, over
119: 3   5,000 patients studied.

**57   119:10  -  119:23   Scolnick, Edward 2005-03-22          00:00:30**
119: 10  question. My question is simple. You
119: 11  certainly could have ordered a study for
119: 12  risks of heart attacks and strokes before
119: 13  you put the Vioxx drug on the market,
119: 14  couldn't you?
119: 15  A:  If there had been a reason
119: 16  to do that, I could have done that.
119: 17  Q:  By the same token, any day
119: 18  that Vioxx had been on the market, the
119: 19  second it occurred to you that there
119: 20  might be a problem with heart attacks and
119: 21  strokes, you could have ordered
119: 22  immediately a speed study to be done;
119: 23  couldn't you?

**58   120:2  -  120:5   Scolnick, Edward 2005-03-22          00:00:07**
120: 2   THE WITNESS:  I could have
120: 3   asked or ordered a study to be
120: 4   done if I had thought there was a
120: 5   cardiovascular risk with Vioxx.

**59   120:23  -  121:23   Scolnick, Edward 2005-03-22          00:00:57**
120: 23  to justify selling the drug. I'm asking
120: 24  you, did you ever order a specific study
121: 1   about heart attacks and strokes?
121: 2   A:  I did not order a specific
121: 3   study. I urged the group to come up with
121: 4   study designs after VIGOR to further
121: 5   examine the question that was raised by
121: 6   the VIGOR study.
121: 7   Q:  Well, sir, what about VALOR,
121: 8   did you have anything to do with talk
121: 9   about doing the VALOR study?
121: 10  A:   VALOR?
121: 11  Q:  Yes, sir.
121: 12  A:  I don't recognize the term.
121: 13  I'm sorry.

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 121: 14 | | Q: Did you know that your | | |
| | 121: 15 | | company at one point contemplated and | | |
| | 121: 16 | | actually went pretty far in designing the | | |
| | 121: 17 | | idea of doing a study specifically to | | |
| | 121: 18 | | look at heart attack, strokes, CV risks? | | |
| | 121: 19 | | A: Yes. Several study designs | | |
| | 121: 20 | | were considered. | | |
| | 121: 21 | | Q: And one of them had approval | | |
| | 121: 22 | | and was about to be done when it was | | |
| | 121: 23 | | cancelled. Did you know that? | | |
| 60 | 122:1 - 122:3 | | Scolnick, Edward 2005-03-22 | 00:00:05 | |
| | 122: 1 | | THE WITNESS: One of the | | |
| | 122: 2 | | studies that I'm aware of was not | | |
| | 122: 3 | | given final approval. | | |
| 61 | 122:5 - 122:9 | | Scolnick, Edward 2005-03-22 | 00:00:10 | |
| | 122: 5 | | Q: Why not? | | |
| | 122: 6 | | A: Because when the study was | | |
| | 122: 7 | | reviewed, several people objected to the | | |
| | 122: 8 | | design of the study, that it was not a | | |
| | 122: 9 | | good scientific study to do. | | |
| 62 | 122:10 - 122:15 | | Scolnick, Edward 2005-03-22 | 00:00:15 | |
| | 122: 10 | | Q: So, you had the need for the | | |
| | 122: 11 | | study, you just didn't design a good one. | | |
| | 122: 12 | | Is that fair to say? | | |
| | 122: 13 | | A: We considered many study | | |
| | 122: 14 | | designs before the approved design was | | |
| | 122: 15 | | conceptualized. | | |
| 63 | 128:1 - 128:22 | | Scolnick, Edward 2005-03-22 | 00:00:39 | |
| | 128: 1 | | Q: Well, the truth is, the | | |
| | 128: 2 | | essential study that needed to be done | | |
| | 128: 3 | | for Vioxx was an outcomes study for heart | | |
| | 128: 4 | | attacks and strokes; right? | | |
| | 128: 5 | | A: The study that would | | |
| | 128: 6 | | measure, as a predefined endpoint, heart | | |
| | 128: 7 | | attacks and strokes was an important | | |
| | 128: 8 | | study for Vioxx. | | |
| | 128: 9 | | Q: Not an important. It was, | | |
| | 128: 10 | | at least in the world of things back in | | |
| | 128: 11 | | 2001, the only essential study for Vioxx, | | |
| | 128: 12 | | wasn't it? | | |
| | 128: 13 | | A: It was an essential study to | | |
| | 128: 14 | | do for Vioxx. | | |
| | 128: 15 | | Q: That wasn't my question. | | |
| | 128: 16 | | The only essential study; | | |
| | 128: 17 | | true? | | |
| | 128: 18 | | A: It wasn't the only essential | | |
| | 128: 19 | | study to do. It was -- | | |
| | 128: 20 | | Q: That's what you said. | | |
| | 128: 21 | | A: It was a very important | | |
| | 128: 22 | | study. | | |
| 64 | 134:24 - 135:2 | | Scolnick, Edward 2005-03-22 | 00:00:06 | |
| | 134: 24 | | essential study, according to your words, | | |
| | 135: 1 | | in September of '01, isn't it? | | |
| | 135: 2 | | A: You've read my memo | | |
| 65 | 136:9 - 136:12 | | Scolnick, Edward 2005-03-22 | 00:00:11 | |
| | 136: 9 | | Q: Well, certainly by the year | | |
| | 136: 10 | | 2000 you knew that there was an issue | | |
| | 136: 11 | | about heart attacks and strokes, weren't | | |
| | 136: 12 | | you? | | |
| 66 | 136:15 - 136:17 | | Scolnick, Edward 2005-03-22 | 00:00:06 | |
| | 136: 15 | | THE WITNESS: The VIGOR | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 136: 16 | study was available in the year | | | |
| | 136: 17 | 2000. | | | |
| 67 | **141:9 - 142:7** | Scolnick, Edward 2005-03-22 | 00:00:39 | | |
| | 141: 9 | MR. LANIER:  We're marking | | | |
| | 141: 10 | that as Exhibit Number 13. | | | |
| | 141: 11 | BY MR. LANIER: | | | |
| | 141: 12 | Q:  If you'll look down at the | | | |
| | 141: 13 | third question, that's the one I want you | | | |
| | 141: 14 | to look at. | | | |
| | 141: 15 | A:  Uh-huh. | | | |
| | 141: 16 | Q:  'Why did Merck undertake | | | |
| | 141: 17 | the,' APPROVe, 'trial?' | | | |
| | 141: 18 | A:  Uh-huh. | | | |
| | 141: 19 | Q:  Merck prepared an answer to | | | |
| | 141: 20 | that. Nowhere in that answer does it say | | | |
| | 141: 21 | to see if people are having heart attacks | | | |
| | 141: 22 | and strokes, does it? | | | |
| | 141: 23 | A:  The answer to the question | | | |
| | 141: 24 | does not refer to the cardiovascular | | | |
| | 142: 1 | outcome part of the study. | | | |
| | 142: 2 | Q:  I'm sorry. That's a long | | | |
| | 142: 3 | answer. Are you just saying, yes, you're | | | |
| | 142: 4 | right, it doesn't say heart attacks and | | | |
| | 142: 5 | strokes? | | | |
| | 142: 6 | A:  There's nothing about heart | | | |
| | 142: 7 | attacks and strokes in that answer. | | | |
| 68 | **146:2 - 146:10** | Scolnick, Edward 2005-03-22 | 00:00:21 | | |
| | 146: 2 | You, Dr. Scolnick, knew | | | |
| | 146: 3 | Vioxx was causing heart attacks and | | | |
| | 146: 4 | strokes by the time of March 2000; true? | | | |
| | 146: 5 | A:  Not true. | | | |
| | 146: 6 | Q:  Well, we at least know that | | | |
| | 146: 7 | you're getting reports of it, that you're | | | |
| | 146: 8 | having summarized out of thousands of | | | |
| | 146: 9 | reports, right, Exhibit 10? | | | |
| | 146: 10 | A:  Again, I've -- | | | |
| 69 | **146:13 - 147:4** | Scolnick, Edward 2005-03-22 | 00:00:39 | | |
| | 146: 13 | THE WITNESS:  -- tried to | | | |
| | 146: 14 | explain to you the fact that when | | | |
| | 146: 15 | a drug goes on the market, adverse | | | |
| | 146: 16 | experience reports are reported on | | | |
| | 146: 17 | every drug, including Vioxx. And | | | |
| | 146: 18 | the challenge for analyzing those | | | |
| | 146: 19 | reports is to try to figure out | | | |
| | 146: 20 | whether they're happening by | | | |
| | 146: 21 | chance associated with the drug or | | | |
| | 146: 22 | whether the drug is actually | | | |
| | 146: 23 | causing the adverse experiences | | | |
| | 146: 24 | reported in the reports. | | | |
| | 147: 1 | And we did this -- we did | | | |
| | 147: 2 | this routinely and very, very | | | |
| | 147: 3 | carefully for every drug we ever | | | |
| | 147: 4 | brought on the market. | | | |
| 70 | **147:7 - 147:12** | Scolnick, Edward 2005-03-22 | 00:00:19 | | |
| | 147: 7 | jury, as of March 2000, you, Edward | | | |
| | 147: 8 | Scolnick, knew that the CV events, the | | | |
| | 147: 9 | heart attacks and strokes, were clearly | | | |
| | 147: 10 | there, and you, Edward Scolnick, knew | | | |
| | 147: 11 | that they were mechanism-based with | | | |
| | 147: 12 | Vioxx? | | | |
| 71 | **147:16 - 147:21** | Scolnick, Edward 2005-03-22 | 00:00:09 | | |
| | 147: 16 | Q:  True? | | | |
| | 147: 17 | A:  That was my very first | | | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | 147: 18 | reaction when I saw the data from the | | |
| | 147: 19 | VIGOR trial. | | |
| | 147: 20 | Q: You knew it from the get-go. | | |
| | 147: 21 | It was your first reaction; right? | | |

**72**  **147:24 - 148:2**  Scolnick, Edward 2005-03-22 — 00:00:03
147: 24   THE WITNESS: It was my
148: 1   first reaction before other data
148: 2   was available.

**73**  **148:17 - 148:24**  Scolnick, Edward 2005-03-22 — 00:00:20
148: 17   Q: Sir, it is in March of 2000;
148: 18   isn't it?
148: 19   A: Yes, it is.
148: 20   Q: And you said to everybody,
148: 21   Alan Nies, Alise Reicin and Deborah
148: 22   Shapiro certain things, didn't you?
148: 23   A: I did. It says, 'I just
148: 24   received and went through the data.'

**74**  **149:8 - 150:2**  Scolnick, Edward 2005-03-22 — 00:00:30
149: 8   Q: And you don't step out and
149: 9   say something unless you know it's true
149: 10   and right. Do you remember that?
149: 11   A: I don't remember saying what
149: 12   you've just quoted me as saying.
149: 13   Q: I think your exact words
149: 14   were, you hold yourself to a very high
149: 15   standard. Do you remember that?
149: 16   A: Yes, I do remember that.
149: 17   Q: And so you sent this e-mail
149: 18   to everybody, and you said that you
149: 19   received and you went through the data;
149: 20   right?
149: 21   A: Uh-huh. That's what it
149: 22   says.
149: 23   Q: And I'm sure you did that
149: 24   thoroughly. You didn't do a half slop
150: 1   job; did you?
150: 2   A: I don't think so.

**75**  **151:5 - 151:12**  Scolnick, Edward 2005-03-22 — 00:00:15
151: 5   THE WITNESS: Excuse me. If
151: 6   I can just look at the memo for
151: 7   one second. 'Pubs' in this
151: 8   context is talking about
151: 9   perforations, ulcers and bleeds
151: 10   associated with the study.
151: 11   BY MR. LANIER:
151: 12   Q: Okay. Thank you.

**76**  **151:13 - 152:16**  Scolnick, Edward 2005-03-22 — 00:01:07
151: 13   'There is no doubt about
151: 14   the' perforations, ulcers and bleeds
151: 15   'data.' Then look at your next sentence.
151: 16   'The CV events are,' what's that word?
151: 17   A: The sentence reads, 'The
151: 18   cardiovascular events are clearly there.'
151: 19   Q: They're clearly there. That
151: 20   was your choice of words; wasn't it?
151: 21   A: This is my e-mail. That is
151: 22   correct.
151: 23   Q: So, after you studied the
151: 24   data, you went through it, you sent a
152: 1   memo out to everybody, even though you
152: 2   hold yourself to a high standard, telling
152: 3   everybody that the CV events are clearly
152: 4   there, and that was March of 2000, wasn't

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 152: 5 | it? | |
| | 152: 6 | A:  Yes, it is. | |
| | 152: 7 | Q:  And you never sent out an | |
| | 152: 8 | order at that point in time for a CV | |
| | 152: 9 | outcomes study, did you? | |
| | 152: 10 | A:  We -- I did not send out an | |
| | 152: 11 | order for a CV outcomes study. We took | |
| | 152: 12 | many immediate actions to try to | |
| | 152: 13 | understand the cardiovascular events, | |
| | 152: 14 | since we couldn't conclude what was going | |
| | 152: 15 | on in the trial because there was no | |
| | 152: 16 | placebo in the trial. | |
| 77 | 156:7  -  156:10 | Scolnick, Edward 2005-03-22 | 00:00:13 |
| | 156: 7 | 1999, I wrote, 'Push Vioxx | |
| | 156: 8 | to market by May 22nd or' Merck will be | |
| | 156: 9 | "a different company." That's what you | |
| | 156: 10 | said in 1999; right? | |
| 78 | 156:13  -  156:19 | Scolnick, Edward 2005-03-22 | 00:00:13 |
| | 156: 13 | THE WITNESS:  It accurately | |
| | 156: 14 | reflects our earlier discussion. | |
| | 156: 15 | BY MR. LANIER: | |
| | 156: 16 | Q:  Then also in 1999 you sent | |
| | 156: 17 | out the e-mail that said if we can't beat | |
| | 156: 18 | Celebrex two to one, you're going to quit | |
| | 156: 19 | or leave the company. True? | |
| 79 | 156:21  -  156:23 | Scolnick, Edward 2005-03-22 | 00:00:05 |
| | 156: 21 | THE WITNESS:  You reflected | |
| | 156: 22 | my e-mail and some of my | |
| | 156: 23 | sentiments in that e-mail. | |
| 80 | 157:10  -  158:14 | Scolnick, Edward 2005-03-22 | 00:01:12 |
| | 157: 10 | The drug Vioxx did go to | |
| | 157: 11 | market in 1999, and y'all marketed it | |
| | 157: 12 | before the VIGOR study was finished; | |
| | 157: 13 | true? | |
| | 157: 14 | A:  Yes, that's correct. | |
| | 157: 15 | Q:  You couldn't afford to wait | |
| | 157: 16 | for that VIGOR study to get done; could | |
| | 157: 17 | you? | |
| | 157: 18 | A:  No, that's not true. That | |
| | 157: 19 | was a study that was planned for being | |
| | 157: 20 | done after the drug was approved and was | |
| | 157: 21 | going to provide additional data about | |
| | 157: 22 | gastrointestinal safety for the drug. | |
| | 157: 23 | Q:  But, sir, the VIGOR study, | |
| | 157: 24 | you could not afford to wait until it was | |
| | 158: 1 | over to market your drug, because if you | |
| | 158: 2 | waited, Merck would be a different | |
| | 158: 3 | company. You never would have made May | |
| | 158: 4 | 22nd of '99; right? | |
| | 158: 5 | A:  The VIGOR study was not | |
| | 158: 6 | required to market the drug. | |
| | 158: 7 | Q:  I'm not asking did the FDA | |
| | 158: 8 | require it. I'm talking about, did you | |
| | 158: 9 | market the drug before you got the VIGOR | |
| | 158: 10 | results in? | |
| | 158: 11 | A:  Yes, we did. The VIGOR | |
| | 158: 12 | trial was never planned as part of the | |
| | 158: 13 | very large NDA for the initial approval | |
| | 158: 14 | of Vioxx. | |
| 81 | 159:18  -  159:20 | Scolnick, Edward 2005-03-22 | 00:00:08 |
| | 159: 18 | Q:  Then also in the year 2000, | |
| | 159: 19 | you never ordered or had done a CV | |
| | 159: 20 | specific study; true? | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| 82 | 159:23 - 160:6 | Scolnick, Edward 2005-03-22 | 00:00:24 | | |
| | 159: 23 | THE WITNESS: We | | | |
| | 159: 24 | immediately, upon having the VIGOR | | | |
| | 160: 1 | results, did many additional data | | | |
| | 160: 2 | analyses on studies that we had to | | | |
| | 160: 3 | try to interpret the meaning of | | | |
| | 160: 4 | the VIGOR results. And we did, in | | | |
| | 160: 5 | the end, come up with a study to | | | |
| | 160: 6 | measure cardiovascular outcomes. | | | |
| 83 | 160:10 - 160:13 | Scolnick, Edward 2005-03-22 | 00:00:07 | | |
| | 160: 10 | Q: I said, very simple | | | |
| | 160: 11 | question, sir. It's a simple note. | | | |
| | 160: 12 | 2000, you never did a CV specific study; | | | |
| | 160: 13 | true? | | | |
| 84 | 160:16 - 160:23 | Scolnick, Edward 2005-03-22 | 00:00:17 | | |
| | 160: 16 | THE WITNESS: We did not do | | | |
| | 160: 17 | a study where cardiovascular | | | |
| | 160: 18 | outcomes were a primary endpoint. | | | |
| | 160: 19 | We did do a study where | | | |
| | 160: 20 | cardiovascular outcomes were a | | | |
| | 160: 21 | predefined endpoint in our studies | | | |
| | 160: 22 | to gather additional | | | |
| | 160: 23 | cardiovascular outcomes data. | | | |
| 85 | 161:20 - 161:23 | Scolnick, Edward 2005-03-22 | 00:00:13 | | |
| | 161: 20 | Q: Okay. That's my point. So, | | | |
| | 161: 21 | you never did, never, one single study | | | |
| | 161: 22 | where the primary outcome was, does it | | | |
| | 161: 23 | cause heart attacks or strokes; right? | | | |
| 86 | 162:2 - 162:3 | Scolnick, Edward 2005-03-22 | 00:00:02 | | |
| | 162: 2 | THE WITNESS: You're | | | |
| | 162: 3 | correct. | | | |
| 87 | 162:23 - 163:8 | Scolnick, Edward 2005-03-22 | 00:00:19 | | |
| | 162: 23 | Q: Sir, simple question. Did | | | |
| | 162: 24 | you change your warning label and tell | | | |
| | 163: 1 | people about the VIGOR results in the | | | |
| | 163: 2 | year 2000? Yes or no? | | | |
| | 163: 3 | A: We told people about the | | | |
| | 163: 4 | VIGOR results immediately after they | | | |
| | 163: 5 | became available to us. | | | |
| | 163: 6 | Q: Okay. | | | |
| | 163: 7 | A: And we submitted an NDA to | | | |
| | 163: 8 | the FDA to change our label. | | | |
| 88 | 226:6 - 226:10 | Scolnick, Edward 2005-03-22 | 00:00:09 | | |
| | 226: 6 | Q: Do you have Exhibit 18 in | | | |
| | 226: 7 | front of you? | | | |
| | 226: 8 | A: Yes, I do. | | | |
| | 226: 9 | Q: It's the day before your 'to | | | |
| | 226: 10 | do' list, isn't it, the 13th? | | | |
| 89 | 226:15 - 226:17 | Scolnick, Edward 2005-03-22 | 00:00:03 | | |
| | 226: 15 | THE WITNESS: Yes. It's the | | | |
| | 226: 16 | day before this memo on the 'to | | | |
| | 226: 17 | do' list. | | | |
| 90 | 227:7 - 227:9 | Scolnick, Edward 2005-03-22 | 00:00:06 | | |
| | 227: 7 | Q: Four days away from your | | | |
| | 227: 8 | initial conclusion that Vioxx was causing | | | |
| | 227: 9 | heart attacks and strokes; right? | | | |
| 91 | 227:11 - 228:14 | Scolnick, Edward 2005-03-22 | 00:00:58 | | |
| | 227: 11 | THE WITNESS: Four days from | | | |
| | 227: 12 | my initial memo with my initial | | | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| | 227: 13 | conclusion, yes. |
| | 227: 14 | BY MR. LANIER: |
| | 227: 15 | Q: All right. |
| | 227: 16 | Now, already by four days |
| | 227: 17 | later, you have got Ms. Reicin scouring |
| | 227: 18 | the medical literature trying to find a |
| | 227: 19 | study somewhere that indicates that |
| | 227: 20 | NSAIDs helped your heart; right? |
| | 227: 21 | A: That was one of the |
| | 227: 22 | questions that I asked the team when they |
| | 227: 23 | suggested that NSAIDs could be |
| | 227: 24 | cardioprotective. |
| | 228: 1 | Q: And the only study she was |
| | 228: 2 | able to find -- by the way, it is |
| | 228: 3 | singular, there was only one study she |
| | 228: 4 | could find; true? |
| | 228: 5 | A: That's what the e-mail says, |
| | 228: 6 | yes. |
| | 228: 7 | Q: In fact, why don't you read |
| | 228: 8 | that sentence where I've highlighted |
| | 228: 9 | 'Only study.' |
| | 228: 10 | A: 'Alan and Ed: Below is |
| | 228: 11 | attached the abstract from the only study |
| | 228: 12 | I could find which assessed the potential |
| | 228: 13 | cardioprotective effects of an NSAID. |
| | 228: 14 | Alise.' |
| 92 | 229:2  -  229:8 | Scolnick, Edward 2005-03-22 | 00:00:17 |
| | 229: 2 | Q: Did it occur to you that |
| | 229: 3 | people were taking the drug that could be |
| | 229: 4 | having these heart attacks, or is that |
| | 229: 5 | what you meant when you said it's sad or |
| | 229: 6 | it's a shame, but it's a low incidence, |
| | 229: 7 | you just didn't figure there would be |
| | 229: 8 | that many of them? |
| 93 | 229:11  -  229:19 | Scolnick, Edward 2005-03-22 | 00:00:19 |
| | 229: 11 | THE WITNESS: As I've |
| | 229: 12 | stated, my initial conclusion was |
| | 229: 13 | that Vioxx was causing heart |
| | 229: 14 | attacks in patients. After |
| | 229: 15 | discussions of this article and |
| | 229: 16 | extensive other data that we had |
| | 229: 17 | available to ourselves in our own |
| | 229: 18 | trials, I concluded that I was not |
| | 229: 19 | correct in my initial conclusion. |
| 94 | 230:21  -  230:23 | Scolnick, Edward 2005-03-22 | 00:00:05 |
| | 230: 21 | Q: I'm going to hand you a |
| | 230: 22 | document marked Exhibit 19. Do you have |
| | 230: 23 | it in front of you? |
| 95 | 231:20  -  233:5 | Scolnick, Edward 2005-03-22 | 00:01:27 |
| | 231: 20 | Q: First of all, this |
| | 231: 21 | well-respected Carlo Patrono said that he |
| | 231: 22 | does not think that you can attribute the |
| | 231: 23 | increase in heart attacks and strokes to |
| | 231: 24 | the fact that the other people were |
| | 232: 1 | taking naproxen, and it must be good for |
| | 232: 2 | your heart. Fair to say? |
| | 232: 3 | A: That's what he writes, yes. |
| | 232: 4 | That's what the person reflects on his |
| | 232: 5 | comments. |
| | 232: 6 | Q: And then there are a number |
| | 232: 7 | of reasons given why it can't be that |
| | 232: 8 | naproxen is good; right? |
| | 232: 9 | A: What it says is, he |
| | 232: 10 | questions whether the magnitude of the |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 232: 11 | effects seen in VIGOR is consistent with | | |
| | 232: 12 | naproxen being cardioprotective. | | |
| | 232: 13 | Q:  Well, he said, first of all, | | |
| | 232: 14 | 'There is a weak pharmacological basis.' | | |
| | 232: 15 | Do you see where it said that? | | |
| | 232: 16 | A:  Yes, I do. | | |
| | 232: 17 | Q:  What that means to you and | | |
| | 232: 18 | me and folks who read this stuff more | | |
| | 232: 19 | than we probably should is that there's | | |
| | 232: 20 | really not a good medical science | | |
| | 232: 21 | pharmacy reason for saying it's naproxen. | | |
| | 232: 22 | That's what that means, doesn't it? | | |
| | 232: 23 | A:  It refers to the | | |
| | 232: 24 | pharmacology of the drug, and that's his | | |
| | 233: 1 | interpretation. | | |
| | 233: 2 | Q:  And then it says, 'No | | |
| | 233: 3 | epidemiological evidence.' Do you see | | |
| | 233: 4 | where it says that? | | |
| | 233: 5 | A:  Yes, I do. | | |
| 96 | **233:14 - 234:3** | Scolnick, Edward 2005-03-22 | 00:00:22 | |
| | 233: 14 | Q:  Well, do you see the word | | |
| | 233: 15 | 'no'? | | |
| | 233: 16 | A:  I do see that. | | |
| | 233: 17 | Q:  How many are there, if it | | |
| | 233: 18 | says there's no evidence? How much | | |
| | 233: 19 | evidence is there? | | |
| | 233: 20 | A:  I see his comment. I don't | | |
| | 233: 21 | know the details of his review that he | | |
| | 233: 22 | refers to here. | | |
| | 233: 23 | Q:  Well, when he says there's | | |
| | 233: 24 | no evidence, don't you think that means | | |
| | 234: 1 | zero? | | |
| | 234: 2 | A:  I think that's a plausible | | |
| | 234: 3 | explanation, yes. | | |
| 97 | **234:4 - 234:18** | Scolnick, Edward 2005-03-22 | 00:00:33 | |
| | 234: 4 | Q:  Otherwise you think he'd use | | |
| | 234: 5 | the word 'some' or 'a little' or 'few' or | | |
| | 234: 6 | 'lots'? | | |
| | 234: 7 | A:  He's talking about | | |
| | 234: 8 | conventional nonsteroidals as part of his | | |
| | 234: 9 | sentence. And we actually agree with | | |
| | 234: 10 | that except for naproxen. | | |
| | 234: 11 | Q:  So, but you agree with the | | |
| | 234: 12 | statement even for naproxen, that there's | | |
| | 234: 13 | no epidemiological evidence that naproxen | | |
| | 234: 14 | is safe; right? I mean, not safe, good | | |
| | 234: 15 | for the heart? | | |
| | 234: 16 | A:  There had been no prior data | | |
| | 234: 17 | to suggest that naproxen was | | |
| | 234: 18 | cardioprotective. | | |
| 98 | **234:20 - 235:5** | Scolnick, Edward 2005-03-22 | 00:00:24 | |
| | 234: 20 | next sentence. He says, 'Additionally' | | |
| | 234: 21 | which I guess means another reason, yet | | |
| | 234: 22 | another reason; right? | | |
| | 234: 23 | A:  Yes. | | |
| | 234: 24 | Q:  'Additionally the magnitude | | |
| | 235: 1 | of the effect,' in other words, how many | | |
| | 235: 2 | more heart attacks you were causing, | | |
| | 235: 3 | 'would not be plausible even if' you'd | | |
| | 235: 4 | been comparing it to aspirin. He says | | |
| | 235: 5 | that; doesn't he? | | |
| 99 | **235:7 - 235:17** | Scolnick, Edward 2005-03-22 | 00:00:24 | |
| | 235: 7 | THE WITNESS:  He talks about | | |
| | 235: 8 | the aspirin, yes, the comparator | | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

