| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

554: 8     A.   It does it for both protocols, yes.
554: 9     Q.   Number of deaths on Vioxx, 13. Do
554: 10     you see that?
554: 11     A.   Yes.
554: 12     Q.   Number of deaths on placebo, 3?
554: 13     A.   Yes. That's the trial we were
554: 14     looking at.
554: 15     Q.   Okay.
554: 16     It is about what, four times as high,
554: 17     a little more than four?
554: 18     A.   Yes.
554: 19     Q.   Okay. Go down to the ITT analysis
554: 20     for protocol 078. Do you see it below it?
554: 21     A.   Yes.
554: 22     Q.   Okay.
554: 23     Number of deaths on Vioxx, 21; right?
554: 24     A.   Yes.
554: 25     Q.   Number of deaths on placebo, 9;
555: 1     right?
555: 2     A.   Yes.
555: 3     Q.   And there's a rate next to each of
555: 4     those numbers; right?
555: 5     A.   There is.
555: 6     Q.   And the rate for Vioxx is what, a
555: 7     little under two-and-a-half times greater than the
555: 8     rate for placebo?
555: 9     A.   Yes.
555: 10     Q.   And what that means is that
555: 11     two-and-a-half times as many people died taking
555: 12     Vioxx in the 078 trial as of this point in time as
555: 13     compared to placebo; true?
555: 14     A.   Yes.
555: 15     Q.   Okay.
555: 16     If you'd turn to Page 755, internal
555: 17     numbering, 4, Bates number, 755.
555: 18     A.   Just a moment, please.
555: 19     Q.   Feel free.
555: 20     A.   (Witness reviewing document.)
555: 21     Okay. Thank you.
555: 22     Where do you want me to turn, 755?
555: 23     Q.   I'm sorry. 756.
555: 24     A.   Excuse me, I want to look at one
555: 25     other thing.
556: 1     Q.   There's calculations of something
556: 2     called a "hazard ratio." Do you see that?
556: 3     A.   Just a moment.
556: 4     (Witness reviewing document.)
556: 5     On 756. 756?
556: 6     Q.   Yeah. There's a paragraph in between
556: 7     the charts. It says, "From the mortality frequency
556: 8     and incident rate charts for protocol 091." Do you
556: 9     see that?
556: 10     A.   Yes, yes.
556: 11     Q.   And there's a hazard ratio
556: 12     calculation in the last sentence for the 091 trial.
556: 13     Do you see that?
556: 14     A.   Yes, I do.

317     557:7 - 558:2     Scolnick, Edward M., M.D. 2005-05-17     00:00:53
557: 7     4.43 would be the relative increased
557: 8     risk of death on Vioxx compared to placebo; true?
557: 9     A.   The relative increase in risk, yes.
557: 10     Q.   Okay.
557: 11     So, folks on Vioxx in the 091 trial
557: 12     were 4.4 times more likely to die compared to those
557: 13     on placebo; true?
557: 14     A.   It's a hazard ratio. I think that's
557: 15     true.

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

557: 16  Q.  Okay.
557: 17    If you'd turn the page, sir, you look
557: 18  at the results for the 078 trial, paragraph
557: 19  beginning, "From the mortality frequency and
557: 20  incident rate charts for protocol 078." Do you see
557: 21  that?
557: 22  A.  Yes.
557: 23  Q.  Then it says at the end, "After
557: 24  adjusting for Age and Gender, the hazard ratio
557: 25  between" Vioxx "and placebo was 2.55." Do you see
558: 1  that sentence?
558: 2  A.  Yes.

**318**  **558:9 - 558:22**  Scolnick, Edward M., M.D. 2005-05-17    00:00:42
558: 9  Q.  That indicates that folks on Vioxx
558: 10  were 2.55 times more likely to die than patients on
558: 11  placebo; true?
558: 12  A.  Yes.
558: 13  Q.  Okay. So, let me understand, sir.
558: 14  As of this point in time, April 8, 2001, the company
558: 15  has two independent placebo-controlled trials
558: 16  demonstrating a statistically significant increase
558: 17  in the risk of death; true?
558: 18  A.  Yes.
558: 19  Q.  Okay. In the one trial, 091, there
558: 20  was a four times greater risk of death on Vioxx
558: 21  compared to placebo; true?
558: 22  A.  Yes.

**319**  **560:25 - 561:13**  Scolnick, Edward M., M.D. 2005-05-17    00:00:26
560: 25    Well, you'd agree that mortality data
561: 1  is important; right?
561: 2  A.  Yes, it is.
561: 3  Q.  That's the kind of data that a
561: 4  physician should know; right?
561: 5  A.  Yes, they should.
561: 6  Q.  Any doubt in your mind that
561: 7  physicians would like to know whether your drug,
561: 8  Merck's drug, increased the risk of death?
561: 9  A.  It's data that should have -- a
561: 10  physician should know.
561: 11  Q.  Any doubt that the FDA would have
561: 12  wanted to know right after you knew this that Vioxx
561: 13  increased the risk of death?

**320**  **561:18 - 561:20**  Scolnick, Edward M., M.D. 2005-05-17    00:00:05
561: 18  THE WITNESS: I don't know when -- I
561: 19  don't know that this data was not submitted to the
561: 20  FDA. I don't know what was done with this data.

**321**  **562:21 - 562:25**  Scolnick, Edward M., M.D. 2005-05-17    00:00:11
562: 21  The conclusions that were reached
562: 22  within Merck concerning the statistically
562: 23  significant increased risk of death should have been
562: 24  shared with FDA no later than 15 days after this
562: 25  analysis; right?

**322**  **563:2 - 563:13**  Scolnick, Edward M., M.D. 2005-05-17    00:00:22
563: 2  THE WITNESS: That's the usual
563: 3  reporting time for data like this.
563: 4  BY MR. BUCHANAN:
563: 5  Q.  Did Merck send out a "Dear Doctor"
563: 6  letter telling physicians around the country that
563: 7  we've got these two trials, and we've got a
563: 8  statistically significant increased risk of death?
563: 9  A.  I don't recall them sending out a
563: 10  "Dear Doctor" letter, no.
563: 11  Q.  Did Merck issue a press release

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

563: 12     telling doctors the same information?
563: 13     A.   I don't recall a press release.

**323**   **563:16 - 564:2**   Scolnick, Edward M., M.D. 2005-05-17    00:00:27
563: 16     Did Merck publish a letter in the New
563: 17     England Journal of Medicine telling physicians about
563: 18     the findings from these two trials?
563: 19     A.   I don't recall such a letter.
563: 20     Q.   Publish a letter anywhere in the
563: 21     medical literature to get word out promptly that old
563: 22     people are at a substantially increased risk of
563: 23     death on the drug?
563: 24     A.   I don't recall a letter being written
563: 25     about these trials in the way you're asking the
564: 1     question.
564: 2     Q.   This was all on your watch; right?

**324**   **564:4 - 565:4**   Scolnick, Edward M., M.D. 2005-05-17    00:00:57
564: 4     THE WITNESS: This occurred while I
564: 5     was president of research, yes.
564: 6     BY MR. BUCHANAN:
564: 7     Q.   Right. And the responsibility for
564: 8     communicating the scientific messages learned from
564: 9     clinical trials in Merck Research Labs was
564: 10     ultimately yours; true?
564: 11     A.   Yes. I was not shown this data.
564: 12     Q.   Is that your position now, you were
564: 13     not shown this data?
564: 14     A.   I don't recall having seen this data.
564: 15     Q.   Are you disavowing you had any
564: 16     knowledge of the statistically significant increased
564: 17     risk in death in the 078 and 091 trials in April of
564: 18     2001?
564: 19     A.   I don't recall anything about 078.
564: 20     What I've told you I recall about 091 is what I've
564: 21     said, that there was an imbalance of events and that
564: 22     they weren't due to cardiovascular -- an excess of
564: 23     cardiovascular events. That is all I recall about
564: 24     the Alzheimer's data.
564: 25     Q.   Well, the one thing we do know and
565: 1     you know now looking at this memo is that there were
565: 2     statistically significant increased numbers of
565: 3     deaths on Vioxx compared to placebo as of April
565: 4     2001; true?

**325**   **565:6 - 565:10**   Scolnick, Edward M., M.D. 2005-05-17    00:00:05
565: 6     THE WITNESS: The analyses that are
565: 7     here indicate that, yes.
565: 8     BY MR. BUCHANAN:
565: 9     Q.   And you don't think that was due to
565: 10     chance?

**326**   **565:15 - 565:17**   Scolnick, Edward M., M.D. 2005-05-17    00:00:04
565: 15     A.   It was statistically significant.
565: 16     Q.   And you don't think that was due to
565: 17     chance?

**327**   **565:19 - 565:20**   Scolnick, Edward M., M.D. 2005-05-17    00:00:02
565: 19     THE WITNESS: Therefore, it was not
565: 20     likely due to chance.

**328**   **566:12 - 566:21**   Scolnick, Edward M., M.D. 2005-05-17    00:00:30
566: 12     Q.   Sir, I'm passing you over what we
566: 13     just marked as Exhibit 26 to your deposition. It's
566: 14     an e-mail, a series of e-mails beginning with an
566: 15     e-mail to you from Dr. Gilbert Block. Do you see
566: 16     that?
566: 17     A.   Where are we? We are starting at the

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | 566: 18 | bottom? | |
| | 566: 19 | Q.  Starting at the bottom. That would | |
| | 566: 20 | be the earliest in time e-mail; correct? | |
| | 566: 21 | A.  Yes. | |
| 329 | 568:6  -  568:9 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:07 |
| | 568: 6 | Q.  And you wrote, "Doug, When I read | |
| | 568: 7 | this note about 30 minutes ago I tried to call you | |
| | 568: 8 | at home."  Do you see that? | |
| | 568: 9 | A.  I do. | |
| 330 | 568:18  -  568:22 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:12 |
| | 568: 18 | Q.  You were upset that Dr. Block shared | |
| | 568: 19 | this information before a committee meeting before | |
| | 568: 20 | he shared it with you; isn't that right? | |
| | 568: 21 | A.  I don't remember what I was upset | |
| | 568: 22 | about. | |
| 331 | 569:12  -  570:7 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:38 |
| | 569: 12 | You then get a response from Dr. | |
| | 569: 13 | Greene; right? | |
| | 569: 14 | A.  Yes. | |
| | 569: 15 | Q.  He notes in the middle of his | |
| | 569: 16 | response that you're going to be before the FDA on | |
| | 569: 17 | April 11th to discuss labeling issues; right? | |
| | 569: 18 | A.  Yes. | |
| | 569: 19 | Q.  He then notes, "I expect that we will | |
| | 569: 20 | need to inform them of this in some way since we | |
| | 569: 21 | have included the CV events from the AD trials."  Do | |
| | 569: 22 | you see that? | |
| | 569: 23 | A.  Yes. | |
| | 569: 24 | Q.  CV events are cardiovascular events? | |
| | 569: 25 | A.  Yes. | |
| | 570: 1 | Q.  And the AD trials, that's Alzheimer's | |
| | 570: 2 | disease again; right? | |
| | 570: 3 | A.  Yes. | |
| | 570: 4 | Q.  And what he's saying is, you're going | |
| | 570: 5 | to have to talk to the FDA about the mortality data; | |
| | 570: 6 | right? | |
| | 570: 7 | A.  He says cardiovascular events, yes. | |
| 332 | 571:23  -  572:3 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:14 |
| | 571: 23 | Well, sir, is it your testimony that | |
| | 571: 24 | the folks in regulatory who went down to talk to the | |
| | 571: 25 | FDA on April 11th about labeling issues would not | |
| | 572: 1 | have checked with you before going to determine what | |
| | 572: 2 | message should be communicated about Alzheimer's | |
| | 572: 3 | data? | |
| 333 | 572:6  -  572:19 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:34 |
| | 572: 6 | THE WITNESS:  Yes. They wouldn't | |
| | 572: 7 | necessarily have discussed with me the details of | |
| | 572: 8 | what they talked to with FDA. | |
| | 572: 9 | BY MR. BUCHANAN: | |
| | 572: 10 | Q.  So, if the folks from Merck who went | |
| | 572: 11 | down and talked to FDA on labeling issues on April | |
| | 572: 12 | 11th didn't disclose any of the mortality data, that | |
| | 572: 13 | was their decision and not yours?  That's what | |
| | 572: 14 | you're saying? | |
| | 572: 15 | A.  I don't know what they disclosed, but | |
| | 572: 16 | I did not give them any instructions, to the best of | |
| | 572: 17 | my recollection, on what to disclose or not to | |
| | 572: 18 | disclose to the FDA.  And I think most of the | |
| | 572: 19 | content of this e-mail indicates that. | |
| 334 | 573:4  -  574:7 | Scolnick, Edward M., M.D. 2005-05-17 | 00:01:31 |
| | 573: 4 | Q.  Sir, I'm going to pass you over what | |
| | 573: 5 | we're marking as Exhibit 27 to your deposition. For | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| 573: 6 | | the record, it's a document titled, "FDA - MRL |
| 573: 7 | | Meeting." "MRL," that's Merck Research Labs? |
| 573: 8 | A. | Yes. |
| 573: 9 | Q. | Okay. |
| 573: 10 | | Then it's got an NDA number.  That's |
| 573: 11 | | the NDA number for VIGOR? |
| 573: 12 | A. | That's what it seems to indicate. |
| 573: 13 | Q. | Okay. |
| 573: 14 | | April 11, 2001.  Do you see that? |
| 573: 15 | A. | Yes, I do. |
| 573: 16 | Q. | That's the date Doug Greene was |
| 573: 17 | | stating that you were going to be -- excuse me, |
| 573: 18 | | Merck was going to be before the FDA to discuss |
| 573: 19 | | labeling issues; right? |
| 573: 20 | A. | Yes. |
| 573: 21 | Q. | Take a quick look at the document, |
| 573: 22 | | sir.  Do you see any reference to two trials |
| 573: 23 | | demonstrating statistically significant increased |
| 573: 24 | | rates of death in the report of this particular |
| 573: 25 | | meeting? |
| 574: 1 | A. | (Witness reviewing document.) |
| 574: 2 | | I don't see a comment about that in |
| 574: 3 | | this summary. |
| 574: 4 | Q. | So, folks from Merck Research Labs |
| 574: 5 | | and the regulatory group within Merck went down to |
| 574: 6 | | the FDA on April 11, 2001 to talk about labeling for |
| 574: 7 | | Vioxx; true? |

| | | | |
|---|---|---|---|
| 335 | **574:10  -  574:15** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:12 |
| | 574: 10 | THE WITNESS:  There was a meeting on | |
| | 574: 11 | labeling of Vioxx on April 11th, yes. | |
| | 574: 12 | BY MR. BUCHANAN: | |
| | 574: 13 | Q.    That was the meeting where Doug | |
| | 574: 14 | Greene suggested we should report this Alzheimer's | |
| | 574: 15 | death data from the 091 trial; right? | |

| | | | |
|---|---|---|---|
| 336 | **574:18  -  575:2** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:17 |
| | 574: 18 | THE WITNESS:  I haven't had a chance | |
| | 574: 19 | to read his e-mail to me, so, he says in the e-mail, | |
| | 574: 20 | "I expect that we will need to inform them of this | |
| | 574: 21 | in some way since we have included the CV events | |
| | 574: 22 | from the AD trials."  Yes, I think he is suggesting | |
| | 574: 23 | that. | |
| | 574: 24 | BY MR. BUCHANAN: | |
| | 574: 25 | Q.    Well, did you tell him not to do | |
| | 575: 1 | that? | |
| | 575: 2 | A.    Absolutely not. | |

| | | | |
|---|---|---|---|
| 337 | **575:11  -  575:15** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:12 |
| | 575: 11 | BY MR. BUCHANAN: | |
| | 575: 12 | Q.    Do you endorse the decision not to | |
| | 575: 13 | disclose two trials that have statistically | |
| | 575: 14 | significant doubling in the rates of death to the | |
| | 575: 15 | FDA? | |

| | | | |
|---|---|---|---|
| 338 | **575:20  -  575:21** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:04 |
| | 575: 20 | THE WITNESS:  I do not endorse that | |
| | 575: 21 | decision, if that's what was done. | |

| | | | |
|---|---|---|---|
| 339 | **595:1  -  595:14** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:30 |
| | 595: 1 | Q.    Dr. Scolnick, we're going to shift | |
| | 595: 2 | gears a little bit.  I want to talk about your role | |
| | 595: 3 | in the marketing of Vioxx.  Okay? | |
| | 595: 4 | A.    Uh-huh. | |
| | 595: 5 | Q.    You did have a role in the marketing | |
| | 595: 6 | of Vioxx; correct, sir? | |
| | 595: 7 | A.    Not a direct role, no. | |
| | 595: 8 | Q.    You assisted the marketing function | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

●

| | | | |
|---|---|---|---|
| | 595: 9 | within Merck in connection with the marketing of | |
| | 595: 10 | Vioxx; true? | |
| | 595: 11 | A.   Only in the initial data discussions | |
| | 595: 12 | with marketing about what the data was in the file. | |
| | 595: 13 | I did not prepare marketing information or approve | |
| | 595: 14 | it or see it before it was used. | |

| 340 | 596:14 - 597:12 | Scolnick, Edward M., M.D. 2005-05-17 | 00:01:04 |
|---|---|---|---|
| | 596: 14 | Well, the document I just passed you | |
| | 596: 15 | and we marked as Exhibit 30 to your deposition is a | |
| | 596: 16 | memo from Wendy Dixon to you dated May 8th, 2000; | |
| | 596: 17 | right? | |
| | 596: 18 | A.   Yes. | |
| | 596: 19 | Q.   Bates stamped MRK-ABI0002126 to 2128. | |
| | 596: 20 | I take it you've seen this before, sir? | |
| | 596: 21 | A.   I don't remember.  Perhaps.  I don't | |
| | 596: 22 | specifically recall it. | |
| | 596: 23 | Q.   Well, sir, do you have any reason to | |
| | 596: 24 | doubt that you received the memo from Wendy Dixon | |
| | 596: 25 | from May of 2000 that was sent to your attention and | |
| | 597: 1 | your attention alone? | |
| | 597: 2 | A.   No, I don't have any reason to doubt | |
| | 597: 3 | it, but I don't recall at the moment, except I'm | |
| | 597: 4 | reading it now. | |
| | 597: 5 | Q.   The subject line of this particular | |
| | 597: 6 | memo is, "Renal and Cardiovascular Issues for | |
| | 597: 7 | VIOXX." True? | |
| | 597: 8 | A.   Yes. | |
| | 597: 9 | Q.   Okay. | |
| | 597: 10 | In fact, Wendy Dixon was in charge of | |
| | 597: 11 | the marketing effort for Vioxx; true? | |
| | 597: 12 | A.   Yes, I believe that's true. | |

●

| 341 | 598:2 - 598:10 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:26 |
|---|---|---|---|
| | 598: 2 | Q.   Well, if you'd turn to the last page | |
| | 598: 3 | of the document, sir, it's Bates stamped ABI | |
| | 598: 4 | 0002128.  Do you see the paragraph beginning, "David | |
| | 598: 5 | mentioned"? | |
| | 598: 6 | A.   Last page?  Oh, yes, I do. | |
| | 598: 7 | Q.   In fact, you offered to Mr. Anstice | |
| | 598: 8 | to assist in developing responses to the competitive | |
| | 598: 9 | messages that were out on the market concerning | |
| | 598: 10 | Vioxx and Celebrex; true? | |

| 342 | 598:12 - 598:13 | Scolnick, Edward M., M.D. 2005-05-17 | 0 |
|---|---|---|---|
| | 598: 12 | THE WITNESS:  That's what the memo | |
| | 598: 13 | says, yes. | |

| 343 | 599:10 - 599:24 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:46 |
|---|---|---|---|
| | 599: 10 | In particular, you were going to | |
| | 599: 11 | assist in responding to the cardiovascular issues | |
| | 599: 12 | being addressed by Pfizer as it related to Vioxx; | |
| | 599: 13 | true? | |
| | 599: 14 | A.   That's what she requests at the | |
| | 599: 15 | beginning of the first page of the memo. | |
| | 599: 16 | Q.   If you'd look at the third numbered | |
| | 599: 17 | paragraph on Page 2 -- well, let me take a step | |
| | 599: 18 | back. | |
| | 599: 19 | This document is describing in | |
| | 599: 20 | particular the steps that are being taken by Wendy | |
| | 599: 21 | Dixon on behalf of the marketing department of Merck | |
| | 599: 22 | to respond to the competitive challenges that are | |
| | 599: 23 | being raised by Pfizer against Vioxx; true? | |
| | 599: 24 | A.   That's what it appears to be. | |

●

| 344 | 600:18 - 601:18 | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:57 |
|---|---|---|---|
| | 600: 18 | So, she's telling you what materials | |
| | 600: 19 | the sales force has to respond to the cardiovascular | |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

|   | 600: 20 | issues concerning Vioxx; right? | | |
|   | 600: 21 | A.   Yes. | | |
|   | 600: 22 | Q.   The third item there is "A | | |
|   | 600: 23 | cardiovascular card to handle the thromboembolic | | |
|   | 600: 24 | events issue." Do you see that? | | |
|   | 600: 25 | A.   Yes, I do. | | |
|   | 601: 1 | Q.   It says, "It compares cardiovascular | | |
|   | 601: 2 | thromboembolic AEs for VIOXX comparator NSAIDs...and | | |
|   | 601: 3 | placebo." Do you see that? | | |
|   | 601: 4 | A.   Yes. | | |
|   | 601: 5 | Q.   And then a bunch of the NSAIDs that | | |
|   | 601: 6 | are compared across the nine osteoarthritis trials | | |
|   | 601: 7 | are referenced there; right? | | |
|   | 601: 8 | A.   Correct. | | |
|   | 601: 9 | Q.   You've seen that cardiovascular card, | | |
|   | 601: 10 | haven't you? | | |
|   | 601: 11 | A.   I don't recall it. | | |
|   | 601: 12 | Q.   Okay. Well, the next paragraph says, | | |
|   | 601: 13 | "Copies of the renal card, cardiovascular card, and | | |
|   | 601: 14 | the Rossat paper are attached." Do you see that? | | |
|   | 601: 15 | A.   I do. I still don't recall. | | |
|   | 601: 16 | Q.   Any reason to doubt that Ms. Dixon | | |
|   | 601: 17 | was telling the truth when she said she was giving | | |
|   | 601: 18 | you these things for your review? | | |
| 345 | **601:20  -  601:25** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:15 | |
|   | 601: 20 | THE WITNESS: She was giving them to | | |
|   | 601: 21 | me. I don't think I was given them for review. I | | |
|   | 601: 22 | think she says in the paragraph that the | | |
|   | 601: 23 | representatives already have this information. I | | |
|   | 601: 24 | don't recall these cards, and I don't recall | | |
|   | 601: 25 | discussing the cards with her at all. | | |
| 346 | **632:16  -  632:20** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:16 | |
|   | 632: 16 | Q.   Mortality information, total | | |
|   | 632: 17 | mortality information is important information that | | |
|   | 632: 18 | should have been included in the CV card that was | | |
|   | 632: 19 | used by sales representatives to respond to | | |
|   | 632: 20 | physician inquiries concerning the drug; true? | | |
| 347 | **632:22  -  633:5** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:20 | |
|   | 632: 22 | THE WITNESS: I think a CV card | | |
|   | 632: 23 | should have contained all cardiovascular-related | | |
|   | 632: 24 | information from the variety of data sources Merck | | |
|   | 632: 25 | has, and -- | | |
|   | 633: 1 | BY MR. BUCHANAN: | | |
|   | 633: 2 | Q.   Would -- | | |
|   | 633: 3 | A.   -- if there was mortality data | | |
|   | 633: 4 | associated with those trials, each of the trials and | | |
|   | 633: 5 | what the data was in each of the trials. | | |
| 348 | **699:25  -  700:9** | Scolnick, Edward M., M.D. 2005-05-17 | 00:00:25 | |
|   | 699: 25 | Q.   Okay. I want to start with you a | | |
|   | 700: 1 | section on the labeling of the drug and the | | |
|   | 700: 2 | progression of the labels of the drug. You were | | |
|   | 700: 3 | intimately involved in that process; correct, sir? | | |
|   | 700: 4 | A.   I certainly knew what was going on, | | |
|   | 700: 5 | yes. | | |
|   | 700: 6 | Q.   When the drug was first brought on | | |
|   | 700: 7 | the market, it had a standard NSAID GI warning; | | |
|   | 700: 8 | correct? | | |
|   | 700: 9 | A.   I believe that's correct. | | |
| 349 | **702:21  -  703:9** | Scolnick, Edward M., M.D. 2005-05-17 | 00:01:14 | |
|   | 702: 21 | Now, here we have a label which | | |
|   | 702: 22 | appears to me anyway to be Merck's proposal to the | | |
|   | 702: 23 | FDA post-VIGOR. Am I correct that that's what this | | |
|   | 702: 24 | document represents, Exhibit 39, sir? | | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | 702: 25 | A.   What's the date of this? | |
| | 703: 1 | Q.   It says, "Original Label Submission." | |
| | 703: 2 | I'm working with documents that were produced by | |
| | 703: 3 | Merck, so, I can tell you Bates Numbers and I can | |
| | 703: 4 | tell you what it says, and it says "Original Label | |
| | 703: 5 | Submission for VIGOR." | |
| | 703: 6 | A.   Well, if that's what it says, I | |
| | 703: 7 | assume it is the original submission for VIGOR.  The | |
| | 703: 8 | VIGOR study is referenced in this label, so, that's | |
| | 703: 9 | probably what it is. | |

**350   703:22 - 704:1   Scolnick, Edward M., M.D. 2005-05-17   00:00:14**

| | |
|---|---|
| 703: 22 | There's no cardiovascular warning |
| 703: 23 | that's given on the drug relative to risks of |
| 703: 24 | cardiovascular events or increase of risk of |
| 703: 25 | cardiovascular events as was proven in the VIGOR |
| 704: 1 | study; correct, sir? |

