IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  P 4:09

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MARY POMIER, <br>     Plaintiff <br><br> VS. <br><br> MERCK & CO., INC. <br>     Defendant | § <br> § <br> § <br> § Civil Action No. 05-6022 <br> § <br> § <br> § |

| | |
|---|---|
| IN RE: VIOXX MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br>     MARY POMIER | § <br> §    MDL NO. 1657 <br> § <br> §    SECTION L <br> § <br> §    JUDGE ELDON E. FALLON <br> § <br> §    MAGISTRATE JUDGE <br> §    DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

Fee _____
Process _____
X Dktd _____
  CtRmDep _____
✓ Doc. No _____