IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VERONICA ROBINSON,<br>Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>Defendant | § § § § § § § § | Civil Action No. 05-6023 |
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>VERONICA ROBINSON | § § § § § § § § § § | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 11 P 4:13
LORETTA G. WHYTE
CLERK

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____