IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAZEL MATZKE SHAFFETTE,<br>Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>Defendant | <br><br><br>Civil Action No. 05-6026<br><br> |
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>HAZEL MATZKE SHAFFETTE | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On __September 11__, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on __September 11__, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff