IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LILLIAN WILLIAMS, §<br>        Plaintiff §<br> §<br>VS. §<br> §<br>MERCK & CO., INC. §<br>        Defendant § | <br><br><br>Civil Action No. 05-6035<br><br><br> |

| | |
|---|---|
| IN RE: VIOXX MARKETING, §<br>SALES PRACTICES AND §<br>PRODUCTS LIABILITY §<br>LITIGATION §<br> §<br>THIS DOCUMENT RELATES TO: §<br>    LILLIAN WILLIAMS §<br> §<br> § | MDL NO. 1657<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_[signature]_
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff