IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  P 4: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| RAYMOND TAYLOR,<br>        Plaintiff | § § § |
| VS. | § § Civil Action No. 05-6028 |
| MERCK & CO., INC.<br>        Defendant | § § § |

| | |
|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION | § § § § § MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>RAYMOND TAYLOR | § § § § § JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

Fee _____
Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____