IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
US DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 P 4:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EVA MURRAY, <br>     **Plaintiff** <br><br> VS. <br><br> MERCK & CO., INC. <br>     **Defendant** | § § § § § § § § <br><br> Civil Action No. 05-6016 |

| | |
|---|---|
| IN RE: VIOXX MARKETING, <br> SALES PRACTICES AND <br> PRODUCTS LIABILITY <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br>     EVA MURRAY | § § § § § § § § § § § <br><br> MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

_[signature]_
U.S. DISTRICT JUDGE OR MAGISTRATE

APPROVED & ENTRY REQUESTED:

_[signature]_
John R. Leach, III
Michael J. Lowenberg
Attorney for Plaintiff

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____