```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2006 SEP 11  P 4:18

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| FRANICIS L. WILLIAMS, SR., **Plaintiff** | § § § | |
| VS. | § § | Civil Action No. 05-6036 |
| MERCK & CO., INC. **Defendant** | § § § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 1657 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: FRANCIS L. WILLIAMS, SR. | § § § § § | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

```
Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____
```