IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  P 4: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOYCE LANDRY, <br>       Plaintiff | § § § |
| VS. | §   Civil Action No. 05-6008 <br> § |
| MERCK & CO., INC. <br>       Defendant | § § § |

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § §   MDL NO. 1657 <br> § <br> §   SECTION L |
| THIS DOCUMENT RELATES TO: <br>     JOYCE LANDRY | § §   JUDGE ELDON E. FALLON <br> § <br> §   MAGISTRATE JUDGE <br> §   DANIEL E. KNOWLES, III |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

___ Fee
___ Proc
_X_ Dktd
_✓_ CtR
___ Doc