# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROZELLIA MCKOY,<br>　　　Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>　　　Defendant | <br><br><br>Civil Action No. 05-6015<br><br> |

| | |
|---|---|
| IN RE: VIOXX MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>　　ROZELLIA MCKOY | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 11_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 11_, 2006.

　　　　　　　　　　　　　　　HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_/s/ Michael J. Lowenberg_
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___
```