

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FILED  SEP 1 1 2006

**LORETTA G. WHYTE
CLERK**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | MAGISTRATE JUDGE KNOWLES |
| Deryl Orton v. Merck & Co., Inc., 05-cv-02286 | * | |
| Gary Murray v. Merck & Co., Inc., 05-cv-01030 | * | |
| Frank Pescatello v. Merck & Co., Inc., 05-cv-01255 | * | |
| Bobbie L. Thompson v. Merck & Co., Inc., 05-cv-04055, And Only Regarding Reynaldo Salinas | * | |
| Elijah Perry v. Merck & Co., Inc., 05-cv-01289 | * | |
| Larry Polk v. Merck & Co., Inc., 05-cv-02361 | * | |
| Sandra Lowe v. Merck & Co., Inc., 05-cv-02251 | * | |
| Fred Thomas v. Merck & Co., Inc., 05-cv-00981 | * | |
| Olga Sanchez v. Merck & Co., Inc., 05-cv-00559 | * | |
| Elizabeth Aiken v. Merck & Co., Inc., 05-cv-00513 | * | |

827808v.1

```
Lovicy Richard v. Merck & Co., Inc.,      *
05-cv-00534.                              *
                                          *
* * * * * * * * * * * * * * * *           *
```

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 26th day of October, 2006, at 10:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 6th day of October, 2006.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 13th day of October, 2006.

NEW ORLEANS, LOUISIANA, this 8th day of September, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2