FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25  AM 7: 30

LORETTA G. WHYTE
CLERK

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Ruby Evans

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Products Liability Litigation<br><br>Charles S. Evans, Jr.<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br>**MOTION TO SUBSTITUTE PARTY** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Ruby Evans, the surviving spouse of Charles S. Evans, Jr., and his heir under Utah's Survival Statue, respectfully move the Court to order the substitution of parties, substituting Ruby Evans for the late Charles S. Evans, Jr. The grounds for the present Motion are set forth more fully in the accompanying memorandum of points and authorities.

DATED this __16__ day of May, 2006.

          MORGAN, MINNOCK, RICE & JAMES, L.C.

          _/s/ Stephen F. Edwards_
          Stephen F. Edwards
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO SUBSTITUTE PARTY** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of May, 2006.

_____