FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  PM 12: 17

LORETTA G. WHYTE
CLERK

STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Ruby Evans

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Charles S. Evans, Jr.<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br>**ORDER GRANTING THE SUBSTITUTION OF RUBY EVANS FOR HER DECEASED HUSBAND CHARLES S. EVANS, JR.** |
|---|---|

Based upon Ruby Evans' memorandum, and good cause appearing therefore, it is hereby ORDERED that Ruby Evans will be substituted for her deceased husband on behalf of the heirs of her husband, Charles S. Evans, Jr.

DATED this __8th__ day of ~~May~~ September, 2006.

BY THE COURT:

_____
Eldon E. Fallon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ORDER GRANTING THE SUBSTITUTION OF LEAH WINWARD FOR HER DECEASED HUSBAND KENNETH C. WINWARD** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 16th day of May, 2006.

_____