

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 05-5078

JEAN GRANT, a Florida resident,

    Plaintiffs,

v.

MERCK & CO., INC., a foreign corporation,

    Defendant.
_____/

MDL NO: 1657

SECTION L

JUDGE FALLON

### MOTION TO SUBSTITUTE PARTY

Mr. Mike Grant, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 25, hereby files this Motion to Substitute Party and states as follows:

1. Plaintiff, Jean Grant died on May 13, 2006.

2. Plaintiff filed a Suggestion of Death on July 31, 2006.

3. The death of Jean Grant does not extinguish her claim against Defendant.

4. Mike Grant is Jean Grant's son and is the successor and representative of Plaintiff Jean Grant.

5. Mike Grant is committed to the vigorous prosecution of this case.

WHEREFORE, Mike Grant requests that the Court enter an order substituting him for Jean Grant as the Plaintiff in this matter.



1.

## L.R. 7.4.1W CERTIFICATE OF CONFERRING WITH OPPOSING COUNSEL

Plaintiffs' counsel certifies that it has conferred with Defendant's counsel and that it was unable to obtain consent for the granting of the motion.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Party has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial order No. 8(b), and that the foregoing was sent via Federal Express to the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 11th day of August 2006.

Ervin A. Gonzalez  
Florida Bar No. 500720  
Patrick S. Montoya  
Florida Bar No. 0524441  
Attorneys for Plaintiff  
COLSON HICKS EIDSON  
255 Aragon Avenue, Second Floor  
Coral Gables, Florida 33134  
Tel: (305) 476-7400  
Fax: (305) 476-7444  
Email: ervin@colson.com  
Email: patrick@colson.com

2