## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 2:05cv5078

JEAN GRANT, a Florida resident,                    MDL NO: 1657

            Plaintiff,                    SECTION L

v.                                                 JUDGE FALLON

MERCK & CO., INC., a foreign corporation,

            Defendant.
_____/

## NOTICE OF HEARING

TO: ALL COUNSEL CERTIFIED BELOW

    YOU ARE HEREBY NOTIFIED that the Plaintiff's undersigned counsel will call

up for hearing the following:

    1. Plaintiffs' Motion to Substitute Party

        Before:    Judge Eldon E. Fallon

        Where:    500 Poydras Street Room C-456
                  New Orleans, LA  70130

        When:    Wednesday, September 13, 2006

        Time:    9:00 a.m.

"MOVANT COUNSEL certifies that pursuant to Local Rule 7.1W a bona fide effort to

obtain consent for the filing of this motion and granting of the order has been made with

opposing counsel prior to the scheduled hearing "

    In accordance with the Americans with Disabilities Act of 1990, persons needing

Case No.: 2:05cv5078

special accommodation to participate in this proceeding should contact Colson, Hicks, Eidson, etc. at (305) 476-7400 no later than seven (7) days prior to the proceeding.  If hearing impaired contact Florida Relay Service 1-800-955-8771 for assistance.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Party has been served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. Mail and e-mail or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial order No. 8(b), and that the foregoing was sent via Federal Express to the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 1∬<sup>th</sup> day of August 2006.

Ervin A. Gonzalez
Florida Bar No. 500720
Patrick S. Montoya
Florida Bar No. 0524441
Attorneys for Plaintiff
COLSON HICKS EIDSON
255 Aragon Avenue, Second Floor
Coral Gables, Florida  33134
Tel: (305) 476-7400
Fax: (305) 476-7444
Email: ervin@colson.com
Email: patrick@colson.com