FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11   PM 12: 15

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
Case No.: 2:05cv5078

JEAN GRANT, a Florida resident,

    Plaintiff,

v.

MERCK & CO., INC., a foreign corporation,

    Defendant.
_____/

MDL NO: 1657

SECTION L

JUDGE FALLON

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

THIS MATTER came before the Court upon Plaintiffs' Motion for Substitution of Party. The Court after having read the relevant motion and pleadings and being otherwise fully informed in all premises, hereby

ORDERS and ADJUDGES as follows:

1. Plaintiff's Motion for Substitution of Party is GRANTED.

2. Mike Grant is Jean Grant's surviving son.

3. The death of Jean Grant does not extinguish her claims against Defendant.

4. In accordance with Federal Rule of Civil Procedure 25, Mike Grant is hereby substituted as the Plaintiff in this matter.

THIS SPACE INTENTIONALLY LEFT BLANK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Order Granting Mot. to Substitute Party<br>
Case No.: 2:05cv5078

New Orleans, Louisiana this 5th day of September, 2006.

*[signature]*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE