UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re VIOXX
PRODUCT LIABILITY LITIGATION

MADELINE RIEHL,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.
_____/

MDL NO: 1657
SECTION: L

CASE NO: 2:06-CV-00404-EEF-DEK

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the above cause has been set for hearing before the Honorable Eldon E. Fallon, Judge of the above styled Court, on Wednesday, September 13, 2006, at 9:00 a.m., or soon thereafter as the same may be heard upon:

PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES.

PLEASE GOVERN YOURSELF ACCORDINGLY.

I HEREBY CERTIFY that a copy of the foregoing Motion for Substitution of Parties has been furnished by certified mail, return receipt requested, this 18th day of August, 2006 to Ellen M. Gregg, Esq., Wamble Carlyle Sundridge & Rice, PLC, 301 N. Main Street, Suite 300, Winston-Salem, NC 27101 and Catherine Wheatfield, Esq., Squire Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Fl. 33401-6198, Wilfred P. Coronato, Hughes Hubbard & Reed, LLP., 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918, Russ Herman, and Phillip A Wittmann, Stone, Pigman Walther, Wittmann, 546

Carondelet Street, New Orleans, LA 70130, Dimitrios Mavroudis, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, Susan Giamportone, Wamble Carlyle, Sundridge & Rice, PLC.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Florida Bar No. 307300
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
CHARLES R. MINDLIN, ESQ.
Fla. Bar No. 0182765

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically file with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of August, 2006.

LAW OFFICES OF ROBERT J. FENSTERSHEIB, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone: Broward (954) 456-2488
Dade (305) 945-3630
Fax: (954) 456-2588
E-mail: RJF@Fenstrsheiblaw.com

By: _____
CHARLES R. MINDLIN, ESQ.
Fla. Bar No. 0182765