UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 PM 12: 15

LORETTA G. WHYTE
CLERK

In re VIOXX
PRODUCT LIABILITY LITIGATION

MDL NO: 1657
SECTION: L

MADELINE RIEHL,

    Plaintiff,

CASE NO: 2:06-CV-00404-EEF-DEK

v.

MERCK & CO., INC.,

    Defendant.

_____/

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES
### PURSUANT TO F.R.C.P. RULE 25(a)(1)

THIS CAUSE CAME BEFORE me to be heard on the __ day of ___ on Plaintiff's Motion for Substitution of Parties and the Court having been apprised of the facts therein it is hereby ordered and adjudged as follows:

THAT Plaintiff's motion be in the same is hereby granted.

ACCORDINGLY, Deborah S. Kowalsky as personal representative of the Estate of Madeline Riehl, is hereby substituted as the party Plaintiff in this case in place of Madeline Rieihl.

DONE AND ORDERED in Chambers, this 5th day of September, 2006.

                                              Judge Eldon E. Fallon

Copies Furnished to:
Ellen M. Gregg, Esq.
Catherine Whitfield, Esq.
Wilfred P. Coronato, Esq.
Russ Herman, Esq.
Phillip A. Wittmann, Esq.
Dimitrios Mavrodis, Esq.
Susan Giamportone, Esq.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____