UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
2:05-cv-6533

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, this 8th day of September, 2006, Plaintiff, Hajii McDonald, ("McDonald"), and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., subject to the following conditions:

1. Each party to bear its own costs and counsel fees;

2. McDonald agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

3. McDonald further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such

1

lawsuit re-filed by McDonald as though McDonald had been a party and had an opportunity to participate in that discovery.

McDonald agrees to the above-stated conditions and he wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit of McDonald without prejudice against Defendant, Merck, Inc. subject to the conditions stated above. File & Serve shall be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

*[signature]*

Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

*Defendants' Liaison Counsel*

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

_____
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiff*

4

**CERTIFICATE**

I HEREBY CERTIFY that the above a[...]ssal has been served on Liaison Counsel, Russ Herman and Ph[...]ail and e-mail and upon all parties by electronically uploading the sa[...]e & Serve Advanced in accordance with PreTrial Order No. 8(B), and that [...]g was sent via U.S. Mail to be filed with the Clerk of Court of the United States Dis[...] Court for the Eastern District of Louisiana on this 6th day of September, 2006.

*[handwritten: OK, JG]*

**Stephen G. Strauss**
**Dan H. Ball**
**Robert T. Ebert, Jr.**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Strongman**
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108-2613
816-474-6550

By: _____
Seth Sharrock Webb, Fed. Bar No. 505666

5

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 30th day of August, 2006 a true and correct copy of the foregoing Stipulation for Dismissal was served on counsel named below via United States Postal Service for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

_____
Brandi L. Lape, Paralegal

6