UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  
2:05-cv-5133

FILED  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF LA  
2006 SEP -8  PM 12: 30  
LORETTA G. WHYTE  
CLERK

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, this 8th day of September, 2006, Plaintiff, Sylvia Latimore, ("Latimore"), and Defendant Merck & Co., Inc. ("Merck"), hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendant Merck & Co., Inc., subject to the following conditions:

1. Each party to bear its own costs and counsel fees;

2. Latimore agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court; and

3. Latimore further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such

___ Fee_____  
___ Process_____  
_X_ Dktd_____  
___ CtRmDep_____  
___ Doc. No_____

1

lawsuit re-filed by Latimore as though Latimore had been a party and had an opportunity to participate in that discovery.

Latimore agrees to the above-stated conditions and she wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit of Latimore without prejudice against Defendant, Merck, Inc. subject to the conditions stated above. File & Serve shall be updated by Seth Sharrock Webb and Brown & Crouppen, P.C. to reflect these changes.

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

_____
Dan H. Ball, E.D. Mo. #2555
Stephen G. Strauss, E.D. Mo. #84402
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
(314) 259-2020 (fax)
dhball@bryancave.com
sgstrauss@bryancave.com

*Counsel for Defendant Merck & Co., Inc.*

Phillip A. Whitman, 13625
Anthony M. DiLeo, 4942
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
**STONE PIGMAN WALTHER WITTMANN L.L.C.**
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200
Facsimile:   (504) 581-3361

*Defendants' Liaison Counsel*

3

Respectfully submitted by:
BROWN & CROUPPEN, P.C.

_____
Seth Sharrock Webb, MO Bar #505666
Brown & Crouppen, P.C.
720 Olive Street, Ste. 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 fax
swebb@brownandcrouppen.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Stipulation of Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was sent via U.S. Mail to be filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this ___6th___ day of ___September___, 2006.

**Stephen G. Strauss**
**Dan H. Ball**
**Robert T. Ebert, Jr.**
Bryan Cave, LLP -St. Louis
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Strongman**
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO  64108-2613
816-474-6550

By: _____
     Seth Sharrock Webb, Fed. Bar No. 505666

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on the 30th day of August, 2006 a true and correct copy of the foregoing Stipulation for Dismissal was served on counsel named below via United States Postal Service for their review and signature consent:

Steve Strauss
Dan H. Ball
Robert T. Ebert, Jr.
BRYAN CAVE, LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com
Attorneys for Merck & Co., Inc.

*Brandi L. Lape* (signature)
Brandi L. Lape, Paralegal

6