UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  PM 12: 17

LORETTA G. WHYTE
CLERK

In Re: VIOXX
    Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

## ORDER

It is ordered that the plaintiff, Willie Cobb, be granted motion for voluntary dismissal of his action, without prejudice, individually, from Edith Sokoloff, et al v. Merck & Co., Inc.

See Pretrial order 8B

GRANTED/DENIED

JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____