UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 11 PM 12: 17
LORETTA G. WHYTE
CLERK

In Re: VIOXX
Products Liability Litigation

MDL No. 1657

SECTION: L

This Document Relates to:
Edith Sokoloff, et al v. Merck & Co., Inc.
(2:05-cv-06107-EEF-DEK)

Judge Fallon
Mag. Judge Knowles

### ORDER

It is ordered that the plaintiff, Sara Pantoja, be granted motion for voluntary dismissal of her action, without prejudice, individually, from Edith Sokoloff, et al v. Merck & Co., Inc.

See Pretrial order 8B

GRANTED/DENIED

JUDGE/CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____