UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 PM 12: 15

LORETTA G. WHYTE
CLERK

In re: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657

SECTION L

This document relates to:

JUDGE FALLON

VIRGINIA ADCOCK, Individually and
Executrix of Estate of EDWARD ADCOCK,
Deceased

ORDER

Case No.: 2:05 CV 5753

Having reviewed the Partial Voluntary Dismissal Pursuant to Rule 41(A)(1), and finding good cause therefore, it is hereby ordered that the following actions are dismissed without prejudice to the refiling of these actions in federal court: Judy Allen, Jerry Hulker, William Chandler, Orville Haire and William Freimuth.

It is further ordered that this Order does not effect any other actions or claims contained in this case.   DENIED - See Pretrial order 8B

IT IS SO ORDERED.

_____
HONORABLE JUDGE FALLON

LEXLibrary 0106603.0537628 299192v.1

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____