FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11  PM 12: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Elaine Bossell et al. v. Merck & Co., Inc.*, No. 05-4132 (Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased only).

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS ORDERED, ADJUDGED AND DECREED that the claims of Plaintiffs Norman Schniedermeyer, Gail Jones, Ruth Martin, and Bruce Schniedermeyer, individually and as Successors-In-Interest of the Estate of Mildred E. Schniedermeyer, Deceased, be and the same are hereby dismissed without prejudice to re-filing, subject to the conditions stated in the Stipulation of Dismissal, each party to bear their own costs.

New Orleans, Louisiana, this 5th day of September, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____