1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  VIOXX PRODUCTS            *    Docket MDL 1657-L
         LIABILITY LITIGATION          *
6                                      *    May 18, 2006, 10:00 a.m.
                                       *
7    * * * * * * * * * * * * * * * *   *    New Orleans, Louisiana

8

9            STATUS CONFERENCE BEFORE THE
               HONORABLE ELDON E. FALLON
10           UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the Plaintiffs:          Seeger Weiss
                                  BY:  CHRISTOPHER SEEGER, ESQ.
14                                One William Street
                                  New York, New York 10004

15   For the Plaintiffs:          Herman, Herman, Katz & Cotlar
                                  BY:  LEONARD A. DAVIS, ESQ.
16                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113

17

18   For the Defendants:          Stone Pigman Walther Wittmann
                                  BY:  PHILLIP A. WITTMANN, ESQ.
19                                546 Carondelet Street
                                  New Orleans, Louisiana 70130

20   Also Participating:          DAWN M. BARRIOS, ESQ.

21   Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, B-406
22                                New Orleans, Louisiana 70130
                                  (504) 589-7778

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

1    **MR. SEEGER:**  Just to mention, Your Honor, that

2    Russ Herman, as liaison counsel, last week sent a notice out to

3    plaintiffs just sort of detailing the core information that's

4    needed to trigger Merck's production of their fact sheet

5    procedure.

6    **THE COURT:**  It's important that we get a profile form

7    from each side because the profile form is serving multiple

8    purposes.  One purpose, obviously, is to give each side

9    information, but the other side is to use in place of

10   interrogatories.  So the profile form is rather detailed, but

11   it's necessary certainly from the plaintiffs' standpoint.  They

12   have to give the material to the defendant before the

13   defendant's profile form is triggered, before they have to

14   submit their profile form.  So it's important that it be

15   accurate and be given at the appropriate time.

16   **MR. WITTMANN:**  I would just add to what Chris said,

17   Your Honor, that I know counsel on both sides -- Mr. Davis

18   representing the PLC and Mr. Barnett for our side -- have been

19   working diligently to tweak some of the information in the

20   Merck profile form and to come up with a new amended Pretrial

21   Order 18-C to submit to the Court.  I know they worked, for

22   example, all day yesterday and have been communicating back and

23   forth regularly, and a lot of work and a lot of progress has

24   been made in that respect.  It seems to be going pretty

25   smoothly, and we hope to have it resolved completely by the

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2        ************************************************************

 3
          IN RE:  VIOXX PRODUCTS                MDL No. 1657
 4        LIABILITY LITIGATION                  Section: "L"
                                                New Orleans, Louisiana
 5                                              Friday, June 16, 2006

 6
          ************************************************************
 7

 8              TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE ELDON E. FALLON
 9                    UNITED STATES DISTRICT JUDGE

10

11        APPEARANCES:

12        FOR THE PLAINTIFFS
          LIAISON COMMITTEE:
13                                         HERMAN, HERMAN, KATZ & COTLAR
                                           BY:  LEONARD A. DAVIS, ESQ.
14                                         820 O'Keefe Avenue
                                           New Orleans, LA 70113
15

16                                         SEEGER WEISS LLP
                                           BY:  DAVID R. BUCHANAN, ESQ.
17                                         One William Street
                                           New York, NY 10004
18

19                                         LEVIN, FISHBEIN, DEDRAN & BERMAN
                                           BY:  ARNOLD LEVIN, ESQ.
20                                              FRED S. LONGER, ESQ.
                                           510 Walnut Street, Suite 500
21                                         Philadelphia, PA 19106-3697

22                                         GAINSBURGH, BENJAMIN, DAVIS,
                                           MEUNIER & WARSHAUER
23                                         BY:  GERALD E. MEUNIER, ESQ.
                                           2800 Energy Centre
24                                         1100 Poydras Street
                                           New Orleans, LA 70163
25
```

```
 1   discussion would be if we can't work out an agreement then, we

 2   submit, almost immediately, submissions to the court and ask you to

 3   resolve the issues that we can't work out ourselves.

 4          THE COURT:  I think we need to do that.  One aspect of

 5   this case that we've tried to streamline is to modify the

 6   traditional mode of discovery; that is, preparing a number of

 7   interrogatories and then supplementing the interrogatories and then

 8   having another wave of interrogatories just takes too much time; and

 9   with this number of cases we have to find a way, a creative way of

10   dealing with initial discovery.  So the suggestion was to have

11   plaintiff profile forms and Merck profile forms and by this

12   procedure or mode they exchange some basic information, which

13   ordinarily would be the substance of interrogatories.  This method

14   short circuits the interrogatory process and delivers that

15   information.

16          But it has to be staggered, the plaintiffs provide the

17   profile form, from that then the defendants provide profile forms,

18   each delivering a rather detailed specific information, and we are

19   breaking down on that and it's inhibiting the rest of the process so

20   we have to get that moving.

21          So see what you can do, if you can agree upon it, fine; if

22   you can't, then each side is going to have to give me what they want

23   and then I will pick it.

24          MR. BUCHANAN:  Thank you, your Honor.  And in terms of

25   where we are, just for the record, I believe the parties are in
```

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   IN RE:  VIOXX PRODUCTS      *   Docket MDL 1657-L
          LIABILITY LITIGATION     *
 6                                  *   July 13, 2006, 8:30 a.m.
                                    *
 7   * * * * * * * * * * * * * * *  *   New Orleans, Louisiana

 8

 9

10              STATUS CONFERENCE BEFORE THE
                 HONORABLE ELDON E. FALLON
11              UNITED STATES DISTRICT JUDGE

12

13

14   For the Plaintiffs:        Herman, Herman, Katz & Cotlar
                                BY:  RUSS M. HERMAN, ESQ.
15                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
16

17                              Seeger Weiss
                                BY:  CHRISTOPHER A. SEEGER, ESQ.
18                              One William Street
                                New York, New York 10004
19

20   For the Defendant:         Stone Pigman Walther Wittmann
                                BY:  DOROTHY H. WIMBERLY, ESQ.
21                              546 Carondelet Street
                                New Orleans, Louisiana 70130
22

23                              Williams & Connolly
                                BY:  DOUGLAS R. MARVIN, ESQ.
24                              725 12th Street N.W.
                                Washington, D.C 20005
25
```

APPEARANCES:

1  very issue this morning.  We knew it was on the agenda.  We
2  have identified the cases where it has become an issue and we
3  are confident we can work it out.

4          **THE COURT:**  Good.  I appreciate that.  Plaintiff
5  profile and Merck profile forms.  Anything about that?  This is
6  an essential tool for getting a feel for the case, so each side
7  has to be able to be comfortable with the material that they
8  are getting in those profile forms and each side has to
9  participate in it and do whatever they can to get those forms
10  timely.  From the plaintiffs' standpoint, they have to get the
11  forms because the defendant's forms don't come due until they
12  get plaintiffs' forms, so it really stops the litigation from
13  moving.  I think it's essential that we do that and spend some
14  time making sure that it's done so that we can get a handle on
15  this case and get a census of it.

16          **MR. HERMAN:**  Your Honor, there are productive ongoing
17  discussions about that issue between defense counsel and the
18  PSC.

19          **THE COURT:**  Okay.  Federal/state coordination.
20  Anything from the states that we need to talk about?

21          **MR. WITKIN:**  Good morning, Your Honor.  Justin Witkin
22  for the state liaison committee.  Dawn Barrios is out of town
23  today and she asked me to stand in for her this morning.
24  Nothing new.  We continue to do the monthly monitoring of the
25  remands, and I have for you the update with the disk.