**Flaster, Eben**

| | |
|---|---|
| **From:** | Flaster, Eben |
| **Sent:** | Monday, December 05, 2005 5:58 PM |
| **To:** | 'rherman@hhkc.com' |
| **Cc:** | 'ldavis@hhkc.com'; Barnett, Ben; dmarvin@wc.com; Wittmann, Phillip A. |
| **Subject:** | Letter Re: Service and Content of PPFs and MPFs |

Russ --

Please see attached correspondence regarding service and content of PPFs and MPFs.

Regards,
Eben



Letter to Russ
Herman Re PPFs ...

*Eben S. Flaster*
*Dechert LLP*
*Cira Centre*
*2929 Arch Street*
*Philadelphia, PA 19104-2808*
*215.994.2407 (w)*
*215.655.2407 (f)*
*eben.flaster@dechert.com*

1



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

EBEN S. FLASTER

eben.flaster@dechert.com
+1 215 994 2407 Direct
+1 215 655 2407 Fax

December 5, 2005

**VIA FACSIMILE & EMAIL**

Russell M. Herman, Esq.
Herman, Herman, Katz & Cotlar
910 Airport Road
Office 3-A
Destin, FL 32541

Re: **Issues Relating to Service and Content of PPFs and MPFs**

Dear Russ:

Per our discussion following the MDL status conference in Houston on December 1, 2005, I am writing to address certain issues relating to the service and content of the Plaintiff Profile Forms ("PPF") and the Merck Profile Forms ("MPF") and to memorialize that productive conversation.

We understand that there was a misunderstanding as to the agreement PLC and DLC reached regarding service of PPFs. Without restating our respective positions on the issue, Merck & Co, Inc. ("Merck") has agreed to begin immediately processing and to serve within ninety (90) days from the date of the conference MPFs for those cases in which PPFs were not served via Lexis-Nexis File & Serve (LNFS) but which contain the requisite information for Merck to complete MPFs. By our calculation, there are seventy-one (71) such PPFs that meet this criteria. A list identifying the plaintiffs' names of those PPFs is provided for your convenience as "Attachment A" to this letter. The seventy-one MPFs that are now due on March 1, 2006 are in addition to the large number of MPFs Merck is already in the process of completing in the MDL that were properly served pursuant to the provisions of Pretrial Order 18B. Merck anticipates delivering to plaintiff's counsel the first MPF in this initial category on December 19, 2005.

As indicated at the status conference, going forward, all PPFs must be served via LNFS pursuant to the provisions of Pretrial Order No. 18B. That is, all PPFs must be uploaded electronically to LNFS with service directed to all four counsel identified in the court order and contain complete and accurate answers that provide all the information required by that form. We also discussed at the conference how the vast majority of PPFs provided in this litigation are deficient. If a PPF does not contain the information that Merck's databases and systems require, an MPF simply cannot be processed. In an effort to help resolve this issue, we have drafted a form "notice letter" to be disseminated to plaintiffs' counsel participating in the MDL in an effort to educate them as to the service and content requirements for PPFs such that responsive MPFs can be generated in

Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton  San Francisco  Washington DC
Brussels  Frankfurt  London  Luxembourg  Munich  Paris



Russell M. Herman, Esq.
December 5, 2005
Page 2

short order. The purpose of this letter is to make sure that Merck is provided the information its databases and systems require at the time and in the manner such information is required so that plaintiffs' counsel can obtain MPFs in their cases as quickly as possible.

We have drafted this letter for placement on Herman, Herman, Katz & Cotlar stationary and for your signature. Given these facts, you may want to make certain stylistic changes to the letter that do not alter the basic information Merck requires. We are certainly amenable to discussing the form of this notice, a draft of which is provided as "Attachment B" to this letter, should you have questions or concerns regarding its content. Again, our goal is to help you provide to your constituents a guideline to facilitate the successful implementation of this process for all parties.

We appreciate your continued cooperation in this regard and stand ready to discuss the matter further at your convenience.

