### Flaster, Eben

| | |
|---|---|
| **From:** | Michael Weinkowitz [MWeinkowitz@lfsblaw.com] |
| **Sent:** | Wednesday, June 14, 2006 12:58 PM |
| **To:** | Flaster, Eben |
| **Cc:** | Lenny Davis; cvtisi@aol.com; Coronato, Wilfred P.; Poulos, John |
| **Subject:** | PPFs and the West Wing |
| **Attachments:** | Doc060614(001).PDF |

Eben-

**A few responses and concerns:**

You state, "We did agree to run it (as in the "CJ Craig" scenario) upon confirmation that this was all the information that plaintiff had available. For the "CJ Craig" case in particular, you represented that there was no more information on CJ Craig and that "this was his name," and so we began processing an MPF for that case." I am interested in knowing what case you began processing the MPF in that had the physician CJ Craig. The reason I ask is I used CJ Craig as an example for discussion purposes. CJ Craig is a character on the TV Show "The West Wing". Photos below (in the red dress).



During our discussion I could not remember the name of the prescribing doctor that started this whole discussion so I used the first name of a person with initials that jumped in my head. Thus, I doubt the accuracy of your statement that " *For the "CJ Craig" case in particular, you represented that there was no more information on CJ Craig and that "this was his name,"* and so we began processing an MPF for that case." Assuming you that meant to say that you started processing the MPF for the case that I provided as an example in the chart and other correspondece on this issue - that too is seemingly suspect. The doctor whose name I forgot during our discussion was C.D. Collins in the Norman LaChance PPF. As you can see from the attached letter from Angela - notwithstanding our agreement about LaChance and C.D. Collins (and your confusion over CJ Craig) - you have still refused to process the MPF in this case.

Further, you indicate "*[i]f you or other attorneys on a case-by-case basis confirm that this is all the information available and nothing more will be forthcoming, we will have our closure, and we will process the MPF*" however, Angela's letter does not seek confimation but rather again delays processing the MPF stating "Merck will immediately begin processing MPFs to be served in these cases within 90 days of receipt of complete and verified PPFs that include the previously identified core critera." Where does Angela ask for clarfication as to the name of CD Collins?

8/29/06

Eben-I am really trying to work with you on this but things like this make me doubt the sincerity of Merck to resolve this issue. I would like to discuss this with you. Can you please give me a call today.

Thanks

--------------------------------------------------------------------
Michael M. Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street -- Suite 500
Philadelphia, PA 19106
(215) 592-1500   /   (215) 592-4663 - fax

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.**

8/29/06

# Flaster, Eben

| | |
|---|---|
| **From:** | Michael Weinkowitz [MWeinkowitz@lfsblaw.com] |
| **Sent:** | Wednesday, May 31, 2006 3:59 PM |
| **To:** | Flaster, Eben |
| **Cc:** | Barnett, Ben; Henderson, Chris; Mavroudis, Dimitrios; Lenny Davis; Patricia Dandrea |
| **Subject:** | RE: MPF/PPF |
| **Attachments:** | Color Coded MPF Eben attachment.pdf; RESPONSE TO MERCK'S PPF CHART.pdf |

Eben-

I mean this Email in the best spirit but I am really concerned with what I am seeing.

I just spent the last couple of hours analyzing your chart and I feel like I have just listened to Ken Frazier tell the press that somehow the new APPROVE data is good for Merck; or that Naproxen is Cardioprotective or that the 18 Month defense remains valid even though the new analysis of the old APPRROVE data debunks that myth.

Frankly, I am not even sure that we are looking at the same MPFs. I look at the PPF I sent you with my list -- there in black-and-white the PPF provides the specific names of the plaintiffs' prescribing physicians in section IV, and there in black-and-white in section VIII are the physicians addresses yet your chart tells me that the PPF is deficient because it fails to provide the prescriber address; or the sample provider name and address.

This looks to me like Merck is playing a game. What is going on? Did someone think I would not look at this closely? This is like receiving a deficiency letter in *Irving*.

I have attached to this Email: 1) a Chart responding to the chart you sent me; 2) a color coded document that sets forth in each case - the actual language from the PPF that you contend is deficient.

I am baffled.

