# Flaster, Eben

**From:** Flaster, Eben
**Sent:** Friday, June 23, 2006 2:48 PM
**To:** ldavis@hhkc.com
**Cc:** Barnett, Ben; Buchanan, David
**Subject:** MPF - PTO 18C Injuries

Lenny --

As per your request, in an effort to resolve PTO 18C and the MPF modification, what follows is a list of alleged injuries that Merck deems as qualifying as "cardiovascular event" under the terms of Pre-Trial Order 18B/C for purposes of processing an MPF.

"Heart Attack"
"Myocardial Infarction"
"MI"
"Acute MI"
"Infarction" alone
"Cardiac Arrest"
"Silent Heart Attack"
"Cardiopulmonary arrest"
"Stroke"
"Ischemic Stroke"
"Mini stroke"
"CVA"
"Multiple Cerebral Vascular Accidents"
"Cerebral Vascular Accident"
"Cerebral Vascular Injury"
"Cerebrovascular accident"
"Ischemic attacks"
""Cardiothrombotic Event"
"Cerebrothrombotic Event"
"Intracranial hemorrhage"
"Intracerebral hemorrhage"
"Death"

As we indicated on our call, we are willing to discuss with you additional cardiovascular injuries that you believe fall under this category.

Thanks,
Eben

*Eben S. Flaster*
*Dechert LLP*
*Cira Centre*
*2929 Arch Street*
*Philadelphia, PA 19104-2808*
*215.994.2407 (w)*
*215.655.2407 (f)*
eben.flaster@dechert.com

1