UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Estella Torres v. Merck & Co., Inc., et al*, No. 2:05cv5426

## SNAPKA, TURMAN & WATERHOUSE, LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ESTELLA TORRES

COMES NOW, Snapka, Turman & Waterhouse, LLP, and files its Motion to Withdraw as Counsel of Record for Estella Torres and would respectfully show this Honorable Court as follows:

### I. INTRODUCTION

This action arises from the sale of the prescription drug Vioxx® (Rofecoxib) to Estella Torres, who suffered injuries after ingesting this drug.

### II. ARGUMENT

Good cause exists for this court to grant this Motion to Withdraw because a conflict of interest between the client and this counsel has arisen and, therefore, Snapka, Turman & Waterhouse, LLP, seeks to withdraw as counsel of record.

Snapka, Turman & Waterhouse, LLP has delivered a copy of this motion to Ms. Torres and has notified her in writing of the filing of this Motion, both via regular and certified mail. Estella Torres' last known mailing address is 732 W. 3rd, Alice, TX 78332, and her telephone number is (361) 664-1832.

1

### III.   CONCLUSION

Due to a conflict of interest between the client and this counsel, Snapka, Turman & Waterhouse, LLP, respectfully requests that this Court allow Snapka, Turman & Waterhouse, LLP, to withdraw as counsel of record in this matter.

Respectfully submitted,

**SNAPKA, TURMAN & WATERHOUSE, L.L.P.**
P.O. Drawer 23017 (78403)
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78476
Telephone: (361) 888-7676
Telecopier: (361) 884-8545

By: _____
Kathryn Snapka
Attorney-in-Charge
State Bar No. 18781200
Federal I.D. No. 1617

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Snapka, Turman & Waterhouse, LLP's Motion to Withdraw As Counsel of Record for Plaintiff Estella Torres has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this the 28th day of August, 2006.

_____
Kathryn Snapka