UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
*Estella Torres v. Merck & Co., Inc., et al*, No. 2:05cv5426

### ORDER

On this day came on for consideration Snapka, Turman & Waterhouse, L.L.P.'s Motion to Withdraw as Counsel of Record for Plaintiff Estella Torres in the above-styled and numbered cause, and the Court is of the opinion that said Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that Snapka, Turman & Waterhouse, L.L.P.'s Motion for to Withdraw as Counsel of Record for Plaintiff Estella Torres, be and the same is hereby GRANTED.

SIGNED this 12th day of September, 2006.

_____
JUDGE PRESIDING

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____