IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -5 PM 5: 06

CYNTHIA MILLER

vs.

MERCK & CO., INC.;
HARVEY RESNICK, M.D.; AND
R/D CLINICAL RESEARCH, INC.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:05CV4748

LORETTA G. WHYTE
CLERK

MDL No. 1657

## MOTION TO WITHDRAW

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

### I.

Counsel for Plaintiff seeks to withdraw from representation of the Plaintiff in the above-entitled and numbered cause.

### II.

Movant has advised Plaintiff of this fact, and by copy of this Motion is advising Plaintiff of her right to contest withdrawal.

WHEREFORE PREMISES CONSIDERED, Movant prays that counsel for Plaintiff be permitted to withdraw.

Respectfully submitted,

HALL & BATES, L.L.P.

By: _____
Thomas C. Hall
State Bar No. 08774550
Federal Bar No. 7616
Milam Building
115 E. Travis Street, Suite 700
San Antonio, Texas   78205
210/222-2000
210/222-1156

### ATTORNEYS FOR PLAINTIFF

____ Fee_____
____ Process_____
_X_ Dktd _____
____ CtRmDep_____
____ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by U.S. Mail, on this ____ 28th day of *August*____, 2006.

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
201 St. Charles Avenue, Ste. 4310
New Orleans, LA  70170
email: rherman@hhkc.com

Phillip Wittmann
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA  70130
email: pwittmann@stonepigman.com

Thomas C. Hall
State Bar No. 08774550
Federal Bar No. 7616
ATTORNEY FOR PLAINTIFF
Hall & Bates, L.L.P.
Milam Building
115 E. Travis Street, Suite 700
San Antonio, Texas  78205
210/222-2000
210/222-1156
email:  thall@txdirect.net