IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA MILLER §
 §
vs. §   CIVIL ACTION NO. 2:05CV4740
 §
MERCK & CO., INC.; §
HARVEY RESNICK, M.D.; AND §
R/D CLINICAL RESEARCH, INC. §   MDL No. 1657

### ORDER PERMITTING WITHDRAWAL

On this day came on to be heard the Motion to Withdraw, and, it being the opinion of the Court that the same should be granted, the following Order shall issue:

It is ORDERED, that the Hall & Bates and Thomas C. Hall be permitted to withdraw from representation of the Plaintiff for all purposes herein.

Any further notices required to be served on the Plaintiff may be served on her at 905 Oaklawn, Pleasanton, TX 78064.

SIGNED on this 12th day of September, 2006.

_____
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____