STEPHEN G. MORGAN, Bar No. 2315
MITCHEL T. RICE, Bar No. 6022
STEPHEN F. EDWARDS, Bar No. 10780
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah  84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

**RECEIVED**

MAR 14 2006

MORGAN, MINNOCK & RICE

Attorneys for Plaintiff Joyce Crawford Safford

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Vioxx Products Liability Litigation<br><br>Joyce Crawford Safford<br><br>Plaintiff<br><br>v.<br><br>MERCK & COMPANY, INC., a corporation,<br><br>Defendant. | MDL Docket No. 1657<br>Case No. 2:05cv564<br><br><br><br>**AFFIDAVIT OF JOYCE CRAWFORD SAFFORD** |
|---|---|

Joyce Crawford Safford, being first duly sworn, states as follows:

1. I am one of several plaintiffs listed in the lawsuit *Della Jo Salt, et. al. v. Merck & Company, Inc.*, that was before Judge Tena Campbell in the United States District Court for the State of Utah, Central Division, case number 2:01 CV 794, which was later transferred with other pending federal court Vioxx cases to the Eastern District for Louisiana before the Honorable Eldon E. Fallon, for MDL-1657 proceedings.

2. At this time, I desire and request that my claim against Merck & Company, Inc., be dismissed without prejudice.

3. Should I seek to refile a Complaint against Merck & Company, Inc., I will refile in the federal multi-district litigation and not in state court.

FURTHER AFFIANT SAYETH NOT.

*Joyce Crawford Safford*

Joyce Crawford Safford

STATE OF California )
                     ) :ss
COUNTY OF Riverside )

Sworn to and subscribed before me this 7th day of March, 2006.

*Notary Public signature*

Notary Public

My Commission Expires:
May 28, 2009

JOSEPH JIMENEZ
Commission # 1583014
Notary Public - California
Riverside County
My Comm. Expires May 28, 2009

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **AFFIDAVIT OF JOYCE CRAWFORD SAFFORD** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, on this 30th day of August, 2006.