UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -7 PM 12: 14

LORETTA G. WHYTE
CLERK

CIVIL ACTION NO. 2:05-cv-6514
VIRGINIA NADINE PERRY                                    PLAINTIFF

VS.                               **MOTION**

MERCK & CO., INC.                                        DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes now the Hon. Jane R. Butcher and hereby moves this Court to allow her to withdraw as counsel of record for the Plaintiff, Virginia Nadine Perry, whose address is P.O. Box 2172, Williamsburg, Kentucky, 40769, (606) 549-9420, in the above styled matter on the grounds that Plaintiff has terminated the attorney/client relationship with the undersigned.

WHEREFORE, an Order in conformity herewith is respectfully requested.

_____
HON. JANE R. BUTCHER
BUTCHER LAW OFFICES, PLLC.
P.O. Box 704
Williamsburg, Kentucky 40769
Telephone: (606) 549-4955
Fax: (606) 549-9779

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## NOTICE OF HEARING

Notice is hereby given that the above and foregoing shall be brought on for a hearing at the discretion of the Court.

_____
HON. JANE R. BUTCHER

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by mailing a true and correct copy thereof, postage prepaid, certified, via the U. S. Postal Service to the following:

United States District Court
Eastern District of Louisiana
Office of the Clerk
500 Poydras Street
Room C151
New Orleans, LA 70130

Susan J. Pope
Frost Brown Todd, LLC
250 W. Main Street
2700 Lexington, KY 40507

Winston E. Miller
Frost Brown Todd, LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202-3363

Further, I hereby certify that a copy of this motion along with all other court documents received by my office, including several letters of correspondence apprising the Plaintiff of all deadlines and every necessary court appearance was served upon the Plaintiff by mailing a true and correct copy thereof via the U. S. Postal Service, postage pre-paid, including a certified copy of this motion, to the following address:

Ms. Virginia Perry
P.O. Box 2172
Williamsburg, KY 40769

All on this the 25th day of August, 2006.

_____
HON. JANE R. BUTCHER

Winston E. Miller
Frost Brown Todd, LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202-3363

Ms. Virginia Nadine Perry
P.O. Box 2172
Williamsburg, KY 40769

_____          _____
CLERK                             DATE