UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 12 A 8:49
LORETTA G. WHYTE
CLERK

43

**CIVIL ACTION NO. 2:05-cv-6514**
VIRGINIA NADINE PERRY PLAINTIFF

VS. **ORDER**

MERCK & CO., INC. DEFENDANT

*** *** *** *** ***

This matter being before the Court by motion of the Hon. Jane R. Butcher, and the Court being sufficiently advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Hon. Jane R. Butcher be and hereby is allowed to withdraw as counsel of record for the Plaintiff, Virginia Nadine Perry, in the above style matter.

DATED this 12th day of September, 2006.

JUDGE ELDON E. FALLON
UNITED STATES DISTRICT COURT

**DISTRIBUTION:**

Susan J. Pope
Frost Brown Todd, LLC
250 W. Main Street
2700 Lexington, KY 40507

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No