MINUTE ENTRY
FALLON, J.
SEPTEMBER 11, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| ROBERT G. SMITH | REF NO. 05-4379 |
| VERSUS | SECTION: L |
| MERCK & CO., INC. | |

before JUDGE ELDON E. FALLON      MONDAY, SEPTEMBER 11, 2006, 9:00am
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa and Cathy Pepper

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
              Philip Beck, Esq. & Andrew Goldman, Esq. For defendant

### JURY TRIAL:

All present and ready.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.

Opening Statements.

Court adjourned at 5:03 pm until Tuesday, September 12, 2006, at 8:30 am.

```
JS-10:   5:27
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
       LIABILITY LITIGATION         MDL - 1657

ROBERT G. SMITH

                                        REF NO. 05-4379

VERSUS

MERCK & CO., INC.                 SECTION: L

PEREMPTORY CHALLENGES
SEPTEMBER 11, 2006

PLAINTIFF:
1. #15 Regan
2. #46 Vaudes
3. #35 McGovern

DEFENDANT:
1. #20
2. #23
3. #28