UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 12 A 8:50
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Sylvia Castillo v. Merck & Co., Inc., No. 05-2380, And Only Regarding Lorenzo Ortiz; Rosa Ortiz; Virginia Rodriguez; and Regino Urias. | * | |
| Nettie Patterson v. Merck & Co., Inc., No. 05-2378 | * | |
| Katie Smith v. Merck & Co., Inc., No. 05-2371 | * | |
| Brenda Green Watkins v. Merck & Co., Inc., No. 05-2373, And Only Regarding Euialia Martinez, Martha Martinez, Wesley Mayo, and Imogene Washington. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 26th day of October, 2006, at 10:00 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, for failure to comply with Pre-Trial Order 18C.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___ 823931v.1

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 6th day of October, 2006.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 13th day of October, 2006.

NEW ORLEANS, LOUISIANA, this 11th day of September, 2006.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823931v.1