UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to Case No. 06-0485 | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| GERALD D. BARNETT, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Memorandum in Support of Renewed Motion of Merck & Co., Inc. for Judgment as a Matter of Law,

IT IS ORDERED that defendant Merck & Co., Inc. be and it hereby is granted fifteen (15) additional pages, for a total of forty (40) pages for its Memorandum in Support of Renewed Motion of Merck & Co., Inc. for Judgment as a Matter of Law.

NEW ORLEANS, LOUISIANA, this 11th day of September, 2006.

_____
DISTRICT JUDGE

827999v.1