## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **In re:** | : : : : | MDL Docket No. 2:05-1657 |
| **VIOXX PRODUCTS LIABILITY LITIGATION** | : : : | *Paskins v. Merck & Co., Inc.*, Case No. 06-2658 |

### NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Civil Rule 25(A), counsel for Plaintiff notifies the Court and counsel for the Defendant of the death of Plaintiff Daniel Paskins on August 3, 2006. This pleading shall constitute a suggestion of death upon the record as required by Civ. R. 25(A).

Respectfully Submitted,

*/s/ Gerald S. Leeseberg*_____
Gerald S. Leeseberg  (0000928)
LEESEBERG & VALENTINE
175 S. Third Street, Penthouse One
Columbus, Ohio 43215
Tel: 614/221-2223
Fax: 614/221-3106
Email: gsl@leesebergvalentine.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served by operation of the Court's electronic filing system on this 13th day of September, 2006 to:

Wilfred P. Coronato, Esq.
HUGHES HUBBARD & REED, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302

/s/ Gerald S. Leeseberg_____
Gerald S. Leeseberg