UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES L. MASON, | * | KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## JOINT STIPULATION AND PROPOSED ORDER
## REGARDING *DAUBERT* MOTION SCHEDULE

Plaintiff Charles L. Mason and Defendant Merck & Co., Inc. (collectively "the Parties") jointly submit this Stipulation and Proposed Order regarding the *Daubert* briefing schedule for motions related to Drs. David, Pechmann, Pratt, and Rothkopf. The Parties have agreed to the following proposed schedule for these *Daubert* motions:

1. Merck will file any *Daubert* motions regarding Dr. Cornelia Pechmann by September 25, 2006. Plaintiff's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

2. Plaintiff will file any *Daubert* motions regarding Dr. Donald David by September 25, 2006. Merck's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

3. Plaintiff will file any *Daubert* motions regarding Dr. Michael Rothkopf by September 27, 2006. Merck's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

4. Plaintiff will file any *Daubert* motions regarding Dr. Craig Pratt by October 9, 2006. Merck's opposition brief will be due by October 12, 2006. Any reply brief will be due by the date of the *Daubert* hearing, October 13, 2006.

The parties further agree that the briefing schedule for all other *Daubert* motions shall remain the same and shall be governed by the Court's Scheduling Order.

Dated: September 13, 2006

Respectfully submitted,

Edward F. Blizzard
Scott Nabers
Rebecca B. King
**BLIZZARD, MCCARTHY & NABERS, LLP**
440 Louisiana, Suite 1710
Houston, TX 77002
Tel. (713) 844-3750
Fax (713) 844-3755

ATTORNEYS FOR PLAINTIFF

Philip S. Beck
Tarek Ismail
Shayna Cook
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLC**
54 West Hubbard, Suite 300
Chicago, IL 60610
Tel. (312) 494-4400
Fax (312) 494-4440

ATTORNEYS FOR MERCK

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Stipulation has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of September, 2006.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel