UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to<br>Case No. 06-0810 | * | JUDGE FALLON |
| CHARLES L. MASON, | * | MAGISTRATE JUDGE<br>KNOWLES |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## ORDER REGARDING *DAUBERT* MOTION SCHEDULE

On this day, the Court considered the Parties' Joint Stipulation and Proposed Order regarding the *Daubert* motion schedule for motions related to Drs. David, Pechmann, Pratt, and Rothkopf. After reviewing the pleadings and considering the agreement of the Parties, the Court is of the opinion that the Parties' request should be GRANTED.

It is therefore ORDERED that the following briefing deadlines shall apply to the Daubert motions related to Drs. David, Pechmann, Pratt, and Rothkopf:

1. Merck will file any *Daubert* motions regarding Dr. Cornelia Pechmann by September 25, 2006. Plaintiff's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

2. Plaintiff will file any *Daubert* motions regarding Dr. Donald David by September 25, 2006. Merck's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

3. Plaintiff will file any *Daubert* motions regarding Dr. Michael Rothkopf by September 27, 2006. Merck's opposition brief will be due by October 3, 2006. Any reply brief will be due by October 10, 2006.

4. Plaintiff will file any *Daubert* motions regarding Dr. Craig Pratt by October 9, 2006. Merck's opposition brief will be due by October 12, 2006. Any reply brief will be due by the date of the *Daubert* hearing, October 13, 2006.

It is further ORDERED that the briefing schedule for all other *Daubert* motions shall remain the same and shall be governed by the Court's Scheduling Order.

Entered this ____ day of September, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE
