UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| LENE ARNOLD | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-2627 | |
| and | |
| ALICIA GOMEZ | |
| v. | |
| MERCK & CO., INC. | |
| Case No. 05-1163 | |

## O R D E R

Considering the above and foregoing Motion for Leave to File Brief in Excess of Page Limits filed on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Plaintiffs' Response in Opposition to Merck & Co.'s Motion for Summary Judgment, which is in excess of the page limits directed by the Court.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1