UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:   <u>*Batt, et al. v. Merck & Co., Inc.*</u>
                            <u>*Civil Action No. 05-5139*</u>

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lindell Davenport ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Lindell Davenport in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: September 6, 2006     /s/ Regina L. L. Wells
                             Roger C. Denton (MO 30292)
                             Regina L. L. Wells (MO 52473)
                             Schlichter, Bogard & Denton
                             100 S. 4th ST, Suite 900
                             St. Louis, MO 63102
                             314/621-6115 telephone
                             314/621-7151 facsimile
                             rdenton@uselaws.com
                             rwells@uselaws.com

                             Attorneys for Plaintiff



Dated: September 14, 2006    /s/ Stephen G. Strauss
                             Dan H. Ball  #27227
                             Stephen G. Strauss  #45018
                             BRYAN CAVE LLP
                             211 North Broadway, Suite 3600
                             St. Louis, MO 63102
                             Telephone: (314) 259-2000
                             Facsmile: (314) 259-2020

                             Attorneys for Merck & Co., Inc.

                             Phillip A. Wittmann, 13625
                             Dorothy H. Wimberly, 18509
                             Carmelite M. Bertaut, 3054
                             STONE PIGMAN WALTHER
                             WITTMANN, L.L.C.
                             546 Carondelet Street
                             New Orleans, LA 70130
                             Telephone: (504) 581-3200
                             Fax: (504) 581-3361

                             Defendant's Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 15th day of September, 2006. I further certify that the change in parties shall be entered directly on LexisNexis File & Serve as soon as this Order is entered.

/s/ Regina L. L. Wells