UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**     <u>*Meysami, et al. v. Merck & Co., Inc.*</u>
<u>*Civil Action No. 05-5353*</u>

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lena Turner ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Lena Turner in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE