UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**  <u>*Meysami, et al. v. Merck & Co., Inc.*</u>
<u>*Civil Action No. 05-5353*</u>

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Martin Logan ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Merck, subject to the following conditions:

1. Plaintiff agrees that, in the event he re-files a lawsuit against Merck that contains claims relating to Vioxx®, such lawsuit will be filed in a United States District Court;

2. Plaintiff further agrees that in the event he re-files such lawsuit, any discovery that has taken place or will take place in *In re VIOXX Products Liab. Litig.* (MDL-1657), the MDL proceeding that has been established in the United States District Court for the Eastern District of Louisiana, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

Plaintiff agrees to the above-stated conditions and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing.  There are no counterclaims or third-party claims.  Nothing in this stipulation shall constitute a waiver of any rights and defenses Merck may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Martin Logan in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

Dated: September 6, 2006             /s/ Regina L. L. Wells
                                     Roger C. Denton (MO 30292)
                                     Regina L. L. Wells (MO 52473)
                                     Schlichter, Bogard & Denton
                                     100 S. 4th ST, Suite 900
                                     St. Louis, MO 63102
                                     314/621-6115 telephone
                                     314/621-7151 facsimile
                                     rdenton@uselaws.com
                                     rwells@uselaws.com

                                     Attorneys for Plaintiff


Dated: September 14, 2006            /s/ Stephen G. Strauss
                                     Dan H. Ball  #27227
                                     Stephen G. Strauss  #45018
                                     BRYAN CAVE LLP
                                     211 North Broadway, Suite 3600
                                     St. Louis, MO 63102
                                     Telephone: (314) 259-2000
                                     Facsmile: (314) 259-2020

                                     Attorneys for Merck & Co., Inc.

                                     Phillip A. Wittmann, 13625
                                     Dorothy H. Wimberly, 18509
                                     Carmelite M. Bertaut, 3054
                                     STONE PIGMAN WALTHER
                                     WITTMANN, L.L.C.
                                     546 Carondelet Street
                                     New Orleans, LA 70130
                                     Telephone: (504) 581-3200
                                     Fax: (504) 581-3361

                                     Defendant's Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation and Order of Partial Dismissal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, on this 15th day of September, 2006.  I further certify that the change in parties shall be entered directly on LexisNexis File & Serve as soon as this Order is entered.

/s/ Regina L. L. Wells