UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to<br>Case No. 06-0810 | * | |
| | * | MAGISTRATE JUDGE<br>KNOWLES |
| CHARLES L. MASON, | * | |
| Plaintiff, | * | |
| v. | * | |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION OF MERCK & CO. INC. ("MERCK")
TO COMPEL THE DEPOSITION OF DOUGLAS P. ZIPES, M.D. OR,
IN THE ALTERNATIVE, TO EXCLUDE HIM FROM TESTIFYING AT TRIAL**

Plaintiff has designated Dr. Douglas Zipes as an expert witness in this case but refuses to produce him for deposition. He has taken the position that Dr. Zipes need not and will not be deposed because Merck already has deposed Dr. Zipes in *Barnett* and because plaintiff only plans to call Dr. Zipes to testify on "general issues already covered in his MDL report and deposition." (*See* Sept. 6, 2006 E-mail from R. King to T. Ismail, attached hereto as Ex. A.) There is ample reason to suspect that Dr. Zipes is unwilling to testify in *Mason* and that this is the real reason plaintiff won't produce him for deposition. Merck is entitled to know, either way, so that it may prepare its defense.

Even if plaintiff only intends to elicit "general" opinions from Dr. Zipes, that does not excuse his refusal to produce Dr. Zipes for deposition. As the Court knows, from Dr. Zipes's

testimony in *Barnett* and his purported designation in *Smith*, his prior depositions are comprised in large part of *Barnett* case-specific opinions.  In fact, one of his depositions in *Barnett* was limited by agreement solely to Mr. Barnett's then-recent medical problems.  Many of the issues on which he was deposed in *Barnett* – *i.e.*, increased risk of cardiovascular events in a long-term use case – are not relevant in this case, where plaintiff allegedly used Vioxx for approximately ten months.

As the Court is also well-aware, Dr. Zipes's expert report is expansive.  Because the basis for his general opinions have not been fully explored in his prior depositions, Merck respectfully moves for an order compelling plaintiff to produce Dr. Zipes for a deposition *in this case* no later than October 6, 2006.  In the alternative, Merck requests that the Court preclude Dr. Zipes from testifying at trial.  Merck would agree to some time limit for the deposition, but to deny any further examination of Dr. Zipes would be unfair.

Dated:  September 15, 2006

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

Philip S. Beck
Tarek Ismail
Shayna Cook
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois  60610
Phone:  312-494-4400
Fax:     312-494-4440

Brian Currey
Catalina J. Vergara
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone:  213-430-6000
Fax:     213-430-6407

And

Douglas Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  202-434-5000
Fax:     202-434-5029

Attorneys for Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him from Testifying at Trial has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of September, 2006.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel