**From:** Rebecca King [mailto:RKing@blizzardlaw.com]
**Sent:** Wednesday, September 06, 2006 12:58 PM
**To:** tarek.ismail@bartlit-beck.com
**Cc:** Scott Nabers
**Subject:** Mason v. Merck - Dr. Zipes

Mr. Ismail:

We are in receipt of your letter dated September 5 regarding deposition dates for Dr. Zipes. Please be advised that Dr. Zipes will only testify on general issues already covered in his MDL report and deposition. As such, we will not be presenting him for another deposition.

**Rebecca B. King**
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 70002
t. 713.844.3750
f. 713.844.3755
rking@blizzardlaw.com


EXHIBIT A