UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES MASON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 2:07cv00810 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him From Testifying at Trial,

IT IS ORDERED that the Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Douglas P. Zipes, M.D. or, in the Alternative, to Exclude Him

828955v.1

From Testifying at Trial be brought on for hearing on the ___ day of September, 2006, at _____ o'clock __.m.

        NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

                                        _____
                                              DISTRICT JUDGE