in the market at a significantly increased price to consumers. The vastly disparate costs are only justified in a small group of people with an appropriate cardiovascular profile and exceptional risk of gastrointestinal complications.

s.      In addition to the many citations listed previously refuting the suggestion of a cardioprotective effect of naproxen, there is a recent study from Bispebjerg University Hospital in Copenhagen, Denmark. The study results were presented at the November 2005 Scientific Sessions of the American Heart Association. The abstract submitted to the American Heart Association is presented below.

**Increased Mortality Related to Treatment with Selective Cyclo-Oxygenase-2 Inhibitors and Non-Steroidal Anti-Inflammatory Drugs after Acute Myocardial Infarction**

*Gunnar H Gislason, MD, Søren Jacobsen, MD, DMSc, Pernille Buch, MD, Jeppe N Rasmussen, MD, Jens Friberg, MD, PhD, Steen Z Abildstrom, MD, PhD, Christian Torp-Pedersen, MD, DMSc. Bispebjerg University Hospital, Copenhagen, Denmark; Rigshospitalet - Copenhagen University Hospital, Copenhagen, Denmark; National Institute of Public Health, Copenhagen, Denmark; Gentofte University Hospital, Copenhagen, Denmark*

**Introduction:** Several studies have shown increased risk of AMI and death in patients treated with selective cyclo-oxygenase-2 (COX-2) inhibitors. However, little is known to what extent this applies to patients with ischemic heart disease and if this also relates to treatment with non-selective non-steroidal anti-inflammatory drugs (NSAIDs). We studied the risk of recurrent AMI (re-AMI) or death in patients after AMI who received treatment with NSAIDs including selective COX-2 inhibitors. Methods: Patients admitted with first-time AMI between 1995 and 2002, were identified from the Danish National Patients Registry. Patients discharged alive were included in the study. We identified all prescriptions of selective COX-2 inhibitors and other NSAIDs after discharge. By multivariate proportional-hazard analysis, adjusted for age, sex and co-morbidity, and using time dependent variables we estimated the risk of re-AMI or death. The effect of low and high dosage was also estimated.

**Results:** A total of 71,515 patients were admitted with first-time AMI; 58,432 (81.7%) were discharged alive and included in the study. There were 3,022 (5.2%) patients treated at least once with rofecoxib, 2,489 (4.3%) with celecoxib, 10,230 (17.5%) with ibuprofen, 6,172 (10.6%) with diclofenac and 7,449 (12.7%) with other NSAIDs. We found no increased risk of re-AMI in patients receiving selective COX-2 inhibitors and other NSAIDs. However, all NSAIDs were associated with increased mortality, which increased further with higher dosages (Table).

**Conclusion:** <u>Treatment with selective COX-2 inhibitors and other NSAIDs are associated with increased mortality in patients after AMI, with a dose related effect.</u> Differences in risk within NSAIDs were as great as between selective COX-2 inhibitors and other NSAIDs. There was no effect of these drugs on the risk of recurrent infarction. These results indicate a dose dependent risk of all NSAIDs for patients with ischemic heart disease.

The study results are consistent with those of previous reports, which failed to find a cardioprotective effect of naproxen. Furthermore, as demonstrated previously, all NSAIDs show a dose dependent risk for patients with ischemic heart disease. Treatment with selective COX-2 inhibitors and other NSAIDs are associated with increased mortality in patients after acute myocardial infarction, and show a dose related effect. The study was funded by the Danish Heart Foundation and the Danish Pharmaceutical Association.

The concern over the interpretation of the VIGOR data is accentuated further by the recent revelation involving the publication of the data in the New England Journal of Medicine by Bombardier et al.[7]   A recent editorial in the New England Journal of Medicine[8] calls into question the integrity of the data and interpretation of the VIGOR results. The editors conclude by stating the following:

> *"Taken together, these inaccuracies and deletions call into question the integrity of the data on adverse cardiovascular events in this article.  We have asked the authors to submit a correction to the Journal."*

The data in question are summarized in the two tables shown below in which the authors failed to report the data of three patients in the Vioxx treatment arm of the study.

---

[7] Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ; VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000 Nov 23;343(21):1520-8

[8] Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8.N Engl J Med. 2005 Dec 29;353(26):2813-4. Epub 2005 Dec 8

**Table 1. Data on Myocardial Infarctions Omitting the Three Events.**\*

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 2315 | 17 | 4.25 | 1.39 to 17.37 |
|   Naproxen | 2316 | 4 | | |
| Aspirin indicated | | | | |
|   Rofecoxib | 95 | 8 | ∞ | 1.65 to ∞ |
|   Naproxen | 92 | 0 | | |
| Aspirin not indicated | | | | |
|   Rofecoxib | 2220 | 9 | 2.25 | 0.63 to 10.02 |
|   Naproxen | 2224 | 4 | | |

\* The numbers of person-years of exposure as of February 10, 2000, have been estimated. Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

**Table 2. Data on Myocardial Infarctions Including the Three Events.**\*

| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
|---|---|---|---|---|
| Total | | | | |
|   Rofecoxib | 2698 | 20 | 5.00 | 1.68 to 20.13 |
|   Naproxen | 2699 | 4 | | |
| Aspirin indicated | | | | |
|   Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
|   Naproxen | 102 | 0 | | |
| Aspirin not indicated | | | | |
|   Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
|   Naproxen | 2597 | 4 | | |

\* Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

The editorial informs the authors as well as the readers of the following:

*"The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect.   Although only summary percentages, not actual numbers of myocardial infarctions, were included in the Journal*

*article, the following tables display the numerical data without (Table 1) and with (Table 2) the three myocardial infarctions. Lack of inclusion of the three events resulted in <u>an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib).</u> It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups."*

The editors go on to indicate that Merck and the authors of the article, some of whom are employees of Merck and all of whom had financial ties to Merck, had removed the data for the three patients just days before submission of the revised manuscript and had ample time to rectify any error of omission long before the article appeared in print. This infraction is serious. The editors make the following statement indicating an expression of concern regarding the deletion of the data from the revised manuscript:

> *"It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the Journal, that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 4 months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article."*

t.      Vioxx® should have undergone more extensive study at the basic level prior to being marketed to American consumers, as well as during the post-marketing period. The NSAID market was so flooded that the price of the drugs was low giving additional incentive to manufacturers such as Merck to search for new anti-inflammatory drugs. Scientists were able to determine that COX-1 was constitutively expressed in the mucosal lining of the stomach and that COX-2 was induced, especially in response to an inflammatory event, whereas COX-1, which is constitutive, does not increase above its basal level of activity. Thus, during an

inflammatory response to injury, the increasing activity of COX-2 provides for the production of prostacyclin (PGI2) in increasing amounts  while the activity of COX-1 and is product thromboxane (TXA2) are kept under control by the cytoprotective actions of PGI2. The simple and incorrect premise that COX-1 serves an important role in the body's normal function and that COX-2 only caused inflammation, led to the idea of selectively inhibiting synthesis of COX-2 and leaving COX-1 to protect against gastrointestinal events.

