

12064146

Aug 14 2006
10:36AM

## BENEDICT R. LUCCHESI, M.D., Ph.D., F.A.H.A.
### University of Michigan Medical School
### Department of Pharmacology
### Ann Arbor, Michigan 48109-0632

**Phone: 734-647-3134**
**Fax:    734-647-4782**
**E-Mail: benluc@umich.edu**

**Prepared: August 11, 2006**

### LISTING OF CASE FILES REVIEWED, DEPOSITIONS  & COURT TESTIMONY:

| | | |
|---|---|---|
| Kurt D. Yockey<br>Yockey Yockey & Schliem<br>Attorneys & Counselors at Law<br>33742 West Twelve Mile Road<br>Farmington Hills,MI 48331 | Elegrably *v* St Joseph's Mercy Hosp<br><br><br><br>Sudden Cardiac Death LQT Syndrome | Nov 2001 |
| Goforth Lewis LLP<br>Attorneys at Law<br>2200 Texaco Heritage Plaza<br>1111 Bagby<br>Houston, Texas  77002 | Vioxx Litigation<br><br><br><br>Deposition | Oct  2002 |
| Mr. P. Jeffrey Archibald<br>Habush Habush & Rottier, S.C.<br>Attorneys at Law<br>Suite 2000<br>150 East Gilman Street<br>Madison, Wisconsin 53703 | Expert Consultation on Vioxx | March 2003 |
| Girardi / Kesse Lawyers<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017-1904 | Vioxx Litigation | March 2003 |
| Smith Haughey Rice & Roegge<br>250 Monroe Avenue, N.W.<br>Suite 200<br>Grand Rapids, MI 49503 | Cipro / Warfarin Drug Interaction<br><br><br>Deposition | April 2003 |
| Mr. David Miceli<br>Beasley, Allen, Crow, Methvin,<br>Portis & Miles, P.C.<br>Attorneys at Law<br>200 Cooosa Street<br>P.O.Box 4160<br>Montgomery, Alabama 36103-4160 | Vioxx Litigation<br><br><br><br><br><br>Deposition | April 2004 |

Mason *v* Merck                                                                                              3

| | | |
|---|---|---|
| Mr. Paul A. Nugent<br>O'Hara & Nugent<br>Professional Association<br>First Sanford Tower<br>312 West First Street<br>Suite 600<br>Sanford, Florida 32771 | Shwartz *vs* Theodotou<br><br><br><br><br><br>Medical Legal – Anticoagulant | April 2004 |
| Mr. David M. Thomas<br>Attorney<br>Rutledge, Manion, Rabaut,<br>Terry and Thomas<br>Attorneys and Counsellors<br>4000 Penobscott Building<br>Detroit, Michigan 48226 | Jackson *v* RiteAid<br><br><br><br><br><br>Cocaine –Narcotic Drug - Abuse – Death | April 2004 |
| Ms Renee Walsh<br>Attorney<br>Johnson & Wyngaarden , P.C.<br>3445 Woods Edge Drive<br>Okemos, MI 48864-5901 | Knudsen v McPhersonHosp<br><br><br><br>Cilostazol Reaction | August 2004 |
| Mr. Kurt D. Yockey<br>Yockey Yodkey & Schliem<br>Attorneys & Councilors at Law<br>33742 West Twelve Mile Road<br>Farmington Hills, Michigan 48331 | Estate of Judith Beckley vs<br>Providence Hospital, et al.<br><br><br>Serotonin Syndrome | Dec 2004 |
| Mr. Ted Trief<br>Attorney at Law<br>Trief & Olk<br>150 East 58th Street<br>34th Floor<br>New York City, New York 10155 | Vioxx – Consultation<br><br><br><br><br>Serotonin Syndrome | Dec 2004 |
| Plunkett  Cooney, P.C.<br>Attorneys and Counsellors at Law<br>38505 Woodward Avenue<br>Suite 2000  Bloomfield Hills, MI 48304 | Koslowski *v*<br>William Beaumont Hosp | Jan 2005 |
| Sonneborn Rutter Cooney<br>& Klingensmith<br>1545 Centrepark Drive North<br>West Palm Beach, FL 33401-7414 | Silber *v* Edep<br><br><br>Warfarin – Atrial Fibrillation | February 2005 |
| Hovde Dassow & Deets LLC<br>10585 Meridian Street<br>Indianapolis, IN 46290  Review Medical Records – RE Vioxx | | February 2005 |
| Provided Expert WitnessTestimony<br>RE: Carol Ernst *vs* Merck Angleton, Texas | | August & September 2005 |
| Provided Expert Witness Testimony<br>RE: Frederick Michael Humeston *vs* Merck<br>Atlantic City, NJ | | September 2005 |
| Provided Expert WitnessTestimony<br>RICHARD IRVIN, JR.,<br>vs.MERCK & CO., INC., | | November 29, 2005 |

Mason *v* Merck                                                                        4

**My fee schedule for services is a follows:**

Review of Documents............................................................... $ 500/hr

Depositions ........................................................................ $ 700/hr

Court Testimony ................................................................... $ 800/hr

Time Away from Home ........................................................ $1,000/day

**Appendix B    Patent Applications Submitted by Merck Scientists:**

**1).  Patent application in which Dr. Edward Scolnick is listed as one of the inventors. The filing date is listed as 15 May 2000.**

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

A description of Background of the invention appears on the following page.   The invention concerns a thromboxaneA2 (TXA2) inhibitor to be used in conjunction with a COX-2 inhibitor.

Beginning on Line 30, the inventor makes note of the fact that traditional NSAIDS (e.g. naproxen) inhibit COX-1 activity thereby preventing the synthesis of thromboxaneA2 (TXA2) an effect that has been *"exploited therapeutically as in the use of aspirin in the prophylaxis of thromboembolic disorders."*   As the author correctly states, *"COX-2 inhibitors, on the other hand, are not expected to have such a protective effect."*
A reading of the document, prepared by Dr. Edward Scolnick, a Merck employee and Director of Research provides clear evidence that Merck scientists were well aware of the

Mason *v* Merck                                                                                6

potential for COX-2 inhibition to be associated with thromboembolic events. Examination of the text on the next page of the patent application indicates that the inventor was attempting to devise an approach whereby the prothrombotic effect of a COX-2 inhibitor would be eliminated or diminished by combining its administration with a thromboxane antagonist.

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

Mason *v* Merck                                                                    7

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

---

The first paragraph states, *"In patients who are taking COX-2 selective-inhibitors, those who are at risk of developing thromboembolic event may benefit from the anti-platelet aggregation effect of traditional NSAIDs, such as aspirin."* Further evidence that Merck scientists were aware of the potential risks of a COX-2 inhibitor is repeated on the next page of the application shown below.

