Solomon et al,3 who studied different populations using different methods. They are also consistent with one sub-group analysis in a study by Ray et al, in which patients prescribed naproxen had a relative risk of 0.83 (95% CI, 0.69-0.98) for MI or cardiovascular death compared with those prescribed ibuprofen.

Watson DJ, Rhodes T, Cai B, Guess HA,

**9) Ray WA, Stein CM, Hall K, Daugherty JF, Griffin MR. Non-steroidal anti-inflammatory drugs and risks of serious coronary heart disease; An observational cohort study. Lancet 2002; 359: 118-123.**

**BACKGROUND:** Non-aspirin, non-steroidal anti-inflammatory drugs (NANSAIDs) have complex effects that could either prevent or promote coronary heart disease. Comparison of the NANSAID rofexocib with naproxen showed a substantial difference in acute myocardial infarction risk, which has been interpreted as a protective effect of naproxen. We did an observational study to measure the effects of NANSAIDs, including naproxen, on risk of serious coronary heart disease.

**METHODS:** We used data from the Tennessee Medicaid programme obtained between Jan 1, 1987, and Dec 31, 1998, to identify a cohort of new NANSAID users (n=181 441) and an equal number of non-users, matched for age, sex, and date NANSAID use began. Both groups were 50-84 years of age, were not resident in a nursing home, and did not have life-threatening illness. The study endpoint was hospital admission for acute myocardial infarction or death from coronary heart disease.

**FINDINGS:** During 532634 person-years of follow-up, 6362 cases of serious coronary heart disease occurred, or 11.9 per 1000 person-years. Multivariate-adjusted rate ratios for current and former use of NANSAIDs were 1.05 (95% CI 0.97-1.14) and 1.02 (0.97-1.08), respectively. Rate ratios for naproxen, ibuprofen, and other NANSAIDs were 0.95 (0.82-1.09), 1.15 (1.02-1.28), and 1.03 (0.92-1.16), respectively. There was no protection among long-term NANSAID users with uninterrupted use; the rate ratio among current users with more than 60 days of continuous use was 1.05 (0.91-1.21). When naproxen was directly compared with ibuprofen, the current-use rate ratio was 0.83 (0.69-0.98).

**INTERPRETATION:** Absence of a protective effect of naproxen or other NANSAIDs on risk of coronary heart disease suggests that these drugs should not be used for cardioprotection.

**10) Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Grifin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360:1071-1073.**

Results of premarketing and postmarketing trials have raised doubts about the cardiovascular safety of the non-steroidal anti-inflammatory drug (NSAID) rofecoxib, especially at doses greater than 25 mg. Between Jan 1, 1999, and June 30, 2001, we did a retrospective cohort study of individuals on the expanded Tennessee Medicaid programme (TennCare), in which we assessed occurrence of serious coronary heart disease (CHD) in non-users (n=202916) and in users of rofecoxib and other NSAIDs (rofecoxib n=24 132, other n=151 728). Participants were aged 50-84 years, lived in the community, and had no life-threatening non-cardiovascular illness. Users of high-dose rofecoxib were 1.70 (95% CI 0.98-2.95, p=0.058) times more likely than non-users to have CHD; among new users this rate increased to 1.93 (1.09-3.42, p=0.024). By contrast, there was no evidence of raised risk of CHD among users of rofecoxib at doses of 25 mg or less or among users of other NSAIDs.

**11)  Mukherjee D. Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events. Biochem Pharmacol. 2002; 63: 817-821.**



Selective cyclooxygenase-2 (COX-2) inhibitors were developed as a response to the gastrointestinal toxicity of conventional non-steroidal anti-inflammatory agents (NSAIDs). However, COX-2 inhibitors decrease vascular prostacyclin (PGI(2)) production and may disrupt the homeostatic mechanisms that limit the effects of platelet activation. Basic and clinical data raise concerns about a potential prothrombotic effect of this class of drugs. The widespread popularity of these agents mandates their prospective evaluation in patients with cardiovascular diseases or who are at risk for cardiovascular events.

**12) Egan KM, Lawson JA, Fries S et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004; 306:1954-1957.**

Female gender affords relative protection from cardiovascular disease until the menopause. We report that estrogen acts on estrogen receptor subtype alpha to up-regulate the production of atheroprotective prostacyclin, PGI2, by activation of cyclooxygenase 2 (COX-2). This mechanism restrained both oxidant stress and platelet activation that contribute to atherogenesis in female mice. Deletion of the PGI2 receptor removed the atheroprotective effect of estrogen in ovariectomized female mice. This suggests that chronic treatment of patients with selective inhibitors of COX-2 could undermine protection from cardiovascular disease in pre-menopausal females.

**13)  Juni P, Nartey L, Reichenbach S, et al. Risk of cardiovascular events and rofecoxib, cumulative meta-analysis Lancet 2004; 364:2021-2029.**

**BACKGROUND:** The cyclo-oxygenase 2 inhibitor rofecoxib was recently withdrawn because of cardiovascular adverse effects. An increased risk of myocardial infarction had been observed in 2000 in the Vioxx Gastrointestinal Outcomes Research study (VIGOR), but was attributed to cardioprotection of naproxen rather than a cardiotoxic effect of rofecoxib. We used standard and cumulative random-effects meta-analyses of randomized controlled trials and observational studies to establish whether robust evidence on the adverse effects of rofecoxib was available before September 2004.

**METHODS:** We searched bibliographic databases and relevant files of the US Food and Drug Administration. We included all randomized controlled trials in patients with chronic musculoskeletal disorders that compared rofecoxib with other non-steroidal anti-inflammatory drugs (NSAIDs) or placebo, and cohort and case-control studies of cardiovascular risk and naproxen. Myocardial infarction was the primary endpoint.

**FINDINGS:** We identified 18 randomized controlled trials and 11 observational studies. By the end of 2000 (52 myocardial infarctions, 20742 patients) the relative risk from randomized controlled trials was 2.30 (95% CI 1.22-4.33, p=0.010), and 1 year later (64 events, 21432 patients) it was 2.24 (1.24-4.02, p=0.007). There was little evidence that the relative risk differed depending on the control group (placebo, non-naproxen NSAID, or naproxen; p=0.41) or trial duration (p=0.82). In observational studies, the cardioprotective effect of naproxen was small (combined estimate 0.86 [95% CI 0.75-0.99]) and could not have explained the findings of the VIGOR trial.

**INTERPRETATION**: Our findings indicate that rofecoxib should have been withdrawn several years earlier. The reasons why manufacturer and drug licensing

authorities did not continuously monitor and summarize the accumulating evidence need to be clarified.

**CONCLUSION:** If Merck's statement in their press release that **"given the availability of alternative therapies, and the questions raised by the data, we concluded that a voluntary withdrawal is the responsible course to take "** was appropriate in September, 2004, then the same statement could and should have been made several years earlier, when the data summarized here first became available. Instead, Merck continued to market the safety of rofecoxib.

**14) Solomon DH, Schneeweiss S, Glynn RJ, Kiyota Y, Levin R, Mogun H, Avorn J. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109:2068-2073.**

**BACKGROUND:** Although cyclooxygenase-2 inhibitors (coxibs) were developed to cause less gastrointestinal hemorrhage than nonselective nonsteroidal antiinflammatory drugs (NSAIDs), there has been concern about their cardiovascular safety. We studied the relative risk of acute myocardial infarction (AMI) among users of celecoxib, rofecoxib, and NSAIDs in Medicare beneficiaries with a comprehensive drug benefit.

**METHODS AND RESULTS**: We conducted a matched case-control study of 54,475 patients 65 years of age or older who received their medications through 2 state-sponsored pharmaceutical benefits programs in the United States. All healthcare use encounters were examined to identify hospitalizations for AMI. Each of the 10 895 cases of AMI was matched to 4 controls on the basis of age, gender, and the month of index date. We constructed matched logistic regression models including indicators for patient demographics, healthcare use, medication use, and cardiovascular risk factors to assess the relative risk of AMI in patients who used rofecoxib compared with persons taking no NSAID, taking celecoxib, or taking NSAIDs. Current use of rofecoxib was associated with an elevated relative risk of AMI compared with celecoxib (odds ratio [OR], 1.24; 95% CI, 1.05 to 1.46; P=0.011) and with no NSAID (OR, 1.14; 95% CI, 1.00 to 1.31; P=0.054). The adjusted relative risk of AMI was also elevated in dose-specific comparisons: rofecoxib < or =25 mg versus celecoxib < or =200 mg (OR, 1.21; 95% CI, 1.01 to 1.44; P=0.036) and rofecoxib >25 mg versus celecoxib >200 mg (OR, 1.70; 95% CI, 1.07 to 2.71; P=0.026). The adjusted relative risks of AMI associated with rofecoxib use of 1 to 30 days (OR, 1.40; 95% CI, 1.12 to 1.75; P=0.005) and 31 to 90 days (OR, 1.38; 95% CI, 1.11 to 1.72; P=0.003) were higher than >90 days (OR, 0.96; 95% CI, 0.72 to 1.25; P=0.8) compared with celecoxib use of similar duration. Celecoxib was not associated with an increased relative risk of AMI in these comparisons.

