

LEXISNEXIS® FILE & SERVE
12064146
E-SERVICE
Aug 14 2006
10:36AM

# REFERENCES

1.   Xuan YT, Guo Y, Zhu Y, Han H, Langenbach R, Dawn B, Bolli R. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. J Mol Cell Cardiol. 2003 May; 35(5):525-37.

2.   Li Q, Guo Y, Xuan YT, Lowenstein CJ, Stevenson SC, Prabhu SD, Wu WJ, Zhu Y,Bolli R. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res. 2003 Apr 18; 92(7):741-8.

3.   Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol. 2003 Apr 2; 41(7): 1183-94.

4.   Shinmura K, Nagai M, Tamaki K, Tani M, Bolli R. COX-2-deiived piostacyclin mediates opioid-induced late phase o preconditioning in isolated rat hearts. Am J Physiol Heart Circ Physiol. 2002 Dec; 283(6):H2534-43. Epub 2002 Aug 08.

5.   Kodani E, Xuan YT, Shinmura K, Takano H, Tang XL, Bolli R Delta-opioid receptor-induced late preconditioning is mediated by cyclooxygenase-2 in conscious rabbits. Am J Physiol Heart Circ Physiol. 2002 Nov; 283(5):H 1943-57.

6.   Bolli R, Shinmura K, Tang XL, Kodani E, Xuan YT, Guo Y, Dawn B. Discovery of a new function of cyclooxygenase (COX)-2: COX-2 is a cardioprotective protein that alleviates ischemia/reperfusion injury and mediates the late phase of preconditioning. Cardiovasc Res. 2002 Aug 15; 55(3):506-19. Review.

7.   Shinmura K, Xuan YT, Tang XL, Kodani E, Han H, Zhu Y, Bolli R. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res. 2002 Mar 22; 90(5):602-8.

8.   Kodani E, Shinmura K, Xuan YT, Takano H, Auchampach JA, Tang XL, Bolli R. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol. 2001 Aug; 281(2):H959-68.

9.   Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice, Basic Res Cardiol. 2000 Dec; 95(6):479-84.

10.   Shinmura K, Tang XL, Wang Y, Xuan YT, Liu SQ, Takano H, Bhatnagar A, Bolli R. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A. 2000 Aug 29; 97(18):10197-202.

11.  Capone ML, Tacconelli S, Sciulli MG, Grana M, Riciotti E, Minuz P, Di Gregorio P, Merciaro G, Patrono C, Patrignani P. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy sugjects. Circulation. 2004 Mar 30; 109(12):1468-71. Epub 2004 Mar 22.

12.  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation. 2004 Jun 22; 109(24):3000-6. Epub 2004 Jun 14.

13.  Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002 Oct 5; 360(9339):1071-3.

14.  Hennan JK, Huang J, Barrett TD, Driscoll EM, Willens DE, Park AM, Crofford LJ, Lucchesi BR. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation. 2001, 14;104(7):820-5.

15.  Graham D.I, Campen D, Hui R, Spence M, Cheetham C, Levy G, Shoor S, Ray WA. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet. 2005 Feb 5-II; 365(9458):475-81.

16.  Topol EJ. Failing the Public Health — Rofecoxib, Merck, and the FDA. Eng J Med 2004; 351:1707-1709.

17.  FitzGerald GA. Coxibs and Cardiovascular Disease. N Engl J Med 2004; 351:1709-1711.

18.  Editor. Vioxx: an unequal partnership between safety and efficacy. *The Lancet* 2004, 3641287-88.

19.  Prof Thomas J Sclinitzer, Prof Gerd R Burmester, Prof bduardo Mysler, Prof Marc C Hochberg, Michael Prof Doherty, Elena Ehrsam, Xavier Gitton, Gerhard Krammer, Bemhard Mellein, Patrice Matchaba et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. The Lancet 2004, 364:665-674.

20.  Chenevard R, Hurlimann D, Bechir M, et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation. 2003;107:405-9.

21.  Hermann M, Camici G, Fratton A, et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation. 2003:108.

22.  Monakier D, Mates M, Klutstein MW, et al. Rofecoxib, a COX-2 inhibitor, lowers c-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest. 2004: 125:1610-5.

23.   Waltera MF, Jacoba RF, Daya CA, Dahborga R, Wenga Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL an plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis. 2004; 177:235-43.

24.   Bresalier RS, Sandier RS, Quan H, Bolognese TA, Oxenius B, Morgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA; Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Related Articles, Links Free Full Text Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med. 2005 Mar 17; 352(ll):1092-102. Epub 2005 Feb 15.

25.   Crofford LJ, Gates JC, McCune WJ, Gupta S, Kaplan M.I, CatelJa-Lawson F, Morrow .ID, McDonagh KT, Schmaier AH. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum. 2000, 43:1891-6.

26.   Colville-Nash PR, Gilroy DW. Cyclooxygenase enzymes as targets for therapeutic intervention in inflammation. Drug News Perspect, 2000, 10:587-97.

27.   Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs. 2001, 15:1-9. Review.

28.   Liou JY, Deng WG, Gilroy DW, Shyue SK, Wu KK. Colocalization and interaction of cyclooxygenase-2 with caveolin-1 in human fibroblasts. J Biol Chem. 2001, 276:34975-82. Epub 2001.

29.   Colville-Nash PR, Gilroy DW. COX-2 and the cyclopentenone prostaglandins - a new chapter in the book of inflammation? Prostaglandins Other Lipid Medial, 2000, 62:33-43. Review.

30.   Gilroy DW, Colville-Nash PR. New insights into the role of COX 2 in inflammation. J Mol Med. 2000, 78:121-9. Review.

31.   Gilroy DW, Colville-Nash PR, Willis D, Chivers J, Paul-Clark MI, Willoughby DA. Inducible cyclooxygenase may have anti-inflammatory properties. Nat Med. 1999 5:698-701.

32.   Gilroy DW, Tomlinson A, Willoughby DA. Differential effects of inhibition of isoforms of cyclooxygenase (COX-1, COX-2) in chronic inflammation. Inflamm Res. 1998, 47:79-85.

33.   Tomlinson A, Appleton I, Moore AR, Gilroy DW, Willis D, Mitchell JA, Willoughby DA. Cyclo-oxygenase and nitric oxide synthase isoforms in rat carrageenin-induced pleurisy. Br J Pharmacol. 1994, 113:693-8.

34.   Gilroy, DW, Colvill-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T. Inducible cyclooxygenase-derived 15-deoxy(delta) 12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J. 2003, 17:2269-71. Epub 2003 Oct 16.

35.   Stockl K, Cyprien L, Chang EY. Gastrointestinal Bleeding Rates Among Managed Care Patients Newly Started on COX-2 Inhibitors or Nonselective NSAIDs. J Manag Care Pharm. 2005 Sep-Oct; 11(7):550-558.

36.   Steffel J, Luscher TF, Ruschitzka F, Tanner FC.  Cyclooxygenase-2 inhibition and coagulation. *J Cardiovasc Pharmacol 2006; 46: S15-s20.*

37.   Rabausch K, Bretschneider E, Sarbia M, et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. *Circ Res. 2005; 96(1):e1-6. Epub 2004 Dec 9.*

38.   Schonbeck U, Sukhova GK, Graber P, et al. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. *Am J Pathol. 1999; 155:1281-1291.*

39.   Baker CS, Hall RJ, Evans TJ, et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplantedhuman coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. *Arterioscler Thromb Vasc Biol. 1999; 19: 646-655.*

40.   Viles-Gonzalez JF, Anand SX, Zafar MU, et al. Tissue factor coagulation pathway: a new therapeutic target in atherothrombosis. J Cardiovasc Pharmacol. 2004;43:669-676.

41.   Egan KM, Wang M, Fries S, et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. *Circulation. 2005;111:334-342.*

42.   Bea F, Blessing E, Bennett BJ, et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. *Cardiovasc Res. 2003; 60:198-204.*

43.   Belton OA, Du•y A, Toomey S, et al. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation. 2003;108:3017-3023.

44.   Burleigh ME, Babaev VR, Yancey PG, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. *J Mol Cell Cardiol. 2005; 39:443-452.*

45.   Burleigh ME, Babaev VR, Oates JA, et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor deficient mice. *Circulation. 2002; 105:1816-1823.*

46.   FitzGerald GA. COX-2 and beyond: approaches to prostaglandin inhibition in human disease. *Nat Rev Drug Discov. 2003;2:879–890.*

47.   Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol. 2004;24: 246–255.

48.   Schrör K. Prostacyclin (Prostaglandin I2) and atherosclerosis. In: Rubanyi GM, Dzau VJ, eds. *The Endothelium in Clinical Practice.* New York, NY: Marcel Dekker; 1998:1–44.

49.   Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase- 1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation. 2000; 102:840–845.

50.   Zimmermann N, Wenk A, Kim U-H, Kienzle P, Weber A-A, Gams E, Schrö K, Hohlfeld T. Functional and biochemical evaluation of platelet aspirin resistance after coronary bypass surgery. *Circulation.* 2003; 108: 542–547.

51.    Weber A-A. Aspirin and activated platelets. In: Curtis-Prior P, ed. *Prostaglandins and Eicosanoids.* London, UK: John Wiley & Sons; 2004: 373–385.

52.   Meyer-Kirchrath J, Debey S, Glandorff C, Kirchrath L, Schro¨r K. Gene expression profile of the Gs-coupled prostacyclin receptor in human vascular smooth muscle cells. Biochem Pharmacol. 2004; 67:757–765.

53.   Hirsh J, Marder VJ, Clowes AW, George JN, eds. *Hemostasis and Thrombosis. Basic Principles and Clinical Practice.* Philadelphia, Pa: Lippincott Williams & Wilkins; 2001:335–353.

54.   Wu KK, Matijevic-Aleksic N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. *Ann Med. 2000;32(suppl 1):73–77*

55.   Kerstin Rabausch, Ellen Bretschneider, Mario Sarbia, Jutta Meyer-Kirchrath, Petra Censarek, Robert Pape, Jens W. Fischer, Karsten Schro¨r, Artur-Aron Weber. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2–derived prostaglandins *Circ Res.* 2005;96: e1-e6.

56.   Esmon CT. Protein C, Protein S, and Thrombomodulin. In: Colman RW, Hirsh J, Marder VJ, Clowes AW, George JN, eds. *Hemostasis and Thrombosis. Basic Principles and Clinical Practice.* Philadelphia, Pa: Lippincott Williams & Wilkins;2001:335–353.

57.   Wu KK, Matijevic-Aleksic N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. *Ann Med. 2000;32(suppl 1):73–77.*

58.   Grinell BW, Berg DT. Surface thrombomodulin modulates thrombin receptor responses on vascular smooth muscle cells. Am J Physiol. 1996; 270:H603–H609.

