295. Friedrichs, G.S., Chi, L., Green, A.L. and Lucchesi, B.R.:   Antifibrillatory effects of clofilium in the rabbit isolated heart. Br. J. Pharmacol. 113: 209-215, 1994.

296. Kilgore, K.S., Friedrichs, G.S., Johnson, C.R., Schasteen, C.S., Riley, D.P., Weiss, R.H., Ryan, U. and Lucchesi, B.R.:   Protective effects of the SOD-mimetic SC-52608 against ischemia/reperfusion damage in the rabbit isolated heart.   J. Mol. Cell. Cardiol. 26: 995-1006, 1994.

297. Friedrichs, G.S., Kilgore, K.S., Manley, P.J., Graiinski, M.R. and Lucchesi, B.R.: Effects of heparin and N-acetyl heparin on ischemia/reperfusion-induced alterations in myocardial function in the rabbit isolated heart. Circ. Res. 75: 701-710, 1994.

298. Black, S.C, Schasteen, C.S., Weiss, R.H., Riley, D.P., Driscoll, E.M. and Lucchesi, B.R.: Inhibition of in vivo myocardial ischemic and reperfusion injury by a synthetic manganese-based superoxide dismutase mimetic. J. Pharmacol. Exp. Ther. 270: 1208-1215, 1994.

299. Minami, M., Hirafuji, M., Driscoll, E.M. and Lucchesi, B.R.:  BMY21190, a potent inhibitor of cAMP phosphodiesterase. Cardiovasc. Drug Rev. 12: 173-192, 1994.

300. Chi, L., Friedrichs, G.S., Oh, J.Y., Green, A.L. and Lucchesi, B.R.:  Effect of Ado Al- and A2-receptor activation on ventricular fibrillation during hypoxia-reoxygenation.  Am. J. Physiol. 267: H1447-H1454, 1994.

301. Lucchessi (Sic), B.R., Rote, W.E., Driscoll, E.M. and Mu, D.-X.: Prevention of thrombosis and rethrombosis and enhancement of recombinant tissue-type plasminogen activator in the canine heart by DMP728, a glycoprotein llb/lla antagonist. Br. J. Pharmacol. H3: 1333-1343, 1994.

302. Black, S.C, Gralinski, M.R., McCormack, J.G., Driscoll, E.M. and Lucchesi, B.R.:  Effect of ranolazine on infarct size in a canine model of regional myocardial ischemia and reperfusion. J. Cardiovasc. Pharmacol. 24: 921-928, 1994.

303. Marland, F.S., Friedrichs, G.S., Pewitt, S.R. and Lucchesi, B.R.:  Thrombolytic effects of recombinant fibrolase or APSAC in a canine model of carotid artery thrombosis. Circulation 90: 2448-2456, 1994.

304. Friedrichs, G.S., Chi, L, Graiinski, M.R., Black, S.C, Basler, G.C, Mu D.-X., Pewitt, S.R., Johnson, CR. and Lucchesi, B.R.:  MS-551 protects against ventricular fibrillation in a chronic canine model of sudden death. J. Cardiovasc. Pharmacol. 25: 314-323, 1995.

305. Minami, M., Driscoll, E.M., Simpson, P.J., Hoff, P.T. and Lucchesi, B.R.:  Effects of BMY21190, an inhibitor of cAMP phosphodiesterase, on infarct size and myeloperoxidase activity in the ischemic myocardium of a canine occlusion-reperfusion model.  Pharmacology 50:24-33, 1995.

306. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.:  Cardioprotective effects of heparin on N-acetylheparin in an in vivo model of regional myocardial ischemic and reperfusion injury.  Cardiovasc. Res. 29: 629-636, 1995.

307. Minami, M., Driscoll, E. and Lucchesi, B.R.: Antithrombotic and cardiovascule effects of BMY-20844, an inhibitor of cAMP phosphodiesterase, in a canine model of coronary artery thrombosis. Biogenic Amines 11: 269-280, 1995.

308. Virkhaus, R., Lucchesi, B.R., Simpson, P.J. and Shebuski, R.J.:   The role of adhesion molecules in cardiovascular pharmacology.   Meeting review.   J. Pharmacol. Exp. Ther. 273: 569-575, 1995.

309. Sudo, Y., Kilgore, K.S. and Lucchesi, B.R..:  Monoclonal antibody [7E3-F(ab'2] prevents arterial, but not venous rethrombosis. J. Cardiovasc. Phannacol. 26: 241-250, 1995.

310. Kilgore, K.S., Park, J.L., Chi, L., Musser, J.H.., Date, V., Abbas, S. and Lucchesi, B.R.: Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of sialyl Lewis[x]. J. Cardiovasc. Pharmacol. Ther. $\underline{1}$: 49-56, 1996.

311. Mousa, S.A., DeGrado, W.F., Mu, D.-X., Kapil, R.P., Lucchesi, B.R. and Reilly, T.M.: Oral antiplatelet, antithrombotic efficacy of DMP 728, a novel platelet GPIIb/IIIa antagonist. Circulation $\underline{93}$: 537-543, 1996.

312. Sudo, Y. and Lucchesi, B.R.: Antithrombotic effect of GYKI-14766 in a canine model of arterial and venous rethrombosis:  A comparison with heparin.  J. Cardiovasc. Pharmacol. $\underline{27}$: 545-555, 1996.

313. Chi, L., Park, J.L., Friedrichs, G.S., Banglawala, Y.A., Perez, M.A., Tanhehco, E.I. and Lucchesi, B.R.:  Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular fibrillation in the rabbit isolated heart Br. J, Pharmacol. $\underline{117}$:1261-1269, 1996.

314. Gralinski, M.R., Chi, L.., Park, J.L., Friedrichs, G.S.., Tanhehco, E.J., McCormack, J.G. and Lucchesi, B.R.: Protective effects of ranolazine on ventricular fibrillation induced by activation of the ATP-dependent potassium channel in the rabbit heart. J. Cardiovasc. Pharmacol. Ther. $\underline{1}$: 141-148, 1996.

315. Kilgore, K.S. and Lucchesi, B.R.:   Complement-associated myocardial compromise is positively influenced by blood filtration. Bloodlink $\underline{5}$: 1-6, 1996.

