concentrations as they relate to antiarrhythmic activity. Am. J. Cardiol. 43: 358, 1979.

19.    Stewart, JR., Burmeister, W.E., Burmeister, J.L. and Lucchesi, B.R.:  Electrophysiologic and antiarrhythmic effects of phentolamine in experimental coronary artery occlusion and reperfusion in the dog. Am. J. Cardiol. 43: 359, 1979.

20.    Anderson, J., Patterson, E., Conlin, M., Pitt, B. and Lucchesi, B.R.: Clinical and laboratory pharmacokinetics of bretylium using a new drug assay. Circulation 60:11-201, 1979.

21. Patterson, E., Burmeister, W.E. and Lucchesi, B.R.: Phannacologic protection of ischemic canine myocardium by combined administration of propranolol and phentolamine. Circulation 60:11-214, 1979.

22. Gibson, J.K., Stewart, J.R., Li, Y.., and Lucchesi, B.R.: Electrophysiologic effects of bretylium tosylate during coronary artery occlusion and reperfusion. Circulation 60:11-85, 1979.

23.    Stewart, J.R., Gibson, J.K., Pitt, B. and Lucchesi, B.R.:  Post-infarction arrhythmias in the conscious dog: Electrophysiologic observations. Circulation 60:11-159, 1979.

24.    Gibson, J.K., Korn, N.X., Counsell, R.E. and Lucchesi, B.R.:    Tissue distribution and antiarrhythmic action of N-dimethyl propranolol (UM-272) in the dog. Fed. Proa. 38: 697, 1979.

25.    Burmeister, W.E, and Lucchesi, B.R.:    Protection of the ischemic myocardium by phentolamine and propranolol. Fed. Proc. 38: 694, 1979.

26.    Bush, L., Vogel, W., Warren, S., Shlafer, M. and Lucchesi, B.R.:  Prevention of ischemia-induced loss of ventricular compliance, contractility and microsomal calcium accumulation by propranolol and its dimethyl analog. Fed. Proc. 38: 530, 1979.

27.    Stewart, J.R., Gibson, J.K., Li, Y.P., Pitt, B. and Lucchesi, B.R.:   Effect of infarct size reduction by propranolol on post-infarction arrhythmias. Clin. Res. 27: 206A, 1979.

28.    Brymer, J.F., Stetson, P., Walton, J.A., Jr., Lucchesi, B.R. and Pitt, B.:   Correlation of hemodynamic effects and plasma levels of nitroglycerin. Clin. Res. 27: 229A, 1979.

29.    Bush, L.R., Vogel, W.M., Shlafer, M. and Lucchesi, B.R.:  Dimethyl propranolol prevents ischemia-induced loss of ventricular compliance and microsomal Ca-accumulation. J. Mol. Cell. Cardiol. 1(Suppl. 1): 12, 1979.

30.    Anderson, J., Patterson, E., Conlon, M., Pitt, B. and Lucchesi, B.R.: Clinical and laboratory pharmacokinetics of bretylium using a new drug assay. Circulation 60:11-201, 1979.

31.    Anderson, J.L., Patterson, E., Conlon, M.L., Pasyk, S. and Lucchesi, B.R.:    Kinetics of antiarrhythmic effects of bretylium:  Correlation with myocardial drug concentrations.  Am. J. Cardiol. 45: 474, 1980.

32. Gibson, J.K., Patterson, E. and Lucchesi, B.R.:  Supression of reentrant ventricular tachycardia in post-infarction canine myocardium by UM-424.  Fed. Proc. 39: 10, 1980.

33. Patterson, E., Gibson, J.K. and Lucchesi, B.R.:  Eletrophysiological actions of diopyramide in acute myocardial ischemia.  Fed. Proc. 39: 627, 1980.

34. Romson, J.L. and Lucchesi, B.R.:  The antithrombotic effects of ibuprofen in a conscious canine model of coronary artery thrombosis. Fed. Proc. 39: 627, 1980.

35.    Bush, L.R., Haack, D.W., Shlafer, M. and Lucchesi, B.R.:   Prevention by propranoloi or atenoiol of ischemia-induced ultrastructural damage in isolated blood-perfused hearts. Fed. Proc. 39:531, 1980

36.    Haack, D.W., Bush, L.R., Shlafer, M. and Lucchesi, B.R.: Lanthanum staining of coronary

microvascular endothelium: Effects of ischemia, propranolol and atenoiol. Fed. Proc. 39: 774, 1980.

37.   Shlafer, M. Bush, L.R. and Lucchesi, B.R.:   Prevention by propranolol or atenolol of ischemic-induced losses of contractile and subcellular functions in isolated blood-perfused hearts. Fed. Proc. 39: 1002, 1980.

38.   Anderson, J.L., Patterson, E., Wagner, J.G., Stewart, J.R., Behm, H..L. and Lucchesi, B.R.: Comparative disposition of oral versus intravenous bretylium in man. Clin. Res. 28: 233A, 1980.

39.   Romson, J., Bush, L.R., Haack, D,W. and Lucchesi, B.R.:   Protection of ischemic canine myocardium with oral ibuprofen. Circulation 62: III-240, 1980.

40.   Gibson, J.X., Patterson, E., Abrams, G.D., Lucchesi, B.R.:   Relationship of ventricular fibrillation to histologic changes in a canine model of chronic myocardial ischemic injury. Circulation 62:111-196, 1980.

41.   Anderson, J.L., Patterson, E., Wagner, J.G.., Lucchesi, B.R., Johnson, T.A. and Pitt, B.: Oral bretylium (B) in patients with recurrent ventricular tachycardia or fibrillation: Pharmacodynamics, efficacy, comparison with IV therapy. Circulation 62: HI-180, 1980.

42.   Romson, J.L., Haack, D.W. and Lucchesi, B.R.:   The antithrombotic and hemodynamic effects of prostacyclin infusion in the dog. Circulation 62:111-165, 1980,

43.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.:   Suppression of reentrant ventricular tachyarrhythmias by chronic bretylium therapy in postinfarction conscious dogs. Circulation 62: III-140, 1980.

44.   Rizi, H.R., Pasyk, S., Fiedler, V.B., Mori, K.W., Lucchesi, B.R., Pitt, B. and Keyes, J.W., Jr.: TL-201 transaxial ECT: In vivo quantification of myocardial ischemia in dogs. Society of Nuclear Medicine, 28th Annual Meeting, 1981.

45.   Lucchesi, B.R., Bush, L.R., Romson, J.L.: Beneficial effects of diltiazem (D) during global and regional myocardial ischemia. Presented at the Symposium on Calcium Blocking Agents, "A Novel Intervention for Treatment of Cardiac Disease: (A satellite symposium to the VIII International Congress of Pharmacology), Tokyo, Japan, 1981.

46.   Patterson, E., Gibson, J.K. and Lucchesi, B.R.: Electrophysiologic actions of'Hdocaine in a canine model of chronic myocardial ischemic injury-arrhythmogenic actions of lidocaine. Circulation 64: 1V-123, 1981.

47.   Patterson, E., Holland, K., Eller, B. and Lucchesi, B.R.:   Ventricular fibrillation resulting from ischemia at a distant site in a conscious canine model of sudden coronary death. Circulation 64: IV-218, 1981.

48.   Patterson, E., Holland, K. and Lucchesi, B.R.: Prevention of ventricular fibrillation by bretylium in a conscious canine model of sudden coronary death. Circulation 64: IV-125, 1981.

49.   Patterson, E. and Lucchesi, B.R.:   Antifibrillatory properties of nadolol – Lack of correlation between ventricular fibrillation threshold determinations and programmed electrical stimulation. Circulation 64: IV-125, 1981.

50.   Bush, L.., Shlafer, M., Jolly, S. and Lucchesi, B.R.:   Preservation of contractile and subcelluiar function of diltiazem after global ischemia in isolated, blood-perfused cat hearts. Circulation 64: IV-99, 1981.

51.   Shea, M.J., Driscoll, E.M., Romson, J.L. and Lucchesi, B.R.: Effect of OKY-1581 (O), a thromboxane synthetase inhibitor, on coronary thrombosis in the conscious canine.  Circulation 64:IV-281, 1981.

52. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.: The antifibrillatory actions of clofilium in the ischemic canine heart. Circulation 64: IV-124, 1981.

53. Lucchesi, B.R., Jolly, S.R., Bailie, MB. and Abrams, G.D.:   Protection of ischemic myocardium by BW755C. Fed. Proc. 41: 8576, 1982.

54. Bailie, M.B., Joily, S.R. and Lucchesi, B.R.:   Reduction of myocardia! ischemic injury by superoxide dismutase plus catalase. Fed. Proc. 41: 8574, 1982.

55. Jolly, S.R., Kopia, G.A. and Lucchesi, B.R.:   Protection against ischemic injury by lodoxamide (L) in the isolated blood perfused cat heart. Fed. Proc. 41: 7957, 1982.

56. Eiler, B.T., Patterson, E. and Lucchesi, B.R.:   Protection from ventricular fibrillation by UM-272 in a conscious canine model of sudden coronary death. Fed. Proc. 41: 8433, 1982,

57. Romson, L, Hook, B., Rigot, V., Swanson, D. and Lucchesi, B.R.:   Effect of ibuprofen on the accumulation of 1 1 1 -In leukocytes and platelets in infarcted dog myocardium. Fed. Proc. 41: 8752, 1982,

58. Kopia, G.A., Hess, T.A. and Lucchesi, B.R.:   Role of the sympathetic nervous system in bretylium's antifibrillatory action. Fed. Proc. 41: 8577, 1982.

59. Hook, B. and Lucchesi, B.:   The effect of ibuprofen on the accumulation of 111-Indium labeled platelets in acute canine myocardial infarction. Clin. Res 30: 811 A, 1982.

60. Bailie, M. and Lucchesi, B.:  Protective effects of lodoxamide tromethamine on global and regional myocardial ischemia. Clin. Res. 30: 815A, 1982.

61. Jolly, S.R., Kipnis, J.M. and Lucchesi, B.R.:   Myocardial depression by verapamil: Synergism with propranolol and reversal by glucagon.. J. Mol Cell. Cardiol. 14: 41, 1982.

62. Lucchesi, B.R. and Jolly, S.R.:   Protective effects of lodoxamide tromethamine  in myocardial ischemia. J. Mol. Cell. Cardiol. 14: 47, 1982.

63. Patterson, E, and Lucchesi, B.R.:   Antifibrillatory actions of the beta-adrenergic receptor antagonists, nadolol and sotalol. Circulation 66: 11-131, 1982.

