UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| | * | |
| This document relates to | * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| CHARLES MASON | * * | |
| Plaintiff, | * * | |
| V. | * * | |
| MERCK & CO., INC., | * * * | |
| Defendant. | * * | |
| Civil Action No. 2:07cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED HEARING ON MOTION OF MERCK & CO., INC. ("MERCK") TO COMPEL THE DEPOSITION OF DR. BENEDICT LUCCHESI OR, IN THE ALTERNATIVE, TO EXCLUDE HIM FROM TESTIFYING AT TRIAL

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, moves the Court for an expedited hearing on its Motion of Merck & Co., Inc. to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial. An expedited hearing is required for the following reasons:

828955v.1

Trial of this case is scheduled to commence on October 30, 2006. So that Merck may prepare its defense, Merck needs to depose Dr. Lucchesi no later than October 6, 2005. Merck therefore requests that the Court hear its motion as soon as possible -- prior to the September 28, 2006 hearing date set forth in its notice (which is filed in order to comply with ecf filing requirements).

Dated:  September 15, 2006

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMAN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:     202-434-5029

Philip S. Beck
Tarek Ismail
Shayna S. Cook
BARLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
Phone:  312-494-4400
Fax:     312-494-4440

Attorneys for Merck & Co., Inc.

828955v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion and Incorporated Memorandum for Expedited Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of September, 2006.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

828955v.1