# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| CHARLES MASON | * | KNOWLES |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Civil Action No. 2:07cv00810 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial,

IT IS ORDERED that the Motion of Merck & Co., Inc. ("Merck") to Compel the Deposition of Dr. Benedict Lucchesi or, in the Alternative, to Exclude Him From Testifying at Trial be brought on for hearing on the ____ day of September, 2006, at _____ o'clock ___.m.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
DISTRICT JUDGE

828955v.1