IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 PM 4: 15

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br>SECTION: L |
| This Document Relates To:<br>2:06-cv-0141-EEF-DEK | Judge Fallon<br>Magistrate Judge Knowles |

### PLAINTIFF ANNA SLATTON'S MOTION TO VOLUNTARILY DISMISS CAUSE OF ACTION AGAINST ALL DEFENDANTS WITHOUT PREJUDICE

COMES NOW Plaintiff Anna Slatton, by and through her undersigned attorneys, Simon Passanante, P.C., and pursuant to Federal Rule of Civil Procedure 41(a)(2) and supported by her Memorandum in Support, moves this court to dismiss Plaintiff Anna Slatton's cause of action against all Defendants without prejudice.

Plaintiff's counsel certifies that this change will be made directly to Lexis Nexis File & Serve as soon as the Order is entered.

Respectfully submitted by:

John G. Simon, #4371
Todd S. Hageman #51801
Simon Passanante, P.C.
701 Market Street, Ste. 1450
St. Louis, Missouri 63101
(314) 241-2929
(314) 241-2029 (fax)
thageman@spstl-law.com

and

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

1

James G. Onder #5369  
Onder, Shelton, O'Leary &  
Peterson, LLC  
1015 Locust, Ste. 720  
St. Louis, Missouri 63101  
(314) 421-6565  
(314) 421-4724 (fax)  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was served upon Liaison Counsel, Russ Herman and Phillip Wittman, by First Class U.S. mail, postage prepaid, and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this ___th___ day of __September__, 2006.

John G. Simon, #4371  
Todd S. Hageman #51801  
Simon Passanante, P.C.  
701 Market Street, Ste. 1450  
St. Louis, Missouri 63101  
(314) 241-2929  
(314) 241-2029 (fax)  
thageman@spstl-law.com

cc:

Russ M. Herman  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave., Ste. 100  
New Orleans, LA 70113  
Email: rherman@hhkc.com  
*Liaison Counsel for Plaintiffs*

Phillip A. Wittmann  
Stone Pigman Walther Wittmann, LLP  
546 Carondelet St.  
New Orleans, LA 70130  
Email: pwittmann@stonepigman.com  
*Liaison Counsel for Defendants*

John Poulos  
Zane Riester  
Hughes Hubbard & Reed LLP  
101 Hudson Street, Suite 3601  
Jersey City, New Jersey 07302  
Email: riester@HughesHubbard.com  
*Counsel for Defendant Merck & Co., Inc.*

2