FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 13 AM 9: 24

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX ) MDL No. 1657
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
This Document Relates To: ) Judge Fallon
   2:06-cv-0141-EEF-DEK ) Magistrate Judge Knowles

## ORDER GRANTING PLAINTIFF ANNA SLATTON'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This matter having been opened to the Court on the Motion of Plaintiff, Anna Slatton, through counsel, Simon • Passanante, P.C., seeking voluntary dismissal of her action against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court having considered the Motion, it is hereby

**ORDERED**, that Plaintiffs' Motion is granted in its entirety.

Plaintiff's counsel certifies that this change will be made directly to Lexis Nexis File & Serve as soon as the Order is entered. If Plaintiff re-files her action, it must be done in Federal Court.

September 12th 2006
Date

The Honorable Eldon E. Fallon
United States District Judge

Fee_____
Process_____
X/Dktd_____
✓ CtRmDep_____
___ Doc. No_____