IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14 AM 7:49

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| RONALD G. KINISTON, INDIVIDUALLY, AND ON BEHALF OF JANET LYNN KINISTON, DECEASED §§§§§§ Plaintiff | | |
| VS. | § | Civil Action No. 06-0205 |
| MERCK & CO., INC. Defendant | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § | MDL NO. 1657 |
| | § | SECTION L |
| THIS DOCUMENT RELATES TO: RONALD G. KINISTON, INDIVIUALLY, AND ON BEHALF OF JANET LYNN KINISTON, DECEASED | § | JUDGE ELDON E. FALLON |
| | § | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 12th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 12th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_/Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____