## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 7:49

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ROBERT J. BENOIT, JR., | § | |
| INDIVIDUALLY AND ON | § | |
| BEHALF OF JOEL MICHELE | § | |
| SCHUMACHER-BENOIT, DECEASED | § | |
| **Plaintiff** | § | |
| | § | |
| VS. | § | **Civil Action No. 05-6040** |
| | § | |
| MERCK & CO., INC. | § | |
| **Defendant** | § | |

| | | |
|---|---|---|
| IN RE: VIOXX MARKETING, | | |
| SALES PRACTICES AND | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE ELDON E. FALLON |
| ROBERT J. BENOIT, JR., | § | |
| INDIVIUALLY AND ON | § | MAGISTRATE JUDGE |
| BEHALF OF JOEL MICHELE | § | DANIEL E. KNOWLES, III |
| SCHUMACHER-BENOIT | § | |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 12th_, 2006. the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 12th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorney for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____