IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 7:48

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BETTY CARNEGIE, INDIVIDUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED<br>Plaintiff<br><br>VS.<br><br>MERCK & CO., INC.<br>Defendant | Civil Action No. 05-6039 |

---

| | |
|---|---|
| IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>BETTY CARNEGIE, INDIVIUALLY, AND ON BEHALF OF CLAUDE CARNEGIE, DECEASED | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _September 12th_, 2006, the Court considered Plaintiff's Unopposed Motion For Leave to File Amended Complaint. After considering the application, the Court:

GRANTS Plaintiff's Motion for Leave to File Amended Complaint.

SIGNED on _September 12th_, 2006.

_____
HONORABLE JUDGE ELDON E. FALLON

APPROVED & ENTRY REQUESTED:

_____
John R. Leach, III
Michael J. Lowenberg
Attorneys for Plaintiff

Fee_____
Process_____
XRtd_____
CtRmDep_____
Doc. No._____