UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>**PRODUCTS LIABILITY LITIGATION** | MDL DOCKET NO. 1657 |
| | Section L |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:06cv810 | |
| | Judge Fallon |
| CHARLES LARON MASON v.<br>MERCK & CO., INC. | Mag. Judge Knowles |

### JURY QUESTIONNAIRE

**INTRODUCTION**

TO:   Prospective Jurors

Ladies and Gentleman, this is a civil case. It involves the heart attack of Charles Laron Mason, who is the Plaintiff in this case.

Mr. Mason claims that his heart attack and other damages were a result of taking Vioxx, which was manufactured by Merck & Co., Inc. The Plaintiff claims that Merck is responsible for Mr. Mason's heart attack and other damages because Merck failed to adequately test Vioxx and failed to provide adequate warnings of the potentially harmful effects of taking Vioxx.

Merck is the Defendant in this case. Merck denies the Plaintiff's allegations. First, Merck asserts that Vioxx was not the cause of Mr. Mason's heart attack or other damages. Second, Merck asserts that it did adequately test Vioxx and that it provided adequate warnings.

Each of the parties in this case has a right to have this case tried by a qualified, fair, and impartial jury. A qualified and impartial jury is one which is responsible and capable and which will, without fear, favor, bias, prejudice, passion, or sympathy, hear and decide the issues to be tried objectively, and one which will render its verdict based solely on the evidence presented at this trial and the law applicable to the case as given to the jury by the Court.

It is the law that a jury's qualifications and impartiality may not be assumed without inquiry. This questionnaire is designed to obtain information about your qualifications to be a juror in this case. By use of this questionnaire, the process of jury selection may be shortened. Please respond to the following questions as completely as possible. Please remember that the oath you took as a prospective juror requires you to give completely truthful answers to every question.

If you are selected to serve as a juror, this questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. If you are not selected to be a juror, this questionnaire and all copies will be destroyed.

During questioning by the Court and the attorneys, you will be given an opportunity to explain or expand upon any answers, if necessary. If for any reason you do not want to answer any specific questions, please write the word "PRIVATE" next to the question, and we will take this matter up with you in private. Otherwise, please answer all questions that apply to you. For multiple-choice questions, please put a check next to the answer or answers that most fit your situation. Do not write on the back of any page. If you need extra room to write, use the last page and please remember to indicate the corresponding question number.

Since the questionnaire is part of the jury selection process, the questions must be answered by you under penalty of perjury, and you should fill out this questionnaire by yourself without consulting any other person.

**PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS.**

1. Full Name:

2. Gender (Circle one):        M        F

3. Date of Birth:                   Age:

4. Street Address:

   City:                               Zip Code:

5. How long have you lived at your current address?

6. What is your current employment status?

   | | |
   |---|---|
   | Full Time | ☐ |
   | Part Time | ☐ |
   | Retired | ☐ |
   | Looking for Work | ☐ |
   | Unemployed | ☐ |
   | Homemaker | ☐ |
   | Disabled | ☐ |
   | Student | ☐ |

7. If you are currently employed:

   What is the name of your employer? _____

   What is your occupation (what do you do there)? _____

   How long have you worked there? _____

8. If you are not presently employed or if you have held different employment during the last five years, please provide the name of your previous employers, the years of such employment, and your job title and duties beginning with the most recent job:

   Employer: _____

   Job title/Duties: _____

   Year (s): _____
   -------------------------
   Employer: _____

   Job title/Duties: _____

   Year (s): _____

----------------------

Employer: _____

Job title/Duties: _____

Year (s): _____

----------------------

Employer: _____

Job title/Duties: _____

Year (s): _____

----------------------

Employer: _____

Job title/Duties: _____

Year (s): _____

9. What is your highest level of education:

   | | |
   |---|---|
   | Less than high school | ☐ |
   | GED | ☐ |
   | High School | ☐ |
   | Technical or trade school | ☐ |
   | Some college | ☐ |
   | Bachelor's degree | ☐ |
   | Some graduate study | ☐ |
   | Master's or Doctoral degree | ☐ |

   If you did any schooling after high school what were your major areas of study?
   _____

10. What is your current marital status?

    | | |
    |---|---|
    | Never married | ☐ |
    | Married | ☐ |
    | Living Together | ☐ |
    | Separated | ☐ |
    | Divorced | ☐ |
    | Widowed | ☐ |

11. <u>If applicable</u>, what is the status of your spouse or significant other's current employment status?

    | | |
    |---|---|
    | Not Applicable | ☐ |
    | Full Time | ☐ |
    | Part Time | ☐ |
    | Retired | ☐ |

       Looking for Work ☐
       Unemployed ☐
       Homemaker ☐
       Disabled ☐
       Student ☐

