MINUTE ENTRY
FALLON, J.
SEPTEMBER 12, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS  　　　　　　　　MDL 1657
　　　　　LIABILITY LITIGATION

ROBERT G. SMITH
　　　　　　　　　　　　　　　　　　　REF NO. 05-4379
VERSUS
　　　　　　　　　　　　　　　　　　　SECTION: L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON　　　　TUESDAY, SEPTEMBER 12, 2006, 8:40 am
Case Manager: Gaylyn Lambert　　　　　　(continued from 9-11-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
　　　　　　 Philip Beck, Esq. & Carrie Jablonski, Esq. For defendant

### JURY TRIAL:

All present and ready.

### Plaintiff's Witnesses:

David Anstice - by video deposition. Transcript filed into the record.

Dr. Jerry Avorn - by video deposition.

Court adjourned at 5:30 pm until Wednesday, September 13, 2006, at 8:30 am.

```
JS-10:   6:40
```