UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    9-13-06
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **In re: VIOXX PRODUCTS LIABILITY LITIGATION** | **MDL No. 1657**<br><br>**Section L**<br><br>**Judge Eldon E. Fallon**<br><br>**Magistrate Judge Daniel E. Knowles, III** |

**THIS DOCUMENT RELATES TO:**
   *Robert G. Smith v. Merck & Co., Inc.*, Case No. 2:05-CV-04379

The following deposition testimony was presented to the jury on September 12, 2006:

Videotaped deposition of David W. Anstice.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Anstice v5.txt

ID:          Anstice

ID:            DA 57404
Page Range:    574:4-575:7

```
574: 4        Q.    Your name is David Anstice?
574: 5        A.    That's correct.
574: 6        Q.    Did I pronounce it right?
574: 7        A.    You did.
574: 8        Q.    All right.  I understand you're the
574: 9   president of some part of Merck.  What part are you
574:10   the president of?
574:11        A.    Human health for Canada, Latin
574:12   American, Japan, Australia and New Zealand.
574:13        Q.    At some point were you the president
574:14   of Merck America or something like that?
574:15        A.    Yes, I was.
574:16        Q.    When was that?
574:17        A.    From the period late '94 through to
574:18   the end of 2002.
574:19        Q.    Did you get promoted out of that or
574:20   demoted from that?
574:21        A.    I got a new assignment with Japan.
574:22        Q.    Is that a promotion or a demotion?
574:23        A.    That was an important, different
574:24   responsibility.
574:25        Q.    I understand.
575: page 575
575: 1              But was it a promotion or demotion?
575: 2        A.    It was neither.  It was --
575: 3        Q.    A lateral?
575: 4        A.    A lateral, correct.
575: 5        Q.    Merck made some tragic mistakes with
575: 6   Vioxx; didn't it?
575: 7        A.    I don't think so.
```

ID:            DA 57510
Page Range:    575:10-576:11

```
575:10        Q.    Well, sir, isn't rule number -- by
575:11   the way, are you a medical doctor?
575:12        A.    No, I am not.
575:13        Q.    You're the president of what part of
575:14   Merck now?  I'm sorry, let me write it down.  You
575:15   are the president of health and what?
575:16        A.    Human health, which is our commercial
575:17   operations.
575:18        Q.    You're the president of human health,
575:19   and you don't have a medical degree?
575:20        A.    I do not.
575:21        Q.    Well, did you go to any medical
575:22   school at all?
575:23        A.    No, I did not.
575:24        Q.    As the president of human health,
575:25   what kind of human health schooling do you have?
576: page 576
576: 1        A.    I'm responsible for sales and
576: 2   marketing activities, and I have the training and
576: 3   skills developed in 31 years at Merck.
576: 4        Q.    That wasn't my question, sir.
576: 5              What kind of schooling do you have in
```

Page 1

Anstice v5.txt

576: 6   human health if you're going to be the president of
576: 7   the human health division?
576: 8        A.   I have schooling, I have tertiary
576: 9   education in economics, and I joined Merck, and
576:10   typical with many people on the business side, I do
576:11   not have a medical degree or a medical background.


ID:          DA 57617
Page Range:  576:17-576:22

576:17        Q.   So, the president of human health for
576:18   Merck doesn't have any kind of health background at
576:19   all, other than the fact he's been in sales for
576:20   Merck for 30-some odd years; right?
576:21        A.   Sales and marketing for Merck for 30
576:22   years.  That's my experience and background.


ID:          DA 57724
Page Range:  577:24-578:20

577:24        Q.   So, when I say Merck messed up with
577:25   Vioxx and you say, no, we didn't, I guess you're
578: page 578
578: 1   speaking from a sales and marketing perspective?
578: 2        A.   I'm speaking as a senior executive at
578: 3   Merck.
578: 4        Q.   Well, y'all put a drug on the market
578: 5   that you had to withdraw; didn't you?
578: 6        A.   We put a drug on the market.  We have
578: 7   now withdrawn it.
578: 8        Q.   The drug shouldn't have been on the
578: 9   market to start with; should it?
578:10        A.   I believe it should have been on the
578:11   market.
578:12        Q.   Were you part of the decision to take
578:13   it off the market?
578:14        A.   I was part of that decision, yes.
578:15        Q.   Did you vote for taking it off or for
578:16   leaving it on?
578:17        A.   We did not have a vote.  I supported
578:18   the recommendation and the decision after the
578:19   APPROVe study that in the interest of patient
578:20   safety, Vioxx should be withdrawn from the market.


ID:          Anstice 58007
Page Range:  580:7-580:24

580: 7        Q.   Well, y'all should have had that data
580: 8   from APPROVe before you ever put the drug on the
580: 9   market; shouldn't you?
580:10        A.   The data from APPROVe, APPROVe was a
580:11   study in colon polyps, and that study was started
580:12   some four-and-a-half years earlier.
580:13        Q.   And my point is, y'all ought to study
580:14   these things and decide if the drug is safe or not
580:15   before you sell it, not after you've been selling it
580:16   for years?  Don't you agree?
580:17        A.   Merck did study the product.  Merck
580:18   did provide safety analysis.  And the basis of the
580:19   approval for the product in 1999 was based on the

Anstice v5.txt

580:20     safety data.
580:21          Q.     But you didn't study the product
580:22     adequate to decide whether or not you ought to keep
580:23     it on the market, because that study didn't happen
580:24     until the APPROVe study and you pulled it; right?


ID:          DA 58101
Page Range:    581:1-581:5

581: 1                THE WITNESS:  The data that we had at
581: 2     the time of the new drug application was consistent
581: 3     with studies done for all other -- very similar to
581: 4     all other nonsteroidals and was appropriate for the
581: 5     marketing of the product, efficacy and safety.


ID:          DA 58107
Page Range:    581:7-581:17

581: 7          Q.     Truth be told, you couldn't wait to
581: 8     get all the studies done because you had to get to
581: 9     market quickly; right?
581:10          A.     Merck completed all of the studies
581:11     that were required for the new drug application.
581:12          Q.     Oh, I'm not saying you didn't satisfy
581:13     the law.  I'm talking about taking care of the
581:14     patients.  My point is, you didn't do all of the
581:15     studies you should have done before you went to
581:16     market because you couldn't afford to time-wise;
581:17     isn't that true?


ID:          Anstice 58119a
Page Range:    581:19-583:2

581:19                THE WITNESS:  I do not accept that
581:20     that's correct.
581:21     BY MR. LANIER:
581:22          Q.     Well, let's look at a couple of
581:23     things.  Rule number one for a doctor, and I know
581:24     you don't have medical training, but you probably
581:25     heard it at least, that rule number one is, do no
582: page 582
582: 1     harm; right?
582: 2          A.     That's correct.
582: 3          Q.     And you think for a drug company that
582: 4     ought to be pretty high up the chain of rules also;
582: 5     wouldn't you?
582: 6          A.     Patient safety is paramount in our
582: 7     company.
582: 8          Q.     It should be anyway, shouldn't it?
582: 9          A.     It is.
582:10          Q.     Well, if it was, why didn't you do
582:11     all of your studies before you marketed the drug?
582:12          A.     We believed that we had the
582:13     appropriate studies based on the knowledge at that
582:14     time to support the benefits and risks of the
582:15     product.
582:16          Q.     If you had the appropriate studies,
582:17     why were you still doing more?
582:18          A.     Well, some of the studies were for
582:19     new indications, and so we were continuing to do
Page 3

```
                              Anstice v5.txt
582:20      studies in different diseases.
582:21              Q.      No.  Y'all had trouble with
582:22      cardiovascular events, CV events, from the very
582:23      beginning with this drug, and you knew that; didn't
582:24      you?
582:25              A.      I did not know that.
583: page 583
583: 1              Q.      You didn't see --
583: 2              A.      Merck did not know that.


ID:             DA 58310
Page Range:     583:10-583:14

583:10              Q.      You didn't see any of the VIGOR
583:11      results that showed y'all had a five-fold increase
583:12      of heart attacks over Naprosyn?
583:13              A.      Yes, of course I saw the VIGOR
583:14      results.


ID:             Anstice 58404a
Page Range:     584:4-584:12

584: 4              Q.      Let's break it down this way.
584: 5      Certain things you and I agree on, I believe, and I
584: 6      would like to get those out of the way.
584: 7              Number one, if we go to the mid-'90s,
584: 8      your company, Merck, was stuck in the middle in
584: 9      terms of drug companies in the rankings of it; fair
584:10      to say?
584:11              A.      Merck's been a large pharmaceutical
584:12      company for many years.


ID:             Anstice 58525
Page Range:     585:25-586:14

585:25              Q.      So, you're the David W. Anstice.  And
586: page 586
586: 1      if you will look on Page 2 of the talking points, it
586: 2      says in the second from the bottom, "When we
586: 3      established this goal in 1994, we were performing
586: 4      somewhere in the middle of the pack."  Do you see
586: 5      that one?
586: 6              A.      Yes.
586: 7              Q.      So, when I use the language "middle
586: 8      of the pack," I'm using your language I got from
586: 9      your documents.  I didn't make that up.  Do you see
586:10      that?
586:11              A.      From a Merck document, yes.
586:12              Q.      A Merck document that went to you;
586:13      right?
586:14              A.      Yes.


ID:             DA 58716
Page Range:     587:16-587:23

587:16              Q.      I'm going to ask you again.  Sir,
587:17      isn't it true in 1994 y'all were performing
587:18      somewhere in the middle of the pack?
587:19              A.      In terms of growth rate, yes.
                              Page 4
```

Anstice v5.txt

587:20          Q.        Y'all wanted to be the number one
587:21   pharmaceutical company in the world; didn't you?
587:22          A.        In terms of growth rates, yes.  Not
587:23   necessarily size.


ID:               DA 58814
Page Range:       588:14-589:25

588:14               Q.        Are you familiar with that?
588:15               A.        I'm familiar with this product, yes.
588:16               Q.        That's called Pepcid AC.  Can you
588:17   hold that up to the video so the jury can see it,
588:18   please?
588:19               A.        (Witness complies.)
588:20               Q.        Thank you.
588:21                         MR. LANIER:  Can we get a close up
588:22   where we can see what that is?
588:23                         THE VIDEOTAPE TECHNICIAN:  Sure.
588:24                         MR. LANIER:  That's good enough.
588:25   BY MR. LANIER:
589: page 589
589: 1               Q.        Thank you, sir.
589: 2                         Y'all held the patent on Pepcid;
589: 3   didn't you?
589: 4               A.        Yes.
589: 5               Q.        And that patent was very valuable to
589: 6   your company; wasn't it?
589: 7               A.        Yes, it was.
589: 8               Q.        Made a lot of money off Pepcid;
589: 9   didn't you?
589:10               A.        Yes, we did.
589:11               Q.        But you had a problem because your
589:12   patent was about to run out and people were going to
589:13   be able to go buy this stuff at the grocery store;
589:14   true?
589:15               A.        All of our research-discovered
589:16   products, eventually the patent runs out and the
589:17   answer is to find new drugs to replace them.
589:18               Q.        I understand that, but that wasn't my
589:19   question.
589:20                         My question is specific, sir.  The
589:21   end of 1998, '99, early 2000, y'all knew your patent
589:22   was running out on Pepcid, and a big moneymaker for
589:23   you was about to be commercially available to
589:24   everybody and it was going to hurt your bottom line;
589:25   true?


ID:               Anstice 59002
Page Range:       590:2-590:8

590: 2                         THE WITNESS:  Well, we had known for
590: 3   many years that the Pepcid patent would expire.  So,
590: 4   this was not an unknown event.
590: 5   BY MR. LANIER:
590: 6               Q.        I know.  That's one of the reasons
590: 7   y'all had been working to try and get Vioxx up and
590: 8   going, you needed the money; true?


ID:               Anstice 59010
Page Range:       590:10-590:12

Page 5

Anstice v5.txt

```
590:10              THE WITNESS:  We were working in our
590:11    research labs to find new products, and Vioxx was
590:12    one of the important new products that we had.
```

ID:            Anstice 59016
Page Range:    590:16-590:25

```
590:16              Q.    Sir, that wasn't my question.
590:17              I said you knew, your company knew
590:18    you had major drugs going off the market in 2000 and
590:19    2001 that was a significant percentage of your
590:20    sales; true?
590:21              A.    It was an important percentage of our
590:22    sales, correct.
590:23              Q.    A significant percentage; true?
590:24              A.    I can't define significant.  It
590:25    was --
```

ID:            DA 59410
Page Range:    594:10-594:18

```
594:10              Q.    Sir, if you'll look on the last page
594:11    of that document right there.
594:12              A.    I have it.
594:13              Q.    It says four points up from the
594:14    bottom, "The major drugs going off patent in 2000
594:15    and 2001," includes Pepcid, "together represent a
594:16    significant percentage of our sales."  That's what
594:17    it says; doesn't it?
594:18              A.    That's correct.  Yes.
```

ID:            DA 59501
Page Range:    595:1-597:6

```
595: 1              Q.    So, that's just what you're telling
595: 2    the jury today when I'm asking questions.  You knew
595: 3    what it meant when you got that memo; didn't you?
595: 4              A.    Yes, I did.
595: 5              Q.    So, now will you go back and agree
595: 6    with me that the major drugs going off patent
595: 7    represented a significant percentage of your sales?
595: 8              A.    Yes, I will agree with you.
595: 9              Q.    So, producing some replacement
595:10    revenue, some money to take the place through a
595:11    launch of products like Vioxx was very important for
595:12    y'all; wasn't it?
595:13              A.    Yes, it was important.
595:14              Q.    Because by the end of 1997, Merck had
595:15    put itself as the largest pharmaceutical company of
595:16    the world; hadn't it?
595:17              A.    I'm sorry.  The question was?
595:18              Q.    By the end of 1997, Merck had
595:19    regained its position as the largest pharmaceutical
595:20    company in the world; true?
595:21              A.    I don't know if it was at that time.
595:22    I don't remember.
595:23              Q.    Well, go back to the last page of
595:24    that document again.  Look at the second point from
595:25    the top.  "By the end of 1997, Merck had regained
```
Page 6

Anstice v5.txt

596: page 596
596: 1     its position as the largest pharmaceutical company
596: 2     in the world." Do you think he's lying when he said
596: 3     that?
596: 4              A.      No, I don't.
596: 5              Q.      All right.  So, we can assume that
596: 6     that's true, too, can't we?
596: 7              A.      Yes, we can.
596: 8              Q.      So, y'all went from the middle of the
596: 9     pack in '94 to the largest pharmaceutical company in
596:10     the world in '97, but you had major drugs like
596:11     Pepcid going off patent in 2000/2001.  I'm correct
596:12     so far; right?
596:13              A.      Yes.
596:14              Q.      And those drugs going off patent
596:15     represented a significant percentage of your sales;
596:16     true?
596:17              A.      Correct.
596:18              Q.      So, it was important y'all get some
596:19     replacement products like Vioxx to make the money;
596:20     right?
596:21              A.      New products are always important in
596:22     our business.
596:23              Q.      Well, but those products like Vioxx,
596:24     you saw it as something that replaced the revenue
596:25     y'all were going to lose; right?
597: page 597
597: 1              A.      That's the normal course of our
597: 2     business, yes.
597: 3              Q.      So, the timing of this, and by "this"
597: 4     I mean selling the Vioxx, is very important to your
597: 5     company; wasn't it?
597: 6              A.      Yes, it was important.


