MINUTE ENTRY
FALLON, J.
SEPTEMBER 13, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS  　　　　　　　　　MDL 1657
　　　　LIABILITY LITIGATION

ROBERT G. SMITH
　　　　　　　　　　　　　　　　　　　　REF NO. 05-4379
VERSUS
　　　　　　　　　　　　　　　　　　　　SECTION: L
MERCK & CO., INC.

before JUDGE ELDON E. FALLON　　　　WEDNESDAY, SEPTEMBER 13, 2006, 8:30 am
Case Manager: Gaylyn Lambert　　　　　　(continued from 9-12-06)
Court Reporter: Cathy Pepper and Toni Tusa

Appearances: Steve Kherkher, Esq., John Boundas, Esq. & Mikal Watts, Esq. for plaintiff
　　　　　　　Philip Beck, Esq., Andrew Goldman, Esq. & Carrie Jablonski, Esq. For defendant

---

JURY TRIAL:
All present and ready.

Plaintiff's Witnesses:

Dr. Jerry Avorn - by video deposition. Transcript filed into the record.

Dr. Carolyn Cannuscio - by video deposition. Transcript filed into the record.

Dr. Briggs Morrison - sworn.

Court adjourned at 5:30 pm until Thursday, September 14, 2006, at 8:30 am.

JS-10:　　6:35