235: 9   to aspirin.
235: 10   BY MR. LANIER:
235: 11   Q: He says, 'In fact,
235: 12   in...three different trials, aspirin has
235: 13   shown no effect on the primary prevention
235: 14   of stroke, while we have seen a 50% lower
235: 15   incidence of stroke in the naproxen arm
235: 16   of VIGOR'; right?
235: 17   A: That's what he says.

100   236:13  -  236:23   Scolnick, Edward 2005-03-22   00:00:26
236: 13   Q: Well, you were hoping
236: 14   naproxen helped the heart just like
236: 15   aspirin did; right?
236: 16   A: We weren't hoping anything.
236: 17   We were concluding based on this study
236: 18   that you've referred to and all the other
236: 19   analysis versus placebo and other NSAIDs,
236: 20   that except for this naproxen study,
236: 21   there was no evidence for an imbalance of
236: 22   cardiovascular events attributable to
236: 23   Vioxx.

101   237:3  -  239:3   Scolnick, Edward 2005-03-22   00:01:37
237: 3   Q: Sir, what y'all were putting
237: 4   forth there as an idea was that naproxen
237: 5   helps the heart just like aspirin does;
237: 6   right?
237: 7   A: Or -- yes, that's correct.
237: 8   Q: But the truth be told, even
237: 9   aspirin, if you'd used aspirin, even
237: 10   aspirin couldn't help the heart as much
237: 11   as naproxen would have to to come up with
237: 12   these results; right?
237: 13   A: Aspirin, to my knowledge,
237: 14   had never been studied in this kind of
237: 15   patient population.
237: 16   Q: That wasn't my question,
237: 17   sir.
237: 18   My point is, y'all had so
237: 19   many more heart attacks and strokes in
237: 20   your Vioxx group than the naproxen, that
237: 21   if the real reason why is because
237: 22   naproxen was helpful, that naproxen would
237: 23   have to be two, three, four times better
237: 24   for you than even aspirin; right?
238: 1   A: I can't conclude that.
238: 2   Aspirin has not been studied in patients
238: 3   with rheumatoid arthritis in this kind of
238: 4   trial. There was no way to make that
238: 5   quantitative comparison.
238: 6   Q: Well, naproxen hadn't been
238: 7   studied in any other trials to show that
238: 8   it was cardioprotective. It never had
238: 9   been shown that in any of the testing
238: 10   ever done; true?
238: 11   A: That is true, and I've tried
238: 12   to explain to you why that study could
238: 13   not have been done.
238: 14   Q: Well, sir, that study is
238: 15   going to be an end result of every study
238: 16   with naproxen. You're always going to –
238: 17   when you study naproxen, you're going to
238: 18   compare the favorable outcomes on a
238: 19   cardio basis with those that don't;
238: 20   right?
238: 21   A: Not compared to placebo to
238: 22   really be able to answer that question.

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|--|--|--|---|---|
|  | 238: 23 | Q: Fine. Compared to other |  |  |
|  | 238: 24 | NSAIDs; true? |  |  |
|  | 239: 1 | A: If naproxen had been studied |  |  |
|  | 239: 2 | that way, then some day it could have |  |  |
|  | 239: 3 | been achieved. |  |  |
| 102 | 268:13 - 268:17 | Scolnick, Edward 2005-03-22 | 00:00:13 |  |
|  | 268: 13 | Q: Just make sure we're on the |  |  |
|  | 268: 14 | same page. If we look at Exhibit 23, you |  |  |
|  | 268: 15 | even sent a memo to this to the CEO and |  |  |
|  | 268: 16 | to the president of Merck back in January |  |  |
|  | 268: 17 | of 2001, didn't you? |  |  |
| 103 | 269:1 - 269:21 | Scolnick, Edward 2005-03-22 | 00:00:45 |  |
|  | 269: 1 | A: Yes. |  |  |
|  | 269: 2 | Q: You said you 'want to point |  |  |
|  | 269: 3 | out to all of you at one time that, 1. |  |  |
|  | 269: 4 | there is no way to prove that in patients |  |  |
|  | 269: 5 | with rheumatoid arthritis that ALL of the |  |  |
|  | 269: 6 | difference between Vioxx and naproxen is |  |  |
|  | 269: 7 | due to the benefit of naproxen.' That's |  |  |
|  | 269: 8 | what you said, isn't it? |  |  |
|  | 269: 9 | A: That's right. And all is |  |  |
|  | 269: 10 | capitalized. |  |  |
|  | 269: 11 | Q: And then you capitalize this |  |  |
|  | 269: 12 | whole next phrase. 'IT IS IMPOSSIBLE TO |  |  |
|  | 269: 13 | PROVE THIS.' Didn't you? |  |  |
|  | 269: 14 | A: That's what the e-mail says. |  |  |
|  | 269: 15 | Q: That's what you said, isn't |  |  |
|  | 269: 16 | it? |  |  |
|  | 269: 17 | A: Yes, it is. It is. |  |  |
|  | 269: 18 | Q: Then you capitalize for |  |  |
|  | 269: 19 | emphasis this next sentence. 'IT IS |  |  |
|  | 269: 20 | IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' |  |  |
|  | 269: 21 | A: That's exactly what I said. |  |  |
| 104 | 10:14 - 10:16 | Scolnick, Edward 2005-04-29 | 00:00:05 |  |
|  | 10: 14 | Q: You retired from Merck Research Labs |  |  |
|  | 10: 15 | in 2003; correct? |  |  |
|  | 10: 16 | A: That is correct. |  |  |
| 105 | 27:14 - 27:17 | Scolnick, Edward 2005-04-29 | 00:00:05 |  |
|  | 27: 14 | In the late '80s and early '90s, you |  |  |
|  | 27: 15 | were also the president of Merck Research Labs; |  |  |
|  | 27: 16 | right? |  |  |
|  | 27: 17 | A: Yes. |  |  |
| 106 | 28:24 - 29:2 | Scolnick, Edward 2005-04-29 | 00:00:11 |  |
|  | 28: 24 | Q: At that point in time you did have |  |  |
|  | 28: 25 | some concerns about what the prospects would be for |  |  |
|  | 29: 1 | Merck in the late '90s and 2000 as several drugs |  |  |
|  | 29: 2 | were coming off patent; right? |  |  |
| 107 | 29:4 - 29:6 | Scolnick, Edward 2005-04-29 | 00:00:10 |  |
|  | 29: 4 | THE WITNESS: I had concerns. It was |  |  |
|  | 29: 5 | a way off, but, yes, I certainly remember vague |  |  |
|  | 29: 6 | thoughts about that. |  |  |
| 108 | 29:13 - 29:16 | Scolnick, Edward 2005-04-29 | 00:00:10 |  |
|  | 29: 13 | Q: You have to anticipate that drugs |  |  |
|  | 29: 14 | would be coming off patent maybe ten years down the |  |  |
|  | 29: 15 | road and seek to have new drugs to fill the drugs |  |  |
|  | 29: 16 | that were once proprietary of the company? |  |  |
| 09 | 29:18 - 30:4 | Scolnick, Edward 2005-04-29 | 00:00:29 |  |
|  | 29: 18 | THE WITNESS: That is correct. |  |  |
|  | 29: 19 | BY MR. BUCHANAN: |  |  |
|  | 29: 20 | Q: Because once a drug becomes generic |  |  |

|  |  |  | Objections/Responses<br>in Smith | Ruling in Barnett |
|--|--|--|--|--|

29: 21   or goes off patent, then other competitors can enter
29: 22   the market and seek to take market share; correct?
29: 23   A: That's correct.
29: 24   Q: Okay. So, in the early '90s you knew
29: 25   that beginning in 2000 and 2001, Merck would have
30: 1   several drugs going off patent; correct?
30: 2   A: The one that comes to mind
30: 3   immediately is Mevacor, but I don't recall the other
30: 4   drugs at this point.

**110**   **32:13 - 33:20**   Scolnick, Edward 2005-04-29     00:00:59
32: 13   All these drugs were significant
32: 14   drugs for Merck?
32: 15   A: Yes.
32: 16   Q: Several of these were blockbuster
32: 17   drugs for Merck; right?
32: 18   A: They were large selling drugs, yes.
32: 19   Q: Well, 'blockbuster' has a meaning or
32: 20   a connotation in the industry, doesn't it?
32: 21   A: 'Blockbuster' means usually a very
32: 22   large drug, very large sales drug.
32: 23   Q: Traditionally it meant more than a
32: 24   billion dollars in sales; true?
32: 25   A: That is one interpretation given to
33: 1   it.
33: 2   Q: So, several of these drugs were
33: 3   blockbuster drugs. You'd agree with that?
33: 4   A: Yes.
33: 5   Q: Okay.
33: 6   Several of these drugs, even if you
33: 7   can't remember all of them, were going off patent in
33: 8   2000, 2001, 2002; correct?
33: 9   A: I'm not sure which ones, but some
33: 10   drugs were going off patent at that point.
33: 11   Q: Well, you recall being concerned
33: 12   about what the future will hold in 2000/2001 when
33: 13   all these drugs were going off patent; correct?
33: 14   A: Yes.
33: 15   Q: You were concerned about that in the
33: 16   early '90s?
33: 17   A: Yes.
33: 18   Q: And you were trying to design new
33: 19   drugs to fill the void that would be left by these
33: 20   drugs when they went off patent?

**111**   **33:24 - 33:25**   Scolnick, Edward 2005-04-29     00:00:03
33: 24   THE WITNESS: We were trying to
33: 25   develop and discover new drugs that would do that.

**112**   **34:8 - 34:17**   Scolnick, Edward 2005-04-29     00:00:39
34: 8   Q: One of the drugs that was going to be
34: 9   filling the void left by these other drugs when they
34: 10   went off patent was Vioxx; true?
34: 11   A: Vioxx was going to fill the void, but
34: 12   in the early '90s, Vioxx -- I believe Vioxx was not
34: 13   even on the Merck radar screen. I don't even think
34: 14   we had thought of the project at that point. I
34: 15   don't -- I don't recall the date when the Vioxx
34: 16   project started.
34: 17   - - -

**113**   **36:13 - 36:18**   Scolnick, Edward 2005-04-29     00:00:11
36: 13   Q: There's a reference to Dr. Peppi
36: 14   Prasit. Do you see that?
36: 15   A: Dr. Peppi Prasit.
36: 16   Q: Prasit. He was a scientist at your
36: 17   labs in Montreal; correct?
36: 18   A: Yes, a chemist.

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

**114**   **37:11 - 37:18**   Scolnick, Edward 2005-04-29   00:00:20
37: 11   Q: You see the date referenced here.
37: 12   It's July 1992; correct?
37: 13   A: Yes, I do.
37: 14   Q: Does that refresh your recollection
37: 15   as to when Merck started considering investigating
37: 16   selective NSAIDs?
37: 17   A: Yes, it does. I had not recalled we
37: 18   started this project this early.

**115**   **42:6 - 42:9**   Scolnick, Edward 2005-04-29   00:00:07
42: 6   So, you put a lot of resources within
42: 7   Merck Research Labs onto this particular project;
42: 8   correct?
42: 9   A: Yes, that is correct.

**116**   **43:11 - 43:19**   Scolnick, Edward 2005-04-29   00:00:16
43: 11   Q: And you encouraged Dr. Prasit and his
43: 12   staff to pursue the Vioxx project with all resources
43: 13   that were available at Merck Frosst; true?
43: 14   A: That is correct.
43: 15   Q: Okay.
43: 16   You knew how important this drug
43: 17   could be for the company; right?
43: 18   A: I knew that this could be a very
43: 19   important project, yes.

**117**   **47:6 - 47:8**   Scolnick, Edward 2005-04-29   00:00:13
47: 6   Q: You wanted to be the first to market
47: 7   with this selective COX-2 inhibitor; correct?
47: 8   A: Yes.

**118**   **87:3 - 87:9**   Scolnick, Edward 2005-04-29   00:00:44
87: 3   Q: All right, sir. I want to get back
87: 4   to something. I want to turn back to 1998. I want
87: 5   to talk about the period prior to the time when
87: 6   Merck had Vioxx approved. Okay? Do you remember
87: 7   when Vioxx was approved?
87: 8   A: I believe it was late 1999, middle of
87: 9   1999.

**119**   **98:3 - 98:9**   Scolnick, Edward 2005-04-29   00:00:18
98: 3   A: I don't recall seeing this particular
98: 4   document.
98: 5   Q: Okay.
98: 6   For the record, it is an e-mail from
98: 7   you to a series of individuals, Alan Nies, Beth
98: 8   Seidenberg, Tom Simon, Robert Silverman. Sir, are
98: 9   all of those people Merck employees?

**120**   **98:6 - 98:10**   Scolnick, Edward 2005-04-29   00:00:19
98: 6   For the record, it is an e-mail from
98: 7   you to a series of individuals, Alan Nies, Beth
98: 8   Seidenberg, Tom Simon, Robert Silverman. Sir, are
98: 9   all of those people Merck employees?
98: 10   A: Yes, they were.