**351   704:6 - 704:9   Scolnick, Edward M., M.D. 2005-05-17   00:00:09**

| | |
|---|---|
| 704: 6 | THE WITNESS:  The VIGOR study, as I |
| 704: 7 | told you, we did not believe indicated Vioxx |
| 704: 8 | increased CV events and, therefore, there was no |
| 704: 9 | warning in this label.  That is correct. |

**352   704:17 - 704:18   Scolnick, Edward M., M.D. 2005-05-17   00:00:07**

| | | |
|---|---|---|
| 704: 17 | Q.   When the FDA got this proposal, was | **704:17 - 705:19** |
| 704: 18 | that their view of the data? | **Def Objection:** |
| | | Testimony re: pre-2002 |

**353   704:25 - 705:13   Scolnick, Edward M., M.D. 2005-05-17   00:00:42**

| | | |
|---|---|---|
| 704: 25 | THE WITNESS:  The data was presented | labeling negotiations are |
| 705: 1 | in an Advisory Committee.  That was their view of | irrelevant to Mr. Smith |
| 705: 2 | the data.  It was Merck's view of the data.  And the | His entire Vioxx usage |
| 705: 3 | FDA chose, I think in their first resubmission to | post-dates April, 2002 |
| 705: 4 | us, to take a different interpretation, yes. | label change |
| 705: 5 | BY MR. KLINE: | |
| 705: 6 | Q.   They did. | |
| 705: 7 | Did they suggest that there be a | |
| 705: 8 | warning on the drug, sir, based on the VIGOR data? | |
| 705: 9 | A.   Yes, they did. | |
| 705: 10 | Q.   And did Merck say, certainly we're | |
| 705: 11 | interested in public safety, and a warning would be | |
| 705: 12 | a good idea on a drug where there might be a | |
| 705: 13 | problem? Is that what Merck said, sir? | |

**354   705:16 - 705:19   Scolnick, Edward M., M.D. 2005-05-17   00:00:07**

| | |
|---|---|
| 705: 16 | THE WITNESS:  Merck did not believe |
| 705: 17 | there was a cardiovascular risk associated with |
| 705: 18 | Vioxx, and as this warning indicates, there is |
| 705: 19 | cardiovascular risk, we objected to that label. |

**355   767:13 - 767:24   Scolnick, Edward 2005-06-01   00:00:34**

| | |
|---|---|
| 767: 13 | Q: Well, do you know, I can only ask you |
| 767: 14 | what you know today, do you know of any label change |
| 767: 15 | that was made between March of 2000 and April of |
| 767: 16 | 2002 reporting the VIGOR results in a label to the |
| 767: 17 | prescribing physicians of this country and around |
| 767: 18 | the world? |
| 767: 19 | A: No, I do not. |
| 767: 20 | Q: So, prescribing physicians who were |
| 767: 21 | going by the label of your drug between March of |
| 767: 22 | 2000 and April of 2002, they're just looking at the |
| 767: 23 | label, they wouldn't know anything about the VIGOR |
| 767: 24 | results; correct? |

**356   768:2 - 768:5   Scolnick, Edward 2005-06-01   00:00:02**

| | |
|---|---|
| 768: 2 | THE WITNESS:  If they were looking |
| 768: 3 | only at the label? |
| 768: 4 | BY MR. KLINE: |

N/A
Overruled

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 768: 5 | Q: Yes. | | | |

| | | | |
|---|---|---|---|
| 357 | **768:7 - 768:14** | Scolnick, Edward 2005-06-01 | 00:00:27 |
| | 768: 7 | THE WITNESS: I don't know what they | |
| | 768: 8 | would be thinking. The label was not changed on | |
| | 768: 9 | VIGOR until, as you pointed out, April 2002. | |
| | 768: 10 | BY MR. KLINE: | |
| | 768: 11 | Q: There is an obligation by a | |
| | 768: 12 | responsible pharmaceutical company to keep the label | |
| | 768: 13 | both clear and accurate and to timely update it; | |
| | 768: 14 | correct? | |

| | | | |
|---|---|---|---|
| 358 | **768:16 - 768:16** | Scolnick, Edward 2005-06-01 | 00:00:05 |
| | 768: 16 | THE WITNESS: Yes. | |

| | | | |
|---|---|---|---|
| 359 | **819:21 - 820:1** | Scolnick, Edward 2005-06-01 | 00:00:31 |
| | 819: 21 | Q: Good morning, Dr. Scolnick. Would | |
| | 819: 22 | you please tell us your full name? | |
| | 819: 23 | A: Edward M. Scolnick. | |
| | 819: 24 | Q: Dr. Scolnick, are you currently | |
| | 819: 25 | employed by Merck? | |
| | 820: 1 | A: No, I am not. | |

| | | | |
|---|---|---|---|
| 360 | **820:5 - 822:9** | Scolnick, Edward 2005-06-01 | 00:02:19 |
| | 820: 5 | Q: Why are you no longer employed by | |
| | 820: 6 | Merck? | |
| | 820: 7 | A: I retired from Merck September 1st, | |
| | 820: 8 | 2004. | |
| | 820: 9 | Q: Can you tell us the reasons that you | |
| | 820: 10 | retired from Merck in September of 2004? | |
| | 820: 11 | A: Yes. I retired to pursue other | |
| | 820: 12 | interests that I've developed in the field of severe | |
| | 820: 13 | mental illness, specifically schizophrenia and | |
| | 820: 14 | bipolar disorder. | |
| | 820: 15 | Q: Where are you pursuing those | |
| | 820: 16 | interests right now? | |
| | 820: 17 | A: I'm pursuing interests at a | |
| | 820: 18 | newly-formed genome institute called the Broad | |
| | 820: 19 | Institute at MIT and Harvard, in the Harvard medical | |
| | 820: 20 | hospitals. | |
| | 820: 21 | Q: What prompted your interest in this | |
| | 820: 22 | field? | |
| | 820: 23 | A: My interests have been prompted by | |
| | 820: 24 | unfortunate illnesses in some family members, and | |
| | 820: 25 | because of that, interactions that I've had in | |
| | 821: 1 | service organizations that help families with family | |
| | 821: 2 | members beset by either of these two illnesses. | |
| | 821: 3 | Q: Dr. Scolnick, can you just describe | |
| | 821: 4 | for us generally the type of work you're currently | |
| | 821: 5 | doing in this project? | |
| | 821: 6 | A: Yes. We have organized a new | |
| | 821: 7 | initiative in this field to try to find the genetic | |
| | 821: 8 | basis for these illnesses. It is well known for | |
| | 821: 9 | many years that there's a heavy genetic basis for | |
| | 821: 10 | both schizophrenia and bipolar disorder. The genes | |
| | 821: 11 | have not been found in this institute, which is | |
| | 821: 12 | world class in genetics, is interested in the | |
| | 821: 13 | problem, and I thought it was a wonderful | |
| | 821: 14 | opportunity to try to really make a difference in | |
| | 821: 15 | this field. | |
| | 821: 16 | Q: Dr. Scolnick, are you married? | |
| | 821: 17 | A: Yes, I am. | |
| | 821: 18 | Q: How long have you been married? | |
| | 821: 19 | A: Since 1965. 41 years. | |
| | 821: 20 | Q: Do you have children? | |
| | 821: 21 | A: Yes, three. | |
| | 821: 22 | Q: Any grandchildren? | |
| | 821: 23 | A: One. | |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

821: 24    Q: Granddaughter or grandson?
821: 25    A: Granddaughter, recent vintage, about
822: 1    six months old.
822: 2    Q: Where do you currently live?
822: 3    A: We live in Wayland, Massachusetts.
822: 4    Q: Dr. Scolnick, would you please tell
822: 5    us over what time period you were employed by Merck?
822: 6    A: Yes. I started working at Merck in
822: 7    July 1982, and retired in September 1st, 2004.
822: 8    Q: What was your role in the development
822: 9    of the drug Vioxx?

**361**    **822:12 - 822:20**    Scolnick, Edward 2005-06-01    00:00:24
822: 12    THE WITNESS: During the development
822: 13    of Vioxx, I was president of the research
822: 14    laboratories and had the basic research group and
822: 15    clinical groups, therefore, reporting to me, who
822: 16    initiated and carried out the project.
822: 17    BY MR. RABER:
822: 18    Q: What were your general duties and
822: 19    responsibilities as the president of the Merck
822: 20    Research Lab?

**362**    **822:23 - 823:4**    Scolnick, Edward 2005-06-01    00:00:14
822: 23    THE WITNESS: My general
822: 24    responsibilities were to oversee the quality of the
822: 25    science and clinical science and basic science that
823: 1    was conducted by members of the laboratories.
823: 2    BY MR. RABER:
823: 3    Q: During what period of time were you
823: 4    the president of the Merck Research Lab?

**363**    **823:7 - 823:9**    Scolnick, Edward 2005-06-01    00:00:12
823: 7    THE WITNESS: I was president of the
823: 8    laboratories from, it's either from late April or
823: 9    early May 1985 through January 1st, 2003.

   **823:11 - 823:14**    Scolnick, Edward 2005-06-01    00:00:12
823: 11    Q: Dr. Scolnick, did Merck have a group
823: 12    of scientists that was assigned to the Vioxx
823: 13    project?
823: 14    A: Yes, it did.

**364**    **823:15 - 823:17**    Scolnick, Edward 2005-06-01    00:00:14
823: 15    Q: Can you tell us generally the
823: 16    backgrounds of the people who worked at MRL, Merck
823: 17    Research Labs, while you were president?

**365**    **823:19 - 824:9**    Scolnick, Edward 2005-06-01    00:00:44
823: 19    THE WITNESS: We had people of
823: 20    varying scientific backgrounds, many people with
823: 21    medical degrees, training in various aspects of
823: 22    cellular and biochemical science, physiology,
823: 23    toxicology, drug metabolism, clinical research,
823: 24    statistics, a whole variety of disciplines.
823: 25    BY MR. RABER:
824: 1    Q: About how many doctors and scientists
824: 2    worked within the Merck Research Labs division?
824: 3    A: At the time I retired, the total
824: 4    number of persons in the laboratory and science were
824: 5    close to 10,000. I think it was around 3,000 when I
824: 6    started.
824: 7    Q: What type of research is done at
824: 8    Merck Research Labs and was done while you were
824: 9    president of the division?

**366**    **824:11 - 825:4**    Scolnick, Edward 2005-06-01    00:00:57
824: 11    THE WITNESS: Most of the research

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

824: 12  was focused on finding new treatments or new
824: 13  preventions for serious medical illnesses that
824: 14  really had poor treatments or no treatments. That
824: 15  was the clear mantra of the laboratory.
824: 16  BY MR. RABER:
824: 17  Q:  Are there different types of research
824: 18  that are done in a research lab like MRL?
824: 19  A:  Yes. There's very basic research,
824: 20  which is sometimes described as discovery research.
824: 21  There's chemistry that goes on associated with that.
824: 22  There's also so-called development research, which
824: 23  is the testing for safety and then clinical safety
824: 24  and efficacy of the compounds or vaccines that are
824: 25  brought into development as potential new treatments
825: 1  or preventions.
825: 2  Q:  When you mentioned clinical efficacy,
825: 3  is that another way to say that a drug works the way
825: 4  it's supposed to work or intended to work?

367  **825:6  -  825:12**  Scolnick, Edward 2005-06-01                    00:00:21
825: 6  THE WITNESS:  Clinical efficacy is --
825: 7  it means the testing in people to see whether the
825: 8  drug works or does not work as you think it's going
825: 9  to, or sometimes it works even better than you think
825: 10  it is going to or not quite as well as you think it
825: 11  is going to. It is trying to gather the clinical
825: 12  data to see what a drug does in patients.

368  **826:3  -  826:6**  Scolnick, Edward 2005-06-01                    00:00:18
826: 3  Q:  During your time as the president of
826: 4  Merck Research Labs, was there ever a time where you
826: 5  did not have enough money or resources to do
826: 6  development research for safety and efficacy?

369  **826:9  -  826:12**  Scolnick, Edward 2005-06-01                    00:00:09
826: 9  THE WITNESS:  No. We always had
826: 10  sufficient resources to do anything clinical in
826: 11  development with a drug to prove its efficacy and
826: 12  safety.

**826:14  -  826:17**  Scolnick, Edward 2005-06-01                    00:00:09

**826:14-828:21**

826: 14  Q:  I want to talk, if we can, about some
826: 15  drugs that were developed at Merck while you were
826: 16  president of Merck. Can you give us a few examples?
826: 17  A:  Yes.

**Pltf. Obj:**
Relevance-403; see also
Plaintiff's Motion in
Limine re: Merck's
"good acts"

**826:20  -  828:6**  Scolnick, Edward 2005-06-01                    00:01:57
826: 20  THE WITNESS:  The drugs that I recall
826: 21  best are Mevacor, the first so-called statin that
826: 22  really revolutionized the treatment of coronary
826: 23  artery disease, and its sister compound, Zocor,
826: 24  which even further revolutionized the treatment of
826: 25  underlying atherosclerosis, because we performed a
827: 1  really hallmark study, a five-year study with Zocor
827: 2  which showed that it reduced cardiac events and
827: 3  total mortality. Those were spectacularly important
827: 4  drugs in medicine that we developed.
827: 5  We developed a wonderful protease
827: 6  inhibitor called Crixivan against one of the key
827: 7  enzymes of the AIDS virus that was part of the,
827: 8  again, revolutionary triple therapy that came to be
827: 9  used in the field and really changed the disease
827: 10  from one of a death warrant to something that was a
827: 11  chronic manageable disease.
827: 12  Developed a brand new treatment, oral
827: 13  safe treatment for asthma, Singulair, the first oral
827: 14  and safe treatment for adults and children for the
827: 15  disease.

**Def Response:**
This testimony relates
to the drug development
process at Merck, which
is relevant here.

*Overruled*

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| | 827: 16 | Developed a novel treatment for | | |
| | 827: 17 | treating prostate disease called Proscar. | | |
| | 827: 18 | We developed the first non-hormonal | | |
| | 827: 19 | treatment and prevention for preventing and | | |
| | 827: 20 | correcting osteoporosis with Fosamax, the first time | | |
| | 827: 21 | a drug had ever been shown, ever been shown to | | |
| | 827: 22 | reduce the risk of fracture in women who had | | |
| | 827: 23 | osteoporosis. | | |
| | 827: 24 | And then we developed a brand new | | |
| | 827: 25 | mechanism, antifungal something that could be used | | |
| | 828: 1 | to treat patients who have underlying deficiency of | | |
| | 828: 2 | their immune systems due to cancer treatment or due | | |
| | 828: 3 | to HIV treatment. | | |
| | 828: 4 | A:  brand new treatment for treating | | |
| | 828: 5 | and managing the nausea and vomiting associated with | | |
| | 828: 6 | serious chemotherapy -- | | |
| | **828:10 - 828:21** | Scolnick, Edward 2005-06-01 | 00:00:32 | |
| | 828: 10 | Q:  I'm sorry, I think you were talking | | |
| | 828: 11 | about anti-nausea medication? | | |
| | 828: 12 | A:  Yes. We developed a treatment that's | | |
| | 828: 13 | used now widely in treating the nausea and vomiting | | |
| | 828: 14 | associated with cancer chemotherapy, which treatment | | |
| | 828: 15 | allows patients to actually tolerate that part of | | |
| | 828: 16 | the regimen and stay on it. We got some wonderful | | |
| | 828: 17 | letters from patients who were on the drug thanking | | |
| | 828: 18 | us for developing the drug. | | |
| | 828: 19 | And, of course, we developed Vioxx, | | |
| | 828: 20 | which was an important new nonsteroidal | | |
| | 828: 21 | anti-inflammatory. | | |
| 370 | **829:1 - 829:6** | Scolnick, Edward 2005-06-01 | 00:00:17 | |
| | 829: 1 | Q:  About how many new drugs were | | |
| | 829: 2 | developed during the time that you were the | | |
| | 829: 3 | president of Merck Research Labs? | | |
| | 829: 4 | A:  The numbers range from somewhere in | | |
| | 829: 5 | the range of 25 to 29, adding vaccines, drugs and | | |
| | 829: 6 | new combination treatments. | | |
| | **829:15 - 829:17** | Scolnick, Edward 2005-06-01 | 00:00:06 | |
| | 829: 15 | Q:  How did the development of Vioxx | | |
| | 829: 16 | compare with your other accomplishments as president | | |
| | 829: 17 | of the Merck Research Labs? | | |
| | **829:19 - 829:25** | Scolnick, Edward 2005-06-01 | 00:00:24 | |
| | 829: 19 | THE WITNESS:  The development of | | |
| | 829: 20 | Vioxx was considered an important contribution to | | |
| | 829: 21 | medicine, and it was not more important than many of | | |
| | 829: 22 | the drugs that I mentioned to you like Fosamax and | | |
| | 829: 23 | Mevacor and Zocor, Proscar, Singulair and Crixivan, | | |
| | 829: 24 | but it was an important drug, and we were proud of | | |
| | 829: 25 | it. | | |
| 371 | **830:21 - 831:16** | Scolnick, Edward 2005-06-01 | 00:00:54 | |
| | 830: 21 | Q:  I want to change the subject very | | |
| | 830: 22 | briefly here. | | |
| | 830: 23 | Dr. Scolnick, is there a division at | | |
| | 830: 24 | Merck that is responsible for the sales and | | |
| | 830: 25 | marketing of Merck's drugs? | | |
| | 831: 1 | A:  Yes, there are marketing divisions at | | |
| | 831: 2 | Merck responsible for the sales of Merck's drugs. | | |
| | 831: 3 | Q:  As president of the Merck Research | | |
| | 831: 4 | Labs, were you a part of that division? | | |
| | 831: 5 | A:  No, I was not a part of that | | |
| | 831: 6 | division. | | |
| | 831: 7 | Q:  In what area is your field of medical | | |
| | 831: 8 | expertise? | | |
| | 831: 9 | A:  My original training was in internal | | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

831: 10  medicine. I subsequently was trained in
831: 11  biochemistry and genetics, and then extensive
831: 12  training in cancer research and virus research.
831: 13  After coming to Merck, learned many
831: 14  new fields, pharmacology, some aspects of clinical
831: 15  research and the variety of disciplines that it
831: 16  takes to develop -- discover and develop a drug.

**372   831:20  -  832:6**   Scolnick, Edward 2005-06-01      00:00:31
831: 20  Q:  Where did you go to college and where
831: 21  did you go to medical school?
831: 22  A:  Went to Harvard College and Harvard
831: 23  Medical School between 1957 and 1965.
831: 24  Q:  Why did you decide that you wanted to
831: 25  go to medical school?
832: 1  A:  I decided in my college life that I
832: 2  wanted to do something that was important, that
832: 3  would help people, was interested in science, and I
832: 4  thought I could better satisfy my desires by going
832: 5  to medical school than in going into pure basic
832: 6  research.

**373   832:20  -  833:13**   Scolnick, Edward 2005-06-01      00:00:59
832: 20  Q:  Let's talk a little bit about what
832: 21  you did after you graduated from medical school at
832: 22  Harvard. What did you do next?
832: 23  A:  After I graduated from medical school
832: 24  at Harvard, I was two years of internal medicine
832: 25  training at the Mass General internship and a first
833: 1  year residency at the Mass General Hospital.
833: 2  Q:  Tell us what you did in general
833: 3  during the time you were an intern and a resident.
833: 4  A:  Responsibilities were to take care of
833: 5  any sick patient who came in the doors through the
833: 6  Mass General Hospital. The hospital was open to any
833: 7  patient, indigent or ability to pay. The hospital
833: 8  staff and the trainees, as I was, were proud of the
833: 9  fact that we could take care of absolutely anybody
833: 10  who walked in the door without asking any questions,
833: 11  and it was just a wonderful place to train and learn
833: 12  medicine and how to take care of really sick
833: 13  patients.

**374   833:17  -  834:11**   Scolnick, Edward 2005-06-01      00:00:55
833: 17  Q:  When you finished your internship and
833: 18  residency at Massachusetts General, what did you do
833: 19  next?
833: 20  A:  We moved to Maryland, I joined the
833: 21  National Institutes of Health, in specific, the
833: 22  National Heart, Lung and Blood Institute, where I
833: 23  did basic genetics research for about two or three
833: 24  years.
833: 25  Q:  What is the National Institute of
834: 1  Health?
834: 2  A:  The National Institute of Health is a
834: 3  government organization. It is part, I think, of
834: 4  the Department of Health & Human Services, and it
834: 5  both conducts internal research in medical areas to
834: 6  try to improve the benefit of medicine for people,
834: 7  and it also sponsors with grants and contracts a
834: 8  great deal of extramural, so-called, outside of the
834: 9  NIH, in university-based research, to try to find
834: 10  the causes and insights into diseases that affect
834: 11  people.

**375   834:15  -  837:7**   Scolnick, Edward 2005-06-01      00:03:26
834: 15  Q:  You mentioned NIH. Do people
834: 16  sometimes refer to the National Institutes of Health

|  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

834: 17    as NIH?
834: 18    A: Yes.
834: 19    Q: Why did you pursue this area of
834: 20    genetics at NIH?
834: 21    A: Genetics has been really a driving
834: 22    force for medicine since the discovery of the
834: 23    structure of DNA in 1953. It has always captivated
834: 24    me as being the very essence of life, and by
834: 25    studying it, you could learn about how life occurs
835: 1    and how people develop. The laboratory I was
835: 2    fortunate enough to go to was a pioneer in
835: 3    deciphering the so-called genetic code with Marshall
835: 4    Niremberg, and I was fortunate to be accepted to the
835: 5    lab. He was a terrific teacher and mentor, and it
835: 6    really stimulated my research scientific career.
835: 7    Q: How long did you spend working in
835: 8    that lab at NIH?
835: 9    A: I worked for Dr. Niremberg for not
835: 10    quite three years and finished my work there and
835: 11    went on to the National Cancer Institute in either
835: 12    late '69 or '70, I don't recall.
835: 13    Q: Is the National Cancer Institute
835: 14    affiliated in any way with NIH?
835: 15    A: Yes. It's one of the institutes
835: 16    within the National Institutes of Health, within
835: 17    NIH.
835: 18    Q: All right. Why did you decide to go
835: 19    work at the National Cancer Institute?
835: 20    A: Well, at the time, the underlying
835: 21    molecular causes of cancer were really completely
835: 22    unknown. This goes back to the late '60s and early
835: 23    '70s. People who were more senior than I in science
835: 24    felt strongly that the way to figure out what cancer
835: 25    was about was to try to use a genetic approach to
836: 1    it. And there were approaches using genetics
836: 2    available and there were one or two laboratories in
836: 3    the National Cancer Institute taking these
836: 4    approaches, and since I was interested in the
836: 5    general field and, again, wanted to do something
836: 6    important, chose that field to go into at that
836: 7    point.
836: 8    Q: How long did you spend working at the
836: 9    National Cancer Institute for NIH?
836: 10    A: I worked at the National Cancer
836: 11    Institute for about a dozen years, studying genes
836: 12    and viruses that cause cancer during that dozen
836: 13    years.
836: 14    Q: Can you tell us about any of the
836: 15    research achievements of your group at NIH?
836: 16    A: Yes. I think the hallmark
836: 17    achievement was the discovery of a gene called an
836: 18    oncogene, that is a gene that causes cancer that we
836: 19    discovered in basic research we did, and uncovered
836: 20    the genetics, the biochemistry, the biochemical
836: 21    pathways in which it worked. And then the real
836: 22    piece de resistance discovery was made late in my
836: 23    time at NIH, in 1982, when in collaboration with a
836: 24    laboratory at MIT we discovered that this gene was
836: 25    altered in human bladder cancer, and it was the
837: 1    first example ever of an oncogene, a mutated human
837: 2    oncogene being identified as a cause of human
837: 3    cancer, and it totally transformed the cancer field.
837: 4    Thousands of people came into the field after that
837: 5    and many, many important discoveries and treatments
837: 6    have emanated as a result of this very important
837: 7    discovery.

376    **837:11 - 838:10**    Scolnick, Edward 2005-06-01      00:01:24

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

837: 11    Q: When did you end your time working at
837: 12    the National Cancer Institute?
837: 13    A: It was in late June of 1982.
837: 14    Q: What did you do then?
837: 15    A: Moved to Merck. I had been recruited
837: 16    there by Dr. Vagelos and Dr. Hillerman, who has just
837: 17    passed away, to build a molecular group in the
837: 18    vaccine department that Dr. Hillerman was so
837: 19    competently overseeing at that point.
837: 20    Q: What position did you take when you
837: 21    joined Merck in 1982?
837: 22    A: I was recruited as an executive
837: 23    director in the vaccine department.
837: 24    Q: Why did you decide to join Merck in
837: 25    1982?
838: 1    A: I knew the reputation of the company
838: 2    and what it had done in the past in discovering
838: 3    medicines. I saw the opportunity that had been
838: 4    discussed with me by Dr. Vagelos and Dr. Hillerman,
838: 5    that I could apply my basic science background and
838: 6    interest in applying that to medicine by going there
838: 7    in ways that I could never have done staying at NIH,
838: 8    and so I took that opportunity.
838: 9    Q: What was new or different to the
838: 10    approach you had about dealing with viruses?