Sincerely,

Eben S. Flaster

ESF/rmc

Enclosure

cc:  Leonard A. Davis, Esq.
     Benjamin R. Barnett, Esq.
     Phillip A. Wittmann, Esq.
     Doug R. Marvin, Esq.

## ATTACHMENT A

Anderson, Neeta Bruce
Auville, Jack D.
Bach Sr., Edward
Bailey, Docia
Bajana, Carlota
Baker, David W.
Baldwin, May Margaret
Barrington, Ernest
Baugh, Margueriette
Bechtel, Delmer U.
Bender, Margo L.
Benedict, Ronald J.
Benton, LaDara
Berry, Flora
Bierman, Henry
Bills, Earnestine
Blair, Scott
Boody, Mary Sue
Bradford, Annie
Brannon, Carolyn A.
Brennan, Nancy
Briggs, Donald
Buck, Patricia
Burt, Mabel (d) - Lela Foster
Byous-Spivey, Sheryl
Calvert, Billy G.
Capote, Maria Carmen
Carr, Gary
Catletti, Joseph
Chane, Della Sue Reid
Chaney, George
Colligan, John
Copley, Andy
Corbin, Earl W.
Creason, Mary F.
Crutcher, Larry W.
Dagno, Madina
Dahl, David (d) - Elizabeth Dahl
Dailey, Sr., Charles R.
Dailing, Sharon Kaye
Dancy, Clara Lue
Davis, Jerry
Decker, Ann M.
Delaune, Michael J.

DeRosa, Alfonso
Derose, Gary Allen
Derose, Joseph
Dillon, Joseph L.
Dixon, Margrett L.
Donaldson, William
England, James (d) - Jocelyn England
Ericson, Marian (d) - Lorraine Ericson-Smith
Farnsworth, Linda E.
Ferrell, Pauline
Fitzsimmons, Richard Paul
Franks, Austin, B.
Geer, Robert L.
Gomez, Joe G. (d) - Alicia Gomez
Graham, Joann
Green, Judy K.
Gumieniak, Joseph
Lyons, Joe Melvin
Maynard, Greg
Meadors, Elvis Edward
Powell, Thomas
Pritchard, Lois
Roach, Mary
Rodemann, Christian C. III
Strange, Betty K.
Thomashefski, Alice M.
Turner, LaRue

ATTACHMENT B

Counsel:

During the last MDL status conference on December 1, 2005, we were again advised that a large number of Plaintiff Profile Forms ("PPF") being submitted by counsel are deficient. Because Merck requires service in the manner set forth by Pretrial Order No. 18B and certain minimum information to be provided before it can even begin processing Merck Profile Forms ("MPF"), it is absolutely critical that counsel comply with these terms in the very first instance.

**Service of PPFs:**

As indicated at the MDL status conference that took place in Houston last week, all PPFs must be served pursuant to the express terms of Pretrial Order No. 18B. That is, all PPFs must be uploaded electronically to Lexis-Nexis File & Serve ("LNFS") with service directed to <u>all four</u> counsel identified in the court order and contain complete and accurate answers that provide all the information required by that form. All PPFs served directly on counsel and not filed via LNFS will be deemed improperly served. If there are any issues relating to service of PPFs on LNFS, you may direct your questions to Dorothy Wimberly of Stone Pigman at dwimberly@stonepigman.com. Importantly, service of fewer than <u>all four counsel</u> identified in the order will automatically be deemed improper service of the PPF.