M


---------------------------------------------------------------
Michael M. Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street -- Suite 500
Philadelphia, PA 19106
(215) 592-1500   /   (215) 592-4663 - fax

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE**

8/29/06

**PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.**

---

**From:** Flaster, Eben [mailto:eben.flaster@dechert.com]
**Sent:** Tuesday, May 30, 2006 7:05 PM
**To:** Michael Weinkowitz
**Cc:** Barnett, Ben; Henderson, Chris; Mavroudis, Dimitrios
**Subject:** FW: MPF/PPF

Mike --

Attached please find a chart (and e-mail summarizing it below) regarding a number of MPFs that you claim are delinquent or soon to be so. As you can see, none of these cases are "live" for purposes of processing MPFs because all of the PPFs were deficient in one or more of the core criteria. Also, as I have said before, service on "Merck" that does not follow the procedure set forth in PTO 18B (i.e., service on all four defense counsel identified in the order) is improper and would not even be a candidate for analysis of the core criteria and the processing of an MPF. As I have already explained, the reason for this requirement is, quite simply, that the firm initiating the process for MPFs (i.e., Dechert) would have no record of PPFs served exclusively on other counsel. That is, among other reasons, why the order requires service in the manner provided.

We can discuss these issues further when we meet in person on Friday. Looking forward to it. Also, please feel free to share this information with Lenny -- I did not copy him on this e-mail only to protect the privacy of your clients.

Thanks,
Eben

---

**From:** Henderson, Chris
**Sent:** Thursday, May 25, 2006 6:44 PM
**To:** Flaster, Eben
**Cc:** Mavroudis, Dimitrios; Usher, Nicole
**Subject:** FW: MPF/PPF
**Importance:** High

Attached is our detailed research on the plaintiffs identified in Weinkowitz's email below. He generally alleged that:

**1. A MPF was overdue for 3 plaintiffs.** All three plaintiffs have core criteria deficiencies.

**2. A MPF would be due for 7 plaintiffs in the next couple of months.** Five of the seven plaintiffs have core criteria deficiencies. The remaining two plaintiffs did not appropriately serve the PPF.

**3. PPFs were hand-delivered for 3 plaintiffs.** One plaintiff has core criteria deficiencies and one plaintiff did not appropriately serve the PPF. We could not locate the PPF for the third plaintiff.

**4. PPFs for 4 additional plaintiffs have not been served yet.**

I am copying Nikki on the email in case you would like additional information.

Thanks,

8/29/06

Chris

---

**From:** Flaster, Eben
**Sent:** Monday, May 22, 2006 2:00 PM
**To:** Mavroudis, Dimitrios; Henderson, Chris
**Subject:** FW: MPF/PPF
**Importance:** High

Can we investigate these and put these into a chart asap? Thanks.

---

**From:** Michael Weinkowitz [mailto:MWeinkowitz@lfsblaw.com]
**Sent:** Monday, May 22, 2006 1:54 PM
**To:** Flaster, Eben; coronato@hugheshubbard.com
**Cc:** Patricia Dandrea; Lenny Davis
**Subject:** MPF/PPF

Eben/Will-

We discussed at our meeting that LFSB and Lenny's office would provide you some examples of recently, or soon to be filed PPFs, where we believe all "Core-Criteria" have been provided and thus an MPF should not be withheld by Merck for failure to include the criteria.

By separate E-mail my paralegal will be sending a file that includes a chart with 20 attached LFSB PPFs. These PPF, from my point of view, are very detailed, and provide the "Core-Criteria."

**As you can see from the list - I have not received MPFs in three (3) cases (*Dworken, LaChance, Krieg*). As of today - *Dworken* is 42 days late; *LaChance* is 26 days late and *Krieg* is 14 days late. You should note that I did not receive a deficiency letter from Merck on these yet the MPFs are overdue.**

On nine (9) of the cases MPFs are due in the next few months *Orsborn* (5/29/06); *Olson* (7/3/06); *Allen* (6/6/06); *Maas* (6/29/06); *Beeman* (7/3/06); *Munn* (7/10/06); and *Kelaher* (7/12/06).

In three (3) cases (*Saylors, Morgan, Burnett*), LEXIS/NEXIS did not have the case up so the PPF could not be uploaded but it was hand-delivered on Merck as alternative service.

Four (4) cases (*Griffin, Edward, Amudson and Bengston*), the PPF is not yet due but will be filed shortly.

I hope this will help with our discussions on June 2. As you can see from *Dworken, LaChance,* and *Krieg* - even when Core Criteria are provided, MPFs are overdue.

M

---

Michael M. Weinkowitz, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street -- Suite 500
Philadelphia, PA 19106

8/29/06

(215) 592-1500   /   (215) 592-4663 - fax

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.**

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

8/29/06