**u.**      Merck scientists, incorrectly assumed that the enhanced expression of COX-2 during inflammatory conditions justified the use of a COX-2 inhibitor, despite the fact that earlier publications provided clear evidence that COX-2 was essential for resolution of the inflammation and that suppressing the activity of COX-2 would impair healing (see Gilroy et al. in a subsequent section). Furthermore, the many publications by Vane and colleagues who shared the 1982 Nobel Prize in Physiology and Medicine provided clear warnings about the potential adverse thrombotic events that would occur in response to inhibition of COX-1 and suppression of prostacyclin (PGI2) synthesis.  That Merck was aware of the science is made apparent in the patents submitted by Merck scientists years before rofecoxib (Vioxx®) entered clinical trials.  Among the inventors on several of the patents, is Dr. Edward Scolnick, Director of Research **(see Appendix B).** Also of note is that while information regarding the roles of PGI2 and Thromboxane were discussed in the 16th Edition of the Merck Manual published in 1992, that information was deleted  in the subsequent 17th Edition which was published in 1999, the same year Vioxx was placed on the market.

v.      Before the launch of the COX-2 inhibitors, scientists had determined that COX-2 was constitutively expressed in multiple human systems and organs, central nervous system, heart, kidneys, gastrointestinal tract, ovaries, uterus, vascular endothelium and the brain.  The wide spread distribution of the enzyme, should have been an indication that COX-2 might have important physiological functions thereby suggesting that its activity is of vital importance and should not be inhibited as suggested by the dictum, "do no harm."

v.      Vioxx® was launched with traditional NSAID warnings, no warning of any ill-effects of blocking COX-2 alone, and with the promise of gastrointestinal  safety. COX-2 inhibitors are sometimes equal, but are not superior, in efficacy to traditional NSAIDs.  The long term healing effects of COX-2 in the gastrointestinal tract were not explored in sufficient detail.  Furthermore, concomitant aspirin therapy, as currently recommended as a means of reducing potential adverse vascular events, largely attenuates any gastrointestinal advantage of COX-2 inhibitors.  Merck was aware of this from its internal studies.[9]  **(See Patent Applications in Appendix B).**

w.      Vioxx®, under the proper experimental or clinical pathophysiological conditions has the potential to be prothrombotic.  Therefore, individuals with asymptomatic or symptomatic cardiovascular disease will be at an increased risk, relative to healthy individuals, for the development of thrombotic events (e.g. myocardial infarction, stroke, peripheral vascular thrombosis, etc.), arterial hypertension, pulmonary edema, and/or congestive heart failure.  Due to inhibition of the inhibitors of platelet

---

[9] Before the start and during the conduct of the VIGOR trial, Merck scientists, including Edward Scolnick, M.D. had submitted multiple patents in which the claimed "invention" was to combine a COX-2 inhibitor with a thromboxane antagonist.  The latter was intended to counter the imbalance between COX-1 and COX-2 that would favor a predominant effect of thromboxane with the potential to increase platelet reactivity and the development of thrombosis.

aggregation (i.e., prostacyclin or PGI2), interference with the physiological function of the kidneys and the inhibition of vasodilators (PGI2), the body is "tipped" to a prothrombotic state in the presence of COX-2 blocking therapy and an increased burden placed upon the cardiovascular system. It is readily apparent from what is known about the role of COX-2 in human physiology that interference with COX-2 synthesis of PGI2 will have serious consequences in at risk individuals that go beyond the development of a prothrombotic state. **Figure 2** summarizes the interaction between PGI2 andTXA2 and the importance of maintaining a balance between antithrombotic (PGI2) and prothrombotic (TXA2) influences in the blood vessels. Inhibition of COX-2 favors the prothrombotic action of platelet derived TXA2 thereby leading to the formation of an occlusive arterial thrombus.

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture

**Figure 2:** PGI2, derived primarily from the action of COX-2 in the endothelium, serves to prevent blood platelets from aggregating in the flowing blood stream. TXA2 is formed by the enzymatic activity of COX-1 when platelets stimulated by turbulent blood flow or shear forces in the vasculature. TXA2 leads to platelet aggregation and thrombus formation. Under normal physiological conditions, the prothrombotic actions of TXA2 are counteracted by PGI2. The inhibition of PGI2 synthesis by COX-2 inhibitors (Vioxx®) would favor the actions of TXA2 and thus be prothrombotic. The latter is accentuated in the

presence of endothelial injury (endothelial dysfunction) as occurs in patients with atherosclerosis.  The absence of normal endothelial function is associated with the failure to produce nitric oxide (NO), which has anti-aggregatory and vasodilator properties.  NO functions in concert with PGI2 to prevent platelet dependent arterial thrombosis.  Therefore, the loss of normal endothelial function and the suppression of PGI2 synthesis by COX-2 inhibition tilts the balance in favor of prothrombotic state.  Thus, patients with vascular disease are more prone to develop thrombotic episodes when administered COX-2 inhibitors such as Vioxx®.  Adding aspirin, which inhibits TXA2 production, to avoid this problem may be counter productive due the ability of aspirin to inhibit COX-1 dependent synthesis of prostaglandins in the gastric mucosa, thereby circumventing the major advantage claimed for the use of COX-2 inhibitors, e.g. the failure to induce gastric perforation, ulceration and bleeding (PUB). Adding aspirin, which inhibits TXA2 production, to avoid this problem may be counter productive due the ability of aspirin to inhibit COX-1 dependent synthesis of prostaglandins in the gastric mucosa, thereby circumventing the major advantage claimed for the use of COX-2 inhibitors, e.g. the failure to induce gastric perforation, ulceration and bleeding (PUB).

x.   The literature has emphasized the importance of maintaining equilibrium between the physiologic production of COX-1 derived thromboxane (TXA2) and COX-2 derived prostacyclin (PGI-2) involved in the regulation of thrombus formation.  There is universal support for the concept that COX-2 inhibition favors a prothrombotic environment by suppressing endothelial PGI-2 synthesis while leaving COX-1-dependent platelet TXA-2 synthesis unopposed.  Factors other than those discussed above are known to affect blood coagulation (thrombus formation) by altering the activities of COX-1 and COX-2.   The recent article by Steffel et al. (36) calls attention to the unappreciated role of tissue factor and how its activity is brought into play during platelet aggregation as diagramed in the accompanying **Figure 3.**

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

**Figure 3:  Coagulation and Thrombus Formation.**  Tissue factor (TF), the main initiator of the coagulation cascade, activates factor IX and factor X, ultimately resulting in the formation of thrombin.  Platelets are activated by TXA-2 while they are stabilized by PGI-2.  Mediators released during platelet activation and aggregation, such as adenosine diphosphate (ADP) serotonin, induced endothelial TF expression as well as other mediators and cofactors involved in the conversion of prothrombin to thrombin.  Ultimately, initiation of the coagulation cascade in conjunction with platelet activation and aggregation lead occlusive thrombus formation.