Mason *v* Merck                                                                 8

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

Mason *v* Merck                                                                                                    9

A subsequent patent bearing the names of Dr. Edward Scolnick and others was filed **May 14, 2001** at a time when the VIGOR trial results were in evidence and Merck was defending its position by claiming that naproxen was cardioprotective and that VIOXX did not present a cardiovascular risk.

Please recall a memo dated **March 9, 2000**, Dr. Edward Scolnick is referring to the VIGOR study and states his concern that the higher risk of heart attacks and strokes was *"mechanism based."*[1]  The latter (mechanism based) refers to the firmly established scientific fact that inhibition of prostacyclin (PGI2) synthesis would increase the potential for thrombus (blood clot) formation, especially in the patient who was predisposed to thromboembolic events (hypertension, diabetes, rheumatoid arthritis and related inflammatory conditions).

The patent application shown below with a filing date of **May 14, 2001** clearly demonstrates that Merck was attempting to "salvage" VIOXX by focusing attention on naproxen as being cardioprotective while they struggle to develop a combination therapy designed to counter  (mask) the potential adverse prothrombotic effects associated with VIOXX-induced COX-2 inhibition.

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

A description of the above patent (US 2002/00163342 A1) is presented on the next page.

---

[1] "Mechanism based" refers to the mechanism of action of rofecoxib as an inhibitor of COX-2 inhibitor therefore suggesting that all COX-2 inhibitors would achieve the same end-result, i.e. a prothrombotic effect.

Mason v Merck

11

US 2002/0016342 A1

Feb. 7, 2002

1

# COMBINATION THERAPY USING COX-2 SELECTIVE INHIBITOR AND THROMBOXANE INHIBITOR AND COMPOSITIONS THEREFOR

## BACKGROUND OF THE INVENTION

[0001]  Non-steroidal, antiinflammatory drugs exert most of their antiinflammatory, analgesic and antipyretic activity and inhibit hormone-induced uterine contractions and certain types of cancer growth through inhibition of prostaglandin G/H synthase, also known as cyclooxygenase. Initially, only one form of cyclooxygenase was known, this corresponding to cyclooxygenase-1 (COX-1) or the constitutive enzyme. More recently a second, inducible, form of cyclooxygenase, cyclooxygenase-2 (COX-2) has been identified. COX-2 is rapidly and readily inducible by a number of agents including mitogens, endotoxin, hormones, cytokines and growth factors.

[0002]  COX-1 is responsible, in large part, for endogenous basal release of prostaglandins and hence is important in their physiological functions such as the maintenance of gastrointestinal integrity and renal blood flow. In contrast, COX-2 is mainly responsible for the pathological effects of prostaglandins where rapid induction of the enzyme would occur in response to such agents as inflammatory agents, hormones, growth factors, and cytokines. Most traditional NSAIDs inhibit both COX-1 and COX-2 isoforms of cyclooxygenase, and therefore their desirable antiinflammatory effect is often accompanied by undesirable gastrointestinal damaging effect. Selective inhibitors of COX-2 have similar antiinflammatory, antipyretic and analgesic properties to a conventional non-steroidal antiinflammatory drug but have a diminished ability to induce some of the mechanism-based side effects. COX-2 selective inhibitors currently on the market, rofecoxib and celecoxib, have been shown to have much lower incidence of gastrointestinal side effects than traditional NSAIDs that have no or little selectivity for COX-2 over COX-1).

[0003]  Traditional NSAIDs also affect platelet function by virtue of their COX-1 inhibitory activity. Inhibition of COX-1 prevents the formation in platelet of thromboxane A2, a mediator that promotes platelet aggregation. This effect of NSAIDs on platelet function has been exploited therapeutically, as in the case of aspirin, in the prophylaxis of thromboembolic disorders. COX-2 inhibitors, on the other hand, are not expected to have such protective effect.

[0004]  In patients who are taking COX-2 selective inhibitors, those who are at risk of developing thromboembolism even may benefit from the anti-platelet aggregation effect of traditional NSAIDs, such as aspirin. However, the chronic use of aspirin for its cardiovascular protective effect, albeit at doses lower than normally used for its antiinflammatory effect, would undesirably expose these patients to gastrointestinal side effects while they are on an otherwise GI-sparing treatment regimen. Therefore, for patients who are taking COX-2 selective inhibitors and who may benefit from the cardiovascular protective effect of aspirin, there remains a need for a cardiovascular protective treatment that does not expose them to increased risk for gastrointestinal side effects.

[0005]  PCT Published Application WO0018552 discloses a method for treating inflammatory diseases by administering a thrombin inhibitor, which may be used in combination of an NSAID, such as COX-2 inhibitors.

[0006]  PCT Published Application WO99/45913 discloses combination therapy and composition for acute coronary ischemic syndrome using an antiplatelet agent and a COX-2 inhibitor.

## SUMMARY OF THE INVENTION

[0007]  The present invention concerns a method for treating patients with COX-2-mediated conditions, and who are also at risk of developing thromboembolic events which comprises administering to said patients a COX-2 selective inhibitor and a thromboxane A2 inhibitor. Also provided are pharmaceutical compositions comprising a COX-2 selective inhibitor and a thromboxane inhibitor.

## DETAILED DESCRIPTION OF THE INVENTION

[0008]  The present invention provides a novel method for the treatment or prophylaxis of COX-2-mediated conditions in patients who are at risk of developing thromboembolic events which comprises administering to said patients a therapeutically or prophylactically effective amount of a COX-2 selective inhibitor and a cardiovascular protective amount of a thromboxane inhibitor.

[0009]  The present invention also provides for pharmaceutical compositions comprising a therapeutically or prophylactically effective amount of a COX-2 selective inhibitor and a cardiovascular protective amount of a thromboxane inhibitor, and a pharmaceutically acceptable carrier in unit dosage form.

[0010]  The present invention also provides a pharmaceutical product comprising (1) a therapeutically or prophylactically effective amount of a COX-2 selective inhibitor in a first oral unit dosage form, (2) a cardioprotective amount of a thromboxane inhibitor in a second oral unit dosage form, and (3) instructions for concurrent or sequential administration of said pharmaceutical product to a patient in need thereof.

[0011]  In one embodiment of the present method, the COX-2 mediated condition is selected from osteoarthritis, rheumatoid arthritis, cancer and Alzheimer's disease. In one subset the COX-2 mediated condition is cancer. In another subset the COX-2 mediated condition is Alzheimer's disease; in yet another subset, the COX-2 mediated condition is osteoarthritis or rheumatoid arthritis.