**CONCLUSIONS:** In conclusion, we observed an elevated risk of hospitalization for AMI among elderly Medicare enrollees treated with rofecoxib. This risk was higher in persons taking 25 mg of rofecoxib than in patients taking the most common dosages used of 25 mg. The risk was elevated during the first 90 days of exposure but not thereafter. We did not find an elevated risk of AMI for persons taking celecoxib. Because of the important potential public health implications, our findings should be followed up by additional clinical and mechanistic studies, several of which are ongoing. In this study, current rofecoxib use was associated with an elevated relative risk of AMI compared with celecoxib use and no NSAID use. Dosages of rofecoxib >25 mg were associated with a higher risk than dosages < or =25 mg. **The risk was elevated in the first 90 days of use but not thereafter.**

**15) Rabausch K, Bretschneider E, Sarbia M, Meyer-Kirchrath J, Censarek P, Pape R, Fische JHW, Schrör K, Weber AA. Regulation of thrombomodulin expression in**

**human vascular smooth muscle cells by COX-2-derived prostaglandins.  Circ Res 2005; 96:e1-6.  Epub 2004 Dec 9.**

There is concern that cyclooxygenase (COX)-2 inhibitors may promote atherothrombosis by inhibiting vascular formation of prostacyclin (PGI2) and an increased thrombotic risk of COX-2 inhibitors has been reported. It is widely accepted that the prothrombotic effects of COX-2 inhibitors can be explained by the removal of platelet-inhibitory PGI2. Using micro-array chip technology, the authors demonstrated that thrombomodulin (TM) mRNA is upregulated in cultured human coronary artery smooth muscle cells by the stable prostacyclin mimetic iloprost. This study is the first to demonstrate a stimulation of the expression of functionally active thrombomodulin in human smooth muscle cells by prostaglandins, endogenously formed via the COX-2 pathway. **Because TM is an important inhibitor of blood coagulation, these findings provide a novel platelet-independent mechanism to explain the prothrombotic effects of COX-2 inhibitors. PMA induced TM expression by 30% to 40%, indicating that the stimulatory effect of PMA was at least partially mediated byCOX-2–derived prostaglandins**. In control experiments, no inhibitory effects of the COX inhibitors on COX-2 expression were observed. **Accordingly, TM-mediated activation of proteinC was also significantly inhibited by the COX inhibitors. Taken together, this study demonstrates that COX-2–derived prostaglandins regulate the expression of functionally active TM. Because TM is an important inhibitor of blood coagulation, these findings provide a novel, platelet-independent mechanism to explain the prothrombotic effectsof COX-2 inhibitors.**

The diagram below illustrates the multiple actions of thrombin which is to activate fibrinogen to form fibrin that provides the structural support that binds the aggregating platelets firmly in place during formation of an occlusive arterial thrombus.  In addition, thrombin activates endothelial bound thrombomodulin [TM], which is essential for the activation of proteinC.  The role of ProteinC is to inhibit the co-factors Va and VIIIa necessary for the continued formation of thrombin.  Thus, proteinC is an anticoagulant which accounts for the fact that thrombin regulates is own action by a negative feedback mechanism that localizes the blood clot to the area of injury.  Inhibition of COX-2 prevents the tissue expression of ProtienC thereby increasing the potential for thrombus formation.



**16)  Walter Mf, Jacob RF, Day CA et al. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification:  comparison to sulfonamide COX-2 inhibitors and NSAIDs.  Atherosclerosis 2004; 177:235-243.**



Fig. 4. Separate vs. combined effects of rofecoxib and Trolox on rates of conjugated diene formation in human LDL (100 μg protein/ml) at a concentration of 100 nM. Diene formation in the presence of each treatment was monitored at 234 nm and compared to vehicle (control) following initiation with CuSO₄ at 37 °C. Values are mean ± S.D. of experiments done in triplicate *p < 0.001, different from all groups.

Clinical investigations have demonstrated a link between use of the sulfone cyclooxygenase-2 (COX-2) inhibitor, rofecoxib, and increased risk for atherothrombotic events. This increased risk was not observed for a sulfonamide COX-2 inhibitor (celecoxib), indicating a potential non-enzymatic mechanism for rofexocib. To test this hypothesis, we compared the independent effects of COX-2 inhibitors on human LDL oxidation, an important contributor to atherosclerotic cardiovascular disease.  The results showed that rofecoxib (100 nM) significantly decreased (>40%, $p < 0.001$) the lag time for LDL conjugated diene formation and increased levels of thiobarbituric-acid-reactive-substances (TBARS) in vitro.  The pro-oxidant activity of rofecoxib was dose-dependent and attenuated by 70% ($p < 0.001$) with the antioxidant, Trolox. Rofecoxib and etoricoxib (100 nM) also caused a marked increase (>35%, $p < 0.001$) in non-enzymatic generation of isoprostanes, as measured by mass spectroscopy.  Addition of rofecoxib to fresh human plasma reduced the oxygen radical antioxidant capacity (ORAC) by 34% ($p < 0.0001$).  By contrast, other selective (celecoxib, valdecoxib, meloxicam) and non-selective COX inhibitors (ibuprofen, naproxen, diclofenac) had no significant effect on LDL oxidation rates or plasma ORAC values, even at suprapharmacologic levels. X-ray diffraction analysis showed that sulfone COX-2 inhibitors interact differently with membrane phospholipids, suggesting a physico-chemical basis for the pro-oxidant activity. These results demonstrate that sulfone COX-2 inhibitors increase the susceptibility of biological lipids to oxidative modification through a non-enzymatic process. These findings may provide mechanistic insight into reported differences in cardiovascular risk for COX-2 inhibitors

**17) Egan KM, Wang M, Lucitt MB et al. Cyclooxygenase, thromboxane, and atherosclerosis. Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111:334-342.**

**BACKGROUND:** Antagonism or deletion of the receptor (the TP) for the cyclooxygenase (COX) product thromboxane (Tx)A2, retards atherogenesis in apolipoprotein E knockout (ApoE KO) mice. Although inhibition or deletion of COX-1 retards atherogenesis in ApoE and LDL receptor (LDLR) KOs, the role of COX-2 in atherogenesis remains controversial. Other products of COX-2, such as prostaglandin (PG) I2 and PGE2, may both promote inflammation and restrain the effects of TxA2. Thus, combination with a TP antagonist might reveal an antiinflammatory effect of a COX-2 inhibitor in this disease. We addressed this issue and the role of TxA2 in the promotion and regression of diffuse, established atherosclerosis in Apobec-1/LDLR double KOs (DKOs).

**METHODS AND RESULTS**: TP antagonism with S18886, but not combined

inhibition of COX-1 and COX-2 with indomethacin or selective inhibition of COX-2 with Merck Frosst (MF) tricyclic, retards significantly atherogenesis in DKOs. Although indomethacin depressed urinary excretion of major metabolites of both TxA2, 2,3-dinor TxB2 (Tx-M), and PGI2, 2,3-dinor 6-keto PGF(1alpha) (PGI-M), only PGI-M was depressed by the COX-2 inhibitor. None of the treatments modified significantly the increase in lipid peroxidation during atherogenesis, reflected by urinary 8,12-iso-iPF(2alpha)-VI. Combination with the COX-2 inhibitor failed to augment the impact of TP antagonism alone on lesion area. Rather, analysis of plaque morphology reflected changes consistent with destabilization of the lesion coincident with augmented formation of TxA2. Despite a marked effect on disease progression, TP antagonism failed to induce regression of established atherosclerotic disease in this model.

**CONCLUSIONS:** TP antagonism is more effective than combined inhibition of COX-1 and COX-2 in retarding atherogenesis in Apobec-1/LDLR DKO mice, which perhaps reflects activation of the receptor by multiple ligands during disease initiation and early progression. Despite early intervention, selective inhibition of COX-2, alone or in combination with a TP antagonist, failed to modify disease progression, but may undermine plaque stability when combined with the antagonist. TP antagonism failed to induce regression of established atherosclerotic disease. TP ligands, including COX-1 (but not COX-2)-derived TxA2, promote initiation and early progression of atherogenesis in Apobec-1/LDLR DKOs but appear unimportant in the maintenance of established disease. Even early intervention with a selective inhibitor of COX-2 failed to modulate the modest, spontaneous atherogenesis that develops on a chow diet in this model or to augment the beneficial impact of a TP antagonist. Indeed, because TP antagonism may mimic the effect of low-dose aspirin, these studies suggest that coincidental treatment with a COX-2 inhibitor may undermine the benefit of aspirin by predisposing atherosclerotic plaques to destabilization with subsequent vasoocclusive thrombosis. Given the clinical experience with rofeocoxib and valdecoxib the impact of low-dose aspirin on gastroprotection in patients taking COX-2 inhibitors, and our present findings on plaque morphology, the wisdom of conducting trials to seek a cardiovascular benefit from selective inhibitors of COX-2 in atherothrombotic disease appears questionable.