59.   Olivot JM, Estebanell E, Lafay M, Brohard B, Aiach M, Rendu F. Thrombomodulin prolongs thrombin-induced extracellular signalregulated kinase phosphorylation and nuclear retention in endothelial cells. *Circ Res. 2001;88:681– 687.*

60.   Laszik ZG, Zhou XJ, Ferrell GL, Silva FG, Esmon CT. Down-regulation of endothelial expression of endothelial cell protein C receptor and thrombomodulin in coronary atherosclerosis. *Am J Pathol. 2001;159: 797–802.*

61.     Yoshii Y, Okada Y, Sasaki S, Mori H, Oida K, Ishii H. Expression of thrombomodulin in human aortic smooth muscle cells with special reference to atherosclerotic lesion types and age differences. *Med Electron Microsc. 2003;36:165–172.*

62.     Tohda G, Oida K, Okada Y, Kosaka S, Okada E, Takahashi S, Ishii H, Miyamori I. Expression of thrombomodulin in atherosclerotic lesions and mitogenic activity of recombinant thrombomodulin in vascular smooth muscle cells. *Arterioscler Thromb Vasc Biol. 1998;18:1861–1869.*

63.     Waugh JM, Yuksel E, Li J, Kuo MD, Kattash M, Saxena R, Geske R, Thung SN, Shenaq SM, Woo SL. Local overexpression of thrombomodulin for in vivo prevention of arterial thrombosis in a rabbit model. *Circ Res. 1999; 84: 84–92.*

64.     Kim AY, Walinsky PL, Kolodgie FD, Bian C, Sperry JL, Deming CB, Peck EA, Shake JG, Ang GB, Sohn RH, Esmon CT, Virmani R, Stuart RS, Rade JJ. Early loss of thrombomodulin expression impairs vein graft thromboresistance: implications for vein graft failure. *Circ Res. 2002; 90: 205-212.*

65.     Saloma V, Matei C, Aleksic N, Sansores-Garcia L, Folsom AR, Juneja H, Chambless LE, Wu KK. Soluble thrombomodulin as a predictor of incident coronary heart disease and symptomless carotid artery atherosclerosis in the Atherosclerosis Risk in Communities (ARIC) Study: a case-cohort study. *Lancet. 1999; 353: 1729–1734.*

66.     Wu KK, Aleksic N, Ballantyne CM, Ahn C, Juneja H, Boerwinkle E. Interaction between soluble thrombomodulin and intercellular adhesion molecule-1 in predicting risk of coronary heart disease. *Circulation.* 2003;107:r66 –r69.

67.     Nussmeier NA, Whelton AA, Brown MT, Langford RM, Hoeft A, Parlow JL, Boyce SW, Verburg KM,. Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery. *N Engl J Med 2005; 352: 1081-1091.*

68.     Mangano DT. Aspirin and mortality from coronary bypass surgery. *N Engl J Med 2002; 347: 1309-1317.*

69.     Arthritis Advisory Committee–FDA Briefing Information, NDA 21–042/S007, Vioxx (Rofecoxib). FDA Medical Officer's *Cardiovascular Review; 22–23.*
        Available at: http://www.fda.gov/ohrms/dockets/ac/ 01/briefing/3677b2_06_cardio.pdf. Accessed March 4, 2003.

70.     Solomon DH, Goodson NJ,  Katz JN, Weinblatt ME, Avorn J, Setoguchi S, Canning C, Schneeweiss S.  Patterns of cardiovascular risk in rheumatoid arthritis. *Ann Rheum Dis. Published online 22 Jun 2006.*

71.     Neaud V, Duplantier JG, Mazzocco C, Kisiel W, Rosenbaum J. Thrombin up-regulates tissue factor pathway inhibitor-2 synthesis through a cyclooxygenase-2-dependent, epidermal growth factor receptor-independent mechanism.. *J Biol Chem. 2004 Feb 13;279(7):5200-6. Epub 2003 Nov 17.*

72.     Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors.  *CMAJ. 2006:174(11):1563-1569. Epub 2006*

*May 2.*

73.    Wu KK, Matijevic-Aleksic, N. Thrombomodulin: a linker of coagulation and fibrinolysis and predictor of risk of arterial thrombosis. Ann Med.2000; 32 Suppl 1:73-77

74.    Bombardier C, Laine L, Reicin A, Shapiro D, Ruben Burgos-Varga PH, Davis B,  Day R,  Bosi Ferraz M, Hawke CJ, Hochberg MC, Kvien TK, Schnitzer TJ for The VIGOR Study Group. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med. 2000;343:1520-8.

75.    Bombardier C, Laine L, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A.  Response to expression of concern regarding VIGOR study. N Engl J Med. 2006;354(11):1196-9.

76. Bresalier RS, Sandler RS, Quan H, Bolognese JA, Oxenius B, Horgan K, Lines C, Riddell R, Morton D, Lanas A, Konstam MA, Baron JA. Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial (Adenomatous Polyp Prevention Trial on Vioxx (APPROVe) Trial). N Engl J Med. 2005;352:1092-1102.

## PUBLICATIONS

1.    Lucchesi, B.R. and Hardman, H.F.:   The influence of dichloroisoproterenol (DCI) and related compounds upon ouabain and acetylstrophanthidin induced cardiac arrhythmias.  J Pharmacol. Exp. Therap. 132: 372, 1961.

2.    Lucchesi, B.R.:   The action of dichloroisoproterenol (DCI) and several other pharmacological agents upon the aconitine-induced ventricular arrhythmia in the isolated rabbit heart. J. Pharmacol. Exp. Therap. 137: 291, 1962.

3.    Lucchesi, B.R. and Shivak, R.:   Effect of quinidine and procaine amide upon acetylstrophanthidin cardiotoxicity. J. Pharmacol. Exp. Therap. 143: 366, 1964.

4.    Lucchesi, B.R.: The action of nethalide upon experimentally-induced cardiac arrhythmias. J. Pharmacol.. Exp. Therap. 145: 286, 1964.

5.    Lucchesi, B.R.: The effects of pronethalol and its dextro-isomer upon experimental cardiac arrhythmias. J. Pharmacol. Exp. Therap. 148: 94, 1965.

6.    Lucchesi, B.R., Whitsitt, L.S. and Brown, N.L.:  Propranolol (Inderal) in experimentally-induced cardiac arrhythmias. Canadian J. Physiol. Pharmacol. 44: 543, 1966.

7.    Judge, R,D., Preston, T.A,, Lucchesi, B.R. and Bowers, D.L.:   Myocardial threshold in patients with artificial pacemakers. Am. J. Cardiol. 18: 83, 1966.

8.    Lucchesi, B.R., Whitsitt, L..S. and Stickney, J.L.: Antiarrhythmic effects of beta-adrenergic blocking agents. Ann. N. Y. Acad. Sci. 139: 940, 1967.

9.    Whitsitt, L S., and Lucchesi, B.R.: The cardiac beta-adrenergic receptor blocking actions of propranolol and its stereoisomers. Life Sci. 6: 939-950, 1967.

10.    Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:   Changes in myocardial threshold.  Physiologic and pharmacologic factors in patients with implanted pacemakers. Am. Heart J. 74:235-242, 1967.

11.    Whitsitt, L.S. and Lucchesi, B.R.:   Effects of propranolol and its stereoisomers upon coronary vascular resistance. Circ. Res. 21: 305-317, 1967.

12.    Lucchesi, B.R., Schuster, CR. and Emley, G.S.:  The role of nicotine as a determinant of cigarette smoking frequency in man with observations on certain cardiovascular effects associated with the tobacco alkaloid. Clin. Pharmacol. Therap. 8: 789-796, 1967.

13.    Lucchesi, B,R,: Cardiac actions of glucagon. Circ. Res. 22: 777-787, 1968.

14.    Emley, G.S., Schuster, C.R, and Lucchesi, B.R.: Trends observed in the time estimation of three stimulus intervals within and across sessions. Percept. Motor Skills. 26: 391-398, 1968.

15.    Lucchesi, B.R. and Iwami, T.: The antiarrhythmic properties of ICI-46037, a quaternary analogue of propranolol.  J. Pharmacol. Exp. Therap. 162: 49-59, 1968.

16.    Whitsitt, L.S. and Lucchesi, B.R.: Effects of beta-receptor blockade and glucagons on the atrioventricular transmission system in the dog.  Circ. Res. 23: 585-595, 1968.

17.    Lucchesi, B.R. and Whitsitt, L.S.: The pharmacology of beta-adrenergic blocking agents. Prog. Cardiovasc. Dis. 11: 410-430, 1969.

18.  Stickney, J.L. and Lucchesi, B.R..: The effect of sympatholytic agents on the cardiovascular responses produced by the injection of acetylstrophanthidin into the cerebral ventricles.  Eur. J. Pharmacol. 6: 107, 1969.

19.  Lucchesi, B.R., Stutz, D.R. and Winfield, R.A.:  Glucagon:  Its enhancement of atrioventricular nodal pacemaker activity and failure to increase ventricular automaticity in dogs. Circ. Res. 25: 183-190, 1969.

20.  Antonaccio, M.J. and Lucchesi, B.R : The interaction of glucagon with theophylline, PGE$_1$, isoproterenol, ouabain, and CaCl$_2$ on the dog isolated papillary muscle. Life Sci. 9: 1081-1089, 1970.

21.  Lucchesi, B.R., Whitsitt, L.S. and Iwami, T.: Effect of propranolol and its dextro-isomer on experimentally-induced arrhythmias. UCLA Med. Sci. Forum 13: 21-43, 1970.

22.  Lucchesi, B.R. and Stutz, D.R.:  The cardiovascular pharmacology and potential clinical uses of glucagon. The Univ. Mich. Med. Ctr. J. 36: 101-105, 1970.

2.3.  Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part 1, Pharmacology.  Univ.. Mich. Med. Ctr. J. 36: 127-133, 1970.

24.  Lucchesi, B.R.:  Beta-adrenergic receptor blocking agents:  Part II, Clinical applications. Univ. Mich. Med. Ctr. J. 36: 159-171, 1970.

25.  Lucchesi, B.R, and Hodgeman, R.J.:  Effect of 4-(2-hydroxy-3-isopropylaminopropoxy) acetanilide (AY 21-011) on the myocardial and coronary vascular responses to adrenergic stimulation. J. Pharmacol. Exp.Therap. 176: 200-211, 1971.

26.  Lucchesi, B.R.: The pharmacology and clinical uses of antiarrhythmic drugs. Univ. Mich. Med. Ctr. J. 37: 61-73, 1971.

27.  Kirsh, MM., Kahn, D.R,, Lucchesi, B.R., Gago, O., Dufer, J.H., Lee, R.V.S., Stutz, D. and Sloan, H.: Effect of glucagon on pulmonary vascular resistance. Surgery 70: 439-442,1971.

28.  Lucchesi, B.R., Medina, M. and KnifFen, F.J.: The positive inotropic action of insulin in the canine heart. Eur. J. Pharmacol. 18: 107-115, 1972.