316. Friedrichs, G.S., Black, S.C., Chi,  L., Mu, D.-X., Pewitt,  S.R. and Lucchesi, B.R.: 5-hydroxydecanoate fails to attenuate ventricular fibrillation in a conscious canine model of sudden cardiac death. Eur. J. Pharmacol. $\underline{306}$: 99-106, 1996.

317. Gralinski, M..R., Black, S.C., Stancato, L.F., Kilgore, K.S., Campau, P.A., Park, J.L., Ozeck, M.., Pratt, W.B. and Lucchesi, B.R.:   Heat stress protects human plasma perfused rabbit heart from hyperacute xenograft rejection. Am. J. Physiol. $\underline{271}$: H571-H578, 1996.

318. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rebello, S.S., Rote, W.E., Vlasuk, G.P., Nolan, T.J., Mendoza, C. and Lucchesi, B.R.:  Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine. Circulation  $\underline{94}$: 1705-1712, 1996.

319. Gralinski, M.R., Driscoll, E.M., Friedrichs, G.S.., DeNardis, M.R., and Lucchesi, B.R.: Reduction of myocardial necrosis after glycosaminoglycan administration:  Effects of a single intravenous administration of heoarin or N-acetvlheoarin 2 hours before reeional ischemia and reperfusion.  J. Cardiovasc. Pharmacol. Ther. $\underline{1}$: 219-228, 1996.

320. Gralinski, M.R., Wiater, B.C., Assenmacher, A.N. and Lucchesi, B.R.:  Selective inhibition of the laternative complement pathway by sCR1[desLHR-A] protects the rabbit isolated heart from human complement-mediated damage.  Immunopharmacology $\underline{34}$: 79-88, 1996.

321. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Chi, L., Borlak, J. and Lucchesi, B.R.: Tedisamil attenuates ventricular fibrillation in a sconscious canine model of sudden cardiac death. J Cardiovasc, Pharmacol. Ther. $\underline{1}$: 313-324, 1996.

322. Lucchesi, B.R.:   Lethal myocardial "reperfusion injury".   (Invited editorial) J. Thrombos. Thrombol $\underline{4}$: 55-58, 1997.

323. Rebello, S.S., Miller, B.V., Basler, G.C. and Lucchesi, B.R.: CVS-1123, a direct thrombin inhibitor, prevents occlusive arterial and venous thrombosis in a canine model of vascular injury. J. Cardiovasc Pharmacol. $\underline{29}$: 240-249, 1997.

324. Mousa, S.A., Mu, D.-X. and Lucchesi, B.R.:  Prevention of carotid artery thrombosis by oral platelet GPIIb/IIIa antagonist in dogs. Stroke $\underline{28}$: 830-836, 1997.

325. Gralinski, M.R., Park, J.L., Ozeck, M.A., Wiater, B.C. and Lucchesi, B.R.:  LU 51198, a highly sulfated, low-molecular-weight heparin derivative, prevents complement-mediated myocardial injury in the perfused rabbit heart. J. Pharmacol. Exp. Ther. 282: 554-560, 1997.

326. Rebello, S.S., Blank, H.S., Rote, W.W., Vlasuk, G.P. and Lucchesi, B.R.: Antithrombotic efficacy of a recombinant nematode anticoagulant peptide (rNAP5)  in canine models of thrombosis after single subcutaneous administration. J. Pharmacol. Exp. Ther. 283: 91-99, 1997.

327. Rebello, S.S., Driscoll, E.M. and Lucchesi, B.R.: TP-9201, a glycoprotein IIb/IIIa platelet receptor antagonist, prevents rethrombosis after successful arterial thrombolysis in the dog. Stroke 28: 1789-1796, 1997.

328. Park, J.L., Tanhehco, E.J., Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.:  Reviparin-sodium prevents complement-mediated myocardial injury in the isolated rabbit heart.  J. Cardiovasc. Pharmacol. 30: 658-666, 1997.

329. Friedrichs, G.S., Chi, L., Park, J.L. and Lucchesi, B.R.: Adrenergic dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart.. J. Cardiovasc. Pharmacol. Ther. 2: 299-308, 1997.

330. Lucchesi, B.R. and Kilgore, K.S.:   Complement inhibitors in myocardial ischemia/ reperfusion injury. Immunopharmacology 38: 27-42, 1997.

331. Kilgore, K.S., Tanhehco, E.J., Park, J.L., Naylor, K.B., Anderson, MLB. and Lucchesi, B.R.: Reduction of myocardial infarct size in vivo by carbohydrate-based glycomimetics. J. Pharmacol. Exp. Ther. 284: 427-435, 1998.

332. Friedrichs, G.S., Abreu, J.N., Driscoll, E..M, Jr., Borlak, J  and Lucchesi, B.R.: Antifibrillatory efficacy of long-term tedisamil administration in a postinfarcted canine model of ischemic ventricular Fibrillation. J. Cardiovasc. Pharmacol. 31:56-66, 1998.

333. Kilgore, K.S., Park, J.L., Tanhehco, E.J., Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of interleukin-8 expression  in C6-deficient rabbits after myocardial  ischemia/ reperfusion. J. Mol. Ceil, Cardiol. 30: 75-85, 1998.

334. Rebello, S.S., Huang, J, Saito, K. and Lucchesi, B.R.: In vivo efficacy of SM-20302, a GP IIb/IIIa receptor antagonist, correlates with ex vivo platelet inhibition in heparinized blood but not in citrated blood.  Arterioscler. Thromb. Vasc. Biol. 18: 954-960, 1998.

335. Yasojima, K., Kilgore, K.S., Washington, R.A., Lucchesi, B.R. and McGeer, P.L.: Complement gene expression by rabbit heart: Upregulation by ischemia and reperfusion.  Circ. Res. 82: 1224-1230, 1998.

336. Kilgore, K.S., Naylor, K.B., Tanhehco, E.J., Park, J.L., Booth, E.A., Washington, R.A. and Lucchesi, B.R.:  The semisunthetic polysaccharide pentosan polysulfate prevents complement-mediated myocardial injury in the rabbit perfused heart. J. Pharmacol Exp Ther. 285: 987-994, 1998.

337. Black, S.C, Driscoll, E.M. and Lucchesi, B.R.:   Effect of ramiprilat or captopril on myocardial infarct size:  Assessment in canine models of ischemia alone and ischemia with reperfusion. Pharmacology 57: 35-46, 1998.