64. Patterson, E. and Lucchesi, B.R.:   Ventricular fibrillation in a conscious canine model of sudden coronary death - Prevention by chronic amiodarone therapy. Circulation 66:11-132, 1982.

65. Schumacher, W.A., Armada, A.M. and Lucchesi, B.R.: Effect of thromboxane synthetase inhibitor UK-37-428 (Dazosiben) upon coronary artery thrombosis and platelet aggregation. Circulation 66: II-321, 1982.

66. Romson, J., Hook, B., Kunkel, S., Abrams, G. and Lucchesi, B.R.: Reduction in myocardial infarct size by neutrophil depletion in the dog. Circulation 66: II-85, 1982.

67. Jolly, S.R., Kipnis, J.M and Lucchesi, B.R.:  Experimental cardiac depression by verapamil: Reversal by glucagon. Circulation 66: 11-139, 1982.

68. Anderson, J.L., Brodine, W.N., Patterson, E., Marshall, H.W., Allison, S.D. and Lucchesi, B.R.: Serial electrophysiologic effects of bretylium in man. Circulation 66: 11-142, 1982.

69. Patterson,  E., Amalfitano, D.J. and Lucchesi, B.R.:   The antifibrillatory effects of bethanidine - lack of dependence upon adrenergic actions. Fed. Proc. 42: 635, 1983.

70. Hook, B.G., Romson, J.L., Jolly, S.R., Bailie, M.B., and Lucchesi, B.R.:   The effect of zomepirac on experimental coronary artery thrombosis and ischemic myocardial injury.   Fed. Proc. 42: 1290, 1983.

71.   Jolly, S.R., Romson, J,L., Hook, B.G., Kane, W.J. and Lucchesi, B.R.: Effect of zomepirac on arachidonic acid induced coronary vasodilation. Fed. Proc. 42: 1290, 1983.

72.   Schumacher, W.A, Driscoll, E.M., and Lucchesi, B.R.:  Thrombolysis of coronary artery thrombi by streptokinase in dogs. Fed. Proc. 42: 1292, 1983.

73.   Mitsos, S.E., Jolly, S.R. and Lucchesi, B.R.:   Recovery of myocardial function in the globally ischemic isolated cat heart with Aicarboside. Fed. Proc. 42: 1359, 1983.

74.   Kane, W.J., Jolly, S.R. and Lucchesi, B.R.:   Reduction of myocardial infarct size by FPL-55712. Fed. Proc. 42: 1360, 1983.

75.   Lucchesi, B.R. and Patterson, E.:  Effects of diltiazem in a conscious canine model of sudden coronary death. Fed. Proc. 42: 845, 1983.

76.   Gadsby, J.E., Schwartz, T.S., Keyes, P.L., Bill, C.H., II, Kopia, G. and Lucchesi, B.:  Do catecholamines play a physiological role in the maintenance of the rabbit corpus luteum? Society for the Study of Reproduction, 1983.

77.   Patterson, E., Shlafer, M., Walden, K.M., Montgomery, D.G., and Lucchesi, B.R.: Depression of cardiac mitochrondrial respiratory activity by chronic amiodarone treatment - Reversal by T3. Circulation 68: 111-66, 1983.

78.   Patterson, E. and Lucchesi, B.R.:  Quinidine gluconate in chronic myocardial ischemic injury - Differential effects in response to programmed stimulation and acute myocardial ischemia in the dog. Circulation 68: III-155, 1983.

79.   Jolly, S.R., Kane, W.I., Bailie, M.B., Abrams, G.D. and Lucchesi, B.R..:  Reduction of reperfusion injury after canine myocardial ischemia by superoxide dismutase plus catalase. Circulation 68: HI-185, 1983.

80.   Driscoll, E.M., Schumacher, W.A., Kunkel, S.L., Buda, A.J., Wilbet, D.J., and Lucchesi, B.R.:  Effects of neutrophil and platelet depletion on coronary artery thrombosis in conscious dogs. Fed. Proc. 43: 409, 1984.

81.   Lynch, J.J.,   Wilber, D.J., Montgomery, D.G. and  Lucchesi,  B.R..: Antiarrhythmic/antifibrillatory actions of the optical isomers of sotalol in the conscious postinfarction canine heart.  Fed. Proc. 43: 3259, 1984.

82.   Hook, B.G., Lee, D.L., Schumacher, W.A., Jolly, S.R., and Lucchesi, B.R.:  Experimental coronary artery thrombosis: Actions of the thromboxane synethetase inhibitor, U63557A.  Fed. Proc. 43: 296, 1984.

83.   Mitsos, S.E., Jackson, C.V., Driscoll, E.M. and Lucchesi, B.R.:  The effect of bepridil on irreversible myocardial ischemic injury.  Fed. Proc. 43: 1486, 1984.

84.   Jackson. C.V.,  Simpson,  PI.  and Lucchesi, B.R.:    Effects of bepridil on  global ischemia/reperfusion-induced injury of the isolated blood perfused cat heart.   Fed. Proc. 43: 1485, 1984.

85.   Jolly, S.R. and Lucchesi, B.R.: Reduction of regional segmental function by intracoronary leukotrine $C_4$ ($LTC_4$) in the dog. Fed. Proc. 43: 298, 1984.

86.   Schumacher, W.A., Lee, E.C. and Lucchesi, B.R.:   Streptokinase (SK) thrombolysis in dogs: Potentiation by heparin (H) and prostacyclin (PGI,). Fed. Proc. 43: 297, 1984.

87.   Buda, A.J., Schumacher, W.A., Pasyk, S., Pitt, B. and Lucchesi, B.R.:  Comparison of regional left ventricular dysfunction following mechanical and thrombotic coronary occlusion. Clin., Res. 32: 153A, 1984.

88.   Mitsos, S.E., Walden, KM., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Myocardial reperfusion injury:   Protection by free radical scavenger, N-2-mercaptopropionyl glycine. Circulation 70:11-259, 1984.

89..  Wilber, D.J., Lynch, J.J., Pitt, B. and Lucchesi, B.R.: Electrophysiologic changes in acute ischemia: Role of alpha-1 adrenergic mechanisms. Circulation 70: 11-226,1984.

90.   Wilber, D.L., Lynch, J.J., Pitt, B. and Lucchesi, B.R.: Protective effect of alpha-1 blockade in a conscious canine model of sudden death. Circulation 70: 11-179, 1984.

91.   Werns, S., Shea, M., Driscoll, E., Cohen, C, Pitt, B. and Lucchesi, B.R.:   Superoxide dismutase but not catalase protects reperfused ischemic myocardium.   J. Am. Coll. Cardiol. 5: 489,1985.

92.   Werns, S.W., Shea, M.J., Driscoil, E.M., Mitsos, S.E., Fantone, J.C., Pitt, B. and Lucchesi, B.R.: Effect of xanthine oxidase inhibition on canine myocardial ischemia. Clin. Res. 33(2): 237A, 1985.

93.   Lucchesi, B.R., Lee, E.C and Schumacher, W.A.:   Coronary flow responses to platelet activating factor: Release of a platelet-derived coronary artery vasodilator. Fed. Proc. 44: 1100, 1985.

94.   Simpson, P.J., Liddicoat, J.R., Ventura, A., Abrams, G.D, and Lucchesi, B.R.:   Canine regional myocardial ischemia and reperfusion:   Effects of PGI, on infarct size.   Fed. Proc. 44: 1891, 1985.

95.   Driscoll, E.M., Werns, S.W., Shea, M.J., Mitsos, S.E., Fantone, J.C. and Lucchesi, B.R.: Effect of allopurinol on canine myocardial ischemia. Fed. Proc. 44: 731, 1985.

96.   Montgomery, D.G., Ventura, A., Lynch, JJL, and Lucchesi, B.R.:   Antiarrhythmic and electrophysiologic actions of bepridil in chronically infarcted conscious canines. Fed. Proc. 44: 899, 1985.

97.   Mickelson, J., Jackson, C.V., and Lucchesi, B.R.: Preservation of myocardial performance after exposure to free radicals. Fed. Proc. 44: 731, 1985.

98.   Lynch, J.J., Coskey, L.A., Montgomery, D.G., and Lucchesi, B.R.:  Prevention of ventricular fibrillation by dextrorotatory sotalol in a conscious canine model of sudden coronary death. Fed. Proc. 44: 712, 1985.

99.   Jackson, C.V., Mickelson, J. and Lucchesi, B.R.:   Electrolysis and its effects on the myocardial performance of the isolated Langendorff-Perfused rabbit heart.   Fed. Proc. 44: 731, 1985.

100. Mitsos, S., Lucchesi, B.R,, and Fantone, J.:  Modulation of hemoprotein-I-1,0, mediated peroxidation reactions by sulfhydryl compounds.  Relation to myocardial infarction. Fed. Proc. 44:1839, 1985.

101. Werns, S., Elier, B., Shea, M., Ventura, A., Simpson, P., Dysko, R, Pitt, B. and Lucchesi, B.:   Salvage of reperfused ischemic myocardium by Cl-922, a new lipoxygenase inhibitor. Circulation 72:111-63, 1985.

102. Simpson, P.J., Smith, C.B., Jr. and Lucchesi, B.R.:   Canine coronary artery thrombosis: Decreased incidence of occlusion after COS  13080, a thromboxane synthetase inhibitor, Circulation 72:111-69, 1985.

103. Mitsos, S.E., Askew, T.E., Fantone, J.C., Kunkel, S.L., and Lucchesi, B.R.:   Protective effects of N-2-mercaptopropionyl glycine (MPG) against myocardial reperfusion injury following neutrophil depletion in the dog. Circulation 72: III-120, 1985.

104. Jackson, C.V., Driscoll, E.M., Pope, T.K. and Lucchesi, B.R.:   PAF in platelet-mediated coronary artery vasodilation. Circulation 72:111-190, 1985.

105. DiCarlo, L., Lynch, J., Montgomery, D. and Lucchesi, B.:  Effect of flecainide acetate on induced ventricular tachycardia and ventricular fibrillation in dogs with recent myocardial infarction. Circulation 72: III-350, 1985.

106. Werns, S-, Shea, M., Ventura, A., Vaprociyan, A., Lynch, J., Phan, S., Buda, A., Pitt, B. and Lucchesi, B:  Superoxide dismutase does not cause scar thinning after myocardial infarction. Circulation 72: 111-350, 1985.

107.  Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Gallas, M. and Lucchesi, B.R..:  Canine myocardial infarct size reduction by iloprost or PGE1:  Modification of neutrophil function and reduced myocardial oxygen demand. Fed. Proc. 45(3): 196, 1986.