12. If applicable, what is the name of your spouse or significant other's employer?

    _____

    What is their occupation (what do they do there)?
    _____

    How long have they worked there? _____

13. If applicable, what is your spouse or significant other's highest level of education:

    Not applicable ☐
    Less than high school ☐
    GED ☐
    High School ☐
    Technical or trade school ☐
    Some college ☐
    Bachelor's degree ☐
    Some graduate study ☐
    Master's or Doctoral degree ☐

14. Do you, a family member, or anyone close to you have *any training or experience* in the following areas?

    Check next to all areas that apply and indicate "who" (the person's relation to you) and briefly what your/their experience or work is in the space provided. For example, next to counseling you might note in the family member/someone close box "aunt – does work in group therapy".

| AREA | ME | FAMILY MEMBER/SOMEONE CLOSE |
|---|---|---|
| **Healthcare/Medical Profession (e.g., doctor, nurse, nurse's aid, pharmacist)** | | |
| **Counseling of any kind** | | |
| **Social Services** | | |
| **Insurance (e.g., sales,** | | |

5

| | | |
|---|---|---|
| **claims adjusting, clerical)** | | |
| **Legal system (e.g., lawyer, paralegal, police officer, investigator)** | | |
| **Pharmaceutical industry** | | |
| **Finance, Economics and/or Accounting** | | |
| **Government Regulatory Agency (e.g., Food and Drug Administration (FDA))** | | |
| **Journalism, Media** | | |
| **Public Relations** | | |
| **Advertising** | | |
| **Research & Development** | | |
| **Product design or testing** | | |
| **Product Manufacturing** | | |
| **Statistics** | | |

|  |  |  |
|---|---|---|
| **Sales** |  |  |

15. Do you believe you have <u>any</u> special knowledge that you can rely on to help you decide a case involving a prescription drug?

    Yes    ☐
    No     ☐

    If yes, please explain: _____

    _____

16. Do you supervise other people on the job?

    Yes    ☐
    No     ☐
    If yes, how many people do you supervise? _____

17. Are you now or have you been a member of a labor union?

    Yes, currently       ☐
    Yes, but in the past ☐
    No                   ☐

    If yes, which union are you or were you a member of?
    _____

18. Have you ever been a plaintiff or a defendant in a lawsuit?

    Yes    ☐
    No     ☐

    If yes, please explain:
    _____

    _____

19. Have you ever served on a jury?  Please check all that apply:

    Yes, and the jury reached a verdict       ☐
    Yes, but the jury did not reach a verdict ☐

7

        No       ☐

20. Were you ever a foreperson on a jury?

    I have never served on a jury   ☐
    Yes   ☐
    No   ☐

21. What are the ways you learn about the news? Please check all that apply)

    Television ☐    Newspaper ☐
    Magazines ☐    Radio ☐
    Internet ☐    Other (describe) ☐

22. Do you regularly read any newspapers or magazines?

    Yes ☐
    No ☐

    If yes, please list by name what you read:

    _____
    _____

23. Do you enjoy watching daytime talk shows?

    Yes ☐
    No ☐

    If yes, which programs do you like to watch?

    _____
    _____

24. Do you regularly listen to "talk radio"?

    Yes ☐
    No ☐

    If yes, which programs do you like to listen to?

    _____
    _____

25. If you eat a new food that you have never eaten before and a few hours later you get an upset stomach, how confident are you that the new food is the cause of your upset stomach?

    Absolutely confident   ☐

        Very confident ☐
        Somewhat confident ☐
        Not very confident ☐
        Not at all confident without more information ☐

26. Are you or anyone close to you a member of any organization or group involved in tort or lawsuit reform (e.g., T.A.L.A., C.A.L.A or any other organized groups determined to reduce, limit, or eliminate jury verdicts)?

    Yes ☐
    No ☐

27. Have you ever held or sought political office?

    Yes ☐
    No ☐

    If yes, please explain:

    _____

    _____

28. How would you describe your overall health?

    Excellent ☐
    Good ☐
    Fair ☐
    Poor ☐

29. Have you ever been a victim of improper or inadequate medical treatment?

    Yes ☐
    No ☐

30. Do you now or have you in the past smoked cigarettes?

    Yes, currently ☐
    Yes, in the past ☐
    No ☐

    If yes, approximately how many packs per day did you or do you smoke?