ID:              DA 59721
Page Range:      597:21-599:5

597:21              Q.      If you realize that in a few months
597:22     you are not going to be having any money coming in,
597:23     you need to figure out how to get some in money in
597:24     the door if you are going to have to pay bills;
597:25     true?
598: page 598
598: 1              A.      Or spend less money.
598: 2              Q.      Don't get the bills; right?  But the
598: 3     point is, if Merck -- Merck has bills; doesn't it?
598: 4              A.      Yes, it does.
598: 5              Q.      Y'all got employees, y'all got to pay
598: 6     employees; don't you?
598: 7              A.      That's correct.
598: 8              Q.      You've got buildings and commitments
598: 9     to fund research and all these other things going
598:10     on, too; don't you?
598:11              A.      Yes.
598:12              Q.      You've got to pay money to do all of
598:13     that; don't you?
598:14              A.      Yes.
598:15              Q.      I'll bet y'all even have electric
598:16     bills and stuff for your buildings; don't you?
598:17              A.      Yes.
598:18              Q.      So, Merck has got to make sure
598:19     they've got money coming in the door to pay all of

Page 7

Anstice v5.txt
```
598:20        these things; don't they?
598:21              A.      Yes.
598:22              Q.      Not the least of which they've got to
598:23   pay you; don't they?
598:24              A.      They have to pay all 60,000 of our
598:25   people.
599: page 599
599: 1              Q.      Yes.  But I mean you executives.
599: 2   Y'all are some of the highest paid executives in the
599: 3   industry; aren't you?
599: 4              A.      I think we're comparatively well
599: 5   paid.


ID:              Anstice 59917
Page Range:      599:17-600:1

599:17              Q.      So, it is important to keep the money
599:18   coming into Merck so that Merck can keep paying you
599:19   and everybody else; right?
599:20              A.      It's important to keep finding
599:21   products to bring them to market and to generate
599:22   revenues, yes.
599:23              Q.      Merck hit a point where it wasn't
599:24   going to have any more money coming in on the Pepcid
599:25   and some of these other drugs that had been keeping
600: page 600
600: 1   the machine going; right?


ID:              Anstice 60003
Page Range:      600:3-601:25

600: 3                      THE WITNESS:  Patent expirations were
600: 4   going to reduce revenues for those products,
600: 5   correct.
600: 6   BY MR. LANIER:
600: 7              Q.      Reduce revenues for those products,
600: 8   you are an economics major.  In every day talk, that
600: 9   means y'all aren't going to get as much money
600:10   anymore; right?
600:11              A.      Those products will have less sales,
600:12   yes.
600:13              Q.      So, Merck has really invested a lot
600:14   of hopes and plans in Vioxx to pick up the slack for
600:15   the year 2000/2001; right?
600:16              A.      Merck invests a lot of hopes and
600:17   plans in Vioxx because it was going to be a really
600:18   important product for patients.
600:19              Q.      Well, sir, if you'll look at the last
600:20   page of that, it says Vioxx is very important to
600:21   you, but it says, "Producing replacement revenue
600:22   through the launch of new products like Vioxx is
600:23   important."  That's what it says; doesn't it?
600:24              A.      I'm sorry, which?
600:25              Q.      That's fourth point up from the
601: page 601
601: 1   bottom.
601: 2              A.      Yes, it does.
601: 3              Q.      Now, there's already, before y'all
601: 4   get on the market with your drug, a race, there's
601: 5   another COX-2 inhibitor that wants to get on the
601: 6   market too; right?
```

Anstice v5.txt

601: 7          A.      That's correct.
601: 8          Q.      And that's Celebrex; right?
601: 9          A.      Correct.
601:10          Q.      Do you remember which drug company
601:11  makes Celebrex?
601:12          A.      At the time, Searle.
601:13          Q.      It is now Pfizer Searle; right?
601:14          A.      Now it's Pfizer, yes.
601:15          Q.      Is it fair to say that y'all were
601:16  racing each other to try and see who could get to
601:17  the market first?
601:18          A.      Yes.  That's a fair characterization.
601:19          Q.      They beat y'all; didn't they?
601:20          A.      In the US they beat us, yes.
601:21          Q.      It was significant enough to where
601:22  y'all worked hard to overcome a late start; fair to
601:23  say?
601:24          A.      We were second.  It was something of
601:25  a disadvantage, but not overriding.


ID:             Anstice 60201
Page Range:     602:1-602:3-602:3

602: 1          Q.      Your company really pushed hard to
602: 2  make Vioxx a winner from a marketing perspective and
602: 3  an income perspective; true?


ID:             Anstice 60205
Page Range:     602:5-602:10

602: 5                  THE WITNESS:  We believed in Vioxx as
602: 6  it came to market, we believed that it was a very
602: 7  important product for patients, we knew that there
602: 8  were a large number of patients that would benefit,
602: 9  and we believed that Vioxx would be a winner in this
602:10  market, yes.


ID:             DA 60424
Page Range:     604:24-605:3

604:24          Q.      But y'all pushed for early FDA
604:25  approval?
605: page 605
605: 1          A.      And we received that early approval
605: 2  from the FDA.  We can request it, they have to
605: 3  accept it.


ID:             DA 60504
Page Range:     605:4-605:12

605: 4          Q.      Sir, what you are telling this jury
605: 5  is that y'all pushed for early approval, you were
605: 6  losing the race against Celebrex, and every day you
605: 7  lost that race, you fell further and further behind,
605: 8  so, y'all pushed for early approval, because it was
605: 9  so important to replace that income stream from
605:10  these drugs going off patent, and the net result is
605:11  y'all put this on the market nine months before you
605:12  even got your first VIGOR test results back; right?

Page 9

Anstice v5.txt

ID:              DA 60514
Page Range:      605:14-606:2

605:14                   THE WITNESS:  We asked for and
605:15      received six-month approval from the FDA based on
605:16      the medical importance of the product.  The reason
605:17      for doing the VIGOR study, which had been started
605:18      before the approval, was to get GI outcomes data
605:19      from the VIGOR study.  We had GI data in the label
605:20      from the endoscopy studies.  We were hoping that
605:21      those studies would enable a change in the GI safety
605:22      part of the label.  We were disappointed in those
605:23      efforts.
605:24                   The VIGOR study was started, and the
605:25      VIGOR study was always going to -- the results were
606: page 606
606: 1      always going to come after the product approval,
606: 2      even if it had been a regular 12-month approval.


ID:              DA 60604
Page Range:      606:4-606:25

606: 4             Q.       Well, truth be told, there were two
606: 5      main reasons y'all pushed for early FDA approval;
606: 6      isn't that right?
606: 7             A.       The first reason was that this was an
606: 8      important new product for patients.
606: 9             Q.       Well, no.  There was already a COX-2
606:10      inhibitor on the market.  That was Celebrex.
606:11                   First reason was y'all were trying to
606:12      beat Celebrex, and they beat you to the market and
606:13      you needed to hurry your product out there; right?
606:14             A.       But at a certain point we knew we
606:15      were behind them.  And so that didn't change the
606:16      patent behavior at that time.
606:17             Q.       Well, one reason, though, was you
606:18      needed to get to market as quickly as possible
606:19      because you were losing the race.  And the second
606:20      reason is y'all didn't want the FDA to have forever
606:21      to look at this drug; did you?
606:22             A.       That's not a fair characterization.
606:23      We submitted an application, we asked for a
606:24      six-month review versus a 12-month review.  The FDA
606:25      accepted that.


ID:              DA 61116
Page Range:      611:16-612:6

611:16             Q.       And y'all had an extravagant
611:17      incentive program, you were going to own the market,
611:18      and you had surpassed your goal of more than 560
611:19      advocates.  Is that right?
611:20             A.       That's -- if that's the right number,
611:21      yes.
611:22             Q.       Why don't you tell this jury what
611:23      y'all were doing when you are trying to surpass your
611:24      goal of 560 advocates?
611:25             A.       What we were trying to do is have
612: page 612

Anstice v5.txt

612: 1     people who would speak in support of Vioxx when the
612: 2     product came to the marketplace.  And based on the
612: 3     size of the US and the number of speaking events
612: 4     that we wanted to conduct around the US, we believed
612: 5     we needed a large number of speakers and advocates
612: 6     for the product.


ID:            DA 61512
Page Range:    615:12-615:19

615:12              Q.      So, you're going to own the market
615:13     with an extravagant incentive program, you've got
615:14     more than 560 advocates, you've assembled the
615:15     largest sales force in history, you also decided
615:16     that you were going to give out more free samples of
615:17     this drug than you had ever given out of anything
615:18     before.  True?
615:19              A.      I think that was correct, yes.


ID:            DA 61612
Page Range:    616:12-616:21

616:12              Q.      What's HEL stand for?
616:13              A.      Health education liaison.
616:14              Q.      Well, your commitment of health
616:15     education liaison dollars, HEL dollars, was the
616:16     largest of anything y'all had ever done with Vioxx;
616:17     wasn't it?
616:18              A.      Yes, it was.
616:19              Q.      Not only that, y'all had extra FMC
616:20     money; didn't you?
616:21              A.      Yes.


ID:            DA 61712
Page Range:    617:12-617:19

617:12              Q.      So, this is where they go out to
617:13     doctors and they've got millions and millions of
617:14     dollars to try and give extras to doctors so that
617:15     doctors will start writing your Vioxx prescriptions?
617:16     Is that what that boils down to?
617:17              A.      This is to conduct speaking events
617:18     and get doctors interested in our product.  Yes, to
617:19     understand our product.


ID:            DA 61825
Page Range:    618:25-619:16

618:25              Q.      Yes.  Those are the speaking
619: page 619
619: 1     contracts that you've also got on there.  You're
619: 2     paying doctors to stand up and give these speeches;
619: 3     aren't you?
619: 4              A.      Yes.  Yes, we do that.
619: 5              Q.      These are advocates.  You've
619: 6     marshaled over 560 of these people, you are going to
619: 7     pay them money, and they are going to stand up and
619: 8     say, look how wonderful this product is, here, have
619: 9     a free dinner and go write prescriptions?
                            Page 11

Anstice v5.txt

```
619:10              A.      We have given money to speakers for
619:11    speaking as a contract service to Merck to present
619:12    their information about our product and other
619:13    products because they are talking as people that
619:14    have expertise in the area, that have knowledge
619:15    about this disease, and they are passing on their
619:16    experience as an opinion leader to other physicians.
```

```
ID:             Anstice 62025
Page Range:     620:25-621:14
```

```
620:25              Q.      You didn't design the product to be
621: page 621
621: 1    safe, you didn't develop the product to be safe, you
621: 2    didn't drive the product to be safe, you designed,
621: 3    developed and drove that product to win the market;
621: 4    didn't you?
621: 5              A.      The development of Vioxx was based on
621: 6    all of our standards of efficacy and safety.  We
621: 7    designed the product with all of that in mind.
621: 8              From the marketing side, yes, we
621: 9    believed we had a winner, we believed we had a very
621:10    effective product, and we believed that with the
621:11    right promotion support, we're responsible for
621:12    promoting the product to physicians with the right
621:13    level of support, we could make this the leading
621:14    product in the category.
```

```
ID:             Anstice 62224
Page Range:     622:24-623:5
```

```
622:24              Q.      But you never did a CV study.  You
622:25    never did a study to see if it caused heart attacks;
623: page 623
623: 1    did you?
623: 2              A.      We did not do that because we
623: 3    believed that the alternatives which we put in place
623: 4    would provide answers to the questions being posed
623: 5    by the VIGOR data.
```

```
ID:             Anstice 62404
Page Range:     624:4-624:6
```

```
624: 4              You never studied Vioxx to see if it
624: 5    caused heart attacks or stroke or cardiovascular
624: 6    problems; true?
```

```
ID:             Anstice 62408a
Page Range:     624:8-624:21
```

```
624: 8              THE WITNESS:  We did not study Vioxx
624: 9    specifically with CV outcomes.
624:10    BY MR. LANIER:
624:11              Q.      Do you want to tell us why?
624:12              A.      Yes.  I would like to add that
624:13    because we considered it, as you know, on several
624:14    occasions, and ultimately we concluded that the best
624:15    way to get answers to the question was there a
624:16    difference in risk was through the various other
```

Page 12

```
                          Anstice v5.txt
624:17    studies that we had underway.
624:18          Q.      The best way to get the answer does
624:19    it cause heart attacks is not by studying it?
624:20          A.      The best -- we were -- no.  That is
624:21    not what I said.


ID:            DA 62523
Page Range:    625:23-626:5

625:23          Q.      Sir, before you ever sold the drug,
625:24    you could have studied it to see if it caused heart
625:25    attacks; couldn't you?
626: page 626
626: 1          A.      Before we launched the drug, there
626: 2    was no basis on which we thought it was necessary to
626: 3    study the drug in the way you just described.
626: 4          Q.      You don't know that.  You're not a
626: 5    doctor.  How would you know


ID:            DA 62605
Page Range:    626:5-626:8

626: 5    doctor.  How would you know
626: 6    that?
626: 7          A.      The basis of the NDA was consistent
626: 8    with how you study agents in this category.


ID:            Anstice 62803
Page Range:    628:3-628:6

628: 3          Q.      So, your company could have tested to
628: 4    see if the concerns about heart attacks and strokes
628: 5    was true?  Your company could have tested for that
628: 6    before you ever went to market; couldn't you?


ID:            DA 62808
Page Range:    628:8-628:20

628: 8                  THE WITNESS:  The company could have
628: 9    tested for that, but the scientists in considering
628:10    the discussions I just referenced concluded that
628:11    that was not necessary.
628:12    BY MR. LANIER:
628:13          Q.      Well, what was the downside to doing
628:14    a test like that?
628:15          A.      It was deemed to be not necessary.
628:16          Q.      That wasn't my question.
628:17          I said, what was the downside to it?
628:18          A.      Well, that would take -- I mean, to
628:19    do studies that are not scientifically necessary or
628:20    relevant would divert resources.


ID:            DA 62919
Page Range:    629:19-630:10

629:19          Q.      Oh, what it would do is it would mean
629:20    that you might not get to market as early as you
629:21    wanted to, and you were in a race with Celebrex to
```