**121**   **112:22 - 112:24**   Scolnick, Edward 2005-04-29   00:00:12
112: 22   So, it is, in fact, accurate to state
112: 23   that in 1998 Merck had declining sales in several of
112: 24   its key franchises; correct?

**122**   **113:1 - 113:13**   Scolnick, Edward 2005-04-29   00:00:16
113: 1   THE WITNESS: I've answered your
113: 2   question.
113: 3   BY MR. BUCHANAN:
113: 4   Q: I would like you to answer that

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 113: 5 | | question, please. | | |
| | 113: 6 | | A: Some of its franchises had declining | | |
| | 113: 7 | | sales. | | |
| | 113: 8 | | Q: And they were key franchises? | | |
| | 113: 9 | | A: And some of them were key. | | |
| | 113: 10 | | Q: Okay. | | |
| | 113: 11 | | You also had several drugs going off | | |
| | 113: 12 | | patent in the near future; right? | | |
| | 113: 13 | | A: Correct. | | |
| 123 | **115:12 - 115:16** | Scolnick, Edward 2005-04-29 | | 00:00:11 | |
| | **115: 12** | Q: Well, when you sent this, were you | | | |
| | **115: 13** | sending it as a scientist, sir? | | | |
| | **115: 14** | A: Yes, because it was in my capacity as | | | |
| | **115: 15** | head of the research laboratories to these people | | | |
| | **115: 16** | who reported to the research laboratories. | | | |
| 124 | **115:17 - 116:11** | Scolnick, Edward 2005-04-29 | | 00:00:35 | |
| | 115: 17 | Q: You thought it was important to tell | | | |
| | 115: 18 | your employees that Merck's base business was | | | |
| | 115: 19 | eroding? | | | |
| | 115: 20 | A: Yes. | | | |
| | 115: 21 | Q: You thought it was important to tell | | | |
| | 115: 22 | them that Merck had several products going off | | | |
| | 115: 23 | patent? | | | |
| | 115: 24 | A: They knew that. This was to | | | |
| | 115: 25 | reemphasize that. | | | |
| | 116: 1 | Q: You thought it was important to tell | | | |
| | 116: 2 | them that several of the recently launched products | | | |
| | 116: 3 | had not been as successful as anticipated? | | | |
| | 116: 4 | A: I wanted to provide them the | | | |
| | 116: 5 | information in this document, yes, that's correct. | | | |
| | 116: 6 | Q: You thought it was important to tell | | | |
| | 116: 7 | them that several of the recently launched products | | | |
| | 116: 8 | weren't as successful as you anticipated they'd be; | | | |
| | 116: 9 | right? | | | |
| | 116: 10 | A: That's what's in here, and I wanted | | | |
| | 116: 11 | to provide them that information. | | | |
| 125 | **117:18 - 118:3** | Scolnick, Edward 2005-04-29 | | 00:00:21 | |
| | 117: 18 | Q: They are the people who you would | | | |
| | 117: 19 | hope would be able to facilitate a speedy approval | | | |
| | 117: 20 | of your drug; correct? | | | |
| | 117: 21 | A: That is part of their responsibility. | | | |
| | 117: 22 | Part of their jobs, yes. | | | |
| | 117: 23 | Q: And that's part of why you provided | | | |
| | 117: 24 | this e-mail to them; right? | | | |
| | 117: 25 | A: Yes. | | | |
| | 118: 1 | Q: You wanted them to know how important | | | |
| | 118: 2 | it was that this drug proceed quickly through the | | | |
| | 118: 3 | regulatory approval process; right? | | | |
| 126 | **118:6 - 118:9** | Scolnick, Edward 2005-04-29 | | 00:00:03 | |
| | 118: 6 | THE WITNESS: Yes. | | | |
| | 118: 7 | BY MR. BUCHANAN: | | | |
| | 118: 8 | Q: It was essential to the financial | | | |
| | 118: 9 | success of the firm; right? | | | |
| 127 | **118:11 - 118:18** | Scolnick, Edward 2005-04-29 | | 00:00:23 | |
| | 118: 11 | THE WITNESS: It was essential to | | | |
| | 118: 12 | Merck. It was important to Merck, yes. | | | |
| | 118: 13 | BY MR. BUCHANAN: | | | |
| | 118: 14 | Q: Okay. | | | |
| | 118: 15 | And, in fact, it was not only | | | |
| | 118: 16 | essential, but Vioxx's success was necessary to | | | |
| | 118: 17 | preserve Merck and Merck Research Labs period; | | | |
| | 118: 18 | correct? | | | |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**28**  118:21 - 118:22   Scolnick, Edward 2005-04-29   00:00:03
118: 21   THE WITNESS: That is what I said in
118: 22   my e-mail.

**129**  118:24 - 119:1   Scolnick, Edward 2005-04-29   00:00:07
118: 24   Q: That's true; right?
118: 25   A: I believe it is an exaggeration, but
119: 1   it has some truth.

**130**  122:17 - 123:7   Scolnick, Edward 2005-04-29   00:00:38
122: 17   Well, at this point in time, October
122: 18   1998, what did you know about Vioxx's potential to
122: 19   cause cardiovascular risks or cardiovascular
122: 20   problems?
122: 21   A: I don't recall exactly what we knew
122: 22   at this point. There was no evidence at all in the
122: 23   Vioxx development program at this point that Vioxx
122: 24   caused cardiovascular risks.
122: 25   Q: What do you mean by that, 'caused
123: 1   cardiovascular risks'?
123: 2   A: There was no evidence to say that
123: 3   Vioxx caused a cardiovascular risk.
123: 4   Q: Well, you're not saying that in
123: 5   individual trials preapproval that you didn't see
123: 6   imbalances between cardiovascular risks in Vioxx and
123: 7   the comparator drugs, are you?

**131**  123:9 - 123:14   Scolnick, Edward 2005-04-29   00:00:07
123: 9   THE WITNESS: Before the drug was
123: 10   approved?
123: 11   BY MR. BUCHANAN:
123: 12   Q: Yes.
123: 13   A: I don't recall any such data. So, if
123: 14   it was there, I certainly don't recall it.

**132**  129:11 - 129:21   Scolnick, Edward 2005-04-29   00:00:28
129: 11   THE WITNESS: No, actually, that is
129: 12   not the conclusion that anyone drew or was certain
129: 13   of. The question was raised as to what the source
129: 14   of that metabolite was in the source of the
129: 15   prostacyclin and whether it was systemic or whether
129: 16   it was not systemic.
129: 17   BY MR. BUCHANAN:
129: 18   Q: I see. So, if it was systemic, that
129: 19   would mean that prostacyclin that was produced
129: 20   ordinarily in the vasculature was being suppressed
129: 21   by Vioxx; true?

**133**  129:23 - 130:3   Scolnick, Edward 2005-04-29   00:00:18
129: 23   THE WITNESS: I don't think anyone
129: 24   had any evidence nor felt that prostacyclin was
129: 25   produced in the vasculature. No one really knew
130: 1   where prostacyclin was produced exactly, in what
130: 2   organs, and the relationship of any of that to the
130: 3   metabolite in the urine. None of that was known.

**134**  130:5 - 130:11   Scolnick, Edward 2005-04-29   00:00:15
130: 5   Q: But you did conduct a clinical trial
130: 6   in 1997 with an individual named Garret FitzGerald;
130: 7   correct?
130: 8   A: Yes.
130: 9   Q: And he ran a clinical trial that
130: 10   showed that Vioxx suppressed the urinary metabolites
130: 11   of prostacyclin; correct?

**135**  130:13 - 130:17   Scolnick, Edward 2005-04-29   00:00:09
130: 13   THE WITNESS: Yes.

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 130: 14 | | BY MR. BUCHANAN: | | |
| | 130: 15 | | Q: One of the conclusions that was drawn | | |
| | 130: 16 | | by your consultants was that Vioxx was suppressing | | |
| | 130: 17 | | systemic prostacyclin; correct? | | |
| 136 | 130:20 - 130:22 | Scolnick, Edward 2005-04-29 | | 00:00:04 | |
| | 130: 20 | | THE WITNESS: I don't believe they | | |
| | 130: 21 | | drew that conclusion. I think they raised that | | |
| | 130: 22 | | question. | | |
| 137 | 131:9 - 131:11 | Scolnick, Edward 2005-04-29 | | 00:00:08 | |
| | 131: 9 | | And if that was happening, there was | | |
| | 131: 10 | | a risk that Vioxx could cause thrombotic events in | | |
| | 131: 11 | | humans; true? | | |
| 138 | 131:13 - 131:20 | Scolnick, Edward 2005-04-29 | | 00:00:17 | |
| | 131: 13 | | THE WITNESS: There was a theory that | | |
| | 131: 14 | | that could occur with no evidence ever garnered to | | |
| | 131: 15 | | substantiate or refute that theory. | | |
| | 131: 16 | | BY MR. BUCHANAN: | | |
| | 131: 17 | | Q: Now, that theory was put forth after | | |
| | 131: 18 | | the drug was marketed or before the drug was | | |
| | 131: 19 | | marketed? | | |
| | 131: 20 | | A: Long before Vioxx ever existed. | | |
| 139 | 141:23 - 142:1 | Scolnick, Edward 2005-04-29 | | 00:00:11 | |
| | 141: 23 | | Q: You weren't allowed to go out and | | |
| | 141: 24 | | tell doctors through your sales representatives that | | |
| | 141: 25 | | Vioxx reduced the serious clinical side effects | | |
| | 142: 1 | | associated with traditional NSAIDs; right? | | |
| 140 | 142:5 - 142:9 | Scolnick, Edward 2005-04-29 | | 00:00:04 | |
| | 142: 5 | | THE WITNESS: Serious | | |
| | 142: 6 | | gastrointestinal side effects? | | |
| | 142: 7 | | BY MR. BUCHANAN: | | |
| | 142: 8 | | Q: Yes. | | |
| | 142: 9 | | A: That is correct. | | |
| 141 | 151:17 - 152:4 | Scolnick, Edward 2005-04-29 | | 00:00:32 | |
| | 151: 17 | | Q: If you had conducted a CV outcomes | | |
| | 151: 18 | | trial in 1998, started it in 1998, that would have | | |
| | 151: 19 | | slowed down the approval process for the drug; true? | | |
| | 151: 20 | | A: That is true. | | |
| | 151: 21 | | Q: If you had told the FDA, we're | | |
| | 151: 22 | | concerned, we may have a potential cardiovascular | | |
| | 151: 23 | | issue with the drug, we'd want to do a CV safety | | |
| | 151: 24 | | study, that would have slowed down the approval | | |
| | 151: 25 | | process? | | |
| | 152: 1 | | A: That would have. We gave the FDA all | | |
| | 152: 2 | | of the data, including Garret FitzGerald's data, in | | |
| | 152: 3 | | the NDA and all the other analyses we did | | |
| | 152: 4 | | preapproval. | | |
| 142 | 152:5 - 152:9 | Scolnick, Edward 2005-04-29 | | 00:00:10 | |
| | 152: 5 | | Q: You didn't give him the result of a | | |
| | 152: 6 | | CV outcomes trial preapproval; right? | | |
| | 152: 7 | | A: We gave them an analysis of all the | | |
| | 152: 8 | | cardiovascular events in our NDA, which showed no | | |
| | 152: 9 | | evidence that Vioxx caused CV events. | | |
| 143 | 152:12 - 152:13 | Scolnick, Edward 2005-04-29 | | 00:00:05 | |
| | 152: 12 | | Q: You didn't give them the results from | | |
| | 152: 13 | | a CV outcomes trial preapproval, did you? | | |
| 144 | 152:15 - 152:24 | Scolnick, Edward 2005-04-29 | | 00:00:16 | |
| | 152: 15 | | THE WITNESS: There was no -- we did | | |
| | 152: 16 | | not do a separate CV outcomes trial preapproval. | | |
| | 152: 17 | | BY MR. BUCHANAN: | | |

28

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

152: 18    Q: So, you couldn't give them the data
152: 19    from such a trial?
152: 20    A: I've answered your question.
152: 21    Q: You couldn't give them the data from
152: 22    such a trial? Could you answer that?
152: 23    A: Yes.
152: 24    Q: Thank you.

**145**  **174:5 - 174:17**  Scolnick, Edward 2005-04-29    00:00:29
174: 5    what's the Data Safety Monitoring Board, sir, in
174: 6    general terms?
174: 7    A: In general terms, it's an external
174: 8    group that monitors the safety of the Merck trials,
174: 9    for all trials or many trials.
174: 10    Q: And you have a different group for
174: 11    each trial or the same group for all trials?
174: 12    A: I think it's a different group for
174: 13    each trial because the clinical expertise is --
174: 14    different clinical trials, different clinical
174: 15    expertise.
174: 16    Q: Did the VIGOR trial have a DSMB?
174: 17    A: Yes, it did.

**146**  **174:21 - 175:9**  Scolnick, Edward 2005-04-29    00:00:37
174: 21    Q: To be clear in the DSMB's function,
174: 22    the DSMB has access to unblinded data during the
174: 23    conduct of clinical trials if they want it; correct?
174: 24    A: Yes, I believe that's true.
174: 25    Q: Because their function is to ensure
175: 1    the safety of patients in those clinical trials, at
175: 2    least one of their functions; true?
175: 3    A: Yes.
175: 4    Q: Okay.
175: 5    Do you recall that the DSMB in the
175: 6    VIGOR trial sent a letter to Merck stating that they
175: 7    wanted the cardiovascular events in the VIGOR trial
175: 8    separately analyzed as compared to other safety
175: 9    analyses the company was doing?

**147**  **175:16 - 175:17**  Scolnick, Edward 2005-04-29    00:00:05
175: 16    THE WITNESS: I became aware of that
175: 17    memo long after it was sent to people at MRL.

**148**  **178:4 - 178:7**  Scolnick, Edward 2005-04-29    00:00:11
178: 4    Q: When you saw that letter from Dr.
178: 5    Weinblatt to Dr. Reicin, did that letter suggest to
178: 6    you that Merck may have a cardiovascular issue with
178: 7    Vioxx?

**149**  **178:9 - 178:13**  Scolnick, Edward 2005-04-29    00:00:12
178: 9    THE WITNESS: When I saw that letter,
178: 10    I wondered what had been in Dr. Weinblatt's mind
178: 11    when he sent the letter, and that's what I wondered.
178: 12    I hadn't seen the letter. I don't know what was in
178: 13    his mind.

**150**  **179:2 - 179:12**  Scolnick, Edward 2005-04-29    00:00:20
179: 2    Q: You've never spoken to him?
179: 3    A: I don't recall speaking to Dr.
179: 4    Weinblatt.
179: 5    Q: Never called him up after you got the
179: 6    results of the VIGOR trial and asked what concerned
179: 7    you and the data you were looking at during the
179: 8    conduct of the trial?
179: 9    A: No, I never called Dr. Weinblatt.
179: 10    Q: Never asked Dr. Weinblatt why you
179: 11    allowed the trial to continue in the face of the
179: 12    cardiovascular events in the trial?

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

**151** 179:14 - 179:16    Scolnick, Edward 2005-04-29    00:00:05
179: 14    THE WITNESS:  No. I didn't. I
179: 15    didn't know what data he had. I never dealt
179: 16    directly with DSMBs.

**152** 203:22 - 204:20    Scolnick, Edward 2005-04-29    00:00:58
203: 22    Q:  Before our break, we were talking
203: 23    about -- at least a few moments before our break we
203: 24    were talking about your March 9, 2000 e-mail. Do
203: 25    you recall that testimony?
204: 1    A:  Yes, I do.
204: 2    Q:  That was the e-mail where you
204: 3    identified that the CV events were 'clearly there.'
204: 4    Right?
204: 5    A:  Yes.
204: 6    Q:  That it appeared to be 'mechanism
204: 7    based' as you 'worried it was.' Right?
204: 8    A:  That's what the e-mail says, yes.
204: 9    Q:  And you said it was also 'real.'
204: 10    Right?
204: 11    A:  Yes.
204: 12    Q:  Then we talked about what Merck and
204: 13    you did in response to your initial concerns about
204: 14    the CV issues with Vioxx; right?
204: 15    A:  Yes.
204: 16    Q:  Now, over a period of weeks, you
204: 17    reached the conclusion, contrary to your March 9th
204: 18    e-mail, that it wasn't Vioxx that was causing the
204: 19    problems, it was naproxen that was protecting
204: 20    against the problems; is that right?

**153** 204:22 - 205:10    Scolnick, Edward 2005-04-29    00:00:28
204: 22    THE WITNESS:  That's correct.
204: 23    BY MR. BUCHANAN:
204: 24    Q:  You reached that conclusion in, what,
204: 25    18 days?
205: 1    A:  Within that period of time.
205: 2    Q:  Well, Merck issued a press release to
205: 3    the public on March 27, 2000 letting them know about
205: 4    the CV events in the trial as well as the GI events
205: 5    in the trial; correct?
205: 6    A:  Yes.
205: 7    Q:  And you stated at that point in time
205: 8    that you believed that the explanation for the
205: 9    difference between the two arms was the
205: 10    cardioprotective effect of naproxen; correct?

**154** 205:17 - 205:18    Scolnick, Edward 2005-04-29    00:00:04
205: 17    THE WITNESS:  Yes, that's basically
205: 18    what the press release said.

**155** 207:6 - 207:8    Scolnick, Edward 2005-04-29    00:00:10
207: 6    Q:  So, within 18 days, you had made a
207: 7    complete 180 in your view as to the cause of the CV
207: 8    events in the VIGOR trial; right?

**156** 207:12 - 207:15    Scolnick, Edward 2005-04-29    00:00:15
207: 12    A:  Yes. I thought the explanation which
207: 13    best explained the results was naproxen's
207: 14    cardioprotective activity based on data analysis,
207: 15    literature analysis, as I've stated.

**157** 209:8 - 209:11    Scolnick, Edward 2005-04-29    00:00:10
209: 8    Q:  Did you bring in anybody who wasn't
209: 9    on the Merck payroll to look at the data from the
209: 10    VIGOR trial before you reached the decision that
209: 11    naproxen was cardioprotective?

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

**158**  209:14 - 210:3   Scolnick, Edward 2005-04-29   00:00:28
209: 14   THE WITNESS: As I've stated, I
209: 15   didn't bring in an outside consultant. I do not
209: 16   know who the team might have consulted as outside
209: 17   investigators.
209: 18   BY MR. BUCHANAN:
209: 19   Q: But you're pretty sure, though, if
209: 20   you had told your team, I want to get this data
209: 21   looked at by somebody independent of Merck, they
209: 22   could have done that; right?
209: 23   A: They could have done it. I don't
209: 24   know whether -- I don't that they didn't do it.
209: 25   Q: But you do know you didn't tell them
210: 1   to do it?
210: 2   A: I did not. I did not, that is
210: 3   correct.

**159**  231:4 - 231:8   Scolnick, Edward 2005-04-29   00:00:17
231: 4   Q: Sir, did you ever just do a
231: 5   calculation to figure out what the implication to
231: 6   the public could be that were using your drug if
231: 7   your drug really was cardiotoxic, as you thought on
231: 8   March 9?

**160**  231:12 - 231:15   Scolnick, Edward 2005-04-29   00:00:11
231: 12   THE WITNESS: The answer to your
231: 13   question, I didn't make that calculation. I
231: 14   considered patient safety, as I always have, and all
231: 15   the data supported our hypothesis.

**161**  231:17 - 232:4   Scolnick, Edward 2005-04-29   00:00:28
231: 17   Q: Did you consider the implications to
231: 18   the sales of the drug if your initial conclusion was
231: 19   the final conclusion?
231: 20   A: Of course. And that was not part of
231: 21   my reason for reaching my conclusion.
231: 22   Q: What was the implication to sales of
231: 23   the drug if your initial conclusion was, in fact,
231: 24   the final conclusion?
231: 25   A: Sales of the drug would be
232: 1   significantly curtailed. The sales of the drug
232: 2   would be curtailed. Even with the publicly
232: 3   available information, sales of the drug would be
232: 4   curtailed.

**162**  232:5 - 232:7   Scolnick, Edward 2005-04-29   00:00:04
232: 5   Q: So, you knew --
232: 6   A: And we made all of the data available
232: 7   instantly anyway.