**377**   **838:12 - 839:11**   Scolnick, Edward 2005-06-01     00:01:17
838: 12    THE WITNESS: Well, we were used to
838: 13    studying viruses from a very molecular perspective,
838: 14    as how they grew, how they reproduced themselves,
838: 15    how they cause disease, and up until that point in
838: 16    the vaccine department, the major approach, which,
838: 17    in fact, had been very successful, was to make
838: 18    so-called live virus vaccines, that is, examples of
838: 19    that are the mumps vaccine, the measles vaccine, the
838: 20    rubella vaccine called MMR that so many children
838: 21    get. And their approach was consistent over a
838: 22    number of years in that they would grow these
838: 23    viruses outside humans in cultured cells, so that
838: 24    they no longer caused disease, but they could still
838: 25    replicate when put back into people and cause enough
839: 1    of an antibody response to protect the people from
839: 2    the real disease. That was a technology they
839: 3    developed and perfected.
839: 4    It was now clear in the world of
839: 5    science that you could make vaccines in more
839: 6    molecular ways without using live attenuated
839: 7    viruses, and that was the difference in approaches
839: 8    we took when I came to Merck.
839: 9    BY MR. RABER:
839: 10    Q: You then were promoted to the
839: 11    president of MRL in 1985; is that correct?

**378**   **839:14 - 839:19**   Scolnick, Edward 2005-06-01     00:00:17
839: 14    THE WITNESS: Yes. I was promoted in
839: 15    order to head of the department of vaccine research
839: 16    a year after I came to Merck, six months after that
839: 17    to be head of basic discovery research, and then a
839: 18    year-and-a-half or so roughly after that I became
839: 19    president of MRL.

   **839:21 - 839:23**   Scolnick, Edward 2005-06-01     00:00:07
839: 21    Q: When did you step down as president
839: 22    of MRL?
839: 23    A: January 1, 2003.

   **841:2 - 841:22**   Scolnick, Edward 2005-06-01     00:00:56
841: 2    Q: After you stepped down as the

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

841: 3    president of MRL, what did you do at Merck?
841: 4    A: I was overseeing a very small
841: 5    laboratory in doing research that we were capable of
841: 6    doing at that point on bipolar disorder and
841: 7    schizophrenia.
841: 8    Q: Why were you doing that type of work
841: 9    then?
841: 10    A: Because even at that point I was
841: 11    deeply interested in the field for the reasons that
841: 12    I've told you. I wanted to do something to make a
841: 13    difference in that field and began the work with
841: 14    approval of Merck management.
841: 15    Q: Did you run that small lab at Merck
841: 16    until you retired in September of 2004?
841: 17    A: Yes, I did.
841: 18    Q: Let's talk, if we can, now about the
841: 19    development of Vioxx.
841: 20    Can you explain to us in general
841: 21    terms what the theory was for a class of drugs known
841: 22    as COX-2 inhibitors such as Vioxx?

**841:25 - 842:23**    Scolnick, Edward 2005-06-01    00:01:14
841: 25    THE WITNESS: Yes. I don't recall
842: 1    the exact year, but two or three Merck scientists
842: 2    attended a meeting in Colorado, a scientific meeting
842: 3    in which the information was revealed by
842: 4    university-based basic scientists that there were
842: 5    actually two forms of this enzyme called
842: 6    cyclooxygenase that all prior nonsteroidal drugs had
842: 7    inhibited, and the new form was called COX-2, and
842: 8    the old form was called COX-1.
842: 9    From what was presented, it appeared
842: 10    that COX-1 was the enzyme that was normally present
842: 11    in many, many body tissues, including the
842: 12    gastrointestinal tract and stomach, and COX-2 was
842: 13    induced or levels of it were increased in
842: 14    inflammatory cells. And since the two enzymes were
842: 15    subtly different, it was thought if one made an
842: 16    inhibitor of COX-2 without inhibiting COX-1, that
842: 17    you could have the same benefit of the prior drugs
842: 18    but mitigate significantly, improve on significantly
842: 19    the safety profile for the gastrointestinal tract.
842: 20    Q: The benefit being pain relief?
842: 21    A: The benefit being pain relief and
842: 22    anti-inflammatory properties, just as the prior
842: 23    drugs had done.

**843:2 - 844:8**    Scolnick, Edward 2005-06-01    00:01:37
843: 2    Q: Can you describe for us the types of
843: 3    GI problems that you referred to that existed before
843: 4    the development of these COX-2 drugs?
843: 5    A: Yes. The side effects were on the
843: 6    simplest side, intolerability. Patients couldn't
843: 7    take the drugs because of pain in their stomach or
843: 8    upset stomachs; on the much more severe side, often
843: 9    developed ulcers, holes in their stomach, bleeding
843: 10    from those ulcers, constrictures of the
843: 11    gastrointestinal tract that occurred because of that
843: 12    perforation ,which threatened their lives, really
843: 13    serious side effects, and this looked like a
843: 14    wonderful opportunity to change that landscape.
843: 15    Q: Were you aware of estimates as to the
843: 16    numbers of deaths and hospitalizations that were
843: 17    occurring because of the traditional pain relievers?
843: 18    A: I remember reading articles about
843: 19    16,000 deaths a year in numerous hospitalizations.
843: 20    I don't recall the hospitalization numbers.
843: 21    Q: Dr. Scolnick, did Merck begin to do

|  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

843: 22    clinical studies of Vioxx as part of the development
843: 23    process?
843: 24    A: Yes. We did discovery, lots of
843: 25    animal testing, and then started clinical studies.
844: 1    Q: I'm talking now -- I want to talk now
844: 2    about the period before anything was submitted to
844: 3    the FDA for approval. Okay?
844: 4    A: Yes.
844: 5    Q: Okay.
844: 6    During that time frame, what did the
844: 7    clinical studies show about Vioxx as a pain
844: 8    reliever?

**844:10 - 844:25**    Scolnick, Edward 2005-06-01      00:00:44
844: 10    THE WITNESS: The studies showed that
844: 11    Vioxx was a very effective pain reliever for acute
844: 12    use with the appropriate dose and for chronic use
844: 13    for treating osteoarthritis with lower doses.
844: 14    BY MR. RABER:
844: 15    Q: When you use the phrase 'acute use,'
844: 16    what does that mean?
844: 17    A: It meant treating things like dental
844: 18    pain or acute pain situations like that for three or
844: 19    four or five days, but no longer than that.
844: 20    Q: And what does 'chronic use' refer to?
844: 21    A: Chronic is just greater than that
844: 22    period of time.
844: 23    Q: What did the clinical studies show
844: 24    about the effect of Vioxx on the stomach and the GI
844: 25    system?

**845:4 - 846:14**    Scolnick, Edward 2005-06-01      00:02:13
845: 4    THE WITNESS: The clinical studies,
845: 5    before submitting the NDA for Vioxx, focused on two
845: 6    kinds of gastrointestinal safety studies: studies
845: 7    to look at the effects of Vioxx on the stomach by a
845: 8    method called endoscopy, which I'll explain; and
845: 9    then some very special additional safety studies to
845: 10    look at the safety profile of Vioxx on the lower
845: 11    intestinal tract, which is also known to be a
845: 12    problem with prior nonsteroidals.
845: 13    The endoscopy studies were really
845: 14    quite large, two very large studies that were
845: 15    dramatically exciting when you saw them. They were
845: 16    six-month studies and approximately 750 patients in
845: 17    each study comparing the effects of Vioxx in the
845: 18    following way, to prior drugs and a placebo. The
845: 19    studies were begun by recruiting patients,
845: 20    recruiting volunteers into the study, looking in
845: 21    their stomachs with something called an endoscope,
845: 22    which allows the doctor to visualize the stomach and
845: 23    make sure there are no ulcers to begin with, and
845: 24    then treating cohorts of patients randomized in a
845: 25    blinded way to either Vioxx, different doses, or the
846: 1    comparative agents, and then visualizing their
846: 2    stomachs again at several intervals after the
846: 3    treatment began. Both those studies showed a
846: 4    dramatic difference in the lack of stomach ulcers,
846: 5    almost undetectable, compared to the drugs, prior
846: 6    drugs that it was tested against. Both studies
846: 7    showed that in a very consistent fashion.
846: 8    The lower intestinal tract safety
846: 9    studies examined whether Vioxx affected in a
846: 10    negative way the permeability, the ability of the
846: 11    lower intestine to carry out its functions of
846: 12    absorbing naturally nutrients and, again, showed no
846: 13    detrimental effect compared to the prior drugs it
846: 14    was being compared to.

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**846:18 - 847:3**  Scolnick, Edward 2005-06-01                    00:00:36

846: 18    Q:  Based on those clinical studies
846: 19    before approval of the drug, did you believe that
846: 20    you had a perfect drug in Vioxx?
846: 21    A:  No. I don't believe any drug is
846: 22    perfect. I never believed Vioxx was a perfect drug,
846: 23    but I thought it was a terrific drug in that it
846: 24    produced excellent pain relief, acutely and
846: 25    chronically, and it clearly, based on the endoscopic
847: 1     data, was dramatically better for stomach
847: 2     tolerability than comparative agents, prior
847: 3     comparative agents.

**847:7 - 847:15**  Scolnick, Edward 2005-06-01                   00:00:33

847: 7     Q:  Dr. Scolnick, I want to show you a
847: 8     document that was marked as Exhibit Number 26 on
847: 9     March 22, 2005. Can you tell us what this document
847: 10    is?
847: 11    A:  It is an e-mail from myself to
847: 12    Raymond Gilmartin, David Anstice, Per Wold-Olsen and
847: 13    Paul Bell, and it is entitled, 'Vioxx strategy.'
847: 14    Q:  What is the date of this e-mail?
847: 15    A:  June 22nd, 1998.

**847:23 - 848:9**  Scolnick, Edward 2005-06-01                   00:00:35

847: 23    Q:  Dr. Scolnick, in your e-mail you
847: 24    write, 'We are nearing the end of a very successful
847: 25    development program for Vioxx. The product has
848: 1     lived up to its promise. It works well and is safer
848: 2     on the stomach by a huge amount vs past NSAIDs.
848: 3     There is no question about the fundamental worth of
848: 4     the drug.' Do you see that?
848: 5     A:  Excuse me. Yes, I do.
848: 6     Q:  All right. Did that accurately
848: 7     reflect your state of mind about Vioxx as of June of
848: 8     1998?
848: 9     A:  Yes.

**848:11 - 848:11**  Scolnick, Edward 2005-06-01                  00:00:01

848: 11    THE WITNESS:  Yes, it did.

**848:13 - 849:22**  Scolnick, Edward 2005-06-01                  00:02:06

848: 13    Q:  Your e-mail goes on to say, 'However
848: 14    like all drugs and drugs with new mechanisms of
848: 15    action the drug is not perfect. There is nothing in
848: 16    the imperfections that will stand in the way of
848: 17    Vioxx becoming immensely useful and immensely
848: 18    successful.' Do you see that?
848: 19    A:  Yes, I do.
848: 20    Q:  Can you tell us what were the
848: 21    imperfections that you referred to in this e-mail?
848: 22    A:  I think what I was referring to was
848: 23    the way that all nonsteroidals and Vioxx, even
848: 24    though a selective one for COX-2, affected kidney
848: 25    function. We were very careful in doing the
849: 1     development studies to study the effects of Vioxx on
849: 2     the kidney's ability to handle salt and water,
849: 3     because it was known that prior nonsteroidals
849: 4     negatively affected that, people could develop
849: 5     elevated blood pressure because of those drugs and
849: 6     develop fluid retention called edema. And we also
849: 7     knew that doctors would use as high a dose of Vioxx
849: 8     as they could because it was remarkably safer on the
849: 9     stomach. So, we very carefully studied the drug in
849: 10    various doses for its effects on the kidney, and as
849: 11    one went to doses above the chronic dose, 50
849: 12    milligrams compared to 12-and-a-half and 25, one
849: 13    found that the incidence of high blood pressure and

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

849: 14    edema, readily reversible side effects just based on
849: 15    the mechanism of the drug, on the kidney, the
849: 16    incidence went up. And so we wanted physicians to
849: 17    use the right doses. We wanted to make sure that
849: 18    those at Merck responsible for marketing the drug
849: 19    understood the dose-related blood pressure and fluid
849: 20    retention, but that those were manageable because
849: 21    they were freely reversible and could easily be
849: 22    managed by a physician in treating a patient.

**850:1 - 851:2**    Scolnick, Edward 2005-06-01      00:01:20
850: 1    Q: Your e-mail also refers to 'pimples'
850: 2    in quotation marks. Do you see that?
850: 3    A: Yes, I do.
850: 4    Q: What were you referring to with that
850: 5    reference?
850: 6    A: I was referring to what I just
850: 7    described to you.
850: 8    Q: How did Merck communicate to
850: 9    physicians these imperfections or 'pimples,' as you
850: 10    referred to them in these e-mails?
850: 11    A: The first approved label in 1999
850: 12    described the effects on the kidney and edema,
850: 13    hypertension, as a function of dose of the drug and
850: 14    what doses of the drug to use.
850: 15    Q: Did Merck, during its clinical
850: 16    studies before FDA approval, collect and analyze
850: 17    data about heart attacks and strokes?
850: 18    A: Yes. We looked at those across all
850: 19    the clinical studies that were done with Vioxx, yes.
850: 20    Q: Are heart attacks and strokes
850: 21    sometimes referred to as cardiovascular events or CV
850: 22    events?
850: 23    A: Yes, that would be an apt description
850: 24    of those.
850: 25    Q: What did Merck's review and analysis
851: 1    of the risk of heart attack and stroke show about
851: 2    Vioxx before FDA approval?

**851:4 - 851:7**    Scolnick, Edward 2005-06-01      00:00:12
851: 4    THE WITNESS: We examined the
851: 5    clinical database very, very carefully. We found no
851: 6    evidence that Vioxx increased the risk of CV events
851: 7    in our extensive trials of osteoarthritis.

**851:9 - 851:21**    Scolnick, Edward 2005-06-01      00:00:38
851: 9    Q: Dr. Scolnick, you mentioned earlier
851: 10    today something called an 'NDA.' What does that
851: 11    stand for?
851: 12    A: 'NDA' stands for new drug
851: 13    application.
851: 14    Q: How did the NDA for Vioxx compare
851: 15    with the NDAs filed by Merck for other drugs?
851: 16    A: It was extremely large and extensive.
851: 17    It was either the biggest or one of the very biggest
851: 18    NDAs that we ever put together. A very large number
851: 19    of studies were done, special safety studies were
851: 20    done, and long-term clinical use was done for up to
851: 21    a year in osteoarthritis.

379    **852:15 - 852:18**    Scolnick, Edward 2005-06-01      00:00:12
852: 15    Q: Dr. Scolnick, would it be fair to say
852: 16    that Vioxx was an important new drug for Merck at
852: 17    that time?
852: 18    A: Yes.

380    **852:20 - 854:1**    Scolnick, Edward 2005-06-01      00:01:15
852: 20    THE WITNESS: Yes, it definitely was

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

| | |
|---|---|
| 852: 21 | an important new drug for Merck. |
| 852: 22 | BY MR. RABER: |
| 852: 23 | Q:  Would you call it a potential |
| 852: 24 | blockbuster for Merck? |
| 852: 25 | A:  Yes, I would. We knew it would be |
| 853: 1 | medically very important, and drugs that are |
| 853: 2 | medically important usually turn out to be |
| 853: 3 | blockbusters. |
| 853: 4 | Q:  Was it important for Merck to have a |
| 853: 5 | blockbuster drug at that time? |
| 853: 6 | A:  Yes, it was. |
| 853: 7 | Q:  Why is that? |
| 853: 8 | A:  Merck faced the expiration of patents |
| 853: 9 | like Mevacor and Zocor around the turn of the cent |
| 853: 10 | -- I'm sorry, Mevacor and Vasotec -- not Zocor, but |
| 853: 11 | Mevacor and Vasotec around the turn of the century, |
| 853: 12 | and Vioxx was an important drug because of that. |
| 853: 13 | Q:  Dr. Scolnick, did there come a point |
| 853: 14 | where you learned that there was a competing product |
| 853: 15 | out there, in other words, another COX-2 inhibitor |
| 853: 16 | that was being developed? |
| 853: 17 | A:  Yes. Somewhere in the mid-'90s, I |
| 853: 18 | don't recall the exact time, we learned that |
| 853: 19 | competing -- another company had a competing |
| 853: 20 | product. |
| 853: 21 | Q:  What was the name of that company? |
| 853: 22 | A:  I think it was Searle. I'm not sure |
| 853: 23 | if it was Monsanto or Searle at that point, and the |
| 853: 24 | competing product turned out to be Celebrex. |
| 853: 25 | Q:  Did Merck want to be the first one to |
| 854: 1 | come to market? |

| | | | |
|---|---|---|---|
| 381 | 854:4 - 854:10 | Scolnick, Edward 2005-06-01 | 00:00:14 |
| | 854: 4 | THE WITNESS: Yes, we did. We | |
| | 854: 5 | clearly wanted to be the first to come to market. | |
| | 854: 6 | BY MR. RABER: | |
| | 854: 7 | Q:  Why is that? | |
| | 854: 8 | A:  Because the first to come to market | |
| | 854: 9 | usually has the greatest chance of having their drug | |
| | 854: 10 | be the most successful and the most widely used. | |

| | | | |
|---|---|---|---|
| | 854:11 - 854:14 | Scolnick, Edward 2005-06-01 | 00:00:13 |
| | 854: 11 | Q:  Dr. Scolnick, did you ever tell | |
| | 854: 12 | anyone that you would leave the company if Merck | |
| | 854: 13 | lost the competition with Searle? | |
| | 854: 14 | A:  Yes. | |

| | | | |
|---|---|---|---|
| | 854:17 - 854:18 | Scolnick, Edward 2005-06-01 | 00:00:02 |
| | 854: 17 | THE WITNESS: Yes, I wrote such an | |
| | 854: 18 | e-mail. | |

| | | | |
|---|---|---|---|
| | 854:20 - 855:8 | Scolnick, Edward 2005-06-01 | 00:00:42 |
| | 854: 20 | Q:  Why did you do that? | |
| | 854: 21 | A:  I did that because I thought Vioxx | |
| | 854: 22 | was a much better drug than Celebrex, it was more | |
| | 854: 23 | selective for COX-2, it had a half-life that clearly | |
| | 854: 24 | justified it to be a once-a-day drug, and our | |
| | 854: 25 | clinical database and efficacy and safety for the | |
| | 855: 1 | gastrointestinal tract was very extensive. I | |
| | 855: 2 | thought we had a better drug, and I thought because | |
| | 855: 3 | of that, that Merck should definitely be able to win | |
| | 855: 4 | the market battle that would occur with Celebrex. | |
| | 855: 5 | Q:  Did you ever seriously consider | |
| | 855: 6 | leaving Merck at that time? | |
| | 855: 7 | A:  No, I never seriously considered | |
| | 855: 8 | leaving Merck. | |

| | | | |
|---|---|---|---|
| 382 | 855:9 - 855:23 | Scolnick, Edward 2005-06-01 | 00:00:59 |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

855: 9   Q: Dr. Scolnick, what role did your
855: 10   desire to have Vioxx be the first drug to market
855: 11   play in your decisions about safety?
855: 12   A: Despite the fact we wanted to be
855: 13   first, we wanted to be sure what the dosing was
855: 14   because of the issues of hypertension and edema, and
855: 15   we wanted to prove unambiguously the improved safety
855: 16   profile by endoscopy before we went to market.
855: 17   Although it was widely known and in a sense accepted
855: 18   ahead of time that COX-2 inhibitors would be safer
855: 19   for the stomach, we wanted the proof that we could
855: 20   get by the endoscopy studies. So, we took the time
855: 21   to very, very carefully do that so that we could
855: 22   document that as part of the initial submission for
855: 23   the drug.

**383   856:2 - 856:11   Scolnick, Edward 2005-06-01   00:00:29**
856: 2   Q: Which drug came to market first,
856: 3   Celebrex or Vioxx?
856: 4   A: Celebrex came to market first.
856: 5   Q: Why is that?
856: 6   A: I don't know the details of why it
856: 7   came to market first. I always felt that it was
856: 8   because we had spent the time on these extensive GI
856: 9   safety studies and other studies that I described to
856: 10   you in order to have really meticulous clinical
856: 11   data.

**856:15 - 856:19   Scolnick, Edward 2005-06-01   00:00:17**
856: 15   Q: Dr. Scolnick, how did you feel about
856: 16   Searle beating you to the market with Celebrex?
856: 17   A: I was not happy about that, but I
856: 18   didn't regret what we did because our data was
856: 19   excellent.

**384   856:23 - 858:16   Scolnick, Edward 2005-06-01   00:02:29**
856: 23   Q: Can you please tell us what was your
856: 24   view about patient safety as president of Merck
856: 25   Research Labs?
857: 1   A: My view on patient safety was well
857: 2   known to every scientist in the laboratory,
857: 3   repeatedly told people that patient safety came
857: 4   first, that if we had a drug that was ready to go
857: 5   into the clinic and undergoing animal safety testing
857: 6   or was in the clinic already and had gone through
857: 7   stages of animal safety testing, that if any serious
857: 8   event occurred in animals or in people in such a
857: 9   program, that I wanted to be the first or among the
857: 10   very first who would know about that so that I could
857: 11   participate in the decision of potentially stopping
857: 12   such a program.
857: 13   Q: How did your view about patient
857: 14   safety influence your management style?
857: 15   A: I was very demanding on that point to
857: 16   people. I was a perfectionist in that regard. I
857: 17   often reiterated that. I wanted people to present
857: 18   all of the data that they had whenever a safety
857: 19   issue came up, analyze it in every which way, and I
857: 20   constantly would go back over it even after first
857: 21   presentations to make sure that whatever had been
857: 22   said and whatever had been presented was accurate
857: 23   and was there more that we could do to reassure
857: 24   ourselves.
857: 25   Q: As the president of Merck Research
858: 1   Labs how did you attempt to ensure the integrity of
858: 2   the data from Merck studies?
858: 3   A: I tried to ensure the integrity by,
858: 4   A, emphasizing that we would not tolerate anything

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | |
|---|---|---|
| | 858: 5 | but authentic data; and, secondly, by the |
| | 858: 6 | appointments I made to critical positions in |
| | 858: 7 | clinical development. The people that headed |
| | 858: 8 | clinical research, regulatory affairs and |
| | 858: 9 | biostatistics who were present during most of my |
| | 858: 10 | time as president were honest, hard working, |
| | 858: 11 | meticulous people who I felt that I could trust |
| | 858: 12 | completely to tell me if there was a safety problem |
| | 858: 13 | about something in the areas that they were dealing |
| | 858: 14 | with, and the same true of the head of safety |
| | 858: 15 | assessment at Merck, who reported to me for a number |
| | 858: 16 | of years while I was president of MRL. |

| | 858:17 - 859:10 | Scolnick, Edward 2005-06-01 | 00:00:59 |
|---|---|---|---|
| | 858: 17 | Q: Are you familiar with a term known as | |
| | 858: 18 | 'peer review'? | |
| | 858: 19 | A: Yes, I am. | |
| | 858: 20 | Q: What is peer review? | |
| | 858: 21 | A: Peer review is a process that I think | |
| | 858: 22 | probably originated in universities throughout the | |
| | 858: 23 | country, perhaps throughout the world, in which | |
| | 858: 24 | scientific data is openly discussed and reviewed | |
| | 858: 25 | with any questions being asked by people who are | |
| | 859: 1 | present at the review. And all of our programs went | |
| | 859: 2 | through such processes with senior members of the | |
| | 859: 3 | laboratory being on the peer review groups. We had | |
| | 859: 4 | a board of external counselors in which we presented | |
| | 859: 5 | programs for external peer review. We used | |
| | 859: 6 | consultants outside of those special meetings also | |
| | 859: 7 | for peer review so that we could try to bring out or | |
| | 859: 8 | examine any aspect of the science to ensure the data | |
| | 859: 9 | was correct and that we were making the best | |
| | 859: 10 | interpretation possible of data we were getting. | |

| | 859:15 - 860:6 | Scolnick, Edward 2005-06-01 | 00:00:45 |
|---|---|---|---|
| | 859: 15 | Q: What kind of internal peer review | |
| | 859: 16 | took place within Merck while you were president of | |
| | 859: 17 | MRL? | |
| | 859: 18 | A: There were several committees made up | |
| | 859: 19 | of senior scientists depending upon what the stage | |
| | 859: 20 | of the project was, whether it was a basic research | |
| | 859: 21 | project, an early development project or late | |
| | 859: 22 | development project. And there were senior | |
| | 859: 23 | scientists at the laboratories chosen and put on | |
| | 859: 24 | those committees to conduct peer review of all the | |
| | 859: 25 | projects that were in their domain at that point. | |
| | 860: 1 | Q: Did you encourage that sort of peer | |
| | 860: 2 | review as president of Merck Research Labs? | |
| | 860: 3 | A: Absolutely. I thought it was | |
| | 860: 4 | essential for the authenticity of what we were doing | |
| | 860: 5 | and the accuracy of what we were doing in order to | |
| | 860: 6 | be sure that we understood our drugs very well. | |

| 385 | 860:7 - 860:14 | Scolnick, Edward 2005-06-01 | 00:00:25 |
|---|---|---|---|
| | 860: 7 | Q: Did you encourage scientific debate | |
| | 860: 8 | within Merck? | |
| | 860: 9 | A: I demanded it. I had no tolerance | |
| | 860: 10 | for people who didn't understand their data, hadn't | |
| | 860: 11 | analyzed their data, and couldn't discuss the pros | |
| | 860: 12 | and cons of projects that they were in charge of, | |
| | 860: 13 | the good things, the bad things, what the issues | |
| | 860: 14 | were. I actually demanded that from everybody. | |

| 386 | 860:17 - 860:22 | Scolnick, Edward 2005-06-01 | 00:00:18 |
|---|---|---|---|
| | 860: 17 | Q: Dr. Scolnick, did you ever make any | |
| | 860: 18 | decisions as president of Merck Research Labs to | |
| | 860: 19 | stop the development of a drug? | |
| | 860: 20 | A: Yes, of course. | |