**Content of PPFs:**

As to the content of PPFs, it is imperative for you and/or your clients to take the time to complete <u>all fields</u> of the PPF and to provide definitive answers (e.g., "Yes," "No," or "N/A") whenever possible, as empty fields can and will be construed as omissions. To the extent that you have already received a letter from defense counsel regarding certain deficiencies of a submitted PPF, I encourage you to investigate and obtain the additional information as soon as possible and serve a complete and accurate PPF at your earliest convenience. **Going forward, Merck will require any revised (or supplemental) PPFs to be served via LNFS and upon all counsel of record identified in Pretrial Order No. 18B as set forth above.**

I have also been informed by Merck's counsel that, as a result of certain technical requirements of the company's databases and systems, Merck cannot even begin to process an MPF without certain baseline information. I ask, therefore, that counsel pay particular attention to completing the following fields in their entirety:

| Section | Query | Level of Specificity that Dechert Needs |
|---------|-------|------------------------------------------|
| I.C.1.a. | Injury | Must be Myocardial Infarction (heart attack), Stroke (CVA, CVI), or Death |

| I.C.1.b. | Date of Injury | Month & Year |
|---|---|---|
| II.A. | Name of Person Who Used Vioxx | *Full* First Name & Last Name |
| II.B. | Maiden or other names used by Person Who Used Vioxx | *Full* First Name & Last Name |
| II.D. | Address of Person Who Used Vioxx | Street, City, & State |
| II.E. | Address of Person Who Used Vioxx for Past 10 Years | Street, City, & State |
| IV.A. | Prescribing Provider | *Full* First Name & Last Name |
| IV.B. | "On which dates did you begin to take, and stop taking, Vioxx?" | Month/Year – Month/Year |
| IV. F. | Vioxx samples | Sample provider and full address (including suite number) |
| VII. A, B, or E | Address of Prescribing Provider | Street (including suite number), City & State |

A PPF that does not contain the above-referenced criteria will not only be deemed deficient on its face but will also toll the 90-day timeframe for Merck to prepare an MPF. More to the point, Merck will not even be able to begin processing an MPF in an individual case until this information is provided.

I ask that all plaintiffs' counsel participating in the MDL read this letter very carefully and provide the required information in both the form and manner set forth herein. By doing so, we can ensure that Merck has the information it requires and will prepare MPFs as quickly and with as little dispute as possible.

Thank you for your cooperation in this regard.

## Flaster, Eben

| | |
|---|---|
| **From:** | Flaster, Eben |
| **Sent:** | Monday, December 12, 2005 9:49 AM |
| **To:** | 'rherman@hhkc.com' |
| **Cc:** | 'ldavis@hhkc.com'; Barnett, Ben; Poulos, John |
| **Subject:** | Revision to Proposed Letter for National Plaintiffs Counsel |

Russ --

Attached is a revised version of the proposed letter to plaintiffs on the requirements for service and content of Plaintiff Profile Forms, which was "Attachment B" to my letter dated December 5, 2005. The absolute ONLY change to the letter is to the "Date of Injury" field in the table, in which I have been asked to include the FULL date -- i.e., month, day, and year.

I apologize if this causes any inconvenience.

Regards,
Eben



Letter to Russ --
Attachment B...

*Eben S. Flaster*
*Dechert LLP*
*Cira Centre*
*2929 Arch Street*
*Philadelphia, PA 19104-2808*
*215.994.2407 (w)*
*215.655.2407 (f)*
eben.flaster@dechert.com

1

ATTACHMENT B

Counsel:

During the last MDL status conference on December 1, 2005, we were again advised that a large number of Plaintiff Profile Forms ("PPF") being submitted by counsel are deficient. Because Merck requires service in the manner set forth by Pretrial Order No. 18B and certain minimum information to be provided before it can even begin processing Merck Profile Forms ("MPF"), it is absolutely critical that counsel comply with these terms in the very first instance.

**Service of PPFs:**

As indicated at the MDL status conference that took place in Houston last week, all PPFs must be served pursuant to the express terms of Pretrial Order No. 18B. That is, all PPFs must be uploaded electronically to Lexis-Nexis File & Serve ("LNFS") with service directed to <u>all four</u> counsel identified in the court order and contain complete and accurate answers that provide all the information required by that form. All PPFs served directly on counsel and not filed via LNFS will be deemed improperly served. If there are any issues relating to service of PPFs on LNFS, you may direct your questions to Dorothy Wimberly of Stone Pigman at dwimberly@stonepigman.com. Importantly, service of fewer than <u>all four counsel</u> identified in the order will automatically be deemed improper service of the PPF.