Other factors affecting the coagulation system at a cellular level are influenced by coxibs as well. Tissue factor (TF), the key enzyme for initiation of coagulation cascade, plays a pivotal role in thrombus formation and atherosclerotic vascular diseases (Figure 3)   The Coxib, celecoxib reduces TNF-$\alpha$ induced TF expression and activity in human aortic endothelial cells.  In contrast, neither rofecoxib nor NS-398 alter TNFa induced TF expression, suggesting a mechanism occurring independent of COX-2 inhibition. Instead, celecoxib, but not rofecoxib or NS-398, inhibits c-jun terminal NH2-kinase phosphorylation, which is crucially involved in TF induction by TNF-$\alpha$.  Thus, celecoxib reduces TNF-$\alpha$ induced TF expression in endothelial cells through interfering with

activation of a MAP kinase, but not by inhibition of COX-2 (Figure. 4). These data also indicate a distinct heterogeneity between coxibs. Given the importance of TF in the initiation of coagulation, reduced TF expression by celecoxib may provide a mechanism for the observed differences between celecoxib and rofecoxib with respect to the occurrence of thrombotic complications in large-scale clinical trials.



**Figure 4:** Celecoxib and endothelial TF expression. Celecoxib, but not rofecoxib or NS-398, reduces TNF-a–induced endothelial TF expression by reducing c-jun terminal NH2-kinase phosphorylation.

In contrast to TF, induction of TF pathway inhibitor (TFPI), the physiologic counter player of TF, is dependent on COX-2 in human endothelial cells, implying a prothrombotic potential of coxibs by decreasing TFPI expression.

The coagulation cascade is also inhibited by thrombomodulin, which binds thrombin leading to protein-C activation; vasodilatory prostaglandins induce thrombomodulin expression in vascular smooth muscle cells, which is diminished by the coxib etoricoxib and the NSAID diclofenac, again suggesting a prothrombotic potential of coxibs (37). These studies indicate that the influence of coxibs on coagulation at the

cellular level is complex and depends on several variables in addition to the balance between TXA2 and PGI2. Moreover, different coxibs may exert different effects on coagulation and thrombus formation.



**Figure 5:** COX-2 in activated macrophages, endothelial cells, and platelets—role of coxibs. AA indicates arachidonic acid; EC, endothelial cell; Mf, macrophage; PGH2, prostaglandin H2

As COX-2 is upregulated in the inflammatory environment of atherosclerotic vessels, (38, 39) this setting appears particularly appealing for examining the effect of coxibs. Rupture of atherosclerotic plaques leads to the release of its highly procoagulant content into the bloodstream, resulting in activation of coagulation and thrombus formation (40). In Apobec-1/LDLR double knockout mice exhibiting difuse atherosclerotic lesions, inhibition of COX-2 is associated with morphologic changes consistent with plaque destabilization (41). In contrast, in apoE knockout mice, another

well-established model of atherosclerosis, COX-2 inhibition has no effect on the composition of advanced atherosclerotic lesions (42,43), but reduces formation of early lesions (44). Likewise, rofecoxib-treated LDL-receptor knockout mice develop significantly less atherosclerosis than their controls (45). Thus, animal studies examining the effect of coxibs on atherogenesis reveal conflicting results that may reflect differences in the animal models and/or the experimental protocols; however, evidence accumulates that COX-2 may play a pro-atherogenic role, particularly during the early phase of atherosclerosis, suggesting a potential benefit of coxibs in this particular setting (**Figure 6**).

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

**Figure 5:** The two faces of thrombin: Stimulation of coagulation via fibrin generation and inhibition of coagulation via thrombomodulin (TM)-based activation of Protein C (PC).

It is clear that COX-2 inhibitors may promote atherothrombosis by inhibiting formation of PGI2, an important inhibitor of platelet aggregation (46, 47). This is particularly important under conditions with increased COX-2 expression, such as atherosclerosis

(48, 49). In addition, selective COX-2 inhibitors fail to inhibit platelet thromboxane-A2 (TXA2) formation (50). Thus, the increased thrombotic risk may result from unopposed thromboxane A2 actions on platelets (51). However, via their effects on gene expression in vascular cells, prostaglandins may also inhibit thrombosis by mechanisms independent of platelet inhibition. Using microarray chip technology, it was demonstrated previously that thrombomodulin (TM) mRNA is upregulated in cultured human coronary artery smooth muscle cells by the stable prostacyclin mimetic, iloprost (52).

Thrombolodulin (TM) serves as a cell surface receptor for thrombin. Thrombin bound to TM can activate protein-C (PC) (53). Activated protein-C (aPC) is an important inhibitor of blood coagulation by neutralizing the feedback-loop of thrombin generation via factors Va and VIIIa, respectively (54). A recent report demonstrates that prostacyclin mimetics stimulate the expression of functionally active TM protein in cultured human smooth muscle cells (SMCs) (55). More importantly, evidence is presented for a regulation of TM expression and activity by prostaglandins, endogenously formed



via the COX-2 pathway. In immunohistochemical studies on atherectomy specimens from human carotid arteries, COX-2 and TM were colocalized in SMC from atherosclerotic lesions. These findings provide a novel, platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors. The graph shown above presents a summary of the data showing the effects of the prostacyclin receptor (IP)

agonist iloprost (ilo, 100 nmol/L) on TM mRNA expression in human coronary artery SMCs (data are mean SEM from n 6 independent experiments; *$P$ 0.05).

This study is the first to demonstrate a stimulation of the expression of functionally active thrombomodulin in human SMCs by prostaglandins, endogenously formed *via* the COX-2 pathway. Thrombomodulin (TM) is a monomeric, type-1 transmembrane protein that serves as a cell surface receptor for thrombin. Thrombin binds to TM at high affinity, resulting in a conformational change of the thrombin molecule and an altered substrate specificity to activate protein-C (PC) (56, 57). Activated protein-C (aPC) proteolytically degrades factors Va and VIIIa, thereby inhibiting further thrombin generation. In addition to its role in the regulation of plasmatic coagulation, TM modulates mitogenic signaling and thrombin-induced cell proliferation (58, 59).