[0012]  In another embodiment the COX-2 selective inhibitor and the thromboxane inhibitor are administered orally.

[0013]  In another embodiment the COX-2 selective inhibitor is selected from celecoxib, rofecoxib, valdecoxib and etoricoxib.

[0014]  "Conditions mediated by COX-2" include, but are not limited to, pain, fever and inflammation of a variety of conditions including rheumatic fever, symptoms associated with influenza or other viral infections, common cold, low back and neck pain, dysmenorrhea, headache, toothache, sprains and strains, myositis, neuralgia, synovitis, including rheumatoid arthritis, degenerative joint diseases (osteoarthritis), gout and ankylosing spondylitis, bursitis,

## REFERENCES

1. Xuan YT, Guo Y, Zhu Y, Han H, Langenbach R, Dawn B, Bolli R. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. *Mol Cell Cardiol. 2003; 35(5): 525-37.*

2: Li Q, Guo Y, Xuan YT, Lowenstein CJ, Stevenson SC, Prabhu SD, Wu WJ, Zhu Y, Bolli R.  Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. *Circ Res. 2003; 92:741-748.*

3: Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R.  Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits.  *J Am Coll Cardiol. 2003; 41:1183-1194.*

4: Shinmura K, Nagai M, Tamaki K, Tani M, Bolli R.  COX-2-derived prostacyclin mediates opioid-induced late phase o preconditioning in isolated rat hearts *Am J Physiol Heart Circ Physiol. 2002 Dec; 283(6): H2534-2543.  Epub 2002 Aug 08.*

5: Kodani E, Xuan YT, Shinmura K, Takano H, Tang XL, Bolli R.  Delta-opioid receptor-induced late preconditioning is mediated by cyclooxygenase-2 in conscious rabbits. *Am J Physiol Heart Circ Physiol. 2002 Nov;283(5):H1943-57.*

6: Bolli R, Shinmura K, Tang XL, Kodani E, Xuan YT, Guo Y, Dawn B.  Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. *Cardiovasc Res. 2002 Aug 15;55(3):506-19.  Review.*

7: Shinmura K, Xuan YT, Tang XL, Kodani E, Han H, Zhu Y, Bolli R. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. *Circ Res. 2002 Mar 22;90(5):602-8.*

8: Kodani E, Shinmura K, Xuan YT, Takano H, Auchampach JA, Tang XL, Bolli R. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors.  *Am J Physiol Heart Circ Physiol. 2001 Aug;281(2):H959-68.*

9: Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R.  Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. *Basic Res Cardiol. 2000 Dec;95(6):479-84.*

10: Shinmura K, Tang XL, Wang Y, Xuan YT, Liu SQ, Takano H, Bhatnagar A, Bolli R. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits.  *Proc Natl Acad Sci U S A. 2000 Aug 29;97(18):10197-202.*

11: Capone ML, Tacconelli S, Sciulli MG, Grana M, Ricciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, Patrignani P. Clinical pharmacology of platelet, monocyte, and

vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. *Circulation. 2004 Mar 30;109(12):1468-71. Epub 2004 Mar 22.*

12: Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. *Circulation. 2004 Jun 22;109(24):3000-6. Epub 2004 Jun 14*

13: Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. *Lancet. 2002 Oct 5;360(9339):1071-3.*

14: Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, Crofford LJ, Lucchesi BR. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries.
*Circulation. 2001, 14;104(7):820-5.*

15: Graham DJ, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. *Lancet. 2005 Feb 5-11;365(9458):475-81.*

16: Topol EJ. Failing the Public Health — Rofecoxib, Merck, and the FDA. *N Eng J Med 2004; 351:1707-1709.*

17: FitzGerald GA. Coxibs and Cardiovascular Disease *N Engl J Med 2004; 351:1709-1711.*

18: Editor.  Vioxx: an unequal partnership between safety and efficacy.  *The Lancet 2004, 3641287-88*

19: Prof Thomas J Schnitzer, Prof Gerd R Burmester, Prof Eduardo Mysler, Prof Marc C Hochberg, Michael Prof Doherty, Elena Ehrsam, Xavier Gitton, Gerhard Krammer, Bernhard Mellein, Patrice Matchaba et al.  Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomized controlled trial. *The Lancet 2004, 364:665-674.*

20: Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003;107:405–9.

21: Hermann M, Camici G, Fratton A, et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. *Circulation. 2003;108:2308-2311. Epub 2003 Nov 3*

22: Monakier D, Mates M, Klutstein MW, et al. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. *Chest 2004;125:1610–1615.*

23: Waltera MF, Jacoba RF, Daya CA, Dahlborga R, Wenga Y, Mason RP. Sulfone

COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177: 235–43

24 Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Related Articles, Links Free Full Text Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med. 2005 Mar 17;352(11):1092-102. Epub 2005 Feb 15.*

25:  Crofford LJ, Oates JC, McCune WJ, Gupta S, Kaplan MJ, Catella-Lawson F, Morrow JD, McDonagh KT, Schmaier AH.  Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum. 2000,43:1891-6.

26: Colville-Nash PR, Gilroy DW. Cyclooxygenase enzymes as targets for therapeutic intervention in inflammation. *Drug News Perspect. 2000,10:587-97.*

27:  Colville-Nash PR, Gilroy DW.  Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. *BioDrugs. 2001, 15:1-9. Review.*

28: Liou JY, Deng WG, Gilroy DW, Shyue SK, Wu KK. Colocalization and interaction of cyclooxygenase-2 with caveolin-1 in human fibroblasts.   *J Biol Chem. 2001,276:34975-82. Epub 2001.*

29: Colville-Nash PR, Gilroy DW.  COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation?  Prostaglandins Other Lipid Mediat. *2000, 62:33-43. Review.*

30: Gilroy DW, Colville-Nash PR.   New insights into the role of COX 2 in inflammation. *J Mol Med. 2000,78:121-9. Review.*

31:  Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MJ, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. *Nat Med. 1999 5:698-701.*

32: Gilroy DW, Tomlinson A, Willoughby DA.  Differential effects of inhibition of isoforms of cyclooxygenase (COX-1, COX-2)in chronic inflammation.  *Inflamm Res. 1998, 47:79-85.*

33: Tomlinson A, Appleton I, Moore AR, Gilroy DW, Willis D, Mitchell JA, Willoughby DA. Cyclo-oxygenase and nitric oxide synthase isoforms in rat carrageenin-induced pleurisy.  *Br J Pharmacol. 1994,113:693-698.*

34: Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T.Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. *FASEB J. 2003,17:2269-71. Epub 2003 Oct 16.*