**19)  Booth EA, Obeid NR, Lucchesi BR. Activation of estrogen receptor-alpha protects the in vivo rabbit heart from ischemia-reperfusion injury. Am J Physiol Heart Circ Physiol. 2005 Nov;289(5):H2039-2047.**

The estrogen receptor (ER) mediates estrogenic activity in a variety of organs, including those in the reproductive, cardiovascular, immune, and central nervous systems. Experimental studies have demonstrated that 17beta-estradiol (E2) protects the heart from ischemia-reperfusion injury. Two estrogen receptors, ER alpha and ER beta, mediate the actions of estrogen; however, it is not certain which ER mediates the cardioprotective effects of E2. In the present study, the ER-selective agonists 4,4',4"-[4-propyl-(1H)-pyrazole-1,3,5-triyl]tris-phenol (PPT; ER alpha) and 2,3-bis(4-hydroxyphenyl)-propionitrile (DPN; ER beta) were assessed for their cardioprotective potential in an in vivo rabbit model of ischemia-reperfusion injury. Anesthetized female rabbits were administered PPT (3 mg/kg), DPN (3 mg/kg), E2 (20 microg/rabbit), or vehicle intravenously 30 min before a 30-min occlusion of the left anterior descending coronary artery followed by 4 h of reperfusion. Acute treatment with E2 (17.7 +/- 2.9%; P < 0.001) and PPT (18.1 +/- 2.9%; P < 0.001), but not DPN (45.3 +/- 2.4%) significantly decreased infarct size as a percent of area at risk compared with vehicle (45.3 +/- 2.4%). Co-administration of PPT or E2 with the ER antagonist ICI-182,780 limited the infarct size-sparing effect of the compounds (43.8 +/- 6.6% and 40.6 +/-

5.7% respectively, expressed as a percentage of risk region). PPT reduced the release of cardiac-specific troponin-I and reduced the tissue deposition of the membrane attack complex and C-reactive protein similar to that of E2. The results indicate that activation of ER alpha, but not ER beta, is required for the observed cardioprotective effects of E2.

**20) Yoong J K C, Coxibs and serious adverse cardiovascular events: a class-effect? J R Soc Med 2004; 97: 609.**

Selective cyclo-oxygenase-2 (COX-2) inhibitors, sometimes referred to as 'coxibs', are widely prescribed by hospital doctors and general practitioners for arthritic pain. Their gastrointestinal tolerability is believed to be superior to that of 'non-selective' non-steroidal anti-inflammatory drugs (NSAIDs) such as naproxen and diclofenac. Since the US Food and Drug Administration (FDA) approved the use of rofecoxib (Vioxx) in May 1999, 83 million prescriptions have been issued worldwide. However, on 30 September 2004, rofecoxib was voluntarily withdrawn by Merck Sharp & Dohme because of an increased relative risk of serious cardiovascular events seen after 18 months' use in the APPROVe (Adenomatous Polyp Prevention On Vioxx) trial. The APPROVe trial was initiated because of two previous studies, indicating that daily aspirin had protective effects against colorectal adenomas. The finding of increased risk of cardiovascular events in relation to rofecoxib did not come as a complete surprise. Such an effect was evident in the Vioxx Gastrointestinal Outcomes Research (VIGOR) study, the results of which were reported almost 4 years ago. Results for the first 6 months from a similarly large trial of another selective COX-2 inhibitor, the Celecoxib Long-term Arthritis Safety Study (CLASS), suggested that celecoxib had a better gastrointestinal toxicity profile than diclofenac or ibuprofen but results for the 12 month period, made available on the FDA website, do not entirely support this conclusion. The discrepancy generated criticism of the way the CLASS data were initially reported. Moreover, although celecoxib was not associated with a higher risk of serious cardiac sequelae than diclofenac or ibuprofen over the whole duration of the trial, the data do not exclude the possibility of lesser effects related to cardiac ischaemia. **When an unexpected drug effect is observed, whether adverse or beneficial, the possibility of a 'class-effect' has to be considered.** So, might adverse cardiovascular effects be expected with COX-2 agents other than rofecoxib? This question will need to be addressed with complete transparency in future studies of COX-2 inhibitors—especially with the advent of agents such as valdecoxib (Bextra), the successor drug of celecoxib, and etoricoxib (Arcoxia), planned successor of the withdrawn rofecoxib. Meanwhile, for the purposes of alleviating arthritic pain at least, COX-2 inhibitors have lost some of their attraction compared with the older NSAIDs such as diclofenac in combination with a proton pump inhibitor (omepraxole).

**21) Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar 17;352(11):1092-102. Epub 2005 Feb 15. Erratum in: N Engl J Med. 2006 Jul 13;355(2):221 .**

BACKGROUND Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the

Mason *v* Merck                                                                                                   34

large bowel in patients with a history of colorectal adenomas.

**METHODS:** A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee. **RESULTS:** A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of non-adjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95% confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two g groups.

**CONCLUSIONS:** <u>Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.</u>



Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Serious Thrombotic Events.
Vertical lines indicate 95 percent confidence intervals.



Figure 3. Kaplan–Meier Estimates of the Cumulative Incidence of Investigator-Reported Congestive Heart Failure (CHF), Pulmonary Edema (PE), or Cardiac Failure (CF).
Vertical lines indicate 95 percent confidence intervals.

**22) CORRECTION Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (March 17, 2005;352:1092- 102).**                    In the reported results, the test for proportionality of hazards used linear time rather than the logarithm of time that was specified in the Methods section. Analysis using the logarithm of time leads to the following changes: The first complete paragraph on page 1097 should have read, "In a post hoc assessment, visual inspection of Figure 2 suggested that the Kaplan–Meier curves separated 18 months after randomization. However, the results of an overall test of the proportional-hazards assumption for the entire 36-month observation period did not reach statistical significance (P = 0.07)." Therefore, statements regarding an increase in risk after 18 months should be removed from the Abstract (the sentence "The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates

were similar in the two groups" should be deleted, as should the sentence beginning "There was earlier separation . . .") and from the Discussion section (the sentence "In post hoc analyses, the increased relative risk of adjudicated thrombotic events was first observed after approximately 18 months of treatment" should be deleted). In addition, the first full paragraph on page 1100 should have read, "In our randomized, placebo-controlled trial, we found an increased risk of confirmed thrombotic events associated with the use of rofecoxib. Visual inspection of the Kaplan–Meier curves suggested that there was an increased frequency of thrombotic events associated with rofecoxib therapy after 18 months. Other investigators reported.

**This Correction was published at www.nejm.org on June 26, 2006.**

**23) Solomon SD, McMurray JJ, Pfeffer MA, Wittes J, Fowler R, Finn P, Anderson WF, Zauber A, Hawk E, Bertagnolli M; Adenoma Prevention with Celecoxib (APC) Study Investigators. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med. 2005 Mar 17; 352: 1071-80.**

**BACKGROUND:** Selective cyclooxygenase-2 (COX-2) inhibitors have come under scrutiny because of reports suggesting an increased cardiovascular risk associated with their use. Experimental research suggesting that these drugs may contribute to a prothrombotic state provides support for this concern. **METHODS:** We reviewed all potentially serious cardiovascular events among 2035 patients with a history of colorectal neoplasia who were enrolled in a trial compar-ing two doses of celecoxib (200 mg or 400 mg twice daily) with placebo for the prevention of colorectal adenomas. All deaths were categoryized as cardiovas-cular or noncardiovascu-lar, and nonfatal cardio-vascular events were categorized in a blinded fashion according to a prespecified scheme.



Figure 1. Kaplan–Meier Estimates of the Risk of the Composite End Point of Death from Cardiovascular Causes, Myocardial Infarction, Stroke, or Heart Failure among Patients Who Received Celecoxib (200 mg Twice Daily or 400 mg Twice Daily) or Placebo.
The log-rank statistic of 8.73, which has two degrees of freedom, was used to determine the P value.

**RESULTS:** For all patients except those who died, 2.8 to 3.1 years of follow-up data were available. A composite cardiovas-cular end point of death from cardiovascular causes, myocardial infarction, stroke, or heart failure was reached in 7 of 679 patients in the placebo group (1.0 percent), as compared with 16 of 685 patients receiving 200 mg of celecoxib twice daily (2.3 percent; hazard ratio, 2.3; 95 percent confidence interval, 0.9 to 5.5) and with 23 of 671 patients receiving 400 mg of celecoxib twice daily (3.4 percent; hazard ratio, 3.4; 95 percent confidence interval, 1.4 to 7.8). Similar trends were observed for other composite end points. On the basis of these observations, the data and safety monitoring board recommended early discontinuation of the study drug.

**CONCLUSIONS:** Celecoxib use was associated with a dose-related increase in the composite end-point of death from cardiovascular causes, myocardial infarction, stroke,

or heart failure. In light of recent reports of cardiovascular harm associated with treatment with other agents in this class, these data provide further evidence that the use of COX-2 inhibitors may increase the risk of serious cardiovascular events.

**Added note:** The cardiovascular findings with regard to celecoxib use in the APC study are consistent with those identified for rofecoxib use in the APPROVe trial. <u>In contrast, preliminary analyses from the PreSAP trial, which involved a daily dose of 400 mg of celecoxib, showed no apparent increase in cardiovascular risk. The differences in the dosing regimens between these two trials — twice daily in the APC study, as compared with once daily in the PreSAP study — support the hypothesis that sustained inhibition of prostacyclin may contribute to the increase in cardiovascular risk.</u> Other potential differences in the trials, including geographic differences, differences in the patient population, and differences in use of concomitant medications, may have contributed to the disparity in the preliminary findings.

**24) Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM. Compications of the COX-2 Inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352:1081-1091.**

**BACKGROUND** Valdecoxib and its intravenous prodrug parecoxib are used to treat postoperative pain but may involve risk after coronary-artery bypass grafting (CABG). We conducted a randomized trial to assess the safety of these drugs after CABG.

**METHODS:** In this randomized, double-blind study involving 10 days of treatment and 30 days of follow-up, 1671 patients were randomly assigned to receive intravenous parecoxib for at least 3 days, followed by oral valdecoxib through day 10; intravenous placebo followed by oral valdecoxib; or placebo for 10 days. All patients had access to standard opioid medications. The primary end point was the frequency of predefined



Figure 2. Kaplan–Meier Estimates of the Time to a Cardiovascular Event.
Cardiovascular events occurred throughout and after the 10-day period of drug administration in all groups. IV denotes intravenous.

adverse events, including cardiovascular events, renal failure or dysfunction, gastroduodenal ulceration, and wound-healing complications.