29.  Schuster, D.P., Lucchesi, B.R., Nobel, N.L., Mimnaugh, M.N., Counsell, R.E. and Kniffen, F.J.: The antiarrhythmic properties of UM-272, the dimethyl quaternary derivative of propranolol. J. Pharmacol. Exp. Therap. 184: 213-227, 1973.

30.  Lucchesi, B.R. and Haley, N.R.:  Failure of potassium can renoate to alter experimentally-induced digitalis arrhythmias. Eur. J. Pharmacol. 22: 256-262, 1973.

31.  Lucchesi, B.R., Curtis, G.P., Lomas, T. and Setchfield, J.: The effects of tolbutamide on cardiac contractility and coronary blood flow in the canine heart.  Univ. Mich. Med. Ctr. J. 39:30-34, 1973.

32.  Kniffen, F.J., Schuster, D.P. and Lucchesi, B.R.:  Antiaarhythmic and electrophysiological properties of UM-272, dimethyl quaternary propranolol, in the canine heart.  J. Pharmacol. Exp. Therap.  184: 213-227, 1973.

33.  Nobel-Allen, N., Kirsh, M. and Lucchesi, B.R.:  Glucagon:  Its enhancement of cardiac performance in the cat with chronic heart failure. J. Pharmacol. Exp. Therap. 187: 475-481, 1973.

34.   Lucchesi, B.R.: The pharmacologic approach to the treatment of the failing myocardium. Univ. Mich. Med. Ctr. J. 39: 62-70, 1973.

35.   Kniffen, F.J., Lomas, T.E., Nobel-Allen, N.L., and Lucchesi, B.R.:   The comparative antiarrhythmic actions of lidocaine and its quaternary derivative, methyl lidocaine.   Circulation 49:264-271, 1974.

36.   Nielsen, C.J. and Lucchesi, B,R.:   Inability of potassium can renate to convert experimentally induced ouabain arrhythmias in the canine heart. Circ. Res. 34:635-640, 1974.

37.   Kroll, D.A. and Lucchesi, B.R.:   The theory and practice of measuring cardiac output by thermodilution techniques. Univ. Mich. Med. Ctr, J. 40: 77-80, 1974.

38.   Lucchesi, B.R.:   Recent advances in cardiovascular pharmacology.   Am. Assoc. Nurse Anes. J. 42: 419-438, 1974.

39.   Curtis, G.P., Setchfield, J. and Lucchesi, B.R.:  The cardiac pharmacology of tolbutamide. J. Pharmacol. Exp. Therap. 194: 264-273, 1975.

40.   Kniffen, F.J., Lomas, T.E., Counsell, R.E. and Lucchesi, B.R.:   The antiarrhythmic and antifibrillatory actions of bretylium and its o-iodobenzyl trimethylammonium analog, UM-360. J. Pharmacol. Exp. Therap. 192: 120-128, 1975.

41.   Winokur, S., Nobel-Allen, ML. and Lucchesi, B.R.:   The positive inotropic effects of glucagon in the chronically failed cat isolated heart. Eur. J. Pharmacol. 32: 349-356, 1975.

42. Kniffen, F.J., Lomas, T.E., Bunneister, W. and Lucchesi, B.R.: Effects of dimethyl quaternary propranolol (UM-272) on oxygen consumption and ischemic ST-segment changes in the canine myocardium. J. Pharmacol. Exp. Therap. 194: 234-243, 1975.

43.   Lucchesi, B.R. and Kniffen, F.J.:   Pharmacologic modification of arrhythmias after experimentally induced acute myocardial infarction.   Drugs acting on the nervous system. Circulation 52: 5-18, 1975.

44.   Bookstein, J.J., Kirsh, M.M., Prager, R.L., Lucchesi, B.R. and Dunn, J.M.: Pharmacoangiographic evaluation of the hemodynamic significance of coronary artery stenoses. Radiology 117: 5-18, 1975.

45.   Krol I, D.A. and Lucchesi, B.R.: Antiarrhythmic and antifibrillatory properties of aprindine. J., Pharmacol. Exp. Therap. 194: 427-434, 1975.

46.   Kniffen, F.J., Winokur, S-, Counsell, RE and Lucchesi, B.R.:   The antiarrhythmic and cardiovascular properties of 1-dimethyl isopropylamino-3-(2-phenylphenoxy)-propan-2-ol chloride, UM-424. J. Pharmacol. Exp. Therap. 196: 420-432, 1976.

47.   Lucchesi, B.R., Bunneister, W.E., Lomas, T.E. and Abrams, G.D.: Ischemic changes in the canine heart as affected by the dimethyl quaternary analog of propranolol, UM-272 (SC-27761). J. Pharmacol. Exp. Therap. 199: 310-328, 1976.

48.   Argenta, L.C., Kirsh, M.M., Bove, E.L., Cimmino, V.M., Lucchesi, B.R., Straker, J., Baker, R., Lee, R., and Sloan H.:  A comparison of the hemodynamic effects of inotropic agents.  Ann. Thorac. Surg. 22: 50-57, 1976.

49.  Lucchesi, B.R.:  Digitalis Therapy.  Univ. Mich. Med. Ctr. J. 42: 189-199, 1976.

50.   Vogel, W.M., Annoni, V.G., Abrams, G.D. and Lucchesi, B.R.:  Inability of methylprednisolone sodium succinate to decrease infarct size or preserve enzyme activity measured 24 hours after coronary occlusion in the dog. Circulation 55: 588-595, 1977.

51.   Peterson, A., Lucchesi, B.R.. and Kirsh, M.M.: The effect of glucagon in animals on chronic propranolol. Ann. Thorac. Surg. <u>25</u>: 340-345, 1978.

52.   Ku, D.D. and Lucchesi, B.R.:  Effects of dimethyl propranolol (UM-272; SC-27761) on myocardial ischemic injury in the canine heart after temporary coronary artery occlusion. Circulation <u>57</u>: 541-548, 1978,

53.   Vogel, W.M. and Lucchesi, B.R.: Methylprednisolone and the size of myocardial infarcts. Chest <u>73</u>: 444, 1978,

54.   Keyes, J.W., Jr., Leonard, P.F., Brody, S..L, Svetkoff, D.J., Rogers, W.L. and Lucchesi, B.R.:   Myocardial infarct quantification in the dog by single photon emission computed tomography. Circulation <u>58</u>: 227-232, 1978.

55.   Lucchesi, B.R.:    Pharmacologic   basis   for   the   management   of   supraventricular tachyarrhythmias. Univ. Mich. Med. Ctr. J. <u>44</u>: 3-1, 1978.

56.   Schuster, C.R., Lucchesi, B.R. and Emley, G.S.:   The effects of <u>d</u>-amphetamine, meprobamate and lobeline on the cigarette smoking behavior of normal human subjects, Chapter 8, National Institute on Drug Abuse Research Monograph #23, 1979.

57.   Keyes, J.W., Jr., Leonard, P.F., Svetkoff, D.J., Brody, S.L., Rogers, W.L. and Lucchesi, B.R.:   Myocardial imaging using emission computed tomography.   Radiology <u>127</u>: 809-812, 1978.

58.   Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R..:  Electrophysiologic effects of UM-272 on myocardial ischemia in the canine heart. J. Pharmacol. Exp. Therap. <u>207</u>: 304-310, 1978.

59.   Lucchesi, B.R.:   Electropharmacology of drugs used in the treatment of ventricular arrhythmias. Univ. Mich. Med. Ctr. J. <u>44</u>: 54-59, 1978.

60.   Vogel, W.M, Lum, D. and Lucchesi, B.R.: Methylprednisolone sodium succinate treatment in global ischemia of the cat isolated heart. J. Cardiovasc. Pharmacol. <u>1</u>: 53-68, 1979.

61.   Ku, D.D. and Lucchesi, B.R.:   Ischemia-induced alterations in cardiac sensitivity to digitalis. Eur. J. Pharmacol. <u>57</u>: 135-147, 1979.

62.   Warren, S., Lucchesi, B.R. and Shlafer, M.:  Effects of N-dimethyl propranolol (UM-272) on isolated cardiac mitochondria and microsomes. Chem. Path. Pharmacol. <u>25</u>: 227-239, 1979.

63.   Patterson, E., Stetson, P. and Lucchesi, B.R.:  Disopyramide plasma and myocardial tissue concentrations as they relate to antiarrhythmic activity.  J. Cardiovasc, Pharmacol. <u>1</u>: 541-550, 1979.

64.   Lucchesi, B.R.:   The expanding clinical role of beta-adrenergic receptor blockade,   Univ. Mich. Med. Ctr. J. <u>45</u>: 1-11, 1979.

65.   Lo, L.S., Gantz, K.B., Stetson, P.L., Lucchesi, B.R. and Pitt, B.: Disophyramide induced ventricular tachycardia.  Arch. Intern. Med. <u>140</u>: 413-414, 1980.

66.   Patterson, E., Lucchesi, B. and Stetson, P.: A sensitive gas chromatographic assay for the quantitation of bretylium in plasma, urine and myocardial tissue. J. Chrom. <u>181</u>:33-39, 1980.

67.   Stewart, J.R., Burmeister, W.E., Burmeister, J., and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog. J. Cardiovasc. Pharmacol. <u>2</u>: 77-91, 1980.

68.   Bush, L.R., Shlafer, M., Haack, D.W. and Lucchesi, B.R.:   Time-dependent changes in canine cardiac mitochondrial function and ultrastructure resulting from coronary occlusion and

reperfusion. Bas. Res Cardiol. <u>75</u>: 555-571, 1980.

69.   Vogel, W.M. and Lucchesi, B..R.:  An isolated blood perfused, feline heart preparation for evaluating pharmacological interventions during myocardial ischemia.  J. Pharmacol Meth. <u>4</u>: 291-303, 1980.

70.   Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, JR., Behm, H.L. and Lucchesi, B.R.: Oral and intravenous bretylium disposition. Clin. Pharmacol. Therap. <u>28</u>: 468-478, 1980.

71.   Kom, N , Gibson, J., Kniffen, F., Lucchesi, B., Ranade, V,, Yu, T., Mimnaugh, M. and Counsell, R.:  Potential organ or tumor imaging agents XIX:  Radioiodinated antiarrhythmic drugs as potential myocardial imaging agents. J. Pharmaceut. Sci. <u>69</u>: 1010-1013,1980.

72.   Vogel, W.M., Romson, J.L., Busch, L.R., Shlafer, M. and Lucchesi, B.R.: Protective effects of dimethyl-propranolol (UM-272) during global ischemia of isolated feline hearts. J. Pharmacol. Exp. Therap. <u>212</u>: 560-568, 1980.

73.   Anderson, J.L., Patterson, E., Conlon, M., Pasyk, S., Pitt, B. and Lucchesi, B.R.:  Kinetics of antifibriliatory effects of bretylium: Correlation with myocardial drug concentrations. Am. J. Cardiol. <u>46</u>: 583-592, 1980.