338. Rebello, S.S., Huang, J., Shiu, W.J., Saito, K., Kaneko, M., Saitoh, Y. and Lucchesi, B.R.: Pharmacokinetics and pharmacodynamics of SM-20302, a GPIIb/IIIa receptor antagonist, in anesthetized dogs. J. Cardiovasc. Pharmacol. 32:485-494, 1998.

339. Lucchesi, B.R.: Free radicals and tissue injury. Dialogues Cardiovasc. Res. 3: .3-22, 1998.

340. Huang, J., Rebello, S.S., Rosenberg, L.A., Kaneko, M., Sakurama, T. and Lucchesi, B.R.:

Temporary and partial inhibition of platelets by SM-20302 prevents coronary artery thrombosis in a chronic canine model, Eur. J. Pharmacol. 366: 203-213, 1999.

341. Park, J.L., Kilgore, K.S., Naylor, K.B., Booth, E.A., Murphy, K.L. and Lucchesi, B.R.: N-Acetylheparin pretreatment reduces infarct size in the rabbit.   Pharmacology 58: 120-131, 1999.

342. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.:   Correlation between the *in vivo* efficacy of GPIIb/IIIa receptor antagonists (m7E3, MK-383 and DMP-728) and *ex vivo* platelet inhibition. Pharmacology 58: 252-264, 1999.

343. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. J. Cardiovasc. Pharmacol. 34: 153-161, 1999.

344. Rebello, S.S., Huang, J., Saito, K., Saucedo, J., Bates, E.R. and Lucchesi, B.R.:   Effect of time of 7E3  administration on tPA-induced reperfusion:   study in a canine model of thrombus-based occluson-reperfusion. Eur. J. Pharmacol. 374: 399-410, 1999.

345. Fischbach, P.S., Johnston, P.V., Friedrichs, G.S.,, Lucchesi, B.R.:   Tedisamil in a chronic canine model of atrial flutter.  J. Cardiovasc.  Pharmacol. 34: 212-218, 1999.

346. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B. and Lucchesi, B.R.:   Ex vivo reversal of heparin-mediated cardioprotection by heparinase after ischemia and reperfusion.  J. Pharmacol. Exp. Ther. 290: 1041-1047, 1999.

347. Hasan, A.A.K., Rebello, S.S., Smith, E., Srikanth, S., Werns, S., Driscoll, E.,, Faul, J., Brenner, D., Normolle, D., Lucchesi, B.R. and Schmaier, A.H.: Thrombostatin inhibits induced canine coronary thrombosis. Thromb. Haemost. 82: 1182-1187, 1999.

348. Annich, G., White, T.,, Damm, D., Zhao, Y., Mahdi, F., Meinhardt, J., Rebello, S., Lucchesi, B,, Bartlett, R.H,., Schmaier, A.H.:   Recombinant Kunitz protease inhibitory domain of the amyloid B-protein precursor as an anticoagulant in venovenous extracorporeal circulation in rabbits   Thromb Haemost 82: 1474-1481, 1999.

349. Park, J.L. and Lucchesi, B.R.:  Mechanisms of myocardial reperfusion injury.  Ann. Thorac. Surg. 68: 1905-1912, 1999.

350. Tanhehco, E.J., Yasojima, L., McGeer, P.L., Washington, R.A., Kilgore, K.S., Homeister, J.W. and Lucchesi, B.R.:  Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. Am. J. Physiol. 277: H2373-H2380, 1999.

351. Tanhehco, E.J., Kilgore, K.S., Liff, D.A., Murphy, K.L., Fung, M.S., Sun, W.N., Sun, C. and Lucchesi, B.R.: The Anti-Factor D antibody, MAb 166-32, inhibits the alternative pathway of the human complement system. Transplant. Proc. 31: 2168-2171, 1999.

352. Schwartz, C.F., Kilgore, K.S., Homeister, J.W., Levy, B.A., Lucchesi, B.R. and Boiling, S.F.: Increased rat cardiac allograft survival by the glycosaminoglycan pentosan polysulfate.  J. Surg. Res. 86:24-28, 1999.

353. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Washington, R.A. and Lucchesi, B.R.:   Free radicals upregulate complement expression in the rabbit isolated heart.    Am. J. Physiol. 277: H195-H-201, 2000.

354. Rebello, S.S., Huang, J., Faul, J.D. and Lucchesi, B.R.:   Role of extracellular ionized calcium in the in *vitro* assessment of GPIIb/IIIa receptor antagonists. J. Thrombos. Thrombolys. 9: 23-28, 2000.

355. Kilgore, K.S. and Lucchesi, B.R.:  Neutrophils and altered myocardial function (invited editorial). Am Heart J. 139: 32-34, 2000

356. Tanhehco, E.J., Yasojima, K., McGeer, P.L. and Lucchesi, B.R.: Acute cocaine exposure upregulates complement expression in the rabbit heart. J. Pharmacol. Exp. Ther. 292: 201-208, 2000.

357. Tanhehco, E..J. and Lucchesi, B.R.: Therapeutic potential of complement inhibitors in myocardial ischemia (invited editorial). Exp. Opin. Invest. Drugs 9:975-991, 2000.

358. Rebello, S.S., Blank, H.S. and Lucchesi, B.R.: Antithrombotic efficacy of single subcutaneous administration of a recombinant nematode anticoagulant peptide (rNAP5) in a canine model of coronary artery thrombolysis. Thromb. Res. 98: 531-540, 2000.

359. Tanhehco, E.J., Yasojima, K., McGeer, P.L., McGeer, E.G. and Lucchesi, B.R.: Preconditioning reduces myocardial complement gene expression in vivo. Am. J. Physiol. 279: H1157-H1165, 2000.

360. Tanhehco, EJ., Lee, H. and Lucchesi, B.R.: Sublytic complement attack reduces infarct size in rabbit isolated hearts: Evidence for C5a-mediated cardioprotection. Immunopharmacology 49: 391-399, 2000.

361. Huang, J., Driscoll, EM., Gonzales, M.L., Park, A.M., and Lucchesi, B.R.: Prevention of arterial thrombosis by intravenously administered platelet P2T-receptor antagonist AR-C69931MX in a canine model. J. Pharmacol. Exp. Ther. 295:492-499, 2000.