108.  Jackson, V., Pope, T,, Driscoil, E. and Lucchesi, B.:  Canine, but not human platelets, release a coronary vasodilator substance in response to platelet activating factor.  Fed. Proc. 45(3): 658, 1986.

109.  Mickelson, J., Yashar, A., Gallas, M. and Lucchesi, B.:  Effect of acetyl glyceryl ether phosphorylcholine on rabbit isolated hearts after in vivo ischemia and reperfusion.  Fed. Proc. 45(3): 685, 1986.

110.  Nelson, S.D., Lynch, J.J., Montgomery, D.G., Huante, D.M. and Lucchesi, B.R.: Lack of concordance between the antiarrhythmic and antifibrillatory actions of UM-424, a quaternary ammonium analogue of propranolol. Fed. Proc. 45(4): 803, 1986.

111. Lynch, J.J., Montgomery, D.G., and Lucchesi, B.R.:  Effect of calcium entry blockade on vulnerability of infracted canine myocardium toward ventricular fibrillation. Fed. Proc. 45(4): 804, 1986.

112. Driscoll, E., Jackson, V., Pope, T. and Lucchesi, B.:  Effects of the calcium entry blocker, Anipamil, on thrombus formation in the canine coronary artery. Fed. Proc. 45(4): 808, 1986.

113. Gallas, M., Mickelson, J., Simpson, P., Smith, C. and Lucchesi, B.:  Thromboxane synthetase inhibitor improves coronary blood flow after streptokinase induced thrombolysis. Fed.Proc. 45(4): 963, 1986.

114. Kou, W., Nelson, S., Lynch, J.., DiCarlo, L., Montgomery, D. and Lucchesi, B.:  Effects of flecainide acetate on ventricular tachycardia induction and ventricular fibrillation prevention in a conscious canine myocardium toward ventricular fibrillation. Fed. Proc. 45: 803, 1986.

115. Lynch, J.J., Montgomery, D.G. and Lucchesi, B.R.:  Cardiac electrophysiologic actions of SCH 19927 (Dilevalol), the R-R-isomerof labetalol. J. Mol. Cell. Cardiol. 18:1-281, 1986.

116. Nelson, S.D., Lynch, J.J., MacEwen, S. and Lucchesi, B.R.: Antifibrillatory actions of left stellectomy in digitalis mediated malignant ventricular arrhythmias. Circulation 74:11-30, 1986.

117. Mickelson, J.K., Gallas, M.T. and Lucchesi, B.R.:   Effect of reperfusion duration on platelet-acitvating factor induced mediator release from rabbit hearts. Clin. Res. 34:945A, 1986.

118. Werns, S.W., Simpson, P.J., Mickelson, J.K., Gallagher, K.P., Shea, M.J., Pitt, B. and Lucchesi, B.R.:  Salvage of reperfused ischemic canine myocardium by superoxide dismutse. CIin.Res. 34:354A, 1986.

119. Lee, E.C, Schumacher, W.A. and Lucchesi, B.R.:  Coronary flow responses to platelet activating factor: Release of a platelet-derived coronary artery vasodilator. Clin. Res. 34: 931 A, 1986.

120. Walden, K.M., Mitsos, S.E., Abrams, G.D., Schork, M.A. and Lucchesi, B.R.: Myocardial reperfusion injury: Protection by a free radical scavenger N-2-Mercaptoproprionyl glycine. Clin. Res.34:936A, 1986.

121. Werns, S., Simpson, P., Gallagher, K., Mickelson J., Shea, J., Pitt, B. and Lucchesi, B.: Effect of superoxide dismutase on leukocyte accumulation and infarct size after myocardial ischemia-reperfusion. Circulation 74:11-347, 1986.

122. Simpson, P.J., Smith, C.B., Jr., Mickelson, J., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Iloprost inhibits neutrophil function in vitro and in vivo and limits experimental canine myocardial infarction. Circulation 74:11-373, 1986.

123. Shea, M.J., Simpson, P.J., Werns, S.W., Buda, A.L, Alborzy-Khaghany, A.S., Hoff, P.T., Pitt, B. and Lucchesi, B.R.: Effect of neutrophil depletion on recovery of "stunned" myocardium. Clin. Res. 35: 327A, 1987.

124. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Effects of heparin and intravenous tissue plasminogen activator or streptokinase in a canine model of coronary artery thrombosis. Clin. Res. 35: 305A, 1987.

125. Simpson, P.J., Mickelson, I., Fantone, J.C., Gallagher, K.P. and Lucchesi, B.R.: Sustained myocardial protection by iloprost with prolonged infusion in a canine model of temporary regional ischemia. Fed. Proc. 4: 1144, 1987.

126. Mickelson, J.K., Simpson, P.I. and Lucchesi, B.R : Thrombolysis and systemic fibrinolytic effects of intravenous tissue plasminogen activator and streptokinase in a canine model of coronary artery thrombosis. Fed. Proc. 4: 949, 1987.

127. Sohngen, W., Winbury, M.M., Kitzen, J.M., Venutra, A., and Lucchesi, B.R.: Clonidine coronary vasodilation in the intact canine is mediated through H2 receptors. Circulation 76: IV-46, 1987.

128. Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Thromboxane synthetase inhibitor CGS 13080 prevents hemodynamic changes and mediator release from infarcted rabbit isolated hearts. Circulation 76: IV-202, 1987.

129. Werns, S.W., Grurn, C, Ventura, A, and Lucchesi, B.R.: Effects of allopurinol or oxypurinol on myocardial reperfusion injury. Circulation 76: IV-197, 1987.

130. Lynch, J.J., Simpson, P.J., Gallagher, K.P., McClanahan, T.B., Lee, K.A. and Lucchesi, B.R.: Increase in experimental infarct size with digoxin in a canine model of myocardial reperfusion injury. Circulation 76: IV-228, 1987.

131. Tamura, Y., Driscoll, E.M., Senyshyn, J.C., Phan, S.H., and Lucchesi, B.R.:  Effects of polyethylene glycol-superoxide dismutase on myocardia! infarct size and scar formation in the canine heart. Circulation 76: IV-200, 1987.

132. Simpson, P.J., Mickelson, J.K., Todd, III, R.F., Fantone, J.C., III, Griffin, J.D. and Lucchesi, B.R.:   Reduction of experimental canine myocardial ischemia and reperfusion injury by a monoclonal antibody (anti-Mol) that inhibits leukocyte adhesion. Circulation 76: IV-201, 1987.

133. Simpson, P.J., Todd, III, R.F., Fantone, J.C., Mickelson, J.K., Griffin, J.D. and Lucchesi, B.R.: Reduction of experimental canine myocardial reperfusion injury by a monoclonal antibody (anti-Mol, anti-CD 1 lb) that inhibits leukocyte adhesion. Clin.. Res. 35: 878A, 1987.

134. Kitzen, J.M., Werns, S.W., Ventura, A, Brosamer, K. and Lucchesi, B.R.: Preservation of myocardial function by polyethylene glycol conjugated superoxide dismutase (PEG-SOD) following global ischemia in the isolated blood perfused cat heart. FASEB J. 2: A918, 1988.

135. Uprichard, A.C.G., Frye, J., Kitzen, J.M., Lucchesi, B.R. and Lynch, J.J.:   Effects of

pimobendan (UD-CG 115 BS), a novel inotropic agent, on arrhythmias and mortality after experimental myocardial infarction. FASEB J. 2: A365, 1988.

136. Simpson, P.J., Todd, R.F., Mickelson, J.K., Fantone, J.C, Gallagher, K.P., Tamura, Y., Lee, K.A., Kitzen, J,M. and Lucchesi, B.R.: Sustained limitation of myocardial reperfusion injury by a monoclonal antibody that inhibits leukocyte adhesion. FASEBJ. 2: A1237, 1988.

137. Sohngen, W., Mickelson, J.K., Simpson, P.J. and Lucchesi, B.R.:  Thrombolytic efficacy and systemic fibrinolysis depend upon dosing mode of recombinant single-chain urokinase-type plasminogen activator in a canine model of coronary artery thrombosis. FASEBJ. 2: A390, 1988.

138. Venkatesh, K., Lynch, J.J., Uprichard, A.C.G., Kitzen, J.M., Singh, B.N., and Lucchesi, B.R.:   Anti-arrhythmic and anti-fibrillatory effects of hypothyroidism in a conscious canine model of sudden coronary death. Circulation 78:11-639, 1988.

139. Simpson, P.J., Mickelson, J.K., Cronin, M., Laywell, E.D., HofF, P.T., and Lucchesi, B.R.: Monoclonal F(ab'), that binds to platelet GPIIb/IIIa receptor prevents experimental coronary artery thrombosis. Circulation 78:11-80, 1988.

140. Mickelson, J.K., Simpson, P.J., Cronin, M., Laywell, E.D., Homeister, J.W., Kitzen, J.M. and Lucchesi, B.R.,: Antiplatelet antibody [7E3 F(ab')$_7$] prevents rethrombosis after tissue-type plasminogen activator induced coronary artery thrombolysis in a canine model.  J. Am . Coll. Cardiol. 13: 32A, 1989.

141. Hoff, P.T., Homeister, J.W., Wick, P.F. and Lucchesi, B.R.:  Evidence for glyburide mediated potassium channel blockade in vascular smooth muscle.  FASEB 3:  A897, 1989.

142. Chi, L., Tamura, Y., Hoff, P. and Lucchesi, B.R.: The effect of PEG-SOD on myocardial infarct size in the canine heart after 6 hrs of regional ischemia and reperfusion.  FASEB 3: A742, 1989

143. Homeister, J.W., Hoff, P.T., Fantone, J.C., Fletcher, D.D. and Lucchesi, B.R.:   Adenosine and lidocaine in combination limit myocardial reperfusion injury in a canine model   FASEB 3_: A742, 1989.

144. Werns, W.S., Ventura, A., Hahn, R.A. and Lucchesi, B.R.: Effects of two xanthine oxidase inhibitors, amflutizole and oxypurinol, on canine myocardial infarction. FASEB 3: A1021, 1989.

145. Kitzen, J.M. and Lucchesi, B.R.: Retrograde bleeding (RGB) reduces variability in infarct size (IS) and enhances incidence and severity of ischemia in the canine heart. FASEB 3: A742, 1989.

146. Deutsch, N, Hantler, C.B., Tait, A.R., Uprichard, A., Lucchesi, B.R., Knight, P.R.: Electrophysiologic effects of halothane (H) and isoflurane (I) in a canine model of chronic infarction. FASEB 3: Al 168, 1989.