    _____

31. Have you ever tried to quit smoking?

    I am not a smoker ☐
    Yes, and I was successful ☐
    Yes, but I was not successful ☐

        No I have never tried to quit    ☐

32. Do you consider smoking to be harmful to one's health?

        Yes    ☐
        No    ☐

33. Do you believe smoking cigarettes increases the rate of heart attacks?

        Yes    ☐
        No    ☐

34. Do you go to the doctor when you're not feeling well?

        Always    ☐
        Almost always    ☐
        More often than not    ☐
        Sometimes    ☐
        Rarely    ☐
        Never    ☐

35. Do you have a regular doctor?

        Yes    ☐
        No    ☐

36. Have you, a family member, or someone close to you ever experienced any of the following (check all that apply AND please write down what family member when that applies):

| | You | Family Member Please indicate what family member (e.g., uncle, spouse) | Someone close to you |
|---|---|---|---|
| **Heart Attack** | | | |
| **Other serious heart condition** | | | |
| **Stroke** | | | |
| **Chronic High Blood Pressure** | | | |
| **Blood Clot** | | | |
| **Arthritis** | | | |
| **Chronic Pain** | | | |
| **Obesity** | | | |
| **Diabetes** | | | |

37. Have you, a family member, or someone close to you ever had a serious side effect after taking a prescription drug? (Please check all that apply)

10

Yes, I have ☐
Yes, a family member ☐
Yes, someone close to me ☐
No ☐
Don't know ☐

If yes, please explain "who", what happened, and what you believe was the cause:

_____
_____
_____
_____

38. Have you even known someone who appeared to be perfectly healthy and suddenly had a heart attack for no apparent reason?

Yes ☐
No ☐
Don't know ☐

If yes, please explain:

_____
_____
_____
_____

39. If you take any type of prescription medication, do you take the prescribed dose?

40. When a healthcare provider prescribes a medication for you, do you do your own research of the drug or get a second opinion?

41. When a healthcare provider prescribes a medication for you do you do follow up research or get a second opinion before taking the medication?

Always ☐
Frequently ☐
Sometimes ☐
Rarely ☐
Never ☐
Not applicable ☐

42. Have you known someone who seemed to be healthy who suddenly had a heart attack or stroke?

43. Before taking any type of prescription medication, do you read any warnings or prescribing information that comes in the package with the medication?

11

        Always ☐
        Frequently ☐
        Sometimes ☐
        Rarely ☐
        Never ☐
        Not applicable ☐

44. If you take any type of prescription medication, do you take the prescribed dose?

        Always ☐
        Frequently ☐
        Sometimes ☐
        Rarely ☐
        Never ☐
        Not applicable ☐

45. What degree of responsibility do patients have for their own health care, as compared to their medical provider?

        Patient has no responsibility ☐
        Patient has some degree of responsibility ☐
        Patient has equal degree of responsibility ☐
        Patient has total responsibility ☐

46. Do you believe a prescription drug should be proven 100% safe before being sold to the public?

        Yes ☐
        No ☐
        Don't know ☐

47. Would you have to be 100% certain that a drug had caused a person's heart attack before you could hold the drug manufacturer responsible for that person's heart attack?

        Yes ☐
        No ☐
        Don't know ☐

48. Prescription drug companies do an adequate job of warning the public about the risks of using their medicines.

        Strongly agree ☐
        Somewhat agree ☐
        Somewhat disagree ☐
        Strongly disagree ☐

49. Prescription drug companies do an adequate job of monitoring the safety of their drugs once they get on the market.

    Strongly agree ☐
    Somewhat agree ☐
    Somewhat disagree ☐
    Strongly disagree ☐

50. Drug companies often rush drugs to market before they are proven safe.

    Strongly agree ☐
    Somewhat agree ☐
    Somewhat disagree ☐
    Strongly disagree ☐

51. I am outraged at the conduct of companies that make prescription medicine.

    Strongly agree ☐
    Somewhat agree ☐
    Somewhat disagree ☐
    Strongly disagree ☐

52. Does the entire prescription drug approval system in this country need to be completely changed.

    Yes ☐
    No ☐
    Don't know ☐

53. If a prescription drug is approved by the FDA (Food and Drug Administration) and on the market for several years but is later withdrawn due to a safety concern, does that automatically mean the drug manufacturer did something wrong?

    Yes, intentionally ☐
    Yes, but not intentionally ☐
    No ☐

54. If a prescription drug is taken off the market, it means that the drug is dangerous for anyone who takes it.

    Strongly agree ☐
    Somewhat agree ☐
    Somewhat disagree ☐
    Strongly disagree ☐

55. If all you knew was that a person took a medicine and then had a health problem, would that be enough to show that it was more likely than not that the medicine caused the health problem?