Anstice v5.txt

```
629:22        get to market first.  That's what it really boils
629:23        down to; doesn't it?
629:24                A.      I don't accept that at all.
629:25                Q.      Well, you were in a race with
630: page 630
630: 1        Celebrex to get to market first; weren't you?  You
630: 2        admitted that before.
630: 3                A.      There was a competitive development
630: 4        program between two companies.
630: 5                Q.      And if you take the time out for a
630: 6        year to do a study to see if this drug is going to
630: 7        kill people with heart attacks, that's going to
630: 8        delay you another year getting to market; isn't it?
630: 9                A.      That is not the reason that Merck did
630:10        not proceed with those studies.
```

ID:                DA 63302
Page Range:        633:2-633:4

```
633: 2                Q.      You understand before you sell a drug
633: 3        you ought to check to see if it's safe; true?
633: 4                A.      Yes.
```

ID:                DA 63320
Page Range:        633:20-633:22

```
633:20                Q.      And if you delay the introduction,
633:21        that delays making money on it; doesn't it?
633:22                A.      Yes.
```

ID:                DA 64022
Page Range:        640:22-641:10

```
640:22                Q.      Yes.  I want to talk about the
640:23        efforts and money y'all put into studying the
640:24        cardiovascular effects.  In other words, does Vioxx
640:25        cause heart attacks.  I want to compare on one side
641: page 641
641: 1        what money and efforts y'all did on that to the
641: 2        other side, the efforts y'all did to market and sell
641: 3        the drugs.  Let's see where you put your resources
641: 4        and effort.  Fair to say?
641: 5                A.      Okay.
641: 6                Q.      All right.  Cardiovascular effects,
641: 7        what money and resources did y'all put into studying
641: 8        that?
641: 9                A.      Every clinical study we've done has
641:10        studied the cardiovascular effects of Vioxx.
```

ID:                Anstice 64306
Page Range:        643:6-644:8

```
643: 6                Q.      Sir, we're talking about it being the
643: 7        result of studies, but not the purpose of studies?
643: 8        Y'all didn't do a study just for cardiovascular
643: 9        purposes; did you?
643:10                A.      We did not do a study where the
643:11        primary endpoint was CV safety.
643:12                Q.      Right.  So, what other monies and
```

Page 14

Anstice v5.txt

643:13    efforts did y'all put into trying to figure out if
643:14    cardiovascular problems were going to come from that
643:15    drug?
643:16          A.     But that's across a large number of
643:17    clinical studies, not only the original studies in
643:18    arthritis, rheumatoid arthritis, VIGOR, but also the
643:19    Alzheimer's disease studies and also eventually
643:20    finally three cancer studies.
643:21          Q.     All right.
643:22          A.     So, a large number of Phase III and
643:23    subsequent studies.
643:24          Q.     I'll list them.  VIGOR, Alzheimer's,
643:25    cancer.  What others?
644: page 644
644: 1          A.     All the Phase III programs.
644: 2          Q.     Phase III.  Any others?
644: 3          A.     Every study that we did with Vioxx.
644: 4          Q.     Can you think of any others?
644: 5          A.     I'm sure there were some other
644: 6    studies.
644: 7          Q.     I'm going to put "Maybe others."  Did
644: 8    I write it right?


ID:           Anstice 64410
Page Range:    644:10-644:11

644:10               THE WITNESS:  You wrote down the
644:11    words that you said you were writing down, yes.


ID:           Anstice 64516
Page Range:    645:16-646:17

645:16          Q.     But to be fair, we ought to put
645:17    number of researchers because there were a number of
645:18    researchers over on this side of the column that
645:19    were working on safety at least, even if it wasn't
645:20    cardiovascular; right?
645:21          A.     Correct.
645:22          Q.     Can you think of anything else y'all
645:23    were putting in other than researchers and studies?
645:24    Any other efforts to determine whether or not Vioxx
645:25    caused heart attacks?
646: page 646
646: 1          A.     Well, there are numerous scientific
646: 2    meetings, reviews at congresses, so, there was a lot
646: 3    of dialogue, and there's a lot of effort over and
646: 4    above the studies, because there's people discussing
646: 5    what all the options were, the alternatives were
646: 6    extensively, right through this period.
646: 7          Q.     So, that's kind of research, I guess,
646: 8    but more than that, it's just talking about
646: 9    research?
646:10          A.     It's having --
646:11          Q.     So, y'all had -- I'm sorry.  Go
646:12    ahead.
646:13          A.     So, it's people discussing what all
646:14    of the options are.
646:15          Q.     So, I've put down a third thing,
646:16    people talking about it.  Y'all had that going in to
646:17    try and figure it out; true?  Is that fair to say?

Anstice v5.txt

ID:              Anstice 64619
Page Range:      646:19-646:21

     646:19                    THE WITNESS:  We had a lot of people
     646:20       doing more than talking about it.  Working on this
     646:21       issue, reviewing databases and so forth.


ID:              DA 64725
Page Range:      647:25-648:4

     647:25              Q.      Now, I would like to then move over
     648: page 648
     648: 1       to the other side of our chart, the marketing side.
     648: 2       First of all, your company brought a lot of
     648: 3       expertise into marketing; true?
     648: 4              A.      We hired some people, yes.


ID:              DA 64808
Page Range:      648:8-648:13

     648: 8              Q.      Well, you are world-famous for it.
     648: 9       You are world renowned for marketing; aren't you?
     648:10              A.      We have a good reputation, yes.
     648:11              Q.      I mean, you're not fussing the world
     648:12       renowned language; are you?
     648:13              A.      No.  No, I'm not.


ID:              Anstice 65511
Page Range:      655:11-655:22

     655:11              Q.      Another thing you did on marketing,
     655:12       we'll list it as number 5.  You would study the
     655:13       effects of label changes.  You actually spend money
     655:14       to see if changing the label language was going to
     655:15       hurt your sales; wouldn't you?
     655:16              A.      We would do market research
     655:17       constantly on our products, and that included
     655:18       testing different language and labels.
     655:19              Q.      And y'all would do that with outside
     655:20       companies; wouldn't you?
     655:21              A.      Market research was typically done
     655:22       with outside companies.


ID:              Anstice 68520
Page Range:      685:20-686:1

     685:20              Q.      Who is your employer today?  What
     685:21       company gives you a paycheck?
     685:22              A.      Merck & Co. Inc.
     685:23              Q.      When you made your lateral move, did
     685:24       that change or is it Merck & Co. Inc. that was
     685:25       giving you your salary, paycheck before?
     685:ESQUIRE DEPOSITION SERVICES
     686: 686
     686: 1              A.      The same company.


ID:              DA 69302

                        Page 16

Anstice v5.txt

Page Range:     693:2-693:7

693: 2          Q.      Well, you didn't, when you decided to
693: 3  put Vioxx on the market without running a test to
693: 4  see if it causes heart attacks, the way some of your
693: 5  scientists thought it might?
693: 6          A.      When Vioxx was brought to the market,
693: 7  it was a safe product.

ID:             DA 69410
Page Range:     694:10-694:17

694:10                  Sir, that wasn't my question.  My
694:11  question is this.  Did the drug change from the time
694:12  y'all started selling it to everybody to the time
694:13  you pulled it off the market?
694:14          A.      Did it change in what regard?
694:15          Q.      Was it the same drug, did it have the
694:16  same chemical makeup?
694:17          A.      Yes.  It was the same product.

ID:             DA 69501
Page Range:     695:1-695:12

695: 1          Q.      Sir, the product you pulled from the
695: 2  market, according to your own APPROVe study, causes
695: 3  an increased number of heart attacks and strokes,
695: 4  doesn't it?
695: 5          A.      The APPROVe study showed that there
695: 6  was a relative risk greater in the Vioxx group
695: 7  versus the placebo group for the first time in all
695: 8  of the placebo controlled studies, which have been
695: 9  extensive, and based on that relative risk
695:10  difference and based on the availability of
695:11  alternative therapies, Merck made a decision to
695:12  withdraw the product.

ID:             Anstice 70022
Page Range:     700:22-701:18

700:22          Q.      All right.  So this study is going,
700:23  this semi-independent group is monitoring it, and
700:24  this group says to Merck, time-out, you got to stop
700:25  this study because the people who are taking Vioxx
700:ESQUIRE DEPOSITION SERVICES
701: 701
701: 1  have a higher rate of heart attacks and strokes than
701: 2  the people who are just taking a sugar pill.  Is
701: 3  that right?
701: 4          A.      They -- that's right.
701: 5          Q.      All right.
701: 6          A.      They told Merck to stop the study.
701: 7  It was their recommendation.
701: 8          Q.      Now, this was not the first study
701: 9  y'all did where one group taking Vioxx had a higher
701:10  rate of heart attacks and strokes than a group that
701:11  was taking a different kind of pill.  True?
701:12          A.      It was not the first time, but it was
701:13  the first time in a placebo-controlled study that a
701:14  difference had been shown.

Page 17

Anstice v5.txt

701:15        Q.        Because the first time was the VIGOR
701:16   study, that was your very first study out of the box
701:17   that y'all were doing while you were selling the
701:18   drug on the fast track.   Right?


ID:              Anstice 70120
Page Range:      701:20-702:7

701:20              THE WITNESS:   VIGOR was not the first
701:21   study that Merck did.   Merck had extensive studies
701:22   before VIGOR.   VIGOR, which did not have a placebo
701:23   arm, also showed a difference in CV events between
701:24   Vioxx and in that case naproxen.   Not a sugar pill,
701:25   but naproxen.
701:ESQUIRE DEPOSITION SERVICES
702: 702
702: 1   BY MR. LANIER:
702: 2        Q.        And so y'all's reaction to the VIGOR
702: 3   study that showed people taking Vioxx were getting
702: 4   more heart attacks and strokes than the people
702: 5   taking the other pill was just to say the other pill
702: 6   must be really helpful for your heart?   That was
702: 7   your response then, wasn't it?


ID:              Anstice 70209
Page Range:      702:9-702:15

702: 9              THE WITNESS:   Our response at that
702:10   time, after looking at whether or not Vioxx in the
702:11   VIGOR study, that's what we're talking about,
702:12   whether the Vioxx was prothrombotic, our conclusion,
702:13   based on looking at the then accumulated data we
702:14   had, was that Vioxx was not different from placebo
702:15   and not different from non-naproxen NSAIDs.


ID:              Anstice 70217
Page Range:      702:17-702:24

702:17              THE WITNESS:   We then looked at the
702:18   naproxen arm to see if there could be explanations
702:19   which explained why it would have the statistically
702:20   significant rate.   And our conclusion is that on the
702:21   weight -- the balance of evidence, that the most
702:22   likely, not the only explanation, but the most
702:23   likely explanation was that naproxen was
702:24   cardioprotective.


ID:              Anstice 70303
Page Range:      703:3-703:8

703: 3        Q.        Sir, in other words, in common
703: 4   everyday language, when your VIGOR study showed
703: 5   people taking Vioxx were more likely to have heart
703: 6   attacks and strokes than people taking the other
703: 7   pill, the explanation that your company offered was,
703: 8   well, that other pill must help your heart.   True?


ID:              Anstice 70310a

Page 18

Anstice v5.txt

Page Range:     703:10-703:25

703:10                THE WITNESS:  After considering all
703:11  of the data, we believed that that was the most
703:12  likely reason for that difference, yes.
703:13  BY MR. LANIER:
703:14        Q.     Now, you couldn't very well pony up
703:15  that reason for the sugar pill, though, because
703:16  everybody knows the sugar pill is not going to help
703:17  your heart.  Right?
703:18        A.     The sugar pill should not have any
703:19  effect, positive or negative.
703:20        Q.     Let's go back, though, to that first
703:21  drug, naproxen.  That's something you and I can buy
703:22  if we go down to the drug store, because it's come
703:23  off of patent and because it's now over the counter.
703:24  True?
703:25        A.     That's true.


ID:             DA 70416
Page Range:     704:16-705:1

704:16        Q.     Syntex was a drug company, wasn't it?
704:17        A.     Yes, it was.
704:18        Q.     And today Syntex is owned by who?
704:19        A.     Roche bought Syntex a number of years
704:20  ago.
704:21        Q.     Did it ever occur to your guys that
704:22  if Syntex's drug was good for the heart, that Syntex
704:23  would have been selling it for that reason and
704:24  telling everybody and using all of their marketing
704:25  people like you to get that drug out there and sell
704:ESQUIRE DEPOSITION SERVICES
705: 705
705: 1   more prescriptions because it's good for your heart,


ID:             DA 70502
Page Range:     705:2-705:4

705: 2   it will help stop heart attacks?  Did it occur to
705: 3   you that maybe that would have been done if it were
705: 4   true?


ID:             DA 70506
Page Range:     705:6-705:24

705: 6                THE WITNESS:  I don't know the
705: 7   reasons that -- at the point in time that it was
705: 8   Syntex was many years ago, and I don't recall when
705: 9   the fact of aspirin being known to be
705:10  cardioprotective was first acknowledged, and I don't
705:11  know -- I have no idea whether at that time Syntex,
705:12  the originator of naproxen, believed that that was
705:13  an appropriate study to do.  I have no information.
705:14  BY MR. LANIER:
705:15        Q.     You didn't call them?
705:16        A.     This was many years ago.
705:17        Q.     Yeah.  But I'm just saying, before
705:18  you -- when your study shows that your Vioxx is
705:19  causing more -- or associated, as you like to say,
                        Page 19

Anstice v5.txt

```
705:20    with more heart attacks and strokes than naproxen
705:21    before you just pell-mell and go tell everybody, oh,
705:22    naproxen is just good for your heart, did you bother
705:23    to call the people who studied it and tested it and
705:24    sold it for years
```

ID:              DA 70525
Page Range:      705:25-706:1

```
705:25    call them up and say, hey, did y'all ever do any
705:ESQUIRE DEPOSITION SERVICES
706: 706
706: 1    testing to see if this is good for your heart?
```

ID:              Anstice 70603b
Page Range:      706:3-706:21-706:21

```
706: 3              THE WITNESS:  I don't know.
706: 4    BY MR. LANIER:
706: 5         Q.       I mean, don't you think that would be
706: 6    a reasonable thing to do before you start telling
706: 7    everybody naproxen is good for your heart, you ought
706: 8    to call the people that invented it and sold it for
706: 9    years and ask them if they ever did any studies and
706:10    if they knew?
706:11         A.       I think what would be reasonable and
706:12    what I know Merck did is reviewed the literature
706:13    extensively in order to draw the conclusion.
706:14    Whether that review included talking to the
706:15    originator, I don't know.
706:16         Q.       Yeah.  But in that review, y'all
706:17    never found one study that showed naproxen was good
706:18    for your heart, did you?
706:19         A.       There were no studies conducted with
706:20    naproxen to show or not show that it was
706:21    cardioprotective.
```

ID:              Anstice 70622
Page Range:      706:22-708:1

```
706:22         Q.       Did you ever see those monkeys where
706:23    one set of -- one monkey has got his eyes closed and
706:24    the other monkey got his ears closed and the other
706:25    monkey has his mouth -- with his hands over his
706:ESQUIRE DEPOSITION SERVICES
707: 707
707: 1    mouth?
707: 2         A.       Yes.
707: 3         Q.       You know, hands over the eyes.  Hear
707: 4    -- see no evil, hear no evil, speak no evil.  You've
707: 5    seen those monkeys?
707: 6         A.       Yes, I have.
707: 7         Q.       That's what y'all were doing on this,
707: 8    is you were just closing your eyes, you didn't want
707: 9    to know if that naproxen was good or bad for the
707:10    heart and you didn't want to know if your Vioxx was
707:11    good or bad for the heart, and you were closing your
707:12    ears because you didn't want to hear anybody tell
707:13    you that.  And you were closing your mouth, because
707:14    you weren't going to ask anybody, were you?
```

Anstice v5.txt

```
707:15          A.      I don't know that's a fair
707:16    characterization of Merck's behavior at all.
707:17          Q.      All right.  Who did you ask if --
707:18    over -- anywhere?  Who did you ask about studies to
707:19    see if naproxen is good for the heart?
707:20          A.      I was involved in meetings with our
707:21    research people who presented the alternative
707:22    explanations and presented the balance of evidence
707:23    for Vioxx versus placebo, Vioxx versus non-naproxen
707:24    NSAIDs, and also looked at all the data which
707:25    appeared to support the naproxen hypothesis, as it's
707:ESQUIRE DEPOSITION SERVICES
708: 708
708: 1    called.
```

```
ID:             DA 70904
Page Range:     709:4-709:9
```

```
709: 4          Q.      Let me understand this.  You're
709: 5    President of the Human Health part of Merck.  Right?
709: 6          A.      Correct.
709: 7          Q.      And as President of the Human Health
709: 8    part of Merck, your responsibility is to see that
709: 9    this drug gets sold, you have no
```

```
ID:             DA 70909
Page Range:     709:9-709:10
```

```
709: 9    this drug gets sold, you have no
709:10    responsibility for seeing that it's safe,
```

```
ID:             DA 70911
Page Range:     709:11-709:13
```

```
709:11    that's in a whole different division
709:12    that doesn't even report to you.  Is that right?
709:13          A.      No, that is not correct.
```

```
ID:             DA 71014
Page Range:     710:14-710:23
```

```
710:14          Q.      I'm trying to understand your answer.
710:15    I need help here.  I'm saying you're the President
710:16    of Human Health, and you're telling me that, yes,
710:17    you have responsibility for safety so you're out
710:18    there peddling a drug that you're saying the whole
710:19    reason that the drug is causing more heart -- or
710:20    seems to be associated with more heart attacks and
710:21    strokes is because this other drug is just really
710:22    good for the heart.  And if you're out there
710:23    peddling that
```

```
ID:             DA 71024
Page Range:     710:24-711:1
```

```
710:24    I want to know who you went to to talk
710:25    to see if, in fact, naproxen was safer?  Who outside
710:ESQUIRE DEPOSITION SERVICES
```

Anstice v5.txt

711: 711
711: 1       of your company?


ID:             Anstice 71103a
Page Range:     711:3-711:7

711: 3                      THE WITNESS:  I did not personally
711: 4       talk to people outside my company.  But the people
711: 5       reporting to me were responsible for selling the
711: 6       product consistent with the benefits and risks set
711: 7       out for Vioxx.


ID:             DA 71201
Page Range:     712:1-712:3

712: 1              Q.     Sir, you know it's billions of pills
712: 2       you made, don't you?
712: 3              A.     It probably is.  I don't know.


ID:             DA 71205
Page Range:     712:5-712:13

712: 5       billions of these pills probably, and you're telling
712: 6       me as the President of Human Health, you didn't
712: 7       check with anybody outside the company to see if
712: 8       your line about naproxen is just healthy for your
712: 9       heart, to see whether or not that had any validity.
712:10       Is that what you're telling me?
712:11              A.     I did not do that because I knew that
712:12       others who could make those determinations much
712:13       better than I, were doing that.


ID:             DA 71425
Page Range:     714:25-715:2

714:25              Q.     So it's safe -- it's safe for the
714:ESQUIRE DEPOSITION SERVICES
715: 715
715: 1       jury to assume that Vioxx was not a drug that could
715: 2       sell itself.  Is that right?


ID:             Anstice 71504a
Page Range:     715:4-715:9

715: 4                      THE WITNESS:  The responsibility of
715: 5       marketing is to take our product to our customers
715: 6       and tell them of the benefits, tell them of the
715: 7       risks and see if it's an appropriate choice for the
715: 8       millions of patients that we thought could and did
715: 9       benefit from Vioxx.


ID:             Anstice 71515a
Page Range:     715:15-716:2

715:15              Q.     You've heard of a product that's so
715:16       good it sells itself, haven't you?
715:17              A.     I've heard the expression.  I don't
                                Page 22

Anstice v5.txt
```
715:18    know the product.  I can't give you an example of a
715:19    product.
715:20             Q.      You can't think of one product that
715:21    is so good, it sells itself?
715:22             A.      I don't believe so.
715:23             Q.      Wow.  Well, at least if we were going
715:24    to start listing products like that, we wouldn't put
715:25    Vioxx on that list, would we?
715:ESQUIRE DEPOSITION SERVICES
716: 716
716: 1             A.      I don't -- I don't think such a list
716: 2    will be put together.
```

ID:            DA 71914
Page Range:    719:14-719:17

```
719:14             Q.      All right.  Well, just assume for me
719:15    that I'm going to come up with a long list of
719:16    products that are so good that they basically sell
719:17    themselves.
```

ID:            DA 71918
Page Range:    719:18-719:23

```
719:18    would you want to put Vioxx on
719:19    that list?
719:20             A.      I would not put any of our products
719:21    on that list because I think all of the products
719:22    that we sell require our marketing and sales support
719:23    to maximize the benefit to patients.
```

ID:            Anstice 75605
Page Range:    756:5-757:2

```
756: 5             Q.      The amount of money you spent
756: 6    studying the drug isn't anywhere near close to the
756: 7    amount of money y'all spent trying to sell the drug
756: 8    and market it.  True?
756: 9             A.      That may be true.  But the amount of
756:10    money spent on the studies is relevant to the
756:11    studies.  The amount of money spent on marketing
756:12    relates to the total effort required to take the
756:13    product to our customers.
756:14             Q.      Sir, if we were to continue down the
756:15    list of things y'all did in marketing -- by the way,
756:16    have you compared the number of people at Merck who
756:17    are in charge of research to the number of people in
756:18    Merck who are in charge of sales?
756:19             A.      No, I have not done that comparison.
756:20             Q.      I bet you you got a ton more salesmen
756:21    than you do research scientists on Vioxx, don't you?
756:22             A.      Yes.  But the reason for that is, we
756:23    have the scientists supporting Vioxx sufficient for
756:24    the needs there and we have the sales reps
756:25    sufficient to support the marketing effort across
756:ESQUIRE DEPOSITION SERVICES
757: 757
757: 1    the audience of physicians and others that we were
757: 2    covering.
```

Anstice v5.txt

ID:               Anstice 75707b
Page Range:       757:7-757:20

757: 7          Q.      In addition to the eight reasons
757: 8    we've -- or eight items we've listed here under
757: 9    marketing, a ninth thing y'all did in marketing,
757:10    y'all would have marketing consultant meetings where
757:11    y'all would meet with consultants and discuss the
757:12    marketing plans.  True?
757:13          A.      There were market research consultant
757:14    meetings, yes.
757:15          Q.      And in addition to that, y'all had --
757:16    you spent a surplus or an extra amount of FMC money,
757:17    right, but you didn't remember what FMC meant, did
757:18    you?
757:19          A.      Yes, the people in the field had a
757:20    budget with their customers, yes.


ID:               DA 75905
Page Range:       759:5-759:11

759: 5    Now, y'all also hired speech givers.  You paid
759: 6    people to give speeches.
759: 7          A.      We had --
759: 8          Q.      True?
759: 9          A.      We had a program of medical education
759:10    with physicians who were contracted with us to speak
759:11    to physician audiences, yes.


ID:               Anstice 76004
Page Range:       760:4-760:12

760: 4          Q.      Who would I need to talk to about
760: 5    that?
760: 6          A.      I think that would be -- that would
760: 7    be DeeDee Scott.
760: 8          Q.      All right.  For number 12 I'm just
760: 9    going to put possibly paid clinical paper writers
760:10    because you're not sure?
760:11          A.      I'm not sure.
760:12          Q.      All right.


ID:               Anstice 76021
Page Range:       760:21-764:11

760:21          Q.      Now, the marketing efforts that you
760:22    did, and by you here, I mean Merck.  The marketing
760:23    efforts Merck did got them in some trouble with the
760:24    FDA, didn't it?
760:25          A.      We received a warning letter from the
760:ESQUIRE DEPOSITION SERVICES
761: 761
761: 1    FDA, yes.
761: 2          Q.      Well, you got more than one, didn't
761: 3    you?
761: 4          A.      With regard to Vioxx?
761: 5          Q.      Yes, sir.
761: 6          A.      I know we received a warning letter,
761: 7    and I think there had been an earlier complaint
                          Page 24

Anstice v5.txt

761: 8    about homemade detail pieces.
761: 9         Q.     Yes.  Let's look at that one first.
761:10    This is Exhibit 114.
761:11
761:12       (Exhibit Anstice 114 marked for
761:13    identification.)
761:14
761:15    BY MR. LANIER:
761:16         Q.     You got it in front of you now?
761:17         A.     Yes, I do.
761:18         Q.     This is from the FDA, the Food and
761:19    Drug Administration, isn't it?
761:20         A.     Yes.  Yes, it is.
761:21         Q.     And it went to Ellen Westrick, the
761:22    executive director, office of medical/legal.  Is
761:23    that right?
761:24         A.     That's correct.
761:25         Q.     Is she a lawyer?
761:ESQUIRE DEPOSITION SERVICES
762: 762
762: 1         A.     No, she is not a lawyer.
762: 2         Q.     She's the executive director in the
762: 3    medical/legal office of Merck?
762: 4         A.     That's correct.
762: 5         Q.     This was an FDA letter you've seen
762: 6    before, haven't you?
762: 7         A.     I may have.  I don't recall.  It's
762: 8    quite possible.
762: 9         Q.     Well, you sure would hope someone
762:10    would bring it to your attention if it slams the
762:11    marketing you're the president of?
762:12         A.     I'm sure it was -- I'm sure the issue
762:13    was brought to my attention.
762:14         Q.     Look at what it complains about on
762:15    the second sentence.  Well, first of all, look at
762:16    the first sentence, Reference is made to Merck's
762:17    letters in response to letters from the FDA dated
762:18    November 12 and December 1.  So this is now our
762:19    third letter from the FDA on this issue, isn't it?
762:20         A.     I don't know that it's in regard to
762:21    this issue.
762:22         Q.     Well, look at it.  It says, our
762:23    letters dated November 12.
762:24         A.     In response to letters.
762:25         Q.     Yeah.  "...concerned the alleged
762:ESQUIRE DEPOSITION SERVICES
763: 763
763: 1    dissemination."
763: 2         A.     Yes.  Yes, it appears to.
763: 3         Q.     All right.  So what you've got in
763: 4    front of you now is your third letter from the FDA
763: 5    concerned about what y'all were doing.  Right?
763: 6         A.     This seems to be a third letter,
763: 7    right.
763: 8         Q.     And the FDA said, "Our letters
763: 9    concerned the alleged dissemination of two
763:10    'homemade' promotional pieces, entitled 'TEN REASONS
763:11    WHY VIOXX IS BETTER THAN CELEBREX.'"  Did I read
763:12    that right?
763:13         A.     Yes, you did.
763:14         Q.     You don't think that is the same top
763:15    ten reason type speech writer that homemade that one
763:16    that made your speech of the top ten, do you?

Anstice v5.txt

```
763:17          A.        I don't know.  I would be
763:18   speculating.
763:19          Q.        Well, did you ever investigate to see
763:20   to what extent these homemade pieces were used to
763:21   promote Vioxx?
763:22          A.        Yes, that was investigated by our
763:23   people at Merck.
763:24          Q.        All right.  Who was doing it?
763:25          A.        It was done by this group in
763:ESQUIRE DEPOSITION SERVICES
764: 764
764: 1   conjunction with our legal group.
764: 2          Q.        Okay.  Who within Merck was handing
764: 3   out promotional pieces entitled "TEN REASONS WHY
764: 4   VIOXX IS BETTER THAN CELEBREX"?
764: 5          A.        I don't know.
764: 6          Q.        Well, how did you investigate it if
764: 7   you don't know who did it?
764: 8          A.        It was investigated at a level below
764: 9   me.
764:10          Q.        Well, who investigated it?  Who did
764:11   you hand that off to?
```

ID:            Anstice 76413a
Page Range:    764:13-764:22

```
764:13                    THE WITNESS:  I didn't hand it off.
764:14   This person, Ellen Westrick, is responsible for
764:15   office of medical/legal.  She would have immediately
764:16   worked with our legal group to investigate it and
764:17   determine what happened and take steps to stop it.
764:18   BY MR. LANIER:
764:19          Q.        All right.  Let me see if I
764:20   understand this.  You're the head of marketing and
764:21   advertising, right, you're the president?
764:22          A.        I am, correct.
```

ID:            Anstice 76423
Page Range:    764:23-765:2

```
764:23          Q.        And you're getting multiple -- Merck
764:24   is getting multiple letters from the FDA complaining
764:25   about marketing, promotional pieces being handed out
764:ESQUIRE DEPOSITION SERVICES
765: 765
765: 1   on your biggest selling drug.  Right?
765: 2          A.        Yes.
```

ID:            Anstice 76601
Page Range:    766:1-766:5

```
766: 1          Q.        Well, if I'm understanding Merck's
766: 2   position, though, this was a renegade group of
766: 3   pieces being handed out, you've got people already
766: 4   violating your procedures in an effort to try and
766: 5   sell this drug.  Did you bother to check to see who?
```

ID:            Anstice 76607
Page Range:    766:7-766:13

Page 26

Anstice v5.txt

766: 7          THE WITNESS:  No.  Nor would I expect
766: 8    to check at this level.  If there were more than
766: 9    2,000 sales representatives supporting Vioxx, then I
766:10    would expect that consistent with our policies and
766:11    procedures in the system, that somebody would
766:12    address this situation and take the appropriate
766:13    action.


ID:            Anstice 76615
Page Range:    766:15-767:11

766:15          Q.      So your company gets written up three
766:16    times here by the FDA for wrong dissemination of
766:17    promotional pieces that are out of line, and your
766:18    position on that is I'm sure somebody is going to
766:19    handle that, I don't need to?
766:20          A.      Well, I believe the three times would
766:21    relate, it seems, based on a quick look at this
766:22    letter, to one incident.  And, yes, I believe our
766:23    organization is well equipped, has been and is well
766:24    equipped to address these issues and take the
766:25    appropriate action.
766:ESQUIRE DEPOSITION SERVICES
767: 767
767: 1          Q.      Well, sir, but it says we've reviewed
767: 2    these promotional pieces and have determined they're
767: 3    false or misleading.  They contain
767: 4    misrepresentations of Vioxx's safety profile.
767: 5    Unsubstantiated comparative claims.  They're lacking
767: 6    in fair balance.  And it also says that these pieces
767: 7    were being handed out, "in their respective
767: 8    geographic regions," plural.  Now, did you bother to
767: 9    go find out where they were handed out and try to
767:10    fix the false and misleading data that the FDA said
767:11    y'all were passing around?


ID:            DA 76714
Page Range:    767:14-767:23

767:14          THE WITNESS:  I did not do that.  The
767:15    reason I did not do that is homemade detail pieces,
767:16    which is a phrase which means that the pieces, just
767:17    to be clear about that, were not approved through
767:18    our medical/legal system, were it seems in this
767:19    case, produced by one sales representative, and I am
767:20    sure that this issue was settled, that these are
767:21    clearly against Merck's policies, to do -- to do any
767:22    material that doesn't go through our medical/legal
767:23    approval.


ID:            DA 80723
Page Range:    807:23-808:1

807:23          Q.      You never gave this to the FDA, did
807:24    you?
807:25          A.      But this is not a document that was
807:ESQUIRE DEPOSITION SERVICES
808: 808
808: 1    used with customers.
                        Page 27

Anstice v5.txt

ID:                 Anstice 80805
Page Range:         808:5-808:8

808: 5              Q.      You never gave this to the FDA, did
808: 6      you?
808: 7              A.      This is not a document that we would
808: 8      ever need to send to the FDA.


ID:                 Anstice 80812
Page Range:         808:12-808:20

808:12              Q.      You never gave this document to the
808:13      FDA, did you?
808:14              A.      We did not give this document to the
808:15      FDA nor would there be a reason that we would need
808:16      to.
808:17              Q.      There's a reason not to.  They'd
808:18      probably get you in trouble and say, it wasn't a
808:19      renegade salesman, it came from the president.
808:20      True?


ID:                 Anstice 80822a
Page Range:         808:22-808:24

808:22                      THE WITNESS:  No, I don't believe
808:23      they would regard this as a relevant document for
808:24      them to receive at all.


ID:                 D Anstice 81914
Page Range:         819:14-820:1

819:14              Q.      So y'all have known for years that
819:15      Vioxx could cause blood pressure to go up while
819:16      Celebrex couldn't?
819:17              A.      No, we did not know that.  All of the
819:18      NSAIDs, Vioxx and Celebrex included, are associated
819:19      with two class effects.  One is that they can cause
819:20      blood pressure to go up.  The other is that they can
819:21      accumulate fluid in the body, neither of which are
819:22      good things.  Vioxx was associated with these two
819:23      effects.  This was captured in our early clinical
819:24      studies, documented in our label.  Celebrex is also
819:25      associated, but with a lower incidence, to these
819:ESQUIRE DEPOSITION SERVICES
820: 820
820: 1      effects.


ID:                 D Anstice 94304
Page Range:         943:4-943:12

943: 4              Q.      But prior to marketing the drug, you
943: 5      knew about that.  Correct?
943: 6              A.      Yes.  And that was anticipated
943: 7      because all nonsteroidals and now the newer COX-2
943: 8      selective agents all seemed to have a similar effect
943: 9      in some patients, some percentage of patients, to
943:10      elevate blood pressure and to cause fluid retention.

Anstice v5.txt

943:11    That was a known risk with using any of these
943:12    agents.


ID:              d Anstice 104302
Page Range:    1043:2-1043:14

1043: 2              Q.      Good morning, Mr. Anstice.  Would you
1043: 3    please introduce yourself to the jury?
1043: 4              A.      My name is David Westbrook Anstice.
1043: 5              Q.      Mr. Anstice, how are you currently
1043: 6    employed?
1043: 7              A.      I'm employed by Merck as president
1043: 8    for human health.
1043: 9              Q.      How long have you had that position?
1043:10              A.      Two years and three or four months.
1043:11              Q.      Mr. Anstice, does the title
1043:12    "president" mean that you're the head of the entire
1043:13    company?
1043:14              A.      No, it does not.


ID:              d Anstice 104322
Page Range:    1043:22-1044:3

1043:22              Q.      What does the term "human health" in
1043:23    your title refer to?
1043:24              A.      This refers to -- my responsibility
1043:25    today is for sales and marketing activities in a
1044:
1044: 1    number of countries around the world.  Specifically
1044: 2    those countries are Canada, Latin America, Japan,
1044: 3    Australia and New Zealand.


ID:              d Anstice 104408
Page Range:    1044:8-1044:16

1044: 8              Q.      Can you tell us what the
1044: 9    significance, if any, is of the term "human health"?
1044:10              A.      Human health is a term we use in our
1044:11    company to cover the -- to describe the business of
1044:12    our prescription medicine business as distinct from
1044:13    vaccines or animal health products and, therefore, I
1044:14    am responsible for all of the prescription medicines
1044:15    sold by Merck, again, in the countries that I just
1044:16    described.


ID:              D Anstice 104417
Page Range:    1044:17-1045:10

1044:17              Q.      Before you were the president of
1044:18    human health, what was your position at Merck?
1044:19              A.      Up until December 2002, I was
1044:20    president, human health, the Americas.
1044:21              Q.      How long did you hold that position?
1044:22              A.      That position was from approximately
1044:23    1997 to 2002.
1044:24              Q.      What were your general duties and
1044:25    responsibilities as president of human health for
1045:
1045: 1    the Americas?

Page 29

Anstice v5.txt

1045: 2          A.        My responsibilities, again, were
1045: 3    responsible for sales and marketing activities
1045: 4    related to Merck's prescription medicine business,
1045: 5    this time for the U.S. market, for Canada and for
1045: 6    Latin America.
1045: 7          Q.        Did your responsibilities as
1045: 8    president of human health the Americas include
1045: 9    responsibility for Vioxx?
1045:10          A.        Yes, they did.


ID:              D Anstice 104514
Page Range:      1045:14-1045:16

1045:14          Q.        Mr. Anstice, are you a medical
1045:15    doctor?
1045:16          A.        No, I am not.


ID:              d Anstice 104517
Page Range:      1045:17-1045:19

1045:17          Q.        Does the human health division at
1045:18    Merck deal with anything other than the sales and
1045:19    marketing side of Merck?


ID:              d Anstice 104522
Page Range:      1045:22-1047:6

1045:22          THE WITNESS:   No.   We are the
1045:23    commercial arm for Merck.
1045:24    BY MR. RABER:
1045:25          Q.        Is there a division at Merck that's
1046:
1046: 1    responsible for medical, scientific and research
1046: 2    part of Merck's business?
1046: 3          A.        Yes, there is.
1046: 4          Q.        What's the name of that division?
1046: 5          A.        That division is called Merck
1046: 6    Research Laboratories.
1046: 7          Q.        Are you a part of that division?
1046: 8          A.        No, I am not.
1046: 9          Q.        Who's the president of that division?
1046:10          A.        Today the president of that division
1046:11    is Dr. Peter S. Kim.
1046:12          Q.        Who was president of that division
1046:13    during the development of Vioxx?
1046:14          A.        During the development of Vioxx, Dr.
1046:15    Edward Scolnick was president of that division.
1046:16          Q.        What kind of training did Dr. Kim and
1046:17    Dr. Scolnick have?
1046:18          A.        Dr. Kim is a Ph.D. in medical
1046:19    science, and Dr. Scolnick is a medical physician,
1046:20    but also with extensive scientific training.
1046:21          Q.        In general terms, what kinds of
1046:22    backgrounds did the people have that work in the
1046:23    Merck Research Labs division?
1046:24          A.        Certainly at the senior levels, the
1046:25    people, physicians, in some cases physicians also
1047:
1047: 1    with doctorates in medical sciences, in other cases
1047: 2    they have Ph.D.s or other senior degrees in medical

Page 30

Anstice v5.txt

1047: 3    research fields quite broadly.
1047: 4         Q.      Do those people in the Merck Research
1047: 5    Labs division report to you?
1047: 6         A.      No, they do not.


ID:          D Anstice 104707
Page Range:  1047:7-1047:18

1047: 7         Q.      Mr. Anstice, to whom did you report
1047: 8    when you were president of human health for the
1047: 9    Americas?
1047:10         A.      I reported throughout that period to
1047:11    Mr. Ray Gilmartin, the CEO of Merck.
1047:12         Q.      To whom do you report in your
1047:13    position as president of U.S. -- I mean, strike
1047:14    that.
1047:15         To whom do you report now in your
1047:16    position as president of human health?
1047:17         A.      To the same person, Mr. Ray
1047:18    Gilmartin.


ID:          D Anstice 105006
Page Range:  1050:6-1052:6

1050: 6         Q.      Mr. Anstice, where are you originally
1050: 7    from?
1050: 8         A.      From Australia.
1050: 9         Q.      Are you married?
1050:10         A.      Yes, I am.
1050:11         Q.      Where do you and your wife currently
1050:12    live?
1050:13         A.      In Whitemarsh Township, Pennsylvania.
1050:14         Q.      Let's talk a little bit more about
1050:15    your background and how you came to work for Merck.
1050:16    Can you tell us about your formal education?
1050:17         A.      After high school, my formal
1050:18    education was to do a bachelor of economics degree
1050:19    at the University of Sydney in Sydney, Australia.
1050:20         Q.      In what subject was your Bachelor's
1050:21    degree?
1050:22         A.      The subject was economics with majors
1050:23    in political economy and economics.
1050:24         Q.      What did you do after you got your
1050:25    degree from the University of Sydney?
1051:
1051: 1         A.      I joined the Pharmaceutical
1051: 2    Manufacturers Trade Association in Australia.
1051: 3         Q.      What were your general duties in that
1051: 4    position?
1051: 5         A.      I was an economist in that
1051: 6    organization, and I generally worked with the 50, 60
1051: 7    member companies to provide services to them, which
1051: 8    included extensive involvement with the government
1051: 9    on a broad range of different issues.
1051:10         Q.      Mr. Anstice, why did you take a job
1051:11    in the pharmaceutical industry at that time?
1051:12         A.      Upon leaving university, I took that
1051:13    position because of the mix -- because I wanted to
1051:14    work in the commercial world, but I was also
1051:15    interested in the linkage between the commercial
1051:16    world and the world of government, and this job
                              Page 31

Anstice v5.txt

1051:17    provided a very interesting platform to do that.
1051:18              Q.        How long did you stay with the
1051:19    Pharmaceutical Manufacturers Association in
1051:20    Australia?
1051:21              A.        I stayed with that group for
1051:22    approximately five years.
1051:23              Q.        Why did you leave that position?
1051:24              A.        I left that position because I was
1051:25    offered a position in a number of companies, but one
1052:
1052: 1    of them was Merck, and I had grown to see the
1052: 2    importance of the industry, the benefit that it
1052: 3    provided to patients, and Merck in Australia at that
1052: 4    time was a fine company which had excellent
1052: 5    products, and I was very pleased to accept their job
1052: 6    offer at the time.


ID:              D Anstice 105212
Page Range:      1052:12-1057:6

1052:12              Q.        What year did you join Merck?
1052:13              A.        1974.
1052:14              Q.        Can you describe for us in general
1052:15    terms the positions that you had and the nature of
1052:16    your responsibilities while you were working for
1052:17    Merck in Australia?
1052:18              A.        I worked in Australia for the next
1052:19    seven years, and I had a variety of different jobs
1052:20    in marketing and supporting marketing and selling
1052:21    activities in our business in Australia.
1052:22              Q.        Did there come a point in time where
1052:23    you moved to the United States?
1052:24              A.        I came on a temporary basis in
1052:25    '81/'82.  I then went for Merck to South Africa
1053:
1053: 1    where I had responsibility for sales and marketing
1053: 2    and then returned to Australia in 1984.
1053: 3              Q.        Did you come to the United States on
1053: 4    a more permanent basis at some point?
1053: 5              A.        Yes, I did.  In 1988 I came to the
1053: 6    U.S. apparently on a more permanent basis, and at
1053: 7    that time I came to a position which was head of
1053: 8    marketing for our international -- the international
1053: 9    part of our business.
1053:10              Q.        Now, let's talk about the time when
1053:11    you were the president of human health for the
1053:12    Americas.  You've got that time frame all set?
1053:13              A.        Yes.
1053:14              Q.        Can you describe for us generally
1053:15    what your job entailed at that point?
1053:16              A.        Yes.  My responsibility was to
1053:17    oversee -- I had ultimate responsibility and
1053:18    accountability for all of Merck's prescription
1053:19    medicine business in the United States, as well as
1053:20    in the other areas that I mentioned, and as part of
1053:21    that, I was involved in interactions also with other
1053:22    divisions at Merck.
1053:23              Q.        Are you familiar with documents at
1053:24    Merck that are referred to as business plans and
1053:25    profit plans?
1054:
1054: 1              A.        Yes, I am.

Page 32

Anstice v5.txt

1054: 2          Q.        What are those documents?
1054: 3          A.        We use the term "business plan" to
1054: 4    describe a document which is a planning and
1054: 5    financial document which projects our business
1054: 6    typically for the next five years.
1054: 7                    A profit plan is a document which is,
1054: 8    in effect, our annual planning budget, both sales
1054: 9    revenues and expenses for the next calendar year,
1054:10    and that's something we work on each year as we put
1054:11    together our plans.
1054:12          Q.        Do those business plans and profit
1054:13    plans involve sales forecasts, for example?
1054:14          A.        Yes.  They are a very important
1054:15    component of those plans.
1054:16          Q.        What kinds of things does Merck
1054:17    consider when it does sales forecasts?
1054:18          A.        When we consider sales forecasts,
1054:19    they are what we describe as assumption based, that
1054:20    is, we survey all of the events that are knowable at
1054:21    least and consider what the impact of those events
1054:22    might be on our sales forecast.  We project trends
1054:23    for existing products.  We anticipate new products
1054:24    that would be competitive with the product.  We
1054:25    anticipate or assume new claims, new formulations.
1055:
1055: 1    We also try and anticipate changes generally in the
1055: 2    marketplace that might affect the revenue or usage
1055: 3    of our products.
1055: 4          Q.        Does Merck ever keep track of what
1055: 5    its competitors are doing?
1055: 6          A.        We keep track of our competitors on a
1055: 7    constant basis because --
1055: 8          Q.        Why do you do that?
1055: 9          A.        Well, that's a very important part of
1055:10    assessing how our product is being seen in the
1055:11    marketplace, how it's being used, and we're
1055:12    constantly assessing both the perceptions related to
1055:13    our product and competitors, we're constantly
1055:14    assessing their market share, their sales.  We're
1055:15    also monitoring to see what new studies they might
1055:16    be doing and so forth.  It's a very important part
1055:17    of our activities.
1055:18          Q.        Mr. Anstice, did the forecasts that
1055:19    you mentioned have any effect on how Merck labels
1055:20    its drugs?
1055:21          A.        No.  The forecasts don't affect the
1055:22    label per se.  If we make assumptions with
1055:23    particular claims, then we might have a different
1055:24    audience of patients that might be suitable for a
1055:25    product that could affect it in that way, but that
1056:
1056: 1    would be a dialogue with the research group.
1056: 2          Q.        Let's go back to marketing, Mr.
1056: 3    Anstice, and I'd like to talk, if we can, about the
1056: 4    role that marketing plays at Merck and how it
1056: 5    relates to scientific research at Merck.
1056: 6                    First, how does marketing in the
1056: 7    pharmaceutical business differ from other
1056: 8    businesses?
1056: 9          A.        I think it differs in some important
1056:10    ways.  To begin with, only a physician can prescribe
1056:11    a prescription medicine, and that makes it, I think,
1056:12    very different from many businesses.  I think that

Page 33

Anstice v5.txt

1056:13   also the consumer is an important part ultimately,
1056:14   but it really is different in that our primary
1056:15   audience has to be the physician.
1056:16          Q.      How does the fact that your primary
1056:17   audience is the physician affect the way you market
1056:18   at Merck?
1056:19          A.      It affects it in a number of
1056:20   important ways.  First of all, our -- the product
1056:21   that we sell in the market, regulators agree with
1056:22   Merck on the label and what the benefits and risks
1056:23   of that product are, and that sets out what the
1056:24   basis of the discussion can be with a physician.
1056:25   That's a very important difference.  That, in turn,
1057:
1057: 1   leads Merck to pay close attention to that as we
1057: 2   direct our marketing and selling activities to our
1057: 3   physician audiences.
1057: 4          Q.      How does it affect the type of
1057: 5   information that's provided to doctors as part of
1057: 6   the marketing?

ID:              D Anstice 105709
Page Range:      1057:9-1057:25

1057: 9                  THE WITNESS:  It affects the type of
1057:10   marketing because we are constantly reviewing the
1057:11   data of the products, and it affects it in the sense
1057:12   that we have to make sure that we're providing
1057:13   physicians with relevant and appropriate information
1057:14   to treat the disease that the product is directed
1057:15   towards.
1057:16   BY MR. RABER:
1057:17          Q.      In your experience, do physicians
1057:18   demand that type of information?
1057:19          A.      My experience is that, and I think
1057:20   broadly the experience of people in the commercial
1057:21   side of Merck, is that physicians treating diseases
1057:22   have very specific needs.  They have choices
1057:23   available to them.  Those needs are constantly being
1057:24   identified, and we hear that all the time on the
1057:25   sales and marketing side.

ID:              d Anstice 105801
Page Range:      1058:1-1059:23

1058: 1          Q.      Are there rules and regulations that
1058: 2   control your marketing and sales of drugs in the
1058: 3   United States?
1058: 4          A.      Yes.  There are very important rules
1058: 5   and regulations.
1058: 6          Q.      Who oversees those rules and
1058: 7   regulations in the United States?
1058: 8          A.      For prescription medicines, the Food
1058: 9   & Drug Administration oversees it, but specifically
1058:10   through a group that's responsible for drug
1058:11   advertising.
1058:12          Q.      Mr. Anstice, can you please describe
1058:13   for us in general terms what the marketing group
1058:14   does at Merck?
1058:15          A.      In general terms, the marketing group
1058:16   works with all of our products collaboratively with
                                Page 34

Anstice v5.txt

1058:17   the research group in the formative period of
1058:18   development of the product, and as we approach
1058:19   introduction of the product, then we begin to
1058:20   formally develop the plans for our marketing efforts
1058:21   for our salespeople.  We're responsible for forming
1058:22   a budget, directing activities related to all of the
1058:23   activities that we deem appropriate to support the
1058:24   marketing and selling.  That is, the work, really,
1058:25   of our people.
1059:
1059: 1            We're actually charged with creating
1059: 2   awareness of the product that's insufficient.  We
1059: 3   are then charged with creating understanding, that
1059: 4   is, physicians need to understand the benefits and
1059: 5   the risks.
1059: 6            And, finally, we're charged with
1059: 7   encouraging physicians to trial and use the product
1059: 8   in appropriate patients.
1059: 9        Q.       Mr. Anstice, what role, if any, does
1059:10   the marketing group play in deciding what types of
1059:11   studies should be done for a drug at Merck?
1059:12        A.       I think the marketing group plays an
1059:13   important role in providing ideas for studies.  At
1059:14   the end of the day, the research group has the final
1059:15   say along with the regulators, but because the
1059:16   marketing group is talking to physicians and to
1059:17   payors, we're constantly aware, therefore, of gaps
1059:18   or information that would be valuable to physicians
1059:19   and payors.  And, therefore, marketing constantly is
1059:20   presenting ideas to our research colleagues, many of
1059:21   which they may have already heard of and understood,
1059:22   but the marketing people are constantly engaged in
1059:23   that type of activity.

ID:          D Anstice 105924
Page Range:  1059:24-1060:9

1059:24        Q.       In general, what is the marketing
1059:25   group's view about scientific studies of drugs?
1060:
1060: 1        A.       We regard them as extremely valuable
1060: 2   and important.  And the reason for that is that in
1060: 3   our marketing, we can describe the benefits and
1060: 4   risks of our product as included in the product
1060: 5   circular.  From a marketing and selling point of
1060: 6   view, the more data there is to support the usage of
1060: 7   our product and the appropriate usage, the better.
1060: 8   So, marketing is very supportive of doing as many
1060: 9   studies as possible related to all of our products.

ID:          d Anstice 106010
Page Range:  1060:10-1061:2

1060:10        Q.       Let's talk, if we can, about the
1060:11   different types of marketing materials that Merck
1060:12   uses, and let's start at the beginning.  What are
1060:13   the very first marketing materials that Merck uses
1060:14   with a new drug?
1060:15        A.       The first materials are often called
1060:16   launch materials, and perhaps the two most important
1060:17   materials there are the detail aid or a promotional
                          Page 35

Anstice v5.txt

1060:18   brochure that we make available to our sales
1060:19   representatives, which typically begins with the
1060:20   label for the product, and then proceeds to a more
1060:21   colorful brochure.  The other primary vehicle is a
1060:22   journal ad, what's called a journal ad, which is
1060:23   then placed in appropriate relevant medical journals
1060:24   for the particular disease that the product -- or
1060:25   diseases that the product treats.
1061:
1061: 1           Q.      Are these launch materials shared
1061: 2   with the FDA before they're made public?


ID:              d Anstice 106104
Page Range:      1061:4-1061:10

1061: 4                   THE WITNESS:  The FDA often requests
1061: 5   in its approval that materials, these launch
1061: 6   materials are presented to them.  Even if they
1061: 7   don't, the Merck practice is that we submit for FDA
1061: 8   review all of the materials related to the launch of
1061: 9   our products.  That's been a longstanding practice
1061:10   at Merck.


ID:              d Anstice 106112
Page Range:      1061:12-1061:13

1061:12           Q.      What is the particular division
1061:13   within FDA to whom these materials are submitted?


ID:              d Anstice 106116
Page Range:      1061:16-1061:22

1061:16                   THE WITNESS:  The division that we
1061:17   submit the materials to is known by the name DDMAC,
1061:18   which is drug, marketing, advertising group.
1061:19   BY MR. RABER:
1061:20           Q.      Do the FDA rules and regulations
1061:21   require that these launch materials be submitted to
1061:22   the FDA before they're publicly used?


ID:              d Anstice 106124
Page Range:      1061:24-1062:6

1061:24                   THE WITNESS:  They don't require,
1061:25   although sometimes the approval letters for our
1062:
1062: 1   products request that all launch materials be
1062: 2   provided to the FDA before being used in the
1062: 3   marketplace.
1062: 4   BY MR. RABER:
1062: 5           Q.      Why does Merck make it a practice to
1062: 6   submit these materials to the FDA ahead of time?


ID:              d Anstice 106208
Page Range:      1062:8-1063:2

1062: 8                   THE WITNESS:  I think a couple of
1062: 9   reasons that we do that.  One is that the discussion
                          Page 36

Anstice v5.txt
1062:10    on the label occurs between the scientific drug
1062:11    division and the company's regulatory people, which
1062:12    describes the benefits and risks for the product,
1062:13    but there needs to be an understanding with the drug
1062:14    advertising group as to how that language was
1062:15    determined, because all language can be -- needs to
1062:16    be interpreted.  And at the launch of a product, we
1062:17    think it's very important at Merck that we have not
1062:18    only followed the letter of the label, but that we
1062:19    are also fully in harmony with the FDA in terms of
1062:20    the spirit of how they believe that the product
1062:21    should be promoted.  And the only way to really
1062:22    validate or test that is by presubmitting the
1062:23    materials to the FDA so that they can assess them as
1062:24    being consistent with or in some cases they may
1062:25    suggest modifications to how we've incorporated the
1063:
1063: 1    specifics out of the label into our promotional
1063: 2    materials.


ID:              d Anstice 106321
Page Range:      1063:21-1065:1

1063:21              Q.      Let's talk, if we can, about
1063:22    marketing to physicians, if we can for a moment.
1063:23    Can you generally describe for us the review process
1063:24    at Merck that occurs with materials that are sent to
1063:25    physicians?
1064:
1064: 1              A.      Yes.  We have a longstanding process
1064: 2    which we call medical/legal review.  And that
1064: 3    process mandates within the company as a policy that
1064: 4    all materials written and broadcast that are going
1064: 5    to be reviewed with our customers, in this case,
1064: 6    physicians, that those materials go through a group
1064: 7    which has at least two physicians and one lawyer.
1064: 8    They review all of the materials for consistency and
1064: 9    balance with respect to our label, make any
1064:10    appropriate adjustments, and they actually approve
1064:11    the material for use.  And only upon the approval of
1064:12    that group, whatever the final form of material is,
1064:13    can it be used with our customers.
1064:14              Q.      Does Merck share these physician
1064:15    marketing materials with the FDA?
1064:16              A.      The Merck practice is that upon our
1064:17    internal approval and upon our sending the material
1064:18    to whoever will be using it within the Merck system,
1064:19    we then routinely automatically send a copy of that
1064:20    material, whatever it is, to the FDA so that they
1064:21    have a record of all of our promotional materials.
1064:22              Q.      Did Merck follow that particular
1064:23    process that you've just described with respect to
1064:24    Vioxx?
1064:25              A.      Yes.  Merck always follows that
1065:
1065: 1    process for all of our products.


ID:              d Anstice 106709
Page Range:      1067:9-1069:10

1067: 9              Q.      Let's talk, if we can, about the
                            Page 37

Anstice v5.txt

1067:10    launch of Vioxx.  Can you tell us when the FDA
1067:11    approved Vioxx for marketing in the United States?
1067:12            A.        Vioxx was approved for marketing in
1067:13    the United States in May or June of 1999.
1067:14            Q.        What was your view about Vioxx as a
1067:15    new drug at that time?
1067:16            A.        I believed at that time, and I still
1067:17    believe that Vioxx was a very exciting and important
1067:18    new product that could provide benefit to millions
1067:19    of patients suffering from pain in markets around
1067:20    the world and certainly in the U.S.
1067:21            Q.        At the time of the launch, what had
1067:22    Merck's studies showed about the potential for Vioxx
1067:23    as a new drug?
1067:24            A.        Merck's studies -- well, let me
1067:25    describe that in two parts.
1068:
1068: 1            Merck's studies that supported the
1068: 2    drug approval had shown across a large number of
1068: 3    patients that the product was extremely helpful in
1068: 4    relieving pain.  Also, there were some studies,
1068: 5    they're called endoscopy studies, included in the
1068: 6    circular which helped physicians to understand that
1068: 7    the original promise, the reason, in fact, Vioxx was
1068: 8    developed and brought to the world in the first
1068: 9    place is, that it would be gentler on the stomach.
1068:10    Those studies versus Motrin, a commonly used agent,
1068:11    showed that Vioxx was, in fact, gentler on the
1068:12    stomach.  So, the promise of Vioxx was that here was
1068:13    another effective drug for relieving pain, but a
1068:14    drug which may, in fact, offer benefits to patients
1068:15    in terms of being more friendly to the stomach.
1068:16            Q.        What were the nature of the stomach
1068:17    problems that existed with traditional pain
1068:18    relievers at that time?
1068:19            A.        There was widespread knowledge that
1068:20    all of the so-called traditional agents or all of
1068:21    the pain relievers used at that time created in a
1068:22    percentage of patients stomach problems, which went
1068:23    from mild but through to more serious, which often
1068:24    meant the patients could not take the medicine,
1068:25    through to ulcers.  There were -- at the serious end
1069:
1069: 1    of the spectrum, there were perforations, ulcers,
1069: 2    bleeds which could occur with the use of these
1069: 3    agents, and those could occur in patients of any
1069: 4    age, they could occur in patients that took the
1069: 5    product for a long time or even for a relatively
1069: 6    short duration.  And so the promise of Vioxx was
1069: 7    that it might lessen the incidence of all of these
1069: 8    GI problems and that it might also, therefore, admit
1069: 9    more patients to be able to take an effective pain
1069:10    reliever because these problems did not occur.


ID:              d Anstice 107303
Page Range:      1073:3-1073:18

1073: 3            Q.        Let's go back, if we can, to the
1073: 4    formal launch of Vioxx.  How did Merck launch the
1073: 5    product and when?
1073: 6            A.        In the United States, we launched it
1073: 7    at a sales -- two large sales meetings.  We did that
                          Page 38

Anstice v5.txt

```
1073: 8    in June of 1999, and that was somewhat typical of
1073: 9    the way that we introduced many of our large and
1073:10    important products.
1073:11              Q.       Where did this launch event occur?
1073:12              A.       This particular event occurred in San
1073:13    Francisco.
1073:14              Q.       Who attended the launch event?
1073:15              A.       The launch event was attended by all
1073:16    of the sales representatives and others in the
1073:17    organization who had primary responsibility for
1073:18    Vioxx at that time.
```

ID:            d Anstice 107323
Page Range:    1073:23-1074:11

```
1073:23              Q.       How long did this launch event go on?
1073:24              A.       Each of the meetings lasted
1073:25    approximately two-and-a-half days.  Therefore, the
1074:
1074: 1    meeting -- the two meetings lasted for a week.
1074: 2              Q.       What kinds of subjects were discussed
1074: 3    and addressed at the meetings?
1074: 4              A.       The meetings were a mix of
1074: 5    motivational, excitement-creating activities.  Also,
1074: 6    there was extensive review of the product
1074: 7    information of the diseases for which Vioxx was
1074: 8    indicated, and also training of the representatives
1074: 9    in terms of their knowledge of Vioxx and the label
1074:10    in all aspects, the benefits and the risks and all
1074:11    of the details included in the label.
```

ID:            d Anstice 107422
Page Range:    1074:22-1075:17

```
1074:22              Q.       Mr. Anstice, did the sales
1074:23    representatives who attended this event get any
1074:24    training beyond what they learned at the launch
1074:25    event?
1075:
1075: 1              A.       Yes.  It's usual practice for us to
1075: 2    commence training for new products several months
1075: 3    prior to the product being approved.
1075: 4    Representatives received extensive training, again,
1075: 5    around the diseases for which the product was
1075: 6    indicated, around the competitive agents that
1075: 7    physicians could choose, as well as our own product.
1075: 8    After a launch meeting, our representatives
1075: 9    continually trained as changes to the circular
1075:10    occur, but even independently of that, we constantly
1075:11    update and ensure -- update our training and ensure
1075:12    that our representatives are very familiar with all
1075:13    of the information related to our product, and
1075:14    they're also getting updates on competitive products
1075:15    and changes in medicine which they need to be aware
1075:16    of in terms of the disease conditions for which the
1075:17    product is indicated.
```

ID:            d Anstice 107522
Page Range:    1075:22-1076:23

Anstice v5.txt

1075:22          Mr. Anstice, has the word "obstacle"
1075:23  ever been used at Merck in training sales
1075:24  representatives?
1075:25          A.     Yes, it has.  In fact, in my
1076:
1076: 1  experience, it's a term that has been used for
1076: 2  decades in the Merck organization.
1076: 3          Q.     What does the term "obstacle" mean in
1076: 4  that context?
1076: 5          A.     The word "obstacle" means a question,
1076: 6  or more specifically, a concern which, in fact, is
1076: 7  something which -- where a physician or a customer,
1076: 8  in fact, has a genuine either lack of knowledge or
1076: 9  wants more knowledge about a particular area or may,
1076:10  in fact, have a set of opinions, which means that
1076:11  they're not inclined to use your product.
1076:12          Q.     Why is the term "obstacle" used to
1076:13  refer to those kinds of questions or concerns that a
1076:14  doctor may have?
1076:15          A.     I think the reason that we use the
1076:16  word "obstacle" as opposed to "question" is that it,
1076:17  in fact, denotes that the physician requires more
1076:18  information in order to perhaps use the product at
1076:19  all or more information to use it more broadly, or,
1076:20  in fact, it's something which is fundamental to --
1076:21  until there is an answer, a satisfactory answer
1076:22  provided to a question, then a physician is not
1076:23  comfortable with the particular medicine.

ID:              d Anstice 107702
Page Range:      1077:2-1077:25

1077: 2          Q.     Are doctors' questions important to
1077: 3  sales representatives at Merck?
1077: 4          A.     I think that doctors' questions are
1077: 5  fundamentally important.
1077: 6          Q.     Why is that?
1077: 7          A.     For the simple reason that it's very
1077: 8  important that you know what the issues, concerns,
1077: 9  questions are that your customers have.  And it's
1077:10  very important that you endeavor to your best extent
1077:11  to answer those questions and to respond to them in
1077:12  a helpful way.
1077:13          Q.     Mr. Anstice, did Merck train its
1077:14  sales representatives to dodge questions or avoid
1077:15  answering them when meeting with doctors?
1077:16          A.     No.  In my experience, Merck
1077:17  encouraged representatives to listen for questions,
1077:18  in fact, even probe to ask the doctor what concerns
1077:19  they may have, because unless they identified what
1077:20  the particular concerns or questions were that the
1077:21  doctor had, then they couldn't adequately address
1077:22  the issues the doctor may have.  So, in fact, for a
1077:23  salesperson, it was very important that they not
1077:24  only respond to the questions, but that they, in
1077:25  fact, draw them out from their customers.

ID:              d Anstice 108108
Page Range:      1081:8-1082:3

1081: 8          Q.     Mr. Anstice, when Vioxx was launched,
                                    Page 40

Anstice v5.txt

```
1081: 9    there was another one of these COX-2 pain relievers
1081:10    on the market called Celebrex; is that right?
1081:11         A.    That's correct, yes.
1081:12         Q.    If Celebrex was already on the
1081:13    market, why was Vioxx necessary?
1081:14         A.    The development for Vioxx was started
1081:15    many years ago, and we believed that there was
1081:16    certainly room for more than one COX-2 agent.  At
1081:17    the time we were developing Vioxx, we could not be
1081:18    certain what the final ultimate profile for Celebrex
1081:19    would be, but we believed that Vioxx, for a variety
1081:20    of reasons associated with our development, would be
1081:21    an extremely effective pain reliever.  We also
1081:22    believed because of the COX-2 selectivity, its
1081:23    preference for COX-2 inhibition, that it could also
1081:24    provide substantial benefit in terms of GI safety.
1081:25    And I think our belief has always been that patient
1082:
1082: 1    needs are best served if there's as broad a range of
1082: 2    choices as possible available to them for treatment
1082: 3    of important diseases.
```

ID:              d Anstice 112319
Page Range:      1123:19-1124:4

```
1123:19         Q.    Did Merck have a policy of
1123:20    intimidating doctors or scientists who were critical
1123:21    of Merck?
1123:22         A.    NO.  Merck has never had a policy to
1123:23    intimidate doctors.
1123:24         Q.    If you were to learn of allegations
1123:25    that doctors and scientists were being intimidated
1124:
1124: 1    by people at Merck, how would you respond to that?
1124: 2         A.    Very promptly.  And I think very
1124: 3    strongly to if -- to find out if it was happening
1124: 4    and to stop it.
```

ID:              d Anstice 117109
Page Range:      1171:9-1171:19

```
1171: 9         Did the FDA require Merck to take
1171:10    Vioxx off the market?
1171:11         A.    NO.  That was -- Merck took the
1171:12    decision that we should voluntarily withdraw Vioxx
1171:13    after we became aware of the APPROVe results from
1171:14    their data set from the data monitoring group
1171:15    responsible for that study, and we advised the FDA
1171:16    and other regulators that we were taking that action
1171:17    voluntarily.
1171:18         Q.    Why did Merck decide to withdraw
1171:19    Vioxx from the market?
```

ID:              d Anstice 117121
Page Range:      1171:21-1172:22

```
1171:21         THE WITNESS:  We decided to do that
1171:22    for two reasons.  One, there was, as seen in
1171:23    APPROVe, there was a relatively greater risk after
1171:24    18 months in patients taking Vioxx versus the
```

Anstice v5.txt

```
1171:25   placebo arm.  And based on that relatively greater
1172:
1172: 1   risk and the fact that other agents were available
1172: 2   in this category, which seemed certainly at that
1172: 3   time had not shown this risk, we thought that it was
1172: 4   in the best interest of patient safety, given the
1172: 5   availability of alternatives, that we withdraw Vioxx
1172: 6   from the market.
1172: 7   BY MR. RABER:
1172: 8        Q.      Mr. Anstice, I have just a few more
1172: 9   questions before we break.
1172:10                The attorneys for the plaintiff have
1172:11   said, in effect, that Merck put profits ahead of
1172:12   patient safety.  What do you have to say about that?
1172:13        A.      I absolutely do not believe that that
1172:14   is true.  Merck puts patient safety first.  I've
1172:15   worked at Merck for 30 more and more years, and I
1172:16   have seen Merck consistently put patient safety
1172:17   first.  I've seen Merck bring to market wonderful
1172:18   products, but always be very concerned, not only
1172:19   about the benefits, but about really understanding
1172:20   the risks associated with that and being very clear
1172:21   to identify them and to communicate them to the
1172:22   physicians who prescribe our products.
```

```
ID:            Anstice 147317
Page Range:    1473:17-1473:23
```

```
1473:17                So, let me just be clear on what your
1473:18   testimony is.
1473:19                I'm asking you about the sales reps
1473:20   right now.
1473:21        A.      Yes.
1473:22        Q.      Sales reps were not allowed to engage
1473:23   the doctors on VIGOR, you said; correct?
```

```
ID:            Anstice 147325a
Page Range:    1473:25-1474:2
```

```
1473:25                THE WITNESS:  What I said was our
1474: 01474
1474: 1   representatives were asked to not initiate
1474: 2   discussions on VIGOR.  That's what I said.
```

```
ID:            Anstice 147811a
Page Range:    1478:11-1478:15
```

```
1478:11                Look, my question is this:  You're
1478:12   aware that Merck used in connection with training
1478:13   its sales representatives something called a
1478:14   cardiovascular card; correct?
1478:15        A.      Yes.
```

```
ID:            Anstice 149807
Page Range:    1498:7-1498:21
```

```
1498: 7        Q.      Okay.
1498: 8                Now, I would like to also mark or
1498: 9   show you what I've just marked as 165.
```
Page 42

Anstice v5.txt

```
1498:10                  - - -
1498:11                  (Whereupon, Deposition Exhibit
1498:12          Anstice-165, "Bulletin for Vioxx: New
1498:13          Resource: Cardiovascular Card,"
1498:14          MRK-AAR0007383 - MRK-AAR0007388, was
1498:15          marked for identification.)
1498:16                  - - -
1498:17   BY MR. SEEGER:
1498:18          Q.      For the record, it is Bates stamped
1498:19   MRK-AAR0007383 through 388.
1498:20                  This is another one of those
1498:21   bulletins that you're talking about; right?


ID:             DA 149822
Page Range:     1498:22-1499:21

1498:22          A.      Yes, that's right.
1498:23          Q.      And this is dated April 28th; 2000;
1498:24   correct?
1498:25          A.      Correct.
1499: 01499
1499: 1          Q.      Now, if you go to where it says
1499: 2   "Background." well, first of all, the "to." "All
1499: 3   field personnel with responsibility for Vioxx,"
1499: 4   that's all the sales reps selling the drug; right?
1499: 5          A.      Yes. That's all the people involved
1499: 6   in selling Vioxx, that's correct.
1499: 7          Q.      Okay.
1499: 8                  Below that there's a paragraph, and
1499: 9   in the middle of the paragraph there is bold
1499:10   language.  I would just like to read it so we can
1499:11   move through this.  "The Cardiovascular Card is an
1499:12   obstacle handling piece and should only be used with
1499:13   physicians in response to their questions regarding
1499:14   the cardiovascular effects of VIOXX."  Correct?  Is
1499:15   that correct?
1499:16          A.      That's what it says.
1499:17          Q.      Is it correct?
1499:18          A.      It's read -- you read it correctly,
1499:19   yes.
1499:20          Q.      But is that correct, what I read?
1499:21          A.      Well, I think --


ID:             Anstice 149924
Page Range:     1499:24-1500:16

1499:24          Q.      Not that I read it correctly.  Now
1499:25   I'm asking, is that correct?
1500: 01500
1500: 1          A.      But I think there's a -- there's a
1500: 2   broader context of instructions to representatives
1500: 3   that needs to be --
1500: 4          Q.      Where is that in here?
1500: 5          A.      If you go to the third page.
1500: 6          Q.      I'm there.
1500: 7          A.      The CV -- I'm going to read the first
1500: 8   two sentences underneath the black diagram.  "The CV
1500: 9   card will assist you with addressing your HI COXIB
1500:10   or HI NSAID physician's questions about the
1500:11   cardiovascular effects of VIOXX.  Use this resource
1500:12   as an obstacle handling tool only, when your
```

Page 43

Anstice v5.txt

1500:13   physicians ask you about the cardiovascular effects
1500:14   of VIOXX or express concern regarding the
1500:15   cardiovascular effects of VIOXX based on the VIOXX
1500:16   GI Outcomes Research trial."

ID:              Anstice 150201
Page Range:      1502:1-1502:18

1502: 1              A.        And this is the bulletin that
1502: 2   accompanies the cardiovascular card that we've
1502: 3   talked about a moment ago.
1502: 4              Q.        Gotcha.
1502: 5              A.        There is also a preceding bulletin
1502: 6   after February 9th before April 28th which was in
1502: 7   existence which related to how the reps were
1502: 8   instructed around VIGOR.  So, this was specifically
1502: 9   designed for discussions beyond the VIGOR results to
1502:10   deal with, as this says, "when your physicians ask
1502:11   you about the cardiovascular effects of VIOXX or
1502:12   express concern regarding the cardiovascular effects
1502:13   based on" not about, but based on the VIGOR
1502:14   findings.
1502:15              Q.        I understand.
1502:16              Mr. Anstice, will you now turn to the
1502:17   CV card, please?
1502:18              A.        Yes.

ID:              Anstice 150305
Page Range:      1503:5-1503:7

1503: 5              Q.        Now, you're aware at this time that
1503: 6   the FDA had serious concerns about this data;
1503: 7   correct?

ID:              Anstice 150309
Page Range:      1503:9-1504:6

1503: 9              THE WITNESS:  About which data?
1503:10   BY MR. SEEGER:
1503:11              Q.        The OA data that's reflected in the
1503:12   CV card.
1503:13              A.        No, I am not aware of that.
1503:14              Q.        Okay.
1503:15              Well, why don't we go ahead and take
1503:16   another look back at that FDA briefing document
1503:17   which I marked earlier.  We'll do this as quickly as
1503:18   we can.  It's right there on top.
1503:19              A.        Which is dated February 8, 2001?
1503:20              Q.        Exactly.
1503:21              A.        Because we're talking about a time
1503:22   period here which is April/May 2000.
1503:23              Q.        Are you testifying now that this card
1503:24   was not in effect in February of 2001?
1503:25              A.        No, no, I'm not.  I'm simply saying
1504: 01504
1504: 1   that this -- the discussion we were having about the
1504: 2   card related to its introduction.
1504: 3              Q.        No, put the bulletins aside.  Now
1504: 4   we're talking about a card that was in use from
1504: 5   April of 2000 to April of 2002.  Okay.

Page 44

Anstice v5.txt

1504: 6                         In February --

ID:              DA 150418
Page Range:      1504:18-1505:11

1504:18        Q.        In February of 2001, the FDA did an
1504:19   analysis or, I'm sorry, your attorney doesn't like
1504:20   that.
1504:21              The FDA medical reviewer took a look
1504:22   at the original data from Merck's NDA, which is, you
1504:23   would agree, is this OA, this osteoarthritis trial
1504:24   data; correct?
1504:25        A.        Yes.
1505: 01505
1505: 1        Q.        I'll find it for you in one second.
1505: 2   If you'd turn to Page 19.  Do you see where it talks
1505: 3   about "Study 058" at the top?
1505: 4        A.        Yes.
1505: 5        Q.        Okay.
1505: 6              And then in italics it says, "Because
1505: 7   of the small size and short duration, this study is
1505: 8   inadequate to detect differences in clinically
1505: 9   relevant adverse events between rofecoxib," which is
1505:10   Vioxx, "and nabumetone."  Did I read that correctly?
1505:11        A.        Yes, you did.

ID:              Anstice 150704a
Page Range:      1507:4-1508:13

1507: 4        Q.        I have just a couple of quick
1507: 5   questions.
1507: 6              The medical reviewer in this document
1507: 7   made that comment about that trial.  Has the fact
1507: 8   that this medical reviewer found that this
1507: 9   particular trial, the 058 trial, was inadequate to
1507:10   detect relevant, clinically relevant adverse events
1507:11   between Vioxx and the drugs it was compared to, did
1507:12   that make its way into any of your sales materials?
1507:13        A.        I don't know.  I just point out a
1507:14   reference to study 058, and I do not know how many
1507:15   patients were in study 058 is different from the
1507:16   data presented here, which is across nine double
1507:17   blind studies, 6,000 OA patients, and so it is a
1507:18   very different data set.
1507:19        Q.        How about study 069, do you know
1507:20   anything about that?
1507:21        A.        No.
1507:22        Q.        Well, do you know that was a pooled
1507:23   analysis of many different trials that were done and
1507:24   provided to the FDA?  Does that refresh your
1507:25   recollection?
1508: 01508
1508: 1        A.        I don't remember the details of it.
1508: 2   I've heard the number certainly.
1508: 3        Q.        Were you aware in February of 2001 of
1508: 4   this comment made by the medical reviewer where it
1508: 5   says, "The Division," and in this instance she's not
1508: 6   talking about her, she says, "The Division has
1508: 7   serious concerns with the combined analysis of
1508: 8   studies of different length and dosing regimens."
1508: 9   And it says, "Furthermore, combining multiple

Page 45

Anstice v5.txt

```
1508:10    different drugs within a single comparator arm may
1508:11    not be reflective of the risk of any one drug."  Did
1508:12    that material get disclosed to your sales
1508:13    representatives who were selling the drug?
```

ID:          Anstice 150815
Page Range:     1508:15-1509:13

```
1508:15                     THE WITNESS:  I don't know the answer
1508:16    to that.  It would not be usual for us to present
1508:17    comments from FDA reviewers or divisions in our
1508:18    material to representatives.  We would give our
1508:19    representatives material that Merck believed to be
1508:20    accurate and balanced and consistent without our
1508:21    total knowledge of the product.  That's what we gave
1508:22    our representatives.
1508:23    BY MR. SEEGER:
1508:24         Q.      And you didn't provide them with
1508:25    concerns or discussions going on within the FDA
1509: 01509
1509: 1    about --
1509: 2         A.      We provided them with what we thought
1509: 3    were appropriate --
1509: 4         Q.      Okay.
1509: 5         A.      -- sets of information related to the
1509: 6    data that we gave them.
1509: 7         Q.      All right.
1509: 8                 Now, Mr. Anstice, let me just ask you
1509: 9    to take a look at what I've marked as 166.  For the
1509:10    record, it's Bates stamped MRK-ACW0008375.  Do you
1509:11    recognize this chart?  I'll represent to you that it
1509:12    is a table from -- reflecting the mortality data
1509:13    from VIGOR.  If you read above, you'll see.
```

ID:          Anstice 150915
Page Range:     1509:15-1511:12

```
1509:15                     THE WITNESS:  I see that it is
1509:16    represented as data from VIGOR.  I don't know the
1509:17    source of the table, the broader context.
1509:18    BY MR. SEEGER:
1509:19         Q.      Now, you know this data was available
1509:20    to Merck in March of 2000.  We've said that many
1509:21    times today; correct?
1509:22         A.      Yes, and quickly made available to
1509:23    the regulatory authorities as well.
1509:24         Q.      Absolutely.
1509:25                 But it never made its way into the CV
1510: 01510
1510: 1    card, did it, the data that we're looking at?
1510: 2         A.      The purpose of the CV card was not to
1510: 3    discuss the VIGOR study, but to discuss the total
1510: 4    results from the OA studies.  That was the purpose
1510: 5    of the CV card.
1510: 6         Q.      But let me just back up for a second.
1510: 7                 Did you ever go to the FDA at any
1510: 8    point in time and say, we'd like to incorporate the
1510: 9    VIGOR mortality data in our training materials?
1510:10         A.      I don't know.
1510:11         Q.      Would there have been anything that
1510:12    would have prevented you from doing that?
```

Anstice v5.txt

```
1510:13          A.      I don't know.
1510:14          Q.      So, doctors who were prescribing the
1510:15  drug, let's say, in September of 2001, while this
1510:16  was in use, if the only information they received
1510:17  was from the sales rep and they didn't ask for a
1510:18  pamphlet, would not have received the VIGOR data,
1510:19  the mortality data from VIGOR from your sales
1510:20  representatives; correct?
1510:21          A.      Well, it's a -- sorry, could you just
1510:22  restate the question?
1510:23          Q.      Doctors prescribing -- excuse me one
1510:24  second.
1510:25                  Doctors prescribing this drug --
1511: 01511
1511: 1          A.      Right.
1511: 2          Q.      -- let's say in September of 2001.
1511: 3          A.      Right.  September of 2001.
1511: 4          Q.      September of 2001.
1511: 5          A.      Right.
1511: 6          Q.      Where this card was in use.
1511: 7          A.      Right.
1511: 8          Q.      And they didn't receive any other
1511: 9  information from the company, they just had
1511:10  discussions with the sales rep, would not have been
1511:11  advised about the mortality data from VIGOR;
1511:12  correct?
```

```
ID:              Anstice 151114
Page Range:      1511:14-1512:7
```

```
1511:14                  THE WITNESS:  In the hypothetical
1511:15  situation where that particular physician had no
1511:16  contact with the many other diverse ways in which
1511:17  the information about VIGOR was being dispersed in
1511:18  the medical community, they would not have had VIGOR
1511:19  data from a Merck rep other than through a physician
1511:20  information request.  But if they had wanted it, it
1511:21  would have been available through that vehicle.
1511:22  BY MR. SEEGER:
1511:23          Q.      And is there anything that you're
1511:24  aware of, any rule or regulation that would have
1511:25  prevented you from going to the FDA and saying we
1512: 01512
1512: 1  would like to include the VIGOR data in our sales
1512: 2  training material?
1512: 3          A.      I don't know of any such rule.
1512: 4          Q.      So, the doctors would not have gotten
1512: 5  the VIGOR material from your sales representative,
1512: 6  they would have had to get it from somewhere else;
1512: 7  correct?
```

```
ID:              Anstice 151209
Page Range:      1512:9-1512:17
```

```
1512: 9                  THE WITNESS:  No, that's not what I
1512:10  said.  A doctor could ask for the VIGOR data from
1512:11  our sales representative and get it through a PIR.
1512:12  So, they did have access through our
1512:13  representatives.  They also had access through other
1512:14  forms.
1512:15  BY MR. SEEGER:
```

Anstice v5.txt

1512:16          Q.          And the Alzheimer's data as well, you
1512:17   know that was unblinded in April of 2001; correct?


ID:              Anstice 151219
Page Range:      1512:19-1513:22

1512:19                      THE WITNESS:  I don't recall the
1512:20   month.  I know it was unblinded very quickly after
1512:21   the VIGOR results.
1512:22   BY MR. SEEGER:
1512:23                      Q.          And in the chart I just showed you
1512:24   from VIGOR, at the very top, do you see where it
1512:25   says, "All deaths"?
1513: 01513
1513: 1          A.          Yes, I do.
1513: 2          Q.          It shows 22 deaths from Vioxx;
1513: 3   correct?
1513: 4          A.          Yes.
1513: 5          Q.          And 15 deaths from people taking
1513: 6   naproxen in this trial; correct?
1513: 7          A.          Right.
1513: 8          Q.          And cardiovascular deaths, it shows,
1513: 9   if you look down a couple more, it shows 28 deaths
1513:10   of people on Vioxx and 16 on naproxen; correct?
1513:11          A.          Right.  Right.
1513:12          Q.          You are also aware from the
1513:13   Alzheimer's data, aren't you, that there were more
1513:14   people -- that mortality was higher in people taking
1513:15   Vioxx versus people taking placebo?  Are you aware
1513:16   of that?
1513:17          A.          I don't recall the numbers.
1513:18          Q.          Do you recall if at any point in time
1513:19   the Alzheimer's mortality data was included in the
1513:20   CV card?
1513:21          A.          I don't know if it was subsequently
1513:22   added.


ID:              Anstice 159711
Page Range:      1597:11-1597:23

1597:11                      Q.          Well, we looked at the CV card
1597:12   before, and I think we both agreed or you agreed
1597:13   that it did not contain any information about the
1597:14   VIGOR trial at least prior to April of 2002;
1597:15   correct?
1597:16          A.          Yes.  And I also stated that it was
1597:17   for a reason.  Its purpose was to provide
1597:18   information on the existing cardiovascular data, and
1597:19   it did not, therefore, include VIGOR, as I believe
1597:20   it didn't include the Alzheimer's data either.
1597:21          Q.          But there was nothing preventing you
1597:22   from adding the VIGOR trials to your training
1597:23   materials; correct?


ID:              Anstice 159725
Page Range:      1597:25-1599:6

1597:25                      THE WITNESS:  Well, training
1598: 01598
1598: 1   materials is a separate thing from a brochure going
                              Page 48

Anstice v5.txt

```
1598: 2    to a doctor.
1598: 3    BY MR. SEEGER:
1598: 4         Q.      I'm talking about the materials used
1598: 5    to train sales reps.
1598: 6         A.      All right.
1598: 7         Q.      There was nothing that prevented
1598: 8    Merck from training their sales reps to answer
1598: 9    questions about VIGOR?
1598:10         A.      Yes, there was.  Because we had --
1598:11    first of all, we had an instruction to them to not
1598:12    initiate discussions.
1598:13         Q.      I understand.
1598:14         A.      We also have a standard practice
1598:15    still in place today, I believe, although I'm no
1598:16    longer responsible for the U.S. business, of
1598:17    longstanding, which is our representatives are asked
1598:18    not to discuss information relating to our drugs
1598:19    that's outside the label or inconsistent with the
1598:20    current label.
1598:21         Q.      Well, based upon --
1598:22         A.      That is our practice at Merck.
1598:23         Q.      Based upon this new important data
1598:24    that came to light in March of 2000, did you go to
1598:25    the FDA and ask the FDA for permission to begin to
1599: 01599
1599: 1    train your sales reps on that data?
1599: 2         A.      No, but that's consistent with --
1599: 3    that's not our practice or approach.
1599: 4         Q.      But nothing would have prevented you
1599: 5    from going to the FDA and seeking that approval;
1599: 6    correct?
```

ID:            Anstice 159908
Page Range:    1599:8-1599:8

```
1599: 8                        THE WITNESS:  I don't know.
```

Total Length - 01:40:18

Page 49