**163**  232:8 - 232:11   Scolnick, Edward 2005-04-29   00:00:08
232: 8   Q: Did you ever tell the public your
232: 9   initial conclusion?
232: 10   A: I did not because I thought it was an
232: 11   error.

**164**  232:12 - 232:14   Scolnick, Edward 2005-04-29   00:00:06
232: 12   Q: Did you ever send an e-mail out to
232: 13   the people on this e-mail list and let them know,
232: 14   guys, I think I made a mistake?

**165**  232:16 - 232:19   Scolnick, Edward 2005-04-29   00:00:12
232: 16   THE WITNESS: Substantial period of
232: 17   time later with even more analysis, I told them that
232: 18   I thought they had done a great job and that I was
232: 19   confident in the safety of the drug.

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

**66**    **232:21 - 233:9**    Scolnick, Edward 2005-04-29     00:00:24
232: 21    Q: Did you ever send an e-mail at the
232: 22    end of March 2000 saying, boy, I was way off on
232: 23    this --
232: 24    A: No, I did --
232: 25    Q: -- I feel very comfortable with the
233: 1    data now?
233: 2    A: I did not send that in an e-mail like
233: 3    that, no.
233: 4    Q: In fact, at the end of March, you
233: 5    were still worried, weren't you?
233: 6    A: Yes, I was, even though I had reached
233: 7    what I thought was the right conclusion. I always
233: 8    worried about the safety of our drugs, and I
233: 9    continued to worry about it.

**167**    **233:10 - 233:19**    Scolnick, Edward 2005-04-29     00:00:25
233: 10    Q: But you weren't so worried to tell
233: 11    the FDA, were you?
233: 12    A: The FDA had all the data. The FDA
233: 13    has competent scientists and can judge the data for
233: 14    themselves. They knew that this was a new finding
233: 15    potentially for naproxen. They could interpret the
233: 16    data for themselves, and had they been concerned,
233: 17    they would have expressed that to us and told us if
233: 18    they were that concerned with the aggregate of data,
233: 19    do something differently.

**168**    **233:23 - 234:2**    Scolnick, Edward 2005-04-29     00:00:09
233: 23    Q: Did you tell the FDA you were
233: 24    worried?
233: 25    A: I didn't speak to the FDA, and I
234: 1    don't know what the regulatory affairs people told
234: 2    the FDA.

**169**    **235:23 - 236:1**    Scolnick, Edward 2005-04-29     00:00:09
235: 23    You don't think the FDA or the
235: 24    medical community would have been interested in what
235: 25    you, Ed Scolnick, were worried about with respect to
236: 1    Vioxx?

**170**    **236:3 - 236:8**    Scolnick, Edward 2005-04-29     00:00:16
236: 3    THE WITNESS: If the FDA had wanted
236: 4    to ask me, they would have asked me, and I
236: 5    communicated with members of the medical community
236: 6    in consultants' meetings. I don't know what the
236: 7    medical community as a whole or the public as a
236: 8    whole would have liked to know.

**171**    **236:18 - 236:24**    Scolnick, Edward 2005-04-29     00:00:18
236: 18    Q: So, you're saying that if the FDA had
236: 19    wanted to figure out what you were thinking in terms
236: 20    of concerns about Vioxx, they could have asked you?
236: 21    Is that it?
236: 22    A: The FDA could have asked me any time
236: 23    if they wanted to. They had all the data available
236: 24    to them.

**172**    **236:25 - 237:5**    Scolnick, Edward 2005-04-29     00:00:08
236: 25    Q: And if they asked you, you would have
237: 1    told them you were worried?
237: 2    A: I would have told them my concerns,
237: 3    what we did, what conclusions we reached.
237: 4    Q: Would you have told them you were
237: 5    worried?

**173**    **237:9 - 237:10**    Scolnick, Edward 2005-04-29     00:00:01

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

```
         237: 9        THE WITNESS:  I would have told them
         237: 10       my concerns --

174   237:13  -  237:18   Scolnick, Edward 2005-04-29           00:00:14
         237: 13       THE WITNESS:  -- or my worries and
         237: 14       what the data was and what our conclusions were and
         237: 15       had a dialogue with them if they had asked me. My
         237: 16       regulatory affairs people routinely have discussions
         237: 17       like that with the FDA. They are my instrument for
         237: 18       dealing with the FDA.

175   237:20  -  238:8    Scolnick, Edward 2005-04-29           00:00:23
         237: 20       Q:  Well, ultimately there was an
         237: 21       Advisory Committee held in February 2001; right?
         237: 22       A:  I think that date is correct.
         237: 23       Q:  And it was to consider certain of the
         237: 24       clinical trial data from VIGOR; right?
         237: 25       A:  Yes.
         238: 1        Q:  And in particular, GI safety; right?
         238: 2        A:  Yes.
         238: 3        Q:  As well as CV safety; true?
         238: 4        A:  Correct.
         238: 5        Q:  GI being gastrointestinal?
         238: 6        A:  Yes.
         238: 7        Q:  CV being cardiovascular?
         238: 8        A:  Correct.

176   240:4  -  240:9     Scolnick, Edward 2005-04-29           00:00:15
         240: 4        Q:  You never told the FDA at any point
         240: 5        in time to the best of your knowledge that your
         240: 6        initial conclusion was that the CV events seen in
         240: 7        the VIGOR trial were mechanism based and
         240: 8        attributable to Vioxx?
         240: 9        A:  I never told them that.

177   242:18  -  242:21   Scolnick, Edward 2005-04-29           00:00:23
         242: 18       Q:  Merck submitted a proposed label to
         242: 19       FDA sometime in 2000; right?
         242: 20       A:  Yes. I believe within three months
         242: 21       of having the VIGOR data.

178   243:22  -  244:14   Scolnick, Edward 2005-04-29           00:00:38
         243: 22       So, at the end of March of 2000,
         243: 23       Merck issues a press release and tells the world the
         243: 24       favorable properties of Vioxx found in the VIGOR
         243: 25       trial as it relates to GI effects; correct?
         244: 1        A:  That is correct.
         244: 2        Q:  Also discloses that there's an
         244: 3        increased number of -- excuse me -- a decreased
         244: 4        number of cardiovascular effects in the naproxen arm
         244: 5        of the VIGOR trial; right?
         244: 6        A:  That's correct.
         244: 7        Q:  You didn't tell the public that there
         244: 8        was an increased number of cardiovascular events in
         244: 9        the Vioxx arm; right?
         244: 10       A:  The press release was not worded that
         244: 11       way, that is correct.
         244: 12       Q:  Okay. Because that would have
         244: 13       suggested that Vioxx had actually increased the
         244: 14       risk; right?

179   244:16  -  244:17   Scolnick, Edward 2005-04-29           00:00:03
         244: 16       THE WITNESS:  It might have suggested
         244: 17       that, and we didn't believe that.

180   244:19  -  244:25   Scolnick, Edward 2005-04-29           00:00:18
         244: 19       Q:  You were trying to convey to people
         244: 20       that it was, in fact, naproxen that was reducing the
```

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | 244: 21 | risk? That's why you reported the numbers that way? |  |
|  | 244: 22 | A:  We were -- had concluded that it was |  |
|  | 244: 23 | naproxen which had lowered the risk, and the press |  |
|  | 244: 24 | release expressed our view, and it stated this was a |  |
|  | 244: 25 | new finding for naproxen. |  |

181  **245:4  -  245:7**  Scolnick, Edward 2005-04-29   00:00:12
245: 4   Q:  You were trying to convey to people
245: 5   that it was, in fact, naproxen that was reducing the
245: 6   risk of cardiovascular events in the VIGOR trial;
245: 7   true?

182  **245:9  -  245:10**  Scolnick, Edward 2005-04-29   00:00:04
245: 9   THE WITNESS:  True. That's the way
245: 10   the press release was worded, as I stated before.

183  **245:17  -  245:25**  Scolnick, Edward 2005-04-29   00:00:59
245: 17   Q:  Doctor, before we go on, even two
245: 18   weeks after you issued the press release, you,
245: 19   Merck, issued the press release announcing the VIGOR
245: 20   results, Dr. Ed Scolnick was still personally
245: 21   worried about what the results from VIGOR really
245: 22   meant; true?
245: 23   A:  That's correct.
245: 24   Q:  And you were worried that Vioxx was
245: 25   actually causing cardiovascular events; true?

184  **246:2  -  247:19**  Scolnick, Edward 2005-04-29   00:01:28
246: 2   THE WITNESS:  I was worried that we
246: 3   couldn't exclude an effect of Vioxx, although the
246: 4   major effect, I was convinced, was due to naproxen.
246: 5   BY MR. BUCHANAN:
246: 6   Q:  And you actually told your staff that
246: 7   you personally were actually in minor agony over the
246: 8   issue; true?
246: 9   A:  True.
246: 10   Q:  And you told your staff that we're
246: 11   not going to know the answer until we do an outcomes
246: 12   trial; right?
246: 13   A:  That we were not going to know -- we
246: 14   were not going to be able to exclude an effect of
246: 15   Vioxx until we did an outcomes trial.
246: 16   Q:  You told your staff, your project
246: 17   team, we will not know for sure what is going on
246: 18   until we do an outcomes trial; true?
246: 19   A:  True.
246: 20   Q:  And you wanted to do a big outcomes
246: 21   trial; right?
246: 22   A:  Yes. That's correct.
246: 23   Q:  Not some pooled analysis; right?
246: 24   A:  That's correct.
246: 25   Q:  You wanted to do a 10,000 patient
247: 1   study on Vioxx, 10,000 people on a comparator agent;
247: 2   true?
247: 3   A:  True. That's correct.
247: 4   Q:  You were advocating using Tylenol as
247: 5   the comparator agent; right?
247: 6   A:  That was my idea, yes.
247: 7   Q:  You wanted to do a 20,000 person
247: 8   study in April of 2000 to evaluate the
247: 9   cardiovascular safety of Vioxx; right?
247: 10   A:  Correct.
247: 11   Q:  It was going to be a head-to-head
247: 12   trial, Tylenol on one arm, Vioxx on the other;
247: 13   right?
247: 14   A:  That's correct.
247: 15   Q:  And when did you run that trial?
247: 16   A:  The project team told me that was a

|  |  |  |
| --- | --- | --- |

247: 17    trial that could not be done because patients
247: 18    couldn't be kept on Tylenol who had osteoarthritis
247: 19    for that long a period of time.

**185**   **247:20 - 248:9**   Scolnick, Edward 2005-04-29     00:00:35
247: 20    Q: Is that right?
247: 21    A: That's what --
247: 22    Q: You can't --
247: 23    A: Tylenol is not sufficient as a
247: 24    painkiller to patients with osteoarthritis, and,
247: 25    therefore, the trial could not be done, and I had to
248: 1    accept that because they felt that way unanimously,
248: 2    very strongly, that you couldn't do the trial, and
248: 3    if the alternative was to do it against another
248: 4    comparator nonsteroidal, it might not give as clear
248: 5    an answer. And so we were in a conundrum about what
248: 6    trial to do at that point.
248: 7    Q: Well, you were the boss; right?
248: 8    A: I never asked them to do a trial that
248: 9    they thought was undoable.

**186**   **252:9 - 253:18**   Scolnick, Edward 2005-04-29     00:01:26
252: 9    Let's look at this e-mail, then, from
252: 10    April 12, 2000 from you to Dr. Reicin. You wrote
252: 11    this late at night; right?
252: 12    A: Yes. It's dated 10:42 p.m.
252: 13    Q: You sent it with high importance;
252: 14    true?
252: 15    A: True.
252: 16    Q: And you wrote: 'Hi Alise. I have
252: 17    been trading e-mails with Doug Greene in real time.'
252: 18    Who is Doug Greene?
252: 19    A: Doug Greene at the time was head of
252: 20    the clinical, regulatory and statistics department
252: 21    at Merck, which is usually referred to as
252: 22    development.
252: 23    Q: 'We all are online too late. I will
252: 24    tell you my worry quotient is high. I actually am
252: 25    in minor agony.' Do you see that?
253: 1    A: I do.
253: 2    Q: You wrote that?
253: 3    A: I did.
253: 4    Q: You meant it?
253: 5    A: I did.
253: 6    Q: 'What I really want to do is a 10000
253: 7    versus 10000 patient study in mild - moderate OA
253: 8    Tylenol versus Vioxx with PRN' -- is that
253: 9    preventative?
253: 10    A: No. It means use if you need.
253: 11    Q: 'With PRN low dose ASA.' Is that
253: 12    aspirin?
253: 13    A: Yes.
253: 14    Q: 'For those judged to need it.'
253: 15    Sir, are you telling me that you
253: 16    couldn't do a long-term study in patients with even
253: 17    mild osteoarthritis, Tylenol versus Vioxx?
253: 18    A: That's what my team told me.

**187**   **253:25 - 254:4**   Scolnick, Edward 2005-04-29     00:00:12
253: 25    Q: You continue. 'WE WILL NOT KNOW FOR
254: 1    SURE WHAT IS GOING ON UNTIL WE DO THIS STUDY.
254: 2    PLEASE THINK HARD ABOUT THE DESIGN BEFORE THE
      PAC
254: 3    MEETING.' You wrote that in all caps; right?
254: 4    A: I did.

**188**   **254:5 - 254:8**   Scolnick, Edward 2005-04-29     00:00:12
254: 5    Q: When did you do a CV outcomes study

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 254: 6<br>254: 7<br>254: 8 | | of any design comparing Vioxx to a comparator agent<br>with the primary endpoint being cardiovascular<br>events? | | |
| 189 | 254:10  -  254:18 | Scolnick, Edward 2005-04-29 | | 00:00:22 | |
| | 254: 10<br>254: 11<br>254: 12<br>254: 13<br>254: 14<br>254: 15<br>254: 16<br>254: 17<br>254: 18 | | THE WITNESS:  After debating many<br>protocols, we decided that we wanted -- the only way<br>we would answer any lingering doubt was to do it<br>against placebo and finally came up with a protocol<br>for doing that.<br>BY MR. BUCHANAN:<br>Q:  Right. You didn't design a specific<br>trial with a predetermined endpoint to monitor<br>cardiovascular events, though; did you? | | |
| 190 | 254:20  -  254:23 | Scolnick, Edward 2005-04-29 | | 00:00:09 | |
| | 254: 20<br>254: 21<br>254: 22<br>254: 23 | | THE WITNESS:  We did not do that. We<br>aggregated three large trials with a predefined<br>endpoint to be cardiovascular mortality with an<br>ample power to look for cardiovascular events. | | |
| 191 | 263:23  -  264:8 | Scolnick, Edward 2005-04-29 | | 00:00:37 | |
| | 263: 23<br>263: 24<br>263: 25<br>264: 1<br>264: 2<br>264: 3<br>264: 4<br>264: 5<br>264: 6<br>264: 7<br>264: 8 | | Q:  Sir, I'm passing you over what we<br>just marked as exhibit, I think it's 7, to your<br>deposition. It's entitled, 'VIOXX Outcomes Study<br>Potential Designs.' For the record, it is<br>MRK-ABT0014818 to 827. Do you recognize this as a<br>slide set, sir?<br>A:  That's what it looks like it is.<br>Q:  Okay. It's entitled, 'VIOXX Outcomes<br>Study Potential Designs.' It is a PowerPoint<br>printout. Is that what it looks like to you?<br>A:  More or less. | | |
| 192 | 264:21  -  265:13 | Scolnick, Edward 2005-04-29 | | 00:00:30 | |
| | 264: 21<br>264: 22<br>264: 23<br>264: 24<br>264: 25<br>265: 1<br>265: 2<br>265: 3<br>265: 4<br>265: 5<br>265: 6<br>265: 7<br>265: 8<br>265: 9<br>265: 10<br>265: 11<br>265: 12<br>265: 13 | | Q:  This document summarizes several<br>different outcomes studies concerning cardiovascular<br>issues that were being considered in or around April<br>of 2000; true?<br>A:  Yes.<br>Q:  One of the outcomes studies that was<br>being considered was the Vioxx versus Tylenol study;<br>true?<br>A:  Yes.<br>Q:  There's some pros and cons listed<br>there; right?<br>A:  Yes.<br>Q:  One of the pros is, 'This study<br>directly addresses the question of the CV safety of<br>COX-2 inhibitors.' Do you see that?<br>A:  Yes.<br>Q:  I read that right; correct?<br>A:  Yes. | | |
| 193 | 266:25  -  267:17 | Scolnick, Edward 2005-04-29 | | 00:00:41 | |
| | 266: 25<br>267: 1<br>267: 2<br>267: 3<br>267: 4<br>267: 5<br>267: 6<br>267: 7<br>267: 8<br>267: 9<br>267: 10<br>267: 11<br>267: 12 | | Q:  Okay. There's two cons that are<br>listed here; right?<br>A:  Yes.<br>Q:  One is, 'Demonstration of a CV<br>difference would likely be due to a COX-2 CLASS<br>effect but would put VIOXX at extreme disadvantage<br>to celebrex and negate existing OA and Alzheimers<br>data.' Do you see that?<br>A:  I do.<br>Q:  The next point was there was a<br>possibility that you detect 'small differences from<br>Tylenol in GI safety,' and that would be of concern;<br>true? | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 267: 13 | A:  That's what it says. | | | |
| | 267: 14 | Q:  Okay. You were concerned that if you | | | |
| | 267: 15 | went head-to-head Vioxx versus Tylenol, you might | | | |
| | 267: 16 | highlight some favorable GI safety properties of | | | |
| | 267: 17 | Tylenol. Isn't that right? | | | |
| 194 | 267:19  -  268:1 | Scolnick, Edward 2005-04-29 | 00:00:13 | | |
| | 267: 19 | THE WITNESS:  That's what this says. | | | |
| | 267: 20 | I wasn't concerned about that. That's what this | | | |
| | 267: 21 | says. | | | |
| | 267: 22 | BY MR. BUCHANAN: | | | |
| | 267: 23 | Q:  Okay. | | | |
| | 267: 24 | There was also a possibility that you | | | |
| | 267: 25 | might be wrong, and the cardiovascular effects seen | | | |
| | 268: 1 | in VIGOR was really due to Vioxx; right? | | | |
| 195 | 268:3  -  268:4 | Scolnick, Edward 2005-04-29 | 00:00:03 | | |
| | 268: 3 | THE WITNESS:  That's what this says | | | |
| | 268: 4 | as a con for the study. | | | |
| 196 | 268:16  -  268:21 | Scolnick, Edward 2005-04-29 | 00:00:14 | | |
| | 268: 16 | So, it wouldn't have been unethical | | | |
| | 268: 17 | to do a trial of Vioxx versus Tylenol? | | | |
| | 268: 18 | A:  What I said is it would be undoable | | | |
| | 268: 19 | based on other input people gave me because Tylenol | | | |
| | 268: 20 | would not relieve pain enough to be monotherapy in | | | |
| | 268: 21 | such a trial. | | | |
| 197 | 268:22  -  269:10 | Scolnick, Edward 2005-04-29 | 00:00:29 | | |
| | 268: 22 | Q:  So, someone was speculating that if | | | |
| | 268: 23 | you did Vioxx versus Tylenol, people may fall out of | | | |
| | 268: 24 | the Tylenol arm over time because it was | | | |
| | 268: 25 | ineffective; is that right? | | | |
| | 269: 1 | A:  Yes. Not speculating, but saying it | | | |
| | 269: 2 | just as in -- the same manner as on this slide, that | | | |
| | 269: 3 | was another point brought up many times during the | | | |
| | 269: 4 | discussion. | | | |
| | 269: 5 | Q:  Well, that's what I'm wondering. I | | | |
| | 269: 6 | don't see it on this slide. Do you see that point | | | |
| | 269: 7 | raised on this slide, sir? | | | |
| | 269: 8 | A:  I do not, but it is something people | | | |
| | 269: 9 | talked about. Not all points of meetings are on our | | | |
| | 269: 10 | slides. | | | |
| 198 | 270:2  -  270:17 | Scolnick, Edward 2005-04-29 | 00:00:42 | | |
| | 270: 2 | Now, apart from just asking your | | | |
| | 270: 3 | internal folks and thinking about yourself what type | | | |
| | 270: 4 | of CV study could be done, you actually consulted | | | |
| | 270: 5 | with some people from outside Merck; right? | | | |
| | 270: 6 | A:  Several. | | | |
| | 270: 7 | Q:  Okay. You asked them whether a CV | | | |
| | 270: 8 | study could be designed to evaluate the | | | |
| | 270: 9 | cardiovascular safety of Vioxx, didn't you? | | | |
| | 270: 10 | A:  I asked them what kind of study could | | | |
| | 270: 11 | be designed, yes. | | | |
| | 270: 12 | Q:  You actually spoke with a John Oates | | | |
| | 270: 13 | about whether a trial could be done to test the CV | | | |
| | 270: 14 | safety of Vioxx; right? | | | |
| | 270: 15 | A:  I don't remember all the people that | | | |
| | 270: 16 | our group talked to. Dr. Oates was one of our | | | |
| | 270: 17 | consultants on our board of advisors. | | | |
| 199 | 271:10  -  271:24 | Scolnick, Edward 2005-04-29 | 00:00:40 | | |
| | 271: 10 | Q:  Wasn't it Dr. Oates' view right after | | | |
| | 271: 11 | the VIGOR data was released that you had to do | | | |
| | 271: 12 | another trial comparing Vioxx with aspirin and | | | |
| | 271: 13 | naproxen to see whether Vioxx was cardiotoxic? | | | |
| | 271: 14 | A:  I don't remember. I really don't | | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

|  | 271: 15 | remember. |  |
|---|---|---|---|
|  | 271: 16 | Q: Do you remember that study design |  |
|  | 271: 17 | being proposed? |  |
|  | 271: 18 | A: I remember that among several study |  |
|  | 271: 19 | designs, yes. |  |
|  | 271: 20 | Q: Did you ever do that study? |  |
|  | 271: 21 | A: That study was not done. |  |
|  | 271: 22 | Q: You never did a study like that; |  |
|  | 271: 23 | right? |  |
|  | 271: 24 | A: That study was not done. |  |
| 200 | 275:21 - 275:25 | Scolnick, Edward 2005-04-29 | 00:00:08 |
|  | 275: 21 | Q: Do you remember Merck dealing with |  |
|  | 275: 22 | Dr. Topol in 2001 concerning the design of a CV |  |
|  | 275: 23 | outcome trial? |  |
|  | 275: 24 | A: I believe Merck research scientists |  |
|  | 275: 25 | dealt with Dr. Topol, yes. |  |
| 201 | 276:6 - 276:11 | Scolnick, Edward 2005-04-29 | 00:00:13 |
|  | 276: 6 | Q: You'd agree he's a respected |  |
|  | 276: 7 | cardiologist? |  |
|  | 276: 8 | A: He has a significant reputation in |  |
|  | 276: 9 | cardiology. |  |
|  | 276: 10 | Q: He's a respected cardiologist, sir? |  |
|  | 276: 11 | A: He has a significant reputation. |  |
| 202 | 276:20 - 276:22 | Scolnick, Edward 2005-04-29 | 00:00:08 |
|  | 276: 20 | Q: Do you respect Dr. Topol? |  |
|  | 276: 21 | A: I think there are some things he's |  |
|  | 276: 22 | done in science which have not held up to be true. |  |
| 203 | 277:2 - 277:3 | Scolnick, Edward 2005-04-29 | 00:00:07 |
|  | 277: 2 | Q: Do you respect Dr. Topol? Yes or no? |  |
|  | 277: 3 | A: I think he -- |  |
| 204 | 277:7 - 277:17 | Scolnick, Edward 2005-04-29 | 00:00:26 |
|  | 277: 7 | Q: Can you answer my question yes or no, |  |
|  | 277: 8 | sir? |  |
|  | 277: 9 | A: I have mixed thoughts about his |  |
|  | 277: 10 | publication record, so, I can't answer your |  |
|  | 277: 11 | question. |  |
|  | 277: 12 | Q: Did you have mixed thoughts about his |  |
|  | 277: 13 | publication record back in 2001? |  |
|  | 277: 14 | A: I can't recall. |  |
|  | 277: 15 | Q: Did you only have a mixed view of his |  |
|  | 277: 16 | publication record after he started to publish |  |
|  | 277: 17 | articles negative to Vioxx? |  |
| 205 | 277:19 - 278:2 | Scolnick, Edward 2005-04-29 | 00:00:30 |
|  | 277: 19 | THE WITNESS: No. No. |  |
|  | 277: 20 | BY MR. BUCHANAN: |  |
|  | 277: 21 | Q: Well, what are you referring to then |  |
|  | 277: 22 | concerning Dr. Topol's mixed publication record? |  |
|  | 277: 23 | A: I'm referring, one, to his |  |
|  | 277: 24 | meta-analysis of the Vioxx data, which was, I've |  |
|  | 277: 25 | been told by statisticians I respect, a completely |  |
|  | 278: 1 | flawed analysis, and some of his genetics work which |  |
|  | 278: 2 | has been proven to be wrong. |  |
| 206 | 278:4 - 278:6 | Scolnick, Edward 2005-04-29 | 00:00:11 |
|  | 278: 4 | So, one of the things that you based |  |
|  | 278: 5 | your mixed view of Dr. Topol on is the negative |  |
|  | 278: 6 | study he published concerning Vioxx; correct? |  |
| 207 | 278:8 - 279:5 | Scolnick, Edward 2005-04-29 | 00:00:48 |
|  | 278: 8 | THE WITNESS: Base it not on the |  |
|  | 278: 9 | negative study, base it on the methods which he used |  |
|  | 278: 10 | to do the methods -- the negative study. |  |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

278: 11   BY MR. BUCHANAN:
278: 12   Q: Let's be clear about what we're
278: 13   talking about.
278: 14   In August of 2001, Dr. Topol
278: 15   published a study in the Journal of the American
278: 16   Medical Association; true?
278: 17   A: True.
278: 18   Q: That study was raising caution about
278: 19   the potential for COX-2 inhibitors like Vioxx and
278: 20   Celebrex to cause cardiovascular events; true?
278: 21   A: That's what that study claimed to
278: 22   have shown.
278: 23   Q: And you're saying that you have
278: 24   spoken to statisticians that challenge the work of
278: 25   Dr. Topol in terms of its statistical rigor. Is
279: 1   that what you're saying?
279: 2   A: That's exactly what I'm saying.
279: 3   Q: Did you tell Dr. Topol that?
279: 4   A: I've never discussed anything
279: 5   directly with Dr. Topol.

**208   279:10  -  279:12   Scolnick, Edward 2005-04-29          00:00:05**
279: 10   Q: Well, did you know that some of your
279: 11   scientists went out to talk to Dr. Topol about that
279: 12   article even before it was published?

**209   279:14  -  279:23   Scolnick, Edward 2005-04-29          00:00:23**
279: 14   THE WITNESS: I believe that Dr.
279: 15   Reicin told me that she and Dr. Demopoulos, who was
279: 16   a cardiologist by training, were going out to see
279: 17   him to discuss the article.
279: 18   BY MR. BUCHANAN:
279: 19   Q: And they went out to see him before
279: 20   the article in the Journal of the American Medical
279: 21   Association was published; right?
279: 22   A: I believe they did. I believe that's
279: 23   what Dr. Reicin told me.

**210   280:9  -  280:14   Scolnick, Edward 2005-04-29          00:00:12**
280: 9   Q: And the objective was that Dr. Topol
280: 10   would not publish the article in the form it
280: 11   currently existed because that was negative to
280: 12   Vioxx; true?
280: 13   A: Because it was inaccurately done
280: 14   statistically.

**211   282:2  -  282:16   Scolnick, Edward 2005-04-29          00:00:24**
282: 2   Q: Well, the Journal of the American
282: 3   Medical Association has editors; right?
282: 4   A: Yes, it does.
282: 5   Q: I mean, Dr. Topol just didn't just
282: 6   publish this article in JAMA by himself; right?
282: 7   A: That is correct.
282: 8   Q: There were editors at JAMA who
282: 9   reviewed the article; right?
282: 10   A: I don't know who reviewed the
282: 11   article.
282: 12   Q: Well, in your experience, sir, in the
282: 13   peer-reviewed medical literature, there are editors
282: 14   at medical journals; true?
282: 15   A: There are, but I don't know how that
282: 16   article was reviewed or who reviewed it.

**212   283:1  -  283:5   Scolnick, Edward 2005-04-29          00:00:08**
283: 1   Q: You would agree, sir, that it would
283: 2   be unusual for a journal like JAMA not to have an
283: 3   article like that peer reviewed?
283: 4   A: It would be unusual, but I don't know

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

283: 5    what they did.

**213**   **283:11 - 283:13**    Scolnick, Edward 2005-04-29     00:00:15
283: 11    In fact, Merck actually issued a
283: 12    press release preemptively to challenge the results
283: 13    from that JAMA article, didn't they?

**214**   **283:16 - 283:17**    Scolnick, Edward 2005-04-29     00:00:02
283: 16    THE WITNESS: I don't recall at all
283: 17    whether that was done.

**215**   **284:5 - 284:17**    Scolnick, Edward 2005-04-29     00:00:36
284: 5    if we can get that out. The peer-reviewed medical
284: 6    literature is the vehicle through which -- is a
284: 7    vehicle through which scientific opinion is
284: 8    exchanged; true?
284: 9    A: Correct.
284: 10    Q: And the standard way of responding to
284: 11    scientific opinion expressed in scientific
284: 12    literature is to respond in scientific literature to
284: 13    that particular issue raised; true?
284: 14    A: True.
284: 15    Q: It is not standard practice to
284: 16    respond to an opinion in a medical article with a
284: 17    press release disparaging an article; true?

**216**   **284:20 - 285:15**    Scolnick, Edward 2005-04-29     00:00:30
284: 20    THE WITNESS: That's not the usual
284: 21    practice. I don't recall what Merck did.
284: 22    BY MR. BUCHANAN:
284: 23    Q: Is that a practice you endorse?
284: 24    A: Absolutely not.
284: 25    Q: The appropriate way to respond is in
285: 1    the medical journal itself; true?
285: 2    A: That is an appropriate way to
285: 3    respond.
285: 4    Q: You could write a letter to the
285: 5    editor; right?
285: 6    A: Yes, correct.
285: 7    Q: You can submit your own article?
285: 8    A: Correct.
285: 9    Q: Or you can publish a competing
285: 10    article in another journal; right?
285: 11    A: Correct.
285: 12    Q: But one of the things that you think
285: 13    would be unusual is to issue a press release to
285: 14    respond to an article in the medical literature;
285: 15    true?

**217**   **285:17 - 285:20**    Scolnick, Edward 2005-04-29     00:00:04
285: 17    THE WITNESS: It would be unusual.
285: 18    BY MR. BUCHANAN:
285: 19    Q: And just not right?
285: 20    A: It would be --

**218**   **285:22 - 286:1**    Scolnick, Edward 2005-04-29     00:00:06
285: 22    THE WITNESS: It is not a standard
285: 23    way of doing it.
285: 24    BY MR. BUCHANAN:
285: 25    Q: And certainly nothing you'd endorse?
286: 1    A: That is correct.

**219**   **293:11 - 293:20**    Scolnick, Edward 2005-04-29     00:00:28
293: 11    Q: But May of 2001, you were still
293: 12    interested in a trial to evaluate the CV safety of
293: 13    Vioxx; true?
293: 14    A: That is true. I constantly wanted to
293: 15    garner additional data to what we already had to

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 293: 16 | further prove what we had concluded. | | | |
| | 293: 17 | Q: And nobody had come up with an idea | | | |
| | 293: 18 | by 2001 of a CV study that could be done to evaluate | | | |
| | 293: 19 | the cardiovascular safety of Vioxx? That's your | | | |
| | 293: 20 | testimony? | | | |
| 220 | **293:23  -  294:2** | Scolnick, Edward 2005-04-29 | 00:00:15 | | |
| | 293: 23 | THE WITNESS: As the discussions | | | |
| | 293: 24 | evolved, what everybody focused on was a study | | | |
| | 293: 25 | versus placebo, and no placebo-controlled trial had | | | |
| | 294: 1 | yet been brought forth that people were satisfied | | | |
| | 294: 2 | with the design on. | | | |
| 221 | **296:8  -  296:9** | Scolnick, Edward 2005-04-29 | 00:00:04 | | |
| | 296: 8 | Q: Do you remember the VALOR trial, sir? | | | |
| | 296: 9 | A: I don't remember that name, no. | | | |
| 222 | **296:25  -  297:19** | Scolnick, Edward 2005-04-29 | 00:00:54 | | |
| | 296: 25 | Q: Dr. Scolnick, I just passed you over | | | |
| | 297: 1 | what we marked as Exhibit 10 to your deposition. It | | | |
| | 297: 2 | is Bates stamped MRK-ABA0003490 to 3491. It is a | | | |
| | 297: 3 | letter from a Carlo Patrono; correct? | | | |
| | 297: 4 | A: Yes. It's from Dr. Patrono. | | | |
| | 297: 5 | Q: Ever seen this before? | | | |
| | 297: 6 | A: I don't recall. | | | |
| | 297: 7 | Q: Who is Dr. Braunwald? | | | |
| | 297: 8 | A: Braunwald is a well-known | | | |
| | 297: 9 | cardiologist at Peter Bent Brigham Hospital. | | | |
| | 297: 10 | Q: Here in Massachusetts? | | | |
| | 297: 11 | A: Yes. | | | |
| | 297: 12 | Q: That's affiliated with Harvard; is | | | |
| | 297: 13 | that right? | | | |
| | 297: 14 | A: Yes, it is. | | | |
| | 297: 15 | Q: Merck was actually speaking to | | | |
| | 297: 16 | Dr. Braunwald about running a VALOR trial; right? | | | |
| | 297: 17 | A: That's what this letter suggests. I | | | |
| | 297: 18 | remember Dr. Braunwald making suggestions, but I | | | |
| | 297: 19 | don't remember the details involved. | | | |
| 223 | **298:24  -  299:11** | Scolnick, Edward 2005-04-29 | 00:00:31 | | |
| | 298: 24 | Q: Well, do you recall at the end of | | | |
| | 298: 25 | 2001 there was increased urgency to do a | | | |
| | 299: 1 | cardiovascular study; true? | | | |
| | 299: 2 | A: There was, because a number of | | | |
| | 299: 3 | people, scientists and others, still were | | | |
| | 299: 4 | questioning whether Vioxx had been a contributor in | | | |
| | 299: 5 | the VIGOR trial as opposed to naproxen being | | | |
| | 299: 6 | beneficial. | | | |
| | 299: 7 | Q: People were still worried about | | | |
| | 299: 8 | whether Vioxx was causing cardiovascular events; | | | |
| | 299: 9 | true? | | | |
| | 299: 10 | A: There were some people who still were | | | |
| | 299: 11 | raising that question. | | | |
| 224 | **300:12  -  301:10** | Scolnick, Edward 2005-04-29 | 00:00:54 | | |
| | 300: 12 | I may have asked you this, but did | | | |
| | 300: 13 | you run the VALOR trial? | | | |
| | 300: 14 | A: No, I don't think the VALOR trial was | | | |
| | 300: 15 | run. | | | |
| | 300: 16 | Q: Why not? | | | |
| | 300: 17 | A: I don't remember why the VALOR trial | | | |
| | 300: 18 | wasn't run. This sounds like a pretty complicated | | | |
| | 300: 19 | trial to me, and I don't remember why it wasn't run. | | | |
| | 300: 20 | Q: Was money an issue? | | | |
| | 300: 21 | A: I don't remember why the VALOR trial | | | |
| | 300: 22 | wasn't run. As I said, this seems like a fairly | | | |
| | 300: 23 | complicated paragraph here from Dr. Patrono to Dr. | | | |
| | 300: 24 | Braunwald, so, I'm not able to figure this out | | | |

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 300: 25 | quickly. | |
| | 301: 1 | Q: Do you see the third paragraph? It | |
| | 301: 2 | reads, 'I have serious reservations about the role | |
| | 301: 3 | of the Sponsor.' The sponsor would be Merck? | |
| | 301: 4 | A: Presumably. | |
| | 301: 5 | Q: 'I have serious reservations about | |
| | 301: 6 | the role of the Sponsor in monitoring and | |
| | 301: 7 | termination of the study, as well as in the | |
| | 301: 8 | statistical analysis of the results.' Do you see | |
| | 301: 9 | that? | |
| | 301: 10 | A: I do. | |

**225   305:15 - 305:19   Scolnick, Edward 2005-04-29   00:00:19**

|  |  |
|---|---|
| 305: 15 | Following the Advisory Committee in |
| 305: 16 | 2001, a series of negotiations took place with FDA |
| 305: 17 | concerning the label for Vioxx; right? |
| 305: 18 | A: Yes, a very long time before we |
| 305: 19 | actually got a label from them. |

**226   311:21 - 313:3   Scolnick, Edward 2005-04-29   00:01:28**

|  |  |
|---|---|
| 311: 21 | Q: I want to pass you over what we just |
| 311: 22 | marked as Exhibit 11 to your deposition. It's an |
| 311: 23 | e-mail dated January 31st, 2001 from you to Mr. |
| 311: 24 | Gilmartin and Mr. Anstice. The subject is 'Monday |
| 311: 25 | MC.' Do you see that? |
| 312: 1 | A: Yes. |
| 312: 2 | Q: 'MC' refers to management committee? |
| 312: 3 | A: Yes. |
| 312: 4 | Q: It is Bates stamped MRK-ACR0008985. |
| 312: 5 | You write, I guess it's the second |
| 312: 6 | sentence or so: 'The Vigor meeting is next |
| 312: 7 | thursday. On Monday I will show you the essence, an |
| 312: 8 | update, of the data that supports Vioxx is safe in |
| 312: 9 | the Cv sense. But I want to point out to all of you |
| 312: 10 | at one time that 1. there is no way to prove that in |
| 312: 11 | patients with rheumatoid arthritis that,' and you |
| 312: 12 | put this in all caps, 'ALL of the difference between |
| 312: 13 | Vioxx and naproxen is due to the benefit of |
| 312: 14 | naproxen.' Do you see that. |
| 312: 15 | A: I do. |
| 312: 16 | Q: Then you continue. 'IT IS IMPOSSIBLE |
| 312: 17 | TO PROVE THIS.' That's all caps; right? |
| 312: 18 | A: Yes. |
| 312: 19 | Q: And you continue further. 'IT IS |
| 312: 20 | IMPOSSIBLE TO KNOW THIS WITH CERTAINTY.' That's |
| 312: 21 | what you wrote; right? |
| 312: 22 | A: I did. |
| 312: 23 | Q: And that was -- that was your feeling |
| 312: 24 | as of January 31st, 2001? |
| 312: 25 | A: Yes. That's just what I've just told |
| 313: 1 | you again. |
| 313: 2 | Q: A week before the Advisory Committee? |
| 313: 3 | A: Yes. |

**227   313:25 - 314:15   Scolnick, Edward 2005-04-29   00:00:37**

|  |  |
|---|---|
| 313: 25 | Q: You continue, 'Knowing what is about |
| 314: 1 | to happen, managing the short term fall out, and |
| 314: 2 | facing and managing any longer term consequences.' |
| 314: 3 | 'Short term fall out,' what are you thinking about |
| 314: 4 | there? |
| 314: 5 | A: When all the data is presented again, |
| 314: 6 | people will raise questions whether we can prove the |
| 314: 7 | negative completely and, therefore, will question |
| 314: 8 | whether they should use Vioxx or not. |
| 314: 9 | Q: 'Short term fall out' also refers to |
| 314: 10 | potential impact on Merck stock; right? |
| 314: 11 | A: I don't know. I think I had in mind |
| 314: 12 | just the effects on Vioxx. |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

314: 13   Q: Well, the effects of Vioxx would
314: 14   include decreased sales of Vioxx; true?
314: 15   A: Yes.

**228   315:11  -  315:24   Scolnick, Edward 2005-04-29**   00:00:27

315: 11   Q: Well, did you think that negative
315: 12   labeling for Vioxx would have an adverse effect on
315: 13   Vioxx sales?
315: 14   A: Certainly.
315: 15   Q: Did you think that if there was a CV
315: 16   warning for Vioxx, that that would have a negative
315: 17   effect on Vioxx sales?
315: 18   A: Certainly, but I didn't expect a CV
315: 19   warning based on the data.
315: 20   Q: Did you think that if there was a CV
315: 21   warning on Vioxx, that would also have an effect on
315: 22   Merck stock?
315: 23   A: Certainly. But as I've said, I did
315: 24   not expect a CV warning.

**229   322:6  -  325:17   Scolnick, Edward 2005-04-29**   00:03:21   **322:6 - 326:16**

322: 6   Q: And you really thought it was a
322: 7   challenge in your team to convince the FDA and the
322: 8   Advisory Committee that Vioxx didn't have a
322: 9   cardiovascular problem?
322: 10   A: We had all the data which said that
322: 11   we didn't have a problem, and we wanted to make sure
322: 12   we could present all that data, sure.
322: 13   Q: But it wasn't just a challenge, it
322: 14   was almost impossible; right?
322: 15   A: It was impossible to prove the
322: 16   negative, which I pointed out in my e-mail note. It
322: 17   was possible to present all the data which supported
322: 18   our position.
322: 19   Q: Well, the Advisory Committee went
322: 20   well from your perspective; true?
322: 21   A: Yes. Quite well.
322: 22   Q: Your team did a fantastic job; true?
322: 23   A: Yes.
322: 24   Q: And they made the FDA look like
322: 25   'grade d high school students.' Isn't that what you
323: 1   said?
323: 2   A: I did in an e-mail note, yes. I
323: 3   regret those words, but we did a good job.
323: 4   Q: You meant them when you wrote it?
323: 5   A: It was -- I meant them. It was an
323: 6   allusion to something that had happened a few years
323: 7   ago, but I did write those words.
323: 8   Q: This is the same FDA that you
323: 9   respect?
323: 10   A: Yes.
323: 11   Q: This is the same FDA that's
323: 12   responsible for the public safety?
323: 13   A: That's correct.
323: 14   Q: This is the same FDA that's
323: 15   responsible for evaluating the cardiovascular data
323: 16   concerning your drug?
323: 17   A: Yes.
323: 18   Q: And you were proud that your team
323: 19   made the FDA look like grade D high school students;
323: 20   true?
323: 21   A: I wrote those words. I regret the
323: 22   choice of words. I wrote those words.
323: 23   MR. BUCHANAN: Let's mark as Exhibit
323: 24   12, I think, the e-mail you were referring to, sir.
323: 25   - - -
324: 1   (Whereupon, Deposition Exhibit
324: 2   Scolnick-12, E-mails, MRK-ACT0018064,

**Def Objection:**
Testimony re: pre-2002
labeling negotiations
are irrelevant to Mr.
Smith.
His entire Vioxx usage
usage post-dates
April, 2002 label
change.

N/A

Overruled. The P. argues that Merck knew of cardio. risks or suspected them early on them as Merck + the consistently + continually tried to explain them away P +/or as "it describes it" "foot drag" Thus, the P's position is that -tor. Merck's actions were a continuous Thus the history is relevant to show present

43

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

324: 3    was marked for identification.)
324: 4    - - -
324: 5    THE WITNESS:  Yes.
324: 6    BY MR. BUCHANAN:
324: 7    Q:  Dr. Scolnick, I just passed you over
324: 8    Exhibit 12 to your deposition. It is an e-mail, two
324: 9    e-mails, the earliest of which is an e-mail from you
324: 10   to several folks, subject, 'Today.' It's Bates
324: 11   stamped MKR-ACT0018064. It's dated Thursday,
324: 12   February 8, 2001, 9:10 p.m. is the time. Do you see
324: 13   that?
324: 14   A:  Yes, I do.
324: 15   Q:  You wrote this the day of the
324: 16   February 2001 Advisory Committee?
324: 17   A:  I don't remember the date of the
324: 18   meeting.
324: 19   Q:  You wrote 'To ALL' --
324: 20   A:  It looks like it is the same day.
324: 21   Q:  'To ALL: I bit my nails all day.'
324: 22   You're referring to you listening to the Advisory
324: 23   Committee?
324: 24   A:  Either listening or being there. I
324: 25   don't remember whether I was there or I viewed it.
325: 1    Q:  If you didn't go, you did listen?
325: 2    A:  Yes.
325: 3    Q:  You said, 'You all were FANTASTIC.'
325: 4    You wrote that in all caps; right?
325: 5    A:  Yes.
325: 6    Q:  You then wrote that 'You made them
325: 7    look like grade d high school students.' Right?
325: 8    A:  That's what the memo says.
325: 9    Q:  You say, 'and you won big huge and
325: 10   completely.' True?
325: 11   A:  That's what I said.
325: 12   Q:  You wrote that?
325: 13   A:  Yes.
325: 14   Q:  You note at the end of this that your
325: 15   team should, 'enjoy and bask in the warmth of having
325: 16   done an impossible job superbly.' Is that right?
325: 17   A:  That's what I wrote.

| 230 | 326:7  -  326:10 | Scolnick, Edward 2005-04-29 | 00:00:15 | |

326: 7    You agree it is not very flattering
326: 8    to refer to the agency responsible for protecting
326: 9    the public health as it relates to drugs as 'grade d
326: 10   high school students.'

| 231 | 326:12  -  326:16 | Scolnick, Edward 2005-04-29 | 00:00:10 | |

326: 12   THE WITNESS:  No, it is not
326: 13   flattering. As I said, it came from an allusion to
326: 14   an earlier event related to the crux of an Advisory
326: 15   Committee meeting, and it was inappropriate in this
326: 16   context.

| 232 | 329:10  -  329:24 | Scolnick, Edward 2005-04-29 | 00:00:49 | |

329: 10   Q:  So, after this Advisory Committee in
329: 11   February of 2001, you got a letter from the FDA
329: 12   saying that they were conditionally approving
329: 13   Merck's supplemental new drug application; right?
329: 14   A:  At some point we got a letter back
329: 15   from them, yes.
329: 16   Q:  You didn't like the tone of the
329: 17   letter, though, did you?
329: 18   A:  We didn't like the tone, and we
329: 19   didn't like the content. As I said earlier, they
329: 20   ignored all the GI data. They completely left it
329: 21   out. They left out the Alzheimer's data, and they
329: 22   had a warning, despite what had happened at the

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 329: 23 | Advisory Committee, where no warning was suggested | | |
| | 329: 24 | based on all the data, or voted for. | | |
| 233 | **331:12 - 331:18** | **Scolnick, Edward 2005-04-29** | 00:00:27 | |
| | 331: 12 | Q: For the record, Dr. Scolnick, I've | | |
| | 331: 13 | just passed you what we've marked as Exhibit 13 to | | |
| | 331: 14 | your deposition. It's a two-page series of e-mails | | |
| | 331: 15 | Bates stamped MRK-ACR0009151 to 9152. Doctor, you | | |
| | 331: 16 | are, in fact, an author and recipient on several of | | |
| | 331: 17 | these e-mails; true? | | |
| | 331: 18 | A: Yes. | | |
| 234 | **332:9 - 332:25** | **Scolnick, Edward 2005-04-29** | 00:00:42 | |
| | 332: 9 | Q: You didn't like the tone of the | | **332:9 - 336:8** |
| | 332: 10 | approvable letter you got from Merck's supplemental | | **Def Objection:** |
| | 332: 11 | NDA; true? | | Testimony re: pre-2002 |
| | 332: 12 | A: That's correct. I don't remember | | labeling negotiations |
| | 332: 13 | what was in it at this point, so, it's very hard to | | are irrelevant to Mr. |
| | 332: 14 | respond to your question. | | Smith. |
| | 332: 15 | Q: I'll just read the first sentence. | | His entire Vioxx usage |
| | 332: 16 | 'To ALL: I am sure you imagine my reaction to the | | usage post-dates |
| | 332: 17 | tone of the letter. The open ended request for | | April, 2002 label |
| | 332: 18 | safety updates is a filibuster.' Do you see that? | | change. |
| | 332: 19 | A: Yes. | | |
| | 332: 20 | Q: What's a filibuster? | | |
| | 332: 21 | A: It's a delaying tactic. | | |
| | 332: 22 | Q: So, you thought the FDA was trying to | | |
| | 332: 23 | delay approval of your supplemental NDA request to | | |
| | 332: 24 | get safety information? | | |
| | 332: 25 | A: That's what I wrote. | | |
| 235 | **333:11 - 334:12** | **Scolnick, Edward 2005-04-29** | 00:00:52 | |
| | 333: 11 | Q: You viewed this is as a delay tactic | | |
| | 333: 12 | by the FDA? Is that your testimony? | | |
| | 333: 13 | A: That's what I was worried about. | | |
| | 333: 14 | Q: Then you state, 'When will you find | | |
| | 333: 15 | out what they have done for our competitor? If by | | |
| | 333: 16 | any chance they get a better label now and we are | | |
| | 333: 17 | asked for this much more data, I will be in Janet's | | |
| | 333: 18 | office the next day.' Do you see that? | | |
| | 333: 19 | A: Yes. | | |
| | 333: 20 | Q: Your competitor would be Celebrex? | | |
| | 333: 21 | A: Yes. | | |
| | 333: 22 | Q: The manufacturer of Celebrex? | | |
| | 333: 23 | A: Yes. | | |
| | 333: 24 | Q: Okay. | | |
| | 333: 25 | You were concerned that the | | |
| | 334: 1 | manufacturers of Celebrex were going to get an | | |
| | 334: 2 | approved label before Vioxx was going to get an | | |
| | 334: 3 | approved label? | | |
| | 334: 4 | A: For GI outcomes, yes, that's what I | | |
| | 334: 5 | think I was concerned about. | | |
| | 334: 6 | Q: And if that happened, you were going | | |
| | 334: 7 | to go down there to the FDA and see Janet the next | | |
| | 334: 8 | day; is that right? | | |
| | 334: 9 | A: That is what I said in the memo. | | |
| | 334: 10 | Q: Who is Janet? | | |
| | 334: 11 | A: Janet was Janet Woodcock, who was, I | | |
| | 334: 12 | believe, the head of the drug part of the FDA. | | |
| 236 | **334:20 - 334:24** | **Scolnick, Edward 2005-04-29** | 00:00:08 | |
| | 334: 20 | Q: So, you felt you could go down there | | |
| | 334: 21 | to Janet's office, and you could tell her to | | |
| | 334: 22 | straighten things out and make sure that Merck's | | |
| | 334: 23 | label got approved on the terms you wanted it | | |
| | 334: 24 | approved on? | | |
| 237 | **335:1 - 335:4** | **Scolnick, Edward 2005-04-29** | 00:00:08 | |

N/A

Overrule

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

335: 1 THE WITNESS: I don't know exactly
335: 2 what I was thinking. I certainly wanted to advocate
335: 3 on Merck's behalf if this were to happen. That's
335: 4 what this memo says.

238 335:12 - 335:15 Scolnick, Edward 2005-04-29    00:00:10
335: 12 Q: Sir, is that the way it's supposed to
335: 13 work, when you want to address a labeling request
335: 14 with the FDA, you go down, and you go into Janet
335: 15 Woodcock's office to address it?

239 335:18 - 336:8 Scolnick, Edward 2005-04-29    00:00:45
335: 18 THE WITNESS: The head of the drug
335: 19 office can be involved in labeling negotiations.
335: 20 BY MR. BUCHANAN:
335: 21 Q: Is that who Janet Woodcock was?
335: 22 A: I believe at the time she was head of
335: 23 the drug approval part of the FDA as opposed to
335: 24 vaccines and other parts of the FDA, I believe, but
335: 25 I'm not certain.
336: 1 Q: So, in other words, if the FDA
336: 2 perchance decided to give the Celebrex manufacturers
336: 3 the label they had sought before you got it, you
336: 4 were going to go down to the, what's this, the head
336: 5 of drug approval and complain? Is that your
336: 6 testimony?
336: 7 A: That was -- that's what this note
336: 8 implies.

240 340:24 - 341:5 Scolnick, Edward 2005-04-29    00:00:14
340: 24 Q: You said that you weren't just going
340: 25 to stop with Janet; right?
341: 1 A: That's what this says.
341: 2 Q: You said you'd go beyond if you
341: 3 needed to with other contacts you'd made in HHS;
341: 4 right?
341: 5 A: That's what this says.

241 341:17 - 341:20 Scolnick, Edward 2005-04-29    00:00:07
341: 17 So, you'd go over Janet's head if you
341: 18 needed to?
341: 19 A: In order to make scientific points
341: 20 which I felt strongly about.

**341:17 - 341:20**
**Def Objection:**
Testimony re: pre-2002
labeling negotiations
are irrelevant to Mr.
Smith.

*Overruled* N/A

242 341:21 - 342:5 Scolnick, Edward 2005-04-29    00:00:23
341: 21 Q: I understand.
341: 22 If you felt strongly and Janet didn't
341: 23 give you the answers you wanted, you would go above
341: 24 Janet's head; right?
341: 25 A: I would argue the science that we
342: 1 based our -- particularly, I think, talking about
342: 2 the GI labeling of the drug. We had pristine data
342: 3 about the GI safety -- the improved GI safety of
342: 4 Vioxx which had not been acknowledged in the
342: 5 approvable letter, to the best of my knowledge.

His entire Vioxx usage
usage post-dates
April, 2002 label
change.

243 343:1 - 343:11 Scolnick, Edward 2005-04-29    00:00:18
343: 1 I see the last sentence here you say,
343: 2 'I have never seen being nice to the FDA--except on
343: 3 rare occasions-pay off.' You wrote that?
343: 4 A: Yes.
343: 5 Q: You meant it?
343: 6 A: Yes.
343: 7 Q: It's a true statement?
343: 8 A: It was my feeling.
343: 9 Q: True statement when you wrote it,
343: 10 sir?
343: 11 A: It is my feeling when I wrote it.

**343:1 - 355:5**
**Def Objection:**
Testimony re: pre-2002
labeling negotiations
are irrelevant to Mr.
Smith.
His entire Vioxx usage
usage post-dates
April, 2002 label
change.

*Overruled* N/A

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**244**  **353:12 - 353:25**   Scolnick, Edward 2005-04-29    00:00:28
353: 12   Q:  Then you say, 'One cannot deal with
353: 13   them in a rational way.' Right?
353: 14   A:  That's what I said.
353: 15   Q:  And rational way was your way; right?
353: 16   A:  No. Rational way was the way we had
353: 17   been trying to deal with them when we submitted the
353: 18   supplemental NDA, with all of the data that was
353: 19   supported at the Advisory Committee meeting.
353: 20   Q:  Right.
353: 21   To be clear, what the FDA was asking
353: 22   for was additional safety information in their
353: 23   approvable letter; true?
353: 24   A:  That's what the memo implies. I do
353: 25   not know nor recall what was in that request.

**245**  **354:14 - 354:19**   Scolnick, Edward 2005-04-29    00:00:12
354: 14   BY MR. BUCHANAN:
354: 15   Q:  The bottom line is that the FDA,
354: 16   looking for additional data on Vioxx in connection
354: 17   with your supplemental NDA request, jeopardized your
354: 18   ability to get the label you wanted in the
354: 19   marketplace; true?

**246**  **354:21 - 355:5**   Scolnick, Edward 2005-04-29    00:00:21
354: 21   THE WITNESS:  They were retarding the
354: 22   process in my opinion.
354: 23   BY MR. BUCHANAN:
354: 24   Q:  And you needed that process to move
354: 25   quickly; right?
355: 1   A:  That was our goal. We wanted it to
355: 2   move quickly. We had submitted our application very
355: 3   quickly, and it still had been almost a year after
355: 4   the application was submitted, and we didn't yet
355: 5   have a label back.

**247**  **355:6 - 355:8**   Scolnick, Edward 2005-04-29    00:00:07
355: 6   Q:  Because you were concerned that in
355: 7   the COX-2 market, the drug with the better label
355: 8   would sell more drug; true?

**248**  **355:10 - 355:13**   Scolnick, Edward 2005-04-29    00:00:07
355: 10   THE WITNESS:  We had substantially
355: 11   better gastrointestinal safety data than our
355: 12   competitor, and I wanted that to be represented in
355: 13   our label.

**249**  **355:16 - 355:19**   Scolnick, Edward 2005-04-29    00:00:12
355: 16   You were concerned that in the COX-2
355: 17   market, the company that had the better label for
355: 18   its drug would sell more of that drug; true?
355: 19   A:  True, if the data supported that.

**250**  **355:23 - 356:10**   Scolnick, Edward 2005-04-29    00:00:29
355: 23   Q:  You did get a label at some point in
355: 24   time in connection with your supplemental new drug
355: 25   application for Vioxx; true?
356: 1   A:  Yes.
356: 2   Q:  You got that in the fall of 2001?
356: 3   A:  I don't recall the exact date. It
356: 4   was certainly after this in 2001.
356: 5   Q:  Had a CV warning?
356: 6   A:  Yes.
356: 7   Q:  CV means cardiovascular; right?
356: 8   A:  Yes.
356: 9   Q:  In the warnings section of the label?
356: 10   A:  Yes.

355:23 - 376:15
**Def Objection:**
Testimony re: pre-2002
labeling negotiations
are irrelevant to Mr.
Smith.
His entire Vioxx usage
usage post-dates
April, 2002 label
change.

*Overruled*

|  |  | Objections/Responses in Smith | Ruling in Barnett |
| --- | --- | --- | --- |

**251   357:4  -  357:17   Scolnick, Edward 2005-04-29**                    00:00:24

357: 4    Q:  The label you got from the FDA had a
357: 5    cardiovascular warning in the warnings section;
357: 6    true?
357: 7    A:  I believe so.
357: 8    Q:  You thought it was ugly?
357: 9    A:  I did.
357: 10   Q:  You thought it was ugly cubed?
357: 11   A:  I did.
357: 12   Q:  That's ugly times ugly times ugly;
357: 13   right?
357: 14   A:  Ugly cubed is exactly what you've
357: 15   stated.
357: 16   Q:  Ugly three times over; right?
357: 17   A:  Right.

**252   360:22  -  361:4   Scolnick, Edward 2005-04-29**                    00:00:20

360: 22   Q:  Sir, I'm going to pass over what
360: 23   we've just marked as Exhibit 14 to your deposition.
360: 24   It is a series of e-mails, three of them in
360: 25   particular, from October 2001. For the record, it
361: 1    is Bates stamped MRK-ABW0004799.
361: 2    Sir, you've seen this document
361: 3    before; right?
361: 4    A:  Yes, I have.

**253   361:14  -  362:12   Scolnick, Edward 2005-04-29**                    00:00:35

361: 14   Q:  It is from October 15th, 2001?
361: 15   A:  Yes.
361: 16   Q:  You said --
361: 17   A:  October 16th.
361: 18   Q:  You said, 'David.' That's David
361: 19   Anstice; right?
361: 20   A:  Yes.
361: 21   Q:  He's the president of U.S. human
361: 22   health?
361: 23   A:  Yes.
361: 24   Q:  That was the group within Merck
361: 25   responsible for all the marketing of Vioxx?
362: 1    A:  The domestic marketing of Vioxx.
362: 2    Q:  You told him, 'Be assured we will not
362: 3    accept this label.' Right?
362: 4    A:  That's what my memo says.
362: 5    Q:  David was concerned about this label;
362: 6    right?
362: 7    A:  Yes.
362: 8    Q:  Okay.
362: 9    Thought it put you at a competitive
362: 10   disadvantage; right?
362: 11   A:  Yes. And it didn't accurately
362: 12   reflect our data.

**254   362:13  -  363:2   Scolnick, Edward 2005-04-29**                    00:00:34

362: 13   Q:  You were telling David that I'm going
362: 14   to do what I can to make sure we don't get that
362: 15   label; right?
362: 16   A:  Yes.
362: 17   Q:  I'm going to do what I can to make
362: 18   sure there's no CV warning in the Vioxx label;
362: 19   right?
362: 20   A:  That isn't what this says. It says,
362: 21   'We will not accept this label' and 'if we need to
362: 22   we will go to an Advisory Committee meeting' to get
362: 23   them to review what our label should look like, a
362: 24   scientific process to resolve the potential -- a
362: 25   potential disagreement between the FDA and Merck.
363: 1    Q:  So, you rejected the label you got

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 363: 2 | from the FDA that had the CV warning; true? | | |

| 255 | **363:4 - 363:18** | Scolnick, Edward 2005-04-29 | 00:00:26 |
|---|---|---|---|
| | 363: 4 | THE WITNESS:  We rejected this label |
| | 363: 5 | in its totality. It had a CV warning, and it |
| | 363: 6 | ignored the GI data that we had garnered in VIGOR. |
| | 363: 7 | BY MR. BUCHANAN: |
| | 363: 8 | Q:  David responded to you, 'We knew it |
| | 363: 9 | would be UGLY and it is.' Right, he said that to |
| | 363: 10 | you? |
| | 363: 11 | A:  Yes. |
| | 363: 12 | Q:  He also said, 'We'll fight back and |
| | 363: 13 | see where we get.' Right? |
| | 363: 14 | A:  Yes. That's what he said. |
| | 363: 15 | Q:  And he again said, we'll 'ask for an |
| | 363: 16 | advisory committee' if we can't make headway with |
| | 363: 17 | the FDA; right? |
| | 363: 18 | A:  That's what he said. |

| 256 | **364:12 - 365:12** | Scolnick, Edward 2005-04-29 | 00:00:50 |
|---|---|---|---|
| | 364: 12 | Q:  You then say here in the final one, |
| | 364: 13 | your final e-mail from October 16, 2001, 'It is ugly |
| | 364: 14 | cubed.' Right? |
| | 364: 15 | A:  Yes. |
| | 364: 16 | Q:  You say, 'thye,' that should be they; |
| | 364: 17 | right? |
| | 364: 18 | A:  Yes. |
| | 364: 19 | Q:  'Thye are bastards.' True? |
| | 364: 20 | A:  That's what the e-mail says. |
| | 364: 21 | Q:  That's what you wrote? |
| | 364: 22 | A:  That's what I wrote. |
| | 364: 23 | Q:  You meant it when you wrote it? |
| | 364: 24 | A:  I was very upset when I wrote the |
| | 364: 25 | e-mail. |
| | 365: 1 | Q:  So, this particular group within the |
| | 365: 2 | FDA was devious and antagonistic; true? |
| | 365: 3 | A:  That's what I wrote. |
| | 365: 4 | Q:  They were bastards? |
| | 365: 5 | A:  That reflected my emotional |
| | 365: 6 | unhappiness with their label. |
| | 365: 7 | Q:  They had the ability of grade D high |
| | 365: 8 | school students; true? |
| | 365: 9 | A:  That's what I wrote. |
| | 365: 10 | Q:  And if you wanted to get anything |
| | 365: 11 | done with them, you couldn't treat them with |
| | 365: 12 | respect; true? |

| 257 | **365:14 - 365:22** | Scolnick, Edward 2005-04-29 | 00:01:03 |
|---|---|---|---|
| | 365: 14 | THE WITNESS:  I wrote all of these |
| | 365: 15 | things, and I felt that we were not getting a fair |
| | 365: 16 | process from this division. |
| | 365: 17 | BY MR. BUCHANAN: |
| | 365: 18 | Q:  The FDA was pretty insistent this |
| | 365: 19 | drug needed a cardiac warning, weren't they? |
| | 365: 20 | A:  They presented this label to us, so, |
| | 365: 21 | they must have felt that way. This division felt |
| | 365: 22 | that way. |

| 258 | **366:3 - 366:9** | Scolnick, Edward 2005-04-29 | 00:00:12 |
|---|---|---|---|
| | 366: 3 | Q:  You took from that that the FDA at |
| | 366: 4 | least was concerned about the potential |
| | 366: 5 | cardiovascular implications of your drug; true? |
| | 366: 6 | A:  Yes. |
| | 366: 7 | Q:  And they wanted to warn the American |
| | 366: 8 | public about the potential cardiovascular |
| | 366: 9 | implications of Vioxx; true? |

| 259 | **366:11 - 366:13** | Scolnick, Edward 2005-04-29 | 00:00:03 |
|---|---|---|---|

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 366: 11 | | THE WITNESS: Yes, despite the | | |
| | 366: 12 | | Advisory Committee meeting, which had not felt that | | |
| | 366: 13 | | way. | | |
| 260 | 371:15 - 371:23 | Scolnick, Edward 2005-04-29 | | 00:00:27 | | |
| | 371: 15 | | Dr. Scolnick, I just passed you what | | |
| | 371: 16 | | we marked as Exhibit 15 to your deposition. It's a | | |
| | 371: 17 | | three e-mail sequence from November 8, 2001. The | | |
| | 371: 18 | | subject here says 'History lesson.' Do you see | | |
| | 371: 19 | | that? | | |
| | 371: 20 | | A: Uh-huh, yes, I do. | | |
| | 371: 21 | | Q: It's an exchange between initially | | |
| | 371: 22 | | from you to Doug Greene and Bonnie Goldmann; true? | | |
| | 371: 23 | | A: Yes. | | |
| 261 | 372:18 - 373:3 | Scolnick, Edward 2005-04-29 | | 00:00:24 | | |
| | 372: 18 | | Q: You said, 'Doug and Bonnie twice in | | |
| | 372: 19 | | my life I've had to say to FDA 'That label is | | |
| | 372: 20 | | unacceptable, we will not under any circumstances | | |
| | 372: 21 | | accept it." Do you see that? | | |
| | 372: 22 | | A: Yes, I do. | | |
| | 372: 23 | | Q: You continue there and you say, 'You | | |
| | 372: 24 | | WiLL,' in all caps, will, 'have to do that on the | | |
| | 372: 25 | | cardiac warning for Vioxx. I assure you that you | | |
| | 373: 1 | | will.' That's what you wrote; right? | | |
| | 373: 2 | | A: I did. You skipped an intervening | | |
| | 373: 3 | | sentences. | | |
| 262 | 373:12 - 374:2 | Scolnick, Edward 2005-04-29 | | 00:00:36 | | |
| | 373: 12 | | Q: Paragraph continues where I was | | |
| | 373: 13 | | before, 'You WILL,' in all caps will, 'have to do | | |
| | 373: 14 | | that on the cardiac warning for Vioxx. I assure you | | |
| | 373: 15 | | that you will.' Did I read that right? | | |
| | 373: 16 | | A: Yes, you did. | | |
| | 373: 17 | | Q: You put 'will' in emphasis to these | | |
| | 373: 18 | | people; right? | | |
| | 373: 19 | | A: Yes, I did. | | |
| | 373: 20 | | Q: And these were the people who were | | |
| | 373: 21 | | dealing with the FDA in connection with the label | | |
| | 373: 22 | | negotiations; right? | | |
| | 373: 23 | | A: Yes. | | |
| | 373: 24 | | Q: You told them, 'And I assure you I | | |
| | 373: 25 | | will NOT,' and again in all caps, 'NOT sign off on | | |
| | 374: 1 | | any label that had a cardiac warning.' True? | | |
| | 374: 2 | | A: That's what the e-mail says. | | |
| 263 | 376:10 - 376:15 | Scolnick, Edward 2005-04-29 | | 00:00:22 | | |
| | 376: 10 | | Q: So, you negotiated with the FDA over | | |
| | 376: 11 | | this label concerning cardiac and GI warnings from | | |
| | 376: 12 | | October of 2001 until April of 2002; true? | | |
| | 376: 13 | | A: That's correct. Because we believed | | |
| | 376: 14 | | that the drug did not justify having a cardiac | | |
| | 376: 15 | | warning based on our data. | | |
| 264 | 376:16 - 376:24 | Scolnick, Edward 2005-04-29 | | 00:00:23 | | |
| | 376: 16 | | Q: Does the drug justify a cardiac | | |
| | 376: 17 | | warning today? | | |
| | 376: 18 | | A: No. | | |
| | 376: 19 | | Q: It doesn't? | | |
| | 376: 20 | | A: It does not justify a cardiac warning | | |
| | 376: 21 | | based on this data. And the new data that you're | | |
| | 376: 22 | | referring to is in very different context and | | |
| | 376: 23 | | completely consistent with all the data we had here | | |
| | 376: 24 | | where we didn't believe it justified a warning. | | |
| 265 | 381:11 - 382:2 | Scolnick, Edward 2005-04-29 | | 00:00:47 | 381:11 - 382:2 | N/A |
| | 381: 11 | | Q: Doctor, I passed you over what we | | Def Objection: |
| | 381: 12 | | marked as Exhibit 16 to your deposition. It is a | | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

Testimony re: pre-2002 labeling negotiations are irrelevant to Mr. Smith.
His entire Vioxx usage usage post-dates April, 2002 label change.

Ruling in Barnett: *Overruled*

| | | | |
|---|---|---|---|
| | 381: 13 | relatively brief e-mail, Bates stamped | |
| | 381: 14 | MRK-ACR0009297 dated February 25th, 2002 from you | |
| | 381: 15 | again to this same team of people working on the | |
| | 381: 16 | negotiations over the Vioxx label; true? | |
| | 381: 17 | A: Yes. | |
| | 381: 18 | Q: You wrote, 'To ALL: If you can get | |
| | 381: 19 | this label it will be an Al Michaels quote: 'Do you | |
| | 381: 20 | believe in miracles?'' What are you referring to | |
| | 381: 21 | there? | |
| | 381: 22 | A: I'm referring to Al Michael's quote | |
| | 381: 23 | when the U.S. Olympic team beat the Russians in | |
| | 381: 24 | whatever year it was in ice hockey. | |
| | 381: 25 | Q: It was like an impossible task; | |
| | 382: 1 | right? | |
| | 382: 2 | A: It certainly appeared to be. | |
| 266 | 99:22 - 100:13 | Scolnick, Edward 2005-04-29 | 00:00:44 |
| | 99: 22 | Q: So, what you did here was you sent | |
| | 99: 23 | these folks on your Vioxx development team and some | |
| | 99: 24 | regulatory personnel an analyst report; correct? | |
| | 99: 25 | A: That appears to be correct. | |
| | 100: 1 | Q: Okay. | |
| | 100: 2 | You sent it with high importance? | |
| | 100: 3 | A: That's what it's marked. | |
| | 100: 4 | Q: It was real important they saw this | |
| | 100: 5 | analyst report? | |
| | 100: 6 | A: It's marked high importance. | |
| | 100: 7 | Q: Do you make it a practice, sir, to | |
| | 100: 8 | send Wall Street analyst reports to employees who | |
| | 100: 9 | are on projects within Merck? | |
| | 100: 10 | A: I sent a variety of information to | |
| | 100: 11 | them, sometimes analyst reports which had relevant | |
| | 100: 12 | information, sometimes scientific articles. I send | |
| | 100: 13 | a variety of things to my employees. | |
| 267 | 415:12 - 415:15 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:21 |
| | 415: 12 | Q.   Sir, passing over what we just marked | |
| | 415: 13 | as Exhibit 18 to your deposition.  For the record, | |
| | 415: 14 | it's a January 28, 2001 e-mail from yourself to Eve | |
| | 415: 15 | Slater. | |
| 268 | 415:24 - 416:1 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 |
| | 415: 24 | Q.   Okay.  Do you see your e-mail at the | |
| | 415: 25 | top? | |
| | 416: 1 | A.   Yes, I do. | |
| 269 | 416:6 - 416:12 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:09 |
| | 416: 6 | Q.   Then you continue, "This Fries | |
| | 416: 7 | incident is a disaster for Merck."  Do you see that? | |
| | 416: 8 | A.   Yes, I do. | |
| | 416: 9 | Q.   You wrote that? | |
| | 416: 10 | A.   I did. | |
| | 416: 11 | Q.   You believed it at the time? | |
| | 416: 12 | A.   I did. | |
| 270 | 416:21 - 417:5 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:15 |
| | 416: 21 | Q.   Then you continued.  "Worse than | |
| | 416: 22 | Vigor results themselves."  Do you see that? | |
| | 416: 23 | A.   Yes. | |
| | 416: 24 | Q.   The VIGOR results were also a | |
| | 416: 25 | disappointment for Merck; true? | |
| | 417: 1 | A.   Some of them were surprising, as you | |
| | 417: 2 | know, and some of them were excellent. | |
| | 417: 3 | Q.   Okay. | |
| | 417: 4 | And the ones that were surprising | |
| | 417: 5 | were the cardiovascular effects of Vioxx; true? | |
| 271 | 417:8 - 418:6 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:55 |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

417: 8        THE WITNESS:  The difference between
417: 9    naproxen and Vioxx was surprising in the VIGOR
417: 10   results.
417: 11   BY MR. BUCHANAN:
417: 12   Q.   Well, you said, "Worse than Vigor
417: 13   results themselves."  That's what you wrote; right,
417: 14   sir?
417: 15   A.   I did.
417: 16   Q.   You were implying that the VIGOR
417: 17   results were disappointing in some way; true?
417: 18   A.   I was implying that the difference
417: 19   between the Vioxx and naproxen arms were surprising
417: 20   and created an issue which we had dealt with and
417: 21   come up with what we thought was the best
417: 22   explanation based on all the other data.
417: 23   Q.   Well, sir, you didn't write "more
417: 24   surprising" than the VIGOR results themselves when
417: 25   you wrote this e-mail, did you?
418: 1   A.   No, I did not.
418: 2   Q.   You wrote, "Worse than VIGOR
418: 3   results"?
418: 4   A.   That's what I wrote.  It's a very
418: 5   short e-mail.  That's what I wrote.
418: 6   Q.   I understand.

272   **465:12 - 465:22**   Scolnick, Edward M., M.D. 2005-05-17     00:00:31
465: 12   Q.   You'd agree with me, sir, wouldn't
465: 13   you, that if you were wrong in your final conclusion
465: 14   about Vioxx, and the problem was mechanism based,
465: 15   that there could have been horrible public health
465: 16   consequences to the folks who were taking Vioxx in
465: 17   the general population; true?
465: 18   A.   If we had been wrong, there would
465: 19   have been serious consequences, yes.
465: 20   Q.   Tens of thousands of people in the
465: 21   general population taking Vioxx could have suffered
465: 22   heart attacks as a result of your drug; true?

273   **466:1 - 466:3**   Scolnick, Edward M., M.D. 2005-05-17     00:00:04
466: 1        THE WITNESS:  If we had been wrong,
466: 2   there would have been negative consequences for
466: 3   public health.  We did not believe we were wrong.

274   **466:12 - 466:22**   Scolnick, Edward M., M.D. 2005-05-17     00:00:26
466: 12        THE WITNESS:  I've read newspaper
466: 13   reports of those.  I do not have any independent way
466: 14   of assessing that evidence or the validity of those
466: 15   reports.
466: 16   BY MR. BUCHANAN:
466: 17   Q.   Well, you've seen the FDA reports as
466: 18   well; right?
466: 19   A.   I've seen newspaper reports of the
466: 20   FDA reports of incidences in trials.  I don't
466: 21   understand the calculations made from those based on
466: 22   the data I've seen.

275   **467:22 - 467:25**   Scolnick, Edward M., M.D. 2005-05-17     00:00:17
467: 22   Q.   Merck has the skilled employees
467: 23   necessary to estimate what the public health
467: 24   consequences could be of a drug that it made that
467: 25   caused cardiovascular side effects; true?

276   **468:2 - 468:9**   Scolnick, Edward M., M.D. 2005-05-17     00:00:17
468: 2        THE WITNESS:  Merck can estimate what
468: 3   the consequences would be if the drug were thought
468: 4   by Merck to cause cardiovascular consequences.
468: 5   BY MR. BUCHANAN:
468: 6   Q.   And in March of 2000, no such

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 468: 7 | | analysis was done? | | |
| | 468: 8 | | A.   Correct.  Because we didn't believe | | |
| | 468: 9 | | the drug caused those events. | | |
| 277 | 469:15 - 469:18 | | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:09 | |
| | 469: 15 | | You agree with the decision by Merck | | |
| | 469: 16 | | not to analyze the potential public health | | |
| | 469: 17 | | consequences to continuing to sell Vioxx in March of | | |
| | 469: 18 | | 2000? | | |
| 278 | 469:21 - 469:22 | | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:02 | |
| | 469: 21 | | THE WITNESS: Yes, I do, because we | | |
| | 469: 22 | | believed the drug was safe. | | |
| 279 | 471:1 - 472:11 | | Scolnick, Edward M., M.D. 2005-05-17 | 00:01:15 | |
| | 471: 1 | | Q.   Sir, I just passed you a document we | | |
| | 471: 2 | | marked as Exhibit 19 to your deposition. | | |
| | 471: 3 | | - - - | | |
| | 471: 4 | | (Whereupon, Deposition Exhibit | | |
| | 471: 5 | | Scolnick-19, "Vioxx Preliminary | | |
| | 471: 6 | | Cardiovascular Meta-Analysis," Slide | | |
| | 471: 7 | | Set, 10-18-00 (Shapiro), MRK-NJ0070364 - | | |
| | 471: 8 | | MRK-NJ0070397, was marked for | | |
| | 471: 9 | | identification.) | | |
| | 471: 10 | | - - - | | |
| | 471: 11 | | BY MR. BUCHANAN: | | |
| | 471: 12 | | Q.   For the record, it's a document by | | |
| | 471: 13 | | Deborah Shapiro.  Who is Deborah Shapiro? | | |
| | 471: 14 | | A.   Deborah Shapiro was a statistician in | | |
| | 471: 15 | | the Merck Research Laboratories. | | |
| | 471: 16 | | Q.   She was the unblinded statistician in | | |
| | 471: 17 | | the ViGOR trial; right? | | |
| | 471: 18 | | A.   Yes, she was. | | |
| | 471: 19 | | Q.   She's the statistician you contacted | | |
| | 471: 20 | | to get an early look at the VIGOR data; right? | | |
| | 471: 21 | | A.   To look at the data first when the | | |
| | 471: 22 | | trial is completed.  That is correct. | | |
| | 471: 23 | | Q.   For the record, the document is | | |
| | 471: 24 | | entitled "Vioxx Preliminary Cardiovascular | | |
| | 471: 25 | | Meta-Analysis," and it is Bates stamped | | |
| | 472: 1 | | MRK-NJ0070364 through 397. | | |
| | 472: 2 | | So, your testimony is that the | | |
| | 472: 3 | | company conducted a meta-analysis preapproval?  That | | |
| | 472: 4 | | was the first time; right? | | |
| | 472: 5 | | A.   Yes. | | |
| | 472: 6 | | Q.   In March of 2000; right? | | |
| | 472: 7 | | A.   Yes. | | |
| | 472: 8 | | Q.   And then again in October of 2000; | | |
| | 472: 9 | | correct? | | |
| | 472: 10 | | A.   As I said, I don't remember the dates | | |
| | 472: 11 | | of all the other meta-analyses. | | |
| 280 | 473:22 - 474:16 | | Scolnick, Edward M., M.D. 2005-05-17 | 00:01:07 | |
| | 473: 22 | | Q.   Okay.  I would like to direct your | | |
| | 473: 23 | | attention to Page NJ0070394. | | |
| | 473: 24 | | A.   (Witness reviewing document.) | | |
| | 473: 25 | | Yes. | | |
| | 474: 1 | | Q.   This is a "meta-analysis" that | | |
| | 474: 2 | | describes the "Relative Risk of MIs," that's heart | | |
| | 474: 3 | | attacks? | | |
| | 474: 4 | | A.   Yes. | | |
| | 474: 5 | | Q.   The "MI Endpoint with 95% CI." | | |
| | 474: 6 | | What's "CI" mean? | | |
| | 474: 7 | | A.   Confidence interval. | | |
| | 474: 8 | | Q.   What does confidence interval | | |
| | 474: 9 | | represent, sir? | | |
| | 474: 10 | | A.   It's a term that describes the bounds | | |
| | 474: 11 | | in which to analyze statistical significance. | | |

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|--|--|--|--|--|

```
            474: 12      Q.    And if the confidence interval is
            474: 13            greater than 1 or if the confidence -- if the
            474: 14            confidence interval doesn't encompass 1, it
            474: 15            indicates that the finding is statistically
            474: 16            significant; true?

281   474:19  -  474:19   Scolnick, Edward M., M.D. 2005-05-17              0
            474: 19            THE WITNESS:  I believe that's true.

282   475:12  -  476:13   Scolnick, Edward M., M.D. 2005-05-17          00:01:01
            475: 12            At the bottom of the page it says
            475: 13            "Total Cohort."  Do you see that?
            475: 14      A.    Yes, I do.
            475: 15      Q.    What's a cohort?
            475: 16      A.    A cohort is a group of patients
            475: 17            that's been studied in this meta-analysis.
            475: 18      Q.    And then to the right it says "2.02."
            475: 19            Do you see that?
            475: 20      A.    Uh-huh.
            475: 21      Q.    That's the relative risk --
            475: 22      A.    Yes, I do, I'm sorry.
            475: 23      Q.    That's the relative risk of heart
            475: 24            attacks among all studies for NSAIDs versus Vioxx;
            475: 25            true?
            476: 1       A.    That is, I think, what this plots,
            476: 2             non-naproxen and naproxen NSAIDs.
            476: 3       Q.    That's right.
            476: 4             And the confidence interval, again,
            476: 5             is what, sir?
            476: 6       A.    The confidence interval for 2.0?
            476: 7       Q.    For the 2.02.
            476: 8       A.    Is 1.14 to 3.55.
            476: 9       Q.    And the fact that the confidence
            476: 10            interval does not go below 1 indicates that the 2.02
            476: 11            relative risk is statistically significant; true?
            476: 12      A.    Yes.  This, I believe, aggregates
            476: 13            both naproxen and non-naproxen NSAIDs.

283   476:18  -  477:5    Scolnick, Edward M., M.D. 2005-05-17          00:00:35
            476: 18      Q.    What does statistical significance
            476: 19            refer to, sir?
            476: 20      A.    That 95 times out of 100, the result
            476: 21            is an accurate one and not by chance.  There's only
            476: 22            a 5 percent chance that the result is a fluke.
            476: 23      Q.    Okay.
            476: 24            And a relative risk of 2.02 in this
            476: 25            total cohort indicates a doubling of the risk of
            477: 1             heart attacks among all of Merck's studies --
            477: 2       A.    What you --
            477: 3       Q.    -- comparing NSAIDs to Vioxx; true?
            477: 4       A.    Comparing all NSAIDs including
            477: 5             naproxen to Vioxx.  That's what this plots, yes.

284   477:7   -  477:18   Scolnick, Edward M., M.D. 2005-05-17          00:00:24
            477: 7             If you'd turn the page, sir, you see
            477: 8             an additional chart.  Again, "MI Endpoint," that's
            477: 9             heart attack endpoint; right?
            477: 10      A.    Yes.
            477: 11      Q.    It says "Rofecoxib versus NSAIDS."
            477: 12            Vioxx is rofecoxib; right?
            477: 13      A.    Yes.
            477: 14      Q.    And again reflects 2.02 being the
            477: 15            relative risk for all patients compared rofecoxib to
            477: 16            NSAIDs; true?
            477: 17      A.    To all NSAIDs.  As I've said,
            477: 18            naproxen and non-naproxen.

285   478:21  -  478:25   Scolnick, Edward M., M.D. 2005-05-17          00:00:10
```

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

478: 21  Q.  Well, sir, would you endorse a
478: 22  decision not to give an MI-only meta-analysis to the
478: 23  FDA?
478: 24  A.  That should be part of any
478: 25  submission.

**286  480:9 - 480:18  Scolnick, Edward M., M.D. 2005-05-17  00:01:00**
480: 9  Q.  And you wouldn't endorse a decision
480: 10  not to give unfavorable safety data to the FDA,
480: 11  would you?
480: 12  A.  I would endorse that all of the data
480: 13  be submitted to the FDA.
480: 14  Q.  Did you become aware of the results
480: 15  of Merck's meta-analysis?
480: 16  A.  I was shown summaries of
480: 17  meta-analyses, yes, but I don't recall the details
480: 18  of what was in those summaries at this point.

**287  481:15 - 482:8  Scolnick, Edward M., M.D. 2005-05-17  00:00:42**
481: 15  Q.  Okay.  Sir, let me pass over to you
481: 16  what we just marked as Exhibit 20 to your
481: 17  deposition.
481: 18     - - -
481: 19     (Whereupon, Deposition Exhibit
481: 20  Scolnick-20, Letter 1-8-01, with
481: 21  attachment, "IND 46,894: VIOXX
481: 22  (rofecoxib)" "Interim Cardiovascular
481: 23  Meta-Analysis," MRK-NJ0267715 -
481: 24  MRK-NJ0267777, was marked for
481: 25  identification.)
482: 1     - - -
482: 2  BY MR. BUCHANAN:
482: 3  Q.  For the record, sir, I just passed
482: 4  you what we've marked as Exhibit 20 to your
482: 5  deposition.  It's a January 8, 2001 letter from a
482: 6  Robert Silverman, Senior Director of Regulatory
482: 7  Affairs to somebody at the FDA; is that right, sir?
482: 8  A.  Yes, correct.

**288  483:1 - 483:9  Scolnick, Edward M., M.D. 2005-05-17  00:00:19**
483: 1  Q.  It's a transmittal of information to
483: 2  the FDA?
483: 3  A.  Yes, it is.
483: 4  Q.  Transmittal of information to the FDA
483: 5  concerning Vioxx?
483: 6  A.  Yes.
483: 7  Q.  Transmittal of the "Interim
483: 8  Cardiovascular Meta-Analysis" for Vioxx; true?
483: 9  A.  Yes.  Yes, that's correct.

**289  485:17 - 487:4  Scolnick, Edward M., M.D. 2005-05-17  00:01:25**
485: 17  Q.  Is there an MI meta-analysis in the
485: 18  submission to the FDA?
485: 19  A.  The meta-analysis done in this
485: 20  document I do not see in this document.  I do see,
485: 21  and it is important to point out, all of the data on
485: 22  the four pages I cited to you.
485: 23  Q.  And what you're trying to highlight,
485: 24  sir, is that certain MI information was encompassed
485: 25  within the APTC endpoint; right?
486: 1  A.  That is what I'm trying to point out,
486: 2  yes.
486: 3  Q.  But Merck did a specific analysis
486: 4  looking at the incidence of heart attacks across all
486: 5  of its trials; true?
486: 6  A.  That is indicated in this document,
486: 7  in the first document that you showed me in this
486: 8  discussion.

486: 9   Q.   That document is Exhibit 19; right?
486: 10   A.   Yes, it is.
486: 11   Q.   Merck did an MI meta-analysis in
486: 12       October 2000; true?
486: 13   A.   Yes, that's true.
486: 14   Q.   And didn't give it to the FDA in
486: 15       January 2001; true?
486: 16   A.   The specific figures are not included
486: 17       in the submission to the FDA.  The data is included.
486: 18   Q.   Well, not only the figures, sir, the
486: 19       MI meta-analysis is not in that submission to the
486: 20       FDA; correct?
486: 21   A.   That is correct.
486: 22   Q.   There might be some heart attack data
486: 23       in that submission to the FDA; right?
486: 24   A.   There is heart attack data in this
486: 25       submission.
487: 1   Q.   But there's not an MI meta-analysis
487: 2       in Exhibit 20; right?
487: 3   A.   Not that I could find, no.  It does
487: 4       not -- it's not there.

290   487:11 - 487:20   Scolnick, Edward M., M.D. 2005-05-17       00:00:22
487: 11       BY MR. BUCHANAN:
487: 12   Q.   Is it your testimony that you were
487: 13       never consulted by regulatory within Merck Research
487: 14       Labs as to whether to give the MI meta-analysis or
487: 15       not to give it to the FDA?
487: 16   A.   That is my testimony.  I was never
487: 17       consulted on that point.
487: 18   Q.   Do you endorse the decision not to
487: 19       give that MI meta-analysis to the FDA in January
487: 20       2001?

291   487:23 - 487:25   Scolnick, Edward M., M.D. 2005-05-17       00:00:04
487: 23       THE WITNESS:  I would have had no
487: 24       objection to their submitting all of the
487: 25       meta-analyses.

292   489:3 - 489:14   Scolnick, Edward M., M.D. 2005-05-17       00:00:28
489: 3   Q.   So, if your group didn't consult --
489: 4       if your group didn't submit this information to the
489: 5       FDA, they disregarded your standard operating
489: 6       procedure?
489: 7   A.   The standard operating procedure in
489: 8       the labs is to submit all data to the FDA.  All the
489: 9       data is in here.  The specific meta-analysis is not
489: 10       included in this document.
489: 11   Q.   You say all the data is in there,
489: 12       sir, but there's not an MI meta-analysis in that
489: 13       document; right?
489: 14   A.   That is correct.

293   490:6 - 490:9   Scolnick, Edward M., M.D. 2005-05-17       00:00:09
490: 6   Q.   Yeah, but the one thing we can agree
490: 7       is, there's not an MI meta-analysis reflected in
490: 8       that particular document, the January 2001
490: 9       submission to the FDA; right?

294   490:12 - 490:17   Scolnick, Edward M., M.D. 2005-05-17       00:00:10
490: 12       THE WITNESS:  There's no -- there's
490: 13       no MI meta-analysis that I can find in the January
490: 14       8th document.
490: 15       BY MR. BUCHANAN:
490: 16   Q.   And you didn't give it to the
490: 17       Advisory Committee in February 2001 either, did you?

295   490:21 - 491:2   Scolnick, Edward M., M.D. 2005-05-17       00:00:22

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 490: 21 | THE WITNESS:  I don't recall what was | |
| | 490: 22 | in the presentation.  I don't recall ever having | |
| | 490: 23 | seen this first document, Exhibit 19, and I don't | |
| | 490: 24 | recall ever having seen the second document which | |
| | 490: 25 | was submitted.  I had an excellent group, and they | |
| | 491: 1 | handled the submissions to the FDA and the | |
| | 491: 2 | preparation for the Advisory Committees. | |
| 296 | **499:18  -  499:25** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:17 |
| | 499: 18 | The company ultimately published a | |
| | 499: 19 | meta-analysis concerning cardiovascular events in | |
| | 499: 20 | the peer-reviewed literature, didn't it? | |
| | 499: 21 | A.    Yes.  I believe it did in Circulation | |
| | 499: 22 | or another cardiovascular journal. | |
| | 499: 23 | Q.    Fall of 2001.  Does that sound right? | |
| | 499: 24 | A.    Sounds approximately right.  I don't | |
| | 499: 25 | remember the date. | |
| 297 | **500:11  -  500:22** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:29 |
| | 500: 11 | Q.    Dr. Scolnick, I just passed you over | |
| | 500: 12 | what we marked as Exhibit 21 to your deposition.  Is | |
| | 500: 13 | this the publication of the meta-analysis you were | |
| | 500: 14 | just referring to? | |
| | 500: 15 | A.    I think it was the one you were just | |
| | 500: 16 | referring to.  It is one of the ones I recall.  It | |
| | 500: 17 | is one I recall.  I don't recall whether others were | |
| | 500: 18 | published. | |
| | 500: 19 | Q.    And to be clear, this is an October | |
| | 500: 20 | 2001 article published in the journal Circulation; | |
| | 500: 21 | correct? | |
| | 500: 22 | A.    Yes.  Correct. | |
| 298 | **507:16  -  507:18** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 |
| | 507: 16 | Q.    So, you were testing the drug in | |
| | 507: 17 | Alzheimer's patients; right? | |
| | 507: 18 | A.    Yes. | |
| 299 | **509:3  -  509:10** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:26 |
| | 509: 3 | Q.    When your team was before the | |
| | 509: 4 | Advisory Committee that was convened to evaluate the | |
| | 509: 5 | safety of Vioxx in February 2001, that team cited | |
| | 509: 6 | the Alzheimer's data as data that was reassuring on | |
| | 509: 7 | the safety of the drug; true? | |
| | 509: 8 | A.    Yes.  The Advisory Committee was | |
| | 509: 9 | convened to go over the gastrointestinal data, and | |
| | 509: 10 | as part of that, all of the data on Vioxx. | |
| 300 | **516:7  -  516:12** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:28 |
| | 516: 7 | Q.    Sir, I'm passing you over what we | |
| | 516: 8 | just marked as Exhibit 22 to your deposition.  For | |
| | 516: 9 | the record, it's Bates stamped MRK-ABP016650.  It | |
| | 516: 10 | runs through Page 677.  It is a document entitled | |
| | 516: 11 | "Vioxx AD Program."  Do you see that heading, sir? | |
| | 516: 12 | A.    Yes, I do.  Yes. | |
| 301 | **519:7  -  519:8** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:03 |
| | 519: 7 | Q.    "AD" is Alzheimer's disease? | |
| | 519: 8 | A.    Yes. | |
| 302 | **523:2  -  523:11** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:21 |
| | 523: 2 | Q.    Now, if the company had a drug that | |
| | 523: 3 | would prevent the onset of Alzheimer's disease, that | |
| | 523: 4 | would be a significant medical discovery.  You would | |
| | 523: 5 | agree with that? | |
| | 523: 6 | A.    Yes, it would. | |
| | 523: 7 | Q.    And a significant revenue opportunity | |
| | 523: 8 | for the company; correct? | |
| | 523: 9 | A.    They would go together.  It would be | |

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | 523: 10 | a magnificent discovery for medical and for |  |
|  | 523: 11 | patients. |  |
| 303 | 529:14  -  529:21 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:21 |
|  | 529: 14 | Q.   Okay.  That's the APPROVe trial |  |
|  | 529: 15 | that's being referenced there, isn't it? |  |
|  | 529: 16 | A.   Yes, I believe so. |  |
|  | 529: 17 | Q.   You'd agree with me, sir, that those |  |
|  | 529: 18 | three paragraphs don't say anything about that trial |  |
|  | 529: 19 | being conducted to test the cardiovascular safety of |  |
|  | 529: 20 | Vioxx? |  |
|  | 529: 21 | A.   Yes, I'd agree with that. |  |
| 304 | 530:20  -  531:2 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:14 |
|  | 530: 20 | Q.   Sir, the page continues and it |  |
|  | 530: 21 | discusses the Alzheimer's disease trials; true? |  |
|  | 530: 22 | A.   Yes. |  |
|  | 530: 23 | Q.   Okay. |  |
|  | 530: 24 |          Merck is telling its shareholders |  |
|  | 530: 25 | here that it is in the process of testing Vioxx in |  |
|  | 531: 1 | Alzheimer's patients; true? |  |
|  | 531: 2 | A.   Yes. |  |
| 305 | 531:9  -  531:10 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:08 |
|  | 531: 9 | saying that we're studying it.  It really doesn't |  |
|  | 531: 10 | state whether it will or won't work.  It outlines |  |
| 306 | 531:13  -  531:20 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:22 |
|  | 531: 13 | Q.   Okay. |  |
|  | 531: 14 |          And just getting back now to where we |  |
|  | 531: 15 | were, a treatment for Alzheimer's disease presented |  |
|  | 531: 16 | a significant revenue opportunity for Merck if Vioxx |  |
|  | 531: 17 | was able to demonstrate a reduction in the incidence |  |
|  | 531: 18 | of Alzheimer's disease; true? |  |
|  | 531: 19 | A.   Yes.  And as we said, an important |  |
|  | 531: 20 | medical finding. |  |
| 307 | 538:15  -  538:16 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:03 |
|  | 538: 15 | Q.   Okay.  Let's take a step forward and |  |
|  | 538: 16 | understand the death data in the Alzheimer's trials. |  |
| 308 | 539:1  -  539:9 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:32 |
|  | 539: 1 | Q.   Sir, I'm passing over what we just |  |
|  | 539: 2 | marked as Exhibit 24 to your deposition.  It is a |  |
|  | 539: 3 | multi-page memo to you from a Dr. Gilbert Block. |  |
|  | 539: 4 |          For the record, it is Bates stamped |  |
|  | 539: 5 | MRK-NJ0333225 to 35.  I don't know if I indicated |  |
|  | 539: 6 | this, but it is dated March 21st, 2001? |  |
|  | 539: 7 |          Doctor, have you seen this before? |  |
|  | 539: 8 | A.   I don't recall seeing it.  It is |  |
|  | 539: 9 | addressed to me. |  |
| 309 | 543:8  -  543:18 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:26 |
|  | 543: 8 | Q.   I think what we're looking at here, |  |
|  | 543: 9 | sir, right, is that 14 people died on Vioxx, 3 died |  |
|  | 543: 10 | in placebo in this trial; true? |  |
|  | 543: 11 | A.   Yes, that's true. |  |
|  | 543: 12 | Q.   And 95 times out of 100, when you ran |  |
|  | 543: 13 | this trial, you'd get the same result; right? |  |
|  | 543: 14 | A.   That's what statistical significance |  |
|  | 543: 15 | implies, yes. |  |
|  | 543: 16 | Q.   So, 95 out of 100 times, if you reran |  |
|  | 543: 17 | this trial, 14 would die on Vioxx, 3 would die on |  |
|  | 543: 18 | placebo? |  |
| 310 | 543:24  -  544:6 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:18 |
|  | 543: 24 | Q.   So, in this particular trial, 11 |  |
|  | 543: 25 | people died on Vioxx more than died on placebo; |  |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

544: 1     true?
544: 2     A.   Yes, that's correct.
544: 3     Q.   Did you tell old people around the
544: 4     country who were taking this drug, we have this
544: 5     trial, 11 excess deaths were found in this trial,
544: 6     sir?

**311**    **544:8 - 544:9**    Scolnick, Edward M., M.D. 2005-05-17    00:00:01
544: 8     THE WITNESS: I don't recall what
544: 9     information was disseminated on the trial.

**312**    **546:4 - 546:7**    Scolnick, Edward M., M.D. 2005-05-17    00:00:10
546: 4     Q.   So, the 11 patients who died
546: 5     unnecessarily in protocol 091 as compared to the
546: 6     placebo arm, died and they got no benefit from Vioxx
546: 7     in this trial; true?

**313**    **546:10 - 546:13**    Scolnick, Edward M., M.D. 2005-05-17    00:00:12
546: 10     THE WITNESS: There were 11 patients
546: 11     who died in the trial more than in placebo. The
546: 12     aggregate group did not benefit from Vioxx based on
546: 13     the statistical efficacy of the trial.

**314**    **551:15 - 552:15**    Scolnick, Edward M., M.D. 2005-05-17    00:00:50
551: 15     Apart from the 091 trial, we also
551: 16     know there was a second progression trial, that's
551: 17     the 126 trial. We established that this morning;
551: 18     right?
551: 19     A.   Yes.
551: 20     Q.   Okay.
551: 21     There was also an Alzheimer's disease
551: 22     prevention trial; true?
551: 23     A.   Yes.
551: 24     Q.   Okay.
551: 25     The folks in Merck Research Labs
552: 1     looked at the incidence of death in that trial, too,
552: 2     didn't they?
552: 3     A.   I don't recall the categories they
552: 4     looked at. Death would be collected in any trial.
552: 5     Q.   Well, you see in the memo we were
552: 6     just looking at from Dr. Block, it says, "All deaths
552: 7     in the ongoing prevention trial...and the terminated
552: 8     second progression trial...will be unblinded and
552: 9     evaluated." Do you see that?
552: 10     A.   Yes, I do.
552: 11     Q.   Okay.
552: 12     So, it's your understanding that the
552: 13     deaths in the other trials were also looked at;
552: 14     true?
552: 15     A.   That's what this implies.

**315**    **553:4 - 553:5**    Scolnick, Edward M., M.D. 2005-05-17    00:00:02
553: 4     Q.   Sir, I've just passed you over what
553: 5     we have marked as Exhibit 25 to your deposition.

**316**    **553:21 - 556:14**    Scolnick, Edward M., M.D. 2005-05-17    00:03:00
553: 21     Do you agree with me, sir, that this
553: 22     document is a combined intention to treat and
553: 23     on-drug analysis of the death data in both protocol
553: 24     091 and protocol 078?
553: 25     A.   Yes, that's what the summary document
554: 1     -- the summary page on the front page states, yes.
554: 2     Q.   Okay.
554: 3     If you'd turn to the next page, sir,
554: 4     it identifies the mortality analysis or the death
554: 5     analysis for the 091 and 078 trials on an
554: 6     intent-to-treat basis. Do you see that at the
554: 7     bottom of the first page?