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

|  | 860: 21 | Q: What kinds of considerations were in | | |
|  | 860: 22 | play in those decisions? | | |
| 387 | 860:24 - 863:6 | Scolnick, Edward 2005-06-01 | 00:02:57 | |
|  | 860: 24 | THE WITNESS: Sometimes programs were | | |
|  | 860: 25 | stopped due to lack of efficacy of the compound at | | |
|  | 861: 1 | the clinic that didn't work, and often they were | | |
|  | 861: 2 | stopped because of safety problems that arose either | | |
|  | 861: 3 | in animals on a promising drug or occasionally in | | |
|  | 861: 4 | trials in humans. | | |
|  | 861: 5 | BY MR. RABER: | | |
|  | 861: 6 | Q: Can you give us any examples of a | | |
|  | 861: 7 | situation where you terminated the development of a | | |
|  | 861: 8 | drug over safety concerns? | | |
|  | 861: 9 | A: Yes. I can give you several examples | | |
|  | 861: 10 | of that. | | |
|  | 861: 11 | One of the most painful ones was a | | |
|  | 861: 12 | precursor to Singulair, a compound for the treatment | | |
|  | 861: 13 | for asthma, that almost got as far as a Phase III | | |
|  | 861: 14 | study in humans. The drug was working well, and a | | |
|  | 861: 15 | very small number or percentage of patients | | |
|  | 861: 16 | developed abnormalities of liver function, and we | | |
|  | 861: 17 | terminated the program because we recognized there | | |
|  | 861: 18 | was a signal in people and that we didn't want that | | |
|  | 861: 19 | risk. | | |
|  | 861: 20 | We stopped the development of a | | |
|  | 861: 21 | special dosage form of Zocor, which was our | | |
|  | 861: 22 | cholesterol-lowering drug in competition with | | |
|  | 861: 23 | atorvastatin, and we were trying to develop a | | |
|  | 861: 24 | special formulation for a higher dose of Zocor and | | |
|  | 861: 25 | found in humans, despite the excitement about this | | |
|  | 862: 1 | dosage form, that it caused side effects in people, | | |
|  | 862: 2 | and we immediately stopped the program. People, in | | |
|  | 862: 3 | fact, who were in charge of the program, knowing | | |
|  | 862: 4 | that I would want to know, actually called me in | | |
|  | 862: 5 | England to tell me about this and to tell me they | | |
|  | 862: 6 | were stopping the program, they thought it was so | | |
|  | 862: 7 | important, and they knew I would want to know about | | |
|  | 862: 8 | it. | | |
|  | 862: 9 | We stopped development in the late | | |
|  | 862: 10 | '90s of a very, very promising compound in the | | |
|  | 862: 11 | psychiatric area that would have been a dramatic | | |
|  | 862: 12 | improvement over a class of drugs called | | |
|  | 862: 13 | benzodiazepines, which are used to treat anxiety | | |
|  | 862: 14 | problems and psychosis in humans. This drug was | | |
|  | 862: 15 | much more selective for the receptors in that | | |
|  | 862: 16 | pharmacology field. It produced all the benefits | | |
|  | 862: 17 | and lacked most of the significant deficits and | | |
|  | 862: 18 | problems associated with those drugs, and it was | | |
|  | 862: 19 | very painful in that it was just a whisper of | | |
|  | 862: 20 | potential for this drug to alter the structure of | | |
|  | 862: 21 | DNA, to be a mutagen, and I decided it was not worth | | |
|  | 862: 22 | that risk because the data was real, although the | | |
|  | 862: 23 | evidence was slight, and we stopped the development | | |
|  | 862: 24 | of that drug. And there are two or three examples. | | |
|  | 862: 25 | Q: Why did you stop the development of | | |
|  | 863: 1 | those drugs when the safety was called into | | |
|  | 863: 2 | question? | | |
|  | 863: 3 | A: Because I looked at myself first as a | | |
|  | 863: 4 | physician in my position, and I always wanted to | | |
|  | 863: 5 | look out for the patient safety as well as the way | | |
|  | 863: 6 | our drugs worked and benefited patients. | | |
|  | 863:7 - 868:6 | Scolnick, Edward 2005-06-01 | 00:06:50 | |
|  | 863: 7 | Q: Dr. Scolnick, I want to talk, if we | | |
|  | 863: 8 | can now, about one study in particular that was done | | |
|  | 863: 9 | before the FDA approval of Vioxx, and that's a study | | |
|  | 863: 10 | involving a doctor named Garret FitzGerald involving | | |

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

863: 11   something called prostacyclin. Are you familiar
863: 12   with that study?
863: 13   A: Yes, I am.
863: 14   Q: What role did Merck play in that
863: 15   study?
863: 16   A: I think Dr. FitzGerald had studied
863: 17   this metabolite of prostacyclin first actually with
863: 18   Celebrex and found that in humans, Celebrex, a COX-2
863: 19   inhibitor, lowered this metabolite in the urine of
863: 20   patients, subsequently worked with Merck to do the
863: 21   same experiments with Vioxx, and I believe that was
863: 22   after that, after Celebrex, and showed the same
863: 23   result, a partial lowering of a metabolite of
863: 24   prostacyclin in urine of patients.
863: 25   Q: Did Merck sponsor the study?
864: 1   A: I believe so.
864: 2   Q: What did Dr. FitzGerald find in this
864: 3   study relating to prostacyclin and Vioxx?
864: 4   A: He found -- just as he had found with
864: 5   Celebrex, he found that in the urine, a metabolite,
864: 6   a breakdown product of prostacyclin, was lower in
864: 7   the urine of patients treated with Vioxx than in
864: 8   placebo-controlled comparative patients.
864: 9   Q: What did that mean?
864: 10   A: Well, it wasn't clear what it meant.
864: 11   The finding was in the urine of patients, not in the
864: 12   blood. It wasn't certain whether the metabolite was
864: 13   coming from the kidney itself or some other part of
864: 14   the body, and it was a surprising finding, because
864: 15   up until that period of time, it had been thought
864: 16   that all sources of prostacyclin were produced by
864: 17   COX-1 and no sources were produced by COX-2.
864: 18   Q: Dr. Scolnick, is the reduction of
864: 19   this prostacyclin metabolite something that's unique
864: 20   to Vioxx?
864: 21   A: No, no. It can be lowered by prior
864: 22   nonsteroidals. There's even a report that Tylenol
864: 23   can do the same thing. The surprise was that a
864: 24   COX-2 specific inhibitor also did it.
864: 25   Q: Did the FitzGerald study show that
865: 1   Vioxx causes heart attacks and strokes?
865: 2   A: No, not at all. This was a
865: 3   biochemical experiment that he carried out in
865: 4   humans.
865: 5   Q: Did anyone in this FitzGerald study
865: 6   have a heart attack or stroke?
865: 7   A: No.
865: 8   Q: Was there some type of theory that
865: 9   emerged from this FitzGerald study?
865: 10   A: Yes. The theory came out of a study
865: 11   which built on a longstanding theory that was in
865: 12   existence that had never had any proof in humans,
865: 13   that by lowering the level of prostacyclin partially
865: 14   in the urine, that one would set up an imbalance in
865: 15   the body as opposed to the urine of prostacyclin and
865: 16   another fatty acid hormone called thromboxane.
865: 17   Thromboxane was known to help platelets form clumps
865: 18   and clots. Prostacyclin was known to oppose that.
865: 19   And there was a theory for a very long time that
865: 20   that imbalance, such an imbalance might predispose
865: 21   to clots or thrombus formation in people. But there
865: 22   was only a theory in the first place, and in the
865: 23   second place, the finding of FitzGerald was only in
865: 24   the urine, and there was no data to address whether
865: 25   it occurred in the body as opposed to in the kidney.
866: 1   Q: Now, can you tell us, Dr. Scolnick,
866: 2   the difference between theory on the one hand and
866: 3   clinical evidence on the other?

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

866: 4    A: Well, theory is just that. You
866: 5    observe data, you interpret it, you make your best
866: 6    interpretation. Then there are additional
866: 7    experiments which need to be done to either verify
866: 8    your theory or not. Clinical data is actual data in
866: 9    humans that demonstrates an effect or a side effect
866: 10   of a drug.
866: 11   Q: Was there any clinical evidence that
866: 12   you were aware of at the time of this FitzGerald
866: 13   study that a reduction of a prostacyclin metabolite
866: 14   in the urine would increase the risk of heart
866: 15   attacks or strokes?
866: 16   A: No, there was no evidence at all to
866: 17   say that that theory would result in heart attacks
866: 18   or strokes or cardiovascular events in humans,
866: 19   absolutely no data.
866: 20   Q: Were the results from the FitzGerald
866: 21   study given to the FDA before Vioxx was approved?
866: 22   A: Oh, yes.
866: 23   Q: Was this FitzGerald study published
866: 24   at some point?
866: 25   A: Yes. He published -- I think he
867: 1    published two papers, one on Celebrex and one on
867: 2    Vioxx. I don't recall the dates of those
867: 3    publications.
867: 4    Q: Did Merck pay some attention to Dr.
867: 5    FitzGerald's theory or just ignore it?
867: 6    A: No. We were surprised by the result,
867: 7    as was he and other scientists, and we tried to
867: 8    figure out in animals what the source of the
867: 9    prostacyclin was. And we asked our scientists in
867: 10   our Montreal lab that were experts in this field to
867: 11   do experiments to try to figure out in animals or in
867: 12   humans what the source of prostacyclin was. And
867: 13   their experiments did not give an answer that
867: 14   addressed the source. They looked, tried to figure
867: 15   it out in dogs, they looked in the arteries of dogs,
867: 16   could not find any source for prostacyclin, they
867: 17   looked in a small number of human specimen arteries
867: 18   that they had access to, I don't know how they
867: 19   accessed those, could not find the source in
867: 20   arteries for prostacyclin, and there seemed to be no
867: 21   way to clarify further what he had discovered.
867: 22   Q: Why did the source of the
867: 23   prostacyclin matter?
867: 24   A: Well, the finding of Dr. FitzGerald
867: 25   was, as you've noted, a reduction in the metabolite
868: 1    in the urine, and if the source had been established
868: 2    to be in the arteries of dogs or humans, one would
868: 3    have been more concerned that that might have had a
868: 4    negative effect. But there was no evidence for
868: 5    that, and the hypothesis remained just that, a
868: 6    hypothesis.

**868:7  -  868:23**    Scolnick, Edward 2005-06-01                    00:00:54
868: 7    Q: Dr. Scolnick, are you familiar with a
868: 8    Dr. Alan Nies who worked at Merck?
868: 9    A: Yes.
868: 10   Q: What was Dr. Nies' area of expertise?
868: 11   A: Dr. Nies was a physician, a clinical
868: 12   pharmacologist, and he had trained and worked and
868: 13   published in the field of prostaglandin research,
868: 14   including thromboxane and prostacyclin.
868: 15   Q: What was his general involvement with
868: 16   the Vioxx project team?
868: 17   A: I know he was in charge of the
868: 18   clinical program. I don't recall whether he was in
868: 19   charge of the project team or not.

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|
| 868: 20 | Q: In addition to experiments with the | | |
| 868: 21 | animals that you've described for us, what else did | | |
| 868: 22 | Merck do in response to Dr. Fitzgerald's theory | | |
| 868: 23 | about prostacyclin? | | |
| | | | |
| 868:25 - 870:25 | Scolnick, Edward 2005-06-01 | 00:02:32 | |
| 868: 25 | THE WITNESS: We did several things. | | |
| 869: 1 | First, we presented this information to our board of | | |
| 869: 2 | advisors and sought additional advice from them. We | | |
| 869: 3 | carried out experiments that Alan devised in humans | | |
| 869: 4 | to try to see if the prostacyclin was coming from | | |
| 869: 5 | peripheral vessels. Those experiments did not show | | |
| 869: 6 | that. And at the advice of our board of counselors, | | |
| 869: 7 | when this was presented to them, we went back and | | |
| 869: 8 | looked very carefully at all our clinical studies to | | |
| 869: 9 | see if there was any evidence of increased rate of | | |
| 869: 10 | cardiovascular events, and then put in place at | | |
| 869: 11 | their suggestion a procedure for monitoring and | | |
| 869: 12 | enumerating very carefully any cardiovascular events | | |
| 869: 13 | that occurred in our trials so that we wouldn't miss | | |
| 869: 14 | something in the development program that hadn't | | |
| 869: 15 | gotten enough attention potentially. | | |
| 869: 16 | BY MR. RABER: | | |
| 869: 17 | Q: This board of counselors that you've | | |
| 869: 18 | referred to, is that also known as the Board of | | |
| 869: 19 | Scientific Advisors? Is that the same body? | | |
| 869: 20 | A: Yes, I think so. | | |
| 869: 21 | Q: Describe for us, if you would, the | | |
| 869: 22 | types of people who were on the Board of Scientific | | |
| 869: 23 | Advisors. | | |
| 869: 24 | A: The Board of Scientific Advisors were | | |
| 869: 25 | senior medical physicians in different specialties, | | |
| 870: 1 | experts and well-known people in each of their | | |
| 870: 2 | fields who we brought in to give us the best advice | | |
| 870: 3 | we could and the best critiques we could on all of | | |
| 870: 4 | -- on our programs that we would present to them. | | |
| 870: 5 | Q: During the time frame we're talking | | |
| 870: 6 | about, which is after this FitzGerald theory and | | |
| 870: 7 | Merck's response to it, who was the chairman of | | |
| 870: 8 | Merck's Board of Scientific Advisors? | | |
| 870: 9 | A: I believe it was Dr. John Oates | | |
| 870: 10 | during this period of time. | | |
| 870: 11 | Q: In what area is Dr. Oates' expertise? | | |
| 870: 12 | A: He was especially qualified in the | | |
| 870: 13 | same area Alan was trained in, prostaglandin | | |
| 870: 14 | research. | | |
| 870: 15 | Q: Is that the area that was the subject | | |
| 870: 16 | of Dr. FitzGerald's theory? | | |
| 870: 17 | A: Yes. | | |
| 870: 18 | Q: Did Merck do anything to determine | | |
| 870: 19 | whether there was any clinical evidence to support | | |
| 870: 20 | Dr. Fitzgerald's theory about prostacyclin? | | |
| 870: 21 | A: Yes. We examined again and again the | | |
| 870: 22 | clinical database and the trials in osteoarthritis | | |
| 870: 23 | looking to see whether Vioxx was different from any | | |
| 870: 24 | of the other nonsteroidals in this regard, and we | | |
| 870: 25 | found no such evidence. | | |
| | | | |
| 871:16 - 871:25 | Scolnick, Edward 2005-06-01 | 00:00:31 | |
| 871: 16 | Q: Doctor, can you identify Exhibit 101, | | |
| 871: 17 | please? | | |
| 871: 18 | A: Yes. It is a report from the Merck | | |
| 871: 19 | Research Lab's epidemiology department. It's | | |
| 871: 20 | entitled 'Final Results of an Analysis of the | | |
| 871: 21 | Incidence of Cardiovascular Serious Adverse | | |
| 871: 22 | Experiences in the Phase IIb/III Vioxx | | |
| 871: 23 | Osteoarthritis Clinical Trials.' And it's dated | | |
| 871: 24 | February 2, 1998. It is authored by Doug Watson, a | | |

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

871: 25     Ph.D. in that department.

**873:4 - 873:16**     **Scolnick, Edward 2005-06-01**     00:00:41
873: 4     Q: What was the conclusion of this
873: 5     report about the risk of CV events with Vioxx
873: 6     compared to those other databases?
873: 7     A: That there was no large signal to be
873: 8     seen here, and that was the most one could make of
873: 9     this analysis.
873: 10     Q: Now, you mentioned earlier that the
873: 11     Board of Scientific Advisors at Merck recommended
873: 12     some method of evaluating heart attacks or strokes
873: 13     in trials; is that right?
873: 14     A: Yes.
873: 15     Q: Did that become known as a standard
873: 16     operating procedure?

**873:19 - 873:19**     **Scolnick, Edward 2005-06-01**     00:00:01
873: 19     THE WITNESS: I believe so.

**873:21 - 874:10**     **Scolnick, Edward 2005-06-01**     00:00:49
873: 21     Q: What, as you understand it, are the
873: 22     reasons for a standard operating procedure for
873: 23     cardiovascular events?
873: 24     A: My understanding was that it would
873: 25     ensure that the events that might be reported in our
874: 1     trials, whichever arm of the trials it occurred in,
874: 2     would be analyzed the same way, with the same
874: 3     definitions of events, and, therefore, would give a
874: 4     much greater certainty to any reports that came in,
874: 5     whether they were or weren't a certain kind of
874: 6     cardiovascular event.
874: 7     Q: Who analyzed these reported events
874: 8     under the standard operating procedure?
874: 9     A: Members of clinical research,
874: 10     biostatistics, epidemiology, regulatory affairs.

**874:23 - 876:8**     **Scolnick, Edward 2005-06-01**     00:01:39
874: 23     Q: Did Merck adopt and implement this
874: 24     standard operating procedure?
874: 25     A: Yes, it did.
875: 1     Q: Did you agree with the recommendation
875: 2     of the board of advisors and Dr. Oates that this was
875: 3     an appropriate response to the FitzGerald theory?
875: 4     A: Oh, yes. We thought it was very
875: 5     important. We thought it was exactly the right way
875: 6     to analyze whether this theory showed any clinical
875: 7     evidence or didn't show any clinical evidence.
875: 8     Q: Did this standard operating procedure
875: 9     apply to the VIGOR trial that you mentioned?
875: 10     A: Yes, it did.
875: 11     Q: Did it apply to any other Vioxx
875: 12     trials other than VIGOR?
875: 13     A: I think it applied to all Vioxx
875: 14     trials going forward after this recommendation.
875: 15     Q: Dr. Scolnick, before Vioxx was
875: 16     approved by the FDA, did Merck specifically analyze
875: 17     the risk of heart attacks and strokes?
875: 18     A: In the NDA database?
875: 19     Q: Yes.
875: 20     A: Absolutely.
875: 21     Q: What did that analysis show about the
875: 22     risk of heart attacks or strokes with Vioxx compared
875: 23     to other pain relievers?
875: 24     A: It showed no difference, no
875: 25     detectable difference.
876: 1     Q: Can you give us some idea of the
876: 2     database that was used in that analysis, how big it
876: 3     was?

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

876: 4  A: I think it was several thousand
876: 5  patients. I don't remember the exact number, but it
876: 6  was a very large number in thousands of patients for
876: 7  extensive periods of time when you looked at all the
876: 8  data. It was a very large database.

**876:13 - 876:15**  Scolnick, Edward 2005-06-01   00:00:06
876: 13  Q: What part of that database was given
876: 14  to the FDA with the new drug application?
876: 15  A: All of it.

**388**  **876:16 - 878:3**  Scolnick, Edward 2005-06-01   00:01:52
876: 16  Q: Dr. Scolnick, are you familiar with
876: 17  something called an FDA Advisory Committee?
876: 18  A: Yes.
876: 19  Q: What is an FDA Advisory Committee?
876: 20  A: An FDA Advisory Committee is a group
876: 21  of outside scientists with various disciplines
876: 22  convened solely by the FDA, composition determined
876: 23  solely by the FDA, that they call upon to review
876: 24  many new drug applications that come to them,
876: 25  especially on any new drug that would have a new
877: 1  mechanism of action, and it's a province of the FDA.
877: 2  It's been there for a very, very long period of
877: 3  time.
877: 4  Q: Was there an FDA Advisory Committee
877: 5  meeting that occurred relating to the approval of
877: 6  Vioxx?
877: 7  A: Yes, definitely.
877: 8  Q: Was that meeting open to the public?
877: 9  A: Oh, yes.
877: 10  Q: Can you tell us generally what
877: 11  occurred at that meeting?
877: 12  A: Yes. What occurs at that meeting is
877: 13  the same that occurs at all meetings of the Advisory
877: 14  Committee. The sponsor submits a background package
877: 15  to the FDA that they give to the Advisory Committee.
877: 16  The FDA prepares its own review of the application
877: 17  which it gives to the committee ahead of time. The
877: 18  sponsor then comes and makes a presentation on the
877: 19  data, quizzed for as long and as extensively as the
877: 20  Advisory Committee wants on any question about the
877: 21  data. Has to answer it. The FDA presents their
877: 22  interpretation of the data, their analysis of the
877: 23  data. Again, the committee gets a chance to answer
877: 24  questions, ask questions, get them answered. This
877: 25  goes on for several hours, and then eventually the
878: 1  committee is asked to vote on questions that the FDA
878: 2  gives them that relate to the safety, efficacy and
878: 3  approvability of the drug.

**389**  **878:7 - 878:12**  Scolnick, Edward 2005-06-01   00:00:19
878: 7  Q: The process that you've just
878: 8  described, did that occur with respect to Vioxx
878: 9  before Vioxx was approved?
878: 10  A: Oh, yes.
878: 11  Q: I would like to show you a document
878: 12  that we'll mark as Exhibit 102.

**390**  **878:21 - 879:24**  Scolnick, Edward 2005-06-01   00:01:36
878: 21  Q: Dr. Scolnick, can you identify
878: 22  Exhibit 102, please?
878: 23  A: Yes. It's a letter to Dr. Robert
878: 24  Silverman, who was a senior director in the Merck
878: 25  Research Lab, regulatory affairs department. It is
879: 1  a letter that comes to him from Dr. Robert DeLap,
879: 2  M.D., Ph.D., who is director of drug evaluation at
879: 3  the FDA, and it relates to the new drug application

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

879: 4    of Vioxx.
879: 5    Q: Dr. Scolnick, what is the date of
879: 6    this letter from the FDA?
879: 7    A: I believe it's May 20, 1999.
879: 8    Q: Sir, I would like you to take a look,
879: 9    if you would, at the first page of Exhibit 102, and
879: 10    I'm going to ask you, if you would, please, to read
879: 11    out loud the fourth paragraph of this letter.
879: 12    A: The one that begins 'We have'?
879: 13    Q: Yes.
879: 14    A: The paragraph says, 'We have
879: 15    completed the review of this application, as
879: 16    amended, and have concluded that adequate
879: 17    information has been presented to demonstrate that
879: 18    the drug product is safe and effective for use as
879: 19    recommended in the enclosed labeling text.
879: 20    Accordingly, the application is approved effective
879: 21    on the date of this letter.'
879: 22    Q: Is this letter what is known as the
879: 23    approval letter for Vioxx?
879: 24    A: Yes, I believe so.

**879:25 - 881:10**    Scolnick, Edward 2005-06-01            00:02:26
879: 25    Q: Now, Dr. Scolnick, the paragraph that
880: 1    you just read to us refers to the 'enclosed labeling
880: 2    text.' Did the label for Vioxx, when it was
880: 3    approved, have any warnings for GI risks?
880: 4    A: Yes, it did. It had the same wording
880: 5    for warnings of GI risks that occurred with all
880: 6    prior nonsteroidal drugs.
880: 7    Q: Well, if Vioxx was supposed to be
880: 8    safer on the stomach, why didn't the label say it
880: 9    was safer than the other traditional pain relievers?
880: 10    A: The feeling of the FDA at the time
880: 11    and some other scientists was that we had clearly
880: 12    demonstrated the increased safety of the drug by the
880: 13    endoscopy methods. No one disputed that. The
880: 14    endoscopy methods, of course, measure ulcers and
880: 15    bleeding ulcers from patients on the drug. The FDA
880: 16    was not certain that there was a relationship
880: 17    between the greatly reduced incidence of ulcers
880: 18    determined by endoscopy and then bleeding from
880: 19    ulcers, perforations or obstructions that occurred
880: 20    from those ulcers, and, therefore, because that data
880: 21    was not yet available, they chose to not change the
880: 22    warning label for Vioxx.
880: 23    Q: The label that was approved for Vioxx
880: 24    when the drug was first approved, was that the label
880: 25    that Merck wanted?
881: 1    A: No. We felt that the endoscopy data
881: 2    was so strong and the meta analysis of perforations,
881: 3    ulcers and bleeds that we had gathered in our
881: 4    trials, comparative NSAIDs to Vioxx, also
881: 5    demonstrated that Vioxx had reduced incidence of
881: 6    that, we felt that the language of the warning for
881: 7    GI risks could have been and should have been
881: 8    modified based on the data we submitted to them.
881: 9    And we could not convince the FDA, no matter how
881: 10    hard we tried, to make that change.

**881:25 - 882:21**    Scolnick, Edward 2005-06-01            00:01:19
881: 25    Q: Dr. Scolnick, I would like to talk to
882: 1    you now about a Merck study that's known as the
882: 2    VIGOR study. Can you tell us what the general
882: 3    reasons were for Merck doing that study?
882: 4    A: Yes. As we discussed a few minutes
882: 5    ago, in order to have the typical warning language
882: 6    associated with GI labeling for even this new drug

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

882: 7   changed to reflect what we believed was improved
882: 8   gastrointestinal safety, we had to do studies
882: 9   additional to the endoscopy studies I described to
882: 10  you. And the general design of such a study was to
882: 11  test Vioxx compared to some other prior nonsteroidal
882: 12  in a large patient population and follow the reports
882: 13  and incidences of the serious gastrointestinal side
882: 14  effects of the two drugs in such a study.
882: 15  Q:  Did Merck consult with the FDA over
882: 16  the design of the VIGOR study?
882: 17  A:  Yes, we did.
882: 18  Q:  What were the drugs that were
882: 19  compared to each other in the VIGOR study?
882: 20  A:  Vioxx was compared to naproxen in
882: 21  patients with rheumatoid arthritis.

**883:3  -  883:18**   Scolnick, Edward 2005-06-01          00:00:52
883: 3   Q:  What was the dose for Vioxx that was
883: 4   used?
883: 5   A:  The dose of Vioxx was 50 milligrams,
883: 6   twice the usual dose for osteoarthritis, and the
883: 7   reasons for that were twofold, as I recall. One was
883: 8   that at the time we were still conducting our
883: 9   efficacy studies in rheumatoid arthritis, and we
883: 10  thought at the time that the dose was going to be 50
883: 11  milligrams in rheumatoid arthritis. So, in order to
883: 12  do an ethical study with a dose that we thought was
883: 13  the dose, 50 milligrams was chosen in that patient
883: 14  population. In addition, the FDA, I believe, had
883: 15  expressed some interest in having the study done at
883: 16  twice the usual dose in osteoarthritis in order to
883: 17  provide a worst case scenario test for the improved
883: 18  GI tolerability of the drug.

**883:22  -  884:19**   Scolnick, Edward 2005-06-01          00:01:12
883: 22  Q:  If Merck wanted to show that Vioxx
883: 23  was safer for the stomach, why not just compare
883: 24  Vioxx versus a placebo in the VIGOR trial?
883: 25  A:  The clinical patient population for
884: 1   whom Vioxx was indicated for chronic use was
884: 2   osteoarthritis approved, and hopefully was going to
884: 3   be rheumatoid arthritis. Those patients need some
884: 4   other medicine to control their pain, and one
884: 5   couldn't ethically do such a study, and one couldn't
884: 6   expect the patients to stay on placebo for a long
884: 7   period of time.
884: 8   Q:  What did you expect the data from the
884: 9   VIGOR study to show?
884: 10  A:  We expected it to show, even though
884: 11  the dose was 50 milligrams, a greatly improved set
884: 12  of results for the perforations, ulcers and bleeds
884: 13  that were the criteria for this study.
884: 14  Q:  How did your expectations affect your
884: 15  desire to see the results of the VIGOR study?
884: 16  A:  I've always wanted to see clinical
884: 17  results or basic research results right away, it's
884: 18  just my nature, and I wanted to see the results as
884: 19  soon as they were available.

391   **885:25  -  886:6**   Scolnick, Edward 2005-06-01          00:00:16
885: 25  Did there come a point in time when
886: 1   you saw the results from the VIGOR study?
886: 2   A:  Yes.
886: 3   Q:  When did that occur?
886: 4   A:  March 9, 2000.
886: 5   Q:  Were you among the first people at
886: 6   Merck to see those results?

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**392**  886:9 - 886:16  Scolnick, Edward 2005-06-01                            00:00:17
886: 9    THE WITNESS: I think I am shown the
886: 10   data or sent the data after the project team
886: 11   initially saw it and analyzed it, so, in that sense,
886: 12   I was among the first, but I was not in the very
886: 13   first group.
886: 14   BY MR. RABER:
886: 15   Q: What was your initial reaction to the
886: 16   VIGOR results?

**393**  886:19 - 887:4  Scolnick, Edward 2005-06-01                            00:00:29
886: 19   THE WITNESS: I was extremely pleased
886: 20   at the GI outcomes which were much better for Vioxx
886: 21   than naproxen, even the 50 milligrams of Vioxx, and
886: 22   I was stunned and surprised at the cardiovascular
886: 23   differences seen in the trial between naproxen and
886: 24   Vioxx. I did not expect to see such a result.
886: 25   BY MR. RABER:
887: 1    Q: Did you ever put down that initial
887: 2    reaction in writing?
887: 3    A: Yes, I did. I sent an e-mail to some
887: 4    members of the project team stating that.

**394**  887:19 - 889:9  Scolnick, Edward 2005-06-01                            00:01:58
887: 19   Q: Dr. Scolnick, is Exhibit 14 in front
887: 20   of you, the e-mail that you just referred to?
887: 21   A: Yes, it is.
887: 22   Q: In your e-mail you write: 'To all:
887: 23   I just received and went through the data. Thank
887: 24   you for sending it to me. There is no doubt about
887: 25   the pub data. Very very strong. As expected.' Do
888: 1    you see that?
888: 2    A: Yes, I do.
888: 3    Q: What is the 'pub data'?
888: 4    A: PUB is shorthand for perforations,
888: 5    ulcers and bleeds. Those were the serious side
888: 6    effects of prior nonsteroidals that everyone wanted
888: 7    to know about.
888: 8    Q: When you say 'Very very strong. As
888: 9    expected,' what were you referring to?
888: 10   A: I was referring to the fact that the
888: 11   first look at the data, there seemed to be a
888: 12   dramatic increase in the number of those compared to
888: 13   naproxen in the study.
888: 14   Q: You go on to say: 'General safety is
888: 15   better than could hope for in this patient
888: 16   population. Incidences of hypertension, renal
888: 17   anything, edema, liver, all great - very safe.
888: 18   Very, very safe.' Do you see that?
888: 19   A: Yes, I do.
888: 20   Q: When you are talking about 'better
888: 21   than could hope for in this patient population,'
888: 22   what does that refer to?
888: 23   A: These patients were patients who had
888: 24   rheumatoid arthritis, a very serious illness. Many
888: 25   of them would be on steroids in addition to whatever
889: 1    nonsteroidal anti-inflammatories, some other
889: 2    medications also, and a somewhat fragile patient
889: 3    population in that regard. Therefore, whenever one
889: 4    tests any kind of drug in a patient population
889: 5    that's sick to begin with, as these patients were,
889: 6    one worries that one might see side effects that
889: 7    would show up in an unexpected way, and those were
889: 8    not seen and not detected in the trial, and I was
889: 9    very pleased about that.

**395**  889:18 - 890:11  Scolnick, Edward 2005-06-01                            00:00:41

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

889: 18   Q: Dr. Scolnick, you then go to say,
889: 19   'The CV events are clearly there.' Do you see that?
889: 20   A: Yes, I do.
889: 21   Q: What does that refer to?
889: 22   A: What I was referring to was the
889: 23   reports of the cardiovascular events in the two arms
889: 24   of the trial and that the two curves were different,
889: 25   the incidence of curves were clearly
890: 1   distinguishable.
890: 2   Q: There was a difference in the number
890: 3   of CV events between the Vioxx group and the
890: 4   naproxen group. Is that what you're saying?
890: 5   A: Yes, that's exactly what I'm saying.
890: 6   Q: Further down you say, 'it is
890: 7   mechanism based as we worried it was.' Do you see
890: 8   that?
890: 9   A: Yes, I do.
890: 10   Q: What does it mean when you say 'it is
890: 11   mechanism based'? What were you referring to?

396   890:14 - 894:13   Scolnick, Edward 2005-06-01      00:05:05
890: 14   THE WITNESS: Well, as part of my
890: 15   initial reaction, as I've described many times, I
890: 16   hadn't expected these results, and my very first
890: 17   reaction was that Vioxx had elevated the rate as
890: 18   opposed to naproxen lowering the rate, and my
890: 19   connection was to the prostacyclin hypothesis, which
890: 20   was my set of first thoughts when I saw the data.
890: 21   That's what I was talking about, since COX-2
890: 22   inhibitors had been shown to lower prostacyclin in
890: 23   the urine.
890: 24   BY MR. RABER:
890: 25   Q: You go on to say at the end of this
891: 1   e-mail 'We have a great drug' and you say 'The class
891: 2   will do well.' Do you see those references?
891: 3   A: Yes, I do.
891: 4   Q: What did you mean by that?
891: 5   A: Well, that even if these results were
891: 6   caused by Vioxx as opposed to not being caused by
891: 7   Vioxx, the incidence was low, we could change the
891: 8   label to reflect the results, the drug still had a
891: 9   significant benefit to patients, and people and we
891: 10   would learn how to use it safely in people and still
891: 11   produce the benefit with an articulation of what
891: 12   could have been a known risk at that point -- what I
891: 13   thought was a known risk at that point.
891: 14   Q: Dr. Scolnick, did there come a time
891: 15   when members of the Vioxx team informed you that
891: 16   there might be another explanation for the
891: 17   difference in the CV events between Vioxx and
891: 18   naproxen?
891: 19   A: Yes. Subsequently to this, and I
891: 20   don't recall whether it was this evening or the next
891: 21   day, members of the team told me they, in fact,
891: 22   thought there was a very plausible and more likely
891: 23   explanation for the differences in the event rates
891: 24   in the two arms of the trial.
891: 25   Q: What did you instruct the Vioxx team
892: 1   members to do at that point?
892: 2   A: Well, they told me that because
892: 3   naproxen was at this dose twice a day, 500
892: 4   milligrams twice a day, had potent anti-platelet
892: 5   activity, that the more plausible explanation was
892: 6   that naproxen had actually lowered the CV event rate
892: 7   in the trial. So, I said to them, well, that sounds
892: 8   good, but what other evidence is there to support
892: 9   that? So, let's look back at all of our clinical
892: 10   trial data and see if there's any other evidence for

892: 11  that, and what other evidence can you find that
892: 12  naproxen or drugs like naproxen couldn't be
892: 13  cardioprotective.
892: 14  Q:  Did the Vioxx team present you with
892: 15  any evidence of naproxen's ability to inhibit
892: 16  platelets the way that they had described?
892: 17  A:  Yes. They told me about it and I
892: 18  believe showed me a graph which showed that naproxen
892: 19  500 milligrams twice a day was potent, had a potent
892: 20  anti-platelet effect throughout the day and compared
892: 21  that to ibuprofen and diclofenac, two other members
892: 22  of the class which did not in their usual dosage
892: 23  regimens have that kind of effect, and, therefore,
892: 24  naproxen was unique as a prototypical
892: 25  anti-inflammatory drug.
893: 1   Q:  That data about naproxen that you
893: 2   were shown, was that data that had been obtained in
893: 3   a Merck-related study?
893: 4   A:  The biochemistry data I'm talking
893: 5   about in people, I think, was in a Merck study, yes,
893: 6   clinical pharmacology study.
893: 7   Q:  That data, were you aware of that
893: 8   data when you wrote your e-mail on March 9, 2000?
893: 9   A:  No. I had not been aware of it. I
893: 10  was very surprised at this data and had not heard
893: 11  about the naproxen effect before they told me about
893: 12  it.
893: 13  Q:  In your words, what did that data
893: 14  about naproxen suggest to you at that point?
893: 15  A:  Well, at that point, my thinking, I
893: 16  thought, well, they have a plausible hypothesis
893: 17  here. This is certainly -- based on the
893: 18  anti-platelet activity, they could be seeing a
893: 19  naproxen-protective effect. I wanted them to look
893: 20  at all our other clinical trial data again and was
893: 21  really struggling with trying to find a way to get
893: 22  more placebo-controlled data. Because in this
893: 23  trial, what we had from our database at that point
893: 24  was, on the one hand we had Vioxx versus all the
893: 25  nonsteroidals which had been tested in our trials,
894: 1   Phase IIb/III trials and extensions where we had
894: 2   seen no difference in cardiovascular event rates.
894: 3   Then now we had a trial where at 50 milligrams of
894: 4   Vioxx versus naproxen we had a difference, and those
894: 5   were two different databases, neither of which had a
894: 6   placebo against it. So, their interpretation based
894: 7   on the anti-platelet activity was naproxen had
894: 8   lowered the heart attack rate consistent with the
894: 9   fact that it was different biochemically from other
894: 10  nonsteroidals and Vioxx was not different from them
894: 11  in CV events. I said the tie breaker here has to be
894: 12  placebo data, and how much placebo data do we have
894: 13  to see if Vioxx is different from placebo.

397   894:16  -  895:25   Scolnick, Edward 2005-06-01                          00:01:52

894: 16  Q:  Before we get to placebo data, did
894: 17  the Vioxx project team provide you with any other
894: 18  biochemical or pharmacological information that
894: 19  suggested a drug like naproxen could inhibit
894: 20  platelets like aspirin?
894: 21  A:  Yes. They actually told me about and
894: 22  then subsequently sent me a paper on a drug called
894: 23  flurbiprofen, which is a very potent nonsteroidal.
894: 24  In the doses given in the trials they cited to me,
894: 25  it blocks platelets like naproxen. It had been
895: 1   tested in a very high risk patient population in
895: 2   which patients had their arteries open, something
895: 3   called angioplasty today, and then followed for six

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

895: 4    months with and without flurbiprofen treatment to
895: 5    see if flurbiprofen lowered the restenosis,
895: 6    reclotting rate of these opened arteries. And to
895: 7    and behold, flurbiprofen had a dramatic benefit to
895: 8    those patients that dropped the restenosis rate, the
895: 9    rethrombosis rate dramatically in those patients.
895: 10    Subsequently they told me about a
895: 11    drug called indobufen which had even more data
895: 12    associated with it. It had two other clinical
895: 13    situations. It had an actual heart bypass graft
895: 14    where it blocked the stenosis, subsequent clotting
895: 15    of that, and yet another situation, patients who
895: 16    have a rhythm disturbance in their atrium which sets
895: 17    them up to have clots, called atrial fibrillation,
895: 18    and giving those patients indobufen reduced the
895: 19    incidence of their thrombotic events.
895: 20    So, they had three pieces of
895: 21    information with drugs like naproxen, which was very
895: 22    strong clinical evidence to support the biochemical
895: 23    evidence that we had with naproxen at that point.
895: 24    Q: I would like to show you a document
895: 25    that we'll mark as Exhibit 103.

398   896:13 - 899:11    Scolnick, Edward 2005-06-01      00:04:01

896: 13    Q: Dr. Scolnick, can you identify
896: 14    Exhibit 103, please?
896: 15    A: Yes. Exhibit 103 is a paper from the
896: 16    European Heart Journal published in 1993. The title
896: 17    of the paper is 'Evaluation of flurbiprofen for
896: 18    prevention of reinfarction and reocclusion after
896: 19    successful thrombolysis or angioplasty in acute
896: 20    myocardial infarction.'
896: 21    Q: Is this Exhibit 103, the flurbiprofen
896: 22    data or paper that you referred to earlier in your
896: 23    testimony?
896: 24    A: Yes, it is.
896: 25    Q: Were you aware of the data contained
897: 1    in this paper on flurbiprofen when you wrote your
897: 2    e-mail on March 9, 2000?
897: 3    A: No, I was not.
897: 4    Q: Similarly, were you aware of the data
897: 5    regarding the drug indobufen when you wrote your
897: 6    e-mail on March 9, 2000?
897: 7    A: No, I was not.
897: 8    Q: You mentioned a few minutes ago
897: 9    something about placebo data. Can you tell us what
897: 10    else you and your team looked at to answer the
897: 11    question of whether the difference in the CV rates
897: 12    between naproxen and Vioxx was due to naproxen?
897: 13    A: During the discussion of trying to
897: 14    figure out a way to look at placebo data, someone, I
897: 15    don't recall who, reminded us that we had an ongoing
897: 16    trial in patients with Alzheimer's disease. This
897: 17    trial compared placebo to 25 milligrams of Vioxx,
897: 18    and I don't recall whether it was a treatment trial
897: 19    or a prevention trial, but it was attempting to
897: 20    improve the lot, the clinical benefit to patients
897: 21    with Alzheimer's. The reason this trial was ongoing
897: 22    was there was a theory, again a hypothesis, that
897: 23    such an anti-inflammatory would improve the clinical
897: 24    condition or prevent the progression of Alzheimer's
897: 25    disease based on literature post hoc epidemiology
898: 1    data, but it was only a hypothesis.
898: 2    And it was now regarded that Vioxx
898: 3    was safe enough on the stomach to test this theory
898: 4    in patients with Alzheimer's compared to placebo.
898: 5    No drug had ever been shown to retard the
898: 6    progression of Alzheimer's, so, it was perfectly

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | 898: 7 | ethical to do the study versus placebo, it was a | | |
| | 898: 8 | fairly large study. And the group thought very | | |
| | 898: 9 | sharply, they figured out that -- there were only | | |
| | 898: 10 | two arms in the trial, treatment arm A and treatment | | |
| | 898: 11 | arm B. They were blinded, but during any trial, | | |
| | 898: 12 | including this one, we always record immediately in | | |
| | 898: 13 | our database adverse experience reports that come in | | |
| | 898: 14 | during the course of the trial, and, therefore, this | | |
| | 898: 15 | database had potentially in it cardiovascular | | |
| | 898: 16 | adverse experience reports from the Alzheimer's | | |
| | 898: 17 | trial, an old population presumably with some | | |
| | 898: 18 | underlying heart disease. | | |
| | 898: 19 | So, we said, terrific, is there a way | | |
| | 898: 20 | without unblinding the whole trial that we can look | | |
| | 898: 21 | at this safety data, column A and column B. And it | | |
| | 898: 22 | was clear, made clear by the statistics group to me | | |
| | 898: 23 | that we could do that without compromising the trial | | |
| | 898: 24 | by just aggregating the data under treatment A and | | |
| | 898: 25 | treatment B, and they would enumerate the | | |
| | 899: 1 | cardiovascular side effects. | | |
| | 899: 2 | And I said that's just terrific, go | | |
| | 899: 3 | do it right away. I want to know the minute you | | |
| | 899: 4 | know the answer to this. So, they did all the | | |
| | 899: 5 | things necessary to do this legally, and they | | |
| | 899: 6 | enumerated all the data, they called me 48 hours | | |
| | 899: 7 | later in the evening on a Sunday night and told me | | |
| | 899: 8 | that there was no difference in the event rates in | | |
| | 899: 9 | treatment A and treatment B arm. That was greatly | | |
| | 899: 10 | reassuring. | | |
| | 899: 11 | Q: Why was that significant to you? | | |
| 399 | 899:14 - 900:10 | Scolnick, Edward 2005-06-01 | 00:01:01 | |
| | 899: 14 | THE WITNESS: That was significant to | | |
| | 899: 15 | me because it was in my mind the critical piece of | | |
| | 899: 16 | information to accept the naproxen hypothesis that | | |
| | 899: 17 | the group had put forward. We knew naproxen could | | |
| | 899: 18 | be potentially cardioprotective based on all the | | |
| | 899: 19 | data I've talked to you about, but I wanted to see | | |
| | 899: 20 | data versus Vioxx, because if they were right, Vioxx | | |
| | 899: 21 | versus placebo should not have been different. And | | |
| | 899: 22 | when I was told this data, I was reassured, but I | | |
| | 899: 23 | then asked the statistician who called me, I want to | | |
| | 899: 24 | know not just the grouped data that that you've | | |
| | 899: 25 | given me, I want to know all the categories of | | |
| | 900: 1 | cardiovascular events in both treatment arms, A and | | |
| | 900: 2 | B. And he read me those on the phone and, again, | | |
| | 900: 3 | they were no different. And so I was really | | |
| | 900: 4 | relieved and reassured, and thought, well, they are | | |
| | 900: 5 | right, I was wrong, and the naproxen hypothesis is | | |
| | 900: 6 | the explanation for this. | | |
| | 900: 7 | BY MR. RABER: | | |
| | 900: 8 | Q: Did Merck do anything to look at the | | |
| | 900: 9 | osteoarthritis data that it was continuing to | | |
| | 900: 10 | collect at that point? | | |
| 400 | 900:12 - 901:1 | Scolnick, Edward 2005-06-01 | 00:00:48 | |
| | 900: 12 | THE WITNESS: Yes. We continually | | |
| | 900: 13 | looked at that data, as more and more patients | | |
| | 900: 14 | accrued from different trials, updated it, did large | | |
| | 900: 15 | meta-analyses of the trials comparing Vioxx to the | | |
| | 900: 16 | other comparators, continually looking to see if | | |
| | 900: 17 | there was a signal, and there was no signal. | | |
| | 900: 18 | Q: All right. | | |
| | 900: 19 | Dr. Scolnick, then after you | | |
| | 900: 20 | considered the data about naproxen, after you | | |
| | 900: 21 | considered the data about flurbiprofen and the data | | |
| | 900: 22 | about indobufen and the data from the Alzheimer's | | |
| | 900: 23 | trials comparing Vioxx with placebo, what did you | | |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

900: 24   conclude was the best explanation for the
900: 25   differences in CV events that occurred in the VIGOR
901: 1   study?

401   901:3 - 901:6   Scolnick, Edward 2005-06-01     00:00:11
901: 3   THE WITNESS: I concluded the team
901: 4   had been right and I had been wrong, that the
901: 5   naproxen arm was lower than the Vioxx arm because
901: 6   naproxen had been cardioprotective.

901:8 - 903:13   Scolnick, Edward 2005-06-01     00:03:04
901: 8   Q: Dr. Scolnick, what did Merck do to
901: 9   make the VIGOR results public?
901: 10   A: Merck did two things. First of all,
901: 11   it had a large number of ongoing trials with Vioxx
901: 12   and with its second COX-2 inhibitor, Arcoxia. The
901: 13   protocols for those trials at that time had excluded
901: 14   the use of aspirin. And now that we knew about the
901: 15   naproxen being cardioprotective, if there were
901: 16   patients that were in those trials who had
901: 17   underlying cardiac disease and who otherwise might
901: 18   have benefited from aspirin, we wanted to make the
901: 19   protocol changes so the investigators carrying out
901: 20   those trials would be allowed to use aspirin. So,
901: 21   we wrote in a letter to all the investigators and
901: 22   sent it out right away that stated the results of
901: 23   the VIGOR trial, giving all the data, and telling
901: 24   them that they could now use aspirin, Vioxx was not
901: 25   a substitute for aspirin.
902: 1   We also wanted to make the data
902: 2   available more widely so that all the data would be
902: 3   known in people who were wondering whether to use
902: 4   aspirin or not, although that was allowed in the
902: 5   label, and appropriate patients would use it, and
902: 6   because this was a trial with twice the approved
902: 7   dose because it was a clinical trial, we were not
902: 8   approved for rheumatoid arthritis, we weren't
902: 9   approved for this dose, we thought the fastest way
902: 10   to do this, because the FDA review would take some
902: 11   time, would be to put out a press release giving all
902: 12   the information. And we did that, again,
902: 13   concomitant with the investigator letter. We
902: 14   subsequently presented this information within a
902: 15   couple of months at a big meeting, gastrointestinal
902: 16   meeting, attended by a number of people and then it
902: 17   was subsequently published in an article in, I
902: 18   think, Circulation, after it was peer reviewed.
902: 19   Q: You mentioned earlier -- well, let me
902: 20   ask you this. Did Merck also provide the VIGOR data
902: 21   to the FDA after you got the results?
902: 22   A: Yes. The FDA was notified
902: 23   immediately when the data became available, and it
902: 24   was immediately analyzed, and then it was submitted,
902: 25   the full package of data was submitted within three
903: 1   months of getting this very large study, 8,000
903: 2   patients, to the FDA, very rapid putting together of
903: 3   all the data. We were anxious to have it reviewed.
903: 4   It had the GI safety data in it, it had the
903: 5   cardiovascular difference in it, and it had the
903: 6   rheumatoid arthritis potential indication in it
903: 7   which had been part of our studies. It was a very
903: 8   large package.
903: 9   Q: Dr. Scolnick, earlier today you told
903: 10   us about FDA Advisory Committees. My question for
903: 11   you is, was there an FDA Advisory Committee meeting
903: 12   that was held to deal with the results from the
903: 13   VIGOR study?

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

**903:16 - 904:12**   Scolnick, Edward 2005-06-01                     00:01:02

903: 16   THE WITNESS: Yes, there was. In
903: 17   spring of 2001, I don't remember the exact month
903: 18   now, there was an FDA Advisory Committee meeting.
903: 19   BY MR. RABER:
903: 20   Q: Was that FDA Advisory Committee
903: 21   meeting relating to the VIGOR results a public
903: 22   proceeding?
903: 23   A: Yes, it was.
903: 24   Q: In general, what happened at that
903: 25   Advisory Committee meeting as best you can recall?
904: 1   A: Well, I don't remember the details of
904: 2   the meeting, but it followed the form of the usual
904: 3   Advisory Committees. We presented a background
904: 4   package, the FDA did, we presented our data, the
904: 5   Merck team did, that is, and the FDA presented full
904: 6   discussion, lots of questions, lots of debate about
904: 7   the gastrointestinal data, the cardiovascular data,
904: 8   and then votes that -- I don't remember the
904: 9   questions that the group was asked, votes about it.
904: 10   The whole day came out, I thought, very favorably.
904: 11   Everyone looked at the data and basically accepted
904: 12   the hypothesis with some caveats that you needed to
904: 13   follow up on this and be 100,000 percent sure.

903:24-904:13
**Pltf Objection:**
Hearsay

**Def Response:**
Witness is merely
describing what
happened at a meeting
he attended. Also, not
offered for the truth, but
offered to show what
was said and to show
state of mind

*Overruled* (handwritten)

**904:17 - 904:20**   Scolnick, Edward 2005-06-01                     00:00:09

904: 17   Q: Dr. Scolnick, did the FDA Advisory
904: 18   Committee recommend at that time that Vioxx be taken
904: 19   off the market?
904: 20   A: No, not at all.

**402**   **905:1 - 907:16**   Scolnick, Edward 2005-06-01                     00:03:32

905: 1   Can you identify the e-mail that
905: 2   appears towards the bottom of this exhibit?
905: 3   A: Yes, I can. It's an e-mail from
905: 4   myself on February 8th to Douglas Greene, Alise
905: 5   Reicin, Alan Nies, Harry Guess, Deborah Shapiro and
905: 6   Thomas Simon, and the subject is 'Today.'
905: 7   Q: Doctor, your e-mail reads 'To ALL.'
905: 8   Well, let me back up. What was the context of your
905: 9   sending this e-mail to those individuals on this
905: 10   day?
905: 11   A: The context was to congratulate them
905: 12   for the wonderful job they had done in presenting
905: 13   the data to the committee, answering all the
905: 14   questions in great detail, being prepared for the
905: 15   details that the Advisory Committee wanted on
905: 16   additional questions, and I thought they had just
905: 17   done a fantastic job, and I wanted to encourage them
905: 18   and tell them what a great job it was.
905: 19   Q: Your E-mail reads: 'To ALL. I bit
905: 20   my nails all day. You all were FANTASTIC. You made
905: 21   them look like grade d high school students and you
905: 22   won big huge and completely. You should be proud
905: 23   happy and exhausted. Enjoy and bask in the warmth
905: 24   of having done an impossible job superbly/Ed.' Do
905: 25   you see that?
906: 1   A: Yes, I do.
906: 2   Q: Can you explain to us your reference
906: 3   there to making someone look like grade D high
906: 4   school students?
906: 5   A: Yes. I was trying to praise the team
906: 6   in a way that was simply an analogy to something
906: 7   that had that happened several years ago during our
906: 8   Crixivan NDA review.
906: 9   Q: What had happened there?
906: 10   A: When we presented Crixivan at a

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

906: 11 comparable FDA Advisory Committee meeting, and I
906: 12 don't recall the exact year this was, it was in the
906: 13 earlier '90s, we had come -- it was a two-day
906: 14 meeting on protease inhibitors. Another sponsor had
906: 15 presented theirs on the first day, and we were
906: 16 presenting on the second day. Our presentation was
906: 17 finished by the physician who made it, and when he
906: 18 finished, the first hand up from the Advisory
906: 19 Committee was from someone on the committee who said
906: 20 to our presenter, that was fantastic. You made them
906: 21 look like grade D high school students. And that
906: 22 was all I was referring to here. It was a laudatory
906: 23 comment by a member of this past Advisory Committee,
906: 24 and I was sort of reminding them of that comment in
906: 25 a kind of jovial way when I was so proud of them for
907: 1 what they had done.
907: 2 Q: You refer later on in this e-mail to
907: 3 your team 'having done an impossible job superbly.'
907: 4 Do you see that?
907: 5 A: Yes, I do.
907: 6 Q: What's the 'impossible job' that
907: 7 you're referring to?
907: 8 A: Well, I thought that having a public
907: 9 discussion about cardiovascular events was a very
907: 10 difficult subject to handle and that they did it in
907: 11 an unemotional way where it was carried out in a
907: 12 completely rational discussion with full disclosure
907: 13 of all the data without anyone becoming emotional
907: 14 about it either on our side or the committee side,
907: 15 so that all the data could be considered rationally,
907: 16 and a most rational decision could be made.

**907:17 - 909:9**   Scolnick, Edward 2005-06-01                    00:02:11
907: 17 Q: Dr. Scolnick, had the
907: 18 cardioprotective effect of naproxen ever been
907: 19 observed like this in a clinical trial?
907: 20 A: No, it had not.
907: 21 Q: Why not?
907: 22 A: It had not -- first of all, such a
907: 23 trial had never been done. So, the question really
907: 24 is, why had it never been done the way trials with
907: 25 aspirin had been done. We need to spend a minute
908: 1 explaining what's been done for aspirin and why one
908: 2 is able to do that, and then one can discuss
908: 3 naproxen.
908: 4 Q: Okay. Would you please do that?
908: 5 A: Yes.
908: 6 Aspirin has been tested many times to
908: 7 be cardioprotective and found to be
908: 8 cardioprotective. The reason one can do that is
908: 9 aspirin blocks the enzyme in platelets that's
908: 10 responsible for its cardioprotective effect. You
908: 11 can do that with giving a relatively low dose of
908: 12 aspirin because aspirin inhibits that enzyme
908: 13 irreversibly. It binds to the enzyme, and it never
908: 14 comes off. That cell, that platelet, can't remake
908: 15 that enzyme until more platelets come out of the
908: 16 bone marrow. That takes a long time. Basically, it
908: 17 takes a day. The doses of aspirin to do that have a
908: 18 small effect on the stomach, so, they produce a
908: 19 little bit of ulcer problem in the stomach, but
908: 20 because it is irreversibly bound to the platelet
908: 21 enzyme, you can get a therapeutic benefit, a
908: 22 therapeutic index between the platelet and the
908: 23 stomach with aspirin with a low dose.
908: 24 Naproxen does not bind irreversibly
908: 25 to the platelet enzyme. It is reversible. In order
909: 1 to have it block 24 hours the way aspirin does, you

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 909: 2 | have to keep the dose up like 500 milligrams twice a | | |
| 909: 3 | day so the blood levels of naproxen stay up during | | |
| 909: 4 | that 24-hour period of time. In doing that, you | | |
| 909: 5 | don't get selectivity between the platelet and the | | |
| 909: 6 | stomach, and you would have produced a significant | | |
| 909: 7 | number of ulcers just as shown in the VIGOR trial. | | |
| 909: 8 | That's why naproxen was never tested before in my | | |
| 909: 9 | opinion. | | |

| **909:12 · 910:8** | **Scolnick, Edward 2005-06-01** | **00:01:12** | |
|---|---|---|---|
| 909: 12 | Q: Dr. Scolnick, after you had reached | | |
| 909: 13 | the conclusion that naproxen had been | | |
| 909: 14 | cardioprotective in the VIGOR trial, did Merck stop | | |
| 909: 15 | analyzing this question? | | |
| 909: 16 | A: No. We constantly -- I constantly | | |
| 909: 17 | continued to worry about it, what other evidence | | |
| 909: 18 | could we get, what else could we do, what other | | |
| 909: 19 | trials could we do, what other databases could we do | | |
| 909: 20 | to further challenge our conclusions. | | |
| 909: 21 | Q: If you thought that naproxen was the | | |
| 909: 22 | reason for the VIGOR results, why did you continue | | |
| 909: 23 | to worry? | | |
| 909: 24 | A: Because that's just my nature. I | | |
| 909: 25 | always worried about the safety of our drugs, and I | | |
| 910: 1 | wanted even more data to even further draw the | | |
| 910: 2 | conclusion or firm up the conclusion that we had | | |
| 910: 3 | made. I wanted to find a way -- to me, we had the | | |
| 910: 4 | Alzheimer's placebo controlled data which was very | | |
| 910: 5 | strong. I wanted to try to find a way to have | | |
| 910: 6 | additional placebo-controlled data to compare Vioxx | | |
| 910: 7 | to to go an extra mile to prove the safety of the | | |
| 910: 8 | drug. | | |

| **910:13 · 913:10** | **Scolnick, Edward 2005-06-01** | **00:03:37** | |
|---|---|---|---|
| 910: 13 | Dr. Scolnick, looking at Exhibit 5, | | |
| 910: 14 | can you please identify for us the e-mail that | | |
| 910: 15 | appears at the very bottom of the first page? | | |
| 910: 16 | A: Yes. It's an e-mail from myself to | | |
| 910: 17 | Dr. Alise Reicin. Its subject is 'RA and CV | | |
| 910: 18 | mortality,' rheumatoid arthritis and cardiovascular | | |
| 910: 19 | mortality. | | |
| 910: 20 | Q: What is the date of this e-mail? | | |
| 910: 21 | A: April 12, 2000. | | |
| 910: 22 | Q: Is that before or after -- strike | | |
| 910: 23 | that. | | |
| 910: 24 | Was this before or after the VIGOR | | |
| 910: 25 | results had come out? | | |
| 911: 1 | A: It was afterwards, a little more than | | |
| 911: 2 | after a month after the VIGOR results. | | |
| 911: 3 | Q: You say in your e-mail to Alise | | |
| 911: 4 | Reicin: 'Hi Alise I have been trading e-mails with | | |
| 911: 5 | Doug Greene in real time. We all are online too | | |
| 911: 6 | late. I will tell you my worry quotient is high. I | | |
| 911: 7 | actually am in minor agony.' Do you see that? | | |
| 911: 8 | A: Yes, I do. | | |
| 911: 9 | Q: Why at this point was your worry | | |
| 911: 10 | quotient high and were you in minor agony? | | |
| 911: 11 | A: Because I was constantly looking at | | |
| 911: 12 | all the data we had and although accepting it as | | |
| 911: 13 | the, by far, likeliest explanation, I wanted to get | | |
| 911: 14 | even more data comparing Vioxx to something like | | |
| 911: 15 | placebo to put all doubts aside of what was going on | | |
| 911: 16 | in the VIGOR trial. | | |
| 911: 17 | Q: You write in this e-mail: 'What I | | |
| 911: 18 | really want to do is a 10000 versus 10000 patient | | |
| 911: 19 | study in mild-moderate OA Tylenol versus Vioxx with | | |
| 911: 20 | prn low dose aspirin for those judged to need it.' | | |
| 911: 21 | Do you see that? | | |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

911: 22    A: Yes.
911: 23    Q: What were you referring to there?
911: 24    A: Well, I've always tried to suggest
911: 25    trials to people to consider and try to see if they
912: 1    are feasible. So, what I was thinking about was a
912: 2    trial on osteoarthritis comparing Tylenol to Vioxx,
912: 3    Tylenol had an excellent safety record, and allowing
912: 4    patients who needed low dose aspirin to have it in
912: 5    the trial, and that Tylenol would in a sense in this
912: 6    trial be a substitute for placebo. And that was an
912: 7    idea that I came up with in thinking about what else
912: 8    we could do.
912: 9    Q: You say in this e-mail in all capital
912: 10    letters: 'WE WILL NOT KNOW FOR SURE WHAT IS GOING

912: 11    ON UNTIL WE DO THIS STUDY. PLEASE THINK HARD ABOUT
912: 12    THE DESIGN BEFORE THE PAC MEETING.' Do you see
912: 13    that?
912: 14    A: Yes, I do.
912: 15    Q: Why were you communicating that
912: 16    message to Alise Reicin in all capital letters?
912: 17    A: Alise was part of or one of the
912: 18    leaders of some part of the project team at that
912: 19    point, I don't recall, and so she would be
912: 20    responsible for thinking about trial designs that we
912: 21    were all thinking about at that point, and I was
912: 22    tossing out an idea to her, just as I did oftentimes
912: 23    to many other people in MRL over the years I was
912: 24    president. They didn't always accept them. They
912: 25    sometimes did. They sometimes told me why a study
913: 1    couldn't be done and would challenge me back and
913: 2    say, well, we can't do this, but we can do that,
913: 3    what do you think, and that would be the kind of
913: 4    dialogue we would have all the time.
913: 5    Q: But why did you write that particular
913: 6    message in all capital letters?
913: 7    A: Because at this time, although I
913: 8    accepted their hypothesis based on all our
913: 9    discussions, I still thought we needed even more
913: 10    data to have 1,000 percent certainty.

**913:24  -  914:6    Scolnick, Edward 2005-06-01            00:00:06**
913: 24    Q: Dr. Scolnick, after you wrote this
913: 25    e-mail to Alise Reicin on April 12, 2000, did Merck
914: 1    continue to collect and analyze data about Vioxx
914: 2    during the year 2000?
914: 3    A: Yes. We continually looked at the
914: 4    updated, ongoing trial database to see if there was
914: 5    a difference between Vioxx and the other
914: 6    nonsteroidals.

**918:16  -  919:1    Scolnick, Edward 2005-06-01            00:00:32**
918: 16    Q: Dr. Scolnick, did you consider taking
918: 17    Vioxx off the market in light of the VIGOR results?
918: 18    A: No, not at all. I never considered
918: 19    taking it off the market. As you know, I told you
918: 20    what my initial reaction was, and in the context of
918: 21    that initial reaction, I considered what kind of
918: 22    labeling we would have. But as the data evolved and
918: 23    there was no evidence to support my initial
918: 24    reaction, I never considered taking it off the
918: 25    market at all, even though I hadn't even considered
919: 1    it in the beginning.

403    **919:2  -  919:4    Scolnick, Edward 2005-06-01            00:00:07**
919: 2    Q: Before the VIGOR results came out,
919: 3    had you used Vioxx personally?

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|
| | 919: 4 | | A: Yes. | | |

**404**  919:7 - 919:18   Scolnick, Edward 2005-06-01   00:00:26

919: 7   Q: For what condition?
919: 8   A: I have a chronic sciatic nerve
919: 9   problem due to a disc and a back fusion that was
919: 10   done in the late '70s.
919: 11   Q: How often did you take Vioxx before
919: 12   the VIGOR results came out?
919: 13   A: On the average, once or twice a week.
919: 14   Sometimes several days in a row when I traveled, but
919: 15   on the average, once or twice a week.
919: 16   Q: After the VIGOR results came out and
919: 17   showed a difference between Vioxx and naproxen, did
919: 18   you stop taking Vioxx?

919:2-21
Pltf Obj: R. 401, 403

Sustained.

*Sustained for reasons previously stated*

*403: drug too case specific to bart wearing*

**405**  919:20 - 919:21   Scolnick, Edward 2005-06-01   00:00:03

919: 20   THE WITNESS: No. I used it in the
919: 21   same way.

**406**  920:10 - 920:24   Scolnick, Edward 2005-06-01   00:00:56

920: 10   Q: Did you ever share your thoughts
920: 11   after you had seen all the data relating to naproxen
920: 12   and Vioxx and placebo, did you ever share your
920: 13   feeling that you believed there was no safety
920: 14   problem with Vioxx?
920: 15   A: Yes. I told people that all the
920: 16   evidence we had was completely consistent with the
920: 17   fact that naproxen was cardioprotective, that one
920: 18   could not exclude any effect of Vioxx, because that
920: 19   was trying to prove a negative, and that was very
920: 20   difficult to do in science, and those were the kinds
920: 21   of statements I would make to people.
920: 22   Q: Dr. Scolnick, I want to show you a
920: 23   document we'll mark as Exhibit 105. It has the
920: 24   numbers MRK-ACT0009918.

**407**  921:6 - 922:4   Scolnick, Edward 2005-06-01   00:01:21

921: 6   Q: Can you identify for us the e-mail
921: 7   that appears in the middle of the page on Exhibit
921: 8   105?
921: 9   A: Yes. It is an e-mail from myself to
921: 10   Alan Nies, Alise Reicin and Harry Guess. The
921: 11   subject is: 'A word of Praise.'
921: 12   Q: What is the date of this e-mail?
921: 13   A: February 4, 2001.
921: 14   Q: What was the context for sending this
921: 15   e-mail to that group on February 4 of 2001?
921: 16   A: I believe they were getting close to
921: 17   the FDA Advisory Committee on the VIGOR results, and
921: 18   I wanted to tell them that they had done a terrific
921: 19   job, and I was no longer worried about the safety of
921: 20   the drug and all the issues that we've covered and,
921: 21   again, thank them for the enormous amount of work
921: 22   they had done so well. They were extremely
921: 23   thorough.
921: 24   Q: Your e-mail says towards the middle
921: 25   'We all worried to death about the CV events last
922: 1   Spring.' Then it says: 'But I was sick at the
922: 2   thought we might be doing harm to patients.' Do you
922: 3   see that?
922: 4   A: Yes, I do.

**408**  922:8 - 923:9   Scolnick, Edward 2005-06-01   00:01:24

922: 8   Q: What is that referring to?
922: 9   A: It is referring to my major concern
922: 10   which was, as I told you earlier, I always regarded
922: 11   myself as a physician first and as president of MRL

|  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

922: 12     second. And the thought that I had initially that
922: 13     Vioxx might be harming patients was really quite
922: 14     upsetting to me, and we worried about it, we looked
922: 15     for whether it was the case or not, and as I've
922: 16     stated here, I told them that, I knew that they all
922: 17     thought the same way, and told them that I was no
922: 18     longer worried, that we had done so much analysis
922: 19     and had so much data that I had been reassured
922: 20     that the drug was safe.
922: 21     Q: Your e-mail goes on to say: 'I KNOW
922: 22     each of you well enough to know you felt the same
922: 23     way. With all the data now available I am no longer
922: 24     worried.' Do you see that?
922: 25     A: Yes, I do.
923: 1     Q: Did that reflect your state of mind
923: 2     about the safety of Vioxx as of February 4, 2001?
923: 3     A: Yes. That's what I said in the
923: 4     e-mail.
923: 5     Q: Did Merck continue to study and
923: 6     analyze data relating to Vioxx?
923: 7     A: Yes. Again, other ongoing trials
923: 8     were done. They were all analyzed in the same way
923: 9     with the same standard operating procedure.

**923:10 - 923:15**     Scolnick, Edward 2005-06-01     00:00:12
923: 10     Q: Are you familiar with a study that
923: 11     was done at Merck that involved African green
923: 12     monkeys?
923: 13     A: Yes, I am.
923: 14     Q: What was the background and reason
923: 15     for doing that particular study?

**923:17 - 924:6**     Scolnick, Edward 2005-06-01     00:00:52
923: 17     THE WITNESS: Again, it was -- it had
923: 18     twofold reasons for doing the study. One, as we
923: 19     thought about the initial data, we wanted to see if
923: 20     in a preclinical model that was sensitive for
923: 21     testing the potential thrombotic effect of a drug,
923: 22     whether Vioxx had a prothrombotic effect. Also, I
923: 23     believe the FDA wanted to see some animal model that
923: 24     would test the same thing, and I think there were
923: 25     discussions between the FDA and Merck, although I
924: 1     don't recall the details of those, I'm pretty sure
924: 2     there were discussions, and the African green monkey
924: 3     was judged to be a very, very good, if not the best
924: 4     model. So, a study was conducted in that animal by
924: 5     the pharmacology group at West Point to see if Vioxx
924: 6     was prothrombotic in an appropriate test.

**924:22 - 926:25**     Scolnick, Edward 2005-06-01     00:03:11
924: 22     Q: Dr. Scolnick, can you identify
924: 23     Exhibit 106 for us, please?
924: 24     A: Yes. The date of this package is
924: 25     January 8, 2001, and it's titled 'Response to FDA
925: 1     Request For Information.' It's addressed to a Dr.
925: 2     Bull at the FDA and the division that was reviewing
925: 3     these drugs, and it comes from Dr. Silverman, a
925: 4     member of our regulatory group.
925: 5     Q: What was the subject of the
925: 6     information that was provided in Exhibit 106?
925: 7     A: The subject of the information is a
925: 8     study called 'Electrical Injury Model of Arterial
925: 9     and Venous Thrombus Formation in the Anesthetized
925: 10     African Green Monkey: Measurement of Prothrombotic
925: 11     and Antithrombotic Effects,' and it's all the data
925: 12     associated with that study, I believe.
925: 13     Q: I'd like you to turn, if you would, I
925: 14     think it's probably about four or five pages in. It

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

925: 15    says 'Summary.' Maybe you can go back. I'm sorry.
925: 16    A:  Yes. I have it. Page 2.
925: 17    Q:  The first sentence says: 'The
925: 18    present study was designed and conducted to address
925: 19    concerns expressed by the FDA regarding cardiac
925: 20    events seen in a subset of high risk cardiovascular
925: 21    patients in the VIGOR trial (Vioxx versus
925: 22    Naproxen).'   Do you see that?
925: 23    A:  Yes, I do.
925: 24    Q:  Is that what you recall about the
925: 25    background for this study?
926: 1    A:  Yes. As I said, I believe we also
926: 2    had internal discussions in MRL that we wanted to
926: 3    try to do something on our own, and this was a way
926: 4    to satisfy both groups' interests.
926: 5    Q:  Further down on the same page, the
926: 6    middle of the bottom paragraph, this document
926: 7    states: 'Results of the final comparative
926: 8    thrombosis study showed clearly that Vioxx had
926: 9    neither prothrombotic nor antithrombotic effects in
926: 10   this primate model.' Do you see that?
926: 11   A:  Yes, I do.
926: 12   Q:  In your words, what did that mean?
926: 13   A:  That meant just what it said, that
926: 14   Vioxx was neutral in this model. It didn't protect
926: 15   from clots, it didn't accelerate clots. The study
926: 16   was well designed. It had positive controls that
926: 17   did accelerate clots and two compounds that turned
926: 18   out to retard clots. One was aspirin, and the other
926: 19   was naproxen.
926: 20   Q:  Dr. Scolnick, what effect did this
926: 21   African green monkey study have on your view about
926: 22   the cardiovascular safety of Vioxx?
926: 23   A:  Again, it was further evidence that
926: 24   we were right and, it, again, continued to reassure
926: 25   me that the conclusions we had reached were correct.

**927:1  -  927:16    Scolnick, Edward 2005-06-01**                      00:01:06
927: 1    Q:  I want to show you a document that
927: 2    has already been marked as Exhibit Number 21 from
927: 3    May 17, 2001. It has the numbers MRK-NJ0074693
927: 4    through 4701. Can you identify Exhibit 21, please?
927: 5    A:  Yes. It is a paper. This is a paper
927: 6    published in Circulation in, I guess, November '01
927: 7    or late 2001 by Marvin Konstam and another group of
927: 8    authors, some of whom are from Merck. And it is
927: 9    titled 'Cardiovascular Thrombotic Events in
927: 10   Controlled Clinical Trials of Rofecoxib,' which is
927: 11   another name for Vioxx.
927: 12   Q:  Was this a study that analyzed the
927: 13   risk of cardiovascular events with Vioxx?
927: 14   A:  Yes. It was a meta-analysis.
927: 15   Q:  What is a meta-analysis?
927: 16   A:  Meta-analysis is --

**927:19  -  927:23    Scolnick, Edward 2005-06-01**                      00:00:12
927: 19   THE WITNESS:  Meta-analysis is a
927: 20   combined analysis of large groups of similar
927: 21   patients to see if you can have a more sensitive way
927: 22   of detecting an effect than in each individual small
927: 23   group.

**927:25  -  929:2    Scolnick, Edward 2005-06-01**                      00:01:50
927: 25   Q:  How many Vioxx studies were included
928: 1    in this meta-analysis in Exhibit 21?
928: 2    A:  The methods part of the paper states
928: 3    that there were 23 Phase IIb to Phase V Vioxx
928: 4    studies.

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

928: 5      Q:  And how many patients were included
928: 6      in this meta-analysis?
928: 7      A:  Again, the methods section states
928: 8      that there were more than 28,000 patients studied in
928: 9      this meta-analysis.
928: 10     Q:  What did this meta-analysis show
928: 11     about the risk of cardiovascular events with Vioxx?
928: 12     A:  There were two -- there were three
928: 13     statements of the data, again, in the results
928: 14     summary here at the front of the paper. One is
928: 15     comparing Vioxx with placebo, one is comparing Vioxx
928: 16     to non-naproxen nonsteroidals and then to naproxen,
928: 17     and that the relevant sentences read: The relative
928: 18     risk for an end point was 0.84, that means less than
928: 19     1, when comparing Vioxx to placebo; when comparing
928: 20     Vioxx -- 0.79 when comparing Vioxx to non-naproxen
928: 21     NSAIDs, again, less than 1, with no signal for risk,
928: 22     therefore; and 1.69 when comparing rofecoxib to
928: 23     naproxen, again, showing that naproxen was lower
928: 24     than Vioxx as we had previously seen.
928: 25     Q:  What effect did the results of
929: 1      Exhibit 21 have on your view about the safety of
929: 2      Vioxx in November of 2001?

**929:4  -  929:5**      Scolnick, Edward 2005-06-01          00:00:05
929: 4      THE WITNESS: Again, it continued to
929: 5      reassure me yet again that the drug was safe.

**929:7  -  929:10**     Scolnick, Edward 2005-06-01          00:00:20
929: 7      Q:  Dr. Scolnick, did there come a time
929: 8      when the FDA approved Vioxx for use with rheumatoid
929: 9      arthritis patients?
929: 10     A:  Yes.

**931:14  -  931:25**    Scolnick, Edward 2005-06-01          00:00:30
931: 14     Q:  When the FDA approved Vioxx for use
931: 15     with rheumatoid arthritis in April of 2002, did it
931: 16     have in its possession the FitzGerald prostacyclin
931: 17     study that we've talked about?
931: 18     A:  Yes. That had been submitted a long
931: 19     time ago.
931: 20     Q:  Did it have all of the results from
931: 21     the VIGOR study?
931: 22     A:  Yes.
931: 23     Q:  Had the results from the VIGOR study
931: 24     been debated at an FDA Advisory Committee prior to
931: 25     this approval?

**932:2  -  932:2**      Scolnick, Edward 2005-06-01          00:00:02
932: 2      THE WITNESS: Yes. Very fully.

**932:4  -  932:11**     Scolnick, Edward 2005-06-01          00:00:25
932: 4      Q:  What effect did this approval from
932: 5      the FDA in April of 2002 have on your views about
932: 6      the safety of Vioxx?
932: 7      A:  Well, the approval simply reconfirmed
932: 8      what we had already concluded, that the drug was
932: 9      safe and that it was perfectly appropriate to be
932: 10     used in both osteoarthritis and rheumatoid
932: 11     arthritis.

**934:20  -  937:1**     Scolnick, Edward 2005-06-01          00:02:52
934: 20     Q:  Are you familiar with an analyst by
934: 21     the name of Stover?
934: 22     A:  Yes, I am.
934: 23     Q:  I think his name is Richard Stover?
934: 24     A:  I think so.
934: 25     Q:  Are you familiar with some type of an
935: 1      analysis that was done by a Richard Stover in the

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|
| 935: 2 | latter part of 2001? | | |
| 935: 3 | A: I'm generally familiar with it. I | | |
| 935: 4 | don't recall the details of it. | | |
| 935: 5 | Q: Did Mr. Stover raise some questions | | |
| 935: 6 | about whether Vioxx was safe? | | |
| 935: 7 | A: Yes. | | |
| 935: 8 | Q: Is Mr. Stover a scientist? | | |
| 935: 9 | A: No. | | |
| 935: 10 | Q: I want to show you a document that | | |
| 935: 11 | has previously been marked as Exhibit Number 4 on | | |
| 935: 12 | March 22nd, 2005, and has the numbers MRK-ABI0005912 | | |
| 935: 13 | through 5915. | | |
| 935: 14 | On the first page of this exhibit, | | |
| 935: 15 | can you identify the second to last e-mail that | | |
| 935: 16 | appears on the front page there? | | |
| 935: 17 | A: The one that goes from Mr. Anstice to | | |
| 935: 18 | me? | | |
| 935: 19 | Q: The one just above that, I believe. | | |
| 935: 20 | A: I'm sorry. The one that goes from | | |
| 935: 21 | Mr. Anstice to Laura Jordan? | | |
| 935: 22 | Q: No. The one from you to Mr. Anstice | | |
| 935: 23 | about two-thirds of the way down. | | |
| 935: 24 | A: Oh, the very bottom of the -- oh, | | |
| 935: 25 | yes, I see. I'm sorry. From me to Mr. Anstice, | | |
| 936: 1 | 'Re:  Analyst report on Vioxx.' | | |
| 936: 2 | Q: Yes. | | |
| 936: 3 | A: Yes. | | |
| 936: 4 | Q: What's the date of that e-mail? | | |
| 936: 5 | A: December 5th, 2001. | | |
| 936: 6 | Q: Is there something that's attached to | | |
| 936: 7 | this e-mail? | | |
| 936: 8 | A: Yes. It is an investment report put | | |
| 936: 9 | out by the firm that Mr. Stover worked for and | | |
| 936: 10 | authored by Mr. Stover. | | |
| 936: 11 | Q: Now, in your e-mail to Mr. Anstice on | | |
| 936: 12 | December 5th, 2001, you write, 'David, If he says | | |
| 936: 13 | this I will boil him in oil at the meeting.' Do you | | |
| 936: 14 | see that? | | |
| 936: 15 | A: I do. | | |
| 936: 16 | Q: Were you expecting Mr. Stover to show | | |
| 936: 17 | up at some type of a meeting? | | |
| 936: 18 | A: I didn't know whether he would or | | |
| 936: 19 | wouldn't show up. In early December of each year, | | |
| 936: 20 | Merck has a meeting at its corporate headquarters | | |
| 936: 21 | for analysts who want to know what's going on in the | | |
| 936: 22 | company, and he would be free to come as any other | | |
| 936: 23 | analyst would be. So, I think the Merck people were | | |
| 936: 24 | thinking he would come. | | |
| 936: 25 | Q: Why did you say to Mr. Anstice that | | |
| 937: 1 | you would boil him in oil if Mr. Stover showed up? | | |
| **937:4  -  937:13** | **Scolnick, Edward 2005-06-01** | 00:00:33 | |
| 937: 4 | THE WITNESS:  Well, I had read his | | |
| 937: 5 | report. I obviously wasn't going to literally boil | | |
| 937: 6 | him in oil. I read his report, and I thought it was | | |
| 937: 7 | ridiculous based upon all the data we had and | | |
| 937: 8 | several other pieces of information that had become | | |
| 937: 9 | publicly available by other independent groups, | | |
| 937: 10 | scientific groups, as opposed to Wall Street stock | | |
| 937: 11 | analysts, and they were more authoritative than he | | |
| 937: 12 | was, and that this was kind of a silly thing. | | |
| 937: 13 | That's why I was referring to it that way. | | |
| **937:15  -  938:3** | **Scolnick, Edward 2005-06-01** | 00:00:39 | |
| 937: 15 | Q: You say in your e-mail to Mr. | | |
| 937: 16 | Anstice, 'I have never seen any analyst provide data | | |
| 937: 17 | analysis on his own. I think Merck should do | | |
| 937: 18 | something about him. I will have the medical | | |

|  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

937: 19 letter, the Goldman Sachs quote from FitzGerald and
937: 20 the Funk article ready to give him in person. I
937: 21 will walk from the stage, hand them to him in a
937: 22 binder and suggest to him that they just may be
937: 23 better qualified than he is to judge medical data.'
937: 24 Do you see that?
937: 25 A: I do. That's what I meant by boiling
938: 1 him in oil. I was going to present him with all the
938: 2 data that he could analyze on his own as opposed to
938: 3 his own analysis.

**938:4 - 938:17** Scolnick, Edward 2005-06-01    00:00:38
938: 4 Q: Now let me ask you this. You refer
938: 5 to something called a Medical Letter?
938: 6 A: Yes.
938: 7 Q: What is The Medical Letter?
938: 8 A: Medical Letter is an independent
938: 9 scientific document that comes out, I believe, once
938: 10 monthly. It is put out by an independent
938: 11 organization. I don't recall who that organization
938: 12 is. It is regarded in the medical world as an
938: 13 authoritative, independent analysis of clinical data
938: 14 that's associated with drugs that either have been
938: 15 approved or just approved that are certainly
938: 16 available to be used by the American public,
938: 17 American physicians.

**939:16 - 940:10** Scolnick, Edward 2005-06-01    00:01:03
939: 16 Q: Dr. Scolnick, can you identify
939: 17 Exhibit 108?
939: 18 A: Yes. It is a Medical Letter from
939: 19 November 12, 2001. Its title is, 'Cardiovascular
939: 20 Safety of COX-2 Inhibitors.'
939: 21 Q: Is Exhibit 108 The Medical Letter
939: 22 that you were referring to in your e-mail to Mr.
939: 23 Anstice on December 5th?
939: 24 A: Yes, I believe so.
939: 25 Q: I would like you to turn, if you
940: 1 would, to the second page of Exhibit 108, The
940: 2 Medical Letter, and there's a paragraph that has the
940: 3 heading, 'Conclusion.' Do you see that?
940: 4 A: Yes.
940: 5 Q: It states at the bottom, 'Until more
940: 6 prospective studies with and without low-dose
940: 7 aspirin are available, it would be premature to
940: 8 conclude that rofecoxib or celecoxib increase the
940: 9 risk of thrombotic cardiovascular disease.' Do you
940: 10 see that?

**940:12 - 940:12** Scolnick, Edward 2005-06-01    0
940: 12 THE WITNESS: Yes, I do.

**940:14 - 940:15** Scolnick, Edward 2005-06-01    00:00:04
940: 14 Q: What did you understand The Medical
940: 15 Letter to be concluding at that point?

**940:18 - 940:21** Scolnick, Edward 2005-06-01    00:00:09
940: 18 THE WITNESS: I believe that they
940: 19 were concluding exactly what we had concluded, that
940: 20 there was no evidence to support a prothrombotic
940: 21 effect of Vioxx.

**941:5 - 941:7** Scolnick, Edward 2005-06-01    00:00:09
941: 5 How did this conclusion from The
941: 6 Medical Letter on November 12, 2001 affect your
941: 7 views about the cardiovascular safety of Vioxx?

**941:10 - 941:14** Scolnick, Edward 2005-06-01    00:00:14
941: 10 THE WITNESS: It greatly, again,

|  |  |  | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

941: 11  reassured me, yet again, that an independent group
941: 12  that had absolutely no vested interest in Vioxx had
941: 13  come to the same conclusions we had come to, looking
941: 14  at all the data that was available.

**942:19 - 943:20**  Scolnick, Edward 2005-06-01      00:01:24
942: 19  Q: Can you identify Exhibit 109?
942: 20  A: Yes. It is entitled, 'MRK (RL):
942: 21  COX-2 Conference Call Review' conducted by Lecroy
942: 22  Kelly, by Goldman Sachs, and the date is November
942: 23  28, 2001.
942: 24  Q: Near the top of Exhibit 109, it says,
942: 25  'On Tuesday, November 27, we hosted a conference
943: 1  call on the COX-2 class of drugs. The call was led
943: 2  by Garret FitzGerald, M.D.' Do you see that?
943: 3  A: Yes, I do.
943: 4  Q: That's the Dr. FitzGerald that had
943: 5  the prostacyclin theory that we referred to?
943: 6  A: Yes, it is.
943: 7  Q: Near the bottom of the first page of
943: 8  this exhibit, it says, 'WHY MIGHT COX-2S INCREASE CV
943: 9  RISK?' Do you see that?
943: 10  A: Yes, I do.
943: 11  Q: Then it says, 'The explanation for
943: 12  Vioxx's apparent increased CV risk is twofold.
943: 13  First, naproxen could be a great inhibitor of
943: 14  platelet function and thus make Vioxx look
943: 15  especially bad.' Do you see that?
943: 16  A: Yes.
943: 17  Q: Is that referring to the VIGOR trial?
943: 18  A: I believe so.
943: 19  Q: Is that referring to the naproxen
943: 20  explanation for VIGOR?

**943:22 - 943:22**  Scolnick, Edward 2005-06-01      00:00:02
943: 22  THE WITNESS: I believe so.

**943:24 - 944:7**  Scolnick, Edward 2005-06-01      00:00:27
943: 24  Q: Then it says, 'Second, Vioxx could
943: 25  inhibit vascular prostacyclin which helps prevent
944: 1  unnecessary clotting. The theory is that this
944: 2  slight increase in coagulability could tip the
944: 3  scales toward thrombosis in patient populations
944: 4  already at risk of having CV events (i.e. rheumatoid
944: 5  arthritis patients).'  Do you see that?
944: 6  A: Yes, I do.
944: 7  Q: What is that referring to there?

**944:9 - 944:10**  Scolnick, Edward 2005-06-01      00:00:03
944: 9  THE WITNESS: That is referring to
944: 10  the FitzGerald hypothesis, basically

944:12-946:7

**944:12 - 944:18**  Scolnick, Edward 2005-06-01      00:00:18
944: 12  Q: Then it says, 'Dr. FitzGerald
944: 13  suggests that there is little evidence of the latter
944: 14  theory and ample evidence for the first one.' Do
944: 15  you see that?
944: 16  A: I do.
944: 17  Q: What, in your words, is Dr.
944: 18  FitzGerald saying there?

**Pltf Objection:**
Best evidence; improper
expert opinion; hearsay

**Def Response:**
Not being offered for the
truth, being offered to
show state of mind.

**944:22 - 945:1**  Scolnick, Edward 2005-06-01      00:00:16
944: 22  THE WITNESS: My interpretation of
944: 23  Dr. Fitzgerald's comments is that he says there's
944: 24  ample evidence to support the naproxen hypothesis
944: 25  and little evidence, in his opinion, to support his
945: 1  theory as regards the VIGOR study.

Also, Plaintiff offers
testimony about similar
documents in their
designations.

Dr. Scolnick was the

**945:3 - 945:8**  Scolnick, Edward 2005-06-01      00:00:13

_[handwritten right margin: Sustained "my interpretation of his comments" - at best speculation]_

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

| | 945: 3 | Q: His theory about? I'm sorry. | | head scientist at Merck, |
|---|---|---|---|---|
| | 945: 4 | A: As regards the VIGOR study, as | | so this is not improper |
| | 945: 5 | regards an explanation for the VIGOR study. | | expert testimony. Also, |
| | 945: 6 | Q: His theory about prostacyclin? | | the best evidence rule |
| | 945: 7 | A: His theory about how prostacyclin | | does not apply here. |
| | 945: 8 | might affect the results of the VIGOR trial. | | |

**945:12 - 945:14**  Scolnick, Edward 2005-06-01  00:00:12
945: 12  Q: Dr. Scolnick, what effect did this
945: 13  statement from Dr. FitzGerald have on your view
945: 14  about the cardiovascular safety of Vioxx?

**946:2 - 946:7**  Scolnick, Edward 2005-06-01  00:00:20
946: 2  THE WITNESS: Dr. Fitzgerald's
946: 3  comments were very important because he was the
946: 4  author of the hypothesis, he was one of the experts
946: 5  in the field, and knowing what he believed, having
946: 6  read this, I, again, was, yet again, reassured that
946: 7  we were correct in our interpretation.

409  **951:13 - 951:22**  Scolnick, Edward 2005-06-01  00:00:36
951: 13  Q: Dr. Scolnick, can you please identify
951: 14  Exhibit 111?
951: 15  A: Yes. It is an e-mail from myself to
951: 16  Dr. Alise Reicin. It is November 7, 2001. The
951: 17  subject is 'Comfort.'
951: 18  Q: Dr. Scolnick, in looking at this
951: 19  e-mail, does this refresh your memory as to whether
951: 20  you told any of your colleagues at Merck near the
951: 21  end of 2001 that you were comfortable with the data
951: 22  and felt you didn't have any problems with Vioxx?

410  **951:24 - 952:12**  Scolnick, Edward 2005-06-01  00:00:34
951: 24  THE WITNESS: I don't recall this
951: 25  memo, but it's clear I wrote it.
952: 1  BY MR. RABER:
952: 2  Q: Can you read to us what it says,
952: 3  please?
952: 4  A: 'Alise Thanks for the update today.
952: 5  The rates in the Alzheimer's study and the large
952: 6  numbers of patients included make me very
952: 7  comfortable with the data and that we do not have
952: 8  any problems. Many thanks again/ Ed.'
952: 9  Q: Does this e-mail that you wrote on
952: 10  November 7, 2001 accurately reflect your state of
952: 11  mind about the safety of Vioxx at that time?
952: 12  A: Yes, it does.

**952:13 - 957:11**  Scolnick, Edward 2005-06-01  00:06:39
952: 13  Q: Dr. Scolnick, have you heard of the
952: 14  term 'CV outcomes trial' or 'CV outcomes study'?
952: 15  A: Yes.
952: 16  Q: What is a CV outcomes study?
952: 17  A: A CV outcomes study is a study that
952: 18  has in it a protocol design to measure
952: 19  cardiovascular outcomes as a function of two
952: 20  variables.
952: 21  Q: Did there come a time in the second
952: 22  half of 2001 where you felt that Merck should try to
952: 23  do some type of a CV outcomes study?
952: 24  A: Yes.
952: 25  Q: Why did you believe that if you felt
953: 1  that Vioxx was safe?
953: 2  A: I believed that based on of all the
953: 3  data that we had and had constantly analyzed, all
953: 4  the experiments that we had done, all the articles
953: 5  written by experts that the drug was safe, that
953: 6  despite that, there continued to be newspaper

953: 7 articles and people publicly on the outside saying
953: 8 they did not believe that was the interpretation,
953: 9 and, therefore, I thought it still was necessary for
953: 10 us to do yet another study versus placebo in some
953: 11 way, which is the point I've made all along, in
953: 12 order to fully put this question to rest.
953: 13 Q: How strongly did you feel about that
953: 14 at that time?
953: 15 A: Very strongly. Despite all of my
953: 16 personal feelings of reassurance, I thought we were
953: 17 obligated, if people still doubted it, to do yet
953: 18 another study.
953: 19 Q: I'm want to show you a document that
953: 20 already has been marked as Exhibit 9 on March 22nd,
953: 21 2005, it has the numbers MRK-ABH0013917. Dr.
953: 22 Scolnick, can you identify Exhibit 9, please?
953: 23 A: Exhibit 9 is an e-mail from myself to
953: 24 David Anstice, Mr. Wold-Olsen, Mr. Sheares and Mr.
953: 25 Paul Bell, and its subject is, 'Upcoming BB
954: 1 meeting.' BB stands for Branchburg, a meeting place
954: 2 that we used to use.
954: 3 Q: What's the date of your e-mail?
954: 4 A: September 13, 2001.
954: 5 Q: You state in this e-mail that, 'I
954: 6 want to give you a list of the only studies that I
954: 7 regard as ESSENTIAL.' Do you see that?
954: 8 A: Yes.
954: 9 Q: And then you say, '1. For Vioxx:
954: 10 Only the Cv outcome study. ONLY ESSENTIAL STUDY!'
954: 11 Correct?
954: 12 A: Yes. That's what the memo says.
954: 13 Q: Why did you communicate that
954: 14 information in that way, that is, with all capital
954: 15 letters?
954: 16 A: I communicated it because this was an
954: 17 annual planning meeting for clinical studies that
954: 18 would be carried out in the following year by either
954: 19 the MRL clinical group or the clinical group in
954: 20 marketing area, and had to be planned for and
954: 21 budgeted for, and I thought because of the
954: 22 continuation of skeptics, some skeptics outside of
954: 23 Merck on the interpretation of the VIGOR data, that
954: 24 we really still needed to carry out yet another
954: 25 study even though I thought the drug was safe.
955: 1 Q: Dr. Scolnick, did Merck take steps to
955: 2 try to design a CV outcomes study?
955: 3 A: Yes, we did.
955: 4 Q: Did Merck seek the advice of outside
955: 5 consultants with regard to designing such a study?
955: 6 A: Yes, we did.
955: 7 Q: Did Merck encounter some difficulties
955: 8 in designing such a study?
955: 9 A: Yes. There were several difficulties
955: 10 encountered in trying to think through a design that
955: 11 would adequately answer the question versus placebo.
955: 12 Q: Why was it so difficult to design a
955: 13 CV outcomes study?
955: 14 A: Well, there were two thoughts that
955: 15 remained fixed in people's minds in thinking about
955: 16 the initial trial designs. One was a trial design
955: 17 that would be carried out in patients with
955: 18 osteoarthritis who have pain. And as I've said
955: 19 before, to me, the critical experiment, the
955: 20 additional information needed to quiet naysayers or
955: 21 to address their concerns was comparative agent --
955: 22 comparative data to placebo. And every time a trial
955: 23 design was considered with regard to Vioxx versus
955: 24 placebo in osteoarthritis, many people felt, and I

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

955: 25   agreed, that was it was not a study that could be
956: 1    done for ethical reasons. You couldn't keep people
956: 2    on no drug, no painkiller for long periods of time,
956: 3    long enough to really accumulate cardiovascular
956: 4    outcomes as part of the trial while you were
956: 5    studying the efficacy of the drug compared to
956: 6    whatever you were studying it to. So, that always
956: 7    was a problem.
956: 8    Then there were a number of ideas
956: 9    suggested by a variety of people about carrying out
956: 10   the trial in a very different way, and that is in
956: 11   patients with high risk, already known
956: 12   cardiovascular disease, and at high risk for having
956: 13   some kind of cardiovascular event. When those trial
956: 14   designs were considered, clearly they had problems,
956: 15   too. On the one hand, everyone in the trial would
956: 16   have to be on some kind of anti-thrombotic
956: 17   medications, if not one, more than one, aspirin and
956: 18   drugs like heparin or clopidogrel, that might mask
956: 19   the effect of a drug like Vioxx. We would do the
956: 20   study. If Vioxx had been prothrombotic, we would
956: 21   get a negative result. It wasn't, people would say
956: 22   you masked the effect by having anti-thrombotic
956: 23   agents. So, that wasn't an acceptable trial design.
956: 24   And yet again in considering those
956: 25   trials in patients with cardiovascular disease,
957: 1    knowing that Vioxx in some patients could cause
957: 2    fluid retention and high blood pressure, that didn't
957: 3    seem like a very ethical thing to do in patients
957: 4    with cardiovascular risk. So, we could never come
957: 5    up with a design, no matter how many people thought
957: 6    about it, that satisfied what everybody regarded and
957: 7    I constantly regarded as the critical question. And
957: 8    it took many people a lot of time to try to
957: 9    eventually come up with a design that actually could
957: 10   be carried out in an ethical and proper way and
957: 11   still give the information we wanted.

**957:16  -  957:18**   Scolnick, Edward 2005-06-01          00:00:06
957: 16   Q:  Did Merck give up trying to design a
957: 17   CV study because of these problems you just
957: 18   described?

**957:20  -  957:23**   Scolnick, Edward 2005-06-01          00:00:09
957: 20   THE WITNESS:  No. The clinical group
957: 21   was constantly challenged to try to think of some
957: 22   way to come up with an appropriate trial design and
957: 23   eventually did.

**957:25  -  958:21**   Scolnick, Edward 2005-06-01          00:01:09
957: 25   Q:  What was the design that the people
958: 1    at Merck came up with at that point?
958: 2    A:  I have to credit Barry Gertz for this
958: 3    because he came to one of our group meetings, I
958: 4    don't remember which one, and pointed out that we'd
958: 5    already started some trials testing Vioxx in cancer
958: 6    for a different reason. Over the course of the
958: 7    years that the COX-2 inhibitors had been available,
958: 8    a number of studies had been carried out, some in
958: 9    people, some in animals, that showed that Vioxx
958: 10   might prevent the recurrence of polyps of the large
958: 11   intestine, might retard the growth of certain kinds
958: 12   of cancers, like colon cancer or prostate cancer,
958: 13   and that we had begun and were planning additional
958: 14   cancer studies comparing Vioxx to placebo for either
958: 15   its treatment benefit or its preventive benefit in
958: 16   various settings in cancer, and since those patients
958: 17   could be completely -- in those patients we could

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

958: 18   compare Vioxx to placebo, that seemed like a way to
958: 19   collect the cardiovascular data versus placebo that
958: 20   we had been searching for and not been able to think
958: 21   of until this period of time.

**959:2 - 959:20**   Scolnick, Edward 2005-06-01     00:00:45
959: 2   How many cancer trials were either
959: 3   underway or planned at that time when Mr. Gertz came
959: 4   up with this idea?
959: 5   A: There were three planned. I don't
959: 6   remember exactly what was underway. At least one of
959: 7   them was already underway, the colonic polyp trial.
959: 8   I don't remember whether the others were or weren't
959: 9   underway, there were three. There was one in
959: 10   colonic polyp recurrence prevention. There was one
959: 11   in colonic cancer after surgery, seeing if time to
959: 12   getting another tumor or metastasis would be
959: 13   prevented. And there was a prostate cancer trial
959: 14   that was going to be done. I don't recall the exact
959: 15   design of that trial.
959: 16   Q: So, you had three cancer studies,
959: 17   though?
959: 18   A: Yes, I think so.
959: 19   Q: Was there a separate protocol that
959: 20   Merck set up to combine those three studies?

**959:22 - 960:3**   Scolnick, Edward 2005-06-01     00:00:19
959: 22   THE WITNESS: Yes. It developed a
959: 23   cardiovascular outcomes protocol with the agreement
959: 24   of the FDA that all of the cardiovascular events in
959: 25   the three trials could be aggregated together,
960: 1   compared to placebo in order to look for whether
960: 2   Vioxx had an increased risk of cardiovascular
960: 3   events.

**960:5 - 960:14**   Scolnick, Edward 2005-06-01     00:00:28
960: 5   Q: Did that protocol of combining these
960: 6   three trials make sense to you?
960: 7   A: Yes. I thought, actually, it was a
960: 8   terrific idea. It satisfied what I had always
960: 9   thought was the critical issue, that we'd have more
960: 10   data comparing Vioxx to placebo. They were studies
960: 11   designed ethically to show efficacy and collect, in
960: 12   a prospective way, predefined endpoint, the
960: 13   cardiovascular outcomes that would finally put the
960: 14   whole question to rest.

**960:18 - 960:20**   Scolnick, Edward 2005-06-01     00:00:11
960: 18   Q: Did you believe that you could get
960: 19   this cardiovascular data sooner or later with this
960: 20   combined protocol compared to designing a new study?

**960:22 - 961:2**   Scolnick, Edward 2005-06-01     00:00:18
960: 22   THE WITNESS: Dr. Gertz pointed out
960: 23   that the data we would get would actually come in
960: 24   sooner than starting yet a new study, and that was
960: 25   even more exciting from my perspective. It was even
961: 1   better, because we would have the data sooner than
961: 2   we would if we had to start a new study.

**961:4 - 961:15**   Scolnick, Edward 2005-06-01     00:00:32
961: 4   Q: How was it that you would have the
961: 5   data sooner under the protocol of combining the
961: 6   studies?
961: 7   A: Well, because at least one of the
961: 8   studies and maybe more than one, I don't remember,
961: 9   had already begun a year or two before and so, there
961: 10   was going to be data that had already been
961: 11   accumulated and would accumulate. And there was

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

961: 12   always a lag time in starting a new study and
961: 13   setting it up and recruiting patients. So, there
961: 14   was actually a big advantage in time to carrying out
961: 15   the suggestion that Dr. Gertz had come up with.

**961:16 - 961:22** Scolnick, Edward 2005-06-01   00:00:23
961: 16   Q:  Dr. Scolnick, you understand that on
961: 17   September 30th of 2004 Merck voluntarily withdrew
961: 18   Vioxx from the market?
961: 19   A:  Yes, I do.
961: 20   Q:  Did you play any role in the decision
961: 21   to withdraw Vioxx?
961: 22   A:  No, I did not.

**961:23 - 962:1** Scolnick, Edward 2005-06-01   00:00:17
961: 23   Q:  The plaintiff has suggested that you
961: 24   and others at Merck put profits ahead of patient
961: 25   safety when it came to Vioxx. What do you say to
962: 1   that?

**962:3 - 962:10** Scolnick, Edward 2005-06-01   00:00:21
962: 3   THE WITNESS:  I think it is crystal
962: 4   clear from all of our discussions about all of the
962: 5   studies we did and continue to do and the thoughts
962: 6   we had and all of the data that was available that
962: 7   we did not do that. We were constantly concerned
962: 8   with patient safety. We were constantly challenging
962: 9   our conclusions to be sure we were right, and I
962: 10   violently disagree with that assertion.

**962:12 - 962:25** Scolnick, Edward 2005-06-01   00:00:47
962: 12   Q:  Dr. Scolnick, I want to take some
962: 13   time now to follow up on some questions that you
962: 14   were asked during the previous several days of your
962: 15   deposition.
962: 16   The first topic I want to discuss is
962: 17   what's been referred to as the all cause mortality
962: 18   data from the Alzheimer's trials. Do you remember
962: 19   that generally?
962: 20   A:  Yes, generally I do.
962: 21   Q:  You were asked some questions by
962: 22   counsel, specifically on Page 575 on May 17, 2005,
962: 23   about whether mortality data was disclosed to the
962: 24   FDA. Do you recall that?
962: 25   A:  Yes, I recall being asked that.

**964:19 - 964:21** Scolnick, Edward 2005-06-01   00:00:25
964: 19   Q:  I want to show you a document that
964: 20   we'll mark as Exhibit 113. It has the numbers MRK
964: 21   18940078840 through 8932.

**965:7 - 965:8** Scolnick, Edward 2005-06-01   00:00:06
965: 7   Q:  I'm going to ask if you can identify
965: 8   this?

**965:12 - 965:18** Scolnick, Edward 2005-06-01   00:00:38
965: 12   THE WITNESS:  This is a document
965: 13   submitted to a Dr. Bruce Harvey at the FDA from a
965: 14   Dr. Diane Louie from regulatory affairs, and it is a
965: 15   response to FDA request for information. It's
965: 16   apparently safety data from various Alzheimer's
965: 17   studies. I think it's from various Alzheimer's
965: 18   studies, quickly reading the first paragraph.

**966:4 - 966:11** Scolnick, Edward 2005-06-01   00:00:38
966: 4   Dr. Scolnick, when you were asked
966: 5   about the all cause mortality data on May 17, 2005
966: 6   at Page 511, you testified that whenever you have
966: 7   statistically significant differences, one should

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

966: 8    look at relevant -- that the 'relevant biology' is
966: 9    taken into consideration in interpreting those
966: 10   results. Do you recall that testimony generally?
966: 11   A: Yes, I do.

**966:15 - 967:7**   Scolnick, Edward 2005-06-01   00:00:56
966: 15   Q: What did you mean by that?
966: 16   A: On any single trial when you get a
966: 17   result that is statistically significant, since
966: 18   many, many measurements are made in clinical trials,
966: 19   you can't always tell whether it's a fluke or
966: 20   whether it is a result that reflects true biology,
966: 21   and, therefore, one always looks at the data in
966: 22   addition to the statistics and tries to think is
966: 23   there a really good biological explanation for this
966: 24   as part of the analysis of the data.
966: 25   Q: Are you aware of any biological
967: 1    explanation as to how Vioxx would cause someone to
967: 2    die from electrocution?
967: 3    A: No, I'm not.
967: 4    Q: Are you aware of any biological
967: 5    explanation that would explain how Vioxx could cause
967: 6    somebody to die from cancer?
967: 7    A: I am not.

**967:17 - 968:19**   Scolnick, Edward 2005-06-01   00:01:48
967: 17   Q: Are you aware of any biological
967: 18   explanation that could cause someone to die from
967: 19   head injuries because of Vioxx?
967: 20   A: No, I'm not aware of such a possible
967: 21   connection.
967: 22   Q: Are you aware of any biological
967: 23   explanation that could cause someone to die of
967: 24   pneumonia from taking Vioxx?
967: 25   A: No, again, I'm not, not based on
968: 1    anything I know.
968: 2    Q: Are you aware of any biological
968: 3    explanation that could cause someone to die from
968: 4    infection because of Vioxx?
968: 5    A: No, I'm not.
968: 6    Q: Dr. Scolnick, you were asked some
968: 7    questions about a meta-analysis that was done by
968: 8    Deborah Shapiro in October of 2000 relating to the
968: 9    VIGOR trial. Do you remember that?
968: 10   A: Yes.
968: 11   Q: Do you recall that one of the
968: 12   portions of the meta-analysis involved a
968: 13   meta-analysis of myocardial infarctions across
968: 14   various studies?
968: 15   A: Yes, I recall that discussion.
968: 16   Q: If a meta-analysis combined naproxen
968: 17   studies with non-naproxen studies, how would that
968: 18   affect your view of conclusions reached from that
968: 19   data?

**968:23 - 969:7**   Scolnick, Edward 2005-06-01   00:00:30
968: 23   THE WITNESS: Based on all the data I
968: 24   know about Vioxx, I would have thought that that was
968: 25   not a valid meta-analysis because all of the data
969: 1    I'm aware of in large aggregate databases shows the
969: 2    imbalance in cardiovascular events in naproxen
969: 3    versus Vioxx, but not in naproxen versus -- but not
969: 4    in Vioxx versus other nonsteroidals. So, I would
969: 5    see no reason to combine those two groups, which
969: 6    appear to be quite distinct in their data on that
969: 7    subject.

| | 969:9-21 | |

**969:9 - 969:11**   Scolnick, Edward 2005-06-01   00:00:14
969: 9    Q: If a meta-analysis were to fail a

| | **Pltf Objection:** | |



| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|
| 969: 10 | statistical test for heterogeneity, how would that | | Lack of foundation; Speculation | |
| 969: 11 | affect your view of the results of that analysis? | | | |
| **969:14 - 969:21** | Scolnick, Edward 2005-06-01 | 00:00:26 | | Overruled |
| 969: 14 | THE WITNESS: I would have to have a | | **Def response:** | |
| 969: 15 | discussion with statisticians because I'm not | | Witness appropriately | |
| 969: 16 | trained in statistics about what they meant by that. | | qualifies his answer and | |
| 969: 17 | If they meant that there were differences between | | can testify about this | |
| 969: 18 | the studies which didn't allow them to be | | | |
| 969: 19 | statistically combined to do the meta-analysis, then | | | |
| 969: 20 | I would think that they shouldn't be combined, but I | | | |
| 969: 21 | would have to clarify that with appropriate experts. | | | |
| **972:1 - 972:10** | Scolnick, Edward 2005-06-01 | 00:00:45 | | |
| 972: 1 | Q: You were asked some questions on May | | 972:1-974:6 | Overruled |
| 972: 2 | the 17th, 2005, specifically at Page 543, lines 12 | | **Pltf Objection:** | |
| 972: 3 | through 22, about the concept of statistical | | Hearsay | |
| 972: 4 | significance. Do you remember that? | | | |
| 972: 5 | A: Yes, I do remember that. | | **Def response:** | |
| 972: 6 | Q: I think you testified, words to the | | Testimony is not | |
| 972: 7 | effect, that statistical significance meant that if | | offered for the truth, it is | |
| 972: 8 | you did the same study 100 times, you would get the | | offered to show | |
| 972: 9 | same result 95 times. Do you remember that | | Dr. Scolnick's state of | |
| 972: 10 | testimony? | | mind. Plaintiff examined | |
| **972:12 - 972:12** | Scolnick, Edward 2005-06-01 | 00:00:05 | Dr. Scolnick on this topic | |
| 972: 12 | THE WITNESS: Yes. Yes, I do. | | and he should be able to explain his answers | |
| **972:16 - 972:17** | Scolnick, Edward 2005-06-01 | 00:00:06 | | |
| 972: 16 | Have you done anything to determine | | | |
| 972: 17 | whether or not you were correct in that response? | | | |
| **972:20 - 973:19** | Scolnick, Edward 2005-06-01 | 00:01:25 | | |
| 972: 20 | THE WITNESS: Yes, I have. I did not | | | |
| 972: 21 | discuss Vioxx clinical trials as part of my | | | |
| 972: 22 | information finding as to whether I was correct or | | | |
| 972: 23 | not. I had no discussion whatsoever about Vioxx, I | | | |
| 972: 24 | want to make that prestatement. I happened to be | | | |
| 972: 25 | having the very next day a discussion about genetic | | | |
| 973: 1 | statistics with two really expert statisticians at | | | |
| 973: 2 | the Broad Institute who were giving me a lecture on | | | |
| 973: 3 | certain aspects of genomics statistics. | | | |
| 973: 4 | During the course of that discussion, | | | |
| 973: 5 | I asked them a hypothetical question. I said, if | | | |
| 973: 6 | you do a clinical trial and you get a statistically | | | |
| 973: 7 | significant result, P.05, what does that -- how do | | | |
| 973: 8 | you interpret that result, what can you literally | | | |
| 973: 9 | say about the study, and what does that predict | | | |
| 973: 10 | about another study similar to that being | | | |
| 973: 11 | statistically significant in the future? And they | | | |
| 973: 12 | told me very clearly that the formal interpretation | | | |
| 973: 13 | of the study is that one chance out of 20 that a | | | |
| 973: 14 | study is actually a fluke, that it's an accident, | | | |
| 973: 15 | and that it has absolutely no predictive value for | | | |
| 973: 16 | the next study. So, I regret that I was -- I've | | | |
| 973: 17 | been told by two people who I regard as experts that | | | |
| 973: 18 | I was completely wrong about my agreeing to that | | | |
| 973: 19 | interpretation. I didn't know that. | | | |
| **973:25 - 974:6** | Scolnick, Edward 2005-06-01 | 00:00:15 | | |
| 973: 25 | Q: Did anyone ask you to raise that | | | |
| 974: 1 | question with the statisticians? | | | |
| 974: 2 | A: No. I decided myself. We were | | | |
| 974: 3 | having a statistics discussion, and I'd had this | | | |
| 974: 4 | discussion the very day before, and I thought I | | | |
| 974: 5 | would take advantage of the people who I regarded as | | | |
| 974: 6 | experts to ask them a hypothetical question. | | | |
| **977:7 - 977:17** | Scolnick, Edward 2005-06-01 | 00:00:42 | | |

| | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|

977: 7   Q: Earlier this morning you were shown
977: 8   Exhibit Number 44, which I'll pass across the table
977: 9   to you, and counsel had you read some sentences from
977: 10   that e-mail. Just to refresh your memory, that's an
977: 11   e-mail to you from Douglas Greene talking about a
977: 12   conversation between Bonnie Goldmann from Merck and
977: 13   Janet Woodcock from the FDA. Do you recall that?
977: 14   A: Yes, I recall this.
977: 15   Q: The date of this e-mail is October
977: 16   5th, 2001; correct?
977: 17   A: Yes.

**978:20  -  980:6**   Scolnick, Edward 2005-06-01                    00:02:04
978: 20   Q: Based on the content of this e-mail
978: 21   on October 5th, 2001, what did it lead you to
978: 22   believe about what the FDA's proposed label would
978: 23   look like?
978: 24   A: It led me to believe that the label
978: 25   would be a balanced label presenting the data, but
979: 1   that we would not end up with a warning about
979: 2   cardiovascular risk because it wasn't clear that
979: 3   from this discussion with Dr. Woodcock -- it was
979: 4   clear to them that they didn't know if there was a
979: 5   cardiovascular risk. So, if they didn't know that
979: 6   there was a risk, I didn't expect that a proposed
979: 7   label would contain a warning.
979: 8   Q: Shortly after this when you received
979: 9   the proposed label from the FDA, did you consider it
979: 10   to be balanced?
979: 11   A: I did not. I was quite upset about
979: 12   it, as indicated by e-mail. The language I used in
979: 13   my e-mail was clearly, clearly inappropriate, it was
979: 14   not respectful of the FDA, and it was not
979: 15   representative of many, many other interactions with
979: 16   the FDA that MRL had had and that I had been
979: 17   somewhat of a party to over the years. The FDA had,
979: 18   for the most part, ignored the gastrointestinal
979: 19   outcomes data, had basically not modified the GI
979: 20   warning, despite the fact that they had asked us to
979: 21   do the study so that they would modify the GI
979: 22   warning, and that data was clear and unambiguous.
979: 23   They had expressed in this discussion
979: 24   with Dr. Goldmann that they didn't know whether
979: 25   there was or wasn't a cardiovascular risk, and the
980: 1   label we got that came in, which took a long time in
980: 2   coming from them, ended up having a cardiovascular
980: 3   warning and ignoring the GI data and had taken many
980: 4   months in which it had been very difficult to have a
980: 5   face-to-face negotiation with them, and that was
980: 6   very frustrating to me.

**980:10  -  981:6**   Scolnick, Edward 2005-06-01                    00:01:10
980: 10   Q: Dr. Scolnick, did you have any
980: 11   personal involvement in the label discussions with
980: 12   the FDA relating to the VIGOR study?
980: 13   A: No, I did not. This was all handled
980: 14   by Dr. Goldmann and Dr. Greene and the people in
980: 15   development who, at this point, were clearly in
980: 16   charge of Merck development, as I've said, as the
980: 17   transition was going on in the laboratory.
980: 18   Q: Had you had dealings with the FDA in
980: 19   the past?
980: 20   A: On a couple of occasions, had had
980: 21   direct dealings with them. From the time that
980: 22   Bonnie Goldmann had come and become trained in
980: 23   regulatory affairs, I had virtually, if not no
980: 24   interactions with the FDA directly.
980: 25   Q: How would you describe your past

|  | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

|  | | | |
|---|---|---|---|
|  | 981: 1 | dealings with the FDA? | |
|  | 981: 2 | A: Excellent. I had wonderful | |
|  | 981: 3 | relationships with Dr. Temple, Dr. Kessler, many | |
|  | 981: 4 | other people who I would bump into at Advisory | |
|  | 981: 5 | Committee meetings. K-E-S-S-L-E-R, David Kessler, | |
|  | 981: 6 | who at one point was commissioner of the FDA. | |

**411**  1138:3  -  1138:8   Scolnick, Edward 2005-08-16   00:00:24
1138: 3   Q: You said in writing, sir, in an
1138: 4   e-mail that for Vioxx, the CV outcomes study is the
1138: 5   only essential study, and you were saying that as of
1138: 6   September 17, 2001, long after the VIGOR results
1138: 7   were known; correct?
1138: 8   A: That is correct. And a study to get

**412**  1249:12  -  1250:9   Scolnick, Edward 2005-08-16   00:00:46
1249: 12   Q: Did Merck Research Labs or Merck ever
1249: 13   do a study to evaluate adverse events of most
1249: 14   concern, heart attacks and unstable angina, prior to
1249: 15   approval, where they gave people aspirin?
1249: 16   A: I'm not aware that that study was
1249: 17   done.
1249: 18   Q: Why didn't you do it?
1249: 19   A: I'm unaware of this data, I don't
1249: 20   know why, and so the suggestion never came up, and
1249: 21   so I can't answer your question.
1249: 22   Q: Did you ever do it?
1249: 23   A: Did we evaluate Vioxx in the presence
1249: 24   of aspirin?
1249: 25   Q: Yes.
1250: 1   A: Yes, we did endoscopy studies with
1250: 2   that.
1250: 3   Q: When?
1250: 4   A: After the VIGOR trial.
1250: 5   Q: You did it after approval; right?
1250: 6   A: Yes.
1250: 7   Q: Prior to approval, you didn't let
1250: 8   people take aspirin in your endoscopy studies, did
1250: 9   you?

**413**  1250:11  -  1250:17   Scolnick, Edward 2005-08-16   00:00:07
1250: 11   THE WITNESS: No. Because we thought
1250: 12   aspirin would cloud the results of the endoscopy
1250: 13   studies --
1250: 14   BY MR. BUCHANAN:
1250: 15   Q: It was worse --
1250: 16   A: -- because aspirin is gastric
1250: 17   irritative.

**414**  1250:24  -  1251:2   Scolnick, Edward 2005-08-16   00:00:04
1250: 24   BY MR. BUCHANAN:
1250: 25   Q: You didn't want to give people
1251: 1   aspirin because you knew it would eliminate the GI
1251: 2   benefit to the drug?

**415**  1251:4  -  1251:7   Scolnick, Edward 2005-08-16   00:00:12
1251: 4   THE WITNESS: We did not think --
1251: 5   certainly I didn't think that it would eliminate the
1251: 6   complete GI benefit of the drug. It would simply
1251: 7   make the studies very complicated to interpret.

**416**  1266:23  -  1267:9   Scolnick, Edward 2005-08-16   00:00:21
1266: 23   Q: Well, let's go through this then,
1266: 24   sir.
1266: 25   It continues, 'Yet, the possibility
1267: 1   of increased CV events is of great concern.' Do you
1267: 2   see that?
1267: 3   A: Yes, I see her comments, yes.

| | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | 1267: 4 | Q:  Then it states, '(I just can't wait | |
| | 1267: 5 | to be the one to present those results to senior | |
| | 1267: 6 | management)'   She gave us another exclamation | |
| | 1267: 7 | point, didn't she? | |
| | 1267: 8 | A:  Yes, she did. | |
| | 1267: 9 | Q:  That's you? | |
| 417 | **1267:12  -  1267:17** | **Scolnick, Edward 2005-08-16** | 00:00:10 |
| | 1267: 12 | THE WITNESS:  I am a member of senior | |
| | 1267: 13 | management, yes. I'm one of senior management. | |
| | 1267: 14 | BY MR. BUCHANAN: | |
| | 1267: 15 | Q:  It wouldn't have made you happy to | |
| | 1267: 16 | have an outcomes trial that showed that Vioxx | |
| | 1267: 17 | increased the rate of CV events, would it? | |
| 418 | **1267:19  -  1268:1** | **Scolnick, Edward 2005-08-16** | 00:00:16 |
| | 1267: 19 | THE WITNESS:  Obviously not. If I | |
| | 1267: 20 | had known -- obviously, not. No one wanted to see a | |
| | 1267: 21 | result where -- a question whether Vioxx elevated or | |
| | 1267: 22 | naproxen lowered the rate of events. | |
| | 1267: 23 | BY MR. BUCHANAN: | |
| | 1267: 24 | Q:  So, we have a solution, right, in the | |
| | 1267: 25 | next sentence? She says how we solve this dilemma, | |
| | 1268: 1 | doesn't she? | |
| 419 | **1268:4  -  1268:15** | **Scolnick, Edward 2005-08-16** | 00:00:27 |
| | 1268: 4 | Q:  Do you see the next sentence, sir? | |
| | 1268: 5 | A:  I see the next sentence. | |
| | 1268: 6 | Q:  What's she say? | |
| | 1268: 7 | A:  'What about the idea of excluding | |
| | 1268: 8 | high risk CV patients - ie those that have already | |
| | 1268: 9 | had MI, CABG or PTCA? This may decrease the CV | |
| | 1268: 10 | event rate so that a difference between the two | |
| | 1268: 11 | groups would not be evident. The only problem would | |
| | 1268: 12 | be - Would we be able to recruit any patients?' | |
| | 1268: 13 | That's the rest of the paragraph. | |
| | 1268: 14 | Q:  Her solution is to exclude high risk | |
| | 1268: 15 | CV patients, isn't it? | |
| 420 | **1268:17  -  1269:12** | **Scolnick, Edward 2005-08-16** | 00:00:40 |
| | 1268: 17 | THE WITNESS:  That's correct, so they | |
| | 1268: 18 | wouldn't require low-dose aspirin. | |
| | 1268: 19 | BY MR. BUCHANAN: | |
| | 1268: 20 | Q:  So you wouldn't see a CV effect? | |
| | 1268: 21 | A:  So there wouldn't be a | |
| | 1268: 22 | cardioprotective effect of the NSAID that was going | |
| | 1268: 23 | to be compared to because it blocked COX-1 and Vioxx | |
| | 1268: 24 | did not because aspirin blocks COX-1. That's what | |
| | 1268: 25 | she's talking about. | |
| | 1269: 1 | Q:  Why don't we look at the document, | |
| | 1269: 2 | sir? | |
| | 1269: 3 | A:  That's what she's talking about. | |
| | 1269: 4 | Q:  'This may decrease the CV event rate | |
| | 1269: 5 | so that a difference between the two groups would | |
| | 1269: 6 | not be evident.' Do you see that? | |
| | 1269: 7 | A:  Yes, I do, and I understand what she | |
| | 1269: 8 | meant by that. | |
| | 1269: 9 | Q:  So, what you're doing here is you're | |
| | 1269: 10 | excluding aspirin so that you can see a GI benefit | |
| | 1269: 11 | from your outcomes trial; true? | |
| | 1269: 12 | A:  That is correct. | |
| 421 | **1271:4  -  1271:7** | **Scolnick, Edward 2005-08-16** | 00:00:10 |
| | 1271: 4 | Q:  I'm asking you, sir, that in | |
| | 1271: 5 | aspirin-using patients, the results from the VIGOR | |
| | 1271: 6 | trial don't present a GI benefit that extends to | |
| | 1271: 7 | them; isn't that right? | |

| | | | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|---|---|

422   1271:9  -  1273:14   Scolnick, Edward 2005-08-16                    00:01:58

1271: 9      THE WITNESS:  You cannot extrapolate
1271: 10     the magnitude of the benefit from the nonlow-dose
1271: 11     aspirin-using population to a low-dose aspirin
1271: 12     population. That is correct.
1271: 13     BY MR. BUCHANAN:
1271: 14     Q:  In fact, you actually did do a test,
1271: 15     Vioxx plus aspirin, compared to traditional NSAIDs
1271: 16     after the VIGOR trial, didn't you?
1271: 17     A:  We did. We did an endoscopy study.
1271: 18     Q:  It didn't show any benefit, did it?
1271: 19     A:  The study showed that using aspirin
1271: 20     in the presence of Vioxx elevated the rate over
1271: 21     aspirin alone, that subsequent studies showed that
1271: 22     that rate was still lower than standard NSAID used
1271: 23     with low-dose aspirin.
1271: 24     Q:  Sir --
1271: 25     A:  It still showed a benefit, although
1272: 1      not as great a benefit as in the absence of aspirin.
1272: 2      - - -
1272: 3      (Whereupon, Deposition Exhibit
1272: 4      Scolnick-66, E-mails, MRK-ACR0009295 -
1272: 5      MRK-ACR0009296, was marked for
1272: 6      identification.)
1272: 7      - - -
1272: 8      BY MR. BUCHANAN:
1272: 9      Q:  Sir, I'm passing you over what we
1272: 10     just marked as Exhibit 66. I would like you to look
1272: 11     at the earliest in time e-mail. This is November
1272: 12     19, 2001, the bottom of the first page.
1272: 13     A:  Yes.
1272: 14     Q:  It's from you to, who is that to?
1272: 15     A:  Raymond Gilmartin and David Anstice.
1272: 16     Q:  Okay.
1272: 17     Mr. Gilmartin is your boss; right?
1272: 18     A:  Yes, he was.
1272: 19     Q:  You sent it with high importance?
1272: 20     You will see it on the next page.
1272: 21     A:  Okay. Yes.
1272: 22     Q:  It says, 'Ray' and it says 'dn' you
1272: 23     meant 'and'?
1272: 24     A:  Yes. I don't type well.
1272: 25     Q:  'Ray and David. Not a good result.
1273: 1      Low dose aspirin and Vioxx equal almost ibuprofen.'
1273: 2      That's Advil; right?
1273: 3      A:  Yes.
1273: 4      Q:  'Higher than ASA alone'?
1273: 5      A:  Yes.
1273: 6      Q:  'It is clear why their class study
1273: 7      failed now.' That's with the Celebrex study; right?
1273: 8      A:  Yes.
1273: 9      Q:  What you're saying here is in the
1273: 10     Celebrex study, the manufacturers of Celebrex
1273: 11     allowed aspirin users in their study; right?
1273: 12     A:  Yes, I believe that's true.
1273: 13     Q:  And they showed no GI benefit in
1273: 14     terms of PUBs in that outcomes study; right?

423   1273:16  -  1274:25   Scolnick, Edward 2005-08-16                    00:01:17

1273: 16     THE WITNESS:  I think they showed a
1273: 17     quantitative benefit, but they did not get
1273: 18     statistical significance.
1273: 19     BY MR. BUCHANAN:
1273: 20     Q:  And if they don't have statistical
1273: 21     significance, that's not good enough for the FDA, is
1273: 22     it?
1273: 23     A:  It will not allow them to make a

| | | Objections/Responses in Smith | Ruling in Barnett |
|---|---|---|---|

| | | |
|---|---|---|
| | 1273: 24 | conclusion that the PUBs are reduced. That is |
| | 1273: 25 | correct. |
| | 1274: 1 | Q:  So, what you're saying here is the |
| | 1274: 2 | reason why they didn't show a statistically |
| | 1274: 3 | significant benefit on PUBs is because they allowed |
| | 1274: 4 | aspirin users in; right? |
| | 1274: 5 | A:  That was how I interpreted their |
| | 1274: 6 | results seeing our result in this endoscopy study. |
| | 1274: 7 | Q:  Then you continue and say: 'I do not |
| | 1274: 8 | think we should announce the CV outcomes study now |
| | 1274: 9 | since now I am not at all sure what the design |
| | 1274: 10 | should be.' Do you see that? |
| | 1274: 11 | A:  I do. |
| | 1274: 12 | Q:  How do they tie together, sir? |
| | 1274: 13 | A:  I'm not sure what I was thinking |
| | 1274: 14 | because -- I don't know what the design was at this |
| | 1274: 15 | time. I really can't remember what I was thinking |
| | 1274: 16 | at this point because we went through many, many |
| | 1274: 17 | discussions about different trial designs. |
| | 1274: 18 | Q:  What you were concerned about, sir, |
| | 1274: 19 | is if you did what you wanted to do in your CV |
| | 1274: 20 | outcome trial and allowed aspirin in that trial, |
| | 1274: 21 | there would be a Merck-sponsored clinical trial that |
| | 1274: 22 | would show that Vioxx, in fact, does not prevent |
| | 1274: 23 | PUBs in a population of high risk CV users using |
| | 1274: 24 | aspirin? That's what you were concerned about, |
| | 1274: 25 | isn't it? |

| 424 | 1275:2 - 1275:10 | Scolnick, Edward 2005-08-16 | 00:00:22 |
|---|---|---|---|
| | 1275: 2 | THE WITNESS:  I am not sure what I | |
| | 1275: 3 | was thinking because I don't know what trial designs | |
| | 1275: 4 | were being considered. | |
| | 1275: 5 | BY MR. BUCHANAN: | |
| | 1275: 6 | Q:  Well, you'd agree, sir, that if you | |
| | 1275: 7 | were considering a CV outcome trial that was going | |
| | 1275: 8 | to allow aspirin users, that would also have a | |
| | 1275: 9 | potential negative effect of revealing that Vioxx | |
| | 1275: 10 | did not prevent the incidence of PUBs? | |

| 425 | 1275:12 - 1275:20 | Scolnick, Edward 2005-08-16 | 00:00:29 |
|---|---|---|---|
| | 1275: 12 | THE WITNESS:  No. I think that the | |
| | 1275: 13 | data without aspirin would show what the maximal | |
| | 1275: 14 | potential benefits of Vioxx would be, and that in | |
| | 1275: 15 | the presence of aspirin, what the diminution of | |
| | 1275: 16 | those benefits would be, and in the subsequent | |
| | 1275: 17 | endoscopy studies we did, the magnitude of the ulcer | |
| | 1275: 18 | incidence was still less than it was if you used | |
| | 1275: 19 | aspirin with another drug, another nonsteroidal that | |
| | 1275: 20 | was not selected. | |