**Content of PPFs:**

As to the content of PPFs, it is imperative for you and/or your clients to take the time to complete <u>all fields</u> of the PPF and to provide definitive answers (e.g., "Yes," "No," or "N/A") whenever possible, as empty fields can and will be construed as omissions. To the extent that you have already received a letter from defense counsel regarding certain deficiencies of a submitted PPF, I encourage you to investigate and obtain the additional information as soon as possible and serve a complete and accurate PPF at your earliest convenience. **<u>Going forward, Merck will require any revised (or supplemental) PPFs to be served via LNFS and upon all counsel of record identified in Pretrial Order No. 18B as set forth above.</u>**

I have also been informed by Merck's counsel that, as a result of certain technical requirements of the company's databases and systems, Merck cannot even begin to process an MPF without certain baseline information. I ask, therefore, that counsel pay particular attention to completing the following fields in their entirety:

| | | |
|---|---|---|
| I.C.1.a. | Injury | Must be Myocardial Infarction (heart attack), Stroke (CVA, CVI), or Death |

| I.C.1.b. | Date of Injury | Month, Day & Year |
|---|---|---|
| II.A. | Name of Person Who Used Vioxx | *Full* First Name & Last Name |
| II.B. | Maiden or other names used by Person Who Used Vioxx | *Full* First Name & Last Name |
| II.D. | Address of Person Who Used Vioxx | Street, City, & State |
| II.E. | Address of Person Who Used Vioxx for Past 10 Years | Street, City, & State |
| IV.A. | Prescribing Provider | *Full* First Name & Last Name |
| IV.B. | "On which dates did you begin to take, and stop taking, Vioxx?" | Month/Year – Month/Year |
| IV. F. | Vioxx samples | Sample provider and full address (including suite number) |
| VII. A, B, or E | Address of Prescribing Provider | Street (including suite number), City & State |

A PPF that does not contain the above-referenced criteria will not only be deemed deficient on its face but will also toll the 90-day timeframe for Merck to prepare an MPF. More to the point, Merck will not even be able to begin processing an MPF in an individual case until this information is provided.

I ask that all plaintiffs' counsel participating in the MDL read this letter very carefully and provide the required information in both the form and manner set forth herein. By doing so, we can ensure that Merck has the information it requires and will prepare MPFs as quickly and with as little dispute as possible.

Thank you for your cooperation in this regard.

## Flaster, Eben

| | |
|---|---|
| **From:** | Flaster, Eben |
| **Sent:** | Wednesday, December 14, 2005 1:13 PM |
| **To:** | 'rherman@hhkc.com' |
| **Cc:** | 'ldavis@hhkc.com'; Barnett, Ben; 'Poulos, John' |
| **Subject:** | RE: Revision to Proposed Letter for National Plaintiffs Counsel |

Russ --

You have my sincere apology, but we have made one last change to the table in the proposed letter to plaintiffs regarding the requirements for service and content of Plaintiff Profile Forms, which was "Attachment B" to my letter dated December 5, 2005. I have been informed that the FULL date (month/day/year) of Vioxx ingestion will be required in a PPF. This change (full date of ingestion) and the one from my previous e-mail (full date of injury) are the absolute only changes to the initial letter we proposed, and I assure you that we will not be sending you any new amendments on this letter in the future.

Again, my apologies for any inconvenience.

Regards,
Eben



Letter to Russ --
Attachment B...

| | |
|---|---|
| **From:** | Flaster, Eben |
| **Sent:** | Monday, December 12, 2005 9:49 AM |
| **To:** | 'rherman@hhkc.com' |
| **Cc:** | 'ldavis@hhkc.com'; Barnett, Ben; Poulos, John |
| **Subject:** | Revision to Proposed Letter for National Plaintiffs Counsel |

Russ --

Attached is a revised version of the proposed letter to plaintiffs on the requirements for service and content of Plaintiff Profile Forms, which was "Attachment B" to my letter dated December 5, 2005. The absolute ONLY change to the letter is to the "Date of Injury" field in the table, in which I have been asked to include the FULL date -- i.e., month, day, and year.

I apologize if this causes any inconvenience.

Regards,
Eben

    << File: Letter to Russ -- Attachment B.doc >>
*Eben S. Flaster*
*Dechert LLP*
*Cira Centre*
*2929 Arch Street*
*Philadelphia, PA 19104-2808*
*215.994.2407 (w)*
*215.655.2407 (f)*
eben.flaster@dechert.com

## ATTACHMENT B

Counsel:

During the last MDL status conference on December 1, 2005, we were again advised that a large number of Plaintiff Profile Forms ("PPF") being submitted by counsel are deficient. Because Merck requires service in the manner set forth by Pretrial Order No. 18B and certain minimum information to be provided before it can even begin processing Merck Profile Forms ("MPF"), it is absolutely critical that counsel comply with these terms in the very first instance.

**Service of PPFs:**

As indicated at the MDL status conference that took place in Houston last week, all PPFs must be served pursuant to the express terms of Pretrial Order No. 18B. That is, all PPFs must be uploaded electronically to Lexis-Nexis File & Serve ("LNFS") with service directed to all four counsel identified in the court order and contain complete and accurate answers that provide all the information required by that form. All PPFs served directly on counsel and not filed via LNFS will be deemed improperly served. If there are any issues relating to service of PPFs on LNFS, you may direct your questions to Dorothy Wimberly of Stone Pigman at dwimberly@stonepigman.com. Importantly, service of fewer than all four counsel identified in the order will automatically be deemed improper service of the PPF.

**Content of PPFs:**

As to the content of PPFs, it is imperative for you and/or your clients to take the time to complete all fields of the PPF and to provide definitive answers (e.g., "Yes," "No," or "N/A") whenever possible, as empty fields can and will be construed as omissions. To the extent that you have already received a letter from defense counsel regarding certain deficiencies of a submitted PPF, I encourage you to investigate and obtain the additional information as soon as possible and serve a complete and accurate PPF at your earliest convenience. **Going forward, Merck will require any revised (or supplemental) PPFs to be served via LNFS and upon all counsel of record identified in Pretrial Order No. 18B as set forth above.**

I have also been informed by Merck's counsel that, as a result of certain technical requirements of the company's databases and systems, Merck cannot even begin to process an MPF without certain baseline information. I ask, therefore, that counsel pay particular attention to completing the following fields in their entirety:

| | | |
|---|---|---|
| I.C.1.a. | Injury | Must be Myocardial Infarction (heart attack), Stroke (CVA, CVI), or Death |

| I.C.1.b. | Date of Injury | Month, Day & Year |
|---|---|---|
| II.A. | Name of Person Who Used Vioxx | *Full* First Name & Last Name |
| II.B. | Maiden or other names used by Person Who Used Vioxx | *Full* First Name & Last Name |
| II.D. | Address of Person Who Used Vioxx | Street, City, & State |
| II.E. | Address of Person Who Used Vioxx for Past 10 Years | Street, City, & State |
| IV.A. | Prescribing Provider | *Full* First Name & Last Name |
| IV.B. | "On which dates did you begin to take, and stop taking, Vioxx?" | Month/Day/Year – Month/Day/Year |
| IV. F. | Vioxx samples | Sample provider and full address (including suite number) |
| VII. A, B, or E | Address of Prescribing Provider | Street (including suite number), City & State |

A PPF that does not contain the above-referenced criteria will not only be deemed deficient on its face but will also toll the 90-day timeframe for Merck to prepare an MPF. More to the point, Merck will not even be able to begin processing an MPF in an individual case until this information is provided.

I ask that all plaintiffs' counsel participating in the MDL read this letter very carefully and provide the required information in both the form and manner set forth herein. By doing so, we can ensure that Merck has the information it requires and will prepare MPFs as quickly and with as little dispute as possible.

Thank you for your cooperation in this regard.