TM is predominantly localized on endothelial cells.(56) However, endothelial TM has been shown to be markedly downregulated in atherosclerotic coronary arteries (60). Thus, under certain pathological conditions, such as in advanced atherosclerosis, SMCs may become a functionally relevant source of TM. Interestingly, in non-diseased human aortas, only endothelial cells, but not SMCs are positive for TM (61), whereas in atherosclerotic vessels, both intimal and medial SMCs express TM (61, 62). TM is an important regulator of thrombosis. A local over expression of TM prevented atherothrombosis in a stasis / injury model of arterial thrombosis in rabbits (63). In a rabbit vein graft model, an early loss of TM expression was observed, which significantly impaired vein graft thrombo-resistance and resulted in an enhanced thrombin generation (64). In clinical studies, soluble TM was found to be inversely associated with the risk of coronary heart disease (65, 66).

This study demonstrates that COX-2–derived prostaglandins regulate the expression of functionally active TM. Because TM is an important inhibitor of blood coagulation, these findings provide a novel, platelet independent mechanism to explain the prothrombotic effects of COX-2 inhibitors.

y.   COX-2 inhibitors result in an increase in blood pressure that imposes or exacerbates concomitant cardiovascular risk factors. COX-2 inhibitors share the adverse renal effects of NSAIDs, further complicating the cardiovascular issues, and complications. A sustained increase in blood pressure leads to myocardial hypertrophy (thickening of the wall of the left ventricle) and is a major risk factor for subsequent heart failure and/or myocardial infarction or sudden cardiac death. Merck's knowledge of the prothrombotic potential of Vioxx® was evident when it decided to apply for an international patent to suggest concomitant use of Vioxx® with a thromboxane-A2 inhibitor that Merck was attempting to develop. The patent I specifically refer to here is Scolnick, Edward, et al., *Combination Therapy Using Cox-2 Selective Inhibitor and Thromboxane Inhibitor and Compositions Therefore,* with a priority date of May 15, 2000 **(See Appendix B).**

z. The Vioxx® labeling should have contained a "strong warning" to physicians that patients are at increased risk of a thrombotic event when taking Vioxx® and that that risk is further increased in patients with cardiovascular disease or risk factors for cardiovascular disease. An additional "black-box warning" should have stated that except in cases of extreme gastrointestinal risk, alternate traditional NSAIDs should be used prior to Vioxx® and Vioxx® should be prescribed at its lowest dose of 12.5 mg in persons who are first time users. Further, a patient insert should have been provided in bold letters with a brightly colored background that persons with cardiovascular disease

or who are at risk for cardiovascular disease may be at increased risk of blood clots when taking Vioxx®, and that the risk of blood clots may increase with longer use. Similar warnings should have been prominently displayed on any direct to consumer advertising of Vioxx®.

The above statement of concern is highlighted in the recent edition of the highly respected textbook, *'Goodman and Gilman's Pharmacological Basis of Therapeutics'*, 11th Edition, 2006. In Chapter 26, pages 684-685 the authors describe the cardiovascular effects of COX-2 inhibition as follows:

### Blood Pressure, Renal, and Renovascular Adverse Events

*tNSAIDs and COX-2 inhibitors have been associated with renal and renovascular adverse events (Cheng and Harris, 2004). NSAIDs have little effect on renal function or blood pressure in normal human subjects. However, in patients with congestive heart failure, hepatic cirrhosis, chronic kidney disease, hypovolemia, and other states of activation of the sympathoadrenal or renin-angiotensin systems, prostaglandin formation becomes crucial in model systems and in humans (Patrono and Dunn, 1987). NSAIDs are associated with loss of the prostaglandin-induced inhibition of both the reabsorption of Cl⁻ ion and the action of antidiuretic hormone, leading to the retention of salt and water. Experiments in mice that attribute the generation of vasodilator prostaglandins (PGE2 and PGI2) to COX-2 raise the likelihood that the incidence of hypertensive complications (either new onset or worsened control) induced by NSAIDs in patients may correlate with the degree of inhibition of COX-2 in the kidney and the selectivity with which it is attained (Qi et al., 2002). Deletion of receptors for both PGI2 and PGE2 elevate blood pressure in mice, mechanistically integrating hypertension with a predisposition to thrombosis. Although this hypothesis has never been addressed directly,[10] epidemiological studies suggest hypertensive complications occur more commonly in patients treated with coxibs than with tNSAIDs.*

*NSAIDs promote reabsorption of K+ as a result of decreased availability of Na+ at distal tubular sites and suppression of the prostaglandin-induced secretion of renin.*

---

[10] Ethical considerations would preclude the conduct of a study the goal of which was to determine if a treatment would lead to serious harm and/or death to human volunteers. The "science", both basic and clinical studies, clearly supports the position that COX-2 inhibition is associated an increase in blood pressure. There is no need to subject humans to a double-blind, placebo controlled, multi-center study to demonstrate what is already known from experience. *Medicine is a science as well as an art and the practitioner should do no harm.*

On pages 704-705, the authors comment specifically on rofecoxib as follows:

> *Rofecoxib (VIOXX) was introduced in 1999. Details of its pharmacodynamics, pharmacokinetics, therapeutic efficacy, and toxicity have been reviewed (Davies et al., 2003). Based on interim analysis of data from the Adenomatous Polyp Prevention on Vioxx (APPROVe) study, which showed a significant (twofold) increase in the incidence of serious thromboembolic events in subjects receiving 25 mg of rofecoxib relative to placebo (Bresalier et al., 2005), rofecoxib was withdrawn from the market worldwide (FitzGerald, 2004). The FDA advisory panel agreed that rofecoxib increased the risk of myocardial infarction and stroke and that the evidence accumulated was more substantial than for valdecoxib and appeared more convincing than for celecoxib. Only rofecoxib, however, has established superiority over tNSAIDs in terms of gastrointestinal outcomes, which adjusts the risk:benefit ratio. If reintroduced, it would only merit consideration in patients with severe gastrointestinal intolerance of tNSAIDs who were at demonstrably low risk of cardiovascular or cerebrovascular disease.*

As the approved indications for the use of rofecoxib (VIOXX®) focused primarily on an elderly population who would be more likely to have preexisting cardiovascular disease, Merck should have been aware that such patients would be most vulnerable to the development of adverse cardiovascular events.  It a well established medical fact that patients with rheumatoid or osteoarthritis are at greater risk for acute coronary syndrome and myocardial infarction (70).  While it is known that rheumatoid arthritis is associated with an increase risk of cardiovascular disease, the pattern of this risk was not clear.  Thus, the recent publication by Solomon et al. (70) has great significance.   The authors investigated the relative risk of myocardial infraction, stroke and cardiovascular disease mortality in adults compared with adults without rheumatoid arthritis across age groups, gender, and prior cardiovascular disease event status.  The results of the study provide support for the opinion that rheumatoid arthritis is a risk factor for cardiovascular disease events and demonstrate that the rate ratio for such events among persons with rheumatoid arthritis is highest in young adults and those without known prior cardiovascular disease events.  In absolute terms, however, the difference in

event rates is highest in older adults.   Among subjects without prior cardiovascular
disease events, the pattern was similar to those for the total population.   However, the
pattern of risk was very different for the subjects with a record of prior cardiovascular
events.  In this subgroup, rheumatoid arthritis was no longer a risk for future events - they
appear to be protected from future cardiovascular events in all age categories.   The data
show a constant or increasing excess risk due to rheumatoid arthritis with increasing age.

In consideration of Solomon et al. (70) study results, the data indicate that the
population most likely to be prescribed a COX-2 inhibitor would be the one most likely
to be at risk for an adverse event.  The patient population would also consist of older men
and women with other co-morbid conditions (essential hypertension, diabetes, heart
failure, ischemic heart disease) that would contradict the use of a COX-2 inhibitor.

aa.  It is my opinion that Merck did not adequately and timely alert the medical
community about the cardiovascular risks associated with the use of Vioxx®.   The
providers of health care, physicians, nurse practitioners, and pharmacists, were mislead
by Merck's representations in the April 2002 label that the caution with prescription of
Vioxx® should be exercised only in patients with a medical history of ischemic heart
disease when, in fact, the studies demonstrate that risk is present in all patients.  It is my
opinion that Merck's "training program," ashamedly titled, "Dodge Ball Vioxx,"
prepared its detail representatives to distort the facts and dispense information that was
less than truthful.

bb.  In view of the widespread use of Vioxx® and related COX-2 inhibitors,
especially in patients being treated for essential hypertension and or congestive heart
failure, it is incumbent upon the industry, and specifically Merck with regard to Vioxx, to
provide sufficient information to medical practitioners relating to the potential adverse

events with COX-2 inhibitors.  This is especially important when COX-2 inhibitors are used in conjunction with antihypertensive agents and drugs used in the management of heart failure.  For example, the combined use of a COX-2 inhibitor along with an inhibitor of the angiotensin-converting enzyme (ACE) has resulted in severe hyperkalemia and cardiac arrest.  Hypertension and heart failure often occur together in elderly patients who are also likely to be candidates for anti-rheumatic drug therapy. Failure to consider or call attention to the impact of COX-2 inhibition on renal function, especially under pathophysiological conditions, is a serious deficiency in the pre-clinical development of the COX-2 inhibitor drug.  It is apparent from what has transpired over the last six years since the introduction of COX-2 inhibitors that there is a paucity of vital information provided to the medical community concerning the basic pharmacology of this class of agents.  This lack of communication of important medical knowledge stands in marked contrast to the "marketing blitz" conducted via the lay press and television that encouraged the consumers to "ask their doctor for Vioxx®."



A copy of a Vioxx® advertisement is shown above.  The photo of the attractive women, a well-known celebrity with athletic abilities, provides a convincing message that is supposed to encourage the public to   "ASK YOUR DOCTOR OR HEALTHCARE PROFESSIONAL ABOUT VIOXX."   The above is but one such ad used in a marketing campaign that is estimated to have cost in excess of $81 million. Of note is that these ads contain no warnings to the consumer regarding use of the drug when the patient has heart failure, ischemic heart disease, or pulmonary edema.  Most

disconcerting is the realization that Vioxx®, despite the 'creative' TV and magazine ads, has not been shown to be significantly more effective than the much less expensive non-prescription anti-inflammatory agents such as Tylenol and Advil.

Before revision of the package insert noted below, the information provided to the practicing physician related to the effects of COX-2 inhibition on renal and electrolyte physiology and drug-drug interactions involving ACE inhibitors read as follows:

### Angiotensin-converting Enzyme Inhibitors

*Experience with other NSAIDs suggests that clinically important changes in blood pressure response may occur when Rofecoxib is used concomitantly with an angiotensin-converting enzyme (ACE) inhibitor. Because NSAIDs may reduce blood pressure lowering response to ACE inhibitors, blood pressure should be monitored carefully when any NSAID, including Rofecoxib, is initiated in patients receiving ACE inhibitor therapy.  In patients with mild-to-moderate hypertension receiving ACE inhibitor therapy (i.e., benazepril 10-40 mg daily) and Rofecoxib 50 mg daily for 4 weeks resulted in an increase in mean arterial pressure of 3 mm Hg compared with administration of an ACE inhibitor alone.*

At the time this document was prepared initially (December 16, 2003), there was no mention of the potential for the combination of an ACE inhibitor along with a COX-2 inhibitor to result in an excess accumulation of potassium and with the potential to lead to cardiac arrest.  As of October 19, 2004, the only reference in the PDR to the potential for the development of hyperkalemia is limited to a brief statement that read as follows:

*Urogenital System: acute renal failure,* breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, and urolithiasis, *worsening chronic renal failure.*

The information contained in the package insert as of October 15, 2003 contains the following brief statement in which hyperkalemia is mentioned:

*Urogenital System: acute renal failure,* breast malignant neoplasm, *hyperkalemia, interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

Considering the many millions of patients who were exposed to Vioxx® and the population it was largely prescribed to, patient who may have been hypertensive and/or who may have been receiving an ACE inhibitor or eplerenone, the subject of hyperkalemia should have had a more prominent position in the instructions to the prescribing physicians.

Under the section dealing with Drug Interactions, the package insert should have contained a statement such as the following:

ACE Inhibitors: *Reports indicate that NSAIDs may* diminish the *antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benzipril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.*

There is no mention of the potential for developing hyperkalemia when Vioxx® is used concomitantly with an ACE inhibitor.

The publications listed below describe the effects of COX-2 inhibition on renal physiology and support the concerns expressed above.

*Brater D.C. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2 selective inhibition.  Am J Med. 1999 Dec 13; 107(6A);65S-70S; discussion 70S-71S. Review.*

*Harris RC Jr.  Cyclooxygenase-2 inhibition and renal physiology.  AM J Cardiol. 2002 Mar 21; 89:10D-17-D. Review*

*Hay E. Derazon H. Bukish N. Katz L. Kruglyakov I, Armoni M. Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor, and potassium rich diet. J Emerg Med. 2002 may; 22:349-352)*

*Stichtenoth DO, Frolich JC. COX-2 and the kidneys. Curr Pharm Des. 2000 Nov;6(17):1737-53. Review.*

Rather than provide adequate risk information to patients and physicians, Merck's actions demonstrate a willingness to withold valuable risk information from both the prescribing physician and the patients. Merck internal documents also demonstrate attempts to convince physicians that the cardiovascular risk simply did not exist or was no greater than the risks associated with conventional NSAIDs. Merck failed to adequately advise patients and physicians of the recognized and documented cardiovascular/thrombotic risks associated with the use of Vioxx®, which is a serious flaw.

cc.     An elegant series of studies by Dr. Roberto Bolli and colleagues has called attention to an important cardioprotective mechanism dependent upon the activity of COX-2. The phenomenon referred to as "ischemic preconditioning", documented in experimental animals as well as in humans, protects the heart muscle against cell death during evolution of a myocardial infarction (heart attack). In the presence of a COX-2 inhibitor, the cardioprotective mechanism of "ischemic preconditioning" is annulled, thus increasing the extent of myocardial tissue injury and the potential for increased morbidity (heart failure) or sudden death due to an arrhythmic event. Since the prevention of ischemic preconditioning can be achieved by COX-2 inhibition, the mechanism of action of rofecoxib, that of inhibiting the activity of cyclooxygenase-2, would lead one to conclude that an identical outcome would be achieved with rofecoxib and other COX-2 inhibitors with comparable selectivity for the COX-2 enzyme. A list of references originating from Dr. Bolli's laboratory is appended to this document.

Since the original preparation of this Declaration, a number of events have occurred that further impact my opinions regarding COX-2 inhibition and the risk of adverse cardiovascular events, not the least of which is the Merck's withdrawal of Vioxx® (rofecoxib) from the market on September 30, 2004.  The decision by Merck to remove Vioxx® from the market was precipitated by the finding of increased cardiovascular events in a trial of 2600 patients with colon polyps.  The clinical trial sponsored by Merck (Adenomatous Polyp Prevention on Vioxx®  – APPROVe Study enrolled study subjects who did not have clinically evident cardiovascular disease.  The study examined the effects of Vioxx® vs. placebo. The study results revealed a 3.5 percent incidence in the Vioxx® treatment group of myocardial infarction or stroke.  This represented a significant ($P<0.001$) increase over the control group (1.9 percent incidence) and was similar to the findings in the VIGOR clinical trial.  The observation resulted in the Data Safety Monitoring Board recommending suspension of the clinical trial.  In his publication (N Eng J Med 351:17, 2004), Eric J. Topol, a world-renowned cardiologist made the following statement:

> *"Considering the tens of millions of patients who were taking rofecoxib, we are dealing with an enormous public health issue.  Even a fraction of a percent excess in the rate of serious cardiovascular events would translate into thousands of affected people. Given the finding in the colon-polyp trial in low-risk patients without known cardiovascular disease — an excess of 16 myocardial infarctions or strokes per 1000 patients — there may be tens of thousands of patients who have had major adverse events attributable to rofecoxib "* (see Figure below).

It is important to note, that the entry criteria required that the patients enrolled in the study did not have evidence of cardiovascular disease and would have been considered to be a low-risk for an adverse cardiovascular event.  The Data Safety Monitoring Board was aware of a significant number of patients dropping out from one of the treatment groups and an increasing number of adverse cardiovascular events in one of the groups.

The concern was worrisome to the point that the study was unblinded and the significant increase in CV events was noted to be in the Vioxx users, at which time the decision was made to stop the trial after three years.   Such a catastrophic outcome occurring in a population of patients without symptomatic cardiovascular disease would be magnified in the population of the millions of patients ingesting this drug.   Vioxx is clearly a defective product as demonstrated by the APPROVe Trial results in which the drug was studied against a Placebo treated group of equally matched patients.   Merck had no recourse than to withdraw Vioxx from the market.



**Risk of Myocardial Infarction (MI) or Stroke Associated with Rofecoxib Use.**

Data are from Mukherjee et al.[2] and the Adenomatous Polyp Prevention on Vioxx (APPROVe) study.

From Topol, (16)

Mason v Merck                                                                           55

In an accompanying article, in the same issue of the New England Journal of Medicine Dr. Garret A. Fitzgerald (17), a leading authority in the field of prostaglandins and one who acknowledges receiving research support from Merck as well as serving as a consultant to the company makes the following statement:

> *"The rofecoxib story also reflects poorly on the process that leads to drug approval. The rational basis for addressing the cardiovascular effects of these drugs has been clear for the past five years, yet even the most fundamental questions have not been addressed directly.   Much information could have been derived from careful mechanistic studies in small numbers of patients and volunteers. However, drug companies are driven by the current requirements for drug approval to design studies such as TARGET (36).*  This most expensive and largest of the outcome studies involved exposing more than 18,000 patients to lumiracoxib for a year. *It laid the foundation for the approval of another coxib, but it failed to address important questions about cardiovascular risk raised by the VIGOR trial and by mechanistic and epidemiologic studies."*

The preceding comment is a powerful indictment of pharmaceutical industry sponsored clinical trials that may place patients at risk of an adverse outcome.  Based upon published scientific data as well as from their filing of a patent (see above) in which it is indicated that COX-2 inhibition may lead to an increased potential for thrombosis, Merck knew or should have known Vioxx® was capable of causing serious adverse cardiovascular events.  Thus, Merck should have looked more closely at the results of the VIGOR trial instead of obscuring the true facts and communicating to physicians, healthcare providers and patients a theory unsupported by sound scientific evidence that the comparator drug, naproxen was cardioprotective.

The short history of cyclooxygenase (COX)-2 inhibitors has been beleaguered by persistent safety concerns. Patient safety is and should be of primary concern. The delay in withdrawing the drug from the market proved costly to those who experienced adverse

events, either of a temporary or permanent nature.

The introduction of COX-2 inhibitors for clinical application occurred in 1999 with the licensing of two first generation drugs, rofecoxib, and celecoxib, by the FDA. The primary indications were for the control of pain associated with several different conditions and their debut was announced in 2000 in the medical literature with two landmark trials: VIGOR for rofecoxib, and CLASS for celecoxib. Shortly thereafter, a number of second-generation COX-2 inhibitors were developed. These include valdecoxib, parecoxib, etoricoxib, and lumiracoxib, which for the most part had the same indications for clinical use.

An additional body of information comes from an analysis of a database of 1.4 million Kaiser Permanente members, in which it was found that those who took Vioxx® were more likely to suffer a heart attack or sudden cardiac death than those who took Celebrex®. On August 25, 2004, David J. Graham, M.D., M.P.H., Associate Director for Science of the FDA presented results of a database analysis of 1.4 million patients; indicating that that Vioxx® users are more likely to suffer a heart attack or sudden cardiac death than those taking Celebrex® or an older NSAID. Based on their findings, Graham and his collaborators linked Vioxx® to more than 27,000 heart attacks or sudden cardiac deaths nationwide from the time it came on the market in 1999 through 2003 (15).

It of importance to note the results of the study reported from investigators at McGill University, in Montreal. After analyzing three years of data on Vioxx® it was found that 25 percent of patients who suffered a heart attack did so within 14 days of taking their first dose of the COX-2 inhibitor. The additional cardiovascular events were noted to decrease with longer duration of exposure to the drug, suggesting that the period

of greatest risk for most individuals taking Vioxx® occurs earlier than previously purported by Merck.  As I have stated on previous occasions, those who are at greatest risk are patients with asymptomatic or symptomatic cardiovascular disease.  The time to an adverse event is impacted by the degree of vascular pathology present at the time the drug is first administered.  The more advanced the vascular disease, the sooner an adverse event is likely to occur.  This opinion is supported by the study results presented by Nussmeier et al. (67) who reviewed the study of valdecoxib and its intravenous pro-drug parecoxib used to treat postoperative pain.  The authors conducted a randomized trial to assess the safety of these drugs after coronary artery bypass grafting (CABG).

As compared with the group given placebo alone, both the group given parecoxib and valdecoxib and the group given placebo and valdecoxib had a higher proportion of patients with at least one confirmed adverse event (7.4 percent in each of these two groups vs. 4.0 percent in the placebo group; risk ratio for each comparison, 1.9; 95 percent confidence interval, 1.1 to 3.2; P=0.02 for each comparison with the placebo group).  In particular, cardiovascular events (including myocardial infarction, cardiac arrest, stroke, and pulmonary embolism) were more frequent among the patients given parecoxib and valdecoxib than among those given placebo (2.0 percent vs. 0.5 percent; risk ratio, 3.7; 95 percent confidence interval, 1.0 to 13.5; P=0.03).

The authors make the following conclusion: The use of parecoxib and valdecoxib after CABG was associated with an increased incidence of cardiovascular events, arousing serious concern about the use of these drugs in such circumstances.  The data are summarized in the figure below.

Mason *v* Merck                                                                                      58



Figure 2. Kaplan–Meier Estimates of the Time to a Cardiovascular Event.
Cardiovascular events occurred throughout and after the 10-day period of drug administration in all groups. IV denotes intravenous.

The increased thrombotic response to the highly selective COX-2 inhibitors (valdecoxib and paracoxib) may result from the ability of these drugs to inhibit the production of prostacyclin without affecting the production of thromboxaneA2, which is mediated by cyclooxygenase-1 (COX-1).   Prostacyclin, the predominant cyclooxygenase product in endothelium, inhibits platelet aggregation, prevents the proliferation of vascular smooth-muscle cells in vitro, and causes vasodilatation.   Thromboxane A2, on the other hand, is the primary COX-1–mediated product of platelets and causes platelet aggregation, vasoconstriction, and vascular proliferation.

Cardiopulmonary bypass increases the levels of both prostacyclin and thromboxane A2.   However, administration of aspirin, as in this study, theoretically inhibits the formation of thromboxane by platelets.   Low-dose aspirin prevents myocardial infarction and stroke, and Mangano (68) showed that postoperative

administration of aspirin is associated with a reduced risk of death and cardiovascular and cerebrovascular ischemic complications after CABG requiring cardiopulmonary bypass. Although the study protocol required the administration of 75 to 325 mg of aspirin daily, resistance of platelets to aspirin is known to occur after CABG. The recent publication by Rabausch et al. (37) reported that COX-2 inhibition impairs the ability of thrombin to activate Protein C thereby providing a platelet-independent mechanism for thrombus formation that would not be influenced by the presence of aspirin. The importance of the study by Rabausch et al (37) should not be underestimated as it further explains the underlying mechanism by which COX-2 inhibition increases the potential for thromboembolic events, especially in concert with inhibition COX-2 activity and inhibition of prostacyclin (PGI2) synthesis. In addition the publication by Steffel et al. (36) addresses the effects of COX-2 on the production of tissue factor which promotes blood coagulation. The authors emphasize the difference between celecoxib and rofecoxib with respect to their effects on endothelial derived tissue factor. Whereas celecoxib reduced the release of tissue factor, rofecoxib was without an effect. It is reported by Neaud et al. (71) that inhibition of COX-2 prevents the release of tissue factor pathway inhibitor (TFPI), the physiologic counter-player of tissue factor (TF). The inhibition of COX-2 would lead to a loss of TFPI release thus leaving the actions of TF unopposed and setting the stage of thrombus formation that is not platelet dependent.

A published study by Solomon, et al. (See Hypertension, 44: 140-145, 2004) reported an increased risk of MI during the first 30 days of exposure to Vioxx, and in the 31-90 day period. Data from the VIGOR trial comparing rofecoxib to naproxen indicates rofecoxib is associated with an increased frequency of clinically significant hypertension. In secondary analyses available from the Food and Drug Administration (69) subjects

taking rofecoxib had a 3.6 mm increase in systolic blood pressure compared with naproxen users. This translated into a 9.7% rate of hypertension as an adverse event in subjects randomized to rofecoxib compared with 5.5% in those randomized to naproxen. This observation further substantiates the opinion that serious life threatening events can occur sooner, rather than later, as claimed by Merck who insist that adverse cardiovascular events do not begin to occur until after 18 months of continued use. Merck's 18-month exposure theory was based on the data obtained from the APPROVe trial. The followup data from the APPROVe trial however has refuted that theory. In addition, the data published by Levesque et al (72) provides important support for the opinion that the cardiovascular risk occurs with short term exposure. These authors conclude that a small proportion of patients using rofecoxib for the first time had their first myocardial infarction shortly after starting the drug. This risk returned to baseline shortly after treatment was discontinued, which is evidence that Vioxx was the cause of the increased risk seen during ingestion.  These authors indicate that more research is needed to identify those most susceptible to cardiotoxicity mediated by COX-2 inhibitor therapy. In fact, Merck documents reflect knowledge of the patient population at risk and attempts to design their clinical trials, specifically the VIGOR trial, to exclude those patients from the study population to intentionally minimize the occurrence of adverse events they knew were likely to occur in those patients if exposed to Vioxx.

The latter findings strengthen the concept that the pro-thrombotic action observed with each of the chemically distinct Coxibs, represents a "class effect", which would suggest that all Coxibs, albeit differing in there chemical structure,  are capable of inhibiting the COX-2 enzyme and producing similar adverse cardiovascular events. Since each of the Coxibs is a unique molecule, they may differ in one or more

characteristics that include how firmly they target COX-2 while sparing COX-1. Thus, as newer agents are introduced, it may be found that they do not demonstrate a consistent class effect. The observed differences in thrombotic risk among the COX-2 inhibitors may be due to trial design or their distinct physio-chemical properties. In particular, rofecoxib is a sulfone with relatively poor tissue distribution while celecoxib is a sulfonamide that is charged at physiologic pH and has extensive tissue distribution. These chemical properties may also contribute to the distinct effects that have been reported for these agents on endothelial function, a major indicator of vascular risk and for their effects on hemostasis. Specifically, celecoxib, but not rofecoxib, produced marked improvement in endothelial-dependent vasodilation and reduced markers of oxidative stress in human and animal studies (20-22). On the other hand, COX-2 inhibition prevents the thrombin-induced release of TFPI-2 thus suggesting that prostaglandins are involved with the blood clotting mechanism that is independent of blood platelets.

Waltera and co-workers (23) compared the effects of various COX inhibitors on susceptibility of human plasma, isolated LDL, and membrane lipids to peroxidation. Oxidative modification of LDL and membrane lipids contributes to foam cell formation, endothelial dysfunction and destructive inflammatory processes associated with plaque instability and thrombus formation. In patients, levels of oxidized LDL correlate with severity of acute coronary syndromes and plaque instability. To test this objective, the non-enzymatic effects of selective and non-selective COX inhibitors on oxidative stress mechanisms were evaluated by spectroscopy approaches in various biological preparations. The results of the studies are summarized below:

> Clinical investigations have demonstrated a link between use of the sulfone cyclooxygenase-2 (COX-2) inhibitor, rofecoxib, and increased

risk for atherothrombotic events. This increased risk was not observed for a sulfonamide COX-2 inhibitor (celecoxib), indicating a potential non-enzymatic mechanism for rofecoxib. To test this hypothesis, we compared the independent effects of COX-2 inhibitors on human LDL oxidation, an important contributor to atherosclerotic cardiovascular disease. The results showed that rofecoxib (100 nM) significantly decreased (>40%, $p < 0.001$) the lag time for LDL conjugated diene formation and increased levels of thiobarbituric-acid-reactive-substances (TBARS) in vitro. The pro-oxidant activity of rofecoxib was dose-dependent and attenuated by 70% ($p < 0.001$) with the antioxidant, Trolox. Rofecoxib and etoricoxib (100 nM) also caused a marked increase (>35%, $p < 0.001$) in non-enzymatic generation of isoprostanes, as measured by mass spectroscopy. Addition of rofecoxib to fresh human plasma reduced the oxygen radical antioxidant capacity (ORAC) by 34% ($p < 0.0001$). By contrast, other selective (celecoxib, valdecoxib, meloxicam) and non-selective COX inhibitors (ibuprofen, naproxen, diclofenac) had no significant effect on LDL oxidation rates or plasma ORAC values, even at supra-pharmacologic levels.   X-ray diffraction analysis showed that sulfone COX-2 inhibitors interact differently with membrane phospholipids, suggesting a physico-chemical basis for the pro-oxidant activity.  These results demonstrate that sulfone COX-2 inhibitors increase the susceptibility of biological lipids to oxidative modification through a non-enzymatic process. These findings may provide mechanistic insight into reported differences in cardiovascular risk for COX-2 inhibitors.



Chemical structures of representative sulfone (rofecoxib) and sulfonamide (celecoxib) COX-2 selective inhibitors.

Schematic illustration of a two-step membrane-binding pathway for COX-2 inhibition. Enzyme binding is

preceded by partitioning of the drug into the lipid bilayer followed by diffusion to the hydrophobic active site of the membrane-bound COX-2 protein.(From Waltera et al.)

The essential finding in the study by Waltera et al.(23) was that the sulfone COX-2 inhibitors, etoricoxib and rofecoxib, exhibited **pro-oxidant** activity in human plasma samples and isolated LDL. The pro-oxidant effects of these agents were unrelated to COX-2 inhibition as they were reproduced in pure lipid vesicles enriched with arachidonic acid. Additionally, the authors did not observe changes in lipid peroxidation rates with sulfonamide COX-2 selective inhibitors (celecoxib and valdecoxib), other NSAIDs (naproxen, ibuprofen, diclofenac), or even other sulfone-containing compounds (methyl phenyl sulfone). The lack of activity for celecoxib was observed even at supra-pharmacologic doses. By contrast, the pro-oxidant effects of rofecoxib were concentration-dependent. Thus, in addition to its ability to inhibit COX-2 and shift the balance towards a pro-thrombotic state, rofecoxib in contrast to celecoxib, would have an additional mechanism by which it could perturb endothelial cell and/or platelet membranes leading to the release of arachidonic acid. The latter would serve as a substrate for platelet thromboxane synthase leading to the synthesis of thromboxane-A2, a platelet aggregator and vasoconstrictor, thus augmenting the potential for vasoconstriction and thrombus development at a time when endothelial COX-2 is inhibited rendering the endothelium incapable of synthesizing both PGE2 and PGI2, that are both vasodilators and anti-platelet agents.

The recognition of cardiovascular risk has been apparent for some time and Merck's vigorous misrepresentations that the explanation for the VIGOR Trial results was that the comparator drug, naproxen, reduced the incidence of adverse events served to mislead physicians and consumers and misrepresented the safety profile of Vioxx. The

dangers associated with rofecoxib were probable, given the available basic and clinical scientific data, and it should not have been left to a small trial (24)  (i.e., APPROVe) to reveal the true relationship between COX-2 inhibition and adverse cardiovascular events. The physiological role of endothelial derived PGI2 and platelet derived thromboxane A2 were well known before the introduction of COX-2 inhibitors and was reviewed in detail by Sir John Vane in 1982 and in the Nobel Lecture which details the development of prosaglandin research from the early 1970s to the present (25).

Bioscience Reports, Vol. 24, Nos 4,5, August/October 2004 (© 2005)
DOI: 10.1007/s10540-005-2734-7

---

*NOBEL LECTURE*                                                    *8 DECEMBER, 1982*

---

## Adventures and Excursions in Bioassay: The Stepping Stones to Prostacylin

J. R. Vane[1]

---

This knowledge, by itself should have alerted the scientific community at Merck to question the wisdom of inhibiting COX-2 especially in the presence of vascular disease.  The fact that Merck scientists including, Steven Nichtberger, Jules Shafer, PhD, and Edward Scolnick, M.D. and associates, filed multiple patents in which the claimed invention as described is the 1998 patent by Dr. Nichtberger is as follows:

> *"The invention provides a method for treating, preventing, or reducing the risk of developing a condition selected from the group consisting of acute coronary ischemic syndrome, thrombosis, thromboembolism, thrombotic occlusion and reocclusion, restenosis, transient ischemic attack, and first or subsequent thrombotic stroke, in a patient, comprising administering to the patient a therapeutically effective amount of an antiplatelet agent in combination with a therapeutically effective amount*