35:      Stockl K, Cyprien L, Chang EY. Gastrointestinal Bleeding Rates Among Managed Care Patients Newly Started on COX-2 Inhibitors or Nonselective NSAIDs. *J Manag Care Pharm.2005 Sep-Oct;11(7):550-558.*

36.  Steffel J, Luscher TF, Ruschitzka F, Tanner FC.  Cyclooxygenase-2 inhibition and coagulation.  *J Cardiovasc Pharmacol 2006; 46: S15-s20.*

37. Rabausch K, Bretschneider E, Sarbia M, et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. *Circ Res. 2005; 96(1):e1-6. Epub 2004 Dec 9.*

38. Schonbeck U, Sukhova GK, Graber P, et al. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol. 1999; 155:1281-1291.*

39.   Baker CS, Hall RJ, Evans TJ, et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions a•ecting native and transplantedhuman coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. *Arterioscler Thromb Vasc Biol. 1999; 19: 646-655.*

40.  Viles-Gonzalez JF, Anand SX, Zafar MU, et al. Tissue factor coagulation pathway: a new therapeutic target in atherothrombosis. J Cardiovasc Pharmacol. 2004;43:669-676.

41.Egan KM, Wang M, Fries S, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation. 2005;111:334-342.*

42.  Bea F, Blessing E, Bennett BJ, et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res. 2003; 60:198-204.*

43.  Belton OA, Du•y A, Toomey S, et al. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation. 2003;108:3017-3023.

44. Burleigh ME, Babaev VR, Yancey PG, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. *J Mol Cell Cardiol. 2005; 39:443-452.*

45. Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor deficient mice. *Circulation. 2002; 105:1816-1823.*

46. FitzGerald GA. COX-2 and beyond: approaches to prostaglandin inhibition in human disease. *Nat Rev Drug Discov. 2003;2:879–890.*

47.  Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol. 2004;24: 246–255.

48. Schrör K. Prostacyclin (Prostaglandin I2) and atherosclerosis. In: Rubanyi GM, Dzau VJ, eds. *The Endothelium in Clinical Practice.* New York, NY: Marcel Dekker; 1998:1–

44.

49. Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase- 1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000; 102:840–845.

50. Zimmermann N, Wenk A, Kim U-H, Kienzle P, Weber A-A, Gams E, Schrö K, Hohlfeld T. Functional and biochemical evaluation of platelet aspirin resistance after coronary bypass surgery. *Circulation.* 2003; 108: 542–547.

51. Weber A-A. Aspirin and activated platelets. In: Curtis-Prior P, ed. *Prostaglandins and Eicosanoids.* London, UK: John Wiley & Sons; 2004: 373–385.

52. Meyer-Kirchrath J, Debey S, Glandorff C, Kirchrath L, Schro¨r K. Gene expression profile of the Gs-coupled prostacyclin receptor in human vascular smooth muscle cells. Biochem Pharmacol. 2004; 67:757–765.

53. Hirsh J, Marder VJ, Clowes AW, George JN, eds. *Hemostasis and Thrombosis. Basic Principles and Clinical Practice.* Philadelphia, Pa: Lippincott Williams & Wilkins; 2001:335–353.

54. Wu KK, Matijevic-Aleksic N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. *Ann Med. 2000;32(suppl 1):73–77*

55. Kerstin Rabausch, Ellen Bretschneider, Mario Sarbia, Jutta Meyer-Kirchrath, Petra Censarek, Robert Pape, Jens W. Fischer, Karsten Schro¨r, Artur-Aron Weber. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2–derived prostaglandins *Circ Res.* 2005;96: e1-e6.

56. Esmon CT. Protein C, Protein S, and Thrombomodulin. In: Colman RW, Hirsh J, Marder VJ, Clowes AW, George JN, eds. *Hemostasis and Thrombosis. Basic Principles and Clinical Practice.* Philadelphia, Pa: Lippincott Williams & Wilkins;2001:335–353.

57. Wu KK, Matijevic-Aleksic N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. *Ann Med. 2000;32(suppl 1):73–77.*

58. Grinell BW, Berg DT. Surface thrombomodulin modulates thrombin receptor responses on vascular smooth muscle cells. Am J Physiol. 1996; 270:H603–H609.

59. Olivot JM, Estebanell E, Lafay M, Brohard B, Aiach M, Rendu F. Thrombomodulin prolongs thrombin-induced extracellular signalregulated kinase phosphorylation and nuclear retention in endothelial cells. *Circ Res. 2001;88:681– 687.*

60. Laszik ZG, Zhou XJ, Ferrell GL, Silva FG, Esmon CT. Down-regulation of endothelial expression of endothelial cell protein C receptor and thrombomodulin in coronary atherosclerosis. *Am J Pathol. 2001;159: 797–802.*

61. Yoshii Y, Okada Y, Sasaki S, Mori H, Oida K, Ishii H. Expression of thrombomodulin in human aortic smooth muscle cells with special reference to

atherosclerotic lesion types and age differences. *Med Electron Microsc. 2003;36:165–172.*

62. Tohda G, Oida K, Okada Y, Kosaka S, Okada E, Takahashi S, Ishii H, Miyamori I. Expression of thrombomodulin in atherosclerotic lesions and mitogenic activity of recombinant thrombomodulin in vascular smooth muscle cells. *Arterioscler Thromb Vasc Biol. 1998;18:1861–1869.*

63. Waugh JM, Yuksel E, Li J, Kuo MD, Kattash M, Saxena R, Geske R, Thung SN, Shenaq SM, Woo SL. Local overexpression of thrombomodulin for in vivo prevention of arterial thrombosis in a rabbit model. *Circ Res. 1999; 84: 84–92.*

64. Kim AY, Walinsky PL, Kolodgie FD, Bian C, Sperry JL, Deming CB, Peck EA, Shake JG, Ang GB, Sohn RH, Esmon CT, Virmani R, Stuart RS, Rade JJ. Early loss of thrombomodulin expression impairs vein graft thromboresistance: implications for vein graft failure. *Circ Res. 2002; 90: 205-212.*

65. Saloma V, Matei C, Aleksic N, Sansores-Garcia L, Folsom AR, Juneja H, Chambless LE, Wu KK. Soluble thrombomodulin as a predictor of incident coronary heart disease and symptomless carotid artery atherosclerosis in the Atherosclerosis Risk in Communities (ARIC) Study: a case-cohort study. *Lancet. 1999; 353: 1729–1734.*

66. Wu KK, Aleksic N, Ballantyne CM, Ahn C, Juneja H, Boerwinkle E. Interaction between soluble thrombomodulin and intercellular adhesion molecule-1 in predicting risk of coronary heart disease. *Circulation.* 2003;107:r66 –r69.

67. Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM,. Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery. *N Engl J Med 2005; 352: 1081-1091.*

68. Mangano DT. Aspirin and mortality from coronary bypass surgery. *N Engl J Med 2002; 347: 1309-1317.*

69. Arthritis Advisory Committee–FDA Briefing Information, NDA 21–042/S007, Vioxx (Rofecoxib). FDA Medical Officer's *Cardiovascular Review; 22–23.*
Available at: http://www.fda.gov/ohrms/dockets/ac/ 01/briefing/3677b2_06_cardio.pdf. Accessed March 4, 2003.

70. Solomon DH, Goodson NJ,  Katz JN, Weinblatt ME, Avorn J, Setoguchi S, Canning C, Schneeweiss S.  Patterns of cardiovascular risk in rheumatoid arthritis.  *Ann Rheum Dis.  Published online 22 Jun 2006.*

71. Neaud V, Duplantier JG, Mazzocco C, Kisiel W, Rosenbaum J. Thrombin up-regulates tissue factor pathway inhibitor-2 synthesis through a cyclooxygenase-2-dependent, epidermal growth factor receptor-independent mechanism.. *J Biol Chem. 2004 Feb 13;279(7):5200-6. Epub 2003 Nov 17.*

72. Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors.  *CMAJ. 2006:174(11):1563-1569. Epub 2006 May 2.*

Mason *v* Merck                                                                                  18

73. Wu KK, Matijevic-Aleksic, N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. Ann Med.2000; 32 Suppl 1:73-77

**1) McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A. 1999; 96: 272-277.**

Prostaglandins (PG) are synthesized by two isoforms of the enzyme PG G/H synthase [cyclooxygenase (COX)]. To examine selectivity of tolerated doses of an inhibitor of the inducible COX-2 in humans, we examined the effects of celecoxib on indices of COX-1-dependent platelet thromboxane (Tx) A2 and on systemic biosynthesis of prostacyclin in vivo. Volunteers received doses of 100, 400, or 800 mg of celecoxib or 800 mg of a nonselective inhibitor, ibuprofen. Ibuprofen, but not celecoxib, significantly inhibited TxA2-dependent aggregation, induced ex vivo by arachidonic acid (83 +/- 11% vs. 11. 9 +/- 2.2%; P < 0.005) and by collagen. Neither agent altered aggregation induced by thromboxane mimetic, U46619. Ibuprofen reduced serum TxB2 (-95 +/- 2% vs. -6.9 +/- 4.2%; P < 0.001) and urinary excretion of the major Tx metabolite, 11-dehydro TxB2 (-70 +/- 9.9% vs. -20.3 +/- 5.3%; P < 0.05) when compared with placebo. Despite a failure to suppress TxA2-dependant platelet aggregation, celecoxib had a modest but significant inhibitory effect on serum TxB2 4 hr after dosing. By contrast, both ibuprofen and celecoxib suppressed a biochemical index of COX-2 activity (endotoxin induced PGE2 in whole blood ex vivo) to a comparable degree (-93.3 +/- 2% vs. -83 +/- 6.1%). There was no significant difference between the doses of celecoxib on COX-2 inhibition. Celecoxib and ibuprofen suppressed urinary excretion of the prostacyclin metabolite 2,3 dinor 6-keto PGF1alpha. These data suggest that **(i)** platelet COX-1-dependent aggregation is not inhibited by up to 800 mg of celecoxib; **(ii)** comparable COX-2 inhibition is attained by celecoxib (100-800 mg) and ibuprofen (800 mg) after acute dosing; and **(iii)** COX-2 is a major source of systemic prostacyclin biosynthesis in healthy humans.

**2) McAdam BF, Mardini IA, Habib A, Burke A, Lawson JA, Kapoor S, FitzGerald GA. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. J Clin Invest. 2000; 105: 1473-1482 .**

To examine the role of cyclooxygenase (COX) isozymes in prostaglandin formation and oxidant stress in inflammation, we administered to volunteer subjects placebo or bolus injections of lipopolysaccharide (LPS), which caused a dose-dependent increase in temperature, heart rate, and plasma cortisol. LPS caused also dose-dependent elevations in urinary excretion of 2,3-dinor 6-keto PGF(1alpha) (PGI-M) and 11-dehydro thromboxane B(2) (Tx-M). Platelet COX-1 inhibition by chronic administration of low-dose aspirin before LPS did not alter the symptomatic and febrile responses to LPS, but the increment in urinary PGI-M and Tx-M were both partially depressed. Pretreatment with ibuprofen, a nonspecific COX inhibitor, attenuated the febrile and systemic response to LPS and inhibited prostanoid biosynthesis. Both celecoxib, a selective COX-2 inhibitor, and ibuprofen attenuated the pyrexial, but not the chronotropic, response to LPS. Experimental endotoxemia caused differential expression of the COX isozymes in monocytes and polymorphonuclear leucocytes ex vivo. LPS also increased urinary iPF(2alpha)-III, iPF(2alpha)-VI, and 8,12-iso-iPF(2alpha)-VI, isoprostane (iP) indices of lipid peroxidation, and none of the drugs blunted this response. These studies indicate that (a) although COX-2 predominates, both COX isozymes are induced and contribute to the prostaglandin response to LPS in humans; (b) COX activation contributes undetectably to lipid peroxidation induced by LPS; and (c) COX-2, but not COX-1, contributes to the constitutional response to LPS in humans.

Mason *v* Merck                                                                          20

**3) Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzeer TJ, VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343: 1520-1528.**

**BACKGROUND:** Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis. METHODS: We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers).

**RESULTS:** Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow-up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001). The respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years and 1.4 per 100 patient-years (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005). The incidence of myocardial infarction was lower among patients in the naproxen group than among those in the rofecoxib group (0.1 percent vs. 0.4 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7); the overall mortality rate and the rate of death from cardiovascular causes were similar in the two groups.

**CONCLUSIONS:** In patients with rheumatoid arthritis, treatment with rofecoxib, a selective inhibitor of cyclooxygenase-2, is associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen, a nonselective inhibitor.

Mason *v* Merck                                                       21



Figure 1. A. Early-phase (left panel) and late-phase (right panel) lower extremity angiography of the left lower leg of patient 3, demonstrating abrupt occlusion of the anterior tibial artery at the level of the ankle. There is little collateral flow and no perfusion distal to the metatarsals. B, Dorsal aspect of the left foot of patient 3, demonstrating ischemic damage.

**3) Crofford LJ, Oates JC, McCune WJ, Gupta S, et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase-2 inhibitors. A report of four cases. Arthritis Rheum 2000; 43:1891-1896.**

Specific inhibitors of cyclooxygenase 2 (COX-2) have been approved for the treatment of osteoarthritis and rheumatoid arthritis. Unlike nonsteroidal anti-inflammatory drugs, specific COX-2 inhibitors do not inhibit platelet activation. However, these agents significantly reduce systemic production of prostacyclin. As a result, theoretical concerns have been raised that specific COX-2 inhibitors could shift the hemostatic balance toward a prothrombotic state. Patients with connective tissue diseases (CTD), who may be predisposed to vasculopathy and thrombosis, often have arthritis or pain syndromes requiring treatment with antiinflammatory agents. Herein we describe 4 patients with CTD who developed ischemic complications after receiving celecoxib. All patients had a history of Raynaud's phenomenon, as well as elevated anticardiolipin antibodies, lupus anticoagulant, or a history compatible with antiphospholipid syndrome. It was possible to measure a urinary metabolite of thromboxane A2 in 2 of the patients as an indicator of in vivo platelet activation, and this was markedly elevated in both. In addition, the patients had evidence of ongoing inflammation as indicated by elevated erythrocyte sedimentation rate, hypocomplementemia, and/or elevated levels of anti-DNA antibodies. The findings in these 4 patients suggest that COX-2 inhibitor-treated patients with diseases that predispose to thrombosis should be monitored carefully for this complication.

**4) Hennan JK, Huang J, Barrett TD, et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001; 104:820-825.**

**BACKGROUND:** Prostanoid synthesis via the action of cyclooxygenase-2 (COX-2) is a component of the inflammatory response. Prostacyclin, a product of COX-2 in vascular endothelium, has important physiological roles, such as increasing blood flow to injured tissues, reducing leukocyte adherence, and inhibiting platelet aggregation. We examined the possibility that selective COX-2 inhibition could suppress the protective effects of prostacyclin, resulting in an alteration of the hemostatic balance and vascular tone.

**METHODS AND RESULTS:** Circumflex coronary artery thrombosis was induced in dogs by vascular electrolytic injury. Orally administered celecoxib (COX-2 inhibition) or high-dose aspirin (HDA) (COX-1 and COX-2 inhibition) did not alter time to occlusive thrombus formation compared with controls (celecoxib 77.7+/-7.2 minutes, HDA 72.0+/-18.5 minutes, control 93.0+/-21.8 minutes). Oral HDA with an endothelial

recovery period (HDA-ER) (COX-1 inhibition) produced a significant increase in time to vessel occlusion (257.0+/-41.6 minutes). The observed increase in time to occlusion was abolished when celecoxib was administered to animals dosed with HDA-ER (80.7+/-20.6 minutes). The vasomotor effect of endothelium-derived prostacyclin was examined by monitoring coronary flow during intracoronary administration of arachidonic acid or acetylcholine. In celecoxib-treated animals, vasodilation in response to arachidonic acid was reduced significantly compared with controls.

**CONCLUSIONS:** <u>The results indicate important physiological roles for COX-2-derived prostacyclin and raise concerns regarding an increased risk of acute vascular events in patients receiving COX-2 inhibitors. The risk may be increased in individuals with underlying inflammatory disorders, including coronary artery disease.</u>

**5) Cheng Y, Austin SC, Rocca B, Koller BH, Coffman TM, Grosser T, Lawson JA, FitzGerald GA. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002; 296: 539-541.**

Thromboxane (Tx) A2 is a vasoconstrictor and platelet agonist. Aspirin affords cardioprotection through inhibition of TxA2 formation by platelet cyclooxygenase (COX-1). Prostacyclin (PGI2) is a vasodilator that inhibits platelet function. Here we show that injury-induced vascular proliferation and platelet activation are enhanced in mice that are genetically deficient in the PGI2 receptor (IP) but are depressed in mice genetically deficient in the TxA2 receptor (TP) or treated with a TP antagonist. The augmented response to vascular injury was abolished in mice deficient in both receptors. Thus, PGI2 modulates platelet-vascular interactions in vivo and specifically limits the response to TxA2. This interplay may help explain the adverse cardiovascular effects associated with selective COX-2 inhibitors, which, unlike aspirin and nonsteroidal anti-inflammatory drugs (NSAIDs), inhibit PGI2 but not TxA2.

**6)    Mukherjee D, Nissen SE, Topol EJ et al.   Risk of cardiovascular events associated with selective COX-2 inhibitors.   JAMA 2001; 286:954-959.**

Atherosclerosis is a process with inflammatory features and selective cyclooxygenase 2 (COX-2) inhibitors may potentially have antiatherogenic effects by virtue of inhibiting inflammation. <u>However, by decreasing vasodilatory and antiaggregatory prostacyclin production, COX-2 antagonists may lead to increased prothrombotic activity.</u> To define the cardiovascular effects of COX-2 inhibitors when used for arthritis and musculoskeletal pain in patients without coronary artery disease, we performed a MEDLINE search to identify all English-language articles on use of COX-2 inhibitors published between 1998 and February 2001. We also reviewed relevant submissions to the US Food and Drug Administration by pharmaceutical companies. Our search yielded 2 major randomized trials, the Vioxx Gastrointestinal Outcomes Research Study (VIGOR; 8076 patients) and the Celecoxib Long-term Arthritis Safety Study (CLASS; 8059 patients), as well as 2 smaller trials with approximately 1000 patients each. The results from VIGOR showed that the relative risk of developing a confirmed adjudicated thrombotic cardiovascular event (myocardial infarction, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden or unexplained death, ischemic stroke, and transient ischemic attacks) with rofecoxib treatment compared with naproxen was 2.38 (95% confidence interval, 1.39-4.00; P =.002). There was no significant difference in cardiovascular event (myocardial infarction, stroke, and death) rates between celecoxib and nonsteroidal anti-inflammatory agents in CLASS. The annualized myocardial infarction rates for COX-2 inhibitors in both VIGOR and CLASS were significantly higher than that in the placebo group of a recent meta-analysis of 23 407 patients in primary prevention trials (0.52%):

0.74% with rofecoxib (P =.04 compared with the placebo group of the meta-analysis) and 0.80% with celecoxib (P =.02 compared with the placebo group of the meta-analysis). The available data raise a cautionary flag about the risk of cardiovascular events with COX-2 inhibitors. Further prospective trial evaluation may characterize and determine the magnitude of the risk.

**7)  Konstam MA, Weir MR, Reicin A, Shapiro D, Sperling RS, Barr E, Gertz BJ. Cardiovascular Thrombotic Events and Controlled Clinical Trials of Rofecoxib. Circulation, 2001; 104: 2280-2288.**

**BACKGROUND:** In comparing aspirin, nonselective nonsteroidal antiinflammatory agents (NSAIDs), and cyclooxygenase (COX)-2 inhibitors, variation in platelet inhibitory effects exists that may be associated with differential risks of cardiovascular (CV) thrombotic events. Among the randomized, controlled trials with the COX-2 inhibitor rofecoxib, one study demonstrated a significant difference between rofecoxib and its NSAID comparator (naproxen) in the risk of CV thrombotic events. A combined analysis of individual patient data was undertaken to determine whether there was an excess of CV thrombotic events in patients treated with rofecoxib compared with those treated with placebo or nonselective NSAIDs.

**METHODS AND RESULTS:** CV thrombotic events were assessed across 23 phase IIb to V rofecoxib studies. Comparisons were made between patients taking rofecoxib and those taking either placebo, naproxen (an NSAID with near-complete inhibition of platelet function throughout its dosing interval), or another nonselective NSAIDs used in the development program (diclofenac, ibuprofen, and nabumetone). The major outcome measure was the combined end point used by the Antiplatelet Trialists' Collaboration, which includes CV, hemorrhagic, and unknown deaths; nonfatal myocardial infarctions; and nonfatal strokes. More than 28 000 patients, representing >14 000 patient-years at risk, were analyzed. The relative risk for an end point was 0.84 (95% CI: 0.51, 1.38) when comparing rofecoxib with placebo; 0.79 (95% CI: 0.40, 1.55) when comparing rofecoxib with non-naproxen NSAIDs; and 1.69 (95% CI: 1.07, 2.69) when comparing rofecoxib with naproxen.

**CONCLUSIONS:** This analysis provides no evidence for an excess of CV events for rofecoxib relative to either placebo or the non-naproxen NSAIDs that were studied. Differences observed between rofecoxib and naproxen are likely the result of the antiplatelet effects of the latter agent.

**8) Risk of myocardial infarction associated with selective COX-2 Inhibitors: Questions remain. Arch Intern Med 2002;162: 2369-2340. (Letters to the Editor)**

**In Reply:** We read with interest the recent editorial on selective cyclooxygenase 2 (COX-2) inhibitors and myocardial infarction1 that accompanied 3 case-control studies published in the same issue of the ARCHIVES.2-4 The 3 studies suggest that patients treated with naproxen may have a decreased incidence of myocardial infarction compared with patients receiving other nonsteroidal anti-inflammatory drugs (NSAIDs) or those not receiving NSAIDs. The editorial concluded by saying that the findings of the Vioxx Gastrointestinal Outcomes Research (VIGOR) study,5 which demonstrated increased myocardial infarction with use of COX-2 inhibitors, are readily explained by the beneficial effect of naproxen rather than a detrimental effect of COX-2 inhibitors. We have several major concerns with the data and the conclusions from these studies. By definition, case-control studies should be considered hypothesis generating and not definitive by themselves.6 Austin et al7 and Sackett8 have previously listed and discussed a large number of possible sources of bias and error in case-control studies.

Moreover, a much larger cohort study by Ray et al demonstrated that there was no protective effect of naproxen on risk of coronary heart disease (rate ratio, 0.95; 95% confidence interval, 0.82-1.09). This single study had 181 441 users in the NSAIDs arm and an equal number of controls and had 532 634 person-years of follow-up compared with 35 524 patients in the 3 case-control studies2-4 combined. Thus, the data on the effect of naproxen on cardiovascular events appear discordant at best with no concrete evidence of a protective effect. Indeed, the study by Ray et al, which is considerably larger and more rigorous than the other 3 case-control studies combined, strongly argues against a meaningful protective effect. Several basic research studies have now been published that support the potential prothrombotic effects of COX-2 inhibitors. Hennan et al showed that the observed increase in time to occlusion with aspirin in a canine coronary thrombosis model was abolished with celecoxib. Cheng et al1 used transgenic knockout mice with deletions of the prostaglandin receptor to understand the effects of COX-2 inhibitors in vivo. Mice with absent prostaglandin receptor (IPKO) should mimic the clinical effect of taking COX-2 agents, since these drugs would inhibit prostaglandin production without affecting thromboxane A2. The authors demonstrated enhanced proliferative response to injury and significant increase in thromboxane A2 biosynthesis in the prostaglandin receptor knockout mice. These results suggest that prostaglandin I2 modulates the platelet-vascular interactions in vivo and prostaglandin I2has a beneficial effect by specifically limiting the response to thromboxane A2. The elucidation of the biological mechanism leads further credence to the concern about the prothrombotic effects of COX-2 inhibitors. In summary, there remains currently no definitive evidence that naproxen has cardioprotective effect. Available clinical and biological evidence continues to raise concern about the use of these agents in patients at risk for cardiovascular events. We think definitive randomized controlled studies should be performed to elucidate cardiovascular risk and benefit of these agents. Until then, one should continue to exercise caution in prescribing these agents to patients at risk for cardiovascular morbidity.

Mukherjee D, Nissen SF, Topol EJ.

**In Reply:** The 3 case-control studies by Drs Rahme, Solomon, Watson, and their colleagues1-3 published recently in the ARCHIVES suggest that the main reason for an increased risk of MI found for rofecoxib when compared with naproxen in the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial may be a cardioprotective effect of naproxen. We have 2 concerns with this interpretation.

First, in observational studies of the effects of treatments, nonrandomized comparisons can be affected by confounding by indication.5 If the decision to prescribe naproxen is associated with cardiovascular risk, then this could explain the results observed in the case-control studies. The decision to prescribe naproxen, rather than, for example, aspirin, may well have been influenced by a perceived lower cardiovascular risk. Commentators discussing a case-control study of the putative risks of calcium antagonist drugs in the treatment of hypertension concluded that such studies "simply cannot test definitely whether there are small to moderate risks or benefits of a class of drugs when the factors associated with prescription of a particular drug are difficult to control and perhaps even uncontrollable."6 We are surprised that in the case of naproxen and rofecoxib the conclusions from similar studies appear to be accepted rather uncritically. Clearly, only adequately powered randomized controlled trials will provide reliable estimates of naproxen's cardioprotective potential.

Second, even if the cardioprotective effect of naproxen observed in the case-control studies is real, it cannot entirely explain the increased rate of MI observed in the VIGOR trial.4 The top of Figure 1 shows a meta-analysis of the case-control studies1-3: patients

Mason v Merck                                                                                      25

taking naproxen were 0.81 times as likely as patients taking other agents to experience
an MI (95% confidence interval [CI], 0.72-0.92). If the increased rate of MI found in the
VIGOR trial is explained entirely by naproxen's beneficial effect, then patients taking
naproxen in the case control studies1-3 and in the VIGOR trial would be expected to
have a similar decrease in the estimated risk of MI. However, as Figure 1 shows,
patients receiving naproxen in the VIGOR trial were 0.20 times as likely as patients
receiving rofecoxib to experience an MI (95% CI, 0.07-0.58). Confidence intervals from
the meta-analysis and the VIGOR trial do not overlap, indicating that the results from
the case-control studies cannot fully explain the increased risk of MI associated with
rofecoxib that was observed in the VIGOR trial.

Random effects of meta-analysis of 3 case-control studies published in the
ARCHIVES on the association between naproxen use and protection against myocardial
infarction (MI). Data are estimates with 95% confidence intervals. Odds ratios are
shown for case-control studies and a risk ratio is shown for the Vioxx Gastrointestinal
Outcomes Research (VIGOR) trial. An estimate below 1 indicates that naproxen use is
associated with a decreased risk of MI. The size of the squares is proportional to the
inverse of variance of estimates; the diamond indicates the pooled estimate.

A recent analysis of 23 trials comparing rofecoxib with traditional nonsteroidal anti-
inflammatory drugs (NSAIDs) or placebo showed no increased risk for thrombotic
events with rofecoxib compared with placebo (relative risk, 0.84; 95% CI, 0.51-1.38).8
However, the meta-analysis was clearly underpowered and most patients included in this
analysis were at low risk to develop a MI. In contrast, patients in the VIGOR trial had
rheumatoid arthritis, a condition that is associated with a variety of cardiovascular risk
factors. For the time being, we agree with Mukherjee et al. that "the available data raise
a cautionary flag about the risk of cardiovascular events with COX-2 inhibitors" and
again call for an independent, individual patient data meta-analysis of all large-scale,
long-term trials of selective COX-2 inhibitors.

Peter Jüni, MD, Paul Dieppe, MD, Matthias Egger, MD

**In reply:** We agree completely with the assertions of Drs Goldstein and Jüni and
colleagues that the 3 studies recently published in the ARCHIVES regarding naproxen
and the risk of acute MI1-3 do not provide evidence regarding the safety of the selective
COX-2 inhibitors, since none of these studies contain patients taking these agents.

The trial conducted by Bombardier et al4 examining the safety of rofecoxib in
patients with rheumatoid arthritis found a 4.0-fold increase in the risk of MI among
patients randomized to rofecoxib vs naproxen. As Jüni and colleagues point out, the
modest reduction in MI observed among patients taking naproxen in the observational
studies (18%-39%)1-3 does not appear to fully explain this difference. However,
comparisons between randomized controlled trials and observational studies are difficult
to make, since patients in the trial had rheumatoid arthritis, a risk factor for MI,5 and
were excluded if taking aspirin.

There is a pressing need for more research regarding the relationship between
selective COX-2 inhibitors and cardiovascular risk. However, we do not agree with Dr
Goldstein that randomized controlled trials are the only means to answer such questions.
As the articles published in the ARCHIVES demonstrate,1-3 carefully conducted
pharmacoepidemiologic studies can provide reproducible findings and can be
implemented far more rapidly and efficiently than the very important, but much more
cumbersome, randomized controlled trials. In addition, such epidemiologic studies can
shed light on the effect of medications in a broader group of patients than those typically
included in a randomized controlled trial. In our minds, and in the minds of many of our

Mason *v* Merck                                                                                    26

colleagues and patients, the relationship between selective COX-2 inhibitors and MI remains an open question.

> *Daniel Solomon, MD,MPH; Jerry Avorn, MD; Robert J. Glynn, PhD, ScD*

**In reply:** Two clinical trials found that the incidence of MI in those who use rofecoxib was similar to that in those who use ibuprofen or diclofenac. The VIGOR study found an increased risk of MI with rofecoxib compared with naproxen.

Many reasons could be put forward to explain these findings. The most probable of which, assuming that the studies were not flawed, are (1) naproxen has a cardioprotective effect compared with diclofenac, ibuprofen, or rofecoxib or (2) the 3 latter drugs increase the risk of MI. Because ibuprofen and diclofenac have been on the market for a long time and were never before associated with MI, we were more inclined toward the first hypothesis and we chose to test it in a case-control study.

In general, in observational studies, nonrandomized comparisons can be affected by confounding by indication. In our study, however, we believe that we have adequately controlled for this bias by comparing patients taking naproxen with those taking other nonselective NSAIDs (mostly ibuprofen and diclofenac). Indication bias is greatly reduced in comparing 2 conventional nonselective NSAIDs that are believed to be equivalent in terms of efficacy and tolerability, which was the case for naproxen, diclofenac, and ibuprofen during the years of the study (1991-1994). There is no reason to believe that, at that time, cardiovascular risk might have affected the choice of non-aspirin NSAID and thus, there is no support for the indication bias hypothesis as put forward by Jüni et al.

We cannot possibly explain in full the VIGOR study results in an observational study, and we did not attempt to do so. The "cautionary flag" raised by the VIGOR study is very important to patients and their physicians who cannot possibly wait years (until a randomized clinical trial could be achieved) before they know if by taking a nonselective *vs* selective NSAID they have to choose between developing gastrointestinal tract bleeding or an MI. There are many differences between our study and the VIGOR study; therefore, we did not expect to find a result of the same magnitude.

 In conclusion, our setting is different from that of the VIGOR study and thus our study was not an attempt to fully explain the VIGOR study's result. The dose-response relationship that we observed supports the hypothesis that naproxen has a cardioprotective effect.

> Rahme E, Pilote L, LeLorier J.

**In reply:** Dr Jüni and colleagues point out that comparisons of the effects of drug treatments can be confounded by indication in observational studies. In our study, we took steps to avoid such a bias in both the study design and the analysis, even though it seems unlikely that the choice of NSAIDs in patients with rheumatoid arthritis would be influenced by cardiovascular risk factors. As stated in the "Methods" section, we excluded patients prescribed anticoagulants or antiplatelet agents, including aspirin, during the year prior to their entry into the study. We also excluded patients who received such prescriptions 30 days or less prior to their index date. In addition, we assessed a number of cardiovascular risk factors at baseline and adjusted for them in the analysis. The adjustment had little effect on the odds ratios.

Our study used data collected from 1988 to 1999, during a period when COX-2 specific inhibitors were not available in the United Kingdom. Thus, we did not assess the risk of cardiovascular disease with use of these agents. Our results with respect to the effects of naproxen on the risk of MI are consistent with those of Rahme et al2 and