**RESULTS:** As compared with the group given placebo alone, both the group

given parecoxib and valdecoxib and the group given placebo and valdecoxib had a higher proportion of patients with at least one confirmed adverse event (7.4 percent in each of these two groups vs. 4.0 percent in the placebo group; risk ratio for each comparison, 1.9; 95 percent confidence interval, 1.1 to 3.2; P=0.02 for each comparison with the placebo group). In particular, cardiovascular events (including myocardial infarction, cardiac arrest, stroke, and pulmonary embolism) were more frequent among the patients given parecoxib and valdecoxib than among those given placebo (2.0 percent vs. 0.5 percent; risk ratio, 3.7; 95 percent confidence interval, 1.0 to 13.5; P=0.03).

**CONCLUSIONS:** The use of parecoxib and valdecoxib after CABG was associated with an increased incidence of cardiovascular events, arousing serious concern about the use of these drugs in such circumstances.

**25) Levesque L, Brophy JM, Zhang B.  The risk of myocardial infarction with cyclooxygenase-2 inhibitors:  A population study in elderly adults.  Ann Int Med. 2005; 142:481-489.**

**Background:** Cyclooxygenase-2 (COX-2) selective inhibitors have been marketed since 1999 as safer alternatives to nonsteroidal anti-inflammatory drugs (NSAIDs). Debate about their cardiac safety has culminated in the recent withdrawal of rofecoxib. Additional studies are needed to better understand this risk and to determine whether this safety concern represents a class effect.

**Objective:** To assess the influence of various NSAIDs on the riskfor a first myocardial infarction (MI).

**Design:** Population-based, retrospective cohort study analyzed using a time-matched, nested case–control approach.

**Setting:** Quebec, Canada.

**Participants:** 113 927 elderly persons without previous MI and newly treated with an NSAID between 1 January 1999 and 30  June 2002.

**Measurements:** NSAID exposure and occurrence of MI assessed by using Quebec's administrative health databases.

**Results:** Compared with no use of NSAIDs in the year preceding the event, current use of rofecoxib was associated with an increased risk for an acute MI (rate ratio [RR], 1.24 [95% CI, 1.05 to 1.46]) that was more pronounced at higher doses (RR, 1.73 [CI, 1.09 to 2.76]). The concomitant use of aspirin appears to decrease the risk associated with low-dose rofecoxib (RR, 1.00 [CI, 0.77 to 1.28]) but not with high-dose rofecoxib (RR, 2.36 [CI, 1.27 to 4.39]). No increased risks were observed with celecoxib (RR, 0.99 [CI, 0.85 to 1.16]) or the other NSAIDs.

**Limitations:** The study could not completely account for all potential confounders, including over-the-counter use of aspirin and ibuprofen.

**Conclusions:** These results provide evidence of an increased risk for acute MI in current users of rofecoxib among elderly persons with no history of MI. This risk appears greater at higher doses. Aspirin use mitigates the risk associated with low-dose but not high-dose rofecoxib. There was no evidence of an increased risk with the other NSAIDs.

**26) Nissen SE.  Adverse cardiovascular effects of rofecoxib.  N Engl J Med. 2006; 355:203-205. To The Editor:** The recent public disclosure of data from a 12-month extension study of the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial provides new insights into the effect of rofecoxib on cardiovascular events. These new data reveal the full results of both the original study and the extension phase, including

Mason v Merck                                                                                    38

data tables and Kaplan–Meier curves. In the original article, the APPROVe investigators reported event rates using an unusual censoring rule in which events were excluded if they occurred more than 14 days after the study drug was stopped. All data in the new report are assessed by a conventional intention to-treat analysis. This new report also provides analysis that uses several different end-points, including the widely used end point of the **Antiplatelet Trialists' Collaboration (APTC)** study. <u>**The original article included a post hoc hypothesis that curves for confirmed thrombotic events would not begin to diverge until after 18 months of exposure to rofecoxib. However, all intention to- treat analyses in the newly released report show that the event curves begin to diverge much earlier, generally within four to six months. The most useful Kaplan–Meier curves, involving intention to-treat analysis of the APTC end point, show divergence after only three months of exposure to rofecoxib (Figure.1).**</u> **Figure 2** shows the intention to-treat analysis for confirmed thrombotic cardiovascular events. The Adenoma Prevention with Celecoxib (APC) study, a trial otherwise similar in design, reported data in which the intention to-treat approach was used, with no censoring of delayed events.  Since patients who stopped the study drug early are likely to be people who had adverse reactions such as hypertension, heart failure, or renal dysfunction, they represent a particularly vulnerable group. It is now clear that the approach of censoring events that occurred more than 14 days after drug discontinuation had a significant effect on the results of the APPROVe trial.  In a report of a serious drug-safety problem, even if the original study design pre-specified censoring of late events, it is particularly important to provide alternative analyses is such analyses suggest a substantially different conclusion.



Figure 1. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed APTC Events in the Rofecoxib and Placebo Groups, According to the Intention-to-Treat Principle.
I bars represent 95 percent confidence intervals

Figure 2. Kaplan–Meier Estimates of the Cumulative Incidence of Confirmed Thrombotic Cardiovascular Events in the Rofecoxib and Placebo Groups, According to the Intention-to-Treat Principle.
I bars represent 95 percent confidence intervals.

**27) Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. CMAJ. 2006; 174:1563-1569. Epub 2006 May 2.**

**Background:** The timing of cardiovascular risks associated with the use of cyclooxygenase-2 (COX-2) inhibitors is unclear. Using data collected in a previous population-based cohort study of elderly people starting nonsteroidal antiinflammatory drug (NSAID) therapy, we evaluated the temporal nature of the risk of a first myocardial infarction (MI) associated with the use of rofecoxib and celecoxib.

**Methods:** We identified people 66 years of age or older without previous MI who were currently taking rofecoxib and celecoxib using Quebec's computerized health data

bases (January 1999 to June 2002). Data on use and MI outcome were analyzed using a time-matched, nested case–control approach with rate ratios, comparing current users and non-users of rofecoxib and celecoxib in the year preceding the index date, estimated using conditional logistic regression.

**Results:** The risk of MI was highest following first-time use of rofecoxib (adjusted rate ratio [RR] 1.67, 95% confidence interval [CI] 1.21–2.30), with events occurring within a median of 9 (6–13) days after therapy was started. The  risk increase for first-time use of celecoxib was not statistically significant (RR 1.29, 95% CI 0.90–1.83). Repeated exposure to rofecoxib was associated with a small but statistically nonsignificant delayed risk (RR 1.17, 95% CI 0.98–1.40), but no risk was seen with celecoxib (RR 0.97, 95% CI 0.82–1.14). Treatment duration was not associated with increasing risk for either agent. The risk remained elevated for the first 7 days after rofecoxib was discontinued (RR 1.23, 95% CI 1.05–1.44) but appeared to return to baseline between day 8 and 30 (RR 0.82, 95% CI 0.61–1.09).

**Interpretation:** A small proportion of patients using rofecoxib for the first time had their first MI shortly after starting the drug. This risk did not increase with the length of treatment and returned to baseline shortly after treatment was discontinued. More research is needed to identify those most susceptible to cardiotoxicity mediated by COX-2 inhibitor therapy.

### 28) Furberg CD. Adverse cardiovascular effects of rofecoxib. N Engl J Med. 2006 Jul 13; 355(2): 204; author reply 204-205.

TO THE EDITOR: An update of the APPROVe trial data is now available. It contains additional information about events in the subgroup of participants whose data were censored if they had an event more than 14 days after early discontinuation of the study medication. With the addition of 12 thrombotic events that occurred more than 14 days after the study drug was stopped, but within 36 months after randomization, it is now possible to analyze the three-year event data according to the intention-to-treat principle. Eight of the "new" events were in the rofecoxib group, and these events had a clear effect on the published survival curve for rofecoxib (Fig. 2 of the original article). The curve is now more linear, and the narrowing of the distance between the rofecoxib and placebo curves at 18 months is almost gone. Statistical analysis shows no evidence of deviation from the proportional hazard over time. The release of the new data raises questions.  At the time the APPROVe trial was submitted and published, was the complete data set available to the authors for an intention-to-treat analysis?  Did they perform a proportionality test of the three year event data before publication?

Curt D. Furberg, M.D., Ph.D.

### 29) Curfman GD, Morrissey S, Drazen JM. Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-1528.

We have recently obtained information regarding inaccuracies in data in the report of the VIGOR (Vioxx Gastrointestinal Outcomes Research) study by Bombardier et al.1 that raise concern about certain conclusions in the article.  The VIGOR study was designed primarily to compare gastrointestinal events in patients with rheumatoid arthritis randomly assigned to treatment with rofecoxib (Vioxx) or naproxen (Naprosyn), but data on cardiovascular events were also monitored. Three myocardial infarctions, all in the rofecoxib group, were not included in the data submitted to the *Journal.* The editors first became aware of the additional myocardial infarctions in 2001 when updated data were

Mason *v* Merck                                                                                 40

made public by the Food and Drug Administration. Until the end of November 2005, we believed that these were late events that were not known to the authors in time to be included in the article published in the *Journal* on November 23, 2000. It now appears, however, from a memorandum dated July 5, 2000, that was obtained by subpoena in the Vioxx litigation and made available to the *Journal,* that at least two of the authors knew about the three additional myocardial infarctions at least two weeks before the authors submitted the first of two revisions and 41 2 months before publication of the article. Given this memorandum, it appears that there was ample time to include the data on these three additional infarctions in the article.  The fact that these three myocardial infarctions were not included made certain calculations and conclusions in the article incorrect. Although only summary percentages, not actual numbers of myocardial infarctions, were included in the *Journal* article, the following tables display the numerical data without (Table 1) and with (Table2) the three myocardial infarctions.  Lack of inclusion of the three events resulted in an understatement of the difference in risk of myocardial infarction between the rofecoxib and naproxen groups (presented in the article as a reduction in the risk with naproxen but shown here as an increase in the risk with rofecoxib).  It also resulted in the misleading conclusion that there was a difference in the risk of myocardial infarction between the aspirin indicated and aspirin not indicated groups.

| Table 1. Data on Myocardial Infarctions Omitting the Three Events.* | | | | |
|---|---|---|---|---|
| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
| Total | | | | |
| Rofecoxib | 2315 | 17 | 4.25 | 1.39 to 17.37 |
| Naproxen | 2316 | 4 | | |
| Aspirin indicated | | | | |
| Rofecoxib | 95 | 8 | ∞ | 1.65 to ∞ |
| Naproxen | 92 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 2220 | 9 | 2.25 | 0.63 to 10.02 |
| Naproxen | 2224 | 4 | | |

\* The numbers of person-years of exposure as of February 10, 2000, have been estimated. Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

| Table 2. Data on Myocardial Infarctions Including the Three Events.* | | | | |
|---|---|---|---|---|
| Study Group | Person-Years of Exposure | No. of Myocardial Infarctions | Relative Risk | 95% CI |
| Total | | | | |
| Rofecoxib | 2698 | 20 | 5.00 | 1.68 to 20.13 |
| Naproxen | 2699 | 4 | | |
| Aspirin indicated | | | | |
| Rofecoxib | 105 | 8 | ∞ | 1.66 to ∞ |
| Naproxen | 102 | 0 | | |
| Aspirin not indicated | | | | |
| Rofecoxib | 2593 | 12 | 3.00 | 0.91 to 12.78 |
| Naproxen | 2597 | 4 | | |

\* Relative risks were estimated by Poisson regression; confidence intervals were calculated by the exact method.

**30) Solomon DH, Avorn J, Sturmer T, et al.  Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs:  High-risk subgroups and time course of risk.  Arthritis Rheum 2006; 54:1378-1389.**

Controversy persists regarding the cardiovascular risks of treatment with selective cyclooxygenase 2 inhibitors (coxibs) and nonselective nonsteroidal antiinflammatory drugs (NSAIDs). This study was undertaken to examine, in a large group of new users of coxibs and NSAIDs, the rate of cardiovascular events, their time course, and whether baseline cardiovascular risk modified the rate ratios (RRs) for future events.

**METHODS**: This cohort study included Medicare beneficiaries who enrolled in a state-run prescription drug plan that fully covered NSAIDs and coxibs without restriction. All study patients started use of a coxib or NSAID after January 1, 1999. The primary composite end point was a hospital admission for either myocardial infarction or ischemic stroke. Predefined exposure groups included the 3 coxibs available in the US during the study period (celecoxib, rofecoxib, and valdecoxib), as well as oral formulations of diclofenac, ibuprofen, naproxen, and a composite of all other NSAIDs. We compared the rate of cardiovascular events associated with each of these agents with that in a reference group of patients who did not use NSAIDs or coxibs, but started other medications unrelated to cardiovascular risk. Daily exposure to all study drugs was assessed based on filled prescription data. A Cox proportional hazards model stratified on calendar year that included other baseline cardiovascular risk factors constituted the primary analysis.

**RESULTS:** We identified 74,838 users of NSAIDs or coxibs, and 23,532 comparable users of other drugs comprised the reference group. Adjusted models demonstrated a significant elevation in the event rate for rofecoxib (RR 1.15, 95% confidence interval [95% CI] 1.06-1.25) and a significant reduction in the rate for naproxen (RR 0.75, 95% CI 0.62-0.92). No other coxib or NSAID was associated with a significant increase or decrease in cardiovascular event rate. The increased rate associated with rofecoxib was seen in the first 60 days of use (adjusted RR 1.14, 95% CI 1.01-1.29) and thereafter (adjusted RR 1.14, 95% CI 1.02-1.28). Kaplan-Meier event curves showed a similar pattern of risk (early and persistent separation of the event curves) among long-term rofecoxib users at low or high baseline cardiovascular risk.

**CONCLUSION:** We found an increased cardiovascular event rate among users of rofecoxib, and a decreased rate with naproxen use. Other coxibs and NSAIDs did not appear to be associated with a difference in event rate compared with users of other drugs. **The increase in rate associated with rofecoxib was seen within the first 60 days and persisted**. There was no important modification of the event rate based on the patient's baseline cardiovascular risk.


**30) Fraunfelder FW, Solomon J, Mehelas TJ.  Ocular adverse effects with cyclooxygenase-2 inhibitors. Arch Ophthalmol 2006; 1124:277-279.**


**31) Carsten H. Meyer Jörg C. Schmidt Eduardo B. Rodrigues Stefan Mennel Risk of Retinal Vein Occlusions in Patients Treated with Rofecoxib (Vioxx) Ophthalmologica 2005;219:243–247**

*Aims:* To present patients with branch retinal vein occlusion (BRVO) and central retinal vein occlusion (CRVO) after application of rofecoxib (Vioxx), a cyclo-oxygenase (COX) 2 inhibitor.

*Methods:* Three patients with sudden decrease in their vision were referred for evaluation and possible treatment.

*Results:* A 72-year-old female with rheumatoid arthritis was treated with

Mason *v* Merck                                                                                      42

rofecoxib. When the dosage was doubled to 50 mg daily, she noticed a sudden painless decrease of vision in her right eye. Her visual acuity (VA) was 20/400 OD and 20/20 OS. Biomicroscopy OD demonstrated a CRVO with tortuous retinal veins and numerous flecked hemorrhages in the midperiphery.

A 68-year-old female with severe osteoporosis developed a BRVO with fl ame-shaped hemorrhages in the superior hemisphere OS 1 day after taking rofecoxib (25 mg) daily.

**A 47-year-old American male took Vioxx for 1 week to relieve hip pain and noticed temporarily decreased vision OD. <u>A month later, he resumed taking Vioxx and noticed a progressive decline in his VA with persistent cloudiness. Ophthalmic examination revealed a CRVO in his right eye.</u>**

*Conclusion:* Although COX-2 inhibitors are safe in the majority of patients, under certain conditions they may induce prothrombotic effects. Few patients with predisposed thrombosis may be at risk for cardiovascular and ocular thrombotic events.



<u>Our results provide evidence for prothrombotic effects of COX-2 inhibitors at distinct ocular locations. We postulate that venous endothelial damage increases the potential role of hemostatic risk factors in the pathophysiology of retinal vein occlusion, which may be triggered by COX-2 inhibitors in selected patients.</u> The drug is safe in the overwhelming majority of patients, based on extensive use of COX-2 inhibitors and considering the small number of thrombotic events. However, recent reports indicate prothrombotic effects under certain conditions. The safety of rofecoxib needs to be prospectively assessed, as our preliminary observation suggests that rofecoxib may induce retinal vein occlusions in selected cases. Few patients with predisposed thrombosis may be at risk for cardiovascular and ocular thrombotic events. We propose that the use of rofecoxib should be carefully evaluated and monitored before considering it as an anti-inflammatory therapy.

**31) Mary F. Waltera, Robert F. Jacoba, Charles A. Daya, Rachel Dahlborga, Yujia Wenga, R. Preston Mason. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 177 (2004) 235–243.**Clinical investigations have demonstrated a link between use of the sulfone cyclooxygenase-2 (COX-2) inhibitor, rofecoxib, and increased risk for atherothrombotic events. This increased risk was not observed for a sulfonamide COX-2 inhibitor (celecoxib), indicating a potential non-enzymatic mechanism for rofecoxib. To test this hypothesis,

we compared the independent effects of COX-2 inhibitors on human LDL oxidation, an important contributor to atherosclerotic cardiovascular disease. The results showed that rofecoxib (100 nM) significantly decreased (>40%, $p < 0.001$) the lag time for LDL conjugated diene formation and increased levels of thiobarbituric-acid-reactive-substances (TBARS) in vitro. The pro-oxidant activity of rofecoxib was dose-dependent and attenuated by 70% ($p < 0.001$) with the antioxidant, Trolox. Rofecoxib and etoricoxib (100 nM) also caused a marked increase (>35%, $p < 0.001$) in non-enzymatic generation of isoprostanes, as measured by mass spectroscopy. Addition of rofecoxib to fresh human plasma reduced the oxygen radical antioxidant capacity (ORAC) by 34% ($p < 0.0001$). By contrast, other selective (celecoxib, valdecoxib, meloxicam) and non-selective COX inhibitors (ibuprofen, naproxen, diclofenac) had no significant effect on LDL oxidation rates or plasma ORAC values, even at suprapharmacologic levels. X-ray diffraction analysis showed that sulfone COX-2 inhibitors interact differently with membrane phospholipids, suggesting a physico-chemical basis for the pro-oxidant activity. These results demonstrate that sulfone COX-2 inhibitors increase the susceptibility of biological lipids to oxidative modification through a non-enzymatic process. These findings may provide mechanistic insight into reported differences in cardiovascular risk for COX-2 inhibitors.

**32) Preston Mason R, Walter MF, McNulty HP et al. Rofecoxib increases susceptibility of human LDL and membrane lipids to oxidative damage: A mechanism of cardiotoxicity. J Cardiovasc Pharmacol 2006; 47(Suppl 1): S7-S14.**

Clinical investigations have demonstrated a relationship between the extended use of rofecoxib and the increased risk for atherothrombotic events. This has led to the removal of rofecoxib from the market and concern over the cardiovascular safety of other cyclooxygenase (COX)-2 selective agents. Experimental findings from independent laboratories now indicate that the cardiotoxicity of rofecoxib may not be a class effect but because of its intrinsic chemical properties. Specifically, rofecoxib has been shown to increase the susceptibility of human low-density lipoprotein and cellular membrane lipids to oxidative modification, a contributing factor to plaque instability and thrombus formation. Independently of COX-2 inhibition, rofecoxib also promoted the nonenzymatic formation of isoprostanes and reactive aldehydes from biologic lipids. The basis for these observations is that rofecoxib alters lipid structure and readily forms a reactive maleic anhydride in the presence of oxygen. By contrast, other selective (celecoxib, valdecoxib) and nonselective (naproxen, diclofenac) inhibitors did not influence rates of low-density lipoprotein and membrane lipid oxidation. We have now further confirmed these findings by demon-strating that the pro-oxidant activity of rofecoxib can be blocked by the potent antioxidant astaxanthin in homochiral form (all trans 3S, 30S). These findings provide a mechanistic rationale for differ-ences in cardiovascular risk among COX selective inhibitors because of their intrinsic physicochemical properties.

**33) Steffel J, Luscher TF, Ruschitzka F, Tanner FC. Cyclooxygenase-2 inhibition and coagulation. J Cardiovasc Pharmacol 2006; 47(Suppl 1): S15-S20.**

Selective inhibitors of cyclooxygenase-2 (COX-2) have come under scrutiny because of a possibly increased thrombotic risk observed in retrospective studies and comparatively small cancer trials. Indeed, inhibition of COX-2 may favor a prothrombotic environment by suppressing endothelial prostacyclin synthesis while leaving COX-1-dependent platelet thromboxane (TX) A2 synthesis unopposed. However, in vitro studies have shown that the effect of coxibs on coagulation is dependent on

several variables; for example, the coxib, celecoxib reduces endothelial tissue factor expression, a key initiator of the coagulation cascade. Furthermore, animal studies are inconclusive as some studies investigating the effect of COX-2 inhibition in atherosclerosis imply a detrimental effect of coxibs, whereas others suggest a beneficial effect on plaque progression and stability. In healthy human subjects and in patients with atherosclerotic vascular diseases, the effect of COX-2 inhibition on coagulation is equally unclear as no prospective, randomized, double-blinded studies powered to investigate cardiovascular endpoints have been performed to directly investigate a potentially cardiotoxic effect of coxibs. Here, the authors review the effect of COX-2 inhibition on the coagulation system; they discuss the molecular mechanisms involved and summarize important clinical trials in which an increased frequency of thrombotic complications associated with coxibs was observed.

**34) Virginia Motilvaa, Catalina Alarco´n de la Lastraa, Leo Bruseghinib, Juan Manuel Herreriasc, Susana Sanchez-Fidalgoa. COX expression and PGE2 and PGD2 production in experimental acute and chronic gastric lesions. International Immunopharmacology 5 (2005); 5: 369–379.**

Prostaglandin E2 and D2 (PGE2 and PGD2) production and cyclooxygenase-2 (COX-2) expression during the resolution of acute and chronic gastric inflammatory lesions in Wistar rats have been investigated. Differences between ibuprofen, nonselective COX inhibitor, and rofecoxib, specific COX-2 inhibitor, on the development of the induced responses were also analyzed. In an acute model, by instillation of HCL, the greatest injury was observed early with a rapid and progressive restoration. Maximal up-regulation of COX-2 protein was detected at 6 h and was accompanied by increase of PGE2 synthesis but not PGD2. Both drugs stimulated COX-2 expression in accordance to their capacity of inhibiting this enzymatic activity, driving to delay in the healing. In a chronic model, by acetic acid-induced gastric ulcers, COX-2 was expressed at 7 days and was also associated with PGE2 increase. Ibuprofen and rofecoxib also augmented COX-2 protein and inhibited PGE2 levels. However, PGD2 production was augmented when no signal of COX-2 protein could be detected. **Together, this study confirms the role played by COX-2 enzyme in the resolution of acute and chronic gastric inflammatory process, PGE2 being the principal product.** The antiinflammatory effect of nonsteroidal antiinflammatory drugs (NSAIDs) could be mediated not only through the inhibition of COX activity but also through the induction of antiinflammatory PGs production—such as PGD2— although further studies would be needed to clarify the mechanisms of this activity and the possible implicated processes.

**35) Paul R. Colville–Nasha,, Derek W. Gilroy. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? Prostaglandins & other Lipid Mediators 62 (2000) 33–43.**
**Introduction**
Since the discovery by Vane in 1971 [1] that the nonsteroidal anti-inflammatory drugs (NSAIDs) shared a common function of inhibiting cyclooxygenase (COX) and thus prostaglandin (PG) synthesis, there has been intense interest in the role of this enzyme pathway and it's products in both physiology and pathophysiology. With the development of new techniques and therapeutic agents over recent years, a number of seemingly disparate lines of research are now converging to provide new insights into the inflammatory response. This review will try to bring together this work with other research from fields such as lipid metabolism and diabetology, virology, and cancer research and combine it to suggest a new pathway within the endogenous control mechanisms in inflammation.

**COX-2, a protective mechanism in disease models?**

      **Our laboratory has been interested in the possibility that COX-2 is part of a protective mechanism in disease models with a delayed onset associated with wound healing**. Consistent with this hypothesis are studies that have evaluated COX-1 and COX-2 inhibitors in an animal model of colitis. <u>Treatment with L745,337, one of the most selective COX-2 inhibitors currently available at doses which were without effect on COX-1 activity, significantly inhibited mucosal PG synthesis *and markedly exacerbated* colonic damage.</u> <u>Treatment for 1 week was 100% fatal due to subsequent bowel perforation.</u> In mice with induced gastric ulceration, COX-2 synthesis is also upregulated associated with increased PG synthesis. <u>Again, treatment with a COX-2 selective drug, NS-398, results in reduced PG synthesis and significant retardation of ulcer healing.</u> This has also been reported in rat models of gastric ulceration with L745,337 [20]. Thus, in cases where the gastric mucosa and colonic mucosa have been previously damaged, the data suggests that the induction of COX-2 is far from contributing to the development of the pathology but may in fact be an important part of the defense mechanism in these tissues. Similar results have been obtained in cases of mild gastric irritation; instillation of 20% ethanol into rat stomachs will confer protection against subsequent insults with 70% or 96% ethanol, an effect that can be effectively blocked by administration of NS398, L745,337, or another highly selective COX-2 inhibitor, DFU. Further protective roles for COX-2 have been demonstrated in immune reactions. For example, oral administration of COX-2 inhibitors with egg-white lysozyme to mice results in increased lamina propria mononuclear cell expansion, crypt expansion, and villus blunting, and in allergic lung disease, both COX-1 and COX-2 deficient mice have exaggerated responses to antigen challenge. **<u>Thus, depending on circumstance, the COX enzymes may play an important role in resolution of a variety of disease situations. This begs the question, which of their products may be responsible for the protective effects seen?</u>**

Mason v Merck                                                                46



36) Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paull-Clark MJ,  Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nature

Mason *v* Merck                                                                                      47

**Medicine 1999; 5: 698-701.**

Cyclooxygenase (COX) has two isoforms. Generally, COX 1 is constitutively expressed in most tissues, where it maintains physiological processes1; inducible COX 2 is considered a pro-inflammatory enzyme and a chief target for the treatment of inflammatory diseases2. Here we present evidence that COX 2 may have anti-inflammatory properties. In carrageenin-induced pleurisy in rats, the predominant cells at 2 hours are polymorphonuclear leucocytes, whereas mononuclear cells dominate from 24 hours until resolution at 48 hours3. In this model, COX-2 protein expression peaked initially at 2 hours, associated with maximal prostaglandin E2 synthesis. However, at 48 hours there was a second increase in COX 2 expression, 350% greater than that at 2 hours. Paradoxically, this coincided with inflammatory resolution and was associated with minimal prostaglandin E2 synthesis. In contrast, levels of prostaglandin D2, and 15deoxyΔ12–14prostaglandin J2 were high at 2 hours, decreased as inflammation increased, but were increased again at 48 hours. The selective COX 2 inhibitor NS-398 and the dual COX 1/COX 2 inhibitor indomethacin inhibited inflammation at 2 hours but significantly exacerbated inflammation at 48 hours. This exacerbation was associated with reduced exudate prostaglandin D2 and 15deoxyΔ12–14prostaglandin J2 concentrations, and was reversed by replacement of these prostaglandins. Thus, COX-2 may be pro-inflammatory during the early phase of a carrageenin-induced pleurisy, dominated by polymorphonuclear leucocytes, but may aid resolution at the later, mononuclear cell-dominated phase by generating an alternative set of anti-inflammatory prostaglandins.

**37) Derek W. Gilroy · Paul R. Colville-Nash. New insights into the role of COX 2 in inflammation. J Mol Med 2000; 78:121–129.**

Cyclo-oxygenase (COX) is responsible for the synthesis of bioactive prostanoids, the inhibition of which serves as the basis for the mode of action of clinically used nonsteroidal anti-inflammatory drugs. **While there were suggestions as early as the 1970s that an inducible isoform of COX exists, it was only in the early 1990s that COX 2 was identified, cloned and sequenced.** Not surprisingly, this new isoform was expressed at sites of inflammation and reported to contribute to the inflammatory response. **However, new evidence has emerged to suggest that COX 2 also has anti-inflammatory properties.** In this review, the two faces of COX 2 are examined, with emphasis on its role in regulating inflammatory resolution, including possible mechanisms of action.



**Fig. 1** The profile of polymorphonuclearneutrophil (*PMN*) and mononuclear (*MN*) cell influx into the carrageeninInduced pleurisy. Superimposed is the profile of COX 2 expression and eicosanoids synthesis. It is clear that PMNs do express COX 2 and are most probably responsible for the early expression of COX 2 and cypPG release. However, the wave of MN cells are most probably responsible for the second peak of COX 2 expression at resolution



A mechanism by which COX 2 may control resolution. Here, activated macrophages are depicted as expressing COX 2 which in turn preferentially releases PGD2 and its anti-inflammatory metabolites 15deoxyD12–14PGJ2. The cyclopentenone PGs then exerts their anti-inflammatory effects by the activation of PPARg and/or the inhibition of nuclear factor kB (*NF kB*) activation in either an autocrine or paracrine fashion. *iNOS* Inducible nitric oxide synthase

38) Tomasz Brzozowski[a], Peter C. Konturek[b], Stanislaw J. Konturek[a], Detlef Schuppan[b], Danuta Drozdowicz[a], Slawomir Kwiecie[a], Jolanta Majka[a], Tosikazu Nakamura[c], Eckhart G. Hahn Effect of Local Application of Growth Factors on Gastric Ulcer Healing and Mucosal Expression of Cyclooxygenase-1 and -2.

***Digestion* 2001;64:15-29. Background/Aims:**

Ulcer healing involves expression of various growth factors such as epidermal growth factor (EGF), hepatocyte growth factor (HGF) and basic fibroblast growth factor (bFGF) at the ulcer margin, but the influence of EGF, HGF and bFGF applied locally with or without neutralizing anti-EGF, HGF and bFGF antibodies or cyclooxygenase (COX)-1 and COX-2 inhibitors on ulcer healing and the expression of COX-1 and COX-2 during ulcer healing have only been studied a little.

*Methods:* Rats with gastric ulcers induced by serosal application of acetic acid (ulcer area 28 mm$^2$) received a submucosal injection of either (1) vehicle (saline), (2) EGF, (3) HGF, and (4) bFGF with or without antibodies against EGF, HGF and bFGF or indomethacin (2 mg/kg/day i.p.), a nonspecific inhibitor of COX, or NS-398 (10 mg/kg/day i.g.) and Vioxx (5 mg/kg/day i.g.), both highly specific COX-2 inhibitors. A separate group of animals with chronic gastric fistulas was also used to assess gastric secretion during ulcer healing with and without growth factors. Each growth factor and specific antibody against EGF, HGF and bFGF (100 ng/100 µl each) were injected just around the ulcer immediately after ulcer induction and this local injection was repeated on day 2 following anesthesia and laparotomy. On days 13 and 21, the ulcer area was determined by planimetry, gastric blood flow (GBF) at the ulcer margin was examined by the $H_2$-gas clearance technique, and mucosal generation of $PGE_2$ and the gene expression of COX-1 and COX-2 in the non-ulcerated and ulcerated gastric mucosa were assessed. Gastric ulcers healed progressively within 21 days after induction and this effect was accompanied by a significant increase in GBF at the ulcer margin and in the expression of COX-2 in the ulcer area. Local treatment with EGF, HGF and bFGF produced a significant decrease in gastric acid secretion and significantly accelerated the rate of ulcer healing and raised GBF at the ulcer margin causing further significant upregulation of COX-2 but not COX-1 expression in the ulcerated mucosa. The acceleration of ulcer healing and hyperemia at the ulcer margin exhibited by locally applied EGF, HGF and bFGF were similar to those obtained with systemic administration of these growth factors. HGF applied submucosally, upregulated COX-2 expression and this was significantly attenuated by concurrent treatment with antibody against this peptide. Anti-EGF and anti-bFGF antibodies completely abolished the acceleration of the ulcer healing and hyperemia at the ulcer margin induced by these growth factors. Indomethacin and both COX-2 inhibitors significantly prolonged ulcer healing, while suppressing the generation of $PGE_2$ in non-ulcerated and ulcerated gastric mucosa and GBF at the ulcer margin. **The acceleration of ulcer healing by EGF, HGF and bFGF and the accompanying rise in GBF at the ulcer margin were significantly attenuated by the concurrent treatment with indomethacin or NS-398 and Vioxx.**

*Conclusions:* (1) Growth factors accelerate ulcer healing due to enhancement in the microcirculation around the ulcer and these effects are specific because they can be abolished by neutralization with antibodies; (2) **COX-2-derived prostaglandins and suppression of gastric secretion may play an important role in the acceleration of ulcer healing by various growth factors,** and (3) the local effects of EGF, HGF and bFGF on ulcer healing can be reproduced by their systemic application indicating the high efficacy of growth factors to accelerate this healing.

40) MASASHI KITAHARA, FRANK EITNER, TAMMO OSTENDORF, UTA KUNTER,ULF JANSSEN, RALF WESTENFELD, KATSUYUKI MATSUI, DONTSCHO KERJASCHKI, JU¨RGEN FLOEGE.   Selective Cyclooxygenase-2 Inhibition Impairs Glomerular Capillary Healing in Experimental Glomerulonephritis. J Am Soc Nephrol 13: 1261–1270, 2002

Selective cyclooxygenase-2 (COX-2) inhibitors have anti-inflammatory activity

Mason *v* Merck                                                                                        50

and reduce proteinuria in experimental membranous glomerulonephritis. **Antiangiogenic properties of COX-2 inhibitors were recently reported.** Whether these properties are relevant to the glomerular healing process in inflammatory glomerular diseases was investigated. For evaluation of the effects of selective COX-2 inhibitors on the glomerular healing process in a rat model of mesangioproliferative glomerulonephritis (induced by anti-Thy 1.1 antibody), a **selective COX-2 inhibitor (rofecoxib or celecoxib)** or vehicle was administered daily from day 1 after disease induction until euthanasia on day 6. **Additional nephritic rats were treated with rofecoxib or vehicle from day 1 to day 10 and were monitored until day 28. Selective COX-2 inhibition led to significant increases in mesangiolysis (up to 71%) on days 2 and 6 and in albuminuria (up to 3.1-fold) on day 6. This augmentation of glomerular capillary damage was associated with rarefaction of glomerular endothelial cells, whereas the proliferation and activation of mesangial cells were not affected.** No significant effects on the glomerular influx of polymorphonuclear neutrophils or the infiltration and proliferation of monocytes/macrophages at day 2 were noted. These effects were independent of systemic hemodynamic features, because rofecoxib did not affect systolic BP on day 2 or 5. **Nephritic rats treated with rofecoxib for 10 d demonstrated persistent glomerular injury at day 28, as indicated by increased albuminuria (10-fold) and mesangial type IV collagen deposition ( 24%). In normal rats, 5-d administration of rofecoxib failed to induce albuminuria or morphologic renal damage.**

In conclusion, selective COX-2 inhibitors impair glomerular capillary repair after mesangiolysis in rats with anti-Thy 1.1 glomerulonephritis. **These data suggest that selective COX-2 inhibitors should be used with caution among patients with inflammatory endocapillary glomerular disorders.**

Mason *v* Merck                                                                                  51



*Figure 2.* Effects of selective COX-2 inhibitors on glomerular endothelial cells. (A to C) Renal glomerular endothelial cell staining with JG-12 in normal rats (A), on day 2 in nephritic rats receiving vehicle alone (B), and on day 2 in nephritic rats receiving rofecoxib at a dose of 1 mg/kg (C). Magnification, ×600. A decrease in glomerular endothelial cell staining was noted on day 2 in rats treated with selective COX-2 inhibitors, compared with vehicle alone. (D) Quantitative evaluation, by grid counting, of glomerular JG-12 immunostaining on days 2 and 6 after disease induction (n = 5 to 9 for each group).



*Figure 3.* Effects of selective COX-2 inhibitors on glomerular endothelial morphologic features. (A) Nephritic rats on day 2 exhibit evidence of glomerular endothelial damage, such as edema of endothelial cell bodies, whereas the morphologic features of the fenestrated lining remain intact. Magnification, ×4000. (B) Endothelial damage is aggravated in rats treated with 10 mg/kg rofecoxib, as evidenced by extensive cytoplasmic blebbing of endothelial and visceral epithelial cells. In addition, the endothelial lining is partially affected by intracellular edema. Magnification, ×2500.





*Figure 6.* Renal cortical expression of COX-2. (A) COX-2 expression in the renal cortex of a vehicle-treated nephritic rat on day 6 after disease induction. Magnification, ×600. (B) COX-2 expression in the renal cortex of a rat treated with rofecoxib at a dose of 10 mg/kg, on day 6 after disease induction. Magnification, ×600. COX-2 expression was increased in tubular cells in the nephritic rat treated with rofecoxib. (C) Semiquantitative evaluation, by grid counting, of COX-2 expression in the renal cortex on days 2 and 6 (n = 5 to 9 for each group).

**38) TOMASZ BRZOZOWSKI, PETER C. KONTUREK, STANISLAW**

**J.KONTUREK, ZBIGNIEW SLIWOWSKI, ROBERT PAJDO, DANUTA DROZDOWICZ, AGATA PTAK, AND ECKHART G. HAHN. Classic NSAID and Selective Cyclooxygenase (COX)-1 and COX-2 Inhibitors in Healing of Chronic Gastric Ulcers. Microsc. Res. Tech. 53:343–353, 2001.**

Prostaglandins (PG) derived from COX-1 are essential for the maintenance of mucosal integrity but COX-2 isoform synthesizes PG at a site of inflammation. Recently, COX-2mRNA expression was demonstrated at the ulcer edge during healing of chronic gastric ulcers but the role for expression of COX-2 and its products such as PGE2 and cytokines including interleukin (IL-1b) and tumor necrosis factor alpha (TNFa) in ulcer healing remains unknown. In this study, Wistar rats with gastric ulcers produced by serosal application of acetic acid (ulcer area 28 mm2) received daily treatment either with: (1) vehicle (saline); (2) NS-398 (10 mg/kg-d i.g.) and Vioxx (5 mg/kg-d i.g.), both, highly specific COX-2 inhibitors; (3) meloxicam (5 mg/kg-d i.g.), a preferential inhibitor of COX-2; (4) resveratrol (10 mg/kg-d i.g.), a specific COX-1 inhibitor; (5) indomethacin (5 mg/kg-d i.g); and (6) aspirin (ASA; 50 mg/kg-d i.g.), non-selective inhibitors of both COX-1 and COX-2. At day 3, 7, and 14 after ulcer induction, the animals were sacrificed and the area of gastric ulcers was determined by planimetry and histology, gastric blood flow (GBF) at ulcer base and margin was measured by H2 clearance technique, and blood was withdrawn for measurement of plasma IL-1b and TNFa levels. The mucosal biopsy samples were taken for the determination of PGE2 generation by RIA and expression of COX-1, COX-2, IL-1b, and TNFa mRNA by RT-PCR. In vehicle-treated rats, gastric ulcers healed progressively and at day 14 the healing was completed, accompanied by a significant rise in the GBF at ulcer margin. The IL-1b, TNFa, and COX-1 mRNA were detected in intact and ulcerated gastric mucosa, whereas COX-2 mRNA were upregulated only in ulcerated mucosa with peak observed at day 3 after ulcer induction. The plasma IL-1b level was significantly increased at day 3 and 7 but then declined at day 14 to that measured in vehiclecontrols. Indomethacin and ASA, which suppressed PGE2 generation both in the non-ulcerated and ulcerated gastric mucosa, significantly delayed the rate of ulcer healing and this was accompanied by the fall in GBF at ulcer margin and further elevation of plasma IL-1b and TNFa levels, which was sustained up to the end of the study. Treatment with NS-398 and Vioxx, which caused only a moderate decrease in the PGE2 generation in the non-ulcerated gastric mucosa, delayed ulcer healing and attenuated significantly the GBF at ulcer margin and PGE2 generation in the ulcerated tissue, while raising the plasma IL-1b and TNFa similarly to those observed in indomethacin- and ASA-treated rats. Resveratrol, which suppressed the PGE2 generation in both non-ulcerated and ulcerated gastric mucosa, prolonged ulcer healing and this was accompanied by the fall in the GBF at the ulcer margin and a significant increase in plasma IL-1b and TNFa levels.

**We conclude that (1) classic NSAID delay ulcer healing due to suppression of endogenous PG, impairment in GBF at ulcer area, and excessive cytokine expression and release, and (2) <u>this deleterious effect of classic NSAID on the healing of pre-existing ulcers can be reproduced by selective COX-1 and COX-2</u> inhibitors, suggesting that both COX isoforms are important sources of PG that appear to contribute to ulcer healing.**

Mason *v* Merck                                                                54







Fig. 1  Area of gastric ulcers in rats treated daily with vehicle (control), indomethacin (5 mg/kg i.p.), aspirin (ASA, 50 mg/kg i.g.), resveratrol (10 mg/kg i.g.), NS-398 (10 mg/kg i.g.), Vioxx (10 mg/kg i.g.), and meloxicam (5 mg/kg i.g.) as measured at days 0, 3, 7, and 14 upon ulcer induction. Results are mean ± SEM of 6–8 rats. Asterisk indicates a significant change as compared with the value obtained at day 0.

Fig. 2.  Macroscopical appearance of gastric ulcer induced by acetic acid method at day 3 (left) and day 14 upon ulcer induction (right). Note that at day 14, the ulcer is almost completely healed as reflected by the smaller size of the ulcer crater compared to the size of the ulcer at day 3. [Color figure can be viewed in the online issue, which is available at www.interscience.wiley.com.]





Fig. 3.  A,B: Microscopical appearance of the gastric ulcer at day 3 (A) and day 14 (B) upon ulcer induction. Deep gastric ulceration with the inflamed tissue infiltrated by neutrophils at the ulcer base and with an early regeneration at the ulcer margin (A). H&E; magnification, 260×. At day 14, the ulcer healing is significantly improved as reflected by scarring, restoration of the surface epithelium and extensive regeneration of glandular structure (B). H&E, magnification, 260×. [Color figure can be viewed in the online issue, which is available at www.interscience.wiley.com.]



Fig. 10.   Cartoon showing the biosynthesis of eicosanoids by both COX-1 and COX-2 and their biological effects.

**39) Elliott M. Antman, David DeMets, Joseph Loscalzo. Cyclooxygenase Inhibition and Cardiovascular Risk. Circulation. 2005;112:759-770.**

Over the past several months clinicians have been confronted at an escalating rate with reports describing the risks of COX-2 inhibitors (coxibs). Information on this class of drugs appears not only in traditional medical journals and textbooks, but also on the Web sites of regulatory agencies, professional societies, and pharmaceutical manufacturers.1–9 An unusual, but noteworthy, aspect of the state of affairs is the high rate of reporting new findings and opinions (at times voiced in a strident tone) in the lay press.10–13 Understandably, patients are concerned about the potential risks associated with their antiinflammatory medications, and now, either spontaneously or in response to a public health warning, call their healthcare professional with questions or arrive for an office visit armed with publicly accessed information they wish to discuss. Owing to the widespread use of antiinflammatory drugs and the fact that the reported risks are cardiovascular in nature, we offer the readers of *Circulation* this special article.  Our goals are to provide an overview of the relevant biology and pharmacology, to synthesize the data on the cardiovascular risks associated with antiinflammatory medications, to offer suggestions on strategies for prescribing these medications, and to make observations on the regulatory and research implications of the data and their interpretation.



Figure 4. Consequences of COX inhibition for prostacyclin and thromboxane A$_2$ production in normal and atherosclerotic arteries. Endothelial cells are shown as a source of prostacyclin (PGI$_2$) and platelets as a source of thromboxane A$_2$ (TxA$_2$) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2. In the normal artery, the balance between PGI$_2$ and TxA$_2$ production favors PGI$_2$ and inhibition of platelet-dependent thrombus formation. In the atherosclerotic artery, both PGI$_2$ and TxA$_2$ production is increased, owing in part to increased platelet activation with compensatory PGI$_2$ formation via both COX-1 and COX-2 in endothelial cell; the net effect is an imbalance favoring TxA$_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively impairs COX-1–mediated TxA$_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2–dependent PGI$_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance owing to the importance of COX-1 as a source of PGI$_2$. In the normal state, in the setting of atherosclerosis, however, COX-2 plays a greater role as a source of PGI$_2$ and more TxA$_2$ is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring TxA$_2$ production and promoting platelet-dependent thrombosis.

**40)    Cham BE, Kostner KM, Shafey TM, Smith JL, Colquhoun DM J Clin Apher. 2005 Oct;20(3):143-53.    Plasma delipidation process induces rapid regression of atherosclerosis and mobilisation of adipose tissue. J Clin Apher. 2005;20:143-153.**

Cholesterol is a major component of atherosclerotic plaques. Cholesterol accumulation within the arterial intima and atherosclerotic plaques is determined by the difference of cellular cholesterol synthesis and/or influx from apo B-containing lipoproteins and cholesterol efflux. In humans, apo A-1 Milano infusion has led to rapid regression of atherosclerosis in coronary arteries. We hypothesised that a multifunctional plasma delipidation process (PDP) would lead to rapid regression of experimental atherosclerosis and probably impact on adipose tissue lipids. In hyperlipidemic animals, the plasma concentrations of cholesterol, triglyceride and phospholipid were, respectively, 6-, 157-, and 18-fold higher than control animals, which consequently resulted in atherosclerosis. PDP consisted of delipidation of plasma with a mixture of butanol-diisopropyl ether (DIPE). PDP removed considerably more lipid from the hyperlipidemic animals than in normolipidemic

Mason *v* Merck                                                                              57

animals. PDP treatment of hyperlipidemic animals markedly reduced intensity of lipid staining materials in the arterial wall and led to dramatic reduction of lipid in the adipose tissue. Five PDP treatments increased apolipoprotein A I concentrations in all animals. Biochemical and hematological parameters were unaffected during PDP treatment. These results show that five PDP treatments led to marked reduction in avian atherosclerosis and removal of lipid from adipose tissue. PDP is a highly effective method for rapid regression of atherosclerosis.

Mason *v* Merck