74.   Patterson, E., Stetson, P. and Lucchesi, B.R.: Plasma and myocardial tissue concentrations of UM-272 (N,N-dimethyl-propranolol) after oral administration in dogs.  J. Pharmacol. Exp. Therap. <u>214</u>: 449-453, 1980.

75.   Romson, J.L., Haack, D.W. and Lucchesi, B.R.:  Electrical induction of coronary artery thrombosis in the ambulatory canine: A model for <u>in vivo</u> evaluation of antithrombotic agents. Thromb. Res. <u>17</u>: 841-853, 1980.

76.   Gibson, J.K. and Lucchesi, B R.:  Electrophysiologic actions of UM-272 (Pranolium) on reentrant ventricular arrhythmias in post-infarction canine myocardium.  J. Pharmacol. Exp. Therap. <u>214</u>: 247-253, 1980.

77.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysioiogic effects of disopyrarnide phosphate upon reentrant ventricular arrhythmias in conscious dogs after myocardial infarction. Am. J. Cardiol. <u>46</u>: 792-799, 1980.

78.   Bush, L.R., Haack, D.W., Shlafer, M.. and Lucchesi, B.R.:  Protective effects of beta-adrenergic blockade in isolated ischemic hearts. Eur. J. Pharmacol. <u>67</u>: 209-217, 1980.

79.   Romson, J.L., Bush, L..R,, Haack, D.W. and Lucchesi, B.R.: The beneficial effects of oral ibuprofen on coronary artery thrombosis and myocardial ischemia in the conscious dog.  J. Pharmacol. Exp. Therap. <u>215</u>: 271-278, 1980.

80.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Prevention of chronic canine ventricular tachyarrhythmias with bretylium tosylate. Circulation <u>64</u>:1045-1050, 1981.

81.   Kirlin, P.C., Pitt, B. and Lucchesi, B.R.:  Comparative effects of prenalterol and dobutamine in acute ischemic heart failure in the anesthetized dog. J. Cardiovas. Pharmacol. <u>3</u>: 896-905, 1981.

82.   Culp, B.R., Lands, W.E.M., Lucchesi, B.R., Pitt, B. and Romson, J.: The effect of dietary supplementation of fish oil on experimental myocardial infarction.     Prostaglandins <u>20</u>: 1021-1031, 1980.

83.   Shlafer, M, Lucchesi, B.R., Kirsh, M.M., Slater, A.D. and Warren, S.:  Mitochrondrial function after global cardiac ischemia and reperfusion: Influences of organelle isolated protocols. Basic Res. Cardiol. <u>76</u>: 250-266, 1981.

84.   Patterson, E-, Gibson, J.K. and Lucchesi, B.R.:  Postmyocardial infarction re-entrant ventricular arrhythmias in conscious dogs:  Suppression by bretylium tosylate..  J. Pharmacol. Exp. Therap. <u>216</u>: 453-458, 1981.

85.   Bush, L.R., Warren, S, Mesh, C.L. and Lucchesi, B.R.:   The comparative effects of aspartate and glutamate during myocardial ischemia.   Pharmacology 23: 297-304, 1981.

86.   Anderson, J.L., Patterson, E., Wagner, J.G., Johnson, T.A., Lucchesi, B.R. and Pitt, B.: Clinical pharmacokinetics of intravenous and oral bretylium tosylate in survivors of ventricular tachycardia or fibrillation:   Clinical application of a new assay for bretylium.   J. Cardiovasc. Pharmacol. 3: 485-499, 1981.

87.   Patterson, E. and Lucchesi, B.R.:   Chronic ventricular tachyarrhythmias in the conscious dog: Prevention by UM-272 (dimethylpropranolol). J. Cardiovasc. Pharmacol. 3: 769-780, 1981.

88.   Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.: Lanthanum staining of coronary microvascular endothelium:   Effects of ischemia reperfusion, propranolol, and atenolol. Microvasc. Res. 21; 362-376, 1981.

89.   Romson, J.L., Haack, D.W., Abrams, G..D. and Lucchesi, B.R.:   Prevention of occlusive coronary artery thrombosis by prostacyclin. Circulation 64; 906-914, 1981.

90.   Bush, L.R., Li, Y.P.., Shlafer, ML, Jolly, S.R. and Lucchesi, B.R.:   Protective effects of diltiazem during myocardial ischemia in isolated cat hearts.   J. Pharm. Exp. Therap, 218: 653-661, 1981.

91.   Lucchesi, B,R. and Patterson, E.:   Therapeutic advances in the management of cardiac arrhythmias, Part 1 - Disopyramide. Prac. Cardiol. 8: 121-134, 1982.

92.   Lucchesi, B.R. and Patterson, E.:   Therapeutic advances in the management of cardiac arrhythmias, Part II - Bretylium. Prac. Cardiol. 8: 43-59, 1982.

93.   Lucchesi, B.R. and Patterson, E,:   Therapeutic advances in the management of cardiac arrhythmias. Part III - Verapamil. Prac. Cardiol. 8: 43-59, 1982.

94.   Bush, L.R., Romson, J.L., Ash, J.L, and Lucchesi, B.R.: Effects of diltiazem on extent of ultimate myocardial injury resulting from temporary coronary artery occlusion in dogs.   J. Cardiovasc. Pharmacol. 4: 285-296, 1982.

95.   Romson, J.L., Bush, L.R., Jolly, S.R. and Lucchesi, B.R.:   Cardioprotective effects of ibuprofen in experimental regional and global myocardial ischemia. J. Cardiovasc. Pharmacol. 4: 187-196, 1982.

96.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysciologic actions of lidocaine in a canine model of chronic myocardial ischemic damage – arrhythmogenic actions of lidocaine. J. Cardiovasc. Pharmacol. 4: 925-934, 1982.

97.   Shea, M.J., Bush, L.R., Romson, J.L., Driscoll, E.M. and Lucchesi, B.R.: The effect of diltiazem on coronary thrombosis in the conscious canine. Eur. J. Pharmacol. 77: 67, 1982.

98.   Anderson, J.L., Tucker, E.M., Donahue, R.P., Conlon, M.E., Pasyk, S., Patterson, E., Simon, A.B., Burmeister, W.E., Pitt, B. and Lucchesi, B.R.:   Long-term intravenous infusion of antiarrhythmic drugs using a totally implanted drug delivery system.   Am. J. Cardiol. 49: 1954-1958, 1982.

99.   Anderson, L.C., Fiedler, V,B, Cohen B.J., Anver, M.R., Simmons, J.L. and Lucchesi, B.R.: Diagnostic exercise. Lab Animal Med, 32: 141-142, 1982.

100. Kirlin, P.C., Pitt, B. and Lucchesi, B.R.: Intravenous prenalterol in acute and chronic heart failure. Acta Medica. Scand. 659: 1982.

101. Jolly, S.R., Abrams, G.D., Romson, J.L., Bailie, MB. and Lucchesi, B.R.:   Effects of

lodoxamide on ischemic reperfused myocardium. J. Cardiovasc. Pharm. 4: 441-448, 1982.

102. Golfer, H., Stetson, P., Lucchesi, B.R., Wagner, I. and Pitt, B.: The nitroglycerin polymer gel matrix system:    A new method for administering nitroglycerin evaluated with plasma nitroglycerin levels. J. Cardiovasc. Pharm. 4: 521-525, 1982.

103. Stewart, J.R., Gibson, J,K. and Lucchesi, B.R.:    Effect of infarct size limitation by propranolol on ventricular arrhythmias after myocardial infarction.   Ann. N. Y. Acad. Sci. 382: 223-227, 1982.

104. Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.:   Ventricular fibrillation resulting from ischemia at a site remote from previous myocardial infarction. A conscious canine model of sudden coronary death. Am. J. Cardiol. 50: 1414-1423, 1982.

105. Patterson, E. and Lucchesi, B.R.:   Antifibrillatory actions of nadolol.   J. Pharmacol. Exp. Therap. 223: 144-152, 1982.

106. Romson, J.L., Hook, B.G., Rigot, V.H., Schork, M.A., Swanson, D.P. and Lucchesi, B.R.: The effect of ibuprofen on accumulation of indium-111-labeled platelets and leukocytes in experimental myocardial infarction. Circulation 66: 1002-1011, 1982.

107. Anderson, J.L., Brodine, W.N., Patterson, E,, Marshall, H.S., Allison, S.D. and Lucchesi, B.R.: Serial electrophysiologic effects of bretylium in man: Correlation with plasma bretylium concentrations. J. Cardiovasc, Pharmacol. 4:871-882, 1982.

108. Kirlin, P.C., Romson, XL., Pitt, B., Abrams, G.D., Schork, M.A., and Lucchesi, B.R.: Ibuprofen mediated infarct size reduction:   Effects on regional myocardial function in canine myocardial infarction. Am. J. Cardiol. 50: 849-846, 1982.

109. Gibson, J.K., Stewart, J.R., Li, Y.P. and Lucchesi, B.R.: Electrophysiologic effects of bretylium tosylate upon the canine heart during coronary artery occlusion and reperfusion. J. Cardiovasc. Pharmacol. 5: 517-524, 1983.

110. Holland, IC, Patterson, E. and Lucchesi, B.R.: Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death. Am. Heart J. 105: 711-721, 1983,

111.    Eller, B.T., Patterson, E. and Lucchesi, B.R.:   Ventricular fibrillation in a conscious canine model – Its prevention by UM-272. Eur. J. Pharmacol. 87: 407-413, 1983.

112.    Romson, J.L., Hook, B.G., Kunkel, S.L., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Reduction of the extent of ischemic myocardial injury by neutrophil depletion in the dog. Circulation 67: 1016-1023, 1983.

113.    Patterson, E., Eller, B.T., and Lucchesi, B.R.:   Effects of diltiazem upon experimental ventricular dysrhythmias. J. Pharmacol., Exp. Therap. 225: 224-233, 1983.

114. Pitt, B., Shea, M.J., Romson, J.L. and Lucchesi, B.R.:   Prostaglandins and prostaglandin inhibitors in ischemic heart disease. Ann. Int. Med. 99: 83-91, 1983.

115. Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B.. and Lucchesi, B.R.:    Effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury in the conscious dogs. J. Cardiovasc. Pharmacol. 5: 302-308, 1983.

116. Jolly, S.R. and Lucchesi, B.R.:   Effect of BW 755C in an occlusion-reperfusion model of ischemic myocardial injury. Am. Heart J. 106: 8-13, 1983.

117. Patterson, E. and Lucchesi, B.R.:   Antifibrillatory actions of d,l-nadolol in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol, 5: 737-744, 1983.

118. Patterson, E., Stetson, P. and Lucchesi, B.R.:   Sublingual absorption of the quaternary

ammonium antiarrhythmic agent, UM-272. Pharmacology 27: 192-196, 1983.

119. Patterson, E. and Lucchesi, B.R.:   Bretylium:  A prototype for future development of antidysrhythmic agents. Am. Heart J. 106: 426-431, 1983.

1.20. Shea, M.J. and Lucchesi, B.R.: Drugs and techniques that can alter coronaries in progress. Consultant 23: 175-191, 1983.

121. Kopia, G.A., Driscoll, E.M., Yeung, K.F. and Lucchesi, B.R.:   Antiarrhythmic and cardiovascular actions of the new antibiotic agent, pirlimycin adenylate.   Pharmacology 27: 255-266, 1983.

122. Romson, XL., Hook, B.G. and Lucchesi, B.R.: Potentiation of the antithrombotic effect of prostacyclin by simultaneous administration of aminophylline in a canine model of coronary artery thrombosis. J. Pharmacol. Exp. Therap. 227: 288-294, 1983.

123. Patterson, E., Eller, B.T., Abrams, G.D., Vasiliades, J. and Lucchesi, B.R.:   Ventricular fibrillation in a conscious canine model of sudden coronary death -- Prevention by short- and long-term amiodarone administration. Circulation 68: 857-864, 1983.

124. Schumacher, W.A. and Lucchesi, B.R.:   Effect of the thromboxane synthetase inhibitor, UK-37,248 (Dazoxiben) upon platelet aggregation, coronary artery thrombosis and vascular reactivity. J. Pharmacol. Exp. Therap. 227: 790-796, 1983.

125. Kirlin, P.C., Romson, J.L., Pitt, Band Lucchesi, B.:   Regional myocardial contractile response to the beta-adrenergic stimulant prenalterol in the conscious dog following myocardial infarction. Pharmacology 28: 51-60, 1984.

126. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.: The beneficial effects of nafazatrom (BAYg6575 ) on experimental coronary thrombosis. Am. Heart J. 107: 629-637, 1984.

127. Shea, M.J., Driscoll, E.M., Romson, J.L., Pitt, B. and Lucchesi, B.R.: Effect of OKY-1581, a thromboxane synthetase inhibitor on coronary thrombosis in the canine. Eur. J. Pharmacol. 105: 285-291, 1984.

128. Patterson, E., Emalfitano, D.J., and Lucchesi, B.R.: Development of ventricular tachyarrhythmias in the conscious canine during the recovery phase of experimental ischemic injury: effect of bethanidine administration.. J. Cardiovasc. Pharmacol. 6: 47-475, 1984.

129. Patterson, E. and Lucchesi, B.R.: Antifibrillatory properties of the beta-adrenergic receptor antagonists, nadolol, sotalol, atenolol and propranolol, in the anesthetized dog. Pharmacology 28: 121-129, 1984.

130. Patterson, E., Montgomery, D.G., Lynch, J.J. and Lucchesi, B.R.:   Cardiac electrophysiologic actions of KB-944 (Fostedil), a new calcium antagonist in the anesthetized dog. J. Pharmacol. Exp. Therap. 230: 632-640, 1984.

131. Patterson, E., Lynch, JJ. and Lucchesi, B.R.: Antiarrhythmic and antifibrillatory actions of the *beta* adrenergic receptor antagonist, *dl*-sotalol.   J. Pharmacol. Exp. Therap. 230: 519-526, 1984.

132. Jolly, S.R., Kane, WJ., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R.: Canine myocardial reperfusion injury:  Its reduction by the combined administration of superoxide dismutase and catalase. Circ. Res. 54: 277-285, 1984.

133. Romson, J.L., Jolly, S.R. and Lucchesi, B.R.:  Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function.. Cardiovasc. Res. Repts. 5: 690-709, 1984.

134. Lynch, J.J., Wilber, D..J.., Montgomery, DC, Hsieh, T.M., Patterson, E.., and Lucchesi, B.R.:  Antiarrhythmic and antifibrillatory actions of the levo- and dextrorotatory isomers of sotalol. J. Cardiovasc. Pharmacol. 6: 1132-1141, 1984.

135. Lucchesi, B.R.:  Rationale of therapy in the patient with acute myocardial infarction and life-threatening arrhythmias: a focus on bretylium. Am. J. Cardiol. 54: 14A-19A, 1984.

136. Shea, M.J., Murtagh, J.J., Jolly, S.R., Abrams, G.D. and Lucchesi, B.R.: Beneficial effects of nafazatrom on ischemic reperfused myocardium. Eur. J. Pharmacol. 102: 63-70, 1984.

137. Lucchesi, B.R.: Sudden coronary death:  Pharmacological interventions for the prevention of ventricular fibrillation. TIPS Rev. 5: 145-148, 1984.

138. Lynch, JJ. and Lucchesi, B.R.:  New antiarrhythmic agents:  Part II:  The Pharmacology and Clinical Use of Encainide. Prac. Cardiol. 10: 109-132, 1984.

139. Zimmerman, J,M., Patterson, E., Pitt, B. and Lucchesi, B.R.:   Antidysrhythmic actions of meobentine sulfate. Am. Heart J. 107: 1117-1124, 1984.

140. Schumacher, W.A., Buda, A.J. and Lucchesi,  B.R.:     Streptokinase thrombolysis in experimental coronary artery thrombosis:   Pattern of reflow and effect of a stenosis.   Intl. J. Cardiol. 6: 615-627, 1984.

141. Lynch, JJ. and Lucchesi, B.R.: New antiarrhythmic agents: Part IV - The pharmacology and clinical use of tocainide. Prac. Cardiol. 11: 108-137, 1984.

142. Wilber, D.J., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:   Postinfarction sudden death:   Significance of inducible ventricular tachycardia and infarct size in a conscious canine model. Am. Heart J. 109: 8-18, 1985.

143. Kopia, G.A., Eller, B.T., Patterson, E., Shea, M. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of clofilium in experimental canine models. Eur. J. Pharm. 116: 49-61, 1985.

144. Mitsos, S., Jolly, S.R. and Lucchesi, B.R.:  Protective effects of AICAriboside in the globally ischemic isolated cat heart.  Pharmacol. 31: 121-131, 1985.

145. Hook, B.G., Schumacher, W.A., Lee, D.L., Jolly, S.R. and Lucchesi, B.R.:  Experimental coronary artery thrombosis in the absence of thromboxane $A_2$ synthesis: Evidence for alternate pathways for coronary thrombosis. J. Cardiovasc. Pharmacol. 7: 174-181, 1985.

146. Lynch, J.J., Rahwan, R.G., Lucchesi, B.R.:   Antifibrillatory actions of bepridil and butyl-MD1, two intracellular calcium antagonists. Eur. J. Pharmacol. 111: 9-15, 1985.

147. Jolly, S.R., Schumacher, W.A., Kunkel, S.L., Abrams, G.D.., Liddicoat, J. and Lucchesi, B.R.: Platelet depletion in experimental myocardial infarction. Basic Res. Cardiol. 80: 269-279, 1985.

148. Jackson, C.V., Mitsos, S.E., Simpson, P.J., Driscoll, E.M. and Lucchesi, B.R.:   Effects of bepridil on regional and global myocardial ischemia/reperfusion-induced injury.   Pharmacology 30:320-332,1985.

149. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  The antiarrhythmic actions of intravenous and oral UM-424 in postinfarction canine myocardium.  J. Cardiovasc. Pharmacol. 7: 211-218, 1985.

150. Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.: Augmentation of streptokinase-induced thrombolysis by heparin and prostacyclin. 1 Cardiovasc. Pharmacol. 7: 739-746, 1985.

151. Lynch, J.L., Montgomery, D.G., Ventura A. and Lucchesi, B.R.:   Antiarrhythmic and electrophysiologic effects of bepridil in chronically infarcted conscious dogs. J. Pharmacol. 234: 72-80, 1985.

152. Werns, S.W., Shea, M.J. and Lucchesi, B.R.:  Free radicals in ischemic myocardial injury. Free Radicals in Biol. and Med. 1: 103-110, 1985.

153. Lynch, J.., Coskey, L., Montgomery, D.G., and Lucchesi, B.R.:  Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death. Am. Heart J. 109:949-958, 1985.

154. Gadsby, J.E., Keyes, P.L., Schwartz, T.S., Bill, C.H., II and Lucchesi, B.R.:   Do catecholamines play a physiologic role in regulating corpus luteum function in the pseudopregnant rabbit? Biol. of Repro. 32: 907-915, 1985.

155. Lynch, J.J., DiCarlo, L.A. and Lucchesi, B.R.:  New antiarrhythmic agents: Part VI - The pharmacology and clinical use of amiodarone. Prac. Cardiol 11: 137-167, 1985.

156. Werns, S.W., Shea, MX, Driscofl, E.M., Cohen, H.C., Abrams, G.D., Pitt, P. and Lucchesi, B.R.: The independent effects of oxygen radical scavengers on canine infarct size: Reduction by superoxide dismutase but not catalase. Circ. Res. 56: 895-898, 1985.

157. Hess, M.L., Rowe, G.T., Caplan, M., Romson, J.L. and Lucchesi, B R:  Identification of hydrogen peroxide and hydroxyl radicals as mediators of leukocyte-induced myocardial dysfunction.    Limitation of infarct size with neutrophil inhibition and depletion.    Adv. Myocardiol. 5: 159-175, 1985.

158. Jackson, C.V., Schumacher, W.A., Kunkel, S.L., Driscoll, E.M. and Lucchesi, B.R.: Platelet activating factor and the release of a platelet-derived coronary artery vasodilator substance in the canine.  Circ. Res. 58(2): 218-229, 1986.

159. Lucchesi, B.R. and Mullane, K.M.:  Leukocytes and ischemia-induced myocardial injury. Ann. Rev. Pharmacol. Toxicol. 26: 201-224, 1986.

160. Lynch, J., Montgomery, D., Ventura, A., Wilber, D. and Lucchesi, B.: Antiarrhythmic vs. antifibrillatory activity of the basic diphenylhydantoin derivative 3-[3-(4-phenyl-1-piperidyl) propyl]-5-(4-methoxyphenyl)-5-phenylhydantoin hydrochloride. Arzniem -Forsch./Drug Res. 36: 475-481, 1986.

161. Jackson, C.V., Mickelson, J.D., Stringer, K., Rao, P.S. and Lucchesi, B.R.:  Electrolysis-induced myocardial dysfunction:  A novel method for the study of free radical mediated tissue injury. J. Pharmacol. Meth. 15: 305-320, 1986.

162. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., Abrams, G.D., Schork, M.A.. and Lucchesi, B.R.:   Protective effects of N-2-mercaptopropionyl glycine against myocardial reperfusion injury after neutrophil depletion in the dog:  Evidence for the role of intracellular derived free radicals. Circulation 73: 1077-1086, 1986.

163 Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.: Facilitation of lethal ventricular arrhythmias by therapeutic digoxin in conscious postinfarction dogs. Am. Heart J. 111: 883-890, 1986.

164. Werns, S.W., Shea, M.J. and Lucchesi, B.R.:   Free radicals and myocardial injury: pharmacologic implications. Circulation 74: 1-5, 1986.

165. Gibson, J.K,, Patterson, E. and Lucchesi, B.R.: The electrophysiologic, antiarrhythmic and cardiovascular actions of UM-301, a quaternary ammonium compound.  J. Pharmacol. Exp. Therap. 237: 318-325, 1986.

166. Werns, S.W., Shea, M.J., Mitsos, S.E., Dysko, R.C., Fantone, J.C., Schork, M.A., Abrams, G.D., Pitt, B. and Lucchesi, B.R.:  Reduction of the size of infarction by allopurinol in the ischemic-reperfused canine heart. Circulation 23: 518-524, 1986.

167. Simpson, P.J., Smith, C.B., Jr., Rosenthal, G. and Lucchesi, B.R.:   Reduction in the incidence of thrombosis by the thromboxane synthetase inhibitor CGS 13080 in a canine model of coronary artery injury. J. Pharmacol. Exp. Therap. 238: 497-501, 1986.

168.  Lucchesi, B..R, and Lynch, J.J.: Preclinical assessment of antiarrhythmic drugs. Fed. Proc. 45: 2197-2205, 1986.

169.  Wilber, D.J., Lynch, JJ. and Lucchesi, B.R.: Electrophysiologic effects of prazosin during acute myocardial ischemia.. Eur. J. Pharmacol. 127: 157-161, 1986.

170.  Mitsos, S.E., Fantone, J.C., Gallagher, K.P., Walden, KM., Simpson, P.J, Abrams, G.D., Schork, M.A.. and Lucchesi, B.R.:  Canine myocardial reperfusion injury:  Protection by a free radical scavenger, N-2-mercaptopropionyl glycine. J. Cardiovasc. Pharmacol. 8: 978-988, 1986.

171.  Lynch, J.J., DiCarlo, L.A., Montgomery, D.G. and Lucchesi, B.R.:  Electrophysiologic effects of bepridil in normal and infarcted canine myocardium.   J. Cardiovasc. Pharmacol. 8: 957-966, 1986.

172.  Lynch, J.J., DiCarlo, L.A., Montgomery, D.G., Hassan, T. and Lucchesi, B.R.: Electrophysiologic actions of pirmenol in dogs with recent myocardial infarction. Am. Heart J. 112: 752-758, 1986.

173.  Jolly, S.R., Kane, W.J., Hook, B.G., Abrams, G.D., Kunkel, S.L. and Lucchesi, B.R.: Reduction of myocardial infarct size  by neutrolphil depletion: Effect of duration of occlusion. Am. Heart J. 112: 682-690, 1986.

174.  Patterson, E., Walden, K.M., Khazaeli, M.B., Montgomery, D.G., and Lucchesi, B.R.: Cardiac electrophysiologic effects of acute and chronic amiodarone administration in the isolated perfused rabbit heart: The role of altered thyroid hormone metabolism. J. Pharmacol. Exp. Therap. 239: 179-184, 1986.

175.  Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  The effects of calcium entry blockade on the vulnerability of infarcted canine myocardium toward ventricular fibrillation.. J. Pharmacol. Exp. Therap. 239: 340-345, 1986.

176.  Jackson, C.V., Mickelson, J.K., Pope, T.K., Rao, P.S. and Lucchesi, B.R.:  Oxygen free radical mediated myocardial and vascular dysfunction. Am. J. Physiol. (Heart Circ. Physiol. 20) 251: H1225-H1231, 1986.

177.  Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R,R-isomer of labetalol. J. Pharmacol. Exp. Therap. 239: 719-723, 1986.

178.  Lucchesi, B.R., Mickelson, J.K., Homeister, J.W. and Jackson, C.V.:  Interaction of the formed elements of blood with the coronary vasculature in vivo. Fed. Proc. 46: 63-72, 1987.

179.  Kou, W.H., Nelson, S.D., Lynch, J.J., Montgomery, D.G., DiCarlo, L. and Lucchesi, B.R.: Effect of flecainide acetate on prevention of electrical induction of ventricular tachycardia and occurrence of ischemic ventricular fibrillation during the early postmyocardial infarction period: Evaluation in a conscious canine model of sudden death.   J. Am. Coll. Cardiol. 9: 359-365, 1987.

180.  Eiler, B.T., Lynch, J.J., Patterson, E. and Lucchesi, B.R.:   Electrophysiologic and antiarrhythmic actions of sulphinpyrazone and its sulfide metabolite G25671. Pharmacology. 34: 121-130,1987.

181.  Kopia, G.A. and Lucchesi, B.R.:   Antifibrillatory action of bretyiium:   Role of the sympathetic nervous system. Pharmacology 34: 37-47, 1987.

182.  Werns, S.W., Shea, M.J., Vaporciyan, A., Phan, S., Abrams, G.D., Buda, A.J., Pitt, B., Ventura, A., and Lucchesi, B.R.:   Superoxide dismutase does not cause scar thinning after myocardial infarction, J. Am. Coll. Cardiol. 9: 898-902, 1987.

183.  Werns, S.W. and Lucchesi, B.R.: Inflammation and Myocardial Infarction. Brit. Med. Bull. 43:460-471, 1987.

184.  Giger, U., Boxer, L.A, Simpson, P.J., Lucchesi, B.R. and Todd, R.F., III:  Deficiency of

leukocyte surface glycoproteins Mol, LFA-1, and Leu M5 in a dog with recurrent bacterial infections: An animal model. Blood 69: 1622-1630, 1987.

185.  Simpson, P.J., Mickelson, J..K. and Lucchesi, B.R.:  Free radical scavengers in myocardial ischemia. Fed. Proc. 46: 2413-2421, 1987.

186.  Lynch, J.J., Montgomery, D.G., Nelson, S D., Huante, D.M. and Lucchesi, B.R.:   Lack of concordance between the antianhythmic and antifibrillatory actions   of UM-424, a quaternary ammonium analogue of propranolol. J. Pharmacol. Exp. Therap. 9: 414-424, 1987.

187.  Wilber, D.J., Lynch, J.J., Montgomery, D. and Lucchesi, B.R.: Alpha-adrenergic influences in canine ischemic sudden death: Effects of alpha$_1$-adrenoceptor blockade with prazosin.  J. Cardiovasc. Pharmacol. 10:96-106, 1987.

188.  Mickelson, J.K., Simpson, P.J., Gallas, M.T. and Lucchesi, B.R.:  Thromboxane synthetase inhibition with CGS 13080 improves coronary blood flow after streptokinase-induced thrombolysis. Am. Heart J. 113: 1345-1352, 1987.

189.  Jackson, C.V., Pop, T.K., and Lucchesi, B.R.:  Coronary artery vasodilation in the canine: Physiological and pharmacological roles of beta-adrenergic receptors. J. Cardiovasc. Pharmacol. 10: 196-204, 1987.

190.  Lynch,  J.J., Nelson, S.D., MacEwen, S.A., Driscoll, E.M. and Lucchesi, B.R.: Antifibri l latory efficacy of concomitant beta-adrenergic receptor blockade with dilevalol, the R,R-isomer of labetalol,  and muscarinic receptor blockade with methylscopolamine..   X Pharmacol. Exp. Therap. 241: 741-749, 1987,

191.  Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P, and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental infarct size in the canine heart. Circ Res. 60: 666-673, 1987.

192.  Lynch, J.J., DiCarlo, LA., Montgomery, D.G and Lucchesi, B.R.:   Effects of flecainide acetate on ventricular tachyarrhythmia and fibrillation in dogs with recent myocardial infarction. Pharmacology 35: 181-193, 1987.

193.  Simpson, P.J. and Lucchesi, B.R.:  Free radicals and myocardial ischemia and reperfusion injury. J. Lab. Clin. Med. 110: 13-30, 1987.

194.  Simpson, P.J., Mitsos, S.E., Ventura, A., Gallagher, K.P., Abrams, G.D., Schork, MA. and Lucchesi, B.R.:  Prostacyclin protects ischemic reperfused myocardium in the dog by inhibition of neutrophil activation. Am. Heart J. 113: 129-137, 1987.

195.  Jolly, S.R., Kipnis, J.N. and Lucchesi, B.R.:   Cardiovascular depression by verapamil: Reversal by glucagon and interactions with propranolol.   Pharmacology 35: 249-255, 1987.

196.  Patterson, E., Shlafer, M., Walden, K.M., Khazaeli, M.B., Montgomery, D.G. and Lucchesi, B.R.: Changes in cardiac muscle function and biochemistry produced by long-term amiodarone administration in the rabbit:  Reversal by the concomitant administration of triiodothyronine. Pharmacology 35: 130-140, 1987.

197.  Werns, S.W., Simpson, P.J., Mickelson, J.K., Shea, M.J., Pitt, B. and Lucchesi, B.R.: Sustained limitation by superoxide dismutase of canine myocardial injury due to regional ischemia followed by reperfusion.  J. Cardiovasc. Pharrn. 11 : 36-44, 1988.

198.  Werns, S.W. and Lucchesi, B.R.: Leukocytes, oxygen radicals and myocardial injury due to ischemia and reperfusion. J. Free Radicals Biol. Med. 4: 31-37, 1988.

199.  Lynch, J.J. and Lucchesi, B.R.:   Effect of digoxin on the extent of injury and severity of arrhythmias during acute myocardial ischemia and infarction in the dog. J. Cardiovasc.

Pharmacol. 111: 193-203, 1988.

200. Simpson, P.J., Mickelson, J.K., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Reduction of experimental canine myocardial infarct size with prostaglandin Ei:  Inhibition of neutrophil migration and activation. J. Pharmacol. Exp. Therap. 244: 619-624, 1988.

201. Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Antiarrhythmic and arrhythmogenic actions of methyl lidocaine during the recovery phase after canine myocardial infarction. Pharmacology 36: 73-83, 1988.

202.    Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial ischemia-reperfusion injury. Am. Heart J. 115: 1171-1182, 1988.

203.    Larson, L.O., Hantler, C.B., Lynch, J.J., Landau, S.N., Buben, J.A., Lucchesi, B.R. and Knight, P.R.: Cardiac eletrophysiologic interactions of bepridil, a new calcium antagonist, with enflurane, halothane and isoflurane. J. Cardiothor. Anesth. 2: 346-355, 1988.

204. Lynch, J.J., Kitzen, J.M., Hoff, P.T., and Lucchesi, B.R.: Reduction in digitalis- associated postinfarction mortality with nadolol in conscious dogs.  Am. Heart J. 115: 67-76, 1988.

205. Nelson, S.D., Lucchesi, B.R., Sanders, D.G. and Lynch, J.J.: Antiarrhythmic actions of left stellectomy in digitalis-mediated malignant ventricular arrhythmias in the postinfarcted canine heart. J. Cardiovasc. Pharmacol. 12: 196-207,1988.

206. Mickelson, J.K.. Jackson, C.V., Simpson, P..J. and Lucchesi, B.R.: Protection of myocardial function and coronary vasculature by streptokinase.  J. Cardiovasc, Pharmacol. 12: 186-195, 1988.

207. Simpson, P.L, Todd III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mol anti-CD 11b) that inhibits leukocyte adhesion. J. Clin. Invest. 81; 624-629, 1988.

208. Kitzen, J.M., Lynch, J.J., Driscoll,. E.M. and Lucchesi, B.R.:  Cardiac electrophysiologic and hemodynamic activity of pimobendan (UD-CG 115 BS), a new inotropic agent.   J. Pharmacol. Exp. Therap. 244: 929-939, 1988.

209. Sisson, J.C, Lynch, J.J., Johnson, J , Jaques Jr., S., Wu, D,, Bolgos, G., Lucchesi, B.R., and Wieland, D.M.: Scintigraphic detection of regional disruption of adrenergic neurons in the heart. Am. Heart J. 116: 67-76, 1988.

210. Sohngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Recombinant single-chain urokinase-type plasminogen activator (rscu-PA) induces thrombolysis and  systemic fibrinolysis in a canine model of coronary artery thrombosis. Thromb. Res. 51: 63-74, 1988,

211. Lynch, J.J., Kitzen, J.M., Hoff, P.T. and Lucchesi, B.R.:  Effects of pimobendan (UD-CG 115 BS), a new positive inotropic agent, on ventricular tachycardia and ischemic ventricular fibrillation in a conscious canine model of recent myocardial function. J. Cardiovasc. Pharmacol 12:547-554, 1988.

212. Werns, S.W., Eller, B.T., Shea, M.J., Simpson, P.J., Dysko, R.C., Abrams, G.D. and Lucchesi, B.R.: Protection of reperfused ischemic canine myocardium by CI-922, a new inhibitor of leukocyte activation. J. Cardiovasc, Pharmacol. 12: 608-614, 1988.

213. Sohngen, W., Winbury, M.M., Kitzen, J.M., Ventura, A. and Lucchesi, B.R.:   The mechanism for the clonidine induced coronary artery dilatation in the canine heart.  J. Cardiovasc. Pharmacol. 12: 689-700, 1988.

214. Mickelson, J.K., Simpson, P.J., Lucchesi, B.R.:   Myocardial dysfunction and coronary vasoconstriction induced by platelet-activating factor in the post-infarcted rabbit isolated heart. J.

Mol. Cell. Cardiol. 20: 547-561, 1988.

215. Kitzen, J.M., Lynch, J.J., Uprichard, A.C.G., Venkatesh, N. and Lucchesi, B.R.: Failure of thromboxane synthetase inhibition to protect the postinfarcted heart against the induction of ventricular tachycardia and ventricular fibrillation in a conscious canine model of sudden coronary death.  Pharmacology 37: 171-186, 1988.

216. Tamura, Y., Chi, L., Driscoll, E.M., Hoff, P.T., Freeman, B.A., Gallagher, K.P. and Lucchesi, B.R.: Superoxide dismutase conjugated to polyethylene glycol provides sustained protection against myocardial ischemia/reperfusion injury in the canine heart.  Circ. Res. 63: 944-959, 1988.

217. Simpson, P.J., Fantone, J.C., Mickelson, J.K., Gallagher, K.P. and Lucchesi, B.R.:  Identification of a time window for therapy to reduce experimental canine myocardial injury: Suppression of neutrophil activation during 72 hours of reperfusion. Circ. Res. 63: 1070-1079, 1988.

218. Patterson, E. and Lucchesi, B.R.: Electrophysioiogic and antiarrhythmic actions of nadolol ---- Acute ischemia in the presence of previous myocardial infarction. Am. Heart J. 116: 1223-1232, 1988.

219. Mitsos, S.E., Kim, D., Lucchesi, B.R, and Fantone, J.C: Modulation of myoglobin-$H_2O_2$ mediated peroxidation reactions by sulfhydryl compounds. J. Lab. Invest. 59: 824-830, 1988.

220. Werns, S.W. and Lucchesi, B.R.:   Myocardial ischemia and reperfusion:   The role of oxygen radicals in tissue injury. Cardiovasc. Drugs Ther. 2: 761-769, 1989.

221. Mickelson, J.K., Simpson, P.J., Gailas, M.T. and Lucchesi, B.R.:   Streptokinase improves reperfusion blood flow after coronary artery occlusion. Int. I. Cardiol. 23: 373-384, 1989.

222. Chi, L, Tamura, Y., Hoff, P.T., Macha, M.., Gallagher, K.P., Schork, M.A. and Lucchesi, B.R.: Effect of superoxide dismutase on myocardial infarct size in the canine heart after 6 hours of regional ischemia and reperfusion:   A demonstration of myocardial salvage.   Circ. Res. 64: 665-675, 1989.

223. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:   Antiplatelet monoclonal F(ab')$_2$ Antibody directed against the platelet GPIIb/IIIa receptor complex prevents coronary artery thrombosis in the canine heart. J. Mol. Cell Cardiol, 21: 393-405, 1989.

224. Uprichard, A.C.G., Chi, L.., Lynch, J.J., Driscoll, EM, Frye, J.W. and Lucchesi, B.R.: Alinidine protects against ischemic ventricular fibrillation in a conscious canine model: Probable anti-ischemic mode of action. J. Cardiovasc. Pharmacol. 14: 475-482, 1989.

225. Lynch, J.J., Uprichard, A.C.G., Frye, J.W., Driscoll, E.M., Kitzen, J.M. and Lucchesi, B.R.: Effects of the positive inotropic agents milrinone and pimobendan upon the development of lethal ischemic arrhythmias in conscious dogs with recent myocardial infarction.    J. Cardiovasc, Pharmacol. 14: 585-597, 1989.

226. Nelson, D.S., Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:   Electrophysioiogic actions and antifibrillatory efficacy of subacute left stellectomy in a conscious, post-infarction canine model of ischemic ventricular fibrillation. Int. J. Cardiol.  22: 365-376, 1989.

227. Lucchesi, B.R. and Tamura, Y.:   Cardioprotective effects of amlodipine in the ischemic-reperfiased heart. Am. Heart J. 118: 1121-1122, 1989.

228. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.:  Cardioprotective effects of amlodipine in the ischemic-reperfused heart. Am. J. Cardiol. 64:1011-1161, 1989.

229. Uprichard, A.C.G., Lynch, J.J., Kitzen, J.M., Frye, J.W. and Lucchesi, B.R.:   Celiprolol does not protect against ventricular tachycardia or sudden death in the conscious canine:   A comparison with pindolol in assessing the role of intrinsic sympathomimetic activity.  J. Pharmacol. Exp.

Therap. 251: 571-577, 1989.

230. Lucchesi, B.R.: Role of calcium on excitation contraction-coupling in cardiac and vascular smooth muscle. Circulation. 80(Suppl. IV): 1-13, 1989.

231. Lucchesi, B.R., Werns, S.W., and Fantone, J.C.: The role of the neutrophil and free radicals in ischemic myocardial injury. J. Mol. Cell. Cardiol. 21: 1241-1251, 1989.

232. Lucchesi, B.R.: The role of oxygen-derived radicals in myocardial reoxygenation injury. Age of Reperfusion 1(3): 1-4, 1989.

233. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C., Gallagher, K.P., Lee, K.A., Tamura, Y., Cronin, M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that alters leukocyte function. Circulation 81: 226-237, 1990.

234. Mickelson, J.K., Simpson, P.J., Cronin, M., Homeister, J.W., Laywell, E. and Lucchesi, B.R.: Antiplatelet antibody [7E3 F(ab¹)₂] prevents rethrombosis after recombinant tissue-type plasminogen activator-induced coronary artery thrombolysis in a canine model. Circulation 81: 617-627, 1990.

235. Lucchesi, B.R.: The neutrophil and reperfusion injury. Age of Reperfusion 2(1): 1-4, 1990.

236. Lucchesi, B.R.: Modulation of leukocyte mediated myocardial reperfusion injury. Annu. Rev. Physiol. 52: 561-576, 1990.

237. Werns, S.W. and Lucchesi, B.R.: Free radicals and ischemic tissue injury. TIPS 11: 161-166, 1990.

238. Lucchesi, B.R.: Myocardial ischemia, reperfusion and free radical injury. Am. J. Cardiol. 65: 141-231, 1990.

239. Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Effects of combined thromboxane synthetase inhibition/thromboxane receptor antagonism in two models of sudden cardiac death: Limited role for thromboxane. J. Cardiovasc. Pharmacol. 16: 68-80, 1990.

240. Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.: Myocardial protection with preconditioning. Circulation 82: 609-619, 1990.

241. Homeister, J.W., Hoff, P.T., Fletcher, D.D. and Lucchesi, B.R.: Combined adenosine and lidocaine administration limits myocardial reperfusion injury. Circulation 82: 595-608, 1990.

242. Chi, L., Mu, D.X., Driscoll, E. and Lucchesi, B.R.: Antiarrhythmic and electrophysiologic actions of CK-3579 and sematilide in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol. 16: 312-324, 1990.

243. Schumacher, W.A. and Lucchesi, B.R.: Effect of diltiazem on experimental coronary artery thrombosis in dogs. Pharmacology, 41: 16-23, 1990.

244. Chi, L., Uprichard, A.C.G., and Lucchesi, B.R.: Profibrillatory actions of pinacidil in a conscious canine model of sudden coronary death. J. Cardiovasc. Pharmacol. 15: 452-464, 1990.

245. Hoff, P.T., Tamura, Y. and Lucchesi, B.R.: Cardioprotective effects of amlodipine on ischemia and reperfusion in two experimental models. Am. J. Cardiol. 66: 10H-16H, 1990.

246. Sisson, J.C., Johnson,..)., Bolgos, G., Lynch, J.J., Uprichard, A., Driscoll, E., Wieiand, D. M. and Lucchesi, B.R.: Portrayal of adrenergic denervation in the presence of myocardial infarction: A Feasibility study. Am. J. Physiologic Imaging 5: 151-166, 1990.

247. Lucchesi, B.R., Hoff, P.T. and Tamura, Y.: Cardioprotective effects of amlodipine in animal models of ischemia reperfusion. J. Cardiovasc. Pharmacol. 17(Suppl 1): S34-S39, 1991.

248. Chi, L., Mu, D.-X. and Lucchesi, B.R.: Electrophysiology and antiarrhythmic actions of E-4031 in the experimental animal model of sudden coronary death. J. Cardiovasc. Pharmacol. 17:285-295, 1991.

249. Lucchesi, B.R., Burgi, R. and Heim, J: The in vivo thrombolytic activity of CGP 42935, a hybrid plasminogen activator and fibrinolytic agent. Coronary Artery Dis. 2: 247-258, 1991.

250. Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.: Recombinant hirudin (CGP 39393) reduces the incidence of thrombotic occlusion in a canine model of coronary vascular injury. Coronary Artery Dis. 2: 237-246, 1991.

251. Werns, S.W., Grum, CM.., Ventura, A., Hahn, R.A, Ho, P.K., Towner, R.D-, Fantone, J.C., Schork, M.A. and Lucchesi, B.R.: Xanthine oxidase inhibition does not limit canine infarct size. Circulation 83: 995-1005, 1991.

252. Black, S.C, Chi, L, Mu, D.-X. and Lucchesi, B.R.: The antifibrillatory actions of UK-68,798, a Class III antiarrhythmic agent. J. Pharmacol. Exp. Therap. 258: 416-423, 1991.

253. Schumacher, W.A., Fantone, J.C., Kunkel, S.E., Webb, R.C and Lucchesi, B.R.: The anaphylatoxins C3a and C5a are vasodilators in the canine coronary vasculature in vitro and in vivo. Agents Actions 34: 345-349, 1991.

254. Venkatesh, N., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N. and Lucchesi, B.R.: Hypothyroidism renders protection against lethal ventricular arrhythmias in a conscious canine model of sudden death. J. Cardiovasc. Pharmacol. 18: 703-710, 1991.

255. Bates, E.R., Walsh, D.G., Mu, D.-X., Abrams, G.D. and Lucchesi, B.R.: Sustained inhibition of the vessel wall-platelet interaction after deep coronary artery injury by temporary inhibition of the platelet glycoprotein IIb/IIIa receptor. Cor. Artery Dis 3: 67-76, 1992.

256. Romson, J.L., Jolly, S.R. and Lucchesi, B.R.: Protection of ischemic myocardium by pharmacologic manipulation of leukocyte function Reprinted as Master Teacher Classic Paper in Cardiovasc. Rev. Rept 13: 21-35, 1992; (author update follows article),

257. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Effects of complement activation in the isolated heart — Role of the terminal complement components. Circ. Res. 71: 303-319, 1992.

258. Black, S.C. and Lucchesi, B.R.: UK-68,798, a class III antiarrhythmic drug with antifibrillatory properties. Cardiovasc. Drug Rev. 10:170-181, 1992.

259. Black, S.C, Driscoll, E.M. and Lucchesi, B.R.: Inhibition of platelet-activating factor fails to limit ischemia and reperfusion-induced myocardial damage. J. Cardiovasc. Pharmacol. 20: 997-1005, 1992.

260. Werns, S.W., Fantone, J.C., Ventura, A. and Lucchesi, B.R.: Myocardial glutathione depletion impairs recovery of isolated, blood-perfused hearts after global ischemia. J. Mol. Cell. Cardiol. 24: 1215-1220, 1992.

261. Chi, L., Black, S.B., Kou P., Fagbemi, S.O. and Lucchesi, B.R.: Actions of pinacidil at a reduced potassium concentration: A direct cardiac effect possibly involving the ATP-dependent potassium channel. J. Cardiovasc. Pharmacol. 21: 179-190, 1993.

262. Mickelson, J.K., Hoff, P.T., Homeister, J.W., Fantone, J.C. and Lucchesi, B.R.: High-dose intravenous aspirin, not low dose intravenous or oral aspirin, inhibits thrombus formation and stabilizes blood flow in experimental coronary vascular injury. J. Am Coll. Cardiol. 21: 502-510, 1993.

263. Homeister, J.W., Satoh, P.S., Kilgore, K.S. and Lucchesi, B.R.: Soluble complement receptor Type 1 prevents human complement-mediated damage of the rabbis isolated heart. J. Immunol. 150: 1055-1064, 1993.

264. Black, S.C. and Lucchesi, B.R.:   Heat shock proteins and the ischemic heart.   An endogenous protective mechanism. Circulation 87: 1048-1051, 1993. (invited editorial)

265. Rote, W.E., Werns, S.W., Davis, J.H., Feigen, L.P., Kiigore, K.S. and Lucchesi, B.R.: Platelet GPIIb/IIIa receptor inhibition by SC-49992 prevents thrombosis and rethrombosis in the canine carotid artery. Cardiovasc. Res. 27: 500-507, 1993.

266. Fagbemi, S.O., Chi, L. and Lucchesi, B.R.:   Antifibrillatory and profibrillatory actions of selected Class I antiarrhythmic agents. J. Cardiovasc. Pharmacol. 21: 709-719, 1993.

267. Rote, W.E., Mu, D.-X. and Lucchesi, B.R.:   Thromboxane antagonism in experimental canine carotid artery thrombosis. Stroke 24: 820-828, 1993.

268. Kilgore, K.S. and Lucchesi, B.R.:   Effect of hypoxia and reoxygenation upon the rabbit isolated heart as determined by monoclonal antimyosin uptake.   Cardiovasc. Res. 27: 1260-1267, 1993.

269. Homeister, J.W. and Lucchesi, B.R.:  Complement activation and inhibition in myocardial ischemia and reperfusion injury. Ann. Rev. Pharmacol. Toxicol. 34: 17-40, 1993.

270. Friedrichs, G.S., Chi, L., Black, S.C, Manley, P.J., Oh, J. and Lucchesi, B.R.: Antifibrillatory effects of ibutilide in the rabbit isolated heart:   Mediation via ATP-dependent potassium channels. J. Pharmacol. Exp. Therap. 266: 1348-1354, 1993.

271. Minami, M, Driscoll, E.M. and Lucchesi, B.R.:  Antithrombotic effects of BMY21190, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery thrombosis.   Jpn. Circ.J. 57: 979-992, 1993.

272. Uprichard, A.C.G., Chi, L. and Lucchesi, B.R.: Functional consequence of big-endothelin conversion:   Demonstration with  isolated  neutrophils but not in a postinfarction model. Pharmacology 47: 277-285, 1993.

273. Kilgore, K.S, and Lucchesi, B.R.: Reperfusion injury after myocardial infarction: The role of free radicals and the inflammatory response. Clin. Biochem. 26: 359-370, 1993.

274. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.:   Prevention of coronary artery reocclusion after thrombolysis with an RGD-containing peptide with no effect on bleeding time. Coronary Artery Dis. 4: 809-817, 1993.

275. Rote, WE., Mu, D.-X., Roncinske, R.A., Frelinger, A.L., III, and Lucchesi, B.R.: Prevention of experimental carotid artery thrombosis by applaggin.   J. Pharmacol. Exp. Ther. 267:809-814, 1993.

276. Black, S.C, Butterfield, J.L. and Lucchesi, B.R.: Protection against programmed electrical stimulation-induced ventricular tachycardia and sudden cardiac death by NE-10064, a Class III antiarrhythmic drug. J. Cardiovasc. Pharmacol. 22: 810-818, 1993.

277. Black, S.C., Friedrichs, G.S. and Lucchesi, B.R.: The autonomic nervous system, myocardial infarct size and ventricular fibrillation (editorial letter). Invited submission for the J. Mol. Cell. Cardiol. 25: 1291-1292, 1993.

278. Black, S.C., Fagbemi, S.O., Chi, L., Friedrichs, G.S. and Lucchesi, B.R.: Phorbol ester-induced ventricular fibrillation in the Langendorff-perfused rabbit heart:  Antagonism by inhibitors of protein kinase C and glybenclamide.  J. Mol. Cell. Cardiol. 25: 1427-1438, 1993.

279. Lucchesi, B.R.:   Complement activation, neutrophils and oxygen radicals in reperfusion injury. Stroke 24(Suppl 1): I-41 - I-47, 1993.

280. Friedrichs, G.S., Chi, L, Black, S.C., Manley, P.J. and Lucchesi, B.R.:   Antiarrhythmic agent, MS-551, protects against pinacidil + hypoxia-induced ventricular fibrillation in the Langendorff-perfused rabbit isolated heart  J. Cardiovasc. Pharmacol. 23: 120-126, 1994.

281. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.:   Prevention of rethrombosis after coronary thrombolysis in a chronic canine model. I. Adjunctive therapy with monoclonal antibody 7E3-F(ab')$_2$ fragment J. Cardiovasc. Pharmacol. 23: 194-202, 1994.

282. Rote, W.E., Mu, D.-X., Bates, E.R., Nedelman, M.A. and Lucchesi, B.R.:   Prevention of rethrombosis after coronary thrombolysis in a chronic canine model. II. Adjunctive therapy with r-hirudin. J. Cardiovasc. Pharmacol. 23: 203-211, 1994.

283. Trikha, M., Rote, W.E., Manley, P.J., Lucchesi, B.R. and Markland, F.S.: Purification and characterization of platelet aggregation inhibitors from snake venoms. Thromb. Res. 73: 39-52, 1993.

284. Lucchesi, B.R., Chi, L., Friedrichs, G.S., Black, S.C. and Uprichard, A.C.G.: Antiarrhythmic vs antifibrillatory actions: Inference from experimental studies. Am. J. Cardiol. 72(Suppl): 25F-44F, 1993.

285. Rote, W.E., Davis, J.H., Mousa, S.A., Reilly, T.M. and Lucchesi, B.R.:   Antithrombotic effects of DMP728, a platelet GPIIb/IIIa receptor antagonist, in a canine model of arterial thrombosis. J. Cardiovasc. Pharmacol. 23: 681-689, 1994.

286. Werns, S.W., Rote, W.E., Davis, J.H., Guevara, T. and Lucchesi, B.R.:   Nitroglycerin inhibits experimental thrombosis and reocclusion after thrombolysis. Am. Heart J 127: 727-737, 1994.

287. Eitzman, D.T., Schwartz, R.S., Saggin, L, Chi, L., Lucchesi, B.R. and Fay, W.P.: Heparin neutralization by platelet-rich thrombi:  Role of platelet factor 4. Circulation 89: 1523-1529, 1994.

288. Kilgore, K.S., Friedrichs, G.S., Homeister, J.W. and Lucchesi, B.R.:   The complement system in myocardial ischemia/reperfusion injury.  Masterclass Review.  Cardiovasc. Res. 28: 437-444, 1994,

289. Lucchesi, B.R.:   Complement, neutrophils and free radicals:   Mediators of reperfusion injury. Arzneim- Forsch./Drug Res 44: 420-432, 1994.

290. Kilgore, K.S., Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.: Inhibition of complement-mediated myocardial injury by the sulfhydryl compounds captopril and N-(2-mercapto-propionyl)-glycine. Am. J. Physiol. 266: H28-H35, 1994.

291. Chi, L., Black, S.C, Friedrichs, G.S. and Lucchesi, B.R.:   The cardiac ATP-dependent potassium channel and myocardial protection.   Invited editorial letter for Cardiovasc. Res. 28: 136-137, 1994.

292. Rote, W.E., Nedelman, M.A., Mu, D.-X, Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.: Chimeric 7E3 prevents carotid artery thrombosis in Cynomolgus monkeys. Stroke. 25: 1223-1232, 1994.

293. Black, S.C. and Lucchesi, B.R.:  Potassium channel openers are likely to be proarrhythmic in the diseased human heart (invited editorial). Cardiovasc. Res. 28: 923-924, 1994.

294. Graiinski, MR,, Black, S,C, Kilgore, K.S., Chou, A.Y., McCormack, J.G. and Lucchesi, B.R.:   Cardioprotective effects of ranolazine (RS-43285) in the isolated perfused rabbit heart. Cardiovasc. Res. 28: 1231-1237, 1994,