362. Barrett, T.D., Hennan, J.K., Fischbach, P.S., O'Neill, B.P., Driscoll, E.M. Jr., and Lucchesi, B.R.: Tedisamil and dofetilide-induced torsades de pointes, rate and potassium dependence. Brit. J. Pharmacol. 132: 1493-1500, 2001.

363. Lucchesi, B.R.: Torald Sollmann Award Lecture: Looking toward the future, using lessons from the past. J. Pharmacol. Exp. Ther. 297: 829-843, 2001.

364. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.: Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 104: 820-825, 2001.

365. Huang, J., Feldbaum, V.M., Lucchesi, B.R. and Werns, S.W.: Effects of adenosine on thrombosis and thrombolysis in a canine experimental preparation. Pharmacology 63: 166-174, 2001.

366. Fischbach, P.S., Barrett, T.D., Goyal, R., Tran, B.C., Syed, Z.A., Herman, J.K. and Lucchesi, B.R.: Conversion of atrial fibrillation by the experimental anti-arrhythmic drug tedisamil in two canine models. J. Cardiovasc. Electrophys. 12: 1138-1144, 2001.

367. Patel, M.B., Kilgore, K.S., Ortolano, G.A., Gryboski, C.L., Qureshi, MA.., Marcovitz, P., Naylor, K.B., Park, J.L., Wenz, B., Gikalis, N., Freedman, R.J.. Jr., Lucchesi, B.R., O'Neill, W.W.: Conditioned blood reperfusion during angioplasty (CoBRA) treatment of acute myocardial infarction. Perfusion 16(Suppl): 39-49, 2001.

368. Hennan, J.K., Hong, T.-T., Shergill, A.K, Driscoll, EM,, Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. J. Pharmacol. Exp. Ther. 301: 1151-1156, 2002.

369. Hasan, A.A.K., Schmaier, A.H., Warnock, M., Normolle, D., Driscoll, E,, Lucchesi, B R., and Werns, S.W.: Thrombostatin inhibits cyclic flow variations in stenosed canine coronary arteries. Thromb Haemost. 2001;86:1296-1304.

370. Hennan, J.K., Willens, D.E., Driscoll, E.M., Hong, T.-T., Giboulot, T.A. and Lucchesi, B.R..: Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. Br J Pharmacol. 2002; 136:927-937.

371. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.: C-Reactive protein associated

increase in myocardial infarct size after ischemia/reperfusion is mediated by activation of complement. J Pharmacol Exp Ther. 2002;303:1007-1013.

372. Fischbach, P.S., Barrett, T.D., Reed, N.J., Hennan, J.K. and Lucchesi, B.R.: SNC-80-induced preconditioning: selective activation of the mitochondrial adenosine triphosphate-gated potassium channel. I Cardiovasc Pharmacol. 2003;41:744-50.

373. Hennan JK, Hong TT, Willens DE, Driscoll EM, Giboulot TA, Lucchesi BR. Prevention of experimental carotid and coronary artery thrombosis by the glycoprotein IIb/IIIa receptor antagonist CRL42796. Br J Pharmacol. 2002; 136:927-37.

374. Hennan JK, Hong TT, Shergill AK, Driscoll EM, Cardin AD, Lucchesi BR. Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. J Pharmacol Exp Ther. 2002 Jun;301(3):1151-6.

375. Rodriguez M., Lucchesi B.R., Schaper J.    Apoptosis in myocardial infarction. Ann. Med. 2002;34:470-479.

376.  Hong TT, Driscoli EM, White AJ, Sherigill A, Giboulot TA, Lucchesi BR. Glycoprotein IIb/IIIa Receptor Antagonist CRL42796, in Combination with Aspirin and/or Enoxaparin, Prevents Coronary Artery Rethrombosis after Successful Thrombolytic Treatment by Recombinant Tissue Plasminogen Activator (rt-PA)l. J Pharmacol Exp Ther. 2003;306:616-623.

377. Booth EA, Marchesi, M,. Kilbourne EJ, LucchesiBR. 17l3-Estradiol as a Receptor Mediated Cardioprotective Agent.  J Pharmacol Exp Ther. 2003 Oct;307:395-401.

378. Weber, J.E., Larkin, G.L., Boe, C.T., Fras, A., Kalaria, A.S., Maio, R.F., Lucchesi, B.R., Ensign, L., Sweeney, B., Hollander, J.E. Effect of cocaine use on bone marrow-mediated erythropoiesis. Acad. Emerg. Med. 2003;10:705-708.

379. Hennan, J.K., Willens, D.E., Driscoll, Jr., E.M., Hong, T.T., Giboulot, T., Lucchesi, B.R.: Prevention of Carotid Artery Thrombosis After Oral Administration of the Glycoprotein IIB/IIIA Antagonist CRL42796. J. Cardiovasc. Pharmacol. 2003;42:71-77.

380. Fischbach PS, White A, Barrett TD, Lucchesi BR. Risk of Ventricular Proarrhythmia with Selective Opening of the Myocardial Sarcolemmal Versus Mitochondrial ATP Gated Potassium Channel. J Pharmacol Exp Ther. 2004; 309:554-559, Jan 27 [Epub ahead of print]

381. Nieman MT, Warnock M, Hasan AA, Mahdi F, Lucchesi BR, Brown NJ, Murphey LJ, Schmaier AH. The Preparation And Characterization Of Novel Peptide Antagonists To Thrombin, Factor Vila And Activation Of Protease Activated Receptor 1 Activated Receptors. J Pharmacol Exp Ther. 2004 Jun 21 [Epub ahead of print]

382.  Booth EA, Marchesi M, Kilbourne EJ, Lucchesi BR, ] 7Beta-estradiol as a receptor-mediated cardioprotective agent. J Pharmacol Exp Ther. 2003 Oct;307(l):395-401.. Epub 2003 Jul31.

383.  Lauver DA, Booth EA, White AJ, Poradosu E, Lucchesi BR. Sulodexide attenuates myocardial ischemia/reperfusion injury and the deposition of C-reactive protein in areas of infarction without affecting hemostasis. J Pharmacol Exp Ther. 2005 Feb;312(2):794-800. Epub 2004Sep13.

384. Marchesi M, Booth EA, Davis T, Bisgaier CL, Lucchesi BR. Apolipoprotein AI Milano and l-palmitoyl-2-oleoyl phosphatidylcholine complex (ETC-216) protects the in vivo rabbit heart from regional ischemia-reperfusion injury. J Pharmacol Exp Ther. 2004 Dec;311 (3): 1023-31. Epub 2004 Sep 16,

385. Hong XT, White AJ, Lucchesi BR. Dermatan disulfate (Intimatan) prevents comple ment-mediated myocardial injury in the human-plasma-perfused rabbit heart.Int Immunopharmacol. 2005 Feb;5(2):381-91.

386. Hong T-T, VanGorp CL, Cardin AD, Lucchesi BR. Intimatan (Dermatan 4,6-O-Disulfate) Prevents Rethrombosis after Successful Thrombolysis in the Canine Model of Deep Vessel Wall Injury. Thromb Res. 2005 May 10; [Epub ahead of print]

387. Lauver DA, Lockwood SF, Lucchesi BR. Disodium Disuccinate Astaxanthin (CardaxTM) Attenuates Complement Activation and Reduces Myocardial Injury Following Ischemia/Reperfusion. J Pharmacol Exp Ther. 2005 May 4; [Epub ahead of print]

388. Rodriguez M, Cai WJ, Kostin S, Lucchesi BR, Schaper J. Ischemia depletes dystrophin and inhibits protein synthesis in the canine heart: Mechanisms of myocardial ischemic injury. I Mol Cell CardioL 2005 May;38(5):723-33.

389. Hong T-T, Huang J, Driscoll E, Lucchesi BR. The Antithrombotic Effect of Melagatran in Combination with Clopidogrel and/or Aspirin. J Cardiovas Pharmacol (accepted for publication (July 13, 2005)

**Documents reviewed by Benedict R. Lucchesi, M.D.,**
**Ph.D., M.S., F.A.H.A.**

"Relationship Between Selective Cyclooxygenase~2 Inhibitors and Acute Myocardial Infarction in Older Adults", Circulation 5/04, Solomon, Daniel H.

"Risk of Cardiovascular Events Associated with Selective Cox-2 Inhibitors", JAMA 8/01, Topol, Eric J.

"Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib", Circulation 10/01, Konstam, Marvin

"Risk of cardiovascular events and rofecoxib: cumulative meta-analysis", Lancet 11/04, Juni, Peter

"Nonsteroidal Antiinflammatory Drugs and the Risk of Myocardial Infarction in the General Population", Circulation 6/04, Rodriguez, Luis A. Garcia

Non-Steroidal Anti-Inflammatory Drugs and Risk of Serious Coronary Heart Disease", The Lancet 10/02, Ray, Wayne

"COX-2 Selective Non-Steroidal Anti-Inflammatory Drugs and the Risk of Serious Coronary Heart Disease: An Observational Cohort Study", The Lancet 1/02, Ray, Wayne

"Differential Effects of Aspirin and Non-Aspirin Nonsteroidal Anti-Inflammatory Drugs in the Primary Prevention of Myocardial Infarction in Postmenopausal Women", Epidemiology 7/00, Rodriguez, Luis A. Garcia

E-mail from Greene to Nies RE bioterrorism (CV outcomes)
(MRK-ABC0034124)

VIOXX Top 10 Obstacle Handlers Guide
(MRK-ABR0017647-17708)

Obstacle Responses for VIOXX 8-31-1999

Selling Clinics (MRIC-
AAR0028814-0028837)

Dodge Ball
(MRK-ABR0008119-0008134)
VIOXX International Patent Applications

Vioxx Patent Information

VIGOR Final Results 1

(MRK-GUE0019150;MRK-GUE0019185-0019198)

FDA Public Health Advisory

T. Musliner Memo Re Anticipated Consequences of NSAED Anti-Platelet
Effects of Cardiovascular Events 11-21-96
(MMC-GUE0021986-0021996)

Merck Manual Excerpts (16th Ed,)

Merck Manual Excerpts (17th Ed.)

E-mail from Williams, George to Nies, Alan RE Ad Safety Data-Imbalance in the
Number of Deaths (Memo Attached)
(LEH0071074-0071085)

Memo from Bain, Raymond to Chen, Joshua 5-1-01 RE Protocol 091, 078,
126 (Morrison Exhibit 47)
(MRK-ABY0030000-0030030)

Deaths in MK-0966 Studies 078,091,126 (Morrison Exhibit 31)
(MRK-AAX0000696-0000705)

Dr. James Fries to Gilmartin Letter 1-9-01
(MRK-GUE0058858-0058861)

Gilmartin to Fries Letter 1-23-01
(MRK-LAU0033875-0033876)

Daniels to Simon Ehrich Morrison Reicin E-rnail Re GI Outcomes Trial Protocol 2-26-97

E-mail from Reicin Re Carlo Pationo on VIGOR 3-28-00
(MRK-GUE0055263)

Bolognese to Scolnick Email Re ASA Use predicted PUB Rate 1-19-01
(MRK-GUE0056505-0056506)

Capizzi, Thomas to Binkowitz Bolognese Cook Peszek Shapiro Zhang Re
Interaction 4-22-99
(MRK-GUE0008582-0008583)

E-mail Reicin to Shapiro Nies Scolnick Re VIGOR (CV Events are clearly
there) 3-10-00
(MRK-GUE00003399)

E-mail from Gresser, Michael to Ehrich, Elliot RE stroke outcomes 1-9-00

(MRK-GUE0002845)

Scolnick to Greene, Nies, Reicin, Goldman, Gertz Re VIGOR Adv.. Meeting 1-21-01
(MRK-GUE0056507)

Dr. Michael Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 10-4-99
(MRK-GUE0035174-0035175)

Dr. Michael Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 11-18-99
(MRK-GUE0035229-0035230)

Dr. Michael Weinblett Letter to Shapiro (Re Data Safety & Monitoring
Board) Interim Analysis of VIGOR-Unblinded Minutes 12-22-99

CJ Hawkey letter to C.Bombardier 3-16-00

Q&A VIOXX Voluntary Withdrawal Leader Communication Final 9-30-04
(MRK-ACS0011848-0011859)

Important Correction of Drug Information Nov 01
(MRK-ABR A 0000001-0000004)

Important Correction of Drug Information Nov 01
(MRK-ABR A 0000005-0000007)

Draft Important Correction of Drug Information Nov 01
(MRK-ABO0000246-0000247)

Draft Important Correction of Drug Information Nov 01
(MRK-ABO0000248-0000249)
Dear Doctor Letter
(MRK-ABO0000166-0000167)

Pemrick Executive Summary & Minutes may VIOXX Project Team Meeting 6-8-98
(MRK-GUE0051591 -0051642)

Mercks JAMA Rebuttal to Topols Special Communication August 2001
(MRK-ABO0000059-0000064)

Memo to Sherwood from Baumgartner Re Gurkipal Singh 10-4-00
(MRK-ACX0005129-0005132)

Ad News Brand of the Year

(MRK-ABO000071-0000176)

Memo from Grosser RE Arthritis & Analgesia (A&A) Business Strategy Team Meeting
Agenda
(MRK-ABW0005654-0005656)

Letter to Dixon, Wendy from Alirens, Ronald 11-12-01
(MRK-ABW0002095-0002097)

E-mail from Scolnick, Edward to Anstice, David RE Vioxx Label 10-16-01
(MRK-ABW0004799)

Vioxx 2002 Profit Plan
(MRK-ABW0003742; MRK-ABW0008657)

E-mail from Anstice to Dixon RE Dorothy Quantitative Results 11-14-01
(MRK-ABW0003613-0003614)

Cardiovascular and Renal Review 9-10-01
(MRK-ABW0008495-0008514)

Publications Renal Safety
(MRK-ABW0011264-0011273)

Memo from Villalba, Maiia Lourdes to Goldkind, Lawrence 3-12-02

E-mail from Morrison, Briggs to Shapiro Re paper to JAMA
(MRK-ACF0005697-0005699)

Clinical Investigators Confidential Informational Brochure 9-28-94
(MRK-BAR0080602-008685)

Memo from Rush, Janet to Dixon, Wendy RE Risk of Hypertension 12-26-00
(MRK-ABW0002951-0002953)

E-mail from Moan, Andreas RE Understanding the BP in our studies 04-17-01
(MRK-ABW0002827)

E-mail from Shapiro to Barr 1-29-01
(MRK-ACF0004015-0004016)

E-mail from Sperling, Rhoda to Nies & Dixon RE CV Meta Analysis Journal Selection
(MRK-ABW0010182-0010184)

E-mail from Nichtberger, Steven to Dixon RE High CV Risk Patients
(MRK-ABW0008875-0008876)

Telecon Minutes 2-08-02
(MRK-AAB0082113-0082114)

Telecon Minutes 3-07-02
(MRK-AAB0082116-0082117)

Telecon Minutes 3-20-02
(MRK-AAB0082119-0082121)

Merck Press Release Confirms Favorable Cardiovascular Safety Profile of Vioxx 5-22-01
(MRK-ABW0001267-0001269)

Merck Press Release Stands Behind the Cardiovascular Safety Profile of Vioxx
(MRK-ABW0000270-0000273)

DTC Advertising RE Prescription increase as drugmakers spend more on Ads

E-mail from Reicin to Dixon RE Meta Analysis Article 10-05-01
(MRK-ABW0004641)

Cardiovascular Safety Issues Raised in FDA Advisory Committee Meetings 8-27-01
(MRK-ABW0001202-0001244)

Letter to Westrick, Ellen from Salis, Spencer 12-16-99
(MRK-AB W0001245-0001248)

Letter to Westrick, Ellen from Salis, Spencer 12-12-00
(MRK-AB W0001249-0001250)

Summary of Cardiovascular Endpoints
(MRK-ABW0009359)

Memo from Grosser RE Arthritis & Analgesia (A&A) Business Strategy Team Meetings 9-17-01
(MRK-ABW0005654-0005656)

Memo 12-5-01 To Human Health PAC from Arthritis & Analgesia Core Franchise Team
(MRK-AAX0003153-0003227)

Summary of Prepared Testimony Raymond Gilmartin 11-18-04

Merck Vioxx Timeline

Merck Timeline of Epidemiological Studies Involving Vioxx or NSAIDs

Public Health Advisory on Non-Steroidal Anti-Inflammatory Drug Products (NSAIDs)

MK-966-Phase III Osteoarthiitis Clinical Development Strategy 7-2-96
(MRK-ABC00015 78-0001599)

Project Team Minutes 1-7-97
(MRK-NJ0000246-0000247)

Project Team Minutes 11-17-97
(MRK-NJO051354-051367)

Merck Memo from Doug Watson RE 5-15-98 COX-2 Cardiovascular SAE Surveillance
Task Force Meeting Minutes Revised
(MRK-AFO0023534-0023536)

Memo Draft from Chris Brett & Ken Truitt to RMC Members RE Confirmed Serious
Thromboembolic Events Over Time in Vigor 9-27-01
(MRK-ABH0001559-0001568)

E-mail from Gould, Robert to Scolnick RE Vioxx and African Green Monkey Studies
(MRK-ABH0001398)

Daily Records of Events 2-9-01 - 9-6-01

E-mail from McKinney to Bousfiled RE Paul Emery-concerns about VIOXX following
recent meeting in Finland 9-14-00
(MRK-NJO035473-035476)

Letter to Alan Nies from John Oates 11-5-97
(MRK-NJO152620-152623)

Letter to Barry Gertz from John Oates 11-17-97
(MRK-ABC0002150)

Scientific Advisors' Meeting May 3- May 6
(MRK-AEI0002734-0002746)

E-mail from Reicin to Distlerath RE Vigor Materials 3-26-00
(MRK-ABD0001986-0001987)

Warning Letter 9-17-01

E-mail from Shaw to DiBattiste RE CV outcome total cost-still high
(MRK-ABA0012287-0012292)

E-mail from Richard and Jane Dybas to Peter Kim RE Merck's stock retreats over Vioxx concerns

National Thought Summary- Vigor Study 01-31-01
(MRK-AFI0010255)

E-mail from Watson, Douglas to Guess, Harry RE Vioxx Cohort Study 10-01-01
(MRK-ABY0030147-0030148)

FDA Advisory Committee Briefing-Vioxx Gastrointestinal Safety 02-08-01

E-mail from Simon to Gertz; Bolognese RE CV Event Counts 02-25-02
(MRK-ABS0372399-0372401)

Memo from Simon to Reines 03-06-02 RE Minutes of Teleconference of ESMB
(MRK-ABS0373841-0373845)

E-mail from Reines to Simon RE feedback from ESMB meeting-Vioxx colon polyp study
01-24-02
(MRK-ABS0346030-0346033)

E-mail from Anstice to Scolnick RE Analyst Report on VIOXX 12-06-01
(MRJK-ABI0005912-0005915)

E-mail from Basaman to Demusz, et.al. RE Wall Street Journal story 05-01-00
(MRK-ABI0001949-0001950)

E-mail from Reicin to Scolnick RE RA and CV mortality 04-12-00
(MRK-ABC0033809)

E-mail from Reicin, Alise to Kim, Peter RE More Diclofenac Data 03-05-02
(MRK-AFJ0002573)

E-mail from Scolnick to Gilmartin; Anstice RE Monday MC 01-31-01
(MRK-ACR0008985)

E-mail from Scolnick to Shapiro RE Talk 02-11-00
(MRK-NJO130070-130073)

E-mail from Bazmi to Reicin RE VA Questions on VIGOR Trial 10-25-00
(MRK-ACX0005372-0005375)

Letter to Healthcare Provider from Sherwood, Louis, MD. August 2001
(MRK-AAR0021110)

Multi-Disciplinary Advisory Board Members (MRK-ACX0005041)

E-mail from Demopoulos, Laura to Greene, Douglas Dn, et. al. RE Topol Manuscript 06-12-01
(MRK-ABA0009600)

Recommended Plan-Targeted A&A Thought Leaders
(MRK-NJO197019-197028)

E-mail from Reicin to Beauchard, et, al. RE ACR-2000 Master MEMO-Final 08-28-00
(MRK-ABK0104367-0104369)

Physicians To Be Neutralized (MRK-AFI0043351)

Letter Woodshed to Singh (MRK-ABO0003959)

E-mail from Baumgartner to Mendez RE Physicians to Neutralize 04-29-99
(MRK-AFI0201399)

E-mail from Mendez to Baumgartner RE Physicians to Neutralize 04-29-99
(MRK-AFI0174637)

E-mail from Freundlich to Baumgartner RE Physicians to Neutralize 07-26-99
(MRK-AFI0044662-0044665)

E-mail from Baumgartner to Johnson RE Physicians to Neutralize 07-23-99
(MRK-AFI0044563)

E-mail from Baumgartner to Johnson RE Physicians to Neutralize 07-23-99
(MRK-AFI0044569)

Physicians Neutralized Chart (MRK-AFI0201416-0201442)

E-mail from Silverman to Blois, et. al. RE VIOXX Draft Label 10-15-01
(MRK-NJO209457-209478)

E-mail from Scolnick to Blois; Goldman RE Vioxx US circular' 05-14-99
(MRK-ABH0015578)

E-mail from Scolnick to Greene; Goldmann RE History Lesson 11-08-01
(MRK-AFJ0001537)

FDA Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products-Medical Officer Review-VIOXX (Rofecoxib)

Vioxx Label Change Q&A 04-11-02
(MRK-ABG0001226-0001243)

Labeling Requirements 2003

Expert Advisory Committee on Pharmacovigilance - Minutes 01-24-02

VIOXX Gastrointestinal Outcome Research - Arthritis Advisory Committee Meeting 02-08-01

Memo from Targum, Shari to Cook, Sandra; Villalba, Marie RE Review of Cardiovascular
Safety Database 12-08-00
(MRK-NJO265620-265656)

Letter to Silverman from Castle 01-31-01
(MRK-NJO265619)

Summary Plan for 2002
(MRK-ABW0010153-0010159)

Results of Label Message Test for VIGOR
(MRK-ABI0003479-0003481)

Memo from Anstice to Carroll, et. al. RE VIOXX 02-23-98
(MRK-ABI00015 56-0001602)

Incidence Rate Deaths by Treatment (MRK-NJO273594)

Letter to Scolnick from Oates 08-13-99
(MRK-N.IO155912-155916)

E-mail from Garret to Nies RE Cox-2 10-24-97
(MRK-N.IO051533-051534)

E-mail from Bell to Sauers RE Slides 09-11-00
(MRK-AFE0000342-0000377)

E-mail from Bell to Sauers RE Slides 09-11-00
(MRK-AFE0000342-0000377)

E-mail from Bell to Sauers RE Slides 9-11-00
(MRK-AFE0000336-0000341)

Email from Pemrick to Harper, et. Al. RE Minutes for December's VIOXX (MK-0966)
Project Team Meeting 01-09-98
(MRK-GUE0051402-0051451)

E-mail from Nies to Geitz RE Carlo Patrono on VIGOR 03-28-00
(MRK-NJO189508-189509)

Background Information   (MRK-ABW0016557-0016565)

E-mail from Morrison to Wolf RE CV Outcome Total Cost - Still High 10-09-01
(MRK-NJO030204)

Letter to Francesca from Unknown (MRK-NJO033554)

Letter to Unknown from Unknown (MRK-NJO017610)

Letter to Morrison from FitzGerald RE MK966 in the Elderly 02-17-98
(MRK-NJO017825-017853)

E-mail from Santanello to Cannuscio RE Preliminary Comments on Study by Ray et. al,
01-16-02
(MRK-ACTOOO3319-0003320)

E-mail from Pemrick to Kom, et. al. RE Minutes for June's MK-0966 (VIOXX) PT
Meeting 07-10-98
(MRK-AEH0009025-0009093)

E-mail from Laurenzi to Schwartz RE URGENT! CARL PATRONO-EULAR 06-19-00
(MRK-ADL0082177)

E-mail from Laurenzi to Daniels, et. al. RE Urgent-Patrono-EULAR 06-20-00
(MRK-ADL0082197)

Memo from Nies RE FYI 09-29-98
(MRK-ABK0311068)

Memo from Laurenzi to Nies RE Proposal from Prof Patrono 09-28-98
(MRK-ABC0002198)

Letter from Patrono to Laurenzi 09-09-98
(MRK-ABC0002199-0002200)

E-mail from Ford-Hutchinson to Scolnick RE Tylenol and Cox-2 01-13-98
(MRK-ABH0014002)

E-mail from Shapiro to Scolnick RE Talk 02-11-00
(MRK-NJO130074-130077)

E-mail from Anstice to Scolnick RE Analyst Report on VIOXX 12-06-01
(MRK-ABI0005904-0005906)

E-mail from Scolnick to Demopoulos RE CV study design 11-21-01
(MRK-AAZ0003351)

E-mail from Demopoulos to DiBattiste RE CV study design 11-21-01
(MRK-ABA0014165)

E-mail from Fanelle to Gertz RE Advantage Release 05-23-01
(MRK-NJO193671-193 672)

Board of Advisors 04-27-00
(MRK-ABC0022825-0022878)

E-mail from Kim to Gertz RE VIOXX Memo for FDA management 01-21-02
(MRK-NJO443360-443361)

E-mail from Metters to Riendeau, et. al.   RE Article of Interest-Relationship Between
COX-2 Expression and PGI2 Synthesis 01-28-02
(MRK-AEF0000025-0000026)

E-mail from Nies to Gertz; Reicin RE Hi 03-24-00
(MRK-NJO284590)

E-mail from Scolnick to Greene RE CV Study Design 11-21-01
(MRX-ACR0009294)

E-mail from Ng to Van Adelsberg RE VICTOR cv counts 10-13-04
(MRK-AFL0016809)

E-mail from Reicin to Scolnick RE Additional Article Request 03-13-00
(MRK-ABH0017386)

E-mail from Hanton to Library MRL 86 RE Additional RUSH Article Request 03-12-00
(MRK-ABT001235 7-0012364)

Merck Informs Investigators of Preliminary Results of Gastrointestinal Outcomes Study
with VIOXX 03-27-00

E-mail from Ju to Scolnick RE F/U on Cardiovascular Events in VIOXX Low Back Pain
Study 121 08-31-00
(MRK-ABH0018405-0018407)

E-mail from Scolnick to Gilmartin, et. Al. RE Vioxx Strategy 06-22-98
(MRK-ABI0001223)

E-mail from Capizzi to Shapiro RE Memo re: anticipated CV events in a COX-2
megatrial

02-14-00
(MRK-NJO120741 -120742)

E-mail from Capizzi to Shapiro RE Memo re: anticipated CV events in a COX-2 megatrial
02-14-00
(MRK-NJO 120754-120756)

Memo from Musliner to Friedman, et. al. RE Anticipated Consequences of NSAID
Antiplatelet Effects on Cardiovascular Events and Effects of Excluding Low-Dose Aspirin
Use in the Cox-2 GI Outcomes Megatrial 11 -21-96 (MRK-NJO189500-189507)

## ABSTRACTS

1.    Moore, J.I. and Lucchesi, B.R.: Effects of dichloroisoproterenol on cardiac conduction and refractory periods.   Pharmacologist 1: 76, 1959.

2.    Lucchesi, B.R.:    The reversal of ouabain induced cardiac arrhythmias by dichloroisoproterenol. Fed. Proc. _19: 121, 1960.

3.    Stickney, J.L., Lucchesi, B.R. and Abrams, G.D.:    Pharmacological alterations of the response of the mammalian heart to acetyistrophanthidin. Fed. Proc. 25: 621, 1966.

4.    Preston, T.A., Fletcher, R.D., Lucchesi, B.R. and Judge, R.D.:    Myocardial threshold changes in humans. Circulation 34:111-91, 1966.

5.    Kniffen, F., Medina, M. and Lucchesi, B.R..: The positive inotropic effect of insulin in the depressed heart. Pharmacologist 12: 1970.

6.    Lucchesi, B.R. and Hodgeman, R.J.:    Myocardial and coronary vascular responses to adrenergic stimulation before and after AY 21-011, a cardioselective beta-adrenergic receptor blocking agent. Pharmacologist 12: 1970.

7.    Kirsh, M,., Kahn, D.R., Morres, W.Y., Gago, O., Lucchesi, B-R. and Sloan, FL:   Effect of glucagon on pulmonary hypertension. Circulation 42:111-125, 1970.

8.    Lucchesi, B.R., Schuster, D.P., Nobel, N.L., Mimnaugh, M..N. and Counsell, R.E.: Antiarrhythmic activity of dimethyl quaternary propranolol, UM-272. Fed. Proc. 31: 354, 1972.

9.,    Vogel, W.M., Zannoni, V. and Lucchesi, B.R.:   Inability of methylprednisolone (MP) to reduce infarct size in dogs. Circulation 54:11-161, 1976.

10.   Ku, D.D., Peterson, A.C. and Lucchesi, BR.:   Effects of dimethyl quaternary analog of propranolol (UM-272, SC-277611) on myocardial ischemic injury after coronary artery occlusion: Assessed by electrocardiographic and enzymatic changes. Fed. Proc. 36: 1977.

11.   Ku, D.D. and Lucchesi, B.R.:    Ischemia-induced alterations in cardiac sensitivity to digitalis. Circulation 56:11-611, 1977.

12.   Keyes, J.W., Jr., Leonard, P.F., Brody, S.L., Svetkoff, D.J, Rogers, W.L. and Lucchesi, B.R.: Quantification of myocardial infarct size by radionuclide computed tomography. Circulation 56: H-237, 1977.

13.   Gibson, J.K., Burmeister, J.L. and Lucchesi, B.R.:    Electrophysiologic changes in the ischemic canine heart as effected by pranolium (UM-272). Fed. Proc. 37: 2715, 1978.

14.   Vogel, W.M., Lun, D., Romson, J. and Lucchesi, B.R.:   Protection of globally ischemic cats' hearts by N-dimethyl propranolol (UM-272). Fed. Proc. 37: 124, 1978.

15.   Gibson, I K , and Lucchesi, B.R.: Effect of pranolium on ventricular tachycardia induced in canine myocardium after myocardial infarction.   Circulation 58: II-45, 1978.

16.   Morcillo, E., Lucchesi, B.R. and Pitt, B.: Influence of prostaglandin synthesis inhibition on canine peripheral vascular response to vasodilator agents.   Proceedings of Seventh International Congress of Pharmacology, Paris, 1978.

17.   Drescher, C.W., Chucales, A.G., Grocock, A.M. and Lucchesi, B.R.:   The effects of BL-4162A on the development of coronary artery thrombosis in the conscious dog. Presented at the Midwest Student Medical Research Forum X, The University of Michigan, 1979.

18.   Patterson, E., Stetson, P. and Lucchesi, B.R.:   Disopyramide plasma and myocardial tissue