147. Mickelson, J.K., Simpson, P.J., Cronin, M., Hoff, P.T., Homeister, J.W., Lee, K.A., Todd, R.F. and Lucchesi, B.R.:  Monoclonal 904 F(ab% binds leukocyte Mol receptor preventing neutrophil endothelial adhesion during canine coronary artery thrombosis. J. Mol. Cell Cardiol. 21: S174, 1989.

148. Uprichard, A.C.G., Chi, L.., Driscoll, E.M. and Lucchesi, B.R.: Pinacidii is proarrhythmic in a conscious canine model of sudden death. J. Mol. Cell Cardiol. 21: S13, 1989.

149. Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.:  Failure of glibenclamide to protect against ischemic ventricular fibrillation in a canine model of myocardial infarction. J. Mol. Cell. Cardiol. 21:S89, 1989.

150. Li, G-, Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.:  Preconditioning with single or

multiple brief coronary artery occlusions limits infarct size.   J. Mol. Cell. Cardiol.21: S161, 1989.

151.  Kitzen, J.M., Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.: Limited role of thromboxane in postinfarction arrhythmias. I. Mol. Cell. Cardiol. 21: S26, 1989,

152.  Homeister, J.W., Hoff, P., Fletcher, D., Fantone, J., Gallagher, K. and Lucchesi, B.R.: Combined adensoine and lidocaine administration limits myocardial reperfusion injury. J. Mol. Cell. Cardiol. 21: S122, 1989.

153.  Sisson, J.C., Wieland, D.M., Johnson, J.W., Bolgos, G.L., Malak, T.A., VanDort, M.E., Gildersleeve, D.L., Anderson, H.L., Driscoll, E. and Lucchesi, B.R.: Scintigraphy of adrenergic receptors and neurons in myocardial infarcts. J. Nucl. Med. 30: 767, 1989.

154.  Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.: Aspirin inhibits thrombus formation and stabilizes blood flow in a model of coronary artery injury.   Clin. Res. 3_7: 879A, 1989.

155.  Werns, S.W., Ventura, A., Li, G.C. and Lucchesi, B.R.: Amflutizole, a xanthine oxidase hinhibirot, does not attenuate of thrombosis in the canine coronary artery. Clin. Res. 37: 879A, 1989.

156.  Homeister, J.W., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.: Recombinant hirudin reduces the incidence of thrombosis in the canine coronary artery. Clin. Res. 37: 879A, 1989.

157.  Lucchesi, B.R. and Tamura, Y.: Part III: Preclinical and Clinical Experience with Amiodipine: Cardioprotective effects of amlodipine in the ischemic-reperfused heart. Am. Heart J. 118(5): 1121, 1989.

158.  Mickelson, J.K., Cronin, M., Lee, K., Almassey, S. and Lucchesi, B.R.: Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model. J. Am. Coll. Cardiol. (accepted for presentation), 1989.

159.  Li, G.C., Vasquez, J.A., Gallagher, K.P. and Lucchesi, B.R.:  Ischemic preconditioning requires only one, five minute coronary artery occlusion. Circulation 80:11-240, 1989.

160.  Homeister, J.W.., Mickelson, J.K., Hoff, P.T. and Lucchesi, B.R.:  Recombinant hirudin prevents thrombosis in the canine coronary artery. Circulation 80:11-421, 1989.

161.  Werns, S., Ventura, A., Li, G.C. and Lucchesi, B.R.:  Amflutizole, a xanthine oxidase inhibitor, does not attenuate myocardial stunning in the canine heart.   Circulation 80: 11-295, 1989.

162.  Buckmaster, M.J., Werns, S.W., Shlafer, M.., Lucchesi, B.R. and Fantone, J.C.:  Inhibition of sarcoplasmic reticulum $Ca^{2+}/Mg^{2+}$-dependent ATPase by myoglobin-hydrogen peroxide. FASEBJ 4: A1217, 1990.

163.  Hoff, P.T., Mickelson, P.T., Homeister, J.W. and Lucchesi, BR..:   Aspirin prevents thrombotic occlusion but not platelet adhesion in a canine model of coronary artery injury. FASEBJ 4: A1028, 1990.

164.  Chi, L., Uprichard, A.C.G. and Lucchesi, B.R.:  Profibrillatory actions of pinacidil in the postinfarcted canine heart. FASEB J. 4: A1005, 1990.

165.  Mu, D.-X., Chi, L., Driscoll, E.M. and Lucchesi, B.R.: Antifibrillatory actions of CK-3579 and sematilide in the postinfarcted canine heart. FASEBJ 4: A1005, 1990.

166.  Satoh, P.S., Homeister, J.W., Staples, D.J., Lund, X, Li, G. and Lucchesi, B.R.: Antibody to synthetic c-terminus heart shock protein (HSP-70) peptide. Immunohistochemical localization of HSP-70 in ischemic canine heart, FASEBJ 4: A1031, 1990.

167.  Homeister, J.W.., Satoh, P.S., and Lucchesi, B.R.:   Effects of thiol compounds on

complement mediated hemolysis *in vitro*   FASEBJ 4: A357, 1990.

168.  Hoff, P.T., Mickelson, J.K., Homeister, J.W., and Lucchesi, B.R.:   Should high dose intravenous aspirin replace low dose oral aspirin in acute coronary vascular injury? Clin. Res. 38: 964 A, 1990.

169.  Homeister, J.W., Satoh, PS. and Lucchesi, B.R.:   Complement activation in the isolated heart — Protection by FUT-175 (Nafamostat). Circulation 82:111-148, 1990.

170.  Chi, L., Mu, D.-X. and Lucchesi, B.R.:   Electrophysiologic and antiarrhythmic actions of E-4031 in the experimental animal model and isolated atrial tissue. Circulation 82: III-638, 1990.

171.  Kou, W.H-, Chi, L. and Lucchesi, B.R.:   Rate of coronary reperfusion influences the development of ventricular fibrillation.  Circulation 82: III-641, 1990.

172.  Mickelson, J.K., Cronin, M., Lee, K., and Lucchesi, B.R.: Prostacyclin analog maintains blood flow despite intracoronary thrombus formation in a canine model.  Presented at the Am. Heart Assoc. meeting in Durango, CO; August 8-11, 1990.

173.  Mickelson, J.K., Cronin, M., Hoff, P.T., Homeister, J.W., Simpson, P.J., Todd, R.F. III and Lucchesi, B.R>:  Anti-CD11b/CD18 F(ab1)2 binding leukocyte Mol receptor does not prevent rethrombosis after intracoronary streptokinase in a canine model. Clin. Res. 39: 238A, 1991.

174.  Walsh, DC, Bates, E.R., Mu, D.-X. and Lucchesi, B.R.:  Pacification of coronary artery thrombosis after deep arterial injury by the antiplatelet glycoprotein IIb/IIIa 7E3 antibody. Clin. Res. 39: 197A, 1991.

175.  Hoff, P.T., Mickelson, J.K., Homeister, J.W. and Lucchesi, B.R.:  High dose intravenous aspirin vs low dose intravenous or oral aspirin in experimental coronary vascular injury. J. Am. Coil. Cardiol. 17: 144A, 1991.

176.  Cunningham, M.R., Mu, D.-X., Driscoll, E.M.., Moon, S.D., Schwaiger, M., Fantone, J.C., Nedelman, M.A.. and Lucchesi, B.R.: Indium-antimyosin and thallium distribution in myocardial tissues — Eight weeks postinfarction. FASEBJ 5: A1046, 1991.

177.  Chi, L., Kuo, PL, Cunningham, M.R. and Lucchesi, B.R.: Profibrillatory action of pinacidil and potassium channel activation. FASEBJ 5: A495, 1991.

178   Black, S.C., Chi, L., Mu, D.-X. and Lucchesi, B.R,:  Electrophysiologic and antifibrillatory activity of UK-68798, A Class III antiarrhythmic agent. FASEBJ 5: A1215, 1991.

179.  Homeister, J.W., Satoh, P.S, and Lucchesi, B.R..: Complement activation directly mediates myocyte damage in the perfused isolated heart. FASEBJ 5: 1635, 1991.

180.  Schwaiger, M., Cunningham, M., Moon, S., Mu, D., Driscoll, E., Petry, N., Nedelman, M. and Lucchesi, B.R,: Sustained uptake of In-111 antimyosin in infarcted canine myocardium. For presentation at the Society of Nuclear Medicine 38th Annual Meeting, Cincinnati, Ohio, June 11-14, 1991.

181.  Asselbergs, F.A.M., Blirgi, R., Heim, J., van Oostrum, J., Agnelli, C. and Lucchesi, B.R.: Biochemical and biological characterization of $K_2$tuPA, a hybrid plasminogen activator. Thromb. Haemostas. 65: 779, 1991.

182.  Walsh, D.G., Bates, E.R., Mu, D.-X., Nedelman, M.A. and Lucchesi, B.R.: Coronary artery thrombosis after deep arterial injury:  Pacification by the anti-platelet glycoprotein IIb/IIIa 7E3 antibody. Eur. Heart J. 12: 390, 1991.

183.  Lucchesi, B.R.: New drugs in cardiovascular medicine. Jpn. J. Clin. Pharmacol. Ther, 22: 345,1991.

184. Homeister, J.W., Satoh, P.S. and Lucchesi, B.R.:  Soluble human CR1 prevents human complement-mediated damage in the rabbit perfused isolated heart. Circulation 84: II-83, 1991.

185. Fagbemi, SO., Black, S.C., Chi, L, Cunningham, M.R. and Lucchesi, B.R..: Pinacidil- and phorbol 12,13-dibutyrate-induced ventricular fibrillation:  Antagonism by glybenclamide. Circulation 84: II-502, 1991.

186. Cunningham, M.R., Yamada, N., Kumagai, H. and Lucchesi, B.R..:   Prevention of experimental coronary artery thrombosis — Effects of beraprost Circulation 84: II-599, 1991.

187. Walsh, D., Rote, W., Bates, E., Mu, D.-X, Nedelman, M. and Lucchesi, B.: The 7E3 glycoprotein IIB/IIIa antibody prevents reocclusion and death post-tPA-induced thrombolysis in a chronic canine model of coronary thrombosis. J. Am. Coll. Cardiol. 19: 330A, 1992.

188. Kou, W.H., Mu, D.-X. and Lucchesi, B.R.:  Reperfusion ventricular fibrillation – Is washing out of the ischemic metabolites from the ischemic myocardium an important trigger? J. Am. Coll. Cardiol. 19: 27A, 1992.

189. Cunningham, M.R., Driscoll, E.M., Mu, D.-X., Fantone, 1C, Patton, L.M., Kirschenheuter, G.P. and Lucchesi, B.R.:   Infarct size reduction in experimental myocardial infarction — Assessment of an elastase inhibitor. FASEB J. 6: A1061, 1992.

190. Rote, W.E., Walsh, D.G., Bates, E.R., Mu, D.X., Nedelman, M.A., Lucchesi, B.R.: Comparison of 7E.3 F(ab')2 antibody with hirudin after rt-PA induced thrombolysis in a chronic model of coronary thrombosis. FASEB J. 6: A1877, 1992.

191. Fagbemi, S.O., Chi, L., Lucchesi, B.R.:   Antifibrillatory and profibriilatory actions of selected Class I antiarrhythmic agents. FASEB J. 6: 1863, 1992.

192. Lucchesi, B.R.:   Complement, neutrophils and oxygen radicals in myocardial-ischemia reperfusion injury. J. Mol. Cell. Cardiol. (submitted), 1992.

193. Rote, W.E., Mu, D.-X. and Lucchesi, B R,:  The thromboxane receptor antagonist, BAY U3405, prevents arterial thrombosis, but not rethrombosis, in a canine model.  J. Mol. Cell Cardiol. 24(suppl III):S65, 1992.

194. Black, S.C., Driscoll, E.M. and Lucchesi, B.R.:  Inhibition of platelet-activating factor fails to limit ischemic and reperfusion-induced myocardial injury.  J. Mol. Cell. Cardiol. 24(suppl III):S14, 1992.

195. Rote, W.E., Davis, J.H. and Lucchesi, B.R.:  Prevention of carotid artery thrombosis with SC 4992, a platelet GP IIb/IIIa receptor antagonist.  J. Mol. Cell., Cardiol. 24(suppl III):S65, 1992.

196. Rote, W.E., Mu, D.-X., Bates, E.R., Walsh, D.G., Nedelman, M.A. and Lucchesi, B.R.: Prevention of coronary rethrombosis after rt-PA: 7E3 F(ab')2 vs r-hirudin. Circulation 86:1-410, 1992.

197. Tschopp, J.F., Driscoll, E.M., Mu, D.-X., Black, S.C., Pierschbacher, M.D. and Lucchesi, B.R.:  Inhibition of reocclusion and acceleration of thrombolysis by an RGD peptide without bleeding time prolongation. Blood 80 (Suppl 1): 320A, 1992.

198. Markland, F.S., Trikha, M., Rote, W.E., Manley, P.J., and Lucchesi, B.R.:  Snake venom disintegrins with high affinity for the human platelet integrin receptor GPIIb/IIIa.  Presented at the Third IBC International Symposium:  Advances in Anticoagulant, Antithrombotic and Thrombolytic Drugs, October 21-23, 1992; Boston, MA.

199. Werns, S.W., Rote, W.E., Davis, J.H. and Lucchesi, B.R.:   Nitroglycerin inhibits re-occlusion after thrombolysis. I. Am. Coll. Cardiol. 21: 277A, 1993.

200. Rote, W.E., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R. and Lucchesi, B.R.: Efficacy of chimeric Fab fragment 7E3 (c7E3) versus aspirin and heparin for the prevention of carotid thrombosis in a non-human primate. J. Am. Coll. Cardiol. 21: 109A, 1993.

201. Friedrichs, G.S., Kilgore, L.S., Chi, L. Ryan, U.S. and Lucchesi, B.R.: Protective effects of the Monsanto SOD-mimetic on ischemia-reperfusion injury in the primate isolated heart. FASEB J. 7: A425, 1993.

202. Uprichard, A.C.G., Chi, L., and Lucchesi, B.R.: Time-dependent conversion of big-endothelin by polymorphonuclear leukocytes as assessed in the rabbit isolated, perfused heart. FASEB J. 7: A343, 1993.

203. Chi, L., Friedriclis, G.S., J.Y. Oh and Lucchesi, B.R.: Opposing effects of adenosine A1 and A2 receptor subtypes on ventricular fibrillation in the hypoxic/reoxygenated isolated rabbit heart. FASEB J. 7: A106, 1993.

201. Kilgore, K.S., Kupina, R.C. and Lucchesi, B.R.: Localization of the membrane attack complex of human complement in the rabbit perfused isolated heart FASEB J. 7: A594, 1993.

202. Lucchesi, B.R., Mu, D.-X. and Rote, W.E.: Platelet GPIIb/IIIa antagonist, SC-49992, prevents coronary artery thrombosis in a chronic canine mode!. FASEB J. 7: A209, 1993.

206. Rote, WE, Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M.R.. and Lucchesi, B.R.: Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis in a non-human primate. FASEB J. 7: A209, 1993.

207. Rote, W.E., Davis, J.H. and Lucchesi, B.R.: Oral administration of a tripeptide thrombin inhibitor in a canine model of combined coronary artery and jugular vein thrombosis. Pharmacologist 35: 179, 1993.

208. Lucchesi, B.R., Nedelman, M.A., Mu, D.-X., Manley, P.J., Weisman, H., Cunningham, M,R. and Rote, W.E.: Chimeric Fab fragment 7E3 (c7E3) vs. aspirin and heparin for the prevention of carotid thrombosis. Pharmacologist 35: 206, 1993.

209. Black, S.C., Butterfield, J.L., and Lucchesi, B.R.: Antifibrillatory and antiarrhythmic effects of the potassium channel modulator NE-00164. Pharmacologist 3_5: 179, 1993.

210. Bush, L.R., Lister-James, J., Dean, R.T., Rote, WE. and Lucchesi, B.R.: Antithrombotic effects of GPIIb/IIIa antagonists. Pharmacologist 35: 207, 1993.

211. Rote, W.E., Nedelman, M.A., Mu, D.X., Manley, P.J., Weisman, H.F., Cunningham, MLR. and Lucchesi, B.R.: Prevention of carotid artery thrombosis—Effects of c7E3 FAB, aspirin and/or heparin in *Cynonwlgns* monkeys. Cardiovasc. Drugs Ther. 7(Suppl 2): 459, 1993.

212. Rote, W.E., Mu, D.-X., Mousa, S.A., Reilly, T.M., Lucchesi, B.R.: DMP728, a GPIIb/IIIa antagonist, enhances rT-PA-induced coronary thrombolysis and prevents rethrombosis in a chronic canine model. Circulation 88:1-458, 1993.

213. Lucchesi, B.R., Friedrichs, G.S., Kilgore, K.S. and Manley, P.J.: Effects of heparin and N-acetylheparin on ischemia/reperfusion induced alterations in myocardial function in the rabbit isolated heart. FASEB J. 8: A129, 1994.

214. Chi, L., Khanuja, N.K., Friedrichs, G.S., Green, A.L. and Lucchesi, B.R.: Catecholamine dependent effect of adenosine-induced ventricular fibrillation in the rabbit isolated heart. FASEB J 8: A78, 1994.

215. Friedrichs, G.S., Chi, L., Gralinski, M. R., Johnson, C.R., Basler, G.C., Mu, D.-X., Pewitt, S,R. and Lucchesi, B.R.: Ventricular fibrillation in a conscious canine model of sudden cardiac death: Effects of MS-551, a multiple dose regimen. FASEB J. 8: A78, 1994.

216. Black, S.C., Gralinski, M.R., Friedrichs, G.S., Kilgore, K.S., Driscoll, E.M. and Lucchesi, B.R.: Cardioprotective effects of N-acetylheparin (NHEP) in a canine model of ischemia and reperfusion injury. FASEB J. 8:  A559, 1994.

217. Driscoll, E.M., Black, S.C., Schasteen, C.S., Weiss, R.H., Riley, D.P. and Lucchesi, B.R.: Inhibition of *in vivo* myocardial ischemic and reperfusion injury by a synthetic superoxide dismutase (SOD mimetic. FASEB J. 8, A606, 1994.

218. Kilgore, K.S., Gralinski, M.R. and Lucchesi, B.R.:  Effect of complement activation on neutrophil-mediated injury in the rabbit isolated heart. FASEB J. 8: A325, 1994.

219. Rote, W.E., Davis, J.H., Mousa, S A., Reiily, T.M. and Lucchesi, B R.:  Antithrombotic effects of DMP728, a fibrinogen receptor (platelet GPIIb/IIIa) antagonist.  FASEB J. 8: A640, 1994.

220. Campau, P.A., Kilgore, K.S. and Lucchesi, B.R.:   Complement-mediated neutrophil adhesion in the rabbit isolated heart. FASEB J. 8: A321, 1994.

221. Gralinski, M.R., Black, S.C., Kilgore, K.S., Chou, A.Y., DeNardis, M. and Lucchesi, B.R.: Cardioprotective effects of ranolazine (RS-43285) on isolated rabbit hearts during ischemia/ reperfusion. FASEB J. 8: A559, 1994.

222. Green, A L., Friedrichs, G.S., Chi, L. and Lucchesi, B.R:   Antifibrillatory effects of clofilium in the rabbit isolated heart. FASEB J. 8: A78, 1994.

223. Markland, F.S., Friedrichs, G.S. Pewitt, S.R. and Lucchesi, B.R..:  Thrombolytic effects of fibrolase in a canine model of carotid artery thrombosis.  Submitted to the XII International Congress on Fibrinolysis; Leuven, Belgium; September 18-22, 1994.

224. Sudo, Y. and Lucchesi, B.R.: Inhibition of platelet GPIIb/IIIa receptor with monoclonal antibody [7E3-F(ab')2] prevents arterial, but not venous rethrombosis. Circulation 90: I-181, 1994.

225. Gralinski, M.R., Black, S.C., Kilgore, K.S., Campau, P.A., Stancato, L.F., Pratt, W.B. and Lucchesi, B.R.:  *In vivo* heat stress protects against complement-mediated injury in the isolated rabbit heart. Circulation 90:1-537, 1994.

226. Park, J.L., Kilgore, K.S., Musser, J.H. and Lucchesi, B.R.: Reduction of myocardial infarct size in the rabbit by a carbohydrate analog of Sialyl Lewis$^x$. FASEB J. 9: A9, 1995.

227. Gralinski, M.R., Friedrichs, G.S., Driscoll, E.M. and Lucchesi, B.R.:  Effects of a single administration of heparin or N-acetylheparin (NF1EP) two hours before regional ischemia and reperfusion in a canine model of irreversible myocardial injury. FASEB J. 9: A9, 1995.

228. Friedrichs, G.S.., Black, S-C-, Chi, L., Mu, D.-X., Pewitt, S.R. and Lucchesi, B.R.:  The KATP channel antagonist 5-hydroxydecanoate fails to protect against ventricular fibrillation in a conscious canine model of sudden cardiac death. FASEB J._9: A605, 1995.

229. Chi, L., Friedrichs, G.S., Park, J.L., Banglawala, Y.A., Perez, M.A., Tanhehco, E.J., Lan, K.-L. and Lucchesi, B.R.:  Effects of Tedisamil (KC-8857) on electrophysiology, ventricular fibrillation (VF) and cardiac function *in vitro.* FASEB J. 9: A605, 1995.

230. Cousins, G.R., Sudo, Y., Friedrichs, G.S., Markland, F.M. and Lucchesi, B.R.: Contortrostatin prevents reocclusion after thrombolytic therapy in a canine model of carotid artery thrombosis. FASEB J. 9: A938, 1995.

231. Mousa, S.A., Bozarth, J.M., Mu, D.-X., Leamy, A.W., Rote, W.E., Lucchesi, B.R> and Reilly, T.M.: Intravenous and oral antithrombotic efficacy of the platelet GPIIb/IIIa antagonist, DMP728, in different models of arterial thrombosis.  FASEB J. 9: A837, 1995.

232. Reilly, T.M., Forsythe, M.S., Lucchesi, B.R. and Mousa, S.A.: Thrombolytic and antithrombotic efficacy of the platelet GPIIb/IIIa antagonist DMP728. FASEB J. 9: A837, 1995.

233. Markland, F.S., Trikha, M., Sudo, Y., Friedrichs, G.S., Cousins, G.R. and Lucchesi, B.R.: Contortrostatin, a disintegrin with potent antiplatelet activity, prevents reocclusion following thrombolysis in a canine carotid artery thrombosis model (submitted for XV Congress of the International Society on Thrombosis and Haemostasis; Jerusalem, Israel, June 11-16, 1995).

234. Cousins, G.R., Friedrichs, G.S., Sudo, Y., Rote, W.E., Vlasuk, G.P., Nolan, T., Mendoza, C. and Lucchesi, B.R.: Orally effective CVS-1123 prevents coronary artery thrombosis in the conscious canine. Circulation 92(Suppl 1): I-303, 1995.

235. Gralinski, MR., Park, J.L., Ezrin, A.M. and Lucchesi, B.R.: O-desulfated heparin prevents complement-mediated injury in the ex vivo rabbit heart. Circulation 92(Suppl 1): I-303, 1995.

236. Friedrichs, G.S., Abreu, J.N., Cousins, G.R., Kerrick, G.P., Chi, L, and Lucchesi, B.R: Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death, FASEB J.10: A33, 1996.

237. Basler, G.C., Miller, V.B., Rebello, S. and Lucchesi, B.R.: Synthetic thrombin inhibitor CVS-1123 inhibits venous and arterial thrombosis in the acute canine model. FASEB J 10: A433, 1996.

238. Park, J.L., Gralinski, M.R., Perez, M. and Lucchesi, B.R.: Effects of low molecular weight heparin on complement-mediated injury in the rabbit isolated heart. FASEB J. 10: A166, 1996.

239. Rebello, S.S. and Lucchesi, B.R.: Significance of Factor Xa inhibition in a canine model of coronary thrombosis: Effects of recombinant nematode anticoagulant peptide (rNAP5). FASEB J. 10:A167, 1996.

240. Ozeck, M.J., Gralinski, MR., Park, J.L. and Lucchesi, B.R.: A sulfated fraction of heparin inhibits human complement-mediated damage of the ex vivo discordant myocardial xenograft. FASEB J. 10: A166, 1996.

241. Gralinski, MR., Wiater, B.C. Assenmacher, A.N., Ozeck, M.J. and Lucchesi, B.R.: Selective inhibition of the alternative complement pathway by sCR1[desLHR-A] protects the isolated rabbit heart from human complement-mediated damage. FASEB J. 10: A166, 1996.

242. Park, J.L., Kilgore, K.S.., Davenport, R.D., Warren, J.S. and Lucchesi, B.R.: Expression of tissue factor on endothelial cells after membrane attack complex deposition, in vitro. J. Mol. Cell. Cardiol. 28: A148, 1996.

243. Lucchesi, B.R., Park, J.L., Friedrichs, G.S., Chi, L, Banglawala, YA, Perez, M..A. and Tanhehco, E.J.: Effects of tedisamil (KC-8857) on cardiac electrophysiology and ventricular-fibrillation in the rabbit isolated heart. Eur. J. Cardiac Pacing Electrophysiol. 6(Suppl 5): 29, 1996.

244. Friedrichs, G.S., Abreu, J.N. and Lucchesi, B.R.: Tedisamil protects against ventricular fibrillation in a conscious canine model of sudden cardiac death. Eur. J. Cardiac Pacing Electrophysiol. 6(Suppl 5): 18, 1996

245. Rebello, S.S. and Lucchesi, B.R.: Recombinant nematode anticoagulant peptide (rNAP5), a selective factor Xa inhibitor, prevents canine coronary artery thrombosis. Circulation 94(Suppl. 1): I-267, 1996.

246. Hasan, A.A., Rebello, S.S., Wahl, R., Fisher, S.J., Lucchesi, B.R. and Schmaier, A.H.: Thrombostatin: In vivo clearance and effect of this thrombin receptor inhibitor. Circulation 94(Suppl. 1): I-229, 1996.

247. Wenz, B., Ortolano, G.A., Yee, G.K., Morgan, E.L., Park, J., Kilgore, K.S., Lucchesi, B.R.:

Removal of complement components with Pall platelet filters restores *in vitro* immunoglobulin production and *ex vivo* myocardial function. Submitted to World Apheresis Association 6th International Congress; Florence, Italy (November 11-14, 1996).

248. Kilgore, K.S., Park, J.L., Tanhehco, E.L, Booth, E.A., Marks, R.M. and Lucchesi, B.R.: Attenuation of IL-8 expression in C6-deficient rabbits after myocardial ischemia/reperfusion. J. Mol. Cell. Cardiol. 29:A207, 1997.

249. Johnston, P.V., Friedrichs, G.S., Fischbach, P.S., and Lucchesi, B.R.: Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter. PACE 21: 839, 1998.

250. Kilgore, K.S., McGeer, P.L., Yagoshima, K., Washington, R.A., Naylor, K.B. and Lucchesi, B.R.: Myocardial expression of the mRNAs encoding complement proteins C3 and C9 after ischemia/reperfusion ex vivo. FASEB J. 12: A30, 1998.

251. Washington, R.A., Kilgore, K.S., Murphy, K., Littleton, J.M., Booth, E.A. and Lucchesi, B..R..: Analysis of heparin's cardioprotective effects *in vitro*  FASEB J. 12: A341, 1998,

252. Huang, J., Rebello, S.S., Faul, J.D. and Lucchesi, B.R.: Correlation between the *in vivo* efficacy of GPIIb/HIa receptor antagonists and *ex vivo* platelet inhibition: Role of calcium. FASEB J. 12: A191, 1998.

253. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B. and Lucchesi, B.R.: Ex-vivo reversal of heparin-mediated cardioprotection by heparanase after ischemia and reperfusion. FASEB J. 12: A.33, 1998.

254. Mousa, S.A. and Lucchesi, B.R.: Restoration of coronary flow by potent platelet GPIIb/IIIa antagonist without exogenous thrombolytics. FASEB J.12: A718, 1998.

255. Washington, R.A., Littleton, J.M., Murphy, K.L., Kilgore, K.S. and  Lucchesi, B.R.: Propidium iodide: An indicator of cardiac cell death after hypoxia/reoxygenation injury. J. Mol. Cell. Cardiol. 30: A237, 1998.

256. Kilgore, K.S., Tanhehco, E.J., Naylor, K.B., Park, J.L., Booth, E.A. and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan, pentosan polysulfate. J. Mol. Cell. Cardiol. 30: A238, 1998.

257. Rebello, S.S., Huang, J., Saito, K., Saucedo, J,, Bates, E..R. and Lucchesi, B.R.: Effect of time of 7E3 administration on tPA-induced thrombolysis. J. Mol. Cell. Cardiol. 30: A249, 1998.

258. Yasojima K., Kilgore, K.S., Washington, R.A.., Schwab, C, Lucchesi, B.R. and McGeer, P.L.: Myocardial expression of mRNA encoding complement proteins in response to ischemia and reperfusion. J. Mol. Cell. Cardiol. 30: A233, 1998.

259. Johnston, P., Fischbach, P., Friedrichs, G., Lucchesi, B.R.: Antiarrhythmic effects of the potassium channel antagonist tedisamil in a model of atrial flutter. J. Mol. Cell. Cardiol. 30: A252, 1998.

260. Annich G., White, T., Damm, D., Zhao, Y., Fakhri, M., Meinhardt, J., Rebello S., Lucchesi, B.R., Bartlett, R.H., Schmaier, A.H.: Recombinant Kunitz protease inhibitor domain of the amlyloid β-protein precursor as an anticoagulant for extracorporeal circulation in rabbits. Circulation 98: I-728, 1998.

261. Tanhehco, E.J., Kilgore, K.S., Naylor, K.B., Park, J.L., Booth, E.A., and Lucchesi, B.R.: Reduction of myocardial infarct size after ischemia and reperfusion by the glycosaminoglycan pentosan polysulfate. FASEB J. 13: A21, 1998.

262. Huang, J., Feldbaum, V., Lucchesi, B.R. and Werns, S.W.: The effects of adenosine on thrombosis and thromboiysis in a canine coronary artery thrombosis model. FASEB J.13: A839,

1999.

263. Washington, R.A., Kilgore, K.S., Murphy, K.L., Naylor, K.B., Lucchesi, B.R.: Expression and activation of the complement cascade in the rabbit isolated heart, FASEB J. J_3_: A19, 1999.

264. Tanhehco, E.J., Yasojima, K., McGeer, P.L., Kilgore, K.S. and Lucchesi, B.R.: Preconditioning reduces tissue complement gene expression in the rabbit isolated heart. FASEB J. 13:A20, 1999.

265. Huang, J., Feldbuam V., Lucchesi, B.R. and Werns, S.W.: Adenosine does not inhibit canine carotid artery thrombosis or reocclusion after thromboiysis. FASEB J. 13: A839, 1999.

266. Hasan A.A.K., Srikanth, S., Smith, E., Werns, S., Driscoll, E., Brenner, D., Normolie, D., Lucchesi, B.R. and Schmaier, A.H. Thrombostatin—a thrombin receptor activation inhibitor: mechanisms of action, and in vivo efficacy. Thromb. Haemost. (Aug. Suppl):414, 1999.

267. Fischbach, PS., Lucchesi, B.R., Morady F. and Goyal, R.: Efficacy of the potassium channel antagonist tedisamil in a model of sustained atrial fibrillation. J. Am. Coll. Cardiol. 33(Suppl. A): I10A, 1999.

268. Craig, K., Washington, R.A., Huang, J., Younger, J.G, and Lucchesi, B.R.: Evidence of myocardial complement activation following hemorrhagic shock and resuscitation. Annals Emerg. Med. (accepted), 1999.

269. Hasan, A.A., Schmaier, A.H., Warnock, M., Normolie, D., Driscoll, E., Lucchesi, B,R, and Werns, S.W.: Thrombostatin inhibits cyclic flow variations in the Folts model of canine coronary artery thrombosis. Blood. 96(Suppl l):52a, 2000.

270. Craig, K., Washingotn, R.A., younger, J.G. and Lucchesi, B.R.: Systemic complement does not improve cardiac performance following hemorrhagic shock & resuscitation. Shock 13: 58, 2000.

271. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.: Effects of selective cyclooxygenase-2 inhibition on vascular tone and thrombosis in canine coronary arteries. FASEB J. 15: A914, 2001.

272. Coaxum, S.D., Kamada, Y., Washington, R.A, and Lucchesi, B.R.: Inhibition of nitric oxide synthesis during ischemia/reperfusion injury diminishes complement activation in the rabbit isolated heart. FASEB J. 15: A767, 2001.

273. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.: Acute inflammation increases myocardial infarct size after ischemia/reperfusion. FASEB J. 15: A568, 2001.

274. Hennan, J.K., Huang, J., Barrett, T.D., Driscoll, E.M., Willens, D.E., Park, A.M., Crofford, L.J. and Lucchesi, B.R.: Selective cyclooxygenase-2 inhibition alters the antithrombotic effects of low dose aspirin in a canine model of arterial thrombosis. Proc. West. Soc. Pharmacol. (accepted), 2001.

275. Barrett, T.D., Hennan, J.K., Marks, R.M. and Lucchesi, B.R.: CRP-associated increasein myocardial infarct size after ischemia/reperfusion is reduced by suppressing activation of the complement cascade. Proc. West. Soc. Pharmacol. (accepted), 2001.

276. Hennan, J.K., Driscoll, E.M., Barrett, T.D., Fischbach, P.S., Seidler, R.W. and Lucchesi, B.R.: Effect of sodium/hydrogen exchange inhibition on myocardial infarct size after coronary artery thrombosis and thorombolysis. FASEB J. 16: A855, 2002.

277. Herman, J.K., Willens, D.E., Driscoll, EM., Hong, T.-T., Gibouiot, T.A. and Lucchesi, B.R.: Prevention of experimental carotid and coronary thrombosis by the glycoprotein llb/IIIa receptor antagonist CRL42796. FASEB J. 16: A938, 2002.

278. Booth, E.A., Hennan, J.K., Barrett, T.D., Driscoll, E.M., Gupta, S., Lindamood, C. III and Lucchesi, B.R.: The *in vitro* and *in vivo* cardiovascular profile ALX-0646: a novel, highly selective 5-HT1D/1F receptor agonist. FASEB J. _16: A935, 2002.

279. Hong, T.-T., Hennan, J.K., Shergill, A.K., Driscoll, E.M., Cardin, A.D. and Lucchesi, B.R.: Intimatan prevents arterial and venous thrombosis in a canine model of deep vessel wall injury. FASEB J. 16: A173, 2002.

280. Hennan, J.K., Driscoll, E.M. and Lucchesi, B.R..: Tissue plasminogen activator administration after myocardial ischemia reduces the cardioprotective effects of preconditioning. FASEB J. 16: A175, 2002.

281. Rodriguez, M., Hennan, J., Lucchesi, B.R., Schaper, J.: Postischemic reperfusion is the prerequisite for tunel positivity. J. Mol. Cell. Cardiol. 2002.

282. Hong, T.-T., Cardin, A.D., and Lucchesi, B.R.: Intimatan (dermatan 4,6,-O-disulfate) is an improved heparin cofactor II agonist that prevents arterial and venous thrombosis in the presence and absence of an adjuvant thrombolytic agent in a canine model of deep vessel wall injury. Submitted for presenation at the 16th International Congress on Fibrinolysis and Proteolysis, Sept. 8-13, 2002 in Munich, Germany.

283. Hong, T.-T., Effect of thrombolysis upon reducton of myocardial injury - recombinant tissue plasminogen activator versus alfimerprase. FASEB J. 18: A227, 2004.

284. Booth, E.A., Lauver, D.A., White, A.J., Lucchesi, B.R..: Reduction in the expression of C-reactive protein and the formation of the membrane attack complex by 1713-estradiol after ischemia and reperfusion. FASEB J. 18: A230, 2004.

285. Lauver D.A., Booth E.A., White A.J., Lockwood S.F., Lucchesi B.R.: Cardax™ (disodium disuccinte astaxanthin) atteutates inflammation and myocardial injury following ischemia/reperfusion. FASEB J 19: A533, 2005.

286. Hong T-T, Huang J.: Effect of Melagatran combined with aspirin or clopidogrel on primary carotid artery thrombosis. FASEB J. 19: A1083, 2005.

287. Huang J, Hong T-T, Lucchesi BR. Effect of selective COX-2 inhibition on coronary artery reactivity. FASEB J. 19: A1088, 2005.

288. Booth E A, Lucchesi B.R.: Activation of estrogen receptor alpha protects the in vivo rabbit heart from ischemia reperfusion injury. FASEB J. 19: A1562, 2005.

## BOOKS

Pharmacology and Therapeutics: A Workbook. B.R. Lucchesi, V.G. Zannoni, H.H. Swain and R.H. Earhart. Department of Pharmacology, The University of Michigan Press, 1977.

Clinical Pharmacology of Antiarrhythmic Therapy. Perspectives in Cardiovascular Research, Vol. 10. Edited by B.R. Lucchesi, J.V. Dingell and R.P. Schwarz, Jr. Raven Press, New York, 1984, 275 pp.

Myocardial Reoxygenation Injury. Current Concepts, The Upjohn Company, Scope Publication, Kalamazoo, Ml, 1990, 60 pp.

Myocardial Reoxygen Injury (2nd Ed.). Cardiology: Clinical Update, The Upjohn Company, Kalamazoo, MI, 1991, 34 pp.

# BOOK CHAPTERS

1.    Lucchesi, B.R. and Witsitt, L.S.: The pharmacology of *beta*-adrenergic blocking agents. In Current Status of Drugs in Cardiovascular Diseases. Ed. by C K. Friedberg, Grune and Stratton, New York, 1969, pp. 20-40.

2.    Lucchesi, B.R, and Lomas, T.E.:  The cardiac effects of the oral hypoglycemic agent, glyburide. In Micronase-Glyburide: Pharmacological and Clinical Evaluation. Ed. by H. Riflcin, Excerpta Medica, Princeton, New Jersey, 1974, pp. 91-104.

3.    Lucchesi, B.R.: Antiarrhythmic drugs. In An Introduction to Cardiovascular Pharmacology. Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 269-335,

4.    Lucchesi, B.R.:  Inotropic agents and drugs used to support the failing heart.  In  An Introduction to Cardiovascular Pharmacology.  Ed. by M. Antonaccio, Raven Press, New York, 1977, pp. 337-375.

5.    Romson, J. and Lucchesi, B.R.:  Experimental myocardial ischemia provoked by platelet aggregation and coronary artery spasm.   In Unstable Angina Pectoris. Proceedings of an International Sympsoium, Hannover, 1980. Ed. by N. Lichtlen, P.R. Rafflenbeul, and R. Balcon. Thieme-Stratlon, Inc., New York, 1981, pp 13-17.

6.    Romson, J.L., Shea, M J. and Lucchesi, B.R.: Pharmacologic control of arterial thrombosis. In Biologic and Synthetic Vascular prostheses.   Ed. by J.C. Stanley, W.E,   Burkel, S.M. Lindenauer, R.H. Bartlett and J,G, Turcotte, Grune & Stratton, New York, 1982, pp 37-62.

7.    Lucchesi, B.R., Gibson, J.K., Anderson, J. and Patterson, E.:  Sudden coronary death and pharmacologic interventions.   In Eiectrophysiological Mechanisms Underlying Sudden Cardiac Death.  Ed. by B.E. Sobel, J.V. Dingell and M.B. Mock, Futura Publishing Co., Mt. Kisko, New York, 1982, pp. 207-241.

8.    Kopia, G.A., Eller, B.T., Patterson, E. and Lucchesi, B.R.:  Pranolium.  In New Drugs Annual: Cardiovascular Drugs. Ed. by A. Scriabine, Raven Press, New York, 1983, pp 151-201.

9.    Lucchesi, B.R., Romson, J..L. and Jolly, S.R.:  Do leukocytes influence infarct size?  In Therapeutic Approaches to Myocardial Infarct Size Limitation.  Ed. by D.J. Hearse and D..M. Yellon, Raven Press, New York, 1984, pp. 219-248.

10.   Lucchesi,  B.R.  and  Patterson,  E.:   Antiarrhythmic  drugs.   In  An  Introduction  to Cardiovascular Pharmacology (Second Edition). Ed. by M. Antonaccio, Raven Press, New York, 1984, pp 329-414.

11.   Lucchesi, B.R.: Leukocytes and leukocyte drived products in myocardial ischemic injury. In Prostaglandins and Other Eicosanoids in the Cardiovascular System. Ed. By K. Schror, Karger, New York, 1984, pp. 160-171.

12.   Hess, M.L., Row, G.T., Caplan, M., Romson, J.L. and Lucchesi, B.R.:  Identification of hydrogen peroxide and hydroxyl radical as mediators of leukocyte-induced myocardial dysfunction: Limitation of infarct size with neutrophil inhibition and depletion. In Advances in Myocardiology, Volume 5. Ed. by Harris, P. and Poole-Wilson, P.A., Plenum Publishing, New York, New York, 1985, pp. 159-175.

13.   Shea, M.J., Wems, S.W., Mitsos, S.E., Pitt, B. and Lucchesi, B.R.:   Leukocytes and myocardial injury. In Prostaglandins: Research and Clinical Update. Ed. by G.L. Longenecker, and S.W. Schaffer, Burgess Publishing Co., Minneapolis, Minnesota, 1985, pp. 155-189.

14.   Lucchesi, B.R. and Lynch, J.J.:   Pharmacology of antiarrhythmic drugs.   In Modern Pharmacology (Second Edition).  Ed. by C.R. Craig and R.E  Stitzel, Little, Brown and Co., Boston, Massachusetts, 1986, pp 381-414.

15.   Lucchesi, B.R. and Simpson, P.J.: Prostaciclina ed iloprost: La protezione nei confronti del

danno da ischemia e riperfusione miocardica e'dovuta all'attivazione dei neutrofili.   In
Prospettive Terapeutiche Nella Fase Iniziale Dell'Infarto Miocardico.  Estratto da Cardiologia,
Centro A, De Gasperis - Milano, Italy, 1986, pp 9-20.

16.   Simpson, P.J. and Lucchesi, B.R,.: Myocardial ischemia: The potential therapeutic role of
prostacyclin and its analogues.  In Prostacyclin and Its Stable Analogue Iloprost.  Ed. by RJL
Gryglewski and G. Stock, Springer-Verlag, Berlin, Heidelberg, 1987, pp 179-194.

17.   Lynch, J.J. and Lucchesi, B.R.:   How are animal models best used for the study of
antiarrhythmic drugs? In Life-Threatening Arrhythmias During Ischemia and Infarction. Ed. by
DJ, Hearse, A. Manning and M. Janse, Raven Press, New York, 1987, pp 169-196.

18.   Lucchesi, B.R and Lynch, J.J.: Preclinical studies on the antiarrhythmic and antifibrillatory
effects of sotaiol and its optical isomers.  Jn Control of Cardiac Arrhythmias by Lengthening
Repolarization, Ed., by B. Singh, Futura Publishing Co., New York, 1987, pp 245-272.

19.   Lucchesi, B.R.:  The reduction of ultimate infarct size:  State of the art and goals for the
future. In Prostacyclin and Its Stable Analogue Iloprost. Ed. by R.J. Gryglewski and G. Stock,
Springer-Verlag, Berlin, Heidelberg, 1987, pp. 295-298.

20.   Lucchesi, B.R.:  Role of neutrophils in ischemic heart disease:  Pathophysiologic role in
myocardial ischemia and coronary artery reperfusion. In Thrombosis and Platelets in Myocardial
Ischemia.  Ed. by J.L. Mehta, C.R. Conti, and A.N. Brest, FA. Davis Company, Philadelphia,
Pennsylvania, 1987, pp 35-48.

21.   Jackson, C.V., Homeister, J., Driscoll, EM. and Lucchesi, B.R.: AGEPC-Mediated platelet
dependent coronary artery vasodilation, in New Horizons in Platelet Activating Factor Research,
Ed. by CM, Winslow and M. L. Lee, John Wiley & Sons Ltd., Great Britain, 1987, pp 207-213.

22.   Simpson, P.J., Fantone, J.C. and Lucchesi, B.R.:   Oxygen free radicals in myocardiai
ischemia. In Oxygen Radicals and Tissue Injury. Proceedings of an Upjohn Symposium. Ed. by
B, Halliwell, FASEB, Bethesda, Maryland, 1988, pp 63-77.

23. Todd, R.F., III, Simpson, P.J. and Lucchesi, B.R.: Anti-inflammatory properties of
monoclonal anti-Mol (CD11B/CD18) antibodies in vitro and in vivo, hi Structure and Function of
Molecules Involved in Leukocyte Adhesion.  Ed. By T.A. Springer, D.C. Anderson, A.S.
Rosenthal, and R. Rothlein, Springer-Verlag, New York, 1989, pp 125-137.

24.   Lucchesi, B.R.:  Neutrophil drived oxygen radicals in myocardial reperfusion injury.  In
Clinical Ischemic Syndromes:  Mechanisms and Consequences of Tissue Injury. Ed. by G.B.
Zelenock, L.A. D'Alecy, J.C. Fantone, M. Shlafer and J.C. Stanley, C.V. Mosby Co., St. Louis,
Missouri, 1998, pp 257-275.


25.   Mickelson,  J.K.,  Simpson,  PL  and  Lucchesi,  B.R.:    Ischemic  heart  disease:
Pathophysiology and  pharmacologic management.    In An Introduction to Cardiovascular
Pharmacology (3rd Ed). Ed. by M.J. Antonaccio, Raven Press, New York, 1990, pp 293-340.

26.   Lucchesi, B.R.: Antiarrhythmic drugs. Jin An Introduction to Cardiovascular Pharmacology
(Third Edition). Ed. by M.I. Antonaccio, Raven Press, New York, 1990, pp 369-483.

27.   Lucchesi, B.R.:  Pharmacology of antiarrhythmic drugs. In Modern Pharmacology (Third
Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, Massachusetts, 1990,
pp 333-369.

28.   Uprichard, A.C.G. and Lucchesi, B.R.:   Antifibrillatory drugs.   In Basic and Clinical
Electrophysiology and Pharmacology of the Heart.  Ed. by K.H. Dangman and D.S  Miura,
Marcel Dekker, New York, 1991, pp 723-740.

29.   Lucchesi, B.R.: Synergistic mechanisms for limitation of infarct size during thrombolysis:
Reduction of myocardial demand, metabolic support and prevention of reperfusion injury.  In

Thrombolysis in Cardiovascular Diseases. Ed. by D. Julian, W. Kiibler, R.N. Norris, H.J.C. Swan and D. Collen, Marcel Dekker, Inc., New York, 1991.

30.   Lucchesi, B.R.:   Acute myocardial infarction.   Complement, neutrophils and oxygen in reperfusion injury, hi: Progress in Cardiology. Ed. by D. Zipes and D. Rowlands, Lea & Febiger, Hanover, Pennsylvania, 5(2): 3-24, 1992.

31.   Lucchesi, B.R., Chi, L., Black, S.C., Uprichard, A.C.G., Friedrichs, G.S., Manley, P.J. and Oh, J.Y.: Role of ion channels in antiarrhythmic and antifibrillatory drug action. In Ion Channels in the Cardiovascular System:  Function and Dysfunction. Ed. by P.M. Spooner, A.M.. Brown, W.A. Catterall, G.J. Kaczorowski and H.C. Strauss. Futura, Ml. Kisco, NY, 1994, pp 529-562.

32,. Black, S.C. and Lucchesi, B.R.: Antiarrhythmic drugs. In Modern Pharmacology (Fourth Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1994, pp 275-311.

33.   Lucchesi, B.R.: Cardiac reperfusion injury.  In: Reperfusion Injuries and Clinical Capillary Leak Syndrome. Ed. by B.A. Zikria, M.O. Oz and R.W. Carlson, Futura, Armonk, NY, 1994, pp 171-202.

34.   Uprichard, A.C.G. and Lucchesi,  B.R.:   The efficacy of antiarrhythmic drugs as antifibrillatory agents.  In: Electropharmacological Control of Cardiac Arrhythmias.  Ed. by B. Singh, H.J.J. Wellens and M. Hiraoka, Futura Publ., Mt. Kisco, NY, 1994, pp 291-312.

35.   Black, S.C, Friedrichs, G.S. and Lucchesi, B.R.: Experimental Models for the Assessment of Antiarrhythmic and Proarrhythmic Drug Action:   Traditional  and New Models, In: Antiarrhythmic Drugs.  Ed, by W. Haverkamp and G. Hindricks, Springer-Verlag, Berlin, 1995, pp 207-239.

36.  Kilgore,  K.S. and Lucchesi,  B.R.:  Free radicals  and the inflammatory response. In: Oxidative Stress, Lipoproteins and Cardiovascular Dysfunction. Ed. by C. Rice-Evans and K.R. Bruckdorfer, Portland Press, London, 1995, pp 161-180.

37. Gralinski, M.R., Black, S.C. and Lucchesi, B.R.:  Stress proteins and myocardial protection. Chapter 29. In:  Stress Proteins in Medicine.  Ed. by W. van Eden, Marcel Dekker, New York, 1996, pp 465-477.

38. Friedrichs, G.S. and Lucchesi, B.R.: Antiarrhythmic drugs. In:  Modern Pharmacology (Fifth Edition). Ed. by C.R. Craig and R.E. Stitzel, Little, Brown & Co., Boston, MA, 1997, pp 175-208.

39.  Lucchesi, B.R.:   c7E3 Fab (abciximab).  In: Cardiovascular Drug Therapy (2nd Edition). Ed. by F.H. Messerli, W.B. Saunders, Philadelphia, PA, 1996, pp 1625-1638.

40.   Gralinski, MR., Park, J.L. and Lucchesi, B.R.:   Complement in myocardial tissue injury, In:  Coronary Microcirculation During Ischaemia and Reperfusion, Alfred Benzon Symposium 41.   Ed. by S. Haunso, J. Aldershvile, J .H. Svendsen, Munksgaard, Copenhagen, 1997, pp 211-225.

41.   Chi, L., Rebello, S. and Lucchesi, B.R.:  In vivo models of thrombosis. In: Handbook of Experimental Pharmacology, Vol.  132 Antithrombotics.  Ed. by A.C.G. Uprichard and K.P. Gallagher, Springer-Verlag, Berlin/Heidelberg, 1999, pp. 101-127.

42.  Kilgore, K.S., Todd, R.F. Ill and Lucchesi, B.R.:  Reperfusion injury.  In:  Inflammation: Basic Principles and Clinical Correlates (Third Edition).  Ed, by J.L, Gallin, R.Snyderman, D.T. Fearon, B.F, Haynes and C. Nathan, Lippincott-Williams Wilkins, Philadelphia,  1999, pp 1047-1060.

43.  Lucchesi, B.R.:   Myocardial reperfusion injury——Role of free radicals and mediators of inflammation. In: Heart Physiology and Pathophysiology (Fourth Edition). Ed. by N. Sperelakis,

Case 2:05-md-01657-EEF-DEK   Document 7111-11   Filed 09/15/06   Page 21 of 21

Y. Kurachi, A. Terzic and M. Cohen, Academic Press, San Diego, 2001, pp. 1181-1210.

44.   Tanheco, E.J. and Lucchesi, B.R.:  The role of complement  in myocardial inflammation and reperfusion injury.  In: Progress in Inflammation Research, Edited by Giora Z. Feuerstein, Peter Libby, Douglas L. Mann. (Series EditorM. J. Paraham) Birkhauser Verlag, Basel (Switzerland) 2002, pp 221-248.

45.   Fischbach, P.S. and Lucchesi, B.R.:  Antiarrhythmic drugs,  In:  Modern Pharmacology (Sixth Edition). Ed. by C.R. Craig and R.E. Stitzel. 2003

46.   Lucchesi, BR.   Chapter 17 - Drugs for the Treatment of Heart Failure In:   Human Pharmacology Fourth Edition. Edited by Kenneth Minneman & Lynn Wecker, Mosby, St Louis. 2005 pp 199-216.