13

  Strongly agree   ☐
  Somewhat agree   ☐
  Somewhat disagree   ☐
  Strongly disagree   ☐

56. Have you, a family member, or someone close to you ever used any of the following drugs? Please check all boxes that apply AND please write down which family member when that applies.

|  | **You** | **Family Member** <br> **Please indicate which family member (e.g., spouse, daughter)** | **Someone close to you** |
|---|---|---|---|
| **VIOXX** |  |  |  |
| **Bextra** |  |  |  |
| **Celebrex** |  |  |  |
| **Advil** |  |  |  |
| **Aleve** |  |  |  |

57. Have you read or heard anything about a prescription medicine called VIOXX?

  Yes   ☐
  No   ☐

If yes, what have you read or heard?

_____

_____

58. Is VIOXX currently on the market and available for purchase?

  Yes   ☐
  No   ☐
  Don't know   ☐

59. Do you believe VIOXX causes or contributes to heart problems in:

  All patients who take it   ☐
  Most patients who take it   ☐
  Some patients who take it   ☐
  Few patients who take it   ☐
  Very few patients who take it   ☐

        No patients who take it   ☐
        Don't know   ☐

60. Have you read or heard anything about COX-2 pain relievers?

        Yes   ☐
        No   ☐

    If yes, what have you read or heard?

    _____
    _____
    _____

61. Have you read or heard anything about the prescription medicines called Celebrex or Bextra?

    If yes, what have you read or heard?

    _____
    _____
    _____

62. Have you read or head anything about this lawsuit or case?

        Yes   ☐
        No   ☐

    If yes, what have you read or heard?

    _____
    _____
    _____

63. Do you, a family member, or anyone close to you believe you have - or they have - a claim concerning alleged injuries from VIOXX? Please check all that apply.

        Yes, me   ☐
        Yes, family member   ☐
        Yes, someone close to me   ☐
        No   ☐
        Don't know   ☐

64. Do you, a family member, or anyone close to you believe you have - or they have - a claim concerning alleged injuries from Celebrex or Bextra? Please check all that apply.

        Yes, me   ☐
        Yes, family member   ☐
        Yes, someone close to me   ☐

        No ☐
        Don't know ☐

65. Prior to today, had you ever heard of the Food and Drug Administration (FDA)?

        Yes ☐
        No ☐

66. Do you have an opinion about the FDA?

        Yes ☐
        No ☐

If yes, what is that opinion?

_____
_____

67. If a prescription drug is approved by the FDA and is safe and effective for most people but dangerous for a very small number of people, should the drug be taken off the market?

        Yes ☐
        No ☐

68. The FDA (Food and Drug Administration) has been corrupted by big drug company money.

        Strongly agree ☐
        Somewhat agree ☐
        Somewhat disagree ☐
        Strongly disagree ☐

69. Have you ever heard of Merck & Co., Inc.?

        Yes ☐
        No ☐

70. Do you have an opinion about Merck & Co., Inc?

        Yes ☐
        No ☐

If yes, what is that opinion?

_____
_____

71. Have you, a family member or anyone close to you had any association, personal or professional, with Merck & Co., Inc.?

    Yes ☐
    No ☐

    If yes, please explain:

    _____
    _____
    _____

72. This case is estimated to start on October 30, 2006 and last between two and three weeks. Are there any serious reasons that you would affect your ability to serve as a juror in this case (This would include, but not be limited to, paid vacations, economic hardships, family events, child care, aged parent care, etc.)?

    Yes ☐
    No ☐

    If yes, please state the reason(s):

    _____
    _____
    _____

73. Is there any reason, no matter how small, that would not allow you to be a fair juror in this case?

    Yes ☐
    No ☐
    Don't know ☐

    If yes or don't know, please explain:

    _____
    _____
    _____

74. If the law and evidence justified punitive damages in this case, could you award such damages?

    Yes ☐
    No ☐

75. Do you personally know any of the persons on the following list of potential witnesses? If you know someone on the list below, please place a check mark by the name of the person and state the nature of your relationship to that person.
    [LIST WITNESSES]

76. Do you personally know any of the following attorneys or anyone employed by the law firms that are listed below?

    If you know someone on the list below, please place a check mark by the lawyer who you know and state the nature of your relationship to that person.

    If you know someone employed by one of the law firms identified, please identify the person or persons whom you know and state the nature of your relationship to that person or persons.
    [LIST ATTORNEYS]

77. If you know someone who may be connected to this case who has not been previously mentioned in this questionnaire, please identify the person, and state the nature of your relationship to that person.

78. Is there any information that you have not been asked that you feel the Court should know about or that might be relevant in any way to this trial or to your potential jury service?

    Yes ☐
    No  ☐

    If yes, please explain:

    _____
    _____
    _____

    The answers I have given are true and correct to the best of my knowledge.

    JUROR SIGNATURE:

    PRINT NAME:

    JUROR TELEPHONE NUMBER:

    JUROR NUMBER:

    NOTE:   The following are additional pages attached for your convenience if needed for your answers.

Extra Pages For Additional Comments: